IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Robert Pepper, et al., | NO. C 11-06714 JW<br>NO. C 12-00259 JW |
| Plaintiffs, / | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Eric Terrell, et al., | |
| Plaintiffs,<br>v. | |
| Apple Inc., | |
| Defendant. / | |

On February 9, 2012, the Court related the above-entitled cases to its 2007 case <u>In re Apple & AT&TM Antitrust Litigation</u>, No. C 07-5152 JW.[1] Upon review, and in order to advance this matter, the Court finds good cause to set a Case Management Conference for these cases at this time.

Accordingly, the Court sets **March 26, 2012 at 10 a.m.** for a Case Management Conference for these cases. On or before **March 16, 2012**, the parties in these cases shall file a Joint Case Management Statement. In their Statement, the parties shall, *inter alia*, set forth their positions as to whether these cases should be consolidated.

Dated: February 29, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Order Granting Motion to Relate Cases, Docket Item No. 565.)

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jason C. Murray jmurray@crowell.com
Jeffrey H. Howard jhoward@crowell.com
Lola Abbas Kingo lola.kingo@lw.com
M. Van Smith mvsmith@sbcglobal.net
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Michael Milton Liskow liskow@whafh.com
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Sadik Harry Huseny sadik.huseny@lw.com
Satyanand Satyanarayana satyanand.satyanarayana@lw.com
Shari Ross Lahlou slahlou@crowell.com
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com
Zachary W. Biesanz biesanz@whafh.com

**Dated: February 29, 2012**             **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers**
                                         **Susan Imbriani**
                                         **Courtroom Deputy**