IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Robert Pepper, et al.,<br><br>  Plaintiffs, / <br><br>Eric Terrell, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>Apple Inc.,<br><br>  Defendant. / | NO. C 11-06714 JW<br>NO. C 12-00259 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; CONSOLIDATING CASES; DENYING MOTION TO DISMISS AS MOOT** |

These cases are scheduled for a Case Management Conference on March 26, 2012. In their Joint Case Management Statements, all of the parties contend that these two cases should be consolidated.[1] Further, Defendant has filed a Motion to Dismiss in one of the cases.[2]

In light of the parties' stipulation regarding consolidation of the cases, the Court finds that a Case Management Conference would be premature at this time, as the filing of a Consolidated Complaint is necessary. Accordingly, the Court VACATES the Case Management Conference.

For good cause shown, the Court CONSOLIDATES these cases into one case. The Clerk shall consolidate these cases such that the earliest-filed action, No. C 11-06714 JW, is the lead case.

---

[1] (See Joint Case Management Statement at 12, Docket Item No. 22 in No. C 11-06714 JW; Joint Case Management Statement at 12, Docket Item No. 6 in No. C 12-00259 JW.)

[2] (See Defendant Apple's Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof, Docket Item No. 14 in No. C 11-06714 JW.)

All future filings shall be in No. C 11-06714 JW and shall bear the caption: "<u>In re Apple iPhone Antitrust Litigation</u>." Since the later action is now consumed in the first-filed action, the Clerk shall administratively close No. C 12-00259 JW.

On or before **March 30, 2012**, Plaintiffs shall file a Consolidated Complaint. In light of this Order, Defendant's Motion to Dismiss–which is currently set for hearing on April 23, 2012–is DENIED as moot.

Dated: March 20, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Frank Davis adrian.davis@lw.com
Alexander H. Schmidt schmidt@whafh.com
Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
Archis Ashok Parasharami aparasharami@mayerbrown.com
Arthur William Lazear awl@hoffmanandlazear.com
Christopher E Ondeck condeck@crowell.com
Christopher S. Yates chris.yates@lw.com
Damian Rene Fernandez damianfernandez@gmail.com
Daniel Allen Sasse dsasse@crowell.com
Daniel Murray Wall dan.wall@lw.com
David Eldon Crowe dcrowe@crowell.com
Donald M. Falk dfalk@mayerbrown.com
Francis M. Gregorek gregorek@whafh.com
H. Tim Hoffman hth@hoffmanandlazear.com
Jason C. Murray jmurray@crowell.com
Jeffrey H. Howard jhoward@crowell.com
Lola Abbas Kingo lola.kingo@lw.com
M. Van Smith mvsmith@sbcglobal.net
M. Van Smith mvsmith@sbcglobal.net
Marisa C. Livesay livesay@whafh.com
Mark Carl Rifkin rifkin@whafh.com
Max Folkenflik max@fmlaw.net
Michael Milton Liskow liskow@whafh.com
Morgan Matthew Mack mmm@hoffmanandlazear.com
Rachele R. Rickert rickert@whafh.com
Randall Scott Newman rsn@randallnewman.net
Sadik Harry Huseny sadik.huseny@lw.com
Satyanand Satyanarayana satyanand.satyanarayana@lw.com
Shari Ross Lahlou slahlou@crowell.com
Stephen DeNittis sdenittis@shabeldenittis.com
Wm. Randolph Smith wrsmith@crowell.com
Zachary W. Biesanz biesanz@whafh.com

**Dated: March 20, 2012**                                      **Richard W. Wieking, Clerk**

                                                                      **By:   /s/ JW Chambers**
                                                                              **Susan Imbriani**
                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California