LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Christopher S. Yates (Bar No. 161273)
  Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Chris.Yates@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. C 11-06714-JW<br>RELATED CASE NO. C 07-05152-JW<br><br>**DECLARATION OF EDDY CUE IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS**<br><br>**[PUBLIC REDACTED VERSION]** |

I, Eddy Cue, declare as follows:

1.    I am Senior Vice President, Internet Software and Services at Apple Inc. ("Apple"). I am the senior manager responsible for all aspects of the operations of the online service business. In particular, I am the Apple executive responsible for the iTunes Store and have had that responsibility since 2002. I also oversee the App Store and the iBookstore, as well as iAd and Apple's iCloud services. ███████████████████████████ ████████████████████████████████████████ ████████████████████████████████████

2.    Attached as Exhibit A is a true and correct copy of an excerpt of the ██████ ██ Distribution and Revenue Share Agreement between Apple and ATTM.

3.    Attached as Exhibit B is a true and correct copy of an excerpt of the ██████ ██ iPhone Agreement between Apple and ATTM.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 13, 2012 in Cupertino, California.

_____
Eddy Cue

SF\907499.1

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A

# CONDITIONALLY FILED UNDER SEAL IN ITS ENTIRETY

# EXHIBIT B

# CONDITIONALLY FILED UNDER SEAL IN ITS ENTIRETY