LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Christopher S. Yates (Bar No. 161273)
   Sadik Huseny (Bar No. 224659)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Chris.Yates@lw.com
Email: Sadik.Huseny@lw.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | CASE NO. C 11-06714-JW<br><br>RELATED CASE NOS.<br>C 07-05152-JW<br><br>**DECLARATION OF SHARI ROSS LAHLOU**<br><br>The Honorable Chief Judge James Ware<br>Courtroom 9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\906550.1

DECLARATION OF SHARI ROSS LAHLOU
CASE NUMBER: C 11-06714-JW

I, Shari Ross Lahlou, hereby declare as follows:

1. I am a partner in the law firm of Crowell & Moring LLP, which represents AT&T Mobility LLC ("ATTM") in the related case *In re Apple & ATTM Antitrust Litigation*, Case No. C 07-05152-JW. The following facts are of my personal knowledge, and if called as a witness I could and would testify competently as to their truth.

2. ATTM is aware of this litigation (*In re Apple iPhone Antitrust Litigation*, Case No. C 11-06714-JW). ATTM has an interest in this case, since the Consolidated Complaint alleges that ATTM is a monopolist and makes various allegations regarding the service ATTM provides to ATTM customers using iPhones (for example, allegedly imposing excessive international roaming charges).

3. However, ATTM has not intervened in this suit because, given the ruling in *In re Apple & ATTM Antitrust Litigation*, Case No. C 07-05152-JW, any such claims must be arbitrated. If ATTM were to be joined to this litigation, ATTM would move to compel arbitration as it successfully did in *In re Apple & ATTM Antitrust Litigation*.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 16th, 2012.

/s/ Shari Ross Lahlou
Shari Ross Lahlou

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SHARI ROSS LAHLOU
CASE NUMBER: C 11-06714-JW

SF\906550.1