1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2    Christopher S. Yates (Bar No. 161273)
   Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:    Dan.Wall@lw.com
   Email:    Chris.Yates@lw.com
6  Email:    Sadik.Huseny@lw.com

7  Attorneys for Defendant
   APPLE INC.
8

*[Court seal: "IT IS SO ORDERED / Judge James Ware" signed]*

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | IN RE APPLE IPHONE ANTITRUST     | CASE NO. C 11-06714-JW
13 | LITIGATION                       | RELATED CASE NO. C 07-05152-JW
14 |                                  | **STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF APPLE'S MOTION TO DISMISS**
15 |                                  |
16 |                                  | **[FILED PURSUANT TO L.R. 6-1, 6-2]**
17 |                                  | Courtroom 9, 19th Floor
   |                                  | The Honorable Chief Judge James Ware
18

1     WHEREAS Defendant Apple filed a motion to dismiss the consolidated complaint on April 16, 2012;

    WHEREAS Plaintiffs filed an opposition to that motion on May 7, 2012;

    WHEREAS the Parties have agreed, pursuant to Local Rule 6-2, that Apple's deadline for filing its reply in support of its motion to dismiss be extended from May 14, 2012 to May 18, 2012;

    IT IS HEREBY STIPULATED that Apple's deadline for filing its reply in support of its motion to dismiss be extended to May 18, 2012.

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to General Order 45(X)(B).

Dated: May 11, 2012

LATHAM & WATKINS LLP
   Christopher S. Yates

By  /s/ Christopher S. Yates
   Christopher S. Yates
   Attorneys for Defendant APPLE INC.

Dated: May 11, 2012

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
   Rachele R. Rickert

By  /s/ Rachele R. Rickert
   Rachele R. Rickert
   Attorneys for Plaintiffs PEPPER *ET AL.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 14 2012

By _/s/ James Ware_
THE HONORABLE JAMES WARE
CHIEF JUDGE
UNITED STATES DISTRICT COURT

SF\960918

1