FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
ALEXANDER H. SCHMIDT (*pro hac vice*)
schmidt@whafh.com
MICHAEL LISKOW (243899)
liskow@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

Plaintiffs' Interim Class Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSICO DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | ) No. C 11-06714 JW <br> ) <br> ) **STIPULATION AND [PROPOSED] ORDER** <br> ) **EXTENDING PLAINTIFFS' TIME TO FILE** <br> ) **AN AMENDED COMPLAINT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DEPT.:   9, 19th Floor <br> ) JUDGE:  Hon. Chief Judge James Ware |

1  WHEREAS, this Court's July 11, 2012 Order Denying Without Prejudice Defendant's Motion To Compel Arbitration; Granting In Part Defendant's Motion To Dismiss (ECF No. 75) directed Plaintiffs to file an Amended Complaint by July 31, 2012, and to add AT&T Mobility, LLC as a party should Plaintiffs wish to pursue their claim for Conspiracy to Monopolize the iPhone Voice and Data Services Aftermarket in Violation of Section 2 of the Sherman Act (Seeking Damages and Equitable Relief);

WHEREAS, the parties have agreed, pursuant to Civil Local Rule 6-2, to extend Plaintiffs' time to file their Amended Complaint to September 28, 2012, in order to allow Plaintiffs sufficient time to properly evaluate which claims to include within the Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, Plaintiffs' time to file their Amended Complaint shall be extended to and including September 28, 2012.

IT IS SO STIPULATED.

DATED: July 23, 2012

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT


   /s/ Rachele R. Rickert
      Rachele R. Rickert

750 B Street, Suite 2770
San Diego, California 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
rickert@whafh.com
gregorek@whafh.com
    - and -
MARK C. RIFKIN
ALEXANDER H. SCHMIDT
MICHAEL LISKOW
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677
rifkin@whafh.com
schmidt@whafh.com
liskow@whafh.com

Interim Class Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT - No. C 11-06714 JW

| | | |
|---|---|---|
| 1 | DATED: July 23, 2012 | LATHAM & WATKINS LLP |
| 2 | | DANIEL M. WALL |
| | | CHRISTOPHER S. YATES |
| | | SADIK HUSENY |

               /s/ Sadik Huseny
               Sadik Huseny

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600
Facsimile: 415/395-8095
dan.wall@lw.com
chris.yates@lw.com
sadik.huseny@lw.com

Attorneys for Defendant Apple Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____  _____
               THE HONORABLE JAMES WARE
               UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT - No. C 11-06714 JW

- 2 -

DECLARATION REGARDING CONCURRENCE

I, Rachele R. Rickert, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that Sadik Huseny has concurred in this filing.

DATED: July 23, 2012          WOLF HALDENSTEIN ADLER FREEMAN
                              & HERZ LLP


                       By:    /s/ Rachele R. Rickert
                              RACHELE R. RICKERT

APPLE2:19015.STIP