*IT IS SO ORDERED*

*Judge James Ware*

1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  RACHELE R. RICKERT (190634)
   rickert@whafh.com
3  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
4  750 B Street, Suite 2770
   San Diego, CA 92101
5  Telephone: 619/239-4599
   Facsimile:  619/234-4599
6
   MARK C. RIFKIN (*pro hac vice*)
7  rifkin@whafh.com
   ALEXANDER H. SCHMIDT (*pro hac vice*)
8  schmidt@whafh.com
   MICHAEL LISKOW (243899)
9  liskow@whafh.com
   WOLF HALDENSTEIN ADLER
10    FREEMAN & HERZ LLP
   270 Madison Avenue
11 New York, NY 10016
   Telephone: 212/545-4600
12 Facsimile:  212/545-4677

13 Plaintiffs' Interim Class Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSICO DIVISION

| IN RE APPLE iPHONE ANTITRUST LITIGATION | ) No. C 11-06714 JW <br> ) <br> ) **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DEPT.:   9, 19th Floor <br> ) JUDGE: Hon. Chief Judge James Ware |
|---|---|

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT - No. C 11-06714 JW

1  WHEREAS, this Court's July 11, 2012 Order Denying Without Prejudice Defendant's
2 Motion To Compel Arbitration; Granting In Part Defendant's Motion To Dismiss (ECF No. 75)
3 directed Plaintiffs to file an Amended Complaint by July 31, 2012, and to add AT&T Mobility,
4 LLC as a party should Plaintiffs wish to pursue their claim for Conspiracy to Monopolize the
5 iPhone Voice and Data Services Aftermarket in Violation of Section 2 of the Sherman Act
6 (Seeking Damages and Equitable Relief);

7  WHEREAS, the parties have agreed, pursuant to Civil Local Rule 6-2, to extend Plaintiffs'
8 time to file their Amended Complaint to September 28, 2012, in order to allow Plaintiffs sufficient
9 time to properly evaluate which claims to include within the Amended Complaint;

10  THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court
11 approval, Plaintiffs' time to file their Amended Complaint shall be extended to and including
12 September 28, 2012.

13 IT IS SO STIPULATED.

14 DATED: July 23, 2012      WOLF HALDENSTEIN ADLER
                              FREEMAN & HERZ LLP
15                            FRANCIS M. GREGOREK
                              RACHELE R. RICKERT
16

17                                    /s/ Rachele R. Rickert
18                                    Rachele R. Rickert

19                            750 B Street, Suite 2770
                              San Diego, California 92101
20                            Telephone: 619/239-4599
                              Facsimile: 619/234-4599
21                            rickert@whafh.com
                              gregorek@whafh.com
22                                 - and -
                              MARK C. RIFKIN
23                            ALEXANDER H. SCHMIDT
                              MICHAEL LISKOW
24                            270 Madison Avenue
                              New York, New York 10016
25                            Telephone: 212/545-4600
                              Facsimile: 212/545-4677
26                            rifkin@whafh.com
                              schmidt@whafh.com
27                            liskow@whafh.com

28                            Interim Class Counsel for Plaintiffs

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED
COMPLAINT - No. C 11-06714 JW

DATED: July 23, 2012

LATHAM & WATKINS LLP
DANIEL M. WALL
CHRISTOPHER S. YATES
SADIK HUSENY

_/s/ Sadik Huseny_
Sadik Huseny

505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: 415/391-0600
Facsimile: 415/395-8095
dan.wall@lw.com
chris.yates@lw.com
sadik.huseny@lw.com

Attorneys for Defendant Apple Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 25, 2012

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT CHIEF JUDGE

1

DECLARATION REGARDING CONCURRENCE

2

3
I, Rachele R. Rickert, am the ECF User whose identification and password are being used

4
to file this STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO

5
FILE AN AMENDED COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest

6
that Sadik Huseny has concurred in this filing.

7
DATED:  July 23, 2012                                   WOLF HALDENSTEIN ADLER FREEMAN
                                                                                    & HERZ LLP

8

9
                                                                      By:           /s/ Rachele R. Rickert
                                                                                    RACHELE R. RICKERT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
APPLE2:19015.STIP

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN AMENDED
COMPLAINT - No. C 11-06714 JW

- 3 -