| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Daniel M. Wall (Bar No. 102580)<br>   Christopher S. Yates (Bar No. 161273) |
| 3 |    Sadik Huseny (Bar No. 224659)<br>505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538<br>Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095<br>Email: Dan.Wall@lw.com |
| 6 | Email: Chris.Yates@lw.com<br>Email: Sadik.Huseny@lw.com |
| 7 | Attorneys for Defendant |
| 8 | APPLE INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | CASE NO. 3:11-cv-06714 YGR<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 5 |

IT IS SO ORDERED

*/s/ Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

1  WHEREAS the Parties have agreed, pursuant to Civil Local Rule 6-1, to extend the time
2  within which to answer or otherwise respond to plaintiffs' Amended Consolidated Class Action
3  Complaint to November 1, 2012;

4  IT IS HEREBY STIPULATED that the deadline for responding to the Amended
5  Consolidated Class Action Complaint be extended to November 1, 2012.

6  **IT IS SO STIPULATED AND AGREED.**

7

8  Authority for an concurrence in the filing of this stipulated request has been obtained
9  from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

10

11 Dated:  October 4, 2012                         LATHAM & WATKINS LLP
                                                  Sadik Huseny
12

13                                                By   /s/ Sadik Huseny
                                                  Sadik Huseny
14                                                Attorneys for Defendant APPLE INC.

15                                                LATHAM & WATKINS LLP
                                                  505 Montgomery Street, Suite 2000
16                                                San Francisco, California  94111-6538
                                                  Telephone:  (415) 391-0600
17                                                Sadik.Husen@lw.com

18
   Dated:  October 4, 2012                         WOLF HALDENSTEIN ADLER FREEMAN
19                                                & HERZ LLP
                                                  Rachele R. Rickert
20

21                                                By   /s/ Rachele R. Rickert
                                                  Rachele R. Rickert
22                                                Attorneys for Plaintiffs PEPPER *ET AL.*

23                                                WOLF HALDENSTEIN ADLER
                                                  FREEMAN & HERZ LLP
24                                                750 B. Street, Suite 2770
                                                  San Diego, CA 92101
25                                                Telephone:  (619) 239-4599
                                                  rickert@whafh.com
26

27 SF\1005618

28

1