UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION, | Case No.: C-11-06714-YGR<br>Related Case No. 12-cv-05404-YGR<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| ZACK WARD and THOMAS BUCHAR, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | |

The parties have submitted a Stipulation and [Proposed] Order Continuing Case Management Conference, which is scheduled in both actions for December 10, 2012. The request is hereby **DENIED.** This Order terminates Dkt. No. 94 in No. 11-cv-06714 and Dkt. No. 8 in No. 12-cv-5404.

**IT IS SO ORDERED.**

Dated: December 3, 2012

                                              _____
                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**