1  LATHAM & WATKINS LLP
     Daniel M. Wall (Bar No. 102580)
2     Christopher S. Yates (Bar No. 161273)
     Sadik Huseny (Bar No. 224659)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:  Dan.Wall@lw.com
   Email:  Chris.Yates@lw.com
6  Email:  Sadik.Huseny@lw.com

7  Attorneys for Defendant
   APPLE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | CASE NO. 3:11-cv-06714 YGR<br>ORDER DENYING STIPULATION<br><s>STIPULATION AND [PROPOSED] ORDER</s> EXTENDING TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT<br><br>[FILED PURSUANT TO CIVIL L.R. 6-1]<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 5, 2nd Floor |

1      WHEREAS, by Court Order entered on August 15, 2013, Plaintiffs shall file their Second Amended Consolidated Complaint on or before September 5, 2013;

WHEREAS, it is likely that Apple will move to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint;

WHEREAS, the Parties have agreed, pursuant to Civil Local Rule 6-2, to: (1) extend Apple's time within which to respond to Plaintiffs' Second Amended Consolidated Class Action Complaint ("SAC"); (2) to extend Plaintiffs' time to file their Opposition; (3) to extend Apple's time to file its Reply in support of its Motion to Dismiss; (4) to set a hearing date (subject to the Court's availability) on Apple's Motion to Dismiss; and (5) to continue the Case Management Conference, for the sake of efficiency, to the date set for argument on Apple's Motion to Dismiss;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that, subject to the Court's approval:

1. Apple shall have until October 7, 2013 to file and serve a Motion to Dismiss Plaintiffs' SAC;

2. Plaintiffs shall have until November 6, 2013 to file and serve an Opposition to Apple's Motion to Dismiss;

3. Apple shall have until November 21, 2013 to file and serve a Reply in Support of its Motion to Dismiss;

4. The hearing on Apple's Motion to Dismiss shall be set for December 17, 2013 at 2:00 p.m., or such other date and time as is convenient for the Court;

5. The Case Management Conference, currently set for November 4, 2013 at 2:00 p.m., shall be continued to December 17, 2013 at 2:00 p.m., or such other date and time as is convenient for the Court, to immediately follow the hearing on Apple's Motion to Dismiss.

**IT IS SO STIPULATED AND AGREED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND ORDER EXTENDING TIME TO RESPOND
CASE NO. 3:11-cv-06714 YGR

| | | |
|---|---|---|
| Dated: August 28, 2013 | | LATHAM & WATKINS LLP<br>Daniel M. Wall<br>Christopher S. Yates<br>Sadik Huseny |

By   /s/ Christopher S. Yates
Christopher S. Yates
Attorneys for Defendant APPLE INC.

Dated: August 28, 2013          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                                Rachele R. Rickert

By   /s/ Rachele R. Rickert
Rachele R. Rickert
Attorneys for Plaintiffs Pepper *et al.*

~~**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**~~.
This Order terminates Dkt. No. 109.

DATED: August 29, 2013

The Hon. Judge Yvonne Gonzalez Rogers
United States District Court Judge

**DENIED**

SF\5615079