1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. 3:11-cv-06714 YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE'S ADMINISTRATIVE MOTION FOR SEVEN DAY EXTENSION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
|---|---|

1   Having considered Apple Inc.'s Administrative Motion For Seven Day Extension To
2   Respond to Plaintiffs' Second Amended Complaint and Plaintiffs' response thereto, and good
3   cause being shown, the Motion is hereby **GRANTED**.
4   Apple shall have until September 30, 2013 to respond to Plaintiffs' Second Amended
5   Complaint.
6   This Order terminates Dkt. No. 112.
7   **IT IS SO ORDERED.**

9   Dated: September 11, 2013

                            By: _____
                                The Honorable Yvonne Gonzalez Rogers
                                United States District Court Judge

SF\5616689