UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. C 11-06714-YGR<br><br>Related Case Nos.  C 07-05152-JW<br>                                    C 12-05404-YGR<br><br>**[PROPOSED]** **JUDGMENT** |

1   For the reasons set forth in the Court's December 2, 2012 Order the Court granted, with prejudice, Apple's motion to dismiss Plaintiffs' Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 124.)

**IT IS ORDERED, ADJUDGED AND DECREED THAT** Plaintiffs' Second Amended Complaint is dismissed with prejudice and the Court enters judgment as follows:  Plaintiffs shall take nothing from this action and Defendant Apple Inc. shall have judgment in its favor on Plaintiffs' entire action.  The parties shall bear their own costs.

Dated: __January 7, 2014__

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

SF\5682190