UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE IPHONE ANTITRUST LITIGATION, | No. 14-15000 |
| ROBERT PEPPER; et al., Plaintiffs - Appellants, v. APPLE INC., Defendant - Appellee. | D.C. No. 4:11-cv-06714-YGR U.S. District Court for Northern California, Oakland **MANDATE** |

The judgment of this Court, entered January 12, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7