# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 7, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526


      Re:  Apple Inc.
            v. Robert Pepper, et al.
           No. 17-204
           (Your No. 14-15000)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 2, 2017 and placed on the docket August 7, 2017 as No. 17-204.



                                          Sincerely,

                                          **Scott S. Harris**, Clerk

                                          by

                                          Jacob C. Travers
                                          Case Analyst