RACHELE R. BYRD (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

*Plaintiffs' Interim Class Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | CASE NO.  C 11-06714-YGR <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEYS FRANCIS M. GREGOREK AND ALEXANDER H. SCHMIDT** <br><br> DEPT:        Courtroom 1, 4th Floor <br> JUDGE:      Hon. Yvonne Gonzalez Rogers |

1 | TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that Wolf Haldenstein Adler Freeman & Herz LLP, Interim Class Counsel for Plaintiffs in this proceeding, hereby requests that Francis M. Gregorek and Alexander H. Schmidt be withdrawn from the docket and any service lists in the above proceeding as they are no longer with the firm of Wolf Haldenstein Adler Freeman & Herz LLP.

DATE: January 30, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
RACHELE R. BYRD

    */s/ Rachele R. Byrd*
    RACHELE R. BYRD

750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600

*Plaintiffs' Interim Class Counsel*

APPLE2: 25381