RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

*Plaintiffs' Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>[Declaration and [Proposed] Order filed herewith]<br><br>JUDGE:   Hon. Yvonne Gonzalez Rogers<br>CTRM:    1 – 4th Floor |

TO:    THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, Harry Bass, Eric Terrell, James Blackwell, and Crystal Boykin ("Plaintiffs") hereby move this Court to consider whether the following actions filed in the United States District Court, Northern District of California should be related:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *In re Apple iPhone Antitrust Litigation* | 4:11-cv-06714-YGR | 12/29/2011 |
| *Edward Lawrence v. Apple Inc.* | 3:19-cv-02852-MMC | 05/23/2019 |

The above-listed actions involve the same transactions and events and the same legal issues. It is therefore likely that there would be "unduly burdensome duplication of labor and expense" or conflicting results if the cases are conducted before different Judges. *See* Civil L.R. 3-12(a)(1) & (2). Relating the two cases and placing them under the supervision of one judge is likely to save the Court and the parties significant costs and may facilitate and expedite resolution of the cases.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    THE TWO ACTIONS SHOULD BE RELATED

Pursuant to Civil L.R. 3-12(a), actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, these criteria are met.

Both of the above-listed actions allege violations of Section 2 of the Sherman Antitrust Act of 1890, 15 U.S.C. § 2, for monopolization and attempted monopolization. Moreover, both of the above-listed actions are class actions brought against Apple Inc. ("Apple" or "Defendant") on behalf of persons or entities that purchased applications from Apple through iTunes or Apple's "App Store".

Plaintiffs in both cases are consumers who purchased iPhones and then paid Apple for iPhone apps, and Apple is the only defendant in both cases. The actions involve the same transactions and events and the same legal issues. It is therefore likely that there will be "unduly

1  burdensome duplication of labor and expense" or conflicting results if the cases are litigated
2  before different judges.  *See* Civil L.R. 3-12(a)(1) & (2).  Relating the two cases and placing them
3  under the supervision of one judge will very likely save the Court and the parties significant costs
4  and may facilitate and expedite the cases.

**II.     CONCLUSION**

For all of the reasons stated above, Plaintiffs hereby request that the Court in the lowest numbered case, *In re iPhone Antitrust Litigation*, enter an Order relating the two class actions listed above to each other and reassigning the *Lawrence* action to Judge Yvonne Gonzalez Rogers.

DATED:  June 7, 2019                                **WOLF HALDENSTEIN ADLER
                                                              FREEMAN & HERZ LLP**

                                            */s/ Rachele R. Byrd*
                                            RACHELE R. BYRD

RACHELE R. BYRD
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
270 Madison Avenue
New York, NY 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

*Plaintiffs' Interim Class Counsel*

APPLE2:25670