# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 17, 2019

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

       **Re:  Apple Inc.
           v. Robert Pepper, et al.,
           No. 17-204 (Your docket No. 14-15000)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                                  Sincerely,

                                                  SCOTT S. HARRIS, Clerk

                                                  By *[signature]*

                                                  Hervé Bocage
                                                  Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 17, 2019

Mr. Daniel M. Wall, Esq.
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

      Re:  Apple Inc.
            v. Robert Pepper, et al.,
           No. 17-204

Dear Mr. Wall:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

                         Sincerely,

                         SCOTT S. HARRIS, Clerk

                         By *[signature]*
                         Herve' Bocage
                         Judgments/Mandates Clerk

cc:  All counsel of record
     Clerk, USCA for the Ninth Circuit
        (Your docket No. 14-15000)

# Supreme Court of the United States

No. 17-204

**APPLE INC.,**

Petitioner

v.

**ROBERT PEPPER, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

May 13, 2019

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States