THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880) (admission pending)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice* forthcoming)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. 4:11-cv-06714-YGR<br>RELATED CASE NOS. 3:19-cv-02852-YGR (*Lawrence v. Apple*) and 4:12-cv-05404-YGR (*Ward v. Apple*)<br><br>**DECLARATION OF DANIEL G. SWANSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>The Honorable Yvonne Gonzalez Rogers |
| ROBERT PEPPER, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 4:11-cv-06714-YGR |

1    I, Daniel G. Swanson, declare and state as follows:

2        1.   I am an attorney duly licensed to practice law before all of the courts of the State

3    of California and before this Court.  I am a partner with the law firm of Gibson, Dunn & Crutcher

4    LLP, and I am one of the attorneys responsible for representing Apple Inc. in the proposed related

5    case, *Cameron v. Apple Inc.*, No. 3:19-cv-03074-WHA (N.D. Cal.) ("*Cameron*").  I make this

6    declaration in support of Apple's Administrative Motion to Consider Whether Cases Should Be

7    Related.  I am personally familiar with the matters set forth herein and, if called to testify, I could

8    and would competently testify thereto.

9        2.   On June 13, 2019, the plaintiff in the *Cameron* action served its complaint on

10   Apple.  Attached as Exhibit A to this declaration is a true and correct copy of the complaint in the

11   *Cameron* action.

12       3.   Apple believes that the *Cameron* action is "related" to *In re Apple iPhone Antitrust*

13   *Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) ("*Pepper*")—which is pending in this Court—as

14   defined in Civil Local Rule 3-12(a).  Attached as Exhibit B to this declaration is a true and correct

15   copy of the Second Amended Complaint in the *Pepper* action.

16       4.   I understand that pursuant to Civil Local Rule 7-11(a), plaintiffs' counsel in

17   *Cameron* indicated to Apple's prior counsel, Latham & Watkins LLP, that it did not believe that

18   the *Cameron* and *Pepper* cases meet the related case criteria.  On Friday, June 21, 2019, Gibson

19   Dunn contacted plaintiffs' counsel in *Cameron*, seeking to confirm its clients' position.  As of the

20   time of this filing, no response was provided.

21       5.   Per Civil Local Rule 7-11(a), on Friday, June 21, 2019, counsel for Apple in the

22   *Cameron* action also contacted counsel for the plaintiffs in the *Pepper* action to inquire whether

23   the plaintiffs would stipulate to *Cameron* relating to *Pepper*.  Plaintiffs' counsel indicated that

24   they were not prepared to take a position on relation of the cases until after reviewing the instant

25   motion.

26   I declare under penalty of perjury under the laws of the United States of America that the

27   foregoing is true and correct.

28

1

1    Executed on June 21, 2019 at St. Gallen, Switzerland.

2

3                                              By: /s/ Daniel G. Swanson
                                                   Daniel G. Swanson

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANIEL G. SWANSON IN SUPPORT OF ADMINISTRATIVE MOTION TO DETERMINE
WHETHER CASES SHOULD BE RELATED
CASE NO. 4:11-cv-06714-YGR