FILED

JUL 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: APPLE IPHONE ANTITRUST LITIGATION, _____ ROBERT PEPPER; et al., Plaintiffs-Appellants, v. APPLE INC., Defendant-Appellee. | No. 14-15000 D.C. No. 4:11-cv-06714-YGR Northern District of California, Oakland **ORDER** |

Before: TASHIMA, W. FLETCHER, and WATFORD,[*] Circuit Judges.

In light of the Supreme Court's opinion affirming the judgment of this court, *see Apple Inc. v. Pepper*, ___ U.S. ___ , 139 S. Ct. 1514 (2019), we in turn **REMAND** this case to the district court for further proceedings consistent with the opinions of this court and the Supreme Court.

Plaintiffs-Appellants' motion for reassignment of the district court judge on remand (Dkt. 46) is **DENIED**.

---

[*] Judge Watford was randomly drawn to replace Judge Gettleman after the latter's self-recusal.