UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re Apple iPhone Antitrust Litigation | Case No. 11-cv-06714-YGR (TSH) |
|---|---|
| | **DISCOVERY ORDER** |

This case has been referred to the undersigned for discovery purposes. The parties shall follow the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher, (415) 522-4708.

**IT IS SO ORDERED.**

Dated: 10/10/2019

THOMAS S. HIXSON
United States Magistrate Judge