RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
MATTHEW M. GUINEY (*pro hac vice*)
guiney@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

*Consumer Plaintiffs' Interim Class Counsel*
[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR<br><br>**JOINT STATEMENT REGARDING MEDIATION**<br><br>JUDGE:     Hon. Yvonne Gonzalez Rogers<br>CTRM:      1 – 4th Floor |
| DONALD R. CAMERON, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No.   4:19-cv-3074-YGR |

1   Pursuant to the Court's order at the October 7, 2019 Case Management Conference as
2  reflected in the Court's Minute Order dated October 7, 2019, the parties in the above-captioned
3  actions jointly report that they have agreed to mediate before the Honorable Layn Phillips (Ret.).

4
5  DATED:  November 1, 2019          By:     */s/ Rachele R. Byrd*

6                                           **WOLF HALDENSTEIN ADLER**
                                               **FREEMAN & HERZ LLP**
7                                           RACHELE R. BYRD
                                            BRITTANY N. DEJONG
8                                           750 B Street, Suite 1820
                                            San Diego, CA 92101
9                                           Telephone:  619/239-4599
                                            Facsimile:  619/234-4599
10
                                            **WOLF HALDENSTEIN ADLER**
11                                             **FREEMAN & HERZ LLP**
                                            MARK C. RIFKIN (*pro hac vice*)
12                                          MATTHEW M. GUINEY (*pro hac vice*)
                                            270 Madison Avenue
13                                          New York, New York 10016
                                            Telephone:  212/545-4600
14                                          Facsimile:  212/545-4677

15                                          *Consumer Plaintiffs' Interim Class Counsel*

16  DATED:  November 1, 2019         By:    */s/ Steve W. Berman*

17                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
18                                          Steve W. Berman (*pro hac vice*)
                                            Robert F. Lopez (*pro hac vice*)
19                                          1301 Second Ave., Suite 2000
                                            Seattle, WA 98101
20                                          Telephone: (206) 623-7292
                                            Facsimile: (206) 623-0594
21                                          steve@hbsslaw.com
                                            robl@hbsslaw.com
22
                                            Shana E. Scarlett (SBN 217895)
23                                          **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                            715 Hearst Avenue, Suite 202
24                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
25                                          Facsimile: (510) 725-3001
                                            shanas@hbsslaw.com
26
27                                          *Developer Plaintiffs' Interim Lead Class Counsel*
28

DATED:  November 1, 2019          By:     /s/ Cynthia E. Richman

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

*Attorneys for Defendant Apple Inc.*

## DECLARATION REGARDING CONCURRENCE

I, Rachele R. Byrd, am the ECF user whose identification and password are being used to file this JOINT STATEMENT REGARDING MEDIATION.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED:  November 1, 2019          **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

    */s/ Rachele R. Byrd*
          RACHELE R. BYRD

APPLE2:26051v3