RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
MATTHEW M. GUINEY (*pro hac vice*)
guiney@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677

*Plaintiffs' Interim Class Counsel*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING THE INDIVIDUAL CLAIMS OF NAMED PLAINTIFF ERIC TERRELL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> JUDGE:    Hon. Yvonne Gonzalez Rogers <br> CTRM:     1 – 4th Floor |

1   WHEREAS, on December 29, 2011, Plaintiffs Robert Pepper, Stephen H. Schwartz and
2   Edward W. Hayter filed a complaint against Apple in the Northern District of California, Case
3   No. 11-cv-06714 (the "*Pepper* Action") asserting violations of Section 2 of the Sherman
4   Antitrust Act of 1890, 15 U.S.C. § 2, for monopolization and attempted monopolization of the
5   iPhone applications aftermarket (*Pepper* Action, ECF No. 1);

6   WHEREAS, on January 17, 2012, Plaintiffs Eric Terrell, James Blackwell and Crystal
7   Boykin filed a complaint against Apple in the Northern District of California, Case No. 12-cv-
8   00259 (the "*Terrell* Action") asserting substantially similar facts and the same claims as the
9   *Pepper* Action (*Terrell* Action, ECF No. 1);

10  WHEREAS, on February 9, 2012, the Court issued an order finding that the *Terrell*
11  Action was related to the *Pepper* Action (*Pepper* Action, ECF No. 11);

12  WHEREAS, on March 20, 2012, the Court issued an order consolidating the *Terrell*
13  Action with the *Pepper* Action and designating the *Pepper* Action as the lead case. The
14  consolidation order provided that all future filings shall bear the caption: "*In re Apple iPhone*
15  *Antitrust Litigation*" (*Pepper* Action, ECF No. 25);

16  WHEREAS, on April 9, 2012, the Court appointed Wolf Haldenstein Adler Freeman &
17  Herz LLP as Interim Class Counsel in *In re Apple iPhone Antitrust Litigation* (*Pepper* Action,
18  ECF No. 34);

19  WHEREAS, named plaintiff Eric Terrell has informed Plaintiffs' counsel of his desire to
20  withdraw as a named plaintiff in this action;

21  WHEREAS, good cause exists to allow the withdrawal and dismissal of Eric Terrell as a
22  named plaintiff without prejudice because other representative plaintiffs remain active in this
23  litigation, thereby ensuring continued representation for members of the proposed class, while
24  Eric Terrell will become an absent class member upon the dismissal of his individual claims;

25  WHEREAS, Apple Inc. reserves any rights it may have to seek discovery in the future
26  from Mr. Terrell, and Plaintiffs reserve their rights to object to any attempts Apple may make to
27  take discovery from Mr. Terrell as a non-party putative class member;

28

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel and subject to approval of the Court to the entry of an Order providing that:

The individual claims of named plaintiff Eric Terrell in the Second Amended Consolidated Class Action Complaint be and hereby are voluntarily DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED**

DATED:  November 8, 2019            By:     */s/ Rachele R. Byrd*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
RACHELE R. BYRD
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

*Attorneys for Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter and Eric Terrell*

DATED:  November 8, 2019            By:     */s/ Cynthia E. Richman*

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197

Telephone:  213.229.7000
Facsimile:  213.229.7520

**GIBSON, DUNN & CRUTCHER LLP**
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____     _____
                          THE HONORABLE YVONNE GONZALEZ ROGERS
                          UNITED STATES DISTRICT COURT JUDGE

---

**DECLARATION REGARDING CONCURRENCE**

I, Rachele R. Byrd, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING THE INDIVIDUAL CLAIMS OF NAMED PLAINTIFF ERIC TERRELL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED:  November 8, 2019            **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Rachele R. Byrd*
RACHELE R. BYRD

APPLE2:26004

STIP. AND P.O. DISMISSING THE INDIVIDUAL CLAIMS OF NAMED PL. ERIC TERRELL WITHOUT PREJUDICE PER FED. R. CIV. P. 41(a)(1)(A)(ii)
Case No. 4:11-cv-06714-YGR
- 4 -