United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 212 |
| DONALD R. CAMERON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 19-cv-03074-YGR (TSH)<br><br>Re: Dkt. No. 95 |

The Court has a Discovery Standing Order that bars litigants from filing discovery motions and instead requires them to file a joint discovery letter brief of no more than five pages. This procedure works well for the large majority of discovery disputes, which do not warrant the 65 pages of written briefing otherwise provided for in Civil Local Rule 7. However, some discovery disputes are more complicated, and the Court from time to time excuses compliance with the joint letter brief procedure where it lacks utility. Here, in these related actions, Apple and Samsung have a filed a joint discovery letter brief (ECF No. 212 in the *Pepper* action and ECF No. 95 in the *Cameron* action) where the five-page limit seems not so useful. Given the importance of the issues raised by the subpoena, the number of requests at issue, and the objections to be addressed, full briefing under Local Rule 7 is appropriate. Accordingly, the Court orders Apple to file a full-

fledged motion to compel under Rule 7.

**IT IS SO ORDERED.**

Dated: July 15, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge