UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No.: 4:11-CV-06714-YGR<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| **DONALD R. CAMERON, ET. AL.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**APPLE INC.,**<br><br>  Defendant. | Case No.: 4:19-CV-03074-YGR |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

The Court has reviewed the parties' updated case management conference statements and is satisfied that the above cases are proceeding as scheduled. Accordingly, the further case management conferences currently set for August 3, 2020 are **CONTINUED** to **2:00 p.m.** on **January 11, 2021** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

The parties are reminded to file an updated case management conference statement and advise as to the status of the proceedings. If the case is proceeding as scheduled, the parties may request that the conference be vacated.

**IT IS SO ORDERED**.

Date: July 31, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**