STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

*Interim Class Counsel for the Developer Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | CASE NO. 4:11-cv-06714-YGR |
| | **DEVELOPER PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY FROM NON-PARTY SAMSUNG ELECTRONICS AMERICA, INC.** |
| DONALD R. CAMERON, *et al.*, | CASE NO. 4:19-cv-03074-YGR |
| Plaintiffs, | |
| v. | DATE: September 10, 2020 |
| APPLE INC., | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Magistrate Thomas S. Hixson |

Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.,[1] iOS developers and plaintiffs in *Cameron, et al. v. Apple Inc.*, N.D. Cal. Case No. 4:19-cv-03074-YGR (*Cameron*), respectfully submit this memorandum in response to defendant Apple Inc.'s Motion To Compel Discovery from Non-Party Samsung Electronics America, Inc. (ECF No. 101 in *Cameron*).

The developer plaintiffs take no position as to the propriety of Apple's effort, generally speaking, to seek to enforce its own pending subpoena against Samsung Electronics America, Inc. (Samsung). They note that they will receive copies of any production made to Apple pursuant to its discovery requests, including by way of the discovery coordination order entered in the developer and consumer cases. (ECF No. 80 in *Cameron* (Order Granting Stipulation Regarding Coordination of Discovery), ¶ 5.) Furthermore, the developer plaintiffs reserve the right to conduct their own discovery vis-a-vis Samsung and its related entities (including those discussed in Apple's briefing and supporting materials). Such discovery may include developer plaintiffs' own document subpoena to Samsung, its related entities, or a combination thereof, among other activities as appropriate.

The developer plaintiffs do, however, take exception to Apple's over-the-top rhetoric as to their case, including the demonstrably baseless charge that their claims are "frivolous." (Mot. at 1.) Their claims are anything but. At the appropriate time, the developer plaintiffs look forward to presenting the Court with a true and accurate picture of their case, as well as the authorities and facts that underlay and justify their claims fully.

Also, in its motion, Apple raises various purportedly substantive grounds for its planned defense of the developers' claims. The developers look forward to meeting and overcoming Apple's defenses in due course.

---

[1] Because plaintiffs and Apple are in the process of dismissing Barry Sermons from the developer case, Mr. Sermons has not participated in the preparation of this memorandum.

-1-
DEVELOPER PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO COMPEL RE: SAMSUNG
CASE NOS. 4:11-CV-06714-YGR, 4:19-CV-03074-YGR

010818-11/1334443 V1

Dated: August 14, 2020	HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/* Steve W. Berman
  Steve W. Berman (*pro hac vice*)
  Robert F. Lopez (*pro hac vice*)
  1301 Second Avenue, Suite 2000
  Seattle, WA 98101
  Telephone: (206) 623-7292
  Facsimile: (206) 623-0594
  steve@hbsslaw.com
  robl@hbsslaw.com

  Shana E. Scarlett (SBN 217895)
  HAGENS BERMAN SOBOL SHAPIRO LLP
  715 Hearst Avenue, Suite 202
  Berkeley, CA 94710
  Telephone: (510) 725-3000
  Facsimile: (510) 725-3001
  shanas@hbsslaw.com

  *Interim Class Counsel for the Developer Plaintiffs*