UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN FUTHER SUPPORT OF MOTION TO MODIFY CASE SCHEDULE**<br><br>Hon. Yvonne Gonzalez Rogers |
| DONALD R. CAMERON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE INC.<br><br>            Defendant. | No. 4:19-cv-03074-YGR<br>No. 4:19-cv-03796-YGR |

010818-11 1402652V1

This matter comes before the Court on Plaintiffs' Administrative Motion for Leave to File Reply in Further Support of Administrative Motion to Modify Case Schedule ("Administrative Motion").

Upon consideration of the Administrative Motion, and for good cause shown, it is hereby ORDERED that the Administrative Motion is **GRANTED**.  Plaintiffs shall file their Reply in further support of their administrative motion to modify case schedule.

**IT IS SO ORDERED.**

DATED: _____

        HON. YVONNE GONZALEZ ROGERS
        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMIN MOT. FOR LEAVE TO FILE
REPLY IN FURTHER SUPPORT OF MOT. TO MODIFY CASE SCHEDULE - 1
Case Nos. 4:11-06714-YGR, 4:19-cv-03074-YGR, 4:19-cv-03796-YGR

010818-11 1402652V1