BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
| | **DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | DATE:          Nov. 16, 2021<br>TIME:          10:00 a.m.<br>CTROOM:    1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

1    I, Rachele R. Byrd, declare as follows:

2         1.      I am an attorney duly licensed to practice before all the courts of the State of

3    California.  I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf

4    Haldenstein"), Interim Class Counsel for plaintiffs Robert Pepper, Stephen H. Schwartz, Edward

5    W. Hayter and Edward Lawrence ("Plaintiffs").  I submit this declaration in support of Plaintiffs'

6    Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if

7    called upon, I could and would competently testify thereto.

8         2.      On April 9, 2012, this Court appointed Wolf Haldenstein as Interim Class Counsel

9    to represent the interests of the proposed class.  ECF No. 34.  Since appointment, Interim Class

10   Counsel have diligently litigated this case for the benefit of the proposed class.  Interim Class

11   Counsel opposed multiple motions to dismiss and briefed and argued the appeal before the Ninth

12   Circuit Court of Appeals and assisted in the briefing of the appeal before the U.S. Supreme Court

13   in *Apple Inc. v. Pepper*, 139 S. Ct. 1514 (2019).

14        3.      Following remand from the Supreme Court, Plaintiffs filed a Third Amended

15   Consolidated Class Action Complaint (ECF No. 229) and engaged in extensive discovery.  Interim

16   Class Counsel reviewed voluminous documents produced by Defendant Apple Inc. ("Apple") and

17   third parties and coordinated depositions with the plaintiffs in the related actions (*Epic Games,*

18   *Inc. v. Apple Inc.*, No. 20-cv-05640-YGR-TSH; and *Cameron, et al. v. Apple Inc.*, No. 4:19-cv-

19   03074-YGR-TSH).  To date, Interim Class Counsel has deposed 14 current or former Apple

20   employees and one third party.

21        4.      Plaintiffs have each produced documents to Apple, and Apple deposed Mr. Hayter

22   and Mr. Lawrence last year.  Mr. Pepper's deposition is scheduled for June 14, 2021, and Apple

23   has requested to depose Mr. Schwartz in June 2021 as well.

24        5.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the

25   transcript of the deposition of Craig Federighi, taken on February 10, 2021.

26        6.      Attached hereto as **Exhibit B** is a true and correct copy of a document Apple

27   produced in this litigation, bearing bates number APL-APPSTORE_09114427.

28

-1-

7.    Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the trial testimony of Tim Cook, in *Epic Games, Inc. v. Apple Inc*.

8.    Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Matthew Fischer, taken on December 18, 2020 and January 7, 2021.

9.    Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Ron Okamoto, taken on December 16, 2020.

10.    Attached hereto as **Exhibit F** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_08825075.

11.    Attached hereto as **Exhibit G** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_00000055.

12.    Attached hereto as **Exhibit H** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-EG_06216718.

13.    Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Eddy Cue, taken on February 8, 2021.

14.    Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the transcript of the deposition of Scott Forstall, taken on March 8, 2021.

15.    Attached hereto as **Exhibit K** is a true and correct copy of the expert report of Dr. Daniel L. McFadden, dated June 1, 2021.

16.    Attached hereto as **Exhibit L** is a true and correct copy of a document marked as Exhibit 56 during the deposition of Matthew Fischer and available here: https://developer.apple.com/app-store/review/guidelines/ (last visited May 31, 2021).

17.    Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the transcript of the deposition of Phillip Shoemaker, taken on January 12, 2021.

18.    Attached hereto as **Exhibit N** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-EG_00312287.

19.    Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the transcript of the deposition of Mark Grimm, taken on February 9, 2021.

20.     Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the transcript of the deposition of Trystan Kosmynka, taken on February 2, 2021.

21.     Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the transcript of the deposition of Timothy Cook, taken on February 12, 2021.

22.     Attached hereto as **Exhibit R** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-EG_00985738.

23.     Attached hereto as **Exhibit S** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_04100703.

24.     Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the transcript of the deposition of Eric Gray, taken on February 12 & 15, 2021.

25.     Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the trial testimony of Tim Sweeney, in *Epic Games, Inc. v. Apple Inc*.

26.     Attached hereto as **Exhibit V** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_00492363.

27.     Attached hereto as **Exhibit W** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_08883133.

28.     Attached hereto as **Exhibit X** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_10176241.

29.     Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the transcript of the deposition of Mark Rollins, taken on February 11, 2021.

30.     Attached hereto as **Exhibit Z** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-EG_00138494.

31.     Attached hereto as **Exhibit AA** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-EG_00982923.

32.     Attached hereto as **Exhibit BB** is a true and correct copy of excerpts from the transcript of the deposition of C.K. Haun, taken on January 13 & 14, 2021.

33.     Attached hereto as **Exhibit CC** is a true and correct copy of excerpts from the trial testimony of James Mickens, in *Epic Games, Inc. v. Apple Inc*.

-3-

34.     Attached hereto as **Exhibit DD** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-EG_04806307.

35.     Attached hereto as **Exhibit EE** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_00491119.

36.     Attached hereto as **Exhibit FF** is a true and correct copy of excerpts from the transcript of the deposition of Eric Friedman, taken on February 1, 2021.

37.     Attached hereto as **Exhibit GG** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_10176241.

38.     Attached hereto as **Exhibit HH** is a true and correct copy of a document marked as Exhibit 839 during the deposition of Timothy Cook and available here: https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/ (last visited May 31, 2021).

39.     Attached hereto as **Exhibit II** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_06629008.

40.     Attached hereto as **Exhibit JJ** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_09924671.

41.     Attached hereto as **Exhibit KK** is a true and correct copy of a document Apple produced in this litigation, bearing bates number APL-APPSTORE_04650308.

42.     Each Plaintiff has executed a Declaration in Support of the Motion for Class Certification.  A true and correct copy of the Plaintiffs' Declarations are attached hereto as **Exhibits LL, MM, NN** and **OO**.

43.     My firm is fully committed to continuing to devote the necessary time and resources to vigorously prosecuting the claims of the proposed class. Wolf Haldenstein has a national reputation for excellence and success in complex class and antitrust litigation, as set forth in its firm resume, a true and correct copy of which is attached hereto as **Exhibit PP**.

44.     Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg Hansen") successfully briefed and argued the appeal before the Supreme Court in *Pepper*.  A true and correct copy of Kellog Hansen's firm resume is attached hereto as **Exhibit QQ**.

-4-

1        I declare under penalty of perjury under the laws of the United States of America that the

2 following is true and correct.  Executed June 1, 2021 at San Diego, California.

3                                        */s/ Rachele R. Byrd*

4                                        RACHELE R. BYRD

5

6

7

8

9

10 27384

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-