# EXHIBIT A

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED