# EXHIBIT B

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED