# EXHIBIT C

```
                                            VOLUME 15

                                            Pages 3827 - 4052

                                            Under Seal Pages 3998 - 4014

            UNITED STATES DISTRICT COURT

         NORTHERN DISTRICT OF CALIFORNIA
```

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,             )
                              )
        Plaintiff,             )   NO. C-20-5640 YGR
                              )
   vs.                         )   Friday, May 21, 2021
                              )
APPLE, INC.,                  )   Oakland, California
                              )
        Defendant.             )   BENCH TRIAL
_____)
APPLE, INC.,                  )
                              )
        Counterclaimant,       )
   vs.                         )
                              )
EPIC GAMES, Inc.,             )
                              )
        Counter-Defendant.     )
_____)

          REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                   BY:  KATHERINE B. FORREST, ESQUIRE
                        GARY A. BORNSTEIN, ESQUIRE
                        YONATAN EVEN, ESQUIRE
                      (Appearances continued.)

Reported By:      Diane E. Skillman, CSR 4909, RPR, FCRR
                  Pamela Batalo-Hebel, CSR 3593, RMR, FCRR
                  Raynee Mercado, CSR 8258 RMR, CRR, FCRR

     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

1  **Q.** Let's talk a little about IAP, in-app purchasing.
2      And Epic has raised claims against Apple based on its
3  in-app purchasing functionality.
4      You're aware of that; is that right, sir?
5  **A.** Yes.
6  **Q.** What is IAP?
7  **A.** It's the in-app purchase that's a feature of the App
8  Store.
9  **Q.** Is it a payment processor?
10 **A.** No. We have a payment processor, but it's called Apple
11 Pay.
12 **Q.** Is there a fee for using IAP?
13 **A.** No, there is no fee.
14 **Q.** And to be clear to the Court, is the 15 percent or 30
15 percent commission that we just discussed -- is that a payment
16 processing fee?
17 **A.** No. No.
18 **Q.** What is IAP's role with respect to the commission?
19 **A.** IAP helps Apple efficiently collect the commission. The
20 commission is for a number of different things, from developer
21 tools to the APIs and to the customer service that's provided.
22 And one of those things is obviously the payment processing
23 itself.
24     But all of these things, it enables Apple to efficiently
25 do it. If not for IAP, we would have to come up with another

1  system to invoice developers, which I -- I think would be a
2  mess.
3  **Q.**   Does the commission bear any relationship to Apple's
4  investment in research and development?
5  **A.**   Yes.  It provides a return on our -- our investment.
6  **Q.**   Would developers still have to pay a commission if there
7  was no IAP?
8  **A.**   Yes, of course.
9  **Q.**   Now, one question that has come up a few times is about
10  developers' abilities to contact customers outside the App
11  Store.
12        Can developers who have apps in the App Store contact
13  their customers to encourage them to use other payment
14  methods?
15  **A.**   Yes.  They can do mass marketing, provided that the
16  customer will let them have their email.  You know, Apple
17  can't provide the email from a privacy point of view, but if
18  the developer gets the customer to do that, they can -- they
19  can send them, along with all the other customers they've got,
20  marketing material.
21  **Q.**   Are developers allowed to include links in their app on
22  the App Store directing customers to other payment options?
23  **A.**   No.
24  **Q.**   And why is that, Mr. Cook?
25  **A.**   Well, it would be akin to Apple down at Best Buy saying,

1  thousand dollars, or whatever it is, on an iPhone, you do, at
2  Apple, decide for them that they cannot download apps directly
3  from a developer to their own phone, correct?
4  **A.**  We do.
5  **Q.**  And you decide for them that they cannot go to a
6  third-party store other than your App Store to get an app for
7  their phone; is that right?
8  **A.**  Other than web apps.
9  **Q.**  Okay.
10 **A.**  They can -- they can do web apps themselves.
11 **Q.**  The only way -- you decide for them that the only way they
12 can get a native app is through your App Store, that right?
13 **A.**  That's -- that's correct.
14 **Q.**  But if people really value Apple's curation and Apple's
15 App Store, even if there are multiple stores, people could
16 still go shop at Apple, correct?
17 **A.**  Well, I would promise buying that iPhone would be gone.
18 **Q.**  Well, sir, the question --
19                    (Simultaneous colloquy.)
20 **BY MR. BORNSTEIN:**
21 **Q.**  The question, sir, is if there are multiple stores on the
22 iPhone and people really value the service that Apple provides
23 in curating the store, people who value it could go shop at
24 your store, correct?
25 **A.**  It seems like a decision that they shouldn't have to make.

1   **A.** Yes.

2   **Q.** All right.

3   And you trust that your consumers know the difference

4   between an app that comes from the App Store and an app or

5   content that comes from their browser, correct?

6   **A.** I do.

7   **Q.** Right. And you don't know, however, whether people can

8   tell the difference between your App Store and a third-party

9   app store with other branding, right? That's your testimony,

10  you don't know if people could tell?

11  **A.** They've never had to do it before.

12  **Q.** Right. So you just can't --

13  **A.** They bought into something that's an ecosystem system that

14  just works.

15  **Q.** All right. So you just can't be sure if people would be

16  able to make that distinction; is that your position?

17  **A.** I'm saying I don't know.

18  **Q.** All right. And you don't know whether Apple's vast

19  marketing machine can educate consumers about the difference

20  between its App Store and other stores that might be

21  available; is that right?

22  **A.** Seems like a complexity they shouldn't have to worry with.

23  **Q.** If there were another app store or app stores available,

24  Apple would have to actually compete and persuade users that

25  it had the best offering, right?

1    **A.**  We'd have to differentiate in some way.  I don't know what
2    we would do.
3    **Q.**  Correct.  You'd have to differentiate in some way.
4        You testified earlier today to Ms. Moyé that no one else
5    would be as motivated as Apple to provide a safe and secure
6    store; is that right?
7    **A.**  Yes.  I believe that.
8    **Q.**  And you believe that no third party could do as good a job
9    as Apple in providing a safe and secure store; is that right?
10   **A.**  That's correct.
11   **Q.**  But you have no idea if that's true on the iPhone because
12   no one else has ever had the opportunity to do that, right?
13   **A.**  It's an experiment I wouldn't want to run.
14   **Q.**  Right.  And -- and therefore, sir, you have no idea
15   whether a third party could do a better job than Apple because
16   you've never given anybody the opportunity; isn't that right?
17   **A.**  I'm giving you my business judgment.
18   **Q.**  Right.  That's your judgment.  And the market could come
19   to a different judgment.  Isn't that right?  If there were a
20   market that you permitted to exist.
21   **A.**  The customers that have reached out to me on this topic
22   are all uniformly they want it to stay like it is because they
23   like the safety, security, and privacy.
24   **Q.**  And developers are in the same boat, all the developers
25   who've reached out to you like things the way it is too?

**CERTIFICATE OF REPORTERS**

We, Diane E. Skillman, Pamela Batalo-Hebel, and Raynee Mercado certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

_____/S/DIANE E. SKILLMAN_____
Diane E. Skillman, CSR, RPR, FCRR

_____/S/ PAMELA BATALO-HEBEL_____
Pamela Batalo-Hebel, CSR, RMR, FCRR

_____/s/ Raynee Mercado_____
Raynee Mercado, CSR, RMR, FCRR

Friday, May 21, 2021