# EXHIBIT D

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED