# EXHIBIT E

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED