# EXHIBIT F

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED