# EXHIBIT G

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED