# EXHIBIT H

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED