# EXHIBIT I

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED