# EXHIBIT J

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED