# EXHIBIT K

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED