# EXHIBIT M

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED