# EXHIBIT N

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED