# EXHIBIT O

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED