# EXHIBIT P

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED