# EXHIBIT Q

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED