# EXHIBIT R

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED