# EXHIBIT S

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED