# EXHIBIT T

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED