# EXHIBIT U

```
                                          VOLUME 1

                                          Pages 1 - 214

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA
```

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,            )
                             )
       Plaintiff,            )   NO. C-20-5640 YGR
                             )
  vs.                        )   Monday, May 3, 2021
                             )
APPLE, INC.,                 )   Oakland, California
                             )
       Defendant.            )   BENCH TRIAL
_____)
APPLE, INC.,                 )
                             )
       Counterclaimant,      )
  vs.                        )
                             )
EPIC GAMES, Inc.,            )
                             )
       Counter-Defendant.    )
_____)


         REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                   BY:  KATHERINE B. FORREST, ESQUIRE
                        GARY A. BORNSTEIN, ESQUIRE
                        YONATAN EVEN, ESQUIRE

                   (Appearances continued.)

Reported By:            Diane E. Skillman, CSR 4909, RPR, FCRR
                        Official Court Reporter


     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

1  **A.**  I think it has various names referred to internally, but
2  it is not marketed as a brand.
3  **Q.**  Is *Fortnite* available as a native app?
4  **A.**  Yes.
5  **Q.**  On what platforms is *Fortnite* available as a native app?
6  **A.**  Currently Windows, Xbox, PlayStation, Nintendo Switch, and
7  Android.
8  **Q.**  And prior to August 2020, was *Fortnite* available as a
9  native app on any other platforms in addition to the ones you
10 just mentioned?
11 **A.**  Yes.  It was also available on iOS and macOS.
12 **Q.**  Why does Epic make *Fortnite* available on so many
13 platforms?
14 **A.**  Because *Fortnite* is a social experience.  The key to its
15 success and longevity is the ability for players to connect
16 with all of their friends, and so that requires supporting --
17 all -- not only the device that you might own as a gamer, but
18 all of the devices your friends might own in order to connect
19 to them.
20 **Q.**  Let's talk about the iOS platform.  What are the ways to
21 distribute a native app on the iOS platform?
22 **A.**  The iOS App Store is the general way of distributing
23 apps to consumers.  However, Apple makes a number of other
24 mechanisms available for limited purpose distribution.  For
25 example, to enterprise employees or to testers working on a

1  software development environment.

2  **Q.** In your experience is the enterprise way of distributing

3  an iOS app open to consumers for native app distribution?

4  **A.** No. Apple forbids its Apple enterprise program mechanisms

5  of software installation on iOS from being used for consumer

6  app distribution.

7  **Q.** You also mentioned a test environment. Is that test

8  environment available for consumers for native app iOS

9  distribution?

10 **A.** It is not available for general distribution of app to

11 consumers. If a particular consumer were participating in a

12 small scale test, you might be able to access it that way.

13 **Q.** Are you familiar with the term "sideloading"?

14 **A.** Yes.

15 **Q.** What does that mean?

16 **A.** Sideloading refers to the ability to install software onto

17 a device from a source other than the platform's official

18 store.

19 **Q.** Does iOS allow sideloading generally for consumers?

20 **A.** iOS does not allow sideloading.

21 **Q.** Does the macOS environment allow for sideloading?

22 **A.** Yes.

23 **Q.** Let's talk about something called a web app. Are you

24 familiar with that term?

25 **A.** Yes.

1  Q.  What is a web app?
2  A.  A web app is an application written to run within a web
3  browser using the web browser as limited technologies for
4  display, such as HTML and its limited abilities for
5  programming such as JavaScript.  A web app will generally run
6  within the web browser on different platforms.
7  Q.  So how is a web app different from a native app?
8  A.  A web app is limited to a set of APIs available within a
9  web browser, which are considerably more limited and thus
10 powerful than the capability available to native apps, and
11 they also have memory limitations and other constraints
12 applied to them within this web browser environment.
13 Q.  Is *Fortnite* available as a web app?
14 A.  No.
15 Q.  Why not?
16 A.  Web apps are not nearly powerful enough to run the modern
17 3D real-time experience such as *Fortnite*.
18 Q.  Have you heard of the phrase "video game streaming"?
19 A.  Yes.
20 Q.  What does that phrase mean?
21 A.  Game streaming refers to an emerging usage scenario where
22 a user will attempt to play a game on a device while the
23 software for the game is actually running on its server,
24 hosted somewhere else in the cloud.  And instead of the
25 software running natively on the user's device, the user's

**CERTIFICATE OF REPORTER**

I, Diane E. Skillman, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

Monday, May 3, 2021

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**