# EXHIBIT V

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED