# EXHIBIT CC

```
                                                   VOLUME 10

                                              Pages 2347 - 2611

                                    UNDER SEAL PAGES 2438 - 2449

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA
```

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,             )
                              )
       Plaintiff,             )   NO. C-20-5640 YGR
                              )
  vs.                         )   Friday, May 14, 2021
                              )
APPLE, INC.,                  )   Oakland, California
                              )
       Defendant.             )   BENCH TRIAL
_____)
APPLE, INC.,                  )
                              )
       Counterclaimant,       )
  vs.                         )
                              )
EPIC GAMES, Inc.,             )
                              )
       Counter-Defendant.     )
_____)

           REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                       825 Eighth Avenue
                       New York, New York 10019
                  BY:  KATHERINE B. FORREST, ESQUIRE
                       GARY A. BORNSTEIN, ESQUIRE
                       YONATAN EVEN, ESQUIRE
                     (Appearances continued.)

Reported By:      Diane E. Skillman, CSR 4909, RPR, FCRR
                  Pamela Batalo-Hebel, CSR 3593, RMR, FCRR
                  Raynee Mercado, CSR 8258 RMR, CRR, FCRR

     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

1          **THE COURT:** And it is provisionally admitted as with
2    the others.
3          **MR. CLARKE:** Thank you.
4    **Q.** Professor Mickens, what materials did you rely on to
5    formulate your opinions in this case?
6    **A.** I relied on several different sources. I first of all
7    relied on academic articles about computer security that were
8    submitted to conferences considered reputable in my field.
9          I also relied on public facing documentation that Apple
10   provides about its products.
11         I relied on the work of reverse engineers who have
12   analyzed how Apple's products work. In particular, I looked
13   at a book written by Jonathan Levin, considered one of the
14   experts in reverse engineering, to understand his analyses.
15         I also looked at articles in the popular press which
16   talked about various aspects of computer security.
17         And finally, I relied on my own expertise and research and
18   training in the fields of operating systems and security.
19   **Q.** Professor Mickens, are the sources that you listed the
20   types of sources that you typically rely on in your academic
21   work?
22   **A.** They are. Both myself and other academics in the field of
23   computer security and operating systems oftentimes cite or
24   rely on evidence from the various sources that I just
25   described.

1    labeled on device security mechanisms that are enforced by the
2    operating system.  And just to be clear, when I say on device,
3    I mean the actual device that the user uses, like the actual
4    iPhone, for example.
5         Now in my opinion, it's that middle layer of security
6    mechanisms, the ones enforced by the on-device operating
7    system that are the most important.  And the reason is that
8    the operating system is responsible for configuring or
9    managing many of these security properties provided by the
10   hardware level.  And furthermore, there are security
11   properties that the operating (sic) itself is really uniquely
12   situated to provide.
13        So that middle layer, in my opinion, is the most important
14   layer with respect to security.
15            **THE COURT:**  Is it all -- do you have an opinion as to
16   why the Android has more security issues than the iPhone?
17            **THE WITNESS:**  So this may come up throughout the
18   direct and the cross.  My opinion is that if you look at
19   various commodity operating systems, so for example, like iOS
20   or Android, I believe that they are in the same rough
21   equivalence class when it comes to susceptibility to malware,
22   viruses, or things like that.
23            **THE COURT:**  So you don't think there's a difference
24   between the two devices in terms of security?
25            **THE WITNESS:**  I don't think there is a meaningful

# CERTIFICATE OF REPORTERS

We, Diane E. Skillman, Pamela Batalo-Hebel, and Raynee Mercado certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

_____/S/DIANE E. SKILLMAN_____

Diane E. Skillman, CSR, RPR, FCRR

_____/S/ PAMELA BATALO-HEBEL_____

Pamela Batalo-Hebel, CSR, RMR, FCRR

_____/s/ Raynee Mercado_____

Raynee Mercado, CSR, RMR, FCRR

Saturday, May 15, 2021