# EXHIBIT EE

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED