# EXHIBIT OO

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the Consumer Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF EDWARD LAWRENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:         Nov. 16, 2021<br>TIME:         10:00 a.m.<br>CTROOM:   1, 4th Floor<br>JUDGE:       Hon. Yvonne Gonzalez Rogers |

I, Edward Lawrence, declare as follows:

1. I am a named plaintiff and proposed Class Representative in this class action brought pursuant to Federal Rule of Civil Procedure 23. I make this declaration in support of Plaintiffs' Motion for Class Certification. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify to them.

2. I seek to act as a Class Representative on behalf of a class (the "Class") of all persons in the United States, exclusive of Apple and its employees, agents and affiliates, and the Court and its employees, who purchased one or more iOS applications or application licenses from Defendant Apple Inc. ("Apple"), or who paid Apple for one or more in-app purchases, including, but not limited to, any subscription purchase, for use on an iOS Device at any time since July 10, 2008 (the "Class Period").

3. I believe that, because of Apple Inc.'s anticompetitive conduct, I paid supra-competitive prices for applications and in-app purchases, and I seek to recover treble damages, injunctive and equitable relief, and costs of suit, including reasonable attorneys' fees, on behalf of myself and all others similarly situated.

4. During the Class Period, I purchased at least one app and/or made at least one in-app purchase from Apple through the App Store.

5. I believe that: (1) a class action is the best means available for the fair and efficient adjudication of my claims and that of the other Class members; (2) my claims are typical of all members of the Class; and (3) I will be an adequate Class Representative because my interests do not conflict with the interests of the Class members which I seek to represent.

6. I will fairly and adequately represent the interests of the Class members. I am willing to vigorously prosecute this action and I do not believe that I have any conflicts with other Class members. Also, I believe that Wolf Haldenstein Adler Freeman & Herz ("Wolf Haldenstein") and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg, Hansen") are qualified to conduct the pending litigation. I understand that they are experienced in prosecuting class actions such as this and have successfully prosecuted numerous class actions in recent years, recovering hundreds of millions

of dollars for class members across the country. I believe that they will provide fair and vigorous representation for the Class.

7. Based on the foregoing, I respectfully request that this Court grant Plaintiffs' Motion for Class Certification, appoint me as a Class Representative, and appoint Wolf Haldenstein and Kellogg, Hansen as Co-Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 31, 2021 at Tiburon, California.

*[signature]*
EDWARD LAWRENCE

APPLE 2: 27394