BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS IN SUPPORT THEREOF**<br><br>DATE:     Nov. 16, 2021<br>TIME:     10:00 a.m.<br>CTROOM: 1, 4th Floor<br>JUDGE:   Hon. Yvonne Gonzalez Rogers |

1  Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plantiffs") bring this administrative motion under Civil Local Rules 7-11(a) and 79-5(d)-(e) for an order granting Plaintiffs leave to file under seal portions of Plaintiffs' Motion for Class Certification and exhibits in support thereof.

Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(b). Under this standard, a party seeking to seal a document generally must overcome the "strong presumption in favor of access" that applies to court documents other than those that are traditionally kept secret. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citations omitted). However, the "public has less of a need for access to court records attached only to non-dispositive motions because those documents are often 'unrelated, or only tangentially related to the underlying cause of action.'" *Id.* at 1179 (citations omitted). Instead, a "'good cause' showing under Rule 26(c) [of the Federal Rules of Civil Procedure] will suffice to keep sealed records attached to non-dispositive motions." *Id.* at 1180; *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, 2013 WL 3014144, at *1 (N.D. Cal. Jun. 17, 2013). A party seeking to seal such material must make a "particularized showing of good cause with respect to any individual document." *San Jose Mercury News, Inc. v. U.S. Dist. Court, N. Dist. (San Jose)*, 187 F.3d 1096, 1103 (9th Cir. 1999). Sealing requests must also be "narrowly tailor[ed]." Civ. L.R. 79-5(b).

Subsection (e) of Local Rule 79-5 sets forth procedures that apply when a party seeks to file information designated as confidential by an opposing party or a non-party. This Administrative Motion is based on Defendant Apple Inc.'s ("Apple") and third parties' designation of certain information as confidential, highly-confidential – attorneys' eyes only or highly confidential – outside counsel eyes only under the protective orders in the above-captioned actions. *See* ECF Nos. 381, 407. Plaintiffs take no position on whether the Apple or third party information meets the standard for sealing at this time. Pursuant to Local Rule 79-5(e)(1), Apple and any third parties have four days to file a declaration establishing that the material is "sealable" (as defined in Local Rule 79-5(b)). Plaintiffs move to seal the documents listed in the Declaration of Brittany

-1-

1  N. DeJong in Support of Plaintiffs' Administrative Motion to file Under Seal Portions of Plaintiffs'

2  Motion for Class Certification and Exhibits in Support Thereof, filed concurrently herewith.

3  DATED: June 1, 2021                    **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**

                                          By: ___*/s/ Brittany N. DeJong*___
                                                 BRITTANY N. DEJONG

                                          BETSY C. MANIFOLD
                                          RACHELE R. BYRD
                                          BRITTANY N. DEJONG
                                          750 B Street, Suite 1820
                                          San Diego, CA  92101
                                          Telephone: 619/239-4599
                                          Facsimile: 619/234-4599
                                          byrd@whafh.com
                                          dejong@whafh.com

                                          MARK C. RIFKIN
                                          MATTHEW M. GUINEY
                                          **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**
                                          270 Madison Ave
                                          New York, NY 10016
                                          Telephone: (212) 545-4600
                                          Facsimile: (212) 686-0114
                                          rifkin@whafh.com
                                          guiney@whafh.com

                                          *Interim Class Counsel and Proposed*
                                          *Co-Class Counsel*

                                          DAVID C. FREDERICK (*pro hac vice*)
                                          AARON M. PANNER
                                          MINSUK HAN
                                          **KELLOGG, HANSEN, TODD, FIGEL &**
                                          **FREDERICK, P.L.L.C.**
                                          1615 M Street, N.W., Suite 400
                                          Washington, D.C.  20036
                                          Telephone: (202) 326-7900
                                          Facsimile: (202) 326-7999
                                          dfrederick@kellogghansen.com
                                          apanner@kellogghansen.com
                                          mhan@kellogghansen.com

                                          *Counsel for Plaintiffs and Proposed*
                                          *Co-Class Counsel*

27295

-2-

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND EXHIBITS IN SUPPORT THEREOF
Case No. 11-cv-06714-YGR