Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Apple iPhone Antitrust Litigation )
) Case No: 11cv6714-YGR
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE** AND ORDER
. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Michael R. Huttenlocher, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Apple, Inc. in the above-entitled action. My local co-counsel in this case is Michelle Lowery, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McDermott Will & Emery<br>340 Madison Avenue, New York, NY 10173 | McDermott Will & Emery LLP<br>2049 Century Park East, Ste. 3200, Los Angeles, CA |
| MY TELEPHONE # OF RECORD:<br>(212) 547-5400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 277-4110 |
| MY EMAIL ADDRESS OF RECORD:<br>mhuttenlocher@mwe.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mslowery@mwe.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4423646.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/04/21

Michael R. Huttenlocher
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael R. Huttenlocher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/6/2021

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE