BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING EXPERT REPORT OF DANIEL L. MCFADDEN**<br><br>DATE: Nov. 16, 2021<br>TIME: 10:00 a.m.<br>CTROOM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

Professor Daniel L. McFadden has corrected the items listed in the attached **Exhibit A** in the Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification dated June 1, 2021 (hereinafter the "McFadden Report"). The McFadden Report was attached as Exhibit K to the Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion for Class Certification. ECF No. 442. The changes set forth in **Exhibit A** should be incorporated into the McFadden Report where indicated. These changes do not impact Professor McFadden's damages methodology, or the data and materials relied upon by Professor McFadden and produced for the McFadden Report.

DATED: July 23, 2021          **WOLF HALDENSTEIN ADLER**
                                             **FREEMAN & HERZ LLP**

                                    By:    */s/ Rachele R. Byrd*
                                                  RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel and Proposed
Co-Class Counsel*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER
MINSUK HAN
**KELLOGG, HANSEN, TODD, FIGEL &**
 **FREDERICK, P.L.L.C.**

- 2 -

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
mhan@kellogghansen.com

*Counsel for Plaintiffs and Proposed
Co-Class Counsel*

**EXHIBIT A**

| Location | Original | Changes | Reason |
|---|---|---|---|
| FN107 | "APL-EG_0545१577 presents the percentage…" | "APL-EG_05451**69, at 577** presents the percentage…" | Typo in file name |
| FN108 | "APL-EG_05451**76** reports the percentage..." | "APL-EG_05451**69, at 576** reports the percentage..." | Typo in file name |
| FN108 | "APL-EG_05451**77** presents the percentage…" | "APL-EG_05451**69, at 577** presents the percentage…" | Typo in file name |
| FN130 | "See also **Paul** Hernandez, …" | See also **Raul** Hernandez, … | Typo in author's name |
| Appendix B | **Paul** Hernandez. "Apple has a huge advantage over its rivals ahead of the iPhone 8 release (AAPL)." Markets Insider. May 18, 2017. Accessed May 21, 2021. https://markets.businessinsider.com/news/stocks/apple-stock-price-morgan-stanley-note-2017-5-1002022779-1002022779. | **Raul** Hernandez. "Apple has a huge advantage over its rivals ahead of the iPhone 8 release (AAPL)." Markets Insider. May 18, 2017. Accessed May 21, 2021. https://markets.businessinsider.com/news/stocks/apple-stock-price-morgan-stanley-note-2017-5-1002022779-1002022779. | Typo in author's name |
| FN282 | Spotify, Form **10-K**, Annual Report for the year ended December 31, 2018, | Spotify, Form **20-F**, Annual Report for the year ended December 31, 2018, | Form should be 20-F not 10-K |
| FN32 | "...See Apple, "App Store Review Guidelines," Sections 3.2.1(ii) and 3.2.2(i), available at, https://developer.apple.com/app-store/review/guidelines/, last accessed May 21, 2021." | Delete quoted portion of footnote | Citation not relevant to paragraph. Paragraph is about discounted commission for subscription renewals. Cited guidelines are about acceptable presentation of third party apps. |
| FN46 | APL-APPSTORE_10175693 at 677-698. | APL-APPSTORE_10175693**, at 698**. | Content is on page 698. File begins at page 693, so 677-692 are not included. |
| FN48 | APL-APPSTORE_10175693 at 677-698. | APL-APPSTORE_10175693**, at 698**. | Content is on page 698. File begins at page 693, so 677-692 are not included. |
| FN159 | APL-APPSTORE_09704302**-**303. | APL-APPSTORE_09704302**, at** 303. | The dash referring to the pincite should be changed to "at" |
| FN275 | Netflix, Inc. Form 10-K, Annual Report for the year ended December 31, 2019, **p. 4**, available at, https://ir.netflix.net/financials/sec-filings/default.aspx, last accessed May 31, 2021. | Netflix, Inc. Form 10-K, Annual Report for the year ended December 31, 2019, **pp. 4-5**, available at, https://ir.netflix.net/financials/sec-filings/default.aspx, last accessed May 31, 2021. | Relevant quoted text carries over onto p. 5 |
| FN307 | The App Store's total commission revenues from the Entertainment and Music categories is calculated as the difference between total App Store revenues and total royalties paid to app developers, using the App Store transactions data. See workpapers**,** | The App Store's total commission revenues from the Entertainment and Music categories is calculated as the difference between total App Store revenues and total royalties paid to app developers, using the App Store transactions data. See workpapers**.** | Comma at end of FN should be a period. |
| FN169 | | | Not properly formatted in draft body, not a superscript |
| FN180 & FN181 | | | Not proper formatting, missing space after FN number |

| Location | Original | Changes | Reason |
|---|---|---|---|
| P24, Par 50 | "Second, web apps have no ability to use certain features that are uniquely or conveniently available on iOS devices such as integrated cameras, GPS, Bluetooth, Touch ID, Face ID, and Siri integration, to name a few.65" | "Second, web apps have no ability to use certain features that are uniquely or conveniently available on iOS devices such as Bluetooth, Touch ID, Face ID, and Siri integration, to name a few. Prior to the introduction of iOS support for Progressive Web Apps in 2018, web apps also could not access integrated cameras or GPS.65"<br><br>Also, add examples of why features that PWAs still cannot access are important. | Cited article states that PWAs do have camera and geolocation access. |
| P27, Par 54 | ...web apps provide a sub-optimal user experience, or sometimes no appropriate experience at all | …web apps provide "a sub-optimal user experience - or sometimes no appropriate experience at all." | Put part of text in quotes, because wording is identical to cited source. |
| P31, Par 61 | 99In | 99 In | Missing space after footnote number. |
| p. 86, Par 194 | "expand costumer awareness" | "expand consumer awareness" | Edit to text to reflect proper source language. |