THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; pro hac vice)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; pro hac vice)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| Donald R. Cameron, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Apple Inc.,<br><br>    Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TRIAL PLAN**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Date:    Nov. 16, 2021<br>Time:    10:00 a.m.<br>Courtroom: 1, 4th Floor |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TRIAL PLAN
Nos. 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

This matter is before the Court on Defendant Apple Inc.'s Motion to Compel Plaintiffs to Submit Trial Plan. Upon consideration of the parties' briefs and the relevant authorities cited therein, and in light of the unique complexities of these cases, including the Supreme Court's decision in *Apple Inc. v. Pepper*, 139 S. Ct. 1514 (2019), the Court finds that a trial plan is necessary to determine whether any class(es) may be certified under Federal Rule of Civil Procedure 23. The Court orders Plaintiffs in both cases—*In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR, and *Cameron v. Apple Inc.*, Case No. 4:19-cv-03074-YGR—to submit a joint trial plan by October 12, 2021.

**IT IS SO ORDERED.**

Dated: _____        _____

YVONNE GONZALEZ ROGERS

UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TRIAL PLAN
Nos. 4:11-cv-06714-YGR; 4:19-cv-03074-YGR