THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; pro hac vice)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| Donald R. Cameron, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>Apple Inc.,<br><br>            Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TRIAL PLAN**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Date:       Nov. 16, 2021<br>Time:       10:00 a.m.<br>Courtroom: 1, 4th Floor |

Gibson, Dunn & Crutcher LLP

PERRY DECLARATION ISO APPLE'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TRIAL PLAN
Nos. 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

I, Mark A. Perry, declare:

1. I am an adult over the age of 18. I am an attorney admitted to practice law before this Court and all of the Courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. in the above-captioned action. I offer this declaration in support of Apple's Motion to Compel Plaintiffs to Submit Trial Plan. I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the transcript of the August 3, 2021 deposition of Daniel McFadden.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of the transcript of the July 30, 2021 deposition of Einer Elhauge.

4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the transcript of the August 4, 2021 deposition of Nicholas Economides.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of the transcript of the October 7, 2019 case management conference.

GIBSON, DUNN & CRUTCHER LLP

By: /s/        Mark A. Perry

Mark A. Perry
*Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

PERRY DECLARATION ISO APPLE'S MOTION TO COMPEL PLAINTIFFS TO SUBMIT TRIAL PLAN
Nos. 4:11-cv-06714-YGR; 4:19-cv-03074-YGR