# EXHIBIT A

***PUBLIC REDACTED VERSION***