# EXHIBIT B

***PUBLIC REDACTED VERSION***