# EXHIBIT C

***PUBLIC REDACTED VERSION***