# EXHIBIT D

UNITED STATES DISTRICT COURT **Pages 1 - 48**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

IN RE APPLE IPHONE ANTITRUST LITIGATION ) **NO. CV 11-06714-YGR**

EDWARD LAWRENCE, Plaintiff, VS. APPLE INC., Defendant. ) **NO. CV 19-02852-YGR**

DONALD R. CAMERON, ET AL., Plaintiff, VS. APPLE INC., Defendant. ) **NO. CV 19-03074-YGR**

BARRY SERMONS, Plaintiff, VS. APPLE INC., Defendant. ) **NO. CV 19-03796-YGR**

**Oakland, California**
**Monday, October 7, 2019**
**Transcript of Proceedings**

Reported by: Pamela Batalo Hebel, CSR No. 3593, FCRR, RMR
Official Reporter

information.

**MS. RICHMAN:** Your Honor, I think that's fine. I think that's a very extended period for fact discovery, and I think that typically just leaving expert discovery open for some period after fact discovery is sufficient to address the cleanup issues, but I don't think we have any objections to that.

**THE COURT:** All right. We will go ahead and do 60 days for both.

**MS. RICHMAN:** Your Honor?

**THE COURT:** Yes.

**MS. RICHMAN:** I'm sorry to throw a wrench into things, but my colleague just passed up a note saying that Thanksgiving is on November 26th, 2020, and I think we have our class certification opposition set to be filed on November 30th.

**THE COURT:** Do you want me to do the 23rd for you?

**MS. RICHMAN:** I'm in Mr. Berman's camp on this one, that I would rather have more time to worry, if possible.

**THE COURT:** Well, I gave him --

**MR. RIFKIN:** Your Honor, neither Mr. Berman nor I need any more time, so it's perfectly fine if you just change that date, nothing else needs to change, because we've already accommodated Mr. Berman's request for some extra time on the other end.

**THE COURT:** All right. December 7th.

**MS. RICHMAN:** Thank you, Your Honor.

**THE COURT:** Okay. Do you want your trial in November or December 2021?

**MR. BERMAN:** December is fine with me.

**MS. RICHMAN:** Your Honor, I take it you have the beginning of December in mind? Is that --

**THE COURT:** That's when I tried the last Apple case, December 2016.

December?

**MS. RICHMAN:** Yes, Your Honor.

**MR. RIFKIN:** Your Honor, do you intend for these cases to be tried together?

**THE COURT:** I intend them to be set at the same time. If one settles, the other one goes, but everything will get teed up at the same time.

**MR. RIFKIN:** My only question was if neither settles, do you intend for them to be tried --

**THE COURT:** The older case goes first. That is my -- that's the way I run my courtroom.

**MR. RIFKIN:** And then the second case would be tried after that?

**THE COURT:** Correct.

**MR. RIFKIN:** That's fine.

We're indifferent to starting November or December. It doesn't matter to us. If the majority seems to be December,

great. December 2021, it is.

**THE COURT:** I take you out in January or something like that afterwards.

**MR. BERMAN:** That's fine, Your Honor.

**THE COURT:** Let me just check something. Okay.

December 6th, 2021. That means your pretrial is November 12th. Your statements will be due October 29th. You'll be placed on a compliance calendar for October 22nd. I do not expect to see you here that day. What I expect is that five business days prior on the 15th, you will file a joint notice that says, "We have reviewed your standing order on trials. We are complying with everything that you require. We have no problems. We're all getting along joyously." Because if you do have issues, if you do have problems, if people have not done what they're supposed to do, I want to know on the 15th, not weeks later when you get to me. Okay?

I'm sure I will see you a lot before then, so we can adjust, if necessary.

Oh, wait a minute. Summary judgment. Are you going to bring motions for summary judgment?

**MS. RICHMAN:** I believe so, Your Honor.

**THE COURT:** Yeah. I thought so.

Now, as I'm looking at this, though, you -- four and a half months. And then you want another month and a half after the close?