THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Apple iPhone Antitrust Litigation

CASE NO. 4:11-cv-06714-YGR

**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO NAMED CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN**

The Honorable Yvonne Gonzalez Rogers

Date: Nov. 16, 2021
Time: 10:00 a.m.
Courtroom: 1, 4th Floor

***PUBLIC REDACTED VERSION***

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Opposition to Consumer Plaintiffs' Motion for Class Certification and Apple's Motion to Exclude Testimony of Professor Daniel L. McFadden.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document titled App Store Small Business Program produced in this litigation with a Bates label of APL-EG_10248340 (and marked in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as DX-4168).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document titled Apple's App Store and Other Digital Marketplaces: A Comparison of Commission Rates dated July 22, 2020, produced in this litigation with a Bates label of APL-EG_01943874.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a webpage titled Choosing a Category printed on May 10, 2021, available at https://developer.apple.com/app-store/categories/ (and marked in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as DX-5552).

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from San Phan to Steven Allison dated Spetember 14, 2019, produced in this litigation with a Bates label of EPIC_03028497 (and marked in the deposition of Steven Allison as Exhibit 174 and in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as DX-3818).

6. Attached hereto as **Exhibit 5** is a true and correct copy of a document titled [redacted], produced in this litigation with a Bates label of EPIC_04026997 (and marked in the deposition of Steven Allison as Exhibit 167 and in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as DX-4361).

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email from Dana Cowley to Tim Sweeney and others dated December 5, 2018 produced in this litigation with a Bates label of EPIC_00005258.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document titled [redacted], produced in this litigation with a Bates label of EPIC_00127230 (and marked in the deposition of Steven Allison as Exhibit 168 and in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as DXC-3993).

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Joe Babcok to Tim Sweeney and others dated August 7, 2019, produced in this litigation with a Bates label of EPIC_03349864 (and marked in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as PX-2463).

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document titled [redacted], produced in this litigation with a Bates label of EPIC_03967161 (and marked in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH as PX-2469).

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document identifying app transactions of Edward W. Hayter and produced in this litigation with a Bates label of Hayter_000001 (and marked at the deposition of Edward W. Hayter as Exhibit 2).

12. Attached hereto as **Exhibit 11** is a true and correct copy of a document identifying app transactions of Stephen H. Schwartz produced in this litigation with a Bates label of Schwartz_000001 (and marked at the deposition of Stephen H. Schwartz as Exhibit 33).

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document titled [redacted] produced in this litigation with a Bates label of VALVE000639.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the May 22, 2020 deposition of Edward W. Hayter, noticed and taken in this matter.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the June 16, 2021 deposition of Stephen H. Schwartz, noticed and taken in this matter.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the transcript of of the June 14, 2021 deposition Robert Pepper, noticed and taken in this matter.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the July 23, 2020 deposition of Edward Lawrence, noticed and taken in this matter.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the transcript of the August 3, 2021 deposition of Daniel L. McFadden, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude Testimony of Daniel McFadden, and submits his testimony in support of that Motion and, to the extent his opinions are found admissible, for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Apple does not concede that McFadden's deposition testimony or the opinions in his expert report constitute admissible evidence.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the transcript of the July 30, 2021 deposition of Einer Elhauge, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude Testimony of Professor Einer Elhauge, Professor Nicholas Economides, And Christian Tregillis, and submits Elhauge's testimony in support of that Motion and, to the extent his opinions are found admissible, for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Apple does not concede that Elhague's deposition testimony or the opinions in his expert report constitute admissible evidence.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript of the August 4, 2021 deposition of Nicholas Economides, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude Testimony of Professor Einer Elhauge, Professor Nicholas Economides, And Christian Tregillis, and submits Economides's testimony in support of that Motion and, to the extent his opinions are found admissible, for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Apple does not concede that Economides's deposition testimony or the opinions in his expert report constitute admissible evidence.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the transcript of the August 2, 2021 deposition of Christian Tregillis, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude Testimony of Professor Einer Elhauge, Professor Nicholas Economides, And Christian Tregillis, and submits Tregillis's testimony in support of that Motion and, to the extent his opinions are found admissible, for purposes of impeachment. By submitting the

transcript of his deposition testimony herewith, however, Apple does not concede that Tregillis's deposition testimony or the opinions in his expert report constitute admissible evidence.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the transcript of the February 9, 2021 deposition of Steven Allison, noticed and taken in this matter.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the transcript of trial testimony of Timothy Sweeney given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 3-4, 2021.

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the transcript of trial testimony of Steven Allison given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 7, 2021.

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the transcript of trial testimony of Philip Schiller given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 17, 2021.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the transcript of trial testimony of Trystan Kosmynka given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 6, 2021.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of the transcript of trial testimony of Timothy Cook given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 21, 2021.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of the transcript of the February 8, 2021 deposition of Timothy Sweeney, noticed and taken in this matter.

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the transcript of the February 5, 2021 deposition of Joe Kreiner, noticed and taken in this matter.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the transcript of the February 11, 2021 deposition of Philip Schiller, noticed and taken in this matter.

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the transcript of the February 3, 2021 deposition of Trystan Kosmynka, noticed and taken in this matter.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of the transcript of the February 11, 2021 deposition of Mark Rollins, noticed and taken in this matter.

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the trial testimony of Michael Cragg given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 13, 2021.

34. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the trial testimony of David S. Evans given in the trial of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR-TSH on May 11, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 10, 2021 at San Francisco, California.

/s/ *Rachel S. Brass*
Rachel S. Brass