# EXHIBIT 1

United States District Court
Northern District of California
Case No. 4:20-cv-05640-YGR
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. DX-4168
Date Entered__________
Susan Y. Soong, Clerk
By: __________, Deputy Clerk
DEFENDANT

Developer

App Store

# App Store Small Business Program

Propel your small business forward with the next generation of groundbreaking apps on the App Store and invest more resources into your business.



## How it works

The new App Store Small Business Program is designed to accelerate innovation and help propel your small business forward with the next generation of groundbreaking apps on the App Store. It features a reduced commission rate of 15% on paid apps and in-app purchases, so you can invest more resources into your business to continue building quality apps that customers love.

### The basics

- Existing developers who made up to 1 million USD in proceeds in 2020 for all their apps, as well as developers new to the App Store, can qualify for the program and the reduced commission.
- If a participating developer surpasses the 1 million USD threshold, the standard commission rate will apply for the remainder of the year.
- If a developer's proceeds fall below the 1 million USD threshold in a future calendar year, they can re-qualify for the 15% commission the year after.
- Developers must identify any Associated Developer Accounts to determine proceeds eligibility.

### Associated Developer Accounts

To ensure that all participants are fully eligible as small businesses, you'll need to list all of your Associated Developer Accounts when you sign up for this program. An Associated Developer Account is an Apple Developer Program account that you own or control or an Apple Developer Program account that owns or controls your account. For additional information, see the FAQs below.

### Proceeds eligibility

To participate in the program, you and your Associated Developer Accounts must have earned no more than 1 million USD in total proceeds (sales net of Apple's commission and certain taxes and adjustments) during the 12 fiscal months occurring within the 2020 calendar year, and have earned no more than 1 million USD during the current year. For additional information, see the FAQs below.

### App transfers

App transfers are not allowed while participating in the program. If you initiate an app transfer after December 31, 2020, or accept a transfer of an app that was initiated after December 31, 2020, you will no longer be eligible to participate in the program. For additional information, see the FAQs below.

## Enrolling is simple

The vast majority of developers on the App Store who sell digital goods and services are eligible — simply complete a few steps to enroll.

To enroll, you'll need to:

- Be an Account Holder in the Apple Developer Program,
- Review and accept the latest Paid Apps agreement (Schedule 2 to the Apple Developer Program License Agreement) posted December 2020 in App Store Connect, and
- If applicable, list all of your Associated Developer Accounts.

**Get started today.**

Enroll now

## Frequently asked questions

### When will my adjusted proceeds go into effect?

If you're already a member of the Apple Developer Program and submit your enrollment for the App Store Small Business Program before December 18, 2020, at 10 a.m. PST, your proceeds are adjusted by January 1, 2021

If you're already a member of the Apple Developer Program and submit your enrollment for the App Store Small Business Program after December 18, 2020, at 10 a.m. PST, your proceeds will be adjusted fifteen (15) days after the end of the fiscal calendar month in which your enrollment is approved. For example, if your enrollment is approved on February 10, 2021, your proceeds are adjusted starting March 14, 2021.

If you become a member of the Apple Developer Program and submit your enrollment for the App Store Small Business Program after December 18, 2020, with no proceeds, your future proceeds will be adjusted upon the approval of your enrollment.

### How do I estimate whether I'm eligible for the program based on my proceeds?

Your eligibility is based on your total App Store proceeds converted into United States dollars (USD) in the 2020 calendar year. Proceeds are your sales net of Apple's commission and certain taxes and adjustments. To estimate your proceeds, use the payments deposited into your bank account and your tax and adjustment details in App Store Connect.

- **If your bank account currency is in USD.** Add the total App Store payments deposited into your bank account in 2020. Then modify that amount with any taxes and adjustments from the Payments and Financial Reports section of App Store Connect. For taxes and adjustments in other currencies, use the USD exchange rate shown in App Store Connect for each month.
- **If your bank account currency is not in USD.** You'll need to convert your App Store payments deposited into your bank account in 2020 into USD. Use a publicly available exchange rate that corresponds with the end of each fiscal month in Apple's fiscal calendar to calculate your total USD proceeds. Then modify the total USD amount with any taxes and adjustments from the Payments and Financial Reports section of App Store Connect.

Make sure to add the proceeds for any Associated Developer Accounts.

### Why do I need to list my Associated Developer Accounts?

The App Store Small Business Program is intended for small businesses and individual developers. If your organization controls other Apple Developer Program accounts or is controlled by another account that sells digital goods and services on the App Store, the collective proceeds from these related organizations must not exceed the 1 million USD threshold in order to qualify for the program.

### How do I know if I have an Associated Developer Account?

As the individual or legal entity who accepted the Apple Developer Program License Agreement, you have an Associated Developer Account if any of the following apply:

- You have majority (over 50%) corporate, individual, or partnership interest in the ownership or shares of another Apple Developer Program account.
- Another Apple Developer Program member has majority (over 50%) corporate, individual, or partnership interest in the ownership or shares of your account.
- You have ultimate decision-making authority over another Apple Developer Program account.
- Another Apple Developer Program member has ultimate decision-making authority over your account.

### What details about my Associated Developer Account will I need to provide?

In addition to stating how many Associated Developer Accounts you have, you must provide the following details for each account:

- Name (individual or organization)
- Team ID
- Account Holder email address
- Description of relationship between you and the account

### Why are app transfers not allowed?

The App Store Small Business Program is designed to be simple and easy for the vast majority of developers to apply and qualify for the program. We are not able to support the many complex scenarios and risk of unfair abuse that arises if a developer subsequently chooses to transfer apps between accounts and wishes to remain in the program.

### If I have additional questions who should I contact?

Apple Developer Support can help. Receive guidance by phone or email by contacting us.

Getting Featured

Apple Arcade Games

Support and Help