# EXHIBIT 4

***PUBLIC - REDACTED VERSION***

United States District Court
Northern District of California
Δ DEFENDANT Δ
Case No. 4:20-cv-05640-YGR
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. DX-3818
Date Entered
Susan Y. Soong, Clerk
By: ________________, Deputy Clerk

**From:** San Phan [redacted]
**Sent:** Sat, 14 Sep 2019 12:24:02 +0000 (UTC)
**To:** [redacted]
**Subject:** Fwd: Epic Games Store Investment - Paradox(Internet mail)

---

Steve, do you have the cost details that were factored with the 88/12 rev share model? We typically apply 5.75% to processing fees, but I'd like to make sure we include any other direct and operating costs that were communicated to the board when EGS was first formulated.

Begin forwarded message:

**From:** Tim Sweeney [redacted]
**Date:** September 14, 2019 at 5:48:18 AM EDT
**To:** "dw(David Wallerstein)" [redacted]
**Cc:** Steven Allison [redacted] "benfeder(BenFeder)" [redacted] Mark Rein [redacted] Jay Wilbur [redacted], Joe Babcock [redacted] San Phan [redacted]>, Canon Pence [redacted]
**Subject: Re: Epic Games Store Investment - Paradox(Internet mail)**

San, can you provide a direct P&L analysis of this MG scenario based on the store's marginal cost of sales?

Obviously, the direct ROI scenario here is super crappy. The long term value is in bringing consumers into Epic's multi-game, multi-platform social and e-commerce ecosystem.

The complete future value of these deals is a function of new user LTV, of the effect of new exclusive and non-exclusives on reengaging lapsed store users, of extent to which third-party games drive Fortnite and vice-versa, of the extent to which Epic's strategy can drive business model competition across platforms to benefit our own games, and leverage the disruption to establish the leading cross-platform social ecosystem for gaming (versus Xbox Live, PSN, Steam - all locked to one platform).

Tim

On Sep 14, 2019, at 5:11 AM, dw(David Wallerstein) [redacted] wrote:

Thx for the background. Re: the second answer, it doesn't seem very safe to use expected Steam performance to assume what the MG should be from an Epic perspective. Or at least, it's only part of the picture. Seems like the Steam perspective dictates the developer's targeted MG, but then we need to show how we really think the game will perform on EGS and therefore how much loss there might likely be.
Let's show the p+l for these MGs, that includes the various transaction fees and operating expenses, so we're all quite clear on what the net upside is to Epic. Often we may conclude that we "need" to take some loss to build EGS. But if that's the case, then, MG-by-MG:

—how much net loss total?
—what do we expect to gain in terms of new users to the platform? How do we value those new users?

Again, I think it would be most valuable to discuss these topics in the context of the overall EGS forecast and strategic plan.

David Wallerstein
Tencent

On Sep 13, 2019, at 3:50 PM, Steven Allison [redacted] wrote:

Hi David - some notes on a couple of your ?s and we'll come back with more details on the others.
—why [redacted] Could be e.g., [redacted] Seems like that would give us more room to have some revenue. With safety margins like that for each Mg, it will quickly start to add up. They are saying [redacted] or they'll walk? I think it's healthy to negotiate this.

On each and every single conversation we have you can assume/have confidence that we have had rigorous discussion regarding the amount of the MG. Where we are today now that were live is not the same conversation/hurdles we had to overcome to start where some deals were at the high end or even premium to comps. We now operate in the low end of comps.

The MGs for all partners that come here exclusively are there because they are walking away from their business on Steam to come here. As the months have progressed and we've had successes the $ aren't intended to replace their best outcome but a more minimal downside outcome. We have been interacting and negotiating with Paradox for over 9 months across a range of possibilities and for over 3 months on this specific title.

I felt I was gathering that this deal was forecasted to likely only cover the MG itself?

In the case of this title the previous title [redacted] o date is would have earned [redacted] (88% of it's gross on full game +DLC by virtue of the sales on Steam) towards and MG here @ EGs, this is to date - and over time is likely to earn an addition [redacted] based on the DLC coming.. [redacted] with this as a comp is ~ 50% of their expected revenue outcome on Steam. This amount is intended to protect a minimum performance and was negotiated actively & it is @ the low end of comps. For us this means we expect to earn out well beyond this amount on this title - if similar performance to previous game - 2x, given the context/world change we believe the title has more commercial appeal and a chance to exceed that.

—could we provide more cost effective support in lieu of straight up cash? Maybe something related to marketing or promotion. Or we could do minority investments in some cases?
MG pre payments are fully recoupable. Hard cash expenditures from us for things like

marketing that do not recoup are rough with our margins and I'd like us to avoid them. We can explore minority investments in some cases where we advance, not with Paradox, but with smaller teams.

On Fri, Sep 13, 2019 at 11:29 AM dw(David Wallerstein) [redacted] wrote:

Thanks for the background.
The focus below feels a bit more about the likelihood to recoup the MG only, but we should also confirm the overall financial impact to epic to service this relationship, and of course, the forecasted revenues and additional users that can come to Epic.

So in short:

—could we please see more of a p+l for the opportunity?

On one side, we have the proposed upfront cash payments of the MG, but also
—any marketing budget or activities to promote this?
—any budget items in the execution of this relationship?

Then for the revenues that recoup the MG, can we see any specifically related: transaction fees, hosting, etc. cost of goods sold..

Then ultimately, do we have any forecasting that shows:

—the forecasted revenue to epic?
—the growth in users projected?

So then we can see clearly that "epic will now risk [redacted] for a proposed financial gain of XXX after 12 months and YYY after 18 months..."

I felt I was gathering that this deal was forecasted to likely only cover the MG itself?

Of course, reviewing this request would be helpful if reviewed in the context of an overall financial model and strategic plan for EGS that shows how the large MG outlays drive the business.

Because in the very near term, this all helps to illuminate a few critical things:

—why [redacted] Could be e.g., [redacted] Seems like that would give us more room to have some revenue. With safety margins like that for each Mg, it will quickly start to add up. They are saying [redacted] MG or they'll walk? I think it's healthy to negotiate this.
—could we provide more cost effective support in lieu of straight up cash? Maybe something related to marketing or promotion. Or we could do minority investments in some cases?

Just my immediate response to help us get a better grasp on the MGs.

David Wallerstein
Tencent

On Sep 13, 2019, at 3:06 PM, Steven Allison [redacted] wrote:

EPIC BOARD OF DIRECTORS CONFIDENTIAL

I'm writing to the board about an upcoming Epic Games Store deal above [redacted]. This would be our first exclusive deal with [redacted] for [redacted] a title that will be announced in the coming weeks with a launch late October 2019.

**BACKGROUND ON PARADOX**

Paradox [redacted] and a strategically important partner for the Epic Games Store, that has been resistant to bringing content here. [redacted] of their revenue comes from PC, [redacted] of that revenue comes from Steam.

Paradox specializes in PC strategy games and have several successful brands. An ideal relationship with Paradox would have us bring occasional exclusive content along with their entire back catalog to our platform. We have been in active discussions with Paradox since September of 2018 but have had a hard time getting them to take the leap despite their interest in the 88/12 business model. As we launched + had several notable successes [redacted] and partnerships [redacted] they've warmed up a bit but not moved things forward.

In June @ E3 2019 Tim and I met with their [redacted] and had a great conversation regarding our vision for the platform etc. In the weeks that followed [redacted] has agreed that Paradox should make the Epic Games Store a key partner on PC. Together we have determined that would start with leading with an exclusive on the sequel to [redacted] entitled [redacted] After a playtest we believe the title is high potential and appeals to an even wider PC strategy audience than [redacted] based on the advancement of the mechanics + change in context.

[redacted] **DEAL SUMMARY**

Studio: Paradox
Title: [redacted]
MG: [redacted]
Pre Payment: [redacted]

[redacted]

[redacted]

COMPS DETAIL

[redacted]