# EXHIBIT 5

***PUBLIC - REDACTED VERSION***

United States District Court
Northern District of California
Case No. 4:20-cv-05640-YGR
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. DX-4361
Date Entered
Susan Y. Soong, Clerk
By: ____________, Deputy Clerk
DEFENDANT

# Epic Games Store

## Review of Performance and Strategy

**October 25, 2019**

# Users & Monetization Growth

# Daily Active Users




***Continuous Growth in DAU driven by Exclusives, Promotions and Free Games***

# New Store Users by Day




***First Entitlements/Day remain very active & are a view used to show events that drive initial EGS action***

# Epic Games Store Daily Revenue




***Gross Revenue since launch in December 2018 of ~$190 million with monthly revenue in September 2019 alone of ~$82 million***

# EGS, FN PC & Epic Launcher MAU 2019 YTD

*EGS MAU Surpassed Fortnite PC in September*




**Ecosystem MAU: Launcher, EGS, Fortnite PC**




***Launcher MAU includes UE Marketplace, EGS & Fortnite PC***

# Epic Games Store WAU/MAU & DAU/MAU

Weekly / Monthly Active Users




Daily / Monthly Active Users




***Continuous Growth in Daily and Weekly Engagement driven by Exclusives and Free Games***

# EGS Free Games LTD

| Title | Seller | Start Date | Entitlements | Buyout Price | New Epic Accounts | EPIC UA Cost | New to Epic % |
|---|---|---|---|---|---|---|---|
| Subnautica | Unknown Worlds | 12/14/2018 | 4,634,826 | $1,400,000 | 804,052 | $1.74 | 17% |
| Super Meat Boy | Team Meat | 12/28/2018 | 1,759,421 | $50,000 | 97,042 | $0.52 | 6% |
| What Remains of Edith Finch | Annapurna | 1/10/2019 | 1,684,926 | $125,000 | 141,329 | $0.88 | 8% |
| Jackbox Party Pack | Jackbox | 1/24/2019 | 1,416,906 | $60,000 | 94,414 | $0.64 | 7% |
| Axiom Verge | Thomas Happ | 2/7/2019 | 1,297,299 | $80,000 | 52,037 | $1.54 | 4% |
| Thimbleweed Park | Terrible Toybox | 2/21/2019 | 1,973,778 | $85,000 | 73,198 | $1.16 | 4% |
| Slime Rancher | Monomi Park | 3/7/2019 | 3,417,371 | $500,000 | 226,597 | $2.21 | 7% |
| Oxenfree | Night School | 3/21/2019 | 2,340,652 | $200,000 | 123,871 | $1.61 | 5% |
| The Witness | Thekla | 4/4/2019 | 2,766,867 | $400,000 | 148,783 | $2.69 | 5% |
| Transistor | Supergiant | 4/18/2019 | 2,505,024 | $200,000 | 111,617 | $1.79 | 4% |
| World of Goo | 2D Boy | 5/2/2019 | 2,438,304 | $50,000 | 155,215 | $0.32 | 6% |
| Stories Untold | Devolver Digital | 5/16/2019 | 2,261,398 | $300,000 | 82,260 | $3.65 | 4% |
| RiME | Six Foot | 5/23/2019 | 2,434,212 | $45,000 | 95,705 | $0.47 | 4% |
| City of Brass | Uppercut | 5/30/2019 | 2,105,605 | $200,000 | 32,359 | $6.18 | 2% |
| Kingdom New Lands | Raw Fury | 6/6/2019 | 2,168,125 | $100,000 | 45,632 | $2.19 | 2% |
| Enter the Gungeon | Devolver Digital | 6/13/2019 | 2,722,191 | $700,000 | 112,869 | $6.20 | 4% |
| Rebel Galaxy | Double Damage | 6/20/2019 | 2,126,164 | $125,000 | 41,812 | $2.99 | 2% |
| Last Day of June | 505 Games S.r.l. | 6/27/2019 | 2,001,838 | $75,000 | 50,807 | $1.48 | 3% |
| Overcooked | Team17 Digital | 7/4/2019 | 3,011,206 | $225,000 | 206,275 | $1.09 | 7% |
| Torchlight | Perfect World | 7/11/2019 | 2,144,476 | $150,000 | 54,809 | $2.74 | 3% |
| Limbo | Playdead | 7/18/2019 | 2,672,569 | $350,000 | 115,217 | $3.04 | 4% |
| Moonlighter | 11 Bit Studios | 7/25/2019 | 2,766,640 | $450,000 | 66,632 | $6.75 | 2% |
| This War of Mine | 11 Bit Studios | 7/25/2019 | 2,777,885 | $250,000 | 140,166 | $1.78 | 5% |
| Alan Wake | Remedy | 8/2/2019 | 2,867,671 | $150,000 | 63,286 | $2.37 | 2% |
| For Honor | Ubisoft | 8/2/2019 | 3,048,725 | $63,000 | 118,257 | $0.53 | 4% |
| GNOG | KO_OP | 8/8/2019 | 2,087,429 | $100,000 | 73,718 | $1.36 | 4% |
| Mutant Year Zero | Funcom | 8/15/2019 | 3,023,084 | $1,000,000 | 197,845 | $5.05 | 7% |
| Hyper Light Drifter | Heart Machine | 8/15/2019 | 2,726,839 | $200,000 | 152,909 | $1.31 | 6% |
| Fez | Polytron | 8/22/2019 | 2,504,645 | $75,000 | 107,303 | $0.70 | 4% |
| Inside | Playdead | 8/29/2019 | 2,710,879 | $800,000 | 71,942 | $11.12 | 3% |
| Celeste | Matt Makes Games | 8/29/2019 | 2,705,525 | $750,000 | 62,523 | $12.00 | 2% |
| ABZU | 505 Games S.r.l. | 9/5/2019 | 2,642,880 | $150,000 | 56,471 | $2.66 | 2% |
| The End Is Nigh | Edmund McMillen | 9/5/2019 | 2,422,807 | $200,000 | 27,352 | $7.31 | 1% |
| Canary | Iceberg Interactive | 9/12/2019 | 2,601,327 | $50,000 | 53,304 | $0.94 | 2% |
| Batman Arkham | Warner Bros. | 9/19/2019 | 6,448,904 | $1,500,000 | 613,912 | $2.44 | 10% |
| LEGO Batman | Warner Bros. | 9/19/2019 | 5,268,028 | $300,000 | 46,991 | $6.38 | 1% |
| Metro: 2033 Redux | Koch Media | 9/26/2019 | 4,548,873 | $0 | 169,872 | $0.00 | 4% |
| Everything | David OReilly | 9/26/2019 | 3,544,541 | $200,000 | 35,830 | $5.58 | 1% |
| Grand Total | | | 104,579,840 | $11,658,000 | 4,924,213 | $2.37 | 5% |




***~100mm entitlements ~5.0M/5% New Accounts w/UA Cost of $2.37/New Account***



CONFIDENTIAL

# Epic Games Store Users & Purchases LTD

**EGS Total Unique Users**: 20.7mm

**Acquired first via Paid Game:**

2.2mm → 100% CR × $48.70 LTD ARPPU = $107mm LTD/~67% of $

**2.2 million unique users were first acquired via a paid game**

**Acquired first via Free Game:**

18.5mm → 1.32mm/ 7.13% CR × $40.00 LTD ARPPU = $53mm LTD/~33% of $

**18.5 million unique users were first acquired via an EGS free game & ~1.3mm/~7% have become payers**

***~21mm unique users LTD. ~7% of Users acquired via a Free Game have made a purchase***

# Paid Unique Users - More Detail

**Acquired first via Paid Game:**

2.2mm → 2.2mm/ 100% CR × $48.70 LTD ARPPU = $107mm LTD

**2.2 million unique users were first acquired via a paid game, these players fall into 3 subgroups:**

Almost 50% Paid Users are completely new to the Epic ecosystem

1.1mm/49% New to Epic → 1.1mm/ 100% CR × $41.90 LTD ARPPU = $46mm/~43%

1.0mm/45% Lapsed from FN → 1.0mm/ 100% CR × $54.70 LTD ARPPU = $55mm/~51%

0.1mm/6% Active in FN/EGS → 0.1mm/ 100% CR × $51.70 LTD ARPPU = $6mm/~6%

***Of users first acquired via a Paid Game to date, only 6% are active FN players***

# Free Game Users & Conversion to Payers - More Detail

**Acquired first via Free Game:**

18.5mm → 1.32mm/ 7.13% CR × $40.00 LTD ARPPU = $53M LTD

**18.5 million unique users were first acquired via an EGS free game & ~1.3M/~7% have become payers, these players fall into 3 subgroups:**

5.5mm/30% New to Epic → 291K/ 5.34% CR × $36.30 LTD ARPPU = $11mm/20% of Free Game to Payers

9.9mm/53% Lapsed from FN → 814K/ 8.23% CR × $41.50 LTD ARPPU = $34mm/64% of Free Game to Payers

3.1mm/17% Active in FN/EGS → 217K/ 7.00% CR × $38.90 LTD ARPPU = $8mm/16% of Free Game to Payers

Lapsed Fortnite players have highest conversion and ARPPU

***53% of users first acquired via a Free Game are lapsed Fortnite players, they are also the most active payers***

# Speaker Notes for Slide 11

Highlight the 8.23%

# Update: First 2 Weeks of Sales

BORDERLANDS 3

**$ in Millions**

| Borderlands 3 Deal | |
|---|---|
| Borderlands 3 Minimum Guarantee | $80 |
| Borderlands 3 Marketing Commitment | $15 |
| Borderlands 3 Non Recoupable Fees | $20 |
| **Total Borderlands 3 Deal** | **$115** |

| Bundled 2K Deals | |
|---|---|
| Handsome Collection | $11 |
| Civilization | $20 |
| **Total Bundled 2K Deals** | **$31** |

| | |
|---|---|
| **Fully Loaded Borderlands 3 Deal (incl. Bundled 2K)** | **$146** |

| % Recoup Borderlands 3 | |
|---|---|
| Life-to-Date Borderlands 3 EGS Revenue | $77 |
| Life-to-Date Borderlands 3 (PC Retail, Resellers) | $23 |
| **Total Life-To-Date Borderlands 3 Recoupable Revenue** | **$100** |
| Borderlands 3 EGS Gross Revenue | $77 |
| (x) EGS 12% Revenue Share | 12.0% |
| **EGS Life to Date Net Revenue** | **$9.2** |

- **100%** of $80mm minimum guarantee recouped
- **1.56mm** Borderlands users
- **53%** new to Epic Game Store
- Net revenue contribution of $9.2mm

# What's Next? Most Anticipated PC Games*

Red = Epic Games Store exclusive, Green = Sim ship on Steam/PC stores *(Aug 2019 EGS Blind survey)*

**Which of the following upcoming PC games are you most looking forward to? (Select up to five.)**




Note: Only the top 20 most selected games for each region are shown. Only announced games

# 5 Year P&L View

# Assumptions | Revenue Build

| Revenue Assumptions | Assumption Detail |
|---|---|

1. Model based on **~110 signed titles and pipeline (non-signed) titles**

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Total Signed Deals (Sept '19) | 56 | 45 | 4 | | | |
| Minimum Gaurantees ($ in mm) | $542 | $444 | $52 | | | |
| Expected Lifetime Recoup | 62% | 82% | 90% | | | |

1. **Pipeline (non-signed) titles** are driven by projected number of MG and non-MG titles by tier

| Titles | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Tier 1 | | 1 | 6 | 6 | 6 | 6 |
| Tier 2 | | 2 | 14 | 17 | 17 | 17 |
| Tier 3&4 | | 27 | 125 | 302 | 318 | 318 |
| Catalogue Titles | | 300 | 500 | 700 | 1,000 | 250 |
| **Total Pipeline (Non-Signed) Deals** | | **330** | **645** | **1,025** | **1,341** | **591** |

1. Revenue on **pipeline MG titles** are based on **lifetime revenue** of a comparable games relative to tier

**Lifetime revenue / title for pipeline titles with minimum guarantees (exclusives)**
- Tier 1: $60mm
- Tier 2: $30mm
- Tier 3: $7.5mm
- Tier 4: $2.5mm

1. Revenue of **pipeline non-MG titles** are based on **market share** of capture of the title based on tier

**% market share capture of non-exclusive titles**
- Aggressive pursuit scenario: 20% up to 50%
- Aggressive pursuit scenario (Steam reacts): 20% up to 30%
- Winding down scenario: 20% down to 8%

1. Lifetime revenue earned over typical **game decay curve**

- Tier 1 and 2 titles lifetime revenue earnout: 50% in Y1, 30% in Y2 ,15% in Y3 and 5% in Y4
- Tier 3 and 4 titles lifetime revenue earnout: 40% in Y1, 40% in Y2 ,15% in Y3 and 5% in Y4

* Assumes launch dates of games average out to midpoint of the year

# Speaker Notes for Slide 15

Footnote: Assumes launch dates of games average out to mid point of year

# Assumptions | Scenarios

| Assumptions | Aggressive Pursuit Model | Winding Down Model |
|---|---|---|
| 1. # of **exclusive** deals (i.e. **minimum guarantee** deals) pursued | • Continue **aggressive investment in securing titles for an exclusive window** across tiers to drive users into the Store and gain market share | • Winding down underwriting **minimum guarantees** for exclusive titles in 2021 |

**Aggressive Pursuit Model**

| Total Exclusive Titles | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Tier 1 | 2 | 2 | 5 | 4 | 4 | 4 |
| Tier 2 | 12 | 15 | 11 | 10 | 12 | 12 |
| Tier 3 | 7 | 14 | 16 | 12 | 8 | 8 |
| Tier 4 | 35 | 23 | 20 | 10 | 10 | 10 |
| **Total Exclusive Titles (i.e. MGs)** | **56** | **54** | **52** | **36** | **34** | **34** |

**Winding Down Model**

| Total Exclusive Titles | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Tier 1 | 2 | 2 | 3 | 3 | 2 | 2 |
| Tier 2 | 12 | 15 | 9 | 5 | 0 | 0 |
| Tier 3 | 7 | 14 | 1 | 0 | 0 | 0 |
| Tier 4 | 35 | 23 | 0 | 0 | 0 | 0 |
| **Total Exclusive Titles (i.e. MGs)** | **56** | **54** | **13** | **8** | **2** | **2** |

2. **$ Minimum Guarantee** additions

**Aggressive Pursuit Model**

| MGs $ in mm | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| **Minimum Guarantee Additions** | **$542** | **$495** | **$667** | **$451** | **$469** | **$469** |

**Winding Down Model**

| MGs $ in mm | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| **Minimum Guarantee Additions** | **$542** | **$495** | **$352** | **$220** | **$80** | **$80** |

3. **Structural improvements in MG deals**

Across both scenarios, this model reflects fundamental improvements in structuring exclusive deals given:
- Lifetime recoup (vs. one year recoup)
- Cross collateralization
- Ability to sign minimum guarantees at the lower end of comps due to the scaling of the store ecosystem

4. **Risk adjustment**: haircut on revenue across all games

Aggressive Pursuit Model:
- 25% portfolio risk to signed deals
- 20% portfolio risk to pipeline (non-signed) deals
- 30% portfolio risk to pipeline (non-signed) deals (Steam reacts)

Winding Down Model:
- 25% portfolio risk to signed deals
- 15% down to 0% portfolio risk to pipeline (non-signed) deals

5. **Market Share Capture**

Aggressive Pursuit Model:
- 50% of all PC revenue if Steam doesn't react
- 35% of all PC revenue if Steam does react

Winding Down Model:
- Build up to 20% of all PC store users and wind down to ~8% over time

# Speaker Notes for Slide 16

Get rid decimals from MG additions
Change haircut and use “portfolio risk”

# 5 Year P&L and User Forecast

## Aggressive Pursuit Model

Illustrative: Last deal signed in 2024

All figures in millions, except per user

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Flow from Prior Years 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| **P&L** | | | | | | | | | |
| Signed Deals | $213 | $375 | $183 | $59 | $21 | $9 | $4 | $0 | $0 |
| Pipeline (Non-Signed Deals) | - | 24 | 363 | 683 | 980 | 1,165 | 652 | 246 | 60 |
| Free Games | 1 | 2 | 2 | 2 | 3 | 3 | - | - | - |
| **Gross Revenue** | **$213** | **$401** | **$547** | **$744** | **$1,004** | **$1,177** | **$655** | **$247** | **$60** |
| Store Royalty (88% Share) | $208 | $353 | $482 | $655 | $883 | $1,036 | $577 | $217 | $53 |
| MG True-Up (Reversal)[1] | 120 | 254 | 144 | 154 | 33 | (16) | (23) | (74) | (3) |
| **Total Revenue Share** | **328** | **606** | **626** | **809** | **917** | **1,020** | **554** | **143** | **50** |
| Free Game Buyout | $34 | $34 | $15 | $15 | $15 | $15 | - | - | - |
| Marketing | 19 | 8 | 11 | 15 | 20 | 24 | 13 | 5 | 1 |
| Payment Processing | 11 | 21 | 29 | 39 | 53 | 62 | 35 | 13 | 3 |
| Hosting | 2 | 4 | 5 | 7 | 10 | 12 | 7 | 2 | 1 |
| **Cost of Sales** | **395** | **674** | **686** | **885** | **1,015** | **1,132** | **609** | **163** | **55** |
| **Gross Profit** | **($181)** | **($273)** | **($139)** | **($142)** | **($11)** | **$45** | **$47** | **$83** | **$5** |
| **Cumulative Gross Profit** | **($181)** | **($454)** | **($593)** | **($734)** | **($746)** | **($701)** | **($654)** | **($571)** | **($566)** |
| People | $15 | $19 | $20 | $22 | $23 | $24 | - | - | - |
| Outsourcing | 5 | 5 | 5 | 5 | 5 | 6 | - | - | - |
| **Total Opex** | **20** | **24** | **25** | **27** | **28** | **30** | - | - | - |
| **EBIT** | **($201)** | **($296)** | **($164)** | **($168)** | **($40)** | **$15** | **$47** | **$83** | **$5** |
| **Cumulative EBIT** | **($201)** | **($497)** | **($661)** | **($830)** | **($869)** | **($854)** | **($808)** | **($724)** | **($719)** |
| Tax (Benefit) / Expense[2] | ($30) | ($65) | ($36) | ($37) | ($9) | $3 | | | |
| **Earnings** | **($171)** | **($231)** | **($128)** | **($131)** | **($31)** | **$12** | **$47** | **$83** | **$5** |
| **Cumulative Earnings** | **($171)** | **($402)** | **($530)** | **($661)** | **($692)** | **($680)** | **($634)** | **($550)** | **($545)** |

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Assumptions \| Minimum Guarantees | | | | | | | | | |
| Annual MGs Paid[3] | $542 | $495 | $667 | $508 | $469 | $469 | - | - | - |
| Outstanding MG Committed[4] | $889 | $1,113 | $1,170 | $1,189 | $1,194 | $712 | $466 | $392 | $389 |
| Blended Recoup | 62% | 80% | 91% | 100% | 100% | 100% | - | - | - |
| Assumptions \| Users - Steam Doesn't React | | | | | | | | | |
| Monthly Active Users | 14 | 22 | 30 | 40 | 45 | 50 | - | - | - |
| Implied Revenue / MAU | $15.25 | $18.22 | $18.24 | $18.60 | $22.30 | $23.54 | - | - | - |
| Total Accounts | 28 | 50 | 75 | 90 | 105 | 125 | - | - | - |
| **Implied Cumm. Cost / New User[5]** | **$7.17** | **$9.94** | **$8.82** | **$9.22** | **$8.28** | **$6.84** | - | - | - |

## Winding Down Model

Illustrative: Last deal signed in 2024

All figures in millions, except per user

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Flow from Prior Years 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| **P&L** | | | | | | | | | |
| Signed Deals | $213 | $375 | $183 | $59 | $21 | $9 | $4 | $0 | $0 |
| Pipeline (Non-Signed Deals) | - | 24 | 244 | 396 | 398 | 347 | 185 | 73 | 17 |
| Free Games | 1 | 2 | 2 | 2 | 3 | 3 | - | - | - |
| **Gross Revenue** | **$213** | **$401** | **$429** | **$457** | **$422** | **$359** | **$189** | **$74** | **$17** |
| Store Royalty (88% Share) | $208 | $353 | $378 | $403 | $372 | $316 | $166 | $65 | $15 |
| MG True-Up (Reversal)[1] | 120 | 254 | 88 | 44 | (12) | (57) | (1) | (0) | (0) |
| **Total Revenue Share** | **328** | **606** | **466** | **447** | **359** | **259** | **165** | **65** | **15** |
| Free Game Buyout | $34 | $34 | $15 | $15 | $10 | $5 | - | - | - |
| Marketing | 19 | 8 | 9 | 9 | 8 | 7 | 4 | 1 | 0 |
| Payment Processing | 11 | 21 | 23 | 24 | 22 | 19 | 10 | 4 | 1 |
| Hosting | 2 | 4 | 4 | 5 | 4 | 4 | 2 | 1 | 0 |
| **Cost of Sales** | **395** | **674** | **516** | **500** | **404** | **294** | **181** | **71** | **17** |
| **Gross Profit** | **($181)** | **($273)** | **($87)** | **($42)** | **$18** | **$65** | **$8** | **$3** | **$1** |
| **Cumulative Gross Profit** | **($181)** | **($454)** | **($541)** | **($584)** | **($566)** | **($501)** | **($493)** | **($490)** | **($489)** |
| People | $15 | $19 | $20 | $22 | $23 | $24 | - | - | - |
| Outsourcing | 5 | 5 | 5 | 5 | 5 | 6 | - | - | - |
| **Total Opex** | **20** | **24** | **25** | **27** | **28** | **30** | - | - | - |
| **EBIT** | **($201)** | **($296)** | **($112)** | **($69)** | **($10)** | **$36** | **$8** | **$3** | **$1** |
| **Cumulative EBIT** | **($201)** | **($497)** | **($610)** | **($679)** | **($689)** | **($654)** | **($646)** | **($643)** | **($642)** |
| Tax (Benefit) / Expense[2] | ($30) | ($65) | ($25) | ($15) | ($2) | $8 | | | |
| **Earnings** | **($171)** | **($231)** | **($88)** | **($54)** | **($8)** | **$28** | **$8** | **$3** | **$1** |
| **Cumulative Earnings** | **($171)** | **($402)** | **($490)** | **($544)** | **($552)** | **($524)** | **($516)** | **($513)** | **($513)** |

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Assumptions \| Minimum Guarantees | | | | | | | | | |
| Annual MGs Paid[3] | $542 | $495 | $352 | $248 | $80 | $80 | - | - | - |
| Outstanding MG Committed[4] | $889 | $799 | $696 | $497 | $400 | $264 | $236 | $235 | $235 |
| Blended Recoup | 62% | 80% | 100% | 100% | 100% | 100% | - | - | - |
| Assumptions \| Users - Steam Doesn't React | | | | | | | | | |
| Monthly Active Users | 14 | 22 | 22 | 20 | 18 | 16 | - | - | - |
| Implied Revenue / MAU | $15.25 | $18.22 | $19.50 | $22.87 | $23.46 | $22.43 | - | - | - |
| Total Accounts | 28 | 50 | 55 | 56 | 57 | 58 | - | - | - |
| **Implied Cumm. Cost / New User[5]** | **$7.17** | **$9.94** | **$11.08** | **$12.12** | **$12.09** | **$11.27** | - | - | - |

[1] In 2024 (aggressive) and 2023 (winding down), MG expenses begin reversing itself as the deals become profitable. [2] Assumes 15% effective tax rate in 2019 and 22% thereafter, assumes no interest earned on cash. [3] Annual MGs Paid represents total MG for games released in the year. [4] Outstanding MG Committed: Balance of signed MGs that is yet to be recouped. Refer to Slide 19 for breakdown.[5] Cumulative EBIT / lifetime users.

# Speaker Notes for Slide 17

Do not include the cumulative MG - Check
Only show the rolling MG - Check
Total Signed minus the actual earned
Average annual Recoup rate
(Chart of recoup and Rolling)
Estimated Annual MG - Check
Users numbers

# Revenue Waterfall and Lifetime MG Recoup

## Aggressive Pursuit Model

| $ in Millions | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| **Signed Deals** | $198 | $367 | $179 | $57 | $20 | $8 |
| **Forecast Exclusive Deals** | - | $11 | $279 | $439 | $519 | $545 |
| 2019 Pipeline Exclusive | - | - | - | - | - | - |
| 2020 Pipeline Exclusive | - | 11 | 11 | 4 | 1 | - |
| 2021 Pipeline Exclusive | - | - | 268 | 182 | 84 | 28 |
| 2022 Pipeline Exclusive | - | - | - | 253 | 166 | 79 |
| 2023 Pipeline Exclusive | - | - | - | - | 267 | 171 |
| 2024 Pipeline Exclusive | - | - | - | - | - | 267 |
| **Forecast Non Exclusive Deals** | $15 | $21 | $87 | $246 | $461 | $620 |
| 2019 Pipeline Non-Exclusive | 15 | 8 | 4 | 2 | 1 | 0 |
| 2020 Pipeline Non-Exclusive | - | 13 | 13 | 8 | 4 | - |
| 2021 Pipeline Non-Exclusive | - | - | 70 | 70 | 41 | 20 |
| 2022 Pipeline Non-Exclusive | - | - | - | 167 | 194 | 101 |
| 2023 Pipeline Non-Exclusive | - | - | - | - | 222 | 249 |
| 2024 Pipeline Non-Exclusive | - | - | - | - | - | 250 |
| **Free Games** | $1 | $2 | $2 | $2 | $3 | $3 |
| **Total Gross Revenue** | $213 | $401 | $547 | $744 | $1,004 | $1,177 |
| **Signed Deals Recoup** | | | | | | |
| Annual MGs Paid Signed Deals | $542 | $444 | $52 | $0 | $0 | $0 |
| Lifetime Revenue Signed Deals | $336 | $362 | $47 | $0 | $0 | $0 |
| **Blended Lifetime Recoup Signed Deals** | 62% | 82% | 90% | | | |
| **Pipeline Deals Recoup** | | | | | | |
| Annual MGs Paid Pipeline Deals | | $52 | $615 | $508 | $469 | $469 |
| Lifetime Revenue Pipeline Deals | | $34 | $562 | $524 | $548 | $548 |
| **Blended Lifetime Recoup Pipeline Deals** | | 66% | 91% | 100% | 100% | 100% |
| **Consolidated Recoup** | | | | | | |
| Consolidated MGs Paid | $542 | $495 | $667 | $508 | $469 | $469 |
| Total Lifetime Revenue | $336 | $396 | $609 | $524 | $548 | $548 |
| **Consolidated Blended Lifetime Recoup** | 62% | 80% | 91% | 100% | 100% | 100% |

100% recoup reflects full recovery of MGs

## Winding Down Model

| $ in Millions | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| **Signed Deals** | $198 | $367 | $179 | $57 | $20 | $8 |
| **Forecast Exclusive Deals** | - | $11 | $164 | $245 | $193 | $154 |
| 2019 Pipeline Exclusive | - | - | - | - | - | - |
| 2020 Pipeline Exclusive | - | 11 | 11 | 4 | 1 | - |
| 2021 Pipeline Exclusive | - | - | 153 | 92 | 46 | 15 |
| 2022 Pipeline Exclusive | - | - | - | 149 | 89 | 45 |
| 2023 Pipeline Exclusive | - | - | - | - | 57 | 34 |
| 2024 Pipeline Exclusive | - | - | - | - | - | 60 |
| **Forecast Non Exclusive Deals** | $15 | $21 | $84 | $154 | $206 | $194 |
| 2019 Pipeline Non-Exclusive | 15 | 8 | 4 | 2 | 1 | 0 |
| 2020 Pipeline Non-Exclusive | - | 13 | 10 | 5 | 3 | - |
| 2021 Pipeline Non-Exclusive | - | - | 70 | 51 | 23 | 11 |
| 2022 Pipeline Non-Exclusive | - | - | - | 96 | 76 | 32 |
| 2023 Pipeline Non-Exclusive | - | - | - | - | 103 | 82 |
| 2024 Pipeline Non-Exclusive | - | - | - | - | - | 68 |
| **Free Games** | $1 | $2 | $2 | $2 | $3 | $3 |
| **Total Gross Revenue** | $213 | $401 | $429 | $457 | $422 | $359 |
| **Signed Deals Recoup** | | | | | | |
| Annual MGs Paid Signed Deals | $542 | $444 | $52 | $0 | $0 | $0 |
| Lifetime Revenue Signed Deals | $336 | $362 | $47 | $0 | $0 | $0 |
| **Blended Lifetime Recoup Signed Deals** | 62% | 82% | 90% | | | |
| **Pipeline Deals Recoup** | | | | | | |
| Annual MGs Paid Pipeline Deals | | $52 | $300 | $248 | $80 | $80 |
| Lifetime Revenue Pipeline Deals | | $34 | $306 | $297 | $114 | $120 |
| **Blended Lifetime Recoup Pipeline Deals** | | 66% | 100% | 100% | 100% | 100% |
| **Consolidated Recoup** | | | | | | |
| Consolidated MGs Paid | $542 | $495 | $352 | $248 | $80 | $80 |
| Total Lifetime Revenue | $336 | $396 | $353 | $297 | $114 | $120 |
| **Consolidated Blended Lifetime Recoup** | 62% | 80% | 100% | 100% | 100% | 100% |

100% recoup reflects full recovery of MGs

# Outstanding MG Commitment & Cash Flow

## Aggressive Pursuit Model

### Outstanding MG Commitment

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Flow from Prior Years 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning MG Commitment | - | $889 | $1,113 | $1,170 | $1,189 | $1,194 | $712 | $466 | $392 |
| MG Signed | 1,085 | 666 | 508 | 469 | 469 | - | - | - | - |
| Estimated Recoup | (172) | (304) | (364) | (413) | (464) | (482) | (246) | (74) | (3) |
| MG write-off | (24) | (137) | (88) | (36) | - | - | - | - | - |
| **Outstanding MG Commitment** | **$889** | **$1,113** | **$1,170** | **$1,189** | **$1,194** | **$712** | **$466** | **$392** | **$389** |

### Cash Flow

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Flow from Prior Years 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | - | ($465) | ($677) | ($701) | ($830) | ($869) | ($854) | ($808) | ($724) |
| EBIT | (201) | (296) | (164) | (168) | (40) | 15 | 47 | 83 | 5 |
| Prepaid MG | (264) | 84 | 140 | 40 | - | - | - | - | - |
| Net Δ in Cash | | (212) | (24) | (129) | (40) | 15 | 47 | 83 | 5 |
| **Cumulative Cash Balance** | **($465)** | **($677)** | **($701)** | **($830)** | **($869)** | **($854)** | **($808)** | **($724)** | **($719)** |

## Winding Down Model

### Outstanding MG Commitment

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Flow from Prior Years 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning MG Commitment | - | $889 | $799 | $696 | $497 | $400 | $264 | $236 | $235 |
| MG Signed | 1,085 | 352 | 248 | 80 | 80 | - | - | - | - |
| Estimated Recoup | (172) | (304) | (263) | (242) | (177) | (137) | (28) | (0) | (0) |
| MG write-off | (24) | (137) | (88) | (36) | - | - | - | - | - |
| **Outstanding MG Commitment** | **$889** | **$799** | **$696** | **$497** | **$400** | **$264** | **$236** | **$235** | **$235** |

### Cash Flow

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Flow from Prior Years 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | - | ($465) | ($677) | ($649) | ($679) | ($689) | ($654) | ($646) | ($643) |
| EBIT | (201) | (296) | (112) | (69) | (10) | 36 | 8 | 3 | 1 |
| Prepaid MG | (264) | 84 | 140 | 40 | - | - | - | - | - |
| Net Δ in Cash | | (212) | 28 | (30) | (10) | 36 | 8 | 3 | 1 |
| **Cumulative Cash Balance** | **($465)** | **($677)** | **($649)** | **($679)** | **($689)** | **($654)** | **($646)** | **($643)** | **($642)** |

Note: MG deals are assumed to be signed the year prior for forecasted pipeline

# Speaker Notes for Slide 19

Add Steam users MAU 90m DAU
Take out Match

# User Growth

## Aggressive Pursuit Model




## Winding Down Model



# User Lifetime Value of Major Ecosystems







| *(data as of 10/2/2019)* Company | TEV ($b) | MAUs (mm) | User Type | TEV / MAU ($) | MARPU ($) |
|---|---|---|---|---|---|
| | $465.1 | 2414 | Social Only - MAU | $192.65 | $2.16 |
| Tencent 腾讯 | $407.1 | 1133 | Social - MAU | $359.34 | $1.26 |
| NETFLIX | $130.6 | 152 | Video - Subs | $861.54 | $9.51 |
| ACTIVISION | $39.1 | 327 | Gaming - MAU | $119.58 | $1.78 |
| | $28.4 | 330 | Social - MAU | $86.07 | $0.90 |
| | $20.3 | 203 | Social - DAU | $100.10 | $0.57 |
| EPIC GAMES | $12.6 | 78 | Fortnite - MAU | $160.65 | $4.05 |
| 新浪微博 weibo.com | $9.4 | 486 | Social - MAU | $19.39 | $0.31 |
| | Private | 90 | Steam - MAU | N/A | $2.96 |

Note: Epic's MAUs and MARPUs as of August 2018 (last available data to investors in 2018's financing)
Tencent MARPU includes Social Networks revenue from VAS and Online Advertising

# SLIDE GRAVEYARD

# Epic Games Store Users & Purchases LTD




***~21mm unique users LTD. ~7% of Users acquired via a Free Game have made a purchase***

# Paid Unique Users - More Detail

**Acquired first via Paid Game:**

| | | | | |
|---|---|---|---|---|
| 2.2mm | 2.2mm/ 100% CR | × | $52.50 LTD ARPPU | = $116mm LTD |

**2.2 million unique users were first acquired via a paid game, these players fall into 3 subgroups:**

| | | | | |
|---|---|---|---|---|
| 1.1mm/49% New to Epic | 1.1mm/ 100% CR | × | $46.39 LTD ARPPU | = $50mm/~43% |
| 1.0mm/45% Lapsed from FN | 1.0mm/ 100% CR | × | $59 LTD ARPPU | = $59mm/~51% |
| 0.1mm/6% Active in FN/EGS | 0.1mm/ 100% CR | × | $56.22 LTD ARPPU | = $7mm/~6% |

50% Paid Users are completely new to the Epic ecosystem

***Of users first acquired via a Paid Game to date, only 6% are active FN players***

# Speaker Notes for Slide 24

50% are brand new to the store
Rearrange y order

# Free Game Users & Conversion to Payers - More Detail

**Acquired first via Free Game:**

18.5mm → 1.32mm/ 7.13% CR × $42.42 LTD ARPPU = $56M LTD

**18.5 million unique users were first acquired via an EGS free game & ~1.3M/~7% have become payers, these players fall into 3 subgroups:**

5.5mm/30% New to Epic → 291K/ 5.34% CR × $37.80 LTD ARPPU = $11mm/20% of Free Game to Payers

9.9mm/53% Lapsed from FN → 814K/ 8.23% CR × $44.22 LTD ARPPU = $36mm/64% of Free Game to Payers

**Lapsed Fortnite players have highest conversion and ARPPU**

3.1mm/17% Active in FN/EGS → 217K/ 7% CR × $41.47 LTD ARPPU = $9mm/16% of Free Game to Payers

***53% of users first acquired via a Free Game are lapsed Fortnite players, they are also the most active payers***

# Speaker Notes for Slide 25

Highlight the 8.23%

# User Growth and Non-Marketing UA Cost

## Aggressive Pursuit Mode







## Winding Down Model






**Slide 33**

3 Cost per user on steam reacts is different than implied cost per user on the table prior to this slide for steam reacts - should t these match?
Steven Allison, 10/5/2019

4 Also cum users in wind down should also go down from here I just tweaked numbers in the sheet I gave Ahnaf friday... but they may still be too high for cum users in this view
Steven Allison, 10/5/2019

1 On the winding down slide we should see MAU dropping significantly as per sheet I gave Ahnaf on Friday this is probably the most important slid ... and it's not close to correct as of time of this note
Steven Allison, 10/5/2019

2 Actually I hadn't tweaked these in that sheet I gave Ahnaf but I just did. MAU definitely needs to decline v 2020 over the subsequent years here. That sheet are my suggestions.
Steven Allison, 10/5/2019

# Speaker Notes for Slide 26

Should show shinkage in the winding down model - Check
Redo market share assumption - Check
Split the MAU graph mid 2021 - Check

# User Lifetime Value of Major Ecosystems

| *(data as of 10/2/2019)* Company | TEV ($b) | Users (mm) | User Type | TEV / Users ($) | ARPU ($) | Comments |
|---|---|---|---|---|---|---|
| | $465 | 2414 | Social Only - MAU | $192.65 | $7.05 | Reported user counts exclude IG, WhatsApp, Oculus |
| Tencent 腾讯 | $407 | 1133 | Social - MAU | $359.34 | $10.28 | Social Revenue ARPU, with users including Weixin and WeChat |
| NETFLIX | $131 | 152 | Video - Subs | $861.54 | $30.64 | |
| ACTIVISION | $39 | 327 | Gaming - MAU | $119.58 | $3.52 | |
| | $28 | 330 | Social - MAU | $86.07 | $2.69 | |
| match | $23 | 9 | Social - Subs | $2,530.26 | $0.60 | |
| | $20 | 203 | Social - DAU | $100.10 | $1.91 | |
| 新浪微博 weibo.com | $9 | 486 | Social - MAU | $19.39 | $0.94 | Primarily mobile (96%) platform |

# Speaker Notes for Slide 27

Add Steam users MAU 90m DAU
Take out Match

# Assumptions - What's in the model(s)

- The Store continues doing Free Games weekly in 2020, moves to bi weekly 2021-24
- The Epic Games Store brings on 2,750 back catalog/non-new release titles between 2020-24 (excludes Free Game launches) as follows

**Catalog Titles**

| | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|
| Number of Releases | 300 | 500 | 700 | 1,000 | 250 | 2,750 |

- The Epic Games Store ramps up to support a New Release cadence of more than 300/annually by 2022 (excludes Free Game launches) as follows

**New Releases**

| | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|
| Number of Releases | 80 | 150 | 325 | 340 | 340 |

- "Portfolio Risk" of 15% in 2019 declining over time

# Speaker Notes for Slide 28

Add assumption that the deal structure have changed.

# Assumptions - What's in the model(s)

- Per title MG declining over time to low end of comps representing increased scale
- Change in deal structure: Lifetime recoup, cross collateralization, MG at the lower end of comps
- Focus on Tier 1 and Tier 2 Titles (Add the Bar Chart here)
- %MG Recoup is an output based on projected revenue performance by title by tier less the MG committed adjusted by a portfolio risk

# Speaker Notes for Slide 29

Add assumption that the deal structure have changed.
Number of Sim Ship updated to 400

# Sensitivity Analysis - Changing Recoup Rate

## Aggressive Pursuit Mode

### Revenue

| Recoup Rate | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | Dif |
|---|---|---|---|---|---|---|---|---|
| -20% | $229 | $427 | $527 | $684 | $881 | $992 | $3,740 | ($460) |
| -10% | $229 | $429 | $563 | $740 | $948 | $1,062 | $3,971 | ($229) |
| -5% | $229 | $430 | $581 | $768 | $981 | $1,097 | $4,086 | ($114) |
| **Base** | $229 | **$430** | **$599** | **$796** | **$1,014** | **$1,132** | **$4,200** | - |
| +5% | $229 | $431 | $617 | $824 | $1,047 | $1,166 | $4,314 | $114 |
| +10% | $229 | $432 | $635 | $852 | $1,081 | $1,201 | $4,430 | $230 |
| +20% | $229 | $434 | $671 | $908 | $1,147 | $1,271 | $4,660 | $460 |

### Gross Profit

| Recoup Rate | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | Dif |
|---|---|---|---|---|---|---|---|---|
| -20% | ($212) | ($262) | ($187) | ($280) | ($173) | ($146) | ($1,260) | ($420) |
| -10% | ($212) | ($261) | ($153) | ($228) | ($110) | ($80) | ($1,044) | ($204) |
| -5% | ($212) | ($260) | ($136) | ($202) | ($85) | ($48) | ($943) | ($103) |
| **Base** | ($212) | **($259)** | **($119)** | **($175)** | **($60)** | **($15)** | **($840)** | - |
| +5% | ($212) | ($258) | ($106) | ($151) | ($38) | $10 | ($755) | $85 |
| +10% | ($212) | ($257) | ($97) | ($131) | ($15) | $24 | ($688) | $152 |
| +20% | ($212) | ($256) | ($90) | ($78) | $5 | $4 | ($627) | $213 |

## Moderated Model

### Revenue

| Recoup Rate | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | Dif |
|---|---|---|---|---|---|---|---|---|
| -20% | $229 | $427 | $451 | $562 | $672 | $751 | $3,092 | ($189) |
| -10% | $229 | $429 | $472 | $592 | $695 | $769 | $3,186 | ($95) |
| -5% | $229 | $430 | $482 | $607 | $707 | $779 | $3,234 | ($47) |
| **Base** | $229 | **$430** | **$493** | **$622** | **$719** | **$788** | **$3,281** | - |
| +5% | $229 | $431 | $503 | $638 | $731 | $797 | $3,329 | $48 |
| +10% | $229 | $432 | $513 | $653 | $743 | $806 | $3,376 | $95 |
| +20% | $229 | $434 | $534 | $683 | $766 | $825 | $3,471 | $190 |

### Gross Profit

| Recoup Rate | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | Dif |
|---|---|---|---|---|---|---|---|---|
| -20% | ($212) | ($262) | ($113) | ($115) | ($29) | $48 | ($683) | ($171) |
| -10% | ($212) | ($261) | ($94) | ($87) | ($7) | $66 | ($595) | ($83) |
| -5% | ($212) | ($260) | ($84) | ($72) | $1 | $74 | ($553) | ($41) |
| **Base** | ($212) | **($259)** | **($75)** | **($58)** | **$9** | **$83** | **($512)** | - |
| +5% | ($212) | ($258) | ($67) | ($46) | $22 | $87 | ($474) | $38 |
| +10% | ($212) | ($257) | ($62) | ($36) | $34 | $82 | ($451) | $61 |
| +20% | ($212) | ($256) | ($61) | ($6) | $42 | $52 | ($441) | $71 |

Base Recoup is the current blended recoup rate being used in each respective model

## WAU/MAU

| EGs Only | EGs WAU (in millions) | EGs MAU (in millions) | WAU/MAU |
|---|---|---|---|
| Jan | 1.06 | 3.02 | 35.10% |
| Feb | 1.26 | 2.99 | 42.14% |
| Mar | 2.08 | 5.2 | 40.00% |
| Apr | 1.8 | 4.6 | 39.13% |
| May | 2.55 | 6.1 | 41.80% |
| June | 2.96 | 6.1 | 48.52% |
| July | 3.15 | 6.5 | 48.46% |
| August | 3.2 | 7.3 | 43.84% |
| September | 5.15 | 10.2 | 50.49% |

## DAU/MAU

| EGs Only | EGs DAU (avg in millions) | EGs MAU (in millions) | DAU/MAU |
|---|---|---|---|
| Jan | 0.238 | 3.02 | 7.88% |
| Feb | 0.253 | 2.99 | 8.46% |
| Mar | 0.477 | 5.2 | 9.17% |
| Apr | 0.43 | 4.6 | 9.35% |
| May | 0.677 | 6.1 | 11.10% |
| June | 0.8 | 6.1 | 13.11% |
| July | 0.754 | 6.5 | 11.60% |
| August | 1.035 | 7.3 | 14.18% |
| September | 1.85 | 10.2 | 18.14% |


Launcher (FN, EGS, UE) and EGs MAU (in millions)
Launcher (FN PC, EGS, UE)
EGs MAU (in millions)
20
15
10
5
0
17.1
3.02
16
2.99
15.9
5.2
14.9
4.6
16
6.1
15.1
6.1
14.4
6.5
15.3
7.3
16
10.2
Jan
Feb
Mar
Apr
May
June
July
August
September

Launcher (FN PC, EGS, UE), EGs MAU (in millions) and FN PC MAU



# Epic Games store Daily Gross Revenue LTD



# First Epic Games Store/Account entitlements by day LTD



# DAU through LTD All: Epic Games store, excl Fortnite



# Engaged Users Chart




EGs PC MAU
EGs MAU (millions)
12
10
8
6
4
2
0
3.02
2.99
5.2
4.6
6.1
6.1
6.5
7.3
10.1
Jan
Feb
Mar
Apr
May
June
July
August
September

# Global Assumptions - What's in the model(s)

- The Epic Games Store continues doing Free Games weekly in 2020, moves to bi weekly 2021-24
- The Epic Games Store brings on 2,750 back catalog/non-new release titles between 2020-24 (excludes Free Game launches) as follows:

**Catalog Titles**

| | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|
| Number of Releases | 300 | 500 | 700 | 1,000 | 250 | 2,750 |

- The Epic Games Store ramps up to support a New Release cadence of more than 300/annually by 2022 (excludes Free Game launches) as follows:

**New Releases**

| | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|
| Number of Releases | 80 | 150 | 325 | 340 | 340 |

- "Portfolio Risk" of 15% in 2019 declining over time
- Expect to Sim ship market share to grow from 20% in 2020 to 35% by 2024

## ARPPU & ARPMAU

| EGs Only | | ARPPU | ARPMAU |
|---|---|---|---|
| Jan | | $31.00 | $0.46 |
| Feb | | $45.89 | $3.47 |
| Mar | | $37.48 | $3.03 |
| Apr | | $35.22 | $4.05 |
| May | | $26.68 | $3.24 |
| June | | $25.91 | $2.05 |
| July | | $28.94 | $0.77 |
| August | | $38.96 | $1.86 |
| September | | $57.90 | $7.09 |

LTDs: ARPPU $49.39, ARPU $7.93

$171.5M Gross sales
21.63M Unique Users
3.47M Unique Purchasers

# Pg 2: User Growth

Need real data for Total Accounts (Ahnaf working on this)




***Exclusive Title Launches and Promotions are Driving User Growth***

*Total EGS Accounts includes accounts that have had activity beyond Fortnite or UE*

# Converting Users to Revenue

## Growing MAU and Increasing Engagement




## Continuing to Monetize users as EGS becomes PC Game Store of Choice




Revise Tagline as you see fit

***[EGS is Growing Users while Converting them to Paying Users]***


EGs Gross Revenue By Month ($171 million gross through September 2019)
$80,000,000
$60,000,000
$40,000,000
$20,000,000
$0
Dec
Jan
Feb
March
April
May
June
July
August
September

# Epic Games Store Monthly Active Users




***Takeaway***

# MAU by Launcher and Epic Games Store




***MAU for the Store continues to grow with more games - Greater than 60% of Launcher MAU***

# MAU by Launcher, Epic Games Store & PC FN




***EGS MAU Surpassed FN PC MAU for the First Time in September***

# Store & Player Data LTD

# Engaged Users Chart




***Engaged User: Visited page and Store within last 14 days and have played a game within last 7 days***

# MAU by Launcher, Epic Games Store & PC FN




***EGS MAU Surpassed FN PC MAU for the First Time in September***

# Epic Games Store 12 Month Exclusive - Deal Structures

## “Wave 1” MG deal structure for first 23 exclusive titles

- Wave 1 titles are releases from Dec 2018- June 2019
- Wave 1 deal structure: 12-month recoups, MG amount premium to comps

## 2nd Half 2019 + MG risk mitigated by evolved deal structure

- July 2019 on
- All deals going forward: Lifetime MG recoup on all exclusives (vs. 12 months on majority of Wave 1 titles), MG amount at low end of comps
- “Cross-collateralized” when there are multiple exclusives/publisher(e.g. Ubisoft, Big Ben, Crytek)
- Lifetime exclusivity on select titles (Oddworld: Soulstorm, Auto Chess, 10 Crowns, Ooblets, World War Z)
- Renegotiation of select underperforming Wave 1 titles
  (e.g. Hello Neighbor: Hide & Seek, The Sinking City

# User Growth and Non-Marketing UA Cost

Will Upda
New Ass
Updates

## Aggressive

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Gross $ | $240,000,000 | $481,000,000 | $821,000,000 | $812,000,000 | $1,018,000,000 | $1,133,000,000 |
| Investment/Loss | $ (209,000,000.00) | $ (241,000,000.00) | $ (94,000,000.00) | $ (176,000,000.00) | $ (62,000,000.00) | $(15,000,000.00) |
| Non Marketing UA Cost (Loss/New Users) | $7.46 | $10.95 | $8.27 | $11.73 | $12.40 | $3.00 |
| MAU | 14,000,000 | 20,000,000 | 26,000,000 | 30,000,000 | 32,000,000 | 33,000,000 |
| EGS Users (excl FN Only) | 28,000,000 | 50,000,000 | 65,000,000 | 80,000,000 | 85,000,000 | 90,000,000 |

## Conservative

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| Gross $ | $240,000,000 | $481,000,000 | $515,000,000 | $638,000,000 | $723,000,000 | $789,000,000 |
| Investment/Loss | $ (209,000,000.00) | $ (241,000,000.00) | $ (50,000,000.00) | $ (60,000,000.00) | $ 7,000,000.00 | $ 83,000,000.00 |
| Non Marketing UA Cost (Loss/New Users) | $7.46 | $10.95 | $10.00 | $12.00 | $0.00 | $0.00 |
| MAU | 14,000,000 | 20,000,000 | 21,000,000 | 23,000,000 | 24,000,000 | 24,500,000 |
| EGS Users (excl FN Only) | 28,000,000 | 50,000,000 | 55,000,000 | 60,000,000 | 61,250,000 | 62,500,000 |



CONFIDENTIAL

# EGS Free Games LTD

- ~100MM entitlements
- ~5.5MM/5% New Accounts
- $2.36/New Account

***Batman Data on chart not accurate**

**Batman Bundle (9/19-26)**

Buyout price: $1.8MM
Entitlements: 6.7MM
Players: 1.5MM
New To Epic Accts: 734k - 10.9% of Total downloads
Epic UA cost $2.45/ acct

| game_title | Seller | Current .. | Buyout Price | [Entitlements] | [Lifetime Players] | Avg Time Played | New Epic Accounts .. | EPIC UA Cost | New to Epic % ENT. |
|---|---|---|---|---|---|---|---|---|---|
| What Remains of Edith Finch | Annapurna Interactive | 16 | $125,000 | 1,684,925 | 232,055 | 94 | 141,360 | $0.88 | 8.4% |
| Jackbox Party Pack | Jackbox Games, Inc. | 15 | $60,000 | 1,416,905 | 147,619 | 86 | 94,439 | $0.64 | 6.7% |
| Axiom Verge | Thomas Happ Games LLC | 15 | $80,000 | 1,297,297 | 202,302 | 119 | 52,063 | $1.54 | 4.0% |
| Thimbleweed Park | Terrible Toybox, Inc. | 15 | $85,000 | 1,973,777 | 312,048 | 146 | 73,215 | $1.16 | 3.7% |
| Slime Rancher | Monomi Park | 15 | $500,000 | 3,417,330 | 1,723,559 | 444 | 226,633 | $2.21 | 6.6% |
| Oxenfree | Night School Studio, LLC | 15 | $200,000 | 2,340,649 | 364,100 | 136 | 123,904 | $1.61 | 5.3% |
| The Witness | Thekla, Inc. | 15 | $400,000 | 2,766,865 | 717,306 | 173 | 148,825 | $2.69 | 5.4% |
| Transistor | Supergiant Games LLC | 15 | $200,000 | 2,505,023 | 442,353 | 101 | 111,656 | $1.79 | 4.5% |
| World of Goo | 2D Boy | 15 | $50,000 | 2,438,302 | 520,606 | 68 | 155,341 | $0.32 | 6.4% |
| Stories Untold | Devolver Digital, Inc. | 15 | $300,000 | 2,261,397 | 263,988 | 87 | 82,340 | $3.64 | 3.6% |
| RiME | Six Foot | 8 | $45,000 | 2,434,212 | 404,100 | 111 | 95,755 | $0.47 | 3.9% |
| City of Brass | Uppercut Games | 8 | $200,000 | 2,105,604 | 284,832 | 63 | 32,377 | $6.18 | 1.5% |
| Kingdom New Lands | Raw Fury | 8 | $100,000 | 2,168,122 | 458,335 | 243 | 45,662 | $2.19 | 2.1% |
| Enter the Gungeon | Devolver Digital, Inc. | 8 | $700,000 | 2,722,186 | 945,463 | 305 | 112,920 | $6.20 | 4.1% |
| Rebel Galaxy | Double Damage Games, Inc | 8 | $125,000 | 2,126,160 | 294,607 | 191 | 41,832 | $2.99 | 2.0% |
| Last Day of June | 505 Games S.r.l. | 8 | $75,000 | 2,001,836 | 189,140 | 77 | 50,814 | $1.48 | 2.5% |
| Overcooked | Team17 Digital Ltd | 8 | $225,000 | 3,011,198 | 818,847 | 76 | 206,357 | $1.09 | 6.9% |
| Torchlight | Perfect World | 8 | $150,000 | 2,144,475 | 265,797 | 157 | 54,829 | $2.74 | 2.6% |
| Limbo | Playdead | 8 | $350,000 | 2,672,566 | 459,777 | 130 | 115,260 | $3.04 | 4.3% |
| Moonlighter | 11 Bit Studios | 9 | $450,000 | 2,766,624 | 507,068 | 281 | 66,683 | $6.75 | 2.4% |
| This War of Mine | 11 Bit Studios | 9 | $250,000 | 2,777,862 | 419,817 | 198 | 140,200 | $1.78 | 5.0% |
| Alan Wake | Remedy Entertainment | 8 | $150,000 | 2,867,665 | 321,208 | 118 | 63,323 | $2.37 | 2.2% |
| For Honor | Ubisoft Entertainment | 8 | $63,000 | 3,048,719 | 366,490 | 411 | 118,301 | $0.53 | 3.9% |
| GNOG | KO_OP | 8 | $100,000 | 2,087,429 | 254,990 | 86 | 73,742 | $1.36 | 3.5% |
| Mutant Year Zero | Funcom | 8 | $1,000,000 | 3,023,061 | 463,301 | 250 | 197,896 | $5.05 | 6.5% |
| Hyper Light Drifter | Heart Machine | 8 | $200,000 | 2,726,839 | 282,035 | 110 | 152,963 | $1.31 | 5.6% |
| Fez | Polytron Corporation, Inc | 8 | $75,000 | 2,504,642 | 334,744 | 93 | 107,342 | $0.70 | 4.3% |
| Inside | Playdead | 8 | $800,000 | 2,710,878 | 267,144 | 180 | 71,980 | $11.11 | 2.7% |
| Celeste | Matt Makes Games | 8 | $750,000 | 2,705,519 | 408,159 | 202 | 62,578 | $11.99 | 2.3% |
| ABZU | 505 Games S.r.l. | 8 | $150,000 | 2,642,877 | 283,942 | 56 | 56,487 | $2.66 | 2.1% |
| The End Is Nigh | Edmund McMillen, Tyler G.. | 8 | $200,000 | 2,422,807 | 145,672 | 44 | 27,378 | $7.31 | 1.1% |
| Canary | Iceberg Interactive | 8 | $50,000 | 2,601,325 | 172,618 | 84 | 53,408 | $0.94 | 2.1% |
| Batman™: Arkham Asylum .. | Warner Bros. | Null | $500,000 | 13 | 624,526 | 200 | 3 | $166,666.67 | 23.1% |
| Batman™: Arkham City - Ga.. | Warner Bros. | Null | $500,000 | 31 | 336,615 | 250 | 614,763 | $0.81 | 1983106.5% |
| Batman™: Arkham Knight | Warner Bros. | Null | $500,000 | 50 | 416,797 | 310 | 4 | $125,000.00 | 8.0% |
| LEGO® Batman™ 3: Beyond .. | Warner Bros. | Null | $100,000 | 20 | 235,209 | 172 | 47,006 | $2.13 | 235030.0% |
| LEGO® Batman™: The Video.. | Warner Bros. | Null | $100,000 | 10 | 462,454 | 91 | 1 | $100,000.00 | 10.0% |
| Metro: 2033 Redux | Koch Media | 5 | $0 | 4,197,832 | 431,185 | 105 | 139,977 | $0.00 | 3.3% |
| Everything | [illegible] | 5 | $200,000 | [illegible] | [illegible] | 35 | 31,067 | $6.44 | 0.9% |
| Grand Total | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $2.36 | |

***~100M entitlements/~5.5M/5% New Accounts w/UA Cost of $2.36/New Account***