# EXHIBIT 6

***PUBLIC - REDACTED VERSION***