# EXHIBIT 7

***PUBLIC - REDACTED VERSION***