# EXHIBIT 8

***PUBLIC - REDACTED VERSION***