# EXHIBIT 9

***PUBLIC - REDACTED VERSION***