# EXHIBIT 10

***PUBLIC - REDACTED VERSION***