# EXHIBIT 11

## Part 1 of 4

***PUBLIC - REDACTED VERSION***