# EXHIBIT 11

## Part 4 of 4

***PUBLIC - REDACTED VERSION***