# EXHIBIT 12

***PUBLIC - REDACTED VERSION***