# EXHIBIT 13

***PUBLIC - REDACTED VERSION***