# EXHIBIT 14

***PUBLIC - REDACTED VERSION***