# EXHIBIT 15

***PUBLIC - REDACTED VERSION***