# EXHIBIT 16

***PUBLIC - REDACTED VERSION***