# EXHIBIT 17

***PUBLIC - REDACTED VERSION***