# EXHIBIT 18

***PUBLIC - REDACTED VERSION***