# EXHIBIT 19

***PUBLIC - REDACTED VERSION***