# EXHIBIT 20

***PUBLIC - REDACTED VERSION***