# EXHIBIT 21

***PUBLIC - REDACTED VERSION***