# EXHIBIT 23

VOLUME 5

Pages 1053 - 1318

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

| | |
|---|---|
| EPIC GAMES, INC., Plaintiff, vs. APPLE, INC., Defendant. | NO. C-20-5640 YGR<br>Friday, May 7, 2021<br>Oakland, California<br>BENCH TRIAL |
| APPLE, INC., Counterclaimant, vs. EPIC GAMES, Inc., Counter-Defendant. | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff: CRAVATH, SWAINE & MOORE, LLP
825 Eighth Avenue
New York, New York 10019
**BY: KATHERINE B. FORREST, ESQUIRE**
**GARY A. BORNSTEIN, ESQUIRE**
**YONATAN EVEN, ESQUIRE**

(Appearances continued.)

Reported By: Diane E. Skillman, CSR 4909, RPR, FCRR
Official Court Reporter

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

**THE COURT:** Well, it lacks foundation. I mean it's pretty conclusory.

Sustained on that basis.

**BY MS. MOYE:**

**Q.** Mr. Kosmynka, do you believe that -- tell us your belief with respect to what percentage of problematic apps you can --

**MS. MOSKOWITZ:** Same objection.

**THE COURT:** You can't have an objection until the question is finished. Let's not jump in and answer. Let me hear a question.

**BY MS. MOYE:**

**Q.** Mr. Kosmynka, based on your experience, five years as head of app review, in your opinion, what is the ratio of the problems you catch to the problems you miss?

**MS. MOSKOWITZ:** Objection.

**THE COURT:** Overruled on that. Different question. Overruled.

**THE WITNESS:** We proactively catch the best majority of issues. We certainly do miss some. I think it is a small fraction. And we are constantly working to reduce the amount of things that we miss. And I think that a lot of these scenarios, these documents that were shared today, indicate that there's loopholes. There's ways in which systems can be gamed and people can be gamed.

And we work diligently to try to close those loopholes.

But the key there is that there are systems and people to game. And without the systems and the people to game, it's a free-for-all.

I think it would be incredibly dangerous for customers, for my four kids, and truly believe that this process is critical to a safe and trusted place to get apps.

**MS. MOYE:** Thank you, Mr. Kosmynka. No further questions.

**THE COURT:** Anything on those questions?

**MS. MOSKOWITZ:** Just briefly, Your Honor.

**REDIRECT EXAMINATION**

**BY MS. MOSKOWITZ:**

**Q.** You just referred to what would happen, in your view, if the iOS app review process was not able to exist.

Is that a fair summary of what you were just talking about?

**A.** The app review process and the store in general.

**Q.** Right. Mac, you are familiar with the MacOS?

**A.** Yes.

**Q.** And Mac has a store, right?

**A.** Yes.

**Q.** Mac also allows apps to come in outside of the store onto the machine, right?

**A.** That's right.

**MS. MOYE:** Objection to the scope.

**THE COURT:** Overruled.

**BY MS. MOSKOWITZ:**

**Q.** Mac users are able to exist in the macOS in a safe environment and kids use them notwithstanding the fact that they can obtain apps from outside of the App Store, right?

**A.** Can you repeat the question?

**Q.** Sure.

Kids, people, users who have Macs are able to obtain apps from outside of the Mac App Store, right?

**MS. MOYE:** Objection, Your Honor, beyond the scope.

**THE COURT:** Overruled.

**THE WITNESS:** On Mac there is a way to get native apps outside of the Mac App Store.

**BY MS. MOSKOWITZ:**

**Q.** And on Mac, you would still believe, I think, would you agree with me, that kids that use Macs and all sorts of consumers that use apps on Mac that they got from outside of Mac are still able to be safe and secure in their computing?

**THE COURT:** Okay. Can you answer that question?

**THE WITNESS:** I will try, Your Honor.

I think that their safety on Mac is superior when downloading apps from the Mac App Store. I think that kids and users of the Mac, given the way that we see developers on iOS and on Mac, attempt to manipulate customers and trick customers. And the threats that we see on iOS, even within

the App Store, I can't say that any customer outside of the Mac App Store has a safe and trusted experience. I think that that is something where they've opened themselves up to risk.

**BY MS. MOSKOWITZ:**

**Q.** And that's a risk on the sort of objectionable content, not on security or malware threats, right?

**A.** No, I think it's risk on all of the above.

**Q.** Okay. So all of Mac users who download apps outside of the Mac store are exposed to malware?

**A.** No. I'm saying they're taking additional risks if they do. I don't know if they are exposed to it or not.

**Q.** Okay. So you don't have any understanding as to whether the operating system of Mac is protecting those users from malware?

**A.** Our operating systems across the board work really hard to protect customers. That's not enough. In the event there is a bad actor that exploits hardware and software having an element of curation on top of that, and having the customers go through that curated element, gives us additional trust and safety that I think is really critical on our devices.

**Q.** And other app stores out there do some app review, right?

**A.** I believe so.

**Q.** And you understand that Epic is not seeking to eliminate app review from app store experiences, right?

**A.** I am not sure what Epic is seeking.

witness. Would you like me to hand that up?

**THE COURT:** You may.

Was he deposed?

**MR. CLARKE:** Yes, Your Honor.

**THE COURT:** Do I have his deposition transcript?

**MR. CLARKE:** Your Honor, I am happy to hand that up as well.

**THE COURT:** You may proceed.

**MR. CLARKE:** Thank you, Your Honor.

**DIRECT EXAMINATION**

**BY MR. CLARKE:**

**Q.** Good morning, Mr. Allison.

**A.** Good morning.

**Q.** Could you please introduce yourself for the record?

**A.** Yes. I am Steve Allison. I am the vice president and general manager of the Epic Games Store.

**Q.** And Mr. Allison, where do you work?

**A.** I work at Epic Games in Cary, North Carolina.

**Q.** Mr. Allison, could you please summarize your professional background before joining Epic Games?

**A.** Sure.

I am an over 20-year veteran of the video game industry. I started early in my career in the mid '90s at a company called Atari where I worked on a variety of roles, but most predominately as the vice president of marketing and business

business is doing as we optimize our strategy, so this is just a view that's very focused on our third-party titles and how the recent addition here of the Epic Games Publishing efforts may impact that.

**Q.** And does this include any sort of operating costs for the Epic Games Store?

**A.** It does.

**Q.** Can you explain which costs are included here?

**A.** All the costs of sales for things like hosting, payment processing. It includes all of our directly-assigned staff to Epic Games Publishing and Epic Games Store, and it includes all of outsourced development for our -- and we have several partners who help us build the platform.

**Q.** Based on this document, when does Epic expect the third-party component of Epic Games Store to first turn a profit?

**A.** In 2024.

**Q.** If you were to include the first-party content in this analysis, would that change the result?

**A.** It would.

**Q.** How would it change the result?

**A.** We would have a profitable year either in 2022 or 2023.

**Q.** Do you expect the third-party component of the store to eventually recoupe the upfront investments in minimum guarantees that Epic has made?

**CERTIFICATE OF REPORTERS**

We, Diane E. Skillman and Pamela Hebel, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

________/S/DIANE E. SKILLMAN_______

Diane E. Skillman, CSR, RPR, FCRR

__________/S/ PAMELA HEBEL___________

Pamela Hebel, CSR, RMR, FCRR

SUNDAY, MAY 9, 2021