# EXHIBIT 24

VOLUME 11

Pages 2612 - 2905

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

EPIC GAMES, INC., Plaintiff, vs. APPLE, INC., Defendant.

APPLE, INC., Counterclaimant, vs. EPIC GAMES, Inc., Counter-Defendant.

NO. C-20-5640 YGR

Monday, May 17, 2021

Oakland, California

BENCH TRIAL

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff: CRAVATH, SWAINE & MOORE, LLP
825 Eighth Avenue
New York, New York 10019
**BY: KATHERINE B. FORREST, ESQUIRE**
**GARY A. BORNSTEIN, ESQUIRE**
**YONATAN EVEN, ESQUIRE**
(Appearances continued.)

Reported By: Diane E. Skillman, CSR 4909, RPR, FCRR
Pamela Batalo-Hebel, CSR 3593, RMR, FCRR
Raynee Mercado, CSR 8258 RMR, CRR, FCRR

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

For Plaintiff: CRAVATH, SWAINE & MOORE, LLP
825 Eighth Avenue

have you?

**A.** No because my task was to evaluate the security of the iPhone as it relates to the App Store.

**Q.** Thank you, sir.

**A.** Yes.

**MR. LO:** No further questions, Your Honor.

**THE COURT:** Anything on that topic?

**MR. CLARKE:** No further questions, Your Honor.

**THE COURT:** All right, professor, you're excused. Thank you very much.

**THE WITNESS:** All right. Thank you very much, Your Honor.

**THE COURT:** Next witness.

**MS. FORREST:** Your Honor, Epic provisionally, subject to the various items that we mentioned this morning, has no further witnesses to call in its case subject to rebuttal and the other items we talked about earlier today.

**THE COURT:** All right. Thanks, Ms. Forrest.

Mr. Doren, your witness.

**MR. DOREN:** Your Honor, Apple calls Mr. Philip Schiller.

(**SCHILLER, PHILIP**, called as a witness for the Defendant, having been duly sworn, testified as follows:)

**THE WITNESS:** I do.

**THE CLERK:** Please be seated.

**Q.** And can you name any examples for us?

**A.** Well, I know of two personally that I used at the time. One is Steam, which we've talked about many times in this case, and the other was actually for mobile apps called Handango, and Handango is a -- was an online store for apps for BlackBerry, PalmPilot, and other platforms.

**Q.** And what did Steam and Handango charge developers as commissions at the time that the iPhone was released?

**A.** 30 percent.

**Q.** And aside from these early digital platforms, how did developers distribute their games and other software?

**A.** Well, the most common way still at the time was through physical distribution.

**Q.** And have you had personal experience in that area, sir?

**A.** A great deal.

**Q.** And can you describe that, please, generally.

**A.** Sure.

In making products for physical distribution, you, of course, engineer the software. You usually license installer and uninstaller software that you need to put together with it. You put it on a CD. You design the CD. You design the packaging. You design the manuals. You put that all together, and you then take it through distribution channels, stores like CompUSA and Fry's. And with them, you have to cut deals for how much shelf space you get. People aren't aware

of that. You used to pay by what is called "facings." If you have room for one box, two boxes, or three boxes, the more facings, the better chance of a sale. You paid for things called end caps to be able to market at the end of the row of an aisle. You paid for weekend flyers. This was actually one of the biggest demand drivers, was whether you paid for a quarter, half-page, full-page ad in the weekend flyers that we all got in our mailboxes back then. You had to cover all the returns when you updated your software. On and on. There are just many elements of that distribution.

**Q.** And what was the cost to the developer of that system?

**A.** Typically we'd see that the channel would get between 50 to 70 percent of the sale.

**Q.** And did that system remain the dominant means of distribution for some years after the iPhone launched?

**A.** It did.

**Q.** Were there any third-party native apps on the iPhone when it launched?

**A.** No.

**Q.** And was that a conscious decision on the part of Apple management?

**A.** Yes.

**Q.** What was the reasoning behind that decision?

**A.** We thought that we wanted to create an Apple experience with some built-in native apps from Apple and that the

security and privacy risks of opening it up to other native apps was too great and not something that we could solve when we launched the iPhone, so instead, we offered up the idea of web apps.

**Q.** When you say the risk was too great, what do you mean?

**A.** I mean that it was too great to -- first of all, the quality of the product. We're trying to deliver our first generation iPhone with an entirely new operating system and architecture. Getting that done was a huge task. There just wasn't time to consider many third-party APIs and tools and distribution.

Secondly was the security issues we've been talking about. That unlike the Mac, which we were making at the time, we believed that the risk of security and privacy for iPhone users would be dramatically greater, and we did not yet know how to solve for those and didn't have a program yet to deal with it.

**Q.** And did the first iPhone include any native apps at all?

**A.** Just from Apple.

**Q.** And can you describe what those apps were?

**A.** Sure. There are many apps that we're familiar with today. The phone app was an app experience, the Safari for browsing the web, calendar, email, messages.

**Q.** And at some point, did Apple decide to permit third-party native apps on the App Store?

**A.** Yes, we did.

**Q.** Presumably that's what we are all here to discuss this month.

Were you involved in that decision, sir?

**A.** Yes.

**Q.** And when was that decision made?

**A.** Shortly after bringing to market the first iPhone, getting it out into the world and to customers' hands, we then saw it was helping the world and heard feedback that led us to decide to make native app distribution a plan for the iPhone.

**Q.** And you mentioned what was going on in the world and receiving feedback. Can you describe for us what the basis for the decision was to take steps to facilitate third-party native apps?

**A.** Yes. There are two things I recall from that time.

Number one, we did start to hear more feedback from developers that they wanted the opportunity to create native apps, not just web apps.

And secondly, we saw users and developers starting to try anyway. They were creating what's called "jailbreaking," a way to sideload software onto iPhone, and they were writing apps without any documented APIs to build with that were creating great quality risks, so we saw this beginning of demand and quality and security risks on the iPhone.

**Q.** Is there anything wrong with jailbreaking in terms of your

**Q.** And what is it in?
**A.** This is Apple's news site. This is where we publish all of our announcements to the press called "Hot News."
**Q.** Looking at the second item in this exhibit, what does it address?
**A.** This is a letter from Steve Jobs to the world, to our user community and to developers about our intention in this area.
**Q.** And what was the date of this document, of this announcement?
**A.** October 17th, 2007.

**MR. DOREN:** Your Honor, I would move Exhibit DX4566 into evidence.

**MS. FORREST:** No objection.

**THE COURT:** Admitted.

(Defense Exhibit 4566 received in evidence)

**BY MR. DOREN:**
**Q.** And in the first sentence of that section, Mr. Jobs says, "Let me just say it. We want native third-party applications on the iPhone, and we plan to have an SDK in developers' hands in February."

I believe we've heard the term "SDK" a time or two here, but can you tell us what that of stands for?
**A.** Sure. That's Software Development Kit.
**Q.** And what is a Software Development Kit?
**A.** It includes a number of resources for developers to write

software, resources like the APIs that we have been talking about, developer tools like Xcode. It includes documentation to help understand the APIs and their functions. Often has sample code to help a developer start to write their application or learn how to use an API.

**Q.** And do the Software Development Kits -- are they made up of Apple's intellectual property?

**A.** Yes.

**Q.** Does Apple require that its SDK's be used to develop apps for iOS?

**A.** Yes.

**Q.** And does that remain the case today?

**A.** Yes.

**Q.** And who develops SDKs at Apple?

**A.** We have a software engineering team, a tools team, that works under our head of software engineering.

**Q.** In terms of this initial SDK, how significant an effort was that?

**A.** Tremendous.

**Q.** Can you describe that a bit, please.

**A.** For the better part of a year, the entire software organization was working to create and document the APIs as well as make the tools work with these new APIs on this new platform for developers.

**Q.** And was the cost of that development work allocated to the

App Store in any way?

**A.** No.

**Q.** Has it -- has the cost of developing APIs ever been allocated to the App Store specifically?

**A.** No.

**Q.** Turning back to Exhibit DX4566 -- first of all, is this sort of advance notice that something is coming common at Apple?

**A.** No. No. Very uncommon.

**Q.** What is Apple's more common practice?

**A.** We try more often to not announce software until we're ready to release it to the world, at least in beta form directly to developers so they can begin working on it immediately.

**Q.** And why was a different approach taken here?

**A.** Well, as I mentioned, we were beginning to see these jailbreak -- jailbreaking and sort of rogue app development without documented APIs happening, and we were very concerned that this would create unreliable, unstable devices, and this was our way to quickly say *hold on, just wait, we're going to address this and we want to give you something safe and reliable to use.*

**Q.** And, Mr. Jobs goes on in that same paragraph to state, "We are excited about creating a vibrant third-party developer community around the iPhone and enabling hundreds of new

applications for our users."

Does that accurately capture your hopes for the App Store as of October 2007?

**A.** Yes, it did. We were very careful in discussing and deciding to use the word "hundreds" to set a reasonable expectation of what we thought we could do.

**Q.** And Mr. Jobs then goes on to say in the second paragraph, "It will take until February to release an SDK because we're trying to do two diametrically opposed things at once: Provide an advanced and open platform to developers while at the same time protect iPhone users from viruses, malware, privacy attacks, etc. This is no easy task."

Do you see that statement?

**A.** Yes, I do.

**Q.** And do you share that view?

**A.** Absolutely.

**Q.** Can you describe what the tension is between those two diametrically opposed things?

**A.** Yes. I think this is the -- the core thing at the base of all that we're talking about.

We want to create a more powerful, capable platform that enables developers to create wonderful applications for all of us, but we need to find ways to do it that helps to protect users from this malware, from the threats that they're going to receive, the attacks, and to try to keep your device

time?

**A.** Yes.

**Q.** And can you describe how?

**A.** I think that over the years, the ways and methods developers and bad actors try to get at users and their data has only increased dramatically, and we see this from all the important data we have. The many attacks and attempts to steal it and get access to it have increased.

**Q.** And in the next paragraph, Mr. Jobs says, "Now people are going to ask, 'Well, this is great, but what's the deal? What's the business deal?'" And he states, "We think we've got a great business deal for our developers. First of all, the developers pick the price."

And was that an accurate statement back in 2008?

**A.** Yes.

**Q.** And why did Apple decide to let the developers pick the price?

**A.** We had an existing store for music, the iTunes Music Store. I think many of us all remember it. And how it was innovative was it created one price for music, 99 cents for a song, 9.99 for an album, and that helped grow the digital music market.

When we started working on the App Store, we thought well, that model doesn't work here. There are so many different kinds of software applications that are going to be created

that we needed to make it easy for the developer to then pick their price and not have just one price for all apps.

**Q.** And Mr. Jobs then goes on to say, "Pick whatever price you want to sell your app at, and when we sell the app through the App Store, the developer gets 70 percent of the revenues right off the top and we keep 30 percent." Correct?

**A.** That's right.

**Q.** And is that what we've heard in this trial referred to as kind of the 70/30 revenue share?

**A.** Yes.

**Q.** And was that the revenue share as of the launch of the App Store?

**A.** Yes.

**Q.** And has that commission level ever been increased?

**A.** No.

**Q.** Are there instances where it's been decreased?

**A.** Yes.

**Q.** And if we could look back, sir, at page 27, .27.

**A.** Yes.

**Q.** Do you see at the bottom of the page the statement attributed to you?

**A.** Yes.

**Q.** And at this launch event, you stated, "When I think about the class of developers that will be using this store, I think we really have come up with the best model for the two big

important classes. One is imagine you are just a free developer, you want to give it to everyone for free. And the other is" -- on the top of the next page -- "if you want to generate some revenue and drive revenue for your app."

Those were statements you made back in March 2008?

**A.** Yes.

**Q.** And can you describe what you meant by "the two big important classes"?

**A.** Yes. There -- right from the beginning we knew there would be many developers who simply want to distribute a free app, and there are many business reasons why to do so, and then there are others that would like to use the App Store to sell their app, and we want to create an easy, secure model for doing that.

**Q.** And were there any other classes, if you will, of developers at that time?

**A.** No.

**Q.** And what did Apple charge developers for free apps?

**A.** Nothing. There was no commission for a free app.

**Q.** And has that ever changed?

**A.** No.

**Q.** And how did the 70/30 revenue split that Apple set back in March 2008 compare to other software commissions at that time?

**A.** Well, as we've discussed, there were two models at the time. The physical model, this was much less than, on

average, about half, and then digital distribution, it was the same.

**Q.** And in -- presently in terms of digital distribution, is Apple's 30 percent commission still competitive?

**A.** We believe it is, yes.

**Q.** Now, do developers -- did developers back in 2008 or at the time the App Store was launched -- did they have to pay any credit card fees?

**A.** No.

**Q.** Did they have to pay any hosting fees?

**A.** No.

**Q.** Did they have to pay for any engineering costs?

**A.** No.

**Q.** Did they pay any fees for marketing and editorial support from Apple?

**A.** No.

**THE COURT:** Did they pay for the SDKs?

**THE WITNESS:** We have two -- two programs then and still now today. We have a free program for learning to develop or developing in-house in an enterprise, and the majority of developers who sign up are free. And then we have the $99 program.

**THE COURT:** So that engineering cost, do you think that's something different when you said it was nothing?

**THE WITNESS:** Yes. We -- I'm just talking about all

the engineering Apple does. We don't charge them for our engineering work.

**THE COURT:** Okay. Proceed.

**MR. DOREN:** Thank you, Your Honor.

**Q.** And other than the $99 fee under the second contract, under the DPLA, do the -- do developers of free apps pay anything to Apple?

**A.** No.

**Q.** And does that remain the case today?

**A.** Yes.

**Q.** And if we could refer to page -- staying rather on page 27 and going up one entry to Mr. Jobs' statement immediately above yours. Do you see that?

**A.** Yes.

**Q.** And Mr. Jobs says, "And also just to make it a little clearer, we don't intend to make money off the App Store. I mean, we don't make a lot of money off iTunes, and the split with the music companies is about the same, so in the case of the iTunes Music Store, we give all the money to the content owners, and we are basically giving all the money to the developers here. And if that 30 percent of it pays for running the store, well, that will be great, but we just want to create a very efficient channel for these developers to reach every single iPhone user."

Is that a statement that Mr. Jobs made back in March 2008?

**Q.** And can you describe that, please.

**A.** There's no charge for this program for government institutions, for education institutions, for non-profit organizations. We waive it on all those groups.

**Q.** Thank you.

We've heard talk about the Worldwide Developer Conference, but we haven't really discussed that in depth with anyone.

Are you familiar with the Worldwide Developer Conference?

**A.** Yes. I run it.

**Q.** And can you please describe what that is.

**A.** Well, we have a number of programs to help educate developers, give them access to all of these APIs and tools and help them create their software, and this is probably one of the most notable parts of that program.

Once a year, usually in the summer, for decades now we hold an annual conference that goes for a week long for our developers.

**Q.** And what occurs at the conference?

**A.** We typically hold about 200 sessions each year. They're all led by engineers. The whole intent of the conference, it's engineers helping engineers, and so we have content we create, 200 sessions.

Those sessions are videotaped and then shared around the world for free to all developers to use as a resource to learn how to use our APIs and ToolKits.

And then we also have hands-on sessions where a developer can literally bring their code on a drive and sit down with an engineer and be consulted on how to solve problems or design some new interface or just get past the problem they're having. So we have labs where they can explore some of these new technologies and get help.

So it's a -- I think it's a great way for everyone to become a better developer, make better apps.

**Q.** And how many people -- how many developers attend that in person?

**A.** In person, six thousand.

**Q.** And is it streamed?

**A.** It is.

**Q.** And what is the live audience through streaming?

**A.** The keynote streams, and we get millions and millions of views, over 25 million to sometimes close to 50 million now. It's become very large.

**Q.** And does Apple pay all charges or all costs related to the WWDC?

**A.** We do -- we do. Particularly now that it's been online only for developers, it's been offered for free.

**Q.** How much does it cost Apple to put that annual event on?

**A.** Just that one event is over $50 million.

**Q.** Each year?

**A.** Yes.

**Q.** And is that event charged against the App Store in any way?
**A.** No.
**Q.** And I've heard of something called The Developers Center. Are you familiar with that?
**A.** Yes.
**Q.** What is The Developers Center?
**A.** We're just completing a new building facility at Apple Park in Cupertino that's designed entirely for supporting developers as they come and get assistance developing their applications and working on their next-generation projects.
**Q.** And is that part of the App Store budget?
**A.** It is not.
**Q.** Who's in charge of creating that facility?
**A.** We have a facilities team at Apple that is responsible to build and maintain it.
**Q.** And does Apple run any school programs regarding development?
**A.** Yes. We have a number of education programs.
**Q.** And are those charged to the App Store in any way?
**A.** No.
**Q.** Are you familiar with a program called Developer Accelerator?
**A.** Yes.
**Q.** And what is that?

**A.** We've created some facilities around the world where more advanced developers can come in and take part in programs led by Apple to help them make their apps better and take advantage of newer technologies.

**Q.** And are those programs charged against the App Store in any way?

**A.** No, they're not.

**Q.** And we talked earlier about free apps, and roughly what percentage of apps were free in the early years of the App Store?

**A.** In the beginning, it was closer to 50 percent of the apps were free.

**Q.** And today, what percentage of apps in the App Store are free?

**A.** 84 percent.

**Q.** And what percentage of game apps are free today?

**A.** Approximately 75 percent.

**Q.** Now, we've heard talk about premium and paymium and paid downloads. So when you say free games, what specifically are you referring to?

**A.** Simply completely free, that there is no charge to the user or in-app charges.

**Q.** And do developers pay any sort of commission to Apple to distribute their free apps?

**A.** No, they do not.

**Q.** Can developers of free apps monetize their apps in any way?
**A.** Yes, they do.
**Q.** How can they do that?
**A.** Number one way is advertising. A lot of developers, particularly game developers, will use display advertising. They will work with an ad network like with Google and place ads and earn revenue from those apps.
**Q.** And when a developer monetizes their app through the use of advertising, does Apple earn any money off of those transactions?
**A.** No, we do not.
**Q.** Has it ever?
**A.** No.
**Q.** And how does -- and can a developer also make money off of their app through the sale of physical goods and services?
**A.** Absolutely.
**Q.** And in transactions involving the sale of physical goods and services, does Apple make any revenue from the developer?
**A.** We do not.
**Q.** And why doesn't Apple charge for a percentage or a commission on the sale of physical goods and services?
**A.** We've thought from the start that the kind of an app that requires some physical good -- use a simple example, an app to buy a pair of sneakers. You order the sneakers in the app but

developers are paid monthly."

Was that a statement that Mr. Forstall made at this March 2009 event?

**A.** He did.

**Q.** And can you tell us, sir, what the commission level was that was set for in-app purchases at the time of this announcement?

**A.** It was 70/30.

**Q.** As for -- previously set for paid downloads?

**A.** Exactly.

**Q.** And that was made public and announced at the time that IA purchases -- that the company stated that in-app purchases would be facilitated; is that correct?

**A.** Yes.

**Q.** And then in the next paragraph, Mr. Forstall says, "Now, to keep the model simple for the consumer, this is for paid apps only." Do you see that?

**A.** Yes.

**Q.** And is that how the in-app purchase feature was initially offered by Apple?

**A.** Yes. That's how it began.

**Q.** And did that last very long?

**A.** Not too long in the grand scheme of it.

**Q.** And was that within a few months changed to apply to apps that were free to download but then had in-app content?

**A.** Exactly.

**Q.** And what resources went into developing the in-app purchase functionality?

**A.** It took work from our software engineering team to create the APIs and support it with our ToolKits. And it took work from the App Store Team to build a store component of it with the commerce engine.

**Q.** And did any of the software engineering -- was any of that charged to the App Store?

**A.** No.

**Q.** And did the development of IAP facilitate a new business model called "freemium"?

**A.** It did.

**Q.** And can you describe what "freemium" is?

**A.** If a user downloads an app that is free to start to play or use and then has the opportunity to make purchases within that app with an in-app purchase, that's technically what is called a "freemium app."

**Q.** And while we are defining our vocabulary here, are you familiar with a business model called "paymium"?

**A.** Yes.

**Q.** What is that?

**A.** What Mr. Forstall was describing here is that is an app where you pay up front and still have options to buy other items or services within it and that is called "paymium."

**Q.** And what is the business model of *Fortnite* and Epic?

**A.** I believe it's freemium.

**Q.** What percentage of game apps on the App Store today use the freemium model?

**A.** I believe it's 17 percent.

**Q.** And are the majority of the balance of games free?

**A.** Yes. As we said, approximately 75 percent of the games are free.

**Q.** So that means something less than 10 percent are either paid downloads or a paymium model; is that fair?

**A.** Yes. I believe approximately 6 percent are paid and then the balance are paymium or subscription.

**THE COURT:** You said 75 percent of the games. So are we talking about with these percentages just games or are we talking about all apps?

**THE WITNESS:** I'm sorry. Just games, Your Honor.

**BY MR. DOREN:**

**Q.** And why, sir, based on your experience, would a developer use a freemium model rather than a paymium model?

**A.** One of the very important things we discovered in building IAP and then the rollout by developers using it for freemium is that on average, we saw that a developer would increase their customer base tenfold by going from paid to freemium.

**Q.** And so the net effect of the freemium model is to attract a significant amount of new players?

**Q.** And if someone were to want to change from an iOS device to some other device, say a Samsung Galaxy smartphone, what would they do regarding their *New York Times* subscription?

**A.** So what happens next --

**MS. FORREST:** Objection to the form, Your Honor. Foundation.

**THE COURT:** Overruled.

**THE WITNESS:** What happens next is up to the developer. The *New York Times* can have a log-on and know that you have paid for access to the content, and even if you switch device, give you access to that content again.

**BY MR. DOREN:**

**Q.** And worst-case scenario, that is not available, what would a subscriber do?

**A.** Well, in that case, you would cancel your subscription on the iPhone on our App Store, and you would start up a new subscription on your account on your other device.

**Q.** Now, you told us earlier that Apple has never increased its commission level; correct?

**A.** Yes.

**Q.** Has it ever decreased its commission levels?

**A.** Yes.

**Q.** We just talked about subscriptions. Has the commission on subscriptions ever been decreased?

**A.** Yes, it was.

**Q.** And can you describe that, please.

**A.** Yes. In 2016, we changed the commission model to be different on the second year. So in the first year when you -- a new user sets up a subscription, it's still a 70/30 commission, and then if that user stays with that subscription, on the second year and all successive years, it goes to 85/15.

In addition, when we made that change to the commission in 2016, we then automatically started any existing subscriptions that were more than a year old for all developers at 85/15. We didn't make them wait a year for those.

**Q.** Why did Apple make that change?

**A.** We -- first of all, subscriptions have been growing really well for business for developers so we thought it was good for developers and good for many kinds of products that users want. And in talking with developers, we realized that they had to do work in following years to keep the content coming for users so that they want to stay with their subscription, and so to support that and encourage that, because we think it's good for the developer, good for Apple, good for the user, we thought we would reduce the commission and recognize that they're doing work to maintain that -- that content in future years.

**Q.** And does that subscription model that you just described -- does it apply to game apps that are sold on a

subscription basis?

**A.** It does.

**Q.** And have you heard of the Video Partner Program?

**A.** Yes.

**Q.** And what is the Video Partner Program?

**A.** It's a program we created a few years back. The Apple TV Team was working on a new generation of an app on Apple TV where new digital TV services were cropping up as separate services, separate applications, and we wanted to bring them all together into one experience for users.

And so the Apple TV Team started meeting with TV content providers and described the work they were going to do to integrate into this new experience. For example, they needed to integrate with our Siri voice assistant so you could find any show across any one of these app experiences, and in talking with those developers, the Apple TV Team asked if we could lower the commission on 85/15, not in the second year, but in the first year to help them cover the costs of all this engineering work. And so in doing that, we created a Video Partner Program for any developer who wants to be in that service and do that work to get that benefit.

**Q.** And what is required of a Video Partner Program member in order to obtain that 15 percent commission?

**A.** Well, again, they need to join this program and do the engineering work to integrate with the Apple TV app so the

users have a better experience.

**Q.** And when was the Video Partner Program created?

**A.** It's been a few years now. I don't remember the exact year that that started.

**Q.** And are there any circumstances where Video Partner Program participants are not required to use IAP?

**A.** Yes.

**Q.** And what are those circumstances?

**A.** When working with a number of these partners and in particular some of the cable providers that were going digital, they had existing movie rental businesses with an install base of customers, and they asked if they could maintain those existing relationships as they moved over to digital distribution, so that's included as part of the Video Partner Program as well.

**Q.** And is Amazon Prime one of those entities?

**A.** Yes, they are.

**Q.** And Altice One?

**A.** Yes.

**Q.** And I will not even attempt the French, Canal+?

**A.** Canal+, yes.

**Q.** Thank you.

And is IAP otherwise required for each of those companies?

**A.** Yes.

**Q.** And was the Video Partner Program only available to large

to be competitive with the App Store, we needed to add that capability. So hearing that feedback, we made that a term for all developers.

**Q.** And does Apple's acceptance of cross-wallet play impact the amount of commission paid to Apple by developers?

**A.** Sure.

**Q.** How?

**A.** Well, previously the rules had been that if there is any digital content paid for within an app, that you pay for that with IAP on iPhone. After the multiplatform rule, a developer now can sign up users off of iPhone on whatever platform they want and then the user can now have that content in their iPhone, and there's no IAP process, there is no commission to Apple.

**MR. DOREN:** Your Honor, is this a good time?

**THE COURT:** I was going to say we have one minute.

All right. Let's go ahead and stand in recess for 40 minutes until 1:15. Thank you.

**MR. DOREN:** Thank you, Your Honor.

**THE COURT:** I take it he will be the full day?

**MR. DOREN:** Certainly most of it. He may be on cross by the end of the day, but I'm sure he will be on the stand.

**THE COURT:** Okay. Thank you.

(Luncheon recess was taken at 12:34 p.m.)

(Proceedings resumed at 1:15 p.m.)

**THE CLERK:** Remain seated. Court is in session. Come to order.

**THE COURT:** Okay. We are back on the record.

The record will reflect that Mr. Schiller is on the stand. Mr. Doren is at the podium. Ms. Forrest is writing furiously, and she's present, as are the parties.

We may proceed.

**MR. DOREN:** Thank you, Your Honor.

**Q.** Mr. Schiller, you mentioned last year's worldwide developer conference. When did that conference take place?

**A.** That was in June last year.

**Q.** And is there a set time for those conferences each year?

**A.** Yes, it is.

**Q.** And -- and that's in June of each year?

**A.** It is.

**Q.** Mr. Schiller, are you familiar with the small business program?

**A.** Yes, I am.

**Q.** And what is the small business program?

**A.** It's a program on the App Store that allows developers who have earned less than a million dollars in proceeds in the previous year across all their apps to have a lower commission level.

**Q.** And when had Apple first considered reducing its commission for small developers?

**A.** Their original work started in 2016.

**Q.** And when did the small business program go into effect?

**A.** It -- we took applications from developers this past December of 2020, and it impacted their commission levels in this January of 2021.

**Q.** And if you could please take a look at Exhibit 5627, which should be the last document in your binder.

(Exhibit published.)

**THE WITNESS:** (Reviewing document.)

I see that.

**BY MR. DOREN:**

**Q.** And do you recognize what this document is?

**A.** Yes.

**Q.** And can you describe it for the Court, please?

**A.** It's an email discussion among a few of us working on a version of this program.

**Q.** And is the re line on this email "In Re Indie Developer Program"?

**A.** Yes.

**Q.** And what's the date of this email?

**A.** The newest email on this is June of 2018.

**Q.** And in the first email, the first two emails, actually, you discuss the possibility of some of the commission payment being diverted, if you will, to search ads for the small developers, correct?

And this Neural Engine is separate from the CPU, the central brain of the chip, and the GPU, the graphics. So it leaves the rest of your chip free to do other things in your app while the Neural Engine processes the machine learning libraries.

**Q.** And what is the relevant -- or is that relevant to game development?

**A.** Oh, I think it impacts many software applications including game developers who want to start to take advantage of this new machine learning technology.

**Q.** And the last item under hardware is something called LiDAR. What is LiDAR?

**A.** It's light detecting and ranging. So it's a laser technology that allows a sensor called a scanner to scan the space you're in and create a 3D depth map of your furniture, your walls, so that now for AR applications, you can actually place things, computer-generated content, within the scene of your space very fast, very efficiently.

**Q.** And when was LiDAR introduced?

**A.** This past year, 2020.

**Q.** And I believe you touched on this in your description, but is it relevant to game developers?

**A.** I think so. As game developers start to create new AR experiences, having this level of performance for recognizing the environment is extremely helpful.

**Q.** And I believe we've learned over the last two weeks that AR is augmented reality?

**A.** Yes.

**Q.** And, sir, I'd like to show you a brief demonstrative on the LiDAR technology, and that's currently on the screen.

And if you could please narrate this for the Court.

(Demonstrative published.)

**THE WITNESS:** Sure. This is an application called magicplan. And you're pointing your phone at the walls and doors and windows and floor of your space. And the LiDAR scanner is making it very quick for the software to detect those features of your space and automatically create a floor plan that you can use for architecture, interior decorating, whatever your project is.

**BY MR. DOREN:**

**Q.** Thank you.

And by the way, when was LiDAR included with iPhones?

**A.** 2020, this past fall.

**Q.** And this particular demonstrative we just watched, is that from an app that's actually on the App Store?

**A.** Yes.

**Q.** And what's the name of that App?

**A.** Magicplan.

**Q.** Thank you.

Let's go back to our list. And finally, sir, in terms of

hardware, were any --

(Exhibit published.)

**BY MR. DOREN:**

**Q.** -- costs related to any of the improvements we just talked about allocated to the App Store?

**A.** No.

**Q.** And let's go on now to the second tranche there, which is cellular.

And first of all, what was the cellular connectivity of the original iPhone based on?

**A.** It was called Edge which is a version of -- faster version of 2G.

**Q.** And I seem to remember something called GSM would show up?

**A.** Well, GSM is the global standard for 2G, which Edge was -- which used. And so, yes, GSM was the technology.

**Q.** Thank you. Thank you.

And then in 2008, is that when 3G came into use?

**A.** It is.

**Q.** And then in 2012, did 4G or LTE come into use?

**A.** Yes.

**MS. FORREST:** Objection, Your Honor. Leading.

**MR. DOREN:** Just trying to move things along. I'm happy to slow down, Your Honor.

**THE COURT:** All right. Let's change the form.

**MR. DOREN:** Yes, ma'am.

**Q.** Mr. Schiller, can you -- can you walk us through, please, the evolution of cellular connectivity since the opening of the App Store?

**A.** Sure. Apple didn't invent cellular networks. Of course there are many companies involved in these technologies. But our teams had a lot of work to do to bring them out in a way that worked well for our customers.

We started with GSM technology. And 2G was a -- the first generation of GSM that we included with our iPhone.

In 2008 we added 3G and brought that into the network, into the cellular.

We also brought out a format called CDMA, which was a -- Verizon used separate from GSM. So we had support for both across our line with iPhone as well.

And then in 2012, the next generation came into iPhone called LTE, stands for long-term evolution. But it's 4G technology.

And, you know, I would note the qualitative difference. With 3G, we really now had the ability to, you know, surf the web and a lot more data capability then 2G had, started to get a lot more interesting for all of us as we travel around.

With 4G and LTE, as we know, now we're able to start streaming TV shows and movies, we're able to do FaceTime video calls. It's much more capable for the types of things we've all been used to for the last few years.

**CERTIFICATE OF REPORTERS**

We, Diane E. Skillman, Pamela Batalo-Hebel, and Raynee Mercado certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

________/S/DIANE E. SKILLMAN______

Diane E. Skillman, CSR, RPR, FCRR

__________/S/ PAMELA BATALO-HEBEL___________

Pamela Batalo-Hebel, CSR, RMR, FCRR

_________/s/ Raynee Mercado___________

Raynee Mercado, CSR, RMR, FCRR

Monday, May 17, 2021