# EXHIBIT 27

***PUBLIC - REDACTED VERSION***