# EXHIBIT 28

***PUBLIC - REDACTED VERSION***