# EXHIBIT 29

***CONFIDENTIAL DOCUMENT***
***Lodged Pursuant to Local Rule 79-5(c)-(d)***

** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

______________________________

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | ) Civil Action No. 4:11-cv-06715YGR |

ZOOM VIDEOTAPED DEPOSITION OF
PHILIP SCHILLER, VOLUME I
Cupertino, California
Thursday, February 11, 2021

Reported by:
LORI M. BARKLEY, CSR No. 6426

PAGES 1 - 318

MR. LOPEZ: Good morning. This is Rob Lopez of Hagens Berman for the developer plaintiffs in the Cameron matter, joined by my partner, Ron Spiegel, today from our office and also our colleague Travis Manfredi from the Saveri firm.

MR. DOREN: And this is Richard Doren from Gibson Dunn on behalf of Apple, and I am joined by Jennifer Bracht, Dana Li, and Lauren Dansey, and also Noreen Krall and Kate Kaso-Howard of Apple.

MS. FORREST: All right. Would the court reporter please swear the witness.

PHILIP SCHILLER,

having been administered an oath, was examined and testified as follows:

EXAMINATION

BY MS. FORREST:

Q. All right. Mr. Schiller, because we're taking this deposition by Zoom, there are a few additional rules that we go through and I'll start with those now.

I want to confirm that there's no one else in the room with you at the moment?

A. Correct.

designed to cover any costs, that's not why it exists, could likely come close to covering the costs of all of our engineering, of all of our features and capabilities we provide developers.

Q. Well, but as we talked about before, some of those engineering and features that you provide to developers actually inure to the benefit of Apple, correct?

A. Those aren't the words I said, no.

Q. Well, you said we agreed, I thought, and tell me if I'm wrong, that one of the things that having developers -- let me actually put it totally differently.

Isn't it the case that having developers write apps for the iOS platform is of benefit for Apple?

A. Yes, it can be.

Q. And therefore, providing tools and services that support that app development is of benefit for Apple, correct?

A. It can be.

Q. In fact it is, correct?

A. It -- I'm not sure really what you're -- what you're saying here. We create, as I stated earlier, a tremendous amount of engineering work on

products and software and services that developers use to create apps and many apps are built for support our users and give them great features and capabilities.

Some of them are involved in the App Store and the commission model, and most are not, most are free, so when you say a benefit to Apple, I'm not sure exactly what it is you're describing there.

(Reporter clarification.)

BY MS. FORREST:

Q. Well, let's put it this way, if there were no third party developers who had ever written to iOS, do you believe that the iPhone would be as appealing to users as it is?

MR. DOREN: Object to the form.

THE WITNESS: I can't predict an alternate reality. Today they do add value, as you know the first year of iPhone, there were native Apple apps and just web apps for developers and it was extremely successful in its first year.

Then we added the ability for the App Store in native third party app development and the app -- iPhone has been successful. Whether there's an alternate reality where we didn't ever do that and iPhone was still successful, I don't know.

BY MS. FORREST:

Q. All right. But, I mean -- I don't want to sort of dance on the head of a pin, I mean, it just strikes me as one of the features of life that if you've got a lot of apps for the iPhone that users find useful, that's going to make the iPhone appealing, right?

Isn't that what we looked at in your declaration?

A. It is absolutely one of the things that's appealing, but it's never that simple as I think we've already once talked about, we've also removed many, many, many apps from the App Store and that can be appealing to users if we do a good job of that, too.

So none of these things are an absolute.

Q. So understanding that nothing is an absolute, would you agree with me that the inclusion of a robust set of useful apps for users is an advantage for Apple?

A. There are absolutely positives for Apple with having great third party apps on our products that users use.

Q. Okay. Have you ever heard of the phrase a Progressive Web App, a PWA sometimes?

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I, Lori M. Barkley, CSR No. 6426, do hereby certify:

That the foregoing deposition testimony taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 12th day of February, 2021.

LORI M. BARKLEY, CSR No. 6426

# PHILIP SCHILLER ERRATA SHEET

*In re Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR;*
*Cameron v. Apple Inc., Case No. 4:19-cv-03074-YGR;*
*Epic Games, Inc. v. Apple Inc., Case No. 4:20-cv-05640-YGR*

Deposition of Philip Schiller

Taken February 11 & 15, 2021

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 16 | 5 | Change “designation” to “designate” | Typographical error |
| 17 | 6 | Change “response” to “responsive” | Typographical error |
| 17 | 16 | Change “extent manner” to “extent and manner” | Typographical error |
| 25 | 2 | Change “areas” to “carriers” | Typographical error |
| 25 | 8 | Change “far” to “are” | Typographical error |
| 25 | 19 | Change “the cost a phone” to “the cost of a phone” | Typographical error |
| 27 | 15 | Change “as that as” to “of that as” | Typographical error |
| 30 | 13 | Change “number of” to “a number of” | Typographical error |
| 31 | 20 | Change “submission” to “made a submission” | Clarification |
| 33 | 3 | Change “featured” to “features” | Typographical error |
| 34 | 13 | Change “featured” to “features” | Typographical error |
| 35 | 3 | Change “and” to “then” | Typographical error |
| 38 | 10 | Change “a limiting” to “eliminating” | Typographical error |
| 38 | 18 | Change “what ha” to “what” | Typographical error |
| 39 | 6 | Change “allow is” to “allow” | Typographical error |
| 40 | 5 | Change “box” to “bots” | Typographical error |
| 42 | 20 | Change “that for” to “for” | Clarification |
| 43 | 16 | Change “compute” to “computer” | Typographical error |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 46 | 3 | Change “augments” to “augmented” | Typographical error |
| 47 | 7 | Change “web kit” to “WebKit” | Typographical error |
| 48 | 22 | Change “Do not” to “I do not” | Typographical error |
| 50 | 2 | Change “definition how” to “definition for how” | Clarification |
| 50 | 5 | Change “to from” to “from” | Typographical error |
| 50 | 7 | Change “limitations” to “implementations” | Typographical error |
| 50 | 17 | Change “example the” to “example of the” | Typographical error |
| 53 | 14 | Change “insure” to “ensure” | Typographical error |
| 55 | 1 | Change “products services” to “products and service” | Typographical error |
| 56 | 1 | Change “So encompasses” to “So it encompasses” | Typographical error |
| 56 | 17 | Change “that where in” to “that in” | Typographical error |
| 57 | 21 | Change “and part” to “and not part” | Clarification |
| 59 | 21 | Change “specially” to “especially” | Typographical error |
| 62 | 17 | Change “for make” to “for one to make” | Typographical error |
| 64 | 15 | Change “used for” to “used for communication” | Clarification |
| 65 | 19 | Change “my” to “may” | Typographical error |
| 70 | 4 | Change “wrote what” to “wrote and what” | Typographical error |
| 70 | 22 | Change “those and then” to “those could then” | Typographical error |
| 71 | 2 | Change “complicating” to “complicated” | Typographical error |
| 76 | 2 | Change “if” to “in” | Typographical error |
| 76 | 21 | Change “add” to “ad” | Typographical error |
| 80 | 9-10 | Change “but it can sometimes it’s good” to “but it’s good” | Clarification |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 81 | 5 | Change “make” to “making” | Typographical error |
| 81 | 8 | Change “use refer” to “use to refer” | Typographical error |
| 83 | 14 | Change “were or” to “were” | Typographical error |
| 84 | 5 | Change “only added API” to “when we added IAP” | Typographical error |
| 84 | 6 | Change “compromise developers” to “for developers” | Typographical error |
| 84 | 7 | Change “about in” to “about it in” | Typographical error |
| 84 | 25 | Change “functionality allows” to “functionality that allows” | Typographical error |
| 85 | 17 | Change “about” to “and” | Typographical error |
| 86 | 16 | Change “did” to “it” | Typographical error |
| 88 | 6 | Change “available” to “valuable” | Typographical error |
| 89 | 2 | Change “we were” to “there were” | Typographical error |
| 92 | 1 | Change “on majority” to “on the majority” | Typographical error |
| 92 | 14 | Change “do it” to “to it” | Typographical error |
| 101 | 1 | Change “told you” to “told us” | Typographical error |
| 101 | 4 | Change “bespoke” to “Facebook” | Typographical error |
| 101 | 11 | Change “determines” to “terms” | Typographical error |
| 105 | 2-3 | Change “for support” to “to support” | Typographical error |
| 107 | 5 | Change “assumption” to “App Store” | Typographical error |
| 109 | 19 | Change “submission” to “commission” | Typographical error |
| 111 | 21 | Change “assigned” to “signed” | Typographical error |
| 113 | 1 | Change “all” to “was” | Typographical error |
| 116 | 2 | Change “assumptions” to “subscriptions” | Typographical error |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 119 | 7 | Change “chose the” to “chosen” | Typographical error |
| 128 | 16 | Change “assumption” to “App Store” | Typographical error |
| 128 | 18 | Change “if” to “in” | Typographical error |
| 129 | 2 | Change “answer” to “enter” | Typographical error |
| 141 | 3 | Change “reprocess” to “review process” | Typographical error |
| 145 | 13 | Change “And was” to “And I was” | Typographical error |
| 145 | 25 | Change “that than that” to “than that” | Typographical error |
| 147 | 14 | Change “Did looks” to “It looks” | Typographical error |
| 151 | 19 | Change “that at that” to “that that” | Typographical error |
| 152 | 4 | Change “thereof” to “there have” | Typographical error |
| 153 | 7 | Change “consumer” to “more” | Typographical error |
| 153 | 9 | Change “developer contents” to “developer comments” | Typographical error |
| 157 | 17 | Change “allows to the” to “allows the” | Typographical error |
| 158 | 24 | Change “assist system” to “App Store system” | Typographical error |
| 159 | 10 | Change “had they to the misused” to “had they not misused” | Typographical error |
| 160 | 21 | Change “actually have” to “actually we have” | Typographical error |
| 164 | 25 | Change “differentiating” to “different age” | Typographical error |
| 174 | 24 | Change “by” to “but” | Typographical error |
| 180 | 21 | Change “on” to “in” | Typographical error |
| 183 | 5 | Change “to as well” to “to do that as well” | Clarification |
| 183 | 13 | Change “some are based” to “some based” | Typographical error |
| 184 | 4 | Change “advantage an” to “advantage of an” | Typographical error |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 185 | 14 | Change "partly" to "partway" | Typographical error |
| 190 | 15 | Change "iOSs" to "iOS" | Typographical error |
| 194 | 19 | Change "any" to "many" | Typographical error |
| 194 | 20-21 | Change "iPhone make" to "iPhone that make" | Typographical error |
| 205 | 22 | Change "memo" to "normally" | Typographical error |
| 205 | 24 | Change "for" to "to" | Typographical error |
| 209 | 4 | Change "it miss" to "to miss" | Typographical error |
| 211 | 8 | Change "apps wants" to "apps and wants" | Typographical error |
| 215 | 21-22 | Change "people switch" to "people who switch" | Typographical error |
| 223 | 24 | Change "take" to "takes" | Typographical error |
| 227 | 1 | Change "I have do not" to "I do not" | Typographical error |
| 230 | 8 | Change "violates" to "devices" | Typographical error |
| 233 | 3 | Change "Android and is iOS" to "Android and iOS" | Typographical error |
| 237 | 9 | Change "on box end" to "unboxing" | Typographical error |
| 239 | 2 | Change "lot" to "a lot" | Typographical error |
| 239 | 5 | Change "start" to "smart" | Typographical error |
| 244 | 2 | Change "the OS" to "iOS" | Typographical error |
| 248 | 25 | Change "he" to "the" | Typographical error |
| 253 | 5 | Change "no" to "not" | Typographical error |
| 260 | 20 | Change "in" to "this" | Typographical error |
| 261 | 18 | Change "his" to "the" | Typographical error |
| 278 | 4 | Change "Activation" to "Activision" | Typographical error |
| 281 | 9 | Change "that standard" to "that are standard" | Typographical error |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 286 | 5 | Change “to CD” to “to a CD” | Typographical error |
| 290 | 6 | Change “count a” to “count on a” | Typographical error |
| 291 | 10 | Change “are same” to “are the same” | Typographical error |
| 291 | 23 | Change “similars” to “similarities” | Typographical error |
| 291 | 25 | Change “Mr. Similar” to “are similar” | Typographical error |
| 292 | 5 | Change “an” to “a” | Typographical error |
| 295 | 4 | Change “to use to run” to “to run” | Clarification |
| 297 | 5 | Change “apps” to “APIs” | Typographical error |
| 297 | 8 | Change “apps” to “APIs” | Typographical error |
| 298 | 16 | Change “apps” to “APIs” | Typographical error |
| 300 | 14 | Change “with” to “when” | Typographical error |
| 302 | 25 | Change “What that” to “That” | Clarification |
| 304 | 14 | Change “odd” to “on” | Typographical error |
| 304 | 14 | Change “Mock” to “Mach” | Typographical error |
| 306 | 6 | Change “companies offer” to “companies that offer” | Typographical error |
| 310 | 14 | Remove “at” | Typographical error |
| 310 | 15 | Remove “at” | Typographical error |
| 311 | 6 | Change “information” to “in terms of the” | Typographical error |
| 311 | 25 | Change “think experience” to “think our experience” | Typographical error |
| 333 | 22 | Change “think what” to “think of what” | Typographical error |
| 333 | 24 | Change “which reference what” to “with reference to what” | Typographical error |
| 337 | 24 | Change “Small Business” to “Small Business Program” | Typographical error |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 339 | 8 | Change "program" to "Program" | Typographical error |
| 343 | 23 | Change "I received" to "I have received" | Clarification |
| 368 | 10 | Change "enduser" to "end user" | Typographical error |
| 377 | 11 | Change "is" to "are" | Typographical error |
| 381 | 23 | Change "It's broke" to "It's a broken" | Typographical error |
| 388 | 17 | Change "Jason" to "Jay" | Typographical error |
| 388 | 18 | Change "Jason" to "Jay" | Typographical error |
| 399 | 25 | Change "over" to "distribution" | Typographical error |
| 406 | 19 | Change "work" to "worked" | Typographical error |
| 407 | 9 | Change "it be" to "it would be" | Typographical error |
| 407 | 24 | Change "enduser" to "end user" | Typographical error |
| 424 | 21 | Change "implement" to "impediment" | Typographical error |
| 425 | 14 | Change "were" to "why" | Typographical error |
| 430 | 2 | Change "service of" to "service or" | Typographical error |
| 440 | 16 | Change "fee" to "free" | Typographical error |
| 441 | 6 | Change "allows you have to tools" to "allows you to have access to tools" | Clarification |
| 450 | 20 | Change "Apple" to "App" | Typographical error |
| 476 | 18 | Change "Programming" to "Program" | Typographical error |
| 480 | 24 | Change "purchasers" to "purchases" | Typographical error |
| 481 | 7 | Change "opened" to "open" | Typographical error |
| 494 | 19 | Change "now contents" to "html content" | Typographical error |
| 497 | 22 | Change "endusers" to "end users" | Typographical error |

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 502 | 19 | Change "Freeman" to "freemium" | Typographical error |
| 503 | 4 | Change "Freeman" to "freemium" | Typographical error |
| 512 | 23 | Change "task" to "pass" | Typographical error |
| 513 | 1 | Change "Dell" to Valve" | Typographical error |
| 513 | 2 | Change "Dell's Team" to "Valve's Steam" | Typographical error |
| 513 | 24 | Change "offering" to "operating" | Typographical error |
| 527 | 19 | Change "for medical" to "from Apple" | Typographical error |
| 527 | 20 | Change "so" to "third" | Typographical error |

Under penalties of perjury under the laws of the United States, I declare that I have read my deposition transcript, and it is true and correct subject to any changes in form or substance entered here.

Mar 16, 2021

Date

Philip Schiller