# EXHIBIT 31

***PUBLIC - REDACTED VERSION***