UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al.<br><br>   *Plaintiffs*,<br> v.<br><br>APPLE INC.,<br>   *Defendant,* | Civil Action No. 4:19-cv-03074-YGR |

**EXPERT REPORT AND DECLARATION OF LORIN M. HITT, PH.D.**

August 10, 2021

***PUBLIC REDACTED VERSION***

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER