UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al.<br><br>*Plaintiffs*,<br>v.<br>APPLE INC.,<br>*Defendant,* | Civil Action No. 4:19-cv-03074-YGR |

EXPERT REPORT AND DECLARATION OF JAMES E. MALACKOWSKI

August 10, 2021

*PUBLIC REDACTED VERSION*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER