UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |

**EXPERT REPORT AND DECLARATION OF JEFFREY T. PRINCE, PH.D.**

August 10, 2021

*PUBLIC REDACTED VERSION*

Highly Confidential - Attorney's Eyes Only – Subject to Protective Order