HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE PROTECTIVE ORDER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-CV-06714-YGR |
| DONALD R. CAMERON, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>APPLE INC.,<br><br>*Defendant.* | Civil Action No. 4:19-CV-03074-YGR |

**EXPERT REPORT AND DECLARATION OF AVIEL D. RUBIN, PH.D.**

## *PUBLIC REDACTED VERSION*

Case No. 4:11-CV-06714　　　　　　　　　　　　　　Expert Report and Declaration of
Case No. 4:19-CV-03074　　　　　　　　　　　　　　　　　　　　　Aviel D. Rubin, Ph.D.