# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al.,<br>*Plaintiffs*,<br>v.<br>APPLE INC.,<br>*Defendant*, | Civil Action No. 4:19-cv-03074-YGR |

# EXPERT REPORT AND DECLARATION OF
# RICHARD SCHMALENSEE, PH.D

August 10, 2021

# *PUBLIC REDACTED VERSION*