*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*
*SUBJECT TO PROTECTIVE ORDER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| | Civil Action No. 4:11-CV-06714-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al., | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 4:19-CV-03074-YGR |
| APPLE INC., | |
| *Defendant.* | |

**EXPERT REPORT AND DECLARATION OF ITAMAR SIMONSON, PH.D.**

August 10, 2021

*PUBLIC REDACTED VERSION*