UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, et al.,<br><br>　　　　　　　*Plaintiffs*,<br>　v.<br>APPLE INC.,<br>　　　　　　　*Defendant*, | Civil Action No. 4:19-cv-03074-YGR |

# EXPERT REPORT AND DECLARATION OF ROBERT D. WILLIG

August 10, 2021

## *PUBLIC REDACTED VERSION*

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER