| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; pro hac vice)<br>  vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondun.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-CV-06714-YGR |
| DONALD R. CAMERON, et al.,<br>    *Plaintiffs*,<br>vs.<br>APPLE INC.,<br>    *Defendant*. | Civil Action No. 4:19-CV-03074-YGR |

**NOTICE OF EXHIBITS TO THE
EXPERT REPORT AND DECLARATION OF AVIEL RUBIN**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Expert Report and Declaration of Aviel Rubin, Ph.D. ("Rubin Declaration") was filed as an exhibit to each of Defendant Apple Inc.'s Oppositions to Plaintiffs' Motions for Class Certification (No. 4:11-cv-06714, Dkt. 473-4/476-7; No. 4:19-CV-03074, Dkt. 373-4/376-7).  The exhibits to the Rubin Declaration, containing his Curriculum Vitae and List of Materials Relied Upon, were inadvertently omitted from the version that was filed.  Those documents are attached hereto.  All other aspects of the Rubin Declaration remain unchanged.

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Mark A. Perry*

Mark A. Perry

*Attorneys for Defendant Apple Inc*