| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; pro hac vice)<br>  vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>  Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Attorneys for Defendant APPLE INC.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR<br><br>**NOTICE OF ERRATA REGARDING ECF 490 AND 491**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 20, 2021, Defendant Apple Inc. ("Defendant") filed its Opposition re Plaintiffs' Administrative Motion to Strike Apple Inc.'s Motion to Compel Plaintiffs to Submit Trial Plan re [471] Motion to Compel Plaintiffs to Submit Trial Plan at ECF Dkt. 490. ("Opposition")  Defendant believed that the proposed order was inadvertently omitted and thus filed the proposed order at ECF Dkt. 491, relating back to the Opposition.  Defendant later discovered that the Proposed Order was inadvertently filed in place of the Opposition at Dkt. 490.

Defendant promptly refiled at ECF Dkt. 493 its Opposition re Plaintiffs' Administrative Motion to Strike Apple Inc.'s Motion to Compel Plaintiffs to Submit Trial Plan re [471] Motion to Compel Plaintiffs to Submit Trial Plan.

The first Opposition filings at Dkts. 490 and 491 are incomplete, surplus, and should be disregarded.

DATED: August 21, 2021                          GIBSON, DUNN & CRUTCHER LLP


By: /s/ Mark A. Perry

Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Mark A. Perry
Veronica S. Moyé
Cynthia E. Richman
Jay P. Srinivasan
Ethan D. Dettmer
Rachel S. Brass
Caeli A Higney

Attorneys for Defendant Apple Inc.