BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKING (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN**<br><br>DATE:       Nov. 16, 2021<br>TIME:        10:00 a.m.<br>CTROOM: 1, 4th Floor<br>JUDGE:     Hon. Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, attorneys for Consumer Plaintiffs and Interim Class Counsel appointed by the Court in the above-captioned action. This declaration is based upon my personal knowledge and, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rule 7-11 in connection with Consumer Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude Testimony of Professor Daniel L. McFadden. Apple filed its motion in the above-referenced action on August 11, 2021 (ECF No. 474).

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Daniel L. McFadden, taken on August 3, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the trial transcript of *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640, on May 21, 2021.

5. Attached hereto as **Exhibit C** is the Declaration of Minjae Song in Support of Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to exclude Testimony of Professor Daniel L. McFadden, dated August 25, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of August 2021, at San Diego, California

              */s/ Rachele R. Byrd*
              RACHELE R. BYRD

27597