# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4
 5   IN RE APPLE IPHONE
     ANTITUST LITIGATION,          Case No. 11-cv-06714
 6   _____            YGR (TSH)
 7   DONALD R. CAMERON, et al.,
 8       Plaintiffs,
 9           vs.                   Case No. 19-cv-03074
                                             YGR (TSH)
10   Apple Inc.,
11       Defendant.
     _____
12
13
14      ZOOM DEPOSITION OF DANIEL McFADDEN, Ph.D.
15    (Reported Remotely via Video & Web Videoconference)
16        Berkeley, California (Deponent's location)
17               Tuesday, August 3, 2021
18                      Volume I
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 4737818
25   PAGES 1 - 249
```

Page 1

| | | |
|---|---|---|
| 1 | Q.   Are you aware that the Sony PlayStation | 11:09:56 |
| 2 | is a game console? | |
| 3 | A.   Please, sir, repeat the question.  I just | |
| 4 | didn't get all the words. | |
| 5 | Q.   Sure. | 11:10:08 |
| 6 | Are -- are you aware that the Sony | |
| 7 | PlayStation is a game console? | |
| 8 | A.   Yes. | |
| 9 | Q.   Is the PlayStation online store a | |
| 10 | retailer that sells apps and in-app content? | 11:10:17 |
| 11 | A.   Well, I would say that -- that it is. | |
| 12 | It's a -- it's a retailer with a somewhat different | |
| 13 | business model.  I think then the -- in the | |
| 14 | Apple Store in this case; namely, that the business | |
| 15 | model is to essentially market -- market devices in | 11:10:46 |
| 16 | combination with the games that are going to be | |
| 17 | played on them and -- and the business model there, | |
| 18 | as I understand it, is to provide these devices at | |
| 19 | or -- at or at very little cost, with the -- with | |
| 20 | the revenue to be gained from the -- from the apps | 11:11:11 |
| 21 | that are -- that are actively promoted by the | |
| 22 | device maker. | |
| 23 | Q.   Are app developers in the PlayStation | |
| 24 | online store suppliers that manufacture apps in an | |
| 25 | in-app content and supply them through Sony? | 11:11:30 |

| | | |
|---|---|---|
| 1 | A. Yes, I would -- I -- I would say they | 11:11:38 |
| 2 | are. I would say that the -- as far as I | |
| 3 | understand that relationship, that is very close to | |
| 4 | a -- a classical situation in which the -- the -- | |
| 5 | the PlayStation business is -- is just buying -- | 11:11:55 |
| 6 | basically, buying product from suppliers. | |
| 7 | The -- the -- the mechanics of the | |
| 8 | transaction may involve things that look like app | |
| 9 | downloads, but it's effectively a traditional firm | |
| 10 | and supplier relationship. | 11:12:23 |
| 11 | Q. In your opinion, are app -- app downloads | |
| 12 | and in-app purchases, via the Sony PlayStation, | |
| 13 | part of a single aftermarket for Sony PlayStation | |
| 14 | owners? | |
| 15 | A. I would say that I have not expressed an | 11:12:50 |
| 16 | opinion in my report on this. But if you ask me, I | |
| 17 | would say that I don't even view that as -- as an | |
| 18 | aftermarket. | |
| 19 | I -- I think it -- it -- as I sit here | |
| 20 | now, my -- my opinion would be that producing a -- | 11:13:07 |
| 21 | a gaming device like a PlayStation and marketing a | |
| 22 | series of games that can be played on it is -- is | |
| 23 | itself -- is itself the market. | |
| 24 | Q. Is it your opinion that consumers who buy | |
| 25 | Sony PlayStations are not locked into that | 11:13:35 |

Page 77

```
 1   platform?                                                11:13:38

 2          MR. BURT:  Objection.  Form.

 3          THE DEPONENT:  No, I -- I have not --

 4   certainly have not expressed an opinion on that

 5   matter in my report.  And the -- the answer is, I        11:13:53

 6   don't know the extent to which buyers -- buyers of

 7   that device would feel locked in.

 8          I don't know anything about the details

 9   of that market and whether -- what games are

10   available exclusively on one device or another.          11:14:12

11      Q.   (By Mr. Swanson)  What -- what would you

12   need to know in order to make a determination as to

13   whether, in any economic sense, purchasers of

14   Sony PlayStations become locked into the

15   PlayStation platform?                                    11:14:32

16      A.   You got to begin by trying -- trying to

17   determine whether Sony was extracting prices for

18   games that was supracompetitive, that -- whether --

19   whether the pricing of the entire device and

20   subsequent app acquisition experience for -- for         11:15:06

21   these gaming -- gaming devices itself showed

22   evidence of being a -- a market -- a market in

23   which -- was being monopolized or in which market

24   power was being utilized to extract profit.

25      Q.   If you learned that Sony charged                 11:15:33
```

Page 78

| | | |
|---|---|---|
| 1 | developers a 30 percent commission for their game | 11:15:36 |
| 2 | downloads or in-app purchases, would that lead you | |
| 3 | to conclude that Sony was extracting prices for | |
| 4 | games that were supracompetitive? | |
| 5 |       MR. BURT:  Objection. | 11:15:52 |
| 6 |       THE DEPONENT:  Not -- not on its own, no. | |
| 7 | I mean, I think one would simply look at the -- at | |
| 8 | the -- at the overall ability of consumers to | |
| 9 | choose their gaming device and look at whether that | |
| 10 | market is sufficiently competitive so that the | 11:16:13 |
| 11 | overall profit -- profitability of the -- the Sony | |
| 12 | device was a competitive price. | |
| 13 |     Q.  (By Mr. Swanson)  Would -- would you look | |
| 14 | at the profitability of the online PlayStation | |
| 15 | store as well as the profitability of the | 11:16:32 |
| 16 | PlayStation device together? | |
| 17 |       MR. BURT:  Objection. | |
| 18 |       THE DEPONENT:  These questions are | |
| 19 | leading me rather far from my experience.  I -- I'm | |
| 20 | not even aware that there is a PlayStation online | 11:16:54 |
| 21 | function separate from a device.  So I -- I -- it's | |
| 22 | difficult for me to answer because for me this is | |
| 23 | purely -- purely hypothetical. | |
| 24 |     Q.  (By Mr. Swanson)  Well, you've testified, | |
| 25 | or at least stated in your report, that software | 11:17:18 |

| | | |
|---|---|---|
| 1 | applications developed for gaming consoles are not | 11:17:20 |
| 2 | part of the relevant market, correct? | |
| 3 |     A.  Well, I -- I did -- have not used them | |
| 4 | as a -- as a benchmark.  And my view is that the | |
| 5 | relevant market is the market for iOS apps for | 11:17:35 |
| 6 | mobile devices. | |
| 7 |     Q.  Well, do you have an understanding as to | |
| 8 | how consumers obtain apps when they own gaming | |
| 9 | consoles? | |
| 10 |     A.  Actually, I don't know how -- I don't | 11:18:01 |
| 11 | know how that works. | |
| 12 |     Q.  Would you agree that some portion of | |
| 13 | iOS device owners also own PlayStations or other | |
| 14 | game consoles? | |
| 15 |     A.  I would -- I would imagine that's the | 11:18:15 |
| 16 | case. | |
| 17 |     Q.  Do you know what percentage of iOS | |
| 18 | device owners also own game consoles? | |
| 19 |     A.  I don't. | |
| 20 |     Q.  Are you assuming it is a small | 11:18:29 |
| 21 | percentage? | |
| 22 |     A.  Yes, although I -- I don't think I'm | |
| 23 | actually making an assumption.  The -- the fact | |
| 24 | that individuals may have multiple devices does not | |
| 25 | automatically mean that -- that the products | 11:18:50 |

| | | |
|---|---|---|
| 1 | My question is: How do you determine | 02:05:25 |
| 2 | whether a benchmark market has similar | |
| 3 | characteristics? | |
| 4 | A. Well, I think it's largely common sense. | |
| 5 | Are they dealing with economic agents that have | 02:05:36 |
| 6 | rough -- roughly similar interests? Firms that | |
| 7 | have roughly similar technologies and -- and | |
| 8 | business models? You know, are the products, by | |
| 9 | a -- by a commonsense measure, somewhat similar? I | |
| 10 | don't think there's a -- there's a scientific | 02:06:06 |
| 11 | bright line which says that one benchmark is ideal, | |
| 12 | and -- and another one is unacceptable. It's -- | |
| 13 | it's a commonsense judgment. | |
| 14 | Q. You have rejected the -- the domestic | |
| 15 | Android App Store business as a benchmark; is that | 02:06:28 |
| 16 | correct? | |
| 17 | A. I have -- the answer is: Yes. I know it | |
| 18 | as the Google Store. But, yes, I have rejected the | |
| 19 | Google Store as a -- as a benchmark. | |
| 20 | Q. What about the Samsung Store? | 02:06:46 |
| 21 | A. I -- I don't -- I don't recall looking at | |
| 22 | the Samsung Store. I -- I did not, myself, look | |
| 23 | individually at benchmarks. I simply asked the | |
| 24 | team to look for market situations in | |
| 25 | which rough -- roughly comparable business models | 02:07:12 |

Page 135

| | | |
|---|---|---|
| 1 | for developers -- roughly comparable for decisions | 02:07:15 |
| 2 | for consumers and some degree of competition | |
| 3 | among -- among the platforms for getting the apps | |
| 4 | delivered, and I told them to exclude situations in | |
| 5 | which there was a clear claim of noncompetitive | 02:07:34 |
| 6 | conduct, which is, I understand, to be the case for | |
| 7 | the Google Store.  And also I asked them to exclude | |
| 8 | game -- game devices because I -- I believe that's | |
| 9 | a different business model. | |
| 10 |      Q.   So you excluded stores on game consoles. | 02:07:59 |
| 11 | You excluded Google.  You haven't considered | |
| 12 | Samsung. | |
| 13 |           What -- what -- did you define your | |
| 14 | benchmark by exclusion, or were there other options | |
| 15 | that your team examined beyond PC games? | 02:08:20 |
| 16 |           MR. BURT:  Objection.  Form. | |
| 17 |           THE DEPONENT:  My instructions to the -- | |
| 18 | to the team that -- that did this for me was: | |
| 19 | Simply look for things that are -- as -- as | |
| 20 | comparable as you can find where -- where the | 02:08:37 |
| 21 | delivery platform is competitive and -- and exclude | |
| 22 | situations where there is already an allegation of | |
| 23 | monop- -- monopoly or there's clearly a different | |
| 24 | business model.  Those -- those are the only | |
| 25 | instructions that I gave them. | 02:08:59 |

Page 136

```
 1         I, Rebecca L. Romano, a Registered
 2   Professional Reporter, Certified Shorthand
 3   Reporter, Certified Court Reporter, do hereby
 4   certify:
 5         That the foregoing proceedings were taken
 6   before me remotely at the time and place herein set
 7   forth; that any deponents in the foregoing
 8   proceedings, prior to testifying, were administered
 9   an oath; that a record of the proceedings was made
10   by me using machine shorthand which was thereafter
11   transcribed under my direction; that the foregoing
12   transcript is true record of the testimony given.
13         Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [X] was not requested.
17         I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  August 4, 2021
23
24                          _____
                            Rebecca L. Romano, RPR, CCR
25                          CSR. No 12546
```

Page 247