# EXHIBIT B

```
                                              VOLUME 15

                                              Pages 3827 - 4052

                                    Under Seal Pages 3998 - 4014

            UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA
```

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,              )
                               )
       Plaintiff,              )   NO. C-20-5640 YGR
                               )
   vs.                         )   Friday, May 21, 2021
                               )
APPLE, INC.,                   )   Oakland, California
                               )
       Defendant.              )   BENCH TRIAL
_____)
APPLE, INC.,                   )
                               )
       Counterclaimant,        )
   vs.                         )
                               )
EPIC GAMES, Inc.,              )
                               )
       Counter-Defendant.      )
_____)

         REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                       825 Eighth Avenue
                       New York, New York 10019
                  BY:  KATHERINE B. FORREST, ESQUIRE
                       GARY A. BORNSTEIN, ESQUIRE
                       YONATAN EVEN, ESQUIRE
                     (Appearances continued.)

Reported By:       Diane E. Skillman, CSR 4909, RPR, FCRR
                   Pamela Batalo-Hebel, CSR 3593, RMR, FCRR
                   Raynee Mercado, CSR 8258 RMR, CRR, FCRR

     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

| | |
|---|---|
| 1 | video saying, "We compete against Google on the operating |
| 2 | system side"? |
| 3 | **A.** It sure looked like me. |
| 4 | **Q.** Great. Sounded like you, too, sir. |
| 5 | You gave some testimony this morning about profitability, |
| 6 | quite a bit of it; correct? |
| 7 | **A.** Yes. |
| 8 | **Q.** Okay. And you've testified that Apple does not maintain a |
| 9 | separate P&L for the App Store; correct? |
| 10 | **A.** Correct. |
| 11 | **Q.** And you've testified that Apple doesn't go through the |
| 12 | cost allocation process to know what the profitability of the |
| 13 | App Store is; correct? |
| 14 | **A.** Correct. |
| 15 | **Q.** Can we at least agree that you know the revenues for the |
| 16 | App Store? |
| 17 | **A.** Yes. |
| 18 | **Q.** Okay. You track that information? |
| 19 | **A.** Yes. |
| 20 | **Q.** And you personally receive reports on revenue, correct, of |
| 21 | the App Store? |
| 22 | **A.** Yes. |
| 23 | **Q.** All right. |
| 24 | Now, you were invited, sir, to a Senate hearing last month |
| 25 | that was chaired by Senator Klobuchar; correct? |

1  **A.**  Yes.

2  **Q.**  All right.

3       And you trust that your consumers know the difference

4  between an app that comes from the App Store and an app or

5  content that comes from their browser, correct?

6  **A.**  I do.

7  **Q.**  Right.  And you don't know, however, whether people can

8  tell the difference between your App Store and a third-party

9  app store with other branding, right?  That's your testimony,

10 you don't know if people could tell?

11 **A.**  They've never had to do it before.

12 **Q.**  Right.  So you just can't --

13 **A.**  They bought into something that's an ecosystem system that

14 just works.

15 **Q.**  All right.  So you just can't be sure if people would be

16 able to make that distinction; is that your position?

17 **A.**  I'm saying I don't know.

18 **Q.**  All right.  And you don't know whether Apple's vast

19 marketing machine can educate consumers about the difference

20 between its App Store and other stores that might be

21 available; is that right?

22 **A.**  Seems like a complexity they shouldn't have to worry with.

23 **Q.**  If there were another app store or app stores available,

24 Apple would have to actually compete and persuade users that

25 it had the best offering, right?

1  **A.** We'd have to differentiate in some way. I don't know what
2  we would do.
3  **Q.** Correct. You'd have to differentiate in some way.
4      You testified earlier today to Ms. Moyé that no one else
5  would be as motivated as Apple to provide a safe and secure
6  store; is that right?
7  **A.** Yes. I believe that.
8  **Q.** And you believe that no third party could do as good a job
9  as Apple in providing a safe and secure store; is that right?
10 **A.** That's correct.
11 **Q.** But you have no idea if that's true on the iPhone because
12 no one else has ever had the opportunity to do that, right?
13 **A.** It's an experiment I wouldn't want to run.
14 **Q.** Right. And -- and therefore, sir, you have no idea
15 whether a third party could do a better job than Apple because
16 you've never given anybody the opportunity; isn't that right?
17 **A.** I'm giving you my business judgment.
18 **Q.** Right. That's your judgment. And the market could come
19 to a different judgment. Isn't that right? If there were a
20 market that you permitted to exist.
21 **A.** The customers that have reached out to me on this topic
22 are all uniformly they want it to stay like it is because they
23 like the safety, security, and privacy.
24 **Q.** And developers are in the same boat, all the developers
25 who've reached out to you like things the way it is too?

**CERTIFICATE OF REPORTERS**

We, Diane E. Skillman, Pamela Batalo-Hebel, and Raynee Mercado certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

_____/S/DIANE E. SKILLMAN_____
Diane E. Skillman, CSR, RPR, FCRR

_____/S/ PAMELA BATALO-HEBEL_____
Pamela Batalo-Hebel, CSR, RMR, FCRR

_____/s/ Raynee Mercado_____
Raynee Mercado, CSR, RMR, FCRR

Friday, May 21, 2021