# EXHIBIT C

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED