UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**[Dkt. Nos. 476, 478, 480]** |

This matter comes before the Court on Apple Inc.'s ("Apple") Administrative Motion to File Under Seal Apple's Opposition to Named Consumer Plaintiff's Motion for Class Certification and Supporting Documents ("Motion to Seal"), Dkt. Nos. 476, 480. Upon consideration of the Motion to Seal and papers submitted in support and in response thereto, and good cause appearing, the Motion to Seal is granted as to non-party Playtika Ltd.'s materials.

IT IS THEREFORE ORDERED THAT Playtika Ltd.'s documents, PLAYTIKA_000004 and PLAYTIKA_000007, which are attached to the Expert Report and Declaration of Lorin M. Hitt, Ph.D, ("Hitt Report"), Dkt. No. 478-1, and the Expert Report and Declaration of Jeffrey T. Prince, Ph.D, ("Prince Report"), Dkt. No. 478-3, shall be filed under seal.

IT IS FURTHER ORDERED THAT the below portions of the Hitt Report and Prince Report shall be filed under seal (redacted from public view) as indicated in the concurrently filed excerpt submitted with Playtika Ltd.'s Declaration in support of the Motion to Seal.

| Document | Redacted Material |
|---|---|
| Expert Report and Declaration of Lorin M. Hitt, Ph.D, ("Hitt Report"), Dkt. No. 478-1 | • Paragraph 308 (highlighted portions)<br>• Footnote 512 (highlighted portions) |
| Expert Report and Declaration of Jeffrey T. Prince, Ph.D, ("Prince Report"), Dkt. No. 478-3 | • Paragraph 101 (highlighted portions)<br>• Exhibit 10 (highlighted portions of table and text)[1] |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

---

[1] Exhibit 10 is on paragraph 101 of the Prince Report (on page 45).