

## IN RE APPLE IPHONE ANTITRUST LITIGATION
## &
## DONALD R. CAMERON, ET AL. V. APPLE INC.
CIVIL ACTION NOS. 4:11-CV-06714-YGR & 4:19-CV-03074-YGR

### ERRATA TO THE AUGUST 10, 2021 EXPERT REPORT AND DECLARATION OF JAMES E. MALACKOWSKI

- P. 7 — Change "…more than 1,184 U.S. patents…" to "…more than 1,171 U.S. patents…"
- P. 51, FN184 — Change "p. 139:14-17" to "p. 79:17-20, 139:14-17, 209:17-20"
- P. 56, FN199 — Change "Schedule 3.1." to "Innography Patent Database, accessed on 2/13/2021; search based on Organization: Apple Inc.; Status: Active; Jurisdiction: United States Grants, United States Applications. @(abstract, claims, title) @body "App Store"."
- P. 56, FN200 — Change "Schedule 4.1." to "Schedule 4.2."
- P. 57, FN201 — Change "Schedule 4.2." to "Schedule 4.3."
- P. 57, FN202 — Change "Schedule 4.3." to "Schedule 4.4."
- P. 77 — Change "I've identified a total of 1,184 active…" to "I've identified a total of 1,171 active…"
- P. 77 — Cite to "Schedule 3.2." for the sentence ending with "patent applications owned by Apple."
- P. 80, FN303 — Change "¶18" to "¶¶16-18"
- P. 89 — Cite to "Nicholas Economides, Deposition, August 4, 2021, p. 110:4-12." for the sentence ending in "the stores will not be able to work,"
- P. 95, FN373 — Change "p. 4-12." to "p. 110:4-12."
- P. 100, FN394 — Change "Trial Transcript, Testimony of Timothy Cook, May 21, 2021, Trial at 3,858:18." to "Philip Schiller, Deposition, February 11, 2021, pp. 103:25-104:4."
- P. 112, FN420 — Change "pp. 1, 5" to "*To Our Clients and Other Friends*"
- P. 112, FN424 — Change "p. 2" to "pp. 2, 3"
- P. 134, FN507 — Change "p. 173:19" to "pp. 175:4-12, 176:9-12"

### ERRATA TO THE APPENDICIES TO THE AUGUST 10, 2021 EXPERT REPORT AND DECLARATION OF JAMES E. MALACKOWSKI

- (App. C) Schedule 2.1 — Change "Core ML Trademark Count" from "0" to "1"
- (App. C) Schedule 3.2 — Change "U.S. Patents" from "771" to "761"
- (App. C) Schedule 3.2 — Change "U.S. Applications" from "413" to "410"
- (App. C) Schedule 3.2 — Change "Total" from "1,184" to "1,171"
- Appendix D, P. 5, FN 41 — Change "Epic Games, Inc.'s Responses and Objections to Apple Inc.'s First Set of Interrogatories, December 11, 2020, p. 17." to "'Swift Playgrounds,' Apple, https://www.apple.com/swift/playgrounds/."
- Appendix D, P. 9, FN 77 — Change "Epic Games, Inc.'s Responses and Objections to Apple Inc.'s First Set of Interrogatories, December 11, 2020, p. 15." to "'What's Included in Xcode,' Apple, https://developer.apple.com/xcode/whats-new/."

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**