# Errata to Expert Report and Declaration of Lorin Hitt, Ph.D.
*In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR

**Hitt Report**

1. Footnote 21 (p. 17): Change "$16.9" to "$17.5"
2. Footnote 24 (p. 18): Change "$17.4" to "$17.5"
3. Footnote 25 (p. 18): Change "Apple Developer, "Introducing SwiftUI," available at https://developer.apple.com/tutorials/SwiftUI, accessed on February 8, 2021" to "Apple Developer, "SwiftUI," available at https://developer.apple.com/xcode/swiftui/"
4. Footnote 25 (p. 18): Change "Apple Developer, "Swift," available at https://developer.apple.com/swift/, accessed on February 8, 2021" to "Apple Developer, "Introducing SwiftUI," available at https://developer.apple.com/tutorials/SwiftUI"
5. Footnote 46 (p. 25): Change "Section VII.D" to "Appendix D, Section D"
6. Footnote 47 (p. 25): Change "Section VII.A" to "Appendix D, Section A"
7. Footnote 85 (p. 34): Change "pp. 374–375" to "310:10-21"
8. Footnote 133 (p. 54): Change "LiveTV" to "Video"
9. Footnote 141 (p. 55): Change "February 18" to "February 23"
10. Footnote 141 (p. 55): Change "EPIC_00091479 – 80" to "EPIC_00091478 – 81"
11. Footnote 141 (p. 55): Add "Samsung Electronics, "Collaboration Agreement," August 9, 2018, Section 8.2"
12. Footnote 153 (p. 57): Change "AMZN000001493" to "AMZN000001491"
13. Footnote 165 (p. 58): Change "January 13" to "January 14"
14. Footnote 171 (p. 59): Add "Apple, "Apple announces App Store Small Business Program," November 18, 2020, available at https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/"
15. Footnote 180 (p. 60): Change "Microsoft Store, "App Developer Agreement," June 28, 2021 available at https://query.prod.cms.rt.microsoft.com/cms/api/am/binary/RE4OG2b, accessed on August 8, 2021" to "Microsoft Store, "App Developer Agreement," June 28, 2021 available at https://query.prod.cms.rt.microsoft.com/cms/api/am/binary/RE4OG2b, accessed on August 8, 2021, p. 15."
16. Footnote 208 (p. 64): Change "Microsoft App Developer Agreement" to "Microsoft App Developer Agreement, pp. 14–15"
17. Footnote 221 (p. 66): Change "pp. 36:25–37:17" to "pp. 36:20–37:17"
18. Footnote 225 (p. 67): Change "Economides Report, Section II.D" to "Economides Report, p. 4, Section II.D"
19. Footnote 242 (p. 72): Add "Figure 20" and "Figure 21"
20. Footnote 243 (p. 72): Change "See also Figure 19" to "See also Figure 20"
21. Footnote 269 (p. 78): Change "5.5.2.2" to "5.5.2.3"
22. Footnote 271 (p. 78): Delete "and 5.5.2.4"
23. Footnote 288 (p. 81): Change "5.5.2.2" to "5.5.2.3"
24. Footnote 292 (p. 82): Delete "Economides Deposition, p. 124:19–24 ("Q. Okay. So -- so when you use the term "prevailing," you mean average? A. Well, in the context that you were -- were saying here, we're trying to find the average commission rate in the but-for world, and you can add the word "prevailing" too.")"

## *PUBLIC REDACTED VERSION*

25. Footnote 338 (p. 94): Change "158–159" to "158–160"
26. Footnote 343 (p. 95): Change "p. 26" to "p. 126"
27. Footnote 377 (p. 102): Change "Section VII.C." to "Appendix D, Section C"
28. Footnote 392 (p. 106): Change "Setapp, "Annual Mac Developer Survey," 2019" to "Setapp, "Annual Mac Developer Survey," 2019, p. 4"
29. Footnote 399 (p. 110): Change "¶ 35" to "¶ 36"
30. Footnote 430 (p. 129): Change "Section VII.D." to "Appendix D, Section D"
31. Footnote 486 (p. 146): Change "Section VII.A." to "Appendix D, Section A"
32. Footnote 509 (p. 151): Change "p. 8:20–242" to "p. 8:20–24"
33. Footnote 531 (p. 159): Change "p. 12:95–13" to "p. 129:5–13"
34. Footnote 554 (p. 168): Change "p. 252:15–19" to "p. 252:1–3"
35. Footnote 573 (p. 172): Change "face" to "[sp]ace"
36. Footnote 575 (p. 173): Change "Prince Report, Appendix D" to "Prince Report, Appendix F.2"
37. Footnote 578 (p. 174): Change "p. 333" to "pp. 332–333"
38. Footnote 608 (p. 183): Delete "it" from "Epic it would pay"
39. Footnote 634 (p. 187): Change "Microsoft Profit Presentation, slide 48" to "Microsoft Profit Presentation, slide 47"
40. ¶ 9 (p. 9): Change "past five years" to "past four years"
41. ¶ 94 (p. 59): Change ███████████████████
42. ¶ 105 (p. 64): Change "launched in 2006" to "launched in 2005"
43. ¶ 186 (p. 98): Change "Mac App Store (Section 5.5.2.2)" to "Mac App Store (Section 5.5.2.3)"
44. ¶ 208 (p. 106): Change ███████████████
45. ¶ 212 (p. 107): Change "…while Steam lowered its commission rate for the largest developers on November 30, 2018" to "… while, as shown in Section 5.5.2.1, Steam lowered its commission rate for the largest developers on November 30, 2018"
46. Figure 20 (p. 50): Change "September 2003–November 30, 2018" to "2005–November 30, 2018"

**Appendix D**
47. Footnote 62 (p. 35): Change "Section VII.D." to "Appendix D, Section D"
48. Footnote 74 (p. 39): Change "Comcast Corporation, SEC Form 10-K for period ended December 31, 2020, filed on February 3, 2021, p. I-27" to "ViacomCBS Inc., SEC Form 10-K for the period ended December 31, 2019, filed on February 20, 2020, p. I-27"
49. Footnote 75 (p. 39): Change "Comcast Corporation, SEC Form 10-K for period ended December 31, 2020, filed on February 3, 2021, p. II-2" to "ViacomCBS Inc., SEC Form 10-K for the period ended December 31, 2019, filed on February 20, 2020, p. II-2"
50. ¶ 11 (p. 8): Change "January 2017" to "July 2017"

**Appendix H**
51. Footnote 1 (p. 1): Change "the day this supplemental report is being filed" to "the date that I filed my supplemental report in the Epic v Apple matter"
52. Footnote 14 (p. 3): Change "Gamepedia, "Wegame," available at https://fortnite.gamepedia.com/Wegame, accessed on February 15, 2021" to "Fortnite Wiki, "Wegame," available at https://fortnite-archive.fandom.com/wiki/Wegame"

2

_____   \_\_\_September 27, 2021\_\_\_\_

**Lorin M. Hitt**                                                              Date