# Errata to Expert Report of Jeffrey T. Prince, Ph.D.
*In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR

| Location | Original | Correction | Reason |
|---|---|---|---|
| Page 11, FN 14 | He claims this follows from the fact that he has not analyzed any categories of apps other than Games, Music, and Entertainment (and hence, perhaps the uninjured consumers he found considering Games, Music and Entertainment were injured elsewhere) and also because he believes some individuals who are not included in the Plaintiffs' defined class might be injured.[14] This is wrong. | He claims this follows from the fact that he has not analyzed any categories of apps other than Games, Music, and Entertainment (and hence, perhaps the uninjured consumers he found considering Games, Music and Entertainment were injured elsewhere) and also because he believes some individuals who are not included in the Plaintiffs' defined class might be injured. This is wrong. | Typographical error |
| Page 12, FN 16 | McFadden Deposition, 201:22–**202:3** | McFadden Deposition, 201:22–**202:6** | Corrected source citation |
| Exhibit 2 | Source: Prince Appendix E, **Exhibits 3, 4, 5, 8, 9, 11**. | Source: Prince Appendix E, **Exhibits 1, 2, 3, 4, 5**. | Corrected Exhibit numbers |
| Page 20, FN 39 | McFadden Report, Appendix E, ¶¶ 41–**45**. | McFadden Report, Appendix E, ¶¶ 41–**44**. | Corrected source citation |
| Page 23, FN 44 | Hitt Report, **Exhibit** 10. | Hitt Report, **Figure** 10. | Typographical error |
| Page 27, FN 59 | Schmalansee Report, ¶ **75** | Schmalansee Report, ¶ **275** | Corrected source citation |
| Page 28, FN 63 | **234:3–9** | **233:15–234:9** | Corrected source citation |
| Page 31, FN 72 | Schmalansee Report, ¶ **184** | Schmalansee Report, ¶ **126** | Corrected source citation |
| Paragraph 71 | Exhibit **4** below shows the results. | Exhibit **7** below shows the results. | Corrected Exhibit number |
| Page 39, FN 95 | **Workpaper 14.** | **McFadden Report, Figure 28.** | Corrected source citation. Number comes from a Figure in the McFadden Report, not my own analysis. |
| Page 40, FN 100 | I discuss other aspects of this issue— that his small sample **cane** lead him to make incorrect inferences about an app—in §7. | I discuss other aspects of this issue— that his small sample **can** lead him to make incorrect inferences about an app—in §7. | Typographical error |
| Page 48, FN 124 | McFadden Report, ¶¶ **221**. | McFadden Report, ¶ **221**. | Typographical error |
| Paragraph 108 | This reduces the number of apps under consideration from over ▮ million to just under **1.3** million. | This reduces the number of apps under consideration from over ▮ million to just under **1.2** million. | Correction |
| Page 49, FN 127 | **Workpapers 1, 2.** | **Workpaper 21.** | Corrected source citation |
| Page 50, FN 134 | McFadden Deposition, **190**:3–12 | McFadden Deposition, **191**:3–12 | Corrected source citation |
| Paragraph 119 | Of the four Consumer Plaintiffs, Professor McFadden fails to offer any harm determination for **two**, as **they** did not purchase any apps for which Professor McFadden predicted a but-for world price. | Of the four Consumer Plaintiffs, Professor McFadden fails to offer any harm determination for **one**, as **this consumer** did not purchase any apps for which Professor McFadden predicted a but-for world price. | Correction. Subsequent to filing, staff under my direction found that Edward Lawrence had purchased an app for which Professor McFadden predicts a but-for world price. |
| Page 53, FN 146 | Workpaper 28. **Lawrence purchased an app—The Civil War Today—for which Professor McFadden predicted a but-for world price. However, Lawrence purchased the app in 2012, and Professor McFadden only predicts a but-for price for the app in 2014 and 2016. All of Professor McFadden's predictions are year-specific. Workpaper 29.** | Workpaper 28. | Same explanation as above |
| Page 54, FN 148 | Furthermore, Professor McFadden uses different **varaibles** as instruments when he estimates demand for Games and Music and Entertainment, though he does not explain why. | Furthermore, Professor McFadden uses different **variables** as instruments when he estimates demand for Games and Music and Entertainment, though he does not explain why. | Typographical error |
| Page 86, Appendix FN 27 | Instead of looking for the observed relationship between the dependent (quantity demanded) and independent (price) variables, instrumental variables looks for a relationship between the dependent variable and instrumental variables—variables that are closely related to the independent variables, but which the econometrician argues are subject to the reverse causation concern. | Instead of looking for the observed relationship between the dependent (quantity demanded) and independent (price) variables, instrumental variables looks for a relationship between the dependent variable and instrumental variables—variables that are closely related to the independent variables, but which the econometrician argues are **not** subject to the reverse causation concern. | Typographical error |
| Page 88, Appendix FN 42 | McFadden Report, ¶¶ **136**. | McFadden Report, ¶ **136**. | Typographical error |

**PUBLIC REDACTED VERSION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2021.

_____                     ___September 27, 2021___
Jeffrey T. Prince                                  Date