UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEFENDANT APPLE INC.'S NOTICE OF ERRATA TO THE EXPERT REPORTS AND DECLARATIONS OF LORIN HITT (ECF 478-1) AND JEFFREY PRINCE (ECF 478-3)** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEFENDANT APPLE INC.'S NOTICE OF ERRATA

1   Pursuant to Civil Local Rule 79-5, Defendant Apple Inc. has filed an Defendant Apple Inc.'s Administrative Motion to Partially Seal Defendant Apple Inc.'s Notice of Errata to the Expert Reports and Declarations of Lorin Hitt (ECF 478-1) and Jeffrey Prince (ECF 478-3) (the "Administrative Motion").  In support, Defendant Apple Inc. ("Apple") filed the supporting declaration of Rachel S. Brass.

Having considered the Administrative Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that Defendant's Administrative Motion is **GRANTED.** Accordingly,

(1) The unredacted version of the document sought to be sealed by the Administrative Motion shall remain under seal;

(2) The public shall only have access to the version of the documents sought to be sealed by the Administrative Motion in which portions of the following documents have been redacted:

| Document | Reason for Redaction | Grant or Deny |
|---|---|---|
| Errata to Expert Report of Lorin Hitt, Ph.D. | The Errata contains competitively sensitive non-public financial information regarding Mac App Store revenues.  Brass Decl. ¶¶ 6, 8. | |
| Errata to Expert Report of Jeffrey T. Prince, Ph.D. | The Errata contains competitively sensitive information related to the total number of apps in the App Store over time.  Brass Decl. ¶¶ 7–8. | |

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER RE: DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO PARTIALLY SEAL DEFENDANT APPLE INC.'S NOTICE OF ERRATA