# Errata to Expert Report of Lorin Hitt, Ph.D.
*In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR

**Hitt Report**
1. Paragraph 365 (p. 177): Change "or LinkedIn." to "or certain LinkedIn subscriptions."
2. FN 591 (p. 177): Add "See my workpapers."

_____            October 14, 2021

Lorin M. Hitt                                                                                         Date