# Appendix A

*PUBLIC*
*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

| S. No. | Location | Original | Correction | Reason |
|---|---|---|---|---|
| 1. | 12:5-6 | "I don't think so. That -- that -- the name is not familiar to me in any case." | "Yes." | Misstatement; I misremembered. |
| 2. | 34:9 | "they are **priced** so that -- in that case, it's" | "they are **price-takers** so that -- in that case, it's" | Typo |
| 3. | 38:21 | "in-app purchases are part of a **signal** aftermarket" | "in-app purchases are part of a **single** aftermarket" | Typo |
| 4. | 41:8 | "**form** by consumers who have already acquired a" | "**formed** by consumers who have already acquired a" | Typo |
| 5. | 60:11 | "fact that there are **indistinguishable** products;" | "fact that there are **distinguishable** products;" | Typo |
| 6. | 61:11-12 | "think the Apple Store is clearly neither -- **neither of those**." | "think the Apple Store is clearly **neither of those extreme cases.**" | Clarification |
| 7. | 69:18-21 | "should not get too focused on the definition of the **market**, and should concentrate more on the -- on the conduct and the arena in which it's economically appropriate to assess that conduct. | "should not get too focused on the definition of the **market abstracted from the competitive constraints on the firm's conduct**, and should concentrate more on the -- on the conduct and the arena in which it's economically appropriate to assess that conduct. | Clarification |
| 8. | 70:23 | "portfolio products" | "portfolio **of** products" | Typo |
| 9. | 82:2 | "regard **John Terrell** as an authority" | "regard **Jean Tirole** as an authority" | Typo |
| 10. | 95:5-6 | "points in platforms because ubiquity **in** the externalities" | "points in platforms because ubiquity **and** the externalities" | Typo |
| 11. | 111:3-4 | "economic environment in which the alleged **defending** acts" | "economic environment in which the alleged **offending** acts" | Typo |
| 12. | 115:19-20 | "My understanding is that both **Pandora** and Spotify" | "My understanding is that both **Netflix** and Spotify" | Clarification; I misremembered |
| 13. | 129:25-130:2 and 130:5-16 | "No, not necessarily. They -- they do -- they have the same estimated demand parameters, but not -- those don't apply the same elasticity." | "Given the way developers' profit-maximization conditions are used in the model, it has the property that two developers in the same genre with the same business model and selling at | Clarification. The question is mathematical. I said I needed to "do the algebra to check." I |

| S. No. | Location | Original | Correction | Reason |
|---|---|---|---|---|
| | | "Even if they -- if they -- if they have the same price, they -- the implication is that they will have comparable marginal costs, and the demand elasticity would -- at close -- that is implied by that -- I -- I have to think about that and go back and -- and do the algebra to -- to check." | the same price will have the same implied elasticity." | modified my answer after doing the algebra. |
| 14. | 130:21-23 | "the form competition would **compare to pressures would** lead Apple to lower its commission." | "the form competition would **take to** lead Apple to lower its commission." | Clarification |
| 15. | 135:4 | "Well, I think it's largely common **sense**." | "Well, I think it's largely common **sense assessment of observed economic characteristics**." | Clarification |
| 16. | 155:20-24 | "The ▌ commission rate, as stated in the report, is based on credit -- credit card comparables, which are somewhat, but not, perhaps, as closely comparable as the PC game store -- app stores." | "The ▌ benchmark commission rate is the rate at which the Apple Store's accounting net margin would be zero. Credit card commission rates are considerably lower, but credit card companies are not as closely comparable to the Apple App store as PC game stores." | Clarification; Misstatement. My original response was not consistent with how I calculated the ▌ benchmark rate in my Opening Report, so I corrected it. |
| 17. | 162:7-12 | "But I think the -- the answer is -- in Equation 8 the answer is 'no,' because the -- the -- the different apps with different X's will have the -- the same parameter alpha in different levels of Q, and I think that will produce different demand elasticities." | "But I think the -- the answer is -- in Equation 8 the answer is 'yes', but two app purchases in the same genre with the same price will have different price elasticities if model estimates give them different price sensitivity coefficients." | Clarification; Misstatement. This is the same question I answered at pages 129 and 130 referenced above about the price elasticity formula, and I consistently gave an incorrect answer before doing the algebra. |
| 18. | 164:19 | "the pass-through is the first order **returned** by" | "the pass-through is the first order **determined** by" | Typo |

| S. No. | Location | Original | Correction | Reason |
|---|---|---|---|---|
| 19. | 169:17-23 | "No, it changes them by the same percentage amount; so that if the...consumer prices for – for apps in that genre go down by 8 percent, then that 8 percent reduction is applied to each individual transaction. So 8 percent of 1.99, 8 percent of 2.99, 8 percent of 3.99." | "The model is mute on how marginal cost per IAP and price varies over individual IAP products, as this variation does not enter the Report's damage calculations. My model could be consistent with an interpretation where IAP prices for an app change by the same dollar amount across all IAP items but I have not made that interpretation in the Report." | Clarification, Misstatement. This is another mathematical question that I corrected after reflection. Prince was correct in fn. 81 of his report that my answer was inconsistent with how my model works, so I am clarifying. |
| 20. | 170:3-7 | "I don't -- in a sense that we -- we do aggregate over apps within a -- within a parent, but I -- I think that, functionally, the -- the -- the calculation is -- produces the same number. That's what I just described." | "We do aggregate over IAP apps within a parent, but I think that functionally the calculation produces the same number. That's what I just described." | Clarification |
| 21. | 170:10-14 | "No, it -- it -- it -- it treats every app transaction as a -- an individual transaction as and -- and -- and does a -- a -- a calculation of how that transaction would change in the but-for world." | "No, it treats every app transaction as an individual transaction, with IAP transactions for a given consumer, year, and app assigned the average price for this consumer-year-app cell, and then does a calculation of how that transaction would change in the but-for world." | Clarification |
| 22. | 171:11 | "the third category is the **three** download paid TAP" | "the third category is the **free** download paid IAP" | Typo |
| 23. | 172:21-173:2 | "Only -- **only -- only** if it has zero marginal **costs, and** my general observation and opinion is that there are positive marginal costs for -- for app producers; that there is some issue of whether -- whether all costs are captured, but there are elements of marginal costs which are clearly positive." | "Only if it has zero marginal **costs and no source of revenue other than digital in-app purchases**. My general observation and opinion is that there are positive marginal costs for -- for app producers; that there is some issue of whether -- whether all costs are captured, but there are elements of marginal costs which are clearly positive." | Clarification |

| S. No. | Location | Original | Correction | Reason |
|---|---|---|---|---|
| 24. | 173:16 | "is free download, followed by **IAP purchases**." | "is free download, followed by **IAP or non-IAP purchases**." | Clarification; Misstatement |
| 25. | 174:8-9 | "Yes, **that's** -- the current model does have that **form**." | "Yes, the current model does have that **form for a given business model**." | Clarification |
| 26. | 176:3 | "have a **lojic** form." | "have a **logit** form." | Typo |
| 27. | 178:14 | "the **optional** price for him would be, say, 2.50." | "the **optimal** price for him would be, say, 2.50." | Typo |
| 28. | 178:21-22 | "If they have positive marginal **costs**," | "If they have positive marginal costs **and no source of revenue other than the download price**," | Clarification |
| 29. | 180:20 | "If -- if there were -- if there were a **symptomatic** pattern" | "If -- if there were -- if there were a **systematic** pattern" | Typo |
| 30. | 186:19 | "flexible and robust way by **using to** establish" | "flexible and robust way by **using them to** establish" | Typo |
| 31. | 188:17-19 | "there's, what, 2 million **developers in** a large subsample of the entire transactions **database. Only**" | "there's, what, 2 million **developers. In** a large subsample of the entire transactions **database, only**" | Typo |
| 32. | 193:22-25 | "I would have to go and look at what apps they actually **purchased**, but **they** -- the model is certainly intended to apply to them **as well as to the class as -- as a whole**." | "I would have to go and look at what apps they actually **produced**, but the model is certainly intended to apply to them." | Clarification |
| 33. | 202:2-3 | "Yes, that's the way I do **it**, and I think that's economically appropriate." | "Yes, that's the way I do **it to calculate damages on a class-wide basis**, and I think that's economically appropriate." | Clarification |
| 34. | 203:10-11 | "It's a -- its a moderate -- moderately low percentage" | "The share of consumers who have paid for apps or IAP is a moderately low percentage" | Clarification, Misstatement |
| 35. | 204:23-24 | "I believe the model does allow for that possibility." | The model does not allow for zero-price download apps to raise their price of download. I assume the choice of business model, for instance free-download with IAP, is exogenous. | Misstatement. My corrected answer is consistent with the properties of the model used in my report. |

| S. No. | Location | Original | Correction | Reason |
|---|---|---|---|---|
| 36. | 211:1 | "was used for -- for the purposes of **attractability**" | "was used for -- for the purposes of **tractability**" | Typo |
| 37. | 227:1-3 | "there Apple IDs that appear to be consumers **that's** classified by Apple that are **entirely some kind of end user**." | "there **are** Apple IDs that appear to be consumers **as** classified by Apple that are **actually some other type of entity**." | Clarification |
| 38. | 227:10-11 | "The answer is that **the** calculation has to be done by Apple ID" | "The answer is that **my** calculation has to be done by Apple ID" | Clarification |
| 39. | 227:23-24 | "but I think that is beyond the bounds of **practically**." | "but I think that is beyond the bounds of **practicality. However, Apple might be able to validate the lists of Apple IDs submitted by individual claimants from the class**." | Typo; Clarification |
| 40. | 228:10-12 | "It's not -- not **impossible, but** it would certainly be a **challenging calculation**." | "It's not **impossible, and it would have to be done to link multiple Apple IDs submitted by a class claimant, but** it would certainly be a **challenge**." | Clarification |
| 41. | 228:25 | "possibility of-- of implementation." | "possibility of implementation **unless the class member submitted the list of all Apple IDs used for Apple Store purchases**." | Clarification |