THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION




IN RE APPLE IPHONE ANTITRUST LITIGATION

No. 4:11-cv-06714-YGR

**ORDER DENYING STIPULATION AND [PROPOSED] ORDER CONTINUING CLASS CERTIFICATION, MOTION TO COMPEL TRIAL PLAN, AND *DAUBERT* HEARING AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 6-2, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") in the above-captioned action and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on January 8, 2020, this Court entered an Order re: Case Scheduling ("Scheduling Order") that set forth the current class certification briefing schedule (ECF No. 362);

WHEREAS, pursuant to this Scheduling Order, Plaintiffs' Motion for Class Certification was filed June 1, 2021, Apple's opposition to Plaintiffs' Motion for Class Certification was filed August 10, 2021, Plaintiffs' reply in support of their Motion for Class Certification was filed October 19, 2021, and the class certification hearing is scheduled for November 16, 2021 at 10:00 a.m. PST (*see* ECF Nos. 441, 478, 555);

WHEREAS, on August 10, 2021, Apple filed a Motion to Compel Plaintiffs to Submit Trial Plan, Plaintiffs' opposition to Apple's Motion to Compel was filed on August 24, 2021, Apple's reply in support of its Motion to Compel was filed on August 31, 2021, and the hearing on Apple's Motion to Compel is also scheduled for November 16, 2021, at 10:00 am PT (*see* ECF Nos. 471, 496, 515);

WHEREAS, on August 16, 2021, Plaintiffs filed an Administrative Motion to Strike Apple's Motion to Compel Plaintiffs to Submit Trial Plan, and Apple's opposition to Plaintiffs' administrative motion was filed on August 20, 2021 (*see* ECF Nos. 486, 493);

WHEREAS, on August 11, 2021, Apple filed a *Daubert* Motion to Exclude the Testimony of Daniel McFadden, Plaintiffs' expert (ECF No. 476), which is likewise scheduled for hearing on November 16, 2021, at 10:00 a.m. PST;

WHEREAS, on August 16, 2021, Plaintiffs filed a motion to strike Apple's *Daubert* Motion (ECF No. 486);

WHEREAS, on October 8, 2021, Plaintiffs filed a Motion for Leave to File a Fourth Amended Complaint (ECF No. 544), which seeks to add a claim for relief under California's Unfair Competition Law (UCL), and is also scheduled for hearing on November 16, 2021, at 2:00 p.m. PST;

WHEREAS, Plaintiffs take the position that "[t]he same evidence Plaintiffs submitted in support of certification of the Sherman Act claims also supports certification of the UCL claim," and

have "propose[d] they be given leave to file a supplemental brief to address certification of the UCL claim, and that Apple then be permitted to file an opposition" (ECF No. 544, at 2);

WHEREAS, on October 19, 2021, Professor McFadden submitted a Reply Report in further support of Plaintiffs' Motion for Class Certification, on which he will be deposed on November 5, 2021;

WHEREAS, Apple intends to file an additional *Daubert* motion against certain of Professor McFadden's reply opinions, while Plaintiffs have indicated to Apple that they would move to strike such a motion on the grounds that it is procedurally improper;

WHEREAS, the Parties respectfully submit that to ensure an orderly and efficient presentation of issues to the Court, good cause exists to continue the November 16, 2021, hearing on Plaintiffs' Motion for Class Certification, Apple's Motion to Compel Plaintiffs to Submit Trial Plan, and Apple's *Daubert* Motion to Exclude the Testimony of Daniel McFadden until after the Court has heard argument on Plaintiffs' Motion for Leave to Amend, and the Parties have had an opportunity to submit (conditional) briefing on Plaintiffs' ability to certify a class under the UCL;

WHEREAS, the Parties previously requested three extensions of the class certification deadlines (ECF Nos. 208, 282, 538);

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the previous time modifications are as follows:

1. On March 29, 2012, the Court granted a motion to shorten time on briefing and hearing of Consumer Plaintiffs' Motion for Appointment of Interim Class Counsel (ECF No. 31);
2. On April 13, 2012, the Court extended Apple's time to respond to Consumer Plaintiffs' Consolidated Complaint and extended time to file an opposition brief (ECF No. 35);
3. On May 14, 2012, the Court extended Apple's deadline for filing its reply in support of its motion to dismiss Consumer Plaintiffs' Consolidated Complaint (ECF No. 49);
4. On July 25, 2012, the Court extended Consumer Plaintiffs' time to file an Amended Complaint (ECF No. 77);

5. On October 18, 2012, the Court extended Apple's time to respond to Consumer Plaintiffs' Amended Consolidated Class Action Complaint (ECF No. 83);
6. On November 15, 2012, the Court extended the briefing schedule on Apple's motion to dismiss Consumer Plaintiffs' Amended Consolidated Complaint (ECF No. 93);
7. On January 24, 2013, the Court continued the hearing on Apple's motion to dismiss Consumer Plaintiffs' Amended Consolidated Class Action Complaint (ECF No. 105);
8. On September 11, 2013, the Court extended by seven days Apple's deadline to respond to Consumer Plaintiffs' Second Amended Complaint (ECF No. 114);
9. On September 5, 2019, the Court continued the Case Management Conference from September 13, 2019 to October 7, 2019 (ECF No. 170);
10. On January 9, 2020, the Court continued a further case management conference from January 13, 2020 to August 3, 2020 (ECF No. 197);
11. On March 26, 2020, the Court extended the deadline to complete private mediation to July 30, 2020 (ECF No. 205);
12. On June 2, 2020, the Court modified the deadline for the class certification briefing as well as associated pretrial deadlines (ECF No. 209);
13. On January 8, 2021, the Court modified the class certification briefing deadlines (ECF No. 362); and
14. On September 30, 2021, the Court modified Plaintiffs' deadline to file their reply in support of class certification (ECF No. 541).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, to the entry of an Order providing as follows:

1. The Hearing presently scheduled for November 16, 2021, on Plaintiffs' Motion for Class Certification, Apple's Motion to Compel Plaintiffs to Submit Trial Plan, and Apple's *Daubert* Motion to Exclude the Testimony of Daniel McFadden shall be continued to **December 14, 2021 at 10:00 AM PST**;

2. The Hearing currently scheduled for November 16, 2021, on Plaintiffs' Motion for Leave to File a Fourth Amended Complaint shall proceed as noticed;
3. Plaintiffs shall file a Supplemental Brief (not to exceed 15 pages) to conditionally address certification of the proposed UCL claim by **November 16, 2021**;
4. Apple shall file a Supplemental Opposition Brief (not to exceed 15 pages) to conditionally address certification of the proposed UCL claim by **November 30, 2021**;
5. Should the Court deny Plaintiffs' Motion for Leave to File a Fourth Amended Complaint, the supplemental briefs shall be withdrawn.

**IT IS SO STIPULATED.**

DATED: Nov. 3, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
RACHELE R. BYRD

Betsy C. Manifold
Rachele R. Byrd
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

DATED: Nov. 3, 2021

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Mark A. Perry*
MARK A. PERRY

Mark A. Perry (212532)
mperry@gibsondunn.com
Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8234
Facsimile: 202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Richard J. Doren (124666)
rdoren@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
Jay P. Srinivasan (181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Veronica S. Moyé (*pro hac vice*)
vmoye@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

Ethan D. Dettmer (196046)
edettmer@gibsondunn.com
Rachel S. Brass (219301)
rbrass@gibsondunn.com
Caeli A. Higney (268644)
chigney@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:________________

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

