UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |

**DECLARATION OF JEFFREY T. PRINCE, PH.D., IN SUPPORT OF APPLE'S MOTION TO EXCLUDE REPLY OPINIONS OF DANIEL L. MCFADDEN**

November 9, 2021

*PUBLIC VERSION*
*OF DOCUMENT SOUGHT TO BE SEALED*