| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>  vlewis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | CASE NO. 4:11-cv-06714-YGR<br><br>**ORDER GRANTING STIPULATION BETWEEN APPLE INC. AND *LEPESANT* PLAINTIFFS** ~~AND [PROPOSED] ORDER~~ **REGARDING RELATEDNESS PURSUANT TO CIVIL L.R. 3-12**<br><br>The Honorable Yvonne Gonzalez Rogers |

1  Pursuant to Civil Local Rules 3-12 and 7-11, Defendant Apple Inc. ("Apple") and Madeleine
2  Lepesant and Marianne Boyles ("*Lepesant* Plaintiffs") by and through their respective counsel, hereby
3  agree as follows:
4  WHEREAS the parties believe that the following actions pending before the U.S. District Court
5  for the Northern District of California should be related pursuant to Civil Local Rule 3-12: *Lepesant*
6  *et al. v. Apple Inc.*, **No. 21-cv-8819-JSC (N.D. Cal.) ("*Lepesant*")** and *In re Apple iPhone*
7  *Antitrust Litigation*, No. 11-cv-6714-YGR ("*Pepper*");
8  WHEREAS on November 12, 2021, the *Lepesant* Plaintiffs filed an antitrust complaint against
9  Apple, alleging, *inter alia*, claims for alleged violations of the Sherman Act and California's Unfair
10 Competition Law based on certain of Apple's alleged practices regarding its App Store, a true and
11 correct copy of which is attached hereto as Exhibit A;
12 WHEREAS on November 15, 2021, the *Lepesant* Plaintiffs and Apple agreed that the *Lepesant*
13 and *Pepper* actions were related;
14 WHEREAS there are factual and legal overlaps between the *Lepesant* and *Pepper* actions that
15 will result in an efficiency to have them handled by the same Court.
16 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, by
17 and through their respective counsel, that the *Lepesant* action is related to the *Pepper* action.
18 **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:   November 16, 2021 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | By:    */s/ Mark A. Perry* |
| 3 | | Theodore J. Boutrous Jr. |
| | | Richard J. Doren |
| 4 | | Daniel G. Swanson |
| | | Mark A. Perry |
| 5 | | Veronica S. Moyé |
| | | Cynthia E. Richman |
| 6 | | Jay P. Srinivasan |
| | | Ethan D. Dettmer |
| 7 | | Rachel S. Brass |
| | | Caeli A. Higney |
| 8 | | Attorneys for Defendant Apple Inc. |
| 9 | DATED:  November 16, 2021 | **WOLF HALDENSTEIN ADLER** |
| 10 | | **FREEMAN & HERZ LLP** |
| 11 | | By:    */s/ Rachele R. Byrd* |
| 12 | | |
| 13 | | Betsy C. Manifold |
| | | Rachele R. Byrd |
| 14 | | 750 B Street, Suite 1820 |
| | | San Diego, CA 92101 |
| 15 | | Telephone: 619/239-4599 |
| | | Facsimile: 619/234-4599 |
| 16 | | manifold@whafh.com |
| | | byrd@whafh.com |
| 17 | | |
| 18 | | Mark C. Rifkin |
| | | Matthew M. Guiney |
| 19 | | Thomas H. Burt |
| | | **WOLF HALDENSTEIN ADLER** |
| 20 | | **FREEMAN & HERZ LLP** |
| | | 270 Madison Avenue |
| 21 | | New York, New York 10016 |
| | | Telephone: 212/545-4600 |
| 22 | | Facsimile: 212/545-4677 |
| | | rifkin@whafh.com |
| 23 | | guiney@whafh.com |
| | | burt@whafh.com |
| 24 | | |
| 25 | | Counsel for *Lepesant* Plaintiffs |

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: November 17, 2021

*[signature]*
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE