# Errata to Declaration of Jeffrey T. Prince, Ph.D.

*In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR

| Location | Original | Correction | Reason |
|---|---|---|---|
| Paragraph 31 | When I perform this analysis on the samples that Professor McFadden tested, I find that the percentage of unharmed accounts varies from **6.4 percent to 12.9 percent** [63] | When I perform this analysis on the samples that Professor McFadden tested, I find that the percentage of unharmed accounts varies from **6.3 percent to 13.6 percent** [63] | Correction |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2021.

_____   ___November 19, 2021___

Jeffrey T. Prince                                         Date