# EXHIBIT 1

*PUBLIC - REDACTED DOCUMENT*

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5      _____

 6      In re Apple iPhone        ) Case No.

 7      Antitrust Litigation,     ) 4:11-cv-06714-YGR

 8                                )

 9                                )

10

11

12

13        ZOOM VIDEOTAPED DEPOSITION OF EDWARD W. HAYTER

14                    Long Beach, New Jersey

15                    Friday, May 22, 2020

16                          Volume I

17

18

19

20      Reported by:

21      LORI M. BARKLEY

22      CSR No. 6426

23      Job No. 4118269

24

25      PAGES 1 - 281

                                                        Page 1
```