# EXHIBIT E

T 206.623.7292 F 206.623.0594

Ted Wojcik
Associate
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101
www.hbsslaw.com
**tedw@hbsslaw.com**

**Rachele R. Byrd**
**byrd@whafh.com**
**Tel: 619-239-4599**
**Wolf Haldenstein Adler Freeman & Herz LLP**
**750 B Street, Suite 1820, San Diego, CA 92101**
**www.whafh.com**

September 29, 2020

***Via Email***

Eli Lazarus
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Re: *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR
*In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR
Questions and Requests Based on Apple's Second Sample

Dear Eli:

Developer Plaintiffs and Consumer Plaintiffs (hereafter "Plaintiffs") have closely reviewed the sample of transactional data Apple produced on September 4, 2020. While we do not agree with Apple that its production obligations will be satisfied once production of the full volume of transactional data is complete—the process is necessarily iterative, given Plaintiffs' information deficits and the likelihood that additional deficiencies with, or questions about, the data will reveal themselves through further analysis—we have no desire to make the process unnecessarily burdensome. Therefore, after our review, we have the following questions and requests, which are designed to help ensure that production will be as efficient as possible. We ask that Apple respond no later than Tuesday, October 6, 2020, or one week from today.

## A. The types of transactions included and excluded from the second sample

1. Plaintiffs are entitled to information indicating precisely how Apple chose the sample of transactions you have provided. (The same holds true for the set of data from which the sample was taken.) Information about which transactions were included or excluded is relevant to whether calculations Plaintiffs' experts make using this data are based on a complete and/or "representative" sample. *See*

*generally* The Sedona Conference, *The Sedona Conference Database Principles Addressing the Preservation and Production of Databases and Database Information in Civil Litigation*, 15 SEDONA CONF. J. 171, 195 (2014) ("Database Principles"), available at https://thesedonaconference.org/publication/ ("When extracting data from databases for production, it is important to document, test, and validate the procedures that are used. Well-documented data collection and production procedures enable a responding party to demonstrate its good faith efforts to accurately export and produce database information."). Thus, Plaintiffs request that Apple explain the parameters that determined which transactions were included (versus excluded) from the second sample, and all future data productions. Plaintiffs' request for this information is both relevant and proportionate to the needs of this case. (Consumer Plaintiffs expressly do not waive and intend to further address in a separate letter their request for production of documents sufficient to identify all fields of the transactional database from which the sample was taken and for production of international data. Developer Plaintiffs also believe that these documents should be produced.)

The most simple and straightforward method for Apple to do this would be to send the programming code (likely in SQL or a similar language) that Apple's engineers used to create the sample. Sending the programming code used to manipulate raw data is a standard practice used when parties exchange data. *See* Database Principles at 181–182 (noting that "[c]ertain specific types of contextual information are commonly requested and produced from databases," including field constraints and the "programming logic" used to populate fields). Specifically, seeing the programming code used to create the data sample will allow Plaintiffs' experts to see precisely how the sample was chosen and whether there were any errors in that programming code. This will also minimize misinterpretation by eliminating the possibility of Apple's legal counsel misinterpreting or incorrectly describing what Apple's engineers did.

Plaintiffs provide two examples of SQL code. One would be:

> "SELECT * FROM TRANSACTIONS WHERE [redacted];"

This would retrieve from the relational database named "TRANSACTIONS" all rows with one of the listed values of [redacted] and all columns. Plaintiffs are confident that Apple used code like this (or similar code in another language) because Apple's developer documentation indicates that Apple's data

includes many other values of [redacted] that have not been included in the sample, such as "3" for "Re-download."[1]

A second example of SQL code would be:

> "SELECT adam_id content_name genre_id genre_name FROM CONTENT;"

This would select the columns adam_id, content_name, genre_id, and genre_name from the relational table named "CONTENT".

Will Apple produce this information?

2. Does the data Apple is producing include any "Enterprise" sales[2] and/or sales made in Apple Business Manager?[3]

3. Does the data Apple is producing include any sales made under the "Education"[4] program in Apple School Manager?[5]

4. The only value of [redacted] that appears in Apple's second sample is "USD." Did Apple purposefully limit the second sample to transactions where royalties were paid in USD? If so, is that because Apple plans only to produce data where royalties were paid in USD?

5. The value of [redacted] in the "pepper-fact" table does not equal "US" for approximately 10% of observations. According to Eli Lazarus's June 25, 2020 email, this field indicates the "country in which the consumer was located at the time of the purchase." Is this sample data limited in any way to consumers who reside in the United States (even if they sometimes travel to other countries)? If so, is that because Apple plans only to produce information with respect to these consumers?

---

[1] *See* help.apple.com/app-store-connect/#/dev63c6f4502.

[2] *See* developer.apple.com/programs/enterprise/.

[3] *See* business.apple.com/.

[4] *See* developer.apple.com/education/

[5] *See* school.apple.com/; developer.apple.com/education/ ("All apps on the App Store are automatically available for volume purchase in Apple School Manager, which is where educational institutions download apps for volume distribution. You can offer your apps to educational institutions for a reduced price or identify specific organizations you'd like to let download your app.").

6. The "[redacted]" variable in the "pepper-content-provider" table suggests that many of the included content providers reside outside of the United States.[6] Has Apple limited the data in any way to developers who reside in the United States?

7. Can Apple confirm that the final data will include all distribution transactions/purchases related to iMessage and Apple Watch apps?[7]

8. Can Apple confirm that, when an app is purchased under a "family" group, only the initial family purchase, and not subsequent individual downloads by the family members, are included in the data?

**B. <u>Questions about particular variables</u>**

1. Plaintiffs surmise that the [redacted] variable indicates the price-per-unit multiplied by the [redacted] whereas the [redacted] variable indicates only the royalty-per-unit. Thus, the formula for calculating [redacted]. This formula appears to produce royalty percentages consistent with Apple's stated policies (70% and 85%), whereas if one simply calculated the royalty percentage as [redacted], there are many transactions that would be associated with unusual royalty percentages such as 68%, in particular when the [redacted] variable is greater than 1.

   Can Apple please:

   (1) confirm that Plaintiffs have correctly interpreted the meanings of the [redacted] and [redacted] variables in the second sample; and

   (2) explicitly state the formulas used to calculate any variables relating to billings or royalties in its final production?

2. One of the most common values for [redacted] is -1, which corresponds to the [redacted] Do such transactions indicate that the consumer used credits that had been redeemed via a gift card?

[6] Two examples are "Al Sharq Financial Brokerage", which has the postal code "15252 Kuwait", and "Elyas naranjee sani" which has the postal code "N6H 4L2 CANA".

[7] Apple's second sample includes numerous purchases of iMessage apps, such as "Army Soldiers Stickers for iMessage" (adam_id 1234443487).

3. The [redacted] variable in the "pepper-rptg-txn-type" table indicates that developer royalties are sometimes "waived." What are the conditions under which royalties are waived in the App Store?

4. [redacted]

5. [redacted]

   - [redacted]

   - [redacted]

   - [redacted]

   - [redacted]

6. The value of [redacted] is missing for approximately 35% of observations (or just under 35 million observations out of the 100 million total in the data). Is that accurate, or a data error? Is there a reason why this variable's value is missing for so many observations?

---

[8] Apple's App Store Connect page includes descriptions for some, but not all, of these values of [redacted]. *See* help.apple.com/app-store-connect/#/dev63c6f4502.

### C. Requests regarding the format of Apple's next data production

Plaintiffs have the following requests about the format of the upcoming and future data productions. These changes should all be trivially easy for Apple's engineers to make and would reduce the size of the produced data by half or more, thus reducing the burden of data production for both Apple and Plaintiffs.

1. Please exclude the following variables from the next data production. Plaintiffs believe the information contained in these variables is either irrelevant or redundant, and therefore unnecessarily inflates the size of the data.

   - [redacted]
   - [redacted]
   - [redacted]
   - [redacted]

2. Please include only the numerical lookup variable, and not the string description, for the following variables in the next production of the main transaction table (equivalent to the "pepper-fact" table in Apple's second sample). The string descriptions should appear only in separate tables that indicate the string description that corresponds to each numerical lookup id.[13] This will significantly reduce the size of the transactional data without sacrificing any information.

---

[9] The [redacted] variable is redundant because it is a less granular version of the [redacted] *See* "App Store Antitrust – Transactional Data Value Descriptions.pdf" provided by Apple.

[10] The [redacted] variable equals "USD" for all transactions with non-zero royalties in Apple's second transactional data sample. If Apple has already limited the data production to transactions where royalties were paid in USD, then there is no need to repeat that information on every line of the transaction data.

[11] The [redacted] variable equals 1 for all transactions with non-zero royalties in Apple's second transactional data sample.

[12] The [redacted] is a unique identifier for the version of the app at the time of purchase.

[13] For example, Apple's second sample already made this change for the "content_name" variable. In Apple's first sample production, the long string variable "content_name" was listed for every single transaction. In contrast, Apple's second sample includes only the numerical "adam_id" variable for each transaction, and a separate table (the "pepper-content" table) indicates the "content_name" that corresponds to each "adam_id." This significantly reduced the number of bytes of data used per transaction.

i. platform_name[14]

ii. [redacted]

3. After producing the second sample, Apple counsel stated on September 10, 2020 that Apple had altered the value of the "person_id" variable by assigning "each unique Consumer ID a unique hash value," in order to anonymize the consumer ID data. Plaintiffs do not object to the concept of using a hashed value of the person_id variable in order to protect consumer privacy. However, the particular method of hashing that Apple used unnecessarily inflated the size of the data. Apple's second sample uses a 34-character hash that includes the numbers 0-9 and all lowercase letters. A 6-character hash that also included uppercase letters (thus allowing for 62 possible combinations for each character) would use only 7 bytes of data per transaction (or, less than 1/5th of the size of the hash used in Apple's second sample), while still providing 56 billion possible hashed values,[16] which should be more than sufficient given that the current human population is less than 8 billion. Plaintiffs therefore specifically request that:

i. In Apple's next production, please use a 6-character hash that includes upper-case letters;

ii. More generally, that Apple consult with Plaintiffs about any proposed alterations to the raw data before actually doing so, which will save a significant amount of time and effort (had Apple proposed a 34-character hash before producing the second sample, Plaintiffs could have offered the more efficient 6-character hash alternative); and

---

[14] [redacted]

[redacted]

[16] If the hash includes the characters 0-9, a-z, and A-Z, then each character has 62 possible values, and an 8-character hash has $62^8$ = 56.8 billion possible values.

iii. That Apple either exclude any "fake" or "test" person_ids from the data, or identify the hashed codes of the "fake" or "test" person_ids in the produced data.

4. Please include only "utc_epoch_change_ts" and not any other date-of-transaction variables in future production (Apple previously proposed doing this in its September 10, 2020 email).

5. In the main transaction table (equivalent to "pepper-fact" table in the second sample production), please replace the 10 character "[redacted]" variable with a variable equal to only the first 5 digits of the postal code.

## D. Requests for additional data

### 1. Main transaction table ("pepper-fact")

Plaintiffs request that the following variables be added to the main transaction table (equivalent to "pepper-fact"):

i. For the transactions that deviate from the default 70% royalty rule, a variable that provides a code or reason indicating why a different royalty rate was applied to that transaction.

Apple counsel has claimed that [redacted] *See* August 14, 2020 email from Eli Lazarus. However, Apple's own "App Store Connect Help" page indicates that Apple does in fact have such a variable and that it is specifically called "Proceeds Reason."[17] Apple therefore also most likely has a "lookup id" variable that has a unique numerical value that corresponds to each unique value of the string "Proceeds_reason".

Therefore, Plaintiffs request that Apple:

[17] App Store Connect Help (available at help.apple.com/app-store-connect/en.lproj/static.html) (describing "Proceeds Reason" as a variable available in Sales Reports that is a "VARCHAR(20)" (a string variable of up to 20 characters). The "Note" about this variable states: "If a subscription has been active for more than a year then you receive 85% of the customer price, minus applicable taxes, and this field equals "Rate After One Year." Otherwise, you receive 70% and the field is blank."

1. Include the numerical lookup id for proceeds_reason in all future productions of its transaction table (equivalent to the "pepper-fact" table in its second sample production);[18] and

2. Produce a separate lookup table that indicates the "Proceeds Reason" that corresponds to each value of the numerical lookup id.

ii. A variable that indicates the amount of any commission paid to an affiliate who is credited for such transaction.[19]

iii. A variable that indicates the amount of any applicable tax applied to that transaction, such as sales tax. When this data is produced, please specify the formula for the tax variable. For example, please specify whether it is calculated as the tax per billing quantity, as opposed to extended taxes (already multiplied by billing quantity).

iv. A numerical lookup variable that uniquely identifies the value of "Client" associated with each transaction, which is a 30-character string variable that "Indicates where the purchase happened. App Store for iMessage, News, or blank."[20] Please also produce a separate lookup table that indicates the 30-character string value of "Client" that corresponds to each value of the numerical lookup variable.

v. A numerical lookup variable that uniquely identifies the "Source Type" for initial downloads or purchases in the transaction data.[21] Please also produce a separate lookup table that indicates the most detailed string value of "Source Type" that corresponds to each value of the numerical lookup variable.

---

[18] Including the numerical "proceeds_reason_cd" variable instead of the VARCHAR(20) "proceeds reason" variable in the main transaction table will significantly reduce the size of the data production.

[19] Plaintiffs' understanding is that Apple paid affiliate commissions to third parties linking to App Store pages until at least October 2018, though any commissions paid beyond October 2018 should still be included. *See* Greg Kumparek, *Apple is ending its App Store Affiliate Program in October*, TECHCRUNCH (Aug. 1, 2018), available at techcrunch.com/2018/08/01/apple-is-ending-its-app-store-affiliate-program-in-october/.

[20] *See* help.apple.com/app-store-connect/#/dev15f9508ca.

[21] *See* https://help.apple.com/app-store-connect/#/itc21781223f.

**2. Adam_id lookup table ("pepper-content")**

i. Please include the "GAME_CENTER_ENABLED" variable in the "pepper-content" table.[22]

ii. Please include the "type" of In-App purchase in the "pepper-content" table.[23]

**3. Subscription Lookup Table ("Pepper-Subscription-Source")**

i. Please include the variable that indicates whether a subscription is for a free trial in the next production of the "pepper-subscription-source" table.[24]

ii. Please include the unique numerical variable to correspond to each [redacted] in the "pepper-subscription-source" table. This may be the "subscription key" or "Subscription Group ID" variables referenced in Apple's App Store Connect Help page.[25]

**4. [redacted] lookup table ("pepper-content-provider")**

i. Please include each content_provider's country code in the next production of the content-provider lookup table (called "pepper-content-provider" in the second sample).

**5. App Store Cost Data**

i. Please include any fields in the transactional data that relate to Apple's costs of operating the App Store. The variable referenced above at D.1.ii (that indicates the amount of any commission paid to an affiliate who is credited for a transaction) may be an example of such a field, to the extent Apple considers affiliate commissions to represent a cost of operating the

---

[22] *See* help.apple.com/app-store-connect/#/dev6527e8af1 (describing the variable "GAME_CENTER_ENABLED" as "Indicates whether Game Center is enabled. Y if it is enabled.").

[23] *See* "help.apple.com/app-store-connect/#/dev3cd978dbd" (distinguishing between "Consumable", "Non-Consumable", "Auto-Renewable Subscription" and "Non-Renewing Subscription" In-App purchase types).

[24] Apple's Developer help pages show that Apple has variables in its App Store data that track whether a user has started a free trial promotional off subscription. *See* help.apple.com/app-store-connect/#/itc5dcdf6693.

[25] *See* App Store Connect Help, available at help.apple.com/app-store-connect/en.lproj/static.html).

App Store. Please provide all other data fields that Apple considers when calculating costs for the App Store.

**6. Additional Data Tables**

Plaintiffs also request the following additional data tables. None of this data is unique to each transaction, and therefore we expect these additional data tables to be small in size.

i. A table that indicates the name and specifications (RAM, screen size) of each device that corresponds to each [redacted][26]

ii. A table that lists all apps (by adam_id) that Apple allows to "use purchase methods other than in-app purchase" under Section 3.1.3 of Apple's App Store Review Guidelines.

   1. If Apple's data distinguishes between Apps that fall under different categories of section 3.1.3 (e.g., "Reader" apps vs. "Multi-platform" apps), then Apple should include that data as well in this table.

iii. Any data tables where Apple collects and organizes monthly, quarterly, or annual sales and costs related to the App Store transactions represented by the transactional data sample. This should include the most disaggregated form(s) of any App-Store-related sales and cost data that Apple ultimately aggregates with other products and services when reporting sales, costs, and margins in the Annual 10-K reports filed with the Securities and Exchange Commission.

[26] The most common values of [redacted]. Plaintiffs suspect that the second number in the version distinguishes between different models of the same "generation" of phone (i.e., between the 32gb iPhone 7 and the 128gb iPhone 7), but cannot determine which is which based simply on these numerical codes.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Ted Wojcik
Associate

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

Rachele R. Byrd

Rachele R. Byrd
Partner

cc: Steve W. Berman
Robert F. Lopez
Benjamin J. Siegel
Mark C. Rifkin
Brittany N. DeJong

TJW:brm