# EXHIBIT G

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice)*
rifkin@whafh.com
MATTHEW M. GUINEY (*pro hac vice*)
guiney@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

*Interim Class Counsel for the Consumer Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE iPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**CONSUMER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT APPLE INC.**<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br>CTRM: 1 – 4th Floor |

PROPOUNDING PARTY: PLAINTIFFS ROBERT PEPPER, STEPHEN H. SCHWARTZ, EDWARD W. HAYTER AND EDWARD LAWRENCE

RESPONDING PARTY: DEFENDANT APPLE INC.

SET NO.: TWO

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Local Civil Rules for the United States District Court for the Northern District of California, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward E. Hayter and Edward Lawrence propound the following Interrogatories upon Defendant Apple Inc. ("Defendant" or "Apple"), to be answered under oath within thirty (30) days of the service of these Interrogatories.

Each of the following Interrogatories is continuing in nature. Accordingly, if subsequent to serving an answer to any Interrogatory, or any part thereof, Defendant obtains or becomes aware of additional information pertaining to such Interrogatory, Defendant is required, pursuant to Fed. R. Civ. P. 26(e), to provide supplemental answers which will augment or otherwise modify the previous answer. Such supplemental answers are to be made and served upon Plaintiffs within thirty (30) days after Defendant receives or becomes aware of such information, but no later than one (1) week prior to the date of any trial or hearing in this action. These Interrogatories should be read, interpreted and responded to in accordance with the definitions and instructions below. Each answer to these Interrogatories should be made in accordance with the detail required by these definitions and the Federal Rules of Civil Procedure.

**DEFINITIONS**

The following definitions apply to all discovery requests:

1. "APPLE," "YOU" or "YOUR" means Apple Inc., including any agents or persons acting on its behalf or under its control, and its branches, divisions, subsidiaries, affiliates, representatives, employees, attorneys and investigators.

2. "TRANSACTIONAL DATABASE" shall mean the database that includes transactions from YOUR App Store that you shipped to Plaintiffs on January 15, 2021.

3. The terms "all" and "each" shall be construed as all and each.

4. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope. The use of the singular form of any word includes the plural and vice versa.

## INSTRUCTIONS

1. In answering these Interrogatories, you should furnish all information which is available, including information in the possession, custody or control of your attorneys, representatives, employees, agents or investigators, and not merely such information held by you on the basis of personal knowledge. You are to answer each Interrogatory separately and fully. An incomplete or evasive answer will be considered a failure to answer. If, after exercising due diligence to secure the information, you cannot answer in full any one of the following Interrogatories, or any part thereof, you should so state and answer to the extent possible, specifying your inability to answer the remainder of the Interrogatory and stating whatever information or knowledge you have concerning the unanswered portion(s), including the name of any person(s) who may have additional knowledge or information to complete the answer.

2. Each Interrogatory may be answered in whole or in part by attaching documents that contain sufficient information to answer the question completely. The relevant portion of the document, however, must be so marked or indicated.

3. If any information is withheld on grounds of privilege, provide the following information: (1) every person to whom you have communicated such information or from whom you learned such information; (2) the nature and subject matter of the information; and, (3) the basis on which you claim privilege.

4. Should you object to an Interrogatory in whole or in part, state the particular interrogatory to which you object and the precise grounds for the objection in sufficient detail to allow Plaintiffs to evaluate and respond to the objection.

## INTERROGATORIES

**INTERROGATORY NO. 3:**

Describe the process YOU used to randomly generate the field "person_id" in the TRANSACTIONAL DATABASE, including, but not limited to, whether there are any reasons to suspect that samples drawn based on the first 1 or 2 hexidecimals of the "person_id" field would not be random.

**INTERROGATORY NO. 4:**

If a consumer has more than one Apple ID, explain how to identify all of the accounts in YOUR TRANSACTIONAL DATABASE associated with that consumer.

DATED: March 26, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD
RACHELE R. BYRD
BRITTANY N. DEJONG

Rachele R. Byrd
RACHELE R. BYRD

750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN
MATTHEW M. GUINEY
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

*Interim Class Counsel for Consumer Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Alexandra Loutsenhizer, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to the within action. I hereby certify that on March 26, 2021, I delivered the foregoing **CONSUMER PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT APPLE INC.**, via electronic mail to the counsel listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of March 2021 at San Diego, California.

ALEXANDRA LOUTSENHIZER

Apple2: 27119

PLAINTIFFS' INTERIM CLASS COUNSEL

Betsy C. Manifold
Rachele R. Byrd
Brittany N. DeJong
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
619/239-4599
619/234-4599 (fax)
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

Mark C. Rifkin
Matthew M. Guiney
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
212/545-4600
212/545-4677 (fax)
rifkin@whafh.com
guiney@whafh.com

David C. Frederick
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW Suite 400
Washington, D.C. 20036
202/326-7900
202/326-7999 (fax)
dfrederick@kellogghansen.com

COUNSEL FOR DEFENDANT APPLE INC.

Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Jay P. Srinivasan
Dana Lynn Craig
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213/229-7000
213/229-7520 (fax)
tboutrous@gibsondunn.com
rdoren@gibsondunn.com
dswanson@gibsondunn.com
jsrinivasan@gibsondunn.com
dcraig@gibsondunn.com

Cynthia E. Richman
Harry R. S. Phillips
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
202/955-8234
202/530-9691 (fax)
crichman@gibsondunn.com
hphillips2@gibsondunn.com
mperry@gibsondunn.com

Veronica S. Lewis
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
214/698-3100
214/571-2900 (fax)
vlewis@gibsondunn.com

Ethan Dettmer
Eli M. Lazarus
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
415/393-8200
415/393-8306 (fax)
edettmer@gibsondunn.com
elazarus@gibsondunn.com
AppleAppStoreDiscovery@gibsondunn.com

David R. Eberhart
Anna T. Pletcher
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
415/984-8700
415/984-8701 (fax)
deberhart@omm.com
apletcher@omm.com

Katrina Robson
Evan Schlom
Elena Zarabozo
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
202/383-5300
202/383-5414 (fax)
krobson@omm.com
eschlom@omm.com

ezarabozo@omm.com

Scott Schaeffer
O'MELVENY & MYERS LLP
Plaza 66, Tower 1, 37th Floor
1266 Nanjing Road West
Shanghai 200040, China
86-21-2307-7000
86-21-2307-7300 (fax)
sschaeffer@omm.com

Michelle Lowery
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
310/277-4110
310/277-4730 (fax)
mslowery@mwe.com

Hannah L. Cannom
Bethany M. Stevens
WALKER STEVENS CANNOM LLP
500 Molina Street #118
Los Angeles, CA 90013
213/337-9972
213/403-4906
hcannom@wscllp.com
bstevens@wscllp.com

DEVELOPER PLAINTIFFS' INTERIM CLASS COUNSEL

Steve W. Berman
Robert F. Lopez
Ronnie Seidel Spiegel
Ted Wojcik
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206/623-7292
206/623-0594 (fax)
steve@hbsslaw.com
robl@hbsslaw.com
ronnie@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett
Benjamin J. Siegel
Ben Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
510/725-3000
510/725-3001 (fax)
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

COUNSEL FOR INTERESTED PARTY EPIC GAMES, INC.

Christine A. Varney
Katherine B. Forrest
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
M. Brent Byars
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
212/474-1000
212/474-3700
cvarney@cravath.com
kforrest@cravath.com
gbornstein@cravath.com
yeven@cravath.com
lmoskowitz@cravath.com
mbyars@cravath.com
epic-mobileapps@cravath.com

Paul J. Riehle
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center
San Francisco, CA 94111
415/591-7500
415/591-7510 (fax)
paul.riehle@faegredrinker.com