UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 11-cv-6714-YGR |
|---|---|
| | **CASE MANAGEMENT AND SCHEDULING ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

As discussed at the April 11, 2022 Case Management Conference, the Court enters the following schedule for this case:

| Event | Date |
|---|---|
| Documents Redacted According to Sealing Order at Dkt. 631 | April 27, 2022 |
| Second Class Certification Motion and Supporting Expert Evidence | August 26, 2022 |
| Second Class Certification Opposition and Supporting Expert Evidence | December 2, 2022 |
| Second Class Certification Reply and Rebuttal Evidence | January 20, 2023 |
| Hearing on Second Class Certification Motion | March 1, 2023 at 2:00 pm (in-person) |
| Deadline to Complete Fact Discovery | 60 days after decision on class certification |
| Last Discovery Motions Filed | 30 days before closure of fact discovery |
| Parties' Expert Reports | 60 days after decision on class certification |
| Rebuttal Expert Reports | 45 days after submission of initial expert reports |
| Expert Discovery Cutoff | 30 days after submission of rebuttal expert reports |
| Dispositive/*Daubert* Motions | 45 days after the close of expert discovery |
| Dispositive/*Daubert* Oppositions | 45 days after opening brief is filed |
| Dispositive/*Daubert* Replies | 30 days after opposition brief is filed |

In light of the above, the currently scheduled trial set to begin July 11, 2022 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 21, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge