THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
  Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CLARIFY ORDER RE: PENDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

In accordance with Northern District of California Civil L.R. 7-11, Defendant Apple Inc. ("Apple") respectfully submits this Administrative Motion for Clarification of the Court's Order Re: Pending Administrative Motions to Seal.

On March 29, 2022 the Court issued its Order re: Pending Administrative Motions to Seal ("the Order"). Dkt. 631. On April 11, 2022 the Court directed the parties to file the redacted documents responsive to the Order by April 27. Tr. at 23:15.

Page 5 of the Order, regarding paragraph 161 of the McFadden Expert Report [Dkt. 442-11], states that "[t]he fifth sentence, starting with 'the' through the end of the seventh sentence is sealed. Everything else shall be unredacted." Apple respectfully submits that the same kind of sensitive information appears in the paragraph's fifth sentence (which the order sealed) and also in the eighth sentence (which the order did not seal). Apple therefore respectfully requests that the Court clarify that Apple's motion to seal the information in paragraph 161 is granted as to the fifth sentence, starting with "the," through the end of the eighth sentence.[1]

Pursuant to Local Rules 7-11 and 7-12, the plaintiffs have stipulated and agreed to the relief requested in this Motion. Apple is filing that stipulation and proposed order concurrently herewith.

DATED April 27, 2021                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

Rachel S. Brass

*Attorney for Defendant Apple Inc.*

---

[1] When a similar situation arose in *Cameron v. Apple*, Case No. 4:19-cv-3074-YGR, the Court's then-Courtroom Deputy Ms. Frances Stone directed Apple to file a short motion for clarification. As noted in email correspondence to the Court's current Courtroom Deputy on March 31, 2022, Apple presumes that the same course is appropriate here, but also stands ready to proceed in any different way that the Court would prefer.