THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; pro hac vice)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; pro hac vice)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
  Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| | **NOTICE OF LODGING OF DOCUMENTS PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL (DKT. 631)** |
| | The Honorable Yvonne Gonzalez Rogers |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On March 29, 2022 the Court issued its Order re: Pending Administrative Motions to Seal ("the Order").  Dkt. 631.  On April 11, 2022 the Court directed the parties to file the redacted documents responsive to the Order on April 27, 2022.  Tr. at 23:15.

Apple now lodges the redacted documents in compliance with the Court's Order as follows: **Exhibit 1**, Apple's *Daubert* Motion to Exclude Testimony of Prof. McFadden, Dkt. 476-11; **Exhibit 2**, Apple's Opposition to Class Certification, Dkt. 476-3, 480-3; **Exhibit 3**, Apple's Reply in Support of *Daubert* Motion to Exclude Reply Testimony of Prof. McFadden, Dkt. 613-3; **Exhibit 4**, Willig Expert Report, as-adopted, Dkt. 534-4; 535-3; **Exhibit 5**, Bates Stamped Document, EPIC_03028497, Dkt. 475-4, 477-1; **Exhibit 6**, Bates Stamped Document, EPIC_00127230, Dkt. 475-7, 477-4; **Exhibit 7**, Bates Stamped Document, EPIC_03349864, Dkt. 475-8, 477-5; **Exhibit 8**, Bates Stamped Document, EPIC_03967161, Dkt. 475-9, 477-6; **Exhibit 9**, Brass Decl., Ex. 1, Dkt. 565-7; **Exhibit 10**, Brass Decl., Ex. 2, Dkt. 565-9; **Exhibit 11**, Economides Dep. Tr., Dkt. 475-22, 477-21,520-4, 547-12; **Exhibit 12**, Elhauge Dep. Tr., Dkt. 547-8; **Exhibit 13**, Errata to Hitt Expert Report, Dkt. 539-5; **Exhibit 14**, Hitt Expert Report, Dkt. 473-1, 476-4, 478-1,520-2; **Exhibit 15**, Malackowski Expert Report, Dkt. 476-5; **Exhibit 16**, McFadden Dep. Tr., Dkt. 547-4; **Exhibit 17**, Prince Expert Report, Dkt. 473-3, 476-6, 478-3; **Exhibit 18**, Prince Supplemental Decl. in Support of Apple's *Daubert* Motion, Dkt. 613-8; **Exhibit 19**, Rollins Dep. Tr., Dkt.477-26; **Exhibit 20**, Rollins Supplemental Decl. in Support of Apple's *Daubert* Motion, Dkt. 613-4; **Exhibit 21**, Rubin Expert Report, Dkt. 476-7; **Exhibit 22**, Sancheti Decl. in Support of Apple's Reply in Support of *Daubert* Motion, Ex. A, Dkt. 525-6; **Exhibit 23**, Sancheti Decl. in Support of Apple's Reply in Support of *Daubert* Motion, Ex. B, Dkt. 525-8; **Exhibit 24**, Sancheti Decl. in Support of Apple's Reply in Support of *Daubert*, Ex. C, Dkt. 525-10; **Exhibit 25**, Schmalensee Expert Report, Dkt. 473-5, 476-8, 478-5, 520-1; **Exhibit 26**, Sweeney Dep. Tr., Dkt. 475-30, 477-24, 520-3.

DATED: April 27, 2022

GIBSON, DUNN & CRUTCHER LLP


By: */s/ Rachel S. Brass*

Rachel S. Brass

*Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

NOTICE OF LODGING OF DOCUMENTS PURSUANT TO ORDER RE ADMIN. MOTS. TO SEAL (DKT. 631)
No. 4:11-cv-06714-YGR