# Exhibit 6



United States District Court
Northern District of California

Case No. **4:20-cv-05640-YGR**
Case Title *Epic Games, Inc. v. Apple, Inc.*
Exhibit No. **DX-3993**
Date Entered_____
Susan Y. Soong, Clerk
By: _____, Deputy Clerk

Δ DEFENDANT Δ

# Epic Games Store

## Presentation to the Board of Directors

## January 16, 2020

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127230



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.002

EPIC_00127231

# 2019 Executive Summary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.003

EPIC_00127232

# 2019 Epic Game Store Performance

| 2019 Epic Game Store Results |
|---|

- Epic Game Store generated $233mm revenue in 2019, exceeding the Initial Plan of $160mm by 46%
    - 30mm life-to-date EGS PC accounts, 108mm including Fortnite
    - 167 games launched, of which 61 are exclusive
    - Established 14% share as a digital PC game store with 3rd-party content[1]

| Minimum Guarantee Summary |
|---|

- $1.1bn in cumulative MGs
    - 23 1H19 titles[2] have recouped 32% of $218mm MGs and expected to reach 40%
    - 38 2H19 titles have recouped 38% of $326mm MGs and expected to reach 55%
    - Expected 60-70% total portfolio recoup implies investment of $330-$440mm in unrecouped MGs
    - Approximately 50% of $1.1bn in cumulative MGs has been paid out

---

[1] Market size based on Epic Games Store, Steam, and GOG.

[2] 1H19 titles include releases from December 2018 through June 2019, primarily with one-year recoup deals



4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127233

# 2019 Challenges and 2020 Focus

| 2019 Challenges | 2020 Focus |
|---|---|
| • Unfavorable early deal terms: MGs at the higher end of comparables, one-year recoup, and no cross-collateralization of developers' games<br><br>• Game store functionality and user interface<br><br>• Negative vocal minority reactions<br><br>• Limited global awareness | • Better MG economics and lifetime recoup; focus on fewer, but larger titles<br><br>• Diversification of risk profile with new third-party publishing business<br><br>• Shipping critical consumer & developer store features currently missing from EGS<br><br>• Proactive PR and increased media spend to drive user growth and awareness |

> **2020 GOAL: Become a viable PRIMARY game store, not just a destination for exclusives**



5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127234

# 2019 Epic Game Store Revenue and MAU



**2019 Gross Revenue: $233 million**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.006

EPIC_00127235

# 2019 Epic Game Store Revenue by Geography

## Epic Games Store

## Steam



**EGS is heavy in NA spenders & under indexes in Europe, Asia & Russia compared to Steam**



7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127236

# Epic Games Store Keeps PC Users in the Epic Ecosystem



**Launcher, Fortnite & Store MAU**

In September, Epic Game Store MAU exceeded Fortnite PC MAU for the first time

With the distribution of 3rd party content, EGS keeps PC users in Epic's ecosystem

*(millions)*

Legend: Launcher MAU (FN PC, EGS, UE) · Epic Games Store MAU · FN PC MAU

***Having Diversified First and Third Party Content on the Epic Launcher Keeps PC Players Coming Back***



8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.008

EPIC_00127237

# Store DAU/MAU & WAU/MAU

**Weekly / Monthly Active Users**



**Daily / Monthly Active Users**



---

*Continuous Growth in Daily and Weekly Engagement driven by Exclusives and Free Games*

---

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127238

# Strong alignment between Store and Fortnite PC platform

| Adding New Users to the Epic Game Store | Fortnite as a User Acquisition Tool for Games on the Store |
|---|---|
| 39% of store users **are new to the Epic platform** | Significantly **higher store ARPPU** from Fortnite users |



LTD ARPPU ($)



Acquired via Paid Game

Cost per Acquired User: $54.35



Acquired via Free Game

Cost per Acquired User: $4.18



10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127239

# EGS: Life-to-Date

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.011

EPIC_00127240

# Daily Active Users





12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# First Epic Games Store/Account Entitlements



(excludes FN PC as first action)

Opens Access to China 5/21

Mega Sale Start 05/16

Holiday Sale 12/19



13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127242

DX-3993.013

# Daily Entitlement





14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127243

DX-3993.014

# Daily Gross Revenue



**2019 Gross Revenue: $233 million
(Excluding Coupons)**

Mega Sale Start

Mega Sale End

Steam Summer Sale
Start & End
06/25 - 07/09

Holiday Sale

Daily Gross Revenue includes Coupons

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127244

DX-3993.015

# EGS Free Games



**19.4mm New EGS Users @ UA Cost of $0.91 per New EGS User**
**6.4mm New Epic Accounts @ UA Cost $2.75 per New Epic Account**



16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127245

# **Update on MGs**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127246

# Minimum Guarantee Recoup Overview

## Wave One Recoup: Dec 2018 - June 2019



Wave 1 Games have recouped 32% and tracking towards prior expectation of 40%

## Lifetime Portfolio Recoup

(millions)

| Cumulative MG Commitments | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|---|
| Released Titles MG | $23 | $123 | $228 | $382 | $544 |
| Pipeline Titles MG | $227 | $550 | $768 | $706 | $578 |
| **Total MG** | **$250** | **$673** | **$996** | **$1,088** | **$1,122** |
| MG Cash Payments | ($28) | ($213) | ($374) | ($434) | ($559) |
| **Outstanding MG Commitments** | **$222** | **$461** | **$621** | **$654** | **$563** |

| Quarterly MG Balance | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|---|
| Beginning MG Balance | | $249 | $647 | $938 | $941 |
| MG Signed | $250 | $423 | $322 | $92 | $34 |
| Recoup | ($2) | ($25) | ($32) | ($89) | ($48) |
| MG Write-off | | | | | ($9) |
| **Ending MG Balance** | **$249** | **$647** | **$938** | **$941** | **$918** |

| LTD Recoup | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 |
|---|---|---|---|---|---|
| Released Titles MG | $23 | $123 | $228 | $382 | $544 |
| Cumulative Recoup | $2 | $27 | $58 | $147 | $195 |
| **% Recouped** | **7%** | **22%** | **25%** | **39%** | **36%** |

**Total recouped amount of $195mm is 36% of life-to-date $544mm total MG commitment for released titles**

EPIC

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.018

EPIC_00127247

# MG Recoup Summary



**represents 42% of $195mm recouped MG dollars through 2019**
**Blended lifetime recoup for released titles is trending towards 50% ($277m projected MG write-off)**



19

# Board Awareness: New MG Game 1



| Title | Publisher | Minimum Guarantee | Launch Date |
|---|---|---|---|
| | | $25mm | 2020 |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.020

EPIC_00127249

# Board Awareness: New MG Game 2

| Title | Publisher | Minimum Guarantee | Launch Date |
|---|---|---|---|
| | | $50mm | 2022 |





21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.021

EPIC_00127250

# 3RD PARTY PUBLISHING

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.022

EPIC_00127251

# 3rd Party Publishing Overview

| 3rd Party Publishing Goals | Epic's Competitive Advantage |
|---|---|

**3rd Party Publishing Goals**

- Be the best Publishing partner option in industry

- Additional tool to secure major permanent EGS exclusives (7 years or more)
  - Improved risk/return profile beyond current MG based deals

- Grow & diversify Epic's audience and social graph

- Grow adoption of Epic Online Services & Engine (note: no engine tech requirements per Tim)

- Expanded revenue streams for Epic beyond PC (console, mobile)

- Team/Talent based product decisions

**Epic's Competitive Advantage**

- Industry best content funnel:
  - Epic Games Store relationships
  - Engine
  - Mega Grants

- Industry leading terms
  - 50/50 or better depending on funding
  - IP ownership stays with team

- Epic's scale: go-to-market services (QA, localization, creative, liveops) and publishing (PR, community, marketing)

- Epic's technical & business expertise



23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.023

EPIC_00127252

# Minimum Guarantee vs. Publishing Deal Trade Offs

| Business Model | | Minimum Guarantee | Publishing |
|---|---|---|---|
| 1. | Platform Mix | • PC only | • PS4, XBOX, Switch, PC |
| 2. | Upfront Capital | • Guarantee Steam comparable sales | • 100% of upfront development cost, marketing and on going support |
| 3. | Economic Split | • Minimum guarantee and then 88% to developer and 12% to Epic | • 100% of upfront costs and then 50% to developer and 50% to Epic |

| Outcomes | | Minimum Guarantee | Publishing |
|---|---|---|---|
| 1. | Risk | • Narrower band of risk | • More upfront capital |
| 2. | Return | • Capped margin at ~7% of revenue (12% less 5% costs) | • Participation in upside returns |
| 3. | User scale | • PC users only | • Potential for significantly more users given non-PC platform users including PS4, XBOX, Switch, PC |



24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.024

EPIC_00127253

# Illustrative Minimum Guarantee vs. Publishing Deal

**Key Assumptions**

- Assumes same unit sales across both scenarios (MG is PC only)

- Assumes 30% royalty fee paid to non-PC platform for Publishing

- Assumes ~$50mm capital investment for publishing (based on market comp)

- Assumes ~$15.7mm MG, which implies same break-even between publishing and MG deals to show apple-to-apple comparison

- Assumes 50% profit share in Publishing deal

| | Publishing Deal: 50/50 Split | | | Minimum Guarantee Deal | | |
|---|---|---|---|---|---|---|
| | -33% Units | Expected | +33% Units | -33% Units | Expected | +33% Units |
| **Units** | 2.0 | 3.0 | 4.0 | 0.5 | 0.8 | 1.0 |
| Average Lifetime Price ($) | $28.80 | $28.80 | $28.80 | $28.80 | $28.80 | $28.80 |
| PS4 | $23.0 | $34.6 | $46.1 | | | |
| XBOX | $17.3 | $25.9 | $34.6 | | | |
| PC | $14.4 | $21.6 | $28.8 | $14.4 | $21.6 | $28.8 |
| Switch | $2.9 | $4.3 | $5.8 | | | |
| **Gross Revenue** | $57.6 | $86.4 | $115.2 | $14.4 | $21.6 | $28.8 |
| Platform Royalty % | 21% | 21% | 21% | 88% | 88% | 88% |
| Platform Royalties | $12.1 | $18.1 | $24.2 | $12.7 | $19.0 | $25.3 |
| Payment Processing | $2.9 | $4.3 | $5.8 | $0.7 | $1.1 | $1.4 |
| **Net Revenue** | $42.6 | $63.9 | $85.2 | $1.0 | $1.5 | $2.0 |
| Development Funding / MG | $33.5 | $33.5 | $33.5 | $15.7 | $15.7 | $15.7 |
| QA/Cert (3% of Dev) | $1.0 | $1.0 | $1.0 | | | |
| Marketing (~20% of Base Gross Rev) | $15.0 | $15.0 | $15.0 | | | |
| **Total Cost** | $49.5 | $49.5 | $49.5 | $3.0 | $0.0 | $0.0 |
| **Profit** | ($6.9) | $14.4 | $35.7 | | | |
| Developer Profit | $0.0 | $7.2 | $17.9 | | | |
| **Epic Profit** | ($6.9) | $7.2 | $17.9 | ($2.0) | $1.5 | $2.0 |
| **Epic Invested Capital** | $49.5 | $49.5 | $49.5 | $15.7 | $15.7 | $15.7 |
| | 100% Development Funding / QA / Cert / Marketing | | | PC Minimum Guarantee | | |
| **Return on Invested Capital** | (13.9%) | 14.6% | 36.1% | (12.7%) | 9.7% | 12.9% |

Upfront risk is higher in publishing as Epic will be funding development with risk the game never launches, whereas in MG arrangements, Epic is not out of pocket until the game is launched. Upside potential is higher in publishing deals

Returns come sooner to Epic in MG deals as Epic participates in 12% of net revenue as soon as MGs are hit, whereas Epic will split profits 50/50 in publishing. However, potential for upside is capped in MG models.



25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.025

EPIC_00127254

# Fully Dev Funded Publishing Case Study

**In the situations where we have the opportunity to publish a <u>fully self-funded and developed game, recoup our dollars first</u> and share immediately in the economics—it will be favorable to do so**

**Key Assumptions**

- Game is fully self funded by developer and ready to launch

- Epic funds 100% of the publishing expenses: QA, certification and marketing

- Epic fully recoups expenses first and then shares in 30% of profits after

| | Publishing Deal: 70/30 Split | | |
|---|---|---|---|
| **Units** | **2.0** | **3.0** | **4.0** |
| Average Lifetime Price ($) | $28.80 | $28.80 | $28.80 |
| PS4 | $23.0 | $34.6 | $46.1 |
| XBOX | $17.3 | $25.9 | $34.6 |
| PC | $14.4 | $21.6 | $28.8 |
| Switch | $2.9 | $4.3 | $5.8 |
| **Gross Revenue** | **$57.6** | **$86.4** | **$115.2** |
| Platform Royalty % | 21% | 21% | 21% |
| Platform Royalties | $12.1 | $18.1 | $24.2 |
| Payment Processing | $2.9 | $4.3 | $5.8 |
| **Net Revenue** | **$42.6** | **$63.9** | **$85.2** |
| Development Funding | | | |
| QA/Cert (3% of Dev) | $1.0 | $1.0 | $1.0 |
| Marketing (~20% of Base Gross Rev) | $15.0 | $15.0 | $15.0 |
| **Total Cost** | **$16.0** | **$16.0** | **$16.0** |
| **Profit** | **$26.6** | **$47.9** | **$69.2** |
| Developer Profit | $18.6 | $33.5 | $48.5 |
| **Epic Revenue Share** | **$24.0** | **$30.4** | **$36.8** |
| **Epic Invested Capital** | $16.0 | $16.0 | $16.0 |
| | | QA / Cert / Marketing | |
| **Return on Invested Capital** | **49.9%** | **89.9%** | **129.8%** |



26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.026

EPIC_00127255

# 2020 RELEASES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127256

# 2020 Release Calendar (As of January 2020)



| Jan. | | F2P | [MG] | | Jun. | | Gold | [MG] |
| | | Bronze | [MG] | | | | Bronze | [MG] |
| | | F2P | [MG] | | *E3* | | Bronze | [MG] |
| Feb. | | F2P | [No MG] | | | | F2P | [MG] |
| | | Bronze | [MG] | | Jul. | | . F2P launch & move to EGS | |
| | | Silver/Gold | [MG] | | Aug. | | Gold | [MG] |
| Mar. | | Bronze | [MG] | | *Gamescom* | | 3 non exclusives | |
| | | Bronze | [MG] | | | | | |
| *GDC* | | F2P | [MG] | | Sept. | | Silver | [MG] |
| Apr. | | Silver | [MG] | | | | Bronze | [MG] |
| *Easter Sale* | | Non Excl. | [No MG] | | Oct | | Platinum | [MG] |
| | | | | | | | Gold | [MG] |
| May | | Silver | [MG] | | Nov | | Platinum | [MG] |
| *Epic Mega Sale* | | Bronze | [MG] | | ~ Q4 | | | |
| | | Bronze/Silver | [MG] | | TBD | | | |
| | | Bronze | [MG] | | | | | |

**+    ~ 80 Free Games + ~ 150-400 back catalog games + opportunistic exclusives TBD.**

28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127257

# Questions & Open Discussion

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3993.029

EPIC_00127258