# Exhibit 7

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v. Apple Inc.
Ex. No. PX-2463
Date Entered _____
By _____

**From:** Joe Babcock
**Sent:** Wed, 7 Aug 2019 22:31:32 +0000 (UTC)
**To:** Tim Sweeney                           ; Mark Rein                           ;
David Wallerstein                  ; Ben Feder                     Jay Wilbur
**Subject:** Epic Games – 2Q19 Business Report
**Attachments:** Epic Games - 2Q19 Business Report - Redacted.pdf;Epic Games - 2Q19 Business Report.pdf

---

Epic Board,

Please find below and attached our 2Q19 business report, including a .pdf of a redacted report that may be shared with Tencent execs based on your request. I look forward to our upcoming Board meeting next week where we will take deep dives in to our functional business areas including , Engine/Enterprise, Epic Games Store and Fortnite.

++++++++++++++++++++++++++++++++++++++++++++

Epic generated $1.1 billion of gross revenue in 2Q19. *Fortnite* reached 63 million MAUs and contributed $1.0 billion in revenue. The Fortnite World Cup tournament recently wrapped up in New York City where the first Fortnite World Cup Champions were crowned after 10 weeks of online tournaments - over 40 million players participated, 200 qualified, and over 2.3 million peak viewers watched live on YouTube and Twitch alone.

More recently, we successfully released Battle Pass Season X on August 1 with DAUs jumping to 26 million following the positive momentum from the World Cup.

**Highlights:**

- **Total gross revenue in 2Q19 was $1.1 billion down 27% YoY.** Year-to-date gross revenue was $2.3 billion.
- **Game revenue in 2Q19 was $1.0 billion, 93% of total gross revenue.** Year-to-date game revenue was $2.1 billion, representing 94% of revenue.

    - *Fortnite* generated $1.0 billion in revenue during the quarter

- **Engine revenue in 2Q19 was $23 million.** Year-to-date engine revenue was $38 million.

    - Engine License & Royalty revenue of $21.5 million in 2Q19 represented 93% of total engine revenue.

    - Engine Enterprise contributed $1.5 million in 2Q19.

- **Platform revenue in 2Q19 was $37 million.** Year-to-date platform revenue was $65 million.

    - Engine Marketplace contributed $2.0 million. Year-to-date engine marketplace revenue was $3.4 million.

    - Epic Game Store contributed $35 million. Year-to-date EGS revenue was $62 million. As of June 30th, EGS had more than 30 exclusive PC titles live with cumulative net revenue to developers representing roughly 25% of the running MG total, up from 20% in the prior quarter. The EGS in the quarter was driven by the Epic Mega Sale and key titles launches

- **EBITDAB in 2Q19 was $448 million.** Year-to-date EBITDAB through June was $946 million. Gross margin for the quarter was 53.3% compared to year-to-date gross margin of 53.1%. Operating expenses were $142 million for the quarter, while

year-to-date operating expenses were $258 million. 2Q19 operating expenses were up 22% QoQ, due to increases in hiring, M&A, and E3 marketing expenses. EBIT in 2Q19 was $304 million and year-to-date EBIT through June was $621 million.

- **Cash balance was $2.3 billion as of June 30th, down $0.5 billion from $2.8 billion in 1Q19.** The decrease in cash reflects the acquisition of Psyonix and House Party acquisitions ($569 million combined total in June). Accounts Receivable at quarter end was $457 million, down from $490 million in 1Q19.

### 3Q19 Outlook:

- We currently expect *Fortnite* to generate $802 million in gross revenue in 3Q19, 28% lower than our initial forecast of $1.1 billion. This reflects softening payer conversion trends and a shift in timing for Season 11 from September to October, which means 3Q19 will have one season launch vs two in the year ago period.

- We continue to see strong growing engagement with *Fortnite Creative* where players increased 3% QoQ in 2Q19 and total hours played grew 18% QoQ. We expect these positive trends to continue on the path to monetization for the popular mode. That said, Creative mode does generate higher hosting costs relative to Battle Royal.

- We now expect Platform revenue of $61 million in 3Q19 versus the initial forecast of $29 million reflecting more PC title releases on the Epic Games Store.

- Forecasted people costs in 3Q19 reflect our continued success in attracting top talent, as well as employees from recent acquisitions – roughly 140 from Psyonix, 35 from Houseparty, and 15 from Twin Motion. We expect to end 3Q19 with approximately 1,830 employees globally.

### 2019 Outlook:

- We have lowered our initial full year expectations for *Fortnite* revenue by 3% to $4.0 billion to reflect recent trends. Various strategic initiatives can drive upside to this base forecast including monetization in Creative Mode, geographic localization and expansion, GAPP approval in China, new game modes, and funnel optimization.
  - We now expect 2019 consolidated revenue of $4.5 billion with Games revenue of $4.1 billion, Engine revenue of $105 million, Platform revenue of $217 million, and Merchandise & Other revenue of $36m.

- We are now expecting user acquisition costs of approximately $268 million for 2019 versus the initial plan of $214 million reflecting the increased counter-programming against *Apex Legends* and the Support-a-Creator promotion back in February.

- We are also now expecting our hosting cost to reach $262 million for 2019, primarily driven by Creative mode and higher MAU levels relative to our initial forecast. Increased hosting costs from Creative mode are due to longer play sessions and the higher costs of hosting player-owned islands.

- We continue to aggressively build out a portfolio of curated titles to ramp up the Epic Game Store (EGS). We now have more than 100 new exclusive PC titles covering a significant breadth of key games coming to market. This brings minimum guarantee total for EGS to approximately $1.0 billion – we estimate that we will recoup about 60-70% of total MG across the portfolio.

- Attracting talent will continue to be a key focus as we further scale out our businesses. We are now forecasting an increase of 880 employees this year to reach approximately 1,940 by the end of 2019.

- Our Esports strategy for *Fortnite* continues to evolve. Following the World Cup tournament, we are kicking off the *Fortnite Champion Series* featuring a persistent leaderboard where players can track their progress towards becoming the Seasonal Champion in each of the server regions. We also plan to feature a series of tournaments that shine a light on events organized and led by members of the *Fortnite* content creator community from around the globe.

- We now expect EBITDA for 2019 to be $1.0 billion, 30% below our initial plan of $1.4 billion owing to higher cost of sales, as well as higher operating expenses, particularly with people and outsourcing costs.

Epic Games – *Fortnite* KPIs (Jan-18 to Jun-19)



Epic Games – Treasury Update – Cash Balance as of June 30th: $2.3 Billion
Cash Held by Institution



- Cash balances are diversified across banks, with no one institution having more than half of our cash balance.
- Approximately 94% of our cash is held in USD and 4% in EUR.
- 63% of our cash is held by Epic Games Inc. with 37% of cash being held by our international subsidiaries.
- The majority of our cash is in low risk money market accounts where it is earning interest at an annual rate of between 1.1% and 2.0%.

CONFIDENTIAL

PX-2463.3

EPIC_03349866

## Epic Games - Monthly Income Statement 2Q19 Actuals and 3Q19 Forecast

| | Actuals | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| | Apr-19A | May-19A | Jun-19A | Jul-19F | Aug-19F | Sep-19F | 2Q19 | 3Q19F |
| Fortnite | $321.4 | $400.6 | $272.0 | $270.1 | $291.4 | $240.3 | $1,014.0 | $802.4 |
| Other | | $4.0 | $11.8 | $19.6 | $17.7 | $16.0 | $15.8 | $53.3 |
| Game Revenue | $321.4 | $404.5 | $283.8 | $289.7 | $309.1 | $256.9 | $1,029.8 | $855.7 |
| Game License & Royalties | $5.6 | $9.6 | $6.3 | $5.1 | $10.2 | $16.6 | $21.5 | $30.9 |
| Enterprise | $0.2 | $0.4 | $0.9 | $0.3 | $0.3 | $2.1 | $1.5 | $2.9 |
| Engine Revenue | $5.8 | $10.0 | $7.2 | $5.4 | $10.5 | $17.6 | $23.0 | $33.6 |
| UE Asset Marketplace | $0.8 | $0.7 | $0.5 | $0.5 | $0.5 | $0.5 | $2.0 | $1.5 |
| Epic Games Store | $17.0 | $8.6 | $8.9 | $3.5 | $13.7 | $41.8 | $34.5 | $59.0 |
| Platform Revenue | $17.8 | $9.3 | $9.4 | $4.0 | $14.2 | $42.3 | $36.5 | $60.5 |
| Merchandise/Other | $0.2 | $0.6 | $14.3 | $6.2 | | $0.6 | $15.0 | $6.2 |
| **Total Gross Revenue** | **$345.2** | **$444.4** | **$314.6** | **$305.3** | **$333.8** | **$319.5** | **$1,104.3** | **$956.0** |
| 1st Party Platform Royalties | ($91.2) | ($121.5) | ($78.9) | ($77.7) | ($103.8) | ($88.3) | ($292.0) | ($269.8) |
| Hosting | ($21.5) | ($33.6) | ($20.7) | ($22.3) | ($22.0) | ($21.4) | ($65.9) | ($65.8) |
| Player Support | ($3.0) | ($6.9) | ($4.7) | ($4.5) | ($4.7) | ($4.3) | ($15.3) | ($13.5) |
| UA | ($14.1) | ($19.6) | ($12.2) | ($16.5) | ($13.9) | ($24.2) | ($45.9) | ($53.7) |
| Payment Processing Fees | ($2.4) | ($3.1) | ($1.8) | ($1.3) | ($2.4) | ($3.6) | ($7.2) | ($7.3) |
| 3rd Party Royalties | ($24.2) | ($25.0) | ($22.2) | ($21.5) | ($24.4) | ($46.5) | ($71.4) | ($105.5) |
| Esports Costs | ($6.2) | ($5.5) | ($6.4) | ($113.0) | ($15.6) | ($12.0) | ($18.1) | ($140.0) |
| Cost of Sales | ($163.8) | ($205.3) | ($146.8) | ($256.3) | ($196.3) | ($200.3) | ($515.9) | ($655.9) |
| **Gross Income** | **$181.4** | **$239.1** | **$167.9** | **$49.1** | **$137.6** | **$119.5** | **$588.4** | **$300.1** |
| Gross Margin | 52.5% | 53.8% | 53.4% | 16.1% | 41.2% | 36.8% | 53.3% | 31.4% |
| People | ($18.0) | ($19.6) | ($21.5) | ($23.8) | ($24.5) | ($26.0) | ($59.7) | ($73.9) |
| Outsourcing | ($6.1) | ($7.5) | ($7.9) | ($9.1) | ($9.2) | ($8.2) | ($21.5) | ($24.5) |
| Marketing | ($3.3) | ($2.6) | ($14.4) | ($3.3) | ($3.3) | ($3.3) | ($20.2) | ($9.8) |
| IT | ($2.0) | ($6.4) | ($2.6) | ($4.0) | ($4.0) | ($4.1) | ($11.0) | ($12.1) |
| Consulting | ($0.5) | ($0.7) | ($3.1) | ($1.2) | ($1.2) | ($1.2) | ($4.8) | ($3.6) |
| Legal & Accounting | ($1.3) | ($2.4) | ($5.9) | ($3.0) | ($2.7) | ($2.0) | ($10.2) | ($7.7) |
| Travel & Entertainment | ($1.4) | ($1.4) | ($1.7) | ($2.0) | ($1.6) | ($1.7) | ($4.4) | ($6.3) |
| Facilities | ($1.2) | ($1.1) | ($1.6) | ($1.5) | ($1.6) | ($1.6) | ($3.9) | ($4.7) |
| Other | ($2.1) | ($1.7) | ($2.1) | ($1.5) | ($1.5) | ($1.5) | ($5.9) | ($4.5) |
| **Total Operating Expense** | **($36.1)** | **($43.3)** | **($60.7)** | **($48.3)** | **($48.7)** | **($48.9)** | **($142.1)** | **($146.0)** |
| **EBIT excl. Bonus** | **$143.3** | **$195.8** | **$107.2** | **$0.7** | **$88.9** | **$64.6** | **$446.3** | **$154.2** |
| EBIT excl. Bonus Margin | 41.5% | 44.1% | 34.1% | 0.2% | 26.6% | 20.4% | 40.4% | 16.1% |
| Bonus | ($3.9) | ($5.1) | ($43.9) | | ($100.0) | | ($142.8) | ($100.0) |
| **EBIT** | **$139.4** | **$190.7** | **$63.3** | **$0.7** | **($11.1)** | **$64.6** | **$303.5** | **$54.2** |
| EBIT Margin | 40.4% | 22.7% | 20.1% | 0.2% | (3.3%) | 20.4% | 27.5% | 5.7% |
| **EBITDA** | **$139.9** | **$191.4** | **$63.8** | **$1.1** | **($10.7)** | **$65.0** | **$305.0** | **$55.4** |
| EBITDA Margin | 40.5% | 22.8% | 20.3% | 0.4% | (3.2%) | 20.6% | 27.6% | 5.8% |
| Head Count | 1,371 | 1,429 | 1,666 | 1,738 | 1,793 | 1,828 | 1,666 | 1,828 |

## Epic Games - Quarterly 2018 and 2019 Forecast

| | Actuals | | | | Forecast | | | | Annual View | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19F | 4Q19F | 2018 | 2019F |
| Fortnite | $732 | $1,473 | $1,619 | $1,601 | $1,195 | $1,014 | $802 | $1,098 | $5,477 | $4,024 |
| Other | $5 | ($1) | $0 | $0 | | $16 | $53 | $49 | $8 | $117 |
| Game Revenue | $799 | $1,473 | $1,620 | $1,601 | $1,195 | $1,030 | $855 | $1,148 | $5,484 | $4,141 |
| Game License & Royalties | $30 | $31 | $14 | $34 | $12 | $21 | $31 | $32 | $108 | $97 |
| Enterprise | $3 | $2 | $4 | $1 | $2 | $1 | $2 | $1 | $9 | $7 |
| Engine Revenue | $33 | $33 | $18 | $35 | $15 | $23 | $34 | $33 | $118 | $103 |
| UE Asset Marketplace | $1 | $2 | $1 | $2 | $1 | $2 | $2 | $2 | $6 | $7 |
| Epic Games Store | | | | $2 | $27 | $35 | $59 | $90 | $2 | $211 |
| Platform Revenue | $1 | $2 | $1 | $3 | $28 | $37 | $61 | $92 | $7 | $217 |
| Merchandise/Other | $0 | $1 | $0 | $17 | $10 | $15 | $6 | $3 | $18 | $35 |
| **Total Gross Revenue** | **$925.2** | **$1,508.3** | **$1,639.1** | **$1,655.2** | **$1,191.4** | **$1,104.3** | **$955.4** | **$1,277.1** | **$5,637.9** | **$4,499.3** |
| 1st Party Platform Royalties | ($207) | ($389) | ($430) | ($413) | ($306) | ($292) | ($270) | ($321) | ($1,439) | ($1,188) |
| Hosting | ($34) | ($68) | ($71) | ($49) | ($68) | ($66) | ($66) | ($61) | ($155) | ($262) |
| Player Support | ($2) | ($3) | ($5) | ($13) | ($12) | ($15) | ($14) | ($13) | ($25) | ($55) |
| UA | ($13) | ($27) | ($42) | ($66) | ($35) | ($46) | ($54) | ($70) | ($147) | ($268) |
| Payment Processing Fees | ($5) | ($12) | ($10) | ($9) | ($7) | ($7) | ($7) | ($9) | ($37) | ($30) |
| 3rd Party Royalties | ($1) | ($1) | ($6) | ($6) | ($48) | ($71) | ($106) | ($183) | ($14) | ($408) |
| Esports Costs | | | | ($14) | ($5) | ($18) | ($140) | ($53) | ($14) | ($200) |
| Cost of Sales | ($264) | ($464) | ($550) | ($561) | ($540) | ($516) | ($656) | ($690) | ($1,879) | ($2,409) |
| **Gross Income** | **$569** | **$2,034** | **$1,071** | **$1,096** | **$645** | **$588** | **$300** | **$567** | **$3,752** | **$2,089** |
| Gross Margin | 82.9% | 67.9% | 65.4% | 66.2% | 52.5% | 53.3% | 31.4% | 48.0% | 66.7% | 46.4% |
| People | ($21) | ($33) | ($39) | ($46) | ($52) | ($56) | ($74) | ($79) | ($150) | ($265) |
| Outsourcing | ($5) | ($9) | ($10) | ($16) | ($20) | ($21) | ($25) | ($25) | ($42) | ($91) |
| Marketing | ($9) | ($19) | ($27) | ($27) | ($12) | ($20) | ($10) | ($14) | ($82) | ($56) |
| IT | ($4) | ($5) | ($8) | ($11) | ($11) | ($12) | ($12) | ($12) | ($28) | ($47) |
| Consulting | ($1) | ($3) | ($3) | ($2) | ($2) | ($5) | ($4) | ($4) | ($8) | ($15) |
| Legal & Accounting | ($1) | ($22) | ($3) | ($14) | ($5) | ($10) | ($8) | ($8) | ($39) | ($35) |
| Travel & Entertainment | ($2) | ($2) | ($2) | ($4) | ($4) | ($4) | ($6) | ($6) | ($10) | ($19) |
| Facilities | ($2) | ($2) | ($3) | ($2) | ($3) | ($4) | ($5) | ($5) | ($9) | ($17) |
| Other | ($2) | ($3) | ($3) | ($3) | ($4) | ($6) | ($5) | ($5) | ($13) | ($18) |
| **Total Operating Expense** | **($50)** | **($98)** | **($97)** | **($124)** | **($110)** | **($142)** | **($146)** | **($155)** | **($378)** | **($561)** |
| **EBIT excl. Bonus** | **$551** | **$936** | **$975** | **$972** | **$469** | **$446** | **$154** | **$430** | **$3,374** | **$1,528** |
| EBIT excl. Bonus Margin | 60.0% | 61.4% | 59.5% | 56.7% | 42.9% | 40.4% | 16.1% | 32.7% | 60.0% | 34.0% |
| Bonus | ($3) | ($135) | ($144) | ($202) | ($152) | ($143) | ($100) | ($100) | ($482) | ($523) |
| **EBIT** | **$558** | **$791** | **$831** | **$770** | **$317** | **$301** | **$54** | **$330** | **$2,892** | **$1,005** |
| EBIT Margin | 60.0% | 52.5% | 50.7% | 46.5% | 27.3% | 27.5% | 5.7% | 25.9% | 44.4% | 22.3% |
| **EBITDA** | **$556** | **$792** | **$829** | **$771** | **$318** | **$305** | **$55** | **$330** | **$2,900** | **$1,010** |
| EBITDA Margin | 61.2% | 52.4% | 50.3% | 46.6% | 27.4% | 27.6% | 5.8% | 29.8% | 44.4% | 22.5% |
| Head Count | 756 | 853 | 938 | 1,063 | 1,312 | 1,666 | 1,828 | 1,843 | 1,063 | 1,843 |

PX-2463.4

CONFIDENTIAL

EPIC_03349867

### Epic Games - Balance Sheet

| (in millions of US$) | 6/30/2018 | 9/30/2018 | 12/31/2018 | 3/31/2019 | 6/30/2019 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | 1,119.9 | 1,921.4 | 2,538.4 | 2,774.2 | 2,275.3 |
| Accounts receivable | 618.9 | 643.5 | 766.8 | 489.6 | 458.0 |
| Prepaids and other current assets | 16.4 | 19.2 | 46.1 | 271.9 | 448.0 |
| **Total Current Assets** | 1,755.2 | 2,584.1 | 3,351.3 | 3,535.7 | 3,181.3 |
| **Non-Current Assets** | | | | | |
| Property and equipment, net | 53.5 | 57.0 | 61.1 | 74.1 | 92.7 |
| Goodwill | 1.7 | 1.7 | 40.8 | 147.8 | 780.3 |
| Intangible assets, net | 0.3 | 0.4 | 0.5 | 0.3 | 11.3 |
| CSV of life insurance | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Investments | 5.3 | 5.3 | 0.8 | 0.8 | 2.7 |
| Deferred tax asset | 0.2 | 0.2 | 75.7 | 75.7 | 17.5 |
| Other assets | 2.1 | 2.3 | 3.4 | 2.2 | 27.8 |
| **Total Non-Current Assets** | 66.0 | 69.8 | 185.2 | 303.8 | 935.2 |
| **TOTAL ASSETS** | 1,821.3 | 2,653.9 | 3,536.5 | 3,839.5 | 4,116.5 |
| **LIABILITIES** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | 3.0 | 32.3 | 32.4 | 85.9 | 114.5 |
| Accrued expenses | 31.4 | 25.1 | 67.5 | 94.4 | 67.1 |
| Income tax Payable | 14.1 | - | - | - | - |
| Current portion of deferred revenue | 2.3 | 2.7 | 108.8 | 108.9 | 220.9 |
| **Total Current Liabilities** | 50.9 | 60.1 | 208.7 | 289.2 | 402.5 |
| **Long Term Liabilities** | | | | | |
| Deferred revenue, less current | 19.3 | 19.1 | 20.6 | 20.5 | 53.5 |
| Loan payable, long-term | 1.6 | 1.5 | 3.5 | 3.6 | 3.6 |
| Other liabilities | - | - | - | - | 7.4 |
| **Total Long Term Liabilities** | 20.9 | 20.6 | 24.1 | 24.1 | 64.5 |
| **TOTAL LIABILITIES** | 71.8 | 80.7 | 232.8 | 313.3 | 467.0 |
| **EQUITY** | | | | | |
| Common stock | 0.0 | 0.0 | - | - | - |
| Additional paid-in-capital | 489.9 | 501.6 | 697.0 | 647.1 | 1,815.7 |
| Unrealized FX gain/loss | (1.1) | (0.9) | (1.2) | (0.3) | 0.5 |
| Retained earnings | 1,260.6 | 2,072.4 | 2,607.9 | 2,879.6 | 1,833.3 |
| **Total Equity** | 1,749.5 | 2,573.1 | 3,303.7 | 3,526.4 | 3,649.5 |
| **TOTAL LIABILITIES AND EQUITY** | 1,821.3 | 2,653.8 | 3,536.5 | 3,839.7 | 4,116.5 |

CONFIDENTIAL                                                                 EPIC_03349868

## Epic Games - Cash Flow

| (in millions of US$) | 3 Months ended 6/30/2018 | 3 Months ended 6/30/2019 | 6 Months ended 6/30/2018 | 6 Months ended 6/30/2019 |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Net income | 765.5 | 257.8 | 1,265.5 | 552.2 |
| Non-cash flow adjustments | 0.9 | 7.4 | 2.3 | 16.0 |
| Net changes in working capital | (214.9) | (182.2) | (543.1) | (70.6) |
| Net cash provided by (used in) operating activities | 551.5 | 83.0 | 724.7 | 497.6 |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | (23.2) | (18.2) | (26.7) | (28.0) |
| Investment in affiliate | - | (1.9) | 0.8 | (1.9) |
| Acquisition of business, net of cash acquired | - | (563.4) | - | (618.5) |
| Net cash (used in) investing activities | (23.2) | (583.5) | (25.8) | (648.4) |
| **Cash Flows from financing activities** | | | | |
| Proceeds from line of credit | (15.1) | - | (15.0) | - |
| Share buyback | - | 0.8 | - | (113.6) |
| Proceeds from stock issuance | 39.4 | - | 339.4 | - |
| Proceeds from exercise of stock options | 0.5 | - | 0.5 | - |
| Net cash provided by (used in) financing activities | 24.8 | 0.8 | 324.8 | (113.6) |
| Exchange differences on cash and cash equivalents | (0.3) | 0.8 | (0.3) | 1.3 |
| Net change in cash and cash equivalents | 552.8 | (498.9) | 1,023.4 | (263.1) |
| **Cash and cash equivalents (inclusive of marketable securities)** | | | | |
| Beginning of period | 567.1 | 2,774.2 | 96.5 | 2,538.4 |
| End of period | 1,119.9 | 2,275.3 | 1,119.9 | 2,275.3 |

CONFIDENTIAL
PX-2463.6

EPIC_03349869

**Confidential**
*Epic Games Board Only*

Epic Games – 2Q19 Business Report

Epic Board,

Epic generated $1.1 billion of gross revenue in 2Q19. *Fortnite* reached 63 million MAUs and contributed $1.0 billion in revenue. The Fortnite World Cup tournament recently wrapped up in New York City where the first Fortnite World Cup Champions were crowned after 10 weeks of online tournaments - over 40 million players participated, 200 qualified, and over 2.3 million peak viewers watched live on YouTube and Twitch alone.

More recently, we successfully released Battle Pass Season X on August 1 with DAUs jumping to 26 million following the positive momentum from the World Cup.

**Highlights**:

- **Total gross revenue in 2Q19 was $1.1 billion down 27% YoY.** Year-to-date gross revenue was $2.3 billion.

- **Game revenue in 2Q19 was $1.0 billion, 93% of total gross revenue.** Year-to-date game revenue was $2.1 billion, representing 94% of revenue.
  - *Fortnite* generated $1.0 billion in revenue during the quarter – [REDACTED]

- **Engine revenue in 2Q19 was $23 million.** Year-to-date engine revenue was $38 million.
  - Engine License & Royalty revenue of $21.5 million in 2Q19 represented 93% of total engine revenue.
  - Engine Enterprise contributed $1.5 million in 2Q19.

- **Platform revenue in 2Q19 was $37 million.** Year-to-date platform revenue was $65 million.
  - Engine Marketplace contributed $2.0 million. Year-to-date engine marketplace revenue was $3.4 million.
  - Epic Game Store contributed $35 million. Year-to-date EGS revenue was $62 million. The EGS in the quarter was driven by the Epic Mega Sale and key titles launches [REDACTED]

- **EBITDAB in 2Q19 was $448 million.** Year-to-date EBITDAB through June was $946 million. Gross margin for the quarter was 53.3% compared to year-to-date gross margin of 53.1%. Operating expenses were $142 million for the quarter, while year-to-date operating expenses were $258 million. 2Q19 operating expenses were up 22% QoQ, due to increases in hiring, M&A, and E3 marketing expenses. EBIT in 2Q19 was $304 million and year-to-date EBIT through June was $621 million.

- **Cash balance was $2.3 billion as of June 30th, down $0.5 billion from $2.8 billion in 1Q19.** The decrease in cash reflects the acquisition of Psyonix and House Party acquisitions. Accounts Receivable at quarter end was $457 million, down from $490 million in 1Q19.

PX-2463.7

CONFIDENTIAL                                                                 EPIC_03349870

**Confidential**
**Epic Games Board Only**



Epic Games – Treasury Update – Cash Balance as of June 30th: $2.3 Billion
Cash Held by Institution



- JP Morgan
- RBC
- Suntrust
- Wells Fargo
- BB&T
- 5/3
- Paypal
- ING
- HSB
- Bank of China
- Korea Exchange Bank
- Unicredit Bank Serbia
- Hyperwallet
- Japan Mizuho Bank
- SVB
- Petty Cash
- UBS

- Cash balances are diversified across banks, with no one institution having more than half of our cash balance.
- Approximately 94% of our cash is held in USD and 4% in EUR.
- 63% of our cash is held by Epic Games Inc, with 37% of cash being held by our international subsidiaries.
- The majority of our cash is in low risk money market accounts where it is earning interest at an annual rate of between 1.1% and 2.0%.

2

PX-2463.8

**Confidential**
**Epic Games Board Only**

## Epic Games – Non-GAAP Income Statement

($ in millions)

|  | Jun-19 | Jun-18 | %Δ | 2Q19 | 2Q18 | %Δ |
|---|---|---|---|---|---|---|
| Fortnite | $272.0 | $442.1 | -38% | $1,014.0 | $1,474.1 | -31% |
| Other | 11.8 | 0.0 | - | 15.8 | (0.7) | - |
| **Game Revenue** | **$283.8** | **$442.1** | **-36%** | **$1,029.8** | **$1,473.5** | **-30%** |
| Game License & Royalties | $6.3 | $4.8 | 31% | $21.5 | $31.0 | -31% |
| Enterprise | 0.9 | 0.2 | 270% | 1.5 | 1.5 | -4% |
| **Engine Revenue** | **$7.2** | **$5.0** | **42%** | **$23.0** | **$32.6** | **-29%** |
| UE Asset Marketplace | $0.5 | $0.7 | -23% | $2.0 | $1.5 | 29% |
| Epic Games Store | 8.9 |  | - | 34.5 | - | - |
| **Platform Revenue** | **$9.4** | **$0.7** | **-** | **$36.5** | **$1.5** | **-** |
| **Merchandise/Other** | **$14.3** | **$0.3** | **-** | **$15.0** | **$0.7** | **-** |
| **Total Gross Revenue** | **$314.6** | **$448.2** | **-30%** | **$1,104.3** | **$1,508.3** | **-27%** |
| 1st Party Platform Royalties | ($78.8) | ($117.5) | -33% | ($292.0) | ($389.4) | -25% |
| Hosting | (20.7) | (17.9) | 15% | (65.9) | (52.9) | 24% |
| Player Support | (4.7) | (0.7) | 532% | (15.3) | (2.6) | 493% |
| UA | (12.2) | (12.2) | 0% | (45.9) | (26.5) | 73% |
| Payment Processing Fees | (1.8) | (3.1) | -43% | (7.2) | (11.6) | -38% |
| 3rd Party Royalties | (22.2) | (0.3) | - | (71.4) | (1.0) | - |
| Esports Cost | (6.4) | - | - | (18.1) | - | - |
| **Cost of Sales** | **($146.8)** | **($151.8)** | **-3%** | **($515.9)** | **($484.1)** | **7%** |
| **Gross Income** | **$167.9** | **$296.4** | **-43%** | **$588.4** | **$1,024.2** | **-43%** |
| *Gross Margin* | *53.4%* | *66.1%* | - | *53.3%* | *67.9%* | - |
| People | ($21.5) | ($10.9) | 98% | ($59.7) | ($33.0) | 81% |
| Outsourcing | (7.9) | (1.9) | 328% | (21.6) | (8.9) | 143% |
| Marketing | (14.4) | (14.8) | -3% | (20.2) | (18.9) | 7% |
| IT | (2.6) | (1.8) | 43% | (11.6) | (5.2) | 123% |
| Consulting | (3.1) | (0.5) | 512% | (4.8) | (2.6) | 81% |
| Legal & Accounting | (5.9) | (0.3) | 1957% | (10.2) | (21.8) | -53% |
| Travel & Entertainment | (1.7) | (0.9) | 82% | (4.4) | (2.3) | 93% |
| Facilities | (1.5) | (0.6) | 154% | (3.8) | (1.9) | 98% |
| Other | (2.1) | (1.7) | 24% | (5.9) | (3.5) | 70% |
| **Total Operating Expense** | **($60.7)** | **($33.3)** | **82%** | **($142.1)** | **($98.1)** | **45%** |
| **EBIT excl. Bonus** | **$107.2** | **$263.1** | **-59%** | **$446.3** | **$926.1** | **-52%** |
| *EBIT excl. Bonus Margin* | *34.1%* | *58.7%* | - | *40.4%* | *61.4%* | - |
| Bonus | ($43.9) | ($0.9) | - | ($142.8) | ($135.0) | - |
| **EBIT** | **$63.3** | **$262.2** | **-76%** | **$303.5** | **$791.1** | **-62%** |
| *EBIT Margin* | *20.1%* | *58.5%* | - | *27.5%* | *52.5%* | - |
| **EBITDA** | **$63.8** | **$261.2** | **-76%** | **$305.0** | **$789.7** | **-61%** |
| *EBITDA Margin* | *20.3%* | *58.3%* | - | *27.6%* | *52.4%* | - |
| **Head Count** | **1,666** | **853** | **95%** | **1,666** | **853** | **95%** |

PX-2463.9

CONFIDENTIAL

EPIC_03349872

*Confidential*
*Epic Games Board Only*

### Epic Games – Balance Sheet

| (in millions of US$) | 6/30/2018 | 9/30/2018 | 12/31/2018 | 3/31/2019 | 6/30/2019 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | 1,119.9 | 1,921.4 | 2,538.4 | 2,774.2 | 2,275.3 |
| Accounts receivable | 618.9 | 643.5 | 766.8 | 489.6 | 458.0 |
| Prepaids and other current assets | 16.4 | 19.2 | 46.1 | 271.9 | 448.0 |
| **Total Current Assets** | 1,755.2 | 2,584.1 | 3,351.3 | 3,535.7 | 3,181.3 |
| | | | | | |
| **Non-Current Assets** | | | | | |
| Property and equipment, net | 53.5 | 57.0 | 61.1 | 74.1 | 92.7 |
| Goodwill | 1.7 | 1.7 | 40.8 | 147.8 | 780.3 |
| Intangible assets, net | 0.3 | 0.4 | 0.5 | 0.3 | 11.3 |
| CSV of life insurance | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Investments | 5.3 | 5.3 | 0.8 | 0.8 | 2.7 |
| Deferred tax asset | 0.2 | 0.2 | 75.7 | 75.7 | 17.5 |
| Other assets | 2.1 | 2.3 | 3.4 | 2.2 | 27.8 |
| **Total Non-Current Assets** | 66.0 | 69.8 | 185.2 | 303.8 | 935.2 |
| | | | | | |
| **TOTAL ASSETS** | 1,821.3 | 2,653.9 | 3,536.5 | 3,839.5 | 4,116.5 |
| | | | | | |
| **LIABILITIES** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | 3.0 | 32.3 | 32.4 | 85.9 | 114.5 |
| Accrued expenses | 31.4 | 25.1 | 67.5 | 94.4 | 67.1 |
| Income tax Payable | 14.1 | - | - | - | - |
| Current portion of deferred revenue | 2.3 | 2.7 | 108.8 | 108.9 | 220.9 |
| **Total Current Liabilities** | 50.9 | 60.1 | 208.7 | 289.2 | 402.5 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Deferred revenue, less current | 19.3 | 19.1 | 20.6 | 20.5 | 53.5 |
| Loan payable, long-term | 1.6 | 1.5 | 3.5 | 3.6 | 3.6 |
| Other liabilities | - | - | - | - | 7.4 |
| **Total Long Term Liabilities** | 20.9 | 20.6 | 24.1 | 24.1 | 64.5 |
| | | | | | |
| **TOTAL LIABILITIES** | 71.8 | 80.7 | 232.8 | 313.3 | 467.0 |
| | | | | | |
| **EQUITY** | | | | | |
| Common stock | 0.0 | 0.0 | - | - | - |
| Additional paid-in-capital | 489.9 | 501.6 | 697.0 | 647.1 | 1,815.7 |
| Unrealized FX gain/loss | (1.1) | (0.9) | (1.2) | (0.3) | 0.5 |
| Retained earnings | 1,260.6 | 2,072.4 | 2,607.9 | 2,879.6 | 1,833.3 |
| **Total Equity** | 1,749.5 | 2,573.1 | 3,303.7 | 3,526.4 | 3,649.5 |
| | | | | | |
| **TOTAL LIABILITIES AND EQUITY** | 1,821.3 | 2,653.8 | 3,536.5 | 3,839.7 | 4,116.5 |

PX-2463.10

CONFIDENTIAL                                                                                          EPIC_03349873

**Confidential**
**Epic Games Board Only**

| Epic Games – Cash Flow Statement | | | | |
|---|---|---|---|---|
| (in millions of US$) | 3 Months ended 6/30/2018 | 3 Months ended 6/30/2019 | 6 Months ended 6/30/2018 | 6 Months ended 6/30/2019 |
| **Cash flows from operating activities** | | | | |
| Net income | 765.5 | 257.8 | 1,265.5 | 552.2 |
| Non-cash flow adjustments | 0.9 | 7.4 | 2.3 | 16.0 |
| Net changes in working capital | (214.9) | (182.2) | (543.1) | (70.6) |
| Net cash provided by (used in) operating activities | 551.5 | 83.0 | 724.7 | 497.6 |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | (23.2) | (18.2) | (26.7) | (28.0) |
| Investment in affiliate | - | (1.9) | 0.8 | (1.9) |
| Acquisition of business, net of cash acquired | - | (563.4) | - | (618.5) |
| Net cash (used in) investing activities | (23.2) | (583.5) | (25.8) | (648.4) |
| **Cash Flows from financing activities** | | | | |
| Proceeds from line of credit | (15.1) | - | (15.0) | - |
| Share buyback | - | 0.8 | - | (113.6) |
| Proceeds from stock issuance | 39.4 | - | 339.4 | - |
| Proceeds from exercise of stock options | 0.5 | - | 0.5 | - |
| Net cash provided by (used in) financing activities | 24.8 | 0.8 | 324.8 | (113.6) |
| Exchange differences on cash and cash equivalents | (0.3) | 0.8 | (0.3) | 1.3 |
| Net change in cash and cash equivalents | 552.8 | (498.9) | 1,023.4 | (263.1) |
| **Cash and cash equivalents (inclusive of marketable securities)** | | | | |
| Beginning of period | 567.1 | 2,774.2 | 96.5 | 2,538.4 |
| End of period | 1,119.9 | 2,275.3 | 1,119.9 | 2,275.3 |

PX-2463.11

CONFIDENTIAL                                                                                    EPIC_03349874

**Confidential**
*Epic Games Board Only*

## Epic Games – 2Q19 Business Report

Epic Board,

Epic generated $1.1 billion of gross revenue in 2Q19. *Fortnite* reached 63 million MAUs and contributed $1.0 billion in revenue. The Fortnite World Cup tournament recently wrapped up in New York City where the first Fortnite World Cup Champions were crowned after 10 weeks of online tournaments - over 40 million players participated, 200 qualified, and over 2.3 million peak viewers watched live on YouTube and Twitch alone.

More recently, we successfully released Battle Pass Season X on August 1 with DAUs jumping to 26 million following the positive momentum from the World Cup.

**Highlights**:

- **Total gross revenue in 2Q19 was $1.1 billion down 27% YoY.** Year-to-date gross revenue was $2.3 billion.

- **Game revenue in 2Q19 was $1.0 billion, 93% of total gross revenue.** Year-to-date game revenue was $2.1 billion, representing 94% of revenue.

  - *Fortnite* generated $1.0 billion in revenue during the quarter – [REDACTED]

- **Engine revenue in 2Q19 was $23 million.** Year-to-date engine revenue was $38 million.

  - Engine License & Royalty revenue of $21.5 million in 2Q19 represented 93% of total engine revenue. [REDACTED]

  - Engine Enterprise contributed $1.5 million in 2Q19. [REDACTED]

- **Platform revenue in 2Q19 was $37 million.** Year-to-date platform revenue was $65 million.

  - Engine Marketplace contributed $2.0 million. Year-to-date engine marketplace revenue was $3.4 million.

  - Epic Game Store contributed $35 million. Year-to-date EGS revenue was $62 million. As of June 30th, EGS had more than 30 exclusive PC titles live with cumulative net revenue to developers representing roughly 25% of the running MG total, up from 20% in the prior quarter. The EGS in the quarter was driven by the Epic Mega Sale and key titles launches [REDACTED]

- **EBITDAB in 2Q19 was $448 million.** Year-to-date EBITDAB through June was $946 million. Gross margin for the quarter was 53.3% compared to year-to-date gross margin of 53.1%. Operating expenses were $142 million for the quarter, while year-to-date operating expenses were $258 million. 2Q19 operating expenses were up 22% QoQ, due to increases in hiring, M&A, and E3 marketing expenses. EBIT in 2Q19 was $304 million and year-to-date EBIT through June was $621 million.

- **Cash balance was $2.3 billion as of June 30th, down $0.5 billion from $2.8 billion in 1Q19.** The decrease in cash reflects the acquisition of Psyonix and House Party acquisitions ($569 million combined total in June). Accounts Receivable at quarter end was $457 million, down from $490 million in 1Q19.

PX-2463.12

CONFIDENTIAL                                                                                                   EPIC_03349875

*Confidential*
*Epic Games Board Only*

**3Q19 Outlook**

- We currently expect *Fortnite* to generate $802 million in gross revenue in 3Q19, 28% lower than our initial forecast of $1.1 billion. This reflects softening payer conversion trends and a shift in timing for Season 11 from September to October, which means 3Q19 will have one season launch vs two in the year ago period.

- We continue to see strong growing engagement with *Fortnite Creative* where players increased 3% QoQ in 2Q19 and total hours played grew 18% QoQ. We expect these positive trends to continue on the path to monetization for the popular mode. That said, Creative mode does generate higher hosting costs relative to Battle Royal.

- We now expect Platform revenue of $61 million in 3Q19 versus the initial forecast of $29 million reflecting more PC title releases on the Epic Games Store.

- Forecasted people costs in 3Q19 reflect our continued success in attracting top talent, as well as employees from recent acquisitions – roughly 140 from Psyonix, 35 from Houseparty, and 15 from Twin Motion. We expect to end 3Q19 with approximately 1,830 employees globally.

**2019 Outlook**

- We have lowered our initial full year expectations for *Fortnite* revenue by 3% to $4.0 billion to reflect recent trends. Various strategic initiatives can drive upside to this base forecast including monetization in Creative Mode, geographic localization and expansion, GAPP approval in China, new game modes, and funnel optimization.
    - We now expect 2019 consolidated revenue of $4.5 billion with Games revenue of $4.1 billion, Engine revenue of $105 million, Platform revenue of $217 million, and Merchandise & Other revenue of $36m.

- We are now expecting user acquisition costs of approximately $268 million for 2019 versus the initial plan of $214 million reflecting the increased counter-programming against *Apex Legends* and the Support-a-Creator promotion back in February.

- We are also now expecting our hosting cost to reach $262 million for 2019, primarily driven by Creative mode and higher MAU levels relative to our initial forecast. Increased hosting costs from Creative mode are due to longer play sessions and the higher costs of hosting player-owned islands.

- We continue to aggressively build out a portfolio of curated titles to ramp up the Epic Game Store (EGS). We now have more than 100 new exclusive PC titles covering a significant breadth of key games coming to market. This brings minimum guarantee total for EGS to approximately $1.0 billion – we estimate that we will recoup about 60-70% of total MG across the portfolio.

- Attracting talent will continue to be a key focus as we further scale out our businesses. We are now forecasting an increase of 880 employees this year to reach approximately 1,940 by the end of 2019.

- Our Esports strategy for *Fortnite* continues to evolve. Following the World Cup tournament, we are kicking off the *Fortnite Champion Series* featuring a persistent leaderboard where players can track their progress towards becoming the Seasonal Champion in each of the server regions. We also plan to feature a series of tournaments that shine a light on events organized and led by members of the *Fortnite* content creator community from around the globe.

- We now expect EBITDA for 2019 to be $1.0 billion, 30% below our initial plan of $1.4 billion owing to higher cost of sales, as well as higher operating expenses, particularly with people and outsourcing costs.

PX-2463.13

CONFIDENTIAL                                                                                             EPIC_03349876

**Confidential**
**Epic Games Board Only**

## Epic Games – *Fortnite* KPIs (Jan-18 to Jun-19)



## Epic Games – Treasury Update – Cash Balance as of June 30th: $2.3 Billion
### Cash Held by Institution



- Cash balances are diversified across banks, with no one institution having more than half of our cash balance.
- Approximately 94% of our cash is held in USD and 4% in EUR.
- 63% of our cash is held by Epic Games Inc, with 37% of cash being held by our international subsidiaries.
- The majority of our cash is in low risk money market accounts where it is earning interest at an annual rate of between 1.1% and 2.0%.

PX-2463.14

CONFIDENTIAL                              EPIC_03349877

**Confidential**
**Epic Games Board Only**

## Epic Games - Monthly Income Statement 2Q19 Actuals and 3Q19 Forecast

|  | Actuals | | | Forecast | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Apr-19A | May-19A | Jun-19A | Jul-19F | Aug-19F | Sep-19F | 2Q19 | 3Q19F |
| Fortnite | $321.4 | $420.5 | $272.0 | $270.1 | $291.4 | $240.9 | $1,014.0 | $802.4 |
| Other | - | $4.0 | $11.8 | $19.6 | $17.7 | $16.0 | $15.8 | $53.3 |
| **Game Revenue** | **$321.4** | **$424.5** | **$283.8** | **$289.7** | **$309.1** | **$256.9** | **$1,029.8** | **$855.7** |
| Game License & Royalties | $5.6 | $9.6 | $6.3 | $5.1 | $10.2 | $15.6 | $21.5 | $30.9 |
| Enterprise | $0.2 | $0.4 | $0.9 | $0.3 | $0.3 | $2.1 | $1.5 | $2.6 |
| **Engine Revenue** | **$5.8** | **$10.0** | **$7.2** | **$5.4** | **$10.5** | **$17.6** | **$23.0** | **$33.6** |
| UE Asset Marketplace | $0.8 | $0.7 | $0.5 | $0.5 | $0.5 | $0.5 | $2.0 | $1.5 |
| Epic Games Store | $17.0 | $8.6 | $8.9 | $3.5 | $13.7 | $41.8 | $34.5 | $59.0 |
| **Platform Revenue** | **$17.8** | **$9.3** | **$9.4** | **$4.0** | **$14.2** | **$42.3** | **$36.5** | **$60.5** |
| **Merchandise/Other** | **$0.2** | **$0.6** | **$14.3** | **$6.2** | - | **$0.0** | **$15.0** | **$6.2** |
| **Total Gross Revenue** | **$345.2** | **$444.4** | **$314.6** | **$305.3** | **$333.8** | **$316.9** | **$1,104.3** | **$956.0** |
| 1st Party Platform Royalties | ($91.8) | ($121.5) | ($78.8) | ($77.7) | ($103.8) | ($88.3) | ($292.0) | ($269.8) |
| Hosting | ($21.5) | ($23.8) | ($20.7) | ($22.2) | ($22.0) | ($21.4) | ($65.9) | ($65.6) |
| Player Support | ($3.6) | ($6.9) | ($4.7) | ($4.6) | ($4.7) | ($4.3) | ($15.3) | ($13.6) |
| UA | ($14.1) | ($19.6) | ($12.2) | ($15.6) | ($13.9) | ($24.2) | ($45.9) | ($53.7) |
| Payment Processing Fees | ($2.4) | ($3.1) | ($1.8) | ($1.3) | ($2.4) | ($3.6) | ($7.2) | ($7.3) |
| 3rd Party Royalties | ($24.2) | ($25.0) | ($22.2) | ($21.9) | ($34.4) | ($49.6) | ($71.4) | ($105.9) |
| Esports Costs | ($6.2) | ($5.5) | ($6.4) | ($113.0) | ($15.0) | ($12.0) | ($18.1) | ($140.0) |
| **Cost of Sales** | **($163.8)** | **($205.3)** | **($146.8)** | **($256.3)** | **($196.3)** | **($203.3)** | **($515.9)** | **($655.9)** |
| **Gross Income** | **$181.4** | **$239.1** | **$167.9** | **$49.1** | **$137.6** | **$113.5** | **$588.4** | **$300.1** |
| *Gross Margin* | *52.5%* | *53.8%* | *53.4%* | *16.1%* | *41.2%* | *35.8%* | *53.3%* | *31.4%* |
| People | ($18.5) | ($19.6) | ($21.5) | ($23.8) | ($24.6) | ($25.3) | ($59.7) | ($73.8) |
| Outsourcing | ($6.1) | ($7.5) | ($7.9) | ($8.1) | ($8.2) | ($8.3) | ($21.6) | ($24.5) |
| Marketing | ($3.3) | ($2.5) | ($14.4) | ($3.3) | ($3.3) | ($3.3) | ($20.2) | ($9.8) |
| IT | ($2.6) | ($6.4) | ($2.6) | ($4.0) | ($4.0) | ($4.1) | ($11.6) | ($12.1) |
| Consulting | ($0.9) | ($0.7) | ($3.1) | ($1.2) | ($1.2) | ($1.2) | ($4.8) | ($3.6) |
| Legal & Accounting | ($1.9) | ($2.4) | ($5.9) | ($3.0) | ($2.7) | ($2.0) | ($10.2) | ($7.7) |
| Travel & Entertainment | ($1.4) | ($1.4) | ($1.7) | ($2.0) | ($1.6) | ($1.7) | ($4.4) | ($5.3) |
| Facilities | ($1.2) | ($1.1) | ($1.5) | ($1.5) | ($1.6) | ($1.6) | ($3.8) | ($4.7) |
| Other | ($2.1) | ($1.7) | ($2.1) | ($1.5) | ($1.5) | ($1.5) | ($5.9) | ($4.5) |
| **Total Operating Expense** | **($38.1)** | **($43.3)** | **($60.7)** | **($48.3)** | **($48.7)** | **($48.9)** | **($142.1)** | **($146.0)** |
| **EBIT excl. Bonus** | **$143.3** | **$195.8** | **$107.2** | **$0.7** | **$88.9** | **$64.6** | **$446.3** | **$154.2** |
| *EBIT excl. Bonus Margin* | *41.5%* | *44.1%* | *34.1%* | *0.2%* | *26.6%* | *20.4%* | *40.4%* | *16.1%* |
| Bonus | ($3.9) | ($95.1) | ($43.9) | - | ($100.0) | - | ($142.8) | ($100.0) |
| **EBIT** | **$139.4** | **$100.7** | **$63.3** | **$0.7** | **($11.1)** | **$64.6** | **$303.5** | **$54.2** |
| *EBIT Margin* | *40.4%* | *22.7%* | *20.1%* | *0.2%* | *(3.3%)* | *20.4%* | *27.5%* | *5.7%* |
| **EBITDA** | **$139.9** | **$101.4** | **$63.8** | **$1.1** | **($10.7)** | **$65.0** | **$305.0** | **$55.4** |
| *EBITDA Margin* | *40.5%* | *22.8%* | *20.3%* | *0.4%* | *(3.2%)* | *20.5%* | *27.6%* | *5.8%* |
| **Head Count** | **1,371** | **1,429** | **1,666** | **1,738** | **1,783** | **1,828** | **1,666** | **1,828** |

PX-2463.15

CONFIDENTIAL                                                                                                                              EPIC_03349878

**Confidential**
**Epic Games Board Only**

## Epic Games - Quarterly 2018 and 2019 Forecast

($ in millions)

|  | Actuals | | | | Forecast | | | | Annual View | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19F | 4Q19F | 2018 | 2019F |
| Fortnite | $782 | $1,474 | $1,619 | $1,601 | $1,109 | $1,014 | $802 | $1,098 | $5,477 | $4,024 |
| Other | $8 | ($1) | $0 | $0 | - | $16 | $53 | $48 | $8 | $117 |
| Game Revenue | $790 | $1,473 | $1,620 | $1,601 | $1,109 | $1,030 | $856 | $1,146 | $5,484 | $4,141 |
| Game License & Royalties | $30 | $31 | $14 | $34 | $12 | $21 | $31 | $32 | $109 | $97 |
| Enterprise | $3 | $2 | $4 | $1 | $2 | $1 | $3 | $1 | $9 | $7 |
| Engine Revenue | $33 | $33 | $18 | $35 | $15 | $23 | $34 | $33 | $118 | $105 |
| UE Asset Marketplace | $1 | $2 | $1 | $2 | $1 | $2 | $2 | $2 | $6 | $7 |
| Epic Games Store | - | - | - | $2 | $27 | $35 | $59 | $90 | $2 | $211 |
| Platform Revenue | $1 | $2 | $1 | $3 | $28 | $37 | $61 | $92 | $7 | $217 |
| Merchandise/Other | $0 | $1 | $0 | $17 | $10 | $15 | $6 | $5 | $18 | $36 |
| Total Gross Revenue | $824.2 | $1,508.3 | $1,639.1 | $1,656.2 | $1,161.4 | $1,104.3 | $956.0 | $1,277.1 | $5,627.8 | $4,498.7 |
| 1st Party Platform Royalties | ($207) | ($389) | ($430) | ($413) | ($305) | ($292) | ($270) | ($321) | ($1,439) | ($1,188) |
| Hosting | ($34) | ($53) | ($71) | ($41) | ($69) | ($66) | ($66) | ($61) | ($199) | ($262) |
| Player Support | ($2) | ($3) | ($8) | ($13) | ($12) | ($15) | ($14) | ($12) | ($25) | ($53) |
| UA | ($13) | ($27) | ($42) | ($65) | ($99) | ($46) | ($54) | ($70) | ($147) | ($268) |
| Payment Processing Fees | ($6) | ($12) | ($10) | ($9) | ($7) | ($7) | ($7) | ($9) | ($37) | ($30) |
| 3rd Party Royalties | ($1) | ($1) | ($6) | ($6) | ($48) | ($71) | ($106) | ($183) | ($14) | ($409) |
| Esports Costs | - | - | - | ($14) | ($8) | ($18) | ($140) | ($34) | ($14) | ($200) |
| Cost of Sales | ($264) | ($484) | ($568) | ($561) | ($548) | ($516) | ($656) | ($690) | ($1,876) | ($2,409) |
| Gross Income | $560 | $1,024 | $1,071 | $1,096 | $614 | $588 | $300 | $587 | $3,752 | $2,089 |
| Gross Margin | 68.0% | 67.9% | 65.4% | 66.2% | 52.8% | 53.3% | 31.4% | 46.0% | 66.7% | 46.4% |
| People | ($31) | ($33) | ($39) | ($46) | ($52) | ($60) | ($74) | ($79) | ($150) | ($265) |
| Outsourcing | ($8) | ($9) | ($10) | ($15) | ($20) | ($22) | ($25) | ($26) | ($42) | ($91) |
| Marketing | ($9) | ($19) | ($27) | ($27) | ($12) | ($20) | ($10) | ($14) | ($82) | ($56) |
| IT | ($4) | ($5) | ($6) | ($11) | ($11) | ($12) | ($12) | ($12) | ($26) | ($47) |
| Consulting | ($1) | ($3) | ($3) | ($2) | ($3) | ($5) | ($4) | ($4) | ($8) | ($16) |
| Legal & Accounting | ($1) | ($22) | ($3) | ($14) | ($6) | ($10) | ($8) | ($6) | ($39) | ($30) |
| Travel & Entertainment | ($2) | ($2) | ($2) | ($4) | ($4) | ($4) | ($5) | ($6) | ($10) | ($19) |
| Facilities | ($2) | ($2) | ($2) | ($2) | ($3) | ($4) | ($5) | ($5) | ($8) | ($17) |
| Other | ($2) | ($3) | ($5) | ($3) | ($4) | ($6) | ($5) | ($5) | ($13) | ($19) |
| Total Operating Expense | ($59) | ($98) | ($97) | ($124) | ($116) | ($142) | ($146) | ($157) | ($378) | ($561) |
| EBIT excl. Bonus | $501 | $926 | $975 | $972 | $497 | $446 | $154 | $430 | $3,374 | $1,528 |
| EBIT excl. Bonus Margin | 60.8% | 61.4% | 59.5% | 58.7% | 42.8% | 40.4% | 16.1% | 33.7% | 60.0% | 34.0% |
| Bonus | ($2) | ($135) | ($144) | ($202) | ($180) | ($143) | ($100) | ($100) | ($482) | ($523) |
| EBIT | $500 | $791 | $831 | $770 | $317 | $303 | $54 | $330 | $2,892 | $1,005 |
| EBIT Margin | 60.6% | 52.5% | 50.7% | 46.5% | 27.3% | 27.5% | 5.7% | 25.9% | 51.4% | 22.3% |
| EBITDA | $504 | $790 | $825 | $771 | $318 | $305 | $55 | $332 | $2,890 | $1,010 |
| EBITDA Margin | 61.2% | 52.4% | 50.3% | 46.6% | 27.4% | 27.6% | 5.8% | 26.0% | 51.4% | 22.5% |
| Head Count | 756 | 853 | 936 | 1,063 | 1,312 | 1,666 | 1,828 | 1,943 | 1,063 | 1,943 |

PX-2463.16

CONFIDENTIAL

EPIC_03349879

*Confidential*
*Epic Games Board Only*

| Epic Games – Balance Sheet | | | | | |
|---|---|---|---|---|---|
| (in millions of US$) | 6/30/2018 | 9/30/2018 | 12/31/2018 | 3/31/2019 | 6/30/2019 |
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | 1,119.9 | 1,921.4 | 2,538.4 | 2,774.2 | 2,275.3 |
| Accounts receivable | 618.9 | 643.5 | 766.8 | 489.6 | 458.0 |
| Prepaids and other current assets | 16.4 | 19.2 | 46.1 | 271.9 | 448.0 |
| **Total Current Assets** | 1,755.2 | 2,584.1 | 3,351.3 | 3,535.7 | 3,181.3 |
| **Non-Current Assets** | | | | | |
| Property and equipment, net | 53.5 | 57.0 | 61.1 | 74.1 | 92.7 |
| Goodwill | 1.7 | 1.7 | 40.8 | 147.8 | 780.3 |
| Intangible assets, net | 0.3 | 0.4 | 0.5 | 0.3 | 11.3 |
| CSV of life insurance | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| Investments | 5.3 | 5.3 | 0.8 | 0.8 | 2.7 |
| Deferred tax asset | 0.2 | 0.2 | 75.7 | 75.7 | 17.5 |
| Other assets | 2.1 | 2.3 | 3.4 | 2.2 | 27.8 |
| **Total Non-Current Assets** | 66.0 | 69.8 | 185.2 | 303.8 | 935.2 |
| **TOTAL ASSETS** | 1,821.3 | 2,653.9 | 3,536.5 | 3,839.5 | 4,116.5 |
| **LIABILITIES** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts payable | 3.0 | 32.3 | 32.4 | 85.9 | 114.5 |
| Accrued expenses | 31.4 | 25.1 | 67.5 | 94.4 | 67.1 |
| Income tax Payable | 14.1 | - | - | - | - |
| Current portion of deferred revenue | 2.3 | 2.7 | 108.8 | 108.9 | 220.9 |
| **Total Current Liabilities** | 50.9 | 60.1 | 208.7 | 289.2 | 402.5 |
| **Long Term Liabilities** | | | | | |
| Deferred revenue, less current | 19.3 | 19.1 | 20.6 | 20.5 | 53.5 |
| Loan payable, long-term | 1.6 | 1.5 | 3.5 | 3.6 | 3.6 |
| Other liabilities | - | - | - | - | 7.4 |
| **Total Long Term Liabilities** | 20.9 | 20.6 | 24.1 | 24.1 | 64.5 |
| **TOTAL LIABILITIES** | 71.8 | 80.7 | 232.8 | 313.3 | 467.0 |
| **EQUITY** | | | | | |
| Common stock | 0.0 | 0.0 | - | - | - |
| Additional paid-in-capital | 489.9 | 501.6 | 697.0 | 647.1 | 1,815.7 |
| Unrealized FX gain/loss | (1.1) | (0.9) | (1.2) | (0.3) | 0.5 |
| Retained earnings | 1,260.6 | 2,072.4 | 2,607.9 | 2,879.6 | 1,833.3 |
| **Total Equity** | 1,749.5 | 2,573.1 | 3,303.7 | 3,526.4 | 3,649.5 |
| **TOTAL LIABILITIES AND EQUITY** | 1,821.3 | 2,653.8 | 3,536.5 | 3,839.7 | 4,116.5 |

PX-2463.17

CONFIDENTIAL                                                              EPIC_03349880

**Confidential**
**Epic Games Board Only**

## Epic Games – Cash Flow Statement

| (in millions of US$) | 3 Months ended 6/30/2018 | 3 Months ended 6/30/2019 | 6 Months ended 6/30/2018 | 6 Months ended 6/30/2019 |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Net income | 765.5 | 257.8 | 1,265.5 | 552.2 |
| Non-cash flow adjustments | 0.9 | 7.4 | 2.3 | 16.0 |
| Net changes in working capital | (214.9) | (182.2) | (543.1) | (70.6) |
| Net cash provided by (used in) operating activities | 551.5 | 83.0 | 724.7 | 497.6 |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | (23.2) | (18.2) | (26.7) | (28.0) |
| Investment in affiliate | - | (1.9) | 0.8 | (1.9) |
| Acquisition of business, net of cash acquired | - | (563.4) | - | (618.5) |
| Net cash (used in) investing activities | (23.2) | (583.5) | (25.8) | (648.4) |
| **Cash Flows from financing activities** | | | | |
| Proceeds from line of credit | (15.1) | - | (15.0) | - |
| Share buyback | - | 0.8 | - | (113.6) |
| Proceeds from stock issuance | 39.4 | - | 339.4 | - |
| Proceeds from exercise of stock options | 0.5 | - | 0.5 | - |
| Net cash provided by (used in) financing activities | 24.8 | 0.8 | 324.8 | (113.6) |
| Exchange differences on cash and cash equivalents | (0.3) | 0.8 | (0.3) | 1.3 |
| Net change in cash and cash equivalents | 552.8 | (498.9) | 1,023.4 | (263.1) |
| **Cash and cash equivalents (inclusive of marketable securities)** | | | | |
| Beginning of period | 567.1 | 2,774.2 | 96.5 | 2,538.4 |
| End of period | 1,119.9 | 2,275.3 | 1,119.9 | 2,275.3 |

PX-2463.18

CONFIDENTIAL                                                                                         EPIC_03349881