# Exhibit 11

## Part Two

1      Q.   Do you have an understanding or opinion        01:45:08

2   as to the average commission rate on the Samsung

3   Galaxy Store?

4      A.   I do not recall.  But trying to find a

5   particular store as a comparator -- as a comparator     01:45:22

6   is not useful.  We need to find a market as a

7   comparator, like the Android market.  And once we

8   have found that in the Android market Google has

9   tainted the Android market, it really doesn't

10  matter what's going on with Samsung or somebody        01:45:43

11  else.  I cannot bring a single company as a

12  comparator yardstick.

13     Q.   Are -- are you offering the -- the

14  opinion that the commissions charged by the Samsung

15  Galaxy Store are supracompetitive?                      01:45:59

16     A.   I'm not offering any opinion on Samsung.

17     Q.   So you're not offering any opinion that

18  Samsung has engaged in any anticompetitive conduct

19  in the Android app distribution market; is that

20  correct?                                                01:46:19

21     A.   I -- I haven't examined Samsung's

22  behavior in detail.

23     Q.   In your opinion, does Samsung possess

24  most of the infrastructure and knowledge necessary

25  to operate a similar store for iOS?                     01:46:30

Page 139

**CONFIDENTIAL**

```
 1        A.   It probably does.  But, again, I'll say        01:46:38

 2   it one more time.

 3            We cannot find a comparator which is a

 4   single firm like Samsung.  We have to find a

 5   market.  For example, all the Android market as a    01:46:56

 6   comparator.  But the problem is that once you have

 7   Google tainting that market, it's out.  So I cannot

 8   use Samsung, or anybody else, who's in the Android

 9   market as a comparator.

10        Q.   You understand that the Samsung             01:47:18

11   Galaxy Store is available on every Samsung phone

12   sold in the United States?

13        A.   Yes.

14        Q.   And you understand that the Galaxy Store

15   is preinstalled on Samsung devices, correct?         01:47:28

16        A.   Yes.

17        Q.   So Samsung phone users don't need to

18   download the Samsung Galaxy Store?

19            Agreed?

20        A.   Yes, uh-huh.                                01:47:41

21        Q.   And do you agree that the Samsung

22   Galaxy Store is prominently displayed on every

23   Samsung phone sold in the United States?

24        A.   I'm not so sure about that.

25        Q.   What is your opinion on that?              01:47:52
```

Page 140

| | | |
|---|---|---|
| 1 | A.   Well, I have a Samsung phone, and I've | 01:47:53 |
| 2 | never seen the -- the -- the Samsung store | |
| 3 | displayed from the -- you know, on my phone. | |
| 4 | Q.   And you use Google Play? | |
| 5 | A.   Yes. | 01:48:04 |
| 6 | Q.   Are you aware -- | |
| 7 | A.   But that's prominently displayed. | |
| 8 | Q.   Are you aware if Samsung has any | |
| 9 | Google Play Store revenue sharing agreement with | |
| 10 | Google? | 01:48:18 |
| 11 | A.   I -- I think there is -- I -- I've seen | |
| 12 | some information that Google at least attempted to | |
| 13 | have Samsung have a sharing agreement.  I'm not | |
| 14 | sure if that agreement was consummated or not. | |
| 15 | Q.   There's an allegation in the complaint | 01:48:35 |
| 16 | that Google attempted that, but there's no | |
| 17 | allegation that Samsung agreed to it, is there? | |
| 18 | A.   As I said, as far as I recall, it -- I | |
| 19 | haven't seen evidence of Samsung agreeing that. | |
| 20 | Q.   Are you offering any opinion that the | 01:48:52 |
| 21 | Samsung Galaxy Store does not compete with | |
| 22 | Google Play in the United States? | |
| 23 | A.   No, I am not offering an opinion about -- | |
| 24 | about that.  Again, although this is not something | |
| 25 | I have examined in detail, it seems reasonable | 01:49:10 |

Page 141

```
 1    that -- that it competes with -- with the              01:49:13

 2    Google Play Store.

 3            But it's kind of irrelevant to my

 4    testimony, to my model, because the Android app

 5    distribution market is already tainted by Google's      01:49:27

 6    actions, and, therefore, it's out.  And, therefore,

 7    I cannot use it, no matter what happens with

 8    Samsung.

 9       Q.   One of the factors you pointed to

10    regarding to taint apply to Samsung, do they?          01:49:37

11       A.   I didn't understand that.

12            MR. HARRINGTON:  Objection.  Form.

13            THE DEPONENT:  Can you please say it

14    again.

15       Q.   (By Mr. Swanson)  None of the factors          01:49:45

16    that you point to with respect to taint apply to

17    Samsung and its Galaxy Store, do they?

18            MR. HARRINGTON:  Same objection.

19            THE DEPONENT:  Well, I don't know what

20    you mean by "apply."  When -- when Google, for         01:49:56

21    example, taints this market, and it has high fees

22    because of that, then that creates a different

23    pricing environment for everybody, including

24    Samsung, and that's why we shouldn't really be

25    using that market as a comparator.                     01:50:19
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q. (By Mr. Swanson) So does Google's | 01:50:22 |
| 2 | conduct benefit Samsung? | |
| 3 | A. I haven't examined that in detail, but it | |
| 4 | definitely affects it. | |
| 5 | Q. How -- how does it definitely affect | 01:50:34 |
| 6 | Samsung commission rates? | |
| 7 | MR. HARRINGTON: Objection. Form. | |
| 8 | THE DEPONENT: Well, now we're getting | |
| 9 | here to be a bit speculative. I haven't examined | |
| 10 | in detail Samsung rates. So I'll say it in | 01:50:45 |
| 11 | hypothetically, so that if you have one firm which | |
| 12 | is dominant, like -- and it has a high fee, it is | |
| 13 | possible that other firms which are not dominant | |
| 14 | are going to have relatively higher fees. | |
| 15 | But, again, in my opinion, this is | 01:51:16 |
| 16 | speculation about something on which I have not | |
| 17 | examined in detail. So it's better to leave it | |
| 18 | aside. It doesn't have a bearing on my damages | |
| 19 | calculation. | |
| 20 | Q. (By Mr. Swanson) Moving to paragraph 34, | 01:51:35 |
| 21 | you state there that, "There is a thriving | |
| 22 | ecosystem of rival Android app stores in China"? | |
| 23 | A. Uh-huh, yes. | |
| 24 | Q. What study have you made of the Android | |
| 25 | ecosystem in China? | 01:51:54 |

Page 143

```
 1        A.   I have had a very hard time finding          01:51:55

 2   detailed information about that ecosystem in China.

 3   It looks like it is fragmented.

 4            There are issues of the Chinese

 5   government interfering with regulation of app          01:52:15

 6   content, and there is very little public

 7   information on contract sales and commissions, and

 8   difficulty to get third-party discovery from there.

 9            So all these reasons are reasons why I

10   cannot use that Chinese Android market as a            01:52:35

11   comparator.

12        Q.   Did you read the appendix about the

13   Chinese Android market in Dr. Evans' expert report?

14        A.   I have read it.

15        Q.   Did you -- did you look at the sources        01:52:53

16   that he cited in his appendix?

17        A.   I have looked at it, and, you know, if

18   anything, Dr. Evans' report in Appendix C confirms

19   the main points I -- the weaknesses in using the

20   Chinese Android market as a comparator that I          01:53:14

21   mentioned in the previous answer.

22        Q.   And Dr. Evans' appendix indicates that

23   the prevailing commission rate for Android game

24   developers in China is 50 percent, correct?

25        A.   Well, he says that for some develop --        01:53:31
```

Page 144

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | for some stores, it's 50 percent, but he always has | 01:53:36 |
| 2 | another example in which he says for others, it's | |
| 3 | zero.  So it seems to be varying a lot. | |
| 4 | Q.   Well, his only instance of zero for game | |
| 5 | developers is through self-distribution, correct? | 01:53:49 |
| 6 | A.   I don't believe that was a | |
| 7 | self-distribution example.  Or at least I have seen | |
| 8 | myself -- maybe it wasn't in Evans' report -- | |
| 9 | evidence that there are some -- some app stores | |
| 10 | that have zero commission. | 01:54:07 |
| 11 | Q.   In -- in -- in China? | |
| 12 | A.   In China, yes. | |
| 13 | Q.   On Android? | |
| 14 | A.   Yes. | |
| 15 | Q.   Isn't it the case that the prevailing | 01:54:16 |
| 16 | commission rate in China for Android stores for | |
| 17 | nongame developers is zero? | |
| 18 | A.   Look, I -- I think that the -- the -- the | |
| 19 | issue here is that the -- the information that we | |
| 20 | get from China is unreliable.  The market is too | 01:54:34 |
| 21 | "fragmentor" -- fragmented, and there is extremely | |
| 22 | limited public information. | |
| 23 | So these three things are -- and the | |
| 24 | recent interference by the Chinese government -- | |
| 25 | these four things are enough to say we cannot use | 01:54:51 |

Page 145

1    as a comparator.                                    01:54:54

2        Q.   How does the fragmented nature of a

3    market prevent you from creating a reliable

4    yardstick?

5        A.   Well, fragmented by itself would not kill   01:55:02

6    it.  But you need to be able to get information

7    from each one of these fragmented parties to be

8    able to -- to construct the right measures, the

9    right indices.

10       Q.   Are the factors that you've noted in       01:55:20

11   paragraph 34 of your report ones that would prevent

12   you from creating a reliable yardstick based on the

13   Chinese Windows app distribution market?

14       A.   I have not examined the Chinese Windows

15   app distribution market.                            01:55:39

16       Q.   Do you know if it's fragmented?

17       A.   As I said, I have not examined it.

18       Q.   Not having examined it, is it fair to say

19   that you would not, therefore, include it in your

20   yardsticks?                                         01:55:55

21       A.   I believe my -- my yardstick is the -- in

22   the PCs is for the U.S. market.

23       Q.   That's your intent, correct?

24       A.   I believe so, yeah.

25       Q.   Okay.  In paragraph 36 of your report,     01:56:10

                                                        Page 146

1    you state that "there may be some degree of          01:56:19

2    anticompetitive conduct somewhere in the Windows PC

3    app distribution market."

4          What are you referring to there?

5    A.   I think there was -- there is a footnote       01:56:34

6    there, footnote 65, that says Valve has been sued

7    by Humble Bundle alleging an illegal tie -- an

8    illegal tie within Steam.  So that's the potential

9    anticompetitive conduct that I have seen some

10   evidence of.                                          01:56:59

11   Q.   You've -- you've seen evidence of this?

12   A.   Well, the -- whatever is discussed in --

13   in the footnote 65.

14   Q.   So have you -- are you relying on a press

15   report based on a complaint?                          01:57:16

16   A.   Well, I'm mentioning it.  But as -- as

17   you know, I am using the PC app distribution

18   market, so I do not think that this potential

19   anticompetitive conduct by Steam is crucial.

20   Q.   You state, at the end of paragraph 36.           01:57:37

21   That is there no doubt -- and you're referring to

22   the Windows PC app distribution market -- "There's

23   no doubt that the market is more competitive than

24   iOS app distribution."

25          Do you see that?                              01:57:56

Page 147

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | A.   Yes. | 01:57:56 |
| 2 | Q.   Was that true in 2015? | |
| 3 | A.   Well, the distribution market for iOS | |
| 4 | for app -- the app distribution has been -- we have | |
| 5 | had the regime for a number of years, including | 01:58:15 |
| 6 | 2015, that only Apple could distribute that -- | |
| 7 | the -- the apps. | |
| 8 | So if you could -- if you compare a | |
| 9 | market like the Windows PC app distribution when | |
| 10 | there are a number of competitors with different | 01:58:33 |
| 11 | market shares compared to Apple in which -- in the | |
| 12 | iOS app distribution, it has 100 percent market | |
| 13 | share, that's the difference.  The market looks | |
| 14 | more competitive for -- in Windows PCs. | |
| 15 | Q.   Was the Windows -- | 01:58:54 |
| 16 | A.   App distribution, I should say, sorry. | |
| 17 | In the Windows PCs app distribution I should say. | |
| 18 | Thank you. | |
| 19 | Q.   Was the Windows PC app distribution | |
| 20 | market ever less competitive, in your view, than | 01:59:04 |
| 21 | the App Store at any time? | |
| 22 | A.   Well, I have only examined the times from | |
| 23 | 2015 to today, the class period.  So in that time, | |
| 24 | no. | |
| 25 | Q.   Do -- do you have any opinion as to | 01:59:24 |

```
 1    whether Microsoft has ever had substantial market        01:59:29

 2    power in the Windows PC app distribution market?

 3             MR. HARRINGTON:  Objection.

 4             THE DEPONENT:  I have not seen

 5    substantial market power by Microsoft during at          01:59:45

 6    least the period that I have looked at in 2015 to

 7    '19.

 8        Q.  (By Mr. Swanson)  When were app stores

 9    offering third-party distribution first available

10    on Windows?                                              02:00:03

11        A.  I -- I don't remember the exact date.

12        Q.  That was before the App Store existed,

13    right?

14        A.  I don't remember, as I said.

15        Q.  Well, are you aware that Steam existed         02:00:17

16    before --

17        A.  Yes, Steam definitely existed before,

18    yes.

19        Q.  And did Microsoft have a third-party

20    distribution platform before the App Store existed?     02:00:29

21        A.  I do not quite recall.  It's very

22    possible.

23        Q.  When were self-distribution platforms

24    first available on Windows?

25        A.  Well, from the beginning of Windows, you        02:00:45
```

| | | |
|---|---|---|
| 1 | could self-distribute.  I mean, because, you know, | 02:00:47 |
| 2 | Windows has been around for over 30 years, yes.  I | |
| 3 | mean, yes, they were around for a very long time. | |
| 4 | Q.  Do -- do you have an opinion as to | |
| 5 | whether the Mac App Store has substantial market | 02:01:08 |
| 6 | power in the market in which it operates? | |
| 7 | A.  I have not examined that question, but | |
| 8 | because Apple insists on the same fees for iOS | |
| 9 | app distribution and Mac app distribution, I have | |
| 10 | excluded it from the comparator, because the -- the | 02:01:44 |
| 11 | market doesn't operate independently from the iOS | |
| 12 | market. | |
| 13 | Q.  Does Microsoft, in your yardstick, charge | |
| 14 | any commissions that are the same as what it | |
| 15 | charges on the Xbox? | 02:02:02 |
| 16 | A.  I do not think they are the same, but | |
| 17 | it's possible I'm wrong on this. | |
| 18 | Q.  If they are, would you need to exclude | |
| 19 | Microsoft's store for Windows from your yardstick? | |
| 20 | A.  No. | 02:02:27 |
| 21 | Q.  Do you have any opinion as to whether Mac | |
| 22 | owners face switching costs? | |
| 23 | MR. HARRINGTON:  Objection. | |
| 24 | THE DEPONENT:  Mac owners face switching | |
| 25 | costs if they switch to -- to what? | 02:02:41 |

Page 150

1        Q.   (By Mr. Swanson)  To a nonMac operating        02:02:45

2    system.

3        A.   I think that's true for most operating

4    systems and a specific way that things happen in

5    a -- in a Mac versus a PC.  So switching from a Mac    02:02:57

6    to PC or from a PC to a Mac, there is a cost.

7    There is a -- a cost that creates a friction there.

8    There's a switching cost.

9        Q.   Do you have an opinion as to whether the

10   switching costs that Mac owners face are greater or    02:03:11

11   less than the switching cost faced by iOS device

12   owners?

13          MR. HARRINGTON:  Objection.

14          THE DEPONENT:  You mean by iOS device

15   owners towards Android?                                02:03:26

16       Q.   (By Mr. Swanson)  Correct.

17       A.   I do not have an opinion on that.  I have

18   not examined this in any detail.

19       Q.   Do you have an understanding or opinion

20   of what percentage of macOS app distribution occurs   02:03:38

21   through the Mac App Store?

22       A.   I have not examined that.

23       Q.   Have you studied the rates paid by

24   developers for macOS app distribution?

25       A.   Again, because I excluded the -- the Mac      02:04:00

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | for the reasons I stated before, because it has the | 02:04:04 |
| 2 | same fees as -- as the iOS and they're not | |
| 3 | independently set, I didn't go into deeper | |
| 4 | examination of the Mac store market -- the Mac | |
| 5 | store app market. | 02:04:18 |
| 6 | Q.   Is it your opinion that the 30 percent | |
| 7 | commission charged in the Mac App Store is | |
| 8 | supracompetitive? | |
| 9 | A.   Look, I mean, this 30 percent comes from | |
| 10 | iOS.  So definitely in the iOS app distribution | 02:04:42 |
| 11 | we have a strong opinion by Professor Elhauge that | |
| 12 | this is supracompetitive.  And I -- I take this | |
| 13 | anticompetitive behavior as given. | |
| 14 | Now, I have not made a detailed | |
| 15 | examination of the Mac store market.  And I | 02:05:01 |
| 16 | explained more than once why not.  Because the | |
| 17 | 30 percent is tainted, because it comes from the | |
| 18 | iOS app distribution. | |
| 19 | So I didn't go any further to discuss or | |
| 20 | think or establish whether the pricing in -- by | 02:05:19 |
| 21 | the -- by the Mac store is, in fact, | |
| 22 | anticompetitive. | |
| 23 | Q.   Well, does your opinion that the Mac app | |
| 24 | distribution business is tainted necessarily mean | |
| 25 | that the 30 percent Mac app commission is | 02:05:44 |

Page 152

1    supracompetitive?                                    02:05:48

2         A.   I have already answered that question.

3         Q.   Well, I -- I don't think you have.  And

4    I'm asking the question now.

5              Unless there's an instruction not to       02:05:58

6    answer, you need to answer it.

7         A.   Okay.  Let's hear the question one more

8    time, please.

9         Q.   Does your opinion that the Mac app

10   distribution business is tainted necessarily mean    02:06:09

11   that the 30 percent Mac app commission is

12   supracompetitive?

13        A.   The short answer is no because I have not

14   examined this.  And I do not have an opinion

15   whether the 30 percent Mac fee is supracompetitive.  02:06:27

16             At the same time, it -- this fee seems to

17   have imposed on the Mac from the fee of the iOS

18   app distribution.  So because of that, I cannot use

19   the iMac as a comparator.  And I have not gone

20   further in -- in an analysis of the "i" market for   02:06:55

21   app distribution.

22        Q.   Thank you.

23             Turning to page 20 again, the middle

24   bullet on that page about "Video Game Consoles."

25             Do you see that?                           02:07:15

                                                          Page 153

```
  1        A.   Yes.                                   02:07:15

  2        Q.   Are you including Nintendo's Switch and

  3   its online store, the eShop, in your opinions?

  4        A.   I believe so.

  5        Q.   Okay.  Are you aware that Nintendo       02:07:30

  6   charges a 30 percent commission in its online

  7   store?

  8        A.   I'm aware that all these video game

  9   companies are charging significant fees in their

 10   online stores.  But the reason -- the real reason  02:07:54

 11   why they -- they do that, which is -- which is

 12   completely different from the reason that Apple

 13   uses -- I'm sorry -- chooses to use a 30 percent

 14   commission on the iOS app distribution.

 15             And the reason is that these companies -- 02:08:11

 16   Microsoft, Xbox, Sony and Nintendo -- they give

 17   their hardware at cost and most of the time below

 18   cost.  And this is well established in the

 19   literature.  And I'm not the only one saying this.

 20   I have a footnote with a whole bunch of people      02:08:32

 21   saying this.

 22             I believe even Professor Schmalensee --

 23   this footnote, by the way, is footnote 44.  I also

 24   believe even Professor Schmalensee in a book or an

 25   article -- Professor Schmalensee was an expert for  02:08:48
```

                                                  Page 154

```
 1    Apple in the Epic v. Apple case.  I also think that      02:08:51

 2    he thinks the same thing.  That, in fact, the

 3    hardware is sold below cost.

 4            So we have a world on the video game

 5    console manufacturers and software in which the          02:09:07

 6    hardware is provided below cost or ████████████████

 7    █████████████████████████  And most of the

 8    money, or all the money, is made from the games,

 9    from royalties on the games from the video cost

10    manufacturers.                                           02:09:35

11            This should really seriously be

12    contrasted.  And this is done in table 2 -- with

13    Apple.  █████████████████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████████████████████████

      ███████████████████████████████████████

      ████████████████████████

18            But the difference -- the crucial

19    difference is that for the game manufacturers, they

20    sell the hardware below cost or slightly above          02:10:10

21    cost, ██████████████████████████████████████

      ███████████████████████████████████████████

      ████████████████

      ████████████████████████████████████

      ███████████████████████████████████                     02:10:28
```

Page 155

████████████████████████████████████████

██████████████████████████████

████████████████████

4        Q.    And you base that on opinion -- you base

5    that opinion on the need to look together on a                02:10:45

6    combined basis, the returns from hardware and the

7    returns from selling apps?

8        A.    Well, first of all, I base my opinion on

9    the hardware operating margin on a whole bunch of

10   articles, including the -- the article of                     02:11:04

11   Professor Schmalensee.  That this is, in fact,

12   the -- the norm.  Okay.  So they are selling the

13   hardware below cost or slightly above cost.  And

14   then they have a positive amount of money coming in

15   from selling apps from royalties on -- on -- on      02:11:26

16   apps.

████████████████████████████████

████████████████████████████████

███████████████████████

██████████████████████████████████████████

██████████████████████████

████████████████████

23       Q.    It's a fact, isn't it, that Nintendo has

24   never lost money on the Switch?

████████████████████████████████████████

                                                Page 156



25        Q.    (By Mr. Swanson)    Are you aware that              02:13:26

Page 157

1    Sony's chief financial officer just reported that      02:13:29

2    the PlayStation 5 console is not selling at a loss?

3        A.   Well, that's an interesting piece of

4    information.  I -- I have seen a number of articles

5    that say exactly the opposite.  So we can -- we can     02:13:46

6    talk about it.

7            I mean, what he says versus others.  But

8    I definitely have not seen a deep discussion on

9    this.  And I -- as far as I know, the numbers I

10   present here for 2019 show a significant loss for       02:14:03

11   Sony, Sony selling the console significantly below

12   cost.

13       Q.   Well, are you aware that Sony stopped

14   selling the PlayStation 4 at a loss after

15   six months?                                             02:14:22

16       A.   I'm not sure which PlayStation you're

17   talking about right now.

18       Q.   PlayStation 4.

19       A.   I am not sure.  I wouldn't be able to say

20   that.  But these numbers come from publicly             02:14:32

21   available information, and I believe they are

22   correct, the numbers in table 2.

23       Q.   Well, would you rely on a statement by

24   Sony's chief financial officer?

25           MR. HARRINGTON:  Objection.                     02:14:51

Page 158

```
 1              THE DEPONENT:  Well, look -- I mean, I        02:14:52

 2   don't know what to make of a statement that you

 3   just told.  Me I haven't even seen the statement.

 4   You're just saying that he said that.  Okay.  Fine.

 5   Maybe he said it.                                       02:15:03

 6              But what does it mean, when I have the

 7   actual margin here as minus 34 percent for Sony in

 8   2019.  So it means that Sony changed its policy.

 9   It's possible.  I don't know.  But -- I mean, I --

10   I -- I don't see why I should adjust anything in my     02:15:19

11   report based on that.

12       Q.   (By Mr. Swanson)  Where -- how -- how do

13   you have the actual margin from Sony?

14       A.   I believe this came from some document --

15   where is it here?                                       02:15:39

16              It's a called Economides margin

17   calculations 2019.  May I look at hard copy of

18   that?

19       Q.   Of course.

20       A.   Yeah.  One second.                             02:15:48

21              Somehow I do not seem to -- to have it.

22   Could I look in my computer for it?

23       Q.   Go -- go right ahead.

24       A.   Thank you.

25              Okay.  I opened a document called            02:16:48
```

Page 159

| | | |
|---|---|---|
| 1 | "Economides Margin Calculations," which is in -- in | 02:16:50 |
| 2 | the backup that we have provided.  And it shows the | |
| 3 | sources for table 2 as being | |
| 4 | MICROSOFT_EPIC_00000093 and Apple -- a couple of | |
| 5 | documents by the App Store and -- and so on. | 02:17:25 |
| 6 | So this is the documentation where I got | |
| 7 | the numbers from. | |
| 8 | Q.   Okay.  Do you have any documentation from | |
| 9 | Sony? | |
| 10 | A.   I -- I think that all the documentation I | 02:17:39 |
| 11 | have are -- is from Microsoft and Apple, not from | |
| 12 | Sony. | |
| 13 | Q.   And does the documentation from Microsoft | |
| 14 | indicate anything about Microsoft's returns on Xbox | |
| 15 | sales? | 02:17:50 |
| 16 | A.   I -- I do not recall exactly what the -- | |
| 17 | I mean, we can go and look at this document, the | |
| 18 | one ending in 93, and look at exactly what it says. | |
| 19 | Q.   Okay. | |
| 20 | A.   I don't recall from memory. | 02:18:07 |
| 21 | Q.   Okay.  Well, we'll do that. | |
| 22 | But before then, one or two last | |
| 23 | questions then we'll take a break.  I think we've | |
| 24 | been going for an hour. | |
| 25 | You are aware that Sony charges a | 02:18:19 |

Page 160

| | | |
|---|---|---|
| 1 | 30 percent commission rate in the online Sony | 02:18:21 |
| 2 | PlayStation store? | |
| 3 | A.   Yes. | |
| 4 | Q.   And you're aware that that has been true | |
| 5 | for the entire class period? | 02:18:28 |
| 6 | A.   Uh-huh, yes. | |
| 7 | Q.   And you're aware that Microsoft charges a | |
| 8 | 30 percent commission rate in the -- the store that | |
| 9 | it operates on the Xbox? | |
| 10 | A.   I -- I believe that Microsoft has decided | 02:18:42 |
| 11 | from -- from August 1st to go to 12 percent. | |
| 12 | Q.   On the Xbox? | |
| 13 | A.   I'm not completely sure if it is just | |
| 14 | for -- for everything or just the -- or it excluded | |
| 15 | Xbox, but I -- I've seen some announcement that | 02:18:58 |
| 16 | says that from August 1st, they were going to | |
| 17 | 12 percent. | |
| 18 | Q.   Well, is it important to you to know | |
| 19 | whether or not Microsoft is reducing the commission | |
| 20 | in the Xbox store? | 02:19:11 |
| 21 | A.   The -- not really.  The -- the -- we | |
| 22 | already have discussed why the -- the consoles in | |
| 23 | the associated games have different economics than | |
| 24 | the Apple iOS App Store.  And, again, for one | |
| 25 | last time, I mean, the economics are completely | 02:19:37 |

Page 161

1    different.                                              02:19:39

2         The -- the companies -- Microsoft, Sony,

3    Nintendo sell the consoles below cost or at the

4    slight positive margin.  And they make all their

5    money from the -- by collecting commissions from --   02:19:52

6    from -- from the software, so from the software

7    distribution.

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████

12        Q.   Okay.  And focusing on the period from

13   June 4th, 2015, until August 1st of this year,

14   you're aware that during that period, Microsoft

15   charged the 30 percent commission in its Xbox        02:20:35

16   store, correct?

17        A.   Yes, with the caveats of comparability

18   that I said in the previous answer.

19        Q.   And you admit that it's 30 percent,

20   correct?                                              02:20:51

21        A.   I -- I -- I do not disagree on that,

22   again with the caveats that we said before in the

23   other answers.

24        MR. SWANSON:  Okay.  Let's -- shall we

25   take a break now?                                     02:21:02

                                                    Page 162

```
 1              THE DEPONENT:  Sure.  Ten minutes?        02:21:03

 2              MR. SWANSON:  Ten minutes.

 3              THE DEPONENT:  Thank you.

 4              MR. SWANSON:  Okay.

 5              THE VIDEOGRAPHER:  We're now going off      02:21:08

 6     the record.  The time is 2:21.

 7              (Recess taken.)

 8              THE VIDEOGRAPHER:  We're now back on the

 9     record.  The time is 2:34.

10              THE DEPONENT:  I -- I should say, before    02:35:01

11     you ask another question, that I -- I misspoke in

12     the last question about Microsoft, about it

13     charging 30 percent through today.

14              In paragraph 28 on page 16, I note in my

15     report that, "Microsoft distributes third-party     02:35:19

16     non-game PC apps for 15 percent since March 2019."

17     Okay.  So just want to make sure that the record

18     reflects that, thank you.

19         Q.   (By Mr. Swanson)  And that's through its

20     Microsoft Store for Windows, not its Microsoft      02:35:36

21     Store for Xbox, correct?

22         A.   Yes.

23         Q.   Professor, are you offering any opinion

24     with respect to injury or damages of class members

25     with regard to sales of apps through the App Store   02:35:54
```

                                                    Page 163

| | | |
|---|---|---|
| 1 | that were accomplished on an iPad? | 02:36:00 |
| 2 | A.  Well, I'm trying to remember exactly what | |
| 3 | the class is.  So in paragraph 7, the allegation is | |
| 4 | that, "Apple charged supracompetitive prices to | |
| 5 | developers for iOS devices, including iPhones, | 02:36:26 |
| 6 | iPads and iPhone touches," so it's included in the | |
| 7 | class. | |
| 8 | Q.  And -- | |
| 9 | A.  And in my opinions. | |
| 10 | Q.  Uh-huh.  And do you know what percentage | 02:36:39 |
| 11 | of the total revenues of the developer class on the | |
| 12 | App Store was attributable to purchases via iPads? | |
| 13 | A.  I do not recall. | |
| 14 | Q.  Do you recall if it was greater than | |
| 15 | 25 percent? | 02:37:03 |
| 16 | A.  I do not recall. | |
| 17 | Q.  Are you offering any opinions on the | |
| 18 | iPad in your report? | |
| 19 | A.  Well, I'm offering opinions for the whole | |
| 20 | market, which includes the iPads and the iPhone | 02:37:18 |
| 21 | touches as well as the iPhones. | |
| 22 | Q.  In offering those opinions, are you | |
| 23 | taking into account the very low profitability of | |
| 24 | the iPad to Apple? | |
| 25 | MR. HARRINGTON:  Objection.  Form. | 02:37:34 |

Page 164

| | | |
|---|---|---|
| 1 | THE DEPONENT: Well, I'm looking at | 02:37:36 |
| 2 | the -- the whole market. That includes the iOS | |
| 3 | devices, all iOS devices, including iPhones, iPads | |
| 4 | and iPod touches, so I'm including everybody -- | |
| 5 | everyone together. | 02:37:53 |
| 6 | Q. (By Mr. Swanson) In the but-for world, | |
| 7 | are you making any assumptions about whether or not | |
| 8 | the iPad would be priced the same or priced | |
| 9 | higher than it was in the actual world? | |
| 10 | A. Is this question about the iPad's | 02:38:22 |
| 11 | hardware? | |
| 12 | Q. Yes. The iPad. | |
| 13 | A. I am not making any claim on the pricing | |
| 14 | of the iPad hardware. | |
| 15 | Q. Okay. Well, are you assuming that there | 02:38:37 |
| 16 | would be no change in the price of the iPad in the | |
| 17 | but-for world? | |
| 18 | A. The way I have calculated the -- the | |
| 19 | damages is by focusing on the app market, and this | |
| 20 | app market includes not only iPhones but also iPads | 02:38:56 |
| 21 | and iPod touches, so I have not made any | |
| 22 | calculation of changes of the hardware as a result | |
| 23 | of the damages that I calculated in the but-for | |
| 24 | world. | |
| 25 | So my assumption is that these prices for | 02:39:24 |

Page 165

1    the hardware would remain the same.                     02:39:29

2        Q.   Would your damages calculations be any

3    different if you assumed that in the but-for world,

4    the iPad would be priced higher than it is in the

5    actual world?                                           02:39:48

6        A.   I have no reason to believe that that's

7    going to happen.  So I have not made the

8    calculation that is based on the iPad being sold at

9    a higher price in the but-for world.

10        Q.   My question was, would it affect your        02:40:05

11   damage calculations if you were to assume that?

12        A.   Well, I don't see why I would assume it.

13   You know, there -- there is no evidence that Apple

14   is going to start selling the hardware at the

15   higher price because we are in the but-for world     02:40:24

16   and it has to have lower fees on app distribution.

17             I mean, after all, there was a period

18   before the Apple Store existed, and Apple was a

19   profitable company even then.

20        Q.   Well, are you aware when the iPad was       02:40:50

21   introduced?

22        A.   I am not sure at this point.

23        Q.   The iPad was introduced after the

24   App Store, was it not?

25        A.   I -- I'm willing to believe you on this.    02:40:59

                                                    Page 166

```
 1        Q.   Okay.  Let me ask you to turn to page --      02:41:02

 2   paragraph 38 of your report.

 3        A.   Yes.  38?

 4        Q.   38.  Uh-huh.  You indicate --

 5        A.   Page -- page 21?                              02:41:30

 6        Q.   Starts on page 21, yup, and that's where

 7   I'm starting.

 8        A.   All right.

 9        Q.   You state, toward the bottom on page 21,

10   that, "In the but-for world where developers and        02:41:40

11   users would have the choice to transact outside the

12   App Store, then competition from self-distribution

13   would either discipline the pricing of third-party

14   stores in the market, or developers would

15   self-distribute in the but-for world."                  02:41:56

16            Do you see that?

17        A.   Uh-huh, I do.

18        Q.   Is that true of the actual world in your

19   PC Windows app distribution market?

20        A.   Well, to some extent it must be true in       02:42:10

21   the app -- in the Windows PC distribution market.

22        Q.   So --

23        A.   That's why we see effective commission

24   rates which are not too high in table 4.

25        Q.   Okay.  And therefore, it's your opinion        02:42:30
```

Page 167

1    that "competition from self-distribution          02:42:34

2    disciplines the pricing of third-party stores in

3    the market for the PC -- the Windows PC market"?

4         A.   It's a substitute distribution, which --

5    which people have an option to use, developers have   02:42:49

6    an option to use.  So, you know, if I'm a customer,

7    I could get the product from the developer

8    directly, or I can get it from a third party.  If

9    the third party has a really high fee, then that

10   might be an issue.                                 02:43:13

11        Q.   Well, why would a third party have a very

12   high fee if competition from self-distribution

13   disciplines the pricing of third-party stores in

14   the Windows PC app distribution market?

15        A.   Well, exactly, it wouldn't.  So if I --   02:43:28

16   if I am, let's say, Epic, I could -- I could

17   distribute through my own store and have an

18   effective commission rate of ████████, and then

19   you can call that self-distribution.

20            I could also go and develop a way to       02:43:58

21   distribute through Microsoft, and then I would have

22   a very ineffective rate of commission of

23   28 percent.

24            So I'll make my calculation as Epic and

25   say.  Look, I mean, I'm going to try to sell as     02:44:12

Page 168

| | | |
|---|---|---|
| 1 | much as possible through my own store. | 02:44:15 |
| 2 | And the fact that my own store, I can | |
| 3 | sell it with ████████ commission, creates a | |
| 4 | general discipline in the alternative stores. | |
| 5 | Q.   Well, when did competition from | 02:44:37 |
| 6 | self-distribution first discipline the pricing of | |
| 7 | third-party stores in the Windows PC app | |
| 8 | distribution market? | |
| 9 | A.   Well, self-distribution existed, I think | |
| 10 | very early in -- for Windows, even before there | 02:44:52 |
| 11 | were -- there were stores in -- in the Windows PC. | |
| 12 | Q.   If competition -- | |
| 13 | A.   And -- | |
| 14 | Q.   Sorry. | |
| 15 | A.   And that kind of existence of -- of -- of | 02:45:05 |
| 16 | self-distribution has generally disciplined the | |
| 17 | effective commission rates in the -- of the various | |
| 18 | third-party stores. | |
| 19 | Q.   If competition from self-distribution | |
| 20 | disciplines the pricing of third-party stores for | 02:45:27 |
| 21 | Windows app distribution, why do you need to | |
| 22 | include the cost of self-distribution in your | |
| 23 | yardstick?  Aren't you double counting? | |
| 24 | MR. HARRINGTON:  Objection to form. | |
| 25 | THE DEPONENT:  Well, the -- no, I'm not | 02:45:42 |

Page 169

| | | |
|---|---|---|
| 1 | double counting.  I'm not sure how you thought of | 02:45:47 |
| 2 | that.  I -- there is no double counting at all. | |
| 3 | If you are thinking of self distribution, | |
| 4 | we think of the commission rate being essentially | |
| 5 | the -- the cost of -- of distribution by the -- by | 02:46:10 |
| 6 | the company.  And that's what I used, the cost of | |
| 7 | distribution by a company. | |
| 8 | Q.   (By Mr. Swanson)  In paragraph 38, on | |
| 9 | page 22, you state that "For the stores | |
| 10 | self-distributing apps, I have estimated costs | 02:46:37 |
| 11 | based on the cost incurred by the Epic Games | |
| 12 | Store." | |
| 13 | Do you see that? | |
| 14 | A.   Correct. | |
| 15 | Q.   And so is that the case, that you're | 02:46:46 |
| 16 | using the Epic Games store estimate for the five | |
| 17 | online PC app stores in your yardstick analysis | |
| 18 | that self-distribute apps? | |
| 19 | A.   That's correct.  That's what I use. | |
| 20 | Q.   And you estimate that Epic's costs are | 02:47:05 |
| 21 | equal to ███████ per year plus ███████ | |
| 22 | ███████, correct? | |
| 23 | A.   Yes. | |
| 24 | Q.   And that estimate is based on Epic's | |
| 25 | projection, not its actual cost in revenues; isn't | 02:47:18 |

Page 170

| | | |
|---|---|---|
| 1 | that the case? | 02:47:23 |
| 2 | A.   Well, it's -- let's go to -- if you don't | |
| 3 | -- if you don't mind, I will look at the backup of | |
| 4 | a paper called "Rate Yardstick" as part of my | |
| 5 | backup.  And it -- it shows specifically how I | 02:47:36 |
| 6 | arrived at -- at the ██████████████████ | |
| 7 | plus ██████ variable costs.  And it's based on | |
| 8 | Epic data. | |
| 9 | I mean, it's -- it's based on current | |
| 10 | Epic data.  Okay.  So I know that Epic -- Epic | 02:48:04 |
| 11 | shows two different numbers, the 2019 number and | |
| 12 | five-year projection, ██████.  But my number, the | |
| 13 | ████████████████████, is based on the 2019 | |
| 14 | number, not on the projections. | |
| 15 | Q.   That was less than a year after the | 02:48:32 |
| 16 | Epic Games store entered, correct? | |
| 17 | A.   Yes. | |
| 18 | Q.   So you are basing it on ten -- ten months | |
| 19 | of data? | |
| 20 | A.   Well, I'm basing it on whatever Epic | 02:48:46 |
| 21 | reported for 2019.  And the further projections | |
| 22 | don't disagree with this 2019 numbers that I'm | |
| 23 | using now, you know. | |
| 24 | Q.   Well, what further projections are you | |
| 25 | talking about? | 02:49:10 |

Page 171

```
 1          A.   I'm -- I'm talking about -- okay.        02:49:11

 2               So you don't have this backup "Rate

 3     Yardstick" in front of you.  But that paper, in the

 4     backup, has six columns.  2019, which is the

 5     actual.  Plus, 2020, 2021, 2022, 2023 and 2024,     02:49:23

 6     which are projections.  And they have the various

 7     costs that they think are reasonable.

 8               They have gross revenue.  They have the

 9     marketing costs, payment processing costs, hosting

10     costs, people costs, and so on and so on.           02:49:44

11               So the calculation that I'm using is

12     based on the 2019 numbers.  So essentially this

13     gives you ████████ as fixed costs, and then you

14     have a variable cost of ████████.

15               And that's what I'm using.  So I'm not     02:50:08

16     using the projections, but at the same time the

17     projections they did are very consistent with their

18     2019 numbers and the numbers that I got out of the

19     2019 numbers.

20          Q.   Did -- did you compare the projections to  02:50:25

21     the actuals for 2020?

22          A.   I -- I do not have the actuals for 2020.

23          Q.   Are you sure of that?

24          A.   I'm sure of that.

25          Q.   You sure that was not produced by Epic?    02:50:37
```

Veritext Legal Solutions
866 299-5127

1        A.   I -- I do not believe I have them.          02:50:41

2        Q.   Well, are you sure it was not produced by

3    Epic?

4        A.   You're -- you're asking a question that I

5    don't have an answer to.  I -- I cannot tell you if     02:50:49

6    it was produced by Epic or not.  I -- if it was

7    produced, it's extremely likely that the lawyers

8    sent it to me.  I don't have it.  So I deduced that

9    probably it wasn't produced.

10       Q.   Okay.  Pretty clear.                          02:51:04

11              ███████████████ does -- does that

12   include marketing expenses?

13       A.   It includes people, plus some

14   outsourcing.  I don't -- I don't recall if it

15   includes marketing or not.                             02:51:37

16       Q.   Does the ███████ cover any marketing?

17       A.   Oh, yes.  I -- I should correct myself.

18          The ████████ corrects marketing, hosting

19   and a small percentage of the human beings -- human

20   beings increases.                                      02:51:54

21       Q.   And --

22       A.   So I -- I -- correcting myself, the fixed

23   is outsourcing in people.  The variable is

24   marketing, hosting people and so on.

25       Q.   Okay.  Does the ███████ include the           02:52:07

                                                    Page 173

```
1    cost of free apps on the Epic Games store?          02:52:09

2           MR. HARRINGTON:  Objection to form.

3           THE DEPONENT:  I am not sure I completely

4    know what you're talking about.

5           You're talking about Epic giving away        02:52:22

6    some free apps.  If they did that for some

7    percentage of their -- of their -- of their apps,

8    I'm not sure if they would report such fixed costs.

9      Q.   (By Mr. Swanson)  Would -- would that be

10   included in the ████████?                           02:52:45

11     A.   I think that it's more -- it's much more

12   likely to be included in marketing and be part of

13   the ████████

14     Q.   Does the ████████ include the cost of

15   payments for exclusive arrangements with            02:53:02

16   developers?

17     A.   I -- I -- I do not know that.  I do not

18   know that at the level which I got the numbers,

19   they go -- they get into that -- such detail.

20     Q.   Well, you're aware that Epic had very        02:53:19

21   substantial payments to developers by way of

22   minimum guarantees, are you not?

23     A.   I'm aware of that, yup.

24     Q.   And you're excluding all that from your

25   assessment of what it cost to run the store?        02:53:37
```

                                          Page 174

| | | |
|---|---|---|
| 1 | A.   I -- I -- I believe that most likely it's | 02:53:39 |
| 2 | included in variables cost. | |
| 3 | Q.   And -- | |
| 4 | A.   I'm -- I'm not excluding it in any way. | |
| 5 | Q.   Okay. | 02:53:50 |
| 6 | A.   My numbers add up to -- to their numbers. | |
| 7 | Q.   In- -- insofar as you used the Epic cost | |
| 8 | structure for other developers, what would be the | |
| 9 | effective commission rate on an annual basis for a | |
| 10 | self-distributor with annual revenues of | 02:54:09 |
| 11 | $100 million? | |
| 12 | A.   I -- I have not made that calculation. | |
| 13 | I'm not... | |
| 14 | Q.   Well, would it be ████████████ plus | |
| 15 | ██████████ of 100 million? | 02:54:22 |
| 16 | MR. HARRINGTON:  Objection to form. | |
| 17 | THE DEPONENT:  You are talking about a | |
| 18 | hypothetical in which somebody is selling | |
| 19 | 100 million? | |
| 20 | Q.   (By Mr. Swanson)  Yes. | 02:54:37 |
| 21 | A.   Yeah.  And I -- I have not done that | |
| 22 | calculation.  But I assume you can apply that | |
| 23 | number.  I mean, after all, the -- the gross | |
| 24 | revenue of -- of Epic is significantly higher than | |
| 25 | that. | 02:54:55 |

Veritext Legal Solutions
866 299-5127

```
 1        Q.    Yeah.                                    02:54:57

 2              I'm just asking what you think this

 3     ███████████████████████████████

 4              Does it -- it apply to a developer with a

 5     $100 million in annual iOS app revenues?         02:55:08

 6        A.    I think it could apply, yes.

 7        Q.    And -- and if it did, that developer to

 8     self-distribute through its own store would

 9     require -- incur a payment of ████████████

10     ████████ of 100 million, which would be a total of  02:55:30

11     ████████ per year, correct?

12        A.    Yes.

13        Q.    So that would be a ███████████ effective

14     commission rate for self-distribution?

15        A.    Maybe.  But I think that right now we're    02:55:48

16     getting a bit off the beaten path.  I mean, we were

17     doing this calculations on top of our head and I --

18     I think that's a dangerous way to go.

19              I -- I mean, you know, I -- I have

20     created this specific report with all this specific  02:56:03

21     numbers and trying to kind of make it up right now

22     as we go.  I'm -- I'm concerned about it.  I'm not

23     sure if we're doing the calculations right.

24        Q.    Well, we -- we let the judge decide what

25     the beaten path is.  If you can just answer the     02:56:21
```

Page 176

```
 1    question.                                          02:56:23

 2              Do you feel that your ██████████████

 3    ████████████████ doesn't apply to developers with

 4    $100 million in annual iOS app revenues?

 5         A.   I -- I don't see them not applying to    02:56:36

 6    that.  Yeah, it could be apply, yes.

 7         Q.   Okay.  Do Windows PC app developers

 8    self-distribute free apps?

 9         A.   I do not know for sure.  Some of them

10    might.                                             02:56:59

11         Q.   Okay.  Do you know what the cost of

12    self-distributing free apps is?  Is it any

13    different from self-distributing paid apps?

14         A.   Well, I think that's kind of -- a more

15    general question.  You know, generally speaking, at 02:57:15

16    the level that we are talking about, the cost, in

17    general, should be -- should be similar.

18              But whether the free apps have other

19    features that I don't know, I -- I wouldn't be able

20    to say.  I mean, my focus in this report and the    02:57:38

21    damages created were only for paid apps.  So I did

22    not go deep into free apps.

23         Q.   If you could turn to page 22 of your

24    report.  This is the page with table 4 on it.

25              You state at the top of that page "To     02:58:02
```

Page 177

1    calculate a yardstick, I and my staff have                02:58:06

2    identified three different online PC app stores

3    distributing 3rd party apps, and five different

4    online PC app stores self-distributing apps."

5         These are the eight stores that are                  02:58:22

6    listed in -- in table 4?

7         A.   Yeah, some of them.  I mean, although

8    they appear as eight stores, some of them are --

9    are the same store, yeah.

10        Q.   But -- but different functions of the           02:58:32

11   same store, correct?

12        A.   Correct.

13        Q.   The stores that you selected were not a

14   random sample, correct?

15             MR. HARRINGTON:  Objection to form.             02:58:47

16             THE DEPONENT:  They were the ones that I

17   thought best fitted this -- this problem.

18        Q.   (By Mr. Swanson)  Aren't -- aren't these

19   all examples provided by Microsoft in one of its

20   documents that you rely on?                               02:58:59

21        A.   I -- I -- I really don't recall if

22   Microsoft has the stores there.  I mean, this

23   was -- even if what you're saying is true, I --

24   I -- this issue about Microsoft has little to do

25   with me.  I don't -- I don't do things because           02:59:19

Page 178

| | | |
|---|---|---|
| 1 | Microsoft -- Microsoft suggests things. | 02:59:22 |
| 2 | Q.   Okay.  Well -- well, let's turn to a | |
| 3 | document that you cited as something you relied on | |
| 4 | for purposes of table 4, and we'll mark it as | |
| 5 | Exhibit 33. | 02:59:36 |
| 6 | (Exhibit 33 was marked for identification | |
| 7 | by the court reporter and is attached hereto.) | |
| 8 | MR. SWANSON:  It's a Microsoft document | |
| 9 | produced in discovery.  The title page is "CY2019 | |
| 10 | Game Industry Profit," and then below that it says | 02:59:51 |
| 11 | "Gaming Business Planning & Strategy Team, | |
| 12 | May 2020." | |
| 13 | Q.   (By Mr. Swanson)  Once -- once that's up | |
| 14 | on the screen, take a look at it. | |
| 15 | A.   Yes.  What page do you want to go to? | 03:00:11 |
| 16 | Q.   Well, let's just start with the front | |
| 17 | page.  I want to ask you a question or two about | |
| 18 | it, generally. | |
| 19 | This is a document that you rely on in | |
| 20 | constructing your table 4, correct? | 03:00:19 |
| 21 | A.   Let me make sure. | |
| 22 | I don't believe so.  I -- in -- in my | |
| 23 | backup, I -- I -- I rely upon -- I'm sorry. | |
| 24 | Table 4.  Hold on. | |
| 25 | I'm not sure I mentioned this -- this | 03:00:50 |

Page 179

**CONFIDENTIAL**

```
 1    thing -- this particular document.  I mentioned        03:01:24

 2    another document by Microsoft, the one that ends

 3    with 348.  I don't see --

 4         Q.   You mentioned a document that ends with

 5    93?                                                     03:01:35

 6         A.   Yes.  That's an Epic document.

 7         Q.   Yes.

 8         A.   Okay.

 9         Q.   And I -- I -- well, that's a document

10    produced by Microsoft in the Epic case.                03:01:45

11         A.   All right.  Okay.  We're on the same page

12    now.

13         Q.   Yeah.  So this -- this -- I will

14    represent to you, this document, Exhibit 33, is the

15    document with Bates numbers ending in 93.              03:01:59

16         So do you -- do you recognize it now?

17         A.   Yes, I recognize it, yes.

18         Q.   And this is a document that you used as

19    the source for information about seven of your

20    eight store listings in table 4, correct?             03:02:17

21         A.   I think I -- I used this for specific

22    data for those stores.

23         Q.   For seven out of the eight, correct?

24         A.   Yes, for most of them, yes.

25         Q.   Okay.  And then the eighth store is the      03:02:36
```

Veritext Legal Solutions
866 299-5127

```
 1    Microsoft Store, and you got that information or        03:02:38

 2    data from another Microsoft document, correct?

 3         A.   Correct.  The one that ends in 348.

 4         Q.   Okay.  And your table 4 relies

 5    comprehensively on data from Microsoft, correct?        03:02:50

 6              MR. HARRINGTON:  Objection to form.

 7              THE DEPONENT:  Well, I -- I don't know

 8    what -- what you mean by that.  I mean, this is

 9    where I was able to find data.

10         Q.   (By Mr. Swanson)  Well, is the fact that      03:03:03

11    this was able -- where you were able to find data

12    make it reliable for your purposes?

13              MR. HARRINGTON:  Objection to form.

14              THE DEPONENT:  Well, I don't see any --

15    any reason why these stores should not be in the       03:03:17

16    PC -- Windows PC yardstick for me.

17         Q.   (By Mr. Swanson)  Okay.  Do you have any

18    understanding about how this document was prepared?

19         A.   Which document?

20         Q.   Exhibit 33.                                   03:03:37

21         A.   How was it prepared?

22         Q.   Sure.

23         A.   I mean, I -- I -- I can only see the

24    document like you see it.  I don't see how it was

25    prepared.                                               03:03:52
```

Page 181

**CONFIDENTIAL**

```
 1        Q.   Did you read any testimony about the        03:03:53
 2   document?
 3        A.   I don't believe so.
 4        Q.   Do you know who at Microsoft prepared it?
 5        A.   No, I don't know that.                      03:04:06
 6        Q.   Do you know if this was a draft or a
 7   final version of the document?
 8        A.   I'm not sure.  It doesn't say "draft," so
 9   I assume it's the final document.
10        Q.   Now, isn't it the case that in table 4,     03:04:25
11   you were looking at stores that all either
12   exclusive or predominantly sell game apps?
13        A.   Well --
14             MR. HARRINGTON:  Objection to form.
15             THE DEPONENT:  I -- I am not sure.  I        03:04:48
16   think Microsoft sells all kinds of things.  Not --
17   all kind of apps, not just games.
18        Q.   (By Mr. Swanson)  And you had a breakdown
19   between game and nongame apps with respect to that
20   705-million-dollar figure in table 4, correct?       03:05:03
21        A.   I don't see the breakdown right here.
22        Q.   No, you -- well, you had it from another
23   Microsoft document, correct?
24        A.   Yes, that's correct.
25        Q.   Okay.  And isn't it the case that more      03:05:21
```

Page 182

| | | |
|---|---|---|
| 1 | than 99 percent of the sales that you report in | 03:05:23 |
| 2 | table 4 are for game apps? | |
| 3 | A.   I don't know how you got to this number. | |
| 4 | Q.   By mathematics. | |
| 5 | Do you know that?  Are you -- are you | 03:05:35 |
| 6 | disputing that? | |
| 7 | MR. HARRINGTON:  Objection.  Form. | |
| 8 | THE DEPONENT:  Well, if you tell me how | |
| 9 | the mathematics work, how you did it, I would be | |
| 10 | able to not dispute it. | 03:05:45 |
| 11 | So you're assuming that all sales at | |
| 12 | Valve are games, all sales in Epic are games, all | |
| 13 | sales in Prison Guard games and so on? | |
| 14 | Q.   (By Mr. Swanson)  Well, what you are | |
| 15 | assuming? | 03:05:57 |
| 16 | A.   Well, you're making the contention, not | |
| 17 | me. | |
| 18 | Q.   I'm just asking you questions.  What are | |
| 19 | you assuming? | |
| 20 | A.   Well, I -- I have not examined in detail | 03:06:04 |
| 21 | how much of the Valve sales are games and so on. | |
| 22 | And I know, for example, from data from Amazon -- | |
| 23 | sorry, from Microsoft itself, that there is -- | |
| 24 | there is a breakdown to games and nongames. | |
| 25 | Q.   Okay. | 03:06:24 |

Page 183

```
 1        A.   But I haven't seen the specific numbers        03:06:26

 2   for the other stores.

 3        Q.   Well, are you assuming that the breakdown

 4   for the other stores would be similar to Microsoft?

 5        A.   I'm not assuming anything.  I said that I      03:06:41

 6   have not examined it, so, therefore, I am not going

 7   to be able to say yes or no to your -- to your

 8   question.

 9        Q.   Does the Microsoft breakdown that you

10   relied upon show that games accounted for the great     03:06:53

11   bulk of Microsoft sales that you're reporting?

12            MR. HARRINGTON:  Objection to form.

13            THE DEPONENT:  Yes.

14        Q.   (By Mr. Swanson)  Okay.  Does your

15   yardstick apply to nongame apps?                        03:07:08

16        A.   Yes.

17        Q.   And what do you base that on?

18        A.   Well, you know, we are trying to create a

19   yardstick for the but-for world using other markets

20   because we are unable to see a but-for world in         03:07:33

21   early years.

22            There was never competition allowed by

23   Apple, so we're kind of forced to discuss

24   comparable stuff, comparable markets, and this

25   comparability is not going to be perfect, and we        03:07:56
```

| | | |
|---|---|---|
| 1 | know that before we start.  So we do the best we | 03:07:59 |
| 2 | can to find the -- the -- the comparable stuff. | |
| 3 | But I have no reason to believe that the | |
| 4 | commission rates for PC stores, if -- if I included | |
| 5 | other PC stores that were not so much game | 03:08:19 |
| 6 | oriented, would have been lower than the effective | |
| 7 | commission rate here. | |
| 8 | So I believe that, if anything, I'm | |
| 9 | conservative in this approach. | |
| 10 | Q.   Are you being conservative or inaccurate? | 03:08:40 |
| 11 | MR. HARRINGTON:  Objection to form. | |
| 12 | THE DEPONENT:  I already said | |
| 13 | conservative. | |
| 14 | Q.   (By Mr. Swanson)  Okay.  Is your | |
| 15 | objective to be accurate in compiling your | 03:08:50 |
| 16 | estimates? | |
| 17 | A.   My objective is to find the best estimate | |
| 18 | I can find for a situation which has been created | |
| 19 | by Apple so that we are totally unable to find the | |
| 20 | but-for world -- a period with a but-for world | 03:09:12 |
| 21 | present so we can do a before-and-after kind of | |
| 22 | calculation. | |
| 23 | So that's my best estimate, and I showed | |
| 24 | it there.  And, again, I think that the effective | |
| 25 | commission rate is relatively conservative compared | 03:09:29 |

Page 185

1    to another calculation that I might have done on          03:09:34

2    another yardstick.

3        Q.   What other PC stores that were not so

4    much game oriented are you aware of that charge

5    lower than your yardstick rate?                            03:09:50

6        A.   As we sit here, I wouldn't be able to --

7    to give you an answer on that.

8        Q.   Well, you gave me an answer that it was

9    conservative because there were such stores, so are

10   you just making that up?                                  03:10:03

11          MR. HARRINGTON:  Objection.

12          THE DEPONENT:  Well, you -- it's -- I'm

13   not making it up.  But it's just my -- my feeling

14   that -- that the -- the -- the game stores in

15   general have higher effective commission rates than       03:10:23

16   the -- the known game stores, and this is kind of a

17   general kind of issue.  I wouldn't be able to give

18   you very substantial further arguments on that.

19       Q.   (By Mr. Swanson)  Is that because game

20   app transactions are in a different market than           03:10:47

21   nongame app transactions?

22       A.   I wouldn't say that.

23       Q.   What would you say?  What's the

24   explanation?

25       A.   I don't have a great explanation for            03:10:59

                                                      Page 186

1    this.  As I said, this was a hunch.  I wouldn't --        03:11:01

2    I have not separated the developers in different

3    categories.

4        Q.   Is your yardstick, based on table 4,

5    limited to U.S. developer sales to U.S. Windows          03:11:16

6    users?

7        A.   I believe so.

8        Q.   Okay.  How about the WeGame store, is the

9    WeGame or -- or is the --

10       A.   Tencent.                                         03:11:30

11       Q.   -- the Tencent?

12       A.   WeGame is a Chinese store.  I thought you

13   were asking about Microsoft.

14       Q.   No, I'm asking about your yardstick in

15   table 4.                                                  03:11:39

16       A.   Oh, I see.

17            No.  I mean, it includes some foreign

18   firms too.

19       Q.   Okay.  Why is WeGame in your yardstick?

20       A.   It's a -- it's a division of Tencent.           03:11:47

21       Q.   Well, why -- why is Tencent in your

22   yardstick?

23       A.   I believe they're a -- a big store and

24   they're worth including them.

25       Q.   Your yardstick is a weighted average,           03:12:06

Page 187

```
 1    correct?                                         03:12:08

 2         A.   Correct.

 3         Q.   And WeGame is by far the largest weight

 4    in your yardstick calculation, correct?

 5         A.   Because of the high sales, yes.         03:12:17

 6         Q.   In China, correct?

 7         A.   Yes.

 8         Q.   Okay.  Don't you want to exclude the

 9    Chinese market from your yardstick?

10         A.   I don't see a compelling reason to      03:12:33

11    exclude it.

12         Q.   Okay.  What would happen if your

13    yardstick analysis excluded WeGame?  Would the

14    average that you calculate increase substantially

15    from ██████ percent?                              03:12:49

16         A.   It would increase.

17         Q.   Do you know by how much?

18         A.   I don't know by how much because I

19    haven't done that.

20         Q.   Okay.  Do you know if the sales that you 03:13:01

21    report for Blizzard are all sales on its U.S.

22    storefront?

23         A.   I think so, but I'm not completely sure.

24         Q.   Okay.  What have you done to verify that

25    these numbers, aside from WeGame, are U.S. sales?  03:13:23
```

Page 188

```
 1        A.   I've asked my staff to do that, and I        03:13:27

 2   believe they have.

 3        Q.   And do you believe all the Steam numbers

 4   are for U.S. sales?

 5        A.   I believe so.                                 03:13:39

 6        Q.   Okay.  And if they aren't, you would want

 7   to adjust the figure to reflect just U.S. sales,

 8   correct?

 9             MR. HARRINGTON:  Objection.  Form.

10             THE DEPONENT:  Well if -- if there            03:13:49

11   aren't, then we have to adjust, yes, that's --

12   that's -- that's correct, if we're looking for a

13   Windows PC stores measure that is just U.S.

14        Q.   (By Mr. Swanson)  Now, six of the eight

15   listings you've got here in table 4 are either Epic    03:14:06

16   or effective commission rates that are calculated

17   based on assuming Epic's cost structure, correct?

18        A.   Yes.

19        Q.   Okay.  Except that with respect to Steam,

20   you -- you assume that Steam does not incur a          03:14:25

21   20-million-dollar annual fixed cost for

22   self-distribution, correct?

23        A.   Well, I have a special backup on Steam,

24   yes.

25        Q.   And why -- why do you assume there is no      03:14:38
```

Page 189

**CONFIDENTIAL**

```
 1    20-million-dollar annual fixed cost for Steam          03:14:41

 2    self-distribution?

 3        A.   I'm not -- I don't recall at this point

 4    in time.  I think there was some very specific

 5    dig-down in the -- in the Steam numbers, and we got    03:15:00

 6    to a -- to a different number than -- than Epic.

 7        Q.   Do you agree that the vast majority,

 8    almost 70 percent of the sales you report in

 9    table 4, are for self-distribution?

10        A.   I -- I haven't done the calculation, but     03:15:20

11    I think that makes sense.  Although -- yeah, go

12    ahead.  Yeah.

13        Q.   And you estimate the costs for those

14    sales based on Epic's cost, correct?

15        A.   Generally, yes, except for Steam, which      03:15:36

16    has a different calculation.

17        Q.   What degree of confidence do you have in

18    your ███████████ yardstick?

19        A.   I'm very confident on it.  I -- I think

20    it's based on objective data.  And I'm confident      03:15:51

21    about the -- the -- the costs of self-distribution

22    that come from -- from Epic.

23             And I think that this is a reasonable

24    yardstick that -- you know, for -- for a situation

25    in which, unfortunately, because of the other         03:16:18
```

Page 190

```
 1    anticompetitive actions of Apple, we don't have a        03:16:20

 2    before and after period, in which in the before

 3    period there was -- there was the but-for world.

 4        Q.   Have you made any assessment of what the

 5    median Windows PC app distribution commission rate       03:16:37

 6    is in that market?

 7        A.   You mean the median among the eight ones

 8    here.

 9        Q.   Sure.

10        A.   No, I have not done that.                        03:16:50

11        Q.   Can you identify any transaction on any

12    Windows PC app distribution platform for third

13    parties that incurred a ████████ commission?

14            MR. HARRINGTON:  Objection.  Form.

15            THE DEPONENT:  Can you say -- can you say         03:17:11

16    the -- the question again?

17        Q.   (By Mr. Swanson)  Can you identify any

18    transaction on any Windows PC app distribution

19    platform for third parties that incurred a

20    ████████ commission rate?                                03:17:24

21            MR. HARRINGTON:  Same objection.

22            THE DEPONENT:  Well, I mean, you're

23    talking about the -- the -- the -- the ones with

24    the list, right.  So nobody -- ████ is the -- the

25    average.  So nobody has exactly ████.  Epic has         03:17:41
```

| | | |
|---|---|---|
| 1 | 12, for example.  Lower than that, so... | 03:17:46 |
| 2 | Q.   (By Mr. Swanson)  And if you look at the | |
| 3 | three that you've got here that actually offer | |
| 4 | distribution, in your terms, to third parties, the | |
| 5 | rates that they are charge are 30, 25, 20, 15.  And | 03:18:00 |
| 6 | Epic charges 12, right? | |
| 7 | A.   Where is the 30, 25, 15?  I don't -- I | |
| 8 | don't see that.  I see 25 from Steam.  I see 12 | |
| 9 | from Epic.  And I see 28 from Microsoft.  I don't | |
| 10 | see the other ones. | 03:18:22 |
| 11 | Q.   (By Mr. Swanson)  Well, is it your | |
| 12 | opinion that Epic charges 25 on any transaction, | |
| 13 | other than those over $10 million, but less than | |
| 14 | $50 million? | |
| 15 | A.   Well, I reported the effective commission | 03:18:33 |
| 16 | rates, which is going to be for sure an average.  I | |
| 17 | mean... | |
| 18 | Q.   All right. | |
| 19 | A.   So you -- you went back to some other | |
| 20 | kind of list pricing and so on.  I'm only talking | 03:18:48 |
| 21 | about the average commission, effec- -- effective | |
| 22 | commission rate. | |
| 23 | Q.   Right. | |
| 24 | And in terms of the actual list of | |
| 25 | commissions that these online stores charge, is it | 03:18:58 |

Page 192

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | not a fact that that list is 30, 25, 20, 15 and 12? | 03:19:00 |
| 2 | A.   I -- I don't know where you got those. | |
| 3 | Q.   Well, are you aware that Steam charges a | |
| 4 | 30 percent commission on every single app sale up | |
| 5 | to $10 million in revenues? | 03:19:22 |
| 6 | A.   Yes, I'm aware of that. | |
| 7 | Q.   So if Steam charges 30 percent, does | |
| 8 | Steam charge 25 percent on app sales that exceed | |
| 9 | $10 million, but that do not hit $50 million? | |
| 10 | A.   That's correct. | 03:19:38 |
| 11 | Q.   So Steam also charges 25 percent then, | |
| 12 | correct? | |
| 13 | A.   Well, for 50 -- over $50 million, they | |
| 14 | even have a lower percentage.  So here we're | |
| 15 | looking at the effective commission rate. | 03:19:51 |
| 16 | So even though you are telling me the | |
| 17 | announcements of -- of the -- of the list pricing, | |
| 18 | the important thing is what's the average effective | |
| 19 | commission rate.  And this is what the last column | |
| 20 | of table 4 has. | 03:20:05 |
| 21 | Q.   And how many developers on Steam are | |
| 22 | charged the 25 or 20 percent commission for their | |
| 23 | apps? | |
| 24 | A.   I -- I wouldn't be able to tell you.  I | |
| 25 | mean, we need to dig in the -- in the backup to | 03:20:19 |

Page 193

```
1    find that out.                                     03:20:22

2         Q.   Well, you have backup.

              But isn't it a fact that it's less than

4    100?

5         A.   I mean, obviously, you have -- you have  03:20:27

6    your backup.  My backup in front of me -- in front

7    of you, which I don't have.

8              So, you know, maybe it's just less than

9    100.  Okay.  So...

10             This is -- I -- I don't understand this  03:20:38

11   line of argument.  I'm -- I'm dealing with the

12   effective commission rate, the average.  So the

13   average necessarily is going to be different than

14   the various tiers.

15        Q.   Microsoft charged a 30 percent commission 03:20:59

16   in 2018 for game -- game and nongame apps; is that

17   your understanding?

18        A.   Yes.

19        Q.   Going back to Exhibit 33, can you --

20   let's -- let's switch -- switch to slide 45 in that 03:21:22

21   exhibit, if you can find that.

22        A.   The one that is called "Profile:  Valve"?

23        Q.   Yes.

24        A.   Uh-huh.

25        Q.   And can you show me -- or at least infer  03:21:59
```

Page 194

```
 1    for me -- that this is where you got your figure in        03:22:01

 2    your table 4 of $4,541,000,000 in Steam third-party

 3    sales?

 4         A.   I believe so.  I mean, at least the 1279

 5    is the same and -- okay.  And the 4541 is the same,        03:22:28

 6    yeah.

 7         Q.   So this is where you got that information

 8    that you put into your table 4, right?

 9         A.   Yes.  And this is described in -- in the

10    footnote as well, in the backup.                           03:22:42

11         Q.   Now, you indicate that that 4541

12    corresponds to a 25 percent effective commission

13    rate; is that right?

14         A.   Yes.

15         Q.   Why does the small print on slide 45 say        03:23:02

16    that developers only get 73 percent?

17              Wouldn't that indicate an effective

18    commission rate of ████████?

19         A.   Okay.  You are on the same slide and

20    you're saying in the small print?                          03:23:23

21         Q.   Yeah.  Lower left-hand corner.

22         A.   You mean in the very bottom?

23         Q.   Yeah.  The thing that says "Note."

24         A.   Okay.  Let's see.

25         Q.   It says "Reported revenue reflects total        03:23:38
```

Page 195

| | | |
|---|---|---|
| 1 | consumer spend; adjusted revenue deducts the | 03:23:43 |
| 2 | estimated 73% share paid to publishers from | |
| 3 | Valve's" third -- "3P" -- third party -- "digital | |
| 4 | store." | |
| 5 | You understand publishers refers to | 03:23:57 |
| 6 | developers? | |
| 7 | A.   Yes. | |
| 8 | Q.   Okay.  So Microsoft's estimate is that | |
| 9 | Steam has an effective commission rate of | |
| 10 | 27 percent, correct? | 03:24:07 |
| 11 | A.   Maybe they mean that.  Maybe they mean | |
| 12 | something else.  I'm not sure. | |
| 13 | Q.   Well, you're relying on this document to | |
| 14 | be accurate, are you not? | |
| 15 | A.   I'm relying on the numbers.  But I think | 03:24:27 |
| 16 | I have another document with the -- the | |
| 17 | calculation -- let me try to find my backup one | |
| 18 | more time.  Okay. | |
| 19 | Q.   You have a document -- | |
| 20 | A.   Because I -- yeah.  We -- we are -- we | 03:24:37 |
| 21 | are talking in circles here.  Okay.  So... | |
| 22 | Q.   I don't think so. | |
| 23 | You have a Valve/Steam document that | |
| 24 | shows an actual effective commission rate, correct? | |
| 25 | A.   Yes. | 03:24:52 |

Page 196

| | | |
|---|---|---|
| 1 | Q.   And it's different from Microsoft's | 03:24:53 |
| 2 | estimate, correct? | |
| 3 | A.   Uh-huh.  Uh-huh.  That's correct. | |
| 4 | Q.   So Microsoft doesn't have the most | |
| 5 | accurate information in this document, this | 03:25:02 |
| 6 | Exhibit 33, does it? | |
| 7 | A.   Well -- | |
| 8 | MR. HARRINGTON:  Objection to form. | |
| 9 | THE DEPONENT:  -- that's what you say.  I | |
| 10 | mean -- they -- am I -- am I not allowed to make | 03:25:10 |
| 11 | calculations?  I mean, we have to take whatever | |
| 12 | Microsoft says in face value? | |
| 13 | Q.   (By Mr. Swanson)  Well, that's what | |
| 14 | you're doing, isn't it? | |
| 15 | MR. HARRINGTON:  Objection.  Form. | 03:25:21 |
| 16 | THE DEPONENT:  No, that's not what I'm | |
| 17 | doing.  I mean, you said it yourself, that I'm | |
| 18 | doing something different than what my Microsoft | |
| 19 | says.  So that Microsoft said it has to be whatever | |
| 20 | you read in the small footnote down there, and I | 03:25:30 |
| 21 | have a different number. | |
| 22 | Q.   (By Mr. Swanson)  Well, are you talking | |
| 23 | the 4541 face value? | |
| 24 | A.   Yes, I am. | |
| 25 | Q.   And you indicate in table 4 that these | 03:25:48 |

Page 197

```
1    are sales for 2019; is that right?                    03:25:51

2         A.    Let me see.

3               That is correct.

4         Q.    Okay.  And are these estimates in the

5    Microsoft document, in Exhibit 33, are those from     03:26:17

6    2019?

7         A.    Well, the document was created in

8    May '20.  So it's extremely likely that these are

9    from 2019.

10        Q.    So is it extremely likely that all the      03:26:54

11   figures in this Microsoft document reported for

12   third parties are from 2019?

13        A.    Well, now you're -- you're stretching my

14   memory.  I mean, this is a multipage document.  We

15   need to spend some time looking at every page         03:27:07

16   before I can say something -- something like

17   that -- an opinion like that.

18        Q.    Okay.  Well, we'll -- don't worry.  We'll

19   look at some more pages.

20              You -- you actually have information from   03:27:17

21   Valve about Steam's total sales, do you not?

22        A.    Yes.

23        Q.    Doesn't the information that you have

24   available to you directly from Valve show

25   approximately $958,000,000 of total sales on Steam    03:27:40
```

Page 198

| | | |
|---|---|---|
| 1 | for 2019? | 03:27:45 |
| 2 | A.   That is correct. | |
| 3 | Q.   Well, then why are you taking a face | |
| 4 | value a figure of 4541 which is over 4 billion? | |
| 5 | A.   Well, I wouldn't be able to -- to answer | 03:28:01 |
| 6 | this without looking at this a bit further. | |
| 7 | Q.   Now, the 1279 number in your table 4 also | |
| 8 | comes from this Microsoft document, slide 45, | |
| 9 | correct? | |
| 10 | A.   Correct. | 03:28:28 |
| 11 | Q.   And you associate that with a 9 percent | |
| 12 | effective commission rate? | |
| 13 | A.   That's correct. | |
| 14 | Q.   If Steam actually had the same cost | |
| 15 | structure as Epic, wouldn't you add an extra | 03:28:40 |
| 16 | $20 million to their annual cost to calculate an | |
| 17 | 11 percent effective commission rate, not a | |
| 18 | 9 percent rate? | |
| 19 | A.   Yes.  We -- we have found this in a | |
| 20 | different way, the one on Steam. | 03:28:55 |
| 21 | Q.   Moving to the Epic numbers in your | |
| 22 | table 4, the ███████████ sales figure that you | |
| 23 | report for Epic Games store, third-party sales, | |
| 24 | does that come from slide 48 in the Microsoft | |
| 25 | document? | 03:29:27 |

Page 199

| | | |
|---|---|---|
| 1 | THE DEPONENT:  Let me see.  I think maybe | 03:29:32 |
| 2 | it's time to take a break, if that's okay with you. | |
| 3 | MR. SWANSON:  Yes.  Yeah, that's | |
| 4 | perfectly fine. | |
| 5 | THE DEPONENT:  Thank you very much.  Ten | 03:29:40 |
| 6 | minutes. | |
| 7 | MR. SWANSON:  Uh-huh. | |
| 8 | THE VIDEOGRAPHER:  We're now going off | |
| 9 | the record.  The time is 3:29. | |
| 10 | (Recess taken.) | 03:32:23 |
| 11 | THE VIDEOGRAPHER:  We're now back on the | |
| 12 | record.  The time is 3:43. | |
| 13 | Q.   (By Mr. Swanson)  Professor, in the | |
| 14 | but-for world -- | |
| 15 | A.   May -- may I, Mr. Swanson.  I had a | 03:43:53 |
| 16 | chance to review the Valve backup that I have, and | |
| 17 | it does look like the effective commission rate was | |
| 18 | exactly right, 25 percent. | |
| 19 | I'm not sure why Microsoft says it's 27, | |
| 20 | but there is an actual real calculation of the -- | 03:44:17 |
| 21 | of the Valve effective rate taking into account all | |
| 22 | the transactions that have happened in Valve.  So | |
| 23 | this was kind of created from scratch.  So they -- | |
| 24 | the numbers I -- I have are -- are, in fact, | |
| 25 | correct. | 03:44:40 |

```
 1        Q.    And have you confirmed that the          03:44:44

 2   4,541,000,000-dollar figure is correct as well?

 3        A.    Well, I have a -- a -- a figure that

 4   is -- that is the -- the net sales number, which

 5   looks very much confirming the 4.5 billion.  Okay.   03:45:09

 6   So -- because of the -- okay, that's right.

 7             So -- that's correct.  I mean, I looked

 8   at the backup and I think we can replicate it, and

 9   it -- it shows the -- that this is the right number

10   that's 25 percent and not 27 as Microsoft says.       03:45:31

11        Q.    Yeah, no, I understood that.  I was

12   asking if you confirmed that the 4541 number in

13   your table 4 is accurate.

14        A.    I believe so.

15        Q.    Did you look at your backup data on that   03:45:50

16   point?

17        A.    Yes.

18        Q.    Okay.  In the but-for world, based on

19   your Windows PC app distribution yardstick, do you

20   assume that all iOS App Stores, including the         03:46:07

21   Apple App Store, would charge the same ███████

22   commission rate to developers?

23             MR. HARRINGTON:  Objection to form.

24             THE DEPONENT:  I assume that this would

25   be the rate they're going to -- to charge, yes,       03:46:29
```

Page 201

```
 1    that's correct.                                        03:46:33

 2        Q.   (By Mr. Swanson)  Based on that same

 3    yardstick, is it your opinion that if Epic Games,

 4    in the but-for world, opened an iOS App Store,

 5    that it would charge a ███████████ commission?        03:46:44

 6        A.   Well, we are talking about the average

 7    commission here.  So it's -- it is conceivable that

 8    Epic might charge less, like 12 like they want to,

 9    and the others will charge more, but on the

10    average, it's going to be ███████.                     03:47:02

11         So the developer damages is expecting, in

12    the but-for world, on the average, ██████.

13        Q.   But it's conceivable that the Apple

14    App Store would charge 30 percent in the but-for

15    world and Epic would charge 12?                        03:47:21

16         MR. HARRINGTON:  Objection.

17         THE DEPONENT:  Well, I would find it hard

18    to believe that Apple would stick with -- with 30

19    because it's going to be competitive pressure to --

20    to cut that -- that rate, first of all.                03:47:34

21         Second, even if the Apple Store charges

22    30, developers will have a choice, and not only

23    they could sell everything they -- they want to

24    sell through Epic, but also they could break their

25    sales through different stores.  So some are going     03:48:04
```

Page 202

```
 1    to go through Apple.  Some are going to go through        03:48:07

 2    others.

 3            So -- so on the first hand, I think that

 4    it would be hard for Apple to stay at 30 percent.

 5            And second, the developers will benefit         03:48:17

 6    even if Apple stays at 30 percent, which I said

 7    it's very unlikely, because the other stores are

 8    going to be around and they will have, on the

 9    average, the opportunity to realize the

10    ██████████████  commission.                              03:48:35

11    Q.   (By Mr. Swanson)  In the but-for world,

12    would larger developers, for example, those who

13    have apps that earn more than $10 million in

14    revenue, receive lower commission rate?

15    A.   Well, that's conceivable.  But this is             03:48:52

16    not necessarily a part of my calculation.  I am

17    calculating an average rate, and that's what I

18    think is -- is correct.

19            But as you did see, the average rate

20    comes partly through Steam, and Steam has a             03:49:09

21    variation of tiers.  So it's not -- it's not

22    inconceivable that there will be some variation in

23    tiers, but the average developer should expect to

24    get ███████████.

25    Q.   In the but-for world, in your opinion,            03:49:31
```

                                                          Page 203

1   would large developers or small developers be more        03:49:33

2   likely to be charged the lowest commission rate?

3        A.   I'm not sure I -- say it again one more

4   time?

5        Q.   Yeah.  In the but-for world, in your          03:49:50

6   opinion, would large developers or small developers

7   be more likely to be charged the lowest commission

8   rate?

9             MR. HARRINGTON:  Objection to form.

10            THE DEPONENT:  The way I have calculated       03:50:03

11   my -- my yardstick is for the average, the --

12   you know, developer, the average -- sorry, what

13   every developer, on the average, expects to get.

14        Q.   (By Mr. Swanson)  Okay.  You have a

15   second yardstick, correct?                             03:50:22

16        A.   Yes.

17        Q.   And that's estimated based on profit

18   margins of a group of online marketplaces with

19   agency-based businesses, right?

20        A.   Correct.                                      03:50:40

21        Q.   Which of your two yardsticks do you

22   consider to be more reliable?

23        A.   Well, I'm confident in both, and the fact

24   that they bring out very close results in terms of

25   the average commission gives me extra confidence      03:50:54

Page 204

1    that through the two different parallel methods,          03:50:57

2    independent methods, I'm able to -- to get the

3    average commission rate close, somewhere between 14

4    and 15 percent.

5        Q.   Which of your two yardsticks do you          03:51:16

6    consider to be the more conservative?

7        A.   I consider them to be equally good.

8        Q.   You -- they're both equally conservative?

9        A.   Yes.

10       Q.   Turn to paragraph 47, please.                03:51:39

11       A.   Uh-huh.

12       Q.   In the second sentence, you say,

13   "Typically in a market like the iOS app

14   distribution market, where there exist both market

15   demand for alternative options and capable           03:52:02

16   entrants, economic logic predicts entry into the

17   market with each entrant capturing some market

18   share and driving down the market price."

19           Do you -- do you see that?

20       A.   Yes.                                          03:52:15

21       Q.   In your opinion, does this economic logic

22   apply to the Window PC app distribution market as

23   well?

24       A.   I think this economic logic applies to

25   any situation of entry.                               03:52:28

                                                           Page 205

**CONFIDENTIAL**

1       Q.   Does economic logic predict that an     03:52:33

2   entrant would charge a profitable price?

3       A.   Well, if -- if -- the entrant has to be

4   successful in -- in being profitable.  Otherwise,

5   it will not survive.                     03:52:49

6       Q.   When an entrant a below-cost price, what

7   does economic logic predict about the price that

8   will be charged by the incumbents?

9          MR. HARRINGTON:  Objection.

10         THE DEPONENT:  I'm not sure I understand   03:53:01

11   the premise of your -- of your question.  You know,

12   the -- the entry -- the entrant has to break even,

13   at least, in the long run.  I mean, it cannot

14   surface otherwise, so the premise of your question

15   kind of falls apart.                 03:53:21

16       Q.   (By Mr. Swanson)  How many firms have

17   entered the Windows PC app distribution market

18   since 2008?

19       A.   I -- I haven't examined exactly that

20   number.                          03:53:38

21       Q.   Was Epic a competitor of Steam before

22   Epic opened its door in 2018?

23       A.   Not before it opened its door.  I mean,

24   in the sense of app distribution competition.

25         If you're asking do they make games,    03:53:58

Page 206

| | | |
|---|---|---|
| 1 | yeah, they make games, so -- but -- so they could | 03:54:00 |
| 2 | be competing in other ways, but in terms of the | |
| 3 | market we care about, which is app distribution, | |
| 4 | no. | |
| 5 | Q.   So you believe that Epic's | 03:54:11 |
| 6 | self-distribution of Fortnite prior to the | |
| 7 | Epic Games store's debut was not competitive with | |
| 8 | Steam? | |
| 9 | A.   Well, I -- maybe I misspoke.  I only | |
| 10 | thought that you were -- they were asking the | 03:54:29 |
| 11 | question about the third-party store. | |
| 12 | Self-distribution is, of course, competitive with | |
| 13 | every other store, including Steam. | |
| 14 | Q.   Okay.  So Epic was a competitor of Steam, | |
| 15 | in your opinion, before Epic opened its third-party | 03:54:42 |
| 16 | game store in 2018? | |
| 17 | A.   Yes. | |
| 18 | Q.   What was Epic's market share before it | |
| 19 | opened its third-party game store? | |
| 20 | A.   Market share in what market? | 03:54:59 |
| 21 | Q.   The Windows app, PC distribution | |
| 22 | market -- | |
| 23 | (Simultaneously speaking.) | |
| 24 | THE DEPONENT:  I'm sure we have it | |
| 25 | somewhere in the -- in the backup, but I -- I | 03:55:08 |

Page 207

```
 1    don't -- I don't -- I don't recall off the top of        03:55:11

 2    my head.

 3         Q.   (By Mr. Swanson)  Did Steam's market

 4    share drop in 2019 after the entry of Epic Games

 5    store?                                                    03:55:25

 6         A.   I do not recall.

 7         Q.   Does economic logic predict that the

 8    entry of the Epic Games store into the Windows PC

 9    app distribution market for third parties would

10    drive down Steam's price?                                 03:55:41

11         A.   Yes, over time, that it will drive it

12    down, yes.

13         Q.   Uh-huh.

14         A.   You mean -- by price, you mean the fees,

15    right?                                                    03:55:53

16         Q.   Yes.  Commission.

17         A.   Uh-huh.

18         Q.   Is that what you meant?

19         A.   Yes.

20         Q.   Yeah.                                           03:55:59

21              Turn, please, to your table 5, which is

22    on table -- on page 25.

23         A.   Yes.

24         Q.   This is a table you use for your second

25    yardstick; is that correct?                              03:56:19
```

Page 208

```
1        A.    That's right.                               03:56:20

2        Q.    Uh-huh.  And you base your profit margin

3   analysis on the profit margins for eBay, Etsy,

4   Rakuten, Mercado Libre and Alibaba, right?

5        A.    That is correct.                            03:56:41

6        Q.    And at least one reason why you used

7   these stores is because they are all marketplaces

8   that charge commissions?

9        A.    That is correct.

10       Q.    None of them are app marketplaces,          03:56:50

11  correct?

12       A.    There is some parts of Alibaba and

13  Rakuten that are app marketplaces.

14       Q.    Do you know if the percentages that you

15  report in table 5 apply to the app portion of their   03:57:03

16  respective businesses?

17       A.    Yes, in terms of these two that I

18  mentioned, the Rakuten and Alibaba's.

19       Q.    And -- and what is the -- well, are --

20  are you reporting the -- the operating margins for    03:57:20

21  Alibaba's app marketplace?

22       A.    That is correct.  It comes from

23  Mr. Tregillis' report.

24       Q.    Flip to paragraph 48, please.  And I

25  wanted to ask you about something in that long        03:58:13
```

Page 209

| | | |
|---|---|---|
| 1 | final sentence that carries over onto page 27, the | 03:58:22 |
| 2 | one that starts, "An Epic planning document." | |
| 3 | Do you see that? | |
| 4 | A.   Yes. | |
| 5 | Q.   I'm not going to read that out loud, | 03:58:31 |
| 6 | it'll take too long.  We're all tired of hearing | |
| 7 | me. | |
| 8 | But you have a parenthetical there | |
| 9 | indicating that it seems to have been the case that | |
| 10 | Steam reacted to the entry of Epic Games store? | 03:58:44 |
| 11 | A.   That is right. | |
| 12 | Q.   Okay.  Are you aware that after Steam | |
| 13 | reacted, it retained its 30 percent base commission | |
| 14 | rate? | |
| 15 | MR. HARRINGTON:  Objection to form. | 03:59:02 |
| 16 | THE DEPONENT:  Well, I'm not sure what | |
| 17 | exactly you are -- you are describing.  I hear | |
| 18 | we -- my understanding is that Epic says that it | |
| 19 | could capture 50 percent if Steam doesn't react and | |
| 20 | 35 if Steam reacts.  And it looks like Steam | 03:59:18 |
| 21 | reacted.  So 35 makes sense as -- and as a -- as a | |
| 22 | potential number percentage that an entrant might | |
| 23 | achieve. | |
| 24 | Q.   (By Mr. Swanson)  Well, when you say it | |
| 25 | appears that Steam reacted, are you denying that | 03:59:37 |

Page 210

1    Steam retained its default 30 percent commission        03:59:41

2    rate?

3            MR. HARRINGTON:  Object to form.

4            THE DEPONENT:  I'm not denying that.  But

5    it -- it looks like there was some reaction, at         03:59:50

6    least, to -- to try to -- to achieve as much as

7    possible no loss of market share.

8        Q.   (By Mr. Swanson)  Was Steam's reaction to

9    the entry of Epic Games store consistent with what

10   economic logic predicts when additional rivals          04:00:12

11   enter the market?

12       A.   Yes -- I mean, yes.  In general, yes.

13       Q.   Okay.  Now, in paragraph 48, you state

14   that 35 percent -- this is on the top of page 27.

15            You state that "35% is the single entrant        04:00:32

16   market share that is currently best supported by

17   the evidence."

18            Do you see that?

19       A.   Yes.

20       Q.   When you refer to the "evidence," are you       04:00:44

21   including Steam's reaction to the entry of

22   Epic Games store?

23       A.   Yes.

24       Q.   Do you agree that in the single entrant

25   scenario that you're analyzing, that the Apple          04:00:54

                                                             Page 211

 1    App Store would have a 65 percent market share?          04:00:58

 2        A.    That is correct.  It's written in --

 3    explicitly in table 6.

 4        Q.    And in the two entrant scenario that you

 5    analyzed the Apple App Store would have a               04:01:07

 6    50 percent market share?

 7        A.    That's also true in table 6.

 8        Q.    Did you do any analysis to figure out why

 9    you would assume that the two entrants would have

10    25 percent market share each?                           04:01:25

11        A.    Well, it's a modest assumption that two

12    entrants would come in with 25 percent each.  So it

13    still leaves Apple with 50 percent market share.

14    But the -- the effect of entry is that it pushes

15    down the but-for average commission rate.              04:01:51

16        Q.    Did you do any analysis to determine if

17    Epic actually attained a 35 percent market share

18    with its Epic Games store?

19        A.    No.  And this is not a discussion just

20    about Epic.  This is a hypothetical discussion of      04:02:15

21    entry in the but-for world in the iOS app

22    distribution market.

23        Q.    In Epic's analysis of what market share

24    it would expect if Steam reacted, was it including

25    market share attributable to self-distribution, as     04:02:39

                                                         Page 212

```
 1   well as market share for third-party distribution?          04:02:43

 2        A.   I do not recall at this point.  But I

 3   think that it was mostly third-party distribution.

 4        Q.   Can you calculate Epic's share based on

 5   your table 4?                                                04:03:03

 6        A.   You mean Epic's share among the six or

 7   eight firms there, or Epic's share in terms of the

 8   whole market for Windows PC distribution?

 9        Q.   Either way.  Let's first start with the

10   third-party sales.                                           04:03:33

11        You've got a ████████ figure for Epic

12   in 2019, correct?

13        A.   Yeah, but that's -- as you -- you were

14   saying before, that's the first year they entered,

15   so yes.  So it's kind of --                                  04:03:47

16        Q.   Okay.

17        A.   -- not -- not even, I think, a full year.

18        Q.   Okay.  So that's about ██████ of the

19   total third-party sales on Steam, Microsoft Store

20   and Epic Games store, correct?                               04:04:04

21        A.   I mean, you're good at making these

22   calculations on top of your head and I'm not.  But

23   I'll take your number for it at this point.

24        Q.   The percentage that ████████ reflects

25   compared to the total sales in table 4 is very              04:04:25
```

Page 213

| | | |
|---|---|---|
| 1 | small. | 04:04:31 |
| 2 | Would you not agree? | |
| 3 | A.   Well, I mean, here, we're talking about a | |
| 4 | yardstick for Windows PCs.  And somehow we are | |
| 5 | taking the first year entry of -- of Epic and | 04:04:49 |
| 6 | saying this is all they're going to -- to achieve. | |
| 7 | Like in the "Rate Yardstick" backup, | |
| 8 | where we see the projections of Epic, they claim | |
| 9 | that in 2024 their size would be about | |
| 10 | ███████████   So that's completely different than | 04:05:14 |
| 11 | the ███████████ that they have right now.  So they | |
| 12 | are projecting they're going to be ███████████ | |
| 13 | times larger in a few years. | |
| 14 | Q.   And making that assumption and even | |
| 15 | assuming all the other sales in table 44 remain the | 04:05:33 |
| 16 | same, would they have a 35 percent share of the | |
| 17 | Windows PC app distribution market? | |
| 18 | A.   I mean, again, my discussion of the one | |
| 19 | entrant with -- with 35 percent is for the app | |
| 20 | market for iOS.  It's not a prediction about what | 04:06:00 |
| 21 | does -- Epic would do or it has done or will do | |
| 22 | in the -- the Windows PCs stores market. | |
| 23 | Q.   In -- in either of your iOS but-for | |
| 24 | scenarios with either one or two entrants, isn't it | |
| 25 | a fact that Apple would benefit from substantial | 04:06:30 |

Page 214

```
 1    indirect network effects with its 50 to 65 percent        04:06:32

 2    market share?

 3         A.   It would benefit in what way, did you

 4    say, substantial?

 5              I mean, can you say -- can you break it          04:06:48

 6    down a bit more?

 7         Q.   Yes.

 8              I'm referring to your scenarios for the

 9    but-for world where there are either one or two

10    entrants.                                                  04:07:00

11              Are you with me?

12         A.   Uh-huh.

13         Q.   And you agree that in either of those

14    scenarios, Apple would have at least 50, and as

15    high as 60 percent -- 65 percent of the iOS app           04:07:11

16    distribution market, correct?

17         A.   Uh-huh.  Yes.

18         Q.   So relative to its rivals in those

19    scenarios, wouldn't Apple benefit

20    disproportionately from substantial indirect              04:07:23

21    network effects?

22         A.   Well, if -- if you look carefully at --

23    at table 6, you can see that the but-for Apple

24    profit margin is relatively high compared to the

25    entrant margin.                                           04:07:48
```

Page 215



Page 216

███████████████████████████████

████████████████████████

████████████████████████

███████████████████████                     04:10:01

██████████████

6        Q.   When you referred to page 54, did you

7   mean paragraph 54?

8        A.   I'm sorry.  Thank you.  Paragraph 54.

9        Q.   Professor, are you familiar with the term

10  "critical mass" in the context of two-sided          04:10:12

11  platform?

12        A.   People use it differently.

13        Q.   How do you use it?

14        A.   I use the word "critical mass" -- and I

15  have written it in a number of academic papers --    04:10:25

16  as the size where the network starts.  Like in a --

17  in a -- in a traditional market, the network

18  starts -- I'm sorry -- in a traditional market, as

19  you cut price, the market starts at very small

20  numbers, at very small percentages.                  04:10:45

21            But if you have significant network

22  effects, the market can start at a significant

23  percentage of the market.  Let's say, 25 percent,

24  or something -- something higher.  And that's what

25  I call critical mass.  Other people use it           04:11:00

```
1    differently.                                        04:11:03

2         Q.   I -- I apologize.

3              What -- how do you define critical mass?

4              It's -- it's the point at which

5    substantial network effects are achieved?          04:11:13

6         A.   No.  The way I define it is -- let me

7    start with a -- with a simpler world.

8              Suppose we have a world in which some --

9    some new innovation happens.  For example, the fax.

10   So the fax happens, but its cost is high.  And then  04:11:46

11   because of technological change, its costs goes --

12   gets lower and lower and lower.  And at some point

13   in time the market explodes.  A lot of people buy

14   fax machines.  We see the -- the network effects

15   and everything else.                                04:12:03

16             And that's the point in which I would

17   call the point of critical mass.  And I have

18   written this in academic papers.  I can point out

19   to you where.

20        Q.   Okay.  How long, in your opinion, would   04:12:15

21   it take a new entrant into the iOS app

22   distribution market to attain critical mass?

23             MR. HARRINGTON:  Objection.

24             THE DEPONENT:  Well, again, we are

25   talking about critical -- you are talking about     04:12:32
```

Page 218

| | | |
|---|---|---|
| 1 | critical in your own terms rather than in my terms. | 04:12:34 |
| 2 | But if you're saying how long it would | |
| 3 | take for him to have substantial market share, I | |
| 4 | would say that's not necessarily a long time. | |
| 5 | Because once people understand that this entrant -- | 04:12:48 |
| 6 | once the developers understand that this entrant | |
| 7 | has a lower but-for commission rate, then people | |
| 8 | are going to flock to him.  So that's the way I -- | |
| 9 | I -- I see it. | |
| 10 | But even if the entrant takes time to | 04:13:10 |
| 11 | reach the share that I mentioned in table 6, there | |
| 12 | is still going to be an impact on -- on Apple and | |
| 13 | on the average commission rate because the entrant | |
| 14 | one or two is going to be there in the market and | |
| 15 | put pressure on competition in -- for the -- for | 04:13:35 |
| 16 | the -- for Apple distribution.  So it will put | |
| 17 | pressure on Apple on app distribution. | |
| 18 | Q.   (By Mr. Swanson)  Using your definition | |
| 19 | of the term, what happens to an entrant that does | |
| 20 | not achieve critical mass? | 04:13:51 |
| 21 | A.   Well, an entrant that does not achieve | |
| 22 | the -- the percentage that I said could fail. | |
| 23 | Now, the way that -- that I have | |
| 24 | introduced the entrants, 35 percent, 25 percent, 25 | |
| 25 | percent, in the second case, you know, these | 04:14:16 |

```
 1    entrants make profits as they come in.              04:14:20

 2            So I don't have them teetering to the

 3    edge so that they would fail.  If they don't get

 4    35 percent, then they go out of business.  That's

 5    not the -- the way the -- the numbers work.         04:14:34

 6            And I have to say one more thing about

 7    this, is that I burdened the entrants, even though

 8    they have relatively small percentages market

 9    share, with the full fixed costs of Apple, ██████

      ████████████████████████████████████████████████

11            And they also grew over time.  So I

12    burdened them with the latest big number of fixed

13    costs.

14            So I'm doing this because I'm doing this

15    in a very conservative way.  So I use the full     04:15:10

16    fixed cost of Apple even though these entrants are

17    much, much smaller.  So I'm doing it in a very

18    conservative way.

19        Q.  When did Apple's App Store attain

20    critical mass in the -- in the actual world?        04:15:31

21            MR. HARRINGTON:  Objection.

22            THE DEPONENT:  I haven't looked at that.

23    I mean, I -- I really only looked at the actual

24    world from the beginning of the class period in

25    2015.                                               04:15:43
```

Page 220

```
 1          Q.   (By Mr. Swanson)  In paragraph 49, you        04:15:47

 2     state that, "More stores beyond two are certainly

 3     possible"?

 4          A.   Yes.

 5          Q.   Do you see that?                               04:15:57

 6               Is it your opinion that more stores in

 7     the but-for world beyond two are probable, not just

 8     possible?

 9          A.   Well, I haven't formed an opinion

10     whether -- whether they are probable.  I -- I would    04:16:11

11     say that given the -- the difficulties in

12     attracting people from both sides of the market,

13     entry is not going to be huge.  Like, I definitely

14     don't expect ten stores or seven stores, and

15     probably much, much smaller.                           04:16:36

16               It is conceivable there might be

17     three stores.  It is conceivable there might be

18     four entrants.  It's possible.

19               The -- and I have thought, although

20     they're not presented in the report, of some          04:16:50

21     calculations regarding this.  Are they going to

22     survive, are they going to -- what effect will they

23     have on Apple, and so on.

24               And -- and generally speaking, the --

25     adding more stores, as long you don't add 20,         04:17:06
```

Page 221

| | | |
|---|---|---|
| 1 | right, as long as you add one or two more, is not | 04:17:12 |
| 2 | making a very significant effect -- a significant | |
| 3 | effect, I should say.  Doesn't make a significant | |
| 4 | effect on the but-for commission. | |
| 5 | Q.   Have you modeled any scenario where Apple | 04:17:31 |
| 6 | maintains its default 30 percent commission rate in | |
| 7 | the face of entry? | |
| 8 | A.   I think that would be unrealistic. | |
| 9 | Really unrealistic.  I mean, you might think very | |
| 10 | highly of Apple, you might think they're huge, the | 04:17:49 |
| 11 | best thing that ever happened to the American | |
| 12 | economy.  Nevertheless, in the face of competition, | |
| 13 | in the face of rivalry and entry, even Apple is | |
| 14 | going to cut its commission rate. | |
| 15 | It's extremely likely. | 04:18:08 |
| 16 | Q.   Have you analyzed any scenario where | |
| 17 | Apple changes its commission structure to the one | |
| 18 | that Steam has in the event of entry? | |
| 19 | A.   I -- I -- I have not, and, you know, in | |
| 20 | some way, because we have not observed the but-for | 04:18:33 |
| 21 | world, possibilities exist. | |
| 22 | Nevertheless, I think that the | |
| 23 | two benchmarks, the actual three benchmarks are | |
| 24 | created, are realistic -- I mean are reasonable for | |
| 25 | the calculation of the but-for world fees. | 04:18:57 |

Page 222

1    Q.   If I wanted to assume a different market          04:19:03

2    share other than 35 percent for one entrant

3    scenario, could I plug that different share into

4    your model and see what the commission turns out to

5    be?                                                    04:19:18

6    A.   It could be, yeah, I mean, you could do

7    that, but I -- I'm not sure why, but you could.

8    Q.   Now, you mentioned earlier that you

9    assume that the entrants would have the same cost

10   structure as Apple in -- in the but-for world for     04:19:36

11   purposes of this one- or two-entrant analysis,

12   correct?

13   A.   Correct.

14   Q.   Are you assuming that the entrants would

15   also sell iOS devices?                                 04:19:47

16   A.   I don't assume that the entrants sell

17   anything else except facilitate the -- the

18   distribution of apps.  And, again, assuming that

19   the -- that the entrant, even though he's small

20   compared to Apple, has the same full fixed cost of     04:20:10

21   Apple, is extremely conservative.

22   Q.   Are you assuming that the entrants would

23   not incur any costs for updating the iOS

24   operating system?

25              MR. HARRINGTON:  Objection to form.         04:20:29

                                                    Page 223

```
 1              THE DEPONENT:  I -- I'm not so sure what        04:20:30

 2   you mean by "updating the iOS operating system."

 3   This is something that Apple does periodically.

 4   What does it have to do with the entrants?

 5       Q.   (By Mr. Swanson)  Well, our -- it's            04:20:43

 6   related to questions I asked you earlier.  Are you

 7   assuming that the entrants did not pay any license

 8   fee to Apple for use of its intellectual property?

 9       A.   Well, we agreed that what you call use of

10   intellectual property is just an API so that they        04:20:58

11   can connect to -- to the -- to the system so that

12   they can, in fact, survive, right?  I mean,

13   otherwise, they wouldn't be able to survive.

14              So I -- I would assume that if the -- the

15   judge finds this story convincing, if -- if the        04:21:13

16   judge finds my report convincing, the judge will

17   impose a requirement on Apple to create an API

18   without any fees.

19              Now, if the judge doesn't do that, and

20   creates fees, then one can add these fees to my --      04:21:36

21   or subtract these fees from the -- from the damage

22   calculation.

23       Q.   That's clear.

24              Are you aware that there are 150,000 APIs

25   that Apple licenses to developers in the current        04:21:52
```

Page 224

 1    world?                                                04:21:56

 2              MR. HARRINGTON:  Objection.

 3              THE DEPONENT:  I'm not aware of the

 4    number, but like you said, these are APIs licensed

 5    to developers, and here we're talking about not       04:22:03

 6    licensing to developers, but licensing to the

 7    stores, and also licensing to developers in a

 8    different way so they can do self-distribution.

 9        Q.   (By Mr. Swanson)  That -- that -- that is

10    the question.                                         04:22:21

11              Are -- are you assuming in your one- and

12    two-entrant scenarios that the entrants would not

13    incur any costs of iOS App Review?

14        A.   I am assuming that whatever this cost of

15    App Review are, the $99 that we had from the          04:22:41

16    present world, would stay the same if the judge

17    says that App Review by Apple is required no matter

18    how the distribution happens, even if it happens to

19    other stores.

20              Now, as we have said also before, if the    04:23:05

21    judge decides otherwise, if the judge says, Well,

22    you know, let everybody provide their own security,

23    then it's -- the world is going to be more

24    competitive, and the various App Stores are going

25    to compete for being the most secure.                 04:23:24

                                                    Page 225

```
 1        Q.   In paragraph 51 of your report, at the        04:23:32

 2   end of that paragraph, you indicate that you

 3   "additionally assume that all firms in the market

 4   would charge the same commission rate to

 5   developers."                                            04:23:45

 6             Do you see that?

 7        A.   Yes.

 8        Q.   Is that the assumption that you make when

 9   you apply this yardstick in calculating injury and

10   damages in the but-for world?                           04:23:57

11        A.   Yes.  But I should also say that,

12   you know, this assumption, it's much more innocuous

13   than you think.  Because even if we created some

14   variation, it wouldn't make a big difference.

15             Let's say -- let me give you an example.      04:24:20

16   Suppose we go to the two entrants example in which

17   the entrants have 50 percent and Apple has

18   50 percent, and suppose that we say, Well, Apple

19   should be paid 3 percent more than the but-for

20   average commission rate.  Okay.  It's 3 percent         04:24:43

21   more.  Not 3 percentage point.  It's not going from

22   14 to 17, but 3 percent on the 14.8 -- or, sorry,

23   on the 13.

24             Okay.  So suppose that's true, and at the

25   same time, you might say, Well, Apple is a great        04:24:58
```

Page 226

1    product so the entrants should, in fact, get paid          04:25:02

2    3 percent less.

3            So now we have a situation in which Apple

4    gets 3 percent more of the 13 percent and the

5    entrants get 3 percent less.                                04:25:18

6            What difference does it make?  None.  The

7    average commission rate is going to be the same.

8    Some even though you varied the various -- the --

9    the -- the prices, the -- the -- the commissions

10   between developers and Apple, in the end it doesn't        04:25:37

11   make a difference.

12           And I make this example to show you that,

13   you know, it's not ominous at all.  It's not

14   restrictive at all to say, It's the same number.

15   We calculate things at the same number, and you can        04:25:50

16   always have some small variations around these

17   numbers and it won't make a difference.

18       Q.   Do you agree that it is unlikely that all

19   the rival iOS app distributors in the but-for

20   world would decide to charge the same commission           04:26:06

21   because there would be significant variation in the

22   different firms individually profit-maximizing

23   commissions?

24       A.   Well, I don't quite see that -- that

25   being the -- the case.  Here I assume that                 04:26:20

Page 227

| | | |
|---|---|---|
| 1 | two entrants come in.  They're identical entrants. | 04:26:23 |
| 2 | There is -- whatever their profit maximization is | |
| 3 | going to be is going to be very similar between | |
| 4 | these two companies. | |
| 5 | I'm not saying it's going to be similar | 04:26:37 |
| 6 | to Apple, I'm saying it's going to be similar | |
| 7 | between these two companies, and that would create | |
| 8 | the same rate for them. | |
| 9 | At the same time, it makes sense for | |
| 10 | Apple to also accept the same rate because there's | 04:26:47 |
| 11 | going to be competitive pressure. | |
| 12 | And the second part of the answer is what | |
| 13 | I said in the previous question, that small | |
| 14 | variations in the commission rates do not typically | |
| 15 | make any significant change in the but-for average | 04:27:08 |
| 16 | commission rate. | |
| 17 | Q.   And just to be clear, you do not agree | |
| 18 | that there would be a significant variation in the | |
| 19 | different entrant firms individually | |
| 20 | profit-maximizing commissions in the but-for world? | 04:27:27 |
| 21 | MR. HARRINGTON:  Objection. | |
| 22 | THE DEPONENT:  Well, I -- I think I | |
| 23 | already answered that firms that are very similar | |
| 24 | in terms of their cost conditions, their abilities | |
| 25 | and so on, are going to behave very, very | 04:27:42 |

Page 228

| | | |
|---|---|---|
| 1 | similarly.  And that's what I have in the | 04:27:44 |
| 2 | two entrants example. | |
| 3 | Q.   (By Mr. Swanson)  Well, do you disagree | |
| 4 | that Apple and its rival iOS app distributors in | |
| 5 | the but-for world would have varying | 04:27:57 |
| 6 | profit-maximizing commissions because their | |
| 7 | products would be vertically differentiated and | |
| 8 | they would likely have different business | |
| 9 | strategies? | |
| 10 | MR. HARRINGTON:  Objection to the form. | 04:28:08 |
| 11 | THE DEPONENT:  Well, that's -- that's | |
| 12 | assuming a lot. | |
| 13 | Well, first of all, you assume they're | |
| 14 | vertical differentiated.  I'm not so sure.  Why | |
| 15 | would they be necessarily vertically | 04:28:17 |
| 16 | differentiated? | |
| 17 | And then you say they're going to have | |
| 18 | different profit strategies.  Why?  I mean, even if | |
| 19 | you say that Apple has a different profit strategy | |
| 20 | than the entrants, it's very hard to argue that the | 04:28:30 |
| 21 | two entrants, which are very similar, are going to | |
| 22 | have different strategies from each other. | |
| 23 | And, again, look at table 6.  I allow | |
| 24 | Apple to have a much bigger profit margin in both | |
| 25 | one-entrant and two-entrant scenarios than the | 04:28:48 |

```
 1    entrants.                                        04:28:51

 2          So I'm really very conservatively giving

 3    a lot to -- a lot of profitability to Apple, which

 4    might be because of the reasons that you say,

 5    vertical and so on.                               04:29:04

 6       Q.   (By Mr. Swanson)  Do you have any

 7    scenario where an entrant charges a 12 percent

 8    commission and earns a positive profit?

 9       A.   Well, not in the ones presented in the --

10    in the -- in the -- in the report.               04:29:24

11          Again, you should keep in mind, whether

12    the entrant should be burdened by the full

13    ██████████  of fixed costs that Apple has with

14    billions of sales, rather than the smaller fixed

15    costs.                                            04:29:50

16          And even if you go a few years back on

17    Apple's numbers, the -- the fixed cost is much,

18    much smaller.  So we burdened the one entrant and

19    two entrants with the full cost, ██████████

      ████████████████████████████████████████████████

      ████████████████████████████

22          So if we're going to go to small profit

23    margins, we should seriously think, well, maybe

24    we're burdening the entrants with too much of a

25    fixed cost, maybe we should change that.          04:30:32
```

                                                    Page 230

1        Q.   Do you agree that in the but-for world        04:30:35

2   rival iOS app distributors would have difficulty

3   detecting changes in each other's commissions?

4        A.   I -- I -- I cannot imagine how they would

5   have difficulty.  I mean, I, as a developer, will        04:30:48

6   go to the website of the first and get -- get --

7   get the commission.  I'll go to the website of the

8   second, get the commission.  Nobody has a reason

9   not to tell me what their commissions are.  So it's

10  going to be -- I -- I -- I don't think at all that        04:31:04

11  this -- this issue is going to arise.

12       Q.   Do you agree that Google does not

13  publicize any of its programs that provide lower

14  commissions to developers that have publicized

15  rates?        04:31:20

16       A.   I -- I do not know specifically.  But as

17  we have discussed earlier in this deposition,

18  Google is doing a number of anticompetitive effects

19  and now you are mentioning one more.

20       Q.   Is not publicizing one's commission        04:31:36

21  agreements with particular developments

22  anticompetitive?

23       A.   It could very well be.  I mean, it

24  depends on how -- what -- what's the size of the --

25  of the company and if it's a dominant company.        04:31:52

Page 231

```
 1              I mean, to give you an -- an example from     04:31:54

 2    a past case, in the case of -- of Microsoft, it

 3    turned out that Microsoft would not allow the --

 4    the PC manufacturers to tell each other how much

 5    Microsoft was collecting from them to give them the   04:32:15

 6    operating system.  Okay.  So that was a complaint,

 7    a very big complaint of IBM and other manufacturers

 8    of PCs.  And then the government, in the final

 9    settlement with Microsoft, imposed the requirement

10    on Microsoft to disclose how much each PC -- how      04:32:36

11    much it was collecting from each PC manufacturer

12    per unit.

13              So there is a precedent on there.  But,

14    again, it's a different discussion from what we're

15    focusing on today.  They were focusing on the        04:32:53

16    iOS, not on Google.

17       Q.   Is it correct that all of your yardsticks

18    point to a but-for average commission rate of 13 to

19    14.8 percent?

20       A.   Yes.                                          04:33:07

21       Q.   In your opinion, in the but-for world,

22    would Apple have a two-tier commission structure?

23       A.   Yes.

24       Q.   Are you relying on Professor Elhauge for

25    that opinion?                                         04:33:21
```

Page 232

```
 1        A.   Well, Professor Elhauge says the same          04:33:23

 2    thing.  But I also think, on my own, that this

 3    makes sense.

 4             Why does it make sense.  Because Apple

 5    for a very long time has used this two tiers.  And,     04:33:34

 6    of course, it had the opportunity to do other tiers

 7    if it wanted, but it didn't.  So it's very likely

 8    that in the but-for world, again, we are going to

 9    have two tiers.

10        Q.   For how long has Apple had two tiers?          04:33:55

11        A.   I -- I don't -- I wouldn't be able to

12    scratch my head and say exactly for how long.  But

13    it definitely had two tiers throughout the --

14    the -- the class period.

15        Q.   Since the App Store opened, hasn't Apple       04:34:12

16    had a single tier for longer than it's had two

17    tiers?

18        A.   I -- I -- as I said -- I mean, my

19    examination is on the period of the class.  So in

20    that period, definitely, the last five years or        04:34:32

21    five to six years, we -- Apple had two tiers.

22        Q.   Table 7 on page 31 of your report,

23    reports your commission estimates for the two tiers

24    that you assume, correct?

25        A.   Correct.                                       04:34:57
```

```
 1        Q.    Your second tier estimates are either      04:34:59

 2    9 percent or lower, right?

 3        A.    The last column?

 4        Q.    Yes.

 5        A.    Yes.                                        04:35:12

 6        Q.    And the -- well, the last column for

 7    both -- both alternatives?

 8        A.    Correct.

 9        Q.    They range from 6.8 percent to 9 percent,

10    correct?                                             04:35:21

11        A.    No.  8.229 percent.

12        Q.    Well, look -- look to the left.  There's

13    a 6.8 percent there?

14        A.    Oh, I'm sorry.  You're not looking at the

15    last column.  Okay.  Fine.                           04:35:32

16              It's from 6.8 to 7.8, or from 8.229.

17        Q.    Okay.  Is there any evidence you've seen

18    of a competitive yardstick with a rate below

19    9 percent?

20        A.    Well, first of all, you shouldn't really   04:35:46

21    mix up things.  The -- these are rates kind of --

22    how can I say -- decentralized which come from the

23    13 to 14.8 -- 13.0 to 14.8 average commission

24    rates.

25              So all that table 7 does is take this      04:36:08
```

Page 234

| | | |
|---|---|---|
| 1 | average commission rate, for example, in line 1, | 04:36:14 |
| 2 | 14.8, and split it appropriately, according to | |
| 3 | volume, to tier 1 and tier 2. | |
| 4 | And in the first case, it split it in | |
| 5 | the two to one commission ratio, like right now, | 04:36:30 |
| 6 | 15, 30.  But now it's 15.6, 7.8.  And it also, | |
| 7 | alternative, splits -- splits by -- by subtracting | |
| 8 | costs from the tier rate in the actual world and in | |
| 9 | the but-for world. | |
| 10 | So the -- it's -- we shouldn't lose the | 04:36:57 |
| 11 | fact that the average commission rate from Apple is | |
| 12 | going to be 14.8, not 15.6, not 7.8.  It's going to | |
| 13 | be 14.8.  So that's kind of important to keep in | |
| 14 | mind, that all table 7 does is a decentralization | |
| 15 | of the 14.8 yardstick average commission to two | 04:37:24 |
| 16 | different tiers.  And similarly for the 14.5 and | |
| 17 | 13. | |
| 18 | Q.  Do you agree that damage calculations | |
| 19 | should be as precise as you can reasonably make | |
| 20 | them? | 04:37:40 |
| 21 | MR. HARRINGTON:  Objection. | |
| 22 | THE DEPONENT:  Yes. | |
| 23 | Q.  (By Mr. Swanson)  Do you agree that | |
| 24 | damages should not be calculated based on | |
| 25 | speculation or guesswork? | 04:37:45 |

Page 235

```
 1        A.   Yes.                                      04:37:48

 2        Q.   Do you agree that damages should not be

 3   calculated based on hunches?

 4        A.   Yes.

 5        Q.   Do you agree that each individual         04:37:59

 6   developer member of the class is entitled to

 7   recover its full lost profits on account of Apple's

 8   alleged anticompetitive conduct?

 9             MR. HARRINGTON:  Objection.

10             THE DEPONENT:  Yes, that's true.          04:38:16

11        Q.   (By Mr. Swanson)  Do you apply the same

12   measure of damages to the plaintiffs' unfair

13   competition law claim?

14        A.   I'm sorry.  The unfair competition claim,

15   is this what is referred to as the California       04:38:35

16   unfair competition law?

17        Q.   Correct.

18        A.   Okay.  That -- you're talking about

19   paragraph 77.  And on that one, I understand from

20   counsel that members of the proposed class would be 04:38:51

21   entitled to restitution rather than damages.

22             And I have been advised by counsel that

23   the restitution under the California law is

24   measured as the amount to restore the plaintiff --

25   to the plaintiff what has been acquired by a        04:39:08
```

                                                 Page 236

1    violation of the statute.                          04:39:14

2            And if you define it that way, my

3    analysis of damages applies equally and without

4    modification to the restitution claim of the

5    plaintiffs.                                         04:39:23

6        Q.    Professor, how can you calculate damages

7    for an individual developer without knowing where

8    and on which store or stores the developer would

9    sell its apps in the but-for world?

10       A.    Well, we calculate the but-for world with  04:39:41

11   an average rate and the difference between the

12   average rate and what is -- what he pays right now

13   is, in fact, the amount of damages that each

14   developer gets awarded.  So this is a conservative

15   amount to measure the damage.                       04:40:11

16       Q.    What -- what if in the but-for world a

17   specific developer would patronize only a nonApple

18   app store that charged the 6.8 percent commission,

19   how would you calculate its damages?

20           MR. HARRINGTON:  Objection.                 04:40:38

21           THE DEPONENT:  Well, I am giving every

22   developer in the but-for world the average damages.

23   It's very hard to know exactly what would have

24   happened in the but-for world for every particular

25   developer.  But on the average, that's what they're  04:40:54

Veritext Legal Solutions
866 299-5127

```
 1    going to get.  And I can guarantee to each of these        04:40:56

 2    merchants, to each of these developers, that

 3    they're going to get this amount of money, the

 4    difference between the -- the fee in the but-for

 5    world and the average fee -- I'm sorry -- the              04:41:15

 6    average fee in the but-for world and the -- what is

 7    the average fee right now.  Okay.

 8            So we can guarantee that.  And that's

 9    very important that there is a way to calculate

10    damages for the whole class which shows without           04:41:29

11    doubt that every member of the class was damaged

12    and can easily calculate the amount by which he has

13    been damaged and, therefore, the amount that he

14    should be able to recover.

15        Q.   (By Mr. Swanson)  In paragraph 63 of your        04:41:52

16    report, you state that your measure of damage is

17    conservative because it does not include any

18    additional profit that might have accrued if there

19    were additional sales in the but-for world.

20            Do you see that?                                  04:42:14

21        A.   Yes.

22        Q.   Are you saying that your measure is

23    conservative because an accurate measure of

24    developers' lost profits would yield even more

25    damages in every case?                                    04:42:26
```

Page 238

```
1              MR. HARRINGTON:  Objection.  Form.              04:42:28

2              THE DEPONENT:  I'm not saying that at

3     all.  I mean, I'm saying I have a conservative

4     calculation of -- of damages.

5              Now, is it possible that someone in the       04:42:40

6     but-for world would cut price, it's possible.  It's

7     also possible that someone would increase price in

8     the but-for world.  But the idea that I can predict

9     that he's going to, let's say, cut price and be

10    successful in selling more, if he would find more      04:43:06

11    people to sell more.  That's hard to actually

12    believe.

13             Additionally, if you look carefully at

14    the calculations I have done, if the marginal cost

15    is small, if it's zero, or if it's small, the --       04:43:27

16    there is no incentive whatsoever for any developer

17    to cut his price.  That is, the price that he would

18    sell in the but-for world is exactly the same as

19    the price he would sell in the actual world.

20             So taking it one step further, the only        04:43:50

21    possibility that somebody might have to -- to say,

22    oh, you know, I'm going to cut the price a lot,

23    would be if he had a huge marginal cost, which I

24    think is unlikely.  And unlikely, very, very very,

25    very unlikely that -- that would be the case.          04:44:12
```

Page 239

| | | |
|---|---|---|
| 1 | And, again, even in that case, the -- you | 04:44:18 |
| 2 | need some kind of guarantee that you would be able | |
| 3 | to sell more, which we don't know. | |
| 4 | Finally, if the 99 cents rule remains in | |
| 5 | the but-for world, it would be very hard for any | 04:44:36 |
| 6 | developer to cut the price to fit exactly in the | |
| 7 | next 99 segment.  Let's say, from -- from 2.99 to | |
| 8 | 1.99.  It would be very hard to -- to do that. | |
| 9 | And, therefore, it would be an impediment to | |
| 10 | changing prices. | 04:45:00 |
| 11 | Q.    (By Mr. Swanson)  Take, for example, one | |
| 12 | of the developers that's had more than a billion | |
| 13 | dollars in app sales over the class period. | |
| 14 | Is it your opinion that such a developer | |
| 15 | that brought its own individual case would not seek | 04:45:18 |
| 16 | to recover damages higher than your, quote/unquote, | |
| 17 | "conservative calculation"? | |
| 18 | MR. HARRINGTON:  Objection to form. | |
| 19 | THE DEPONENT:  Well, I think people can | |
| 20 | bring individual cases.  Nobody stops them.  But to | 04:45:39 |
| 21 | be able to rationally say, I'm going to make more | |
| 22 | money by bringing the individual case, I need to be | |
| 23 | absolutely sure that I have a really high marginal | |
| 24 | cost because that's going to be the only | |
| 25 | possibility for me to find -- me, as a developer, | 04:45:59 |

Page 240

1     to find to -- to be able to sell more.                      04:46:04

2              And additionally, I have to be able to

3     somehow prove that not -- it's not going to be

4     easy.  That, in fact, I will be able to sell more.

5              And finally, I have to be able to say,           04:46:21

6     oh, and the price the -- the reduction I'm going to

7     have has to fit exactly between from 2.99 to 1.99.

8     These are very hard conditions to fulfill.  And I

9     think it's unlikely that they will be fulfilled

10    and, therefore, my calculation is -- is the best        04:46:41

11    bet for the -- for the developers.

12         Q.   (By Mr. Swanson)  You agree that you

13    calculate damages assuming that developers would

14    not change their prices, correct?

15              MR. HARRINGTON:  Objection to form.            04:47:01

16              THE DEPONENT:  Yes.

17         Q.   (By Mr. Swanson)  And are you testifying

18    now that you believe that assumption is 100 percent

19    accurate as a factual matter?

20              MR. BURT:  Objection to form.                  04:47:19

21              THE DEPONENT:  Well, I already explained

22    why I think it's a -- it's a very, very, very

23    reasonable assumption.

24              First to be able to have an incentive to

25    change the price, you need to have a high marginal    04:47:32

Page 241

| | | |
|---|---|---|
| 1 | costs, and I believe that in most cases, we do not | 04:47:36 |
| 2 | have a high marginal cost for these apps. | |
| 3 | Second, you need to be able to credibly | |
| 4 | show that you will be able to make higher sales at | |
| 5 | the lower price in the but-for world, and I think | 04:47:54 |
| 6 | that's a high hurdle. | |
| 7 | And third, you need to be able to show | |
| 8 | that your particular discount would fit in the grid | |
| 9 | from 3.99 to 2.99 or 1.99. | |
| 10 | These are very hard conditions to meet, | 04:48:11 |
| 11 | and I believe that the calculation I have done is | |
| 12 | conservative and safe, and it will give to every | |
| 13 | person in the class an amount by which they were | |
| 14 | injured, on the average. | |
| 15 | Q.   (By Mr. Swanson)  Do you agree that if a | 04:48:32 |
| 16 | developer is charged the same commission in the | |
| 17 | but-for world as in the actual world, it will not | |
| 18 | change its but-for price for the app? | |
| 19 | MR. HARRINGTON:  Objection to form. | |
| 20 | THE DEPONENT:  Can I hear it one more | 04:48:49 |
| 21 | time?  I'm not sure I understood it right. | |
| 22 | Q.   (By Mr. Swanson)  If -- if a developer is | |
| 23 | charged the same commission in the but-for world as | |
| 24 | it was charged in the actual world, do you agree | |
| 25 | that it will not change its app price? | 04:49:01 |

Page 242

1          MR. HARRINGTON:  Same objection.                    04:49:06

2          THE DEPONENT:  Well, I mean, I -- I find

3     it very unlikely that the developer in the but-for

4     world would pay the same price as now.  Here we are

5     talking about, on the average, the commission going   04:49:23

6     anywhere between 13 to 14.8, instead of the present

7     one almost 30 percent commission.

8          So it would be very hard to imagine a

9     situation in which some developer would not be able

10    to benefit very substantially from the commission     04:49:42

11    reduction in the but-for world.

12        Q.  (By Mr. Swanson)  That's not the question

13    I asked, Professor.  Please listen.

14          If a developer is charged the same

15    commission in the but-for world as in the actual       04:49:57

16    world, is it your opinion that it would charge the

17    same price in both worlds?

18          MR. HARRINGTON:  Same objection.

19          THE DEPONENT:  Okay.  I gave a long

20    answer to you saying why the premise of your           04:50:08

21    question is wrong.  So I don't know how to answer a

22    question when the premise of the -- of the question

23    is completely wrong.

24        Q.  (By Mr. Swanson)  Well, if we have a

25    hearing before the judge, I'm going to ask you this    04:50:21

Page 243

| | | |
|---|---|---|
| 1 | question, so think carefully about it, whether you | 04:50:24 |
| 2 | can answer it or not. | |
| 3 | If, in the but-for world, a developer is | |
| 4 | charged the same commission as it is charged in the | |
| 5 | actual world, is it your opinion that that | 04:50:36 |
| 6 | developer's app price in the but-for world will be | |
| 7 | the same as in the actual world? | |
| 8 | MR. HARRINGTON:  Same objection. | |
| 9 | THE DEPONENT:  Well, again, I'll say | |
| 10 | the -- the following answer:  Your premise doesn't | 04:50:48 |
| 11 | make any sense at all to me as an economist, so I | |
| 12 | don't know what else to say. | |
| 13 | I mean, would he be charged the same, who | |
| 14 | knows?  I mean, when you're making this assumption, | |
| 15 | which doesn't make any sense, I cannot give you a | 04:51:04 |
| 16 | reasonable economic answer to this question -- to | |
| 17 | this answer -- this question, yes. | |
| 18 | Q.   (By Mr. Swanson)  Okay.  But if I told | |
| 19 | you that a given developer was charged a lower | |
| 20 | commission in the but-for world, you'd be | 04:51:16 |
| 21 | absolutely positive that it would not change its | |
| 22 | price compared to the actual world? | |
| 23 | MR. BURT:  Objection.  Form. | |
| 24 | THE DEPONENT:  Well, I have -- I have | |
| 25 | calculated the average commission in the but-for | 04:51:28 |

Page 244

| | | |
|---|---|---|
| 1 | world, and there is no doubt that the -- that the | 04:51:32 |
| 2 | developer will be better off and he will charge -- | |
| 3 | if he keeps charging the same price as before, as | |
| 4 | in the actual world. | |
| 5 | MR. SWANSON:  Let's take a break.  We've | 04:51:54 |
| 6 | been going for more than an hour. | |
| 7 | THE DEPONENT:  Okay.  Thank you. | |
| 8 | MR. HARRINGTON:  You want ten minutes? | |
| 9 | MR. SWANSON:  Sure. | |
| 10 | THE VIDEOGRAPHER:  We're now going off | 04:52:07 |
| 11 | the record.  The time is 4:52. | |
| 12 | (Recess taken.) | |
| 13 | THE VIDEOGRAPHER:  We're now back on the | |
| 14 | record.  The time is 5:04. | |
| 15 | Q.   (By Mr. Swanson)  Professor, is it your | 05:04:37 |
| 16 | opinion that output in the but-for world will be | |
| 17 | higher in the relevant market than in the actual | |
| 18 | world? | |
| 19 | A.   Let me try to answer that.  Whether that | |
| 20 | is the case will depend on whether a particular | 05:05:12 |
| 21 | developer has a high marginal cost and is able to | |
| 22 | cut price and can sell more and has a guarantee | |
| 23 | that he would sell more and that the price cut that | |
| 24 | he does fit the 99-cent tiers.  So these are | |
| 25 | three different conditions which, in my opinion, | 05:05:41 |

Page 245

| | | |
|---|---|---|
| 1 | are unlikely to be met. | 05:05:44 |
| 2 | Q.   Okay. | |
| 3 | A.   Therefore, most likely, we are going to | |
| 4 | be with the same quantity in the but-for world as | |
| 5 | now. | 05:05:56 |
| 6 | Q.   And that's true at the level of the | |
| 7 | market? | |
| 8 | A.   I'm sorry? | |
| 9 | Q.   Is that your opinion at the level of the | |
| 10 | market? | 05:06:05 |
| 11 | MR. HARRINGTON:  Objection to form. | |
| 12 | THE DEPONENT:  That's correct.  And | |
| 13 | individually as well. | |
| 14 | Q.   (By Mr. Swanson)  Okay.  Could you please | |
| 15 | pull up -- or maybe you have a hard copy -- your | 05:06:16 |
| 16 | most recent errata, I think from yesterday or the | |
| 17 | day before, Exhibit 30. | |
| 18 | A.   I don't think I have them in electronic | |
| 19 | form.  Maybe you can find a way to put them on | |
| 20 | exhibits. | 05:06:33 |
| 21 | Q.   Yes.  If you go to the Exhibit Share and | |
| 22 | look at Exhibit 30, you'll find it. | |
| 23 | A.   All right.  Thank you.  Okay.  I see it. | |
| 24 | Q.   Okay.  I'd like to ask you about your | |
| 25 | replacement for figure 3. | 05:06:58 |

Page 246

1     A.   Yes.                                          05:07:01

2     Q.   So -- so your report should be amended.

3   This is what you would have in lieu of the

4   figure 3 in --

5     A.   Yes.  I mean it was, you know, in the --     05:07:09

6   in the pagination of the big document.  This being

7   created in Microsoft Word, some lines moved around,

8   so this is the way it's supposed to be.

9     Q.   Now, we'll just -- can I just refer to

10  this as figure 3 --                                 05:07:30

11    A.   Sure.

12    Q.   -- and -- and we're talking about the

13  correct one in Exhibit 30?

14    A.   Yes.

15    Q.   So figure 3 depicts a monopolist            05:07:39

16  developer, does it not?

17    A.   Correct.

18    Q.   And in the analysis that you undertake in

19  your report with respect to figure 3, the only

20  change the developer experiences is a fall in his   05:08:00

21  or her commission, right?

22    A.   He -- now the developer faces a lower

23  demand curve.  So originally in the but-for world,

24  let's say he was facing the blue line from C going

25  down forward -- going down all the way to Q, and    05:08:26

Page 247

```
 1    now he's facing the orange line called D2, which is      05:08:32

 2    a smaller willingness to pay, because the remaining

 3    was acquire -- was -- was sucked up by -- by -- by

 4    Amazon -- sorry, by Apple.  Sorry, not Amazon, I'm

 5    sorry.                                                   05:08:47

 6         Q.   Now, if there are no price tiers

 7    restricting this developer and you -- you don't

 8    predict price tiers here, do you?

 9         A.   No.  This is about the average

10    commission, not the price tiers.                         05:09:04

11         Q.   Okay.  So in this example, the developer

12    would reduce price?

13         A.   Well, this is an example with very

14    significant marginal costs.  Again, keep in mind

15    that if the -- if you can imagine the marginal cost      05:09:21

16    line going down horizontally without changing slope

17    and reaching the Q axis, then you would get -- the

18    points A and B would coincide, and, therefore, for

19    marginal cost equals zero, there would be for sure

20    no change whatsoever in the quantity of the              05:09:45

21    developer.

22              Now, in the example here, there is a big

23    marginal cost of the developer, and that shows in

24    the -- in the diagram as a -- a potential change in

25    the quantity from Q2 to Q1.                              05:10:08
```

Page 248

```
 1              But as I was saying in your answer -- in       05:10:12

 2      the question that you posed right before, to be

 3      able to do this expansion in quantity, the

 4      developer needs to be sure that he can actually

 5      sell more in the -- in the but-for world, which is    05:10:31

 6      highly uncertain.

 7              Of course he needs a high marginal cost.

 8      It's already drawn there.  Then he needs to make

 9      sure that he can actually sell more.

10              And the third thing is that he needs to       05:10:44

11      be sure that the Q1/Q2 quantities fit in the 1.99,

12      2.99 -- how can I say -- 1.99, 2.99 price tiers,

13      that he's need to know that if p3 was at whatever,

14      2.99, 3.99, that p1 would be exactly at the

15      lower -- slightly lower tier, and that idea that's    05:11:23

16      it's going to fit exactly in these tiers is very --

17      in my opinion, very unlikely.

18              So you have three different conditions

19      that are very likely to derail the increase in

20      output for a developer in the but-for world.         05:11:46

21         Q.   And you understand that other than the

22      price tier issue, Professor McFadden disagrees with

23      you on -- on those opinions?

24              MR. BURT:  Objection.  Form.

25              THE DEPONENT:  I'm not sure if -- how          05:12:08
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1    much he disagree with me.  I mean, I think he -- he       05:12:08

 2    thinks that marginal costs is -- is high.  I do not

 3    agree with him that that's the case.

 4          Now, I don't think he discusses at all

 5    the possibility of the expansion and whether that         05:12:28

 6    expansion in quantity could be supported for a

 7    developer in the but-for world.  I don't remember

 8    seeing that -- that discussion.

 9          And, of course, there is a problem on the

10    tiers, that it has to fit -- the prices have to fit       05:12:46

11    the right tiers.

12       Q.   (By Mr. Swanson)  If you look at

13    footnote 96 on page 34, which is back in the -- in

14    the report, is that footnote still applicable to

15    the revised figure 3?                                     05:13:04

16       A.   Yes.  I mean, the whole figure 3 is -- is

17    drawn for linear demand for illustration.  If you

18    had nonlinear demands, the same arguments would go

19    through; it's just that the demand would be

20    nonlinear and a bit harder to draw.                       05:13:25

21       Q.   Now, you say in footnote 96 that, "This

22    demand curve takes into account network effects

23    between developers and their users."

24          What's the basis for that statement?

25       A.   It's just making sure that nobody can say        05:13:42
```

Page 250

**CONFIDENTIAL**

```
 1    that this demand should be really different because      05:13:45

 2    it didn't take into account the -- the network

 3    effects.

 4           So I'm just covering my behind saying,

 5    Look, I mean, the -- this demand does include            05:13:57

 6    network effects to start with, so you don't have to

 7    change it to take into account network effects.

 8       Q.   Well, how does a demand curve for a

 9    single app take account of platform level network

10    effects?                                                 05:14:15

11       A.   Well, I mean, to the extent that they

12    exist, Mr. Swanson.  I mean...

13       Q.   Well, are you claiming -- are you

14    claiming that each app is a two-sided platform?

15       A.   Well, the -- the apps are going to go           05:14:31

16    through the stores and -- and which is a two-sided

17    platform, or they could be distributed directly.

18           I'm just putting this footnote for

19    completeness.  I'm not trying to argue something

20    additional.                                              05:14:46

21       Q.   Does your measure of damages include any

22    damages that duplicate what the consumer class is

23    claiming?

24       A.   No.  My measure of damages is a

25    conservative amount to go to the developers no           05:15:05
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1    matter what.  It doesn't involve any conflicts with      05:15:10

 2    the consumers.

 3            If the consumers can claim damages,

 4    they're going to be over and above the amount that

 5    I have -- my model gives to the developers.            05:15:25

 6       Q.   And is Professor McFadden's model a

 7    better and more accurate assessment of what the

 8    developers' damages would be than your model?

 9            MR. BURT:  Objection.

10            MR. HARRINGTON:  Objection to form.           05:15:44

11            THE DEPONENT:  Well, first of all, my

12    model doesn't discuss the -- what the -- oh, I'm

13    sorry.  You said the developers.  Let me hear the

14    question again, sorry.  It's getting late in the

15    day.  Let me hear it again, yeah.                     05:15:55

16       Q.   (By Mr. Swanson)  Is Professor McFadden's

17    model -- does it provide a better and more accurate

18    assessment of what the developers' damages would be

19    compared to your model?

20            MR. BURT:  Objection.                         05:16:08

21            MR. HARRINGTON:  Objection.

22            THE DEPONENT:  No.  My -- my model is far

23    better in -- in describing the -- the damages for

24    the developers.

25       Q.   (By Mr. Swanson)  Does your report           05:16:20
```

Page 252

```
1    identify any methodology for measuring developers'      05:16:21

2    lost profits on a common basis without assuming

3    that app prices stay the same in the but-for world?

4         A.   My model assumes that the developers

5    would get the average price in the but-for world.       05:16:40

6    So once you have that, then you have an overcharge,

7    but -- excuse me -- because I include costs, it can

8    easily be translated to profits.  So you have seen

9    probably some other models in some other case in

10   which people just talk about revenue changes, and,      05:17:09

11   therefore, it looks like it doesn't translate to

12   profits.

13           But my model, the way it's set up, as

14   long as fixed costs remains the same between the

15   actual world and the but-for world, will give you       05:17:22

16   not only overcharge but also profits change.

17        Q.   In the but-for world, what, if anything,

18   do you assume about non-U.S. developers' behavior?

19        A.   I try to limit the whole analysis to U.S.

20   developers, and on that respect, we relied on the       05:17:51

21   data that was provided to us from Apple, by Apple,

22   and we relied on the various fields that identify

23   these developers as U.S. developers.

24        Q.   Could you turn to paragraph 71 of your

25   report, please.                                          05:18:22
```

Page 253

1       A.   Yes.                                            05:18:33

2       Q.   You state that you "understand from

3  counsel that the damages period in this case begins

4  on June 4th, 2015, and continues through the

5  present."                                                 05:18:42

6            So as I understand it, you don't intend

7  to calculate damages starting before June 4th,

8  2015; is that correct?

9       A.   That is correct.

10      Q.   What steps have you taken to make sure        05:18:53

11 your damage estimates don't include the effects of

12 conduct before June 4th, 2015?

13           MR. HARRINGTON:  Objection to form.

14           THE DEPONENT:  I'm not sure what conduct

15 we're talking about.  Here we have Apple being the      05:19:05

16 single distributor of apps for sure from June 4,

17 '15, but even earlier.  And we have the report by

18 Professor Elhauge on the anticompetitive effects of

19 Apple's actions.

20           So what I have done is taken the              05:19:37

21 liability as given, calculate the damages after

22 June 4th, 2015.

23      Q.   (By Mr. Swanson)  In your opinion, did

24 any developers in the class suffer injury after

25 June 4, 2015, due to alleged anticompetitive           05:19:56

                                                    Page 254

1  conduct by Apple before June 4, 2015?                    05:20:00

2        A.   I -- I do -- I have not calculated such

3  damage.

4        Q.   Do -- do you calculate damages for all of

5  the conduct that Professor Elhauge concludes is          05:20:27

6  anticompetitive?

7        A.   Yes.

8        Q.   So there's no specific conduct that

9  Professor Elhauge concludes is anticompetitive but

10 for which for you calculated no damage amount?           05:20:39

11       A.   I -- I calculated the damages based on

12 the anticompetitive findings of Professor Elhauge

13 across the board.

14       Q.   You calculate damages associated with

15 Professor Elhauge's opinion that there is an             05:21:02

16 anticompetitive tie between iOS smartphones and

17 tablets and iOS app distribution?

18       A.   I have not calculated specific damages

19 for each one of the anticompetitive actions of --

20 of Apple, so I have calculated damages for the          05:21:22

21 whole thing, for the whole collection of

22 anticompetitive actions.

23       Q.   So that includes damages for what

24 Professor Elhauge views is an anticompetitive tie

25 involving iOS smartphones and tablets; is that          05:21:39

                                                     Page 255

```
 1    correct?                                           05:21:41

 2         A.   It's part of the anticompetitive behavior

 3    of Apple that Professor Elhauge's proves, and I

 4    assume that anticompetitive actions as a whole for

 5    the creation of damages.  For the calculation of    05:21:58

 6    damages, I should say.

 7         Q.   Would -- would your damage calculation be

 8    the same if the finder of fact determines that

 9    Professor Elhauge's opinion that there is an

10    anticompetitive tie between iOS smartphones and     05:22:17

11    tablets and iOS app distribution is incorrect?

12         A.   Well, if there are findings by the Court

13    that in some way change the anticompetitive effects

14    that I assume, I reserve the right to recalculate.

15         Q.   So in particular, if Professor Elhauge's  05:22:48

16    opinion about this alleged anticompetitive tie was

17    not sustained, you would need to recalculate

18    damages, correct?

19         A.   I have stated that if there is -- if the

20    Court changes the anticompetitive facts that I'm    05:23:11

21    taking now as facts, the anticompetitive behavior

22    that Professor Elhauge describes that I'm taking as

23    fact, so if the Court decides, Oh, we're going to

24    change this, then I preserve the right to

25    recalculate.                                        05:23:38
```

Page 256

1      Q.   Are you aware that Donald Cameron has had        05:23:44

2   multiple iPads?

3      A.   You mean he possessed multiple iPads?

4      Q.   Yes.

5      A.   No, I'm not aware of that.                        05:23:58

6      Q.   Are you aware that -- well, are you aware

7   whether he's a member of the alleged consumer class

8   or not?

9      A.   I do not know.

10      Q.   Are you calculating any damages for             05:24:14

11   Donald Cameron as a consumer of iOS apps?

12      A.   I have not calculated any damage for

13   consumers.  I have only calculated damage for

14   developers.

15      Q.   You're aware that many developers are           05:24:29

16   individuals, are you not?

17      A.   Yes.

18      Q.   And you're aware that developers who are

19   individuals are highly likely to have Apple iOS

20   devices, are you not?                                    05:24:44

21          MR. HARRINGTON:  Objection.

22          THE DEPONENT:  It's possible.

23      Q.   (By Mr. Swanson)  It's possible -- you

24   think it's just possible?

25      A.   Well, I mean, unless I have looked at           05:24:50

Page 257

**CONFIDENTIAL**

```
 1    the -- specifically what they owned, I wouldn't be      05:24:52

 2    able to say for sure.

 3         Q.   Okay.

 4         A.   It's possible, yeah.

 5         Q.   And how many iOS developers are also         05:24:58

 6    members of the alleged consumer class?

 7         A.   I do not know that.

 8         Q.   Isn't it a fact that there are many

 9    individuals who are among the 60,000 developers in

10    the alleged developer class and also in the alleged    05:25:20

11    consumer class?

12         A.   It's possible.  I haven't examined that.

13         Q.   Do your damage estimates include any

14    damages incurred by Epic?

15         A.   Well, Epic is a developer, correct?  I       05:25:43

16    mean, therefore, I -- I calculated damages for all

17    developers, and that means including Epic.

18         Q.   Well, hasn't Epic waived its damage

19    claim?

20         A.   That, I don't know.                          05:25:58

21         Q.   How would you

22         A.   I mean -- go ahead.

23         Q.   How would you remove Epic's damages from

24    your estimates?

25         A.   Well, if what you're saying is correct,      05:26:07
```

Page 258

| | | |
|---|---|---|
| 1 | then Epic is not part of the class.  Then I have to | 05:26:12 |
| 2 | check in terms of the total numbers and make sure | |
| 3 | that Epic is not included.  And if I made a mistake | |
| 4 | and I included Epic, I am very happy to change the | |
| 5 | numbers.  It's -- it's up to Epic. | 05:26:33 |
| 6 | Q.   And how would you do that? | |
| 7 | A.   Well, I mean, there is an actual | |
| 8 | calculation here in table 8 on total member | |
| 9 | billings, which, by the way, will need to be | |
| 10 | adjusted upwards because now we got new data for | 05:26:50 |
| 11 | 2020. | |
| 12 | So you would exclude from using the idea | |
| 13 | of Epic that Apple provides us, this particular | |
| 14 | company, from the damages because it's going to | |
| 15 | find damages in its own way. | 05:27:16 |
| 16 | Q.   Do you have an estimate of the maximum | |
| 17 | percentage of class members that are uninjured? | |
| 18 | A.   That are what? | |
| 19 | Q.   Uninjured by Apple's -- by Apple's | |
| 20 | alleged conduct? | 05:27:41 |
| 21 | MR. HARRINGTON:  Object to form. | |
| 22 | THE DEPONENT:  I believe all members were | |
| 23 | injured, and I have estimated these specific | |
| 24 | amounts based on their actual billings. | |
| 25 | Q.   (By Mr. Swanson)  So your maximum | 05:27:55 |

Page 259

```
 1    estimate of the percentage of uninjured class        05:27:57

 2    members is zero; is that right?

 3         A.   That -- that is correct.  And I -- I

 4    believe again, we -- we -- you have asked this

 5    question a different way, that in the but-for world  05:28:07

 6    every member of the class would be better off,

 7    every member -- every developer would be -- would

 8    be better off even if some of them are using, to

 9    some extent, Apple.

10             Not only I believe that Apple's           05:28:29

11    commission is going to go down, but additionally,

12    the developers would be able -- would be able to

13    distribute through multiple stores and also

14    self-distribute and be able to achieve lower

15    effective commission fee and, therefore, be better  05:28:52

16    off.

17         Q.   Turn, please, to table 9 in your report,

18    on page 39.

19         A.   Yes.

20         Q.   So your total damage estimates range from  05:29:07

21    ██████████████████████████████  correct?

22         A.   Yes.

23         Q.   Which estimate is the most accurate, in

24    your opinion?

25         A.   Well, because the anticompetitive actions  05:29:25
```

Page 260

| | | |
|---|---|---|
| 1 | of Apple did not give us the possibility of a | 05:29:34 |
| 2 | benchmark in the before and after period, we -- I | |
| 3 | used the yardsticks, the PC world yard -- | |
| 4 | yardsticks -- yardstick and the profit yardstick. | |
| 5 | And these give slightly different rates on the | 05:29:49 |
| 6 | but-for world commission.  In the first column of | |
| 7 | table 9, from 14.8 to 13. | |
| 8 | So what I would do is present this table | |
| 9 | to the judge and tell the judge that, in my | |
| 10 | opinion, these numbers are very similar in terms of | 05:30:14 |
| 11 | the but-for commission rate.  And, of course, the | |
| 12 | total damages are also very similar.  And let the | |
| 13 | judge decide which one she believes is the best | |
| 14 | one, is the most -- is the most appropriate one. | |
| 15 | Q.   Are, in your opinion, free apps | 05:30:35 |
| 16 | substitutes for paid downloads? | |
| 17 | MR. HARRINGTON:  Objection. | |
| 18 | THE DEPONENT:  I -- I have not get -- I | |
| 19 | did not get involved in free apps at all. | |
| 20 | Q.   (By Mr. Swanson)  So you can't answer the | 05:30:48 |
| 21 | question.  You have no opinion as to whether free | |
| 22 | apps are substitutes for paid downloads? | |
| 23 | A.   It wasn't part of my assignment. | |
| 24 | Q.   Well, again, my question is not limited | |
| 25 | to what was or wasn't your assignment. | 05:31:01 |

Page 261

```
 1            It's whether you have an opinion or not.      05:31:03

 2    If you have no opinion, that's fine.  But please

 3    answer my question, which I will repeat.

 4            Are free apps, in your opinion,

 5    substitutes for paid downloads?                       05:31:15

 6            MR. HARRINGTON:  Same objection.

 7            THE DEPONENT:  Well, I can imagine some

 8    situations there might be.  But, again, this is not

 9    something I spent time on or I can create a

10    definitive opinion to give you.                       05:31:33

11       Q.   (By Mr. Swanson)  Are free apps

12    substitutes for free downloads with in-app

13    purchase?

14            MR. HARRINGTON:  Objection.

15            THE DEPONENT:  Again, that was, first of       05:31:50

16    all, not my assignment.  Second, one has to examine

17    this in some detail.  And I'm not going to come in

18    here and on top of my head tell you something that

19    I haven't thought thoroughly.

20       Q.   (By Mr. Swanson)  Well, have you seen any      05:32:08

21    evidence in this case to suggest that free and paid

22    apps do not compete with one another?

23       A.   I'm not sure.  I mean, the answer is, I

24    would like to answer your question in detail, but I

25    haven't spent enough time on this to be able to       05:32:30
```

Veritext Legal Solutions
866 299-5127

```
1    answer this conclusively.                          05:32:33

2         Q.   All right.  Based on your review of the

3    evidence thus far in the case, is it your opinion

4    that developers can change the business model for a

5    particular app over time?                          05:32:56

6         A.   Could you be a bit more precise by

7    "change the business model."

8         Q.   Sure.

9              For example, have you seen evidence that

10   developers can start with a free app and then at a  05:33:09

11   later time change that app into one that has an

12   in-app purchase option, whether a subscription or

13   some type of digital content?

14        A.   That's a possibility.  I -- at least a

15   theoretical possibility.  I have not seen evidence  05:33:28

16   of specific apps doing that.

17             MR. SWANSON:  Okay.  I would suggest, if

18   it's okay, we take a brief break because I think

19   that will help me reach the conclusion that I'm

20   probably done, which will be good news for          05:33:55

21   everyone, but...

22             MR. HARRINGTON:  In -- in that case, we

23   don't object to taking a break.

24             MR. SWANSON:  Okay.  All right.  Let's

25   take a short break.  Hopefully five minutes.        05:34:03
```

Page 263

```
 1            THE VIDEOGRAPHER:  Okay.  We're now going          05:34:06

 2    off the record.  The time is 5:34.

 3            (Recess taken.)

 4            THE VIDEOGRAPHER:  We're now back on the

 5    record.  The time is 5:41.                                  05:41:09

 6            MR. SWANSON:  All right.  I've just got a

 7    couple more questions.  A statement which our judge

 8    has warned us never -- warned us against ever

 9    saying.  But I really do just have a few.

10        Q.  (By Mr. Swanson)  Professor, do you hold           05:41:25

11    any opinions which you intend to offer to the court

12    that were not set forth in your report or discussed

13    in this deposition?

14        A.  Well, my work in this case is continuing.

15    So to the extent that I have a newer understanding        05:41:38

16    as the -- as I get to see more documents and so on,

17    my -- my final conclusions might change.

18        Q.  But as you sit here today, do you hold

19    any opinions which you intend to offer to the court

20    that were not set forth in your reports or                05:42:04

21    discussed in this deposition?

22        A.  No.  There is the issue of the -- of the

23    new data, which will inflate the -- the damages --

24    to increase the damages.  But that's kind of a

25    technical issue which is not going to change my --        05:42:21
```

Page 264

| | | |
|---|---|---|
| 1 | my basic opinions. | 05:42:24 |
| 2 | But I said this is -- in general, that as | |
| 3 | the case progresses, it is possible for me -- my | |
| 4 | opinions to change.  But I don't -- if you're | |
| 5 | asking me what are my opinions this far, they're | 05:42:34 |
| 6 | the ones we discussed in the deposition. | |
| 7 | Q.   Okay.  Thank you. | |
| 8 | Do you know of any way to test the | |
| 9 | validity of your opinions, other than the work that | |
| 10 | you've already done? | 05:42:46 |
| 11 | MR. HARRINGTON:  Objection to form. | |
| 12 | THE DEPONENT:  I have written down all | |
| 13 | the various ways in which my opinion can be | |
| 14 | sustained. | |
| 15 | Now, it is conceivable, that as times | 05:43:06 |
| 16 | goes on, I'll get smarter and find new ways.  But | |
| 17 | the way it is right now is what you see. | |
| 18 | Q.   (By Mr. Swanson)  Is there any data or | |
| 19 | information suggested by economic theory that you | |
| 20 | would like to have assembled before reaching your | 05:43:25 |
| 21 | opinions but which was simply not available to you? | |
| 22 | A.   That's kind of a broad and general | |
| 23 | question. | |
| 24 | The more data you have, the better off | |
| 25 | you are in doing this kind of calculations.  I | 05:43:41 |

Page 265

```
 1    wouldn't be able to say about any particular type      05:43:47

 2    of -- of -- of data.  But to the extent that more

 3    data becomes available, I will use it to the extent

 4    I can.

 5        Q.   Have you seen any economic evidence that       05:44:02

 6    contradicts any of your opinions?

 7        A.   No.

 8             MR. SWANSON:  Okay.  With that, I have no

 9    further questions at this time.

10             THE DEPONENT:  Thank you, Mr. Swanson.          05:44:15

11             MR. BURT:  I have some.

12             MR. HARRINGTON:  No -- let me just say

13    real quick, no questions for the developers.  We

14    would just like to reserve the right for

15    Professor Economides to review the transcript and       05:44:26

16    prepare an errata, if he feels that's appropriate.

17             THE DEPONENT:  Thank you.

18             MR. HARRINGTON:  As for confidentially, I

19    think the practice is to designate confidential

20    subject to dedesignation.                                05:44:35

21        Is that what we've been doing?

22             MR. SWANSON:  I believe so.

23             MR. HARRINGTON:  Okay.

24             MR. SWANSON:  I think that's what the

25    protective order allows for, right?                      05:44:43
```

Page 266

```
 1              MR. HARRINGTON:  I -- I think that's         05:44:45

 2     right.  So let's go with that unless we can figure

 3     out we should be doing something different.

 4                         EXAMINATION

 5     BY MR. BURT:                                          05:44:56

 6          Q.  Professor Economides, I -- I will have a

 7     few minutes.

 8              Professor Economides, my name is

 9     Thomas Burt.  I'm here representing Consumer

10     Plaintiffs.                                           05:45:01

11          A.  Hello.

12          Q.  I want to -- I want to ask you first, is

13     there anywhere in your report that you make use of

14     actual data on developers' marginal costs?

15          A.  The short answer is no, I do not have       05:45:16

16     this data.

17          Q.  And pardon -- pardon me for being

18     detailed.

19              Is there anywhere that you make use of

20     actual data on developers' customer acquisition      05:45:26

21     costs?

22          A.  I have not used that in my report.

23          Q.  And have you made use anywhere in your

24     report of data on actual developers' Web hosting

25     costs?                                               05:45:44
```

Page 267

**CONFIDENTIAL**

```
 1        A.   No, they're not in my report.  It hasn't        05:45:45

 2    focused on consumers.

 3        Q.   Okay.  Have you made any calculation of

 4    developer marginal costs?

 5        A.   I have not made a calculation of marginal       05:45:58

 6    costs for developers.

 7        Q.   Mr. Swanson asked you a while ago about

 8    whether you'd calculated consumer damages for

 9    Mr. Cameron, or something of that nature.

10             And if I remember your answer correctly,        05:46:14

11    you said that you had not made a consumer damage

12    calculation for Mr. Cameron or for anyone else.

13             I just want to make sure I understood you

14    correctly.

15             Is it fair to say that you have not made        05:46:27

16    a consumer -- a damage calculation for the consumer

17    class or any member thereof?

18        A.   That's correct.

19        Q.   Okay.  And is there any where in your

20    report that you express an opinion on end user or       05:46:39

21    consumer prices of apps in a but-for world?

22        A.   Well, I -- I have a damages model and we

23    can -- we went through a long discussion with

24    Mr. Swanson about the possibility of prices being

25    different for developers in the but-for world.          05:47:06
```

Page 268

**CONFIDENTIAL**

```
 1            And if I can summarize this, is that even      05:47:11
 2    if the developers had a high cost, a high marginal
 3    cost, and they did try to expand, there is no
 4    guarantee that they would be successful in
 5    expanding.  And plus, the -- the tiers -- the tiers   05:47:30
 6    structure would prevent them from doing that
 7    expansion.
 8            Now, why do I say that.  Because if there
 9    is an amount for the -- for the consumers, it would
10    come necessarily from that kind of expansion.        05:47:49
11        Q.  Have you made an attempt to do a
12    calculation about what would happen -- let me
13    withdraw that and ask it a different way.
14            Have you made an attempt to do any
15    calculation that assumes that price tiering will     05:48:05
16    not be permitted?
17        A.  I -- I have not done a specific
18    calculation.
19        Q.  Okay.  I want to ask you to take a look
20    at paragraph 64 of your report.                      05:48:18
21        A.  Yes.
22        Q.  I believe it's the third sentence.  It
23    says here, "Since in the but-for world they face a
24    lower commission rate, developers may have found it
25    optimal to charge a lower price."                    05:48:38
```

Page 269

| | | |
|---|---|---|
| 1 | And then paragraph continues, but that's | 05:48:40 |
| 2 | the end of the sentence. | |
| 3 | Do you stand by that? | |
| 4 | A.   Well, I mean, we just discussed it a | |
| 5 | minute ago -- a minute ago. | 05:48:48 |
| 6 | The developers may have found it optimal | |
| 7 | to charge a lower price.  They might even have | |
| 8 | found it optimal to charge a higher price, | |
| 9 | depending on the elasticity of demand differences. | |
| 10 | But we discussed much further in this | 05:49:03 |
| 11 | deposition that there might be impediments for the | |
| 12 | developers to implement that strategy of a lower | |
| 13 | price or a higher price because they need to be | |
| 14 | able to make sure the consumers accept that. | |
| 15 | Second, there is the problem of the -- of | 05:49:32 |
| 16 | the tiers that might create impediment for them. | |
| 17 | And, of course, the only way that the -- there | |
| 18 | might be an incentive to change the price is if | |
| 19 | there is a high marginal cost -- | |
| 20 | Q.   Okay.  So what I'm -- | 05:49:53 |
| 21 | A.   -- otherwise that will happen. | |
| 22 | Q.   Let -- let me ask you a different way. | |
| 23 | Are you saying that that clarifies your | |
| 24 | intuition about how what you wrote in paragraph 64 | |
| 25 | would play out, or are you saying that paragraph | 05:50:03 |

Page 270

**CONFIDENTIAL**

```
 1    64, as you wrote it, is wrong, or are you saying          05:50:06

 2    something else?

 3              MR. HARRINGTON:  Objection to form.

 4              THE DEPONENT:  Well, I -- I -- I explain

 5    it in the previous answer, that paragraph 64 says          05:50:15

 6    this, and I stand by it.  But there are impediments

 7    in changing the price because of the 99 cent

 8    structure, because you have to make sure that

 9    people actually buy more of your good or accept a

10    higher price.                                              05:50:39

11              And -- and also to keep in mind there's a

12    premise to this sentence coming from since, since

13    in the but-for world it's on.  And the premise is

14    that the marginal cost is significant.

15              So these are the -- these are my -- my --        05:50:55

16    my three issues on that -- on that subject.

17              MR. BURT:  I have no further questions.

18    Thank you for your time, Professor.

19              THE DEPONENT:  Thank you.

20              MR. SWANSON:  Yeah, I think we're --             05:51:10

21    we're done then.

22              Thank you for your time, Professor.

23              THE DEPONENT:  Thank you.  Nice meeting

24    you all.

25              THE VIDEOGRAPHER:  This now concludes            05:51:17
```

Page 271

1    today's deposition of Nicholas Economides.  We're          05:51:18

2    now going off the record.  The time is 5:51 p.m.

3              (TIME NOTED:  5:51 P.M.)

4

5

6                        ---o0o---

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CONFIDENTIAL**

1       I, NICHOLAS ECONOMIDES, do hereby declare

2   under penalty of perjury that I have read the

3   foregoing transcript; that I have made any

4   corrections as appear notes; that my testimony as

5   contained herein, as corrected, is true and

6   correct.

7       Executed this _____ day of _____,

8   2021, at _____,_____.

9

10

11

12                   _____

                     NICHOLAS ECONOMIDES

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page  273

**CONFIDENTIAL**

1      I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  August 5, 2021

23

24

          Rebecca L. Romano, RPR, CCR

25          CSR. No 12546

                              Page 274

**CONFIDENTIAL**

1    MR. BEN HARRINGTON, ESQ.

2    benh@hbsslaw.com

3                                    August 5, 2021

4    RE: DONALD R. CAMERON vs. Apple Inc.

5    8/4/2021, NICHOLAS ECONOMIDES, JOB NO. 4737876

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                              Page 275

1   _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 276

**CONFIDENTIAL**

```
 1    DONALD R. CAMERON vs. Apple Inc.

 2    NICHOLAS ECONOMIDES (JOB NO. 4737876)

 3                    E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____   _____

24    WITNESS                               Date

25
```

Page 277