# Exhibit 16

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5   IN RE APPLE IPHONE

    ANTITUST LITIGATION,         Case No. 11-cv-06714

6   _____        YGR (TSH)

7   DONALD R. CAMERON, et al.,

8        Plaintiffs,

9            vs.                 Case No. 19-cv-03074

                                     YGR (TSH)

10  Apple Inc.,

11       Defendant.

    _____

12

13

14      ZOOM DEPOSITION OF DANIEL McFADDEN, Ph.D.

15  (Reported Remotely via Video & Web Videoconference)

16      Berkeley, California (Deponent's location)

17              Tuesday, August 3, 2021

18                  Volume I

19

20

    STENOGRAPHICALLY REPORTED BY:

21  REBECCA L. ROMANO, RPR, CSR, CCR

    California CSR No. 12546

22  Nevada CCR No. 827

    Oregon CSR No. 20-0466

23  Washington CCR No. 3491

24  JOB NO. 4737818

25  PAGES 1 - 249

                                        Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

5    IN RE APPLE IPHONE

     ANTITUST LITIGATION,          Case No. 11-cv-06714

6    _____        YGR (TSH)

7    DONALD R. CAMERON, et al.,

8        Plaintiffs,

9             vs.                  Case No. 19-cv-03074

                                       YGR (TSH)

10   Apple Inc.,

11       Defendant.

     _____

12

13

14

15

16           ZOOM DEPOSITION OF

17   DANIEL McFADDEN, Ph.D., taken on behalf of the

18   Defendant, with the deponent located in Berkeley,

19   California, commencing at 9:05 a.m., Tuesday,

20   August 3, 2021, remotely reported via Video & Web

21   videoconference before REBECCA L. ROMANO, a

22   Registered Professional Reporter, Certified

23   Shorthand Reporter, Certified Court Reporter.

24

25

                                            Page  2

```
1              APPEARANCES OF COUNSEL

2    (All parties appearing via Web videoconference)

3

4    For the Developer Plaintiffs:

5         HAGENS BERMAN SOBOL SHAPIRO LLP

6         BY:  TED WOJCIK

7         Attorney at Law

8         1301 Second Avenue

9         Suite 2000

10        Seattle, Washington 98101

11        (206) 623-7292

12        tedw@hbsslaw.com

13

14   For the Consumer Plaintiffs:

15        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

16        BY:  THOMAS H. BURT

17        Attorney at Law

18        270 Madison Avenue

19        New York, New York 10016

20        (212) 545-4600

21        burt@whafh.com

22

23

24

25   /////
```

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4     For the Defendant:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  DANIEL G. SWANSON

 7          Attorney at Law

 8          333 South Grand Avenue

 9          Los Angeles, California 90071-3197

10          (213) 229-7430

11          dswanson@gibsondunn.com

12

13     For the Defendant:

14          GIBSON, DUNN & CRUTCHER LLP

15          BY:  HARRY R. S. PHILLIPS

16          Attorney at Law

17          1050 Connecticut Avenue, N.W.

18          Washington, DC 20036-5306

19          (202) 887-3706

20          hphillips2@gibsondunn.com

21

22

23

24

25     /////
```

Page  4

```
1                    APPEARANCES(cont'd)
2     (All parties appearing via Web videoconference)
3
4     ALSO PRESENT:
5           Nathaniel Hipsman, Cornerstone Research
6           Jonathan Manuel, Videographer
7           Scott B. Murray, Director, Commercial
8     Litigation at Apple
9           Matt Riesdorph, Concierge Technician
10          Dr. Samuel Weglein, Analysis Group
11          Dr. Kristof Zetenyi, Analysis Group
12
13
14
15
16
17
18
19
20
21
22
23
24
25    /////
```

Page 5

1                          I N D E X

2      DEPONENT                                  EXAMINATION

3      DANIEL MCFADDEN, PH.D.                        PAGE

       VOLUME I

4

5                      BY MR. SWANSON                    9

6                      BY MR. WOJCIK                   242

7

8

9                      E X H I B I T S

10     NUMBER                                        PAGE

11                     DESCRIPTION

12     Exhibit 37   Expert Report of Daniel L.        16

13                  McFadden in Support of

14                  Plaintiffs' Motion for Class

15                  Certification.

16

17

18

19

20

21

22

23

24

25     /////

                                              Page  6

```
 1          Berkeley, California; Tuesday August 3, 2021

 2                        9:05 a.m.

 3                        ---o0o---

 4

 5          THE VIDEOGRAPHER:  Good morning.  We are        09:05:20

 6  now going on the record at 9:05 a.m. on August 3rd,

 7  2021.

 8          This is the Media Unit 1 of the

 9  video-recorded deposition of Daniel McFadden in the

10  matter of In Re Apple iPhone Antitrust Litigation,     09:05:35

11  filed in the United States District Court,

12  Northern District of California.  This is

13  Case No. 4:11-cv-06714-YGR.

14          This deposition is being held via Zoom

15  technology.                                            09:06:02

16          My name is Jonathan Manuel, from the firm

17  Veritext Legal Solutions, and I am the

18  videographer.  The court reporter is

19  Rebecca Romano, from the firm

20  Veritext Legal Solutions.                              09:06:11

21          Counsel and all present in the room and

22  everyone attending remotely will now state their

23  appearances and affiliations for the record.  If

24  there any objections to proceeding, please state

25  them at the time of your appearance, beginning with    09:06:21
```

Page 7

```
1    the noticing attorney.                            09:06:23

2           MR. SWANSON:  Dan Swanson of Gibson Dunn,

3    representing Apple Inc.

4           MR. BURT:  Thomas H. Burt,

5    Wolf Haldenstein Adler Freeman & Herz LLP, for    09:06:34

6    Consumer Plaintiffs.

7           MR. WOJCIK:  This is Ted Wojcik,

8    Hagens Berman Sobol Shapiro, for the Developer

9    Plaintiffs.

10          MR. PHILLIPS:  This is Harry Phillips,     09:06:48

11   Gibson Dunn, for Apple.  And we also have with us

12   Scott Murray of commercial litigation at Apple.

13          THE VIDEOGRAPHER:  Okay.  Will the

14   court reporter please swear the witness.

15          THE COURT REPORTER:  Professor, if you     09:07:04

16   could raise your right hand for me, please.

17          THE DEPONENT:  (Complies.)

18          THE COURT REPORTER:  You do solemnly

19   state, under penalty of perjury, that the testimony

20   you are about to give in this deposition shall be  09:07:04

21   the truth, the whole truth and nothing but the

22   truth?

23          THE DEPONENT:  I do.

24

25   /////                                             09:07:19
```

                                                    Page 8

```
 1                  DANIEL McFADDEN, Ph.D.,                    12:22:22

 2      having been administered an oath, was examined and

 3      testified as follows:

 4

 5                       EXAMINATION                          12:22:22

 6      BY MR. SWANSON:

 7          Q.   All right.  Good morning,

 8      Professor McFadden.  As you heard, I'm Dan Swanson.

 9      I'll be asking the questions today for Apple.  It's

10      nice to meet you.                                     09:07:28

11              Could -- could you please state your full

12      name for the record.

13          A.   Daniel McFadden.

14          Q.   And what is your business address?

15          A.   I'm emeritus at the University of           09:07:39

16      California, Berkeley.  I still receive mail there,

17      and my home address is ███████████████████

        ██  ██████████████████.

19          Q.   All right.  Thank you.

20              Professor, have you had your deposition       09:07:52

21      taken before?

22          A.   I have.

23          Q.   Have you done a virtual deposition like

24      this before?

25          A.   Yes.                                         09:08:01
```

Page 9

| | | |
|---|---|---|
| 1 | Q.   Okay.  So you are familiar with the | 09:08:01 |
| 2 | procedures such as they are? | |
| 3 | A.   I'm learning, yes. | |
| 4 | Q.   Okay.  If at any point today you would | |
| 5 | like to take a break, please let us know and we'll | 09:08:13 |
| 6 | be happy to do that. | |
| 7 | Is there -- is there any reason why the | |
| 8 | deposition can't go forward today? | |
| 9 | A.   No. | |
| 10 | Q.   All right.  Terrific. | 09:08:24 |
| 11 | Professor, do you consider yourself to be | |
| 12 | an expert in antitrust economics? | |
| 13 | A.   It's certainly one of the areas that I've | |
| 14 | worked on for many decades. | |
| 15 | Q.   Okay.  And what do you consider to be | 09:08:36 |
| 16 | authoritative books or other texts in the area of | |
| 17 | antitrust economics? | |
| 18 | A.   Well, I started out with Areeda-Turner, | |
| 19 | and I still go back to that very useful source. | |
| 20 | Q.   Any others? | 09:08:56 |
| 21 | A.   Well, there are industrial organization | |
| 22 | textbooks which are, you know, on -- in my library | |
| 23 | and which I consult when I need to. | |
| 24 | Q.   And which -- which ones do you consult | |
| 25 | when you are looking -- looking to see the | 09:09:13 |

Page 10

```
 1    authoritative writings on antitrust economics?        09:09:19

 2              MR. BURT:  Objection.  Form.

 3              THE DEPONENT:  I would say that I don't

 4    normally opine on issue -- issues of antitrust law

 5    so that -- my references are primarily the           09:09:36

 6    economics industry.  And for that, Jean Tirole's

 7    book is one that I often refer to.  Shearer's book

 8    I sometimes use.  I sometimes use the Perloff book.

 9         Q.   (By Mr. Swanson)  All right.  Thank you.

10         Have you -- have you authored any books         09:10:04

11    or articles on the subject of antitrust economics?

12         A.   Not -- not in the narrow sense of the use

13    of that term, no.  I've -- I have written more

14    generally on microeconomics, and that deals with --

15    with markets and the organization of markets, but   09:10:24

16    books, no.

17         Q.   To your knowledge, has a Court ever

18    excluded any of your opinions before?

19         A.   In 1980, I was voir dired out of a

20    antitrust case in which the issue was refusal to    09:10:48

21    deal with potential rivals.

22         Q.   And were you, in that case, engaged by

23    the defendant or the plaintiff?

24         A.   I was engaged by the plaintiff.

25         Q.   Do you recall what the title of that case  09:11:08
```

Page 11

```
 1    was?                                               09:11:11

 2         A.   It involved tugboat operations on the

 3    Pacific Coast.  I don't recall the exact title.

 4         Q.   Was it the Murphy Tugboat case?

 5         A.   I don't think so.  That -- that -- the   09:11:24

 6    name is not familiar to me in any case.

 7         Q.   Okay.  All right.  Just taking a stab.

 8              To your knowledge, has a Court ever

 9    expressed disagreement with any of your opinions,

10    setting aside the instance of exclusion?           09:11:43

11         A.   Well, I am not sure how to answer the

12    question.  Certainly in the -- in the tugboat case,

13    the judge ruled that my -- my theory of the case

14    was beyond the current meaning of antitrust law.

15              By the way, that -- that theory was the   09:12:06

16    theory adopted by the DOJ in the Microsoft case, so

17    I was simply 20 years too early.

18         Q.   Timing is everything.

19              Your billing rate is $1100 an hour; is

20    that right?                                         09:12:24

21         A.   That's correct.

22         Q.   Do you have an estimate on how many hours

23    you have spent on the case so far?

24         A.   I don't have any -- I don't have a close

25    estimate.  It's been a few weeks.                   09:12:32
```

                                                    Page 12

1      Q.   Okay.  You note in your report that you          09:12:35

2  are a principal of The Brattle Group and that

3  several Brattle colleagues have helped you in this

4  matter; is that correct?

5      A.   That is correct.                                 09:12:48

6      Q.   Which Brattle colleagues have assisted

7  you with respect to your work in this case?

8      A.   Primarily Minjae Song.  He's been my

9  contact person, and he is the one who is --

10  supervise remaining members of the team.             09:13:05

11      Q.   And that's Minjae Song, S-O-N-G?

12      A.   Correct.

13      Q.   Okay.  And who are the other members of

14  the team?

15      A.   I -- I don't have a list in front of me,        09:13:21

16  and I -- I can't recall all the names.  There's

17  a -- a dozen or so people that have worked with

18  the -- this team.

19      Q.   And what has Minjae Song done in this

20  matter to assist you?                                 09:13:39

21      A.   Oh, he and I work collaboratively

22  throughout the whole process of preparing my

23  report, and he has supervised the work of his

24  associates.

25      Q.   Okay.  Are you aware that another Brattle        09:13:52

Page 13

```
 1    employee, Michael Cragg, had a role in the Epic        09:14:00

 2    case?

 3         A.   I am somewhat aware of that.  I'm -- I'm

 4    aware that -- of it, but I don't know any details.

 5         Q.   And I take it he did not assist you with     09:14:16

 6    respect to your work in this case?

 7         A.   That is correct.

 8         Q.   And are you compensated by The Brattle

 9    Group for your work in this matter?

10         A.   Yes.                                         09:14:27

11         Q.   Does The Brattle Group take a percentage

12    of your billings in this matter?

13         A.   They do not.

14         Q.   Do you know how much Brattle has billed

15    the plaintiffs so far in this case?                    09:14:40

16         A.   No, I do not.

17         Q.   Do you have a -- a rough estimate?

18         A.   I have no idea.

19         Q.   Okay.  Have you had any communications

20    with any governmental agency or regulator, whether     09:14:58

21    in the U.S. or outside the U.S., about Apple or

22    about app stores?

23         A.   No, I have not.

24         Q.   When were you engaged by the plaintiffs

25    in this case?                                          09:15:15
```

Page 14

| | | |
|---|---|---|
| 1 | A.   Last December. | 09:15:16 |
| 2 | Q.   And who, in particular, retained you? | |
| 3 | A.   I was contacted by the president of | |
| 4 | Brattle, David Sunding, to ask if I would be | |
| 5 | interested in working on it. | 09:15:31 |
| 6 | Q.   And have you worked with counsel for the | |
| 7 | Consumer Plaintiffs? | |
| 8 | A.   I have worked with -- with the Brattle | |
| 9 | team, and -- and -- but my contact with counsel has | |
| 10 | been through the team -- with Mr. Burt. | 09:15:48 |
| 11 | Q.   Okay.  Have you reviewed the operative | |
| 12 | version of the consumers' complaint in this case? | |
| 13 | A.   I read it initially back in December, and | |
| 14 | I haven't reread it recently. | |
| 15 | Q.   What is your general understanding of the | 09:16:11 |
| 16 | nature of Plaintiffs' challenge to Apple's | |
| 17 | conduct? | |
| 18 | A.   My -- my understanding that -- of the | |
| 19 | complaint, it alleges that Apple has monopolized | |
| 20 | the aftermarket for apps operating on the iOS | 09:16:31 |
| 21 | operating system and has utilized that | |
| 22 | monopolization to over- -- overcharge consumers for | |
| 23 | apps. | |
| 24 | Q.   I understand -- do you have a copy of | |
| 25 | your expert report there with you? | 09:16:54 |

Page 15

```
 1        A.   I do.  I have it in both -- in paper and        09:16:56

 2   on a -- on a screen, the same document.

 3        Q.   Okay.  Great.

 4             We are going to officially mark it as an

 5   exhibit, which means we, I think, download it to --       09:17:09

 6   through the Exhibit Share functionality, and it

 7   will be marked as -- I believe the next in order is

 8   Exhibit 37.

 9             (Exhibit 37 was marked for identification

10   by the court reporter and is attached hereto.)           09:17:22

11             MR. SWANSON:  Although, you can feel free

12   to use the version that you have.  Hopefully they

13   are identical, but let -- let's just get that up.

14        Q    (By Mr. Swanson)  All right.  Do you have

15   the exhibit?                                             09:17:35

16        A.   I have it, and I'm clicking on the --

17   where I'm supposed to click, and so far it

18   hasn't --

19        Q.   It may take a moment.  We just need you

20   to verify that this is the proper -- proper            09:17:46

21   document, once it shows up.

22             But while we are waiting, I'll just note

23   for the record that the document is a document that

24   is denominated "Expert Report of Daniel L. McFadden

25   in Support of Plaintiffs' Motion for Class             09:18:04
```

Page 16

| | | |
|---|---|---|
| 1 | Certification," dated June 1st, 2021. | 09:18:06 |
| 2 |     A.   I now have it. | |
| 3 |     Q.   Okay.  Is -- is that -- is that your | |
| 4 | expert report in this -- in this matter? | |
| 5 |     A.   One moment.  I have -- to control the | 09:18:26 |
| 6 | screen here for one second. | |
| 7 |        Yes, I've -- at least from the first few | |
| 8 | pages, it is identical to my own copy. | |
| 9 |     Q.   Okay. | |
| 10 |     A.   So, yes, it's the same document. | 09:18:44 |
| 11 |     Q.   Good.  Thank you. | |
| 12 |        So if you wouldn't mind, turn to page 3, | |
| 13 | please, and I'm going to ask you a question about | |
| 14 | paragraph 9.  Let me know when you are there. | |
| 15 |     A.   I have that in front of me.  I'm going to | 09:19:04 |
| 16 | try to make this -- just a technical aside, I'm | |
| 17 | going to try to make this larger -- or I'm just | |
| 18 | going to use my copy, which isn't larger.  I think | |
| 19 | I will just use my copy -- | |
| 20 |     Q.   That's fine. | 09:19:21 |
| 21 |     A.   -- which is a -- the print is larger -- | |
| 22 |     Q.   Yeah. | |
| 23 |     A.   -- so I can read. | |
| 24 |     Q.   I agree.  I'm using a print copy myself, | |
| 25 | so I'm all in favor of that. | 09:19:27 |

Page 17

1     A.   Yes, I have this in front of me.          09:19:30

2     Q.   Okay.  Paragraph 9 starts with the

3   following:  "Consumer Plaintiffs allege that Apple

4   monopolized the aftermarket by equipping iOS

5   mobile devices with an operating system that       09:19:42

6   forecloses iOS device users from buying iOS

7   applications from any source other than Apple and

8   from paying for certain in-app purchases except to

9   Apple, and thus forces iOS device users to pay

10  Apple a 30 percent fee for buying iOS              09:19:59

11  applications and making those in-app purchases."

12         Do you see that?

13    A.   Yes.

14    Q.   Do you understand Consumer Plaintiffs to

15  be challenging the design of Apple's iOS           09:20:11

16  operating system?

17         MR. BURT:  Objection.  Form.

18         THE DEPONENT:  That's not my

19  understanding.  My understanding is the issue is

20  that the operating system has implemented a        09:20:19

21  business policy of allowing purchase of iOS apps

22  solely through the Apple distribution.

23         MR. SWANSON:  Okay.

24         THE DEPONENT:  The Apple Store.

25    Q    (By Mr. Swanson)  How is that business      09:20:39

                                             Page 18

```
 1    policy implemented in the operating system, if you        09:20:41

 2    have an understanding?

 3              MR. BURT:  Objection.

 4              THE DEPONENT:  I -- I don't -- I don't

 5    have the technical understanding.  All I can say is        09:20:57

 6    that the operating system is set up in such a way

 7    that it is not easy or -- acceptable to Apple for

 8    people to hack the operating system and install

 9    apps that are not approved through the Apple Store.

10        Q.   (By Mr. Swanson)  Do you have an                  09:21:27

11    understanding as to whether there are reasons,

12    other than what Consumer Plaintiffs allege is an

13    anticompetitive motive, for Apple to design its

14    operating systems so that it's not easily hacked?

15              MR. BURT:  Objection.                            09:21:44

16              THE DEPONENT:  Yes.

17        Q.   (By Mr. Swanson)  And -- and what --

18    what -- what's your understanding?

19        A.   I understand that there are legitimate

20    concerns of -- of security and protection of the           09:21:54

21    proprietary system.

22        Q.   And you do understand that it is

23    proprietary, correct?

24        A.   Yes.

25        Q.   And you understand that the iOS                   09:22:08
```

Page 19

```
1    operating system is protected by intellectual          09:22:10

2    property rights?

3         A.   It -- as a general matter, yes.  I

4    don't -- I don't know specifically what -- what

5    those property rights are.                             09:22:23

6         Q.   But -- but you are not assuming, for

7    purposes of any of your opinions, that Apple lacks

8    intellectual property rights over its proprietary

9    software; is that correct?

10        A.   It's correct that my -- my analysis does      09:22:42

11   not depend on Apple abrogating its property rights.

12        Q.   The second sentence in paragraph 9, going

13   back to where we were -- or picking up where we

14   left off, is as follows:  "Consumer Plaintiffs also

15   allege that Apple controls what prices developers       09:23:05

16   can charge and," quote, "'exercises that control by

17   insisting that every paid app be paid in dollar

18   increments at $0.99, $1.99, $2.99, and so forth,'"

19   end quote.

20             Do you see that?                              09:23:22

21        A.   Yes.

22        Q.   Do you understand that Plaintiffs are

23   challenging this conduct as anticompetitive?

24        A.   Yes, I understand that's an allegation in

25   the complaint.                                          09:23:33
```

Page 20

1      Q.   What -- what was your assignment -- or        09:23:37

2   what is your assignment in this case?

3      A.   My assignment was to determine whether

4   there was a -- a basis for calculating a common

5   effect of Apple conduct and its -- its application    09:23:56

6   to the proposed -- to consumer class and whether

7   there were formulaic methods for determining the

8   degree of harm and the allocation of harm and the

9   compensation for harm among the members of the

10  class.                                                09:24:18

11     Q.   And is that the assignment you carried

12  out in your expert report?

13     A.   That's certainly my intention, yes.

14     Q.   And did you draft your expert report?

15     A.   The report was prepared and                    09:24:35

16  collaboratively with -- with my team, and I was

17  involved both in supervising structure and in

18  drafting, but other members were also involved in

19  drafting.

20     Q.   Were there specific portions of the            09:24:53

21  report that you drafted from the start?

22     A.   No, I would say that it was a

23  collaborative, back-and-forth effort throughout in

24  which -- in terms of the report itself, language

25  which proposed by me or by others and edited by me     09:25:18

Page 21

```
 1    or suggested edits by me and others, and we went        09:25:23

 2    back and forth on it.

 3         Q.   Okay.  If you could flip to page 125 of

 4    your report, that is the section that's entitled

 5    "Appendix B Materials Relied Upon"?                      09:25:40

 6         A.   I have now, yes.

 7         Q.   Okay.  Does this appendix identify all

 8    the documents and information that you relied upon

 9    in connection with forming your opinions set forth

10    in your report?                                          09:26:00

11         A.   I -- I believe so.  The -- this part of

12    the report was prepared by my associates, and my

13    instructions to them were to follow the attorneys'

14    agreements on what should be included.

15         Q.   On the first page of Exhibit B [sic] -- I      09:26:26

16    guess that would be page 125 of the report -- you

17    list a number of depositions.  I count eight --

18    eight names there.

19              Do you see that upper half of the page?

20         A.   Yes.                                           09:26:48

21         Q.   Did you -- I don't see any names of any

22    of the Epic witnesses from the Epic case.

23              Did you review any depositions of any

24    Epic witnesses?

25         A.   I believe that Dr. Evans is on the            09:27:07
```

Page 22

```
 1    list -- well -- well, not -- not a deposition.  An        09:27:14
 2    expert report.  Referring specifically to the
 3    depositions -- I'm sorry, repeat the question
 4    about -- about it.
 5         Q.   Sure.                                           09:27:25
 6              I was just wondering if you had reviewed
 7    and relied upon any depositions of any Epic
 8    witnesses; that's all.
 9         A.   I -- I believe I -- I believe rely upon
10    some statements from Timothy Cook.  I don't know         09:27:46
11    whether they came from trial testimony or a
12    deposition.  I'd have to go back and look.
13         Q.   Okay.  Have you reviewed the depositions
14    of any of the named Plaintiffs in this case?
15         A.   Personally, I have not, and I don't know       09:28:11
16    whether my colleagues did.
17         Q.   Okay.  Do you know who the named
18    Plaintiffs are?
19         A.   I saw their -- saw names at the top of
20    the complaint, but I did not attend to it.  I don't      09:28:30
21    remember them.
22         Q.   You mentioned a moment ago that you have
23    relied on the trial testimony of Tim -- Tim Cook.
24              MR. BURT:  Objection.
25         Q.   (By Mr. Swanson)  Did you -- well, if          09:28:44
```

Page 23

```
 1    there's any question about that, did you rely on        09:28:47

 2    trial testimony of Tim Cook?

 3         A.   In my report, there is one cite to his

 4    statements, and I believe that probably came

 5    from -- from trial testimony.  I don't even -- I am     09:29:04

 6    not even sure what case, but it's -- it's a -- it's

 7    a footnote in the report.

 8         Q.   Did you -- did you -- do you recall

 9    relying on any trial testimony from the Epic case?

10         A.   I would -- I would hesitate to say that       09:29:31

11    there was none, because some of my colleagues did

12    follow that case, but as -- as I recall and as I'm

13    aware, that was not used in the report.  I -- I --

14    I -- I prepared to be corrected if -- if I did, but

15    I don't recall it.                                      09:29:59

16         Q.   Okay.  You mentioned an expert report by

17    Dr. Evans.

18              Do you recall reviewing any of Dr. Evans'

19    written or oral trial testimony in the Epic case?

20         A.   I definitely had conversations with my        09:30:19

21    colleagues about Dr. Evans' testimony, and they --

22    they summarized some of it to me -- I said

23    "testimony."  I mean his report -- and I took that

24    into -- I thought about that in preparing my

25    report.                                                 09:30:45
```

                                                    Page 24

```
 1          Q.   And I know you cite the report of        09:30:45

 2     Dr. Evans dated February 16 of this year.

 3               Did you review his subsequent report

 4     after that date?

 5          A.   Again, I am not sure what my colleagues    09:31:04

 6     reviewed, but I -- I, personally, did not.

 7          Q.   Have you had any communications with

 8     Dr. Evans about this case?

 9          A.   No, I have not.

10          Q.   You also list an Appendix B, the rebuttal  09:31:24

11     expert report of Francine Lafontaine.

12               Do you see that?

13          A.   Yes.

14          Q.   You understand she is -- or was

15     testifying on behalf of Apple?                        09:31:39

16          A.   That's correct.

17          Q.   Okay.  Have you reviewed any expert

18     reports or trial testimony of any of the other

19     Apple experts from the Epic case?

20          A.   I have not.  I'm -- I'm not aware, again,   09:31:56

21     of my -- my colleagues might have looked at, but I

22     don't know about.

23          Q.   Okay.  I take it you didn't interview any

24     of the named Plaintiffs?

25          A.   That's correct.                             09:32:11
```

Page 25

1      Q.   Did you interview anyone at all in        09:32:13

2  connection with your work in this case?

3      A.   No, I did not.

4      Q.   Did counsel provide you with any

5  assumptions that you relied on in forming your      09:32:27

6  opinions?

7      A.   I would say that I was assigned the --

8  the task of establishing that there was common

9  evidence across the class, and the -- it would --

10  relayed to me by my team that it was important to    09:32:59

11  pay attention to the commonality of the effects on

12  the class and my report.  I would say that's a

13  primary instruction that I received.

14      Q.   Professor, have you identified any

15  errors, omissions, mistakes in your report since    09:33:21

16  you submitted it?

17      A.   No, I have not.

18      Q.   Okay.  Have you reviewed the report

19  submitted by the Developer Plaintiffs' experts?

20      A.   No.  I have had summaries presented to    09:33:39

21  me -- verbal summaries by some members of my team

22  on selected points, but I have not reviewed the

23  reports myself.

24      Q.   Okay.  Did anything in the summaries that

25  you received cause you to reconsider any of your    09:33:57

Page 26

```
 1    opinions?                                        09:34:00

 2        A.   No.

 3        Q.   Are you aware of anything in the

 4    summaries of the Developer Plaintiff expert reports

 5    that conflicts with or is in contention with the    09:34:14

 6    opinions that you have offered?

 7             MR. BURT:  Objection.

 8             THE DEPONENT:  I -- I did not -- I am not

 9    aware of any conflicts.  I'm aware that there may

10    be verbal usages which needed clarification between  09:34:27

11    the usages among the experts.

12        Q.   (By Mr. Swanson)  And which -- which

13    verbal usages might need some clarification, in

14    your view?

15        A.   There is -- there is some question as to    09:34:47

16    whether the Apple App Store is a -- a two-sided

17    industry or a -- or a platform business, and I

18    think those -- those terms have been used in ways

19    which are not always meaning exactly the same thing

20    and may not have been used in this -- exactly the    09:35:13

21    same way by myself and other experts.

22        Q.   Are you thinking of any particular

23    opinion held, for example, by Professor Elhauge?

24        A.    It has been reported to me that

25    Developers' experts -- and I think              09:35:39
```

Page 27

```
 1    Mr. Economides -- Dr. Economides as well -- have        09:35:42

 2    described the Apple App Store as a -- as a platform

 3    business, and I -- I don't -- I don't use that term

 4    for the Apple App Store in my report, and we can

 5    discuss what the economic -- whether there's any        09:36:07

 6    economic difference in our -- our usages or

 7    meaning.

 8         Q.   Okay.  Well, we'll -- we'll come back to

 9    that topic, then.

10         Did -- do -- did you or any of the staff          09:36:26

11    working under your direction communicate with

12    Professor Elhauge or Professor Economides prior to

13    submitting your report?  I'm not asking -- I'm not

14    asking for what you've communicated about, just

15    whether -- whether there was any communication.        09:36:44

16         A.   I -- as far as I'm aware, there's been no

17    communication.

18         Q.   Okay.  Aside from counsel and your staff

19    at Brattle, have you discussed your opinions about

20    the case with anyone?                                   09:37:02

21         A.   No, I have not.

22         Q.   Could you turn to paragraph 42 on page 21

23    of your report?

24         A.   Paragraph 44?  Was that the --

25         Q.   Paragraph 42.                                 09:37:51
```

                                                        Page 28

1   A. 42. Okay.        09:37:53

2     I have that in front of me, yes.

3   Q. Okay. In paragraph 42, you state:

4 "Common economic evidence supports the conclusion

5 that there exists a relevant antitrust market for  09:38:03

6 selling consumers iOS apps and in-app content,

7 which are relevant products in this market."

8     You define, therefore, a relevant

9 antitrust market for selling consumers iOS apps

10 and in-app content; is that right?    09:38:24

11   A. As I understand the question, the answer

12 is: Yes, I -- I -- it's my opinion that iOS apps

13 are a relevant aftermarket.

14   Q. And you regard consumers who have iOS

15 mobile devices as the consumers in that market,  09:38:55

16 correct?

17   A. Correct.

18   Q. And in your relevant market, Apple is a

19 retailer that sells iOS apps and in-app content;

20 is that right?         09:39:10

21   A. Yes, I think that's my economic

22 terminology for their activity.

23   Q. Okay. And in your relevant market, app

24 developers are suppliers that manufacture apps and

25 in-app content and supply them through Apple; is  09:39:23

Page 29

1    that right?                                      09:39:27

2       A.   Yes.

3       Q.   And your opinion is that the relevant

4    products in your relevant market are iOS apps and

5    in-app content; is that correct?                 09:39:41

6       A.   Correct.

7       Q.   In paragraph 41, which is -- starts on

8    the prior page, page 20, you state that "Defining

9    relevant markets allows for identification of

10   market participants..."                          09:40:04

11          Do you see that?

12      A.   Yes.

13      Q.   Okay.  Are consumers direct participants

14   in your relevant market?

15      A.   Yes.                                      09:40:18

16      Q.   Are developers direct participants in

17   your relevant market?

18      A.   I would say yes.

19      Q.   And how is it that developers are direct

20   participants in your relevant market?            09:40:33

21      A.   Well, this is -- this is a -- a market in

22   which developers sell to consumers through the

23   intermediary, which is the App Store, the retailer

24   and distributor.

25      Q.   If developers sell through an            09:40:58

                                                      Page 30

```
 1    intermediary, are they direct participants in your        09:41:00

 2    relevant market?

 3         A.   In my -- in my view, the market is -- the

 4    market for iOS apps is -- is one with -- with two

 5    stages.  There's a stage in which developers            09:41:20

 6    provide downloads of their apps to -- to the -- to

 7    the gateway provided by the App Store, and the

 8    second stage is the transfer of those downloads

 9    from the App Store to the -- to the consumer.

10         Q.   Have you defined a relevant wholesale           09:41:52

11    market in this case?

12         A.   I have not specifically defined a -- a

13    wholesale market, but using the terminology that I

14    have used and -- and -- which is that the

15    Apple Store is an intermediary retailer and            09:42:12

16    distributor.  The -- the relationship between the

17    Apple Store and the developers is -- is a wholesale

18    market relationship, and the relationship between

19    the App Store and consumers is a retail market

20    relationship, and those two markets are bound --       09:42:32

21    closely bound together.

22         Q.   Are those markets, while closely bound

23    together, nonetheless distinct?

24         A.   I am not sure what -- what the -- you

25    would mean by "distinct."  For -- for what purposes     09:42:59
```

Page 31

```
 1    are they distinct?  They clearly are distinct in        09:43:02

 2    terms of who the -- who the actors are in each side

 3    of this market.  Are they distinct in the point of

 4    view of an economic analysis of -- of how this

 5    market operates and how it would operate under          09:43:16

 6    different conduct?  They -- they are not distinct.

 7    They're -- they need to be treated together.

 8         Q.   Do they need to be treated together for

 9    market definition purposes?

10              MR. BURT:  Objection.  Form.                   09:43:37

11              THE DEPONENT:  I would say that it -- it

12    shouldn't matter for market definition purposes

13    whether -- whether they -- they are linked.  If you

14    talk about the -- the retail market -- and that's

15    tied to the wholesale market -- the -- the retail       09:44:03

16    market may be a -- a relevant market for antitrust

17    purposes, but the wholesale market may be

18    sufficiently closely tied to it so that you cannot

19    analyze the retail market for antitrust purposes

20    without also considering the impacts on the -- on       09:44:24

21    the wholesale side.

22         Q.   (By Mr. Swanson)  And -- and is the

23    relevant market that you have defined the retail

24    market?

25         A.   I would say it is the retail market,          09:44:42
```

Page 32

```
 1    but -- as -- essentially, we are continuing my           09:44:44

 2    previous answer.  It is sufficiently closely linked

 3    to the wholesale market; that, from an economic

 4    point of view, these things have to be considered

 5    together.  You cannot analyze the retail market in        09:44:59

 6    isolation from the impact of the Apple Store

 7    conduct on both sides.

 8        Q.   Have -- have you defined a market that

 9    includes both sides?

10        A.   I would say that my market definition            09:45:22

11    applies to both sides.

12        Q.   And can you tell me where you say that in

13    your report, that your market definition applies to

14    both sides?

15             MR. BURT:  Objection.  Form.                     09:45:37

16             THE DEPONENT:  Well, I don't say it in

17    the report, but the -- the -- the definition of the

18    market in my report does not distinguish sides

19    in -- in Apple Store operations.  It is simply --

20    it simply talks about the -- the market for iOS          09:45:59

21    apps, and -- and I think that is -- that is a

22    market -- it is a market in which is broken into

23    a -- a wholesale segment and a retail segment

24    divided by an intermediary distributor.

25        Q.   (By Mr. Swanson)  Is it your opinion            09:46:26
```

Page 33

```
 1    that, as a general matter, wholesale and retail          09:46:28

 2    markets are tightly connected?

 3         A.   I don't -- they can -- they can be, and

 4    in some cases they -- they are not.

 5              I mean, certainly the traditional              09:46:44

 6    textbook economic story is one in which a firm

 7    might have a monopoly on one side of the market,

 8    but they are not -- they -- they're treated as if

 9    they are priced so that -- in that case, it's

10    sensible to talk about only -- only one side, but I     09:47:01

11    think in a -- if you go one step beyond the most

12    elementary textbook case and ask how an

13    intermediary firm with market power influences the

14    economic environment in which they operate, it's --

15    it's clear -- and the economics of it is clear --       09:47:24

16    is that it will have both upside and down --

17    upstream and downstream effects, and -- and those

18    effects would be linked, and the appropriate market

19    and the appropriate analysis is going to take into

20    account both the upstream and the downstream sides.     09:47:42

21         Q.   Can you give me an example of another

22    pair of retail and wholesale markets that are

23    tightly integrated in the same sense?

24         A.   Certainly -- certainly classic auction

25    markets, like eBay, have -- have that property.         09:48:04
```

Page 34

```
 1    Stock -- stock markets have that property, without      09:48:15

 2    such a close linkage because buyers and sellers

 3    are -- are anonymous and numerous, but -- but those

 4    are two examples.

 5         Q.   Back to paragraph 42 of your report, you      09:48:31

 6    state, in paragraph 42, that "Apple, as the

 7    retailer, sets the App Store commission, which when

 8    paid by developers leads to the determination of

 9    the retail prices paid by consumers and the

10    wholesale prices received by developers."            09:48:50

11         Do you see that, the end of the

12    paragraph?

13         A.   Yes.

14         Q.   And then you have a footnote to that,

15    indicating that you explain how Apple's commission    09:49:06

16    sets both downstream retail and upstream wholesale

17    prices later on in your report.

18         Is it -- is it your view that Apple's

19    commission is the determining factor to downstream

20    retail and upstream wholesale prices?                09:49:36

21         MR. BURT:  Objection.

22         THE DEPONENT:  My view is that the Apple

23    commission acts very much like a ad valorem tax,

24    and when that tax is imposed or increased, it has

25    impacts on both upstream and downstream, depending   09:49:55
```

Veritext Legal Solutions
866 299-5127

```
1    on the nature of those -- those two sides of the --        09:50:00

2    of the market.

3         Q.   (By Mr. Swanson)  You have a footnote on

4    this page 21.  It's footnote to the first sentence

5    of paragraph 42, and it's to the Apple versus            09:50:20

6    Pepper Supreme Court decision.

7              Do you see that?

8         A.   One moment.  I have to read closely.

9         Q.   Sure.  Footnote 55.

10        A.   I -- I -- I see the footnote.  I -- I          09:50:54

11   don't recall the content.  I would have to go back

12   and look at the content of the -- of the citation.

13        Q.   Are -- you -- you reviewed the

14   Supreme Court's decision in the Pepper matter,

15   right?                                                   09:51:12

16        A.   Yes, I'm aware of it.  It's been

17   described to me.

18        Q.   And are -- are there any aspects of that

19   decision that you are relying on for purposes of

20   your opinions in this case?                              09:51:25

21        A.   Well, certainly I'm -- I'm relying on the

22   thrust of that opinion, which is that the consumers

23   have standing as -- and can be treated as -- as

24   direct rather than indirect purchasers, and

25   they have -- they have legal standing for that.          09:51:50
```

Page 36

```
 1    That's -- my analysis is predicated on that          09:51:52

 2    assumption.

 3         Q.   Okay.  Do you agree that developers

 4    choose the retail price of their apps?

 5         A.   From an economic point of view, it --      09:52:18

 6    we -- I think that, generally, economists would

 7    view who -- who actually posts the price as being

 8    secondary to who functionally controls what that

 9    posting has to be.  So I would say that

10    developers -- developers post the price -- post the  09:52:38

11    retail price.  They post what I would suggest is

12    similar to a manufacturer's suggested retail price.

13    But that -- what that price is, is, in turn,

14    influenced by the -- the conduct of the

15    distributor.                                         09:53:03

16         Q.   Well, a manufacturer's suggested retail

17    price is exactly that, right?  It's not the price

18    the consumer has to pay, is it?

19         A.   That -- that -- I -- I agree that that is

20    a gradation of -- of difference.                     09:53:16

21         Q.   Is -- is the price that the developer

22    posts in your understanding the price that the

23    consumer has to pay?

24         A.   That is my understanding, yes.

25         Q.   Are you aware that Professor Elhauge       09:53:37
```

                                                    Page 37

```
 1    disagrees with your opinion that the App Store is a        09:53:40

 2    retailer and developers are wholesalers?

 3         A.   No, they -- the only summary I have been

 4    given from -- from Mr. Elhauge is that he has an

 5    opinion that it's a two-sided market.  I don't             09:53:58

 6    necessarily disagree with that.  I don't think

 7    that's in disagreement with my position.

 8         Q.   In your opinion, the relevant market is

 9    an aftermarket; is that -- is that correct?

10         A.   Yes.                                             09:54:20

11         Q.   In -- well, can you turn to paragraph 46,

12    please, on page 22.  Let me know when you are

13    there.

14         A.   Yes, I -- I have it.  I'm just -- just

15    reading it in preparation for your question.              09:54:57

16         Q.   Take your time.  Just let me know when

17    you are ready.

18         A.   Yes, I have read the paragraph.

19         Q.   You state that "common economic evidence

20    supports the conclusion that app downloads and            09:55:17

21    in-app purchases are part of a signal aftermarket

22    for iOS device consumers..."

23              You define your aftermarket based on the

24    consumer's substitution opportunities, correct?

25         A.   Yes.                                             09:55:37
```

Page 38

1        Q.   And in paragraph 46, you go on to say          09:55:39

2    that "Common economic" -- "Common economic evidence

3    supports the conclusion that iOS device consumers

4    choose apps based on their needs, not based on how

5    app developers monetize their apps."                     09:55:52

6             Is it your opinion that your relevant

7    aftermarket is defined by consumer needs and not

8    developer needs?

9        A.   Well, the relevant market is -- is

10   defined by the property -- defined by a portfolio        09:56:13

11   of products with the -- with the property that

12   the -- the intermediary in this market -- in this

13   case the Apple Store -- has -- has the ability to

14   control prices, and that's -- my conclusion is that

15   it does.  And those -- that control extends to both      09:56:43

16   the upside and the -- upstream -- upstream and

17   downstream side of the market.

18             (The Court Reporter seeks clarification.)

19        Q    (By Mr. Swanson)  In paragraph 44 of your

20   report, which is on the prior page, page 21, I'll        09:57:18

21   ask you about that first sentence once you are

22   there.

23        A.   Yes, I'm there.

24        Q.   You say that "In the primary market,

25   consumers choose OS installed mobile devices..."         09:57:40

```
 1              Why is the primary market limited to        09:57:47

 2    mobile devices?

 3        A.   Oh, I think that the Apple Store

 4    functions primarily as a distributor to holders of

 5    Apple iOS mobile devices.  I'm -- I'm not -- I'm       09:58:13

 6    not aware -- I'm not aware that acquisition of apps

 7    for nonmobile devices is a -- is an Apple Store

 8    function.

 9        Q.   Well, do you understand that consumers

10    choose OS-installed PCs, Macs, laptops, consoles,     09:58:37

11    tablets, and smart TVs too?

12              MR. BURT:  I'm sorry, can I hear that

13    question back.  Never mind.  The real time got it.

14    I can read it.  Sorry.

15              THE DEPONENT:  Yes, I -- I understand        09:59:03

16    that consumers can buy a variety of digital

17    devices.  It's certainly an important category, are

18    mobile devices.

19        Q.   (By Mr. Swanson)  You understand that the

20    variety of devices -- digital devices that            09:59:26

21    consumers can buy, like PCs, Macs, laptops,

22    consoles, tablets, and smart TVs all have

23    applications, apps, available for them?

24        A.   Yes, I understand there are portfolios of

25    apps available, yes, on these -- on these other       09:59:51
```

Veritext Legal Solutions
866 299-5127

1    devices.                                              09:59:54

2        Q.   In your opinion, is there a wholesale

3    aftermarket for iOS apps?

4            MR. BURT:  Objection.  Form.

5            THE DEPONENT:  I am not sure the -- the      10:00:19

6    use of the -- "aftermarket" is the right qualifier

7    in your question.  The -- the aftermarket is one

8    form by consumers who have already acquired a

9    device and are subsequent -- subsequently making

10   purchases of apps for -- for that device.  So        10:00:49

11   that's -- that's the aftermarket on the consumer

12   side.

13           On the developer side, perhaps you can

14   use the same terminology, but, economically, of

15   course, what's going on is the developers are        10:01:05

16   developing apps which they can then specialize to

17   one operating system or another if they find it in

18   their interest to do so.

19       Q.   (By Mr. Swanson)  And do you understand

20   that developers frequently find it in their          10:01:21

21   interest to do so?

22       A.   I -- I haven't systematically gone and --

23   and counted, but the -- my -- my impression is to

24   the contrary; that many apps are not developed for

25   multiple platforms, or if they are developed for     10:01:52

```
 1    multiple platforms, they are -- they are not          10:01:55
 2    exactly the same, either in terms of user
 3    experience or in transferability of -- of history
 4    across platforms.
 5         Q.   Is your relevant aftermarket a retail        10:02:10
 6    aftermarket?
 7         A.   I would say it is; although, in my -- in
 8    my earlier answers, I said that I believe -- I
 9    believe, in this case, that -- that the relevant
10    market really extends all the way from developers     10:02:38
11    to consumers with an intermediate -- intermediary
12    distributor, and the issue is the conduct of the
13    distributor which affects both downstream and
14    upstream economic outcomes.
15         Q.   Professor, can you turn to paragraph 85      10:03:01
16    on page 42 of your report, please?
17         A.   I will quickly read --
18         Q.   Sure.
19         A.   -- that paragraph.
20              Yes, I have read that.                       10:03:47
21         Q.   You are relying here on an analysis
22    conducted in the Epic case by Dr. Evans; is that
23    correct?
24         A.   I'm -- I am reporting on and endorsing
25    the calculations done by Dr. Evans, yes.              10:04:08
```

Page 42

1        Q.   Did you or staff, under your direction,        10:04:15

2    replicate Dr. Evans' analysis?

3        A.   Not that I'm aware.

4        Q.   What -- what did you do to reach the

5    conclusion that his analysis is reliable?              10:04:27

6        A.    It -- it appeared to be a straightforward

7    collection of data from -- from Epic and the -- the

8    fact -- well, that -- it seemed to be a direct -- a

9    direct inference and commonsense inference from --

10   from a -- data produced by Epic.                       10:05:02

11       Q.   Did you review any of the commentary on

12   Dr. Evans' analysis by any of Apple's experts?

13       A.   No, I did not.

14       Q.    In your opinion, is Dr. Evans' analysis

15   that you are referring to here common evidence that    10:05:28

16   supports the conclusion that apps compatible with

17   non-iOS devices are not substitutes for iOS apps?

18       A.    I would say it is -- it is an element

19   that is obviously a specific developer, but the --

20   the phenomenon, which is just an example or an         10:05:50

21   illustration, in my opinion, is probably quite

22   general.

23       Q.    Well, even if Dr. Evans' study were

24   reliable evidence, wouldn't you have to analyze

25   consumers switching for other apps to reach any        10:06:07

Page  43

```
 1    reliable conclusion about consumer switching          10:06:11

 2    behavior?

 3         A.    I -- I think that one can engage in --

 4    and certainly there's an academic literature in

 5    which people have engaged in the study of switching   10:06:30

 6    behavior of -- of -- of consumers, and I think the

 7    general -- what Dr. Evans produces here is simply

 8    some empirical confirmation that that general --

 9    general finding in the academic literature is

10    correct; that switching -- switching is difficult     10:07:01

11    and costly for all consumers.

12         Q.    And is that literature that focuses on

13    software applications?

14         A.    It is certainly, I would say, focused

15    first on device choice.  But there are aspects of     10:07:25

16    it that also deal with the aftermarket.

17         Q.    And what literature are you thinking of

18    specifically?

19         A.    Well, I have citations in the report, and

20    I would have to go back and find them for you.        10:07:40

21         Q.    Okay.  The -- the -- you are thinking of

22    literature that you have cited in your report; is

23    that correct?

24         A.    Correct.

25              MR. SWANSON:  Okay.  I think we are at or    10:07:47
```

Veritext Legal Solutions
866 299-5127

```
 1    a little beyond the hour mark.                    10:07:51

 2            Are you interested in taking a short

 3    break?

 4            THE DEPONENT:  I would -- I would

 5    appreciate it.                                    10:07:58

 6            MR. SWANSON:  Let's do that, then.

 7            How much -- Mr. Burt, how much time?  Or,

 8    Professor, how much time would you like to take?

 9            THE DEPONENT:  Ten minutes?

10            MR. BURT:  Okay.                          10:08:09

11            THE VIDEOGRAPHER:  Okay.  We are now

12    going off the record.  The time is 10:08 a.m.

13            (Recess taken.)

14            THE VIDEOGRAPHER:  We are now back on the

15    record.  The time is 10:19 a.m.                   10:19:13

16       Q.   (By Mr. Swanson)  Professor, as an

17    economist, do you agree that a two-sided platform

18    offers different products or services to two

19    different groups who both depend on the platform to

20    intermediate between them?                        10:19:28

21       A.   I -- I have not heard that definition

22    before, and I'm not sure that would characterize my

23    understanding of a platform.

24            The -- the -- the use of the phrase

25    "different products or services," I -- I'm not sure 10:19:50
```

Page 45

```
 1    what functionally that distinction means.          10:19:54

 2         Q.   Okay.  Are you familiar with the concept

 3    of a two-sided transaction platform?

 4         A.   Yes, I am.

 5         Q.   And what is your understanding, as an    10:20:07

 6    economist, of what a two-sided transaction platform

 7    is?

 8         A.   That there is a -- a platform or

 9    intermediary that is arranging transactions between

10    upstream economic agents and downstream economic     10:20:31

11    agents, with services that include providing

12    information, matching, ensuring fulfillment of the

13    transaction and so forth.

14              And that depending on how you define the

15    term "platform," those transactions might be fully   10:20:57

16    simultaneous on -- on both sides of the platform or

17    they might be -- they might -- may not be

18    simultaneous.  They might -- there might be some,

19    say, production to inventory in between that you

20    could still have an intermediary acting as a         10:21:19

21    platform.

22         Q.   Can you give an example of a two-sided

23    transaction platform?

24         A.   Well, I think Amazon is a -- is a good

25    example.  Amazon acts both as a traditional          10:21:35
```

Page 46

| | | |
|---|---|---|
| 1 | retailer in the sense that it acquires products | 10:21:40 |
| 2 | from suppliers, inventories them, and then | |
| 3 | distributes from inventory. | |
| 4 | But it also facilitates direct | |
| 5 | transactions where the shipment comes directly from | 10:21:55 |
| 6 | the supplier to the consumer.  And Apple's role is | |
| 7 | to process the payment and -- and ensure | |
| 8 | fulfillment. | |
| 9 | I would say that, in that case, Apple is | |
| 10 | a -- I'm sorry, not Apple -- Amazon is a platform | 10:22:12 |
| 11 | in both the -- the narrow sense of -- of just | |
| 12 | facilitating matching and then the broader sense of | |
| 13 | essentially providing -- acting as an intermediary, | |
| 14 | or if you would like, retailer distributor. | |
| 15 | Q.   Do you -- do you regard Uber as a | 10:22:35 |
| 16 | two-sided transaction platform? | |
| 17 | A.   I would say, yes.  It -- it has that | |
| 18 | characteristic. | |
| 19 | Q.   And what's the upstream and what's the | |
| 20 | downstream in connection with that platform? | 10:22:48 |
| 21 | A.   Well, in that -- in that case, the -- the | |
| 22 | transaction is that the -- the supplier is | |
| 23 | providing transportation and the consumer is | |
| 24 | demanding transportation.  And the role of the -- | |
| 25 | role of Uber, the role of the platform is to | 10:23:10 |

Page 47

```
 1    connect up an individual supplier with an              10:23:13

 2    individual consumer.

 3           That's -- that's I think -- I think the

 4    narrowest and -- definition of what a -- how a

 5    platform works.                                        10:23:26

 6       Q.   Do you agree that because transaction

 7    platforms can't make a sale unless both sides of

 8    the platform simultaneously agree to use their

 9    services, that two-sided transaction platforms

10    exhibit strong indirect network effects?               10:23:43

11       A.   Well, I don't -- I don't agree that --

12    first of all, that -- that platform as it seems to

13    be used these days is restricted solely to that

14    kind -- that kind of a transaction, first of all.

15           But if you -- if you confine yourself to        10:24:04

16    that narrow definition of a platform, then I think

17    I would agree.  But I would like to have the

18    question repeated so make sure I'm answering the

19    right question.

20           MR. SWANSON:  Okay.  Why don't we have           10:24:20

21    our court reporter reread it.

22           (Record read as follows:

23           "QUESTION:  Do you agree that because

24           transaction platforms can't make a

25           sale unless both sides of the               10:24:25
```

Page 48

```
 1                    platform simultaneously agree to use          10:24:25

 2                    their services, that two-sided

 3                    transaction platforms exhibit strong

 4                    indirect network effects?")

 5             THE DEPONENT:  I -- I'd say the answer is             10:24:57

 6       that I -- I agree in part.  And that is to say,

 7       in -- in the most extreme cases where matching is

 8       absolutely the primary function of the platform,

 9       the -- the -- the -- the whole thing doesn't work

10       unless you can get an exact match.                          10:25:13

11             But in a -- in a more general notion of

12       platforms, you -- you begin to get the

13       possibilities of sub- -- substitution.  And -- and

14       it doesn't have to be necessarily a unique match --

15       match to facilitate the transaction.                        10:25:30

16             So that, for example, in the -- in the

17       Apple Store, consumers are relatively anonymous.

18       So it -- it's not -- not a question of matching

19       Consumer Jones with Developer X.  It's -- it's a

20       question of Developer X posting -- posting a price          10:25:50

21       through the App Store which is then available to --

22       to all consumers.

23             So that's -- that's actually -- still has

24       some aspects of a platform industry, but not -- not

25       in the most strict, narrowest sense.                        10:26:06
```

Page 49

```
 1        Q.   (By Mr. Swanson)  Do you -- do you have          10:26:13

 2    an understanding of what indirect network effects

 3    are?

 4        A.   Yes.  The -- the most -- the strongest

 5    kinds and -- and/or network effects come from          10:26:22

 6    when -- when the -- the -- there's a question of --

 7    of interoperability or exclusivity.  So that the

 8    problem -- the issue -- the -- the business of the

 9    platform is to acquire a match and -- and the --

10    the value to any consumer of that platform will        10:26:47

11    depend on the availability of actors on the -- on

12    the far side of the market that -- that could

13    constitute a match.  And they're also influenced by

14    the -- the possibility that if someone else

15    takes -- takes a match, that reduces their           10:27:04

16    opportunities.

17             So those are -- those are -- are examples

18    of -- of what you might call extra -- externalities

19    and -- and -- well, let me -- I think that's the --

20    answers the question.                                10:27:21

21        Q.   Do you agree that two-sided transaction

22    platforms are best understood as supplying only one

23    product; namely, transactions?

24        A.   No, I don't agree.  Because I think that

25    current use of the term "platform" is -- is          10:27:41
```

Page 50

```
 1    considerably broader and -- and would include        10:27:44

 2    other -- other kinds of -- of services.  It's not

 3    primarily a matching function.

 4         Q.   Just so we're both on the same page,

 5    I'll -- I'll note my question was about a             10:27:59

 6    particular type of two-sided platform, two-sided

 7    transaction platform.  So let me just ask it again

 8    to make sure you -- you got that part.

 9              Do you agree that two-sided transaction

10    platforms are best understood as supplying only one   10:28:15

11    product; namely, transactions?

12         A.   No, I see no -- no reason -- I -- I

13    disagree with that.  I -- I think that a -- a

14    platform may be handling a portfolio of products.

15    And -- and, in fact, I think if you look at what      10:28:34

16    are considered to be standard examples of

17    platforms, such as Uber, they -- they -- they

18    typically do involve different products; namely,

19    transportation between different origin and

20    destination points.                                   10:28:52

21         Q.   Professor, do you agree that only other

22    two-sided platforms can compete with a two-sided

23    platform for transactions?

24         A.   As I sit here, I have a hard time

25    thinking of -- of -- of examples.  But, again, I      10:29:24
```

Page 51

```
 1    think it depends, in part, on how narrowly or          10:29:26

 2    broadly you use the term "platform."

 3         Q.   And in your usage, do you use the term

 4    "platform" narrowly or broadly?

 5         A.   It's -- it's -- it's not -- it's not a        10:29:48

 6    word that I use except when it comes up and I'm

 7    asked about it.  So I don't have a standard usage.

 8    I -- I try to basically reconcile my understanding

 9    of how these things work economically with the

10    terminology that people are -- are -- are using.       10:30:07

11            To go -- to respond to your previous

12    question, I -- I don't think it's out of -- out of

13    the question that you could have an industry in

14    which there are -- there's -- there's matching -- a

15    matching function going on provided by some firms     10:30:24

16    and a -- a more conventional distribution function

17    supplied by -- by other firms.  And they -- you

18    could consider those in the -- in the same market

19    by some tests for whether it's the same -- same

20    market or not.  But I -- I actually have -- as I      10:30:43

21    sit here, I have trouble thinking of examples where

22    that would be the case.

23         Q.   In your opinion, does the App Store

24    provide a more conventional distribution function

25    as distinct from a matching function?                 10:30:56
```

Page 52

```
 1   would you ever use terminology that speaks only of        10:32:31

 2   separate markets?

 3            MR. BURT:  Objection.

 4            THE DEPONENT:  Well, why -- why indeed.

 5   I -- I -- I think that in -- in -- certainly in           10:32:44

 6   terms of some kinds of -- some kinds of legal

 7   distinctions, it may be -- it may be important to

 8   segment or differentiate the -- the point of -- at

 9   which a market operates.

10            I -- but I think that economically the --        10:33:08

11   the -- the fundamental in -- in economics, you

12   want -- you want to look at the -- at what --

13   basically, what's -- what's happening to the actors

14   under -- under some kind of change in -- in the

15   market, in -- in -- in the environment.  And -- and       10:33:26

16   that should be conducted as widely as necessary to

17   capture the main effects.

18            And whether that's -- encompasses what

19   you might call submarkets into -- into one larger

20   market, encompasses different products grouped           10:33:46

21   together, I think that -- that is -- it's just --

22   it's a practical question as to what -- what is --

23   what is reasonable to do.

24       Q.   (By Mr. Swanson)  Do you -- do you define

25   any submarkets in this case?                              10:34:02
```

Page 54

```
1    would you ever use terminology that speaks only of          10:32:31

2    separate markets?

3              MR. BURT:  Objection.

4              THE DEPONENT:  Well, why -- why indeed.

5    I -- I -- I think that in -- in -- certainly in             10:32:44

6    terms of some kinds of -- some kinds of legal

7    distinctions, it may be -- it may be important to

8    segment or differentiate the -- the point of -- at

9    which a market operates.

10             I -- but I think that economically the --          10:33:08

11   the -- the fundamental in -- in economics, you

12   want -- you want to look at the -- at what --

13   basically, what's -- what's happening to the actors

14   under -- under some kind of change in -- in the

15   market, in -- in -- in the environment.  And -- and         10:33:26

16   that should be conducted as widely as necessary to

17   capture the main effects.

18             And whether that's -- encompasses what

19   you might call submarkets into -- into one larger

20   market, encompasses different products grouped             10:33:46

21   together, I think that -- that is -- it's just --

22   it's a practical question as to what -- what is --

23   what is reasonable to do.

24        Q.   (By Mr. Swanson)  Do you -- do you define

25   any submarkets in this case?                                10:34:02
```

                                                    Page 54

```
 1        A.   I -- I don't.  But I recognize that          10:34:07

 2   certainly different app genres are accessed for

 3   different reasons by consumers and are treated in

 4   the App Store and by developers as being somewhat

 5   separate kinds of beasts.  And so that if one -- I     10:34:28

 6   suppose for some purposes one might say, for

 7   example, talk about the submarket for game apps,

 8   iOS game apps.

 9        Q.   Do you, in this case, define a market

10   that encompasses different products grouped           10:34:56

11   together?

12        A.   I would -- I would say, yes, I do.  And

13   as -- as is -- as is standard, that is to say, when

14   one -- when one talks about defining a market where

15   products are -- are differentiated in any way,        10:35:16

16   the -- the critical question is where -- where --

17   where does the differentiation matter enough so

18   that they're not easy substitutes, so they're

19   really distinct markets and where are -- are the --

20   are the differentiations of the products             10:35:38

21   sufficiently limited.  So that there's relatively

22   easy substitution among them and -- and they --

23   they basically behave as -- as if they're in the

24   same market.

25            And that -- that's a -- that's an            10:35:53
```

Page 55

```
 1    empirical practical distinction.  Of course, it --      10:35:57
 2    it matters in cases like this.
 3         Q.   Professor, it's your opinion, is it not,
 4    that common economic evidence supports the
 5    antitrust market alleged by Consumer Plaintiffs?        10:36:16
 6         A.   Yes.
 7         Q.   Are -- are you aware that Consumer
 8    Plaintiffs allege that the market in this case is
 9    different from the two-sided transaction platform
10    at issue in the Amex case?                              10:36:33
11              MR. BURT:  Objection to form.
12              THE DEPONENT:  I don't recall the details
13    of the Amex case, so perhaps you can, in your
14    questions, tell me what the difference is.
15         Q.   (By Mr. Swanson)  Well, do you understand     10:36:50
16    what industry was at issue in the Amex case?
17         A.   I know it involved credit card
18    transactions.
19         Q.   Okay.  And is it your opinion that the
20    market in this case is different from the type of       10:37:05
21    two-sided transaction platforms that exist in the
22    credit card business?
23         A.   I would say that -- that from an
24    economist's point of view, functionally, they --
25    the app -- iOS app market has similarities to           10:37:32
```

Page 56

1   the -- to credit cards in that primary function of          10:37:39

2   the -- of this intermediary is to facilitate

3   transactions and -- and fulfill -- fulfill

4   transactions.  So those are -- those are common --

5   common features in those two markets.                        10:37:58

6           Now, Amex is different in the sense

7   that I -- I believe that credit card companies are

8   not in the business of trying to match individual

9   consumers with individual sellers.  They -- they

10  just facilitate the -- the -- the transactions.             10:38:13

11          And the Apple Store, in some sense, does

12  that too but plays a -- plays a more prominent role

13  in that the way it posts the apps in its -- in its

14  App Store directory, that can certainly influence

15  what consumers see, what -- what developers -- who          10:38:42

16  developers can access on the consumer side.

17          So that the Apple Store has a -- has --

18  has a function, which is, I think, different than

19  credit cards.

20      Q.   Do you believe that a credit card                 10:39:01

21  company -- let's choose American Express as an

22  example -- is not in the business of trying to

23  match American Express cardholders with merchants

24  who accept the American Express card?

25      A.   I think the term -- the term "match" in            10:39:30

                                                    Page 57

1    your question here is a different meaning than it         10:39:32

2    does in -- previously.

3           When I talk about matching in the credit

4    card business, I'm -- I'm saying that they're --

5    there is -- there -- they're not matching.  They're       10:39:45

6    essentially facilitating transactions, facilitating

7    fulfillment of -- of transactions.

8           Certainly, a credit card company will be

9    in the business of -- of acquiring sellers who will

10   accept their card and trying to -- persuading             10:40:04

11   consumers to acquire their card.  I wouldn't call

12   those matching activities.  Those are, you know,

13   customer -- customer acquisition activities.

14       Q.   Are you aware that the Consumer

15   Plaintiffs allege that the App Store does not sell        10:40:25

16   only one product jointly consumed by parties on

17   both sides of the transaction the way ancillary

18   credit card transactions were sold to both parties

19   in American Express?

20           THE DEPONENT:  Would you -- Reporter,             10:40:42

21   would you read that question back, please.

22           (Record read as follows:

23            "QUESTION:  Are you aware that the

24            Consumer Plaintiffs allege that the

25            App Store does not sell only one            10:40:46

Veritext Legal Solutions
866 299-5127

```
 1              product jointly consumed by parties        10:40:46

 2              on both sides of the transaction the

 3              way ancillary credit card

 4              transactions were sold to both

 5              parties in American Express?")             10:40:46

 6          THE DEPONENT:  Unfortunately, reading it

 7      back didn't clarify the -- the question for me.

 8          I think it -- it's certainly true that

 9      the -- the -- the plaintiffs in this case -- well,

10      I'm sorry.                                         10:41:27

11          Now -- now I'm losing -- losing my -- I'm

12      sorry.  I've lost my train of thought.

13          Perhaps read it again -- once again.

14      There -- there are really two parts to it.  I would

15      like to respond to the first part.                 10:41:38

16          (Record read as follows:

17           "QUESTION:  Are you aware that the

18              Consumer Plaintiffs allege that the

19              App Store does not sell only one

20              product jointly consumed by parties        10:42:06

21              on both sides of the transaction the

22              way ancillary credit card

23              transactions were sold to both

24              parties in American Express?")

25          THE DEPONENT:  I -- I do not interpret         10:42:11
```

Page 59

| | | |
|---|---|---|
| 1 | the plaintiffs' complaint as drawing -- drawing | 10:42:13 |
| 2 | any -- any distinction between the situation | |
| 3 | they're in and -- and credit card companies.  I | |
| 4 | don't recall a reference to credit cards in their | |
| 5 | complaint. | 10:42:31 |
| 6 | I -- I -- I do understand that they -- | |
| 7 | their position is that there are multiple apps. | |
| 8 | They're -- those are not identical products, but | |
| 9 | that there is a common impact on the whole class of | |
| 10 | consumers of Apple conduct, irrespective of the | 10:42:49 |
| 11 | fact that there are indistinguishable products; | |
| 12 | namely, different apps. | |
| 13 | Q.   (By Mr. Swanson)  Sir, in your opinion, | |
| 14 | is the App Store a two-sided transaction platform? | |
| 15 | MR. BURT:  Object to form. | 10:43:17 |
| 16 | THE DEPONENT:  I would say that it is in | |
| 17 | the sense that its conduct influences the economic | |
| 18 | outcomes, both upstream and downstream.  It's -- | |
| 19 | it's a platform in which it has -- it has market | |
| 20 | power and can exercise market power on both the | 10:43:39 |
| 21 | upstream and the downstream side of the market. | |
| 22 | Q.   (By Mr. Swanson)  Well, is there any | |
| 23 | sense in which the App Store is not a two-sided | |
| 24 | transaction platform, in your opinion? | |
| 25 | A.   I would say my -- my definition of a | 10:44:06 |

Page 60

```
1    two-sided platform is that it's -- it's -- it has        10:44:08

2    both an upstream and a downstream side.  As a

3    general economic matter, you could have a -- a

4    platform industry that is a price taker on one side

5    and a price maker on the other side.  And so it         10:44:27

6    could either be a monopolist -- a pure monopolist

7    with pure -- competition on its acquisition of

8    input or it could be a pure monopolist with --

9    selling into a competitive market.

10          Those are -- those are extreme cases.  I         10:44:45

11   think the Apple Store is clearly neither -- neither

12   of those.

13       Q.   Can you identify any economist who has

14   offered the opinion that the App Store is not a

15   two-sided transaction platform?                         10:45:03

16          MR. BURT:  Objection.  Form.

17          THE DEPONENT:  I am not aware of what

18   economists, in general, have said about this

19   matter.  And so the answer is I'm not -- I'm not

20   aware of an opinion that it's not two-sided.  But I     10:45:22

21   don't necessarily have all the -- all the

22   references at my hands.

23       Q.   (By Mr. Swanson)  Do you agree that to

24   optimize sales the App Store must find the balance

25   of pricing that encourages the greatest number of      10:45:39
```

Page 61

| 1 | matches between consumers and developers? | 10:45:42 |

```
 1    matches between consumers and developers?          10:45:42

 2         A.   The -- your hypothetical suggests the

 3    App Store's objective is to optimize sales.  I

 4    assume by that you mean, revenue to Apple?

 5              Is that what you mean by the term "sales"  10:46:03

 6    in this context?

 7         Q.   I mean gross sales on the platform.

 8         A.   I -- I -- my position on this -- or my

 9    opinion on this is that Apple has and -- and it's

10    expected to have, the objective of making money     10:46:24

11    from the App Store.  And that -- that's -- that's

12    their -- that's their criteria.

13         Q.   Well, do you agree that to optimize

14    sales, the App Store must find the balance of

15    pricing --                                          10:46:42

16              (Brief interruption.)

17              MR. SWANSON:  Let me start over.

18         Q.   (By Mr. Swanson)  Do you agree that to

19    optimize sales, the App Store must find the balance

20    of pricing that encourages the greatest numbers of  10:46:53

21    matches between consumers and developers?

22              MR. BURT:  Objection.  Form.

23              THE DEPONENT:  I don't think that's an

24    implication of sales optimization, no, of -- of --

25    of profit maximization.  I think that they --       10:47:07
```

Page 62

```
1    they -- they have to balance the money they make        10:47:15

2    per transaction with the number of transactions

3    that are made, just -- just like any price-making

4    firm does.

5         Q.   (By Mr. Swanson)  Do you agree that the       10:47:27

6    App Store cannot sell transactions to either

7    consumers or developers individually?

8              MR. BURT:  Objection.  Form.

9              THE DEPONENT:  Your question suggests

10   that -- that the Apple -- Apple Store has a -- has       10:47:49

11   a -- a direct, hands-on intermediary role in

12   fulfilling a -- a -- a transaction, has an active

13   intermediary role in which they are making some

14   conscious choice as to whether or not to approve

15   this transaction.                                        10:48:17

16             My understanding is that the way they

17   process things is -- is algorithmic, that they

18   simply approve -- approve developers and developer

19   products, and they allow these products to have a

20   posted price with the understanding that they will      10:48:36

21   take a commission from that and that, at that

22   point, it's -- it's hands-off in terms of -- of how

23   many transactions occur.

24        Q.   (By Mr. Swanson)  Would you describe your

25   market for selling consumers iOS apps and in-app         10:48:59
```

Page 63

```
 1   content as single-sided?                              10:49:04

 2          MR. BURT:  Objection.  Form.

 3          THE DEPONENT:  Well, I think in terms of

 4   dealing with consumers, the behavior of the

 5   App Store is very much like a traditional retailer.   10:49:25

 6   So that's a -- that's a transaction between a -- a

 7   retailer and a -- and a consumer.

 8          Now, the products that they are selling

 9   are produced to order rather than to inventory.  So

10   it's not that the Apple Store is inventorying         10:49:45

11   licenses, which it then distributes as -- as

12   they're demanded.  But rather, that it simply goes

13   back to the developer -- effectively goes back to

14   the developer and says here -- here's an order,

15   fill it.  But that's not inconsistent with the       10:50:03

16   traditional notion of a retailer.

17      Q.  (By Mr. Swanson)  In your market

18   definition analysis, do you take into account

19   indirect network effects?

20          MR. BURT:  Objection.  Form.                   10:50:23

21          THE DEPONENT:  I'm not -- could you be

22   specific about what you mean by "indirect network

23   effects" here?

24      Q.  (By Mr. Swanson)  Well, do you assess the

25   effect of any consumer substitution on developer     10:50:34
```

                                                      Page 64

```
 1   substitution?                                    10:50:38

 2        A.   Well, the answer is that in -- in the

 3   analysis that -- that I have done, I'm considering

 4   the aftermarket for iOS apps as a market which

 5   has differentiated products.  And I have done an    10:50:58

 6   analysis of the common -- common effect of the

 7   Apple Store intermediation on the -- on the overall

 8   cost to consumers of acquiring the portfolio

 9   products that they acquire.

10        Q.   Based on your understanding of market     10:51:25

11   definition, should a relevant market include all

12   reasonably interchangeable substitutes?

13        A.   The answer is, yes, if by "reasonably

14   interchangeable" you mean that they are relatively

15   easy and low cost substitutes for the -- the vast   10:51:47

16   majority of participants in the -- in the market.

17        Q.   Are all iOS apps in your relevant

18   market substitutes for each other?

19        A.   I -- I would imagine that some are close

20   substitutes and -- and, for example, different      10:52:20

21   games, to play solitaire, would be probably quite

22   close substitutes across genres.

23             I would expect substitution to be

24   relatively low, but -- but nevertheless, I -- I

25   would say those are -- are a common market in the   10:52:42
```

Page 65

```
 1    sense that they -- they are impacting in a common          10:52:46

 2    way by the behavior of the -- of the distributor,

 3    of the Apple Store.

 4         Q.   Are free apps a product in your relevant

 5    market?                                                     10:53:06

 6         A.   They are -- well, the -- the answer to

 7    that is -- is a little complicated because they are

 8    -- they are in the data.  We have the transactions

 9    database from Apple, which includes both free

10    downloads and paid downloads, either initially or          10:53:29

11    IAP.

12              And -- okay.  So -- I'm sorry.  I lost my

13    train of -- of response.

14              THE DEPONENT:  Could you read the

15    question back, please.                                     10:53:47

16         (Record read as follows:

17              "QUESTION:  Are free apps a product

18              in your relevant market?")

19              THE DEPONENT:  Yes.  So as I said,

20    it's -- it's -- it's complicated because the -- the        10:53:56

21    data we have includes free apps.

22              The consumer class is defined as those

23    who have paid for apps.  So that free apps --

24    consumers who consume only free apps are not in the

25    class.                                                     10:54:16
```

Page 66

```
 1              Generally, in the -- in the modeling and       10:54:17

 2    econometric work that I've done, we have excluded

 3    free apps and dealt only with -- with paid apps.

 4    And I believe that is almost always the case, but

 5    I -- I -- I'm -- I'm prepared to go back and look       10:54:35

 6    at sections to make sure.

 7         Q.   (By Mr. Swanson)  Just so I'm clear on

 8    your answer, your answer is, yes, free apps are a

 9    product in your relevant market?

10              MR. BURT:  Objection.                          10:54:50

11              THE DEPONENT:  Say that -- say it one

12    more time, please.

13         Q.   (By Mr. Swanson)  Sure.

14              Just so I'm clear on your answer, is your

15    answer, yes, free apps are a product in your            10:54:56

16    relevant market?

17              MR. BURT:  Objection.

18              THE DEPONENT:  No.  My -- my answer

19    is that they -- they are in the data.  They are

20    excluded from the definition of -- of -- of the         10:55:11

21    class, and they're excluded from the calculations

22    of harm and implied damages.

23         Q.   (By Mr. Swanson)  Are free apps

24    reasonably interchangeable with apps that are paid?

25         A.   Fairly clearly not -- not completely,         10:55:42
```

```
 1    because otherwise paid apps would have no -- no          10:55:44

 2    existence.

 3        Q.   Are you familiar with the concept of

 4    cluster markets?

 5        A.   No, I'm not.                                     10:56:05

 6        Q.   Does your relevant market definition

 7    group together different app genres that are not

 8    substitutes for each other?

 9        A.   I would say that it does, yes.

10        Q.   In your opinion, would a retail store in       10:56:29

11    the but-for world that only offers iOS game apps

12    be in the same relevant market as a retail store

13    that only offers iOS entertainment and music

14    apps?

15        A.   Well, I think from the economic point of       10:56:57

16    view, it's perfectly reasonable to expect that you

17    could have that kind of a market structure.  You

18    could -- it's -- it's not that much different than

19    saying you can have a retailer, some of whom are

20    nationwide, some of whom are limited to various         10:57:13

21    regions, but they are -- they're in the same market

22    in -- in the regions where they both appear.

23        Q.   In your opinion, would a retail store --

24    a retail store in the but-for world that only

25    offers iOS game apps be in the same relevant           10:57:32
```

Page 68

```
 1    market as a retail store that only offers iOS        10:57:36

 2    photography apps?

 3        A.   I would say that for the purposes of the

 4    practical market definition, in terms of the

 5    complaint and purposes of this case, I would view    10:58:00

 6    those as being in the same market in the sense that

 7    they -- they are affected in a common way by

 8    Apple Store conduct.

 9             Are -- are -- if -- if for other economic

10    purposes you want to define the market narrowly to   10:58:19

11    limit it to close substitutes, then -- then sub- --

12    submarkets may -- may be important for that

13    purpose.  So it may be that -- that game -- game

14    markets are a -- a distinct market for some

15    purposes.                                            10:58:40

16             I -- I think, from a practical economic

17    point of view, the issue here is -- is that one

18    should not get too focused on the definition of the

19    market and should concentrate more on the -- on the

20    conduct and the arena in which it's economically     10:58:56

21    appropriate to assess that conduct.

22        Q.   Is your definition of the relevant market

23    in this case based on the view that markets should

24    be defined by the conduct of the defendant?

25             MR. BURT:  Objection.  Form.                10:59:21
```

Page 69

```
 1              THE DEPONENT:  I would say not that they      10:59:22

 2    should be.  But that if the conduct of a defendant

 3    is to monopolize and extract excess profit to

 4    overcharge for a portfolio of products, that is

 5    functionally what matters.  And so that the --         10:59:43

 6    whatever that portfolio of products is -- is -- is

 7    the relevant class of products to consider for the

 8    purposes of -- of sorting out liability and -- and

 9    harm in that application.

10              And I would say that if -- if -- I think      11:00:05

11    that is -- that is more important than -- than

12    what -- what market definitions might be in terms

13    of -- of substitution.

14              Now, obviously, a firm is not going to be

15    able to monopolize a market unless they control --     11:00:25

16    they control the close substitutes.  If they -- if

17    there are close substitutes that they can't

18    control, then -- then their market power would be

19    eroded by -- by consumers exiting the market.

20              So it's -- it's not -- it's not that          11:00:46

21    these things are totally disconnected.  But that --

22    but that in the end, the real question is what

23    portfolio products is the relevant portfolio for

24    considering whether conduct is inappropriate or

25    not.                                                   11:01:04
```

Page 70

1    Q.   (By Mr. Swanson)  Is it your opinion that        11:01:06

2    all of the products affected by Apple's alleged

3    anticompetitive conduct are in the same relevant

4    market?

5    A.   I would say, in my report, I have treated         11:01:26

6    the aftermarket -- aftermarket for iOS apps as a

7    single market with a distinction on the consumer

8    side of demand for -- for genres.  You might

9    consider that -- those to be submarkets of that

10   overall market.  And my opinion is, is that's the     11:01:47

11   appropriate definition of the market to consider

12   for this case.

13   Q.   Is it your opinion that Apple's alleged

14   anticompetitive conduct affects free apps?

15   A.   The last word again, please.                      11:02:03

16   Q.   Is it your opinion that Apple's alleged

17   anticompetitive conduct affects free apps?

18       MR. BURT:  Objection.  Form.

19       THE DEPONENT:  I -- I believe that the

20   impact on their -- of their conduct on free apps,     11:02:32

21   that the direct impact is -- would be limited.

22   It -- it just -- from a mechanical point of view,

23   it's obviously limited.

24       So the question would be whether there

25   are secondary effects on -- on what developers can    11:02:47

Page 71

```
1    do and how they -- how they pay -- make profits.  I        11:02:52

2    think as a -- as a secondary matter, if Apple

3    charges a very high commission, then it makes

4    raising revenues through advertising more important

5    for developers.                                            11:03:17

6            And when you're living on advertising

7    revenues, that -- you may want to be -- have a free

8    app in order to maximize the number of eyeballs to

9    see your advertisements.  So that's an example

10   of -- of the kind of secondary effect that might --       11:03:39

11   might be present.

12       Q.  (By Mr. Swanson)  In terms of the

13   secondary effect, are you referring to developers

14   potentially switching between business models

15   funded by in-app advertising and business models          11:03:56

16   funded by a download price or in-app purchase

17   price?

18       A.  I am.  I'm -- I'm -- I'm saying that the

19   App Store commission, which influences what the --

20   what the profitability is of -- of selling these          11:04:19

21   things now changes balance against the -- the

22   potential revenue to be gained from advertising.

23   That would -- that would -- in turn would shift --

24   potentially shift the response of developers.

25       Q.  How about developers who, in the real             11:04:38
```

Page 72

```
 1    world, use free apps for purposes of making          11:04:41

 2    physical sales of goods and services, have you

 3    considered those in your analysis?

 4         A.   No, they are -- they are not -- they are

 5    not part of the analysis.  And they're -- they are  11:04:57

 6    not affected directly by Apple App Store commission

 7    rates.

 8              I think the only -- the only question

 9    there would be how do you -- how do you get to be

10    classified as -- as a -- a material goods as        11:05:18

11    opposed to a digital goods seller and that this --

12    I -- I think that Apple has -- has certainly had a

13    role in determining that.

14              I -- I -- my report doesn't, I think,

15    deal directly with any issues that might arise from  11:05:39

16    such conduct.

17         Q.   If the commission for sales of digital

18    products through apps from the App Store goes down,

19    would that encourage developers of apps that sell

20    only physical goods and services to substitute       11:06:05

21    towards selling digital content?

22              MR. BURT:  Object to the form.

23              THE DEPONENT:  I -- I understand the

24    question and I -- I -- I simply do not know how

25    Apple has or would treat a seller who is selling    11:06:25
```

Page 73

```
 1    both physical and digital content.              11:06:32

 2            I -- I believe that they would

 3    distinguish those two different activities.  And --

 4    and perhaps then your question is asking me

 5    would -- would -- would the developer produce   11:06:48

 6    more -- more virtual product and less real product.

 7            It's possible.  I don't know.

 8        Q.   (By Mr. Swanson)  Professor, you conclude

 9    in your report that software applications developed

10    for personal computers or gaming consoles are not   11:07:08

11    part of the relevant market; is that a fair

12    statement?

13        A.   Yes.  For my purposes, my -- my -- my

14    opinion is that the cost of replacing a -- a mobile

15    device function, app function with a nonmobile   11:07:30

16    device app function is sufficiently substantial for

17    many consumers so that they -- they -- they will

18    not flee from a -- a -- from an excess commission.

19            That is to say, that's -- that's pretty

20    much the classical definition of a market, that   11:07:54

21    they -- their cost of switching are sufficiently

22    high so that they're not going to abandon that --

23    that market with a -- with small increases in

24    price.

25        Q.   Well, does market definition require some   11:08:10
```

Page 74

```
 1    group of consumers to abandon a putative market in        11:08:13

 2    order for substitutes to be considered part of the

 3    same relevant market?

 4              MR. BURT:  Object to the form.

 5              THE DEPONENT:  There -- there are a lot          11:08:27

 6    of words coming at me at once in that question.  So

 7    let me -- let me take a minute to think about it.

 8              Why don't we try by having the question

 9    read back.

10        Q.   (By Mr. Swanson)  I -- I'll try -- I'll          11:08:48

11    try it again.

12              Does market definition require some group

13    of consumers to abandon a putative market in order

14    for substitutes to be considered part of the

15    relevant market?                                          11:09:03

16        A.   I would say that the definition of -- of

17    a market would be that a -- a -- if -- if the

18    market were -- were monopolized, the -- if this

19    group of products were controlled by a single firm,

20    would it -- would it have the ability to -- to        11:09:28

21    raise prices.  That's -- that's kind of the

22    traditional test for this.

23              And my -- my opinion is that -- that this

24    aftermarket for iOS devices has that

25    characteristic.                                       11:09:49
```

Page 75

1          Q.   Are you aware that the Sony PlayStation          11:09:56

2     is a game console?

3          A.   Please, sir, repeat the question.  I just

4     didn't get all the words.

5          Q.   Sure.                                            11:10:08

6               Are -- are you aware that the Sony

7     PlayStation is a game console?

8          A.   Yes.

9          Q.   Is the PlayStation online store a

10    retailer that sells apps and in-app content?             11:10:17

11         A.   Well, I would say that -- that it is.

12    It's a -- it's a retailer with a somewhat different

13    business model.  I think then the -- in the

14    Apple Store in this case; namely, that the business

15    model is to essentially market -- market devices in      11:10:46

16    combination with the games that are going to be

17    played on them and -- and the business model there,

18    as I understand it, is to provide these devices at

19    or -- at or at very little cost, with the -- with

20    the revenue to be gained from the -- from the apps       11:11:11

21    that are -- that are actively promoted by the

22    device maker.

23         Q.   Are app developers in the PlayStation

24    online store suppliers that manufacture apps in an

25    in-app content and supply them through Sony?             11:11:30

                                                   Page 76

```
 1        A.   Yes, I would -- I -- I would say they      11:11:38

 2   are.  I would say that the -- as far as I

 3   understand that relationship, that is very close to

 4   a -- a classical situation in which the -- the --

 5   the PlayStation business is -- is just buying --     11:11:55

 6   basically, buying product from suppliers.

 7            The -- the -- the mechanics of the

 8   transaction may involve things that look like app

 9   downloads, but it's effectively a traditional firm

10   and supplier relationship.                           11:12:23

11        Q.   In your opinion, are app -- app downloads

12   and in-app purchases, via the Sony PlayStation,

13   part of a single aftermarket for Sony PlayStation

14   owners?

15        A.   I would say that I have not expressed an   11:12:50

16   opinion in my report on this.  But if you ask me, I

17   would say that I don't even view that as -- as an

18   aftermarket.

19            I -- I think it -- it -- as I sit here

20   now, my -- my opinion would be that producing a --   11:13:07

21   a gaming device like a PlayStation and marketing a

22   series of games that can be played on it is -- is

23   itself -- is itself the market.

24        Q.   Is it your opinion that consumers who buy

25   Sony PlayStations are not locked into that           11:13:35
```

Page 77

```
 1   platform?                                        11:13:38

 2            MR. BURT:  Objection.  Form.

 3            THE DEPONENT:  No, I -- I have not --

 4   certainly have not expressed an opinion on that

 5   matter in my report.  And the -- the answer is, I  11:13:53

 6   don't know the extent to which buyers -- buyers of

 7   that device would feel locked in.

 8            I don't know anything about the details

 9   of that market and whether -- what games are

10   available exclusively on one device or another.    11:14:12

11       Q.   (By Mr. Swanson)  What -- what would you

12   need to know in order to make a determination as to

13   whether, in any economic sense, purchasers of

14   Sony PlayStations become locked into the

15   PlayStation platform?                              11:14:32

16       A.   You got to begin by trying -- trying to

17   determine whether Sony was extracting prices for

18   games that was supracompetitive, that -- whether --

19   whether the pricing of the entire device and

20   subsequent app acquisition experience for -- for    11:15:06

21   these gaming -- gaming devices itself showed

22   evidence of being a -- a market -- a market in

23   which -- was being monopolized or in which market

24   power was being utilized to extract profit.

25       Q.   If you learned that Sony charged           11:15:33
```

                                                      Page 78

1    developers a 30 percent commission for their game        11:15:36

2    downloads or in-app purchases, would that lead you

3    to conclude that Sony was extracting prices for

4    games that were supracompetitive?

5              MR. BURT:  Objection.                           11:15:52

6              THE DEPONENT:  Not -- not on its own, no.

7    I mean, I think one would simply look at the -- at

8    the -- at the overall ability of consumers to

9    choose their gaming device and look at whether that

10   market is sufficiently competitive so that the         11:16:13

11   overall profit -- profitability of the -- the Sony

12   device was a competitive price.

13        Q.   (By Mr. Swanson)  Would -- would you look

14   at the profitability of the online PlayStation

15   store as well as the profitability of the              11:16:32

16   PlayStation device together?

17             MR. BURT:  Objection.

18             THE DEPONENT:  These questions are

19   leading me rather far from my experience.  I -- I'm

20   not even aware that there is a PlayStation online      11:16:54

21   function separate from a device.  So I -- I -- it's

22   difficult for me to answer because for me this is

23   purely -- purely hypothetical.

24        Q.   (By Mr. Swanson)  Well, you've testified,

25   or at least stated in your report, that software       11:17:18

                                                   Page 79

```
 1   applications developed for gaming consoles are not      11:17:20

 2   part of the relevant market, correct?

 3        A.   Well, I -- I did -- have not used them

 4   as a -- as a benchmark.  And my view is that the

 5   relevant market is the market for iOS apps for          11:17:35

 6   mobile devices.

 7        Q.   Well, do you have an understanding as to

 8   how consumers obtain apps when they own gaming

 9   consoles?

10        A.   Actually, I don't know how -- I don't        11:18:01

11   know how that works.

12        Q.   Would you agree that some portion of

13   iOS device owners also own PlayStations or other

14   game consoles?

15        A.   I would -- I would imagine that's the        11:18:15

16   case.

17        Q.   Do you know what percentage of iOS

18   device owners also own game consoles?

19        A.   I don't.

20        Q.   Are you assuming it is a small              11:18:29

21   percentage?

22        A.   Yes, although I -- I don't think I'm

23   actually making an assumption.  The -- the fact

24   that individuals may have multiple devices does not

25   automatically mean that -- that the products          11:18:50
```

Page 80

| 1 | working on those different devices are close | 11:18:54 |
| 2 | substitutes, in part, because of how they're used. | |
| 3 | They -- an app used on a mobile device, | |
| 4 | by definition, is something that you can carry | |
| 5 | around with you fairly easily.  And an app that's | 11:19:09 |
| 6 | used on a nonmobile device is, by definition, | |
| 7 | something that's -- for which you have to be | |
| 8 | stationary or -- or at least it would be a | |
| 9 | substantial burden to move it around. | |
| 10 | So I think that -- that distinction alone | 11:19:26 |
| 11 | is -- is enough to effectively define the market -- | |
| 12 | market for iOS apps on mobile devices. | |
| 13 | MR. SWANSON:  I think we've been going | |
| 14 | for about an hour. | |
| 15 | Would this be a good time for a break? | 11:19:47 |
| 16 | MR. BURT:  That's fine. | |
| 17 | THE VIDEOGRAPHER:  Ten minutes? | |
| 18 | MR. BURT:  That's just fine. | |
| 19 | THE DEPONENT:  Yes, ten minutes. | |
| 20 | MR. SWANSON:  Okay. | 11:19:58 |
| 21 | THE VIDEOGRAPHER:  Okay.  Sure.  We are | |
| 22 | now going off the record.  The time is 11:20 a.m. | |
| 23 | (Recess taken.) | |
| 24 | THE VIDEOGRAPHER:  We're now back on the | |
| 25 | record.  The time is 11:31 a.m. | 11:31:24 |

Page 81

```
 1        Q.    (By Mr. Swanson)  Professor, do you        11:31:29

 2   regard John Terrell as an authority on the topic of

 3   two-sided platforms?

 4        A.    I do.

 5        Q.    How -- how do you define monopoly power?    11:31:43

 6        A.    I view it as -- as a synonym for market

 7   power.  And market power is the ability to

 8   influence -- influence set prices on whatever

 9   transactions you're dealing with.

10             That is to say, that the -- the            11:32:09

11   competition, the impact of rivals is not such that

12   you're constrained -- very narrowly constrained in

13   the prices you can charge or collect.

14        Q.    Do you agree that market power is the

15   ability to raise price profitably by restricting     11:32:27

16   output?

17        A.    That's one feature of market power.  But

18   other -- there are other features.  And you can --

19   you can control the attributes of your products

20   without being undercut by other people's similar     11:32:50

21   products.

22             You can perhaps, on the input side, be

23   able to reduce the price you have to pay for some

24   inputs as a result of your position.

25             Those are all manifestations or aspects    11:33:06
```

Page 82

| | | |
|---|---|---|
| 1 | of market power. | 11:33:12 |
| 2 | Q.   Professor, have you studied whether any | |
| 3 | iOS app developers possess monopoly power in the | |
| 4 | markets in which their apps are sold? | |
| 5 | A.   I haven't set out to make that study | 11:33:28 |
| 6 | individually, but it's in the nature of markets | |
| 7 | with different -- differentiated products that are | |
| 8 | not perfect substitutes.  That every producer of | |
| 9 | those -- of a differentiated product has a certain | |
| 10 | degree of market power, a certain ability to set | 11:33:49 |
| 11 | their own price. | |
| 12 | Q.   Do you assume that every iOS app | |
| 13 | developer possesses monopoly power? | |
| 14 | A.   I haven't -- I haven't used the term | |
| 15 | "market power" in -- in respect to them, but the -- | 11:34:13 |
| 16 | but if I use the general term "market power," | |
| 17 | I'll -- I'll repeat the answer I just gave. | |
| 18 | Namely, that if you produce a | |
| 19 | differentiated product, you have at least some | |
| 20 | local ability or market power to control the price | 11:34:30 |
| 21 | you charge for that product.  The limits of that | |
| 22 | ability will be determined by the uniqueness of the | |
| 23 | near product and the ability of rivals to attract | |
| 24 | potential customers away from you. | |
| 25 | But the answer is not zero.  And in my | 11:34:50 |

1    analysis, I do assume that developers choose --        11:34:57

2    choose their prices in -- on the basis of their

3    operating environment.

4        Q.   Do you distinguish degrees of market

5    power?                                                 11:35:08

6            MR. BURT:  Objection.

7            THE DEPONENT:  Market power is certainly

8    a continuum and you can have it to -- to various

9    degrees, at least in the -- in the sense of having

10   more or less freedom to vary your prices.             11:35:25

11           You can have it in larger or smaller

12   arenas.  So a firm may have market power in some

13   portfolios' products and -- and not in others.  It

14   may have market power on one side of the market and

15   not on the other, or varying degrees.                 11:35:44

16           So those are all variations in market

17   power, yes.

18       Q.   (By Mr. Swanson)  Do you assume that all

19   iOS app developers have a high degree of market

20   power in the market or markets in which their apps     11:35:55

21   are sold?

22           MR. BURT:  Objection.

23           THE DEPONENT:  I assume that each

24   developer has the ability to set their price with

25   the objective of maximizing their profit.  And they    11:36:10

Page 84

```
 1    do that taking into account the elasticity of          11:36:15

 2    demand for their product and -- and their -- and

 3    their costs per unit delivered.  So that's my --

 4    that's my assumption.

 5            That approach to the analysis attributes       11:36:33

 6    some -- some degree of market power to them.  And

 7    that degree is determined by the -- the elasticity

 8    of demand that they face.

 9            So the -- the -- the answer to your

10    question directly is that I -- I don't make an        11:36:51

11    assumption on that.  I have -- I have empirical

12    results on the degree to which they have the

13    ability to price above marginal cost.

14        Q.   (By Mr. Swanson) Does -- do -- do you

15    assume that each developer has the ability to set     11:37:12

16    their price with the objective of maximizing their

17    profit by taking into account the prices set by

18    their competitors?

19        A.   For the main part your question, the

20    answer is, yes, I assume that developers have the     11:37:40

21    ability to set their prices to maximize their

22    profits and certainly the -- the economic context

23    for that is that if they have rivals, producing

24    close substitutes, then that will limit their

25    market power and that will be evidenced by the        11:38:03
```

Page 85

1    elasticity of demand that they perceive.                    11:38:05

2            So in that sense, they do take account of

3    what their rivals have the ability to do.

4        Q.    Professor, how do you define monopsony

5    power?                                                       11:38:30

6        A.    Monopsony in the -- in the textbooks says

7    that a firm is a -- unique or has limited rivals in

8    purchasing inputs and, therefore, can control how

9    much it buys and through that the price it pays for

10   the -- for the inputs.                                       11:38:56

11       Q.    Do you have an opinion as to whether the

12   App Store has monopsony power?

13       A.    Well, one -- one feature of monopsony

14   power is that the -- the firm who can exercise that

15   can create a -- a gap between what it costs them to   11:39:23

16   acquire a good and what it -- what they can sell it

17   for.  And so the evidence of the -- of the

18   market -- monopsony market power is that they are

19   able to make more money as -- as a result.

20            So I -- I think the answer to that --          11:39:42

21   that the -- the critical test, the acid test, in

22   the end is whether -- whether they can profit from

23   their -- from their market position.

24       Q.    Well, does Apple, through the App Store,

25   pass the test of monopsony power?                       11:40:03

                                                    Page 86

```
 1        A.   I would -- I would say it does in the          11:40:10

 2   sense that it -- it has the ability to influence

 3   both what the sellers can take away.  And -- and it

 4   also has monopoly power and it can influence the --

 5   the price that consumers have to pay.  So it is --     11:40:29

 6   it exercises both monopoly and monopsony power.

 7        Q.   Does the relevant market in which Apple

 8   possesses monopsony power different from a relevant

 9   market in which Apple possesses monopoly power, in

10   your opinion?                                          11:40:56

11        A.   No.  I think that the relevant -- the

12   relevant portfolio of products here, which defined

13   in the market is if the portfolio of iOS apps for

14   mobile devices and -- and that's -- that -- that's

15   the relevant definition in the market and that's --   11:41:18

16   that applies in both the upstream and the

17   downstream side of the Apple Store.

18        Q.   Well, in the retail market in which you

19   opine that Apple has monopsony power, Apple is

20   selling apps, correct?                                 11:41:36

21        A.   You used the term "monopoly" or

22   "monopsony" in that question?

23        Q.   Monopoly.  Sorry.

24             THE DEPONENT:  Okay.  Fine.  I'm sorry.

25   I misunderstood.                                       11:41:49
```

Page 87

```
 1                Please, Reporter, just read the whole          11:41:51

 2      question back.

 3                MR. SWANSON:  I -- I can restate it

 4      because I might have misspoken.

 5           Q.   (By Mr. Swanson)  In the retail market in      11:41:59

 6      which you opine that Apple has monopoly power,

 7      Apple is selling apps, correct?

 8           A.   In -- in effect, as an economic

 9      transaction, yes.

10           Q.   And in a wholesale market in which Apple,      11:42:17

11      you say, has indications of monopsony power, Apple

12      is buying apps; is that correct?

13           A.   Yes, in the -- in -- I -- I agree in the

14      same sense, yes.

15           Q.   Okay.  And -- and is it your opinion that      11:42:31

16      the -- the relevant market encompasses both of

17      those retail and wholesale markets?

18           A.   Yes.  I think practically for the

19      purposes of this case, it does.

20           Q.   And is that an opinion you've expressed        11:42:55

21      in your report?

22           A.   I don't recall the -- the exact

23      sentences, but the whole analysis that I carry out

24      is predicated on the -- on the proposition that app

25      developer behavior on the upside of the market        11:43:15
```

Page 88

```
 1    influences outcomes for consumers on the downside        11:43:20

 2    of the market, and that Apple -- Apple Store

 3    conduct in the middle influences both ends.

 4         Q.   Is it your opinion, as an economist, that

 5    a firm can have both monopoly and monopsony power         11:43:39

 6    in exactly the same market?

 7              MR. BURT:  Objection.

 8              THE DEPONENT:  When you say "exactly the

 9    same market," I think this is just a question of

10    semantics.  There are transactions taking place          11:43:57

11    between sellers and the Apple Store, and between

12    the Apple Store and consumers.  It's -- these are

13    the same product being -- being transacted through

14    the -- through the Apple Store distribution system.

15              And the question as to whether that --          11:44:17

16    those transactions constitute a single market or

17    a -- or a double market, I think is -- is semantic.

18    It's not economic.  The -- the economic reality is

19    that in order to analyze the impact of the

20    Apple Store conduct in -- in a case like this, you        11:44:38

21    need to -- you have to consider both sides.

22         Q.   (By Mr. Swanson)  Is it your opinion that

23    Apple possessed monopoly power in the relevant

24    market you define on the day that the App Store

25    opened?                                                   11:44:59
```

Page 89

1        A.   My -- my analysis is -- sorry.                    11:45:14

2             My analysis is based on the overall

3    impact of Apple conduct over the -- over the class

4    period and that does include -- that goes back to

5    the day that the Apple Store opened.                       11:45:34

6             What I'm aware of is that third-party

7    apps were not initially offered by the App Store

8    and so that any possibility for -- of any conduct

9    would have come only after the -- the whole -- they

10   opened this market to transactions and paid apps.          11:46:00

11       Q.   Is it your understanding that there was

12   an App Store before Apple offered third-party apps?

13       A.   I don't recall specifically how it was --

14   how it was structured.  I believe it was structured

15   as -- as iTunes originally and became -- or the           11:46:31

16   App Store was separated as -- as a separate entity

17   from iTunes or took over certain functions of

18   iTunes.

19             My -- my recollection, from my reading of

20   the history of this industry was that initially          11:46:50

21   Apple began to distribute free apps through the --

22   through iTunes.

23       Q.   Is -- well, do you have an understanding

24   as to how many third-party apps were on the

25   App Store in its first year of operation?                 11:47:11

Page 90

```
 1        A.   No, I don't -- I -- I think I have some        11:47:18

 2   tables in my -- in my report on this.  But

 3   I don't -- certainly don't remember it, as I sit

 4   here.

 5        Q.   And it's your -- but do you understand        11:47:29

 6   that the App Store stored in 2008?

 7        A.   Again, I would have to go back to the

 8   specific history to make sure of dates.  I'm -- I'm

 9   not contradicting you.  I just don't remember.

10        Q.   And is it your opinion that when Apple        11:47:47

11   opened the App Store, it exercised monopoly power

12   by raising price and restricting output?

13        A.   You use the term "raising price" and

14   "restricting output."  I -- I think we've talked

15   earlier about how the App Store -- App Store        11:48:12

16   operates or how -- how I understand that it

17   operates, which is that Apple -- Apple allows

18   developers to post retail prices with the

19   understanding that they will have a -- a commission

20   deducted from the revenue that they receive and        11:48:34

21   that Apple itself does not directly intervene in

22   determining whether transactions can take place or

23   not, except through the device of whether they

24   license a developer -- a developer's app to be on

25   the store or not.        11:48:56
```

Page 91

1      Q.   Well, is it your opinion that Apple acted        11:49:00

2  as a monopolist after opening the App Store and

3  restricted output in the relevant market?

4           MR. BURT:  Objection.  Form.

5           THE DEPONENT:  My -- my opinion is that         11:49:16

6  over the class period that Apple engaged in this

7  conduct.  I -- I have not been asked to break it

8  down by periods.  I -- it would be feasible to do

9  that, but I haven't done it.

10     Q.   (By Mr. Swanson)  Well, just so we're           11:49:41

11 clear, do you have an opinion as to whether or not

12 Apple possessed monopoly power in December of 2008?

13     A.   No.  My -- my response is I -- I view

14 that as -- as an empirical issue.  One would have

15 to simply go and -- and look at what the -- for      11:50:00

16 example, what the rates were in the Apple App Store

17 versus competitive benchmarks, for example, to

18 determine whether they were exercising market

19 power.

20     Q.   Can a firm have monopoly power over a          11:50:19

21 period without having monopoly power at each point

22 in that period?

23     A.   Certainly -- certainly conceptually,

24 that's possible.

25     Q.   Is that the case here as a factual            11:50:43

Page 92

```
 1    matter?                                    11:50:46

 2        A.   I haven't set out to test that

 3    specifically.  My -- my analysis is for the overall

 4    degree of exercise of market power by the

 5    Apple Store over the entire period.          11:51:04

 6           If -- if there was a reason to do, so I

 7    could go back and -- and elaborate the model to --

 8    to break it down by periods.  In the end, that

 9    would be an empirical issue.

10        Q.   Well, how -- how does one analyze whether  11:51:25

11    a firm possesses monopoly period over a period,

12    let's say, of ten years?

13           Does that differ it from analyzing

14    whether the firm has monopoly power in the first

15    year of that ten-year period?                11:51:41

16        A.   I think the answer to the question is

17    that if the objective of the -- of the analysis is

18    to determine harm over the entire period, one is

19    simply looking for the average effect over that

20    ten-year period, it is then unnecessary to break it  11:52:04

21    down a year -- year by year.

22           If there is a counterclaim that over

23    certain subperiods the firm was not exercising

24    monopoly power, then it would be -- certainly be

25    appropriate to do an analysis to determine    11:52:27
```

Page 93

```
 1    if that's, in fact, the case.                      11:52:29

 2             What the implications of that would be

 3    for determining the overall harm over the entire

 4    period, it's -- it's not obvious.  The -- the

 5    initial looking for the average effect, the common  11:52:46

 6    effect, may and probably is still valid, even if

 7    the market power of the firm varied from year to

 8    year.

 9        Q.   Are you aware that Dr. Evans testified to

10    his opinion that Apple did not possess monopoly      11:53:08

11    power through the App Store in the first couple of

12    years of its existence?

13        A.   I'm not aware of that.

14        Q.   Okay.  Do you disagree with Dr. Evans?

15        A.   No.  As I've said, I think it's an          11:53:26

16    empirical matter.  I have no evidence one way or

17    the other.  So it's -- I'm -- I'm -- I'm open --

18    open to new information.

19        Q.   Are -- are you familiar with the concept

20    of critical mass?                                    11:53:42

21             MR. BURT:  Form.

22             THE DEPONENT:  It's a -- it's a common

23    term.

24             Can you give me some context?

25        Q.   (By Mr. Swanson)  Sure.                     11:53:52
```

Page 94

```
 1            Are you familiar with the concept of        11:53:53

 2   critical mass in the context of platform economics?

 3        A.   Well, I think I know generally.

 4            There's -- there's -- there are tip-over

 5   points in platforms because ubiquity in the          11:54:10

 6   externalities associated with ubiquity are -- are

 7   important in -- in those kinds of platforms.

 8            And I -- I presume just from the common

 9   definition of this term that that's referring to --

10   how many -- how many share of the markets you need   11:54:28

11   to reach critical mass in order to achieve the

12   economies of ubiquity.

13        Q.   Do you have an opinion as to when the

14   App Store attained critical mass?

15        A.   Well, the presumption in your question is  11:54:53

16   that -- is that there is some critical mass

17   required for the App Store to -- to function or to

18   acquire monopoly power.

19            I -- I don't think I agree with that

20   presumption.  The -- the market power associated     11:55:10

21   with the Apple Store was it came from its ability

22   to exclude rivals and function as the sole source

23   of distribution of iOS App Store mobile -- mobile

24   devices.

25            So that -- I think that market power came   11:55:31
```

                                                        Page 95

```
 1    into -- into existence and was exercised as soon --        11:55:35

 2    as soon as Apple decided to make that distribution

 3    exclusive to them.

 4         Q.   Is -- is it your opinion that Apple

 5    attained monopoly power in your relevant market           11:55:51

 6    before it attained critical mass?

 7         A.   My -- my opinion is that the -- the

 8    notion of critical mass, if it means what I think

 9    it means, is -- is not -- not particularly relevant

10    to the -- to the operation of the Apple App Store,        11:56:14

11    because it was not the case that one -- one needed

12    to -- I'm going to finish my sentence and then I'm

13    going to give you another thought.

14              It's not -- it's not the case that they

15    needed to have a -- a certain share of the iOS           11:56:33

16    app transactions in order to be able to have power

17    in that market.

18              Now, there's another aspect to critical

19    mass and that's sort of network -- network

20    interactivity.  I could imagine that at some level        11:56:52

21    a developer would view the Apple App Store as a

22    must carry distribution outlet if he's selling a

23    game which involves network interactions and the --

24    the critical mass among the interactions would

25    depend on the devices that people are using and the       11:57:18
```

Page 96

```
 1    apps they -- they download.                          11:57:22

 2           So I -- in that sense, there is a

 3    critical mass that's a different dimension than I

 4    was thinking of.

 5        Q.   In that sense, is it your opinion that       11:57:31

 6    Apple attained monopoly power before it attained

 7    critical mass?

 8           MR. BURT:  Objection to form.

 9           THE DEPONENT:  I would say that, in the

10    end, that's an empirical question.                   11:58:02

11           The question is, effectively, was Apple

12    free to set commissions early on, even when some

13    games still had some question as to whether they

14    were going -- going to operate primarily on

15    PlayStations, PCs, or mobile devices.  And -- and    11:58:24

16    at that point, if those apps had been important

17    enough revenue sources for Apple, that might --

18    might have been a consideration for them in -- in

19    setting -- setting their commissions.

20           I -- I don't know the details of the          11:58:43

21    history, but my impression is that many -- many

22    apps came along well after the initial opening of

23    the App Store.  Some of these were apps that

24    involved networking among consumers who bought them

25    and that in -- in those cases, those consumers were  11:59:05
```

```
 1    basically -- tend to be already locked into one          11:59:11
 2    kind of device or -- or -- or another.
 3         Q.   (By Mr. Swanson)   Were game consoles one
 4    of the types of device that consumers were already
 5    locked into?                                             11:59:35
 6         A.   I do not know the history really in any
 7    detail at all of the development of the gaming --
 8    gaming devices and -- and mobile -- mobile devices.
 9              But my -- my impression is that gaming --
10    gaming devices came in somewhat earlier and that         11:59:52
11    they are -- at least initially, did not have
12    substantial network capabilities.
13              I don't know what the -- I don't know
14    myself whether they do or do not have network
15    capacities now and whether inter-user play is an         12:00:13
16    important part of gaming device market -- market
17    activity.
18         Q.   Okay.  Let -- let me change subjects a
19    little bit and ask you to turn to paragraph 116 of
20    your report, which is on page 56.                        12:00:36
21         A.   Yes, I have that page in front of me.
22         Q.   Okay.  You -- you indicate there that
23    "profit margins can provide useful insights on
24    market power."
25              Do you see that?                               12:01:03
```

Page 98

```
 1          A.   Yes.                                    12:01:03

 2          Q.   Is it your opinion that Apple's profits

 3     from the App Store are alone sufficient evidence to

 4     establish that Apple has monopoly power?

 5          A.   No, that would not be my opinion.       12:01:16

 6          Q.   I don't want to interrupt if you're not

 7     finished.

 8          A.   I am finished.

 9          Q.   Okay.  Thank you.

10               Are you familiar with the concept of    12:01:28

11     economic profits?

12          A.   The term "economic profits"?

13          Q.   Yes.

14          A.   I -- I am, although I don't know what

15     context and what you mean by it.                  12:01:41

16          Q.   Well, do economists have a definition of

17     the term "economic profits"?

18          A.   Well, yes.  It would be the -- the

19     bottom-line revenues that you can get from an

20     activity less -- less the cost of engaging in an   12:02:05

21     activity.

22          Q.   Do economists draw a distinction between

23     economic profits and accounting profits?

24          A.   Oh, very definitely they do, because

25     there are many accounting categories that are --   12:02:22
```

Page 99

| | |
|---|---|
| 1 | are ambiguous -- economically ambiguous in terms of | 12:02:26 |
| 2 | what their impact is.  And -- and I'd say in the | |
| 3 | real world ambiguous as well. | |
| 4 | Q.   In paragraph 116, you state that "common | |
| 5 | evidence supports that the Apple App Store enjoys a | 12:02:43 |
| 6 | substantially high level of both gross and net | |
| 7 | margins." | |
| 8 | Are you relying on accounting profits for | |
| 9 | that statement? | |
| 10 | A.   Basically, yes.  There are -- economists | 12:03:02 |
| 11 | will take accounting data and try to recategorize | |
| 12 | it to bring it closer to the economic -- economic | |
| 13 | notion such as gross margin.  But basically the | |
| 14 | underlying concept is an accounting concept. | |
| 15 | Q.   And what does the term "gross margin" | 12:03:27 |
| 16 | mean to you? | |
| 17 | A.   Oh, it's -- it's simply the -- the ratio | |
| 18 | of -- of price reduced by the marginal cost of | |
| 19 | providing a unit of a product divided by the price | |
| 20 | of that product. | 12:03:50 |
| 21 | Q.   And what is the net margin? | |
| 22 | A.   It's -- it's a -- a slightly narrower | |
| 23 | definition of what constitutes the marginal or | |
| 24 | variable cost of providing a unit of the product. | |
| 25 | There's the same -- the -- the net margin | 12:04:09 |

Page 100

1    will take off somewhat more cost components.                12:04:13

2         Q.   What -- what cost components, other than

3    marginal cost would be taken out to calculate a net

4    margin?

5         A.   Oh, the -- the -- there's always a               12:04:26

6    question in -- in working with accounting data

7    what -- what costs are tied directly to the sale of

8    a unit and what costs are being amortized over the

9    sale of the unit.  And with a lot of -- a lot of

10   gradations in between where it's often quite           12:04:47

11   difficult to know economically the extent to which

12   that particular incurred cost was locked to that

13   particular transaction.

14        So that to -- to answer your question,

15   the accounting definition of gross margin is -- is     12:05:06

16   something like price minus the cost of goods and

17   services by some accounting measure, again, by --

18   as a ratio to price.  And net margin would involve

19   some additional cost which might be attributed to

20   the transaction, but less closely tied to it.  That    12:05:34

21   is maybe allocated to the transaction, but less --

22   less closely tied to it.

23        Q.   And when you say that "common evidence

24   supports that the Apple App Store enjoys a

25   substantially high level of both gross and net         12:05:52

Page 101

1   margins," what -- what -- what number are you --          12:05:55

2   are you thinking of?

3          What -- what is -- what's the

4   substantially high level that you're referring to

5   here in numerical terms?                                  12:06:09

6       A.   Well, in numerical terms, it's -- it's

7   the numbers given in figure 8 and discussed in the

8   paragraphs following paragraph 116, which are --

9   are gross margins in -- in the vicinity of

10  █████████, and net margins in the vicinity of -- I       12:06:33

11  don't see the figure here, but it's ████████,

12  something like that.

13      Q.   Now, you are of the opinion that the

14  App Store is a retailer of apps that pays wholesale

15  prices to developers, correct?                            12:06:50

16      A.   That's -- that's -- that's my economic

17  interpretation of their operation, yes.

18      Q.   And the wholesale price is 70 percent of

19  the retail price, correct?

20      A.   Correct.                                          12:07:07

21      Q.   So Apple's gross margin must be no more

22  than 30 percent of App Store retail prices,

23  correct?

24      A.   No, I disagree -- you've led me down some

25  accounting definitions here.  I don't agree with         12:07:20

                                                Page 102

```
 1    this calculation.  It's mixing apples and oranges,        12:07:24

 2    I believe.  Please start over.

 3         Q.   Well, explain to me how a firm can sell a

 4    product at retail, pay a wholesale price that is

 5    70 percent of the retail price and have a                 12:07:41

 6          ██████████    margin?

 7         A.   The -- the distinction here is -- is

 8    simply the accounting, how the -- how the payments

 9    to developers are -- are accounted for.

10           My understanding of the remedies -- and         12:08:04

11    I -- I would like to turn to figure 8, because

12    you're now asking me about Apple accounting --

13    accounts.  And I need to refresh my memory

14    of how -- how they do this.  And, unfortunately,

15    even in my -- in large print, it's pretty small.        12:08:26

16         Q.   It is.

17         A.   I'll be -- I'll be back.

18         Q.   Sure.  Go right ahead.

19         A.   I think I -- I have to say here that

20    your -- I'm -- I'm trying to respond to your            12:09:05

21    questions.

22           The -- the numbers in my report are based

23    on Apple accounting numbers, pure and simple.

24    I'm -- I'm not an accountant.  And this is the way

25    they keep their -- their records.  And in -- in my      12:09:20
```

Page 103

| | | |
|---|---|---|
| 1 | opinion, that is a high margin, that's based on a | 12:09:29 |
| 2 | comparison with similar app retailers who -- who | |
| 3 | are in markets with rivals.  And so that judgment | |
| 4 | is -- it's higher than -- than in those benchmark | |
| 5 | alternatives. | 12:09:51 |
| 6 |     Q.   Do -- do those similar app retailers, in | |
| 7 | your view, sell their apps as retailers? | |
| 8 |     A.   I think the distinction is to -- you call | |
| 9 | it selling the app.  That's a semantic distinction. | |
| 10 | I think it's well understood that the way the | 12:10:13 |
| 11 | Apple App Store operates, and all these other | |
| 12 | app stores operates, is that they -- they | |
| 13 | facilitate and fulfill the transaction of a license | |
| 14 | from a developer to a -- a consumer. | |
| 15 |       So that, I think, is more appropriate | 12:10:31 |
| 16 | language. | |
| 17 |     Q.   Well, does a retailer sell at the retail | |
| 18 | price or the wholesale price, in your opinion? | |
| 19 |     A.   Well, as -- as a -- as a retailer in the | |
| 20 | distribution of apps to consumers, Apple is -- is | 12:10:56 |
| 21 | acting as -- as a retailer, yes. | |
| 22 |     Q.   And you would agree that if you are | |
| 23 | assessing a gross or net margin for a retailer, | |
| 24 | that you should look at the revenues that come from | |
| 25 | sales at the retail price, should you not? | 12:11:18 |

Page 104

```
 1        A.   Well, that, to me -- to me, that's an        12:11:31

 2   accounting question and I -- I would have to leave

 3   it to the accountants to answer.

 4            I -- in my judgment, the Apple accounting

 5   data on their gross margins is providing             12:11:43

 6   information on the -- the revenue they get relative

 7   to their actual cost of operation and that the

 8   payments to developers are not included as part of

 9   their cost of operation.

10        Q.   Well, does that make economic sense if      12:12:09

11   Apple is an economic retailer?

12        A.   I think it makes -- it makes perfectly --

13   perfect economic sense.  It's just a question of

14   making the semantics match reality.

15        Q.   Well, do the -- does the economic reality   12:12:25

16   indicate that an economic retailer sells at the

17   retail price?

18        A.   I mean, there are -- I -- I think what --

19   what you are pressing me on is the question of

20   how -- essentially at what level a -- a gross        12:12:44

21   margin is calculated.

22            And what you're suggesting is that the --

23   even in the Apple App Store case, that they should

24   be counting the money they transfer to the

25   developer as -- as part of their marginal cost.      12:13:09
```

Page 105

```
 1           It's possible -- certainly possible to do      12:13:12
 2    the accounting that way, and it would certainly
 3    give you a -- a lower gross margin.
 4           The -- the statement that Apple has a
 5    high gross margin in my paragraph 116 is -- is      12:13:26
 6    really based on a -- a comparison of the
 7    Apple App Store with benchmarks of -- of app stores
 8    that are -- do have rivals.
 9       Q.   Okay.  So -- so you're not testifying
10    that it is appropriate, as an economic matter, to   12:13:49
11    disregard wholesale costs in determining a
12    retailer's margins?
13       A.   I would say, as an economist, that --
14    that the margin that you look at should be related
15    to how it's going to be used.  And in -- in this    12:14:08
16    case, it's going to be used simply to compare the
17    Apple Store with benchmarks that are -- are not
18    monopolized or allegedly monopolized.  And so if
19    you're consistent, you could make the comparison
20    either way, I believe.                              12:14:37
21       Q.   Professor, are you familiar with the
22    economic concept of joint costs?
23       A.   Yes.
24       Q.   What is the economic definition of joint
25    costs?                                              12:14:50
```

Page 106

1       A.   Well, they -- they -- they are costs that        12:14:52

2    typically incurred when one is dealing with -- with

3    a series of activities and each of those activities

4    requires some -- some input.  And that -- and

5    that -- that input is shared, or the benefits of        12:15:13

6    that input are shared.

7            For example, a firm might acquire a

8    computer that's used for various purposes, and the

9    question would be -- the cost of that computer is

10   then -- is then a joint cost to be allocated in         12:15:32

11   some way across its uses.

12       Q.   Is there any way for an economist to

13   allocate joint costs in a nonarbitrary way?

14            MR. BURT:  Objection to form.

15            THE DEPONENT:  Yes.                             12:15:52

16       Q.   (By Mr. Swanson)  And -- and what

17   nonarbitrary way or ways are there for an economist

18   to allocate joint costs?

19       A.   An economist would typically look at the

20   total cost as -- as a function of the level of          12:16:06

21   activity in the various types of activity.  And by

22   regression analysis, or in some form, provide a --

23   an allocation of those -- of that joint cost to the

24   individual activities.  You -- it's effectively a

25   way of -- of determining the marginal effect of         12:16:31

                                        Page 107

1    each activity on the joint cost.                    12:16:36

2        Q.   If -- if there is a nonarbitrary way to

3    allocate joint cost, are they really joint?

4        A.   Yes, they can -- they certainly -- or --

5    well, that -- of course, the -- the answer to that   12:16:49

6    depends on what you mean by "joint."

7             The -- the answer is that those costs

8    appear, say, in -- in accounts associated with --

9    with various -- various levels of activity and --

10   and different types of activity.  And there is no    12:17:08

11   obvious rule for how those costs would be divided

12   up in -- and assigned to those activities.

13            So this -- this -- what I've described is

14   one way to do it.  I think that ordinary usage of

15   the term "joint cost" would -- would call that a     12:17:30

16   joint cost.

17       Q.   Yeah.  I'm -- I'm talking about the

18   economic issues of joint costs.

19            If -- if costs are truly joint in the

20   economic sense, is there a nonarbitrary way to       12:17:41

21   allocate them?

22       A.   Well, I think the answer is if -- if --

23   if -- if they -- if they are truly joint, it would

24   simply say that -- that -- in -- in that -- in that

25   regression, you -- you -- the regression doesn't     12:18:16

                                                 Page 108

```
 1    work.  You can't -- you can't get coefficients.         12:18:21

 2    Perhaps -- perhaps because the -- the activities

 3    all have to -- all march in lockstep.

 4           So the -- the ability to -- to

 5    distinguish economically whether a cost is joint or      12:18:38

 6    not depends on how it varies with the level of one

 7    activity versus another activity.

 8       Q.   Does Apple incur any costs that are joint

 9    costs of the App Store and an iOS operating

10    system?                                                  12:19:00

11       A.   I haven't investigated that specifically,

12    but I would assume that is the case.

13       Q.   Do you have an assumption about the

14    magnitude of those joint costs?

15       A.   No, I do not.                                    12:19:15

16       Q.   Does Apple incur any costs that are joint

17    costs of the App Store and the iPhone business?

18       A.   I would say that those are substantially

19    distinct lines of business for Apple.  There's

20    certainly fixed costs, R&D costs that are incurred       12:19:39

21    by Apple, which affect -- affect all of -- all of

22    their lines of business, that are common to lines

23    of business.  Certainly some administrative costs

24    are common to all lines of business.

25           So in -- so in that sense, there are --          12:20:01
```

Page 109

```
 1    there are some that are joint.  But I -- I would        12:20:05

 2    have to say, as a -- as a practical matter, I --

 3    I -- I believe that the -- the Apple Store can and

 4    does function as a fairly independent line of

 5    business.                                               12:20:22

 6         Q.   Have you performed any econometric study

 7    of -- of Apple's costs to determine what costs

 8    should be allocated to the App Store?

 9         A.   No.

10         Q.   How would you do that, if you were to        12:20:41

11    undertake that project?

12         A.   Effectively, the -- the starting point

13    would be the kind of -- kind of regression that I

14    mentioned before.

15              Namely, you would take Apple's total cost     12:20:54

16    outlay in a period and regress it on the level of

17    the various activities that they have; unit sales

18    of devices, numbers of Apple Store transactions,

19    broken down as necessary.  And that would be a -- a

20    systematic way of allocating Apple's overall costs      12:21:21

21    across these lines of business.

22         Q.   Let me shift topics again.

23              You used the phrase "but-for world"

24    throughout your report.

25              What -- what do you mean by the "but-for      12:21:41
```

Page 110

1    world"?                                              12:21:43

2        A.   The but -- the "but-for world" is an

3    economic environment in which the alleged defending

4    acts of the Apple Store are no longer present.  And

5    I believe that the complaint pictures that market     12:22:01

6    as becoming a market in which there -- there

7    would -- could be rival app stores that are

8    licensed to transfer iOS operating software.

9        Q.   What -- what is the time frame of your

10   but-for world?                                        12:22:33

11       A.   In my -- in my analysis, I -- I compare

12   the prices paid by consumers for iOS apps over

13   the entire class period with what they would have

14   been had Apple adopted commissions commensurate

15   with the -- the benchmarks that I determined of --    12:23:08

16   of more competitive App Stores.

17       Q.   What is the first event in your but-for

18   world that differs from the actual world?

19       A.   The calculation -- the calculations that

20   I model and -- and carry out would replace the --     12:23:34

21   the actual commission charged by Apple and in any

22   transaction with the -- a benchmark level.

23            So for example, if Apple, at some point,

24   for some transaction was charging 30 percent and

25   the benchmark is 12 percent, I used 12 percent        12:24:02

```
 1    rather than 30 for that transaction.  And that's        12:24:06

 2    true for all the transactions through the class

 3    period.

 4         Q.   And -- and what -- what's the first thing

 5    that's happening in the but-for world, aside from       12:24:17

 6    prices, compared to the actual world?

 7              What's different about the but-for world

 8    aside from pricing?

 9         A.   In -- in the but-for world that I

10    modeled, that is the only difference, I believe.        12:24:37

11    I'm prepared to qualify my answer, but I don't

12    believe there's any other difference.

13         Q.   Does your but-for world involve any

14    redesign of the iPhone or any other Apple device?

15         A.   It does not.                                  12:24:54

16         Q.   Now, your report at section V describes

17    Apple's anticompetitive conduct alleged by Consumer

18    Plaintiffs; is that -- is that fair to state?

19         A.   Yes.  I just -- I'm just going to that.

20              Yes, it describes what I understand the       12:25:22

21    complaint alleges to be the anticompetitive

22    conduct.

23         Q.   And looking at section V, the first

24    paragraph there is paragraph 123.

25              You say "it is important to my analysis       12:25:40
```

Page 112

| | | |
|---|---|---|
| 1 | to consider what behavior would not be present in | 12:25:43 |
| 2 | the But-For world." | |
| 3 | Do you see that? | |
| 4 | A.   Yes. | |
| 5 | Q.   What behavior is not present in the | 12:25:53 |
| 6 | but-for world, in your opinion? | |
| 7 | A.   My understanding is, is that in the as-is | |
| 8 | world, the Apple Store has actively restricted | |
| 9 | distribution of IOS apps to its -- its own | |
| 10 | distribution store and has not allowed any rival | 12:26:26 |
| 11 | entry -- entry by rivals. | |
| 12 | And it has engaged in conduct which | |
| 13 | effectively punishes developers who have -- who | |
| 14 | have attempted to provide alternatives to the Apple | |
| 15 | App Store either -- but -- but by -- by some | 12:26:57 |
| 16 | organizational device. | |
| 17 | Q.   Can -- can you identify the developer | |
| 18 | that was first punished by Apple in that sense? | |
| 19 | A.   I probably cannot.  I'm -- I'm aware of | |
| 20 | the history of Spotify and Pandora and I'm | 12:27:28 |
| 21 | somewhat -- somewhat aware -- aware of the history | |
| 22 | of Epic. | |
| 23 | And those are the examples that I -- that | |
| 24 | come to mind.  But I -- there may have been earlier | |
| 25 | cases.  I -- perhaps I'd have to review my own | 12:27:41 |

Page 113

| | | |
|---|---|---|
| 1 | report to recall if I mentioned any others, if I | 12:27:46 |
| 2 | have noted them. | |
| 3 | Q. Does section V of your report identify | |
| 4 | all of the conduct of Apple's that is present in | |
| 5 | the real world, but not present in your but-for | 12:27:58 |
| 6 | world? | |
| 7 | A. I -- I believe so, in the sense that | |
| 8 | my -- my but-for world is -- is concerned solely | |
| 9 | with the implication of a reduction in the Apple | |
| 10 | commission to competitive levels. | 12:28:24 |
| 11 | Q. If you could turn to paragraph 125 of | |
| 12 | your report, page 60, I'll ask you a question once | |
| 13 | you've got a chance to look. | |
| 14 | A. Yes, I've reviewed that paragraph. | |
| 15 | Q. Okay. Thank you. | 12:29:03 |
| 16 | I'd like to focus on the statement toward | |
| 17 | the middle, that "Common economic evidence supports | |
| 18 | the conclusion that there have been multiple | |
| 19 | attempts by app developers to diversify the means | |
| 20 | of distributing iOS apps and in-app content, but | 12:29:18 |
| 21 | Apple shut down those attempts." | |
| 22 | Do you see that? | |
| 23 | A. Yes. | |
| 24 | Q. When you refer here to diversifying the | |
| 25 | means of distributing iOS apps and in-app | 12:29:30 |

Page 114

```
 1    content, are you intending to convey that these       12:29:33

 2    attempts involved developers trying to set up their

 3    own iOS app stores?

 4         A.   My understanding is that in the -- in the

 5    case of Spotify, for example, it was an attempt to    12:29:48

 6    provide an -- an alternative payment mechanism

 7    outside the App Store so that consumers would be

 8    able to access Spotify content they paid for on

 9    their iPhone without incurring the -- the

10    commission.                                           12:30:16

11              In the case of Epic, my understanding is

12    that Epic did effectively propose a -- a rival

13    App Store selling their games and perhaps games of

14    others.

15         Q.   You mentioned Pandora is.                   12:30:35

16              Was there an instance where Apple shut

17    down an effort by Pandora to diversify the means of

18    distributing iOS apps and in-app content?

19         A.   My understanding is that both Pandora and

20    Spotify have -- have -- are -- are no longer          12:30:53

21    available except perhaps for some legacy consumers

22    for content.

23              That is to say, for both of those music

24    apps, if you want to purchase enhanced content

25    or -- or things like that, you have to go -- go to    12:31:18
```

Page 115

```
 1    them directly outside the iOS system.              12:31:24

 2         Q.   Is it -- well, you're not suggesting that

 3    Pandora or Spotify attempted to open an iOS

 4    App Store, are you?

 5         A.   No.  No.  I mean, the -- the -- the         12:31:41

 6    sentence you're referring to also refers to the

 7    channels for distribution of iOS content.  And --

 8    and in this case, these -- these particular

 9    developers chose -- chose a nonApple Store way of

10    providing content -- and -- and as a result, they     12:32:08

11    are not -- they don't have this capacity to do this

12    on the Apple Store, or they're not exercising it

13    at -- at the added commission.

14         Q.   In -- in your section V, you also mention

15    Telegram.                                             12:32:29

16              Is -- did Apple shut down an attempt by

17    Telegram to diversify the means of distributing

18    iOS apps and in-app content?

19         A.   I don't know the specifics of the

20    Telegram history.                                    12:32:43

21         Q.   Do you have an understanding as to

22    whether Telegram attempted to open an iOS

23    App Store?

24         A.   I don't know.

25         Q.   You mentioned Kobo as an example in         12:32:51
```

Page 116

```
 1    section V.                                      12:32:56

 2         Is it your understanding that Kobo was

 3    making an attempt that Apple shut down to diversify

 4    the means of distributing iOS apps and in-app

 5    content?                                         12:33:10

 6         A.   I don't know the history of Kobo.

 7         Q.   Do you know if Kobo was attempting to

 8    offer an iOS App Store?

 9         A.   I don't know.

10         Q.   Do you know if any other attempt to     12:33:20

11    diversify the means of distributing iOS apps and

12    in-app content that Apple shut down?

13         A.   I -- I -- as I sit here, no, I don't have

14    a -- a list in mind.

15         Q.   And if you had a list at any point, you   12:33:44

16    would have included that in your report; is that

17    fair?

18         A.   And please be specific.  A list of what

19    again?  Of -- of attempts to establish rival app

20    stores?                                          12:34:06

21         Q.   That -- that -- that works as a question.

22         A.   The answer is, I -- I -- I didn't -- I

23    didn't have it.  So the question of whether I would

24    use it never came up.

25         MR. SWANSON:   Okay.   I think we have gone   12:34:22
```

```
 1    about another hour and we're probably around        12:34:24

 2    lunchtime for West Coasters.  But I'm fine to take

 3    a lunch break whenever.

 4            MR. BURT:  It's sort of foreseen that

 5    around this time you -- you might suggest a lunch    12:34:36

 6    break.  And I think we had foreseen that we'd be

 7    positive on that.

 8            MR. SWANSON:  Oh, okay.  Well, that --

 9    that's good.

10            So how long -- I think the -- the two --   12:34:45

11    the folks maybe who get the biggest vote are

12    Professor McFadden and our court reporter, who are

13    working the hardest.

14            THE COURT REPORTER:  Should we go off the

15    record?                                             12:34:56

16            THE DEPONENT:  I'm -- I'm -- I'm somewhat

17    flexible.  45 minutes, perhaps, or an hour.

18            MR. SWANSON:  That's --

19            MR. BURT:  My experience -- okay.  If you

20    want an hour, we can do an hour.                    12:35:07

21            MR. SWANSON:  It's -- it's up to you.

22    Whatever -- whatever you prefer.

23            THE DEPONENT:  Any -- any preferences

24    from others?

25            MR. BURT:  You're -- you're the witness.    12:35:18
```

                                                        Page 118

```
 1    Your call.                                      12:35:18

 2            THE DEPONENT:  Let's -- let's do a full

 3    hour.

 4            MR. SWANSON:  Okay.

 5            THE VIDEOGRAPHER:  Okay.  Sounds good.   12:35:28

 6    I'll take us off the record.

 7            We are now going off the record.  The

 8    time is 12:35 p.m.

 9            (Recess taken.)

10            THE VIDEOGRAPHER:  We are now back on the  12:35:51

11    record.  The time is 1:36 p.m.

12        Q.   (By Mr. Swanson)  Professor, does your

13    model account for the ability of developers to sell

14    digital content in their iOS apps without using

15    Apple's in-app purchase mechanism?              01:37:08

16        A.   Please read back the question.

17        Q.   Sure.  I will do it.

18            Does your model account for the ability

19    of developers to sell digital content in their

20    iOS apps without using Apple's in-app purchase    01:37:26

21    mechanism?

22        A.   Well, it does in the sense that those

23    alternatives are currently forbidden to developers

24    by Apple, as I understand it.

25        Q.   Well, take -- take an example of, say,    01:37:49
```

Page 119

```
 1      Netflix, which can sell subscription to digital          01:37:52

 2      content outside the app that can be accessed within

 3      the app without using Apple's in-app purchase.

 4             Does your model account for that?

 5         A.   I would say the model does in the sense        01:38:12

 6      that there are no harm or damages attributed to a

 7      consumer who is accessing Netflix content on -- on

 8      their iPhone.

 9         Q.   Through -- through subscription via

10      Netflix websites; is that what you are indicating?      01:38:36

11         A.   Where -- where they have subscribed

12      directly to Netflix, correct.

13         Q.   And why would a consumer be injured in

14      such a situation?

15         A.   They are not.                                   01:38:49

16         Q.   Speaking of situations where a developer

17      has a free app and allows subscriptions only on its

18      own website, if the developer switches from that

19      model to offering the app on the App Store with

20      in-app purchase of the subscription so that it can      01:39:19

21      no longer be purchased on the website, would you

22      expect the price of the subscription to go up, go

23      down, or stay the same?

24         A.   I would expect the price of the

25      subscription to go up because if that developer has     01:39:38
```

Page 120

```
1    positive marginal cost, then there is a positive          01:39:43

2    relationship between their actual cost and the

3    price they charge, and the commissions is part of

4    that cost.

5         Q.   Have you seen any evidence in this case          01:39:55

6    of subscription prices declining in those

7    circumstances?

8         A.   I have not specifically sought out

9    examples.  I'm aware of statements from the

10   European Commission, for example, to the effect          01:40:14

11   that the same product is available at a lower price

12   outside the Apple Store than it is inside the

13   Apple Store, and I'm aware of a few cases where

14   that's also true for games which are available both

15   inside and outside.                                       01:40:40

16        Q.   Professor, could you turn to

17   paragraph 128 on page 61 of your report?

18        A.   Yes, read that.

19        Q.   You indicate in that paragraph that Apple

20   has been controlling what prices developers can          01:41:06

21   charge by setting up pricing tier for apps and

22   in-app content rather than letting app developers

23   set the price of their products.

24             Do you see that?

25        A.   Yes.                                            01:41:18
```

Page 121

1      Q.   And does your but-for world assume that        01:41:20

2  developers are free to charge whatever they want

3  for their apps and in-app content?

4      A.   The but-for-world calculations that I

5  currently do consider that case.  That is to say,     01:41:38

6  they don't impose explicitly the Apple tier

7  structure.  But my -- my calculations are readily

8  adapted to a situation in which they -- in which

9  they did.

10     Q.   Is it -- are you offering an opinion that      01:42:03

11 Apple's 99-cent-price-tier structure is

12 anticompetitive?

13     A.   Yes.  I would say, as a matter of

14 economics, tier -- tier structures have a -- have a

15 substantial effect on the nature of -- of           01:42:24

16 competition.

17     Q.   Is it your opinion that a tier structure,

18 such as Apple's, is price fixing?

19     A.   The answer is:  No.  I would -- I haven't

20 labeled it price fixing.  Although, certainly        01:42:52

21 setting a -- a tier structure itself is something

22 that would be hard to sustain if you did not have

23 some market power.

24     Q.   In your opinion, is vertical price fixing

25 inherently anticompetitive?                          01:43:11

Page 122

```
 1          A.   If, by "price fixing," you mean                01:43:20

 2     essentially posting a price, clearly not; that the

 3     only -- it's only anticompetitive in the situation

 4     where it's -- it's combined with acts which are

 5     judged to be anticompetitive.                            01:43:39

 6          Q.   Let me make sure my question was clear.

 7               Are you -- are you familiar with the

 8     phenomenon of vertical price fixing?  Sometimes

 9     called "resale price maintenance"?

10          A.   Yes, I am.                                     01:43:52

11          Q.   Is it your opinion that vertical price

12     fixing is inherently anticompetitive?

13          A.   I -- I don't think that it's -- it's a --

14     per se, anticompetitive.  I think, in many cases,

15     there -- in many economic environments, it -- it        01:44:15

16     would be.  It depends -- it depends on how it

17     affects competition.

18          Q.   And how would you assess whether vertical

19     price fixing was inherently anticompetitive?

20               MR. BURT:  Objection.                          01:44:36

21               THE DEPONENT:  Well, I haven't laid out

22     a -- a research plan for -- for doing that, and I

23     would certainly have to think about the -- the

24     detailed steps, but the -- an obvious approach

25     would be to try to compare markets otherwise            01:44:55
```

                                                    Page 123

```
 1    comparable, one of which has a resale price        01:44:59

 2    maintenance or -- or a tier structure in place

 3    versus one that does not.

 4        Q.   (By Mr. Swanson)  Are you modeling the

 5    absence of Apple's tier structure in the but-for   01:45:15

 6    world because you are assuming it will be absent

 7    because it's anticompetitive?

 8        A.   The -- the answer to that is that the

 9    model that I have worked out and provided results

10    for so far is -- is -- gives a but-for world in    01:45:35

11    which both the plaintiffs alleged anticompetitive

12    acts are gone.  However, the model itself is -- is

13    readily adaptable to situations in which one or the

14    other of those might not be declared

15    anticompetitive.                                   01:45:59

16        Q.   So if the finder of fact determines that

17    Apple's pricing tiers are not anticompetitive, how

18    would you adapt your model to that finding?

19        A.   This is described in Appendix F of my

20    report.  Effectively, a firm, maximizing their     01:46:19

21    profit under a tier structure, will -- can consider

22    only -- only price alternatives that are on the --

23    on a tier.  And so that -- that optimization would

24    be carried out in that form rather than in a

25    continuous price setting form.                     01:46:40
```

1        Q.   Do you have an opinion as to whether          01:46:46

2    Apple's price tiers ever result in developer

3    setting prices lower than they otherwise would in

4    the real world?

5        A.   I haven't analyzed that question             01:47:02

6    specifically.  But I would say this:  If you had

7    free hand at setting prices, you can -- you can

8    maximize your profits, and then you would look at

9    what profits you could actually attain if you fell

10   back to one or another tier points and you pick out  01:47:23

11   the one that has the -- has the higher profit.

12           Now, whether that's a higher price than

13   the optimum -- that is, whether the tier is higher

14   or lower than the optimum price -- I think the

15   answer is it could easily go either way.             01:47:42

16       Q.   Do you agree that Apple's 99-cent pricing

17   tiers create a strong disincentive for developers

18   to raise their price?

19       A.   If -- if, by "99-cent tier," you mean

20   the -- the 99 -- the one-dollar gap between one      01:47:59

21   tier level and the next?  I think -- my opinion is

22   that that has a fairly strong effect on the ability

23   of developers to discount to attract users or to

24   test the waters to see if the market would sustain

25   alternative prices, essentially because it requires  01:48:29

Page 125

```
 1    them to take a pretty strong position vis-à-vis          01:48:31

 2    rivals and vis-à-vis consumers rather than --

 3    rather than a -- a small change that rivals -- or

 4    consumers might not pay too much attention to.

 5         Q.   Does your model in the but-for world           01:48:56

 6    allow for short-term price discounting?

 7              MR. BURT:  Objection.  Form.

 8              THE DEPONENT:  I would say that, right

 9    now, the model is silent on short-term price

10    discounting because it is -- its objective and --       01:49:22

11    is to obtain a overall picture of the common effect

12    on the class that change -- of the change in Apple

13    conduct, and it's not a model of detail developer

14    behavior, particularly at the level of detail of

15    the -- of the timing, say, of price changes or          01:49:45

16    discounts.

17         Q.   (By Mr. Swanson)  Your model assumes that

18    a developer will maintain a particular price level

19    for an entire year, at least, correct?

20         A.   Currently, the model is conducted month       01:50:12

21    by month.  And the -- the developer in -- within

22    the model, it has a profit-maximizing price

23    determined within each month.

24              That's true for the core of the model.

25    There are some places where we use annual or other      01:50:37
```

Page 126

```
 1    time periods, but the month, I believe, is the --        01:50:41

 2    the period we use for the core of the model.

 3         Q.   Okay.  Well, thank you, then, for

 4    clarifying that.

 5              On paragraph 129 of your report -- let me       01:50:51

 6    know when you are there.

 7         A.   Yes, I have that in front of me.

 8         Q.   In paragraph 129 of your report, you

 9    indicate that Apple's price tiers hinder

10    competition among app developers by limiting the          01:51:13

11    force of competition to drive down prices.

12              Do you see that?

13         A.   Yes.

14         Q.   Is it your opinion that, without Apple's

15    price tiers, developers would compete more on             01:51:24

16    price?

17         A.   Yes, I believe they would.  They -- the

18    effect -- the effect of tiers in this market and

19    in -- in other markets, in general, is to -- is

20    to -- is to discourage entry, discourage test             01:51:45

21    excursions.  It has the effect of stabilizing

22    markets, and that stabilization can be

23    anticompetitive.

24         Q.   How can you determine from your model or

25    within your model whether a given developer faces         01:52:06
```

Page 127

```
 1    substantial competition?                          01:52:08

 2           MR. BURT:  Objection.  Form.

 3           THE DEPONENT:  In the -- in the model,

 4    under the assumption of product maximization, there

 5    is a simple mathematical relationship between the   01:52:21

 6    developer's marginal cost and -- and price -- and

 7    retail-quoted price.  And that also -- that

 8    relationship is mediated by the demand elasticity

 9    that that app faces.

10           If the app developer faces strict --        01:52:50

11    strong competition, that elasticity will be large.

12    People will easily substitute away from it to rival

13    apps, and if there's not much competition for it,

14    then that elasticity will be low, and that affects

15    the relationship between marginal cost and price.   01:53:11

16       Q.   (By Mr. Swanson)  And what -- what would

17    be an example of an elasticity that would be

18    consistent with a high level of competition?

19       A.   Oh, generally, you would expect any of

20    these firms to push their price to a point where    01:53:35

21    the elasticity is -- is greater than one in

22    magnitude, and so that's -- that's the lower bound,

23    and -- and highly elastic demands close to

24    competition are -- I think are often -- elasticity

25    is, like, three or five.  I don't think there's any 01:53:56
```

1    standard table which says one is higher than the          01:53:59

2    other.  But in my -- in my judgment, three is

3    pretty competitive.

4         Q.   If you took two different game apps, for

5    example, both of which are 99 cents in the real           01:54:16

6    world, would you be able to determine which of the

7    two faced more competition from the results of your

8    model?

9         A.   Not without further information, no.

10        Q.   Would your model allow those two game          01:54:45

11   apps to have elasticities of demand that vary,

12   you know, as between the two, substantially?

13        A.   The analysis that I do currently looks

14   for the common effect of, you know,

15   profit-maximizing pricing behavior on -- within the      01:55:14

16   genre and how that would respond to a change in

17   Apple commissions.  So it's looking for the

18   common -- common effect.  It's -- it's not

19   distinguishing individual variations around that

20   common effect.                                            01:55:35

21        Q.   Would -- would two game apps in the --

22   well, would two -- two apps in the game genre that

23   have the same price have the same demand elasticity

24   in your model?

25        A.   No, not necessarily.  They -- they do --       01:55:58

Page 129

```
 1    they have the same estimated demand parameters, but        01:56:02

 2    not -- those don't apply the same elasticity.

 3         Q.   And that's the case if they both have the

 4    same price?

 5         A.   Even if they -- if they -- if they have       01:56:18

 6    the same price, they -- the implication is that

 7    they will have comparable marginal costs, and the

 8    demand elasticity would -- at close -- that is

 9    implied by that -- I -- I have to think about that

10    and go back and -- and do the algebra to -- to         01:57:01

11    check.

12              In general, the -- the -- the demand --

13    the demand elasticity faced by individual

14    developers will be a function of their price, but

15    I -- it may well be the case that, at the same         01:57:17

16    price, they have the same elasticity.

17         Q.   Professor, in the but-for world, how many

18    rival iOS app stores will there be?

19         A.   I have not offered any -- any opinion on

20    that.  In fact, to go further, I have offered no       01:57:43

21    opinion on the -- the form competition would

22    compare to pressures would lead Apple to lower its

23    commission.  I have simply done the calculation of

24    what commissions are that would be consistent with

25    competition among app stores.                          01:58:10
```

Page 130

```
1              How that would actually be achieved in --     01:58:12

2     in a but-for world by Apple could be by limit

3     pricing.  It could be by entry of rivals.  It could

4     be by other mechanisms, I suppose.  But I don't

5     have an opinion on what combination of those would    01:58:28

6     actually achieve the -- the bottom line.

7          Q.  If you believe that that could be

8     achieved through limit pricing, does that mean that

9     your but-for world is consistent with no actual

10    entry?                                                01:58:47

11              MR. BURT:  Form.

12              THE DEPONENT:  Yes, my but-for world is

13    consistent with a -- a situation in which Apple

14    rules allowed entry, but it sets its commissions in

15    such a way that potential entrants found it           01:59:05

16    unprofitable to come in.  That -- that's what limit

17    pricing does, and that's certainly a possible

18    outcome.

19         Q.  (By Mr. Swanson)  Do you have any opinion

20    as to the App Store's market share on the but-for     01:59:18

21    world?

22         A.  The answer is:  No, I don't because I --

23    I am not offering any opinion that the but-for

24    world would have a specific industrial structure in

25    terms of whether rivals are actually present;         01:59:42
```

Page 131

```
 1    whether rivals are potential.  As I just mentioned,        01:59:45

 2    they might be achieved by limit pricing.  It might

 3    be achieved by actual entry.  It might be achieved

 4    by other -- other mechanisms which are possible

 5    competitive responses.                                      02:00:01

 6         Q.   Now, it's your opinion that, in the

 7    but-for world, Apple would reduce its default

 8    commission below 30 percent, correct?

 9         A.   Yes.

10         Q.   Is -- is it a necessary condition for            02:00:18

11    your opinion about consumer class-wide impact that

12    Apple lowers the 30 percent commission in the

13    but-for world?

14         A.   The -- the -- the harm that I measure and

15    the damages that I calculate are -- are based on a        02:00:46

16    but-for world in which Apple is assumed to lower

17    its commission rate to what I consider -- I find to

18    be a competitive benchmark.  And if that changes,

19    both the -- the level of harm, the -- which

20    consumers are harmed and how much they are harmed,        02:01:14

21    could all change.

22         Q.   And to the extent Apple would continue to

23    charge 30 percent as a commission in the but-for

24    world, that would lead to consumers who your

25    analysis says are injured to being uninjured,             02:01:32
```

```
 1    correct?                                        02:01:35
 2         A.   Well, your hypothetical, it seems to --
 3    it seems to be inconsistent.
 4              In the -- in the but-for world, I'm
 5    assuming that competitive forces would force Apple   02:01:46
 6    to a competitive benchmark.  Obviously it's a
 7    question of -- on its merits, as to what that level
 8    would -- exactly would be, but given a but-for
 9    level, my -- my position and my calculations on
10    this are based on the assumption that that level     02:02:09
11    would be achieved; that that benchmark level would
12    be achieved by whatever form the competitive
13    pressures take.
14         Q.   You -- you reached a conclusion about the
15    but-for commission rate in a way that doesn't rely   02:02:30
16    on your model, correct?
17         A.   My -- my opinion on but-for commission
18    rates is based on a comparison of -- of -- well,
19    it's based on some benchmarks which are app stores
20    that are recently opened for app -- apps other than  02:02:55
21    the Google and -- Google Store and Apple App Store
22    apps, and these are benchmarks in which there is
23    some competition across providers.
24         Q.   Your mathematical model that you have
25    constructed does not predict what commission Apple   02:03:25
```

Page 133

```
 1    will charge in the but-for world, correct?           02:03:29

 2        A.   Correct.

 3             MR. BURT:  Objection.

 4        Q.   (By Mr. Swanson)  And it wasn't designed

 5    to do that, correct?                                 02:03:35

 6        A.   Correct.

 7        Q.   And you haven't made any mathematical

 8    model or statistical model of the but-for

 9    commission, have you?

10        A.   No.  I mean, obviously, an economist        02:03:48

11    could do that, and I'm aware that that could be

12    done, but I have not done it in this case.

13        Q.   Would you please turn to paragraph 155 of

14    your report.  It starts on page 71.

15             Are you there?                               02:04:39

16        A.   Yes, I am now there.  Let me take a quick

17    look at the paragraph.

18             Yes.

19        Q.   You state there in that first sentence on

20    page 71 on paragraph 115 that "When estimating        02:05:06

21    competitive But-For prices for a market that has

22    never experienced competition, as in the case at

23    hand, markets that have similar characteristics but

24    are more competitive can provide useful

25    benchmarks."                                          02:05:23
```

Page 134

```
 1              My question is:  How do you determine      02:05:25

 2   whether a benchmark market has similar

 3   characteristics?

 4        A.   Well, I think it's largely common sense.

 5   Are they dealing with economic agents that have      02:05:36

 6   rough -- roughly similar interests?  Firms that

 7   have roughly similar technologies and -- and

 8   business models?  You know, are the products, by

 9   a -- by a commonsense measure, somewhat similar?  I

10   don't think there's a -- there's a scientific       02:06:06

11   bright line which says that one benchmark is ideal,

12   and -- and another one is unacceptable.  It's --

13   it's a commonsense judgment.

14        Q.   You have rejected the -- the domestic

15   Android App Store business as a benchmark; is that   02:06:28

16   correct?

17        A.   I have -- the answer is:  Yes.  I know it

18   as the Google Store.  But, yes, I have rejected the

19   Google Store as a -- as a benchmark.

20        Q.   What about the Samsung Store?             02:06:46

21        A.   I -- I don't -- I don't recall looking at

22   the Samsung Store.  I -- I did not, myself, look

23   individually at benchmarks.  I simply asked the

24   team to look for market situations in

25   which rough -- roughly comparable business models    02:07:12
```

Page 135

```
 1    for developers -- roughly comparable for decisions          02:07:15

 2    for consumers and some degree of competition

 3    among -- among the platforms for getting the apps

 4    delivered, and I told them to exclude situations in

 5    which there was a clear claim of noncompetitive          02:07:34

 6    conduct, which is, I understand, to be the case for

 7    the Google Store.  And also I asked them to exclude

 8    game -- game devices because I -- I believe that's

 9    a different business model.

10         Q.   So you excluded stores on game consoles.          02:07:59

11    You excluded Google.  You haven't considered

12    Samsung.

13              What -- what -- did you define your

14    benchmark by exclusion, or were there other options

15    that your team examined beyond PC games?          02:08:20

16              MR. BURT:  Objection.  Form.

17              THE DEPONENT:  My instructions to the --

18    to the team that -- that did this for me was:

19    Simply look for things that are -- as -- as

20    comparable as you can find where -- where the          02:08:37

21    delivery platform is competitive and -- and exclude

22    situations where there is already an allegation of

23    monop- -- monopoly or there's clearly a different

24    business model.  Those -- those are the only

25    instructions that I gave them.          02:08:59
```

Page 136

```
 1        Q.   (By Mr. Swanson)  Did you instruct your      02:09:01
 2   team to exclude the Mac App Store?
 3        A.   No, I -- not -- I didn't one way or the
 4   other.  No.
 5        Q.   Do you know if that was excluded as a        02:09:15
 6   benchmark?
 7        A.   It's -- it's not -- it's not listed among
 8   the benchmarks mentioned in the report, as I
 9   recall.  So I -- I -- I don't recall it being
10   brought up as a -- as a candidate for inclusion.      02:09:35
11        Q.   Well, do you consider the Mac app
12   environment to be competitive?
13        A.   I don't -- I don't know.  I haven't -- I
14   haven't looked at it.  And the question, for me, is
15   a little complicated because there are, obviously,    02:09:56
16   places where native apps are available, and there
17   are places where, basically, nonnative apps are
18   available.  And for PCs, it's -- I'm -- I'm aware
19   that there are a broader range of apps that are --
20   are, essentially, Web-based.  They are not -- not     02:10:21
21   necessarily native to the machine.  I don't -- I
22   actually have no idea what's in the Mac store in
23   terms of what's native to the IS [sic] operating
24   system and what's -- what's Web-based.
25        Q.   Are you aware that -- that apps can be       02:10:38
```

Veritext Legal Solutions
866 299-5127

```
 1    directly downloaded onto Macs?                    02:10:43

 2        A.   iOS apps? -- iOS-compatible native

 3    apps?  Is that the question?

 4        Q.   The Mac is not an iOS-operating-system

 5    device.                                            02:10:58

 6             You are aware of that, aren't you?

 7        A.   Well, it's an -- it's an Apple operating

 8    system.  It's a proprietary system.  It certainly

 9    has many features in common with the -- with the

10    iOS operating system, but I'm -- I'm -- I'm aware  02:11:12

11    that there are -- are differences; that, you know,

12    Yosemite or Sierra are different operating systems

13    in the -- in -- operates on my iPhone.

14        Q.   So whatever operating system the Mac

15    uses, are you aware that developers can -- well, or 02:11:27

16    consumers can -- download the apps of developers

17    outside the Mac App Store?

18        A.   I -- I'm -- I'm not entirely aware of

19    this because I seem to recall that on the -- on the

20    Apple device -- my wife's Apple device, there's     02:11:57

21    a -- an Apple App Store icon, so as I sit here, I

22    don't know how it works.  It seems to me that --

23    that that would seem to appear to be an Apple

24    App Store source.

25        Q.   Is it -- is it -- well, are you saying     02:12:18
```

Page 138

```
 1    that you don't know whether or not consumers can        02:12:20

 2    directly download apps, including app stores, onto

 3    the Mac?

 4         A.   What I'm saying is that, just based on

 5    my -- my own experience helping my wife on her --       02:12:34

 6    her Apple Mac, is that my recollection is that

 7    there is an Apple App Store logo there, and I

 8    assume that that means that she can download apps

 9    from -- from the App Store.  I assume those are

10    then apps that are native to the operating system       02:12:57

11    on the Mac or -- or Web-based.  I am not sure about

12    that.

13         Q.   Professor, for a benchmark to be

14    reliable, is it important for the market to be in

15    the same geographic market as the relevant market       02:13:16

16    in question?

17         A.   Oh, I think that judgment would -- would

18    depend on circumstances, not specifically on -- on

19    geography, but I can -- I can -- I can tell you

20    that in the discussions with my team, we did            02:13:37

21    discuss whether overseas app stores would be

22    appropriate, and we concluded that their operating

23    conditions and government regulations and so forth

24    were sufficiently different so that their -- their

25    value would be questionable.                            02:14:01
```

Page 139

```
 1        Q.   For a benchmark to be reliable, is it          02:14:03

 2   important for the market to be comparable to the

 3   relevant market in question over the whole class

 4   period?

 5        A.   To answer your question, I -- I would say      02:14:18

 6   that -- first of all, that the benchmarks that I

 7   have are -- are not -- do not extend over the

 8   entire class period.  They are based on relatively

 9   recent -- relatively recent developments in which

10   rival app stores have arisen, especially since       02:14:43

11   about 2016; so that my whole analysis is predicated

12   on the -- on the comparison of Apple commissions

13   and these benchmarks in the latter part of the

14   class period.

15        Q.   If you flip to paragraph 156, which is on      02:15:09

16   page 72, and then I will ask you a question once

17   you get there.

18        A.   Yes, I have read it.

19        Q.   You state here that "What has happened to

20   games app stores on the PC platform in the last few   02:15:36

21   years is particularly relevant."

22             My question is:  Why is what happened to

23   game app stores on the PC platform in the last few

24   particularly relevant to but-for commissions in

25   2008 or 2009?                                          02:15:54
```

1          A.   I think it's -- I think it is -- it is          02:16:01

2     relevant because it is -- it is a competitive

3     benchmark in a situation where you can clearly

4     identify relatively similar products, relatively

5     similar economic agents on the -- on the -- on          02:16:18

6     the -- the ends of the market and where it's --

7     it's clear there is -- there is rivalry going on so

8     that the -- those criterion for a benchmark are

9     met.

10          If there were -- if that situation arose          02:16:34

11     earlier, then it would be better to use a -- a

12     benchmark that was closer in time, but I think

13     what's particularly -- makes it particularly

14     relevant here is they are similar in most respects

15     except for the degree of competition.  And I          02:16:57

16     don't -- I don't see the time period being a

17     first-order issue in this comparison.

18          Q.   Is what happened to game app stores on

19     the PC platforms in 2008 particularly relevant to

20     but-for commissions in 2008 in this case?          02:17:17

21          A.   Please repeat the question.

22          Q.   Is what happened to game app stores on

23     the PC platforms in 2008 particularly relevant to

24     but-for commissions in 2008 in this case?

25          A.   Well, it would be relevant if there were          02:17:44

Page 141

```
1    competition among PC game app stores at that time        02:17:47

2    and so that the other conditions for being a

3    relevant benchmark were met.  But in my

4    investigation to this point, I'm not aware that

5    there are -- are such comparable benchmarks in that     02:18:05

6    period specifically.

7         Q.   Well, is it your opinion that, in 2008,

8    the PC games business was not competitive?

9         A.   No, that's -- that's not what I said.

10   What I said was that I am not aware that there          02:18:30

11   were -- there was an actively competitive market

12   for apps -- PC game apps at that time.

13        Q.   Well, what -- what do you consider to be

14   an "actively competitive market"?

15        A.   Well, I would -- I would say that in --       02:18:55

16   in general, the same criteria that you would use,

17   in general, to judge whether a market is -- is

18   roughly competitive or not; if it has a reasonable

19   number of firms; that no single firm has -- has

20   extremely large share.  Those would be traditional     02:19:15

21   economic tests for whether it's a competitive

22   market.

23        Q.   So based on those tests, when did the PC

24   games business first become competitive, in your

25   opinion?                                                02:19:31
```

Page 142

```
 1        A.    That's not a -- a question that I have        02:19:34

 2   sought to answer in the past.

 3              What I asked the team for was to find

 4   benchmarks where there was clear competition, and

 5   they found the ones that I cite in my report.           02:19:46

 6              I see that the date on at least the two

 7   cited in this paragraph that we are referring to

 8   are 2018.  So I didn't -- I didn't specifically

 9   instruct them to go and look for earlier periods

10   where there might -- might have been competition.       02:20:06

11              As far as I'm aware, they didn't alert me

12   that there were earlier periods, and as far as I'm

13   aware, there are not.

14        Q.    You discuss Steam as a potential

15   benchmark from which one can infer but-for             02:20:21

16   commission rates; is that fair?

17        A.    I do, yes.

18        Q.    Are you familiar with Steam's current

19   commission structure?

20        A.    I -- I believe it's -- I have numbers for    02:20:35

21   it in the report, but I don't remember them as I

22   sit here.

23        Q.    Well, let me see if I can refresh you.

24              Are you aware that Steam charges a

25   30 percent commission on every app, up to the point     02:20:46
```

Page 143

```
 1    at which the app earns $10 million in revenues?        02:20:49

 2         A.   I would have to go to my specific

 3    paragraph.  What I recall is that the Steam

 4    commissions have been changed -- or have been

 5    changing as entry has occurred in this app -- in      02:21:06

 6    these app markets.

 7         Q.   Are -- are you assuming that Steam stop

 8    charging a 30 percent commission after entry

 9    occurred?

10         A.   As I sit here, I don't remember the         02:21:23

11    numbers.  I would have to go and look at my own

12    paragraphs.

13         Q.   Well, if Steam continued to charge a

14    30 percent commission on most apps, would that be

15    consistent with your benchmark?                       02:21:35

16         A.   Well, I -- first of all, I don't -- I

17    don't think that what commission they were charging

18    would be -- is -- is itself part of the

19    determination of what's an appropriate benchmark.

20    You -- you set up the benchmark in terms of whether   02:21:59

21    conditions for competition in a -- in a market are

22    met, and then the consequences of that flow from

23    it.

24              So I think the answer is that if -- if

25    Steam is an appropriate benchmark, and whatever       02:22:18
```

Page 144

1    commission they are charging would go into the          02:22:22

2    calculation of what a -- what a commonsense

3    competitive benchmark would be.

4          Q.   Is it your opinion that in an actively

5    competitive benchmark market, that a online store        02:22:32

6    in that market could continue to charge a

7    30 percent commission?

8               MR. BURT:  Objection to form.

9               THE DEPONENT:  Well, I think the nature

10   of competition is that competitive pressures come        02:22:56

11   in -- in various ways, and, obviously, in an

12   app store, developing with developers -- or in a --

13   say in a competitive app store dealing with

14   developers, they have to worry about the ability

15   of a developer to switch app stores.                     02:23:15

16          I could imagine circumstances in which

17   the switching costs for a developer from an

18   existing app store would be so high that they --

19   they would be willing to pay a very high

20   commission, if charged, rather -- rather than            02:23:36

21   bailing out.  That's -- that's a -- that's a

22   general economic phenomenon.  Of course, that's the

23   same phenomenon that comes into the definition of

24   the limits of a market.

25          Q.   (By Mr. Swanson)  Well, you indicated you     02:23:53

```
 1    could imagine circumstances where the developer      02:23:54

 2    would face high switching costs.

 3           Have you actually made any empirical

 4    investigation of -- of the extent of switching

 5    costs for developers in the real world?             02:24:05

 6        A.   No, I have not undertaken any detailed

 7    study of -- of developers.  I -- I have done what I

 8    consider to be the -- the necessary modeling to

 9    reflect the impact of their behavior on consumers,

10    and I haven't gone beyond that.                     02:24:30

11        Q.   Who -- who or -- or which firms are the

12    entrants into the PC game business that you have

13    been referring to?

14        A.   I -- I can't -- I can't recall the names

15    without going back to my report.                    02:24:51

16        Q.   Is Epic Games Store one of the entrants

17    you are relying on?

18        A.   I don't -- I don't even recall that.  I

19    would have to go and look.

20        Q.   Your understanding is that there have      02:25:10

21    been entrants into the PC game business?

22        A.   That is my -- my understanding; that

23    since 2018, the premise mentioned in these

24    paragraphs, 156 and 157, I believe, would be

25    counted among -- among them.                        02:25:32
```

Page 146

```
 1          Q.    So that would be the Epic Games Store,        02:25:34
 2     would be one, right?
 3          A.    As -- as I report, yes.
 4          Q.    And there's the reference to Steam.
 5                Was Steam -- Steam was not entrant; it        02:25:48
 6     was an incumbent, correct?
 7          A.    Yes.
 8                I would not make a distinction between
 9     incumbents and -- and entrants in -- in determining
10     the benchmark.                                          02:26:04
11                What we are doing here is asking, you
12     know, what -- what kinds of commissions are, in
13     fact, charged in a situation where there is
14     competitive pressure.  Clearly, obvious -- obvious
15     competitive pressure because there are multiple        02:26:21
16     incumbents for entry.
17          Q.    Now, in paragraph 157, you note:
18     "Previously, Steam had charged a constant
19     30 percent commission rate on game revenues.  Under
20     Steam's new commission structure, the commission       02:26:36
21     rate paid to Steam would fall to 25 percent on a
22     game's sales above $10 million, and decrease again
23     to 20 percent on sales above $50 million."
24                Do you see that?
25          A.    Yes.                                         02:26:50
```

Page 147

```
 1          Q.    You understand that a game that had sales      02:26:51

 2    below $10 million was -- is still charged the

 3    30 percent commission by Steam?

 4          A.    That's apparently the case, yes.

 5          Q.    Okay.  And you believe that that is a          02:27:08

 6    competitive reaction on the part of Steam in an

 7    actively competitive market?

 8          A.    I would say that it -- it remains to be

 9    seen.  I -- I would -- I would -- I would imagine

10    that small developers with sales less than this        02:27:29

11    have to rethink their alliance with Steam.

12          Q.    Do you --

13          A.    So maybe competitive pressures will come.

14          Q.    Do you -- are you aware of how many game

15    apps had their commissions reduced after Steam         02:27:48

16    changed its commission structure?

17          A.    No, I don't.  I mean, clearly the

18    10-million- and 50-million-dollar thresholds are

19    limiting you to large -- fairly large apps, so

20    there are not -- there are not so many of those.       02:28:14

21          Q.    Are you of the view that

22    Epic Game Store's 12 percent commission fee, which

23    you refer to in paragraph 156, is a proper

24    benchmark for the but-for world?

25          A.    It's certainly one of the -- one of the      02:28:38
```

                                                    Page 148

1  markets that I have cited as a potential benchmark,          02:28:44

2  yes.

3        Q.   Why does Epic Games Store charge a

4  12 percent commission and Steam charges a

5  30 percent commission, except for very -- except          02:28:56

6  for apps that earn more than $10 million?

7        A.   Well, I -- I would say that that --

8  that's a situation in which I would -- I would

9  expect that there's competitive pressure on Steam.

10       Q.   Do you have an understanding as to          02:29:24

11 whether Epic Games Store charged a below-cost

12 commission in order to attempt to attain critical

13 mass for its platform?

14       A.   I -- I -- I don't have a direct answer to

15 that question.  We -- we have looked at Epic's cost          02:29:48

16 structures, and my recollection from those

17 calculations for -- for Epic, in particular, is

18 that they are -- they are pricing above their

19 marginal costs.

20       Q.   Do you have an opinion as to whether          02:30:09

21 they're pricing above their average total cost?

22       A.   No, I haven't -- I haven't gone to look

23 at -- at -- at company's books.  I don't even know

24 if I have general access to the company's books so

25 that -- total cost and profits are available to me          02:30:28

                                                   Page 149

```
 1    only from firms that are publicly listed.  I don't     02:30:34
 2    even know if Epic is publicly listed.
 3         Q.   Do you know if Epic offers developers
 4    lucrative minimum guarantees in order to place
 5    their apps exclusively in Epic's Games Store?          02:30:48
 6         A.   No, I have not had any reports on that,
 7    and I haven't studied it.
 8         Q.   Do you agree that, since 2008, many
 9    online stores -- online app stores have charged a
10    30 percent default commission rate?                    02:31:11
11         A.   The question is am I aware that that is
12    the case?
13         Q.   Yes.
14         A.   No, I'm -- I'm -- I'm not aware that it's
15    the case.  I -- if you told me it -- with data,       02:31:26
16    that it was, I wouldn't be particularly surprised;
17    because a general economic pattern is that firm --
18    firms will -- will charge the current market price,
19    unless competitive pressures force -- force prices
20    down.  So the way I would ordinarily expect the       02:31:48
21    dynamics of a -- any market, including this market,
22    to work is that people would come in as potential
23    rivals in some form or another.  They would charge
24    these existing prices and see if they -- see if
25    they can sustain it.                                   02:32:08
```

```
 1        Q.   In the but-for world, how much time would      02:32:10

 2   it take before entry would lead Apple to charge the

 3   10 to 12 percent but-for commission level that you

 4   use as a benchmark?

 5            MR. BURT:  Objection.  Form.                     02:32:26

 6            THE DEPONENT:  I have -- I have no idea

 7   how -- I -- I would be, I think, a difficult

 8   calculation for -- for economists, so -- because

 9   it -- it -- it depends on the detailed evolution of

10   the structure of the market, and that's -- that's     02:32:48

11   much harder to predict than to predict that

12   competitive pressures, in general, will operate on

13   some timescale.

14        Q.   (By Mr. Swanson)  Do you agree that until

15   the day before yesterday, that Microsoft Store on      02:33:02

16   Windows charged game app developers a 30 percent

17   commission on paid transactions?

18        A.   I have -- I have looked at data from the

19   Microsoft Store in the past, but -- and I -- I

20   think I dimly recall that August 1st was a -- was a    02:33:20

21   switch date.  But beyond that, I don't remember any

22   details.

23        Q.   Do you understand that, before that

24   switch date, Microsoft charged a 30 percent

25   commission?                                            02:33:36
```

Page 151

```
 1        A.   I don't recall.  I just don't remember          02:33:40
 2   now.
 3        Q.   If you look at paragraph 158, tell me if
 4   that refreshes your recollection.
 5        A.   Well, yes, it does.  So your description         02:33:58
 6   is correct.
 7        Q.   So from the beginning of time until the
 8   day before yesterday, Microsoft charged a
 9   30 percent commission for game apps, correct?
10        A.   Apparently, so.                                  02:34:14
11        Q.   But you believe the commission that
12   Microsoft charged the day before yesterday is the
13   proper benchmark for the but-for world?
14             MR. BURT:  Objection to form.
15             THE DEPONENT:  No, I think to the                02:34:29
16   contrary.
17             What -- what you are -- are seeing right
18   now is a response to the Microsoft Store to
19   competitive pressure.  That's the -- the move from
20   30 percent to 12 percent is the -- is the effect of     02:34:44
21   competitive pressure.
22        Q.   (By Mr. Swanson)  How do you reconcile
23   the fact that the commission reduction announced by
24   the Microsoft Store that you cite is limited to
25   game apps; while, in the but-for world, you would     02:35:03
```

Page 152

```
 1    apply that rate to every app?                    02:35:06

 2              MR. BURT:  Objection.  Form.

 3              THE DEPONENT:  In -- in my calculations,

 4    I -- I assume that the competitive pressure that

 5    would be applied to Apple -- to the Apple Store    02:35:28

 6    would -- would come from things like rival -- rival

 7    Apple Stores or other competitive pressures that

 8    would -- would apply across the genres.

 9              If -- if the -- an alternative but-for

10    world was proposed in which that -- those           02:35:52

11    competitive pressures would differ across genres,

12    that could be built into the model.  But sitting

13    here as an economist, that's -- that strikes me as

14    being a -- a -- a secondary effect rather than --

15    rather than the common effect of Apple's conduct.   02:36:16

16        Q.  (By Mr. Swanson)  Professor, in

17    paragraph 159, you refer to the Discord Game Store.

18              Do you see that?

19        A.  Yes.

20        Q.  Are you relying on the Discord Game Store    02:36:43

21    as part of your analysis of the benchmark for the

22    but-for world?

23        A.  Give me a minute to reread my paragraph.

24              I -- the -- the intention of these

25    paragraphs is to mention this particular App Store  02:37:23
```

Page 153

```
 1    as -- as a competitive entrant.  I -- I believe it        02:37:31

 2    would be -- if they are, in fact, a competitive

 3    entrant, as I claimed here, it would be appropriate

 4    to look at their -- their commissions.

 5        Q.   If Discord shut down its game store,             02:37:47

 6    would that lead you to reconsider whether their

 7    commission rate was a proper benchmark for the

 8    but-for world?

 9        A.   Oh, I would definitely be curious as to

10    what the circumstances were, if that's something          02:38:08

11    that's actually happened.  Firms come and go for --

12    for a variety of reasons, so not -- not always

13    simply because they can't make money.

14        Q.   In paragraph 161, you state, that first

15    sentence, that you use 10 to 12 percent as to the         02:38:28

16    but-for commission rate?

17        A.   Yes.

18        Q.   Within that band, is there a point

19    estimate that you consider to be the most accurate

20    but-for commission rate?                                  02:38:47

21        A.   No, I think that that -- that band itself

22    is -- I also consider a 5.2 and a 15 percent

23    commission rate in -- in an appendix.  That -- I

24    think that band is representative of what the --

25    the competitive App Store market commission rate          02:39:09
```

Page 154

```
1    would be.                                        02:39:18

2         So, in my opinion, it's -- it's

3    appropriate for this analysis, but as -- as

4    additional data comes in, if -- if it does on the

5    behavior of comparable markets, then that's subject  02:39:27

6    to revision.

7         Q.  When you refer to 15 percent as an upper

8    bound for sensitivity checks, does that mean, in

9    your opinion, the but-for commission could be as

10   high as 15 percent?                                  02:39:50

11        A.  I am -- I am not offering an opinion that

12   is confined to 10 to 12, but my -- my judgment on

13   the basis of the benchmarks that I have now, that's

14   the most likely range.

15        The 15 percent is used because it is a --       02:40:09

16   it's a commission that Apple has currently adopted

17   for certain uses, and it, presumably, is at least

18   sufficient to cover their costs; otherwise, they

19   would not have adopted so low a commission rate.

20        The 5.4 commission rate, as stated in the       02:40:32

21   report, is based on credit -- credit card

22   comparables, which are somewhat, but not, perhaps,

23   as closely comparable as the PC game store -- app

24   stores.

25        MR. SWANSON:  I think we have going for a        02:40:54
```

Page 155

```
 1    bit over an hour.  Shall we take a break?          02:40:56

 2            MR. BURT:  Seems prudent.

 3            THE VIDEOGRAPHER:  We are now going off

 4    the record.  The time is 2:41 p.m.

 5            (Recess taken.)                            02:41:05

 6            THE VIDEOGRAPHER:  We are now back on the

 7    record.  The time is 2:52 p.m.

 8        Q.   (By Mr. Swanson)  Professor, in your

 9    but-for world, do you assume that there will be a

10    single uniform commission rate?                    02:52:46

11        A.   Yes, the but-for calculation that I do

12    uses one of these rates here, hovering in the 10 to

13    12 percent range or the two extremes, and seems

14    that's uniform.

15        Q.   Is there some reason why you would reject  02:53:16

16    the possibility that there would, in the but-for

17    world, be a tiered commission structure?

18        A.   I would not reject that possibility.  I

19    believe that, under competition, competition would

20    tend to erode a tier structure -- well, leave it at 02:53:45

21    that time.

22        Q.   Well, can you identify multiple stores in

23    your benchmark PC game market that do not use a

24    tier structure?

25        A.   I would have to go back to the data        02:54:14
```

Page 156

```
 1    behind the report because I don't -- I don't          02:54:17

 2    recall.

 3         Q.   You are aware that Steam has multiple

 4    tiers, correct?

 5         A.   Yes.                                         02:54:27

 6         Q.   Microsoft Store does not charge a uniform

 7    commission rate, correct?

 8         A.   I don't recall the details of their

 9    commissions.

10         Q.   Okay.  The Epic Game Store -- does Epic      02:54:35

11    uniformly charge 12 percent?

12         A.   I don't know that either.

13         Q.   You indicated earlier, I believe, that

14    your model assumes that only the commission rate

15    would be different in the but-for world; is that --    02:55:06

16    is that correct?

17              MR. BURT:  Objection.  Form.

18              THE DEPONENT:  In my but-for world, my

19    assumption is that the forces of competition would

20    drive the Apple Store commission rate down to          02:55:21

21    the -- the benchmark level for which the

22    calculation is done and that that would -- those

23    forces of competition would have the uniform effect

24    across -- across different genres, for example.

25         Q.   (By Mr. Swanson)  You are aware that         02:55:42
```

Page 157

```
 1    developers make payments, other than commission          02:55:44
 2    payments, to Apple, are you not?
 3         A.   Yes.
 4         Q.   Are you assuming that, in the but-for
 5    world, there would be no change in those other          02:55:56
 6    payments?
 7         A.   I don't think I made an explicit
 8    assumption on that in the sense that I -- I deal
 9    only with the impact of the Apple Store commission
10    on the prices for downloads set by the developers.      02:56:18
11    So I think the -- the model is -- is moot on --
12    mute on that issue.  It doesn't require an
13    assumption one way or the other.
14         Q.   If, in the but-for world, Apple charged a
15    5 percent royalty on developers' sales of iOS app       02:56:44
16    and in-app content through non-App Store channels,
17    would that affect the accuracy of your model?
18         A.   I think I understood your question, but
19    could you state it again just so I have the -- make
20    sure I have the right percentages going to the          02:57:08
21    right place.
22         Q.   Sure.  Fair enough.  And let me try to
23    make it as clear as I can.
24              In the but-for world, if you assume the
25    but-for commission that you currently assume, but       02:57:26
```

Page 158

```
 1    also assume that Apple charges a 5 percent royalty        02:57:29

 2    on developer sales of iOS apps and in-app content

 3    through non-App Store channels, would that affect

 4    the results of your injury and damage calculations?

 5         A.   Not -- not in the model that's currently        02:57:57

 6    formulated.

 7         Q.   And that's because the model does not

 8    take into account payments that developers make

 9    other than by other commission?

10         A.   Well, that's correct, and it also              02:58:20

11    takes no -- no account of the mechanism by which

12    Apple would -- would or could charge royalties

13    on -- on non-iOS -- iOS apps purchased through

14    some other means.  I -- I don't even know how that

15    would work.                                              02:58:43

16         Q.   Does your model assume that the level of

17    security and privacy with respect to apps that are

18    sold would be the same in the but-for world as it

19    is in the actual world?

20              MR. BURT:  Objection to form.                  02:59:11

21              THE DEPONENT:  I don't have an explicit

22    assumption, but my -- in my but-for world, the only

23    change is reduction in the Apple Store commission

24    due to competitive pressure, and I would say the --

25    the implicit assumption is that nothing else is          02:59:27
```

Page 159

1    changing in terms of the characteristics of apps or      02:59:31

2    the characteristics of the hoops they go through to

3    ensure that they are compatible and -- and not --

4    don't create vulnerabilities for the operating

5    system.                                                   02:59:48

6        Q.   (By Mr. Swanson)  If, in the but-for

7    world, Apple and competing iOS app stores charged

8    different commissions, how would you determine

9    where a developer would choose to place its apps?

10       A.   Well, certainly in the current analysis,        03:00:15

11   I don't explicitly model a -- a competitive market

12   with rival app stores, and I -- I don't have a

13   model of how developers choose where to place

14   their -- where to place their apps.

15           So, currently, the model calculations I          03:00:40

16   do don't -- don't depend on that.  I -- I don't

17   believe that, in considering common effect on the

18   consumer class, that that is going to be relevant.

19       Q.   Professor, could you turn to

20   paragraph 180 of your report.  This would be             03:01:02

21   pages 80 and 81.

22       A.   I have that in front of me.

23       Q.   Can you tell me what -- what Equation 8

24   is at the top of page 81?

25       A.   Equation 8 is a demand equation, the            03:01:38

```
 1    demand for downloads of -- of paid download apps.        03:01:44

 2         Q.    In Equation 8, does the quantity of apps

 3    downloaded depend on the price of the -- of the

 4    app?

 5         A.    Of the download, yes.                         03:02:03

 6         Q.    Does the quantity of the app downloaded

 7    depend on the price of any other app?

 8         A.    In this equation, as -- as written, it

 9    does not; although, those -- some of those features

10    are captured in other variables, and they can          03:02:29

11    appear in -- in the -- sorry.

12              (Interruption in proceedings.)

13              THE DEPONENT:  So let me step back a

14    minute before we heard voices.

15              So that, yes, only -- only the own price      03:02:56

16    enters this demand equation.  Competition is, to

17    some extent, reflected in the -- in the additional

18    variables that are -- that are in the equation.

19    There are -- there are time effects and -- and app

20    effects, and they will -- they -- they -- they,         03:03:21

21    essentially, absorb a lot of the information about

22    the environment in which a pricing decision is

23    being made.

24              But -- but I think that is the -- the

25    direct answer to your question.                         03:03:35
```

Page 161

```
 1        Q    (By Mr. Swanson)  By the way, have you      03:03:41

 2   been able to recall, since we discussed it, whether

 3   the elasticity demand estimate that you get is the

 4   same for all apps in a given genre at a given price

 5   point?                                               03:03:58

 6        A.   I haven't had -- I didn't go back and

 7   think about that.  But I think the -- the answer

 8   is -- in Equation 8 the answer is "no," because

 9   the -- the -- the different apps with different X's

10   will have the -- the same parameter alpha in         03:04:28

11   different levels of Q, and I think that will

12   produce different demand elasticities.

13        Q.   Okay.  In Equation 8, does the quantity

14   of the app demanded or downloaded depend on the

15   price of in-app purchases for that app?              03:04:55

16        A.   It does not.

17        Q.   In your model, if the price of the

18   Spotify app changes, would it impact the demand for

19   downloads of YouTube Music?

20        A.   Please repeat the question.                03:05:15

21        Q.   Sure.

22             And I will ask you to assume that

23   Spotify -- assume the time period when Spotify

24   actually had a positive price in its app.

25             But in that period, if the price of the    03:05:31
```

Page 162

1    Spotify app changes, would that impact the demand          03:05:35

2    for the YouTube Music app?

3        A.    The YouTube Music app?

4        Q.    YouTube Music, uh-huh.

5        A.    Okay.  I -- I understand the question.          03:05:46

6    Thank you.

7              The -- the answer is that -- in -- in

8    terms of what this equation captures in the

9    environment in which they start from, which,

10   itself, may -- may vary because of what's going on     03:06:09

11   in other -- other apps, a -- a -- a first order

12   effect of a price change is -- is -- comes from

13   their -- change in their own price.

14             So the answer is that -- not in this

15   model.                                                 03:06:34

16       Q.    Professor, are you familiar with the term

17   "pass-through" or -- or "passing on"?

18       A.    Yes --

19             MR. BURT:  Object --

20             THE DEPONENT:  -- I am.                       03:06:47

21       Q.    (By Mr. Swanson)  And -- and what's your

22   understanding of -- of that term?

23       A.    It's a -- it's a term which is used or

24   applied to a situation in which one side of a

25   market incurs a -- a charge, and the effect --        03:07:05

Page 163

```
 1    which affects their price, and then that, in turn,          03:07:16

 2    affects the price on the other side of the market.

 3            Leading example is in my report.  If a

 4    ad valorem tax is imposed, it has an impact on both

 5    the upstream and the downstream side.                        03:07:37

 6        Q.   Does -- well, speaking of your model and

 7    commissions, does competition between apps offered

 8    by different developers affect the degree of

 9    pass-through of commission?

10            MR. BURT:  Objection.  Form.                          03:08:09

11            THE DEPONENT:  To -- to first order, the

12    effect of a change in a commission on one developer

13    is -- is determined by their own price elasticity.

14            The -- the -- the circumstance in which

15    they are in and how their level of demand is,                03:08:28

16    what -- what the elasticity is -- their own price

17    elasticity is -- that they see is certainly

18    affected by -- by substitutes.  But the -- the --

19    the pass-through is the first order returned by

20    their own price elasticity.                                  03:08:53

21        Q    (By Mr. Swanson)  Do you agree that

22    economic theory teaches the different levels of

23    pass-through will result from different levels of

24    competition?

25        A.   Well, I think that -- I have a hard time            03:09:13
```

1    identifying an economic literature that's -- that's          03:09:18

2    specific to -- specific to pass-through, I think,

3    in the sense that you are using it.

4             But what is -- what is certainly true is

5    that -- is that the phenomenon of pass-through             03:09:33

6    is -- is related to the sensitivity of the parties

7    on the -- on the two sides of -- of the market,

8    and -- and their -- and their -- their cost and

9    their ability to substitute, and so forth, so that

10   you will certainly have different pass-through            03:09:54

11   rates for products that have different cost

12   structures or different demand elasticity.

13        Q.   And your opinion is that statement is

14   true of iOS apps?

15             MR. BURT:  Objection.  Form.                    03:10:13

16             THE DEPONENT:  I -- I would -- I would

17   expect that it is -- it is true to a degree that

18   there is -- there is a -- a common effect across

19   apps because apps have a -- similarities and

20   that -- but on -- as a second order, there -- there       03:10:30

21   will be differences among apps that can produce

22   second-order variables.

23        Q    (By Mr. Swanson)  Does an app developer,

24   in your model, make any choices in the but-for

25   world, other than changing its download price in          03:10:49

                                                          Page 165

1   its in-app purchase price?                        03:10:54

2         MR. BURT:  Objection.  Form.

3         THE DEPONENT:  The -- the assumptions

4   underlying my calculations and model are that those

5   prices -- or in -- in the different models, the     03:11:10

6   relevant one, are the only things that change.

7       Q.   (By Mr. Swanson)  Your model assumes that

8   developers choose a single price for all in-app

9   purchases, correct?

10      A.   Not quite.  There are -- there are        03:11:34

11  parent -- parent companies identified by Apple as

12  by parent IDs, and these companies may offer a

13  variety of in-app purchases so that -- and

14  there's -- there's -- there's -- there's,

15  essentially, a question of what happens at the --   03:11:58

16  at the parent level versus the individual app

17  level.  My -- my assumptions are at the parent

18  level.

19      Q.   Your -- just so I understand this, you

20  are assuming that, at the parent level, there is a  03:12:15

21  single in-app purchase price?

22      A.   No, I'm -- I am allowing in-app purchase

23  prices to vary app -- app by app, so even if they

24  are from the same parent...

25      Q.   I didn't want to interrupt if you are not  03:12:47

                                          Page 166

```
 1   finished.                                          03:12:50

 2        A.   That was the end.

 3        Q.   Okay.  Is it your understanding that each

 4   app has only a single in-app purchase price for the

 5   duration of its existence?                         03:13:09

 6        A.   Please repeat the question.  I didn't

 7   hear the last few words.

 8        Q.   Yeah.

 9             Is it your understanding that each app

10   has only a single in-app purchase price for the    03:13:19

11   duration of its existence?  This is a question

12   about the real world.

13        A.   No, I simply use the transactions data

14   with the price as listed so that it is -- it is

15   specific to the transaction.                       03:13:37

16        Q.   If a particular app at a particular time

17   offers a multiplicity of in-app purchase options,

18   what do you -- at different prices, what do you

19   assume in your model is the price for that app --

20   app's in-app purchase?                             03:13:57

21        A.   Please clarify the question.  You said

22   Internet, and I am not sure what that meant in this

23   context of the question.

24        Q.   Okay.  Let me try it again.  I'm sure I

25   screwed that up.                                   03:14:13
```

Page 167

```
 1                  For a given app that offers a            03:14:13

 2      multiplicity of in-app purchase options at

 3      different prices, what does your model indicate is

 4      the in-app purchase price?  Does it take account of

 5      all of those in-app purchase offerings, or does it   03:14:38

 6      average it, or does it do something else?

 7           A.   Each -- each transaction is treated as a

 8      purchase of a -- of a unit of -- of something.

 9      I'll -- I'll modify that later.  But treated it as

10      an in-app purchase of something, and -- and the --   03:15:04

11      there is certain amount that -- the consumer pays

12      for that.  And then in the but-for calculation, the

13      assumption is simply that the -- the share of the

14      reduced commission that goes to consumers is -- is

15      applied to that particular price paid by the         03:15:27

16      consumers.  So that's -- that's, mechanically, how

17      the calculation is done.

18           Q.   So if there is an app that offers in-app

19      purchases for 2.99, 3.99, and 4.99, how -- how does

20      your model determine what the pricing for those      03:15:53

21      three different offerings will be in the but-for

22      world?

23           A.   Each -- each one is treated as a separate

24      transaction, and the applicable share of the drop

25      in commission is applied to each -- each one.  So    03:16:10
```

Page 168

```
 1    if it's a reduction from, let's say, 30 percent for      03:16:16

 2    that particular transaction to 12 percent for that

 3    particular transaction, that's the -- that --

 4    that's -- that's the relevant reduction, and then

 5    they share that -- borne by the developer versus         03:16:34

 6    the consumer is -- goes into the calculation, and

 7    that's applied transaction by transaction, so

 8    there's no -- there's no sense in which there's

 9    aggregation across different in-app purchase units

10    in -- in the calculation.                                03:17:01

11        Q.   So sticking with my hypothetical of an

12    app that offers in-app purchases in the real world

13    at 2.99, 3.99, and 4.99, in your but-for-world

14    calculations, are you -- does your model change the

15    price of those three offerings by the same dollar        03:17:25

16    amount?

17        A.   No, it changes them by the same

18    percentage amount; so that if the -- if the

19    conclusion of the analysis is that -- that consumer

20    prices for -- for apps in that genre go down by          03:17:41

21    8 percent, then that 8 percent reduction is applied

22    to each individual transaction.  So 8 percent of

23    1.99, 8 percent of 2.99, 8 percent of 3.99.

24        Q.   Are you -- are you completely confident

25    that that's how the model works?                         03:18:05
```

Page 169

1       A.   I'm -- I'm -- I'm -- I'm quite confident.     03:18:14

2  There is -- there is aggregation going on, but I --

3  I don't -- in a sense that we -- we do aggregate

4  over apps within a -- within a parent, but I -- I

5  think that, functionally, the -- the -- the         03:18:28

6  calculation is -- produces the same number.  That's

7  what I just described.

8       Q.   Do you -- does your model assume that

9  each developer sells a single app?

10      A.   No, it -- it -- it -- it treats every app   03:18:49

11  transaction as a -- an individual transaction

12  and -- and -- and does a -- a -- a calculation of

13  how that transaction would change in the but-for

14  world.

15      Q.   Do -- do you allow a zero to be a      03:19:11

16  profit-maximizing choice for the download price?

17      A.   I do in the sense that I consider a -- a

18  large group of business models for which that will

19  be -- when I say "group," I consider a -- a

20  predominate business model in which that -- that is  03:19:45

21  the case.  I -- I do not calculate download prices,

22  except within a given business model.  I'm assuming

23  that the -- a given app developer continues to use

24  but for the business model that they used as is.

25      Q.   And you -- the business model for which   03:20:10

1    you -- or your model operates with zero pricing is          03:20:14

2    the business model of free download but in-app

3    purchase offering; is that right?

4        A.   If I understand your question, it's the

5    other -- the other way around; namely, that the              03:20:36

6    business model, which has a paid download and no --

7    no IAP, is one -- one that I consider.  And the

8    business model in which paid download, plus paid

9    IAP is one that I consider; although, its -- its

10   role -- its role in this market is quite small, and         03:21:01

11   the third category is the three download paid IAP

12   category, which is the dominant business model in

13   this market.

14       Q.   And for apps that offer in-app

15   purchasing, a zero price for the download could             03:21:18

16   increase demand for in-app purchases, could it not?

17       A.   Please ask it again.

18       Q.   For apps that offer in-app purchases, a

19   zero price for the download could increase demand

20   for in-app purchases, could it not?                         03:21:38

21       A.   In -- in the business model in which

22   there is paid download and paid apps, there is a

23   balancing going on by the -- by the developer

24   and -- under product maximization in which that --

25   that is a -- is a consideration.                            03:21:59

Page 171

```
 1              One aspect in my model, though, is that      03:22:02

 2     I -- I -- I assume that in -- in in-app purchases,

 3     consumers are making those purchases without the

 4     foresight as to exactly what they might download as

 5     an in-app purchase later.                             03:22:22

 6         Q.   So you are assuming that, when a consumer

 7     decides whether or not to download an app, their

 8     decision is not affected by the price of any in-app

 9     purchase option in that app?

10         A.   That -- that's correct.  The -- the         03:22:45

11     economic reason for is that consumers are often

12     unaware what their opportunities will be.  They

13     view that as a -- they often make a conditional

14     decision, which they don't have to make now, and so

15     they tend to pay little -- little attention to what  03:23:03

16     the -- what the long-run operating costs might be

17     when they make these initial choices.

18         Q.   Could zero be a profit-maximizing price

19     for an app that does not offer digital in-app

20     purchases?                                            03:23:33

21         A.   Only -- only -- only if it has zero

22     marginal costs, and my general observation and

23     opinion is that there are positive marginal costs

24     for -- for app producers; that there is some issue

25     of whether -- whether all costs are captured, but    03:23:55
```

Page 172

| | |
|---|---|
| 1 | there are elements of marginal costs which are | 03:24:04 |
| 2 | clearly positive. |
| 3 | Q.   Does Uber have any marginal cost with |
| 4 | respect to its app? |
| 5 | A.   I haven't specifically studied Uber, but | 03:24:23 |
| 6 | I have little doubt that they do. |
| 7 | Q.   And -- and why do you think Uber charges |
| 8 | a zero price? |
| 9 | A.   Zero price for what? |
| 10 | Q.   Oh, for a download. | 03:24:37 |
| 11 | A.   You mean for the initial download? |
| 12 | Q.   Correct. |
| 13 | A.   Well, in that -- in that sense, Uber is |
| 14 | no different than the majority of -- of iOS app |
| 15 | developers.   The predominant -- predominant model | 03:24:54 |
| 16 | is free download, followed by IAP purchases. |
| 17 | That's the -- that's, I think, the same as the Uber |
| 18 | model. |
| 19 | Q.   In your model for downloading apps, does |
| 20 | the quantity of in-app purchases impact the demand | 03:25:18 |
| 21 | for apps? |
| 22 | A.   I will -- I will try to be precise. |
| 23 | As a -- as a direct effect, no, and for |
| 24 | the reasons that I stated in the previous response; |
| 25 | namely, that there is, I think, strong economic | 03:25:47 |

Page 173

```
 1    evidence that, in decisions like this, consumers        03:25:54

 2    either don't know or they don't bother to acquire

 3    the information about what downstream costs might

 4    be.

 5         Q.   Does your model assume that all apps in        03:26:14

 6    the same category or genre face demand functions

 7    with the same price sensitivity?

 8         A.   Yes, that's -- the current model does --

 9    has that form.  It -- it could be elaborated if

10    there is evidence available that there are             03:26:36

11    significant variations from that over -- over the

12    apps.

13         Q.   Well, did you have any empirical basis

14    for the assumption that you made?

15         A.   I would say that it -- it's not an            03:27:00

16    empirical assumption.  It's a -- it's a modeling

17    assumption that is to -- you -- you start a model.

18    You keep it as -- as simple as you can to capture

19    the effects that you need to capture, and so this

20    is the -- the starting point is the simple             03:27:19

21    assumption that there's a common -- common effect,

22    and you elaborate the model as -- if you need to.

23         Q.   Does your model rest on the assumption

24    that consumers have identical preferences?

25         A.   No, I think there is no -- no assumption      03:27:41
```

Page 174

```
 1    like that.                                          03:27:43

 2         Q.   You derived your demand model from a

 3    consumer utility maximization framework, correct?

 4         A.   I have an appendix in which I show that

 5    one can do so, but I would say that that's --       03:28:01

 6    that's, essentially, a demonstration of a

 7    capability, not a -- not a rigorous derivation.

 8    That is, model -- Equations 8 and 9, which we

 9    discussed before, are -- are fundamentally an

10    empirical model of -- of demand for these products  03:28:21

11    for downloads and for IAP.

12         Q.   And is the appendix that you were

13    referring to in your answer Appendix D, as in

14    "Dan"?

15         A.   Correct.                                  03:28:39

16         Q.   Okay.  Do all consumers in that framework

17    have the same probability of downloading an app?

18         A.   You are referring now specifically

19    to the -- to that appendix?

20         Q.   Yes.                                      03:29:05

21         A.   I would like to go to that and just

22    refresh myself quickly.

23         Q.   Of course.

24         A.   The answer is that -- that model, as

25    written, has -- has variation across consumers only 03:29:46
```

```
 1    -- only in an idiosyncratic taste term, and that        03:29:54

 2    term is specified so that the probabilities have a

 3    -- have a lojic form.  That's a relatively

 4    restricted, although empirically, widespread --

 5    wide, often used form, and if -- if it was             03:30:14

 6    important to connect Equations 8 and 9 back to

 7    economic theory, this -- this could be elaborated

 8    to include more variation across consumers if it's

 9    -- if it seemed appropriate.

10          But as I say, my -- my view is that 8 and       03:30:40

11    9 are, essentially, practical and empirical

12    specifications of market -- market demand, and the

13    connection back to utility theory is satisfying for

14    an economist, but -- but not essential to the use

15    of 8 and 9.                                            03:31:00

16       Q.   Changing subjects to -- sort of back to

17    the 99-cent price tiers for the 99-cent pricing,

18    your model -- well, does your model and its

19    estimations take account of the fact that, in the

20    actual world, developers are choosing prices          03:31:31

21    subject to the price tiers?

22       A.   The answer is:  The way the model is

23    currently implemented, we treat the price they

24    actually charge as their profit-maximizing price,

25    even though it will be on a price tier.                03:31:50
```

Page 176

```
1              We treat their -- their but-for product        03:31:54

2    maximizing price as if it would be whatever that

3    maximization is without pushing it back to a

4    price-tier approximation.

5              So that's, mechanically, the way -- the        03:32:11

6    way the current calculation works.

7         Q.   Your model allows the price of a 99-cent

8    app in the real world to drop to 96 cents, to pick

9    a number in the but-for world, right?

10        A.   It would, yes.                                 03:32:34

11        Q.   And if Apple's pricing tier still applied

12   in the but-for world, do you know what price a

13   given developer would set if its but-for-world

14   app-price estimation is 96 cents?

15        A.   Well, I can -- I can tell you how the          03:33:01

16   model would be modified to -- to take that into

17   account, and what it would do is calculate the

18   profit associated with the -- the price-tier points

19   that are available and would maximize among those.

20             So I believe in the case that the -- the       03:33:24

21   unrestricted price would be 96 cents; that the two

22   nearest alternatives are zero and 99 cents.  The

23   zero will clearly yield zero profit, zero revenues,

24   so the 99 cents would be the next place the

25   developer would go.                                      03:33:48
```

Page 177

```
 1        Q.   If your model indicates that, in the          03:33:56

 2   but-for world, an app -- download price for an app

 3   would be 96 cents, if you were to adapt the model

 4   to allow for the price tiers to exist in the

 5   but-for world, what -- would the -- would the          03:34:13

 6   developer, in such a case in your adapted model,

 7   charge 99 cents or would the developer charge zero?

 8        A.   I think it's clear -- clear that

 9   99 cents -- developers would continue to -- to

10   charge 99 cents, and a developer whose initial        03:34:31

11   charge is higher, let's say 3.99, would -- would,

12   again, come in on a tier and would either stay at

13   3.99 or would go all the way down to 2.99, even if

14   the optional price for him would be, say, 2.50.

15   And it would depend on a calculation of -- of how      03:34:57

16   profitable each of the tier points is.

17        Q.   In a model that adapted for Apple's

18   tier-price structure, would developers ever charge

19   zero in the but-for world?

20        MR. BURT:  Objection.  Form.                      03:35:19

21        THE DEPONENT:  If they have positive

22   marginal costs, then they -- they have an interest

23   in charging a positive price -- well, actually,

24   even if they have zero marginal cost, they have an

25   interest in charging a positive price; otherwise,      03:35:38
```

Page 178

```
 1    they -- they have no revenue.                      03:35:40

 2           So they -- they would -- they would

 3    presumably find the 99-cent tier at least better

 4    than -- than zero.  But, of course, the calculation

 5    would be that they would -- they would cycle         03:35:52

 6    through all the possible price tiers and pick out

 7    the ones that is most beneficial for them.

 8       Q.   (By Mr. Swanson)  Do you -- do you regard

 9    99-cent pricing as focal?

10           MR. BURT:  Objection.  Form.                 03:36:15

11           THE DEPONENT:  Well, the world "focal" is

12    used in many -- many contexts, and I am not sure

13    always the same way.

14           Generally, my -- I'm -- what I'm aware of

15    is that consumers often think of prices somewhat    03:36:33

16    categorically, so that if something is near -- near

17    a dollar, they think of it as a dollar.  If it's

18    99 cents, sometimes they -- they seem -- seem to

19    have the illusion that it's -- it's less than a

20    dollar.  Perhaps the illusion that it's            03:36:51

21    substantially less than a dollar.

22           So -- the -- the term "focal" is usually

23    used to apply to the idea of -- of what -- what --

24    consumers, when they see something, they -- they

25    associate it with a particular value.              03:37:09
```

Page 179

```
 1              So that -- I ask you what -- what's the      03:37:11

 2    percent chance that you -- you will buy something.

 3    They will typically give an answer:  Well,

 4    100 percent or 90 percent or 75 percent.  They

 5    won't say 83.4 percent.                             03:37:28

 6              That's what I normally mean by "focal,"

 7    and if -- if that's what you mean -- perhaps you

 8    could ask the question again.

 9        Q.   (By Mr. Swanson)  Does your model, which

10    assumes there are no price tiers in the but-for      03:37:42

11    world, take account of the likelihood that

12    consumers will more likely choose a 99-cent price

13    than a even one-dollar price?

14              MR. BURT:  Objection.

15        Q.   (By Mr. Swanson)  All other things being    03:37:59

16    equal?

17              MR. BURT:  Objection.

18              THE DEPONENT:  The answer is:  No, the

19    model does not take that into account.  Could it?

20    If -- if there were -- if there were a symptomatic   03:38:07

21    pattern of consumers misinterpreting prices to

22    focal points, then that -- the model could be

23    easily modified to take that into account.

24              But I -- I would say that, in my -- in my

25    opinion, with some experience in both consumer work  03:38:29
```

Page 180

| | | |
|---|---|---|
| 1 | and -- and behavioral economics, that these -- the | 03:38:33 |
| 2 | phenomena are -- as they exist, are very -- are | |
| 3 | very hard to systematize and quantify so that I | |
| 4 | think that there would be a misleading deviation | |
| 5 | from the purpose of the model, which is to find a | 03:38:54 |
| 6 | common effect. | |
| 7 | Q    (By Mr. Swanson)  Well, if -- if aspects | |
| 8 | of the real world deviate from finding a common | |
| 9 | effect, shouldn't you take account of the aspects | |
| 10 | of the real world? | 03:39:13 |
| 11 | MR. BURT:  Objection to form. | |
| 12 | THE DEPONENT:  Well, the -- the answer | |
| 13 | is:  If -- if there were systematic patterns in | |
| 14 | behavior, it would -- it would be appropriate to | |
| 15 | take those into account so that if -- if consumer | 03:39:30 |
| 16 | demand is influenced in some systematic way by | |
| 17 | focal points, then it would be appropriate for -- | |
| 18 | to build a demand model in which only focal points | |
| 19 | appear or -- or are given some extra role, but | |
| 20 | as -- as I say -- so the answer is:  Yes, if that | 03:40:01 |
| 21 | was systematic and there was a -- a good history in | |
| 22 | economics that it mattered and there was a way to | |
| 23 | handle it, I think it would be appropriate to | |
| 24 | include it. | |
| 25 | If it's a -- if it's somewhat speculative | 03:40:15 |

Page 181

| | |
|---|---|
| 1 | and -- and not very well-established phenomenon, | 03:40:19 |
| 2 | then I think it's -- it's probably more speculative |
| 3 | and dangerous to try to build it in than it is to |
| 4 | look -- look for the -- look for the -- the average |
| 5 | effect that -- that is not trying to build it in. | 03:40:36 |
| 6 | Q.   (By Mr. Swanson)  Have you studied |
| 7 | developer pricing in the Android environment where |
| 8 | there are no price tiers? |
| 9 | A.   I have not. |
| 10 | Q.   Do you have any idea whether developers | 03:40:54 |
| 11 | more frequently choose prices that end in 99 in the |
| 12 | Google Play Store than otherwise? |
| 13 | A.   I -- I don't.  I mean, I'm aware that |
| 14 | prices that end in 99 cents or -- or some other -- |
| 15 | .9 or -- are quite common in the real world and | 03:41:16 |
| 16 | that, presumably, are a -- a business response to |
| 17 | consumers' perceptions.  But I don't -- I don't |
| 18 | know specifically anything about the Google Store. |
| 19 | Q.   You are aware that many developers have |
| 20 | the same app functionally in the Apple App Store | 03:41:37 |
| 21 | and the Google Play Store, are you not? |
| 22 | A.   I'm aware that -- that there are many |
| 23 | that do, and there are -- there are many who do |
| 24 | not. |
| 25 | Q.   As to the many that do, would you, as an | 03:41:55 |

Page 182

```
 1    economist, have any prediction as to whether the        03:41:58

 2    developer would charge the exact same price in the

 3    Google Play Store, even if there are no price tiers

 4    in the Google Play Store?

 5         A.    I -- I imagine that the -- the              03:42:25

 6    considerations of the developer in this situation

 7    are -- are multifold.  It's interested in

 8    maximizing profits within each store, but it is

 9    also -- cares -- cares about its -- its image or

10    whether the store in which its selling product        03:42:45

11    would do different pricing elsewhere as

12    being some -- some explicit or implicit violation

13    of some kind of the most-favorable-nation

14    understanding.

15              So I -- I -- I can imagine that             03:43:05

16    developers would be cautious about charging

17    substantially different prices.  But on the other

18    hand, it seems to me that they -- they might well

19    choose to do so.

20         Q.    Well, do you have any basis, other than    03:43:24

21    imagining that Apple has any most-favored-nation

22    requirement on developers with respect to pricing

23    in the -- in the Google Play Store?

24         A.    No, my -- my statement was a

25    hypothetical.  I have no information.                 03:43:42
```

Page 183

1          Q.    Have you evaluated to what extent, if          03:43:47

2     any, your demand estimates are driven by your

3     supplemental cost data as opposed to the observed

4     relationships between price and quantity?

5          A.    Yes, I do have a sense of that, and --          03:44:05

6     and their influence is not zero.  But much -- much

7     of the analysis would be similar and -- and give

8     roughly similar results with -- with different

9     bounds drawn -- drawn from the -- the cost data for

10    this limited number of developers.                         03:44:33

11         Q.    Do -- do you agree that your profit

12    margin constraints are algebraically equivalent to

13    constraints on your price-sensitivity parameters?

14         A.    Yes, that's an algebraic relationship.

15         Q.    Would you expect that most of your          03:44:56

16    price-sensitivity parameters would depend on the

17    observed transaction data?

18         A.    I believe you are asking me a question

19    about the estimation and what drives the

20    estimation.  Essentially, in -- in terms of -- of          03:45:23

21    the data and what drives the estimation in terms of

22    the data are the -- are the price variations that

23    we do see for specific transactions.  That's --

24    that's the most critical economic experience, if --

25    if I can use that term, which determines those --          03:45:50

Page 184

```
 1    those price coefficients.                        03:45:54

 2           So in -- in that -- in that sense, the

 3    answer to your question is that -- that the price

 4    data for transactions is -- is important and -- and

 5    is -- is largely determinative.                  03:46:09

 6       Q.   Would it surprise you if you learned that

 7    most of your price-sensitivity parameters do not

 8    depend at all on the observed transaction data?

 9       A.   I -- I don't know quite what you mean by

10    that hypothetical.                               03:46:34

11           What I -- what I can tell you is that

12    the -- the estimation was carried out using the --

13    using the conditions that -- that come from the --

14    the price sensitivity with bounds that come from

15    developer margin data, and -- and that's -- that's  03:46:58

16    an integrated estimation.

17           The -- the statement that you -- you

18    could -- you could drop -- drop the transactions

19    data, I don't -- I don't even know what that would

20    mean econometrically.                            03:47:19

21       Q.   Could you -- could you please turn to

22    paragraph 186 of your report.  It starts on

23    page 182.

24       A.   Yes, I have that paragraph.

25       Q.   You state there that you "do not need    03:48:03
```

Page 185

1    every app developer's cost to assess common          03:48:04

2    economic impact because I use consumer demand and

3    app developer's profit maximization conditions

4    estimate to app developer's costs."

5           The question is:  Do you need any app          03:48:17

6    developer's costs to assess common economic impact?

7       A.   The -- the answer is that you -- you do

8    not, but the accuracy of the calculations can --

9    can be improved because app developer's cost data

10   allow you to determine the demand parameters more    03:48:49

11   precisely, and that's -- that's useful for the

12   conclusion.

13      Q.   How many app developers do you need cost

14   information for in order to be confident in the

15   precision of your estimates?                          03:49:09

16      A.   Right now, I have developer cost data

17   that I'm using on roughly ten developers or ten

18   individual apps.  And I use those data in a quite

19   flexible and robust way by using to establish

20   fairly broad bounds.                                  03:49:42

21           And so in response to your question,

22   how -- how many -- the question -- the answer would

23   be in the -- in the way -- way I'm using it now.

24   I -- I have used a method that I think is

25   appropriate to the -- to the ten -- ten or so, the    03:50:03

Page 186

 1    developer's costs data files that I have.  If --        03:50:07

 2    if, in the future, circumstances were changed --

 3    changed -- I know that, for example, there is

 4    developer data that we received too late to be

 5    included in my analysis.  If those data or             03:50:27

 6    additional data became available, then it would be

 7    appropriate, I think, econometrically to -- to

 8    adjust those bounds.

 9        Q.    I saw six developers or apps for which

10    you indicated you had cost data:  Pocket Gems,         03:50:51

11    Playtika, P-L-A-Y-T-I-K-A, Epic Games, Spotify,

12    Pandora, and Netflix.

13            Are there four more?

14        A.    No.  The -- the six are certainly the

15    number of -- of parents, and -- but I would have to    03:51:06

16    go back and -- and look -- look more carefully at

17    the underlying calculations to see if we broke out

18    individual apps within the -- within the parent, so

19    I -- I accept six as the -- the number of parents.

20    That sounds right.                                     03:51:30

21        Q.    Okay.  And do you provide any evidence in

22    your report to show that these six developers are

23    representative of the full universe of developers?

24        A.    I would say that they -- they are

25    representative, but they are certainly not a random    03:51:49

                                                             Page 187

```
 1    sample.  And, for example, they -- they are          03:51:52

 2    weighted -- you know, to the extent six

 3    observations are weighted, they are weighted to

 4    public companies and to -- to Epic.

 5          So to -- to -- to answer the question,         03:52:08

 6    how representative they are, that would be useful

 7    to have more developer data.

 8          Q.   Have you tested whether the six are

 9    representative of developers in the class with

10    respect to revenue distribution?                     03:52:25

11          MR. BURT:  Objection to form.

12          THE DEPONENT:  I -- I don't recall the

13    exact calculation, but these are all substantial

14    developers with substantial revenue, so they are at

15    the upper end.  The -- the distribution of           03:52:47

16    developers itself is extremely skewed with --

17    there's, what, ████████ developers in a large

18    subsample of the entire transactions database.

19    Only -- only ████████████████████████ of

20    those ever -- ever get purchased so that there's a   03:53:10

21    huge tail of -- of apps that are still in the

22    Apple Store but, basically, are -- have no -- no

23    real impact.

24          And then among the -- the developers -- I

25    think there are approximately -- approximately      03:53:31
```

Page 188

```
 1    ███████████████████    apps that, themselves,        03:53:35
 2    produces  ████████  of Apple Store revenues so
 3    that -- and I believe all -- all of my cost data is
 4    from that group.  So they -- they -- they
 5    represent, I don't think, inappropriately --         03:53:55
 6    actually appropriately the -- the subclass of -- of
 7    apps and developers that are major sources of
 8    revenue for the Apple Store and major sources of
 9    expenditure for consumers.
10        Q.   (By Mr. Swanson)  Did -- did you take       03:54:14
11    steps to validate the marginal costs estimated in
12    your model against the real world?
13        A.   Well, in -- I -- I do in the following
14    sense.
15            First of all, I ask my staff -- my -- my    03:54:31
16    associates, "Look carefully at the accounting data
17    that comes from the developers and, to the extent
18    that this can be discerned, to isolate components
19    of costs that are clearly marginal cost
20    components," and I've -- I've -- those -- those      03:55:00
21    basically go into the gross margins on which I --
22    which I -- is the empirical evidence on which I
23    base bounds on gross margins.
24        Q.   Are you -- are you finished?  I'm sorry,
25    I don't want to interrupt.                           03:55:29
```

Page 189

```
 1        A.   I'm finished.                              03:55:31

 2             MR. SWANSON:  Okay.  I think we've gone

 3   for another hour.  Maybe a little bit beyond that.

 4   Should we take a break?

 5             MR. BURT:  That's good.                     03:55:40

 6             THE VIDEOGRAPHER:  We are now going off

 7   the record.  The time is 3:55 p.m.

 8             (Recess taken.)

 9             THE VIDEOGRAPHER:  We are now back on the

10   record.  The time is 4:0- -- I'm sorry, 4:08 p.m.    04:07:56

11        Q.   (By Mr. Swanson)  Professor, would you

12   turn to paragraph 218 in your report, please.

13        A.   Yes, I have that.

14        Q.   In paragraph 218, you indicate that you

15   used a 1/10th of 1 percent sample of the Apple IDs   04:09:00

16   and the transactional data; is that correct?

17        A.   Correct.

18        Q.   And you indicate that "Statistical

19   principles teach us that a subsample of data is

20   representative of the whole data if it is randomly    04:09:18

21   drawn."

22             Do you see that?

23        A.   Yes.

24        Q.   So is it your expectation that if you ran

25   your model on multiple randomly drawn samples, that   04:09:31
```

Page 190

```
 1    the results would not be materially different?          04:09:38

 2         A.   That's correct.

 3         Q.   If you did that and you got materially

 4    different results, would that lead you to question

 5    the reliability of your original sample?               04:09:53

 6         A.   The original sample was impeccably drawn

 7    on the basis of Apple Store's hexadecimal

 8    identification of accounts, so there should be

 9    absolutely no defection in the statistical sample.

10    So if there were material differences, it would        04:10:21

11    raise the question as to whether the Apple Store

12    representation of their coding is correct.

13         Q.   You only run your model on three app

14    genres; is that correct?

15         A.   That's correct.                              04:10:45

16         Q.   And as to two of them, you combine -- you

17    combine them together, music and entertainment,

18    correct?

19         A.   Correct.

20         Q.   Have you confirmed that your model is        04:10:57

21    valid for the other genres in the App Store?

22         A.   At this point, I have not done the other

23    genres.  The reason for picking the ones that I do

24    is that they represent a very substantial share of

25    Apple Store revenues and, consequently, a very         04:11:19
```

Page 191

```
 1    substantial share of the -- of the damages, so it        04:11:21
 2    would take unusual variations in -- in the
 3    remaining genres to have -- have a -- a different
 4    overall conclusion than I have reached.
 5         Q.   There are another two dozen additional         04:11:43
 6    genres, correct?
 7         A.   There are, yes.
 8         Q.   Have you -- well, do you have any opinion
 9    as to whether there are unusual variations in any
10    of those?                                                04:11:57
11         A.   I -- I have not looked at them, so at
12    this point, I can't make that judgment.  There may
13    be differences, but as I say, I think that these
14    categories I did consider that are the majority of
15    App Store revenues are going to substantially           04:12:21
16    control the overall conclusions of the -- of the
17    harm to the class.
18         Q.   Do you have -- well, strike that.  I'm
19    sorry.
20              Can you tell us how you would apply your      04:12:42
21    model to apps in the sports genre?
22         A.   I -- I would anticipate that the same
23    model structure would be applied to that genre, but
24    I don't know the details of -- of how it operates.
25    Is it a -- is a pay-per-view business model?  The      04:13:06
```

Page 192

1    question would be whether the business model of          04:13:11

2    those developers is -- is the same as one of the

3    ones that I have currently adopted.

4         Q.   And would that be important to determine

5    how to apply margin constraints?                          04:13:23

6         A.   Not necessarily if -- it may well be that

7    the free -- free download paid IAP model that is

8    now dominant among the -- the gaming developers is

9    also the business model used by the sports

10   developers.  I suppose that -- royalties and             04:13:50

11   licenses are, obviously, serious consideration in

12   sports apps, and so they may look more like music

13   and entertainment apps than they do like game apps.

14        Q.   Have you -- have you examined the apps of

15   the two named Plaintiffs in the developer class          04:14:15

16   action?

17             MR. BURT:  Objection.

18             THE DEPONENT:  I have not.

19        Q.   (By Mr. Swanson)  Would you expect that

20   your model would apply to the apps of those two          04:14:25

21   developers?

22        A.   I -- I would have to go and look at what

23   apps they actually purchased, but they -- the model

24   is certainly intended to apply to them as well as

25   to the class as -- as a whole.                           04:14:43

Page 193

```
 1        Q.   Well, I was referring to the developer        04:14:48

 2   class action, not -- not the consumer class action.

 3             I was asking if you have looked at the

 4   apps and whether your model would apply to the apps

 5   of the named Developer Plaintiffs?                      04:14:59

 6        A.   Oh, I'm sorry, I -- I did mishear your --

 7   your question.  I was thinking of the consumer

 8   class.

 9             The answer is:  I am not familiar, in any

10   detail, with the developer suits or actions, and I     04:15:14

11   have -- aside from my six or so developers' cost

12   data, I have no additional cost data on developers.

13        Q.   Okay.  And why did you run the music and

14   entertainment genres together in your model?

15        A.   They -- they seem to be a similar            04:15:44

16   business model in which royalties or content were

17   important so that their -- their gross margins were

18   lower, but the -- but similar between -- between

19   the two categories.

20             And they could -- they could have been       04:16:06

21   broken out, but, again, my rule was to start

22   simple, and if it seemed to explain things, not --

23   not go through the elaborations.

24        Q.   Could you turn to paragraph 13 of your

25   report, please.  It's on page 5.                       04:16:26
```

Page 194

```
 1        A.    Yes, I have it.  Let me take a moment to      04:16:49

 2   read it.

 3        Q.    Sure.

 4        A.    Yes, I have reread it.

 5        Q.    You state that "Common... evidence            04:17:15

 6   supports the conclusion that, absent the alleged

 7   misconduct, all or nearly all consumers of iOS

 8   apps or in-app content would have paid lower prices

 9   for their purchases."

10              Are you offering the opinion that Apple's     04:17:29

11   alleged conduct injured all, as in 100 percent, of

12   the consumers in the class?

13        A.    No, the -- the -- the complaint alleges

14   that in -- in situations where the extra

15   competitive commission of Apple led to increased     04:17:54

16   prices for apps relative to what they would have

17   been in the but-for world, those -- those consumers

18   are harmed by its -- its net calculations done

19   consumer by consumer.  And we can identify the --

20   the -- the level of harm or magnitude of harm        04:18:15

21   associated with each individual consumer.

22        Q.    But you are not offering an opinion that

23   100 percent of consumers in the class were injured;

24   is that correct?

25        A.    It's -- it's -- it's correct.  That --     04:18:30
```

Page 195

```
 1    that is not -- that is not a necessary opinion for      04:18:32

 2    the analysis and is not implied by the analysis.

 3         Q.   So is it your opinion that virtually all

 4    consumers in the class were injured by Apple's

 5    conduct?                                                 04:18:46

 6         A.   That is a conclusion that I reach on the

 7    basis of the model, the results.

 8         Q.   What does "virtually all" mean?

 9         A.   In the model, in its current form, it

10    means that about 94 percent or -- or more of            04:19:02

11    consumers were harmed.  They paid higher prices

12    than they would have in the but-for world.

13         Q.   How many consumers is 6 percent?

14         A.   Well, I -- I -- I can't do the arithmetic

15    in my head.                                             04:19:29

16         Q.   Well, how many consumers are in the

17    class?

18         A.   I don't recall that either.

19         Q.   Is it more than 100 million?

20         A.   I -- I don't remember seeing the              04:19:42

21    number -- I don't remember the number, so I don't

22    recall.

23         Q.   I haven't seen in it your report.

24              How would calculate how many consumers

25    are in the class?                                       04:19:52
```

Page 196

```
 1        A.   Oh, that's a well -- well determined by      04:19:54

 2   the definition of the -- of the class.  The class

 3   consists of all U.S. domestic consumers with

 4   some -- some, obviously, exclusions who paid for

 5   either a download or an IAP through -- through the    04:20:10

 6   class period.  So you simply go to the Apple

 7   transactions data and find all the -- all the IDs

 8   of people who had a paid transaction.

 9        Q.   And have you -- have you done that?  Have

10   you counted that number?                              04:20:35

11        A.   Well, my team has -- has certainly done

12   that.  Whether they have actually produced that

13   number, I don't know.  If -- if I have seen it, I

14   don't recall it.

15        Q.   If -- if 1 million consumers in the class   04:20:51

16   are not injured, would you still say that virtually

17   all were injured?

18            MR. BURT:  Objection.

19            THE DEPONENT:  My -- my number is 96 --

20   94 percent, by my model, appear to be injured.        04:21:05

21   And -- and that's -- that's the number on which I

22   make the statement "virtually all."  94 percent is

23   a very large proportion.

24            I should say, in -- in addition,

25   they are -- by a vast proportion, the sources of      04:21:24
```

Page 197

```
 1   Apple Store revenue sold at the -- the small share      04:21:34

 2   of consumers who, in the model, appear to be

 3   uninjured account for far less than █ percent of

 4   the total revenue in the Apple Store.

 5        Q.   (By Mr. Swanson)  Well, are -- are you        04:21:56

 6   offering the opinion that as many as 10 million

 7   consumers are uninjured?

 8             MR. BURT:  Objection.  Form.

 9             THE DEPONENT:  I'm offering -- offering

10   the opinion that it -- it may be the case that as        04:22:15

11   many as 6 percent of -- in the class are uninjured.

12        Q.   (By Mr. Swanson)  And to --

13        A.   And -- and -- and I should say -- let me

14   say, in -- in the current model -- this is -- this

15   is subject to something specific to the model -- it      04:22:38

16   could change as the model changes.  It could change

17   as additional data from the App Store becomes

18   available.  So it's -- it's not -- it's not a fixed

19   number.  The -- the important feature is that it is

20   a -- a small share.                                      04:22:57

21        Q.   And to determine how many uninjured

22   consumers 6 percent would be, you would multiple

23   6 percent times the number of Apple IDs that made

24   purchases during the class period?

25        A.   Yes, I believe that would be the              04:23:20
```

Veritext Legal Solutions
866 299-5127

```
 1   calculation which gave the 94 percent/6 percent      04:23:22

 2   breakdown.

 3        Q.   So if there were 100 million Apple IDs

 4   that made purchases during the class period, you

 5   would be comfortable saying that all -- or           04:23:34

 6   virtually all of the class was injured even though

 7   there were 6 million uninjured members by your

 8   count?

 9        A.   I'm completely comfortable in saying

10   that -- it's absolutely possible to identify from    04:23:51

11   their specific transactions who was injured and who

12   was not so that perhaps lawyers are concerned with

13   a percentage, but in terms of the economic impact

14   on the common class, it's clear.  We can tell who

15   was harmed, and we can tell who was not, and we can  04:24:10

16   devise a scheme of compensation for those who were

17   actually harmed.

18        Q.   We'll come back to that.

19             Have you quantified the minimum amount of

20   injury that you believe every consumer has incurred  04:24:26

21   or virtually all consumers have incurred?

22        A.   No.

23        Q.   Do you know if it's more than a dollar?

24        A.   I think, in principle, a consumer could

25   buy -- could buy one in-app purchase for, say,       04:24:50
```

Page 199

```
 1    4.99, and the overcharge should be something like 8        04:24:57

 2    or 9 percent, but that -- that's less than a

 3    dollar.

 4         Q.   Do you agree that a consumer's injury

 5    must be calculated by looking at all of the apps          04:25:11

 6    that he or she paid money for?

 7         A.   I think it's appropriate -- appropriate

 8    to...

 9         Q.   Were you -- were you finished?

10         A.   No.  I'm sorry.  Some- -- something -- I        04:25:40

11    got a -- I got a strange thing on my computer

12    saying "installing drivers."  Perhaps -- perhaps we

13    can take a five-minute, a quick -- quick break, and

14    I will just see if there's something going on --

15    actually, I'm back, so I think, perhaps, I can           04:25:57

16    ignore the -- what is going on as long as

17    everything is still functioning.

18            What has happened is that my Veritext

19    exhibit has gone black, but I have a paper copy of

20    my report, so I think that doesn't matter either.        04:26:14

21         Q.   Okay.  Well, if -- if something happens

22    to your computer again and you want to stop,

23    just -- we'll take a break.  So just let us know.

24         A.   I keep -- I keep getting dings and --

25    and -- hold on one minute, please.                       04:26:34
```

Page 200

```
 1        Q.    Okay.                                    04:26:36

 2              (Discussion off the stenographic record.)

 3              THE DEPONENT:  I apologize, but I think

 4   I'm back, and -- and you can hear me; I can hear

 5   you.  So I think we can proceed.                    04:27:27

 6              MR. SWANSON:  Okay.

 7              THE DEPONENT:  I have another copy of my

 8   report, as I said, my own copy, which I was reading

 9   from, in any case, so I think we can proceed.

10              MR. SWANSON:  Okay.  All right.  Well,    04:27:40

11   thank you.  Let us know if that changes.

12        Q    (By Mr. Swanson)  Do you agree that it's

13   necessary in calculating harm to a given consumer

14   to net out the impacts of positive and negative

15   excess commissions on that consumer's various       04:27:57

16   transactions?

17        A.    Yes.  First of all, that -- that is what

18   I have done, and I think that's, in general,

19   appropriate in calculating harm and -- and damages,

20   and so I -- I did in this case.  I think it's       04:28:15

21   appropriate.

22        Q.    Okay.  So you agree that if a consumer

23   spent money on an app whose but-for price is lower

24   than another app whose but-for price is higher, the

25   net harm of Apple's conduct would need to account   04:28:30
```

Page 201

```
 1    for both those price changes; is that right?          04:28:32

 2         A.   Yes, that's the way I do it, and I think

 3    that's economically appropriate.

 4         Q.   And if the net is -- is positive, then

 5    the consumer has not been harmed, correct?            04:28:46

 6         A.   That would be correct.  Yes.

 7         Q.   Can you calculate net impact across all

 8    the transactions in the class period?

 9              MR. BURT:  Objection.  Form.

10              THE DEPONENT:  By "net impact," do you      04:29:07

11    mean the total damages?  Is that -- is that your

12    use of the term?

13         Q.   (By Mr. Swanson)  Can you -- can you

14    calculate net impact for each consumer across all

15    of the 60-plus-billion transactions in the class      04:29:20

16    period?

17         A.   The answer is that the model is designed

18    to do that.  As we've discussed at this point, I

19    have considered two genres, the games genre and the

20    combined entertainment/music genre.  Those are        04:29:41

21    major components of the Apple Store operations.

22              Once that -- if this model were then

23    extended and it reached -- extended in exactly the

24    same way to other genres, then, yes, that would

25    have the capacity to do this for each consumer.       04:30:03
```

Page 202

1        Q.    Are consumers that download free apps          04:30:12

2    that have never paid for an app or in-app purchase

3    members of the class?

4        A.    My understanding is that they are not.

5        Q.    Do you know how many accounts in the           04:30:22

6    transaction database that you have, have never paid

7    for an app or an in-app purchase?

8        A.    I -- I don't recall the number now.

9    It's -- it's a -- I have seen the percentage in the

10   past.  It's a -- it's a moderate -- moderately low      04:30:36

11   percentage.

12       Q.    Let's than 20 percent?

13       A.    That's my recollection, but I -- I'm

14   recollecting from memory, so I am not -- I am not

15   going to be positive about it.                          04:30:53

16       Q.    Do you have an opinion as to whether

17   those consumers have been injured by Apple's

18   alleged conduct?

19       A.    The consumers who have never paid?

20       Q.    Correct.                                       04:31:06

21       A.    I certainly have not calculated any

22   damages or -- or -- to the consumers.  I think

23   that, from an economic point of view, they are --

24   they have the potential to be harmed; because if

25   the Apple Store commissions were competitive and        04:31:23

                                                             Page 203

```
 1    apps were less expensive, they might have been         04:31:26

 2    persuaded to buy them, so you have consumers who

 3    have been -- been turned away.  Whereas, they would

 4    have been better off had they been able to buy at

 5    a -- at a competitive price, but I have not           04:31:44

 6    quantified that, and I'm -- I'm -- my current

 7    calculations do not include any damage estimation

 8    for that.

 9        Q.   Professor, could you please turn to

10    paragraph 240 on page 105.                            04:32:02

11        A.   Yes, I have that -- I have read it.

12        Q.   You note that there are "relatively small

13    number of apps for which either download or IAP

14    prices are estimated to increase somewhat in the

15    But-For world."  You go on to say, "These are        04:33:06

16    mostly low price apps and in-app purchases."

17            Are these mostly 99-cent apps or -- or

18    app purchases -- in-app purchases?

19        A.   They are.

20        Q.   Did you examine whether there are            04:33:21

21    instances of zero-price downloads raising price in

22    the but-for world?

23        A.   I believe the model does allow for that

24    possibility.

25        Q.   Does the -- the 6 percent figure that is     04:33:55
```

Page 204

1    the converse of the 94 percent figure you mentioned        04:34:02

2    earlier with respect to uninjured class members, is

3    that figure calculated based on net impact, at

4    least for the genres that you -- you do calculate?

5        A.   Yes, it's based on net impact, and it is,        04:34:21

6    as I understand, based on looking at all of the --

7    all of the transactions of a -- of a given consumer

8    that are -- that are paid and looking at the model

9    implication for the change in the price they would

10   have paid in the but-for world, obtaining for each        04:34:44

11   transaction a -- a positive or negative amount,

12   adding all those up for -- all of that consumer's

13   transaction, and the -- the 6 percent are the

14   number of consumers in our -- in our sample who

15   would, in net, not come out with a loss in the           04:35:08

16   but-for world -- I'm sorry, would not come -- come

17   out with a loss to be compensated.

18       Q.   Could you flip to paragraph 241 on

19   page 106, please.

20       A.   Yes, I reread that.                              04:36:18

21       Q.   Okay.  Now, there's a 5.8 percent figure

22   in that paragraph.

23            Is that what you have been referring to

24   when you speak of -- of the 6 percent?

25       A.   Yes, that's -- that's just my roundup of         04:36:31

Page 205

```
 1    5.8.                                             04:36:35

 2         Q.   Now, that 5.8 percent figure comes from

 3    your simulations for the games, entertainment, and

 4    music categories, right?

 5         A.   That's correct -- well, let me read      04:36:45

 6    the -- read my paragraph again to refresh my

 7    memory.

 8              At this point, I -- I don't recall

 9    whether I did this calculation for the two

10    categories combined or the game category only.  I  04:37:20

11    would have to go back and check the background

12    calculations.

13         Q.   Okay.  Well, you say, "Limiting my

14    analysis to the sample used in simulating the

15    But-For world for the Games, Entertainment, and    04:37:37

16    Music categories" -- that's the first part of that

17    sentence.

18              Are -- are you saying that you're

19    limiting this analysis to the 1/10th-of-a-percent

20    sample that you took, or are you saying something   04:37:51

21    different than that?

22         A.   No, I think that refers to the 1 percent

23    sample -- 1/10th -- 1/10th of one sample.

24         Q.   And from that sample, you looked at the

25    top████████revenue apps, correct?                   04:38:08
```

Page 206

```
 1        A.    That's correct.                              04:38:13

 2        Q.    Was that about ███ apps?

 3        A.    Just somewhat under ███, yes.

 4        Q.    Okay.  And how many apps were in the

 5   bottom-30-percent-revenue category?                     04:38:22

 6        A.    Sorry, I got my -- I turned to the screen

 7   and -- and lost track of the question.  Could you

 8   just read -- read it back to me.

 9        Q.    Sure.

10              How many apps are in the                     04:38:44

11   bottom-30-percent-revenue category?

12        A.    Oh, a great many.  I think in the -- in

13   the -- in the 1/10th-of-1-percent sample, there are

14   on the order of 150,000 apps, and so of -- of

15   those, about ███ are responsible for 70 percent        04:39:10

16   of revenues.

17        Q.    So your 5.8 percent figure here in

18   paragraph 241 is based on looking at ███ out of

19   the, oh, number of apps that you just mentioned; is

20   that correct?                                           04:39:36

21        A.    That's correct, but, of course, the --

22   the primary revenue generator.  So that -- that

23   tail of apps, although numerically large, has --

24   has quite a small effect on any of the important

25   calculations in this case.                              04:39:56
```

Page 207

1    Q.   You -- your 5.8 percent figure in          04:40:00

2  paragraph 241 is calculated without looking at the

3  prices in the but-for world of ▇▇▇▇ apps; is

4  that correct?

5    A.   The -- the -- the model is -- is          04:40:17

6  estimated using the top-70-percent-revenue apps.

7  That's approximately ▇▇▇ apps.  So all -- all

8  calculations done in that model are based on those

9  apps; that's correct.

10    Q.   And in paragraph 241, you say -- you      04:40:34

11  estimate that "approximately 5.8 percent of the

12  Consumer Class members spent money on only those

13  apps and in-app content items whose But-For prices

14  are higher at the 12 percent But-For commission

15  rate."                                           04:40:52

16        That does not indicate that you carried

17  out a net impact analysis, does it?

18    A.   For -- for the sentence, as stated,

19  that's correct.  The 5.8 percent, as stated, says

20  this is the proportion who spent money only on apps  04:41:20

21  for which the but-for price went up.  So there

22  would be -- if -- if someone then starts to look at

23  the -- look at the -- their experience on things

24  where the price did go up, you would -- you would

25  get a different number.                          04:41:47

Page 208

1      Q.   You -- you would certainly get no lower      04:41:51

2   number than 5.8 percent, would you?

3           MR. BURT:  Objection.  Form.

4           THE DEPONENT:  It -- it goes the -- it

5   goes the other way; that what would happen is if --    04:42:02

6   if -- if you start taking -- if you net gains and

7   losses -- oh, I see what you are -- sorry, I see

8   what you are asking.

9           Yes, by that calculation, there could be

10  consumers for whom the net -- who have a net gain      04:42:34

11  rather than a net loss.

12     Q.   (By Mr. Swanson)  And have you estimated

13  what approximate percentage of the consumer class

14  members, based on a netting methodology, would have

15  been uninjured?                                         04:42:55

16     A.   I don't -- I believe that has been

17  estimated, and my -- my recollection is that that

18  number is -- is, in fact, small also.  But I don't

19  recall this specific calculation.

20          I -- I do believe that when I compute          04:43:22

21  damages, I -- I do the netting entirely in the

22  damage calculation.

23     Q.   But as you sit here, you don't know how

24  much higher than 5.8 percent the net-impact figure

25  is?                                                     04:43:41

                                                       Page 209

1     A.   The answer is:  No, I don't recall it.    04:43:58

2   No, I -- I don't recall the -- the specifics of how

3   these percentages were -- were calculated, so I

4   would have to go back and look at the various

5   calculations that were done.    04:44:17

6     Q.   Does your opinion on class-wide impact

7   depend on all of the Apple conduct alleged in the

8   case by the plaintiffs being found to be

9   anticompetitive?

10        MR. BURT:  Objection.  Form.    04:44:33

11        THE DEPONENT:  No, I would say that the

12   class complaint is -- is that Apple had

13   anticompetitive acts that impacted the majority

14   of -- of -- large majority of the people in the

15   class and that who those people are is clearly    04:45:02

16   identifiable from the transactions records so that

17   the amount of damage in the distribution of damages

18   is well defined.

19     Q.   (By Mr. Swanson)  Well, if your sample --

20   your 1/10th-of-a-percent sample is not perfectly    04:45:26

21   representative, you would not know exactly who the

22   uninjured members of the class are, would you?

23        MR. BURT:  Objection.  Form.

24        THE DEPONENT:  The sample would not be

25   used for the damage analysis and calculations.  It    04:45:44

Page 210

1    was used for -- for the purposes of attractability       04:45:48

2    in -- in the econometric estimation.

3            The model, once estimated, can be applied

4    to the entire database and, with procedures that

5    are described in -- in the report, scaled up from       04:46:08

6    the 70 percent of apps to all apps.  So there is --

7    there are straightforward relatively mechanical

8    procedures for filling in these steps.

9        Q.   (By Mr. Swanson)  Is it your testimony

10   that if you ran the model again on a different          04:46:26

11   random sample of the same size, that you would

12   identify the exact same 5.8 percent of consumer

13   class members as being uninjured?

14           MR. BURT:  Objection.  Asked and

15   answered.                                               04:46:41

16           THE DEPONENT:  Running the data on a

17   sample introduces some effects of sampling.  If you

18   draw a different sample, you will get somewhat

19   different numbers.  It's -- in this exercise that I

20   have performed, we are dealing with a -- a              04:47:07

21   1/10th-of-1-percent sample is still 64 million

22   observations.  So we are dealing with a very large

23   random representation of Apple Store customers, and

24   so there may be statistical variations, and they

25   may show up in these percentages, but it would          04:47:32

Page 211

```
 1    be -- it would be shocking to me if they turned out      04:47:35

 2    to be significant -- economically or legally

 3    significant.

 4        Q    (By Mr. Swanson)  It would be shocking to

 5    you if that were the case.                               04:47:49

 6            Have you -- have you run that test?

 7        A.   No, a total analysis was done on

 8    1/10th-of-1-percent sample, one sample of about

 9    64 million observations, and we used bootstrap

10    methods to estimate what the effect of the               04:48:13

11    sample -- sampling noise is, and it's de minimis.

12    That's shown in Appendix C, I believe.

13        Q.   Professor, if, under your assumptions,

14    Apple charged a 30 percent commission rate in the

15    but-for world until 2018, would it still be your         04:48:41

16    opinion that virtually all class members were

17    harmed by Apple's conduct?

18        A.   Please repeat the question?

19        Q.   If, contrary to your assumption, Apple

20    charged a 30 percent commission rate in the but-for      04:49:01

21    world until 2018 and, afterward, charged the

22    commission that you find, the 12 percent

23    commission, would it still be your opinion that

24    virtually all class members were harmed by Apple's

25    conduct?                                                 04:49:20
```

Page 212

1          MR. BURT:  Objection.  Form.          04:49:24

2          THE DEPONENT:  The answer is that, that

3    is a calculation that -- that could be done, and

4    it -- in the nature of this model, results would

5    change.                                      04:49:36

6          Q.   (By Mr. Swanson)  Are you aware that more

7    than ▉ percent of Apple -- Apple ID accounts in

8    the Apple transactional data that you had, had no

9    transactions after 2017?

10         A.   No -- no paid transactions?        04:49:59

11         Q.   Correct.

12         A.   I'm -- I'm not aware of that specific

13   number, no.

14         Q.   Do -- do you have an order of magnitude

15   for that -- for that quantity?                04:50:12

16         A.   No, I mean, it -- it -- it doesn't

17   surprise me in that the percentage of people who

18   ever make paid transactions is not that high to

19   begin with.  And, clearly, what happens with Apple

20   accounts is that they don't -- they don't get     04:50:34

21   erased from the Apple database, except through

22   extraordinary efforts, and so many people have

23   redundant accounts.  They have accounts associated

24   with an app -- with a device that they have

25   mothballed.  And so, yes, your numbers do not     04:50:52

                                        Page 213

```
 1   surprise me at all.                                04:50:59

 2       Q.   If Apple adopted Steam's 30/25/20

 3   commission structure in the but-for world, would

 4   virtually all of the class members be harmed in

 5   your opinion?                                      04:51:15

 6           MR. BURT:  Objection.  Form.

 7           THE DEPONENT:  I will answer by saying

 8   that who gets harmed in -- in my model calculation

 9   depends on what the but-for commission rate or

10   rates from -- from Apple would have been.  So      04:51:36

11   the -- the first answer is that, yes, the number of

12   class members who are -- who are harmed would --

13   would change.

14       Q.   (By Mr. Swanson)  Do you know what

15   percentage of consumer class members would be      04:51:57

16   uninjured if, in the but-for world, Apple adopted

17   Steam's 30/25/20 commission rate structure?

18       A.   I don't know it as I sit here.  It's --

19   it's a straightforward calculation using the model

20   and the modeling framework that I have now.        04:52:17

21           My -- my reaction to your -- your

22   hypothetical is that I -- I have no -- no reason to

23   believe that's a realistic but-for world.  I think

24   the spirit of the but-for world is that Apple would

25   have yielded to competitive pressure or anticipated  04:52:39
```

Page 214

1    competitive pressure and charged competitive rather        04:52:44

2    than supracompetitive commissions and that -- that

3    there would not have necessarily been a long lag

4    before they did that.

5         Q.   Well, how long of a lag would there be,         04:53:00

6    in your opinion?

7         A.   My calculations are based on the

8    assumption that in a but-for world in which they

9    were being careful not to engage in anticompetitive

10   conduct, that they -- they would have charged         04:53:11

11   competitive commissions all along.

12         I -- I, at this point, do not have an

13   opinion on what those competitive commissions would

14   have been in the early years.  But the -- sort of

15   the spirit of my analysis is that over- -- overall,         04:53:32

16   over the whole damage period, that their

17   commissions would have been more like the

18   benchmarks that I have found rather than their

19   actual commissions.

20         Q.   Professor, is it correct that your model,         04:53:52

21   as you've applied it so far, has provided

22   overcharge estimates for those 2,000 apps only that

23   you've mentioned earlier?

24         MR. BURT:  Objection.  Form.

25         THE DEPONENT:  Yes.  I have a section         04:54:19

Page 215

1    describing how the model would -- would be scaled        04:54:20

2    up, and that's -- that's used in my -- in my damage

3    estimates.  But the model itself operates on those

4    ██████ apps.

5         Q    (By Mr. Swanson)  Would it surprise you        04:54:40

6    to know that you've calculated but-for app prices

7    for less than 1 percent of all apps that have paid

8    transactions over the class period?

9         A.    That's not a number that I have looked

10   at, and -- and I think the more -- the more            04:55:04

11   relevant number is:  What -- what proportion of

12   Apple Store revenues are represented by these

13   particular paid transactions that -- that, in the

14   end, the issue is:  What -- what -- what -- what

15   were the main sources of harm from Apple Store         04:55:22

16   behavior and who in the main was affected.

17             So there may be tails -- tails of

18   consumers or tails of apps for which that

19   determination is hard to make or not made -- made

20   in a relative -- relatively simple way by scaling      04:55:44

21   up, for example.

22             But the -- the -- the thrust of the -- of

23   the cost, the liability -- the thrust of the

24   damages depends on the -- the relative -- the

25   modest -- relatively modest number of apps that are    04:56:07

Page 216

1    big-revenue popular and big-revenue producers.          04:56:10

2        Q.   To estimate impact for all class members,

3    you would need to estimate demand for apps in

4    in-app content that aren't included in your

5    1/10th-of-a-percent sample, right?                       04:56:25

6        A.   I -- I -- I do not think that's

7    necessary.  I think that the -- the calculations

8    on -- on the group that I have establish that

9    the -- that the methodology is sound -- is -- is

10   economically sound and meets -- meets the              04:56:50

11   requirements for reliability.

12           I -- I think that -- that you can refine

13   these calculations.  You can -- you can explicitly

14   account for the tails rather than -- rather than

15   scaling up, but the importance of these tails is so    04:57:08

16   small in the -- in the overall calculation that

17   they -- in the end, they, essentially, are not --

18   cannot -- should not make any difference in the --

19   in the determination of whether there's liability

20   and -- and -- and at least the first order of the      04:57:27

21   magnitude of the damages, if there is liability.

22       Q.   Let me ask to turn to paragraph 221 in

23   your report.  This is -- starts on page 97.

24       A.   Yes, I have reread the -- the paragraph.

25       Q.   You state that although you "use a random    04:58:18

                                                    Page 217

```
 1    subsample to estimate common economic impact, i.e.,        04:58:22

 2    the Consumer Class damages, I can scale up the

 3    estimation results for the whole data (that is, for

 4    every single App Store transaction) without much

 5    difficulty."                                               04:58:35

 6              Does "scaling up," as you use that term

 7    here, mean that you would rely on averages instead

 8    of using your model to estimate but-for prices for

 9    each app?

10        A.   Excuse me for one minute while I finish          04:58:54

11    reading the last paragraph -- two sentences.

12              The -- the -- the scaling-up procedure

13    that's indicated here simply assumes that if you

14    find that prices of apps on a particular genre

15    would fall by 8 percent for -- for most -- most       04:59:31

16    transactions, then you would -- you would scale up

17    by assuming that that percentage also applies to

18    the -- to the uncovered -- uncovered apps.

19              Having -- having reviewed what I just

20    said, I think I should qualify it by saying that --     04:59:58

21    I -- I have not recently reviewed the -- the -- the

22    method that's -- that's been proposed for scaling

23    up in -- in detail.  So I may be misrepresenting

24    how it works.

25        Q.   Can your model estimate but-for prices          05:00:25
```

Page 218

| | |
|---|---|
| 1 | for every app and in-app purchase during the class | 05:00:27 |
| 2 | period? |
| 3 | A.   I think the answer is:  Yes, in |
| 4 | principle; that is, the -- the restriction to the |
| 5 | 1/10th-of-1-percent sample and the restriction to | 05:00:43 |
| 6 | the 70-percent-highest-revenue-generator apps were |
| 7 | choices made to -- to make the analysis feasible |
| 8 | and practical within the time frame in which I was |
| 9 | working.  And, in principle, the same modeling |
| 10 | approach, given -- given sufficient computer time | 05:01:08 |
| 11 | and calendar time, can -- can be extended to the |
| 12 | entire universe. |
| 13 | Q.   And on page 98, still in paragraph 221, |
| 14 | you say that since the 1 percent -- |
| 15 | 1/10th-of-1-percent sample "provides estimates that | 05:01:30 |
| 16 | are statistically representative of estimates that |
| 17 | would be obtained from the full data, it is |
| 18 | reasonable to assume the omitted apps have the same |
| 19 | percentage overcharge as the average for the |
| 20 | included apps." | 05:01:44 |
| 21 | First of all, in the context of your |
| 22 | sample, when you refer to the "omitted apps," are |
| 23 | you referring to the 148,000 that you mentioned |
| 24 | earlier? |
| 25 | A.   The answer is "yes."  If the -- if the | 05:02:07 |

Veritext Legal Solutions
866 299-5127

```
 1    scaling is done first by scaling from the           05:02:10

 2    70 percent apps to all apps for the

 3    1/10th-of-1-percent sample, then the -- then the

 4    procedure would be to assume that the -- that the

 5    model estimated on the -- on the 70 percent of --   05:02:29

 6    of apps also applies to the remaining 30 percent --

 7    30 percent of the revenue apps, which is a lot of

 8    apps, because that's a very large, long-but-thin

 9    tail.

10         Q.   So those would be the ███ apps you         05:02:53

11    referred to earlier, right?

12         A.   The ██ percent is either ████ or still

13    app -- somewhat less than ████ apps in the -- in

14    the econometric model.

15         Q.   So first you would scale up the results    05:03:09

16    from the ████ apps to the full 150,000 apps in

17    your 1/10th-of-1-percent sample, right?

18         A.   That's basically what I just described.

19    I am not sure about the numbers because I would

20    have to go back and check.                           05:03:30

21              As -- as we sit here, I believe the

22    150,000 or so were -- were apps for which --

23    obviously they -- they are the apps that appear.  I

24    am not sure that those are -- that's the count of

25    the ever-paid apps that appear.  That's -- I would   05:03:52
```

Page 220

```
 1    have to go back and check that.                    05:03:56

 2         Q.   Well, either way, there are a lot more

 3    than 150,000 apps that you would need to scale up

 4    for, right?

 5              MR. BURT:  Object to form.              05:04:10

 6              THE DEPONENT:  The -- the question would

 7    be how many -- how many paid apps there are,

 8    because there are many, many unpaid apps.  How many

 9    paid apps need to be brought into the -- into the

10    calculation, and I would -- I would say that --    05:04:31

11    that may be -- that may be the order of magnitude

12    of how many -- how many additional apps would need

13    to be considered.

14              I think an important point is that the

15    revenue and the possible damages associated with   05:04:53

16    this tail is -- is sufficiently small so that it --

17    it can have almost no effect on either the model or

18    the damages so that included in -- directly in --

19    in the model estimation or leaving -- leaving them

20    for scaling later is very unlikely to have any      05:05:16

21    significant effect.

22         Q.   (By Mr. Swanson)  The 150,000 apps, using

23    that number that you -- that I understand is an

24    approximation, that is the number of apps that are

25    either paid or have paid in-app purchases --        05:05:40
```

Veritext Legal Solutions
866 299-5127

```
 1    correct? -- in your sample?                              05:05:43

 2         A.   I would have to go back and check the

 3    text where that number appears, but that -- that --

 4    I think that's likely to be what I meant.

 5         Q.   Okay.  And if you switch your attention        05:05:58

 6    to all of the paid apps, including those which have

 7    in-app purchases, even if they have a zero-download

 8    price that existed over the consumer class period,

 9    that's well over a million, isn't it?

10         A.   Well, that's not a -- that's not a number      05:06:25

11    that I know.  I haven't calculated or asked for

12    that -- calculation of that number.

13         Q.   I'm still on page 98, but in

14    paragraph 222 -- well, if you want to take a look

15    at that first before I ask my question, go ahead.        05:06:57

16         A.   Yes, I have read the paragraph.

17         Q.   Okay.  In paragraph 222, you state that

18    "Alternatively, I can be more precise by using the

19    estimated coefficients of the demand equations to

20    calibrate demand for these apps and in-app             05:08:01

21    content."

22              Are -- are you saying here that you can

23    be more precise than making an assumption that the

24    omitted apps had the same percentage overcharge as

25    the average for the included 2,000 apps?                 05:08:13
```

Page 222

```
 1        A.   I would say yes.  What I'm -- what I'm        05:08:25

 2   saying here is that one could do this -- do this

 3   calculation app by app for all of these omitted

 4   apps and that that should be more -- more precise.

 5   As I sit here, I don't know how much more precise.    05:08:47

 6   My guess is it would make very little difference.

 7        Q.   That's a guess, correct?

 8        A.   That's a guess, yes.

 9        Q.   In paragraph 224 -- well, once again, go

10   ahead and take a look at it first before I ask my     05:09:05

11   question.

12        A.   Yes, I have read the paragraph.

13        Q.   You state that you "can apply these

14   But-For app and" in-app "prices to the Consumer

15   Class members who are not selected in the random      05:09:40

16   sampling based on the apps and in-app content they

17   spent money on during the Class Period."

18             How do you plan to do that?

19        A.   That's -- that's quite -- quite simple.

20   The -- the -- the 1/10th-of-1-percent sample is a     05:09:56

21   large representative sample of the -- of the

22   complete population.  You do the calculation for

23   that sample, and then you multiply the results by

24   -- the results that depend on -- on individual

25   consumers -- the aggregate of consumers.  You         05:10:23
```

```
 1      multiply the sample aggregate by 1,000 to get          05:10:28

 2      the -- to get an estimate of the population

 3      aggregate.

 4              And in terms of how the subsequent

 5      analysis would go, you would then look at each --       05:10:40

 6      each transaction for any person in the Apple

 7      transactions database, and you would go through the

 8      same calculations for the -- for a non-sample

 9      member that you had previously done for a sample

10      member, and you would calculate their -- their net     05:11:03

11      harm and compensation in exactly the same way.

12          Q.   Have you done that for any of the named

13      class representatives?

14          A.   Well, this is a calculation for -- for --

15      that would apply to any individual in the -- in the    05:11:24

16      class.  I -- and what I just described was how you

17      scale up from the sample to the entire population.

18              This now seems to be a separate question,

19      which is whether I have applied the model to named

20      class individuals; is that right?                      05:11:46

21          Q.   Yes, you are right.  That is a separate

22      question.  I apologize.

23          A.   And the answer is:  No, I have not done

24      that calculation.

25          Q.   Do you have an opinion one way or the         05:11:57
```

Page 224

```
 1    other as to whether any of the named class          05:11:58

 2    representatives has been injured by Apple's

 3    conduct?

 4            MR. BURT:  Objection to form.

 5            THE DEPONENT:  The answer is that           05:12:12

 6    without -- without doing the calculation, I -- I

 7    don't have an opinion on that.

 8            MR. SWANSON:  We've been going for more

 9    than an hour.  Why don't we take our last break.  I

10    think it will be our last break.                    05:12:26

11            THE VIDEOGRAPHER:  We are now going off

12    the record.  The time is 5:12 p.m.

13            (Recess taken.)

14            MR. SWANSON:  We're now back on the

15    record.  The time is 5:22 p.m.                      05:22:48

16        Q.  (By Mr. Swanson)  And I'm going

17    to definitely try not to use our remaining 40,

18    whatever, minutes.

19            So the -- the Apple transaction data,

20    Professor, provide information on each Apple IDs,    05:23:05

21    app download and in-app purchase transactions,

22    right?

23        A.  Correct.

24        Q.  Could you please turn to paragraph 131 of

25    your report.                                         05:23:17
```

Page 225

```
 1              THE COURT REPORTER:  And, Mr. Burt, you      05:23:17

 2     are muted, just so you know.

 3              MR. BURT:  Page 62?

 4              MR. SWANSON:  Page 62, correct.

 5              THE DEPONENT:  I've read the paragraph,       05:23:36

 6     yes.

 7         Q.  (By Mr. Swanson)  Okay.  I wanted to

 8     focus on the sentence at the end where you state

 9     that "In general, affected consumers are identified

10     by their Apple account ID's."                         05:24:15

11              What do you mean, "in general"?

12         A.   That -- that's -- that's the way the

13     class is defined and the way -- the way harm is

14     calculated and the way compensation would be

15     distributed under -- under feasible mechanism.        05:24:45

16              It's possible, or, in fact, likely, that

17     some consumers have multiple apps, multiple -- I'm

18     sorry.  Multiple Apple IDs, and we have -- we treat

19     every Apple ID as a separate consumer.  So in --

20     but it's, in general, true that Apple IDs are         05:25:13

21     associated with consumers.  It's possible that

22     some -- some consumers have multiple IDs.

23              I'm -- I believe the transactions

24     database is limited to American and to -- to

25     people.  But part -- part of the meaning of general   05:25:38
```

```
 1    here, it -- it's possible that there Apple IDs that        05:25:43

 2    appear to be consumers that's classified by Apple

 3    that are entirely some kind of end user.

 4         Q.   If there are consumers who have multiple

 5    Apple IDs, isn't a fact that you will be unable to          05:26:08

 6    determine whether those consumers are injured

 7    unless you net out all the transactions carried out

 8    by the total set of their IDs?

 9             MR. BURT:  Objection to form.

10             THE DEPONENT:  The answer is that the               05:26:29

11    calculation has to be done by Apple ID because the

12    transactions database does -- does not tell you

13    anything about whether different Apple IDs are

14    associated with a single person or not.

15             There is -- there -- and -- and as far as          05:26:51

16    I know, Apple itself would not know whether

17    separate Apple IDs are coming from the same person

18    or not.  So that I think that it is beyond the

19    reach of Apple or the plaintiffs to -- to -- to try

20    to -- to try to merge Apple IDs attached to a              05:27:14

21    single individual or to a single family, or to a

22    single payer.  That might be the economic ideal,

23    but I think that is beyond the bounds of

24    practically.

25         Q.   (By Mr. Swanson)  Have you identified all        05:27:33
```

Page 227

```
 1      of the Apple IDs of the named class                    05:27:34

 2      representatives?

 3          A.   I have not.  And -- and as far as I know,

 4      that would not be possible for me.  Apple --

 5      App Store transactions data would probably be even     05:27:50

 6      difficult to do the reverse search by asking --

 7      asking them for their -- their actual Apple ID,

 8      collecting all of their actual transactions and --

 9      and then searching through the entire transactions

10      database to find them.  It's not -- not impossible,   05:28:15

11      but it would certainly be a challenging

12      calculation.

13          Q.   If there was a class member who had two

14      Apple IDs and your calculation showed that one of

15      the Apple IDs was negligently injured and the other   05:28:34

16      Apple ID was very much better off, in the but-for

17      world, would you be able to determine whether that

18      individual was injured?

19              MR. BURT:  Objection to form.

20              THE DEPONENT:  As -- as I've indicated,        05:28:53

21      there is simply nothing in the transactions

22      database which would allow that kind of -- kind of

23      identification.  So it's a -- so it's a -- a

24      hypothetical which has no -- no practical

25      possibility of -- of implementation.                  05:29:11
```

Page 228

```
 1              So the answer is, of course, if you          05:29:15

 2    could -- if -- if you could group Apple IDs by --

 3    by payers, you could then do these calculations and

 4    compensation each payer appropriately.

 5              But that's -- that's beyond the pale of      05:29:31

 6    practically or possibility.  And so the best you

 7    can do is look at each app owner that's --

 8    that's -- those are data that Apple has,

 9    presumably.  They know of -- they know a -- a

10    credit card or some way of -- payment mechanism for   05:29:52

11    their -- their customers.  So -- so a -- a scheme

12    to compensate them could be conducted by Apple.

13              I would -- I would say that if -- if

14    Apple would -- chose to try to match different

15    accounts for individuals and made that available to   05:30:16

16    the plaintiffs, the plaintiffs could certainly use

17    it in the same spirit as the -- as we do things

18    currently.

19              So I would just leave it as an open

20    invitation to Apple if they are willing to            05:30:31

21    undertake that Herculean task, that would be

22    beneficial perhaps to resolution of the case.

23        Q.   (By Mr. Swanson)  Well, do you agree that

24    it is not possible to link different IDs held by

25    the same person in the data or to determine when      05:30:47
```

Page 229

```
 1    more than one person shares an ID?              05:30:51

 2           MR. BURT:  Objection to form.

 3           THE DEPONENT:  It's not -- it's not

 4    possible in the transactions data as turned over to

 5    us -- to the plaintiffs by Apple.             05:30:58

 6           I would not rule out the possibility

 7    that -- that Apple could do this at least

 8    partially, because it has -- it has real

 9    identification data associated with their encoded

10    Apple IDs.                                     05:31:17

11       Q.   (By Mr. Swanson)  What -- on what basis

12    do you indicate that Apple has real identification

13    data?

14       A.   They -- they know, for example, what the

15    payment mechanism is associated with an Apple ID.  05:31:33

16    It's presumably an active credit card, or something

17    like that.

18           So if -- if -- if I were a programmer for

19    Apple and I was told, go and link all of the

20    accounts that use the same credit card, I -- I    05:31:48

21    could do that.

22           I still would probably get an incomplete

23    matching because people might use a different

24    credit card on a different Apple ID account, and

25    then Apple itself would -- would not possible know.  05:32:03
```

Page 230

```
 1              Maybe they can match names if they        05:32:07
 2    actually collect names.  But, again, name -- name
 3    matching is -- is well known to produce a lot of
 4    false positive and false negatives.  So probably at
 5    best, it can be done in an incomplete way.          05:32:24
 6         Q.   Professor, do you agree that consumers
 7    can be injured only if the developers are able and
 8    choose to pass on the overcharge to them in the
 9    form of higher app prices?
10              MR. BURT:  Objection to form.             05:32:41
11              THE DEPONENT:  In terms of the -- the
12    model and the damages that I've calculated, that is
13    the channel for damages.  So in terms of the harm
14    I've calculated and the damages that comes from
15    overcharges and the retail price paid by the        05:33:00
16    consumer, as a result of Apple conduct, and -- a
17    mediator or -- influenced by developer conduct,
18    that -- that much is -- that much is true.
19         Q.   (By Mr. Swanson)  So do you agree that to
20    determine if Apple's conduct damaged plaintiffs at  05:33:23
21    all, a court will first have to explore whether and
22    to what extent each individual app developer was
23    able and then opted to pass on the 30 percent
24    commission to its consumers in the form of higher
25    app prices?                                         05:33:38
```

Page 231

```
 1              MR. BURT:  Objection to form.              05:33:39

 2              THE DEPONENT:  No, I do not agree.

 3    The -- the -- there -- there is a common effect of

 4    Apple conduct and developer conduct on the consumer

 5    class.                                               05:33:53

 6              I have designed a model which, in my

 7    opinion, captures the common effect of developer

 8    conduct on the class.  And I believe that is

 9    sufficient for determining harm to the class and

10    the distribution of harm among class members.       05:34:11

11              Now, I -- I will -- I will -- will

12    leave -- I would leave open the question as to

13    whether if -- if additional information or data

14    were forthcoming on developer conduct and there

15    were, persuasive data, that my assumptions of       05:34:34

16    product maximization are systematically incorrect,

17    then I would modify -- I would propose modifying my

18    model to take those effects into account.

19              But that -- that is a -- that is

20    basically a -- a modeling question.  You -- you     05:34:58

21    want the model to do the best job you can of

22    reflecting the common effect, given -- given the

23    information that you have.

24         Q.   (By Mr. Swanson)  Professor, you indicate

25    in your report -- I think you mentioned earlier     05:35:16
```

Page 232

```
 1    that, in your view, the App Store commission works        05:35:18

 2    the same way as a sales or ad valorem tax.

 3              Is that -- is that your opinion?

 4         A.   That is my opinion, complicated by the

 5    fact that the developers are not price takers.            05:35:32

 6    They are actually setting their prices.  So that --

 7    that calculation has to also account for how the

 8    developers react -- react.

 9              But the -- the basic economics of the

10    proposition that a -- a charge from an                    05:35:53

11    intermediary, be it -- be it the government or be

12    it the Apple App Store, has an impact on both the

13    upstream and the downstream side of the market.

14    That's -- that's fundamental economics.  It --

15    it -- deeper -- deeper than just the supply and           05:36:13

16    demand curves drawn in a -- in a figure.

17         Q.   Do you agree that the total harm from an

18    excessive commission is the sum of harm to

19    developers and consumers?

20              MR. BURT:  Objection to form.                   05:36:28

21    Foundation.

22              THE DEPONENT:  I -- I would say, as an

23    economist, that I agree with that.  But as a

24    observer of the legal scene, I would say that I

25    find that legal rules for liability and damages are       05:36:47
```

Page 233

```
 1    not always consistent or commensurate on upstream        05:36:53

 2    and downstream sides.

 3            So I -- I would allow for the possibility

 4    that the legal outcomes for Apple would depend on

 5    determination of the law as well as -- as well the        05:37:08

 6    fundamental economics.

 7       Q.   (By Mr. Swanson)  If a particular

 8    methodology for ascertaining the incidence of the

 9    alleged excessive commission were to overstate

10    damages to one group, whether developers or              05:37:31

11    consumers, it would necessarily result in

12    understating damages for the other group, would it

13    not?

14            MR. BURT:  Objection.  Form.

15            THE DEPONENT:  If -- sorry.  If -- if --          05:37:48

16    one -- one had a consolidated legal case in which

17    both developers and consumers were in the same case

18    and -- and the -- the judge were making this

19    determination, I -- I would anticipate the -- the

20    answer would be yes.                                      05:38:07

21            If, as in the real world, developer

22    actions and consumer actions are separate and

23    perhaps not necessarily subject to the same legal

24    precedents and -- who -- who knows how it would

25    work out.  That's a -- that's a mare's nest for          05:38:26
```

Page 234

1      lawyers to entertain themselves with.                05:38:33

2          Q.   (By Mr. Swanson)  Are -- are you aware

3      that in his damages calculation in the developer

4      class action, Professor Economides assumes that in

5      the but-for world app prices paid by consumers      05:38:47

6      would not change?

7          A.   Yes, that has been described to me.

8          Q.   Do you consider that to be an accurate

9      assumption?

10         A.   I understand that that is an assumption     05:39:00

11     that is permitted under the -- under the legal

12     theory on which the developer case is being

13     brought.  And in -- in some sense what the

14     calculation he's done is -- in my interpretation is

15     what one might call a safe harbor calculation,       05:39:21

16     because it relieves the expert of doing

17     calculations which might yield more -- more for

18     the -- more for the plaintiffs in the -- in the

19     developer case, but would be involved with things

20     that are that more difficult to establish.           05:39:48

21         Q.   Are -- are you embracing

22     Professor Economides' opinion that his estimate of

23     injury and damages, based on the assumption that

24     consumer app prices would not change in the but-for

25     world is conservative?                               05:40:08

                                                    Page 235

1      A.   I -- I would agree that it is -- it is --     05:40:14

2   it is conservative for Apple relative to what

3   developers might be entitled to if they -- if they

4   did the full calculation, simply on the grounds

5   that the developers, in principle, are entitled to     05:40:32

6   what they would gain from product maximization in

7   the but-for world.

8           And by having them keep their but-for

9   world prices fixed, they -- they are -- they're not

10  taking advantages of opportunities that may be        05:40:50

11  there to maximize their profits.  So in that sense

12  it is -- it is conservative.

13      Q.   Are you aware that Professor Elhauge

14  testified in his deposition that app and in-app

15  purchase prices are unlikely to change in the         05:41:08

16  but-for world, as a matter of fact?

17      A.   I -- that -- that was described to me

18  briefly.  I -- my understanding is the context for

19  that was his belief that tier -- tier pricing would

20  tend to rigidify and fix a lot of prices so they      05:41:31

21  would not change.

22      Q.   It also is his opinion that developers

23  have low marginal costs.

24           Do you agree with that?

25           MR. BURT:  Objection to form.              05:41:47

                                             Page 236

```
 1                THE DEPONENT:  I don't know what low        05:41:48

 2     means.  In -- in my calculations, I impute or

 3     through looking at developer accounts infer

 4     marginal cost.  I would say that marginal costs

 5     for iOS apps are small numbers.  They're not zero.   05:42:05

 6     And they are -- they are significant costs for

 7     developers in -- in relationship to the revenues

 8     that they can receive.  That -- that said, I -- I

 9     wouldn't disagree they -- that they are small.

10         Q.   (By Mr. Swanson)  Would you agree with       05:42:36

11     Dr. Evans, who testified in the Epic case, that the

12     marginal cost of buying additional content in a

13     game is zero?

14                MR. BURT:  Objection to form.

15                THE DEPONENT:  The cost to the             05:42:54

16     developer -- I'm sorry.  The cost to the

17     developer --

18         Q.   (By Mr. Swanson)  Yes, for --

19         A.   -- versus the consumer?

20         Q.   The cost to the developer for supplying      05:43:01

21     the content marginally for an additional in-app

22     purchase by a consumer?

23         A.   I think my -- my evidence and the

24     evidence from the developers is that they -- they

25     do have positive marginal costs in most cases for    05:43:17
```

Page 237

```
 1    delivery in-app content.  These are hosting costs        05:43:23
 2    and the user acquisition cost to name specific
 3    categories.
 4         Q.   If you could turn to paragraph 235 of
 5    your report and I'll ask you one question once           05:43:41
 6    you've had a chance to look.
 7         A.   Yes, I've reread the paragraph.
 8         Q.   You find that the consumer class bore
 9    81.8 percent of the burden that the App Store
10    commissioned from the games category while app           05:44:39
11    developers bore the remaining 18.2 percent of the
12    burden.
13              Is it your understanding that
14    Professor Economides would estimate that app
15    developers bore 100 percent of the burden?               05:44:52
16              MR. BURT:  Objection.  Form.
17              THE DEPONENT:  I understand that
18    Professor Economides has done a calculation
19    assuming that consumer prices for the apps don't
20    change.  I view that as a -- a legitimate economic       05:45:09
21    calculation, particularly in the context of what I
22    understand to be the legal requirements for
23    establishing damages on -- on the developer's side.
24              I would say that I have absolutely no
25    problem with what I understand to be the legal           05:45:35
```

Page 238

```
 1    foundation of that calculation.  And my              05:45:40

 2    understanding further is that he has not offered an

 3    opinion on -- on what the split would be if

 4    developers did go on and optimize their profits.

 5         Q.   (By Mr. Swanson)  In order for             05:46:01

 6    Professor Economides' estimate to be conservative,

 7    it would have to be the same as or less than the

 8    ████  percent of the burden that you estimate,

 9    correct, in dollars?

10              MR. BURT:  Object to form.                 05:46:18

11              THE DEPONENT:  The -- the proposition is

12    that Professor Economides' calculation is

13    conservative in terms of the developers dealing

14    with Apple.  Okay.  And they -- they -- they --

15    they -- he could have possibly have done an         05:46:40

16    alternative calculation of profit maximization for

17    developers that would have yielded larger damages

18    for developers.  That -- that's my understanding of

19    his report as it's been described to me.

20              I have not done the calculation and I --   05:47:02

21    I wouldn't speculate on how this would all work

22    out.  If these cases were consolidated, for

23    example, and -- and both -- the plaintiffs on both

24    ends decided to -- to work out jointly, how any

25    damage were to be divided, I -- I don't have an      05:47:28
```

Page 239

```
 1    opinion now on how that would work out.              05:47:31

 2         Q.   (By Mr. Swanson)  Well, do you -- are you

 3    able to determine a dollar figure that corresponds

 4    with your ▇▇▇ percent figure in paragraph 235 for

 5    the games category?                                  05:47:48

 6         A.   Yes.  I do so in -- in -- in paragraphs

 7    near this one.

 8         Q.   And you figure out the -- the

 9    corresponding dollar figure for the ▇▇▇ percent

10    burden.                                              05:48:05

11              That's the developer burden, in your

12    opinion?

13         A.   I have not done that calculation.

14         Q.   But you've done the calculation for the

15    81.8 percent consumer burden?                        05:48:16

16         A.   Let me be precise.  In figures like --

17    figure 17 in paragraph 238, I estimate the

18    percentage change in wholesale prices and retail

19    prices as a result of the but-for Apple conduct

20    compared with as-is conduct.                         05:48:54

21              And if you looked at figure 17, the first

22    column in terms of mean effect, that's a -- for --

23    this is the entertainment and music genre, a

24    9.4 percent decrease in the retail price that

25    consumers are paying and a 13.2 percent increase in  05:49:16
```

Page 240

```
 1    the wholesale price that developers are -- are        05:49:20

 2    receiving.  That's for downloads.

 3            Similar numbers for in-app purchases.

 4    The -- the split is somewhat different in that

 5    case.  That's -- that's -- that's the calculation     05:49:36

 6    that I can do.  You multiple that by the -- the

 7    actual number of transactions, going transaction by

 8    transaction and those are converted into dollars.

 9        Q.   Thank you.

10            Are -- are any numbers of the consumer        05:49:54

11    class also iOS app developers?

12        A.   I have not asked that question.  I --

13    I -- I don't know.  I -- I -- my understanding that

14    is, in general, app developers have their own Apple

15    ID relationship established there.  They're --        05:50:20

16    they're identified -- certainly identified in the

17    transactions database by parent and -- and app IDs,

18    Apple IDs.

19        Q.   Professor, do you -- do you use an

20    iPhone?                                               05:50:45

21        A.   I do.

22            MR. SWANSON:  Well, on -- on behalf of

23    Apple, I thank you.

24            I -- I've got no further questions this

25    time.                                                 05:50:56
```

Page 241

```
 1              MR. WOJCIK:  This is Ted Wojcik for        05:51:00

 2   Developers.  I was hoping to ask just a question or

 3   two of the professor if there is time left on the

 4   record.  I wanted to just pipe up real quick.

 5              Does -- do you -- do you have any          05:51:06

 6   objection to that, Mr. -- Mr. Burt, in the next

 7   couple of minutes?

 8              MR. BURT:  Of course not.

 9              You have the mic.  Please proceed,

10   Counselor.                                            05:51:25

11              MR. WOJCIK:  Wonderful.

12                      EXAMINATION

13   BY MR. WOJCIK:

14      Q.   Hi, Professor.  I'm Ted Wojcik.  I'm

15   counsel for the developer class.  And I just          05:51:30

16   have -- I have a -- just a quick question for you.

17              So we just discussed the -- the way in

18   which you calculated overcharge and the -- the

19   percentage to division between developers and

20   consumers.                                            05:51:44

21              As part of your work in this case, did

22   you identify any particular developer that you

23   think passed on or that you calculate passed on

24   100 percent or more of the overcharge that you

25   identified?                                           05:51:57
```

Page 242

```
 1            MR. BURT:  Objection.  Form.                    05:51:58

 2            THE DEPONENT:  Prior to the work in the

 3    case?

 4       Q.   (By Mr. Wojcik)  Oh, I'm sorry.

 5       A.   I don't understand the question.              05:52:08

 6       Q.   I'm sorry.

 7            As part of your work on -- on this case,

 8    did you identify any developer that passed on

 9    100 percent or more of the overcharge?

10            MR. BURT:  Same objection.                    05:52:19

11            THE DEPONENT:  Well, in the -- in the

12    model and in -- in the model calculations, I -- I

13    impute the -- the marginal cost of -- of each

14    developer from the price they charge and -- and the

15    marketwide estimate of the price sensitivity of --   05:52:40

16    of consumers.  And this -- these estimates have the

17    property that those marginal cost estimates can --

18    can be zero or negative.  That is, there's nothing

19    in the -- in the model which constrains those --

20    from taking on values in that range.                 05:53:04

21            And when that's the case, a -- a

22    consumer -- a firm that has zero marginal cost

23    will -- will not pass -- pass on any cost -- any

24    reduction in the commission to consumers.  And if

25    they have a negative marginal cost, presumably they  05:53:28
```

Page 243

```
 1   have other -- other sources of revenue in that          05:53:31

 2   case.  Then they may actually respond to the

 3   reduced commission by increasing their price.

 4          That's -- that's an implication of the

 5   model and that's -- that's allowed in my analysis.      05:53:46

 6      Q.   (By Mr. Wojcik)  Did you identify -- just

 7   to maybe pose the question differently.

 8          Did you identify any specific developers

 9   by name that would have passed -- that passed on

10   100 percent of the overcharge?                          05:54:10

11      A.   The answer is I have -- I have the

12   capacity to do that, but I haven't done it.  As to

13   say -- as I described how the model works it can --

14   it can imply zero or negative marginal cost for

15   some developers.  And if I went back to the             05:54:33

16   transactions database, they are -- they are named

17   by an ID code.  I'm not sure if -- if the -- that

18   ID code is immediately transcribed -- transcribable

19   to -- a real entity name.  I'm not sure if they're

20   encoded or not.  That's -- that's not a part of the     05:54:56

21   database that I've queried.

22      Q.   Understood.

23          So that is not the kind of analysis that

24   is included in your report?

25      A.   It -- it is -- it is not.                       05:55:14
```

Page 244

```
 1              I mean, what is included in my report is          05:55:15

 2    a -- is account of the -- the share of the

 3    consumers who would be -- who would not be harmed

 4    because they have not purchased all or most of

 5    their purchases from apps that I impute to have          05:55:32

 6    zero or negative marginal costs.

 7              That's -- that's the calculation that --

 8    that I've done.  But I haven't -- there's nothing

 9    in that calculation that requires me to look --

10    look at the -- the names of the specific               05:55:49

11    developers.

12              MR. WOJCIK:  Understood.  Thank you.  And

13    that's -- that's all I have.

14              MR. BURT:  No questions.

15              THE VIDEOGRAPHER:  Okay.  If that's --        05:56:07

16    everyone's done, I can take us off the record and

17    conclude the deposition.

18              MR. SWANSON:  That's good.

19              THE VIDEOGRAPHER:  Okay.  We are now

20    going off the record at 5:56 p.m.  And this            05:56:19

21    concludes today's testimony given by Daniel

22    McFadden.  The total number of media was four and

23    will be retained by Veritext Legal Solutions.

24    Thank you.

25              (TIME NOTED:  5:56 P.M.)
```

Veritext Legal Solutions
866 299-5127

1        I, DANIEL McFADDEN, Ph.D., do hereby declare

2    under penalty of perjury that I have read the

3    foregoing transcript; that I have made any

4    corrections as appear notes; that my testimony as

5    contained herein, as corrected, is true and

6    correct.

7        Executed this _____ day of _____,

8    2021, at  _____,_____.

9

10

11

12                    _____

                     DANIEL McFADDEN, Ph.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page  246

1       I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5       That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [ ] was [X] was not requested.

17       I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  August 4, 2021

23

24  _____

              Rebecca L. Romano, RPR, CCR

              CSR. No 12546

25

                                    Page 247