# Exhibit 19

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

Page 1

1   ** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **
2           UNITED STATES DISTRICT COURT
3       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                  OAKLAND DIVISION
5
6   _____
                                  )
7                                 )CIVIL ACTION NO.
    IN RE APPLE iPHONE ANTITRUST  )4:11-cv-06715YGR-TSH
8   LITIGATION                    )
                                  )
9   _____)
10
11
12
13              REMOTE PROCEEDINGS OF
14       VIDEOTAPED DEPOSITION OF MARK ROLLINS
15             THURSDAY, FEBRUARY 11, 2021
16
17
18
19
20
21  REPORTED BY:   REAGAN EVANS, RPR, RMR, CRR, CCRR,
22
23              CLR, CRC, CA CSR NO. 8176
24
25

Page 13

1            Do we have arrangements for another
2    reporter?
3            MR. KARIN:  Yes, I believe we do.
4            MR. NASAB:  Okay.  Great.
5
6                    MARK ROLLINS,
7    having been first duly sworn by the reporter, was
8            examined and testified as follows:
9
10           THE WITNESS:  Yes, ma'am.
11           THE REPORTER:  Thank you.
12
13                    EXAMINATION
14   BY MR. NASAB:
15       Q   Good morning, Mr. Rollins.  How are you
16   today?
17       A   Doing well.  How about yourself?
18       Q   I'm good.  I'm good.
19           Can you just give us your full name for the
20   record and your business address.
21       A   Sure.
22           It's Mark Rollins.  And I work at ▇▇▇▇▇▇
     ▇▇▇▇▇, Sunnyvale, California.
24       Q   Okay.
25           Thank you.

Page 41

1  the record that the consultant that was here on
2  behalf of the developer plaintiffs is no longer
3  present in the deposition.  He's exited despite the
4  fact we don't think there's a basis for it because
5  we've alerted Apple's counsel to the fact that a
6  consultant was going to be present at this
7  deposition on a confidential basis, and there was no
8  objection to that until here we are, an hour into
9  the deposition.
10            So we reserve all rights, including to
11  reopen, but we don't want to hold us up any further.
12  So we'd like to proceed.
13            MR. DETTMER:  Okay.
14            And I'll just very briefly respond, you
15  know, Rule 30(b)(5) makes clear that people who are
16  at the deposition need to be identified.  The
17  consultant obviously could be on this deposition
18  having -- if the person signs the protective order
19  and identifies themselves as required by the rule.
20            So we don't think there's any basis for
21  that person to be there under these circumstances.
22            And with that, we can continue.
23            Thank you for the break.
24            MR. NASAB:  Sure.
25       Q    Mr. Rollins, by what methodology, using the

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

Page 42

1   example of localization expenses, by what
2   methodology are they allocated from the iTunes level
3   to the app store?
4           MR. DETTMER:  Objection.  Vague.
5           Go ahead.
6           THE WITNESS:  You're asking -- I'm sorry.
7   Can ask you the question one more time.
8   BY MR. NASAB:
9       Q   Sure.
10          By what methodology does the localization
11  expenses at the iTunes level get allocated to the
12  app store?
13          MR. DETTMER:  Same objection.
14          THE WITNESS:  ████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████
20  BY MR. NASAB:
21      Q   Okay.
22          Explain to me, sir, if you would, what a
23  revenue -- revenue allocation methodology is at
24  Apple.
25      A   Sure.

Page 43

1           So a revenue allocation methodology would
2    be looking at, for example, the app store revenue.
3    And you would take that as a percentage of, for
4    example, iTunes revenue.  And you would get a ratio
5    or a percentage there.
6           You would apply that percentage to the
7    specific expenses or costs or whatever line item
8    you're trying to allocate.  And that would be one
9    way of allocating those expenses; it would be by an
10   allocation based upon revenue.
11       Q   Okay.
12           Is there typically a particular type of
13   revenue that is looked at when doing a revenue-based
14   allocation?
15       A   I'm not sure what you mean by a "particular
16   type of revenue."
17       Q   Net revenue.  Gross revenue, you know,
18   anything like, you know, something like that, any
19   kind of color you can give on that, particularly as
20   to the app store it would be most interesting.
21       A   Got it.
22           It depends.  It really just depends whether
23   it's based upon net revenue.
24           Generally speaking, I would say it's
25   related to net revenue.  It couldn't be in this

Page 77

1  they're aware that there are other costs that were
2  not put into the Apple -- Apple presentation
3  referenced in supplemental response to Interrogatory
4  No. 10?
5      A   It would be Matt Roby, Casey Esson,
6  Santiago Pinot, as well as, I believe, Michelle Sie
7  (phonetic) in corporate finance.
8      Q   Okay.
9          Are you -- Mr. Rollins, in your work that
10 you do, have you seen any app store profit and loss
11 estimates that are more complete than the profit and
12 loss statements seen in the exhibits cited in
13 supplemental response to Interrogatory No. 10?
14         MR. DETTMER:  Objection.  Vague.
15         Go ahead.
16         THE WITNESS:  I think I pointed you to, for
17 example -- I guess can you ask the question one more
18 time just so I have it clear in my head.
19 BY MR. NASAB:
20     Q   Sure.
21         I think what you testified, if I'm clear
22 about it, is that the P&L estimate provided to Apple
23 executives with authority over the app store was not
24 a fully burdened app store P&L; right?
25     A   That is -- yes, sir, that is correct.

Page 78

1    Q   Have you -- my question for you, sir, is
2  are you aware of an app store P&L that has been
3  generated in the course of Apple's business that is
4  more fully burdened than the estimates provided in
5  the presentations to executives with authority over
6  the app store?
7           MR. DETTMER:  Same objection.
8           THE WITNESS:  So I would point you to, for
9  example, the iTunes P&L as well as the line of
10 business reports, the services line of business
11 reports.
12          The way that Apple thinks about it is more
13 at a higher level where Apple -- Apple isn't
14 structured, for example, in a business unit
15 function.  Apple is structured in a functional unit.
16          And so as a result of that, as part of
17 Apple's, you know, general philosophy that the
18 purpose of Apple's products and services is really
19 part of an ecosystem.
20          And so Apple's, you know, for example,
21 iPhone devices, Apple's iPad devices, the app store,
22 which is within iTunes, but within iTunes there's --
23 or at least within services, even the broader group,
24 there's iCloud, there's Siri, there's Video, there's
25 Music.

1          And so Apple -- the way that Apple thinks
2    about it is more at a higher level in terms of its
3    ecosystem.  And so the value of all of our products
4    and services are sort of taken as a whole.
5          And so as a result of Apple not being
6    structured as a business unit, for example, that's
7    frankly one of the reasons why our system isn't
8    structured that way is that you could just push a
9    button and pop out, for example, an app store P&L.
10         That's not the way that Apple thinks about
11   these services.  It's not the way that Apple thinks
12   about the app store.  Apple thinks about it from a
13   more higher level.  And not even just a higher
14   level.
15         For example, app store within iTunes within
16   services, but even across other different types of
17   products, like the iPhone and the iPad.
18         It's the interoperability between these
19   devices and services.
20         And the whole point of it is in order to
21   enhance the user experience.  That's the value.  And
22   that's the philosophy at Apple.
23   BY MR. NASAB:
24       Q   Okay.  I appreciate that commentary on the
25   philosophy.

1           And so Apple -- the way that Apple thinks
2    about it is more at a higher level in terms of its
3    ecosystem.  And so the value of all of our products
4    and services are sort of taken as a whole.
5           And so as a result of Apple not being
6    structured as a business unit, for example, that's
7    frankly one of the reasons why our system isn't
8    structured that way is that you could just push a
9    button and pop out, for example, an app store P&L.
10          That's not the way that Apple thinks about
11   these services.  It's not the way that Apple thinks
12   about the app store.  Apple thinks about it from a
13   more higher level.  And not even just a higher
14   level.
15          For example, app store within iTunes within
16   services, but even across other different types of
17   products, like the iPhone and the iPad.
18          It's the interoperability between these
19   devices and services.
20          And the whole point of it is in order to
21   enhance the user experience.  That's the value.  And
22   that's the philosophy at Apple.
23   BY MR. NASAB:
24       Q   Okay.  I appreciate that commentary on the
25   philosophy.

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

Page 80

1  　　　　Let me try to get back to what I think is a
2  factual question.
3  　　　A　 Sure.
4  　　　Q　 Have you seen any P&Ls that are specific to
5  the app store, okay, that are more fully burdened
6  than the app store P&L estimates that were provided
7  in the presentations to executives with authority
8  over the app store that is referenced Exhibit 600?
9  　　　A　 Again, the app store estimated P&L, as I
10 mentioned in my -- or at least in the Interrogatory
11 response, the supplemental response to Interrogatory
12 No. 10 that I verified, it's an ad hoc estimate.
13 　　　Q　 Sir, I think you're unfairly avoiding my
14 question.
15 　　　　My question -- I don't care -- I'm not
16 asking --
17 　　　　MR. DETTMER:  I'm going to object to
18 that -- I'm going to object to that commentary.
19 BY MR. NASAB:
20 　　　Q　 My question for you is a very factual one.
21 Okay.
22 　　　　Have -- are you aware of a P&L specific to
23 the app store that is more fully burdened than the
24 ad hoc estimate of profit and losses included in the
25 presentations to executives with authority over the

Page 387

1  STATE OF CALIFORNIA    )
2  COUNTY OF LOS ANGELES )    ss.
3
4       I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,
5  CSR No. 8176, in and for the State of California, do
6  hereby certify:
7       That prior to being examined, the witness named
8  in the foregoing deposition was by me duly sworn to
9  testify to the truth, the whole truth, and nothing
10 but the truth;
11      That said remote deposition was taken down by me
12 in shorthand at the time and place therein named and
13 thereafter reduced to typewriting under my
14 direction, and the same is a true, correct, and
15 complete transcript of said proceedings;
16      That if the foregoing pertains to the original
17 transcript of a deposition in a federal case, before
18 completion of the proceedings, review of the
19 transcript { } was {xx} was not required.
20      I further certify that I am not interested in
21 the event of the action.
22      Witness my hand this 13th day of February, 2021.
23
24                    _____
                      Certified Shorthand Reporter
25                    for the State of California

# MARK ROLLINS ERRATA SHEET

*In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR;
*Cameron v. Apple Inc.*, Case No. 4:19-cv-03074-YGR;
*Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR

Deposition of Mark Rollins

Taken February 11, 2021

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| Passim | | Capitalize "app store" to "App Store" | Clarification |
| Passim | | Capitalize "keynote" to "Keynote" | Clarification |
| 21 | 2 | Change "to consult" to "of goods sold" | Clarification |
| 27 | 5 | Change "ICC" to "SEC" | Clarification |
| 28 | 11 | Change "case" to "cases" | Clarification |
| 47 | 6 | Change "OCOG" to "OCOGS" | Clarification |
| 62 | 10 | Change "Casey Esson" to "Eason" | Clarification |
| 63 | 15 | Change "Danadoran" to "Damodaran" | Clarification |
| 63 | 16 | Change "D-a-n-a-d-o-r-a-n" to "D-a-m-o-d-a-r-a-n" | Clarification |
| 77 | 6 | Change "Casey Esson" to "Eason" | Clarification |
| 77 | 6 | Change "Michelle Sie" to "Michelle Xie" | Clarification |
| 78 | 15 | Change "in a" to "as a" | Clarification |
| 89 | 24, 25 | Change "Railo" to "Roby" | Clarification |
| 90 | 5 | Change "Casey Esson" to "Eason" | Clarification |
| 104 | 23 | Change "in October" to "in approximately October" | Clarification |
| 129 | 5 | Change "Casey Esson" to "Eason" | Clarification |
| 136 | 17 | Change "app reviewers" to "developers" | Clarification |
| 171 | 1 | Change "R&D advertising" to "R&D for example" | Clarification |

1

Mark Rollins Errata Sheet

2

| PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 175 | 5 | Change "base" to "our" | Clarification |
| 198 | 19 | Change "OCOG" to "OCOGS" | Clarification |
| 236 | 14 | Change "do you see" to "I do see" | Clarification |
| 259 | 7 | Change "in the" to "and" | Clarification |
| 269 | 1 | Change "e-mail" to "Keynote" | Clarification |
| 295 | 15 | Change "Global business information" to "Global Business Intelligence" | Clarification |
| 296 | 22 | Change "Raul" to "Raahul" | Clarification |
| 297 | 6 | Change "accessor" to "accessed or" | Clarification |
| 300 | 22 | Change "1:30 in" to "1:30 on Wednesday in" | Clarification |
| 311 | 20 | Change "probably" to "generally" | Clarification |
| 326 | 10 | Change "have" to "handle" | Clarification |
| 346 | 25 | Change "you" to "we" | Clarification |
| 356 | 10 | Change "inflation" to "question" | Clarification |

Under penalties of perjury under the laws of the United States, I declare that I have read my deposition transcript, and it is true and correct subject to any changes in form or substance entered here.

March 4, 2021

_____          _____
Date                                                              Mark Rollins

Mark Rollins Errata Sheet