# Exhibit 22

| | |
|---|---|
| **From:** | Byrd, Rachele <Byrd@whafh.com> |
| **Sent:** | Friday, August 20, 2021 12:12 PM |
| **To:** | Kleinbrodt, Julian Wolfe; DeJong, Brittany; Rifkin, Mark; Guiney, Matthew; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington; tedw@hbsslaw.com |
| **Cc:** | *** GDC EpicLitTeam |
| **Subject:** | RE: App Store – Apple Expert Backup Production |

**[WARNING: External Email]**

Julian,

We continue to have problems with Prince's backup data. Here is a list:

1. Missing "programs/build" folder in "2021-08-12-prince." The readme.txt instructs, "Run the code files in … programs/build … to replicate the respective datasets, exhibits, or workpapers"

2. Missing data to "place" in "data/import" folder in "2021-08-12-prince", as per the readme.txt provided.

    a. Please confirm what is meant by "Apple Transaction Data" (e.g., the entire transactions database?)

    b. Please confirm what is meant by "Incremental Apple Transaction Data"

3. Many files in "2021-08-12-prince" require establishing a connection to a Netezza database, which appears to be the IBM cloud server that Prince's supporting team subscribes to.

    a. No Netezza manual has been provided for our general understanding of how Netezza works.

    b. Uncertain whether we can connect to their Netezza database.

    c. If establishing a connection is not possible, at the very least Prince should provide us with his input and intermediate data files so that we can replicate his analyses

4. Unable to install R packages 'dapg' and 'crnzr'

    a. The usual install.packages("dapg") says no such package exists and we can't find any mention of it online

    b. Error message when trying to install 'crnzr' using their readme instructions

5. General lack of readme.txt files. Difficult to understand in which order to run files for all the workpapers in "2021-08-12-prince"

Please advise as soon as possible.

Rachele



**Rachele R. Byrd**
byrd@whafh.com
Tel: 619-239-4599
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

**From:** Kleinbrodt, Julian Wolfe [mailto:JKleinbrodt@gibsondunn.com]
**Sent:** Tuesday, August 17, 2021 12:40 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

Rachele,

I've been advised that the error you describe may be due to the manner in which the files are being extracted. I understand that the README file sets out specific instructions for extracting these files. In particular:
1. If your team is using WinRAR on Windows, you should be able to open .part01.rar file, put in the password, and drag the files out.
2. If your team is using Linux, Mac, or RAR on the command line within Windows, they will need to say, for example: `rar x -hp'ohco1AX3beiw3shu;h*i5' production.part01.rar`

I understand that an error may occur if one attempts to try anything with the .partXX.rar files other than .part01.rar because RAR automatically reassembles the contents (a more technical overview is provided in the README file).

If this does not resolve the issue, please let me know.

Julian


**Julian Kleinbrodt**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com


**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Tuesday, August 17, 2021 10:28 AM
**To:** Kleinbrodt, Julian Wolfe <JKleinbrodt@gibsondunn.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

**[WARNING: External Email]**
Julian,
We've unzipped all folders except for nine .rar files in folder: "2021-08-12-production." We believe this belongs to Rubin. The unzipping was successful for part01 in this folder using the password provided below, but we are getting errors for all other parts 02-10. This is the error we are receiving:

Extracting to "[[FOLDER NAME WE ARE EXTRACTING FILES TO]]"
Use Path: yes   Overlay Files: no
Error: Bad data in file "" - possible wrong/missing password Irrecoverable Error: Bad data detected (or incorrect password).

Please advise.
Thanks,
Rachele



**Rachele R. Byrd**
**byrd@whafh.com**
Tel: 619-239-4599
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

---

**From:** Kleinbrodt, Julian Wolfe [mailto:JKleinbrodt@gibsondunn.com]
**Sent:** Thursday, August 12, 2021 11:59 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** App Store – Apple Expert Backup Production

Counsel,

Please find below the passwords for accessing certain files produced under separate cover this evening via Sharefile.

**File:**
**Password:**

**File:**
**Password:**

**File:**
**Password:**

Best regards,
Julian

---

**Julian Kleinbrodt**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.