# Exhibit 24

| | |
|---|---|
| **From:** | mail@sf-notifications.com on behalf of Support Center <mail@sf-notifications.com> |
| **Sent:** | Tuesday, August 24, 2021 10:59 PM |
| **To:** | Kleinbrodt, Julian Wolfe |
| **Subject:** | App Store Litigation - Production |

**[WARNING: External Email]**

# GIBSON DUNN

Julian,

Support Center has sent you files.                                  Expires 9/23/21

A note from Support :

Counsel,

To address the fifth question in Rachele's August 20 email, we are producing additional files that should resolve any confusion about the workpapers in "2021-08-12-prince." Specifically, this production includes:

1) A .rar archive called "20210824_production.rar." This archive includes:
a. A new, more detailed/explicit "README.txt."
b. An updated production for workpaper 23. Your team use the contents of the enclosed wp_23 folder to replace the previous "programs/analysis/wp_23 folder." These replacement files should run on your team's system and resolve any errors they encountered.
A txt file including the password for this .rar file will be sent under separate cover.

2) "README1.txt" file that contains instructions for decompressing the .rar archive.

3) Files named "md5sums .md5" and "hashsum.bat" that can be used to verify the integrity of the data if desired. Use of these files is explained in the "README1.txt" file.

Best regards,

Julian

[Download]

Trouble with the above link? You can copy and paste the following URL into your web browser:
[redacted]

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2021

2