# Exhibit 26

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4

5    _____

                                     )

6    IN RE APPLE iPHONE TRUST        )

                                     )   Case No. 4:11-cv-06715YGR

7    LITIGATION                      )

     _____)

8

9

10

11   ** HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER **

12            REMOTE VIDEOTAPED DEPOSITION OF

13                    TIMOTHY SWEENEY

14              Monday, February 8, 2021

15                      Volume I

16

17

18

19

20

21   Reported by:

     NADIA NEWHART

22   CSR No. 8714

23   Job No. 4453384

24   PAGES 1 - 271

25

                                              Page 1

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    state their appearances and affiliations for the

2    record.  If there are any objections to proceeding,

3    please state them at the time of your appearance,

4    beginning with the noticing attorney.

5          MR. DOREN:  This is Richard Doren from Gibson    09:09:02

6    Dunn & Crutcher.  I represent Apple.  Joining me

7    today from Gibson Dunn is Dana Li and Anthony Bedel,

8    and also in attendance from Apple are Andrew

9    Farthing and Noreen Krall.

10         MR. BORNSTEIN:  This is Gary Bornstein from      09:09:23

11   Cravath.  I am representing Epic Games.  Joining me

12   from my firm are Colin Herd and Daniel Ottaunick,

13   and also with me from Epic Games is Gena Feist.

14         And before we begin, Mr. Doren, can I just

15   confirm that Mr. Farthing and Ms. Krall are people    09:09:46

16   who are entitled, under the protective order, to

17   have access to highly confidential information?

18         MR. DOREN:  Yes, Mr. Bornstein, they are.

19         MR. BORNSTEIN:  Okay.  Thank you.

20         THE VIDEOGRAPHER:  Will the court reporter       09:09:56

21   please swear in the witness.

22         THE REPORTER:  Please raise your right hand.

23                  TIMOTHY SWEENEY,

24      having been first duly sworn, was examined and

25                  testified as follows:

Veritext Legal Solutions
866 299-5127

1    retail stores which sell physical boxes of games --

2       Q    And when you're -- sorry.

3       A    -- and online retailers such as Amazon.

4       Q    To purchase the physical -- physical games

5    through Amazon?                                        11:50:17

6       A    I'm certain that physical games are available

7    through Amazon.  I'm not certain about digital codes

8    or copies of games.

9       Q    And when you're talking -- sorry.  And when

10   you're talking about physical games, are you talking   11:50:30

11   about for the earlier versions of the Xbox that

12   require physical disks and the like?

13      A    My understanding is that a very large number

14   of Xbox games are still available for retail sales

15   and are distributed physically.                        11:50:49

16      Q    And that's -- those are the older versions

17   that require the actual physical media to play

18   Fortnite; is that correct?

19      A    I'm not aware that any -- that -- I'm not

20   aware that new games for new consoles can't be         11:51:06

21   purchased in retail.

22      Q    And when in-app purchases are made in

23   Fortnite on Xbox, those are -- those transactions

24   are made through the Xbox digital store, correct?

25      A    Yes.  When a real-money transaction occurs in  11:51:32

Page 93

1    Fortnite on Xbox, Microsoft provides and mandates

2    the payment processing technology.

3       Q    And Microsoft charges a 30 percent commission

4    for those in-app purchases made through Xbox,

5    correct?                                          11:51:53

6       A    My understanding is that Microsoft's

7    commission for purchases is roughly 30 percent

8    potentially varying by price circumstance and

9    territory.

10      Q    But 30 percent is the number that you think   11:52:05

11   of in terms of the Microsoft commission, correct?

12      A    Yes.

13           MR. BORNSTEIN:   Object to the form.

14   BY MR. DOREN:

15      Q    And is that 30 percent commission charged by   11:52:16

16   Microsoft anticompetitive?

17           MR. BORNSTEIN:   So I, again, am going to

18   instruct you to exclude from your answer any

19   communications you had with counsel on the subject.

20           THE WITNESS:   I don't have an opinion on that   11:52:34

21   with respect to competition law.  And as to -- well,

22   I think the term "anticompetitive" -- I'm not

23   sure -- I'm not sure if I have any opinion left over

24   that's not informed by legal advice.

25   BY MR. DOREN:                                      11:53:00

Page 94

1    Q    Do you consider the 30 percent commission

2    charged by Microsoft to be unfair?

3    A    With respect to purchases on the Xbox

4    platform, I'm not sure if it's fair or not.

5    Q    Why not?                                    11:53:21

6    A    In reference to our earlier discussion,

7    whether that structure is fair depends on the

8    ultimate impact on consumers, prices, competition

9    and developers and other factors which Epic has not

10   analyzed sufficiently for me to conclude.         11:53:41

11   Q    On the Sony PlayStation, in-app purchases

12   are -- within Fortnite must be made through Sony's

13   digital store, correct?

14   A    With respect to purchases made using real

15   money, yes.                                        11:54:02

16   Q    And you're distinguishing real money versus

17   transactions using V-Bucks that have been purchased

18   with real money and are then spent within the game?

19   A    Yes.

20   Q    And Sony charges a 30 percent commission for  11:54:15

21   all -- for all of those transactions, correct, all

22   of those real money transactions?

23   A    Yes.  My understanding is Sony's commission

24   is approximately 30 percent, potentially varying

25   based on circumstances, but we think of it as       11:54:33

Page 95

1    30 percent.



20    Q    And is the 30 percent commission charged by    11:55:53

21    Sony anticompetitive?

22        MR. BORNSTEIN:  Again, I'll give you the same

23    instruction not to reveal communications you've had

24    with counsel on the subject.

25        THE WITNESS:  With respect to the term    11:56:15

Page 96

1          MR. BORNSTEIN:  Object to the form.

2          THE WITNESS:  I can't calculate this number

3    in my head, but I believe that their ownership

4    interest would be a fraction of approximately

5    $250 million divided by Epic's -- the value of Epic     11:58:04

6    in which we raised this capital, which I believe was

7    approximately $17 billion.

8    BY MR. DOREN:

9      Q    Thank you.  Now, the Nintendo console is

10   Nintendo Switch, correct?                               11:58:31

11     A    With respect to Fortnite, yes.

12     Q    Thank you.  And that's a mobile console?

13     A    The Switch's -- the Nintendo Switch's key

14   feature is that it can be operated both as a mobile

15   device; it can also be plugged into power and a         11:58:47

16   television and deliver higher performance.

17     Q    And for in-app purchases made for -- in

18   Fortnite, Nintendo requires that those purchases be

19   made through the Nintendo digital store, correct?

20     A    That's my understanding.                         11:59:08

21     Q    And Nintendo charges a 30 percent commission

22   on those in-app purchases, correct?

23     A    Yes, that's my understanding with the

24   previous exceptions that I made based on territory

25   or dollar price on various transactions.                11:59:28

Page 98

Case 4:11-cv-06714-YGR   Document 642-28   Filed 04/27/22   Page 9 of 15
HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1       Q   Do you have any specific variations in mind,

 2   or are you just allowing room that there may be

 3   some?

 4           MR. BORNSTEIN:  Objection to form.

 5           THE WITNESS:  My general recollection is that   11:59:37

 6   the various consoles add or adjust the rate based on

 7   international territories for various reasons, which

 8   may include just tax but may include other costs.

 9   It's not clear to me.

10   BY MR. DOREN:                                           12:00:06

11       Q   The equation, if you will, is based on a

12   30 percent commission?

13       A   We think of Nintendo Switch as charging

14   30 percent as we redeveloped out our business.

15       Q   And do you consider that 30 percent           12:00:16

16   commission charged by Nintendo to be

17   anticompetitive?

18           MR. BORNSTEIN:  Again, I'll caution you to

19   exclude from your answer any communications that you

20   may have had with counsel on the subject.             12:00:27

21           THE WITNESS:  On the term of

22   anticompetitiveness, I don't think I have any

23   understanding of that other than lawyer's advice.

24   BY MR. DOREN:

25       Q   And do you consider the 30 percent commission 12:00:38
```

Page 99

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    charged by Nintendo to be unfair?

2       A    That's not clear to me.

3       Q    Why not?

4       A    As with Microsoft and Sony, understanding the

5    fairness of it requires understanding the impact on    12:01:00

6    consumers, prices, developers, markets and

7    competition.

15      Q    And how do you know that?    12:01:46

16      A    Among other things, ███████████████

     ██████ I believe late last year, mentioned that Sony

18   was very significantly subsidizing the cost of their

19   hardware.  And our discussions with Microsoft in the

20   time frame of the Xbox 360 hardware included    12:02:06

21   numerous discussions pervaded by clear context that

22   Microsoft was heavily subsidizing the hardware,

23   though I don't remember them specifically saying

24   those words.  I remember to the tune of ████████

     ████████ of subsidy being commonly understood.    12:02:26

                                              Page 100

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1   variable cost and 5 to 7 percent marginal profit.

2   BY MR. DOREN:

3      Q   And do you know whether the sum of all of the

4   technical support and the engineering support and

5   the marketing support and the licensing of your          03:48:25

6   intellectual property and all the various other

7   functions within the Epic organization that have

8   come to the aid of the Epic Games Store, do you know

9   whether the monetary -- how much of that 5 percent

10   on all of those items add up to?                         03:48:43

11      A   No.

12      Q   So it could be less than 5 percent; it could

13   also be more than 5 percent -- than the 5 percent,

14   correct?

15      A   Can you clarify what costs you're -- beyond       03:49:08

16   variable costs you're considering?

17      Q   Well, we talked about 6 to 12 people

18   primarily tasked with offering technical support.

19   We've talked about the 10 to 100 people that have

20   had to put in a dedicated effort to help the store.      03:49:29

21   We've talked about the fact that most people in the

22   development area have done things that have assisted

23   the store.

24          We've talked about the licensing of

25   intellectual property to developers such as the Epic     03:49:43

Page 207

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    online services and the SDK for that.  We've talked

2    about marketing campaigns involving various

3    trademarked logos and content.

4         We've talked about partnering with other

5    companies on content for games that would come to       03:50:01

6    the store, and we've talked about there being other

7    things that didn't come readily to mind and that

8    none of that -- the accounting for none of those

9    expenses necessarily can be allocated to various

10   particular projects within the company.                 03:50:18

11        So when you take all of that different

12   support that is part and parcel of running the Epic

13   Games Store, you do not know whether that is greater

14   than the 5 percent that runs between the 7 and 12 --

15   7 percent taken up by payment processing and            03:50:36

16   bandwidth and customer support and the 12 percent

17   fee, correct?

18        MR. BORNSTEIN:  I'm going to object to the

19   two-paragraph question and the form thereof and the

20   recharacterization of testimony Mr. Sweeney gave.       03:50:50

21        You can answer it, if you recall.

22        THE WITNESS:  Let me try for a simple answer.

23   If you are including Epic's cost of marketing

24   campaigns pertaining to the Epic Games Store and

25   acquiring exclusive rights to games to distribute       03:51:09

Veritext Legal Solutions
866 299-5127

1   and acquiring rights to fund some of the various

2   campaigns that we run with partners such as free

3   game giveaways, then certainly the cost of all of

4   those things is beyond 5 percent of the Epic Games

5   Store revenue.                                         03:51:37

6   BY MR. DOREN:

7       Q   Thank you.

8           Now, Epic Games Store's primary competition

9   is Steam, correct?

10      A   Yes.  We view the competitive situation with   03:51:51

11  Steam as our primary competitor as a PC game store

12  distributes games from multiple publishers.

13      Q   And thank you for raising that.

14          Just so the record is clear, Epic Games Store

15  sells exclusively games for PCs and Mac, correct?      03:52:07

16      A   Yes, yes, and it -- separately, there's also

17  the Epic Games app for Android which currently

18  distributes only Epic's own games to Android and is

19  not presented as a store currently.

20      Q   And I'm sorry.  You said it's not presented    03:52:32

21  as a store currently?

22      A   Well, I should say it's not presented as a

23  multi-publisher store.  It's just a way of launching

24  Epic's own games.

25      Q   Thank you.                                     03:52:45

Page 209

1    in-app purchases of digital items while prohibiting

2    all of the competitive mechanisms which would lead

3    to fair prices and increase in selection of software

4    and other -- other aspects of a competitive and fair

5    market.                                              12:17:29

6        Q   How does the fact that Apple makes money in

7    selling the iPhone, for example, impact the fairness

8    of charging the same commission as every other major

9    platform for Fortnite?

10           MR. BORNSTEIN:  Object to the form.          12:17:59

11           THE WITNESS:  If there's an explicit bargain

12   in which a user pays less for hardware in its cost

13   but makes up for the cost of the hardware through

14   some other mechanism over time, then as a nonlawyer,

15   a noneconomist, the fairness depends on whether that  12:18:31

16   business model has a distorting effect on prices.

17           And I certainly don't feel that it

18   necessarily does in all circumstances; however, in

19   the case of a -- essentially, the three markets

20   Apple operates which are -- I think are in this      12:18:58

21   matter, Apple has an incredibly profitable hardware

22   business that is profitable on its own and is an

23   awesome business on its own, perhaps the greatest

24   single business in history, business line, while

25   also monopolizing in-app payment and monopolizing    12:19:19

Page 110

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing transcript is

11  a true record of the testimony given.

12       Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ ] was [ ] was not requested.

16       I further certify that I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or any party to this action.

19     IN WITNESS WHEREOF, I have this date subscribed

20  my name.

21  Dated: this 9th day of February, 2021

22

23

24  _____

           NADIA NEWHART

25         CSR NO. 8714

                                                    Page 270