BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>PLAINTIFFS' NOTICE OF FILING OF REDACTED AND UNSEALED DOCUMENTS PURSUANT TO ORDER RE: PENDING ADMINISTRATIVE MOTIONS TO SEAL [ECF NO. 631]<br><br>Hon. Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that Plaintiffs hereby submit the following redacted and unsealed documents pursuant to the Court's March 29, 2922 Order Re: Pending Administrative Motions to Seal (ECF No. 631) and pursuant to various of Apple Inc.'s administrative motions to seal wherein it identified documents over which it was not asserting confidentiality (*see* ECF Nos. 453, 561, 607) or over which it subsequently withdrew its assertion of confidentiality (*see* ECF No. 617).

| Attachment | Description |
|---|---|
| A | Plaintiffs' Notice of Motion and Motion for Class Certification (ECF NO. 441) |
| B | Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion for Class Certification ("Byrd Decl."), Ex. A, Federighi Dep. Tr. dated Feb. 10, 20201 (ECF No. 442-1) |
| C | Byrd Decl. Ex. B, APLE-APPSTORE_09114427-28 (ECF No. 442-2) |
| D | Byrd Decl. Ex. D, Fischer Dep. Tr. dated Dec. 18, 2020 (ECF No. 442-4) |
| E | Byrd Decl. Ex. E, Okamoto Dep. Tr. dated Dec. 16, 2020 (ECF No. 442-5) |
| F | Byrd Decl. Ex. F, APL-APPSTORE_08825075-85 (ECF No. 442-6) |
| G | Byrd Decl. Ex. G, APL-APPSTORE_00000055-87 (ECF No. 442-7) |
| H | Byrd Decl. Ex. H, APL-EG_06216718 (ECF No. 442-8) |
| I | Byrd Decl., Ex. I, Cue Dep. Tr. dated Feb. 8, 2021 (ECF No. 442-32) |
| J | Byrd Decl. Ex. J, Forstall Dep. Tr. dated Mar. 8, 2021 (ECF No. 442-10) |
| K | Byrd Decl. Ex. K, Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification dated June 1, 2021 (ECF No. 442-11) |
| L | Byrd Decl. Ex. M, Shoemaker Dep. Tr. dated Jan. 12, 2021 (ECF No. 442-13) |
| M | Byrd Decl. Ex. N, APL-EG_00312287 (ECF No. 442-14) |

| Attachment | Description |
|---|---|
| N | Byrd Decl. Ex. O, Grimm Dep. Tr. dated Feb. 9, 2021 (ECF No. 442-15) |
| O | Byrd Decl. Ex. P, Kosmynka Dep. Tr. dated Feb. 2, 2021 (ECF No. 442-16) |
| P | Byrd Decl. Ex. Q, Cook Dep. Tr. dated Feb. 12, 2021 (ECF No. 442-17) |
| Q | Byrd Decl. Ex. R, APPLE-EG_00985738-40 (ECF No. 442-18) |
| R | Byrd Decl. Ex. S, APL-APPSTORE_04100703-06 (ECF No. 442-19) |
| S | Byrd Decl. Ex. T, Gray Dep. Tr. dated Feb. 12, 2021 (ECF No. 442-20) |
| T | Byrd Decl. Ex. V, APL-APPSTORE_00492363-99 (ECF No. 442-22) |
| U | Byrd Decl. Ex. W, APL-APPSTORE_08883133-332 (ECF No. 442-23) |
| V | Byrd Decl. Ex. X, APL-APPSTORE_10176241-337 (ECF No. 442-24) |
| W | Byrd Decl. Ex. Y, Rollins Dep. Tr. dated Feb. 11, 2021 (ECF No. 442-25) |
| X | Byrd Decl. Ex. Z, APL-EG_00138494-97 (ECF No. 442-26) |
| Y | Byrd Decl. Ex. AA, APL-EG_00982923-28 (ECF No. 442-27) |
| Z | Byrd Decl. Ex. BB, Haun Dep. Tr. dated Jan. 13, 2021 (ECF No. 442-28) |
| AA | Byrd Decl. Ex. DD, APL-EG_04806307-502 (ECF No. 442-30) |
| BB | Byrd Decl. Ex. EE, APL-APPSTORE_00491119-21 (ECF No. 442-31) |
| CC | Byrd Decl. Ex. FF, Friedman Dep. Tr. dated Feb. 1, 2021 (ECF No. 442-32) |
| DD | Byrd Decl., Ex. II, APLAPPSTORE_06629008 (ECF No. 442-34) |
| EE | Byrd Decl. Ex. JJ, APLE-APPSTORE_09924671-82 (ECF No. 442-35) |
| FF | Byrd Decl. Ex. KK, APL-APPSTORE_04650308-67 (ECF No. 442-36) |
| GG | Plaintiffs' Opposition to Apple's *Daubert* Motion to Exclude Testimony of Prof. Daniel L. McFadden (ECF Nos. 498, 506) |

| Attachment | Description |
|---|---|
| HH | Declaration of Rachele R. Byrd in Support of Plaintiffs' Opposition to Apple's *Daubert* Motion to Exclude Testimony of Professor Daniel L. McFadden, Ex. C, Declaration of Minjae Song in Support of Plaintiffs' Opposition to Apple's *Daubert* Motion to Exclude Testimony of Prof. Daniel L. McFadden (ECF Nos. 497-5, 499-3, 506-1) |
| II | Plaintiffs' Reply Memorandum in Further Support of Motion for Class Certification (ECF Nos. 554-4, 555, 562-1) |
| JJ | Declaration of Rachele R. Byrd in Further Support of Plaintiffs' Motion for Class Certification ("Byrd Decl. II"), Ex. 1, Reply Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification (ECF No. 554-5, 556-1, 562-2) |
| KK | Byrd Decl. II, Ex. 3, Prof. McFadden's Amended Corrections to Dep. Tr. dated Sept. 17, 2021 (ECF Nos. 554-6, 556-3, 562-3) |
| LL | Byrd Decl. II, Ex. 8, Schmalensee Dep. Tr. (ECF Nos. 554-7, 556-8) |
| MM | Byrd Decl. II, Ex. 9, Malackowski Dep. Tr. (ECF No. 554-8, 556-9) |
| NN | Byrd Decl. II, Ex. 12, Gray Dep. Tr. (ECF No. 554-9, 556-12, 562-4) |
| OO | Byrd Decl. II, Ex. 13, Haun Dep. Tr. (ECF No. 554-10, 556-13) |
| PP | Plaintiffs' Opposition to Apple's *Daubert* Motion to Exclude Reply Testimony of Prof. McFadden (ECF Nos. 598-4, 600, 607-1) |
| QQ | Declaration of Rachele R. Byrd in Support of Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude Reply Testimony of Professor Daniel L. McFadden, Ex. C, McFadden Dep. Tr. dated Nov. 5, 2021 (ECF Nos. 598-5, 601-3) |

| Attachment | Description |
|---|---|
| RR | Declaration of Daniel L. McFadden in Support of Plaintiffs' Opposition to Apple Inc.'s *Daubert* Motion to Exclude Reply Testimony of Professor Daniel L. McFadden (ECF Nos. 598-7, 602, 607-1) |

DATED:  April 27, 2022     WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP

                             By:     */s/ Rachele R. Byrd*

                                   BETSY C. MANIFOLD (182450)
                                   RACHELE R. BYRD (190634)
                                   750 B Street, Suite 1820
                                   San Diego, CA 92101
                                   Telephone:  619/239-4599
                                   Facsimile:   619/234-4599

                                   MARK C. RIFKIN (*pro hac vice*)
                                   MATTHEW M. GUINEY (*pro hac vice*)
                                   THOMAS H. BURT (*pro hac vice*)
                                   WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLP
                                   270 Madison Avenue
                                   New York, New York 10016
                                   Telephone:  212/545-4600
                                   Facsimile:   212/545-4677

                                   *Interim Class Counsel for Plaintiffs*

                                   DAVID C. FREDERICK (*pro hac vice*)
                                   AARON M. PANNER (*pro hac vice*)
                                   KELLOGG, HANSEN, TODD, FIGEL &
                                     FREDERICK, P.L.L.C.
                                   1615 M Street, N.W., Suite 400
                                   Washington, D.C.  20036
                                   Telephone: (202) 326-7900
                                   Facsimile: (202) 326-7999
                                   dfrederick@kellogghansen.com
                                   apanner@kellogghansen.com

                                   *Counsel for Plaintiffs*

1
2   28327
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28