**ATTACHMENT B**

Page 1

** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

_____
                                )
                                ) CIVIL ACTION NO.
IN RE APPLE iPHONE ANTITRUST    ) 4:11-cv-06715YGR-TSH
LITIGATION                      )
                                )
_____)

REMOTE PROCEEDINGS OF

VIDEOTAPED DEPOSITION OF CRAIG FEDERIGHI

VOLUME I, PAGES 1 - 325

WEDNESDAY, FEBRUARY 10, 2021

JOB NO. NY 4454300

REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,

CLR, CRC, CA CSR NO. 8176

1    A    I thought I did.
2    Q    I understand you have a party line that you
3    need to give, but you're going to need to answer my
4    question.
5         Are there many developers that choose to
6    sell their Mac applications outside the Apple Mac
7    store?
8    A    There are.
9    Q    And there are many Mac users that choose to
10   download applications directly from the developer or
11   from a third-party store; correct?
12   A    Correct.
13   Q    And over time, you've seen developers
14   complaining about the Apple Mac Store, and some have
15   left the Apple Mac Store; correct?
16   A    Correct.
17   Q    Some wanted, for example, less stringent
18   sandboxing; correct?
19   A    Yes.
20   Q    Some wanted the ability to patch security
21   and other bugs more quickly; correct?
22   A    I'm less familiar with that, but maybe.
23   Q    You understand that it takes longer to
24   patch something if you need to go through Apple's
25   review process; correct?

Page 74

1  Office products were not available on the Mac App
2  Store; right?
3       A   That -- it may have been a year ago.  I'm
4  not sure exactly when they joined the App Store but
5  approximately.
6       Q   And Microsoft continues today to offer
7  Office for Mac for a direct download from Microsoft
8  itself; correct?
9       A   I believe so.
10      Q   Do you know if Microsoft pays 30 percent of
11 its proceeds on the Mac App Store to Apple?
12      A   I presume so.  I'm not very tied into a lot
13 of economic elements of the App Store.
14      Q   So you just don't know one way or the
15 other?  You're not familiar --
16      A   I would assume so because I think the --
17 it's quite consistent in pricing on the App Store,
18 but that is -- but I don't know.
19      Q   And you know that Adobe does not make most
20 of its products available through the Mac App Store;
21 right?
22      A   That sounds probably true.
23      Q   In 2020, Apple announced it would make
24 iPhone and iPad apps available through the Mac App
25 Store and that they could run on arm-based Macs;

Page 207

1      A    Well, one example would be Pro audio apps
2   that historically required device drivers that might
3   run in the kernel of the operating system and audio
4   plug-ins that might require being dynamically loaded
5   into the process.  Both of these things are not
6   allowed by sandboxing.
7           We have since created mechanisms where many
8   of these forms of device drivers could actually run
9   out of the iOS kernel in a -- in a sandbox, where
10  they could be safe.
11          We have created means where audio plug-ins
12  could run out of -- out of the -- not require
13  dynamic linking and could run out of process, where
14  they could be safe.
15          So we continue to extend with safe
16  mechanisms that enable more functionality without
17  violating sandboxing.
18     Q    Sandboxing certainly makes -- makes life
19  harder for -- for developers in some instances;
20  fair?
21     A    In some -- in some instances.  Particularly
22  if they have a legacy application that was designed
23  with certain expectations.
24     Q    And has Apple ever considered making
25  sandboxing mandatory on macOS?

Page 208

1      A    Certainly not in its current form, no.
2           What we have done, and I think you brought
3  up some examples of it earlier, were bringing some
4  elements of sandboxing to unsandboxed apps.
5           So we talked about prompting for the user
6  if the app tries to access the "Downloads" folder or
7  the "Desktop" folder, for instance.  That -- we
8  didn't require the app to adopt sandboxing to give
9  the user that protection, but we made things
10 somewhat more secure without requiring sandboxing.
11          We couldn't make it as secure, but we made
12 it more secure.  So that's been our strategy.
13     Q    Going down to page 12, that's malware
14 protection on OS X?
15     A    Uh-huh.
16     Q    Here, too, there -- just like in the white
17 paper, there's nothing saying that there's a crisis
18 of security on macOS X; correct?
19     A    Yeah, that doesn't appear to be the overall
20 tenor of this overview for the board of directors.
21     Q    Nor was it the tenor of the white paper we
22 looked at earlier today; correct?
23     A    Correct.
24     Q    If we go to the -- before we go there.
25          Has Apple historically sandboxed its own

Page 224

1        And I just wanted to start by asking you
2   some kind of more basic, very basic questions about
3   the operations of the app store and apps on the app
4   store.
5        A   Okay.
6        Q   So, first, apart from certain exceptions,
7   it's true that Apple technologically does not allow
8   apps to run on iOS devices unless they're downloaded
9   from Apple's iOS app store; is that correct?
10       A   As you say, outside of programs like
11  TestFlight, the Enterprise Program, or ad hoc
12  through Xcode, the other means is -- is the app
13  store, correct?
14       Q   Okay, yeah.
15           And I'll ask about some of those exceptions
16  later --
17       A   Okay.
18       Q   -- but that's the general rule.
19           So can you explain how, you know, Apple
20  technologically blocks apps, except for in these
21  programs, from being downloaded from outside of the
22  iOS app store and successfully running on iOS
23  devices?
24       A   Well, it's -- primarily, this is all part
25  of the mechanism of making -- of security

Page 315

1    times a year --
2         Q    Okay.
3         A    -- between major, you know, major updates
4    once a year, kind of fairly beefy updates every, you
5    know, the other intervening half year, and the
6    security updates and minor updates sort of sprinkled
7    in between.
8         Q    Okay.
9              Would you say since you took over iOS in
10   2012 that the iOS updated with increasing frequency,
11   less frequency, or approximately the same?
12        A    I'm not actually sure.
13             I do think we -- we've become much more
14   regular about security updates performing -- trying
15   to make sure that every, you know, couple of months
16   we have an update to address any security issues.
17   And so that may drive a greater frequency overall.
18             But I'm really not sure.  I haven't gone
19   back and compared the, you know, iOS 3 or iOS 5 or
20   anything like that.
21        Q    I understand.
22             In 2019, I understand there was a split
23   between iOS and iPadOS; is that correct?
24        A    Yes.
25        Q    Okay.

Page 316

1           And how did that split affect the
2     development, if at all, of the iPhone versus iPad
3     apps?
4        A   It didn't significantly affect the
5     development of apps.  Primarily, the distinction was
6     that we were adding more and more capabilities that
7     were distinct to iPad like support for Pencil and
8     Pencil Kit and so forth.
9           And so for apps that took advantage of that
10    functionality, or multitasking with multiple windows
11    and slideover, these were distinct capabilities.
12          And the cursor.  We added the support, of
13    course, to having a track pad and cursor, which was
14    also distinct iPadOS.
15          So these were all new capabilities that if
16    an app developer wanted to build a good iPad app,
17    they might take advantage of these distinct
18    capabilities of iPadOS.
19       Q   Okay.
20          MR. SIEGEL:  Ashima, can you make available
21    to Mr. Federighi Tab 40.
22          THE WITNESS:  Okay.
23          I have it open now.
24    BY MR. SIEGEL:
25       Q   Okay.

Page 324

1  STATE OF CALIFORNIA    )
2  COUNTY OF LOS ANGELES  )    ss.
3
4      I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,
5  CSR No. 8176, in and for the State of California, do
6  hereby certify:
7      That prior to being examined, the witness named
8  in the foregoing deposition was by me duly sworn to
9  testify to the truth, the whole truth, and nothing
10 but the truth;
11     That said remote deposition was taken down by me
12 in shorthand at the time and place therein named and
13 thereafter reduced to typewriting under my
14 direction, and the same is a true, correct, and
15 complete transcript of said proceedings;
16     That if the foregoing pertains to the original
17 transcript of a deposition in a federal case, before
18 completion of the proceedings, review of the
19 transcript { } was { } was not required.
20     I further certify that I am not interested in
21 the event of the action.
22     Witness my hand this 11th day of February, 2021.
23
24                              _____
                                Certified Shorthand Reporter
25                              for the State of California