# ATTACHMENT D

Page 1

1   ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **
2
3              UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                    OAKLAND DIVISION
6
7   _____
                                      )
                                      )
8                                     )
    IN RE APPLE iPHONE TRUST          )Civil Action No.
9   LITIGATION                        )4:11-cv-06715YGR
                                      )
10                                    )
11
12
13            ZOOM VIDEOTAPED DEPOSITION OF
14              MATTHEW FISCHER, VOLUME I
15                 Hillsboro, California
16              Friday, December 18, 2020
17
18
19
20
21
22
23
    Reported by:
24  LORI M. BARKLEY, CSR No. 6426
25  PAGES 1 - 215

Page 94

1  commission?
2      A.   I don't remember any conversations or
3  meetings with Pandora where they were talking about
4  their price on Android versus their price on iOS.
5      Q.   Let me put it differently.
6           Putting aside communications or
7  conversations you had directly with Pandora, did you
8  ever learn from any source that there might be a
9  price differential mean between Pandora's offering on
10 Google and that on iOS?
11     A.   Yes.
12     Q.   And what was that?
13     A.   A long time ago.  Many, many years ago, I
14 couldn't recall what year that would be.
15     Q.   Do you recall what the resolution was within
16 Apple, if any?
17     A.   Well, on the App Store, developers determine
18 the price of the apps and app purchases and
19 subscriptions that they want to sell.  And so that's
20 something that's completely up to the developer.
21     Q.   Do you know whether or not Pandora, in fact,
22 charged a different price on Android than that which
23 it charged on iOS?
24     A.   I didn't have looked at what they charge for
25 their services on Android.

Page 132

1  like that.
2  BY MS. FORREST:
3      Q.  Okay.  Now, consumers spend money on apps --
4  let's talk about the iPhone and the iOS.
5          The App Store makes money when consumers
6  spend money in some way related to apps, among other
7  things; is that right?
8          MS. RICHMAN:  Object to form.
9          THE WITNESS:  Apple earns a commission --
10 Apple earns a commission when developers sell digital
11 goods and services from within their apps using that
12 purchase.
13         Apple does not earn or ask for any
14 commission when developers sell physical goods and
15 services from within their apps.
16 BY MS. FORREST:
17     Q.  So I want to focus on whenever a consumer
18 spends money buying an app or on an in-app purchase
19 or with subscription in which Apple is taking a
20 commission.  Are you aware of how much the average
21 consumer spends on apps over the life cycle of an
22 iPhone?
23     A.  No.  I'm not familiar with that off the top
24 of my head.
25     Q.  Have you ever looked -- are you familiar,

Page 133

1  strike that.
2         Are you familiar with any work that's done
3  within Apple to determine the amount that a consumer
4  spends on apps over the life cycle of an iPhone?
5     A.  No.  Not over the life cycle of an iPhone.
6     Q.  Let's take -- let's remove the phrase "life
7  cycle of an iPhone."
8         Are you familiar with any work that's done
9  within Apple that looks at how much the average
10 consumer spends on apps on an annual basis?
11    A.  No, not on an annual basis.
12    Q.  Is there some sort of periodic basis upon
13 which Apple looks at that question?
14    A.  Yes.
15    Q.  What is that periodic basis?
16    A.  I have seen reports where we look at that on
17 a quarterly basis.
18    Q.  And do you know, today, how much the average
19 consumer spends, on a quarterly basis, within the
20 United States on apps?
21    A.  No.  I don't off the top of my head.
22    Q.  Do you know of any information available to
23 a consumer as to what they are likely to spend on
24 apps over any kind of periodic basis, whether it be
25 quarterly, annually, life cycle of phone, anything

1   else?
2           MS. RICHMAN:  Object to form.
3           THE WITNESS:  Can you repeat that question?
4   I got a little confused with some of your wording.
5   BY MS. FORREST:
6       Q.   Yeah.  So what I'm trying to figure out is
7   if I'm a consumer and I am a consumer, and I want to
8   figure out how much I spend on apps, is there
9   anything that you're aware of that Apple publishes,
10  marketing literature, or anything else, that tells me
11  how much I'm likely to spend on apps over some period
12  of time whether it's on an annual basis or over the
13  life cycle of my phone?
14          MS. RICHMAN:  Objection, form.
15          THE WITNESS:  No.  We don't -- we don't
16  publish or I guess, forward looking behavior around
17  what a consumer would spend, but when you make a
18  purchase in the App Store for -- whether it's a paid
19  app or an in-app purchase or an in-app subscription,
20  every transaction, we send that customer an e-mail
21  with a receipt of their purchase.
22          So there's a lot of transparency around what
23  the customer has spent.
24  BY MS. FORREST:
25      Q.   You, yourself, I don't know if you have to

Page 136

1  BY MS. FORREST:
2      Q.   Are you aware of ever having taken the time
3  to estimate the amount that you will spend on your
4  app or in-app purchases over an annual basis?
5      A.   I think about it from time to time, but I
6  don't -- I don't choose to spend my time thinking
7  about that.  I'd rather be doing some other things
8  with my family.
9      Q.   Are there any -- are you aware of any
10 information that Apple provides to customers,
11 estimating for them what they are likely to spend on
12 apps on any kind of periodic basis?
13           MS. RICHMAN:  Object to form.
14           THE WITNESS:  I believe I answered that
15 before, but again.  No.  We don't publish forward
16 looking things, we don't -- we don't read people's
17 minds.
18           MS. FORREST:  I'm going to have marked as
19 exhibit number, I think we're at 58, am I right?
20           (Exhibit 58 was marked for identification by
21      the court reporter and is attached hereto.)
22           MR MAIDA:  That's correct.
23           MS. FORREST:  Yeah.  Let's do tab 12, and
24 while you're getting that up, I'm going to ask some
25 questions of Mr. Fischer while that's being sort of

1   whatever knowledge you may have, it may not be the
2   ultimate knowledge at Apple, but I'll get the
3   knowledge that Matt Fischer has about enterprise
4   apps.
5           You are aware that there are entities that
6   can have the ability to download something called an
7   enterprise app directly on to their iPhone.  You're
8   aware of that, are you not?
9       A.  Yes.
10      Q.  All right.  And those typically are apps
11  which are limited sort of for instance, to an
12  intracompany function.  Are you aware of that?
13      A.  Yes.
14      Q.  Are you aware of any studies at Apple that
15  have indicated at all that there is any security
16  issue that's been created on an iOS device, resulting
17  from an enterprise app?
18      A.  Can you ask that question again, please?
19      Q.  Are you aware of any studies within Apple
20  that have looked at any security issues created on an
21  iOS device, as a result of the download of an
22  enterprise app?
23      A.  I'm not familiar of any studies like that.
24      Q.  Okay.  And so I want to ask it a little bit
25  differently also.

1           Your session remains open as you know and
2   they'll be a second session that will occur as
3   counsel have previously discussed.
4           So we can, I believe, go off the record
5   unless anyone else has anything for the record at
6   this time.
7           MS. RICHMAN:  Nothing here.
8           VIDEO OPERATOR:  Shall we conclude?
9           MS. FORREST:  You can conclude, Mr. Burgess.
10  Thank you.
11          VIDEO OPERATOR:  This is the end of Media
12  Number 1, and this marks the conclusion of today's
13  deposition.
14          We are going off the record.
15          The time is 3:11 p.m.
16
17              (TIME NOTED:  3:11 p.m.)
18
19
20
21
22
23
24
25

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

3  UNITED STATES DISTRICT COURT
4  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5  OAKLAND DIVISION

7  _____
                                      )
                                      )
8  IN RE APPLE iPHONE TRUST           ) Civil Action No.
9  LITIGATION                         ) 4:11-cv-06715YGR
                                      )
10                                    )

13  ZOOM VIDEOTAPED DEPOSITION OF
14  MATTHEW FISCHER, VOLUME II
15  Hillsboro, California
16  Thursday, January 7, 2021

Reported by:
24  LORI M. BARKLEY, CSR No. 6426

1          Can you hear me now, Mr. Fischer?
2      A.   Yes, I can.
3      Q.   Okay.  You understand there's a difference
4  between apps that are used on the open internet
5  versus apps that are used on the device itself, that
6  are downloaded onto the device itself?
7      A.   I understand that it's a different user
8  experience in terms of how they get access to the
9  apps and how they engage with the apps, but I've seen
10 some web apps where the experience is really, really
11 good.
12     Q.   Okay.  We'll come to that in a bit.  But
13 what I want to try to drill down on now, is just a
14 few facts.
15          First, is there anyplace that you know of
16 where a -- where a customer can download an app,
17 download an app on to one of those devices in the
18 ecosystem that we talked about, except the App Store?
19          MS. RICHMAN:  Object to form.
20          THE WITNESS:  That is -- that is possible on
21 the Mac, but not on the other devices that we've
22 discussed.
23 BY MR. RIFKIN:
24     Q.   Okay.  And can you download an app on to
25 android device from the App Store?

Page 265

1  BY MR. RIFKIN:
2     Q.   Okay.  Let's break it up first, let's talk
3  about the price for apps, then let's talk about
4  in-app purchases and then let's talk about
5  subscriptions.
6          So for apps that are sold on the store, the
7  prices have to end in 99 cents, correct?
8          MS. RICHMAN:  Objection, form --
9          THE WITNESS:  Or they can be free, yeah.
10         Or they can be free, but yes.  If they're
11 for a upfront price, they need to end in 99 cents.
12 BY MR. RIFKIN:
13    Q.   Okay.  And that's been the case the entire
14 time you've been responsible for the App Store,
15 either as a director or now as vice-president?
16    A.   Yes.
17    Q.   Okay.  And have you been asked by developers
18 to change that price structure.  And I don't mean you
19 personally, I mean has Apple been asked?
20    A.   I've heard of a few instances where
21 developers have interest in having a bit more
22 flexibility, especially for certain markets.
23    Q.   And the answer has always been no, correct?
24    A.   The answer has been no to date, but as I
25 mentioned, it's something that we're always

1  discussing internally and considering.
2      Q.   Okay.  So now, let's talk about in-app
3  purchases other than subscriptions.
4      A.   Okay.
5      Q.   Okay.  To the best of your knowledge since
6  2010, the price for in-app subscriptions must either
7  be zero or some number ending in .99, correct?
8      A.   You just said in-app subscriptions, I don't
9  think that's what you meant --
10     Q.   Thank you.  I meant in-app purchases.  So
11 let me reask the question.
12     Since 2010, the price for in-app purchases
13 must either be free or ending some number with a .99
14 at the end, correct?
15     A.   That is correct.
16     Q.   And at least since 2010, you've been asked
17 from time to time by developers to have more
18 flexibility to charge different prices for in-app
19 purchases, correct?
20     A.   From time to time, yes.  That's something
21 that certain developers have brought up.
22     Q.   And at least to date the answer has been no,
23 correct?
24     A.   Yes.
25     Q.   Okay.  We're going to pull up another

Page 268

1   BY MR. RIFKIN:
2       Q.   Okay, so if we look on page 2 of Exhibit 78,
3   it says (as read):
4            Starting Fall 2016, developers
5            will have more capabilities to
6            manage subscriptions including
7            additional price granularity and
8            flexibility.
9            Do you see where I'm reading?
10      A.   Yes.
11           MS. RICHMAN:  Mr. Rifkin, are you
12  introducing this document?
13           MR. RIFKIN:  Introducing it where?  I've
14  identified it --
15           MS. RICHMAN:  As an exhibit.
16           MR. RIFKIN:  It's in the exhibit folder now.
17           MS. RICHMAN:  Okay.  Well, I just wasn't
18  clear if you were going to ask him if he's familiar
19  with it.  You need to build a foundation there.
20           MR. RIFKIN:  Okay.
21      Q.   Have you seen this document before, Mr.
22  Fischer?
23      A.   Give me a minute to look at it, please.
24      Q.   Sure.
25      A.   Okay.  I've had a chance to quickly look

1   over it.
2        Q.   You've seen this document before, right?
3        A.   Yes, it looks familiar.
4        Q.   Okay.  So the page that we were reading from
5   says that you've added 113 new price points to the 87
6   existing price points.  Is that your understanding of
7   the change that was made in the fall of 2016 for
8   subscription prices?
9        A.   Yes.
10       Q.   Okay, and if you would return to the next
11  page in Exhibit 78, it says in the bottom 5077 is the
12  number.
13       A.   Okay.  I'm here.
14       Q.   Okay.  And what has changed is that you've
15  now allowed developers to charge a price ending in 49
16  cents, not just 99 cents, right?
17       A.   Yes.
18       Q.   Okay.  So in the far right hand column for
19  the first row, which is US pricing, there's what is
20  described in this document practices a pricing
21  summary.  Do you see where I'm referring?
22       A.   Yes.
23       Q.   Okay.  So the entry here is 49 cents, and
24  then Apple now permits 50 cent increments to 29.99,
25  right?

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 270

1   A.   Yes, that's what I see here.
2   Q.   So that added all the 49 cent increments
3   between zero and $30, correct?
4   A.   Yes.
5   Q.   But it doesn't let a developer, for example,
6   charge $1.22 to a subscription, correct?
7   A.   Yes, that's correct.
8   Q.   Okay.  And then for everything from $30 all
9   the way up to $124.99, it uses the same 99 cent price
10  structure, correct?
11  A.   Yes, that's what I'm reading here.
12  Q.   Okay.  Is that consistent with what you
13  understand to be the price structure for
14  subscriptions on the App Store?
15  A.   I don't know if it's exactly the same.  I
16  believe this document is from several years ago and
17  so I would have to -- I would have to look into that.
18  Q.   Okay.  This is part of the revenue that
19  falls within your primary responsibility, correct?
20  A.   Yes.
21  Q.   Okay.  The next line in that box at the --
22  in -- on the right hand column that you're looking
23  at, it then says that a developer has to charge in $5
24  increments from $125.99 all the way up to $299.99; is
25  that correct?

Page 278

1	Q.	Yes, sir.
2	A.	-- billings is a term that, and that's an
3	area that I focused majority of my time and effort
4	on, in terms of driving customer spend on
5	applications in the App Store. Revenue is what we
6	would view as what -- what Apple earns as part of our
7	commission after the, you know, pay out to
8	developers.
9	Q.	Okay. So let's take -- let's take a simple
10	example, okay. And we'll use the most simple example
11	we can. An app sells for 99 cents, okay. Apple's
12	share of that is 30 percent, okay.
13		So just to illustrate the point, and I'm
14	trying to understand this 'cause this was an area
15	that from your first day of testimony, I was confused
16	about. When you talk about revenue that --
17	A.	Mr. Rifkin I'm sorry to interrupt, but there
18	is a period where about for five seconds I could not
19	hear you. I don't know if that was on my side or if
20	that was on your side, but regardless I wasn't able
21	to hear you.
22	Q.	I'm giving you an example and I want to try
23	to understand the difference between billings and
24	revenue.
25		A customer buys an app for 99 cents. The 99

1   cents, you call that billings, correct?
2       A.   That is correct.
3       Q.   Okay.  The thing you call revenue is the
4   roughly 30 cents that are Apple's share of that 99
5   cents payment, correct?
6       A.   Well, the revenue would then be looking at
7   OCOGS and, you know, cost of goods sold, the other
8   costs that Apple incurs as a part of running the App
9   Store, that would ultimately get us to what the
10  revenue would be.
11           But a simple way to start would be that 99
12  cents and then with the 70 percent going to
13  developers, the 30 percent to Apple.
14      Q.   Okay.  But and we'll get this in just a
15  moment, but I just want to make sure I understand
16  that billings is the total spend.  So it's the 99
17  cents, not the roughly 30 cents?
18      A.   That is correct.
19      Q.   Okay.  Does Apple derive any revenue at all
20  from iOS apps outside the App Store?
21      A.   No, we do not.
22      Q.   Okay.  And in fact, Apple's business model
23  is to try to keep customers within the App Store
24  environment to the extent you possibly can, correct?
25      A.   I wouldn't necessarily characterize it at

1  STATE OF CALIFORNIA        ) ss.
2  COUNTY OF LOS ANGELES       )
3
4        I, Lori M. Barkley, CSR No. 6426, do hereby
5  certify:
6        That the foregoing deposition testimony
7  taken before me at the time and place therein set
8  forth and at which time the witness was administered
9  the oath;
10       That the testimony of the witness and all
11 objections made by counsel at the time of the
12 examination were recorded stenographically by me, and
13 were thereafter transcribed under my direction and
14 supervision, and that the foregoing pages contain a
15 full, true and accurate record of all proceedings and
16 testimony to the best of my skill and ability.
17       I further certify that I am neither counsel
18 for any party to said action, nor am I related to any
19 party to said action, nor am I in any way interested
20 in the outcome thereof.
21       IN WITNESS WHEREOF, I have subscribed my
22 name this 8th day of January, 2021.
23
24       [signature]
25 LORI M. BARKLEY, CSR No. 6426