# ATTACHMENT E

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **
2
3           UNITED STATES DISTRICT COURT
4       FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                 OAKLAND DIVISION
6
7  _____
                                          )
8                                         )
   IN RE APPLE iPHONE TRUST               )Civil Action No.
9  LITIGATION                             )4:11-cv-06715YGR
                                          )
10                                        )
11
12
13           ZOOM VIDEOTAPED DEPOSITION OF
14               RON OKAMOTO, VOLUME I
15                 Carmel, California
16           Wednesday, December 16, 2020
17
18
19
20
21
22
23
    Reported by:
24  LORI M. BARKLEY, CSR No. 6426
25  PAGES 1 - 203

1    A.   Well, consumers can use other app on their
2    iPhones, but what they can use is web apps.  So the
3    iPhone has the Safari browser on it and there's many
4    apps that consumers use on their iPhone that come
5    through the browser.
6    Q.   Okay.  Excluding the Safari apps is that a
7    correct statement?
8         The consumers cannot download any iOS Apps
9    from any other forum other than the App Store and
10   we're excluding jailbreaking and web browsers such as
11   the Safari application.
12   A.   Yes.
13   Q.   And Apple owns and operates the App Store
14   for the iOS devices; is that correct?
15   A.   Yes.
16   Q.   Apple launched the App Store in or about
17   2008; is that correct?
18   A.   Yes.
19   Q.   And have you ever referred to the -- have
20   you ever heard internally at Apple that the App
21   Store's referred to as a "wall to garden"?
22   A.   No.
23   Q.   What's your understanding of the reason for
24   allowing users -- I'm sorry.
25        What does your understanding for the reason

Page 86

1  we've talked about, Apple takes a 30 percent
2  commission, correct?
3          MS. LEWIS:  Object to the form.
4          THE WITNESS:  Okay.  So you said "other."
5  So please again I'm a little bit unclear on your
6  question.
7          Other than --
8  BY MS. MANIFOLD:
9      Q.   Yes, thank you for the question.
10         So we talked about two categories of
11 commerce.  So my final question is with regard to the
12 two categories of commerce that we just discussed,
13 sales of apps and the in-app purchases, other than
14 the exclusion for the 15 percent subscription in
15 2016, Apple otherwise applies a 30 percent
16 commission, correct, for those two categories of
17 commerce?
18     A.   Let's see, recently we just announced a new
19 small business program that also has a reduced
20 commission rate of 15 percent and that's for, it's
21 applicable for smaller developers who are making, I
22 believe it's a million dollars or less a year.
23         So that would be an additional item I think
24 you're missing from your list.
25     Q.   Okay.  So other than those two exclusions on

Page 87

1  these two areas of commerce, Apple takes a 30 percent
2  commission, correct?
3      A.   Yes.
4      Q.   So now there's a -- there's another category
5  of -- of commerce that I wanted to talk about.  Are
6  you familiar with the Ad Search Program?
7      A.   No, I'm not.
8      Q.   Okay.  Are you familiar with Apple providing
9  a service whereby they will promote an Apple within
10 Apple and they will get paid based on the number of
11 clicks that happen on the ad?
12     A.   No, I'm not.
13     Q.   Do you have an understanding as to why the
14 commission was 30 percent when the App Store launched
15 in 2008 and, say, not 15 or 40 percent?
16     A.   No, I don't.
17     Q.   Do you have an understanding as to who
18 decided on the thirty percent number?
19     A.   I believe Steve did.
20     Q.   Do you know the percentage of apps for
21 business that shared 30/70 with the developers?
22          MS. LEWIS:  Object to the form.
23          THE WITNESS:  I'm sorry, I was unclear on
24 your question.
25

1  BY MS. MANIFOLD:
2      Q.   So a consumer on an iPhone or iPad could not
3  go directly to a developer and load an app on to
4  their phone that way; is that correct?
5           MS. LEWIS:  Object to the form.
6           THE WITNESS:  What a consumer can do on the
7  iOS platform is a customer can go to the App Store,
8  and they can download an app.
9           Now, if the developer has a web app, the --
10 the user can go to that developer's website and
11 access an app through that -- that is web based.
12 BY MS. MANIFOLD:
13     Q.   So beyond those two options, correct, a
14 consumer can go and load an app that's either in the
15 App Store on a Mac or the App Store on an iPhone,
16 iPad; is that correct?
17          MS. LEWIS:  Object to the form.
18          THE WITNESS:  I'm sorry --
19          MS. LEWIS:  Could I ask you to repeat that
20 question?  I did not get it all.
21 BY MS. MANIFOLD:
22     Q.   A consumer can load an app on the Mac
23 ecosystem system even if it's not in the Mac App
24 Store or in the App Store on an iPhone or iPad; is
25 that correct?

Page 175

1  the app review policy group or on the app review org
2  group?
3          MS. LEWIS:  Objection to the form.
4          THE WITNESS:  No, I do not.
5  BY MS. MANIFOLD:
6     Q.   Just going to ask you quickly to look at
7  page, the last few digits are 287.
8          Let me know when you're there.
9     A.   Yeah, I'm sorry.
10    Q.   No problem.
11    A.   Okay, I have it now.
12    Q.   And I'm looking at the very first one, point
13 2.3.1, and feel free to read that entire paragraph if
14 it's helpful to you.  I'm just asking if you recall
15 the change that's set forth in, it's either bolded or
16 green, depending on the version of the document, that
17 says (as read):
18          Similarly, you should not market
19          your app on the App Store or offline
20          as including content or services
21          that it does not actually offer (EG,
22          iOS-based virus and malware
23          scanners.)
24          Do you see that?
25    A.   Yes, I do.

Page 184

1        MS. LEWIS:  The answer was yes.
2        So yes, we can break, Mr. Okamoto.  Unless
3   you want to skip this document.  But we can break and
4   talk about it so he can answer your questions to the
5   extent he can.
6        MS. MANIFOLD:  All right, let's go off.
7        MS. LEWIS:  Take five minutes.
8        VIDEO OPERATOR:  The time is 3:35 p.m.
9   We're going off the record.
10
11        (Recess taken.)
12
13        VIDEO OPERATOR:  Time is 3:40 p.m.  We're
14   back on the record.
15        MS. MANIFOLD:  Thank you.
16        MS. LEWIS:  Thank you, Ms. Manifold, for
17   allowing us to clarify privilege issues.
18        The witness can answer questions about this
19   document to the extent he can do so without revealing
20   legal advice to our conversations with his counsel,
21   privy to conversations.
22        MS. MANIFOLD:  Okay.
23    Q.   So is this, do you have any reason to
24   believe this is not an e-mail that you sent to the
25   group above -- or I'm sorry.

Page 203

1  STATE OF CALIFORNIA      ) ss.
2  COUNTY OF LOS ANGELES    )
3
4          I, Lori M. Barkley, CSR No. 6426, do hereby
5  certify:
6          That the foregoing deposition testimony
7  taken before me at the time and place therein set
8  forth and at which time the witness was administered
9  the oath;
10         That the testimony of the witness and all
11 objections made by counsel at the time of the
12 examination were recorded stenographically by me, and
13 were thereafter transcribed under my direction and
14 supervision, and that the foregoing pages contain a
15 full, true and accurate record of all proceedings and
16 testimony to the best of my skill and ability.
17         I further certify that I am neither counsel
18 for any party to said action, nor am I related to any
19 party to said action, nor am I in any way interested
20 in the outcome thereof.
21         IN WITNESS WHEREOF, I have subscribed my
22 name this 17th day of December, 2020.
23
24  _____
25         LORI M. BARKLEY, CSR No. 6426