# ATTACHMENT F

# App Store Pricing

## Decisions

## Expanded Price Points for Subscriptions



Apple Confidential - Need to Know

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_08825075



Exhibit 0078

# Introduction

**Overview**

- Starting fall 2016, developers will have more capabilities to manage subscriptions, including additional pricing granularity and flexibility
    - 200 price tiers (87 existing and 113 new) across all 155 app stores (25 currencies)
    - Geo-specific market relevant pricing to allow their subscriptions to be priced consistent with other local competitive offerings and inline with their other distribution channels
    - Price preservation (aka grandfathering) for existing subscribers when prices are increased
    - Improved messaging and consents for price increases without price preservation
    - See Appendix 1 for the summary of subscription features launching

**Approach**

- The price points for the 200 price tiers were determined based on various factors including competition, local market conditions, current distribution (see Appendix 2) and the strategic nature of the business opportunity
- Local pricing conventions and Apple preferred price points and step changes were taken into consideration in deciding the on-store retail price points for each currency
- Tiers will no longer be globally equalized (see Appendix 3 for USD equivalents) with tools provided to developers to allow for equalized pricing
- In all territories, Apple's commission will be 30% for billings that occur in the first year of customer's paid service
    - After one year of paid service, the commission rate will be 15% for all subsequent renewals (including renewals of upgrades or downgrades)

# Americas

| Territory | Entry Tier | New Tiers Before Existing Tier 50 (US$ 49.99) | New Tiers Before Existing Tier 60 (US$ 99.99) | Pricing Summary |
|---|---|---|---|---|
| United States/ Rest of World[1, 2] | 0.49 USD | 30 | 70 | • $0.50 increments to $29.99<br>• $1.00 increments to $124.99<br>• $5.00 increments to $299.99<br>• Higher increments thereafter to $999.99 |
| Canada | 0.49 CAD | 47 | 91 | • $0.50 increments to $29.99<br>• $1.00 increments to $119.99<br>• $5.00 increments to $209.99<br>• Higher increments thereafter to $1399.99 |
| Mexico | 5 MXN | 55 | 93 | • "5" and "9" endings to 199 pesos<br>• 10 peso increments to 1299 pesos<br>• 50 peso increments to 1999 pesos<br>• Higher increments thereafter to 18999 pesos |

Notes:
1. All countries on USD pricing will share these price tiers: Albania, Algeria, Angola, Anguilla, Antigua & Barbuda, Argentina, Armenia, Azerbaijan, Bahamas, Bahrain, Barbados, Belarus, Belize, Benin, Bermuda, Bhutan, Bolivia, Botswana, Brazil, British Virgin Islands, Brunei Darussalam, Burkina Faso, Cambodia, Cape Verde, Cayman Islands, Chad, Chile, Colombia, Congo (Republic of), Costa Rica, Croatia, Dominica, Dominican Republic, Ecuador, Egypt, El Salvador, Fiji, Gambia, Ghana, Grenada, Guatemala, Guinea-Bissau, Guyana, Honduras, Iceland, Jamaica, Jordan, Kazakhstan, Kenya, Kuwait, Kyrgyzstan, Laos People's Democratic Republic, Lebanon, Liberia, Macau, Macedonia, The Former Yugoslav Republic Of, Madagascar, Malawi, Malaysia, Mali, Mauritania, Mauritius, Federated States Of Micronesia, Republic Of Moldova, Mongolia, Montserrat, Mozambique, Namibia, Nepal, Nicaragua, Niger, Nigeria, Oman, Pakistan, Palau, Panama, Papua New Guinea, Paraguay, Peru, Philippines, Qatar, São Tomé and Príncipe, Senegal, Seychelles, Sierra Leone, Solomon Islands, South Korea, Sri Lanka, St. Kitts and Nevis, St. Lucia, St. Vincent & The Grenadines, Suriname, Swaziland, Tajikistan, United Republic Of Tanzania, Trinidad & Tobago, Tunisia, Turkmenistan, Turks and Caicos Islands, Uganda, Ukraine, United States, Uruguay, Uzbekistan, Venezuela, Vietnam, Yemen, and Zimbabwe.
2. VAT is 0% for all USD based countries except Albania (20%), Croatia (25%), Iceland (24%), and Korea (10%), where the VAT will be added on top of these prices.

Apple Confidential - Need to Know

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                           APL-APPSTORE_08825077

# Europe

| Territory | Entry Tier | New Tiers Before Existing Tier 50 (US$ 49.99) | New Tiers Before Existing Tier 60 (US$ 99.99) | Pricing Summary |
|---|---|---|---|---|
| Eurozone[1,2] | 0.49 EUR | 30 | 70 | • 0.50€ increments to 29.99€<br>• 1.00€ increments to 124.99€<br>• 5.00€ increments to 299.99€<br>• Higher increments thereafter to 999.99€ |
| United Kingdom | 0.49 GBP | 21 | 51 | • £0.50 increments to £29.99<br>• £1.00 increments to £124.99<br>• £5.00 increments to £229.99<br>• Higher increments thereafter to £899.99 |
| Denmark | 5 DKK | 38 | 80 | • 1 krone increments to 20 kroner<br>• "5" and "9" endings to 499 kroner<br>• 10 krone increments to 999 kroner<br>• Higher increments thereafter to 7999 kroner |
| Sweden | 5 SEK | 51 | 86 | • 1 krona increments to 20 kronor<br>• "5" and "9" endings to 399 kronor<br>• 10 krona increments to 879 kronor<br>• Higher increments thereafter to 10995 kronor |
| Norway | 5 NOK | 67 | 92 | • 1 krone increments to 20 kroner<br>• "5" and "9" endings to 499 kroner<br>• 10 krone increments to 799 kroner<br>• Higher increments thereafter to 10990 kroner |
| Switzerland[3] | 0.50 CHF | 21 | 63 | • 0.50 franc increments to 20 francs<br>• 1 franc increments to 130 francs<br>• 5 franc increments to 300 francs<br>• Higher increments thereafter to 1100 francs |

Notes:
1. All countries on EUR pricing will share these tiers: Austria, Belgium, Bulgaria, Cyprus, Czech Republic, Estonia, Finland, France, Germany, Greece, Hungary, Ireland, Italy, Latvia, Lithuania, Luxembourg, Malta, Netherlands, Poland, Portugal, Romania, Slovakia, Slovenia, and Spain.
2. Two Apple TV-only subscriptions from Viaplay (Adam IDs: 984663784 and 984938808) are currently specially priced at €8.95 and €24.95 respectively for Finland. These price points will not be supported in the 200 tiers; however for launch, the subscriptions will continue to be specially priced until the developer agrees to price these at the new available price points.
3. Two subscriptions from Netflix (Adam IDs: 868447470 and 931060833) are currently specially priced at 11.90 CHF. This price point will not be supported in the 200 tiers; however the subscriptions will continue to be specially priced.

# Asia Pacific

| Territory | Entry Tier | New Tiers Before Existing Tier 50 (US$ 49.99) | New Tiers Before Existing Tier 60 (US$ 99.99) | Pricing Summary[3] |
|---|---|---|---|---|
| Japan[1] | 50 JPY | 42 | 81 | • ¥50 increments to ¥2000 + other strategic ¥<br>• ¥100 increments to ¥10000<br>• ¥200 increments to ¥14000<br>• Higher increments thereafter to ¥118800 |
| Australia[2] | 0.49 AUD | 53 | 91 | • $0.50 increments to $29.99<br>• $1.00 increments to $119.99<br>• $5.00 increments to $229.99<br>• Higher increments thereafter to $1599.99 |
| New Zealand | 0.49 NZD | 55 | 96 | • $0.50 increments to $29.99<br>• $1.00 increments to $119.99<br>• $5.00 increments to $199.99<br>• Higher increments thereafter to $1599.99 |
| Indonesia | 3000 IDR | 41 | 83 | • Rp1000 increments to Rp19000<br>• "5000" and "9000" endings to Rp 99000<br>• Rp10000 increments to Rp1199000<br>• Higher increments thereafter to Rp 14999000 |
| Singapore | 0.48 SGD | 37 | 92 | • $0.50 increments to $19.98<br>• $1.00 increments to $129.98<br>• "4.98" and "8.98" endings to $198.98<br>• Higher increments thereafter to $1488.98 |
| Thailand | 9 THB | 72 | 84 | • ฿10 increments to ฿989 + certain "5" endings<br>• "20","50" and "00" endings to ฿2000<br>• ฿100 increments to ฿4900<br>• Higher increments thereafter to ฿34900 |

Notes:
1. An Apple TV-only subscription from Hulu (Adam ID: 550076503) is currently specially priced at 1007 JPY.  This price point will not be supported in the 200 tiers; however for launch, the subscription will continue to be specially priced until the developer agrees to price it at a supported price point.
2. An Apple TV subscription from Stan (Adam ID: 991208716) is currently specially priced at 10 AUD.  This price point will not be supported in the 200 tiers; however for launch, the subscription will continue to be specially priced until the developer agrees to price it at a supported price point.

# Greater China

| Territory | Entry Tier | New Tiers Before Existing Tier 50 (US$ 49.99) | New Tiers Before Existing Tier 60 (US$ 99.99) | Pricing Summary |
|---|---|---|---|---|
| China | 1 CNY | 44 | 73 | • ¥1 increments to ¥28<br>• ¥5 increments to ¥398 plus additional prices<br>• ¥10 increments to ¥798<br>• Higher increments thereafter to ¥6498 |
| Hong Kong | 5 HKD | 31 | 70 | • HK$5 increments to HK$498<br>• HK$10 increments to HK$998<br>• "48" and "88" endings to HK$1988<br>• Higher increments thereafter to HK$7888 |
| Taiwan | 10 TWD | 67 | 82 | • $10 increments to $1000<br>• $20, $30, or $40 increments to $1990<br>• $100 increments to $5690<br>• Higher increments thereafter to $29900 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              APL-APPSTORE_08825080

# Rest of World

| Territory | Entry Tier | New Tiers Before Existing Tier 50 (US$ 49.99) | New Tiers Before Existing Tier 60 (US$ 99.99) | Pricing Summary |
|---|---|---|---|---|
| Russia | 15 RUB | 30 | 69 | • 20, 30, or 50 ruble increments to 999 rubles<br>• "50" and "90" endings to 4990 rubles<br>• 100 ruble increments to 9990 rubles<br>• Higher increments thereafter to 74990 rubles |
| Turkey | 0.59 TRY | 51 | 74 | • 0.50 lira increments to 10.99 liras<br>• 1.00 lira increments to 74.99 liras<br>• 5.00 lira increments to 299.99 liras<br>• Higher increments thereafter to 2899.99 liras |
| India | 10 INR | 46 | 74 | • ₹10 increments to ₹200<br>• ₹10, ₹20, or ₹30 increments to ₹1000<br>• ₹50 increments to ₹4000<br>• Higher increments thereafter to ₹69900 |
| South Africa | 3.99 ZAR | 73 | 83 | • R2 or R3 increments to R49.99<br>• R5 increments to R199.99<br>• R10 increments to R999.99<br>• Higher increments thereafter to R19999.99 |
| Israel | 1.90 ILS | 50 | 80 | • ₪2 increments to ₪199.90<br>• ₪5 increments to ₪499.90<br>• ₪20 increments to ₪999.90<br>• Higher increments thereafter to ₪3999.90 |
| Saudi Arabia | 1.99 SAR | 37 | 67 | • 1 riyal increments to 20.99 riyals<br>• 2 or 3 riyal increments to 199.99 riyals<br>• 5 riyal increments to 459.99 riyals<br>• Higher increments thereafter to 3699.99 |
| UAE | 1.99 AED | 37 | 67 | • 1 dirham increments to 20.99 dirhams<br>• 2 or 3 dirham increments to 199.99 dirhams<br>• 5 dirham increments to 459.99 dirhams<br>• Higher increments thereafter to 3699.99 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_08825081

# Appendices

Apple Confidential - Need to Know

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_08825082

8

# Appendix 1: 2016 Subscriptions Features


Increased Proceeds After One Year


Expand to All Categories


Price Preservation


Upgrades, Downgrades, Crossgrades


Territory Pricing


Subscription Pricing Tiers


Improved Consent for Price Increases


Manage Subscriptions Page Enhancements

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_08825083

# Appendix 2: Existing Tier Distribution



Notes:
For the purposes of this graph, each of the existing 87 tiers are represented by their associated USD retail price.

Apple Confidential - Need to Know

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_08825084

# Appendix 3: USD Equivalents

**Tier FX Rate Per Currency - Summary**

| | Tiers (USD Equivalents Before Taxes) | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 10 | 50 | 100 | 150 | 200 |
| **North America** | | | | | | |
| USD | 0.49 | 4.99 | 24.99 | 69.99 | 119.99 | 999.99 |
| CAD | 0.37 | 2.66 | 20.58 | 58.70 | 96.83 | 1067.47 |
| MXN | 0.27 | 2.45 | 15.72 | 42.92 | 70.11 | 1033.42 |
| **Europe** | | | | | | |
| EUR | 0.46 | 4.64 | 27.86 | 74.32 | 120.78 | 929.12 |
| GBP | 0.54 | 3.10 | 24.99 | 72.21 | 127.77 | 999.99 |
| DKK | 0.60 | 1.68 | 23.38 | 53.35 | 106.57 | 958.90 |
| SEK | 0.48 | 3.37 | 21.67 | 52.88 | 124.74 | 1059.12 |
| NOK | 0.48 | 3.17 | 21.59 | 45.59 | 129.57 | 1054.77 |
| CHF | 0.47 | 4.67 | 24.28 | 69.11 | 115.80 | 1027.25 |
| **Australia, New Zealand, and Japan** | | | | | | |
| AUD | 0.32 | 3.27 | 19.63 | 52.36 | 85.08 | 1047.27 |
| NZD | 0.29 | 2.64 | 14.39 | 40.52 | 69.89 | 939.82 |
| JPY | 0.45 | 2.72 | 13.61 | 54.42 | 108.84 | 1077.55 |
| **Greater China** | | | | | | |
| CNY | 0.15 | 1.49 | 13.89 | 50.46 | 116.16 | 970.18 |
| HKD | 0.64 | 4.89 | 30.65 | 62.85 | 125.97 | 1015.97 |
| TWD | 0.31 | 3.06 | 15.30 | 30.61 | 116.01 | 915.21 |
| **Asia-Pacific** | | | | | | |
| IDR | 0.22 | 0.95 | 20.47 | 57.16 | 117.33 | 1100.60 |
| SGD | 0.35 | 3.60 | 21.69 | 57.87 | 94.05 | 1077.41 |
| THB | 0.25 | 1.65 | 12.83 | 26.80 | 100.59 | 975.16 |
| **Rest of World** | | | | | | |
| RUB | 0.23 | 2.57 | 27.20 | 65.19 | 130.53 | 1139.49 |
| TRY | 0.20 | 1.52 | 12.55 | 35.61 | 105.13 | 983.55 |
| INR | 0.15 | 1.48 | 11.86 | 44.48 | 103.78 | 1036.32 |
| ZAR | 0.22 | 1.40 | 11.19 | 39.16 | 111.89 | 1118.92 |
| ILS | 0.49 | 5.17 | 25.97 | 51.96 | 116.95 | 1039.72 |
| AED | 0.54 | 2.45 | 23.96 | 61.26 | 133.40 | 1007.35 |
| SAR | 0.53 | 2.40 | 23.46 | 59.99 | 130.65 | 986.53 |
| **Min** | 0.15 | 0.95 | 11.19 | 26.80 | 69.89 | 915.21 |
| **Max** | 0.64 | 5.17 | 30.65 | 74.32 | 133.40 | 1139.49 |
| **Average** | 0.38 | 2.88 | 20.15 | 53.19 | 111.14 | 1022.44 |

Apple Confidential - Need to Know

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          APL-APPSTORE_08825085