# ATTACHMENT H

**Subject:** Re: App Store Financial Model
**From:** "Eddy Cue" <cue@apple.com>
**Received(Date):** Wed, 15 Jul 2009 17:14:52 +0000
**To:** "Philip Schiller" <schiller@apple.com>
**Cc:** "Mark Donnelly" <donnelly.m@apple.com>
**Date:** Wed, 15 Jul 2009 17:14:52 +0000

We are definitely making money so we are fine and mark can send you the data.

Sent from my iPhone

On Jul 15, 2009, at 5:16 PM, Philip Schiller <schiller@apple.com> wrote:

> Mark,
>
> Steve has asked if we could send him the data for the App Store
> financial model. He wants to understand the profits and costs (the
> assumption is that it is at best slightly positive given all the
> free apps, which is fine).
>
> Thanks,
>
> Phil

CONFIDENTIAL
APL-EG_06216718