# ATTACHMENT I

Page 1

1          ** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY **

2                ** PURSUANT TO PROTECTIVE ORDER **

3                  UNITED STATES DISTRICT COURT

4            FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                      OAKLAND DIVISION

6

7    _____

                                     )

8                                    )

     IN RE APPLE iPHONE TRUST        ) CIVIL ACTION NO.

9    LITIGATION                      ) 4:11-cv-06715YGR

                                     )

10   _____)

11

12

13

14              REMOTE  PROCEEDINGS  OF

15         VIDEOTAPED DEPOSITION OF EDDY CUE

16             MONDAY, FEBRUARY 8, 2021

17

18

19

20

21

22

23   JOB NO. NY 4449723

24   REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,

25                 CLR, CRC, CA CSR NO. 8176

Page 47

1   2007, the only apps were those that had been created
2   by Apple; is that right?
3       A   They weren't -- some of them were created.
4   I believe YouTube was created by Google.  We had
5   created the front end to it, but it was in a
6   partnership along with Maps.  So there were several
7   that were done in partnership.
8       Q   All right.
9           At the time that the iPhone launched,
10  third-party developers were not actively writing
11  apps for the iPhone, were they?
12      A   Well, they were writing Web applications
13  that would show up as apps.  They would have icons
14  like apps but would launch in a Web browser.
15      Q   At the time that the iPhone was launched,
16  there weren't native apps that were being written
17  for the iPhone by third-party developers; is that
18  right?
19      A   That's correct.
20      Q   And a Web app is an app that would be
21  available through the browser; is that correct?
22      A   That's correct.
23      Q   Okay.
24      A   But we gave it an extra capability of being
25  able to be an icon on the platform so that it would

1    generally talking about users and how they use the

2    device.

3            And so how the App Store appeared, for

4    example, how a user got updates.  It was great that

5    apps got updated in the background for the user, and

6    they never had to do anything.

7            So all those are, to me, part of the OS --

8    iPhone OS experience.

9        Q    Was one of the -- was iMessage one of the

10   iPhone OS experiences, or is that different?

11       A    I think message -- I think all of our apps

12   are part of our OS experience.

13       Q    Let's turn to PX 404, if you have that,

14   Mr. Cue.  I'll identify it for the record.

15           It's a document, two-page document, from

16   Mr. Cue to Mr. Cook and Mr. Schiller, subject:  Back

17   to School next year, bearing the Bates number at the

18   bottom -09114427 through -28, dated 15 February

19   2013.

20               (Whereupon Cue Exhibit 404 was

21                marked for identification and

22                attached hereto.)

23               THE WITNESS:  I do have that.

24   BY MS. FORREST:

25       Q    Okay.

1          Let me know when you've had an opportunity

2     to review the document.

3          A    Okay.  I have.

4          Q    All right.

5               Do you see that in the first paragraph, you

6     say (as read and/or reflected:)

7                    Getting customers using our

8               stores (iTunes, App and iBookstore)

9               is one of the best things we can do

10              to get people hooked to the

11              ecosystem.

12              Do you see that?

13         A    I do.

14         Q    Okay.

15              What did you mean by the word "ecosystem"

16    there?

17         A    If people are using iTunes, App Stores,

18    Book Stores that we thought were great products and

19    gave people movies, music, apps, books, they would

20    love their products even more.

21         Q    And by loving the products even more, they

22    would then get hooked into the ecosystem?

23         A    If they loved their products more and used

24    them more, they would more likely continue to use

25    them and buy newer products.

```
                                          Page 69
 1        Q    And when you said "hooked to the
 2   ecosystem," what did you mean by the phrase
 3   "hooked"?
 4        A    Meaning that they loved the product and
 5   wouldn't want to leave it.
 6        Q    Okay.
 7             Then it says -- you also say, lower down in
 8   the last sentence in that paragraph (as read and/or
 9   reflected:)
10             Who's going to buy a Samsung
11             phone if they have apps, movie,
12             etc. already purchased?  They now
13             need to spend hundreds more to get
14             to where they are today.
15             What did you mean by that?
16        A    If you've purchased lots of movies and
17   iTunes, that was one of the values that you got from
18   our devices and living in our ecosystem.  And so
19   you're less likely to want to go somewhere else
20   because you already have these from us, and they're
21   better.
22        Q    And is it the case that there was not full
23   transferability between the iOS ecosystem and the
24   Samsung platform --
25             MS. DEARBORN:  Objection to form.
```

```
                                            Page 89
 1          Would you agree with me that Apple has made
 2   over ███████████████    in revenue from the
 3   monetization from the first search result in the App
 4   Store?
 5          A    I do.
 6          Q    Okay.
 7               And, in fact -- actually, before I get
 8   there, let me just see.
 9               MS. FORREST:  Do we have PX 406 up?
10               MS. BUI:  Yes, it's up.
11               MS. FORREST:  Okay.
12               And we haven't done that one yet; right?
13               So PX 406 is from Mr. Cue to Mr. Schiller,
14   dated 15th July 2009.  And it bears the Bates number
15   at the bottom -06216718.
16               (Whereupon Cue Exhibit 406 was
17               marked for identification and
18               attached hereto.)
19   BY MS. FORREST:
20          Q    And if you would let me know, Mr. Cue, when
21   you have had an opportunity to review this document.
22          A    I have.
23          Q    Okay.
24               And is this a document that you wrote to
25   Mr. Schiller on or about the 15th of July 2009?
```

```
                                              Page 90
 1         A    It is.
 2         Q    Okay.
 3              And the second e-mail below yours is from
 4    Mr. Schiller to you -- actually to Mark, which I
 5    take it as Mark Donnelly, who is indicated as a cc
 6    on this document?
 7         A    That's correct.
 8         Q    Okay.
 9              And it says (as read and/or reflected:)
10                   Mark, Steve has asked if we
11              could send him the data for the App
12              Store financial model.  He wants to
13              understand the profits and costs
14              (the assumption is that it is at
15              best slightly positive given all
16              the free apps, which is fine).
17              Thanks, Phil.
18              Do you see that?
19         A    I do.
20         Q    Do you -- to the best of your -- did you
21    understand the Steve here to be Steve Jobs?
22         A    That's what I believed.
23         Q    Okay.
24              And you respond, quote (as read and/or
25    reflected:)
```

1              The commission that Apple charges for

2     in-app purchases of consumable items is 30 percent.

3              Would you agree with that?

4              MS. DEARBORN:   Form.

5              THE WITNESS:   That's correct.

6     BY MS. FORREST:

7        Q    Okay.

8              How was the 30 percent arrived at?

9        A    Back when we started the App Store, we

10    wanted to look at what the markets were for

11    distributing software and what the commission rates

12    were at those times.

13             And so we looked at the industry that was

14    out there selling mainly hard goods of software.

15    There wasn't really any kind of App Store.  Again,

16    we were -- something that was brand-new that was

17    created by us, but there were other ways to

18    distribute software before us.

19             And so we looked at those models, and they

20    all tended to be anywhere from 40 to 50 percent,

21    plus there was some significant cost in returns and

22    other things that wouldn't happen in our App Store.

23             And so looking at the different market, we

24    came up with 30 percent, which was a huge decrease

25    to what everyone was paying at the time.  And we

1    thought we'd get developers really excited about

2    participating in the platform.

3         Q    Who were the individuals who were involved

4    in the decision as to what percentage commission to

5    charge in that regard?

6         A    I believe the primary members, as I recall,

7    was myself and Steve.

8         Q    And you say "Steve," you mean Steve Jobs?

9         A    Sorry.  Yes.  I meant Steve Jobs.

10        Q    Anyone else?

11        A    Again, I think that the decision, I'm sure,

12   was made by myself and Steve.  There were -- there

13   could have been others that participated in it, but

14   I think the decision was left to the two of us.

15        Q    And what -- when you say "there could have

16   been others who participated in it," as you sit here

17   today, can you recall if others participated in that

18   decision-making process?

19        A    I can't recall, but obviously I wouldn't be

20   surprised if Phil Schiller participated or our CFO

21   at the time that would look at the economics might

22   have participated in it.  He at least would have

23   participated because we did a commission model.

24             And so those are the individuals that I

25   would have expected.  If they participated, it would

Page 137

1  be them.

2      Q   Okay.

3      A   But I don't recall.  It was a long time

4  ago.

5      Q   All right.

6          And so it's fair to say that as of today,

7  to the best of your recollection, the

8  decision-makers for the 30 percent commission were

9  yourself and Mr. Jobs?

10     A   That's correct.

11     Q   Okay.

12         Did you and Mr. Jobs -- strike that.

13         To the best of your recollection, was there

14 information as to the cost structure for the App

15 Store that factored into the choice of the

16 commission?

17     A   There may have been, but I will say that as

18 far as what I can remember, I remember spending most

19 of our time looking at what the market was out

20 there.  But I'm sure we must have at least looked at

21 some of it, but it wasn't the primary vehicle that

22 we used.

23     Q   Do you recall whether or not the costs of

24 development of the SDKs, for instance, that

25 developers were going to be using to write apps

1    figured into the choice of the 30 percent

2    commission?

3         A    I don't recall.  I don't know.

4         Q    Do you know whether or not the costs of any

5    tools were used as part of the decision-making

6    process as to what level of commission to charge?

7         A    Again, I don't recall, it may have been,

8    but, again, wasn't the primary vehicle we used.

9         Q    Do you recall whether any additional

10   developer services and the cost of those services

11   was factored into the selection of the amount of the

12   commission?

13        A    Again, it may have but wasn't the primary

14   vehicle.

15        Q    So the primary vehicle, as I understand it,

16   was looking around the industry and seeing what

17   other commissions were being charged for hard goods;

18   is that right?

19             MS. DEARBORN:  Form.

20             THE WITNESS:  For -- sorry.  For -- the

21   primary mechanism was looking at what software was

22   being distributed.  There were a few online

23   distributors of software, but they were relatively

24   small in nature.

25             There were physical distributors.  And so

1    Honestly at the time, yeah, I don't think we were

2    expecting to lose a lot of money, but we weren't --

3    we weren't focused, as hard as it is to believe, on

4    the money.

5          We were focused on -- our view was, can we

6    do this in a way that seemed to make sense from a

7    business point of view but more importantly made

8    sense for developers.

9    BY MS. FORREST:

10      Q    And have you been involved in any

11   conversations or communications from that time up to

12   the present in which there have been discussions

13   about the relationship of the cost of providing

14   services to developers as part of retaining the

15   30 percent commission?

16          MS. DEARBORN:   Form.

17          THE WITNESS:   I -- again, I mean, I may

18   have been in a conversation or an e-mail or a talk

19   about it, but, again, it's not my -- I don't know

20   the cost of that side of it.  So it wouldn't be

21   something I would be closely aware of or monitoring.

22   BY MS. FORREST:

23      Q    Okay.

24          So as you sit here today, you can't recall

25   any conversations or communications about retaining

Page 141

```
 1    the 30 percent commission based in part upon costs
 2    to -- that Apple was expending for software services
 3    for developers?
 4              MS. DEARBORN:   Form.
 5              THE WITNESS:   Again, I don't know the costs
 6    of the developer side of it.   So I'm not -- I'm not
 7    aware of that cost.
 8              Again, it may have been in e-mails or not.
 9    Or in -- in models or not.   But I just -- not my
10    thing.
11    BY MS. FORREST:
12        Q   Okay.
13              So I guess what I'm trying to figure out is
14    between the time that you and Steve Jobs came up
15    with the 30 percent commission until today, have you
16    been involved in any discussions where people have
17    exchanged either through in-person meetings or
18    e-mail exchanges, here's our breakdown as to why we
19    need the 30 percent cost or the 30 percent
20    commission?
21              MS. DEARBORN:   Objection to form.
22              THE WITNESS:   Sorry.   If you phrased in
23    that way, the answer would be no.   The discussions
24    that would have taken place, and, again, I -- not my
25    primary thing so I wouldn't have paid attention to
```

Page 143

1   BY MS. FORREST:

2        Q   Why would you not be looking at it in the

3   way I described?

4        A   Because one of the -- I've been at Apple

5   for over 32 years.  And so it's maybe hard to

6   believe for some people, but Apple was pretty much

7   a bankrupt company 25 years ago.

8            And one of the problems that the company

9   had was that when you start trying to allocate costs

10  from all these different groups to all different

11  groups, the economics can look like every group is

12  somewhat profitable or profitable and, yet, the

13  company as a whole is losing money.

14           And that was the case at Apple.  And one of

15  the great things that Steve did -- and, again,

16  sorry, Steve Jobs did when he came back is we got

17  away from trying to transfer all of these costs back

18  and forth to try to itemize everything and not

19  manage it and manage Apple at the highest level of

20  its P&L.  And not get into trying to allocate costs

21  back and forth between different groups.

22           MS. FORREST:  Is T84 up?

23           MS. BUI:  Yes.  It's 417.

24           MS. FORREST:  Okay.

25           So we've marked as Plaintiffs' Exhibit 417

```
1    a document from Mr. Schiller to Mr. Cue, dated 28
2    July 2011, bearing the Bates numbers at the bottom
3    -00138494 through -97.
4              (Whereupon Cue Exhibit 417 was
5              marked for identification and
6              attached hereto.)
7    BY MS. FORREST:
8        Q   And when you've had an opportunity to
9    review that document, I'll talk to you -- I would
10   like to talk -- just let me know.
11             And actually, let me just sort of rephrase
12   that.
13             When you've had an opportunity to review
14   the document, let me know.
15             I will tell you for your purposes that I'm
16   only going to be asking you about the portion of the
17   document that is reflected on the first couple of
18   paragraphs of the first page, not what is underneath
19   that that begins (as read and/or reflected:)
20                    HTML5 Poses Threat to Flash
21              and the App Store.
22             I don't -- I'm not going to question you on
23   that piece.
24             MS. DEARBORN:  And, of course, Mr. Cue, if
25   you need to review the entire document in order to
```

1    answer the questions, even if only about a portion
2    of the document, you are free to do that.
3               THE WITNESS:  I see it.
4    BY MS. FORREST:
5         Q    Okay.
6               Did you receive this document on or about
7    the 28th of July 2011?
8         A    I did.
9         Q    And did you receive it in connection with
10    your duties and responsibilities at Apple?
11        A    I did.
12        Q    Do you recall receiving this document?
13        A    I don't, but seeing it now, I'm sure I did.
14        Q    Okay.
15              Do you recall having communications with
16    Mr. Schiller about the question of whether the
17    70/30 split would last forever?
18        A    We've -- Mr. Schiller and I have had
19    discussions of how -- what the best business model
20    is for the App Store over many years.  So we've
21    talked about all kinds of different models.  So,
22    yes, we talk about models all the time.
23        Q    Okay.
24              And do you recall having a discussion or
25    series -- or communication with Mr. Schiller about

1        There have been apps which have been in the

2   App Store, which you have received complaints from

3   time to time, have been defrauding customers; is

4   that right?

5        MS. DEARBORN:  Form.

6        THE WITNESS:  We have had apps in the store

7   that have defrauded customers that have potentially

8   taken their data, you know, all kinds of security

9   and privacy issues.

10  BY MS. FORREST:

11      Q   Okay.

12          And when Apple learns of those issues,

13  Apple attempts to take action, responsive action, to

14  eliminate those issues; is that right?

15      A   That's correct.

16      Q   Okay.

17          Now, let's talk about direct payment

18  methods.

19          Are you aware of any instance in which the

20  inclusion of a direct payment method has resulted in

21  a physical hardware vulnerability that's been

22  introduced onto an iPhone?

23          MS. DEARBORN:  Objection to form.

24          THE WITNESS:  Again, if we're talking about

25  the hardware itself, I am not aware of anything

Page 175

1          Q    Okay.

2               And does a Web app in order to function

3     have to download into the cache memory of a device?

4               MS. DEARBORN:   Form.

5               THE WITNESS:   I don't think you can say

6     that 100 percent, but I'm not a Web developer so --

7     but, no, I mean, you can have apps that basically

8     don't have to download much to the cache, and you

9     can have apps that download a lot to the cache.

10    Depends on what you're building.

11    BY MS. FORREST:

12         Q    And you understand cache memory to --

13    cache, c-a-c-h-e, cache memory to be temporary

14    memory; is that right?

15         A    That's correct.

16         Q    And it gets overwritten from time to time

17    and used again?

18         A    Again, it's temporary memory.  So it

19    gets -- it's used by whatever application needs it

20    at the time.  If something is taking it, then it's

21    replaced.

22         Q    And are you familiar one way or the other

23    as to whether or not there are some Web apps which

24    function by downloading from the browser into the

25    cache memory of a device?

Page 188

1    just to sort of shift you away from that altogether.

2              But you're aware that consumers from time

3    to time spend money on both apps and in-app

4    purchases, aren't you?

5         A    Yes, I am.

6         Q    Okay.

7              Do you have any information that indicates

8    to you what the average consumer spends on apps over

9    the life cycle of an iPhone?

10             MS. DEARBORN:    Form.

11             THE WITNESS:    No, I don't recall.    But

12   there may have been something published, but I don't

13   recall, no.

14   BY MS. FORREST:

15        Q    And if I remove the word "iPhone" and just

16   ask you, are you aware of any information, which

17   indicates how much the average consumer spends over

18   the life cycle of a phone, does that change your

19   answer?

20             MS. DEARBORN:    Same objection.

21             THE WITNESS:    No.    Again, I mean, it may

22   have been.    I just don't recall anything like that.

23   BY MS. FORREST:

24        Q    Okay.

25             Are you aware of any marketing material

1    that Apple publishes that indicates how much the

2    average consumer can expect to spend on apps over

3    the life cycle of a phone?

4            MS. DEARBORN:  Same objection.

5            THE WITNESS:  Again, I don't know.

6    BY MS. FORREST:

7        Q   If I remove the word "life cycle" and just

8    ask the question differently, I want to make sure

9    I'm not missing anything.

10           Are you aware of any analysis or

11   information within Apple that indicates how much the

12   average consumer is likely to spend on apps?

13           Does that change your answer?

14       A   It's probably more likely that there's --

15   there may be something like that, but I don't know.

16   I don't recall.

17       Q   Okay.

18           So as you sit here today, you're unaware of

19   any analyses within Apple that look at the amount

20   that the average consumer would spend on apps; is

21   that right?

22       A   Correct.  I don't recall any.

23       Q   Okay.

24           I want to now go to T101 and 2678926789102.

25           MS. FORREST:  What's T101?

Page 342

1    STATE OF CALIFORNIA    )
2    COUNTY OF LOS ANGELES )    ss.
3
4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,
5    CSR No. 8176, in and for the State of California, do
6    hereby certify:
7        That prior to being examined, the witness named
8    in the foregoing deposition was by me duly sworn to
9    testify to the truth, the whole truth, and nothing
10   but the truth;
11       That said remote deposition was taken down by me
12   in shorthand at the time and place therein named and
13   thereafter reduced to typewriting under my
14   direction, and the same is a true, correct, and
15   complete transcript of said proceedings;
16       That if the foregoing pertains to the original
17   transcript of a deposition in a federal case, before
18   completion of the proceedings, review of the
19   transcript {XX} was { } was not required.
20       I further certify that I am not interested in
21   the event of the action.
22       Witness my hand this 9th day of February, 2021.
23

24       _____
                 Certified Shorthand Reporter
25                   for the State of California