**ATTACHMENT L**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4

5    _____

                                        )

6                                       )

     IN RE APPLE iPHONE TRUST           ) CIVIL ACTION NO.

7    LITIGATION                         ) 4:11-cv-06715YGR

                                        )

8    _____)

9

10

11      ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

12                 REMOTE PROCEEDINGS OF

13       VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER

14                TUESDAY, JANUARY 12, 2021

15

16

17

18

19

20

21

22    REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,

23                  CLR, CRC, CA CSR NO. 8176

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 117

1          Q    In Marketing Text, there's a guideline

2     about cross-platform information.

3               Do you see that?

4          A    Yes, I do.

5          Q    What is the goal of this guideline?

6          A    Well, for the guideline specifically, I can

7     address some points of it.  Not -- it won't be

8     complete.

9               But one of the issues that we always had is

10    that developers that create a cross-platform app

11    like to put in the marketing text for the App Store,

12    iOS App Store, they want to tell them -- tell you

13    about the features in their Android app.  It made no

14    sense.

15              So we didn't want that kind of information

16    in the iOS App Store.

17         Q    Did you have any list of bad words that

18    were searched for, such as Android or Windows?

19         A    I'm sure we did.

20         Q    And were apps generally prohibited from

21    pointing to their availability on other platforms?

22         A    Yes, they were.

23         Q    If you turn to the next page, page 6.

24    We're now under Technical Aspects.  And one of the

25    technical aspects is Google APIs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 144

1    to users?

2        A    I'm not sure I understand the question.

3        Q    Well, we have here a review process that is

4    intended to improve the product for users.

5             Is there a reason why Apple imposed the

6    cost on the developer side and not on the user side?

7        A    Well, the cost is inherent as part of the

8    purchase price of an app.  So it kind of is

9    reflected in both, I would think.

10       Q    Did Apple have a policy against the

11   disclosure to consumers of the 30 percent commission

12   that developers were paying?

13       A    I never saw anything in writing in the

14   guidelines, but, yes, that is an accurate statement.

15   We did not like to see that in the marketing text.

16       Q    And when you say did not like to see it,

17   that means that an app could get rejected for

18   putting something like that in the marketing text or

19   in an app itself?

20       A    Yes.  If an app were to say the monthly

21   subscription is 6.99, that's an extra 30 percent

22   because of Apple or something like that, yes.  We

23   would absolutely have them remove that.

24       Q    Okay.

25            MR. EVEN:  Amal, let's key up Tabs 14 and

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 214

```
 1              I didn't entirely agree.
 2              Why didn't you entirely agree with
 3    Mr. Schiller?
 4         A    Because if marketed just slightly
 5    differently so people were very well aware that this
 6    wasn't scanning the iOS itself for viruses but was
 7    scanning your attachments, your documents,
 8    et cetera, then I think they were perfectly
 9    appropriate for the App Store.  That's my personal
10    belief.
11         Q    Was there any kind of guideline that would
12    have supported Mr. Schiller's decision to remove
13    this app from the App Store?
14         A    According to this e-mail, he felt that they
15    were misleading.  So the misleading guideline was
16    most likely used.
17         Q    Do you recall anything misleading about
18    this app?
19         A    I don't know specifically.  I would have to
20    see the marketing text and the icon to see if it was
21    leading people to believe it was actually scanning
22    iOS for viruses, but I don't know.
23         Q    Would you agree with me that there were
24    instances that malware got onto iPhones?
25         A    Yes, I agree with that.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 249

1          Now -- I'm sorry.  You use an API for that
2    to access it within your app.
3          So you can have a lot of functionality,
4    full integration with the hardware device, access to
5    the camera, access to the screen, drawing pixels on
6    the screen, creating games, et cetera.  And it's a
7    full, robust type of development environment on
8    which you develop.  And that's available on iOS.
9          When you go to the web and you do a web
10   app, you're creating what's called "lowest common
11   denominator functionality."  You're now creating an
12   app -- an app with HTML and JavaScript.
13         So, first of all, you have much slower
14   processing.  It's a slower app because it's the same
15   stuff you see on a website.  It's the HTML and
16   JavaScript.  So you have limited functionality where
17   you can put a pixel on the screen.  It's not as
18   powerful.
19         You don't have access to all of those APIs
20   built into the underlying operating system because
21   your lowest common denominator.  You want it to run
22   on iOS.  You want it to run on windows.  You want it
23   to run on Mac, and you want it to run on Android.
24   So suddenly you're eliminating a lot of
25   functionality for that.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 326

1    STATE OF CALIFORNIA    )

2    COUNTY OF LOS ANGELES )    ss.

3

4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,

5    CSR No. 8176, in and for the State of California, do

6    hereby certify:

7        That prior to being examined, the witness named

8    in the foregoing deposition was by me duly sworn to

9    testify to the truth, the whole truth, and nothing

10    but the truth;

11        That said remote deposition was taken down by me

12    in shorthand at the time and place therein named and

13    thereafter reduced to typewriting under my

14    direction, and the same is a true, correct, and

15    complete transcript of said proceedings;

16        That if the foregoing pertains to the original

17    transcript of a deposition in a federal case, before

18    completion of the proceedings, review of the

19    transcript { } was { } was not required.

20        I further certify that I am not interested in

21    the event of the action.

22        Witness my hand this 13th day of January, 2021.

23

24    _____

                      Certified Shorthand Reporter

25                    for the State of California