# ATTACHMENT M

|            |                                          |
|-----------:|------------------------------------------|
|   Subject: | Re: Motorola Looks Ahead                 |
|      From: | Scott Forstall <forstall@apple.com>      |
| Received(Date): | Thu, 19 Oct 2006 11:03:18 -0700      |
|        To: | Steve Jobs <sjobs@apple.com>             |
|      Date: | Thu, 19 Oct 2006 11:03:18 -0700          |

A couple thoughts:

- He mentions third party developers. I do think at some point we will want to enable third parties to write apps for P2. You can argue that this is less important when we move to HSDPA, since the bandwidth will be fast enough for better performing web apps, but I still think that touch device-specific apps will provide a better experience.

- I love the fact that he claims voice interaction will simplify the user experience. He's wrong. Voice interaction makes it more usable in a hands-free environment, and someday may improve text entry through dictation, but it is not the solution to simplifying the user experience.

--S.

On Oct 19, 2006, at 9:21 AM, Steve Jobs wrote:

Wireless

# Motorola Looks Ahead

Dan Frommer, 10.19.06, 12:00 PM ET

<spacer_white.gif>

SCHAUMBURG, ILL. -

**Motorola** has spent the last two years riding the success of its thin, trendy RAZR phone, selling more than 50 million units worldwide. But it's hard to keep something sharp indefinitely: This week the company reported a 45% decline in quarterly profits.

So what's next? The company offered some clues this week at its headquarters, where it showed off some futuristic (and not-so-futuristic) technologies. The wares on display ranged from trials of prototype "social" television that you watch with your buddies and discuss over speaker phone to things Motorola (nyse: MOT - news - people ) has been showing off for a while, like WiMax wireless networks. Rob Shaddock, chief technology officer for Motorola's mobile device business, sat down with Forbes.com to discuss tomorrow's gadgets.

**Forbes.com: What's next for mobile phones?**

**Shaddock:** It's going to be more connected to the Internet. It feels like people have talked forever about data and cellphones, but it's always been [text-messaging]. The networks now are upgrading. That gives you a cable-like connection to the Internet. The universe of entrepreneurs and application developers that are out there can now begin to exploit the mobile device.

More multimedia is going to come more to the device. The "cellphone meets the MP3 player" is happening now; that's something that will get better and better over the next couple of years. Then I think we have "cellphone meets video player" and "cellphone meets TV."

I think what will get more prominence in 2008 and beyond is simplicity. We're making [phones] more capable and more complex, so then we have to make all that complexity and functionality more accessible. We've got to find ways of simplifying the user experience, like voice interaction.

**Phones seem to be drifting in two directions: small, thin fashion phones and larger business phones with full keyboards. Can we cross the two?**

That's a question we work on a lot. On one side you have this dimension of style. You see people buying more than one device. They have their evening device and their workday device. Then you have a productivity dimension when you need a QWERTY keyboard.

So one of the things the lab spent a lot of time on is, "What are the other ways of interacting with the device?" There are ways you could create virtual keyboards. Can you better use thumb scrolling technology or scroll wheels more effectively? Maybe that will converge if we get the voice recognition and voice control right. It's improved dramatically even in the last year.

The challenge is, how do you make it work when you're standing in an airport or a street corner--the normal places where you'd use a phone? The other problem with speech recognition is privacy. Would you sit in a restaurant or a **Starbucks** (nasdaq: SBUX - news - people ) dictating your [e-mail] responses? Certainly not if you're a politician [laughs].

**When you're designing a new phone, where do you start?**

Historically we thought a lot about how it looks. We have a team of industrial designers linked to the experience planners who are continually cycling through new designs, and they get feedback from consumers about what they like and dislike about designs.

And then the other piece is, "What's the user experience going to be?" Until recently, the user experience was largely, "I need to make a phone call." There's a segment of the market for which that's still the case. How do I make that easier and simpler to do? How do I make it so that my grandmother can do that?

**What's the hardest part of a phone to design?**

It always feels like the antenna. Antennas like to be in big spaces. Particularly in our designs, you don't have big spaces. So we have some of our antenna designers work with the industrial designers, the guys who design the shape. They work through an intricate process there to figure out whether the design concept can fit all the radio technology into it.

**What's your personal dream phone like?**

It would be some kind of multimedia device. I love music, and I like sharing music with my friends, so I want something that's got my music collection in it and allows me to discover new stuff. You heard something last night and want to tell me about it. If I have a great device, I can play you what it was. I can easily link to somewhere to buy that.

If you think about it, a lot of music and media purchases--magazines, same thing--are kind of an impulse. So how do you make that impulse purchase easier when you're on a mobile device?

**A lot of industry observers think Apple Computer (nasdaq: AAPL - news - people ), a company you've designed a music phone with, will be jumping into the cellphone business soon. Would they succeed?**

For a while there was a whole wave of new cellphone manufacturers. The one thing they found out is that it's a lot harder to make than it looks.

First you have to make the device work and work well. After you've cracked that, you then get out onto the networks. There are 600 or so cellular operators in the world. Every single one has a network that's slightly different than the others. That causes you to make adjustments to how the phone operates to adjust it to their network. It is a very complex thing to do.

I think a lot of companies underestimate; they think they'll stick a cellular radio in the phone and we're off to the races. It's hard to get good performance out of that phone to start with, and then you're into the complexities of everyone's networks. I think if you integrate Wi-Fi it's a much easier proposition compared to going cellular.

**Since this is a showcase of Motorola's upcoming technologies, care to share some of your next phone designs?**

Of course not [laughs]. What we've found is that being a combination of stylish and convenient is clearly a great proposition. We're going to continue down that path. We're putting a lot of work into design innovation, trying to add more personalization into the devices. But you'll have to wait for the stuff that comes next [laughs].