# ATTACHMENT O

Page 1

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **
2
3              UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                    OAKLAND DIVISION
6
7  _____
                                       )
                                       )
8                                      )
   IN RE APPLE iPHONE ANTITRUST        )Civil Action No.
9  LITIGATION                          )4:11-cv-06715YGR
                                       )
10                                     )
11
12
13            ZOOM VIDEOTAPED DEPOSITION OF
14              TRYSTAN KOSMYNKA, VOLUME I
15                      Taken on
16             Tuesday, February 2, 2021
17
18
19
20
21
22
23  Reported by:
    LORI M. BARKLEY, CSR No. 6426
24
25  PAGES 1 - 215

Page 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

_____
                                    )
                                    )
IN RE APPLE iPHONE ANTITRUST        ) Civil Action No.
LITIGATION                          ) 4:11-cv-06715YGR
                                    )
                                    )

　　　Zoom Videotaped deposition of TRYSTAN KOSMYNKA, Volume I, taken on behalf Plaintiff, beginning at 9:14 a.m., and ending at 4:46 p.m., on Tuesday, February 2, 2021, before LORI M. BARKLEY, Certified Shorthand Reporter No. 6426.

Page 141

1  have that persist on the home screen, need to tap the, I
2  believe the share icon and say add to home screen.
3      Q.   Any other differences?
4      A.   Yeah, there's certain -- in web, you're building
5  with web technologies.  Native, you're building with
6  native technologies.
7           And so, the APIs that they would have access to
8  in, kind of standard open web, which we support with
9  Safari, would be different than the set of APIs that you
10 would have access to with a native app.
11          And so, one such API may be our push
12 notifications API.
13     Q.   So, the web apps would not have access to the
14 push notification API; is that correct?
15     A.   Today, I believe that's correct, yes.
16     Q.   All right.  And also, ARKit is an augmented
17 reality framework that is a native API; is that right?
18     A.   ARKit, yes.
19     Q.   ARKit.
20          And it's a native API that a browser cannot
21 call; isn't that right?
22     A.   I'm not familiar with web APIs that call ARKit.
23          I also think that the iOS APIs that exist for
24 iOS apps would have different names and it's different
25 technology that's accessible for web.

Page 145

1    Q.   And are you aware that a web app, that for a web
2    app the browser has to download the app into a device's
3    cache memory?
4         MS. MOYE:  Object to the form.
5         THE WITNESS:  There's many ways that a web app
6    can work.  I mean, I'm aware that web apps have that
7    capability, yes.
8    BY MS. FORREST:
9    Q.   Okay.  And you would agree with me that cache
10   memory is different from permanent memory?
11        MS. MOYE:  Objection to the form.
12        THE WITNESS:  Yes, on-disk storage is different
13   than cache storage.
14   BY MS. FORREST:
15   Q.   Okay.  And a 16 gigabyte sized app would not fit
16   into cache memory; is that right?
17        MS. MOYE:  Objection to the form.
18        THE WITNESS:  I'm not sure the specifics of what
19   the cache sizes are.  That may change on different
20   device types as well.
21   BY MS. FORREST:
22   Q.   Are you aware of any device that has a
23   16 gigabyte cache memory?
24   A.   I'm not aware of the specifics of the cache
25   memory on the devices.

Page 146

1   Q.   Are you aware that cache memory gets overwritten
2  from time to time?
3        MS. MOYE:  Object to the form.
4        THE WITNESS:  I'm aware that cache memory is
5  temporary.
6  BY MS. FORREST:
7   Q.   Okay.  And that by being temporary, that also
8  means that it gets overwritten from time to time; is
9  that right?
10       MS. MOYE:  Object to the form.
11       THE WITNESS:  Yes.
12 BY MS. FORREST:
13  Q.   And are you familiar with WebAssembly?
14  A.   Limited understanding, yes.
15  Q.   Okay.  And you're aware that WebAssembly is a
16 language that runs natively in browsers?
17  A.   Yes.
18  Q.   And are you aware that WebAssembly runs what's
19 called a virtual machine?
20  A.   Yes.
21  Q.   And would you agree that a virtual machine is a
22 virtual environment that simulates the functionality of
23 a computer?
24  A.   I would agree that that's part of what it's
25 capable of doing.

```
 1   STATE OF CALIFORNIA      ) ss.
 2   COUNTY OF LOS ANGELES    )
 3
 4          I, Lori M. Barkley, CSR No. 6426, do hereby
 5   certify:
 6          That the foregoing deposition testimony taken
 7   before me at the time and place therein set forth and at
 8   which time the witness was administered the oath;
 9          That the testimony of the witness and all
10   objections made by counsel at the time of the
11   examination were recorded stenographically by me, and
12   were thereafter transcribed under my direction and
13   supervision, and that the foregoing pages contain a
14   full, true and accurate record of all proceedings and
15   testimony to the best of my skill and ability.
16          I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21   this 4th day of February 3, 2021.
22                      [signature]
23                      _____
24                      LORI M. BARKLEY, CSR No. 6426
25
```