# ATTACHMENT P

Page 1

1  ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **
2
3            UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                   OAKLAND DIVISION
6
7  _____
                                        )
8                                       )
   IN RE APPLE iPHONE ANTITRUST         ) Civil Action No.
9  LITIGATION                           ) 4:11-cv-06715YGR
                                        )
10                                      )
11
12
13            ZOOM VIDEOTAPED DEPOSITION OF
14               TIMOTHY COOK, VOLUME I
15                Cupertino, California
16              Friday, February 12, 2021
17
18
19
20
21
22
23  Reported by:
    LORI M. BARKLEY, CSR No. 6426
24
25  PAGES 1 - 275

Page 152

1   range depending upon the quarter.
2        Q.   Okay.  Do you remember if the study also
3   included the number of Android customers who switched
4   to iPhone devices, in other words, the opposite
5   direction?
6        A.   Yes.  We're very interested in both of
7   those.
8        Q.   And do you recall the percentage of
9   switching from Android to iOS?
10       A.   I think it was in the single digit to 18
11  percent range, if I remember correctly.  And we
12  measure -- just to give you a little more
13  information, we measure how many switchers we get in
14  that direction very frequently.
15       Q.   "We" being Apple, you do that internally?
16       A.   "We" being Apple.  So we can do that in
17  addition to third parties doing it.
18       Q.   Do you measure the switch from iPhone to
19  Android phone.  Do you do that internally?
20       A.   It's harder to measure who left you than it
21  is to measure who comes your way.
22       Q.   Okay.
23       A.   And so we depend on a third party for the
24  first.
25       Q.   Okay.  Do you recall if -- one other

Page 274

1  STATE OF CALIFORNIA       ) ss.
2  COUNTY OF LOS ANGELES     )
3
4          I, Lori M. Barkley, CSR No. 6426, do hereby
5  certify:
6          That the foregoing deposition testimony
7  taken before me at the time and place therein set
8  forth and at which time the witness was administered
9  the oath;
10         That the testimony of the witness and all
11 objections made by counsel at the time of the
12 examination were recorded stenographically by me, and
13 were thereafter transcribed under my direction and
14 supervision, and that the foregoing pages contain a
15 full, true and accurate record of all proceedings and
16 testimony to the best of my skill and ability.
17         I further certify that I am neither counsel
18 for any party to said action, nor am I related to any
19 party to said action, nor am I in any way interested
20 in the outcome thereof.
21         IN WITNESS WHEREOF, I have subscribed my
22 name this 15th day of February, 2021.
23
24         _____
25         LORI M. BARKLEY, CSR No. 6426