# ATTACHMENT Q

From: Steve Jobs <sjobs@apple.com>
Subject: **Top 100 - A**
Date: October 24, 2010 6:12:41 PM PDT
To: ET <et@group.apple.com>

Here's my current cut.

Steve


1. 2011 Strategy - SJ
   - who are we?
      - headcount, average age, ...
      - VP count, senior promotions in last year
      - percent new membership at this meeting
   - what do we do?
      - pie chart of units/product line and revenues/product line
      - same charts with tablets + phones merged together
   - Post PC era
      - Apple is the first company to get here
      - Post PC products now 66% of our revenues
      - iPad outsold Mac within 6 months
      - Post PC era = more mobile (smaller, thinner, lighter) + communications + apps + cloud services
   - 2011: Holy War with Google
      - all the ways we will compete with them
      - primary reason for this Top 100 meeting - you will hear about what we're doing in each presentation
   - 2011: Year of the Cloud
      - we invented Digital Hub concept
         - PC as hub for all your digital assets - contacts, calendars, bookmarks, photos, music, videos
      - digital hub (center of our universe) is moving from PC to cloud
         - PC now just another client alongside iPhone, iPad, iPod touch, ...
         - Apple is in danger of hanging on to old paradigm too long (innovator's dilemma)
         - Google and Microsoft are further along on the technology, but haven't quite figured it out yet
      - tie all of our products together, so we further lock customers into our ecosystem
   - 2015: new campus

2. State of the Company - Peter & Tim
   - FY2010 recap
   - FY2011 plan
   - where is our business - geo analysis (NA, Euro, Japan, Asia, possibly break out china) (present on map)
   - key milestones, trends & future goals
   - comparisons with Google, Samsung, HTC, Motorola & RIM

3. iPhone - Joz & Bob
   - 2011 Strategy:
      - "plus" iPhone 4 with better antenna, processor, camera & software to stay ahead of competitors until mid 2012
      - have LTE version in mid 2012
      - create low cost iPhone model based on iPod touch to replace 3GS
   - Business & competitive update
      - show Droid and RIM ads
   - Verizon iPhone
      - schedule, marketing, ...
   - iPhone 5 hardware
      - H4 performance
      - new antenna design, etc
      - new camera
      - schedule
   - iPhone nano plan
      - cost goal
      - show model (and/or renderings) - Jony

*[handwritten notes:]* — Try to carriers LTE pop 2011, '12, '13

— Android comparison

APL-EG_00985738

4. iPad - Bob, Jony, Dan Riccio, Michael Tchao ,Randy Ubillos, Xander Soren, Roger Rosner
   - 2011 Strategy: ship iPad 2 with amazing hardware and software before our competitors even catch up with our current model
   - Business & competitive update - Michael
       - Apps, corporate adoption, ...
       - show Samsung, HP(?) anf iPad ads
   - 2011 Product Roadmap - Bob, Dan & Jony
       - iPad 2
           - new ID, H4, UMTS + Verizon in one model, cameras, ...
           - EVT units & cases
           - HDMI dongle (use for projection of demos below?)
       - iPad 3
           - display, H4T
   - **DEMOS:**
       - **PhotoBooth (Michael?)** ——— *Same tech demo from before*
       - **iMovie (Randy)**
       - **GarageBand (Xander)**
       - **text book authoring system (Roger)**
       - **working display for iPad 3 (during break)** — *just display*


----------

5. iOS - Scott, Joz
   - Strategy: catch up to Android where we are behind (notifications, tethering, speech, ...) and leapfrog them (Siri, ...)
   - Timeline of iOS releases from first until Telluride, including Verizon
   - Jasper tent poles
   - Durango tent poles (without MobileMe)
   - Telluride tent poles (with "catch up" and "leapfrog" notations on each one)
   - **DEMOS:**
       - **Jasper: AirPlay to AppleTV - video from iPad, photos from iPhone, ??**
       - **Durango: ?? (without MobileMe features)**
       - **Telluride: Siri, ?**

6. MobileMe - Cue, SJ, Roger Rosner
   - Strategy: catch up to Google cloud services and leapfrog them (Photo Stream, cloud storage)
   - Android
       - deeply integrates Google cloud services
       - way ahead of Apple in cloud services for contacts, calendars, mail
   - 2011
       - Apple's year of the cloud
           - tie all of our products together
           - make Apple ecosystem even more sticky
       - Free MobileMe for iPhone 4, iPad and new iPod touch
       - Jasper
           - Sign up with Apple ID, Find My iPhone
       - Durango
           - Find My Friends, Calendar, Contacts, Bookmarks, Photo Stream
       - April
           - iWork cloud storage
           - Telluride
           - cloud storage for third party apps
           - iOS backup
           - new iDisk for Mac
       - Growth
           - projected growth, cost/user
           - plan to scale to 100 million users
           - transition plan for paid members
           - what about email?
       - **DEMOS:**
           - **Find My Friends**
           - **Calendar**
           - **Photo Stream**
           - **iWork cloud storage (Roger Rosner)**

CONFIDENTIAL                                                                                                APL-EG_00985739

7. Mac - David Moody, Bob, Craig Federigi, Randy Ubilos & ?
    - Hardware roadmap
    - Lion plan
    - Mac App Store
    - Final Cut Pro **DEMO (Randy & ?)**

8. Apple TV 2 - David Moody, Jeff Robbin
    - Strategy: stay in the living room game and make a great "must have" accessory for iOS devices
    - sales so far, projections for this holiday season
    - add content:
        - NBC, CBS, Viacom, HBO, ...
        - TV subscription?
    - where do we go from here?
        - apps, browser, magic wand?

----------

9. Stores Update - Eddy, Patrice
    - Music
        - Strategy: Leap even further ahead of Google in music
        - Beatles
        - iTunes in the cloud
    - App Store
        - Strategy: Leap even further ahead of Google in discovering great new iOS apps

10. iAds Update - Andy Miller

11. Retail Update - Ron Johnson

CONFIDENTIAL

APL-EG_00985740