# ATTACHMENT R

**From:** Eric Gray (gray@apple.com)
**To:** Tim Billups (tbillups@apple.com)
**CC:** Rob Wheeler (rwheeler@apple.com)
**BCC:**
**Subject:** Re: App Store Pricing Updates - DRAFT
**Attachments:**
**Sent:** 11/05/2014 08:54:49 PM 0000 (GMT)

Hey Tim,

Yes - I've been corresponding with Kevan as well.

The app store is difficult because we are agents and the developer sets price. That said, the USD strengthening is unprecedented in our App Store history, so clearly worth considering a one-off exception to normal policy of no changes without 2 consecutive quarters of a 10+% deviation.

This is further complicated by the desire to make tax changes on January 1 in Europe that may not otherwise trigger a change.

On elasticity, historically these changes have been highly Inelastic. In fact both declines and increases have had minimal impact on units and sizable impacts on billings / revenue. There is one exception to the rule, and that is when content dominates a market and is so pervasive and repeatedly purchased that the market has defined a "standard" price. By way of example, Candy Crush Saga has a number of items in-app and the price in Japan got clearly established as 80 yen. Then, we moved the price up to 100 yen. While single purchase apps and in-apps were highly inelastic, the Candy Crush purchases were actually elastic because consumers bought the items over and over and had established a fair value of 80 yen. I think we saw this to a lesser extent with repeat buying in Puzzle and Dragons as well.

On Japan, we are technically by approved policy not due for a price change until March 31. We did take a price change after the hardware adjustment. That said, we have a 14% deviation today (it was only 5% at October 1 date). When we make changes, we also speculate to reduce the number of overall changes. We spend a lot of time with Treasury and make our best guess to predict where the currencies will go.

Thanks

Eric

On Nov 5, 2014, at 11:09 AM, Tim Billups <tbillups@apple.com> wrote:

> Eric
>
> It sounds like the hardware pricing team is looking at more countries then we are. In looking at the spot rates, our data does not map to their risk (MXN, AUD, NZD, and MXN) so I wonder if they are catching up to changes we made or is there another reason why we are disconnected on risk? Are we pursuing JPY - your spot schedule says we are considering but it was excluded from your list of changes? I assume the other countries Alex listed are not an issue for us as we do not offer local currency - correct?
>
> Also, do we have the price elasticity view of your changes for FX? If we make these changes, do we have an estimated impact on volume and total billings.
>
> Thanks
>
> Tim

Begin forwarded message:

**From:** Alejandro Roman <alejandro_roman@apple.com>
**Subject: Re: App Store Pricing Updates - DRAFT**
**Date:** November 5, 2014 at 10:52:14 AM PST
**To:** Tim Billups <tbillups@apple.com>
**Cc:** Kevan Parekh <kparekh@apple.com>

Hi Tim,

I believe everything would depend on where you priced the last time.  In addition to the ones you listed, we have the following ones in our radar screen for further actions (we've already taken some previously):

JPY
RUB
BRL
AUD
NZD

Moreover, in our NPI exercises we've addressed weakness in TRY, CZK, MXN, CLP and THB.

USD strengthening has been strong and widespread.

Alex


On Nov 5, 2014, at 9:53 AM, Kevan Parekh <kparekh@apple.com> wrote:

> There are more countries at risk….Alex can provide the watch list…..we should coordinate the analysis with Eri[c]
>
> On Nov 5, 2014, at 9:49 AM, Tim Billups <tbillups@apple.com> wrote:
>
>> Kevan
>>
>> Are you looking to assess just the impact based on Eric's proposal (CAD, NOK and RUB and EUR, GBP, SEK and DKK)? Or are there more countries that you see at risk?
>>
>> Tim
>>
>> On Nov 5, 2014, at 9:20 AM, Kevan Parekh <kparekh@apple.com> wrote:
>>
>>> We should be looking at how much of an impact repricing or not would have given some of the projected billings activity if we reprice with higher FX.....can you help with this. Alex can provide you with the countries at risk and we can do a high level of how much we would increase price and come up with the $ impact....
>>>
>>>  Thanks
>>>
>>>
>>> Begin forwarded message:

CONFIDENTIAL                                                                                                         APL-APPSTORE_04100704

**From:** Eric Gray <gray@apple.com>
**Date:** November 4, 2014 at 6:29:45 PM PST
**To:** Kevan Parekh <kparekh@apple.com>
**Subject: Re: App Store Pricing Updates - DRAFT**

Hey Kevan - wanted to follow up to see if you had any questions or concerns before sending to both you and Eddy.

Thanks

Eric

On Nov 3, 2014, at 12:08 PM, Eric Gray <gray@apple.com> wrote:

> Hey Kevan,
>
> *******  The following is DRAFT of what we plan to send to you and Eddy.  Oliver Schusser has talked to Eddy about our plans for China.  *******
>
> The following changes are recommended for the App Store.  Please respond with your approval.
>
> **China Lower Price Tiers:**
>
> The Price Committee previously approved adding lower price points for the App Store in China contingent upon us increasing our payment reach.  We are planning to launch China Union Pay (CUP) which controls the bankcard industry (both credit and debit) in China and is the 2nd largest payment network by volume world-wide (only behind Visa).  There have been more than 4 billion CUP debit and credit cards issued in China.
>
> The following is planned to launch in connection with China Union Pay:
> - New price points of 1 and 3 CNY
> - The prices will map to Tier 1 (US$0.99 and international equivalents) in all other markets
> - A price promotion of 1 CNY apps will be featured on the store with an indication of the payment methods available (including CUP)
>
> <China Market Entry Tiers_Price Committee.key>
>
> **Foreign Exchange & Tax Update:**
>
> - With the recent strengthening in the USD, we recommend price increases for CAD, NOK and RUB on January 1, 2015 based on our current policies of 2 quarters in a row with more than a 10% variation (absent a significant change in direction)
> - Further, with the planned changes in VAT across the European Union on January 1, 2015, we will closely monitor the need for changes in EUR, GBP, SEK and DKK based on exchange rates on January 1, 2015
> - We do not recommend any additional changes in retail pricing for Apps due to foreign currency movements at this time
> - Existing commission rates (30%) will continue to apply
> - Here is the current analysis including Spot rates as of November 3:
>
> <PastedGraphic-1.png>
>
> Thanks



Eric

Kevan Parekh  |  Apple Inc.  |  office: +1-408-862-7451  |  iPhone: +1-408-421-4145  |  [kparekh@apple.com](mailto:kparekh@apple.com)

CONFIDENTIAL                                                                                                                              APL-APPSTORE_04100706