# ATTACHMENT S

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4  IN RE APPLE iPHONE ANTITRUST  )
    LITIGATION                    )
 5                                )
                                  )
 6                                )
    DONALD R. CAMERON, et al.,    )
 7                                )
              Plaintiffs,         )
 8                                )
          v.                      ) Case No.
 9                                ) 4:11-cv- 06715-YGR
    APPLE, INC.,                  )
10                                )
              Defendant.          )
11                                )
                                  )
12                                )
    Plaintiff, Counter-defendant, )
13                                )
          v.                      )
14                                )
    APPLE, INC.,                  )
15                                )
    Defendant, Counterclaimant.   )
16                                )
17
                *** HIGHLY CONFIDENTIAL***
18
                *** ATTORNEYS' EYES ONLY ***
19
                 REMOTE VIDEO RECORDED
20
              VIDEOCONFERENCE DEPOSITION OF
21
                       ERIC GRAY
22
23
    DATE TAKEN:  FEBRUARY 12, 2021
24  REPORTED BY:  RENEE HARRIS, CSR, CCR, RPR
    JOB NO. 4453978
25  PAGES:  1 - 236
```

Page 177

1      A.   Yes.
2      Q.   And he says they get "85/15 on ATV" --
3           That means Apple TV; right?
4      A.   Yes.
5      Q.   -- "and 70/30 on iOS."
6           Does that refer to the commission that
7  CBS All Access was receiving on the Apple TV app
8  versus -- I'm sorry.  Strike that.  I said that
9  incorrectly.
10          Does that refer to the split in revenue
11 between CBS All Access and Apple resulting from
12 the respective condition on the Apple TV app and
13 the iOS app?
14          MR. SRINIVASAN:  Objection.  Form.
15          THE WITNESS:  To be clear, the 15
16      represents Apple's commission, as does the
17      30.
18  BY MR. BYARS:
19      Q.   Okay.  And so the -- then he says, "As a
20 result, they price a dollar higher on iOS to help
21 offset the delta."
22          Do you see that?
23      A.   I do.
24      Q.   So this is an example of a developer
25 pricing higher on iOS than it does on Apple TV;

1  right?
2      A.  It is.
3      Q.  Okay.  Are there other examples that you
4  can think of?  I'm sorry, I don't know if I
5  already asked you that.
6      A.  Yeah, I don't -- as I said before, I
7  don't recall --
8      Q.  Okay.
9      A.  -- any examples.
10     Q.  And if you look down at Mr. Berkin's
11 e-mail, he says, "iOS:  $6.99 @ 30% = $4.90."
12         Does the 4.90, does that represent the 70
13 percent of the revenue that CBS All Access would
14 receive from Apple on the sale of that iOS app?
15     A.  Yes.
16     Q.  Okay.  And just to make things clear that
17 I think I've confused, I'm talking about the sale
18 of an app.  This might actually be the sale of a
19 subscription perhaps; right?
20     A.  Yeah, it's -- it's an in-app purchase.
21 CBS All Access sounds like a subscription.
22     Q.  For the things we are discussing, that
23 doesn't seem material; right?
24         MR. SRINIVASAN:  Objection.  Form.
25         THE WITNESS:  I don't know what you mean

Page 179

1        by "material" in your question.
2    BY MR. BYARS:
3        Q.   Okay.  Good observation.  We can strike
4    that and move on.
5             Then it says, "Apple: $5.99 @ 15% =
6    $5.09."
7             Similarly, the 5.09 is the 85 percent
8    that CBS All Access would keep of this purchase?
9        A.   Yes.
10       Q.   And is it true that even though the iOS
11   app is priced more expensively, CBS All Access is
12   actually retaining less money from the sale on iOS
13   than they are on the Apple TV?
14       A.   There's not enough information.  As in
15   Brad Berkin's e-mail, it's unclear if that is
16   related to the same piece of information.
17       Q.   Okay.  Just going by the numbers, $5.09
18   is higher than $4.90?
19            MR. SRINIVASAN:  Objection.  Form.
20   BY MR. BYARS:
21       Q.   Right?
22       A.   Again, if 6.99 and 5.99 are the prices
23   for CBS All Access.
24       Q.   Okay.
25       A.   And then --

1    I, RENEE HARRIS, a Certified Shorthand
2    Reporter of the State of California, a Certified
3    Court Reporter for the State of New Jersey, and a
4    Registered Professional Reporter, do hereby
5    certify:
6        That prior to being examined, the witness
7    named in the foregoing deposition was by me duly
8    sworn to testify to tell the truth, the whole
9    truth, and nothing but the truth;
10       That the said deposition was by me recorded
11   stenographically;
12       And the foregoing pages constitute a full,
13   true, complete and correct record of the testimony
14   given by the said witness;
15       That I am a disinterested person, not
16   being in any way interested in the outcome of said
17   action, or connected with, nor related to any of
18   the parties in said action, or to their respective
19   counsel, in any manner whatsoever.

                    _____
                    Renee Harris, CSR, CCR, RPR
                    CA CSR No. 14168,
                    NJ CRR No. 30XI00241200; RPR

Page 238

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

_____

```
                                  )
                                  )
IN RE APPLE iPHONE TRUST          ) Civil Action No.
LITIGATION                        ) 4:11-cv-06715YGR
                                  )
                                  )
```

Remote videotaped deposition of ERIC JOHN GRAY, Volume II, taken on behalf of Developer Plaintiff, at Sunnyvale, California, beginning at 9:17 a.m., and ending at 1:04 p.m., on Monday, February 15, 2021, before B. SUZANNE HULL, Certified Shorthand Reporter No. 13495.

1  just to -- just a second.
2           Would it be better for me to dial in on my
3  phone?  Is this a -- is this a problem for everyone?
4  I don't want to create a headache, and especially for
5  the court reporter.
6           MR. SRINIVASAN:  It was just for those two
7  questions where we flagged; so it has otherwise been
8  fine; so maybe just ask the question again.
9  BY MR. WOJCIK:
10     Q.  Okay.  So Mr. Gray, when you say here,
11  quote, "historically these changes have been highly
12  inelastic," what do you mean by that?
13     A.  So I'm responding to the quarterly FX
14  equalization process where we make a change based on
15  the -- the sustained movement in foreign exchange.
16  And what I mean by highly inelastic is that we don't
17  see a change in units when the price changes; so we
18  see -- whether the price goes up or down, we are not
19  seeing a material change in units making it
20  inelastic.
21     Q.  Have you studied why that is?  Or have
22  others in Apple studied why that is?
23     A.  I have been presented infrequently on
24  analysis that has been performed and -- and
25  I believe, you know, that analytics has infrequently,

Page 350

1  STATE OF CALIFORNIA  )
                       ) ss.
2  COUNTY OF KERN      )

3

4

5          I, B. Suzanne Hull, a Certified Shorthand
6  Reporter in the State of California, holding
7  Certificate Number 13495, do hereby certify that
8  ERIC JOHN GRAY, Volume 2, the witness named in the
9  foregoing deposition, was by me duly sworn; that said
10 deposition, was taken Monday, February 15, 2021, at
11 the time and place set forth on the first page
12 hereof.
13         That upon the taking of the deposition, the
14 words of the witness were written down by me in
15 stenotypy and thereafter transcribed by computer
16 under my supervision; that the foregoing is a true
17 and correct transcript of the testimony given by the
18 witness.
19         Pursuant to Federal Rule 30(e), transcript
20 review was requested.
21         I further certify that I am neither counsel
22 for nor in any way related to any party to said
23 action, nor in any way interested in the result or
24 outcome thereof.
25 ///

Page 351

1      Dated this 16th day of February, 2021, at
2   Bakersfield, California.
3
                    *[signature: Suzanne Hull]*
4                   _____
5                   B. Suzanne Hull, CSR No. 13495
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25