# ATTACHMENT BB

| | |
|---:|:---|
| **Subject:** | Re: Google Review |
| **From:** | "C.K. Haun" <ckhaun@apple.com> |
| **Received(Date):** | Thu, 19 Mar 2015 14:25:12 -0600 |
| **Cc:** | Ron Okamoto <rokamoto@apple.com> |
| **To:** | Phillip Shoemaker <pshoemaker@apple.com> |
| **Date:** | Thu, 19 Mar 2015 14:25:12 -0600 |

And I think it should be emphasized that *just* doing these automated checks constitutes a valid review in Google's mind.

They do NOT apply human review to every app in the way we do.

—ck

On Mar 19, 2015, at 2:21 PM, Phillip Shoemaker <pshoemaker@apple.com> wrote:

The google play store has had automated tools since they've opened their store. And over the years, they've refined them significantly. I want to point out that Google does not review all apps. Rather they only review apps that their automated tools have flagged for further review.

These tools include the following:

**1. Dynamic analyzer**

A tool like this allows google to keep the play store free of API abuse without involving people. This is completely automated. In app review, we have a static analyzer that rejects apps at the door, but it only catches the easy ones, less than 20% of the abuse. After that, we have another tool that we manually run, and it finds an additional 10% or so. Then we leave it up to the reviewer to look for suspicious activity, and then we move it to a technical investigation which is another resource intensive process.

**2. Automated text analysis**

The google tools do a very good job of analyzing the text in the marketing text and they find issues like bad words, misleading text, defamatory speech, etc. This allows them to find issues with the text that describes the app with limited personnel interaction, automatically rejecting the obvious ones, but flagging the others for the review team. Tools like this help to speed up the review process by only requiring the reviewers to look at flagged apps.

iOS App Review has only rudimentary tools to handle this. iTC has a list of "bad words" that flag the issue to the developer, allowing them to continue or make a change. App Review has implemented a tool that marks words in Aquarium at time of review, but it also is fairly rudimentary and does not do any semantic analysis of the text, which is required in order to automate this.

### 3. Image recognition

Google Play has a set of image recognition tools that scan the binary assets as well as the screenshots, looking for specific trademark issues and skin tone analysis (one of the better porn detection image recognition algorithms known). This allows them to flag issues to reviewers, and the reviewers only review flagged screenshots and binaries. This significantly reduces the number of apps in review.

### 4. Better Store Search

Because search is a key Google technology, they use this technology to more accurately search their store, almost eliminating the gaming that occurs on other platforms. Our search algorithms use app names and keywords to help determine what they return in search results. This is why the review team spends a significant amount of time looking at keywords, increasing review time, and all of this time is context specific and therefore very manual. Google doesn't need to do this.

### 5. Automated Testing

It is well known that Google has a test harness that they put all of the apps into prior to publishing to their store. Once an app is launched, a UI control widget starts pseudo-randomly testing the app, looking for bugs. Once this system breaks an app, it is simply rejected, No reviewer involvement whatsoever. If an app crashes or issues are found, the app is not allowed on the store.

### 6. Popular Apps are Reviewed First

This is not confirmed, but it is what people assume about Google Play. Apps that are flagged for review are done by popularity first. If two apps come in at the same time, and both are flagged for review, download numbers are used to determine which ones to review first.

### 7. Ignore ratings

Ratings are new to the Google Play platform, but since they use the IARC, we know that there is no vetting of ratings. If a developer says that there is no violence within an app, but the app has a lot of violence, they will only catch it through customer complaints, or complaints through government entities. This is how IARC works. Without vetting of ratings, it allows them to process apps a lot faster.

### 8. They allow much more than we do

They allow fart apps still. We have to review and reject those apps manually. They allow kamasutra apps still. We do not, but still have to review and reject these apps manually. There are hundreds of these types of examples that are only found through manual review. If we allowed more, like Google does, we would speed up review.

There are probably many other tools that they use, but we are not aware of them.

We have been asked by Phil to get all of our tools implemented by the various engineering teams within Apple, however, we get virtually no engineering cycles on issues that would help us speed up review. Rather, we get just in time tools to handle the latest technologies on the devices and/or iOS. As an operations organization, this is not the right way to do this. Rather, we need to have a small engineering team within App Review, focused on building the best tools to help us speed up review. If we were allowed to build an engineering and UAT team of ~10 people, we would be able to be at a 24 hour SLA within 6 months.

—ck

CONFIDENTIAL                                                                                                                         APL-APPSTORE_00491121