# ATTACHMENT CC

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3  OAKLAND DIVISION
4
5  _____
                                   )
6  IN RE APPLE iPHONE TRUST        )
   LITIGATION                      )  Case No. 4:11-cv-06715YGR
7                                  )
                                   )
8  _____)
9
10
11
12  ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
13  REMOTE VIDEOTAPED DEPOSITION OF ERIC FRIEDMAN
14  Monday, February 1, 2021
15  Volume I
16
17
18
19
20
21  Reported by:
22  NADIA NEWHART
23  CSR No. 8714
24
25

Page 94

1   A   We're better, yeah.
2   Q   Okay.  I -- I sit here in the middle of a
3   blizzard, so I'm kind of amazed the Internet has
4   gone --
5   A   Oh.
6   Q   -- this well so far, so I apologize if
7   there's a little hiccup.
8   A   You sound great.
9   Q   Let me -- let me repeat again (as read):
10         "Please don't ever believe that they
11          accomplish anything that would deter
12          a sophisticated attacker."
13         Do you see that?
14  A   I do.
15  Q   Is that an accurate assessment of App Review
16  by you at the time?
17  A   Well, I think I spoke generally about review
18  processes, but yes, this one is in the context of
19  App Review.
20  Q   Okay.  And you say (as read):
21         "I consider them a wetware rate
22          limiting service and nothing more."
23  A   Uh-huh.
24  Q   Let me just stop there and just get
25  terminology.

Page 121

1        Do you see that?
2    A   Uh-huh.
3    Q   Are you aware of apps having been submitted
4  more than once for App Review and having been
5  rejected repeatedly?
6    A   Yes.
7    Q   Okay.  Then it says (as read):
8        "Developer removes" -- I'm looking
9        at number 2 now.
10       (As read):
11       "Developer removes problem terms,
12       passes review but with problematic
13       content."
14       Are you aware of examples of a developer
15  resubmitting a previously rejected app including
16  remaining problematic content?  Are you aware of
17  that happening before?
18   A   Yes.
19   Q   And there have been circumstances under which
20  the app has, in fact, passed review after having
21  been previously rejected for having problematic
22  content?
23   A   Yes.
24   Q   Okay.  Is that a big problem in your view?
25   A   I don't have any metrics about that.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 270

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4       That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12      Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16      I further certify that I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date subscribed
20   my name.
21
22   Dated: February 2, 2021
23
             *Nadia Newhart* (signature)
24
                    NADIA NEWHART
25                  CSR NO. 8714

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400