# ATTACHMENT DD

**From:** Matt Fischer (matt.fischer@apple.com)
**To:** Christopher Campbell (cj_campbell@apple.com)
**CC:** Alex Rofman (rofman@apple.com), Steve McGuigan (smcguigan@apple.com), Pedraum Pardehpoosh (pedraum@apple.com), Lisa Israel (lisrael@apple.com), Jason Enriquez (jason_enriquez@apple.com), Ryan Olson (ryan_olson@apple.com), Stephanie Saffer (ssaffer@apple.com), Sheryline Chapman (sheryline@apple.com)
**BCC:**
**Subject:** Re: Pandora On-Demand Premium Service Launch
**Attachments:**
**Sent:** 04/18/2017 08:54:19 PM 0000 (GMT)

Thanks

On Apr 18, 2017, at 1:33 PM, Christopher Campbell <cj_campbell@apple.com> wrote:

> My contact, Chris Becherer, would only share that they "would not be charging $9.99 on Google Play at a 70/30 rate." He is asking around to see if he can provide more specifics. He also shared that they would charge $9.99 on iOS if the rate were 85/15 from day one.
>
> Chris
>
> **Chris Campbell**
> App Store
>
> **Developer resources:** developer.apple.com/app-store.
>
> This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.
>
>> On Apr 18, 2017, at 1:06 PM, Matt Fischer <matt.fischer@apple.com> wrote:
>>
>> Are they charging less on Android because they are signing up Google Play customers directly and not using GP's transaction system?
>>
>> On Apr 18, 2017, at 10:33 AM, Christopher Campbell <cj_campbell@apple.com> wrote:
>>
>>> Hi Everyone,
>>>
>>> With Sher out on PTO, I wanted to let everyone know that the premium service went live in the US late last night. As Sher noted, the service is $12.99 on iOS and $9.99 on web. I checked Google Play this morning and, similar to web, a premium subscription is $9.99.
>>>
>>> My initial impressions are pretty positive. It's easy-to-use and seems to have taken a lot of design cues from Rdio.
>>>
>>> Here are some screenshots:
>>>
>>> Upgrade screen:
>>>
>>> <IMG_0711.PNG>
>>>
>>> Welcome screen once you've subscribed:

<IMG_0713.PNG>

Options Under My Music:

<IMG_0717.PNG>

Artist page:

<IMG_0714.PNG>

Album page:

<IMG_0715.PNG>

Browse view:

<IMG_0716.PNG>

**Chris Campbell**
☐ App Store

**Developer resources:** developer.apple.com/app-store.

This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.

On Mar 12, 2017, at 8:01 AM, Sheryline Chapman <sheryline@apple.com> wrote:

Hi All,

We wanted to let you know that Pandora's premium on-demand service will be announced on Monday, March 13 via press release, blog post and media embargo. Pre-briefings were conducted with top media outlets including CNBC, the Verge and Mashable.

Beginning on Wednesday, March 15, a limited number of existing Pandora customers will be invited to upgrade to the premium offering. Pandora will not have IAP in place for the service at launch because they were not able to set up upgrade/downgrade in time for launch. Therefore, they are planning to only target direct-billed customers and will be driving these users to web to upgrade to the new service.  They plan to have IAP implemented on April 3, at which time they will begin targeting IAP subscribers as well. **The full, public release of Pandora premium is scheduled for April 17.**

Due to the 70/30 revenue split, they will be charging $12.99 on iOS at launch and the service will be available for $9.99 on web.  They would not disclose their price on Google Play.

In addition to on-demand, new features that they shared include:

- When you select your first song for a playlist, Pandora offers you the option to add a list of additional recommended songs based on the song you chose. This is their effort to minimize the time/frustration in

- creating playlists. We saw this in action and it looks quite cool.
- Anytime a user goes offline, Pandora will automatically switch the user over to listen to one of their offline playlists.
- They have automatically created a playlist of songs previously 'thumbed up' for premium users.

Pandora's major marketing push is scheduled for April 17 - May 1, to coincide with the public availability of the update. The marketing team is still finalizing activities by channel, but they did share that they plan to run the following:

- Paid digital
- Paid out of home
- Influencer marketing
- Event marketing (i.e. Coachella, Outside Lands)

Please feel free to reach out with any questions.

Best,
Sher and Jason

Sheryline Chapman | App Store Business Management | Sheryline@apple.com | O: +1.408.862.0231