# ATTACHMENT EE

|  |  |
|---|---|
| Subject: | Re: FYI: 70/30 on Apple TV... Fwd: CBS iOS App Submitted - Build 4.5. |
| From: | "Ankit Patel" <ankit@apple.com> |
| Received(Date): | Wed, 20 Jul 2016 22:19:40 +0000 |
| To: | Dave <dnano@apple.com> |
| Cc: | "Eric Gray" <gray@apple.com>, "Carlier Claude" <carlier@apple.com>,"Michael Chu" <chu.m@apple.com>, "Kishore Karkera" <karkera.k@apple.com>,"Junichi Tatsu" <jtatsu@apple.com>, "Minni Shahi" <minni@apple.com>,"Zach Friedland" <zfriedland@apple.com> |
| Date: | Wed, 20 Jul 2016 22:19:40 +0000 |

And just to update all of you on the impact till date… In the last ~37 days, because of this issue, we have no paid around 800K USD to 27 partners. If we deploy the fix in J, the impact extrapolates up to 1.08 M USD to be adjusted.

**Total Adjustment:** US$ 799,020

**Total Providers Impacted:** 27

**Top 5 Providers:** Hulu, Showtime, CBS, Sky, Shomi (make up 85% of total adjustment)

| CPID | Provider | Grand Total | % of Total |
|---|---|---|---|
| 149756 | Hulu, LLC | | |
| 117807063 | Showtime Digital Inc. | | |
| 212371 | CBS Mobile | | |
| 153996 | Sky UK Limited | | |
| 108237823 | Shomi Partnership | | |
| 275090 | TV 2 AS | | |
| 271628 | Starz Entertainment | | |
| 317176 | World Wrestling Entertainment, Inc | | |
| 607750 | Zuffa, LLC | | |
| 469532 | TV4 Aktiebolag | | |
| 287908 | Crunchyroll Inc. | | |
| 424485 | NBA Properties, Inc | | |
| 2435803 | Viaplay AB | | |
| 9028 | Major League Baseball Advanced Media | | |
| 1725152 | CANALPLAY INFINITY | | |
| 276513 | WATCHEVER GROUP | | |
| 506864 | Qello LLC | | |
| 115469884 | DLA, Inc | | |

| | | | |
|---|---|---|---|
| 2216409 | KORTV, Inc | | |
| 10013802 | Willow TV International, Inc. | | |
| 1990382 | Plato Media Ltd. | | |
| 415506 | SKY Perfect JSAT Corporation | | |
| 480603 | SpiritClips, LLC | | |
| 853158 | Topsports Ventures S.A. | | |
| 1467104 | Tastemade, Inc. | | |
| 2114062 | The Tennis Channel, Inc. | | |
| 109697801 | Stan Entertainment Pty Ltd | | |
| | **Grand Total** | **799,020** | **100.0%** |

**Best Regards,**

**Ankit H Patel**

On Jul 18, 2016, at 8:05 PM, Dave <dnano@apple.com> wrote:

**Thanks Ankit. I'll bring this up with Matt and let him chime in here. We will get back yo you.**

**Dave**

On Jul 18, 2016, at 4:53 PM, Ankit Patel <ankit@apple.com> wrote:

**Hey Dave,**

Thank you for making it today to the meeting. Some thoughts after our meeting this afternoon. I want to get your guidance on what my team can do to make it easier for various QA teams to catch these edge cases? Any changes to specs that you recommend?

1. We had this scenario very much included in the test plan that Deepa and JT created. It was a very robust test plan that was socialized well in advance (starting March 2016). Furthermore, we also got a qualification from commerce QA that it was working as expected. I guess, we missed checking if the PLIs were getting stamped the correct royalties. Now that projects are becoming more integrated, which QA team do you expect to take the responsibility to verify that PLIs stamp accurate royalties and retails? How can my team (or any other team in biz ops) help make it easier for QA to understand features and expected results?

<FINAL_Subs 2.0_ATV Test Cases_05162016.xlsx>

<UPDATED_itms7-cutover-Subs85-15-ExpectedResults.xls>

2. How do we ensure we have ample content across various platforms in QA? With Orchid and with Subs 2.0, we had a lot of issues with testing ATV because there were no subscriptions for ATV in QA. It took us days setting up an IAP for ATV and we qualified it a day or two before June 13. I am sure we can avoid this situation easily.

**Hey Claude, Michael,**

How do I make sure that the requirements are properly propagated across commerce engineering teams for such projects? My team does a pretty thorough job in writing requirements for the pricing engineering team and the pricing QA team tests each feature to be in synch with the spec. I am very proud of the quality we ship on the pricing side. However, now with these interdependencies with commerce and more and more happening with every new project, how can I help in aligning pricing and commerce engineering efforts (at least on the projects that have a huge pricing component)?

My team is really not staffed to take on additional cycles of work to do analyses for royalty correction and we have done a few this year because of issues on the commerce side (ATV issue from Jan - Mar, Charity issue, 85/15 issue discussed here). Please do let me know what can I change on my end to ensure that we are keeping you aware of how features are being built on the pricing side?

I want to make sure that you all are aware of this and have plans to address it. I am certainly not finger pointing here and that is not my intention. I just want to understand what can I do better to ensure we help avoid such issues in future? We really cannot afford to mis-pay on the App store as the amounts quickly add up to millions of dollars.

**Best Regards,**

**Ankit H Patel**

> **On Jul 15, 2016, at 11:04 PM, Dave <dnano@apple.com> wrote:**
>
> **Ankit**
>
> **Could you please add me to this meeting on Monday?**
>
> **Brad cited 6/13 as the day something changed and it was WWDC.  I wonder if we should go through what we did on that day to support the event.  Note: that we were frozen that day in Prod however, there were some critical hot fixes that went through to prod.  I'm looking through the check in logs now and I found what I think was the smoking gun.  Strangely enough the related Radar that was used to check in the hot fix, is now on 16J and looks to have gone through a series of corrections since the first check in made it to Production.**
>
> **Finally, the pricing test tool we talked about a few months back is almost ready but we are still waiting for an API from the store team to complete this.  This should help with the previous issue we had with the ATV split, but I think the issue we have here may be different.**
>
> **Thanks**
>
> **Dave**
>
> > **On Jul 15, 2016, at 9:21 PM, Ankit Patel <ankit@apple.com> wrote:**
> >
> > **Yet another commerce issue when pricing is giving the correct wholesale. Not sure how we make things better. We are AGAIN mis-paying for ATV apps. UGH!**
> >
> > **Best Regards,**

CONFIDENTIAL    APL-APPSTORE_09924673

**Ankit H Patel**

**Begin forwarded message:**

**From:** Ankit Patel < ankit@apple.com >

**Subject: Re: 70/30 on Apple TV... Fwd: CBS iOS App Submitted - Build 4.5.12**

**Date:** July 15, 2016 at 9:18:55 PM PDT

**To:** Brad Berkin < bberkin@apple.com >

**Cc:** Bagath < bagath@apple.com >, Steve Quirk < squirk@apple.com >, Cortney Bui < cbui@apple.com >, Santoash Cuddalore Rajaram < rajaram@apple.com >, Henry Nguyen < henrynguyen@apple.com >, Susie Kim < skim@apple.com >, Matt Phillips < phillips.matt@apple.com >, Win Htay < whtay@apple.com >, Carlier Claude < carlier@apple.com >, Zach Friedland < zfriedland@apple.com >, Kishore Karkera < karkera.k@apple.com >, Junichi Tatsu < jtatsu@apple.com >, Martin Philip < mphilip@apple.com >, Jenny Vu < jvu@apple.com >, Parnika Achrekar < pachrekar@apple.com >, JT Lee < jong_lee@apple.com >, David Neumann < dneumann@apple.com >

Yup. Thanks! This is definitely a big issue!

Guys - Please make it to the meeting on Monday. It is very important that we fix this as it impacts the b apps on ATV (Netflix, Hulu, MLB etc.)

Best Regards,

Ankit H Patel

On Jul 15, 2016, at 9:09 PM, Brad Berkin <bberkin@apple.com> wrote:

**Hulu and MLB are exhibiting similar behavior as CBS (see attached).**

**Note that Hulu and MLB have some purchases at 85/15 but I believe this is because of tenure. CBS on the other hand has not been available long enough to have tenured accounts.**

**Hulu:**

**<Hulu.png>**

**MLB:**

**<MLB.png>**

On Jul 15, 2016, at 7:22 PM, Bagath <bagath@apple.com> wrote:

**+ Dave**

On Jul 15, 2016, at 6:47 PM, Ankit Patel <ankit@apple.com> wrote:
**Hey Brad,**

**Can you check that this behavior is seen for apps on ATV like Hulu and MLB as well?**

CONFIDENTIAL                                                                                                              APL-APPSTORE_09924674

**+ Others**

**If we are seeing the behavior consistently across multiple apps, then we need to quickly fix this this!! I am setting up something for Monday (hopefully all of you can make it).**

**Best Regards,**

**Ankit H Patel**

> On Jul 15, 2016, at 12:43 PM, Ankit Patel <ankit@apple.com> wrote:
>
> **+ KK**
>
> **Best Regards,**
>
> **Ankit H Patel**
>
> **Sent from my iPhone**
>
> On Jul 15, 2016, at 11:34 AM, Ankit Patel <ankit@apple.com> wrote:
>
> **Hi Steve**
>
> **This is not correct. We have to look at alternate wholesale price for ATV buy. I think something is really wrong here. We should quickly meet next week.**
>
> **+ Cortney**
>
> **Best Regards,**
>
> **Ankit H Patel**
>
> **Sent from my iPhone**
>
> On Jul 15, 2016, at 10:55 AM, Steve Quirk <squirk@apple.com> wrote:
> **This is not a recent change.**
>
> **The current implementation is, when there is days of service present, to use the wholesale price from the pricing interval.**
>
> **Here's the price data for adamid 1034022331.**
>
> ```
> wholesalePrice: "4.20"
>
> wholesalePriceTier: "6"
>
> alternateWholesalePrice: "5.09"
>
> subscriptionIntervals {
>
>     days: 0
> ```

CONFIDENTIAL                                                                                                                       APL-APPSTORE_09924675

```
                    wholesalePrice: "4.20"
                }
            subscriptionIntervals {
                    days: 363
                    wholesalePrice: "5.09"
                }
            }
```

**When the days of service is in the pricing parameter, we return the wholesale price for the interval. For new purchases (0 days), that's 4.20.**

**I don't believe this is a recent change and this is how it behaved in 16H.**

**Steve**

**On Jul 14, 2016, at 8:41 PM, Ankit Patel <ankit@apple.com> wrote:**

**+ Steve, Bagath, Santoash, Henry**

**Hi Brad,**

**Pricing is showing correct wholesale for ATV.**

**Steve, Bagath,**

Did anything on commerce side change? ATV is not looking at Alternate WS again

```
         Processing: (MZPurpleSoftwareAddOn#2966298240
 adamId:1034022331:(MZPurpleSoftwareAddOnState#13 readyForSale))CBS All
                         Access_200_30

 Country: United States (US), Price type: (STDQ / Std Q (512)), Quantity:
                           (1), Market: (DEF)

       Effective generation: 0:'default' / available generations: {
                             0:'default' }

         Per-generation serialized pricing intervals for indexer:

           0:'default' => ' 5990 1468553934926 9223372036854775807'

    Product: 18788646934 / effective available date: 2016-07-14 07:00:00
                                Etc/GMT
```

CONFIDENTIAL   APL-APPSTORE_09924676

```
         SAP Product Type: (MZSAPProductType#24, 'iOS Subscriptions')

   Versions required (iTunes, iPhone, iPod touch, iPad, Apple TV,
            iBooks): (null, null, null, null, null, null)

   Pricing Context: (MZPricingContext#3046774964 adamId:1117092722)

          Content Provider (MZContentProvider#212371)CBS Mobile

                Contract In Effect (MZContract#111097187)

     Contract ContentType (MZContractContentType#11, 'iOS Paid
                              Applications')

                           Is whitelisted false

                        Sap Vendor Number 80085616

                          Vendor PlayList: (none)

                   isOrWillBeVisibleWithParameters: true

             isOrWillBeVisibleIgnoringAssetsWithParameters: true

                isOrWillBeAvailableForSaleWithParameters: true

              firstDateAvailableForFulfillmentWithParameters: null

         protectPreviewAssetsEndDate: null (should protect? false)

      familyShareEnabledDate (ignored for free apps): 1-04-25 00:00:00
                                Etc/GMT

                   isVppDeviceBasedLicensingEnabled: true

        effectiveBypassForcedTVDiscountingForStoreFront: false

                            pricing intervals:

                   5990 1468479600000 9223372036854775807

    5.99 from 2016-07-14 07:00:00 Etc/GMT to 292278994-08-17 07:12:55
         Etc/GMT (contains 'now': 2016-07-15 03:38:54 Etc/GMT)

                                Is visible
```

CONFIDENTIAL                                                                                      APL-APPSTORE_09924677

```
                         Is available for sale

               Wholesale currency: (MZCurrency#1)USD

                  Retail currency: (MZCurrency#1)USD

                         Mechanicals Fee: 0.00

           Wholesale price (without mechanicals): 4.20

             Wholesale price (with mechanicals): 4.20

             Wholesale price derived from product: 4.20

       Alternate wholesale price (without mechanicals): 5.09

        Alternate wholesale price (with mechanicals): 5.09

                         Retail price: 5.99

                  Retail price (without tax): 5.99000

                        Wholesale price tier: 6

     Priced as sum of salables: false    Sold as sum of salables:
                                  false

                  Has bulk discount pricing: false

       SAP Product: (MZSAPProduct pk: 164067, mpn: Q1265, price:
     5.99000 (USD)) ((MZSAPProductType#24, 'iOS Subscriptions'))

                     Variable SAP Product: null (null)

                         Reporting string: null

              Flavors: (MZAssetFlavor#23: iOS IAP iosiap)

                      Best-tasting full flavors:

                     Best-tasting preview flavors:

                        Should badge as HD: false

               Media archives with parameters at date: (   )
```

CONFIDENTIAL APL-APPSTORE_09924678

```
                Media archives visible with parameters at date: (  )
```

**Best Regards,**

**Ankit H Patel**

> On Jul 14, 2016, at 7:26 PM, Brad Berkin <bberkin@apple.com> wrote:
>
> **Hey Ankit,**
>
> **CBS reached out because they're seeing 70/30 on their AppleTV subscription again. I checked for the US and it looks like something happened on 6/13. Hmmm…**
>
> **Can you please check their pricing to see if we inadvertently reverted something?**
>
> **Thanks,**
>
> **Brad**
>
> <Screen Shot 2016-07-14 at 7.22.45 PM.png>
> **Begin forwarded message:**
>
> **From:** Christopher Campbell < cj_campbell@apple.com >
>
> **Date:** July 14, 2016 at 11:00:16 AM PDT
>
> **To:** Brad Berkin < bberkin@apple.com >
>
> **Cc:** Kishore Karkera < karkera.k@apple.com >
>
> **Subject: Re: CBS iOS App Submitted - Build 4.5.12**
>
> Yep, that works.
>
> **Chris Campbell**
>
> App Store
>
> **Follow the App Store on Facebook | Twitter**
>
> This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.
>
> On Jul 14, 2016, at 9:54 AM, Brad Berkin <bberkin@apple.com> wrote:
>
> Yeah, I was afraid of that.
> I'm guessing there's still an issue with their pricing configuration. I'll check their numbers and then work with Ankit in case there is a configuration issue.

CONFIDENTIAL                                                                                                      APL-APPSTORE_09924679

This will take a few days and unfortunately I'm at offsite tomorrow. I should have an update by Tuesday. Will that work?

On Jul 14, 2016, at 9:38 AM, Kishore Karkera <karkera.k@apple.com> wrote:

Yes what you stated is Correct

Regards

Kishore Karkera

On Jul 14, 2016, at 9:33 AM, Christopher Campbell <cj_campbell@apple.com> wrote:

> Adding Kishore to keep me honest, but yes, CBS All Access gets 85/15 on ATV and 70/30 on iOS. As a result, they price a dollar higher on iOS to help offset the delta.

**Chris Campbell**

App Store

**Follow the App Store on Facebook | Twitter**

This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.

On Jul 13, 2016, at 10:13 PM, Brad Berkin <bberkin@apple.com> wrote:

> IOS:  $6.99 @ 30% = $4.90 USD
> Apple: $5.99 @ 15% = $5.09 USD

Does the second line mean Apple TV? Remind me, should they be receiving 85% for all Apple TV purchases?

On Jul 13, 2016, at 12:30 PM, Christopher Campbell <cj_campbell@apple.com> wrote:

Does the attached excel help or do you need something else?

<Apple TV Jun16.xlsx>

**Chris Campbell**

App Store

**Follow the App Store on Facebook | Twitter**

CONFIDENTIAL                                                                                                                           APL-APPSTORE_09924680

> This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distr bution, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.
>
>> On Jul 11, 2016, at 1:05 PM, Brad Berkin <bberkin@apple.com> wrote:
>>
>> Hey. Can you please forward the screenshot?
>>
>>> On Jul 6, 2016, at 10:56 AM, Christopher Campbell <cj_campbell@apple.com> wrote:
>>>
>>> Hello sir,
>>> Are you the right person to field this inquiry from CBS?
>>>
>>> **Chris Campbell**
>>>
>>> App Store
>>>
>>> **Follow the App Store on Facebook | Twitter**
>>>
>>> This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.
>>>
>>> Begin forwarded message:
>>>
>>> **From:** Matthew Borunda < matthew.borunda@cbsinteractive.com >
>>> **Subject: Re: CBS iOS App Submitted - Build 4.5.12**
>>> **Date:** July 6, 2016 at 10:38:24 AM PDT
>>> **To:** Christopher Campbell < cj_campbell@apple.com >
>>> **Cc:** Corinne Almirol < calmirol@apple.com >, Jon Mantell < jon.mantell@cbsinteractive.com >, John Pascual < john.pascual@cbsinteractive.com >
>>>
>>> Hi Chris,
>>> Please see the attached. There are several entries at $4.20.
>>>
>>> Thanks,
>>> Matt
>>>
>>> On Wed, Jul 6, 2016 at 10:07 AM, Christopher Campbell <cj_campbell@apple.com> wrote:
>>>> Hi Matt,
>>>> Would you mind sending a screenshot of what you're seeing? Are you just seein random entry at $4.20?
>>>>
>>>> Best,

CONFIDENTIAL                                                                                       APL-APPSTORE_09924681

> Chris
>
> **Chris Campbell**
>
> App Store
>
> **Follow the App Store on Facebook | Twitter**
>
> This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.
>
> On Jul 6, 2016, at 8:49 AM, Corinne Almirol <calmirol@apple.com> wrote:
>
> HI Matt,
>
> Adding Chris, who may be able to help look into your reporting questions.
>
> Regarding the submission, I'll see what I can do.
>
> Thanks,
> Corinne
>
> On Jul 6, 2016, at 8:26 AM, Matthew Borunda <matthew.borunda@cbsinteractive.com> wrote:
>
> Hi Corinne,
>
> Per our conversation yesterday, we submitted an update to our iOS app yesterd
> is currently sitting in "Waiting for Review" and wanted to know if you could give
> nudge. We're aiming for a coordinated release early next week and want to mak
> all of our platform updates are converging on the same timeline.
>
> Also, I received a note from our finance department and it looks like we are see
> numbers that don't make sense in the June report. See below ...
>
> IOS:  $6.99 @ 30% = $4.90 USD
> Apple:  $5.99 @ 15% = $5.09 USD
> But I'm also seeing another price @ $4.20 (same issue we had previously).
>
> Thanks,
> Matt
>
> <Apple TV Jun16.xlsx>

CONFIDENTIAL                                                                                                                              APL-APPSTORE_09924682