**ATTACHMENT HH**

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
|---|---|
| | **DECLARATION OF MINJAE SONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN** |
| | DATE:      Nov. 16, 2021 <br> TIME:      10:00 a.m. <br> CTROOM:   1, 4th Floor <br> JUDGE:    Hon. Yvonne Gonzalez Rogers |

I, Minjae Song, declare as follows:

1.      I am a Principal of the Brattle Group.  I have worked with Professor Daniel McFadden on this engagement by counsel for the Consumer Plaintiffs.  My work in the case includes overseeing the data analysis performed by Brattle and reviewing the data and data analysis performed by Apple's experts.

2.      I personally reviewed Dr. Prince's report submitted in support of Apple's opposition to class certification.  I also received the backup materials for Dr. Prince's report on Friday, August 13, 2021. The original backup data production from Dr. Prince was not complete, which we determined by Thursday, August 19, 2021, after completing our initial review of the seven backup productions provided for all of Apple's experts.

3.      In his report, Dr. Prince makes references to "Workpapers" as the backup sources for his analyses, and I understand that these Workpapers and all the computer code files used to create them are included in a folder titled "2021-08-12-prince."  Upon review, it was not possible for my team and me to replicate Dr. Prince's work using the included computer code files as written, for several reasons.

4.      ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5.      The instruction files included the terms "Apple Transaction Data" and "Incremental Apple Transaction Data" without defining a particular file or set of files for those terms.

6.      The instructions in ████████████████████████████████████████████ subscribes to. This is not a database that Plaintiffs have been given and is not one that we have been provided access to. ████████ manual or documentation has been provided for our general understanding of how the database works.

7.      The instructions in ████████████████████████████████████████ ████████████████████ but they produce errors while being installed so cannot be installed.

8.      Collectively, these deficiencies prevent my team and me from replicating his

analyses and verifying his results.

9. I understand that counsel for the Consumer Plaintiffs addressed these concerns to Apple's counsel on August 20, 2021 (*see* email attached as Exhibit A), and I have reviewed the response from Apple's counsel sent on August 23, 2021 (*see* email attached as Exhibit B.)

10. I now understand from Apple's counsel that "2021-08-12-prince" was not complete and some of the instructions were incorrect and, in Apple's term, "vestigial."

11. Apple concedes it is necessary to delete from Dr. Prince's code the references to the ████████████ in multiple places.

12. Apple's counsel states that the ████████████████████████ but that Apple does not intend to provide access to it and instead asks that my team and I modify our scripts to run on our own SQL database of Apple transactional data. Relatedly, the references to ████ are specific to ████████████, and Apple asks that we instead "install and load whatever package is needed to connect to the SQL engine they have chosen to use." However, we will still need documentation detailing what ████████████████████ intend to accomplish in order to replicate Dr. Prince's analyses without making our own assumptions.

13. This morning (August 25, 2021) I was notified by counsel for the Consumer Plaintiffs that Dr. Prince had produced additional backup materials to address these deficiencies. However, as of 1:00 pm EDT today, I have not received those additional backup materials for Dr. Prince's work. I understand they are in the process of being downloaded from Apple's counsel to the Consumer Plaintiffs' counsel, and then will be forwarded to Brattle. I further understand that the download will include more detailed and explicit readme files, an updated production for Workpaper 23, which includes Dr. Prince's analysis of 25 random samples described in Section 8.2 of his report, and two new files that "can be used to verify the integrity of the data" that Dr. Prince used.

/ / /

/ / /

/ / /

1    14.    If Apple's August 24, 2021 responses are correct and these additional materials have

2  no further deficiency, my team may be able to replicate Dr. Prince's results, but we have not yet

3  had sufficient time to do so.

4    I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.  Executed this 25th day of August, 2021 in Washington D.C.

6

7                                                                    _____
                                                                                   MINJAE SONG

# EXHIBIT A

**Byrd, Rachele**

| | |
|---|---|
| **From:** | Byrd, Rachele |
| **Sent:** | Friday, August 20, 2021 9:12 AM |
| **To:** | 'Kleinbrodt, Julian Wolfe'; DeJong, Brittany; Rifkin, Mark; Guiney, Matthew; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington; tedw@hbsslaw.com |
| **Cc:** | *** GDC EpicLitTeam |
| **Subject:** | RE: App Store – Apple Expert Backup Production |

Julian,

We continue to have problems with Prince's backup data.  Here is a list:



Please advise as soon as possible.

Rachele



**Rachele R. Byrd**
byrd@whafh.com
Tel: 619-239-4599
**Wolf Haldenstein Adler Freeman & Herz LLP**
**750 B Street, Suite 1820, San Diego, CA 92101**
www.whafh.com

**From:** Kleinbrodt, Julian Wolfe [mailto:JKleinbrodt@gibsondunn.com]
**Sent:** Tuesday, August 17, 2021 12:40 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

Rachele,

I've been advised that the error you describe may be due to the manner in which the files are being extracted.  I understand that the README file sets out specific instructions for extracting these files.  In particular:

███████████████████████████████████████████████

I understand that an error may occur if one attempts to try anything with the .partXX.rar files other than .part01.rar because RAR automatically reassembles the contents (a more technical overview is provided in the README file).

If this does not resolve the issue, please let me know.

Julian

**Julian Kleinbrodt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

---

**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Tuesday, August 17, 2021 10:28 AM
**To:** Kleinbrodt, Julian Wolfe <JKleinbrodt@gibsondunn.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

**[WARNING: External Email]**

Julian,

███████████████████████████████████████████████

Extracting to "[[FOLDER NAME WE ARE EXTRACTING FILES TO]]"
Use Path: yes   Overlay Files: no
Error: Bad data in file "" - possible wrong/missing password Irrecoverable Error: Bad data detected (or incorrect password).

Please advise.
Thanks,
Rachele



**Rachele R. Byrd**
byrd@whafh.com
Tel: 619-239-4599
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

---

**From:** Kleinbrodt, Julian Wolfe [mailto:JKleinbrodt@gibsondunn.com]
**Sent:** Thursday, August 12, 2021 11:59 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** App Store – Apple Expert Backup Production

Counsel,

Please find below the passwords for accessing certain files produced under separate cover this evening via Sharefile.



Best regards,
Julian

**Julian Kleinbrodt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

# EXHIBIT B

**Byrd, Rachele**

| | |
|---|---|
| **From:** | Kleinbrodt, Julian Wolfe <JKleinbrodt@gibsondunn.com> |
| **Sent:** | Monday, August 23, 2021 9:26 PM |
| **To:** | Byrd, Rachele; DeJong, Brittany; Rifkin, Mark; Guiney, Matthew; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington; tedw@hbsslaw.com |
| **Cc:** | *** GDC EpicLitTeam |
| **Subject:** | RE: App Store – Apple Expert Backup Production |

Rachele,

Please find below answers to your first four questions.  We are still looking into your fifth question and will circle back.

1. You may disregard the referenced instruction.  I understand that this folder was not in fact populated with any data sets and that the instruction is vestigial.

2a. "Apple Transaction Data" refers to the original production of iOS App Store data, which includes transactions through September 30, 2019 (APL-APPSTORE_10334265)

2b. "Incremental Apple Transaction Data" refers to the incremental production of iOS App Store data, which includes transactions subsequent to September 30, 2019 (APL-APPSTORE_10750377)



3c.  All input data has already been produced.  Most of this data consists of the iOS App Store transaction data, mentioned above, and I understand that all results can be replicated using only these input data and the produced code files.

Thank you.

Julian


**Julian Kleinbrodt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921

Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

---

**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Friday, August 20, 2021 9:12 AM
**To:** Kleinbrodt, Julian Wolfe <JKleinbrodt@gibsondunn.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

 **[WARNING: External Email]**

Julian,

We continue to have problems with Prince's backup data.  Here is a list:



Please advise as soon as possible.

Rachele



**Rachele R. Byrd**
byrd@whafh.com
Tel: 619-239-4599
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

**From:** Kleinbrodt, Julian Wolfe [mailto:JKleinbrodt@gibsondunn.com]
**Sent:** Tuesday, August 17, 2021 12:40 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

Rachele,

I've been advised that the error you describe may be due to the manner in which the files are being extracted.  I understand that the README file sets out specific instructions for extracting these files.  In particular:

██████████████████████████████████████████████
██████████████████████████████████████████████

I understand that an error may occur if one attempts to try anything with the .partXX.rar files other than .part01.rar because RAR automatically reassembles the contents (a more technical overview is provided in the README file).

If this does not resolve the issue, please let me know.

Julian


**Julian Kleinbrodt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

---

**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Tuesday, August 17, 2021 10:28 AM
**To:** Kleinbrodt, Julian Wolfe <JKleinbrodt@gibsondunn.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** RE: App Store – Apple Expert Backup Production

**[WARNING: External Email]**

Julian,

██████████████████████████████████████████████
██████████████████████████████████████████████

Extracting to "[[FOLDER NAME WE ARE EXTRACTING FILES TO]]"
Use Path: yes   Overlay Files: no

Error: Bad data in file "" - possible wrong/missing password Irrecoverable Error: Bad data detected (or incorrect password).

Please advise.
Thanks,
Rachele



**Rachele R. Byrd**
**byrd@whafh.com**
Tel: 619-239-4599
**Wolf Haldenstein Adler Freeman & Herz LLP**
**750 B Street, Suite 1820, San Diego, CA 92101**
**www.whafh.com**

---

**From:** Kleinbrodt, Julian Wolfe [mailto:JKleinbrodt@gibsondunn.com]
**Sent:** Thursday, August 12, 2021 11:59 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; DeJong, Brittany <dejong@whafh.com>; Rifkin, Mark <rifkin@whafh.com>; Guiney, Matthew <guiney@whafh.com>; steve@hbsslaw.com; robl@hbsslaw.com; bens@hbsslaw.com; Ben Harrington <benh@hbsslaw.com>; tedw@hbsslaw.com
**Cc:** *** GDC EpicLitTeam <AppleAppStoreDiscovery@gibsondunn.com>
**Subject:** App Store – Apple Expert Backup Production

Counsel,

Please find below the passwords for accessing certain files produced under separate cover this evening via Sharefile.



Best regards,
Julian

**Julian Kleinbrodt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8382 • Fax +1 415.374.8470
JKleinbrodt@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this

message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---