# ATTACHMENT LL

1             UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3               OAKLAND DIVISION

4              _____

5

6

7

     IN RE APPLE IPHONE       )Case No.

8    ANTITRUST LITIGATION    )4:11-cv-06714-YGR
                          )

9

10

11           ** HIGHLY CONFIDENTIAL **

12          ** UNDER PROTECTIVE ORDER **

13

14              REMOTE DEPOSITION

15                  OF

16       RICHARD L. SCHMALENSEE, Ph.D.

17        Thursday, October 7, 2021

18          Boston, Massachusetts

19

20

21

22

23

24    Job no. 4823399
     Reported by:  B. Suzanne Hull, CSR No. 13495

25    Pages 1 - 146

                                    Page 1

** UNDER PROTECTIVE ORDER **

| | | |
|---|---|---|
| 1 | market power." | 06:29:21 |
| 2 | So first, platform businesses. | 06:29:22 |
| 3 | You have opined that The App Store is | 06:29:26 |
| 4 | a platform market; correct? | 06:29:31 |
| 5 | MR. SWANSON:  Object to the form of the | 06:29:37 |
| 6 | question. | 06:29:39 |
| 7 | THE WITNESS:  I didn't describe it as | 06:29:40 |
| 8 | a market.  I described it as a transaction platform. | 06:29:41 |
| 9 | BY MR. RIFKIN: | 06:29:44 |
| 10 | Q.  I apologize.  I misspoke. | 06:29:44 |
| 11 | I meant to say you -- you have described it | 06:29:46 |
| 12 | as a transaction platform. | 06:29:48 |
| 13 | A.  Correct. | 06:29:51 |
| 14 | Q.  Right. | 06:29:52 |
| 15 | And so in that sense The App Store is | 06:29:52 |
| 16 | a platform business; correct? | 06:29:55 |
| 17 | A.  Correct. | 06:29:57 |
| 18 | Q.  So you meant this sentence to apply to | 06:29:59 |
| 19 | The App Store; correct? | 06:30:02 |
| 20 | A.  Broadly, yes. | 06:30:05 |
| 21 | Q.  Okay.  And so my -- my question is -- is | 06:30:06 |
| 22 | this. | 06:30:11 |
| 23 | Did you mean by that sentence that | 06:30:12 |
| 24 | 100 percent market share does not indicate market | 06:30:17 |
| 25 | power? | 06:30:20 |

Page 23

| | | |
|---|---|---|
| 1 | A.  The focus there is on durability.  And that | 06:30:22 |
| 2 | paragraph describes the ability to expand and -- | 06:30:29 |
| 3 | various entry into expansion.  It might, if the | 06:30:37 |
| 4 | market -- 100 percent market share would probably be | 06:30:42 |
| 5 | indicative of at least short-run market power, but -- | 06:30:45 |
| 6 | Q.  It didn't -- | 06:30:48 |
| 7 | A.  -- the point of this paragraph is it is not | 06:30:49 |
| 8 | necessarily an indicator of durable market power. | 06:30:51 |
| 9 | One needs to look at barriers to entry and Mason's | 06:30:55 |
| 10 | threats and so on. | 06:31:01 |
| 11 | Q.  Okay.  And -- and by -- by durable versus | 06:31:02 |
| 12 | short run, what time horizon are you thinking of? | 06:31:05 |
| 13 | A.  Well, as you know, there is no hard-and-fast | 06:31:09 |
| 14 | rule, but something on the order of five years.  If | 06:31:12 |
| 15 | you look at -- there -- there are a number of | 06:31:15 |
| 16 | incidents discussed in here where, for instance, | 06:31:19 |
| 17 | Smartphone businesses had share change very rapidly | 06:31:22 |
| 18 | over time, and so five years might be a reasonable | 06:31:27 |
| 19 | rule of thumb.  But I haven't done a study of -- of | 06:31:31 |
| 20 | timing. | 06:31:35 |
| 21 | Q.  Okay.  If -- if the Court accepts that the | 06:31:35 |
| 22 | relevant market here is the market for iOS apps and | 06:31:40 |
| 23 | IAP, do you agree that Apple has approximately | 06:31:44 |
| 24 | 100 percent market share of that market? | 06:31:49 |
| 25 | A.  As I said in the Epic case, that would be | 06:31:54 |

Page 24

| | | |
|---|---|---|
| 1 | true as a tautology, yes. | 06:31:57 |
| 2 | Q.  Okay.  And that has been the case since 2008 | 06:32:00 |
| 3 | or '9, when The App Store first appeared; correct? | 06:32:04 |
| 4 | MR. SWANSON:  Object to the form of the | 06:32:08 |
| 5 | question. | 06:32:13 |
| 6 | THE WITNESS:  Well, you can argue it is the | 06:32:13 |
| 7 | truth since 2007 since there were no apps on the | 06:32:15 |
| 8 | phone that weren't either Apple apps or apps that | 06:32:18 |
| 9 | went through The App Store -- | 06:32:21 |
| 10 | BY MR. RIFKIN: | 06:32:21 |
| 11 | Q.  Yes. | 06:32:23 |
| 12 | A.  -- so as -- as a tautology, yes. | 06:32:24 |
| 13 | Q.  Okay.  And another very general question. | 06:32:26 |
| 14 | Do you agree that Apple charges the same | 06:32:30 |
| 15 | commission for apps across the entire app store? | 06:32:33 |
| 16 | A.  Hmmm.  No. | 06:32:42 |
| 17 | It -- it -- it has -- at present -- I mean, | 06:32:44 |
| 18 | policy has varied over time, but at present it gives | 06:32:48 |
| 19 | a lower commission rate for small developers.  It has | 06:32:53 |
| 20 | the reader rule.  It has exceptions for education | 06:32:57 |
| 21 | institutions and so forth; so there is not a single | 06:33:01 |
| 22 | price charged by The App Store. | 06:33:04 |
| 23 | Q.  Oh, okay.  How many -- | 06:33:06 |
| 24 | A.  There is a lower price for subscriptions | 06:33:08 |
| 25 | after the first year. | 06:33:10 |

Page 25

```
 1    options -- or would have options in that world.        06:55:10
 2        Q.  And -- and, in fact, you -- you don't -- you   06:55:13
 3    don't do any analysis to identify any of those         06:55:14
 4    alternative strategies or to model them; correct?      06:55:17
 5        A.  I discuss them, but I don't model them, and    06:55:20
 6    I don't attempt to predict what Apple would do in      06:55:23
 7    part because I don't attempt to predict what other     06:55:26
 8    players would do in that but-for world.                06:55:29
 9        Q.  Okay.  And -- and when you talk about other    06:55:32
10    platforms, you mean, for example, game consoles or     06:55:35
11    PCs; correct?                                          06:55:39
12        A.  I think Exhibit 5 deals with two-sided         06:55:41
13    transactions platforms; so these are basically online  06:55:47
14    stores, not platform devices.  These would be the --   06:55:51
15        Q.  Okay.                                          06:55:56
16        A.  -- online stores run by, say, game consoles    06:55:56
17    or game console manufacturers.                         06:56:02
18        Q.  Okay.  Okay.  Are there -- are there any       06:56:04
19    other online stores, besides game con- -- those run    06:56:05
20    by game console manufacturers that you -- that you     06:56:09
21    have considered?                                       06:56:12
22        A.  Well, sure.  Exhibit 5 has Google Play, the    06:56:13
23    Mac App Store.  It is just indicating black variable   06:56:19
24    things.  It is just indicating a set of stores run     06:56:24
25    by, in some cases, operating system developers and in  06:56:31
```

Page 36

| | | |
|---|---|---|
| 1 | Q.  Okay.  All right.  That was -- that was what | 07:02:15 |
| 2 | I wanted to make sure I understood. | 07:02:18 |
| 3 | Okay.  So let's flip back -- I had -- I had | 07:02:20 |
| 4 | directed you to Paragraph 144.  Now I want to move | 07:02:23 |
| 5 | down a couple of paragraphs to 146, and that appears, | 07:02:28 |
| 6 | I think, on page seventy-five of your report. | 07:02:32 |
| 7 | A.  That is where I have it. | 07:02:39 |
| 8 | Q.  Okay.  And -- and in it you -- you say: | 07:02:41 |
| 9 | "Suppose Apple" -- | 07:02:45 |
| 10 | Paragraph 146 of Exhibit 915 you say: | 07:02:47 |
| 11 | "Suppose Apple did not try to charge for | 07:02:50 |
| 12 | the SDK and related tools and that it | 07:02:52 |
| 13 | continued to provide a range of services free | 07:02:56 |
| 14 | to developers, but it simply increased the | 07:02:59 |
| 15 | app developer program access fee from $99 to | 07:03:02 |
| 16 | $149." | 07:03:06 |
| 17 | Right? | 07:03:07 |
| 18 | A.  Yes. | 07:03:08 |
| 19 | Q.  And what you are doing here is hypothesizing | 07:03:09 |
| 20 | something that Apple could do in the but-for world; | 07:03:12 |
| 21 | correct? | 07:03:15 |
| 22 | A.  Yes. | 07:03:15 |
| 23 | Q.  Okay.  It could do that just as easily in | 07:03:16 |
| 24 | the as-is world; correct? | 07:03:19 |
| 25 | A.  Correct. | 07:03:21 |

Page 41

| | | |
|---|---|---|
| 1 | It would do it with a different competitive | 07:03:22 |
| 2 | background, but it could do it mechanically. | 07:03:25 |
| 3 | Q.  Okay.  And in -- by competitive background | 07:03:28 |
| 4 | in the as-is store, what do you mean by that? | 07:03:31 |
| 5 | A.  Well, in the but-for world developers would | 07:03:34 |
| 6 | have a range of choices and consumers would have | 07:03:36 |
| 7 | a range of choices and different other stores would | 07:03:39 |
| 8 | be doing a variety of things with their monetization; | 07:03:42 |
| 9 | so -- but as a mechanical matter, it can do it now. | 07:03:46 |
| 10 | It could do it then. | 07:03:50 |
| 11 | Q.  Okay.  So the competitive background you | 07:03:52 |
| 12 | were referring to is in the but-for world; correct? | 07:03:54 |
| 13 | A.  Correct. | 07:04:00 |
| 14 | Q.  Okay.  So I just want to make sure | 07:04:01 |
| 15 | I understand. | 07:04:02 |
| 16 | You are not predicting that Apple would do | 07:04:02 |
| 17 | either of those two things in the but-for world. | 07:04:05 |
| 18 | You are not predicting that Apple would | 07:04:07 |
| 19 | charge for the SDK in the but-for world; correct? | 07:04:10 |
| 20 | A.  No. | 07:04:13 |
| 21 | This whole section is a discussion of things | 07:04:14 |
| 22 | they might do just to indicate that -- the notion | 07:04:16 |
| 23 | that the only thing they could do in response to the | 07:04:19 |
| 24 | increased competition in the but-for world would be | 07:04:23 |
| 25 | reduce the headline commission rate because they know | 07:04:27 |

Page 42

| | | |
|---|---|---|
| 1 | they could do a variety of other things. | 07:04:29 |
| 2 | Q.  Okay. | 07:04:30 |
| 3 | A.  Whether they would or whether it would be | 07:04:31 |
| 4 | optimal, I have not analyzed. | 07:04:34 |
| 5 | Q.  And -- and you haven't done any kind of | 07:04:36 |
| 6 | a probability analysis to determine which of those | 07:04:38 |
| 7 | outcomes -- those potential outcomes is more likely; | 07:04:41 |
| 8 | correct? | 07:04:46 |
| 9 | A.  I'm not sure probability analysis is the -- | 07:04:47 |
| 10 | the right way to go, but I haven't attempted to | 07:04:50 |
| 11 | determine which is the most likely.  Because, again, | 07:04:53 |
| 12 | Apple would not -- would not be the only player in | 07:04:56 |
| 13 | the but-for world who could effect responses. | 07:04:58 |
| 14 | Q.  Okay.  And just so the record is clear. | 07:05:02 |
| 15 | I think you have said you have not done | 07:05:04 |
| 16 | that? | 07:05:07 |
| 17 | A.  That -- well, I indicated I don't think that | 07:05:07 |
| 18 | is the way -- that would be the way you would attempt | 07:05:10 |
| 19 | to assess which is the most likely, but I haven't | 07:05:12 |
| 20 | attempted one way or another -- | 07:05:15 |
| 21 | Q.  Okay. | 07:05:17 |
| 22 | A.  -- to assess which one is the most likely. | 07:05:17 |
| 23 | Q.  Yeah.  I'm -- I'm -- the only reason that | 07:05:19 |
| 24 | I am doing is that because by Zoom sometimes | 07:05:21 |
| 25 | a contraction have not, haven't -- sometimes it | 07:05:24 |

Page 43

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | developed; so I'm asserting here that some consumers          | 07:08:35 |
| 2  | would be harmed in the but-for world, almost                 | 07:08:39 |
| 3  | regardless of the set of choices Apple might                 | 07:08:44 |
| 4  | plausibly make or the set of plausible reactions by          | 07:08:48 |
| 5  | developers.                                                  | 07:08:51 |
| 6  | Q.  So do you -- you envision some outcome in                | 07:08:52 |
| 7  | some hypothetical combination of reactions to some           | 07:08:55 |
| 8  | possible alternative monetization strategies, and           | 07:09:01 |
| 9  | some consumers might be harmed because some apps may        | 07:09:13 |
| 10 | become more expensive.                                       | 07:09:14 |
| 11 | MR. SWANSON:  Object to the form -- object                   | 07:09:17 |
| 12 | to the form of the question.                                 | 07:09:18 |
| 13 | THE WITNESS:  I say most plausible policy                    | 07:09:19 |
| 14 | changes by Apple would affect developers differently.        | 07:09:24 |
| 15 | Some might become more expensive.  Some might become         | 07:09:29 |
| 16 | more intrusive in the sense of do more collection of         | 07:09:32 |
| 17 | information.  Some might choose to rely more on              | 07:09:36 |
| 18 | advertising.  Some would be unprofitable --                  | 07:09:38 |
| 19 | unprofitable.  And all of those outcomes would affect        | 07:09:43 |
| 20 | consumers adversely.                                         | 07:09:46 |
| 21 | BY MR. RIFKIN:                                               | 07:09:48 |
| 22 | Q.  Have -- have you done any modeling of any of            | 07:09:48 |
| 23 | those effects you just described?                            | 07:09:52 |
| 24 | A.  I have not attempted a detailed model of any            | 07:09:54 |
| 25 | of those effects.                                            | 07:09:57 |

Page 46

1    Q.   Okay.  All right.  I think I understand what        07:09:58

2    the answer is going to be, but, again, just to make       07:10:03

3    sure I understand.                                        07:10:07

4         In Paragraph 148 you -- you hypothesize that        07:10:08

5    Apple could charge a royalty for the use of some or       07:10:14

6    all of its IP.  I think you mentioned royalties           07:10:17

7    a moment or two ago.                                      07:10:20

8         Do I understand again that that is                  07:10:22

9    a possible response that Apple could make in the          07:10:24

10   but-for world?                                            07:10:29

11   A.   Yes.                                                07:10:30

12        And a response that would affect -- if -- if        07:10:31

13   they chose to license metal in particular, a response    07:10:33

14   that would affect different developers in different      07:10:39

15   categories differently, and thus have different          07:10:42

16   impacts across consumers.                                07:10:45

17   Q.   Did you measure that effect -- if -- if             07:10:47

18   Apple were to do that, did you measure the effect        07:10:49

19   of --                                                    07:10:49

20   A.   Right.                                              07:10:49

21   Q.   -- having a royalty for metal API?                  07:10:53

22   A.   I did not attempt a quantitative analysis.          07:10:54

23   I did, as I point out, here indicate that if it did      07:10:57

24   such a royalty, it would have a differential effect      07:11:01

25   of developers of games rather than other apps because    07:11:04

Page 47

| | | |
|---|---|---|
| 1 | they tend to be users of metal. | 07:11:07 |
| 2 | Q. Okay. You haven't tried to predict how much | 07:11:10 |
| 3 | the effect would be for gaming apps if Apple did | 07:11:15 |
| 4 | that? | 07:11:18 |
| 5 | A. I have not done a quantitative analysis; | 07:11:18 |
| 6 | correct. | 07:11:22 |
| 7 | Q. And -- and you have not attempted to predict | 07:11:22 |
| 8 | what the royalty would be; correct? | 07:11:25 |
| 9 | A. I have not. I have indicated, a good | 07:11:30 |
| 10 | example, Epic charges 5 percent, Steam charges | 07:11:33 |
| 11 | 10 percent, but I haven't attempted to pick a royalty | 07:11:38 |
| 12 | for Apple. Again, I'm not sure that is possible. | 07:11:41 |
| 13 | Q. And -- and you have not -- | 07:11:41 |
| 14 | A. It could be a possibility. | 07:11:43 |
| 15 | Q. And you have not done any analysis to | 07:11:45 |
| 16 | compare the -- the expected change in the royalty for | 07:11:47 |
| 17 | the metal API versus the expected change in the | 07:11:49 |
| 18 | commission; correct -- in the but-for world; correct? | 07:11:53 |
| 19 | A. I'm sorry. | 07:11:58 |
| 20 | Could I have that back? I didn't understand | 07:11:59 |
| 21 | it. | 07:12:01 |
| 22 | Q. Yes. | 07:12:02 |
| 23 | You haven't -- you didn't do any analysis to | 07:12:02 |
| 24 | try to compare what the -- what the expected change | 07:12:04 |
| 25 | to the royalty for the metal API would be versus the | 07:12:10 |

Page 48

```
 1    let me ask you this.                                07:15:55

 2            After the Court entered its decision in the  07:15:56

 3    Epic case, did you go back and perform any additional 07:15:59

 4    analysis to support your opinion that the -- A, the  07:16:05

 5    rate is not supracompetitive; and, B, the returns are 07:16:10

 6    not supracompetitive?                               07:16:16

 7        A.   Okay.  I have read -- I read the decision.  07:16:18

 8            MR. SWANSON:  I'm sorry.                     07:16:19

 9            Object to the form of the question.          07:16:22

10            MR. RIFKIN:  Let me -- you -- you have        07:16:25

11    objected to form, Dan?                               07:16:27

12            MR. SWANSON:  Yes.                            07:16:28

13            MR. RIFKIN:  Okay.  Let me break it down.    07:16:29

14    BY MR. RIFKIN:                                       07:16:31

15        Q.   After you read the Court's opinion in the   07:16:32

16    Epic case, did you -- did you go back and do any     07:16:34

17    analysis to confirm your conclusion that the headline 07:16:36

18    commission rate is not supracompetitive?            07:16:39

19        A.   No.                                         07:16:43

20            I read her discussion of that rate closely   07:16:44

21    to see if maybe I had missed something or she had    07:16:47

22    a point or evidence that I had overlooked.  And I did 07:16:50

23    not come to the conclusion that any additional       07:16:54

24    analysis was necessary; that my opinion stood.       07:16:57

25        Q.   Okay.  And now to break it out for the      07:17:01
```

Page 52

```
 1   second half.                                        07:17:04

 2        After you read the Court's opinion, did        07:17:05

 3   you -- did you go back and do any initial -- any    07:17:07

 4   additional analysis to confirm your opinion that -- 07:17:10

 5   that Apple's returns have -- on The App Store have  07:17:15

 6   not been supracompetitive?                          07:17:21

 7        A.  Same answer.  I read -- I read what she had 07:17:23

 8   to say and did not find that there were arguments   07:17:26

 9   I had missed or evidence that I had missed that would 07:17:29

10   lead me to change my opinion; so I didn't feel      07:17:33

11   additional analysis was necessary.                  07:17:36

12        Q.  Okay.  One more -- well, never say that but 07:17:38

13   another question on this topic.  Paragraph 153, if  07:17:41

14   you would.                                          07:17:47

15        A.  (Witness complies.)                        07:17:48

16             153?                                      07:17:49

17        Q.  Yes, sir.                                  07:17:50

18             Okay.  So in Paragraph 153 you say:       07:17:52

19                 "Some consumers would be harmed by any 07:17:55

20                 of these changes and may respond by   07:17:58

21                 downloading and purchasing fewer apps." 07:18:00

22             Do you see where I am reading?            07:18:03

23        A.  Yes.                                       07:18:05

24        Q.  Okay.  And -- and that's -- that's         07:18:06

25   a statement that you are making about hypothetical  07:18:08
```

Page 53

| | | |
|---|---|---|
| 1 | use banks and American Express does its own acquiring | 07:21:44 |
| 2 | or issuing. But broadly speaking, they compete. | 07:21:48 |
| 3 | Q. Okay. And one of the reasons for the | 07:21:51 |
| 4 | anti-steering provisions in the -- in the | 07:21:53 |
| 5 | American Express agreement is so that | 07:21:56 |
| 6 | American Express can compete with Visa and MasterCard | 07:22:00 |
| 7 | and other credit card issuers for -- for those | 07:22:04 |
| 8 | two-sided transactions; correct? | 07:22:07 |
| 9 | A. American Express has anti-steering | 07:22:16 |
| 10 | provisions, and Visa and MasterCard had anti-steering | 07:22:18 |
| 11 | and -- and in order to compete effectively and given | 07:22:24 |
| 12 | the strategies that all three of them had chosen. | 07:22:31 |
| 13 | Q. Okay. The three card issuers -- | 07:22:35 |
| 14 | American Express, Visa, and MasterCard -- exist side | 07:22:40 |
| 15 | by side; correct? | 07:22:47 |
| 16 | MR. SWANSON: Object to the form. | 07:22:49 |
| 17 | THE WITNESS: Yeah. I'm not sure what you | 07:22:49 |
| 18 | mean, but I have cards from each in my wallet; so in | 07:22:51 |
| 19 | that sense they are side by side. | 07:22:56 |
| 20 | BY MR. RIFKIN: | 07:22:58 |
| 21 | Q. Okay. When -- when Visa showed up on the | 07:22:58 |
| 22 | scene or MasterCard showed up on the scene, | 07:23:00 |
| 23 | American Express didn't fold its tent and go home; | 07:23:05 |
| 24 | right? | 07:23:08 |
| 25 | A. I would have to go through the sequence of | 07:23:08 |

Page 57

| | | |
|---|---|---|
| 1 | entry, but it did.  Neither did Diners Club. | 07:23:11 |
| 2 | Q.  Neither did Diners Club. | 07:23:15 |
| 3 | Okay.  Your -- your opinion, broadly stated, | 07:23:18 |
| 4 | is that one must consider the effects on the | 07:23:20 |
| 5 | participants on both sides of the two-sided | 07:23:23 |
| 6 | transaction platform; correct? | 07:23:26 |
| 7 | A.  Consider the effects of what? | 07:23:30 |
| 8 | Q.  Yes. | 07:23:33 |
| 9 | In other words, in order to analyze the | 07:23:33 |
| 10 | two-sided transaction platform -- like | 07:23:38 |
| 11 | American Express or, in this case, The App Store -- | 07:23:40 |
| 12 | you believe it is necessary to consider the effects | 07:23:42 |
| 13 | of a change in -- you know, in -- in market | 07:23:45 |
| 14 | conditions on both sides of the transaction platform; | 07:23:53 |
| 15 | correct? | 07:23:57 |
| 16 | A.  Broadly speaking, to do any analysis of | 07:24:01 |
| 17 | a two-sided transaction platform you need to look at | 07:24:04 |
| 18 | both sides; so market conditions, challenge conduct, | 07:24:08 |
| 19 | whatever, you need to look at both sides. | 07:24:12 |
| 20 | Q.  Okay.  And bear with me just -- just | 07:24:15 |
| 21 | a moment.  Oh, here we go. | 07:24:34 |
| 22 | Okay.  You -- you agree that not all | 07:25:00 |
| 23 | two-sided platforms are transaction platforms; | 07:25:06 |
| 24 | correct? | 07:25:10 |
| 25 | A.  Correct. | 07:25:10 |

Page 58

| | | |
|---|---|---|
| 1 | about the amount and kind of advertising; so you do | 07:30:59 |
| 2 | have these effects, in addition to the price effects. | 07:31:02 |
| 3 | Q. Okay. The bottom line is you -- you can't | 07:31:04 |
| 4 | look at just one side of the -- of the equation. You | 07:31:06 |
| 5 | can't just look at subscription prices. You need to | 07:31:08 |
| 6 | look at advertising prices too to understand the way | 07:31:14 |
| 7 | that two-sided market works. | 07:31:17 |
| 8 | A. Right. | 07:31:20 |
| 9 | And I think in the case of the | 07:31:21 |
| 10 | Times Picayune case, for instance, there was a charge | 07:31:22 |
| 11 | of proration, and the Court says properly, well, | 07:31:25 |
| 12 | let's look at the overall profitability of the | 07:31:26 |
| 13 | newspaper, not just the -- how it prices one side. | 07:31:28 |
| 14 | I thought yes. | 07:31:31 |
| 15 | Q. Okay. You -- and -- and that -- and that is | 07:31:32 |
| 16 | what you meant when you used the term network effect; | 07:31:35 |
| 17 | correct? | 07:31:38 |
| 18 | MR. SWANSON: Object to the form. | 07:31:38 |
| 19 | THE WITNESS: Well, I used the term net- -- | 07:31:40 |
| 20 | I'm sorry. I didn't want to interrupt my | 07:31:43 |
| 21 | defense. | 07:31:45 |
| 22 | MR. RIFKIN: No. Interrupt away. Go ahead. | 07:31:47 |
| 23 | C'mon, Dan. | 07:31:51 |
| 24 | MR. SWANSON: No. | 07:31:52 |
| 25 | MR. RIFKIN: Did you get -- Suzanne, did you | 07:31:56 |

Page 64

| | | |
|---|---|---|
| 1 | Q.  And that would include The App Store; | 07:50:52 |
| 2 | correct? | 07:50:57 |
| 3 | A.  That is an online platform business, yes. | 07:50:57 |
| 4 | Q.  Okay.  So did you mean to say that the | 07:51:04 |
| 5 | potential for competition in the two-sided | 07:51:07 |
| 6 | transaction platform market for iOS apps and IAP is | 07:51:16 |
| 7 | high? | 07:51:23 |
| 8 | A.  Well, at present there are barriers, as we | 07:51:29 |
| 9 | have discussed in a but-for world in which there | 07:51:33 |
| 10 | wouldn't be barriers it would be possible for other | 07:51:37 |
| 11 | stores to enter.  And if conditions are right, | 07:51:39 |
| 12 | expand. | 07:51:44 |
| 13 | Q.  And -- | 07:51:45 |
| 14 | A.  So it can come quickly. | 07:51:46 |
| 15 | Q.  And -- and in the but-for world the barriers | 07:51:48 |
| 16 | to entry and expansion would be low; correct? | 07:51:51 |
| 17 | A.  All else equal, yes. | 07:51:57 |
| 18 | Q.  Okay.  Thank you. | 07:52:00 |
| 19 | Do you -- do you say in -- in either of your | 07:52:01 |
| 20 | reports that having competition from other two-sided | 07:52:05 |
| 21 | transaction platforms for iOS apps and IAP would -- | 07:52:12 |
| 22 | would harm efficiency? | 07:52:18 |
| 23 | A.  I don't attempt a general statement of that | 07:52:25 |
| 24 | sort.  I don't think it is in any -- any report. | 07:52:29 |
| 25 | Q.  Okay.  Do you say in either of your reports | 07:52:32 |

Page 75

```
 1    BY MR. RIFKIN:                                        08:12:45

 2        Q.  Okay.  And -- and so is it -- is it accurate  08:12:50

 3    to say that your understanding of the proper analysis 08:12:54

 4    is -- is that multihoming is an essential part of     08:12:57

 5    that analysis?                                        08:13:01

 6        A.  Again, I don't -- I don't want to get hung    08:13:04

 7    up on the definition of multihoming.  I would say the 08:13:07

 8    ability to switch platforms and the readiness with    08:13:10

 9    which both sides switched platforms is -- is          08:13:14

10    important because switching is -- again, could be     08:13:17

11    a competitive strength; so you need to look at it.    08:13:20

12        Q.  Okay.  Do you -- do you agree that in the     08:13:23

13    Smartphone context consumers typically single home?  08:13:25

14            MR. SWANSON:  Object to the form of the       08:13:30

15    question.                                             08:13:31

16            THE WITNESS:  I think consumers typically     08:13:32

17    home -- typically have only one operating system at   08:13:38

18    a time on a phone.  It is possible, of course, to     08:13:47

19    have an Android phone and an Apple pad -- iPad as --   08:13:50

20    by -- some do, but on phones I think they tend to     08:13:58

21    have one at a time.                                   08:14:02

22    BY MR. RIFKIN:                                        08:14:04

23        Q.  Okay.  Let's -- let's -- let's look at        08:14:04

24    Paragraph 129 for just a moment.                      08:14:16

25        A.  (Witness complies.)                           08:14:22
```

Page 91

| | | |
|---|---|---|
| 1 | Q.  Do you have that in front of you? | 08:14:36 |
| 2 | A.  I do. | 08:14:38 |
| 3 | Q.  Oh, okay.  So on page sixty-five of your | 08:14:39 |
| 4 | August report, in Paragraph 129 you -- again, | 08:14:42 |
| 5 | discussing two-sided platforms, you say there is | 08:14:50 |
| 6 | a complication -- | 08:14:54 |
| 7 | "An additional complication that | 08:14:56 |
| 8 | requires the but-for world to be able to | 08:14:59 |
| 9 | apportion the incidents of net harm to each | 08:15:01 |
| 10 | side of the platform to avoid double | 08:15:05 |
| 11 | counting." | 08:15:08 |
| 12 | Do you see that reference? | 08:15:08 |
| 13 | A.  I do. | 08:15:10 |
| 14 | Q.  And now with respect to The App Store as | 08:15:10 |
| 15 | a particular two-sided transaction platform, the two | 08:15:15 |
| 16 | sides of the platform are developers on the one side | 08:15:20 |
| 17 | and consumers on the other; right? | 08:15:24 |
| 18 | A.  Right. | 08:15:27 |
| 19 | Q.  Okay.  And so you -- you say you need to | 08:15:28 |
| 20 | apportion the incidents of harm to either side of the | 08:15:33 |
| 21 | platform to avoid double counting; correct? | 08:15:39 |
| 22 | A.  Correct. | 08:15:42 |
| 23 | Q.  Does Professor McFadden do that?  Does he | 08:15:43 |
| 24 | apportion the incidents of harm to each side of | 08:15:47 |
| 25 | The App Store two-sided transaction platform if that | 08:15:51 |

Page 92

| | | |
|---|---|---|
| 1 | is, in fact, what it is? | 08:15:54 |
| 2 | A. As you know from reading my report that | 08:15:57 |
| 3 | I have a lot of criticisms about how he does it, but | 08:16:01 |
| 4 | that is exactly what he attempts to do. | 08:16:05 |
| 5 | Q. Okay. And whether or not it is a two-sided | 08:16:08 |
| 6 | platform, we -- we agree -- you don't dispute that | 08:16:10 |
| 7 | Professor McFadden attempts to apportion the | 08:16:15 |
| 8 | incidents of harm between consumers and developers; | 08:16:17 |
| 9 | correct? | 08:16:21 |
| 10 | A. That's correct. | 08:16:21 |
| 11 | Q. All right. So you -- you agree that he | 08:16:25 |
| 12 | accounts for both sides of the transaction; correct? | 08:16:27 |
| 13 | MR. SWANSON: Object to the form of the | 08:16:31 |
| 14 | question. | 08:16:33 |
| 15 | THE WITNESS: Well, in the sense that he | 08:16:36 |
| 16 | attempts to apportion the incidents of net harm. He | 08:16:38 |
| 17 | doesn't account for indirect network effects. And | 08:16:42 |
| 18 | I have other criticisms, but that is the core of what | 08:16:45 |
| 19 | he attempts to do. | 08:16:49 |
| 20 | BY MR. RIFKIN: | 08:16:50 |
| 21 | Q. Okay. And -- and you don't -- you don't | 08:16:50 |
| 22 | criticize Professor McFadden for double counting | 08:16:53 |
| 23 | the -- the incidents of harm on the consumer side of | 08:16:57 |
| 24 | the transactions, do you? | 08:17:00 |
| 25 | A. I do not. | 08:17:02 |

Page 93

```
1              categories."                              08:24:18

2         Again, that is a comment you make with        08:24:19

3    respect to iOS apps; correct?                      08:24:21

4         A.  Yes.                                       08:24:25

5              I think it is -- it -- it applies more   08:24:26

6    broadly, as the examples in Exhibits 2 and 3       08:24:28

7    indicate, but certainly within iOS apps, yes.      08:24:34

8         Q.  All right.  So if we look, for example,   08:24:38

9    since you -- since you mentioned it, at Exhibit 2, 08:24:40

10   which I believe begins on Page 128 of your report. 08:24:44

11   It is not numbered that way, but the .pdf I'm looking 08:24:53

12   at is.                                             08:24:57

13        A.  I have it.  I have it.                     08:24:57

14        Q.  Okay.  Exhibit 2 lists an overview of     08:24:59

15   competitive alternatives for named plaintiff       08:25:04

16   Cameron's Lil' Baby Names app; correct?            08:25:07

17        A.  That is the title, yes.                    08:25:10

18        Q.  Okay.  Do you know how many of the examples 08:25:11

19   that are listed in Exhibit 2 are free apps with IAP? 08:25:16

20        A.  I don't know how many have IAP.  I didn't -- 08:25:26

21   I didn't ask the AG people who looked through them in 08:25:31

22   detail to check for that, nor do I know how many are 08:25:35

23   ad supported because I expect a lot of them are.   08:25:39

24        Q.  Okay.                                      08:25:42

25        A.  But we didn't check for that.              08:25:43
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | commissions are not substitutable for Spotify | 08:30:39 |
| 2 | transactions with nonzero commissions and | 08:30:43 |
| 3 | should somehow be in separate relevant | 08:30:46 |
| 4 | antitrust markets." | 08:30:52 |
| 5 | Do you see where I am reading? | 08:30:53 |
| 6 | A.  Yes. | 08:30:54 |
| 7 | Q.  And, again, I just want to make sure we are | 08:30:55 |
| 8 | precise about this. | 08:30:58 |
| 9 | Professor McFadden does not, in fact, make | 08:30:59 |
| 10 | that claim in his expert report, does he? | 08:31:02 |
| 11 | A.  No. | 08:31:05 |
| 12 | That is why I said would claim because it | 08:31:05 |
| 13 | seems to follow directly from his treatment of free | 08:31:08 |
| 14 | versus paid transactions. | 08:31:11 |
| 15 | Q.  As -- as you have described your | 08:31:13 |
| 16 | understanding of his treatment; correct? | 08:31:16 |
| 17 | A.  That's correct. | 08:31:18 |
| 18 | Q.  So again, if your understanding is wrong, | 08:31:19 |
| 19 | then your deduction may also be wrong; correct? | 08:31:23 |
| 20 | A.  It seems awfully clear, but if -- if | 08:31:27 |
| 21 | I somehow manage to misunderstand him, then I -- | 08:31:30 |
| 22 | I would be in error. | 08:31:34 |
| 23 | Q.  You know, with respect to Spotify, since | 08:31:35 |
| 24 | we're -- since we're talking about that here in | 08:31:39 |
| 25 | paragraph fifty-two, do you know how | 08:31:42 |

Page 105

```
 1    Professor McFadden actually treats Spotify in his --    08:31:45

 2    in his modeling?                                         08:31:49

 3         A.  He did a sample of -- of apps and a sample      08:31:50

 4    of transactions, and I don't know if -- if he has       08:31:58

 5    Spotify.  I know Spotify changed over time.  Whether     08:32:02

 6    you could, in fact, purchase content through            08:32:13

 7    The App Store, I think they blocked it at some point;    08:32:17

 8    so I don't know -- I certainly know he never allowed     08:32:20

 9    commissions or models to change over time; so I don't    08:32:26

10    know how he treated Spotify.                             08:32:29

11         Q.  Okay.  Do you know whether his econometric      08:32:30

12    model includes or excludes the free version of          08:32:38

13    Spotify?                                                 08:32:42

14         A.  The way that model is set up, he doesn't        08:32:43

15    include apps that have zero download charge and zero     08:32:46

16    IAP; so I -- unless I completely misunderstand the       08:32:53

17    analysis, I don't think he included the completely       08:32:57

18    free version of the Spotify app.                         08:33:00

19         Q.  Do you know whether Professor McFadden's        08:33:03

20    econometric model accounts for relationships between     08:33:05

21    the demand for free and non free versions of the same    08:33:09

22    app?                                                     08:33:14

23              MR. SWANSON:  Object to the form of the        08:33:15

24    question.                                                08:33:16

25              THE WITNESS:  I don't see how it can, since    08:33:17
```

Page 106

| | | |
|---|---|---|
| 1 | their profits." | 08:50:44 |
| 2 | Right? | 08:50:45 |
| 3 | A. That is what it says, yes. | 08:50:46 |
| 4 | Q. Okay. So my -- my first question is this. | 08:50:48 |
| 5 | The -- the condition that you -- that you | 08:50:52 |
| 6 | impose in the beginning of that sentence, "intense | 08:50:54 |
| 7 | competition among developers and low barriers to | 08:50:57 |
| 8 | entry into the iOS developer business," are they | 08:51:00 |
| 9 | existing conditions or are they counterfactual | 08:51:04 |
| 10 | conditions? | 08:51:07 |
| 11 | A. Well, they are not counterfactual in the | 08:51:08 |
| 12 | case -- in the sense that I know they don't apply. | 08:51:14 |
| 13 | I am saying if they are true, then lowering the | 08:51:17 |
| 14 | commission rate would have no effect on profits | 08:51:20 |
| 15 | because by those assumptions they would be earning | 08:51:23 |
| 16 | zero economic profit. Developers would compete the | 08:51:26 |
| 17 | gains away. | 08:51:30 |
| 18 | Q. And -- and in the but-for world, do you | 08:51:31 |
| 19 | believe that developers would compete any gains away? | 08:51:34 |
| 20 | A. I don't think that in all relevant markets | 08:51:38 |
| 21 | I know enough to say developers would compete the | 08:51:49 |
| 22 | gains away. I think in some -- in some instances | 08:51:52 |
| 23 | they would and in some instances they probably | 08:51:55 |
| 24 | wouldn't; so I'm just -- I'm stating a case. | 08:51:58 |
| 25 | Q. All right. | 08:52:01 |

Page 109

```
 1       A.  Under the conditions --                    08:57:09

 2            MR. SWANSON:  Object to the form.          08:57:09

 3            THE WITNESS:  -- stated at the front of that  08:57:10

 4   sentence, yes.                                      08:57:12

 5            MR. SWANSON:  I'm sorry.                    08:57:15

 6            I was trying to object to the question.    08:57:16

 7   BY MR. RIFKIN:                                      08:57:19

 8       Q.  Okay.                                       08:57:19

 9       A.  I thought I understood it and answered it,  08:57:21

10   but maybe not.                                      08:57:23

11            THE WITNESS:  Well, let -- let -- just so  08:57:24

12   the record is clear, let's make sure Suzanne has both  08:57:25

13   the objection and the answer.                       08:57:29

14            THE REPORTER:  (Nods head.)                08:57:33

15            MR. RIFKIN:  Yes.  Good.                   08:57:35

16   BY MR. RIFKIN:                                      08:57:36

17       Q.  Okay.  Do you -- do you mean in that        08:57:36

18   sentence that developers would compete the gains away  08:57:38

19   by lowering the prices for their apps and IAP?      08:57:43

20       A.  That is one way they could do it.  They     08:57:49

21   could also improve product -- invest in improving   08:57:52

22   product quality, as opposed to lowering price for   08:57:56

23   existing apps.  They could change what they offer.  08:58:00

24   But in any case, they would not end up with net     08:58:03

25   profits because of intense competition and low      08:58:06
```

Page 114

| | | |
|---|---|---|
| 1 | barriers to entry.  To be clear, that's when I talk | 08:58:10 |
| 2 | about the nature and intensity of competition among | 08:58:20 |
| 3 | them.  Non price competition can dissipate profits, | 08:58:23 |
| 4 | as well as price competition. | 08:58:28 |
| 5 | Q.  If -- if -- if -- if developers competed the | 08:58:29 |
| 6 | gains away by lowering prices for their apps or IAP, | 08:58:36 |
| 7 | consumers would capture those gains; correct? | 08:58:41 |
| 8 | A.  Correct. | 08:58:47 |
| 9 | Q.  And, conversely, if developers competed the | 08:58:48 |
| 10 | gains away by improving the quality of their apps, | 08:58:51 |
| 11 | that too would benefit consumers; correct? | 08:58:55 |
| 12 | A.  Yes. | 08:59:00 |
| 13 | Q.  And do you believe that Professor McFadden's | 08:59:01 |
| 14 | econometric model neglects this effect? | 08:59:07 |
| 15 | A.  In Professor McFadden's econometric model | 08:59:12 |
| 16 | there is no entry; so barriers to entry aren't | 08:59:16 |
| 17 | relevant.  And Professor McFadden models each app as | 08:59:20 |
| 18 | a monopoly, the demand for which is unaffected by the | 08:59:24 |
| 19 | price of any other apps.  That is not intense | 08:59:29 |
| 20 | competition. | 08:59:32 |
| 21 | Q.  If -- if your hypothesis is correct and the | 08:59:33 |
| 22 | response to the developers would be to compete the | 08:59:36 |
| 23 | gains away by lowering prices for the apps, and | 08:59:38 |
| 24 | Professor McFadden had modeled that effect, the | 08:59:43 |
| 25 | calculation of his damages would be even higher than | 08:59:47 |

Page 115

| | | |
|---|---|---|
| 1 | Q.  I'm sorry.  I thought you were done, and | 09:05:14 |
| 2 | I interrupted you.  And I didn't hear the last part | 09:05:16 |
| 3 | of your answer. | 09:05:18 |
| 4 | MR. RIFKIN:  Suzanne, would you read that | 09:05:18 |
| 5 | back, please.  I just want to make sure I heard it | 09:05:20 |
| 6 | correctly. | 09:05:22 |
| 7 | (Requested portion of record read.) | 09:05:25 |
| 8 | THE WITNESS:  It is a monopoly model, of | 09:05:47 |
| 9 | course. | 09:05:51 |
| 10 | MR. SWANSON:  Yeah.  That is what I heard. | 09:05:51 |
| 11 | MR. RIFKIN:  Yes. | 09:05:53 |
| 12 | And -- and I apologize for -- for speaking | 09:05:53 |
| 13 | over the last part of your answer.  I'm glad we went | 09:05:56 |
| 14 | back and -- and corrected that. | 09:05:59 |
| 15 | BY MR. RIFKIN: | 09:06:05 |
| 16 | Q.  You have -- you have not done any modeling | 09:06:05 |
| 17 | of your own for the newspaper platform; correct? | 09:06:09 |
| 18 | A.  I have not done independent analysis of -- | 09:06:18 |
| 19 | empirical analysis of newspapers.  I have verified | 09:06:25 |
| 20 | that his model is internally consistent. | 09:06:28 |
| 21 | Q.  And -- and are you aware that his model only | 09:06:34 |
| 22 | changes -- he -- he models -- let me go back and do | 09:06:37 |
| 23 | that again.  I'm sorry. | 09:06:42 |
| 24 | You are aware that Professor Willig only | 09:06:43 |
| 25 | modeled the changes in subscription price for | 09:06:46 |

Page 120

| | | |
|---|---|---|
| 1 | newspapers; correct? | 09:06:49 |
| 2 | A.  Yes. | 09:06:52 |
| 3 | Q.  All right.  Are you aware that -- | 09:06:57 |
| 4 | A.  Excuse me. | 09:07:00 |
| 5 | He treats advertising rather than per | 09:07:01 |
| 6 | subscriber as a given.  He does that -- | 09:07:04 |
| 7 | Q.  As a constant; correct? | 09:07:05 |
| 8 | A.  Yeah.  Viewing that market as competitive so | 09:07:07 |
| 9 | that price is given. | 09:07:09 |
| 10 | Q.  Okay.  And by given, you mean constant; | 09:07:11 |
| 11 | correct? | 09:07:15 |
| 12 | A.  Constant, yes.  Beyond the newspaper's | 09:07:15 |
| 13 | control. | 09:07:18 |
| 14 | Q.  Okay.  We -- we have to jump back to your | 09:07:18 |
| 15 | August report, and -- | 09:07:24 |
| 16 | A.  Okay. | 09:07:26 |
| 17 | Q.  -- I would like you to take a look in that | 09:07:26 |
| 18 | report to your Paragraph 210.  And my -- my mouse | 09:07:29 |
| 19 | seems to go on the fritz.  Let me see if I can do | 09:07:37 |
| 20 | this. | 09:07:41 |
| 21 | Okay.  Do you have Paragraph 210 in front of | 09:07:57 |
| 22 | you? | 09:08:02 |
| 23 | A.  Yes. | 09:08:02 |
| 24 | Q.  So in Paragraph 210 of your report, you say: | 09:08:02 |
| 25 | "Professor McFadden does not consider | 09:08:11 |

Page 121

| | | |
|---|---|---|
| 1 | THE WITNESS:  As a -- as a general rule, no. | 09:12:13 |
| 2 | And I think Professor Willig explains that better | 09:12:16 |
| 3 | than -- in his report better than I did in mine. | 09:12:19 |
| 4 | Durable supracompetitive profits can derive from | 09:12:25 |
| 5 | a whole set of sources that don't necessarily give | 09:12:29 |
| 6 | you market power. | 09:12:32 |
| 7 | BY MR. RIFKIN: | 09:12:33 |
| 8 | Q.  What other factors do you believe you need | 09:12:33 |
| 9 | to consider, in addition to durable supracompetitive | 09:12:36 |
| 10 | profits for extended periods of time, in order to | 09:12:40 |
| 11 | assess market power in a relevant market? | 09:12:43 |
| 12 | A.  Well, they are a range, but one of the | 09:12:47 |
| 13 | things you need to look at is market share.  That is | 09:12:51 |
| 14 | a good index.  I could have -- well, let me just step | 09:12:54 |
| 15 | back.  There have been a variety of studies, that | 09:12:58 |
| 16 | I must say surprised me when they come out, that talk | 09:13:02 |
| 17 | about within reasonably well-defined industries, | 09:13:06 |
| 18 | well-defined markets.  Significant profit differences | 09:13:10 |
| 19 | persist over time, and the literature tends to | 09:13:13 |
| 20 | attribute that to a constellation of management | 09:13:19 |
| 21 | practices, in addition to innovation and blind luck. | 09:13:24 |
| 22 | And, oh, if you make a great innovation and | 09:13:28 |
| 23 | you get a patent protection, it may well give you | 09:13:29 |
| 24 | supracompetitive profits.  But unless the nature of | 09:13:33 |
| 25 | that innovation lets you become a real force in the | 09:13:37 |

Veritext Legal Solutions
866 299-5127

1  STATE OF CALIFORNIA )

                       ) ss.

2  COUNTY OF KERN      )

3

4

5          I, B. Suzanne Hull, a Certified Shorthand

6  Reporter in the State of California, holding

7  Certificate Number 13495, do hereby certify that

8  RICHARD L. SCHMALENSEE, Ph.D., the witness named in

9  the foregoing deposition, was by me duly sworn; that

10 said deposition, was taken Thursday, October 7, 2021,

11 at the time and place set forth on the first page

12 hereof.

13         That upon the taking of the deposition, the

14 words of the witness were written down by me in

15 stenotypy and thereafter transcribed by computer

16 under my supervision; that the foregoing is a true

17 and correct transcript of the testimony given by the

18 witness.

19         Pursuant to Federal Rule 30(e), transcript

20 review was requested.

21         I further certify that I am neither counsel

22 for nor in any way related to any party to said

23 action, nor in any way interested in the result or

24 outcome thereof.

25 ///

                                      Page 142

```
 1              Dated this 8th day of October, 2021, at
 2    Bakersfield, California.
 3
 4
 5
 6
 7              B. Suzanne Hull, CSR No. 13495
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 143