# ATTACHMENT MM

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                 OAKLAND DIVISION

4              _____

5

6

7

       IN RE Apple IPHONE          )Case No.

8      ANTITRUST LITIGATION        )4:11-cv-06714-YGR

                                    )

9

10

11

12

13               REMOTE DEPOSITION

14                     OF

15          JAMES EDWARD MALACKOWSKI

16          Tuesday, October 5, 2021

17            New Buffalo, Michigan

18

19

20

21

22

23

24      Reported by:

25      B. Suzanne Hull, CSR No. 13495

Page 37

1   R and D expenses, it would not be meaningful.  I know    07:39:43

2   of no analysis in which that was done.  There are    07:39:49

3   managerial accounting reports that select R and D    07:39:53

4   expenses, and those are used for select purposes.    07:39:56

5   BY MR. RIFKIN:    07:40:00

6       Q.  You -- you know of them within Apple?    07:40:00

7       A.  I believe there are documents within Apple    07:40:03

8   that make some allocation of R and D, yes.    07:40:07

9       Q.  Do you -- do you believe that Apple's    07:40:11

10  attempt to allocate costs to The App Store for    07:40:14

11  purposes of determining the profitability of    07:40:19

12  The App Store was a meaningless exercise?    07:40:22

13      MS. BRASS:  Form.    07:40:27

14      THE WITNESS:  So it is a general question.    07:40:28

15  We need to break it down.  The documents that    07:40:30

16  allocate certain costs to The App Store to come up    07:40:32

17  with a measure of profitability was, in my view,    07:40:36

18  meaningful for the reason it was done, such as trend    07:40:41

19  analysis, but it is not a meaningful reflection of    07:40:44

20  the economic overall profit of The App Store.    07:40:46

21  BY MR. RIFKIN:    07:40:51

22      Q.  And -- and you held that opinion on    07:40:51

23  August 10, 2021, when you prepared your original    07:40:54

24  expert report; correct?    07:41:00

25      A.  Yes, sir.    07:41:02

```
                                                    Page 60
 1    testimony is that they were shared within the company   08:06:45

 2    but not necessarily continually with Mr. Cook.          08:06:47

 3    BY MR. RIFKIN:                                           08:06:52

 4        Q.  Do you believe that allocating the costs in     08:06:52

 5    that matter was meaningful for management purposes?      08:06:57

 6        A.  For the purpose in which they were prepared,     08:07:01

 7    I don't dispute that they had meaning.  But they         08:07:05

 8    would not be meaningful for understanding the overall    08:07:08

 9    economic footprint of a category of the business such    08:07:11

10    as The App Store.                                        08:07:17

11        Q.  Well, let's -- let's look at Paragraph 270       08:07:18

12    again, which appears on Page 127 of your written         08:07:23

13    report.                                                  08:07:26

14        A.  (Witness complies.)                              08:07:27

15            Yes, sir.                                        08:07:28

16        Q.  And -- and in it you say that:                   08:07:28

17            "The fact that multiple methods for              08:07:36

18            allocation of operating expenses exist simply    08:07:38

19            confirms that while the calculated operating     08:07:43

20            margins for The App Store included in the        08:07:46

21            Tregillis/Elhauge/McFadden Apple documents       08:07:48

22            are useful for management planning, they         08:07:53

23            cannot be relied upon as a representation of     08:07:56

24            the fully allocated or burdened standalone       08:07:58

25            financials of The App Store."                    08:08:04
```

                                                    Page 72

1        Q.   And -- and you begin in Paragraph 226 by        08:21:59

2    saying:                                                  08:22:02

3              "While high-level calculations may offer       08:22:04

4         some insight into periodic trends" --              08:22:06

5         Do you see where I am reading?                      08:22:09

6        A.   I do.                                           08:22:11

7        Q.   You say -- you then go on to say:               08:22:12

8              "The use of revenue or head count to           08:22:14

9         allocated joint expenses in a                       08:22:18

10        cross-functional ecosystem, such as Apple's,        08:22:18

11        is arbitrary and unreliable" --                     08:22:20

12       A.   You didn't finish -- you didn't finish the      08:22:25

13   sentence --                                              08:22:27

14       Q.   Uh-huh.                                         08:22:27

15       A.   -- but that is the first part of the            08:22:27

16   sentence, yes.                                           08:22:29

17       Q.   Yes.                                            08:22:29

18            I'm really going to focus on the first part     08:22:30

19   of the sentence, but if you need to focus on             08:22:33

20   something else, please do.                               08:22:35

21            You admit that high-level calculations of       08:22:36

22   profit and loss, they offer some useful insight into     08:22:40

23   periodic trends; correct?                                08:22:45

24       A.   Yes.                                            08:22:48

25            I think that is fair.                           08:22:49

Page 73

| | | |
|---|---|---|
| 1 | Q.  Okay.  And to some extent the insight that | 08:22:50 |
| 2 | they offer is a reliable insight; correct? | 08:22:54 |
| 3 | A.  For the purpose of which they are prepared, | 08:22:58 |
| 4 | I think that is fair. | 08:23:01 |
| 5 | Q.  Okay.  And you know, or do you not, that | 08:23:02 |
| 6 | Apple's operating margins on The App Store have | 08:23:21 |
| 7 | exceeded 75 percent for years; correct? | 08:23:26 |
| 8 | MS. BRASS:  Object to form. | 08:23:33 |
| 9 | THE WITNESS:  Operating margin is an | 08:23:33 |
| 10 | accounting term; so we have to define how we are | 08:23:35 |
| 11 | using it.  I don't believe there are calculations of | 08:23:38 |
| 12 | operating margin, as that would be reported in | 08:23:41 |
| 13 | a securities filing.  There are managerial accounting | 08:23:44 |
| 14 | analysis that reflect operating margin, but those | 08:23:49 |
| 15 | managerial reports do not include all joint costs; so | 08:23:52 |
| 16 | you just have to take that into consideration when | 08:23:57 |
| 17 | you use those data. | 08:24:00 |
| 18 | BY MR. RIFKIN: | 08:24:02 |
| 19 | Q.  Those are the managerial reports that you | 08:24:03 |
| 20 | say in Paragraph 262 of your -- of -- of your first | 08:24:06 |
| 21 | report would be useful for examining periodic trends; | 08:24:11 |
| 22 | correct? | 08:24:16 |
| 23 | A.  They may be, yes. | 08:24:17 |
| 24 | Q.  So for that purpose you know that the | 08:24:18 |
| 25 | operating margins have exceeded 75 percent for years; | 08:24:21 |

                                                              Page 75

1    BY MR. RIFKIN:                                        08:25:43

2        Q.  When you say that it continued to grow over  08:25:47

3    time, you mean it grew in revenue; correct?          08:25:50

4        A.  It grew both in revenue and reported         08:25:53

5    profitability.  As far as total profits, I don't     08:25:58

6    recall if there was annual variation in the          08:26:02

7    percentages.                                          08:26:06

8        Q.  When -- when you say reported profits, you   08:26:06

9    mean publicly reported profits from The App Store?   08:26:10

10       A.  No.                                           08:26:13

11           I'm referring to the profits on the          08:26:14

12   managerial accounting documents used internally.     08:26:16

13       Q.  Okay.  And when you say it grew in revenue,   08:26:19

14   you mean in absolute dollars; right?                 08:26:22

15       A.  Correct.                                      08:26:26

16       Q.  And when you say it grew in profitability,   08:26:26

17   you also mean in absolute dollars; correct?          08:26:29

18       A.  Correct.                                      08:26:32

19       Q.  And do you know what the profit margin       08:26:33

20   was -- what the periodic trend for the profit margin 08:26:38

21   was over the period that you studied?                08:26:43

22           MS. BRASS:  Object to form.                   08:26:47

23           THE WITNESS:  I don't recall specifically if 08:26:47

24   there was variance year to year.  The managerial     08:26:49

25   reports presented profit calculations that are       08:26:53

Page 76

| | | |
|---|---|---|
| 1 | consistent with what the Judge ruled in the Epic | 08:26:58 |
| 2 | case. | 08:27:03 |
| 3 | BY MR. RIFKIN: | 08:27:03 |
| 4 | Q.  That it has been consistently above | 08:27:04 |
| 5 | 75 percent year after year; correct? | 08:27:06 |
| 6 | A.  I -- I accept that that was the language in | 08:27:09 |
| 7 | the order.  I think the order was consistent with the | 08:27:12 |
| 8 | managerial accounting rules. | 08:27:15 |
| 9 | Q.  In -- in general, is it your experience that | 08:27:17 |
| 10 | in a competitive market a company can sustain the | 08:27:20 |
| 11 | same profit margin year after year after year, even | 08:27:24 |
| 12 | as its revenue grows? | 08:27:29 |
| 13 | MS. BRASS:  Object to form. | 08:27:31 |
| 14 | THE WITNESS:  Yes. | 08:27:32 |
| 15 | Especially if that revenue is protected by | 08:27:32 |
| 16 | intellectual property and the company has proprietary | 08:27:35 |
| 17 | of services and products in the market.  You see that | 08:27:39 |
| 18 | often. | 08:27:42 |
| 19 | BY MR. RIFKIN: | 08:27:42 |
| 20 | Q.  What -- what percentage of the revenue | 08:27:43 |
| 21 | attributable to The App Store was derived from | 08:27:45 |
| 22 | Apple's intellectual property? | 08:27:48 |
| 23 | A.  All of it was associated with and derived | 08:27:51 |
| 24 | ultimately from Apple's intellectual property. | 08:27:55 |
| 25 | Q.  Did it charge a license fee for its | 08:27:58 |

```
                                                    Page 77
 1   intellectual property during that period?        08:28:01

 2       A.  It had multiple license agreements which  08:28:03

 3   developers would enter into, and there were fees  08:28:09

 4   associated with those.  The fees were not segregated  08:28:12

 5   to be specific to intellectual property royalty, for  08:28:15

 6   example.                                           08:28:19

 7       Q.  Now, what -- what portion of Apple's revenue  08:28:19

 8   is attributable to royalty -- royalties on Apple's  08:28:23

 9   intellectual property?                             08:28:27

10       A.  Apple doesn't record royalty on its        08:28:29

11   intellectual property distinctly; so there is no   08:28:34

12   measurement of that.  But all of the revenues of the  08:28:41

13   business are, in fact, related to or attributable to  08:28:44

14   the innovation of Apple and the intellectual property  08:28:48

15   that protects it.                                  08:28:51

16       Q.  Is it your view that the 30 percent        08:28:53

17   commission that Apple charges is a -- is a royalty on  08:28:59

18   intellectual property?                             08:29:02

19       A.  I -- I don't provide that opinion.  Apple  08:29:04

20   does not categorize the 30 percent as a royalty on  08:29:07

21   intellectual property; so no.  I don't present that.  08:29:12

22       Q.  Okay.  What -- what portion of Apple's     08:29:17

23   revenue from The App Store is attributable to the  08:29:22

24   30 percent commission?                             08:29:27

25            MS. BRASS:  Object to form.               08:29:28
```

Page 97

```
 1    R and D than it earned in revenue for decades?        09:11:32
 2        A.  I don't believe so.  Certainly not during    09:11:39
 3    this period in time.                                  09:11:42
 4        Q.  Okay.  So how would you measure what          09:11:42
 5    adequate compensation is, given what you have just    09:11:54
 6    said?                                                 09:11:58
 7        A.  I would look to the returns from their        09:11:58
 8    activity as compared to the expectation and returns   09:12:02
 9    of the public marketplace.  And to the extent that    09:12:08
10    the but-for world provided insufficient returns, that 09:12:12
11    would be reflected in risk to the public stability of 09:12:16
12    the equity.                                           09:12:23
13        Q.  So in the -- in the context of this case,     09:12:24
14    did you mean by that sentence in Paragraph 200 that   09:12:34
15    in the but-for world Apple needs to earn the same     09:12:38
16    overall profit margin that it currently earns?        09:12:43
17        A.  The words of the report speak for             09:12:49
18    themselves, but in response to your question, I do    09:12:52
19    believe in a but-for world it would be rational for   09:12:55
20    Apple to seek to -- seek to earn a like amount to its 09:12:58
21    current earnings because the contribution that it     09:13:04
22    would be making would also be similar to what it is   09:13:07
23    making in the existing condition.                     09:13:10
24        Q.  And -- and when you say -- when -- when you   09:13:13
25    discuss the returns that Apple would seek to earn,    09:13:20
```

```
                                              Page 101
 1   tomorrow.                                    09:17:11

 2   BY MR. RIFKIN:                               09:17:11

 3       Q.   Okay.  Would -- would you agree with me that  09:17:11

 4   if -- if in the but-for world Apple would lose  09:17:13

 5   revenue from The App Store, it could make up for that  09:17:20

 6   revenue in some other business segment?  It could do  09:17:23

 7   so -- not would, but could do so?            09:17:28

 8       A.   I have no --                        09:17:30

 9            MS. BRASS:  Object to form.         09:17:32

10            THE WITNESS:  I have no basis to say they  09:17:33

11   could.   To the extent that they could generate more  09:17:35

12   revenue or optimize revenue in another segment,  09:17:38

13   I know of no reason why they wouldn't be doing that  09:17:42

14   today; so it would not make sense to me that they are  09:17:46

15   leaving that money in the table and would turn to it  09:17:51

16   in the event of the relief being sought; rather, they  09:17:54

17   would focus on how to recover that revenue related to  09:17:55

18   the business that -- the business that was impacted.  09:17:58

19   BY MR. RIFKIN:                               09:17:59

20       Q.   What do you mean when you say it makes no  09:17:59

21   sense to you why they wouldn't do that now?  What did  09:18:03

22   you mean by that?                            09:18:05

23       A.   Well, as I understood your question was if  09:18:06

24   there was a but-for condition that impacted  09:18:09

25   The App Store could they make it up on, say, product  09:18:13
```

```
                                               Page 102
 1   sales?  And I know of no reason to believe that would    09:18:18

 2   be a rational thing to do because if there was an        09:18:21

 3   ability to increase the revenue return on product        09:18:25

 4   sales in a way that wouldn't impair the long-term        09:18:28

 5   condition of the business, they would be motivated to    09:18:32

 6   do so today and logically would be doing so today.       09:18:35

 7       Q.  Okay.  Did you do any analysis to determine      09:18:38

 8   the availability of those strategies today in the        09:18:42

 9   but-for world?                                           09:18:44

10       A.  Not specific to these hypotheticals.  That       09:18:45

11   would not be required for my work, but generally         09:18:48

12   understanding that Apple operates its business as        09:18:53

13   a holistic ecosystem and is making those business        09:18:57

14   decisions every day as to what is the optimal level      09:19:02

15   of revenue to be charged.                                09:19:05

16       Q.  Doesn't -- when you say revenue to be            09:19:08

17   charged, what did you mean by that?  Isn't -- isn't      09:19:13

18   revenue received, not charged?                           09:19:16

19       A.  Well, you first have to have a charge to the     09:19:19

20   consumer, and then if the consumer accepts the           09:19:22

21   charge, then you would receive it.  For our purposes,    09:19:26

22   I don't think those words make a difference.             09:19:29

23       Q.  Oh, I'm sorry.                                   09:19:32

24           So you meant revenue received from              09:19:33

25   consumers?                                               09:19:35
```

```
1        Q.  Yes.                                      09:23:47

2        A.  It is certainly a hypothetical.           09:23:48

3        Q.  Do you -- do you understand the difference 09:23:49

4    between the word could and the word would?         09:23:51

5        A.  Yes.                                       09:23:55

6        Q.  What is the difference, as you understand  09:23:55

7    those two words?                                   09:23:58

8        A.  Could is an explanation of a possibility.  09:24:00

9    Would is a prediction of a reality --              09:24:03

10       Q.  Okay.                                      09:24:06

11       A.  -- or a --                                 09:24:06

12       Q.  Did you -- did you mean to use the word    09:24:07

13   could in Paragraph 201?                            09:24:10

14       A.  Yes.                                       09:24:13

15       Q.  Okay.  You didn't mean to use the word     09:24:13

16   would, did you?                                    09:24:16

17           MS. BRASS:  Object to form.                09:24:18

18           THE WITNESS:  I did not.                   09:24:18

19   BY MR. RIFKIN:                                     09:24:20

20       Q.  Okay.  Is there anything about the word    09:24:21

21   could that measures the likelihood of that outcome in 09:24:23

22   Paragraph 201?                                     09:24:27

23       A.  No.                                        09:24:29

24           I don't believe so.  And the word could was 09:24:30

25   used in part because, as you know, there are numerous 09:24:33
```

```
                                              Page 107
 1    options that are discussed and presented.         09:24:38

 2        Q.   Okay.   Now, in Paragraph 202, which appears  09:24:40

 3    on the next page of your report, page ninety-nine,  09:24:45

 4    you say:                                         09:24:49

 5             "Apple could charge separately for       09:24:50

 6         bundles of developer tools or functionality."  09:24:53

 7         Correct?                                     09:24:56

 8        A.   Yes, sir.                                09:24:56

 9        Q.   And, again, you meant to use the word could  09:24:57

10    rather than the word would; correct?              09:25:00

11        A.   Correct.                                 09:25:03

12        Q.   Is there anything in Paragraph 202 that  09:25:04

13    measures the likelihood of that monetization strategy  09:25:06

14    being followed in the but-for world?              09:25:11

15        A.   No.                                      09:25:14

16             There is no probability assessment with  09:25:14

17    that.                                            09:25:17

18        Q.   Okay.   Same for Paragraph 203.          09:25:17

19             You say Apple could raise the developer and  09:25:20

20    license fee generally; correct?                   09:25:23

21        A.   True.                                    09:25:25

22        Q.   And, again, you use the word could, not the  09:25:26

23    word would purposefully; correct?                 09:25:31

24        A.   I do.                                    09:25:34

25        Q.   And there is nothing that measures the   09:25:34
```

```
1    likelihood that Apple would pursue the alternative      09:25:37

2    monetization strategy you have defined in               09:25:43

3    Paragraph 203; correct?                                 09:25:47

4        A.   Correct.                                       09:25:49

5             There is no probability assessment.            09:25:49

6        Q.   And the same for Paragraph 204, where you      09:25:51

7    say:                                                    09:25:54

8                 "Apple could introduce a developer         09:25:55

9             revenue-based royalty."                        09:25:57

10            Is -- is that also correct that there is no    09:26:00

11   probability assessment for that alternative             09:26:03

12   monetization strategy in the but-for world?             09:26:05

13       A.   Yes.                                           09:26:08

14            The same is true for Paragraph 204, 205, and   09:26:08

15   206.                                                    09:26:13

16       Q.   Okay.                                          09:26:14

17       A.   They all reference could, not would, and       09:26:14

18   there is no probability assessment.                     09:26:18

19       Q.   Okay.  Now, is it correct that all of the      09:26:19

20   alternative monetization strategies you have            09:26:23

21   identified in your expert report apply to               09:26:26

22   The App Store business?                                 09:26:32

23       A.   Yes, in the sense that they all are            09:26:36

24   potential options in response to the requested relief   09:26:39

25   associated with The App Store business.                 09:26:44
```

Page 110

1    A.  No.                                            09:27:44

2    Q.  Okay.                                         09:27:44

3    A.  I did not discuss this list with anyone       09:27:45

4  outside of Ocean Tomo.                              09:27:48

5    Q.  Okay.  Are these examples that you derived    09:27:49

6  from the real world?                                09:27:55

7    A.  Yes.                                           09:27:57

8        MS. BRASS:  Object to form.                    09:27:57

9        THE WITNESS:  I believe that in each or        09:27:59

10  several of the examples I cite to real world cases  09:28:02

11  that use a similar program.                         09:28:08

12  BY MR. RIFKIN:                                      09:28:10

13    Q.  Okay.  And did you express anywhere in        09:28:11

14  either of your reports whether any of these          09:28:15

15  alternative monetization strategies would be more   09:28:19

16  likely for Apple to follow than any other of these  09:28:22

17  alternative monetization strategies?                09:28:26

18    A.  No.                                           09:28:29

19        I did not.                                    09:28:30

20    Q.  All right.  Let's -- let's look, in           09:28:31

21  particular, a little bit more carefully at some of  09:28:36

22  them and see if we can understand a little bit       09:28:39

23  better; so let's -- just take the first one because 09:28:42

24  we might as well start with it.                      09:28:45

25        Again, in Paragraph 201 you say:              09:28:47

Page 113

1      Q.  -- in the but-for world?                    09:31:28

2      A.  I don't believe I say that specifically in  09:31:30

3  my report.  I provide that only in response to your 09:31:33

4  question.                                           09:31:36

5      Q.  All right.  Is -- is this option available  09:31:36

6  to Apple today charging for the use of -- of APIs,  09:31:39

7  developer tools, or the software package?           09:31:43

8      A.  Theoretically it is an available option.    09:31:46

9  Practically speaking, it contains severe limitations, 09:31:50

10 as described in Paragraph 201.                       09:31:55

11     Q.  Where does it describe the limitations in   09:31:57

12 Paragraph 201?                                       09:32:00

13     A.  It says that -- that under such model,       09:32:01

14 development of more complex and resource intensive   09:32:11

15 applications would rely on a broader set of API      09:32:14

16 developer tools and could be significantly more      09:32:18

17 expensive in development of the most basic           09:32:21

18 applications.                                        09:32:24

19     Q.  Well, that is true today, isn't it?          09:32:24

20     A.  It is --                                     09:32:31

21         MS. BRASS:  Object to form.                  09:32:31

22         THE WITNESS:  It is true today if this       09:32:32

23 method were to be adopted.                           09:32:34

24 BY MR. RIFKIN:                                       09:32:36

25     Q.  And -- and it would be true in the but-for   09:32:36

Page 114

```
 1    world if this method were to be adopted; correct?    09:32:39

 2        A.  It would be.                                 09:32:43

 3        Q.  All right.  So did you do anything to        09:32:44

 4    measure the difference in incentives or constraints  09:32:46

 5    for this alternative monetization strategy in the    09:32:51

 6    as-is world versus the but-for world?                09:32:55

 7            MS. BRASS:  Object to form.                   09:33:00

 8            THE WITNESS:  I did not do anything to        09:33:01

 9    specifically measure the inefficiencies associated   09:33:20

10    with any of the listed alternatives.  I do refer in  09:33:25

11    Paragraph 207 to the fact that the structures would  09:33:29

12    increase friction and transaction costs and,         09:33:34

13    therefore, be less efficient.                        09:33:38

14    BY MR. RIFKIN:                                        09:33:40

15        Q.  I'm sorry.                                    09:33:41

16            Paragraph 207 --                              09:33:41

17        A.  Yes.                                          09:33:43

18        Q.  -- you are referring to now?                  09:33:43

19            And where are you referring in particular?   09:33:47

20        A.  The last sentence of that paragraph.         09:33:49

21        Q.  "And consistent result of many of the        09:33:53

22            alternative structures is an increase in     09:33:56

23            friction and transaction costs."             09:34:00

24            Is that -- is that where you are referring   09:34:01

25    me?                                                   09:34:04
```

```
                                              Page 115
 1        A.  Yes.                              09:34:04

 2        Q.  Is -- is that true in the but-for world?  09:34:04

 3        A.  Yes.                              09:34:07

 4        Q.  Is it true in the as-is world?   09:34:07

 5        A.  Yes.                              09:34:11

 6            Which is why these alternatives are  09:34:11

 7    generally not employed.                   09:34:14

 8        Q.  Okay.  And -- and, again, we could look at  09:34:15

 9    each and every one of these.              09:34:21

10            But is it true that you did not analyze any  09:34:22

11    difference in incentives or constraints in the  09:34:25

12    but-for world versus the as-is world for any of these  09:34:29

13    six alternative monetization strategies?  09:34:33

14            MS. BRASS:  Object to form.       09:34:36

15            THE WITNESS:  It is true that I did not  09:34:37

16    specifically make those calculations for the reasons  09:34:38

17    described within my report that we cited, as well as  09:34:41

18    the fact that plaintiffs had not identified which  09:34:45

19    alternative but-for scenario would actually be, in  09:34:49

20    their view, employed or proposed.         09:34:53

21    BY MR. RIFKIN:                            09:34:56

22        Q.  And -- and where did you specify that?  09:34:57

23    Which -- which, in your view of the but-for world,  09:35:00

24    would -- would any of these alternative monetization  09:35:04

25    strategies be pursued?                    09:35:07
```

Page 116

```
 1        A.   I -- I don't.  I don't believe that any of     09:35:09
 2    these alternative strategies provide all of the         09:35:12
 3    benefits to the market generally of the existing        09:35:16
 4    App Store construction and economic model.  In fact,    09:35:20
 5    I think they interject a lot of uncertainty and would   09:35:25
 6    result in substantial change to existing users and      09:35:29
 7    developers.                                              09:35:35
 8        Q.   And that is what you meant in Paragraph 207     09:35:36
 9    about friction and transaction costs; correct?          09:35:39
10        A.   Well, the notion of uncertainty is different   09:35:42
11    than the notion of friction and transaction costs,      09:35:45
12    but both are negative with respect to these options.    09:35:48
13        Q.   Did you discuss this uncertainty in your --    09:35:52
14    in your report?                                          09:35:56
15            MS. BRASS:  Object to form.                      09:35:58
16            THE WITNESS:  I defer to the language of my      09:35:59
17    report generally.  But if you look to, for example,     09:36:04
18    the very next paragraph, 208, it talks about the        09:36:07
19    uncertainties associated with costs and risk that       09:36:12
20    individual iOS developers would face, as well as        09:36:16
21    members and nonmembers of the proposed classes.         09:36:20
22    BY MR. RIFKIN:                                           09:36:23
23        Q.   I'm sorry.                                      09:36:23
24            I don't -- I don't see the word uncertain in    09:36:24
25    Paragraph 208.                                           09:36:27
```

Page 118

1    understood by the market and, importantly, over the    09:37:51

2    last, you know, decade-plus years since The App Store    09:37:55

3    was introduced, the investments made by developers    09:37:59

4    and the decisions made by consumers were based upon    09:38:02

5    the existing system; so there is no uncertainty    09:38:06

6    there.  Everyone understands what it is.    09:38:09

7        Q.  But if Apple were to adopt one of these    09:38:11

8    alternative monetization strategies in the as-is    09:38:15

9    word -- in other words, a world in which Apple    09:38:20

10   continues to operate The App Store without change --    09:38:23

11   then it would be equally true in the as-is world that    09:38:27

12   the alternative compensation structure will change    09:38:35

13   the costs and risks individual iOS developers face,    09:38:38

14   including both members and nonmembers of the proposed    09:38:43

15   class of developers; correct?    09:38:47

16       A.  Well, that hypothetical in your question    09:38:51

17   doesn't make any rational sense to me because Apple    09:38:54

18   wouldn't introduce new alternative fee structures in    09:38:59

19   the as-is world and at the same time maintain their    09:39:02

20   current condition and fee structure.  To the extent    09:39:07

21   that was possible without disrupting the market    09:39:10

22   economically, it would have been rational for them to    09:39:12

23   already do it.  But we know they are not doing it    09:39:16

24   because of the risk and uncertainty that it would    09:39:18

25   introduce.    09:39:21

Page 120

| | | |
|---|---|---|
| 1 | because of the benefits associated with the current | 09:40:38 |
| 2 | iOS economic model and system -- | 09:40:43 |
| 3 | BY MR. RIFKIN: | 09:40:45 |
| 4 | Q.   Just -- | 09:40:47 |
| 5 | A.   -- for Apple and developers and for users. | 09:40:48 |
| 6 | Everyone, in Apple's view, benefits from the system | 09:40:51 |
| 7 | as it exists today, which is why they would not be | 09:40:54 |
| 8 | considering such forced change, as described in my | 09:40:57 |
| 9 | report. | 09:41:02 |
| 10 | Q.   Just to make sure I understand your answer. | 09:41:02 |
| 11 | It -- did you mean to say that you have not | 09:41:07 |
| 12 | seen any evidence that Apple ever considered adopting | 09:41:10 |
| 13 | any of the change -- any of the proposed alternative | 09:41:14 |
| 14 | monetization strategies you have described in | 09:41:17 |
| 15 | Paragraph 201 at any point in time in the -- in the | 09:41:20 |
| 16 | past? | 09:41:23 |
| 17 | A.   I don't think it is fair to say there is no | 09:41:25 |
| 18 | evidence of any consideration of some of these | 09:41:27 |
| 19 | elements.  I think it is fair to say that the | 09:41:30 |
| 20 | evidence is continually confirming that the model, as | 09:41:32 |
| 21 | is, is the optimal model for the benefit of Apple | 09:41:36 |
| 22 | developers and consumers broadly and that they have | 09:41:41 |
| 23 | rejected -- Apple has rejected moves in the | 09:41:46 |
| 24 | directions identified here because of the negative | 09:41:49 |
| 25 | implications of any of the hypothetical alternatives | 09:41:52 |

```
                                              Page 121
 1   to the current system.                   09:41:56

 2        Q.  Have -- have you seen any documentation that  09:41:57

 3   that occurred, or are you simply deducing that that   09:41:59

 4   occurred?                                 09:42:03

 5            MS. BRASS:  Object to form.      09:42:04

 6            THE WITNESS:  I believe that there is  09:42:06

 7   correspondence.  There is testimony that talks about,  09:42:09

 8   you know, why Apple doesn't, for example, charge on  09:42:12

 9   physical goods a commission or why --     09:42:16

10   BY MR. RIFKIN:                            09:42:19

11        Q.  Well, we haven't gotten to physical goods  09:42:20

12   yet.  We will.  I'm sticking with 201.    09:42:23

13            And 201 doesn't talk about any charge on  09:42:26

14   physical goods, does it?                  09:42:29

15        A.  No.                             09:42:31

16            But sticking to 201, there is evidence that  09:42:31

17   explains why Apple has decided to have open access to  09:42:36

18   all developer tools under a single license agreement  09:42:39

19   as opposed to individual agreements.  I can't tell  09:42:42

20   you that documents that discuss the benefits of that  09:42:45

21   also discuss the negatives of the alternative, but  09:42:48

22   that is clearly implicit within the documents.  09:42:52

23        Q.  And how would that rationale change in the  09:42:54

24   but-for world?                           09:42:59

25        A.  In the but-for world Apple would lose its  09:43:00
```

```
                                              Page 131
```

1   that some or many developers may reject this          09:55:39

2   alternative unilaterally, and Apple would cease to    09:55:42

3   get any revenue from those developers.                09:55:46

4   BY MR. RIFKIN:                                        09:55:48

5       Q.  Did you do anything to measure the -- the     09:55:50

6   likely impact of any of the six alternatives on       09:55:56

7   Apple's revenue?                                      09:56:02

8       A.  Not from a quantitative standpoint for the    09:56:05

9   reasons you and I have discussed now several times.   09:56:08

10      Q.  Okay.  And did you do anything even to         09:56:12

11  consider the potential -- excuse me.  The potential   09:56:14

12  impact on Apple's revenue from any of these possible  09:56:17

13  alternative monetization strategies?                  09:56:21

14      A.  Yes.                                           09:56:25

15          In that each of these strategies interjects   09:56:25

16  either additional cost, uncertainty, or potential     09:56:29

17  penalties to Apple's customer base and, therefore, is 09:56:35

18  not as efficient or as fair as the existing system.   09:56:38

19      Q.  And -- and where do you set forth that        09:56:43

20  quantity- -- that quantified analysis?                09:56:47

21      A.  It is not quantitative; it is -- it is        09:56:51

22  qualitative.  I have not made a calculation of the    09:56:54

23  negative quantitative effect of these strategies.     09:56:58

24      Q.  Or of the positive quantitative effect of     09:57:02

25  any of these strategies; correct?                     09:57:07

```
                                          Page 132
 1          MS. BRASS:  Object to form.              09:57:09
 2          THE WITNESS:  I don't believe, based upon   09:57:09
 3   what I have seen, that any of these strategies would  09:57:12
 4   lead to a net positive for Apple.              09:57:15
 5   BY MR. RIFKIN:                                 09:57:18
 6      Q.  And on what basis do you have that belief?  09:57:23
 7      A.  Understanding the operational distinctions  09:57:29
 8   between each individual strategy and the customer  09:57:33
 9   effect and the comparison to the as-is revenue model  09:57:38
10   and strategy.                                  09:57:44
11      Q.  And that is a qualitative judgment rather  09:57:45
12   than a quantitative assessment; correct?       09:57:49
13      A.  It is a qualitative judgment informed by the  09:57:52
14   actual activity in the marketplace.            09:57:55
15      Q.  But it is not quantitative in any respect;  09:57:57
16   correct?                                       09:58:00
17      A.  It is not a quantitative calculation of the  09:58:00
18   damages that would occur to Apple.             09:58:03
19      Q.  Okay.  So -- so with respect to the strategy  09:58:05
20   that you have identified as a possible alternative  09:58:10
21   monetization strategy in Paragraph 204, did you do  09:58:13
22   anything to try to estimate the -- the prices Apple  09:58:18
23   would charge for all the other economic activity for  09:58:24
24   which it does not presently charge?            09:58:29
25          MS. BRASS:  Object to form.             09:58:32
```

                                                        Page 134

1    BY MR. RIFKIN:                                     10:00:00

2        Q.  Where do you say that in your report --   10:00:01

3        A.  I --                                       10:00:02

4        Q.  -- that the as-is world is competitive?   10:00:03

5        A.  I don't know that that is specifically in my   10:00:06

6    report.  It may be in my report in the Epic case, but   10:00:09

7    it will speak for itself.  I am simply answering your   10:00:12

8    question.                                          10:00:16

9        Q.  Well, in -- in Exhibit 912, do you express   10:00:16

10   an opinion that the as-is world is competitive?    10:00:19

11       A.  I don't recall if it specifically disclosed   10:00:23

12   within this report.  There is, within my work,     10:00:27

13   generally discussion of other app platforms, such as   10:00:32

14   Google and Microsoft and then industry specific    10:00:37

15   gaming platforms, for example.  And I certainly have   10:00:44

16   read a substantial record that describes the       10:00:47

17   competitive nature of that business, including the   10:00:51

18   other expert reports.  But I don't recall whether or   10:00:54

19   not any of that is in Exhibit 912.                 10:00:56

20       Q.  Okay.  What evidence have you seen that    10:00:59

21   Apple is presently considering doing any of the    10:01:09

22   things you mention in Paragraph 204 of Exhibit 912?   10:01:13

23       A.  I don't believe that --                    10:01:19

24           MS. BRASS:  Object to form.                10:01:21

25           THE WITNESS:  I don't believe that Apple is   10:01:21

Page 135

```
 1   currently considering doing any of those things        10:01:23
 2   because of the uncertainty, negative effects, and      10:01:25
 3   challenges associated with executing on that           10:01:30
 4   strategy.  That is only a strategy that they may be    10:01:33
 5   forced to consider if the plaintiffs' equitable        10:01:37
 6   relief is granted.                                     10:01:41
 7   BY MR. RIFKIN:                                         10:01:43
 8       Q.  And -- and what evidence have you seen that    10:01:43
 9   Apple ever, in the past, considered doing any of the   10:01:45
10   things you mention in Paragraph 204?                   10:01:49
11       A.  I don't --                                     10:01:52
12           MS. BRASS:  Object to form.                    10:01:53
13           THE WITNESS:  I don't provide the opinion      10:01:55
14   that they have considered that.  I think, if           10:01:56
15   anything, the record teaches away from the suggestion  10:01:59
16   or the possibility in 204, as well as the other        10:02:01
17   possibilities, because of the efficiency and the       10:02:05
18   fairness of the as-is platform and economic model.     10:02:09
19   BY MR. RIFKIN:                                         10:02:12
20       Q.  What evidence have you seen that Apple         10:02:12
21   intends to consider doing any of the things you        10:02:14
22   mention in Paragraph 204 in the future?                10:02:17
23       A.  I don't present an opinion that Apple is       10:02:21
24   considering these things, and I don't have privy to    10:02:25
25   what they would do or what they have considered if     10:02:30
```

Page 138

```
1        Q.  And -- and you did not do anything to try to    10:21:56

2   do a probability determination for whether prices        10:22:00

3   charged to consumers for applications would increase     10:22:05

4   in the but-for world; correct?                           10:22:09

5        A.  Correct.                                         10:22:12

6            I think the amount of price increase is --       10:22:12

7   cannot be determined based upon the information.          10:22:16

8        Q.  Okay.  You -- you say that:                      10:22:19

9            "As articulated above, developers facing         10:22:24

10           higher upfront costs of development, such as     10:22:28

11           higher annual fees and/or upfront license        10:22:33

12           fees for certain tools/APIs, may respond by      10:22:36

13           increasing application prices or by requiring    10:22:41

14           users to purchase applications that otherwise    10:22:47

15           would have been free."                           10:22:49

16           So the first -- first question is this, and      10:22:51

17   I'm going to ask you about that word may.                10:22:55

18           That too does not imply any probability;         10:22:57

19   correct?                                                 10:23:02

20       A.  Correct.                                         10:23:02

21       Q.  Okay.  And -- and you didn't try to measure      10:23:03

22   the probability that developers facing higher upfront    10:23:05

23   costs would respond by increasing prices for apps or     10:23:10

24   charging for free apps; is that correct?                 10:23:17

25       A.  Correct.                                         10:23:17
```

Page 171

1    STATE OF CALIFORNIA )

                         ) ss.
2    COUNTY OF KERN      )

3

4

5          I, B. Suzanne Hull, a Certified Shorthand

6    Reporter in the State of California, holding

7    Certificate Number 13495, do hereby certify that

8    JAMES EDWARD MALACKOWSKI, the witness named in the

9    foregoing deposition, was by me duly sworn; that said

10   deposition, was taken Tuesday, October 5, 2021, at

11   the time and place set forth on the first page

12   hereof.

13         That upon the taking of the deposition, the

14   words of the witness were written down by me in

15   stenotypy and thereafter transcribed by computer

16   under my supervision; that the foregoing is a true

17   and correct transcript of the testimony given by the

18   witness.

19         Pursuant to Federal Rule 30(e), transcript

20   review was requested.

21         I further certify that I am neither counsel

22   for nor in any way related to any party to said

23   action, nor in any way interested in the result or

24   outcome thereof.

25   ///

Page 172

1          Dated this 6th day of October, 2021, at
2     Bakersfield, California.
3
4
5
6
7
8
9
10
11          B.  Suzanne Hull, CSR No.  13495
12
13
14
15
16
17
18
19
20
21
22
23
24
25