# ATTACHMENT NN

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4    IN RE APPLE iPHONE ANTITRUST   )
      LITIGATION                     )
 5                                   )
                                     )
 6                                   )
      DONALD R. CAMERON, et al.,     )
 7                                   )
               Plaintiffs,           )
 8                                   )
            v.                       ) Case No.
 9                                   ) 4:11-cv- 06715-YGR
      APPLE, INC.,                   )
10                                   )
               Defendant.            )
11                                   )
                                     )
12                                   )
      Plaintiff, Counter-defendant,  )
13                                   )
            v.                       )
14                                   )
      APPLE, INC.,                   )
15                                   )
      Defendant, Counterclaimant.    )
16                                   )
17
                 *** HIGHLY CONFIDENTIAL***
18
                 *** ATTORNEYS' EYES ONLY ***
19
                   REMOTE VIDEO RECORDED
20
                VIDEOCONFERENCE DEPOSITION OF
21
                         ERIC GRAY
22
23
      DATE TAKEN:  FEBRUARY 12, 2021
24    REPORTED BY:  RENEE HARRIS, CSR, CCR, RPR
      JOB NO. 4453978
25    PAGES:  1 - 236
```

Page 174

1            You can answer.
2            THE WITNESS:  I'm not sure about other
3      platforms, but we are aware of times where a
4      direct sale would have a lower price than a
5      sale through the -- through the App Store.
6   BY MR. BYARS:
7       Q.   What do you mean by "direct sale"?
8       A.   Spotify selling themselves through the
9   web directly.
10      Q.   Okay.  Any other examples come to mind?
11      A.   No.
12           MR. SRINIVASAN:  Objection.  Outside the
13      scope.
14  BY MR. BYARS:
15      Q.   What about an iOS app being priced higher
16  than the same app on Apple TV?  Have you heard of
17  that?
18      A.   I don't recall such an instance.
19           MR. BYARS:  Mr. Grant, can you mark 19,
20      please.
21           (Exhibit 533 was received and marked
22           for identification on this date and is
23           attached hereto.)
24           MR. GRANT:  It's loading now.  It's just
25      taking a moment.

Page 175

1    MR. BYARS:  Okay.  Thank you.
2    MR. GRANT:  Should be available now.
3    THE WITNESS:  Okay.
4  BY MR. BYARS:
5    Q.  Have you been able to read it now?
6    A.  Mm-hmm.
7    Q.  Is this an e-mail from Ankit Patel to you
8  and others within Apple dated July 2016?
9    A.  Yeah, to Dave Nano, with several of us on
10 copy.
11   Q.  Thank you.  I would like to you please
12 look at the page ending in 680.
13   A.  Okay.
14   Q.  There's an e-mail in the middle of the
15 page from Brad Berkin.
16       Do you see that?
17   A.  Yes.
18   Q.  And what role did Mr. Berkin have?
19   A.  External reporting.
20   Q.  And what was he involved in externally
21 reporting?
22       MR. SRINIVASAN:  Objection to form.
23       THE WITNESS:  Both -- both sales and
24    trend data provided on a daily basis and --
25    and financial data provided on a monthly

Page 176

1        basis.
2   BY MR. BYARS:
3        Q.   Okay.  And above that, there's an e-mail
4   from Christopher Campbell.
5             Do you see that?
6        A.   Yes.
7        Q.   What role did Mr. Campbell have?
8        A.   He was in business management for the App
9   Store.
10       Q.   And right above that is an e-mail from
11  Kishore Karkera.
12            Do you see that?
13       A.   Yes.
14       Q.   What role did Kishore Karkera have around
15  this time?
16       A.   I don't recall in 2016, but I can give
17  you both of his roles.  He was originally
18  responsible for production support and he later
19  was responsible briefly for App Store commerce.
20       Q.   This e-mail relates to the CBS All Access
21  app; right?
22       A.   Sorry, which e-mail are you referring to?
23       Q.   I meant the whole chain, but we can be
24  more precise.  Specifically, Mr. Campbell's e-mail
25  refers to the CBS All Access app; right?

Page 177

1    A.   Yes.
2    Q.   And he says they get "85/15 on ATV" --
3         That means Apple TV; right?
4    A.   Yes.
5    Q.   -- "and 70/30 on iOS."
6         Does that refer to the commission that
7  CBS All Access was receiving on the Apple TV app
8  versus -- I'm sorry.  Strike that.  I said that
9  incorrectly.
10        Does that refer to the split in revenue
11 between CBS All Access and Apple resulting from
12 the respective condition on the Apple TV app and
13 the iOS app?
14           MR. SRINIVASAN:  Objection.  Form.
15           THE WITNESS:  To be clear, the 15
16      represents Apple's commission, as does the
17      30.
18  BY MR. BYARS:
19    Q.   Okay.  And so the -- then he says, "As a
20 result, they price a dollar higher on iOS to help
21 offset the delta."
22        Do you see that?
23    A.   I do.
24    Q.   So this is an example of a developer
25 pricing higher on iOS than it does on Apple TV;

Page 178

1  right?
2       A.  It is.
3       Q.  Okay.  Are there other examples that you
4  can think of?  I'm sorry, I don't know if I
5  already asked you that.
6       A.  Yeah, I don't -- as I said before, I
7  don't recall --
8       Q.  Okay.
9       A.  -- any examples.
10      Q.  And if you look down at Mr. Berkin's
11 e-mail, he says, "iOS:  $6.99 @ 30% = $4.90."
12          Does the 4.90, does that represent the 70
13 percent of the revenue that CBS All Access would
14 receive from Apple on the sale of that iOS app?
15      A.  Yes.
16      Q.  Okay.  And just to make things clear that
17 I think I've confused, I'm talking about the sale
18 of an app.  This might actually be the sale of a
19 subscription perhaps; right?
20      A.  Yeah, it's -- it's an in-app purchase.
21 CBS All Access sounds like a subscription.
22      Q.  For the things we are discussing, that
23 doesn't seem material; right?
24          MR. SRINIVASAN:  Objection.  Form.
25          THE WITNESS:  I don't know what you mean

Page 236

1     I, RENEE HARRIS, a Certified Shorthand
2  Reporter of the State of California, a Certified
3  Court Reporter for the State of New Jersey, and a
4  Registered Professional Reporter, do hereby
5  certify:
6     That prior to being examined, the witness
7  named in the foregoing deposition was by me duly
8  sworn to testify to tell the truth, the whole
9  truth, and nothing but the truth;
10    That the said deposition was by me recorded
11  stenographically;
12    And the foregoing pages constitute a full,
13  true, complete and correct record of the testimony
14  given by the said witness;
15    That I am a disinterested person, not
16  being in any way interested in the outcome of said
17  action, or connected with, nor related to any of
18  the parties in said action, or to their respective
19  counsel, in any manner whatsoever.

_____

Renee Harris, CSR, CCR, RPR
CA CSR No. 14168,
NJ CRR No. 30XI00241200; RPR