# ATTACHMENT OO

Page 250

** HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY **

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

_____
                                   )
                                   )
IN RE APPLE iPHONE ANTITRUST       ) Civil Action No.
LITIGATION                         ) 4:11-cv-06715YGR
                                   )
                                   )

ZOOM VIDEOTAPED DEPOSITION OF C.K. HAUN
VOLUME II
Palo Alto, California
Thursday, January 14, 2021

Reported by:
LORI M. BARKLEY, CSR No. 6426
PAGES 250 - 348

Page 322

1   to me that security has been a priority for our
2   operating systems from the inception, and that
3   includes iOS.
4        Q.   Okay.  And then reading down on a little bit
5   farther in that very first paragraph, this harkens
6   back to your point about how the desktop environment
7   and the mobile environment are different, the
8   document says (as read):
9            We thought about the security
10           hazards of the desktop environment,
11           and established a new approach to
12           security in the design of iOS.  We
13           developed and incorporated
14           innovative features that tighten
15           mobile security and protect the
16           entire system by default.
17           To the best of your knowledge, was that
18  statement by Apple in September of 2015 correct?
19       A.   Yes.
20       Q.   Okay.  In the next paragraph, the second
21  sentence reads (as read):
22           IOS protects not only the device
23           and its data at rest, but the entire
24           ecosystem, including everything
25           users do locally on networks and

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

Page 323

1       with key internet services.
2       Was that statement correct in September of
3  2015?
4       A.   No.
5       Q.   Okay.  Please tell me how it was not.
6       A.   As a software engineer and technology
7  professional, I am reluctant or unable to ever use
8  words such as "everything" in the context of computer
9  software.
10      Q.   Okay.  Fair enough.  If we take the word
11 "everything" out of that sentence and substitute the
12 word what for it we're going a little more general
13 not quite as expansive, is it your understanding that
14 iOS was intended to protect both the device and its
15 data?
16      A.   Yes.
17      Q.   Okay.  The entire iOS ecosystem, correct?
18      A.   The intent was to protect and secure the
19 entire ecosystem.
20      Q.   Okay.  Let's jump down to the next
21 paragraph.  And we'll get -- we'll go a little faster
22 soon, but in the next paragraph?
23           The document says in the third sentence
24 (as read):
25              Key security features like device

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

Page 324

1           encryption are not configureable so
2           users can't disable them by mistake.
3           Do you see where I've read?
4       A.  Yes.
5       Q.  Was that true in September 2015?
6       A.  Yes.
7       Q.  Was it true for every subsequent release of
8   an iPhone and also every subsequent release of iOS?
9           MS. RICHMAN:  Objection.
10          THE WITNESS:  To the best my knowledge -- to
11  the best of my knowledge, yes.
12  BY MR. RIFKIN:
13      Q.  Yes to both.  Yes for to the iPhone and
14  yes -- let's break them down.
15          Was that statement through to the best of
16  your knowledge for every subsequent release of an
17  iPhone after the first iPhone?
18      A.  Yes.
19      Q.  And also was it true to the best of your
20  knowledge for every subsequent release of iOS?
21      A.  Yes.
22      Q.  Okay.  Let's turn to the next page under the
23  heading System Security.
24      A.  I am on that page.
25      Q.  Okay.  The very first sentence under that

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

Page 348

1  STATE OF CALIFORNIA    ) ss.
2  COUNTY OF LOS ANGELES  )
3
4          I, Lori M. Barkley, CSR No. 6426, do hereby
5  certify:
6          That the foregoing deposition testimony
7  taken before me at the time and place therein set
8  forth and at which time the witness was administered
9  the oath;
10         That the testimony of the witness and all
11 objections made by counsel at the time of the
12 examination were recorded stenographically by me, and
13 were thereafter transcribed under my direction and
14 supervision, and that the foregoing pages contain a
15 full, true and accurate record of all proceedings and
16 testimony to the best of my skill and ability.
17         I further certify that I am neither counsel
18 for any party to said action, nor am I related to any
19 party to said action, nor am I in any way interested
20 in the outcome thereof.
21         IN WITNESS WHEREOF, I have subscribed my
22 name this 14th day of January, 2021.
23
24         _____
25              LORI M. BARKLEY, CSR No. 6426