# ATTACHMENT QQ

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   IN RE APPLE IPHONE
 6   ANTITUST LITIGATION,         Case No. 4:11-cv-06714
                                               YGR
 7   _____
 8
 9
10
11
12
13        ZOOM DEPOSITION OF DANIEL L. McFADDEN
14   (Reported Remotely via Video & Web Videoconference)
15       Berkeley, California (Deponent's location)
16                Friday, November 5, 2021
17                        Volume I
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 4876250
25   PAGES 1 - 245
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   IN RE APPLE IPHONE
 6   ANTITUST LITIGATION,         Case No. 4:11-cv-06714
                                              YGR
 7   _____
 8
 9
10
11
12          DEPOSITION OF DANIEL L. McFADDEN, taken
13   on behalf of the Defendant, with the deponent
14   located in Berkeley, California, commencing at
15   9:02 a.m., Friday, November 5, 2021, remotely
16   reported via Video & Web videoconference before
17   REBECCA L. ROMANO, a Registered Professional
18   Reporter, Certified Shorthand Reporter, Certified
19   Court Reporter.
20
21
22
23
24
25
                                              Page 2
```

```
 1                 APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For the Consumer Plaintiffs:
 5         WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
 6         BY:   THOMAS H. BURT
 7         Attorney at Law
 8         270 Madison Avenue
 9         New York, New York 10016
10         (212) 545-4600
11         burt@whafh.com
12
13    For the Defendant:
14         GIBSON, DUNN & CRUTCHER LLP
15         BY:   DANIEL G. SWANSON
16         Attorney at Law
17         333 South Grand Avenue
18         Los Angeles, California 90071-3197
19         (213) 229-7430
20         dswanson@gibsondunn.com
21
22
23
24
25    /////
```

```
 1   download in the as-is world not to be positive in        11:39:26

 2   the but-for world?

 3           MR. BURT:  Objection.  Form.

 4           THE DEPONENT:  The answer is yes.  Yes,

 5   it does.  I believe that free apps are by and large      11:39:45

 6   brought to the market under a different business

 7   model than -- than paid apps.

 8           MR. SWANSON:  We're getting close to an

 9   hour.  Maybe we're beyond an hour.  Let me just

10   wrap this up, to go back to my hypothetical.             11:40:06

11       Q.  (By Mr. Swanson)  So I understand you

12   take issue with the hypothetical, which is fine.

13   But it's my hypothetical to ask you about.

14           So, again, assume that the actual price

15   is 99 cents.  The as-is world price for a download       11:40:23

16   is 99 cents and the but-for price of that download

17   is minus 84 cents.

18           How would you calculate damage based on

19   those two prices, as-is and but-for?

20           MR. BURT:  Objection.                            11:40:47

21           THE DEPONENT:  And my answer is that in

22   the model that's -- your hypothetical is a logical

23   impossibility.

24       Q.  (By Mr. Swanson)  I understand that you

25   disagree, and you've said that.  It's on the record     11:40:56
```

Page 84

```
 1   now.                                                    11:40:59

 2           But I'm asking you, Professor, a question

 3   that I'm entitled to ask, I believe, is how would

 4   you calculate the damage associated with those two

 5   prices?                                                 11:41:09

 6           MR. BURT:  Objection.  Asked and

 7   answered.

 8           THE DEPONENT:  I believe the hypothetical

 9   is nonsensical, so I have no way to answer it.

10       Q.   (By Mr. Swanson)  You -- you can't do the      11:41:21

11   math on that?

12           MR. BURT:  Objection.

13           THE DEPONENT:  My -- my position is that

14   you've asked a logically inconsistent question and

15   it does not have a logical answer.                      11:41:33

16       Q.   (By Mr. Swanson)  Okay, Professor, but

17   the terrific thing abut being a lawyer is I get to

18   ask the question.

19           So you're telling me as an economist, you

20   can't answer the question of what the damage would      11:41:43

21   be if the actual world price is 99 cents and the

22   but-for world price is minus 84 cents?

23           MR. BURT:  Objection.  Form.

24           THE DEPONENT:  The answer is I can tell

25   you what the damage -- damages would be if the          11:41:57
```

```
 1   concreteness, take the -- the Robux example in            12:11:07

 2   Figure 1.  There would be some pattern of consumers

 3   buying 80, 160, 240, and -- and so forth, and the

 4   way to proceed is -- is under the assumption that

 5   in providing Robux to the Apple Store, what the --        12:11:34

 6   the developer does is look at the cost of providing

 7   whatever package or portfolio of these things is

 8   purchased in the market.  You look at the cost

 9   of -- of that per additional purchase and look at

10   the -- then at the marginal cost of that inferred        12:12:06

11   from the profit maximization equation.

12              And my view on that is

13   that's economically appropriate because that is --

14   that's sort of the scale and -- and what I believe

15   is a reasonable explanation of the -- of the focus       12:12:30

16   and target of -- of a developer.  That is, they --

17   they will concentrate first on the -- the

18   comparison of the price in the marginal cost of the

19   portfolios they have, and behind that they may

20   choose to optimize what are in those portfolios,         12:12:54

21   but -- but that's secondary and not necessary in

22   terms of judging how their overall pricing affects

23   consumers.

24        Q.    Let's take a look at Figure 1 that you

25   were talking about on page 57 of your rebuttal           12:13:13
```

Page 93

```
 1    report.                                              12:13:17
 2            Suppose there's a consumer who's made
 3    only one purchase during the class period and it's
 4    for 80 Robux.  You agree that here in Figure 1, 80
 5    Robux in the real world cost 99 cents, correct?      12:13:27
 6        A.    Correct.
 7        Q.    What is the but-for price that your model
 8    calculates when you're looking at that individual
 9    consumer's injury and damages?
10        A.    The answer is that -- that would be        12:13:58
11    attained by looking in the market at the purchases
12    of Robux at various tranches and forming an average
13    quantity and average price.
14        Q.    Okay.  But what's the but-for price for
15    the individual consumer who only makes the purchase  12:14:22
16    of 99 cents for 80 Robux?  You have to calculate
17    damages for that person, right?
18        A.    That's -- that's correct.  And so what we
19    do, what the code does is takes the average price
20    as-is and but-for, takes the percentage change, and  12:14:43
21    applies that to the 99 cents.
22        Q.    Are you sure of that?
23        A.    Am I -- that is my understanding of what
24    the software does.  That was my instruction.  And I
25    think at some point there was a discussion as to     12:15:03
```

| | | |
|---|---|---|
| 1 | different marginal cost for different items within | 12:26:17 |
| 2 | the IAP portfolio, as illustrated in -- in Figure 1 | |
| 3 | where, depending on how many Robux you buy, the -- | |
| 4 | the implication would be either a negative or a | |
| 5 | positive marginal cost.  That, to me, is not -- is | 12:26:34 |
| 6 | economically nonsensical. | |
| 7 |     Now, as to the -- as to the quote in | |
| 8 | paragraph 138, I have to go back and check as to | |
| 9 | whether the -- the way I did the calculation in the | |
| 10 | version of the software that I am familiar with | 12:26:59 |
| 11 | was, in fact, what was turned over.  I -- that's | |
| 12 | something I have to go back and check. | |
| 13 |     But I -- in my opinion, it's just -- the | |
| 14 | question of economic realism and -- and -- and | |
| 15 | having a sensible approach to this problem, a | 12:27:18 |
| 16 | sensible approach is to think about the -- the | |
| 17 | selling of -- of a cluster of IAP detailed products | |
| 18 | by a -- by a developer.  They would think about | |
| 19 | that in terms of the overall cost and revenue they | |
| 20 | can earn from selling that -- that portfolio. | 12:27:46 |
| 21 |     It -- it does not make sense to talk | |
| 22 | about them doing it on -- on a piece-by-piece | |
| 23 | basis. | |
| 24 |     Q.   Well, Professor, your paragraph 139 says: | |
| 25 | "As evidence to support this criticism" -- | 12:28:04 |

Page 101

| | | |
|---|---|---|
| 1 | Q.   Okay.  Are you referring to the questions | 02:03:03 |
| 2 | I asked you about whether your original report | |
| 3 | calculated IAP prices using the -- what we call the | |
| 4 | dollar method? | |
| 5 | A.   Yes. | 02:03:18 |
| 6 | Q.   And, in fact, your original report did | |
| 7 | use the dollar methodology, correct? | |
| 8 | A.   What's -- what's the case is in the | |
| 9 | original report, damages were calculated using IAP | |
| 10 | average cost and average price per app year.  The | 02:03:35 |
| 11 | econometric model was estimated using IAP | |
| 12 | individual transactions.  The app level -- app | |
| 13 | transaction level data or assumptions were never | |
| 14 | used in -- in any of the calculations actually | |
| 15 | reported in the original report, so the total | 02:04:03 |
| 16 | damage calculation and the percentage had never | |
| 17 | harmed in the original report, did not require that | |
| 18 | and did not use that. | |
| 19 | In my first deposition, I already stated | |
| 20 | in error that it was a percentage adjustment, and | 02:04:27 |
| 21 | then I corrected that in the correction to my | |
| 22 | deposition and said it was -- it was indeed the -- | |
| 23 | a fixed dollar amount adjustment was the one that | |
| 24 | was implicit in the actual damage calculation done | |
| 25 | in the original report. | 02:04:49 |

| | | |
|---|---|---|
| 1 | Now, in the reply report, all the | 02:04:52 |
| 2 | calculations continue to use the dollar method, and | |
| 3 | that's because they were replies to -- to | |
| 4 | Professor Prince's calculations using the dollar | |
| 5 | method. And the statement I made this morning that | 02:05:09 |
| 6 | the percentage method had been implemented, that is | |
| 7 | correct. It has not been implemented in the code | |
| 8 | to this point. | |
| 9 | Now, the percentage method is my proposal | |
| 10 | for the best way to do individual damage | 02:05:26 |
| 11 | calculations, because I believe it is a better | |
| 12 | description of what developers would do in the | |
| 13 | but-for world than the -- the fixed dollar method. | |
| 14 | But at this point, the details of the | |
| 15 | design of the claims process and how that's set up | 02:05:48 |
| 16 | has -- has not yet been completely described, and, | |
| 17 | as I say, my current proposal is that that would be | |
| 18 | done a percentage method rather than a fixed dollar | |
| 19 | method. | |
| 20 | So that's -- that's the -- the | 02:06:09 |
| 21 | correction. I -- I apologize, particularly since I | |
| 22 | already made this mistake once before in the -- in | |
| 23 | the previous deposition. | |
| 24 | It's a -- clearly a difference between | |
| 25 | how I -- how I think about this and what's -- what | 02:06:27 |

```
 1    So if it was $1.99 and they find it in their              03:00:56
 2    interest to go to $1.79, they would do that.
 3         Q.   Did you review the analysis of
 4    Professor Schmalensee where he found that of Google
 5    Play's top 100 paid apps, 83 percent had prices           03:01:10
 6    ending in 99 cents?
 7         A.   I -- I recall that, but I don't recall
 8    the details.
 9         Q.   In your model, where there are no price
10    tier constraints for the but-for world, what              03:01:29
11    percentage of but-for prices that you estimate
12    actually end in 99 cents?
13         A.   Well, I don't -- I don't know, but I
14    would say one out of 100 would be a good guess.
15         Q.   Because it would be random?                     03:01:52
16         A.   Yes.
17         Q.   And none of your models account for the
18    incentive of developers to choose 99 cent price
19    points even absent Apple's price tiers, correct?
20              MR. BURT:  Objection.  Form.                    03:02:08
21              THE DEPONENT:  It is correct that in my
22    model where I do calculations assuming that price
23    tiers are not allowed that I assume they would pick
24    the price that is the maximum profit to them
25    without having to worry about demand being                03:02:35
```

Page 153

```
 1   responsive to whether it's a focal point or not.              03:02:40

 2   And if that's -- that's a phenomenon, I would

 3   expect them to adjust their prices towards focal

 4   points up or down.

 5           MR. SWANSON:  Okay.  We've gone for an                 03:03:00

 6   hour, I think, so why don't we take a brief break

 7   at this point.

 8           THE VIDEOGRAPHER:  We're going off the

 9   record at 3:03 p.m.  This is the end of media 4.

10           (Recess taken.)                                        03:03:26

11           THE VIDEOGRAPHER:  We're on the record at

12   3:13 p.m.  This is the beginning of media 5 in the

13   deposition of Daniel McFadden.

14       Q.  (By Mr. Swanson)  Professor, when we came

15   back from the last break and you offered up some               03:13:33

16   corrections, were you reading from anything?

17       A.  I made myself notes, yes, and I referred

18   to those as I spoke to you.

19       Q.  Okay.

20           MR. SWANSON:  I'd like to have those                   03:13:47

21   marked as a exhibit in the deposition, so can you

22   please preserve those.

23           THE DEPONENT:  Very well.

24           MR. SWANSON:  Okay.

25           Mr. Burt, will you undertake to have that              03:13:58
```

Page 154

| | | |
|---|---|---|
| 1 | amount to in any case.  That's -- that's | 03:59:17 |
| 2 | information that came after the day I filed my | |
| 3 | reply report, so I have not relied on that in any | |
| 4 | way. | |
| 5 |          And -- and I think the -- the details of | 03:59:26 |
| 6 | what that amounts to would influence whether or not | |
| 7 | it would be appropriate to include in a benchmark. | |
| 8 | I -- as you are aware, in my original report -- | |
| 9 | report, I excluded the Google Play Store because | |
| 10 | they themselves are under some antitrust scrutiny. | 03:59:48 |
| 11 |     Q.   (By Mr. Swanson)  But given this | |
| 12 | announcement, you are reserving the right to take | |
| 13 | them into account if they lower some commission | |
| 14 | down to 15 percent? | |
| 15 |     A.   I think that the question is not so much | 04:00:07 |
| 16 | that as to what's -- what's happening in the -- in | |
| 17 | this market, and I think the market itself is | |
| 18 | evolving in response to competitive pressure.  And | |
| 19 | we've seen responses with -- with the lowering of | |
| 20 | rates by some of these rivals already.  We now see | 04:00:27 |
| 21 | a response from Google which could be interpreted | |
| 22 | as -- as a competitive response as well. | |
| 23 |          It not surprise me to see some of the | |
| 24 | satellite stores that provide Android apps to | |
| 25 | follow Google's pricing. | 04:00:47 |

| | | |
|---|---|---|
| 1 | Q.   And Google is not a -- a PC competitor? | 04:00:50 |
| 2 | Google Play is not a PC competitor, is it? | |
| 3 | A.   Google Play is -- is an -- yes, it's a | |
| 4 | competitor in -- for that operating system, in the | |
| 5 | Android operating system. | 04:01:19 |
| 6 | Q.   And your view is that the iOS App Store | |
| 7 | does not compete with Google Play or any of the | |
| 8 | Android app stores, correct? | |
| 9 | A.   My -- my view is that the -- the iOS | |
| 10 | App Store or Apple Store has -- has exclusive | 04:01:45 |
| 11 | distribution control of the app -- of the iOS app | |
| 12 | market after -- and I call it an aftermarket. | |
| 13 | And -- and Google and its satellite | |
| 14 | rivals have control of the Android app market. | |
| 15 | Q.   Are you aware of the evidence showing | 04:02:21 |
| 16 | that the Epic Games store is operating at a | |
| 17 | substantial loss? | |
| 18 | A.   I'm -- I'm aware of -- some of the | |
| 19 | information about Epic that came out in their -- in | |
| 20 | their trial.  And of course I have access to some | 04:02:42 |
| 21 | Apple cost data which I have used in my study.  And | |
| 22 | my understanding from -- from the trial record and | |
| 23 | from the data I have is that Epic has engaged in | |
| 24 | paying developers to obtain the exclusive | |
| 25 | distribution rights and that they are not losing | 04:03:05 |

| | | |
|---|---|---|
| 1 | money on operating, but they are showing losses | 04:03:12 |
| 2 | in -- overall in terms of their long-run investment | |
| 3 | in -- in building their market share. | |
| 4 | Q.   And you have studied their operating | |
| 5 | margin.  Can you tell me what it is? | 04:03:30 |
| 6 | A.   I have information, I believe, in my | |
| 7 | original report, but I can't remember it now. | |
| 8 | Q.   In the but-for world, is it your opinion | |
| 9 | that no consumers would transact through the | |
| 10 | App Store if the App Store charged a higher | 04:03:49 |
| 11 | commission rate than other iOS stores? | |
| 12 | A.   I have not offered an opinion on that.  I | |
| 13 | would say it's a matter of general economics.  I | |
| 14 | would expect consumers to be somewhat heter- -- | |
| 15 | heterogenous in their tastes for what -- for what | 04:04:16 |
| 16 | they look for and how they would react -- in -- in | |
| 17 | a but-for market would depend a great deal on what | |
| 18 | the actual characteristics of -- of -- of rivals | |
| 19 | might be.  And I think that the -- that the -- your | |
| 20 | hypothetical is speculative.  If -- if consumers | 04:04:45 |
| 21 | are fairly responsive in moving to distribution | |
| 22 | channels, that gives them the best price, and | |
| 23 | they're satisfied that other dimensions are also | |
| 24 | satisfied, then that puts a lot of competitive | |
| 25 | pressure on Apple to adjust their prices to keep -- | 04:05:05 |

```
 1         I, Rebecca L. Romano, a Registered
 2   Professional Reporter, Certified Shorthand
 3   Reporter, Certified Court Reporter, do hereby
 4   certify:
 5         That the foregoing proceedings were taken
 6   before me remotely at the time and place herein set
 7   forth; that any deponents in the foregoing
 8   proceedings, prior to testifying, were administered
 9   an oath; that a record of the proceedings was made
10   by me using machine shorthand which was thereafter
11   transcribed under my direction; that the foregoing
12   transcript is true record of the testimony given.
13         Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [X] was not requested.
17         I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated: 11/8/2021
23
24                    _____
                          Rebecca L. Romano, RPR, CCR
25                                  CSR. No 12546
```

Page 243