THEODORE J. BOUTROUS JR., SBN 132099
    tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
    rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
    dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
    jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

VERONICA S. LEWIS (Texas Bar No. 24000092;
appearance *pro hac vice*)
    vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:     214.698.3100
Facsimile:     214.571.2900

MARK A. PERRY, SBN 212532
    mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
    crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile:   202.467.0539

ETHAN D. DETTMER, SBN 196046
    edettmer@gibsondunn.com
ELI M. LAZARUS, SBN 284082
    elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | CASE NO. 4:11-cv-06714-YGR<br><br>**NOTICE OF WITHDRAWAL OF MARK A. PERRY**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Mark A. Perry hereby withdraws as attorney of record for Defendant Apple Inc. in this action.  Mr. Perry is no longer affiliated with Gibson, Dunn & Crutcher LLP.

Counsel of record for Apple otherwise remains the same.

DATED:  May 9, 2022

Formerly of
GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Mark A. Perry
            Mark A. Perry

*Attorney for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2022, the foregoing **NOTICE OF WITHDRAWAL** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED:  May 9, 2022

By:   _/s/ Mark A. Perry_
　　　　Mark A. Perry

*Attorney for Defendant Apple Inc.*