BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
| | **DECLARATION OF MINJAE SONG IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER MODIFYING THE BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | Hon. Yvonne Gonzalez Rogers |

**DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO L.R. 79-5(b)**
**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

1    I, Minjae Song, declare as follows:

2    1.    I am a Principal of The Brattle Group.  I have worked with Professor Daniel

3    McFadden on this engagement by counsel for Plaintiffs.  My work in the case includes overseeing

4    the data analysis performed by Brattle and reviewing the data and data analysis performed by

5    Apple's experts.

6    2.    I submit this declaration in support of the Administrative Motion for an Order

7    Modifying the Briefing and Hearing Schedule on Plaintiffs' Motion for Class Certification.

8    3.    On July 11, 2022, Apple made a third production of 3.5 terabytes of App Store

9    transactions data, covering the period April 3, 2020 through April 25, 2022. Until this production,

10   we had been working with 26.4 terabytes of App Store data covering transactions from July 2008

11   through April 2021. In its transmittal letter, Apple's counsel instructed that, "███████████

12   ████████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████████

14   ████."

15   4.    Given this instruction, we need to replace the transactions covering the period April

16   3, 2020 through April 2021 with those included in Apple's third production and add new

17   transactions covering the period April 2021 through April 2022. Although the third production is

18   relatively small compared to the data we have been working with, the computing tasks we must

19   undertake to prepare the data for model estimation and damages calculations will take significant

20   time.

21   5.    When we add new transactions, such as those for April 2020, we need to assess

22   whether these new transactions affect transactions in the prior periods. For example, suppose an

23   Apple ID purchased an app in February 2020 but the purchase was refunded in April 2020. Without

24   the April 2020 data, we would treat the February 2020 transaction as an app purchase. But because

25   the April 2020 data shows a refund associated with that purchase, we need to adjust the February

26   2020 transaction to reflect this refund. For this reason, and for other more technical reasons, we

27   need to process not only the new transactions data but also the transactions data we already have.

28

1  In other words, Apple's third production of App Store data, despite its relative small size, puts us

2  back at the first step of the data processing for all the transactions data covering the period July

3  2008 through April 2022.

4        6.     Apple's belated production of replacement App Store data will delay our work by

5  several weeks. As explained above, all the three data productions need to be combined to cover

6  the whole Class period. The combined data, which will be approximately 30 terabytes, needs to be

7  re-processed before it can be used to estimate the model and update the damages calculations. We

8  estimate that it will take ten to fifteen days just to merge the new production to the previous

9  productions and to prepare samples for model estimation. It will then take an additional four to

10  five weeks to complete all the analyses and calculations to address the issues identified in Court's

11  March 29, 2022 Order Denying Plaintiffs' Motion for Class Certification Without Prejudice (ECF

12  No. 630). It took us more than four weeks to complete all the calculations needed to support the

13  upcoming supplemental motion with the data that combined the first two productions, which was

14  26 terabytes. Most of this time is computer processing time and cannot be shortened. We are

15  using high-end cloud computing resources. We are currently using cloud servers with 7500 DWUs,

16  the maximum DWUs available at The Brattle Group right now.[1] These time estimates do not

17  account for unforeseen data or computing issues we may encounter.

18        7.     Therefore, we need an additional sixty days to complete our work and prepare an

19  expert report in support of Plaintiffs' motion for class certification.

20       I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.  Executed this 23rd day of July 2022 in Washington, DC.

22

23                           MINJAE SONG

24

25

26  28573

27      [1]   A DWU is a unit measuring computing performance.

28  DECLARATION OF MINJAE SONG IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER
MODIFYING BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-2-