BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR

1  Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence
2  (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and
3  through their respective counsel, hereby agree as follows:
4  WHEREAS, on July 23, 2022, Plaintiffs filed an Administrative Motion for an Order
5  Modifying the Briefing and Hearing Schedule on Plaintiffs' Motion for Class Certification (ECF
6  No. 653) (the "Admin. Motion"), which Apple opposed on July 27, 2022 (ECF No. 655);
7  WHEREAS, on August 8, 2022, the Court, via electronic mail to the parties, stated in part
8  regarding the Admin. Motion: "The Court is inclined to extend plaintiffs' deadline to file their
9  motion by 30 days. Given the holidays, the parties are ordered to meet and confer regarding a
10 briefing schedule for the opposition and reply brief. The parties shall file a stipulation outlining
11 the agreed upon dates by Thursday, August 11;
12 WHEREAS, the parties have met and conferred as directed and have come to agreement
13 on a briefing schedule for the opposition and reply brief;
14 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties,
15 through their respective counsel and subject to the approval of the Court, to the entry of an Order
16 modifying the schedule as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Second Class Certification Motion and Supporting Expert Evidence | August 26, 2022 | September 26, 2022 |
| Second Class Certification Opposition and Supporting Expert Evidence | December 2, 2022 | January 13, 2023 |
| Second Class Certification Reply and Rebuttal Evidence | January 20, 2023 | March 3, 2023 |
| Hearing on Second Class Certification Motion | March 1, 2023 at 2:00 pm (in-person) | April 4, 2023 at 2:00 p.m. (in-person) or at the Court's convenience |
| Deadline to Complete Fact Discovery | 60 days after decision on class certification | Same |
| Last Discovery Motions Filed | 30 days before closure of fact discovery | Same |
| Parties' Expert Reports | 60 days after decision on class certification | Same |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-1-

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Rebuttal Expert Reports | 45 days after submission of initial expert reports | Same |
| Expert Discovery Cutoff | 30 days after submission of rebuttal expert reports | Same |
| Dispositive/*Daubert* Motions | 45 days after the close of expert discovery | Same |
| Dispositive/*Daubert* Oppositions | 45 days after opening brief is filed | Same |
| Dispositive/*Daubert* Replies | 30 days after opposition brief is filed | Same |

DATED:  August 10, 2022           **WOLF HALDENSTEIN ADLER**
                                   **FREEMAN & HERZ LLP**

                         By:        */s/ Rachele R. Byrd*
                                     RACHELE R. BYRD

                                   BETSY C. MANIFOLD (182450)
                                   RACHELE R. BYRD (190634)
                                   750 B Street, Suite 1820
                                   San Diego, CA 92101
                                   Telephone:  619/239-4599
                                   Facsimile:   619/234-4599

                                   MARK C. RIFKIN (*pro hac vice*)
                                   MATTHEW M. GUINEY (*pro hac vice*)
                                   THOMAS H. BURT (*pro hac vice*)
                                   **WOLF HALDENSTEIN ADLER**
                                    **FREEMAN & HERZ LLP**
                                   270 Madison Avenue
                                   New York, New York 10016
                                   Telephone:  212/545-4600
                                   Facsimile:   212/545-4677

                                   *Interim Class Counsel for Plaintiffs*

                                   DAVID C. FREDERICK (*pro hac vice*)
                                   AARON M. PANNER (*pro hac vice*)
                                   **KELLOGG, HANSEN, TODD, FIGEL &**
                                    **FREDERICK, P.L.L.C.**
                                   1615 M Street, N.W., Suite 400
                                   Washington, D.C.  20036
                                   Telephone: (202) 326-7900
                                   Facsimile: (202) 326-7999
                                   dfrederick@kellogghansen.com
                                   apanner@kellogghansen.com

                                   *Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR

DATED:  August 10, 2021  **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Cynthia E. Richman*
       CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Richard J. Doren (124666)
rdoren@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
Jay P. Srinivasan (181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Veronica S. Moyé (*pro hac vice*)
vmoye@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

Ethan D. Dettmer (196046)
edettmer@gibsondunn.com
Rachel S. Brass (219301)
rbrass@gibsondunn.com
Caeli A. Higney (268644)
chigney@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR

-3-

**ATTESTATION OF CONCURRENCE**

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

DATED: August 10, 2022

*/s/ Rachele R. Byrd*
RACHELE R. BYRD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 12, 2022

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

28615v2

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-4-