1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
3  750 B Street, Suite 1820
   San Diego, CA  92101
4  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
5  manifold@whafh.com
   byrd@whafh.com
6

7  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY (*pro hac vice*)
8  THOMAS H. BURT (*pro hac vice*)
   **WOLF HALDENSTEIN ADLER**
9    **FREEMAN & HERZ LLP**
   270 Madison Ave
10 New York, NY 10016
   Telephone: (212) 545-4600
11 Facsimile: (212) 686-0114
   rifkin@whafh.com
12 guiney@whafh.com
   burt@whafh.com
13

   *Interim Class Counsel and Proposed Co-Class Counsel*
14
   [Additional Counsel Appear on Signature Page]
15
                    UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17
                         OAKLAND DIVISION
18

19 IN RE APPLE IPHONE ANTITRUST        No. 4:11-cv-06714-YGR
   LITIGATION
20                                     **PLAINTIFFS' INTERIM**
                                       **ADMINISTRATIVE MOTION TO**
21                                     **CONSIDER WHETHER ANOTHER**
                                       **PARTY'S MATERIAL SHOULD BE**
22                                     **SEALED IN PORTIONS OF**
                                       **PLAINTIFFS' NOTICE OF ERRATA**
23                                     **REGARDING EXPERT REPORT OF**
                                       **ROSA M. ABRANTES-METZ, PH.D. [ECF**
24                                     **NO. 666-2]**

25                                     CTROOM:    1, 4th Floor
26                                     JUDGE:     Hon. Yvonne Gonzalez Rogers

27

28

---

PLAINTIFFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED IN PORTIONS OF PLAINTIFFS' NTC. OF ERRATA REGARDING EXPERT
REPORT OF ROSA M. ABRANTES-METZ [ECF NO. 666-2]
Case No. 11-cv-06714-YGR

1    Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence

2 ("Plaintiffs") submit this Interim Administrative Motion to Consider Whether Another Party's

3 Material Should Be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying

4 Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

5    Plaintiffs move to seal portions of Plaintiffs' Notice of Errata Regarding Expert Report of

6 Rosa M. Abrantes-Metz, Ph.D. [ECF No. 666-2].  The reasons for sealing will be discussed in a

7 forthcoming omnibus sealing motion, to be filed jointly by the parties and any affected third parties

8 "within 14 days after the conclusion of briefing on the underlying motion or filing (including any

9 associated filings such as *Daubert* motions or motions to strike)."  Stipulation, ECF No. 664 at 2.

10    Because third parties do not have access to materials filed under seal in this matter,

11 Plaintiffs will "(1) notify[] each affected third party regarding any of its confidential information

12 that has been filed under seal and (2) solicit[] each affected third party's request(s) for sealing or

13 waiver(s) of confidentiality for inclusion in the omnibus sealing motion." *Id*.

14

15 DATED: November 8, 2022            **WOLF HALDENSTEIN ADLER
                                       FREEMAN & HERZ LLP**

16
                                    By:  */s/ Rachele R. Byrd*
17                                  BETSY C. MANIFOLD
                                    RACHELE R. BYRD
18                                  750 B Street, Suite 1820
                                    San Diego, CA 92101
19                                  Telephone: (619) 239-4599
                                    Facsimile: (619) 234-4599
20                                  manifold@whafh.com
                                    byrd@whafh.com
21
                                    MARK C. RIFKIN
22                                  MATTHEW M. GUINEY
                                    THOMAS H. BURT
23                                  **WOLF HALDENSTEIN ADLER
                                      FREEMAN & HERZ LLP**
24                                  270 Madison Ave
                                    New York, NY 10016
25                                  Telephone: (212) 545-4600
                                    Facsimile: (212) 686-0114
26                                  rifkin@whafh.com
                                    guiney@whafh.com
27                                  burt@whafh.com

28

1

*Interim Class Counsel and Proposed Co-Class Counsel*

2

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)

3

DANIEL V. DORRIS
**KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.**

4

1615 M Street, N.W., Suite 400
Washington, D.C. 20036

5

Telephone: (202) 326-7900
Facsimile: (202) 326-7999

6

dfrederick@kellogghansen.com
apanner@kellogghansen.com

7

ddorris@kellogghansen.com

8

9

*Counsel for Plaintiffs and Proposed
Co-Class Counsel*

10

**CALCATERRA POLLACK LLP**

11

MICHAEL LISKOW
mliskow@calcaterrapollack.com

12

1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803

13

Telephone: (212) 899-1761
Facsimile: (332) 206-2073

14

15

*Counsel for Plaintiff Robert Pepper*

16

17

18

19

20   28883

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED IN PORTIONS OF PLAINTIFFS' NTC. OF ERRATA REGARDING EXPERT
REPORT OF ROSA M. ABRANTES-METZ [ECF NO. 666-2]
Case No. 11-cv-06714-YGR

-2-