THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYE (Texas Bar No. 24000092; *pro hac vice*)
vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers |

Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on August 10, 2022, the Parties filed a joint Stipulation and [Proposed] Order Modifying the Briefing and Hearing Schedule On Plaintiffs' Motion for Class Certification (the "Stipulation") (ECF No. 658);

WHEREAS, on August 12, 2022, the Court entered the Stipulation, which extended certain deadlines relating to Plaintiffs' Second Class Certification Motion (ECF No. 659);

WHEREAS, on September 26, 2022, Plaintiffs filed their Second Class Certification Motion and supporting documents, which included the Supplemental Report of Daniel L. McFadden (ECF No. 666-3);

WHEREAS, on December 1, 2022, counsel for Plaintiffs emailed counsel for Apple, informing Apple that (1) Professor McFadden's support team at The Brattle Group had used inconsistent data-processing approaches to handling genre classifications in the App Store transactions data produced by Apple; and (2) because of a coding issue, Professor McFadden and The Brattle Group did not calculate the standard errors of coefficients using 150 results as stated in Professor McFadden's Supplemental Report, and that, as a result, Plaintiffs intended to provide Apple with recalculated standard errors;

WHEREAS, on December 1, 2022, counsel for Plaintiffs provided Apple's counsel with certain calculations from Professor McFadden's Supplemental Report, revised to account for the genre-classification issue;

WHEREAS, on December 5, 2022, Professor McFadden testified at deposition that it could "take weeks" to recalculate the standard errors of his coefficients, and that, as a result, certain of the conclusions in his Supplemental Report must be "h[e]ld in abeyance pending recalculation";

WHEREAS, on December 7, 2022, the Parties met and conferred, and counsel for Plaintiffs informed counsel for Apple that the current estimate for delivering the revised standard error calculations to Apple was December 30, but that it was possible the calculations would not be

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-1-

complete until a later date;

WHEREAS, counsel for Plaintiffs has also informed counsel for Apple that Plaintiffs expect to submit a revised report or errata from Professor McFadden to the Court following completion of the revised calculations;

WHEREAS, the Parties have agreed that any changes to Professor McFadden's report will be confined exclusively to revising calculations to account for the issues described in Plaintiffs' December 1, 2022, email, and that no other changes shall be permitted;

WHEREAS, Plaintiffs have agreed to offer Professor McFadden for a supplemental deposition following Apple's receipt of his revised calculations;

WHEREAS, it will take considerable time and computing power for Apple's experts to process the revised data and calculations from Professor McFadden and incorporate those data and calculations into their own work to ensure that the Court is provided with accurate information regarding Professor McFadden's model;

WHEREAS, the Court has specifically requested that "the model's confidence level … should be clarified" during this round of class certification briefing (ECF No. 630 at 13 n.10);

WHEREAS, the Parties agree that in the event Plaintiffs do not provide the recalculated standard errors by the estimated date of December 30, 2022, Plaintiffs will not object to making additional reasonable adjustments to the briefing and hearing schedule in order for Apple and its experts to incorporate Professor McFadden's revised calculations into their work;

WHEREAS, Apple reserves all rights to oppose Plaintiffs' Second Class Certification Motion on any basis and does not waive any objection to the admissibility of Professor McFadden's Supplemental Report and any revisions thereto;

WHEREAS, in light of these factors, the parties have met and conferred and come to agreement on a modified briefing schedule for the opposition and reply brief;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, to the entry of an Order modifying the schedule as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Second Class Certification Opposition and Supporting Expert Evidence | January 13, 2023 | March 10, 2023 |
| Second Class Certification Reply and Rebuttal Evidence | March 3, 2023 | April 28, 2023 |
| Hearing on Second Class Certification Motion | April 4, 2023 at 2:00 p.m. (in-person) or at the Court's convenience | June 20, 2023 at 2:00 p.m. (in-person) or at the Court's convenience |
| Deadline to Complete Fact Discovery | 60 days after decision on class certification | Same |
| Last Discovery Motions Filed | 30 days before closure of fact discovery | Same |
| Parties' Expert Reports | 60 days after decision on class certification | Same |
| Rebuttal Expert Reports | 45 days after submission of initial expert reports | Same |
| Expert Discovery Cutoff | 30 days after submission of rebuttal expert reports | Same |
| Dispositive/*Daubert* Motions | 45 days after the close of expert discovery | Same |
| Dispositive/*Daubert* Oppositions | 45 days after opening brief is filed | Same |
| Dispositive/*Daubert* Replies | 30 days after opposition brief is filed | Same |

DATED:  December 19, 2022

**GIBSON, DUNN & CRUTCHER LLP**

By:  *s/ Cynthia E. Richman*
        CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Richard J. Doren (124666)
rdoren@gibsondunn.com

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR

Daniel G. Swanson (116556)
dswanson@gibsondunn.com
Jay P. Srinivasan (181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Veronica S. Moyé (*pro hac vice*)
vmoye@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

Ethan D. Dettmer (196046)
edettmer@gibsondunn.com
Rachel S. Brass (219301)
rbrass@gibsondunn.com
Caeli A. Higney (268644)
chigney@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
           RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-4-

**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

*Interim Class Counsel for Plaintiffs*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com

*Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 19, 2022

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-5-