```
 1  BETSY C. MANIFOLD (182450)
    RACHELE R. BYRD (190634)
 2  **WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP**
 3  750 B Street, Suite 1820
    San Diego, CA  92101
 4  Telephone: (619) 239-4599
    Facsimile: (619) 234-4599
 5  manifold@whafh.com
    byrd@whafh.com
 6
    MARK C. RIFKIN (*pro hac vice*)
 7  MATTHEW M. GUINEY (*pro hac vice*)
    THOMAS H. BURT (*pro hac vice*)
 8  **WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP**
 9  270 Madison Ave
    New York, NY 10016
10  Telephone: (212) 545-4600
    Facsimile: (212) 686-0114
11  rifkin@whafh.com
    guiney@whafh.com
12  burt@whafh.com
13
    *Interim Class Counsel and Proposed Co-Class Counsel*
14
    [Additional Counsel Appear on Signature Page]
15
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[REDACTED PUBLIC VERSION OF DOCUMENT SOUGHT TO BE SEALED]**<br><br>**PLAINTIFFS' NOTICE OF FILING OF REVISED SUPPLEMENTAL EXPERT REPORT OF DANIEL L. MCFADDEN** |

**DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO L.R. 79-5(b)**

PLAINTIFFS' NOTICE OF FILING OF REVISED SUPPLEMENTAL
EXPERT REPORT OF DANIEL L. MCFADDEN
Case No. 11-cv-06714-YGR

1    TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward

3  W. Hayter, and Edward Lawrence ("Plaintiffs") hereby file, as **Exhibit A** hereto, a Revised

4  Supplemental Expert Report of Daniel L. McFadden in Support of Plaintiffs' Renewed Motion for

5  Class Certification (ECF No. 666-3).

6    The revisions made to the Supplemental Expert Report are denoted in the attached revised

7  report with highlighting. Green highlights indicate the changes Prof. McFadden made to his

8  Supplemental Expert Report based on his updated calculations, and blue highlights indicate

9  corrections previously as reflected in the Notice of Errata Plaintiffs filed on November 8, 2022

10 (ECF No. 671). Finally, the gray highlight in Appendix B corrects a typo in a book title.

11 DATED: December 30, 2022            **WOLF HALDENSTEIN ADLER**
                                        **FREEMAN & HERZ LLP**
12
                                       By:    */s/ Rachele R. Byrd*
13                                     BETSY C. MANIFOLD
                                       RACHELE R. BYRD
14                                     750 B Street, Suite 1820
                                       San Diego, CA 92101
15                                     Telephone: (619) 239-4599
                                       Facsimile: (619) 234-4599
16                                     manifold@whafh.com
                                       byrd@whafh.com
17
                                       MARK C. RIFKIN
18                                     MATTHEW M. GUINEY
                                       THOMAS H. BURT
19                                     **WOLF HALDENSTEIN ADLER**
                                        **FREEMAN & HERZ LLP**
20                                     270 Madison Ave
                                       New York, NY 10016
21                                     Telephone: (212) 545-4600
                                       Facsimile: (212) 686-0114
22                                     rifkin@whafh.com
                                       guiney@whafh.com
23                                     burt@whafh.com

24
                                       *Interim Class Counsel and Proposed Co-Class*
25                                     *Counsel*

26
                                       DAVID C. FREDERICK (*pro hac vice*)
27                                     AARON M. PANNER (*pro hac vice*)
                                       DANIEL V. DORRIS
28                                     **KELLOGG, HANSEN, TODD, FIGEL &**
                                         **FREDERICK, P.L.L.C.**

PLAINTIFFS' NOTICE OF FILING OF REVISED SUPPLEMENTAL
EXPERT REPORT OF DANIEL L. MCFADDEN
Case No. 11-cv-06714-YGR
-1-

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com

*Counsel for Plaintiffs and Proposed
Co-Class Counsel*

**CALCATERRA POLLACK LLP**
MICHAEL LISKOW
mliskow@calcaterrapollack.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761
Facsimile: (332) 206-2073

*Counsel for Plaintiff Robert Pepper*

29040

# EXHIBIT FILED UNDER SEAL

# EXHIBIT A