BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**<br><br>**PLAINTIFFS' NOTICE OF FILING OF SECOND REVISED SUPPLEMENTAL EXPERT REPORT OF DANIEL L. MCFADDEN** |

**DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO L.R. 79-5(b)**

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward
3  W. Hayter, and Edward Lawrence ("Plaintiffs") hereby file, as **Exhibit A** hereto, a Second Revised
4  Supplemental Expert Report of Daniel L. McFadden in Support of Plaintiffs' Renewed Motion for
5  Class Certification (ECF No. 666-3).

6  The revisions made to the Supplemental Expert Report filed on September 26, 2022 are
7  denoted in the attached revised report with highlighting. Green highlights indicate the changes
8  Prof. McFadden made to his September 26, 2022 Supplemental Expert Report based on his
9  updated calculations, and blue highlights indicate corrections previously made as reflected in the
10 Notice of Errata Plaintiffs filed on November 8, 2022 (ECF No. 671). Finally, the gray highlight
11 in Appendix B corrects a typo in a book title.

12 DATED: January 19, 2023

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
BETSY C. MANIFOLD
RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
DANIEL V. DORRIS

PLAINTIFFS' NOTICE OF FILING OF SECOND REVISED SUPPLEMENTAL
EXPERT REPORT OF DANIEL L. MCFADDEN
Case No. 11-cv-06714-YGR
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
ddorris@kellogghansen.com

*Counsel for Plaintiffs and Proposed Co-Class Counsel*

**CALCATERRA POLLACK LLP**
MICHAEL LISKOW
mliskow@calcaterrapollack.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761
Facsimile: (332) 206-2073

*Counsel for Plaintiff Robert Pepper*

29111

---

PLAINTIFFS' NOTICE OF FILING OF SECOND REVISED SUPPLEMENTAL
EXPERT REPORT OF DANIEL L. MCFADDEN
Case No. 11-cv-06714-YGR

-2-

**EXHIBIT FILED UNDER SEAL**

**EXHIBIT A**