THEODORE J. BOUTROUS JR., SBN 132099
  TBoutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  DSwanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY (SBN 268644)
  CHigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; pro hac vice)
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; pro hac vice)
  hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

**Attorneys for Defendant APPLE INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Apple iPhone Antitrust Litigation | CASE NO. 4:11-cv-06714-YGR<br><br>**DECLARATION OF CAELI A. HIGNEY IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN AND DR. ROSA ABRANTES-METZ**<br><br>Date:  June 23, 2023<br>Time:  10:00 AM<br>Courtroom:1, 4th Floor |
|---|---|

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple" in this case). I submit this declaration in support of Apple's Opposition to Plaintiffs' Renewed Motion for Class Certification and Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report and Declaration of Lorin M. Hitt, Ph. D.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report and Declaration of Richard Schmalensee, Ph.D.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report and Declaration of Jeffrey T. Prince, Ph.D.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report and Declaration of Mark Watson, Ph.D.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report and Declaration of Jonah Berger, Ph.D.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report and Declaration of Itamar Simonson, Ph.D.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report and Declaration of James E. Malackowski.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report and Declaration of Aviel D. Rubin, Ph.D.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the December 5, 2022 deposition of Daniel L. McFadden, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz, and submits his testimony in support of the Motion and, to the extent his opinions are found admissible, for purposes of impeachment. By submitting the transcript of his deposition testimony

herewith, however, Apple does not concede that McFadden's deposition testimony or the opinions in his expert report constitute admissible evidence.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of the February 17, 2023 deposition of Daniel L. McFadden, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz, and submits his testimony in support of the Motion and, to the extent his opinions are found admissible, for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Apple does not concede that McFadden's deposition testimony or the opinions in his expert report constitute admissible evidence.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of the December 15, 2022 deposition of Rosa Abrantes-Metz, noticed and taken in this matter. Apple files herewith a *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz, and submits her testimony in support of the Motion and, to the extent her opinions are found admissible, for purposes of impeachment. By submitting the transcript of her deposition testimony herewith, however, Apple does not concede that Abrantes-Metz's deposition testimony or the opinions in her expert report constitute admissible evidence.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an article titled Rosa M. Abrantes-Metz et al., *Understanding the Economics of Platforms*, *Antitrust*, Vol. 36, No. 1 (Fall 2021), A.B.A.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Brief in Opposition for Respondents, filed in *StarKist Co., et al., v. Olean Wholesale Grocery Cooperative, Inc., et al.*, No. 22-131 (S. Ct. Oct. 11, 2022).

15. Attached hereto as **Exhibit 14** is a true and correct copy of the redacted public version of the Federal Trade Commission's Administrative Complaint in *In the Matter of Microsoft Corp. and Activision Blizzard, Inc.*, FTC Matter No. 2210077 (Dec. 8, 2022).

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the April 11, 2022, case management conference in *In re Apple iPhone Antitrust Litigation*, No. 11-cv-

6714-YGR (N.D. Cal. Apr. 11, 2022).

17. Attached here as **Exhibit 16** is a true and correct copy of Daniel L. McFadden, *Experiments, Sampling, and Statistical Decisions*, available at https://eml.berkeley.edu/~mcfadden/e240a_sp98/Chap5.pdf (accessed on March 8, 2023).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 10, 2023 at Orlando, Florida.

By: ___*/s/ Caeli A. Higney*___