BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S *DAUBERT* MOTION**<br><br>Hon. Yvonne Gonzalez Rogers |

1  Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence
2  (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and
3  through their respective counsel, hereby agree as follows:

4  WHEREAS, on September 26, 2022, Plaintiffs filed a Renewed Motion for Class
5  Certification (ECF No. 665, 683);

6  WHEREAS, the hearing on Plaintiffs' Renewed Motion for Class Certification is currently
7  set for June 23, 2023;

8  WHEREAS, on March 10, 2023, Apple filed its Opposition to Plaintiffs' Renewed Motion
9  for Class Certification (ECF No. 689) and a *Daubert* Motion to Exclude the Testimony of
10 Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz (ECF No. 310) (the "*Daubert*
11 Motion");

12 WHEREAS, the *Daubert* Motion is thirty (30) pages as permitted by this Court's Order
13 Regarding Briefing Limits for Apple's *Daubert* Motion (ECF No. 686), is also noticed for hearing
14 on June 23, 2023, and cites to six (6) of the seven (7) expert reports filed by Apple concurrently
15 with its *Daubert* Motion and its opposition to Plaintiffs' renewed class certification motion;

16 WHEREAS, Plaintiffs believe that they need to take depositions of Apple's experts in order
17 to adequately address Apple's arguments in its *Daubert* Motion;

18 WHEREAS, the Parties have met and conferred and agree that, given the number and
19 complexity of the issues implicated in the *Daubert* Motion, the Parties require additional time for
20 opposition and reply than that provided for by the Civil Local Rules;

21 WHEREAS, the hearing on the *Daubert* Motion is noticed for June 23, 2023, to be heard
22 concurrently with Plaintiffs' Renewed Motion for Class Certification and, therefore, an extension
23 of the opposition and reply deadlines on the *Daubert* Motion will not impact the hearing date;

24 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties,
25 through their respective counsel and subject to the approval of the Court, to the entry of an Order
26 modifying the schedule as follows:

27
28

1. Plaintiffs' Opposition to Apple's *Daubert* Motion shall be due on April 21, 2023; and

2. Apple's reply in further support of its *Daubert* Motion shall be due on May 19, 2023.

DATED: March 23, 2023      **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:    */s/ Rachele R. Byrd*
        RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

*Interim Class Counsel for Plaintiffs*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com

*Counsel for Plaintiffs*

DATED: March 23, 2023      **GIBSON, DUNN & CRUTCHER LLP**

By:    */s/ Cynthia E. Richman*
        CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com

Harry R. S. Phillips
Hphillips2@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Richard J. Doren (124666)
rdoren@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
Jay P. Srinivasan (181471)
jsrinivasan@gibsondunn.com
Dana Lynn Craig
dcraig@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Veronica S. Lewis (*pro hac vice*)
vlewis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

Ethan D. Dettmer (196046)
edettmer@gibsondunn.com
Rachel S. Brass (219301)
rbrass@gibsondunn.com
Caeli A. Higney (268644)
chigney@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/3/2023

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION OF CONCURRENCE**

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

DATED:  March 23, 2023                    */s/ Rachele R. Byrd*
                                          RACHELE R. BYRD

29291