BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN AND DR. ROSA ABRANTES-METZ**<br><br>DATE: June 23, 2023<br>TIME: 10:00 a.m.<br>CTROOM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Interim Class Counsel for plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter and Edward Lawrence ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a table that provides for the convenience of the Court an itemization of the arguments Apple makes in its current *Daubert* motion that it already made in prior briefing and which the Court already considered and rejected implicitly, if not explicitly.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Daniel L. McFadden in Support of Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Rosa Abrantes-Metz, Ph.D. in Support of Plaintiffs' Opposition to Apple Inc.'s *Daubert* Motion to Exclude.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from Cynthia Richman, counsel for Defendant Apple Inc., to me and other Plaintiffs' counsel dated April 17, 2023, wherein Ms. Richman states that Professor Hitt "has not relied on the results of any parallel trends tests, which . . . do not appear in his report or workpapers."

6. Attached hereto as **Exhibit E** is a certified copy of the transcript of the April 14, 2023 deposition Lorin M. Hitt, Ph.D. Plaintiffs submit Hitt's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Hitt's deposition testimony or the opinions in his expert report constitute admissible evidence.

7. Attached hereto as **Exhibit F** is a certified copy of the transcript of the April 12, 2023 deposition of Jeffrey T. Prince. Plaintiffs submit Prince's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Prince's deposition testimony or the opinions in his expert report constitute admissible evidence.

8. Attached hereto as **Exhibit G** are relevant pages of the certified transcript of the August 3, 2021 deposition Daniel L. McFadden, Ph.D.

9. Attached hereto as **Exhibit H** is a certified copy of the transcript of the April 10, 2023 deposition of Mark Watson, Ph.D. Plaintiffs submit Watson's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Watson's deposition testimony or the opinions in his expert report constitute admissible evidence.

10. Attached hereto as **Exhibit I** is a certified copy of the transcript of the April 4, 2023 deposition of Richard Schmalensee, Ph.D. Plaintiffs submit Schmalensee's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Schmalensee's deposition testimony or the opinions in his expert report constitute admissible evidence.

11. Attached hereto as **Exhibit J** is a certified copy of the transcript of the April 3, 2023 deposition of Jonah Berger, Ph.D. Plaintiffs submit Berger's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Berger's deposition testimony or the opinions in his expert report constitute admissible evidence.

12. Attached hereto as **Exhibit K** is a certified copy of the transcript of the April 6, 2023 deposition of Itamar Simonson, Ph.D. Plaintiffs submit Simonson's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Simonson's deposition testimony or the opinions in his expert report constitute admissible evidence.

13. Attached hereto as **Exhibit L** is a certified copy of the transcript of the October 11, 2021 deposition of Lorin M. Hitt, Ph.D. Plaintiffs submit Hitt's testimony for purposes of impeachment. By submitting the transcript of his deposition testimony herewith, however, Plaintiffs do not concede that Hitt's deposition testimony or the opinions in his expert report constitute admissible evidence.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed April 21, 2023 at Poway, California.

*/s/ Rachele R. Byrd*
RACHELE R. BYRD