1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
3  750 B Street, Suite 1820
   San Diego, CA  92101
4  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
5  manifold@whafh.com
   byrd@whafh.com
6
7  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY (*pro hac vice*)
8  THOMAS H. BURT (*pro hac vice*)
   **WOLF HALDENSTEIN ADLER**
9    **FREEMAN & HERZ LLP**
   270 Madison Ave
10 New York, NY 10016
   Telephone: (212) 545-4600
11 Facsimile: (212) 686-0114
   rifkin@whafh.com
12 guiney@whafh.com
   burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN AND DR. ROSA ABRANTES-METZ**<br><br>CTROOM:  1, 4th Floor<br>JUDGE:    Hon. Yvonne Gonzalez Rogers |

1   Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") submit this Interim Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

Plaintiffs move to seal portions of Plaintiffs' Opposition to Defendant Apple Inc.'s Daubert Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz as well as Exhibits B, C, and E through L to the Declaration of Rachele R. Byrd in support thereof. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed jointly by the parties and any affected third parties "within 14 days after the conclusion of briefing on the underlying motion or filing (including any associated filings such as *Daubert* motions or motions to strike)." Stipulation, ECF No. 664 at 2.

Because third parties do not have access to materials filed under seal in this matter, Plaintiffs will "(1) notify[] each affected third party regarding any of its confidential information that has been filed under seal and (2) solicit[] each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion." *Id*.

DATED: April 21, 2023

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
BETSY C. MANIFOLD
RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

|   |   |
|---|---|
| 1 | rifkin@whafh.com |
|   | guiney@whafh.com |
| 2 | burt@whafh.com |

*Interim Class Counsel and Proposed Co-Class Counsel*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD\* (*pro hac vice forthcoming*)
  (\*Admitted only in Maryland.  Not admitted in the District of Columbia.  Practice supervised by members of the Firm.)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com

*Counsel for Plaintiffs and Proposed Co-Class Counsel*

**CALCATERRA POLLACK LLP**
MICHAEL LISKOW
mliskow@calcaterrapollack.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761
Facsimile: (332) 206-2073

*Counsel for Plaintiff Robert Pepper*

29525

PLAINTIFFS' INTERIM ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED IN PORTIONS OF PLAINTIFFS' OPP. TO APPLE INC.'S
*DAUBERT* MOTION
Case No. 11-cv-06714-YGR
-2-