BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
|---|---|
| | **PLAINTIFFS' NOTICE OF ERRATA REGARDING OPPOSITION TO DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN AND DR. ROSA ABRANTES-METZ (ECF NO. 701)** |
| | DATE:    June 23, 2023<br>TIME:    10:00 a.m.<br>CTROOM:    1, 4th Floor<br>JUDGE:    Hon. Yvonne Gonzalez Rogers |

Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") hereby give notice that they have corrected the items listed below in Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz (ECF No. 701) (the "Opposition"):

| Page/Line No(s). | Original | Changes |
|---|---|---|
| i:11 | 122 | 12 |
| i:12 | 122 | 12 |
| i:13 | 144 | 14 |
| i:21 | 211 | 21 |
| 8:9 | complimentary | complementarity |
| 23:11-12 | She also has available a close, reasonably competitive comparator – the Microsoft Store. Abrantes-Metz Decl. ¶¶ 29-32. | She also has available a close, reasonably competitive comparator – the Windows PC game apps marketplace. Abrantes-Metz Decl. ¶¶ 29-32. |
| 23:13-14 | Abrantes-Metz Decl. ¶ 24. | *Id*. ¶ 24. |
| 23:19 | Abrantes-Metz Decl. App'x B (C.V.) | *Id*. App'x B (C.V.) |
| 26:8 | Abrantes-Metz ¶¶ 59-60 | Abrantes-Metz Decl. ¶¶ 59-60 |
| 26:10 | Abrantes-Metz Decl. ¶ 60 | *Id*. ¶ 60. |
| 26:21 | Abrantes-Metz ¶ 89 | *Id*. ¶ 89 |
| 27:5-6 | Dr. Abrantes-Metz used ***profit margin data*** from 2019, but has made no assumption that ***app billings*** […] | Dr. Abrantes-Metz used data from 2019, but has made no assumption that ***app billings*** […] |
| 28:15 | Abrantes-Metz Decl. ¶ 39 | Abrantes-Metz ¶ 39 |
| 28:17-18 | Abrantes-Metz ¶ 41; Abrantes-Metz Decl. ¶ 93 & n.193 | *Id*. ¶41; Abrantes-Metz Decl. ¶ 93 & n.188 |
| 28:22 | *Id*. ¶ 125 & n.267 | *Id*. ¶ 125 & n.255 |
| 29:7 | Abrantes-Metz ¶ 89 | Abrantes-Metz Decl. ¶ 94 |
| 29:15 | Abrantes-Metz Decl. ¶ 91 | Abrantes-Metz Decl. ¶ 95 |
| 30:22 | Abrantes-Metz ¶ 141; Abrantes-Metz Decl. ¶ 145 | Abrantes-Metz Decl. ¶ 145 |
| 30:24 | Abrantes-Metz ¶ 142; Abrantes-Metz Decl. ¶ 147 | Abrantes-Metz Decl. ¶ 147 |

A copy of the corrected brief incorporating the above-listed changes is attached hereto as **Exhibit A** for the convenience of the Court.

DATED: April 24, 2023

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By:      */s/ Rachele R. Byrd*
BETSY C. MANIFOLD
RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class*
*Counsel*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD* (*pro hac vice forthcoming*)
  (*Admitted only in Maryland.  Not admitted in
  the District of Columbia.  Practice supervised by
  members of the Firm.)
**KELLOGG, HANSEN, TODD, FIGEL &**
**FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com

*Counsel for Plaintiffs and Proposed*
*Co-Class Counsel*

MICHAEL LISKOW
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761

---

1

Facsimile: (332) 206-2073
mliskow@calcaterrapollack.com

2

*Counsel for Plaintiff Robert Pepper*

3

4

5

6

7

8

29535

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PLAINTIFFS' NOTICE OF ERRATA RE OPP. TO APPLE INC.'S DAUBERT MOT. TO EXCLUDE
Case No. 11-cv-06714-YGR