BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION AND SUPPORTING EXPERT REPLY REPORTS**<br><br>CTROOM:   1, 4th Floor<br>JUDGE:      Hon. Yvonne Gonzalez Rogers |

1  Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") submit this Interim Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Portions of Plaintiffs' Reply Memorandum in Further Support of Renewed Motion for Class Certification and Supporting Expert Reply Reports pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

Plaintiffs move to seal portions of their memorandum of points and authorities in further support of their renewed motion for class certification and to seal the supporting expert reply reports of Daniel L. McFadden, Ph.D. and Rosa Abrantes-Metz, Ph.D. filed therewith. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed jointly by the parties and any affected third parties "within 14 days after the conclusion of briefing on the underlying motion or filing (including any associated filings such as *Daubert* motions or motions to strike."  Stipulation, ECF No. 664 at 2.

Because third parties do not have access to materials filed under seal in this matter, Plaintiffs will "(1) notify[] each affected third party regarding any of its confidential information that has been filed under seal and (2) solicit[] each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion." *Id*.

DATED: April 28, 2023

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
BETSY C. MANIFOLD
RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave

---

New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD* (*pro hac vice*)
  (*Admitted only in Maryland.  Not admitted in the District of Columbia.  Practice supervised by members of the Firm.)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com

*Counsel for Plaintiffs and Proposed Co-Class Counsel*

**CALCATERRA POLLACK LLP**
MICHAEL LISKOW
mliskow@calcaterrapollack.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761
Facsimile: (332) 206-2073

*Counsel for Plaintiff Robert Pepper*

29562

---

PLAINTIFFS' INTERIM ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PORTIONS OF PLTFFS' REPLY MEM. IN FURTHER SUPOPRT OF RENEWED MOT. FOR CLASS CERT. & SUPPORTING EXPERT REPLY REPORTS

-2-