| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CAELI A. HIGNEY, SBN 268644<br>chigney@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)<br>hphillips2@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON *DAUBERT* MOTIONS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers |

CER DECL. ISO  STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
AND HEARING DATE ON *DAUBERT* MOTIONS AND PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR

I, Cynthia E. Richman, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the state of California. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, Counsel for Defendant Apple, Inc. I submit this declaration in support of the parties' Stipulation and [Proposed] Order Modifying Briefing Schedule and Hearing Date on *Daubert* Motions and Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On September 26, 2022, Plaintiffs filed a Renewed Motion for Class Certification supported by expert reports from Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz (ECF No. 665, 683).

3. On March 10, 2023, Apple filed its Opposition to Plaintiffs' Renewed Motion for Class Certification (ECF No. 689) and a *Daubert* Motion to Exclude the Testimony of Professor McFadden and Dr. Abrantes-Metz, supported by Expert Reports and Declarations from eight experts (ECF No. 688).

4. On April 21, 2023, Plaintiffs filed their Opposition to Apple's *Daubert* Motion supported by declarations from Professor McFadden and Dr. Abrantes-Metz (ECF No. 702-1).

5. On April 28, 2023, Plaintiffs filed a Reply Memorandum in Further Support of Plaintiffs' Renewed Motion for Class Certification supported by Reply Reports from Prof. McFadden and Dr. Abrantes-Metz (ECF No. 708).

6. Apple's Reply Brief in support of its *Daubert* Motion is currently due on May 19, 2023, and the hearing on Apple's *Daubert* motion and Plaintiffs' Renewed Motion for Class Certification is currently set for June 23, 2023 (ECF No. 674).

7. The parties have a mediation scheduled for May 25, 2023.

8. Plaintiffs plan to file a *Daubert* Motion to exclude certain opinions of three of Apple's experts, which motion Apple will oppose.

9. Apple plans to file an additional *Daubert* Motion in response to the Reply Reports and *Daubert* declarations of Prof. McFadden and Dr. Abrantes-Metz, with the understanding that

CER DECL. ISO STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
AND HEARING DATE ON *DAUBERT* MOTIONS AND PLAINTIFFS' MOTION FOR CLASS CERT.
Case No. 11-cv-06714-YGR
-1-

Plaintiffs reserve all arguments in opposition to Apple's contemplated *Daubert* Motion and by entering into the Stipulation do not concede that Apple's filing of such *Daubert* Motion is appropriate.

10. The parties agree that the current schedule does not provide sufficient time to brief Apple's *Daubert* Motion before the currently scheduled hearing date.

11. The parties believe that an adjustment to the *Daubert* and class certification briefing schedule and relevant hearing date would enable the parties to devote more time and effort to the mediation process.

12. In light of these factors, the parties have met and conferred and come to agreement on a modified briefing schedule for the Parties' *Daubert* Motions and the Class Certification/*Daubert* hearing:

   a. Apple's *Daubert* Reply shall be due on June 2, 2023;
   b. Plaintiffs' *Daubert* Motion shall be due on June 2, 2023;
   c. Apple's Opposition to Plaintiffs' *Daubert* Motion shall be due on July 14, 2023;
   d. Apple's *Daubert* Motion regarding Plaintiffs' Reply Expert Reports shall be due on July 28, 2023;
   e. Plaintiffs' Opposition to Apple's *Daubert* Motion regarding Plaintiffs' Reply Expert Reports shall be due on September 1, 2023;
   f. Plaintiffs' *Daubert* Reply shall be due on September 1, 2023;
   g. Apple's Reply in Support of its *Daubert* Motion Regarding Plaintiffs' Reply Expert Reports shall be due on September 26, 2023;
   h. The Class Certification / *Daubert* hearing shall take place on October 10, 2023.

13. While there have been numerous time modifications in this case, including ECF Nos. 674, 683, and 698 (modifying the briefing schedule on Apple's *Daubert* Motion), there have been no prior modifications to the briefing schedule on Plaintiffs' *Daubert* Motion or Apple's *Daubert* Motion regarding Plaintiffs' Reply Expert Reports.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on this 9th day of May, 2023 in Washington, D.C.

4  DATED: May 9, 2023

By:   *s/ Cynthia E. Richman*
      CYNTHIA E. RICHMAN