UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No.: 4:11-cv-6714-YGR<br><br>**ORDER DENYING PROPOSED CONTINUANCE, VACATING *DAUBERT* HEARING, AND IMPOSING PREFILING REQUIREMENTS** |

The Court is in receipt of the parties' joint request for a continuance and additional briefing on the pending and anticipated *Daubert* motion(s). The Court has repeatedly advised the parties that *Daubert* motions are overused and strongly suggested they be used sparingly. Given the indication that *Daubert* motion(s) will or are being used in abundance, the Court vacates the hearing on the pending *Daubert* motion and suspends all further briefing on that motion.

No further *Daubert* motions are allowed without a prefiling conference. Any party wishing to file a *Daubert* motion shall comply with this Court's standing order with respect to summary judgment motions. In the required prefiling letters, the moving party shall specifically identify the prong of the *Daubert* framework upon which they wish to proceed, for example, unreliable methodology or principle, and identify specifically the expert's purported failure. **Mere disagreement with opinions is not sufficient.** Prefiling letters for all anticipated motions must be filed no later than June 1, 2023. Responses shall be filed June 5, 2023. Until otherwise advised, the motion for class certification remains on calendar.

This terminates Docket No. 711.

**IT IS SO ORDERED**.

Date: May 10, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE