BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel and Proposed Co-Class Counsel*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING EXPERT DECLARATIONS AND REPORTS OF PROF. DANIEL L. MCFADDEN AND DR. ROSA ABRANTES-METZ**<br>**[ECF Nos. 702-2, 702-3, 708-2, 708-3]** |

**[PUBLIC REDACTED VERSION]**

**DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO L.R. 79-5(b)**

1    Plaintiffs hereby give notice that:

2    1.    Prof. Daniel L. McFadden has corrected the items listed in the attached **Exhibit A**

3    in the Declaration of Daniel L. McFadden in Support of Plaintiffs' Opposition to Apple Inc.'s

4    *Daubert* Motion to Exclude (ECF No. 702-2) (the "McFadden Declaration") filed as Exhibit B to

5    the Declaration of Rachele R. Byrd in Support of Plaintiffs' Opposition to Defendant Apple Inc.'s

6    *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa

7    Abrantes-Metz. The changes set forth in **Exhibit A** should be incorporated into the McFadden

8    Declaration where indicated.

9    2.    Dr. Rosa M. Abrantes-Metz has corrected the items listed in the attached **Exhibit**

10   **B** in the Declaration of Rosa Abrantes-Metz, Ph.D. in Support of Plaintiffs' Opposition to Apple

11   Inc.'s *Daubert* Motion to Exclude (ECF No. 702-3) (the "Abrantes-Metz Declaration"), filed as

12   Exhibit C to the Declaration of Rachele R. Byrd in Support of Plaintiffs' Opposition to Defendant

13   Apple Inc.'s *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr.

14   Rosa Abrantes-Metz. The changes set forth in **Exhibit B** should be incorporated into the Abrantes-

15   Metz Declaration where indicated.

16   3.    Prof. Daniel L. McFadden has corrected the items listed in the attached **Exhibit C**

17   in the Reply Report of Daniel L. McFadden, Ph.D. in Support of Plaintiffs' Renewed Motion for

18   Class Certification (ECF No. 708-2) ("McFadden Reply Report"). The changes set forth in **Exhibit**

19   **C** should be incorporated into the McFadden Reply Report where indicated.

20   4.    Dr. Rosa M. Abrantes-Metz has corrected the items listed in the attached **Exhibit**

21   **D** in the Reply Report of Rosa Abrantes-Metz, Ph.D. in Support of Plaintiffs' Renewed Motion

22   for Class Certification (ECF No. 708-3) ("Abrantes-Metz Reply Report"). The changes set forth

23   in **Exhibit D** should be incorporated into the Abrantes-Metz Reply Report where indicated.

24   DATED: May 24, 2023    **WOLF HALDENSTEIN ADLER**
                              **FREEMAN & HERZ LLP**
25

26   By:___*/s/ Rachele R. Byrd*_____
                              BETSY C. MANIFOLD
27                            RACHELE R. BYRD
                              750 B Street, Suite 1820
28                            San Diego, CA 92101
                              Telephone: (619) 239-4599

1

Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

2

3

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

4

5

6

7

8

9

*Interim Class Counsel and Proposed Co-Class
Counsel*

10

11

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD* (*pro hac vice*)
  (*Admitted only in Maryland.  Not admitted in
  the District of Columbia.  Practice supervised by
  members of the Firm.)
**KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com

12

13

14

15

16

17

18

19

*Counsel for Plaintiffs and Proposed
Co-Class Counsel*

20

21

**CALCATERRA POLLACK LLP**
MICHAEL LISKOW
mliskow@calcaterrapollack.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761
Facsimile: (332) 206-2073

22

23

24

25

*Counsel for Plaintiff Robert Pepper*

26

27

28

29630

**EXHIBIT FILED ENTIRELY UNDER SEAL**

# EXHIBIT A

**EXHIBIT FILED ENTIRELY UNDER SEAL**


# EXHIBIT B

**EXHIBIT FILED ENTIRELY UNDER SEAL**

# EXHIBIT C

**EXHIBIT FILED ENTIRELY UNDER SEAL**

# EXHIBIT D