THEODORE J. BOUTROUS JR. (SBN 132099)
  tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  CHigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
  hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

**Attorneys for Defendant APPLE INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | CASE NO. 4:11-cv-06714-YGR<br><br>**NOTICE OF ERRATA TO THE EXPERT REPORTS AND DECLARATIONS OF RICHARD SCHMALENSEE (DKT. 688-4), JEFFREY PRINCE (DKT. 688-5), AND MARK WATSON (DKT. 688-6)**<br><br>The Honorable Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Professors Richard Schmalensee, Jeffrey Prince, and Mark Watson have made corrections to their Expert Reports and Declarations, filed at Dkt. 688-4, 688-5, and 688-6 respectively, as set forth in the enclosed Errata. All three Errata were served on Plaintiffs prior to the experts' depositions.

These changes should be incorporated in the Schmalensee, Prince, and Watson Reports where indicated.

DATED: May 26, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Cynthia E. Richman

Theodore J. Boutrous Jr.
Daniel G. Swanson
Cynthia E. Richman
Caeli A. Higney
Julian W. Kleinbrodt
Harry R. S. Phillips

*Attorneys for Defendant Apple Inc.*