THEODORE J. BOUTROUS JR. (SBN 132099)
  tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
  hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

**Attorneys for Defendant APPLE INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PORTIONS OF DEFENDANT'S NOTICE OF ERRATA TO THE EXPERT REPORTS AND DECLARATIONS OF RICHARD SCHMALENSEE (DKT. 688-4), JEFFREY PRINCE (DKT. 688-5), AND MARK WATSON (DKT. 688-6)**<br><br>The Honorable Yvonne Gonzalez Rogers |

Defendant, Apple Inc. submits this Interim Administrative Motion to Seal and to Consider Whether Another Party's Material Should Be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

Defendant moves to seal: (1) the Errata to Expert Report and Declaration of Jeffrey T. Prince, Ph.D., March 10, 2023; (2) the Errata Regarding Expert Report and Declaration of Richard Schmalensee, Ph.D.; and (3) the Errata to Expert Report and Declaration of Mark Watson, Ph.D., March 10, 2023.  The reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed jointly by the parties and any affected third parties "within 14 days after the conclusion of briefing on the underlying motion or filing (including any associated filings such as Daubert motions or motions to strike)."  Stipulation, ECF No. 664 at 2.

Because third parties do not have access to materials filed under seal in this matter, Defendant will "(1) notify[] each affected third party regarding any of its confidential information that has been filed under seal and (2) solicit[] each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion."  *Id.*

Dated:  May 26, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Caeli A. Higney*
Caeli A. Higney

Attorney for Defendant Apple Inc.