# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 23, 2023 | **Time:** 2 Hours 31 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 11-cv-06714-YGR | **Case Name:** In Re Apple iPhone Antitrust Litigation | |

**Attorneys for Plaintiff:** Mark Rifkin, Rachele Byrd, David Frederick, Betsy Manifold and Kyle Matthew Wood
**Attorneys for Defendant:** Daniel Swanson, Cynthia Richman, Caeli Higney and Julian Kleinbrodt

**Deputy Clerk:** Edwin Cuenco                **Court Reporter:** Pamela Batalo-Hebel

**PROCEEDINGS:** Motion Hearing **- HELD**

Motions for Class Certification and Daubert Motion argued and submitted. The Court orders the parties to meet and confer and e-file a Joint Statement Re: Timing of Future Reports and Motions by June 30, 2023. Parties are to e-file a Joint Brief on caselaw regarding percentages of uninjured class members by June 30, 2023.