THEODORE J. BOUTROUS JR., SBN 132099
  TBoutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  DSwanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; pro hac vice)
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; pro hac vice)
  hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

CAELI A. HIGNEY (SBN 268644)
  CHigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

**Attorneys for Defendant APPLE INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Apple iPhone Antitrust Litigation | CASE NO. 4:11-cv-06714-YGR |
|---|---|
| | **DECLARATION OF CAELI A. HIGNEY IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY BRIEF IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PROFESSOR DANIEL L. MCFADDEN AND DR. ROSA ABRANTES-METZ** |
| | Date:  June 23, 2023<br>Time:  10:00 AM<br>Courtroom: 1, 4th Floor |

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple" in this case). I submit this declaration in support of Apple's Reply Brief in Support of *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz (the "Motion").

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Reply Declaration of Lorin M. Hitt, Ph.D., in Support of Apple's *Daubert* Motion, dated June 30, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Reply Declaration of Jeffrey Prince, Ph.D., in Support of Apple's *Daubert* Motion, dated June 30, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Daniel L. McFadden, dated November 24, 2014, submitted on the behalf of the defendants in *Laumann v. Nat'l Hockey League*, 1:12-cv-01817-SAS (S.D.N.Y.) (Dkt. 282).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the trial testimony transcript of Timothy Sweeney, as excerpted, in *Epic Games, Inc. v. Apple Inc.*, No. C-20-5640 YGR, dated May 3, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the trial testimony transcript of Dr. David Evans, as excerpted, in *Epic Games, Inc. v. Apple Inc.*, No. C-20-5640 YGR, dated May 11, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on June 30, 2023 at San Francisco, California.

By: /s/ *Caeli A. Higney*
Caeli A. Higney