# EXHIBIT 4

```
                                           VOLUME 1

                                           Pages 1 - 214

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

 Before The Honorable YVONNE GONZALEZ ROGERS, Judge

EPIC GAMES, INC.,              )
                               )
       Plaintiff,              )   NO. C-20-5640 YGR
                               )
   vs.                         )   Monday, May 3, 2021
                               )
APPLE, INC.,                   )   Oakland, California
                               )
       Defendant.              )   BENCH TRIAL
_____)
APPLE, INC.,                   )
                               )
       Counterclaimant,        )
   vs.                         )
                               )
EPIC GAMES, Inc.,              )
                               )
       Counter-Defendant.      )
_____)


          REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                    BY: KATHERINE B. FORREST, ESQUIRE
                        GARY A. BORNSTEIN, ESQUIRE
                        YONATAN EVEN, ESQUIRE

                   (Appearances continued.)

Reported By:           Diane E. Skillman, CSR 4909, RPR, FCRR
                       Official Court Reporter


      TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

```
 1
 2   For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                            825 Eighth Avenue
 3                          New York, New York 10019
                       BY:  LAUREN A. MOSKOWITZ, ESQUIRE
 4                          JUSTIN C. CLARKE, ESQUIRE
                            M. BRENT BYARS, ESQUIRE
 5
 6
 7   For Defendant:         GIBSON, DUNN & CRUTCHER
                            333 South Grand Avenue
 8                          Los Angeles, California 90071
                       BY:  RICHARD J. DOREN, ESQUIRE
 9                          DAN SWANSON, ESQUIRE
                            CYNTHIA RICHMAN, ESQUIRE
10

11                          GIBSON, DUNN & CRUTCHER, LLP
                            2001 Ross Avenue, Suite 1100
12                          Dallas, Texas 75201
                       BY:  VERONICA S. MOYE, ESQUIRE
13
                            PAUL WEISS RIFKIND
14                          WHARTON & GARRISON LLP
                            2001 K STREET, NW
15                          Washington, DC 20006
                       BY:  KAREN DUNN, ESQUIRE
16                          JESSICA E. PHILLIPS, ESQUIRE
17
18
19
20
21
22
23
24
25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

| | I N D E X | PAGE | VOL. |
|---|---|---|---|
| | Opening Statement by Ms. Forrest | 11 | 1 |
| | Opening Statement by Ms. Dunn | 49 | 1 |
| **PLAINTIFF'S WITNESS:** | | | |
| Sweeney, Timothy | | | |
| | Direct Examination by Ms. Forrest | 87 | 1 |
| | Cross-examination by Mr. Doren | 159 | |

| Plaintiff's Exhibits: | EVD. | VOL. |
|---|---|---|
| 2455 | 115 | 1 |
| 2456 | 115 | 1 |
| 2463 | 115 | 1 |
| 2776 | 142 | 1 |
| 2777 | 142 | 1 |
| 2778 | 142 | 1 |

| Defendant's Exhibits: | | |
|---|---|---|
| 3620 (sealed) | 213 | 1 |
| 4457 (sealed) | 206 | 1 |
| 4477 | 151 | 1 |
| 5535 | 194 | 1 |



```
11:22:55AM  1   sell the Court is the idea that consumers would be better off
11:22:59AM  2   if Epic had its way.  Nothing could be further from the truth.
11:23:06AM  3   Epic speculates about a world where Apple was a different
11:23:10AM  4   company and is asking this Court to make a big bet that that
11:23:14AM  5   world is a better world than the one we live in.  It isn't.
11:23:20AM  6        The result for consumers and developers will be less
11:23:25AM  7   security, less privacy, less reliability, lower quality and
11:23:33AM  8   less choice.  And those are the very things that the antitrust
11:23:37AM  9   laws seek to protect.
11:23:42AM 10        Your Honor, we look forward to presenting our case to you.
11:23:45AM 11             THE COURT:  All right.  Thank you, Ms. Dunn.
11:23:47AM 12        Ms. Forrest, your first witness.
11:23:49AM 13             MS. FORREST:  Thank you, Your Honor --
11:23:51AM 14             THE COURT:  Ms. Forrest, just give me a moment.
11:24:46AM 15        Ms. Forrest.
11:24:52AM 16                 (Pause in the proceedings.)
11:24:53AM 17             THE CLERK:  Okay.
11:24:55AM 18             MS. FORREST:  Epic calls Mr. Timothy Sweeney.
11:25:01AM 19             THE COURT:  Good afternoon, Mr. Sweeney.
11:25:05AM 20             THE WITNESS:  Good afternoon.
11:25:06AM 21             THE CLERK:  All right.
11:25:08AM 22         (TIMOTHY SWEENEY, called as a witness for the Plaintiff,
11:25:08AM 23   having been duly sworn, testified as follows:)
11:25:17AM 24             THE WITNESS:  I do.
11:25:19AM 25             THE CLERK:  Please state your full name and spell
```

```
11:25:22AM  1    your last name.
11:25:23AM  2              THE WITNESS:  Timothy Dean Sweeney.
11:25:26AM  3              THE CLERK:  I am sorry.  You can be seated to do
11:25:27AM  4    that, into the mic.
11:25:29AM  5              THE WITNESS:  Timothy Dean Sweeney.  S-W-E-E --
11:25:34AM  6              THE CLERK:  Let me turn on your mic.
11:25:36AM  7              THE COURT:  Now, let's try.
11:25:38AM  8              THE WITNESS:  Timothy Dean Sweeney.  S-W-E-E-N-E-Y.
11:25:43AM  9              THE COURT:  We heard you, but --
11:25:45AM 10              THE CLERK:  Wrong mic.  Sorry.
11:25:48AM 11              THE WITNESS:  I'm Timothy Dean Sweeney.
11:25:48AM 12    S-W-E-E-N-E-Y.
11:25:54AM 13              THE COURT:  All right.  Thank you.  You may proceed.
11:25:56AM 14                          DIRECT EXAMINATION
11:25:56AM 15    BY MS. FORREST:
11:25:56AM 16    Q.   Good morning, Mr. Sweeney.  Where do you live, sir?
11:25:59AM 17    A.   I live in Cary, North Carolina.
11:26:10AM 18    Q.   And by whom are you employed?
11:26:13AM 19    A.   I work with Epic Games Incorporated.
11:26:16AM 20    Q.   And what is your position with Epic?
11:26:17AM 21    A.   I am the CEO and founder of the company.
11:26:20AM 22    Q.   And did you have anything to do with the decision by Epic
11:26:23AM 23    to sue Apple in the case that has brought us here to trial
11:26:26AM 24    today?
11:26:27AM 25    A.   Yes, as the CEO of Epic, it was my decision.
```



```
2:39:19PM   1   by selling kind of thematic cosmetics to go along with the
2:39:26PM   2   concerts; correct?
2:39:27PM   3   A.   Yes.
2:39:31PM   4   Q.   What is the price range in real money for items that can
2:39:34PM   5   be purchased with V-Bucks?
2:39:38PM   6   A.   My understanding is they will be between like $1 and $20
2:39:44PM   7   for stand-alone items.  Then we have -- sometimes have bundles
2:39:49PM   8   of multiple items which can go up to, I believe, 30 or $40.  I
2:39:59PM   9   am not certain about all of the offers we've ever had.
2:40:04PM  10   Q.   Some may have been more?
2:40:06PM  11   A.   Possibly.
2:40:06PM  12   Q.   What does it cost to Epic to generate a V-Buck, minting a
2:40:13PM  13   V-Buck?
2:40:14PM  14   A.   There is no cost to a V-Buck.  There's cost in developing
2:40:18PM  15   the software, but the V-Bucks themselves don't have a marginal
2:40:22PM  16   cost.
2:40:23PM  17   Q.   And who sets the prices for the skins and cosmetics in
2:40:28PM  18   bundles?
2:40:29PM  19   A.   The Fortnite team in general.
2:40:33PM  20   Q.   In terms of roles, who's involved in that task?
2:40:40PM  21   A.   Nowadays it's under the general responsibility of Epic
2:40:45PM  22   President Adam Sussman.  And then we have a team of -- a
2:40:51PM  23   business team who works on individual pricing of individual
2:40:58PM  24   items.
2:41:05PM  25   Q.   So in your testimony, you discussed how prices had risen
```



```
3:14:07PM
3:14:07PM
3:14:07PM                    **CERTIFICATE OF REPORTER**
3:14:07PM         I, Diane E. Skillman, Official Reporter for the
3:14:07PM    United States Court, Northern District of California, hereby
3:14:07PM    certify that the foregoing is a correct transcript from the
3:14:07PM    record of proceedings in the above-entitled matter.
3:14:07PM
3:14:07PM                    _____
3:14:07PM              DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
3:14:07PM                        Monday, May 3, 2021
3:14:07PM
```