# EXHIBIT 5

```
                                            VOLUME 7

                                            Pages 1584 - 1826

                                    UNDER SEAL PAGES 1729 - 1741

                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA
```

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

```
EPIC GAMES, INC.,                )
                                 )
        Plaintiff,               )    NO. C-20-5640 YGR
                                 )
   vs.                           )    Tuesday, May 11, 2021
                                 )
APPLE, INC.,                     )    Oakland, California
                                 )
        Defendant.               )    BENCH TRIAL
_____)
APPLE, INC.,                     )
                                 )
        Counterclaimant,         )
   vs.                           )
                                 )
EPIC GAMES, Inc.,                )
                                 )
        Counter-Defendant.       )
_____)


            REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:          CRAVATH, SWAINE & MOORE, LLP
                        825 Eighth Avenue
                        New York, New York 10019
                   BY:  KATHERINE B. FORREST, ESQUIRE
                        GARY A. BORNSTEIN, ESQUIRE
                        YONATAN EVEN, ESQUIRE

                   (Appearances continued.)

Reported By:            Diane E. Skillman, CSR 4909, RPR, FCRR
                        Pamela Hebel, CSR, RMR, FCRR
         TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

```
1    For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                            825 Eighth Avenue
2                           New York, New York 10019
                       BY:  **LAUREN A. MOSKOWITZ, ESQUIRE**
3                           **JUSTIN C. CLARKE, ESQUIRE**
                            **W. WES EARNHARDT, ESQUIRE**
4                           **BRENDAN BLAKE, ESQUIRE**
                            **JIN NIU, ESQUIRE**
5

6    For Defendant:         GIBSON, DUNN & CRUTCHER
                            333 South Grand Avenue
7                           Los Angeles, California 90071
                       BY:  **RICHARD J. DOREN, ESQUIRE**
8                           **DAN SWANSON, ESQUIRE**
                            **CYNTHIA RICHMAN, ESQUIRE**
9                           **RACHEL BRASS, ESQUIRE**
                            **ARPINE LAWYER, ESQUIRE**
10

11                          GIBSON, DUNN & CRUTCHER, LLP
                            2001 Ross Avenue, Suite 1100
12                          Dallas, Texas 75201
                       BY:  **VERONICA S. MOYE, ESQUIRE**
13
                            PAUL WEISS RIFKIND
14                          WHARTON & GARRISON LLP
                            2001 K STREET, NW
15                          Washington, DC 20006
                       BY:  **KAREN DUNN, ESQUIRE**
16                          **JESSICA E. PHILLIPS, ESQUIRE**

17

18   For Defendant:         PAUL WEISS RIFKIND
                            WHARTON & GARRISON LLP
19                          943 Steiner Street
                            San Francisco, California 94117
20                     BY:  **ARPINE LAWYER, ESQUIRE**

21

22

23

24

25
```

| | Plaintiff's Witnesses: | Page | VOL. |
|---|---|---|---|
| 1 | | | |
| 2 | **Evans, David** | | |
| 3 | Direct Examination by Mr. Bornstein (resumed) | 1595 | 7 |
| 4 | Cross-Examination by Mr. Swanson | 1610 | 7 |
| 5 | Cross-Examination by Mr. Swanson (sealed) | 1729 | 7 |
| 6 | Redirect Examination by Mr. Bornstein (sealed) | 1737 | 7 |
| 7 | Recross-Examination by Mr. Swanson (sealed) | 1738 | 7 |
| 8 | Further Redirect Exam by Mr. Bornstein (sealed) | 1741 | 7 |
| 9 | Examination by the Court | 1742 | 7 |
| 10 | Further Redirect Examination by Mr. Bornstein | 1744 | 7 |
| 11 | Further Recross Examination by Mr. Swanson | 1744 | 7 |
| 12 | Further Redirect Examination by Mr. Bornstein | 1745 | 7 |
| 13 | **Athey, Susan** | | |
| 14 | Direct Examination by Mr. Even | 1749 | 7 |
| 15 | Cross-Examination by Ms. Dunn | 1793 | 7 |

| | Plaintiff's Exhibits: | EVD. | VOL. |
|---|---|---|---|
| 17 | | | |

| | Defendant's Exhibits: | EVD. | VOL. |
|---|---|---|---|
| 19 | | | |
| 20 | 5549 | 1624 | 7 |
| 21 | 5550 | 1626 | 7 |
| 22 | 5551 | 1676 | 7 |



*\*\*\**

8:09:34AM think there is a need if it's already in evidence. So 5523.

8:09:46AM No. I don't show that as in evidence, but maybe it's -- we

8:09:52AM will figure it out. Let me figure it out, Mr. Bornstein, but

8:09:55AM why don't you go ahead and proceed with your examination.

8:09:59AM     **MR. BORNSTEIN:** All right. Thank you, Your Honor.

8:10:00AM     **DAVID EVANS**,

8:10:00AM called as a witness for the Plaintiff, having been previously

8:10:00AM duly sworn, testified further as follows:

8:10:07AM     **DIRECT EXAMINATION** (resumed)

8:10:08AM Q. Dr. Evans, good morning again.

8:10:10AM A. Good morning to you.

8:10:12AM Q. When we finished yesterday, we were talking about

8:10:14AM payments, and I thought it would be helpful -- can you tell us

8:10:17AM if you put together a slide that summarizes the opinions that

8:10:20AM you've reached regarding Apple's restrictions in the payment

8:10:23AM solution area?

8:10:24AM A. Yes, I have.

8:10:25AM Q. All right. Can we get slide 38, please.

8:10:27AM   Can you please walk the Court through the opinions that

8:10:35AM you formed relating to the restrictions on in-app payment

8:10:40AM solutions.

8:10:41AM A. Yes. Just very quickly, I have identified two separate

8:10:45AM products, IOS app distribution and iOS in-app payment

8:10:50AM solutions. I have determined that the relevant market is iOS

8:10:54AM in-app payment solutions for digital content and that Apple



| | |
|---|---|
| 11:09:26AM | testimony. |
| 11:09:27AM | **Q.** Have you been able to read or listen to any of the |
| 11:09:31AM | testimony after the first day, up to the point when you took |
| 11:09:34AM | the stand? |
| 11:09:35AM | **A.** I have not. |
| 11:09:35AM | **Q.** So your testimony is not in reliance on anything -- any of |
| 11:09:39AM | the evidence that has been received orally in the court since |
| 11:09:43AM | the first day of the trial, correct? |
| 11:09:49AM | **A.** Yeah, I think that's correct. |
| 11:09:54AM | **Q.** Now, you agree with Mr. Sweeney that there's no marginal |
| 11:10:01AM | cost for V-Bucks? |
| 11:10:03AM | **A.** I do. |
| 11:10:07AM | **Q.** And you understand that Epic sets the price of V-Bucks |
| 11:10:10AM | without regard to marginal cost, correct? |
| 11:10:14AM | **A.** By definition, that has to be true. |
| 11:10:20AM | **Q.** And with no marginal cost, Epic has a near 100 percent |
| 11:10:25AM | margin on V-Bucks sales, correct? |
| 11:10:28AM | **A.** By definition, that's true.  That's a very odd way of |
| 11:10:42AM | thinking about a -- thinking about a digital currency for a |
| 11:10:47AM | game platform that is monetizing itself through the sale of |
| 11:10:55AM | in-app content. |
| 11:10:59AM | **Q.** Your answer is "yes," right? |
| 11:11:00AM | **A.** For the narrow purpose that you are making that statement, |
| 11:11:02AM | yeah, I do. |
| 11:11:04AM | **Q.** You agree that a profit margin alone is not sufficient to |



\*\*\*

| | |
|---|---|
| 3:15:51PM | **MS. DUNN:** Nothing, Your Honor. Thank you. |
| 3:15:51PM | **THE COURT:** Okay. Thank you very much. We will |
| 3:15:53PM | stand in recess until 8:00 a.m. |
| 3:15:56PM | (Proceedings concluded at 3:15 P.M.) |
| 3:15:56PM | |
| 3:15:59PM | |
| 3:15:59PM | **CERTIFICATE OF REPORTERS** |
| 3:15:59PM | |
| 3:15:59PM | |
| 3:15:59PM | We, Diane E. Skillman and Pamela Hebel, certify that |
| 3:15:59PM | the foregoing is a correct transcript from the record of |
| 3:15:59PM | proceedings in the above-entitled matter. We further certify |
| 3:15:59PM | that we are neither counsel for, related to, nor employed by |
| 3:15:59PM | any of the parties to the action in which this hearing was |
| 3:15:59PM | taken, and further that we are not financially nor otherwise |
| 3:15:59PM | interested in the outcome of the action. |
| 3:15:59PM | |
| 3:15:59PM | _____/S/DIANE E. SKILLMAN_____ |
| 3:15:59PM | Diane E. Skillman, CSR, RPR, FCRR |
| 3:15:59PM | |
| 3:15:59PM | _____/S/ PAMELA HEBEL_____ |
| 3:15:59PM | Pamela Hebel, CSR, RMR, FCRR |
| 3:15:59PM | |
| 3:15:59PM | Tuesday, May 11, 2021 |
| 3:15:59PM | |