BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071 Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant APPLE INC.*

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**JOINT STATEMENT RE: TIMING OF FUTURE REPORTS AND MOTIONS**<br><br>COURTROOM: 1, 4th Floor<br>JUDGE:  Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's direction at the June 23, 2023 hearing on Plaintiffs' Renewed Motion for Class Certification and the Court's Civil Minutes (ECF No. 737), Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Statement Re: Timing of Future Reports and Motions:

**PRETRIAL SCHEDULE[1]**

| Event | Current Schedule | The Parties' Proposed Schedule |
|---|---|---|
| Deadline to Complete Fact Discovery | 60 days after decision on class certification | 100 days after class certification decision |
| Last Discovery Motions Filed | 30 days before closure of fact discovery | Same |
| Parties' Expert Reports | 60 days after decision on class certification | 150 days after close of fact discovery |
| Rebuttal Expert Reports | 45 days after submission of initial expert reports | 120 days after submission of initial expert reports |
| Expert Discovery Cutoff | 30 days after submission of rebuttal expert reports | 45 days after submission of rebuttal expert reports |
| Dispositive/*Daubert* Motions/Motion to Decertify | 45 days after close of expert discovery | Same |
| Dispositive/*Daubert* Oppositions/Opposition to Motion to Decertify | 45 days after opening brief is filed | Same |
| Dispositive/*Daubert* Replies/Reply in support of motion to decertify | 30 days after opposition brief is filed | Same |

**EXPLANATION OF CERTAIN PROPOSED CHANGES**

The current schedule provides only 60 days for Apple to produce its updated transactional data and an entirely new set of customer data, for Plaintiffs' experts to process that data, run the regression model, conduct quality control, deduplicate Apple's customer data, match Apple IDs to individual Class members (as required by the Court), and prepare and finalize an expert report. The Parties have

---

[1] If class certification is denied (with or without prejudice), the Parties will meet and confer on a revised schedule within 14 days.

agreed to an extended period of 100 days for fact discovery following a decision on class certification to allow for a careful and deliberate process for secure production of Apple's sensitive customer data.

Moreover, following the hearing on Plaintiffs' renewed class certification motion, Plaintiffs' experts informed counsel that the computer time necessary to process that data, run the regression model, conduct quality control, and prepare and finalize an expert report is even longer than Plaintiffs' counsel understood would be required. Therefore, the Parties propose a schedule that leaves the prior schedule in place to the extent possible but with an extended deadline for the Parties' expert reports 150 days after the close of fact discovery, which allows additional time for Plaintiffs' experts to complete their regression analysis *and* perform the matching of Apple IDs to individual Class members.

DATED: June 30, 2023

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:     */s/ Rachele R. Byrd*
          RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

*Interim Class Counsel*

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD* (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com

*Counsel for Plaintiffs*

DATED: June 30, 2023    **GIBSON, DUNN & CRUTCHER LLP**

By:   *s/ Cynthia E. Richman*
          CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (268644)
jkleinbrodt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

<u>ECF SIGNATURE ATTESTATION</u>

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

DATED: June 30, 2023    */s/ Rachele R. Byrd*
                 RACHELE R. BYRD