# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**MARK C. RIFKIN**
DIRECT DIAL: 212-545-4762
FACSIMILE: 212-686-0114
rifkin@whafh.com

FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

July 11, 2023

VIA ECF
Hon. Yvonne Gonzalez Rogers
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street Oakland, CA 94612

Re:  *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR (N.D. Cal.)

Dear Judge Gonzalez Rogers:

We write on behalf of Plaintiffs in the above-referenced action to correct a blatant misstatement in the July 10, 2023, letter from Apple's counsel (ECF No. 745).

In the letter, Apple's counsel states that Prof. McFadden previously failed to perform any "real world" test to validate his regression analysis and refers to the real world tests as "***brand new, undisclosed analyses from [Prof.] McFadden***" to validate his econometric modeling. ECF No. 745 at 1 (emphasis original). To the contrary, Prof. McFadden previously *disclosed* in ¶¶ 151 and 152 of his initial report (ECF No. 443-14) that real world data validated his modeling, referring ***specifically*** to Apple's own Apple TV data and to data collected by the European Commission on Competition. *See* ECF No. 443-14, ¶¶ 151 (Apple TV) and 152 (European Commission). The real-world tests are neither "brand new" nor "undisclosed." We merely have asked for permission to explain that Prof. McFadden's previously disclosed real world tests are more reliable than Prof. Hitt's "natural experiments," which remain unvalidated to this day.

We regret having to burden the Court with this letter, but felt compelled to correct the inaccuracies in the letter from Apple's counsel.

Respectfully yours,

Mark C. Rifkin

cc:   All Counsel (via ECF)