UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No. 4:11-cv-6714-YGR <br><br> **ORDER REGARDING SEALING PROCEDURES** <br><br> Re: Dkt. Nos. 666, 670, 675, 679, 688, 702, 708, 717, 719, 740, and 744 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This Court approved a stipulated process to address sealing motions with an omnibus motion to be filed 14 days after the conclusion of briefing. (Dkt. No. 664.) That deadline has long passed.

Accordingly, the parties shall within 14 days of this Order comply with the Order and file the appropriate omnibus motion. The fact that a motion to file a sur-reply is pending is of no consequence to compliance. The parties shall review Dkt. No. 536 in *Carl Zeiss Meditec, Inc. v. Topcon Medical Systems, Inc., et al*, 19-cv-4162-YGR for a template which supports judicial economy and minimizes the burden of multiple sealing requests.

The individual motions which are pending shall be terminated, namely Dkt. Nos. 666, 670, 675, 679, 688, 702, 708, 717, 719, 740, and 744.

**IT IS SO ORDERED.**

Dated: August 16, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**