UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL BRIEFING REGARDING RECENT ORDERS IN *IN RE GOOGLE PLAY ANTITRUST LITIGATION*** <br><br>Hon. Yvonne Gonzalez Rogers |

1  Before the Court is the Parties' Joint Administrative Motion to File Supplemental Briefing
2  Regarding Orders in the *Google Play* Antitrust Litigation. Having considered the motion and the
3  materials referenced therein, the Court hereby GRANTS the Parties' Joint Motion. The Court
4  directs the Parties to file briefs of **no more than   5   pages** addressing the relevance of the
5  recent orders in the *Google Play* litigation to this matter, to be filed **within three (3) business**
6  **days** of the entry of this Order.
7  IT IS SO ORDERED.

9  DATED: October 3, 2023                                    _____
10                                                            Hon. Yvonne Gonzalez-Rogers
                                                              United States District Court Judge