UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | **Case No.:** 4:11-cv-6714-YGR<br><br>ORDER FOR SUPPLEMENTAL INFORMATION |

Pending before this Court is plaintiffs' renewed motion for class certification. The Court denied the previous motion, *in part*, because plaintiffs' damages model included "unharmed accounts" ranging from 17.2 to 17.8 percent representing approximately seven million accounts. In the revised application, plaintiffs' expert has reduced the percentage of "unharmed accounts" to a range of 7.6 to 7.9 percent (or approximately five and a half million accounts) by adding a $10.00 lifetime spending cut.

Plaintiffs' expert shall provide the Court with a supplemental declaration that provides the details (in chart format) for Figure 5 (Paragraph 76) of the Revised Supplemental Expert Report of Daniel L. McFadden in Support of Plaintiff's Motion for Class Certification, which provides greater detail of the calculations of unharmed accounts. At a minimum, the chart shall include all dollar ranges on the X-axis of the graph and identify both the actual number of unharmed accounts reflected on the Y-axis and the percentage of the whole (not reflected). Argument is prohibited.

The supplemental declaration shall be filed within 14 days of this Order. If necessary, the Court will entertain a request for additional time.

**IT IS SO ORDERED**.

Date: **January 16, 2024**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE