BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>PLAINTIFFS' NOTICE OF FILING OF REDACTED AND UNSEALED DOCUMENTS PURSUANT TO ORDER CONDITIONALLY GRANTING IN PART AND DENYING IN PART THE JOINT OMNIBUS SEALING MOTION (ECF No. 811)<br><br>Hon. Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that Plaintiffs hereby submit the following redacted and unsealed documents pursuant to the Court's April 5, 2024 Order Conditionally Granting in Part and Denying in Part the Joint Omnibus Sealing Motion (ECF No. 811).

| Exhibit | Description |
|---|---|
| A | Plaintiffs' Renewed Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities, dated Sept. 26, 2022 (ECF NO. 666-1) |
| B | Expert Report of Rosa M. Abrantes-Metz, Ph.D. in Support of Plaintiffs' Motion for Class Certification, dated Sept. 26, 2022 (ECF NO. 666-2) |
| C | Supplemental Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification, dated Sept. 26, 2022 (ECF NO. 666-3) |
| D | Revised Supplemental Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification, dated Dec. 30, 2022 (ECF NO. 675-1) |
| E | Second Revised Supplemental Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification, dated Jan. 19, 2023 (ECF NO. 679-1) |
| F | Plaintiffs' Opposition to Apple's *Daubert* Motion to Exclude the Testimony of Prof. Daniel L. McFadden and Dr. Rosa Abrantes-Metz, dated Apr. 21, 2023 (ECF NO. 702-1) |
| G | Declaration of Daniel L. McFadden in Support of Plaintiffs' Opposition to Apple Inc.'s *Daubert* Motion to Exclude, Apr. 21, 2023 (ECF NO. 702-2) |
| H | Declaration of Rosa Abrantes-Metz, Ph.D. in Support of Plaintiffs' Opposition to Apple Inc.'s *Daubert* Motion to Exclude, dated Apr. 21, 2023 (ECF NO. 702-3) |
| I | Deposition Transcript of Lorin M. Hitt, Ph.D., dated Apr. 14, 2023 (ECF NO. 702-4) |
| J | Reply Report of Daniel L. McFadden, Ph.D. in Support of Plaintiffs' Renewed Motion for Class Certification, dated Apr. 28, 2023 (ECF NO. 708-2) |
| K | Reply Report of Rosa M. Abrantes-Metz Ph.D. in Support of Plaintiffs' Renewed Motion for Class Certification, dated Apr. 28, 2023 (ECF No. 708-3) |
| L | Errata Sheet Regarding Declaration of Rosa Abrantes-Metz, Ph.D. in Support of Plaintiffs' Opposition to Apple Inc.'s *Daubert* Motion to Exclude, dated May 24, 2023 (ECF No. 717-1) |

DATED: April 26, 2024

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By:   /s/ Rachele R. Byrd

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
750 B Street, Suite 1820

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE_M. WOOD (*pro hac vice*)
JOSH HAFENBRACK (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
jhafenbrack@kellogghansen.com

*Class Counsel for Plaintiffs*

30456