THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| | **NOTICE OF LODGING OF DOCUMENTS PURSUANT TO ORDER CONDITIONALLY GRANTING IN PART AND DENYING IN PART THE JOINT OMNIBUS SEALING MOTION (DKT. 811)** |
| | The Honorable Yvonne Gonzalez Rogers |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On April 5, 2024, the Court issued its Order Conditionally Granting in Part and Denying in Part the Joint Omnibus Sealing Motion ("the Order").  Dkt. 811.  Pursuant to the Court's Order, Dkt. 811, and Stipulation and Order Modifying Sealing Procedures, Dkt. 664 at 3, Apple now lodges redacted documents in compliance with the Court's Order as follows:

Exhibit 1, Apple's *Daubert* Motion to Exclude McFadden and Abrantes-Metz Testimony, Dkt. 688-1; Exhibit 2, Apple's Opposition to Plaintiffs' Renewed Motion for Class Certification, Dkt. 688-2; Exhibit 3, Hitt Report, Dkt. 688-3; Exhibit 4, Schmalensee Report, Dkt. 688-4; Exhibit 5, Prince Report, Dkt. 688-5; Exhibit 6, Watson Report, Dkt. 688-6; Exhibit 7, Berger Report, Dkt. 688-7; Exhibit 8, Simonson Report, Dkt. 688-8; Exhibit 9, Malackowski Report, Dkt. 688-9; Exhibit 10, McFadden Dep. Tr. (Third), Dkt. 688-10; Exhibit 11, McFadden Dep. Tr. (Fourth), Dkt. 688-11; Exhibit 12, Abrantes-Metz Dep. Tr., Dkt. 688-12; Exhibit 13, Schmalensee Errata, Dkt. 719-1; Exhibit 14, Prince Errata, Dkt. 719-2; Exhibit 15, Watson Errata, Dkt. 719-3; Exhibit 16, Apple's *Daubert* Motion Reply to Exclude McFadden and Abrantes-Metz Testimony, Dkt. 688-1; Exhibit 17, Hitt Declaration in Support of Apple's *Daubert* Motion Reply, Dkt. 740-2; Exhibit 18, Prince Declaration in Support of Apple's *Daubert* Motion Reply, Dkt. 740-3; Exhibit 19, Expert Report and Declaration of Itamar Simonson, Dkt. 476-9.

DATED: April 26, 2024

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Caeli A. Higney*

Caeli A. Higney

*Attorney for Defendant Apple Inc.*