UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 815 |

The Court **ORDERS** the parties to file a status report concerning their dispute over Plaintiffs' Request for Production No. 55 no later than June 6, 2024.

**IT IS SO ORDERED.**

Dated: May 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge