# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

---

(202) 326-7900

FACSIMILE:
(202) 326-7999

July 5, 2024

*Via Electronic Case Filing (ECF)*

Hon. Yvonne Gonzalez Rogers
United States District Court for the Northern District of California
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

      Re:    *In re Apple iPhone Antitrust Litig.*, No. 4:11-cv-06714-YGR (N.D. Cal.)

Dear Judge Gonzalez Rogers:

      Plaintiffs write regarding their two pending Administrative Motions, ECF Nos. 870 and 883, both of which seek leave to bring discovery disputes before Judge Hixson arising from Apple's ongoing, repeated failures to honor its discovery obligations. As Plaintiffs recently informed Judge Hixson, Apple's discovery failures have now deprived Plaintiffs of "sufficient time to perform the required damages analysis" and complete other merits expert reports "before the October 10 expert report deadline." ECF No. 877 at 5.

      Apple "t[ook] no position on" Plaintiffs' first Administrative Motion. ECF No. 870 at 2. When a further dispute arose, Plaintiffs twice proposed to Apple that the parties agree to refer to Judge Hixson all scheduling matters related to fact and expert discovery to avoid burdening Your Honor with another administrative motion, but Apple refused. *See* ECF No. 883-2 ¶¶ 19-20; *see also* Standing Order in Civil Cases, Judge Yvonne Gonzalez Rogers, at 1 (May 6, 2024). Plaintiffs therefore sought such a referral in their second Administrative Motion. ECF No. 883-1 at 6.

      In the parties' joint letter brief to the Court, however, Apple took a new position on referral: "Apple does not believe that referral of the case schedule to Judge Hixon is necessary, but of course ***will defer to the Court's preference*** on this issue." ECF No. 883 at 5 (emphasis added). Because the parties agree that a referral is within Your Honor's discretion, Plaintiffs respectfully request that Your Honor refer both of Plaintiffs' pending Administrative Motions, ECF Nos. 870 and 883, and all future scheduling matters related to fact and expert discovery, to Judge Hixson. *See* ECF No. 883-1 at 6. Once Apple complies with its discovery obligations, the

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Yvonne Gonzalez Rogers
July 5, 2024
Page 2

parties can then, with Judge Hixson's guidance, address necessary revisions to the expert report deadline. The referral will therefore enable the parties to litigate their disputes without further burdening Your Honor, and to preserve as much of their jointly proposed case schedule as possible.

      We thank the Court for its attention to this matter, and apologize for the inconvenience.

Sincerely,

*/s/ Joshua Hafenbrack*

Joshua Hafenbrack

cc:   All Counsel of Record (via ECF)