UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 870, 883 |
|---|---|

Good cause appearing, Plaintiffs' administrative motions for leave to file joint discovery letter briefs (ECF Nos. 870 and 883) are **GRANTED**. The joint discovery letter briefs shall be filed no later than July 23, 2024.

**IT IS SO ORDERED.**

Dated: July 9, 2024

THOMAS S. HIXSON
United States Magistrate Judge