UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR  <br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DISCLOSURE OF EXPERT REPORTS AND PLAINTIFFS' EXPERT'S PRICING MODEL RUN ON ALL APP STORE TRANSACTIONAL DATA : | Opening: October 10, 2024 |
| ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Rebuttal: February 7, 2025 |
| EXPERT DISCOVERY CUTOFF: | March 24, 2025 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE HEARD BY: | May 8, 2025, at 2:00 p.m. |
| COMPLIANCE DEADLINE (*SEE* PAGE 2) | Friday, November 28, 2025, at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 5, 2025 |
| FIRST PRETRIAL CONFERENCE: | Wednesday, December 17, 2025, at 9:00 a.m. |
| SECOND PRETRIAL CONFERENCE: | Friday, January 9, 2026 at 9:00 a.m. |
| TRIAL DATE : | Monday, February 2, 2026, at 8:00 a.m. for (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. Parties are also advised to carefully review the Standing Order's sections on sealing procedures and experts, as they contain requirements specific to this Court. *See* Standing Order Sections 9 & 10, respectively. Parties are further advised that as per the hearing held on February 26, 2024, parties must request permission from the Court before filing further Daubert motions.

1    Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, November 28, 2025, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**