1  THEODORE J. BOUTROUS JR. (SBN 132099)   [Additional counsel on signature page]
     tboutrous@gibsondunn.com
2  DANIEL G. SWANSON (SBN 116556)
     dswanson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071
   Telephone:  213.229.7000
5  Facsimile:  213.229.7520

6  CAELI A. HIGNEY (SBN 268644)
     chigney@gibsondunn.com
7  JULIAN W. KLEINBRODT (SBN 302085)
     jkleinbrodt@gibsondunn.com
8  DANA L. CRAIG (SBN 251865)
     dcraig@gibsondunn.com
9  ELI M. LAZARUS (SBN 284082)
     elazarus@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center, Suite 2600
11 San Francisco, CA 94111-3715
   Telephone:  415.393.8200
12 Facsimile:  415.393.8306

13 **Attorneys for Defendant APPLE INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' ACCESS TO JULY 19, 2024 HEARING TRANSCRIPT**<br><br>The Honorable Thomas S. Hixson |

Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, Edward Lawrence, and Eric Terrell, plaintiffs in *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR (collectively, "Plaintiffs"); and Defendant Apple Inc. ("Defendant," collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

1. The Court previously granted Defendant Apple Inc.'s Administrative Motion to Temporarily Seal the July 19, 2024 Hearing ("Motion") pursuant to Local Civil Rules 7-1(b) and 79-5.
2. The Parties have requested access to the hearing transcript in order to identify portions that may contain sealable information.

The Parties therefore request and propose that both Parties be granted access to the July 19, 2024 hearing transcript in full.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 31, 2024

| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: __/s/ Rachele R. Byrd__<br>      Rachele R. Byrd | By: __/s/ Caeli A. Higney__<br>      Caeli A. Higney |
| *Plaintiffs' Class Counsel* | *Counsel for Defendant Apple Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  AUGUST 1, , 2024

_____
Honorable Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: July 31, 2024

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Caeli A. Higney*
       Caeli A. Higney

*Counsel for Defendant Apple Inc.*
