**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  BETSY C. MANIFOLD (182450)
2  RACHELE R. BYRD (190634)
   **WOLF HALDENSTEIN ADLER**
3    **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   manifold@whafh.com
6  byrd@whafh.com

7  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY (*pro hac vice*)
8  THOMAS H. BURT (*pro hac vice*)
   **WOLF HALDENSTEIN ADLER**
9    **FREEMAN & HERZ LLP**
   270 Madison Ave
10 New York, NY 10016
   Telephone: (212) 545-4600
11 Facsimile: (212) 686-0114
   rifkin@whafh.com
12 guiney@whafh.com
   burt@whafh.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF DARRYL THOMPSON**<br><br>CTROOM:  1, 4th Floor<br>JUDGE:     Hon. Yvonne Gonzalez Rogers |

**[REDACTED VERSION OF DOCUMENT FILED UNDER SEAL]**