BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DECLARATION OF DARRYL THOMPSON** |

1   Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence
2   ("Plaintiffs") bring this Administrative Motion to Seal the Declaration of Daryl Thompson (the
3   "Thompson Declaration") under Civil Local Rules 7-11 and 79-5(c).
4   Local Rule 79-5(c) sets forth procedures that apply when a party seeks to file its own
5   confidential document under seal. Local Rule 79-5(f) sets forth procedures that apply when a party
6   seeks to file a document under seal because the document has been designated as confidential by
7   another party. The Thompson Declaration contains both JND Legal Administration proprietary
8   information and also information about Apple's production of payor data, which was marked
9   Highly—Confidential Attorneys' Eyes Only under the Amended Stipulated Protective Order
10  entered in this case. ECF No. 381.
11  A party seeking to seal materials filed in connection with a non-dispositive motion must
12  make a "particularized showing" under the "good cause" standard of Federal Rule of Civil
13  Procedure 26(c). *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir.
14  2006). Sealing is appropriate when the information at issue constitutes "trade secret information."
15  *Monster, Inc. v. Dolby Labs. Licensing Corp.*, No. 12-CV-2488, 2013 WL 163774, at *1 (N.D.
16  Cal. Jan. 15, 2013); *see also Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002)
17  (acknowledging courts' "broad latitude" to "prevent disclosure of materials for many types of
18  information, including, but not limited to, trade secrets or other confidential research,
19  development, or commercial information"); *France Telecom S.A. v. Marvell Semiconductor, Inc.*,
20  No. 12-CV-4967, 2014 WL 4965995, at *4 (N.D. Cal. Oct. 3, 2014) ("The non-public sales
21  information at issue is among the types of competitively sensitive information that qualifies as a
22  trade secret and is properly sealed at trial.").
23  Plaintiffs requested that JND evaluate a sample data set of Apple Payor Data produced by
24  Apple. The Thompson Declaration discusses the details of the Payor Data as well as what steps
25  JND would take to deduplicate/rollup the Apple Payor Data. The processes and steps JND would
26  take to accomplish this task constitute JND's proprietary information. Public disclosure of this
27  trade secret information to JND's competitors could cause JND competitive harm. Filing the
28  Thompson Declaration under seal will not in any way inhibit the public's ability to understand the

1  proceedings, as the information was offered by Mr. Thompson only to explain how he would
2  deduplicate Apple's Payor Data.
3      Pursuant to Local Rule 79-5(f)(3), Apple has seven (7) days to file its own statement and/or
4  declaration to explain the reasons for keeping the details of its Payor Data contained in the
5  Thompson Declaration under seal.
6      For the foregoing reasons, Plaintiffs respectfully request that the Court seal the Thompson
7  Declaration.

8  DATED: August 8, 2024                    **WOLF HALDENSTEIN ADLER**
                                            **FREEMAN & HERZ LLP**
9
10                                          By:   */s/ Rachele R. Byrd*

11                                          BETSY C. MANIFOLD
                                            RACHELE R. BYRD
12                                          750 B Street, Suite 1820
                                            San Diego, CA  92101
13                                          Telephone: 619/239-4599
                                            Facsimile: 619/234-4599
14                                          manifold@whafh.com
                                            byrd@whafh.com
15
                                            MARK C. RIFKIN
16                                          MATTHEW M. GUINEY
                                            THOMAS H. BURT
17                                          **WOLF HALDENSTEIN ADLER**
                                            **FREEMAN & HERZ LLP**
18                                          270 Madison Ave
                                            New York, NY 10016
19                                          Telephone: (212) 545-4600
                                            Facsimile: (212) 686-0114
20                                          rifkin@whafh.com
                                            guiney@whafh.com
21
22                                          DAVID C. FREDERICK (*pro hac vice*)
                                            AARON M. PANNER (*pro hac vice*)
23                                          JOSH HAFENBRACK (*pro hac vice*)
                                            KYLE M. WOOD (*pro hac vice*)
24                                          ASHLE J. HOLMAN (*pro hac vice*)
                                            KELLEY C. SCHIFFMAN (*pro hac vice*)
25                                          ANNA K. LINK (*pro hac vice*)
                                            **KELLOGG, HANSEN, TODD, FIGEL &**
26                                          **FREDERICK, P.L.L.C.**
                                            1615 M Street, N.W., Suite 400
27                                          Washington, D.C.  20036
                                            Telephone: (202) 326-7900
28                                          Facsimile: (202) 326-7999

1
2
3
4

dfrederick@kellogghansen.com
apanner@kellogghansen.com
jhafenbrack@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

5

*Class Counsel for Plaintiffs*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28