BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (pro hac vice)
MATTHEW M. GUINEY (pro hac vice)
THOMAS H. BURT (pro hac vice)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF DARRYL THOMPSON**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for Plaintiffs. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5(c) in support of Plaintiffs' Administrative Motion to Seal the Declaration of Darryl Thompson (the "Thompson Declaration").

3. Pursuant to Local Rules 79-5(c) and (f), Plaintiffs move to seal the Thompson Declaration because it contains confidential and proprietary information of JND Legal Administration ("JND") as well as discussion of Defendant Apple Inc.'s ("Apple") Payor Data, which Apple designated as Highly Confidential—Attorneys' Eyes Only pursuant to the Amended Stipulated Protective Order entered in this case. *See* ECF No. 381.

4. Plaintiffs requested JND evaluate a sample data set of Apple Payor Data that Apple produced. The Thompson Declaration discusses the details of the Payor Data as well as what steps JND would take to deduplicate/rollup the Apple Payor Data. The processes and steps JND would take to accomplish this task constitute JND's proprietary information. Public disclosure of this trade secret information to JND's competitors could cause JND competitive harm. Filing the Thompson Declaration under seal will not in any way inhibit the public's ability to understand the proceedings, as the information was offered by Mr. Thompson only to explain how he would deduplicate Apple's Payor Data.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed August 8, 2024 at San Diego, California.

                                                   */s/ Rachele R. Byrd*
                                                   RACHELE R. BYRD