UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLE IPHONE ANTITRUST
LITIGATION

Case No.  11-cv-06714-YGR   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. Nos. 906, 907

The parties' joint motion and stipulation at ECF Nos. 906 and 907 are granted in part and denied in part.  The August 9, 2024 hearing concerns the discovery disputes at ECF Nos. 815, 898 and 899.  ECF Nos. 898 and 899 are publicly filed joint discovery letter briefs.  There is no basis to seal the hearing on those disputes.  However, the Court will temporarily seal the hearing as to ECF No. 815.  Logistically, the Court will first conduct the public hearing on ECF Nos. 898 and 899, and then it will conduct the under seal hearing on ECF No. 815.

**IT IS SO ORDERED.**

Dated: 8/9/2024

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California