UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
|---|---|

**JOINT LETTER REGARDING CONFIDENTIALITY OF AUGUST 9, 2024 ORDER**

The Honorable Thomas Hixson
United States District Court for the Northern District of California
Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Hixson,

    Plaintiffs and Defendant Apple Inc. ("Apple" and together with Plaintiffs, the "Parties") respectfully submit this joint statement in response to the Court's Order dated August 9, 2024. *See* ECF No. 913 at 6. The Parties wish to clarify that they do not intend to propose any redactions to the Order. From the Parties' perspective, the Order in its entirety may be filed on the public docket.

    The Parties appreciate the Court's attention to this matter.

Respectfully submitted,

| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By:   */s/ Rachele R. Byrd* <br>       Rachele R. Byrd | By:   */s/ Caeli A. Higney* <br>       Caeli A. Higney |
| KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | *Counsel for Defendant Apple Inc.* |
| *Plaintiffs' Class Counsel* | |

**E-FILING ATTESTATION**

    I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

    */s/ Rachele R. Byrd*
    Rachele R. Byrd