THEODORE J. BOUTROUS JR. (SBN 132099)
  tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG (SBN 251865)
  dcraig@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; pro hac vice)
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; pro hac vice)
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

**Attorneys for Defendant APPLE INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR <br><br> **PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE AUGUST 9, 2024 HEARING TRANSCRIPT** <br><br> The Honorable Thomas S. Hixson |

1   I am an attorney duly licensed to practice law in the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys responsible for representing Apple Inc. in the above-captioned case. My business address is One Embarcadero Center, San Francisco, CA 94111.

On September 3, 2024, I caused to be served on counsel for the Plaintiffs in the above-captioned case the following document via electronic mail:

- Exhibit 1 to the Parties' Joint Administrative Motion to Seal Portions of the August 9, 2024 Hearing Transcript, filed under seal at ECF Dkt. 922-2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on September 3, 2024 in San Francisco.

/s/ Caeli A. Higney

Caeli A. Higney