BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (pro hac vice)
MATTHEW M. GUINEY (pro hac vice)
THOMAS H. BURT (pro hac vice)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR <br><br> ~~STIPULATION AND [PROPOSED]~~ ORDER MODIFYING SCHEDULE with Qualification <br><br> The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rules 6-2 and 7-12, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence, and Defendant Apple Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on July 11, 2024, this Court entered a Case Management and Pretrial Order, ECF No. 891;

WHEREAS, before this Court entered this Case Management and Pretrial Order, the Parties had reached impasse on several discovery issues, including Plaintiffs' entitlement to discovery from Defendant of all data, as opposed to a sample, to identify potential Class members—identification of whom is necessary for Plaintiffs' damages expert, Professor Daniel L. McFadden, to calculate individualized damages on a Class member by Class member basis—as the Court has directed Plaintiffs to do (*see* ECF No. 789 at 24 n.17, 27-28);

WHEREAS, pursuant to this Case Management and Pretrial Order, among other events and deadlines, the Parties' disclosure and exchange of opening expert reports are due on October 10, 2024; Plaintiffs' "pricing model" must be "run on all App Store transactional data" by October 10, 2024; the Parties must disclose and exchange rebuttal expert reports by February 7, 2025; and expert discovery closes on March 24, 2025 (ECF No. 891 at 1);

WHEREAS, on August 9, 2024, the Honorable Thomas S. Hixson granted two discovery motions in Plaintiffs' favor, compelling Defendant to: (1) produce documents reflecting Defendant's efforts to comply with new laws in the European Union and South Korea that have opened the App Store to competition; (2) update its custodial productions from nine custodians (Phil Schiller, Trystan Kosmynka, Erik Neuenschwander, Eddy Cue, Matthew Fischer, Carson Oliver, Kevan Parekh, Craig Federighi, and Tim Cook) generated between October 1, 2019, and February 2, 2024; and (3) produce all data necessary for Plaintiffs and their claims administrator to identify potential Class members (*see* ECF No. 919 at 1-6);

WHEREAS, on September 12, 2024, Defendant completed its production of the data that will be used to identify potential Class members;

WHEREAS, after an initial analysis, Plaintiffs' claims administrator has estimated that it will take approximately three months (i.e., until mid-December 2024) for it to complete its analysis of

Defendant's records of App Store payors for the entire Class Period to create a list of potential Class members;

WHEREAS, once Plaintiffs have ascertained the identities of all potential Class members, Defendant needs approximately one month to create and produce to Plaintiffs a document that matches transactions to all "payor IDs" associated with a given potential Class member, which Professor McFadden can then use to complete his individualized damages calculations;

WHEREAS, as explained in greater detail in the accompanying Declaration of Rachele. R. Byrd, all of the foregoing must be completed before Professor McFadden can perform the last stage of his expert analysis and finalize an expert report that reflects his damages calculations for all potential Class members on "all App Store transactional data" (ECF No. 891 at 1);

WHEREAS, as further explained in the accompanying Declaration of Rachele. R. Byrd, Plaintiffs assert that their other expert analyses, including that of Dr. Rosa Abrantes-Metz, cannot be finalized without (1) an opportunity to review Defendant's updated document productions, which Defendant has committed to substantially completing by November 15, 2024, and (2) an opportunity to depose Mr. Kevan Parekh and Mr. Erik Neuenschwander, two Apple employees who were named for the first time in Defendant's First Amended Initial Disclosures, served on May 13, 2024 following Plaintiffs' most recent requests for production;

WHEREAS, the Parties thus believe that good cause exists to amend the Case Management and Pretrial Order to extend the deadlines for exchanging opening and rebuttal expert reports and the close of expert discovery by approximately four months, and to extend the briefing schedule for dispositive, *Daubert*, and decertification motions (should either Party obtain permission to so file), without altering the Compliance Deadline, Pretrial Conference Statement submission date, the Pretrial Conference dates, or the Trial Date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to approval of the Court, to the entry of an Order providing that the schedule shall be modified as follows:

/ / /

/ / /

/ / /

## PRETRIAL SCHEDULE

| EVENT | PRESENT DEADLINE | ~~PROPOSED~~ DEADLINE |
|---|---|---|
| Substantial Completion of Apple's Outstanding Document Productions | n/a | November 15, 2024 |
| Deadline for Plaintiffs' Claims Administrator to Provide Defendant with a List of Potential Class Members | n/a | December 12, 2024 |
| Deadline for Apple to Provide to Plaintiffs a List Matching Transaction IDs to the Payor IDs Associated with All Potential Class Members | n/a | January 17, 2025 |
| Disclosure of Expert Reports and Plaintiffs' Expert's Pricing Model Run on All App Store Transaction Data<br><br>All Experts, Retained and Non-Retained, Must Provide Written Reports Compliant with FRCP 26(a)(2)(B) | Opening: October 10, 2024<br><br>Rebuttal: February 7, 2025 | Opening: February 21, 2025<br><br>Rebuttal: June 6, 2025 |
| Expert Discovery Cutoff | March 24, 2025 | July 7, 2025 |
| Submission of Dispositive Motions/ *Daubert* Motions/Motions to Decertify[1] | n/a | August 4, 2025 |
| Oppositions to Dispositive Motions/ *Daubert* Motions/Motions to Decertify | n/a | September 4, 2025 |
| Replies in Support of Dispositive Motions/ *Daubert* Motions/Motions to Decertify | n/a | September 25, 2025 |
| Hearing on Dispositive Motions/*Daubert* Motions/Motions to Decertify | May 8, 2025, at 2:00 p.m.[2] | On or after October 7, 2025, at the Court's convenience |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. These requirements also apply to any contemplated *Daubert* Motions or Motions to Decertify. *See* ECF No. 791 at 4:4-25, 5:9-16.

[2] The Parties disagree whether the May 8, 2025 deadline in the operative Case Management and Pretrial Order is a hearing date or the deadline for submitting dispositive motions. The Parties agree that this date should be modified, however.

| EVENT | PRESENT DEADLINE | ~~PROPOSED~~ DEADLINE |
|---|---|---|
| Compliance Deadline | November 28, 2025, at 9:01 a.m. | Same |
| Joint Pretrial Conference Statement | December 5, 2025 | Same |
| First Pretrial Conference | December 17, 2025 | Same |
| Second Pretrial Conference | January 9, 2026 | Same |
| Trial Date | February 2, 2026 | Same |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, November 28, 2025, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the Parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The Parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO STIPULATED.**

DATED: October 3, 2024

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ Rachele R. Byrd

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
750 B Street, Suite 1820

|   |   |
|---|---|
| 1 | San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599 |
| 2 | |
| 3 | **WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP**<br>MARK C. RIFKIN (*pro hac vice*) |
| 4 | MATTHEW M. GUINEY(*pro hac vice*)<br>THOMAS H. BURT (*pro hac vice*) |
| 5 | 270 Madison Avenue<br>New York, New York 10016 |
| 6 | Telephone: 212/545-4600<br>Facsimile: 212/545-4677 |

1   San Diego, CA 92101
    Telephone:  619/239-4599
2   Facsimile:  619/234-4599

3   **WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP**
4   MARK C. RIFKIN (*pro hac vice*)
    MATTHEW M. GUINEY(*pro hac vice*)
5   THOMAS H. BURT (*pro hac vice*)
    270 Madison Avenue
6   New York, New York 10016
    Telephone:  212/545-4600
7   Facsimile:  212/545-4677

8   DAVID C. FREDERICK (*pro hac vice*)
    AARON M. PANNER (*pro hac vice*)
9   JOSH HAFENBRACK (*pro hac vice*)
    KYLE M. WOOD (*pro hac vice*)
10  ASHLE J. HOLMAN (*pro hac vice*)
    KELLEY C. SCHIFFMAN (*pro hac vice*)
11  ANNA K. LINK (*pro hac vice*)
    **KELLOGG, HANSEN, TODD, FIGEL &
12    FREDERICK, P.L.L.C.**
    1615 M Street, N.W., Suite 400
13  Washington, D.C.  20036
    Telephone: (202) 326-7900
14  Facsimile: (202) 326-7999
    dfrederick@kellogghansen.com
15  apanner@kellogghansen.com
    jhafenbrack@kellogghansen.com
16  kwood@kellogghansen.com
    aholman@kellogghansen.com
17  kschiffman@kellogghansen.com
    alink@kellogghansen.com

18  *Class Counsel for Plaintiffs*

19

20  DATED:  October 3, 2024         **GIBSON, DUNN & CRUTCHER LLP**

21

22                          By:     */s/ Caeli A. Higney*

23                                  THEODORE J. BOUTROUS JR. (SBN 132099)
                                    tboutrous@gibsondunn.com
24                                  DANIEL G. SWANSON (SBN 116556)
                                    dswanson@gibsondunn.com
25                                  333 South Grand Avenue
                                    Los Angeles, CA 90071
26                                  Telephone:  213.229.7000
                                    Facsimile:  213.229.7520
27
                                    CAELI A. HIGNEY (SBN 268644)
28

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULE
Case No. 11-cv-06714-YGR
-5-

chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
DANA L. CRAIG (SBN 251865)
dcraig@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

### E-FILING ATTESTATION

I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

/s/ Rachele R. Byrd
RACHELE R. BYRD

**PURSUANT TO STIPULATION, IT IS SO ORDERED with a qualification. The parties have conveniently agreed to extend their own schedule and yet maintain a trial date which shifts the burden to the Court. The Court will maintain that date but the parties will be required to prepare for trial with or without a ruling on the filed motions.**

DATED: October 11, 2024

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE