BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (pro hac vice)
MATTHEW M. GUINEY (pro hac vice)
THOMAS H. BURT (pro hac vice)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCLOSURES SCHEDULE**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rules 6-2 and 7-12, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs"), and Defendant Apple Inc. ("Defendant" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on October 11, 2024, this Court entered an Order Modifying Schedule with Qualifications, establishing that the Parties shall exchange opening expert reports on February 21, 2025, and rebuttal expert reports on June 6, 2025, with expert discovery closing on July 7, 2025, *see* ECF No. 933 at 4;

WHEREAS, throughout January 2025, a series of wildfires impacted the Los Angeles metropolitan area and San Diego County, leaving tens of thousands of residents without homes;

WHEREAS, in mid-January, one of Plaintiffs' retained experts, who resides in the Los Angeles metropolitan area, lost his home and effectively all of his possessions to the wildfires;

WHEREAS, in the weeks that followed, Plaintiffs' expert was unable to dedicate any attention to his work in this matter, focusing instead on working with his wife to find alternative housing for their family;

WHEREAS, by January 31, 2025, Plaintiffs received word from the affected expert that he and his family had found temporary housing, and that he was ready to resume his work on this matter, but that he would be unable to dedicate sufficient time to the case to complete his report by the February 21 deadline;

WHEREAS, Plaintiffs represent that some of Plaintiffs' other retained experts rely upon this impacted expert's opinions such that a delay in completing his work will impact those other experts' ability to timely complete their reports by the February 21 deadline;

WHEREAS, given these circumstances Plaintiffs immediately approached Defendant and proposed that the Parties stipulate to extend the opening expert report deadline for all experts by two (2) weeks, to March 7, 2025; in exchange, Plaintiffs agreed to stipulate to extend the deadline for exchanging rebuttal expert reports by one (1) week, to June 13, 2025;

WHEREAS, under the Parties' proposed stipulation, all other case deadlines, and the February 2026 trial date, would all remain the same;

WHEREAS, the Parties thus believe that good cause exists to amend the Case Management and Pretrial Order to extend the deadlines for exchanging opening expert reports by two weeks, and for exchanging rebuttal expert reports by one week, with all other dates to remain unchanged;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to approval of the Court, to the entry of an Order providing that the schedule shall be modified as follows:

**PRETRIAL SCHEDULE**

| EVENT | PRESENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Disclosure of Expert Reports and Plaintiffs' Expert's Pricing Model Run on All App Store Transaction Data<br><br>All Experts, Retained and Non-Retained, Must Provide Written Reports Compliant with FRCP 26(a)(2)(B) | Opening: February 21, 2025<br><br>Rebuttal: June 6, 2025 | Opening: March 7, 2025<br><br>Rebuttal: June 13, 2025 |
| Expert Discovery Cutoff | July 7, 2025 | Same |
| Submission of Dispositive Motions/ *Daubert* Motions/Motions to Decertify[1] | August 4, 2025 | Same |
| Oppositions to Dispositive Motions/ *Daubert* Motions/Motions to Decertify | September 4, 2025 | Same |
| Replies in Support of Dispositive Motions/ *Daubert* Motions/Motions to Decertify | September 25, 2025 | Same |
| Hearing on Dispositive Motions/*Daubert* Motions/Motions to Decertify | On or after October 7, 2025, at the Court's convenience | Same |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment. These requirements also apply to any contemplated *Daubert* Motions or Motions to Decertify. *See* ECF No. 791 at 4:4-25, 5:9-16.

| EVENT | PRESENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Compliance Deadline | November 28, 2025, at 9:01 a.m. | Same |
| Joint Pretrial Conference Statement | December 5, 2025 | Same |
| First Pretrial Conference | December 17, 2025 | Same |
| Second Pretrial Conference | January 9, 2026 | Same |
| Trial Date | February 2, 2026 | Same |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, November 28, 2025, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the Parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The Parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  February 7, 2025 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |

By:   /s/ Rachele R. Byrd

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*

DATED: February 7, 2025            **GIBSON, DUNN & CRUTCHER LLP**

By:    */s/ Caeli A. Higney*

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
jkleinbrodt@gibsondunn.com
DANA L. CRAIG (SBN 251865)
dcraig@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
  elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

### E-FILING ATTESTATION

I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

*/s/ Rachele R. Byrd*
RACHELE R. BYRD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February ___, 2025

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCLOSURES SCHEDULE
Case No. 11-cv-06714-YGR
-5-