THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*admitted *pro hac vice*

*Attorneys for Defendant Apple Inc.*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COMMUNICATIONS WITH ABSENT CLASS MEMBERS**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-12, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs"), and Defendant Apple Inc. (collectively, "the Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS on February 2, 2024, this Court certified the following class:

> All persons in the United States, exclusive of Apple and its employees, agents and affiliates, and the Court and its employees, who purchased one or more iOS applications or application licenses from Defendant Apple Inc. ("Apple"), or who paid Apple for one or more in-app purchases, including, but not limited to, any subscription purchase, for use on an iOS Device at any time since July 10, 2008 (the "Class Period"). The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS application and in-app purchases from any one Apple ID account.

Dkt. 789;

WHEREAS on February 14, 2025, in a meet-and-confer discussion, in light of ethical rules including Rule 4.2 of the California Rules of Professional Conduct which relates to communications with represented parties, Apple, while not agreeing that absent class members are represented parties until class notice has been given and the time to opt out has expired, requested Plaintiffs' counsel's consent to communicate with absent class members for the purposes of (1) conducting consumer surveys relating to the subject matter of this litigation and (2) conducting mock trial exercises;

WHEREAS on February 28, 2025, Plaintiffs' counsel gave consent to Apple for both types of communication with certain limitations;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, that:

Apple may conduct consumer surveys relating to the subject matter of this litigation with the following limitations: (1) the surveys will not discuss class notice, class members' right to opt out, settlement, or class counsel, and shall not identify this litigation or counsel for either party; (2) neither Apple nor its experts will directly communicate with survey respondents, and all communication will be made by a third-party market research firm; (3) the survey participants will

remain anonymous; (4) neither the survey research firm nor the survey recipients will be told that Apple is sponsoring the survey; and (5) Apple will preserve the raw survey data; and

Apple may conduct mock trial exercises on the condition that the number of absent class members participating as mock jurors will be limited to 40 per exercise.

DATED:  March 12, 2025          **GIBSON, DUNN & CRUTCHER LLP**

By:    *s/ Cynthia E. Richman*
           CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (302085)
jkleinbrodt@gibsondunn.com
Dana L. Craig (251865)
dcraig@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

1  
2                      **WOLF HALDENSTEIN ADLER**  
                         **FREEMAN & HERZ LLP**

3        By:    */s/ Rachele R. Byrd*  
                    RACHELE R. BYRD

4          BETSY C. MANIFOLD (182450)  
        RACHELE R. BYRD (190634)  
5          STEPHANIE AVILES (350289)  
        750 B Street, Suite 1820  
6          San Diego, CA 92101  
        Telephone:  619/239-4599  
7          Facsimile:  619/234-4599

8          MARK C. RIFKIN (*pro hac vice*)  
9          MATTHEW M. GUINEY (*pro hac vice*)  
        THOMAS H. BURT (*pro hac vice*)  
10        **WOLF HALDENSTEIN ADLER**  
         **FREEMAN & HERZ LLP**  
11        270 Madison Avenue  
        New York, New York 10016  
12        Telephone:  212/545-4600  
        Facsimile:  212/545-4677

13  
14        DAVID C. FREDERICK (*pro hac vice*)  
       AARON M. PANNER (*pro hac vice*)  
15       KYLE M. WOOD (*pro hac vice*)  
       ASHLE J. HOLMAN (*pro hac vice*)  
16       KELLEY C. SCHIFFMAN (*pro hac vice*)  
       ANNA K. LINK (*pro hac vice*)  
17       **KELLOGG, HANSEN, TODD, FIGEL &**  
        **FREDERICK, P.L.L.C.**  
18       1615 M Street, N.W., Suite 400  
       Washington, D.C.  20036  
19       Telephone: (202) 326-7900  
       Facsimile: (202) 326-7999  
20       dfrederick@kellogghansen.com  
       apanner@kellogghansen.com  
21       kwood@kellogghansen.com  
       aholman@kellogghansen.com  
22       kschiffman@kellogghansen.com  
       alink@kellogghansen.com  
23  

24       *Class Counsel for Plaintiffs*

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26 DATED: _____  
                                    YVONNE GONZALEZ ROGERS  
27                                     UNITED STATES DISTRICT JUDGE

28 STIPULATION AND [PROPOSED] ORDER REGARDING  
COMMUNICATIONS WITH ABSENT CLASS MEMBERS  
CASE NO. 11-cv-06714-YGR