THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*
[Additional counsel on signature page]

BETSY C. MANIFOLD, SBN 182450
manifold@whafh.com
RACHELE R. BYRD, SBN 90634
byrd@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619.239-4599
Facsimile: 619.234-4599

DAVID C. FREDERICK (pro hac vice)
dfrederick@kellogghansen.com
AARON M. PANNER (pro hac vice)
apanner@kellogghansen.com
KYLE M. WOOD (pro hac vice)
kwood@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Class Counsel for Plaintiffs*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EPIC V. APPLE, CASE NO. 4:20-CV-5640, PRIVILEGE ORDERS AND APPLE'S OBJECTIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER REGARDING
EPIC V. APPLE, CASE NO. 4:20-CV-5640 PRIVILEGE ORDERS AND APPLE'S OBJECTIONS
CASE NO. 11-cv-06714-YGR

Pursuant to Civil Local Rule 7-12, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs"), and Defendant Apple Inc. (collectively, "the Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS on September 25, 2024, the Parties agreed that Apple will reproduce to Plaintiffs the custodial files of seven custodians from Apple's productions made to Epic Games (hereinafter "the Reproduced Documents") pursuant to the injunction compliance proceedings in *Epic Games v. Apple*, Case No. 4:20-cv-5640 (N.D. Cal.) (hereinafter "*Epic Games*"). See *Epic Games* Dkt. 974.

WHEREAS the *Epic Games* Court referred the *Epic Games* case to Magistrate Judge Thomas S. Hixson for all discovery matters. *Epic Games* Dkt. 985.

WHEREAS the *Epic Games* Court appointed Special Masters, *Epic Games* Dkts. 1070, 1073 (appointing Hon. Wayne Brazil (Ret.)[1] and Hon. Philip Gutierrez (Ret.)), 1081 (appointing Hon. Suzanne Segal (Ret.)), and 1105 (appointing Hon. Patrick J. Walsh (Ret.)) (collectively the "Special Masters") and approved the *Epic Games* parties' privilege re-review protocol, *Epic Games* Dkts. 1092, 1252, 1352.

WHEREAS in the *Epic Games* case, the Court, Magistrate Judge Hixson, and the Special Masters have made various privilege rulings, including but not limited to *Epic Games* Dkts. 1056, 1095, 1139, 1150, 1157, 1171, 1209, 1242, 1251, 1264, 1281, Trial Tr. 1436:04-1444:09 (privilege redactions to CX-0272), 1479:11-1490:06 (sealed privilege redactions to CX-0859), 1501:01-11 (privilege redactions to CX-0275), 01509:05-1509:10 (privilege redactions to CX-0251).

WHEREAS in the *Epic Games* case, Apple has preserved privilege objections over certain produced documents, including but not limited to a Motion and Reply for Order Pursuant to Federal Rule of Evidence 502(d). *See, e.g.*, *Epic Games* Dkts. 1079, 1193, 1198, 1221, 1278,

---

[1] The Hon. Wayne Brazil (Ret.) notified the Parties of his withdrawal as special master on December 22, 2024, after which the Hon. J. Walsh (Ret.) was appointed. See *Epic Games* Dkt. 1105.

1285, 1298; Trial Tr. 1125:20-1130:04 (preservation of FRE 502(d) objection before the *Epic Games* Court); *see also id.* at 1238:20-1239:02 (preservation of privilege objection to CX-0291), 1897:12-24 (preservation of additional privilege objection to CX-0859).

WHEREAS on March 20, 2025, the Parties met and conferred on this topic.

WHEREAS on April 14, 2025, the Parties agreed that all privilege rulings from the *Epic Games* Court, Magistrate Judge Hixson, or the Special Masters relating to or impacting the Reproduced Documents apply in this litigation, and to the extent that Apple asserts any privilege objection in the *Epic Games* case over a Reproduced Document, any objection in that case will apply in this litigation as well.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, subject to the Court's approval, that:

Any privilege ruling by the *Epic Games* Court, Magistrate Judge Hixson, or the Special Masters relating to or impacting the Reproduced Documents applies in this litigation, and to the extent that Apple asserts any privilege objection in the *Epic Games* case over a Reproduced Document, any objection in that case will apply to this litigation as well. Reproduction or disclosure in this case of any documents produced or disclosed in the *Epic Games* case shall not be deemed a waiver of any privilege or protection.

DATED: April 14, 2025            **GIBSON, DUNN & CRUTCHER LLP**

By   */s/ Cynthia E. Richman*
       CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8234
Facsimile: 202.530.9691

STIPULATION AND [PROPOSED] ORDER REGARDING
EPIC V. APPLE, CASE NO. 4:20-CV-5640 PRIVILEGE ORDERS AND APPLE'S OBJECTIONS
CASE NO. 11-cv-06714-YGR

-2-

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (302085)
jkleinbrodt@gibsondunn.com
Dana L. Craig (251865)
dcraig@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*


**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:     */s/ Rachele E. Byrd*
            RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:  212/545-4677

STIPULATION AND [PROPOSED] ORDER REGARDING
EPIC V. APPLE, CASE NO. 4:20-CV-5640 PRIVILEGE ORDERS AND APPLE'S OBJECTIONS
CASE NO. 11-cv-06714-YGR

-3-

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING
EPIC V. APPLE, CASE NO. 4:20-CV-5640 PRIVILEGE ORDERS AND APPLE'S OBJECTIONS
CASE NO. 11-cv-06714-YGR

-4-