BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY CLASS DEFINITION AND APPROVE NOTICE TO THE CLASS**<br><br>DATE:          May 20, 2025<br>TIME:          2:00 P.M.<br>COURTROOM:   1, 4th Floor<br><br>The Honorable Yvonne Gonzalez Rogers |

**[REDACTED PUBLIC VERSION]**

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion to Modify Class Definition and Approve Notice to the Class. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** are relevant portions of the March 7, 2025 Expert Report of Joseph R. Stiglitz.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Daryl Thompson of JND Legal Administration. Mr. Thompson's declaration was served upon Apple on March 7, 2025, as Exhibit 1 to the Expert Report of Minjae Song, Ph.D.

4. Attached hereto as **Exhibit C** is a true and correct copy of relevant portions of the March 7, 2025 Expert Report of Minjae Song Ph.D.

5. Dr. Song has also informed Plaintiffs' counsel that ████████████████████████████████████████████████████████████████████████████████████████████████████████

6. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Amended and Supplemental Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories dated November 26, 2024.

7. Attached hereto as **Exhibit E** is a true and correct copy of a January 30, 2025 letter from Eli Lazarus to myself and Kyle Wood.

8. On March 7, 2025, Plaintiffs served Apple with Professor McFadden's expert merits report. Attached hereto as **Exhibit F** is a true and correct copy of relevant portions of the March 7, 2025 Expert Report of Daniel L. McFadden, Ph.D.

9. Attached hereto as **Exhibit G** is Plaintiffs' proposed long form notice to the Class

that will be posted on a notice website created and maintained by the notice administrator, Epiq Class Action and Claims Solutions, Inc. ("Epiq").

10. Attached hereto as **Exhibit H** is Plaintiffs proposed short form notice to the Class that Epiq will send to Class members by email.

11. Plaintiffs based their proposed notice plan on the Federal Judicial Center's guidelines for class notice. *See* https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0. Apple had an opportunity to review the notices and to provide comments and edits. Plaintiffs incorporated Apple's edits, other than those that (1) were inconsistent with Plaintiffs' proposed modifications to the Class definition, and (2) removed language about Plaintiffs seeking injunctive relief.

12. Attached hereto as **Exhibit I** is a true and correct copy of a letter dated January 17, 2025 from Eli Lazarus to myself and Kyle Wood regarding a production of data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of April 2025 at Poway, California.

                                               */s/ Rachele R. Byrd*
                                               RACHELE R. BYRD