# EXHIBIT G

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 4:11-cv-06714-YGR

# NOTICE

**If you purchased an application ("app") or made an in-app purchase for your Apple iPhone or iPad between July 10, 2008, and February 2, 2024, your rights may be affected by an ongoing class action.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*Para una notificación en español, visite www.[website].com o llame 1-XXX-XXX-XXXX.*

A class action is pending in the United States District Court for the Northern District of California. The lawsuit is known as *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR.

- The lawsuit claims that Apple Inc. ("Apple") has monopolized or attempted to monopolize the retail market for the sale of apps and in-app purchases used on iPhones and iPads, collectively referred to as "iOS Devices." The retail market for the sale of apps and in-app purchases used on iPod Touches is not part of this lawsuit.

- On February 2, 2024, the District Court certified a class of all persons in the United States, excluding Apple and its employees, agents and affiliates, and the Court and its employees, who purchased one or more iOS applications or application licenses from Apple, or who paid Apple for one or more in-app purchases, including, but not limited to, any subscription purchase, for use on an iOS Device at any time between July 10, 2008 and February 2, 2024 (the "Class Period"). The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS applications and in-app purchases from any one Apple ID account (the "Class").

- The Court has not decided whether Apple's alleged wrongdoing had any impact on Plaintiffs and the Class members. Apple denies the Plaintiffs' allegations and has asserted defenses to the Plaintiffs' claims. Trial in this case is scheduled to begin on February 2, 2026.

- Your legal rights may be affected whether you act or do not act. Please read this notice carefully.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THE PENDING CLASS ACTION LITIGATION** | | |
|---|---|---|
| **DO NOTHING** | • Stay in the Class and await the outcome.<br>• Give up your right to commence your own separate lawsuit against Apple for the claims in this case. | |
| **ASK TO BE EXCLUDED ("OPT OUT")** | • Remove yourself from the Class.<br>• Keep your right to commence your own separate lawsuit against Apple for the claims in this case. | Postmarked by **Month x**, 2025 |

- Your rights and options—**and the deadlines to exercise them**—are explained in this notice. The deadlines may be moved, canceled, or otherwise modified, so please check the Case Website, www.[INSERT].com, regularly for updates and further details.

Questions? Visit www.[INSERT].com or call toll-free at 1-XXX-XXX-XXXX

# What this Notice Contains

**Basic Information** ................................................................................................................. 4
   1.   What is the purpose of this notice? ................................................................. 4
   2.   What is a class action and who is involved? ................................................. 4
   3.   Why is this lawsuit a class action? ................................................................. 4

**Who is Affected?** .................................................................................................................... 4
   4.   Am I part of the Class? .................................................................................... 4
   5.   What if I am still not sure if I am included? .................................................. 5

**The Claims in the Lawsuit** .................................................................................................... 5
   6.   What is this lawsuit about? .............................................................................. 5
   7.   How does Apple respond? ............................................................................... 5
   8.   Has the Court decided who is right? .............................................................. 5
   9.   What are the Plaintiffs asking for? .................................................................. 5
  10.   Is there money available now? ....................................................................... 5

**Excluding Yourself from the Class** ...................................................................................... 6
  11.   What does it mean if I exclude myself from the Class? ................................ 6
  12.   If I don't exclude myself from the Class, can I sue Apple for the same thing later? .......................... 6
  13.   What am I giving up by staying in the Class? ............................................... 6
  14.   How do I exclude myself from the Class? ..................................................... 6

**The Lawyers Representing You** ............................................................................................ 7
  15.   Do I have a lawyer in this case? ..................................................................... 7
  16.   How will the lawyers be paid? ........................................................................ 7

**The Trial** .................................................................................................................................. 7
  17.   How and when will it be decided who is right? ............................................ 7
  18.   Do I have to come to the trial? ....................................................................... 7
  19.   Will I get money after the trial? ..................................................................... 7

**If You Do Nothing** ................................................................................................................. 8
  20.   What happens if I do nothing at all? .............................................................. 8

**Getting More Information** .................................................................................................... 8
  21.   How do I get more information about the case? ........................................... 8

3

Questions? Visit www.[INSERT].com or call toll-free at 1-XXX-XXX-XXXX

## **Basic Information**

### 1. What is the purpose of this notice?

This notice is to inform you that the District Court has allowed (or "certified") a class action that may affect you. You may be part of the Class if you purchased an app or made an in-app purchase for your Apple iOS Device (iPhone or iPad) between July 10, 2008, and February 2, 2024. The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS applications and in-app purchases (the "Class"). If you are a Class member, you have legal rights and options you may exercise before the Court holds a trial that is scheduled to start on February 2, 2026. At the trial, the jury will decide whether the allegations against Apple on your behalf (as a member of the certified class) are proven to be true. The trial will be held in the United States District Court for the Northern District of California. The lawsuit is known as *In re Apple iPhone Antitrust Litigation*, 4:11-cv-06714-YGR.

Those who sued—Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence—are called the Plaintiffs. They are Class members like you, and the Court accepted them as "Class Representatives." The company they sued, Apple, is called the Defendant.

This notice explains the lawsuit, certification of a Class by the Court, and your legal rights and options.

### 2. What is a class action and who is involved?

In a class action, one or more people called class representatives sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action or be bound by the judgment in the class action. A single court resolves the issues for everyone in the class, except for those who exclude themselves ("opt out") from the class.

### 3. Why is this lawsuit a class action?

The District Court decided that this lawsuit may proceed as a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the District Court found that:

- there are factual and legal questions that are common to each of the members of the Class;
- Plaintiffs' claims are typical of the claims of the rest of the Class;
- Plaintiffs and the lawyers representing the Class will fairly and adequately represent the Class' interests;
- the common legal questions and facts predominate over questions that affect only individuals; and
- this class action will be more efficient than having many individual lawsuits.

## **Who is Affected?**

### 4. Am I part of the Class?

The Class includes people in the United States who purchased one or more iOS applications or application licenses from Apple, or who paid Apple for one or more in-app purchases, including, but not limited to, any

4

subscription purchase, for use on an iOS Device at any time between July 10, 2008, and February 2, 2024. The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS application and in-app purchases.

The Class excludes Apple and its employees, agents, and affiliates, and the Court and its employees.

**5. What if I am still not sure if I am included?**

If you are still not sure whether you are included, you can get help at www.[INSERT].com, or by calling toll-free at 1-XXX-XXX-XXXX.

## The Claims in the Lawsuit

**6. What is this lawsuit about?**

Plaintiffs allege that Apple monopolized or attempted to monopolize the retail market for the sale of iOS apps and in-app content on iOS Devices in violation of federal antitrust law.

On February 2, 2024, the District Court certified the Class and appointed Wolf Haldenstein Adler Freeman & Herz LLP and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. to act as Class Co-Counsel.

**7. How does Apple respond?**

Apple denies Plaintiffs' allegations and believes they are without legal and factual merit. Accordingly, Apple has asserted defenses to Plaintiffs' claims. The Court has scheduled trial to begin on February 2, 2026.

**8. Has the Court decided who is right?**

The Court has not decided whether Plaintiffs or Apple are correct. By establishing the Class and ordering this Notice to be disseminated, the Court is not suggesting that Plaintiffs will win or lose this case. The Plaintiffs still must prove their claims at trial.

**9. What are the Plaintiffs asking for?**

Plaintiffs are seeking money damages from Apple and to end Apple's control over the method(s) by which iOS Device users can buy iOS apps and in-app content. Plaintiffs will also seek attorneys' fees and costs incurred in connection with the prosecution of this action.

**10. Is there money available now?**

No money or benefits are available from Apple because neither the Court nor a jury has decided the case on the merits, including whether Apple's conduct was wrongful, the impact of any alleged wrongdoing, or whether Class members are entitled to money or other benefits. There is no guarantee that money or benefits will be obtained. If they are, you will be notified about how to seek money or other benefits from Apple in the lawsuit.

5

Questions? Visit www.[INSERT].com or call toll-free at 1-XXX-XXX-XXXX

## Excluding Yourself from the Class

**11. What does it mean if I exclude myself from the Class?**

If you exclude yourself from the Class—in other words, if you decide to remove yourself from the Class, which is sometimes referred to as "opting out" of the Class—you will *not* get any money or benefits from this lawsuit, even if Plaintiffs obtain them as a result of the trial. But, you may then be able to sue or continue to sue Apple on your own regarding the claims in this matter. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

If you start your own lawsuit against Apple regarding the same claims in this matter after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you will have to prove your claims.

**12. If I do not exclude myself from the Class, can I sue Apple for the same thing later?**

No. If you do not exclude yourself from the Class, you give up the right to sue Apple for the legal claims in this case. All Court orders relating to legal claims against Apple will apply to you and legally bind you. If you have your own pending lawsuit against Apple, speak to your lawyer in that lawsuit immediately to determine whether you must exclude yourself from the Class in order to continue your own lawsuit against Apple.

**13. What am I giving up by staying in the Class?**

Unless you exclude yourself from the Class, you remain a Class member. By staying in the Class, all Court orders relating to legal claims against Apple will apply to you and legally bind you.

**14. How do I exclude myself from the Class?**

To exclude yourself or opt out from the Class, you must complete and mail to the Claims Administrator a written request for exclusion.

The request to opt out of the Class must include:

- Your full name, current address, and telephone number;
- A statement saying that you want to be excluded from the Class in *In re Apple iPhone Antitrust Litigation,* No. 4:11-cv-06714-YGR; and
- Your signature.

You must mail your exclusion request, postmarked by **Month x, 2025** to:

        Apple iPhone Antitrust Litigation – EXCLUSIONS
        c/o [claims administrator]
        P.O. Box XXXXX
        City, State Zip

If you do not include the required information or timely submit your request for exclusion, you will remain a Class member and you will be bound by the orders of the Court. If you do include the required information and submit your request in a timely manner, the Court will exclude you from the Class.

Questions? Visit www.[INSERT].com or call toll-free at 1-XXX-XXX-XXXX

## The Lawyers Representing You

**15. Do I have a lawyer in this case?**

Yes. The Court has appointed the law firms of Wolf Haldenstein Adler Freeman & Herz LLP and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. as Class Co-Counsel. Contact information for Class Co-Counsel is below:

| | |
|---|---|
| Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>(619) 239-4599<br>Attn: Rachele R. Byrd | Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>Attn: Kyle Wood |

If you wish to remain a Class Member, you do not need to hire your own lawyer because Class Co-Counsel are working on your behalf. You may hire your own lawyer to appear in Court for you; if you do, you have to pay that lawyer.

If you exclude yourself from the Class, Class Co-Counsel will no longer represent you. You may need to hire your own lawyer if you wish to pursue your own individual lawsuit against Apple.

**16. How will the lawyers be paid?**

You will not have to pay any fees or costs out-of-pocket. Class Co-Counsel may only seek an award of litigation costs and attorney fees, subject to Court approval, from any funds recovered from Apple through settlement, trial, or judgment.

## The Trial

**17. How and when will it be decided who is right?**

Plaintiffs must prove their allegations at trial. The trial is scheduled to begin on February 2, 2026. At the trial, a jury will hear all the evidence to help them reach a decision about whether Plaintiffs or Apple are right. There is no guarantee Plaintiffs will win or that they will get any money for all or some members of the Class.

**18. Do I have to come to the trial?**

No. You do not need to attend the trial. Class Co-Counsel will present the case for the Plaintiffs, and lawyers for Apple will present on its behalf. However, you or your own lawyer are welcome to come at your own expense.

**19. Will I get money after the trial?**

If you do not exclude yourself from the Class and if Plaintiffs obtain money or benefits as a result of the

lawsuit, you will be notified about how to seek money or other benefits from the lawsuit with Apple. We do not know how long this will take, so please be patient.

## If You Do Nothing

**20. What happens if I do nothing at all?**

You do not have to do anything if you want to remain in the Class and keep the possibility of getting money or benefits from the lawsuit against Apple. By doing nothing, you are staying in the Class. If you stay in the Class and Plaintiffs win, you will be notified about how to seek money or other benefits from the lawsuit with Apple. If Plaintiffs lose the lawsuit, you will not receive any compensation. Keep in mind that if you do nothing now, regardless of whether Plaintiffs win or lose the trial, you will not be able to sue or continue to sue Apple as part of any other lawsuit about the same legal claims that are the subject of this lawsuit. You will also be legally bound by the Orders the Court issues and judgments the Court makes in this class action.

## Getting More Information

**21. How do I get more information about the case?**

This notice summarizes the case. Visit www.[INSERT].com for more detailed information. You can also contact the Claims Administrator:

Apple iPhone Litigation
c/o [Claims Administrator]
P.O. Box XXXXX,
City, State Zip
info@INSERT.com
1-XXX-XXX-XXXX

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**