# EXHIBIT H

**LEGAL NOTICE**

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>
*In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR

**If you purchased an application ("app") or made an in-app purchase for your Apple iPhone or iPad between July 10, 2008, and February 20, 2024, your rights may be affected by an ongoing class action.**

*For complete information, visit www.[Insert].com or call 1-XXX-XXX-XXXX.*
*A court authorized this Notice. This is not a solicitation from a lawyer.*

You may be affected by a class action alleging that Apple Inc. ("Apple") has monopolized or attempted to monopolize the market for the sale of iOS apps and in-app purchases on iPhones and iPads in violation of the federal antitrust law.

The lawsuit is known as *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, and is pending in the United States District Court for the Northern District of California. You are receiving this notice because you may be in the Class, or group of people, on whose behalf the Court has allowed this lawsuit to proceed. This notice summarizes your rights and options before an upcoming trial scheduled to begin on February 2, 2026. **There is no money available now and no guarantee that there will be.** More information is in a detailed notice available at the website below.

**ARE YOU AFFECTED?** People in the United States who purchased one or more iOS apps or app licenses from Apple, or who paid Apple for one or more in-app purchases for use on an iOS device at any time between July 10, 2008, and February 2, 2024, are included in the Class. The Class is limited to those people who paid more than $10.00 in total to Apple during the Class Period for iOS apps and in-app purchases. Apple and its employees, agents, and affiliates, and the Court and its employees are NOT included.

**WHAT IS THE CASE ABOUT?** The Plaintiffs claim that Apple has monopolized or attempted to monopolize the retail market for the sale of apps and in-app purchases used on iOS devices (iPhone and iPad) in violation of the federal antitrust law. The class action seeks money damages from Apple and to end Apple's control over where its customers can buy iOS apps or pay for in-app content. Apple denies that it did anything wrong. **The Court has not decided whether the Class or Apple is right**. The Plaintiffs must prove their claims at a trial.

**WHO REPRESENTS YOU?** On February 2, 2024, the District Court appointed plaintiffs Stephen H. Schwartz, Edward W. Hayter and Edward Lawrence as Class Representatives and Wolf Haldenstein Adler Freeman & Herz LLP and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. to act as Class Co-Counsel. You don't have to pay Class Co-Counsel, or anyone else, to participate in the class action. Instead, if Class Co-Counsel recover money or benefits for the Class, they may ask the Court for attorneys' fees and costs, which would be paid by Apple or out of any money recovered before giving the rest to the Class. You may hire your own lawyer to appear in Court for you; if you do, you must pay that lawyer.

**WHAT ARE YOUR OPTIONS?** You do not need to do anything to remain in the Class. If you stay in the Class, you will share in any benefits obtained in the lawsuit and will be bound by all orders and judgments of the Court, and you will not be able to commence your own individual lawsuit against Apple for the claims in this case. If money or benefits are obtained, you will be notified about how to receive a share. To stay in the Class, you do not have to do anything now.

If you ask to be excluded from the Class, you cannot obtain any money or benefits from this lawsuit, but you will keep any rights to sue Apple individually for these claims and you will not be bound by any orders or judgments of the Court. To ask to be excluded, send a letter to the address below, postmarked by Month 00, 0000, that says you want to be excluded from *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR. Include your name, address, and telephone number and sign the letter.

**HOW CAN YOU GET MORE INFORMATION?** If you have questions or want additional information about this class action and your rights, visit www.[insert].com, or write to: In re Apple iPhone Antitrust Class Action, P.O. Box 000, City, ST 00000-0000.

## www.[insert].com