BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.clm

*Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF DARRYL THOMPSON**<br><br>DATE:  May 20, 2025<br>TIME:  2:00 P.M.<br>COURTROOM: 1, 4th Floor<br>Hon. Yvonne Gonzalez Rogers |

1    Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence
2  ("Plaintiffs") bring this administrative motion under Civil Local Rules 7-11(a) and 79-5(c) for an
3  order granting Plaintiffs leave to file under seal the Declaration of Darryl Thompson which is
4  Exhibit B to the Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion to Modify Class
5  Definition and Approve Notice to the Class.
6    Local Rule 79-5(c) sets forth procedures that apply when a party seeks to file its own
7  confidential document under seal. Local Rule 79-5(f) sets forth procedures that apply when a party
8  seeks to file a document under seal because the document has been designated as confidential by
9  another party. The Thompson Declaration contains both JND Legal Administration proprietary
10 information and also information about Apple's production of payor data, which was marked
11 Highly—Confidential Attorneys' Eyes Only under the Amended Stipulated Protective Order
12 entered in this case. ECF No. 381.
13   A party seeking to seal materials filed in connection with a non-dispositive motion must
14 make a "particularized showing" under the "good cause" standard of Federal Rule of Civil
15 Procedure 26(c). *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir.
16 2006). Sealing is appropriate when the information at issue constitutes "trade secret information."
17 *Monster, Inc. v. Dolby Labs. Licensing Corp.*, No. 12-CV-2488, 2013 WL 163774, at *1 (N.D.
18 Cal. Jan. 15, 2013); *see also Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002)
19 (acknowledging courts' "broad latitude" to "prevent disclosure of materials for many types of
20 information, including, but not limited to, trade secrets or other confidential research,
21 development, or commercial information"); *France Telecom S.A. v. Marvell Semiconductor, Inc.*,
22 No. 12-CV-4967, 2014 WL 4965995, at *4 (N.D. Cal. Oct. 3, 2014) ("The non-public sales
23 information at issue is among the types of competitively sensitive information that qualifies as a
24 trade secret and is properly sealed at trial.").
25   Plaintiffs requested JND evaluate a sample data set of Apple Payor Data that Apple
26 produced and subsequently deduplicate the Payor Data. The Thompson Declaration discusses the
27 details of the Payor Data as well as what steps JND took to deduplicate/rollup the Apple Payor

1  Data. The processes and steps JND took to accomplish this task constitute JND's proprietary
2  information. Public disclosure of this trade secret information to JND's competitors could cause
3  JND competitive harm. Filing the Thompson Declaration under seal will not in any way inhibit
4  the public's ability to understand the proceedings, as the information was offered by Mr.
5  Thompson only to explain how he deduplicated Apple's Payor Data.
6       Pursuant to Local Rule 79-5(f)(3), Apple has seven (7) days to file its own statement and/or
7  declaration to explain the reasons for keeping the details of its Payor Data contained in the
8  Thompson Declaration under seal. For the foregoing reasons, Plaintiffs respectfully request that
9  the Court seal the Thompson Declaration.

10  DATED: April 15, 2025

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:   /s/ Rachele R. Byrd

BETSY C. MANIFOLD
RACHELE R. BYRD
STEPHANIE AVILES
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com

David C. Frederick (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
Kyle M. Wood (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &**

-2-

**FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*