THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
  dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Apple Inc.*

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF DARRYL THOMPSON AND PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S STATEMENT IN RESP. TO PLS.' ADMIN. MOT. TO FILE UNDER SEAL DECL. OF DARRYL THOMPSON AND PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, 4:11-cv-06714-YGR

Regarding Plaintiffs' Administrative Motion to File Under Seal the Declaration of Darryl Thompson (Dkt. 952) and Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 953), Apple Inc. ("Apple") intends to follow the stipulated sealing procedure entered as an order of the Court at Dkt. 664. Apple has conferred with Plaintiffs, who do not oppose proceeding under that procedure.

Separately, Apple intends to oppose Plaintiffs' Motion to Modify Class Definition and Approve Notice to the Class (Dkt. 951).

DATED: April 22, 2025               **GIBSON, DUNN & CRUTCHER LLP**

                                    By:   *s/ Caeli A. Higney*
                                          CAELI A. HIGNEY

                                    Cynthia E. Richman (*pro hac vice*)
                                    crichman@gibsondunn.com
                                    Harry R. S. Phillips (*pro hac vice*)
                                    hphillips@gibsondunn.com
                                    1700 M Street, N.W.
                                    Washington, D.C. 20036-4504
                                    Telephone: 202.955.8234
                                    Facsimile: 202.530.9691

                                    Theodore J. Boutrous Jr. (132099)
                                    tboutrous@gibsondunn.com
                                    Daniel G. Swanson (116556)
                                    dswanson@gibsondunn.com
                                    **GIBSON, DUNN & CRUTCHER LLP**
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071-3197
                                    Telephone: 213.229.7000
                                    Facsimile: 213.229.7520

                                    Caeli A. Higney (268644)
                                    chigney@gibsondunn.com
                                    Julian W. Kleinbrodt (302085)
                                    jkleinbrodt@gibsondunn.com
                                    Dana L. Craig (251865)
                                    dcraig@gibsondunn.com
                                    Eli M. Lazarus (284082)
                                    elazarus@gibsondunn.com
                                    **GIBSON, DUNN & CRUTCHER LLP**
                                    One Embarcadero Center, Suite 2600
                                    San Francisco, CA 94111-3715
                                    Telephone: 415.393.8200
                                    Facsimile: 415.393.8306

                                    *Attorneys for Defendant Apple Inc.*

DEFENDANT APPLE INC.'S STATEMENT IN RESP. TO PLS.' ADMIN. MOT. TO FILE UNDER SEAL DECL. OF DARRYL THOMPSON AND PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, 4:11-cv-06714-YGR