BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
| | **PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| | The Honorable Yvonne Gonzalez Rogers |

1    Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence

2    ("Plaintiffs") submit this Interim Administrative Motion to Consider Whether Another Party's

3    Material Should Be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying

4    Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

5    Plaintiffs move to seal portions of Plaintiffs' Reply Memorandum in Further Support of

6    Plaintiffs' Motion to Modify Class Definition and Approve Notice to the Class, the Declaration of

7    Minjae Song, and Exhibit B to the Declaration of Mark C. Rifkin filed herewith. The reasons for

8    sealing will be discussed in a forthcoming omnibus sealing motion, to be filed jointly by the parties

9    and any affected third parties "within 14 days after the conclusion of briefing on the underlying

10   motion or filing (including any associated filings such as *Daubert* motions or motions to strike)."

11   Stipulation, ECF No. 664 at 2.

12   DATED: May 6, 2025                    **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**
13

14                                        By:    */s/ Rachele R. Byrd*
                                                 RACHELE R. BYRD
15

16                                        RACHELE R. BYRD (190634)
                                          BETSY C. MANIFOLD (182450)
17                                        STEPHANIE AVILES (350289)
                                          750 B Street, Suite 1820
18                                        San Diego, CA  92101
                                          Telephone: 619/239-4599
19                                        Facsimile: 619/234-4599
                                          byrd@whafh.com
20                                        manifold@whafh.com
                                          saviles@whafh.com
21

22                                        **WOLF HALDENSTEIN ADLER**
                                           **FREEMAN & HERZ LLP**
23                                        MARK C. RIFKIN (*pro hac vice*)
                                          MATTHEW M. GUINEY (*pro hac vice*)
24                                        THOMAS H. BURT (*pro hac vice*)
                                          270 Madison Ave
25                                        New York, NY 10016
                                          Telephone: 212/545-4600
26                                        Facsimile: 212/686-0114
                                          rifkin@whafh.com
27                                        guiney@whafh.com
                                          burt@whafh.com

28

---

PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case No. 4:11-cv-06714-YGR
-1-

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &**
   **FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*