THEODORE J. BOUTROUS JR. (SBN 132099)
  tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG (SBN 251865)
  dcraig@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Apple Inc.*

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S OMNIBUS SEALING MOTION RE: JOINT DISCOVERY LETTER BRIEF REGARDING DEFENDANT APPLE INC.'S NOTICES OF DEPOSITION ISSUED TO PROFESSORS DANIEL L. MCFADDEN AND JOSEPH E. STIGLITZ** |

DEFENDANT APPLE INC.'S OMNIBUS SEALING MOTION RE: JOINT DISCOVERY LETTER BRIEF REGARDING DEFENDANT APPLE INC.'S NOTICES OF DEPOSITION ISSUED TO PROFESSORS DANIEL L. MCFADDEN AND JOSEPH E. STIGLITZ, 4:11-cv-06714-YGR

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rule 79-5 and this Court's Order at Dkt. No. 664, Defendant Apple Inc. ("Apple") files this Omnibus Sealing Motion to seal documents which contain information Apple contends is sealable under controlling authority, including the Local Rules. *See* L.R. 79-5. Apple has conferred with Plaintiffs, and they stated that they do not have any proposed redactions. Apple accordingly moves to seal portions of the documents identified in the Declaration of Caeli A. Higney ("Higney Declaration") filed concurrently herewith.

In determining whether to permit documents to be filed under seal, courts in the Ninth Circuit apply two separate standards: (1) the "compelling reason" test for sealing information in connection with motions for a determination on the merits of a claim or defense; and (2) the less-restrictive "good cause" test for sealing information in connection with non-dispositive filings. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). Here, the less-restrictive test for "good cause" applies because the underlying dispute is non-dispositive. *See In re High-Tech Emp. Antitrust Litig.*, No. 11-CV-02509-LHK, 2013 WL 163779, at *2 (N.D. Cal. Jan. 15, 2013) (applying good cause standard for class certification opposition and related filings). The Court has "broad latitude" "to prevent disclosure of materials for many types of information, including, *but not limited to*, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002). Moreover, the Court has previously granted similar requests in this case. *See, e.g.*, Dkt. 631 (Order re: Pending Administrative Motions to Seal, Mar. 29, 2022).

Good cause for sealing each document subject to this request is described in the Higney Declaration filed concurrently herewith.

**CONCLUSION**

Apple respectfully requests that the Court seal the identified information.

Gibson, Dunn & Crutcher LLP

1

DEFENDANT APPLE INC.'S OMNIBUS SEALING MOTION RE: JOINT DISCOVERY LETTER BRIEF REGARDING DEFENDANT APPLE INC.'S NOTICES OF DEPOSITION ISSUED TO PROFESSORS DANIEL L. MCFADDEN AND JOSEPH E. STIGLITZ, 4:11-CV-06714-YGR

Dated: May 16, 2025

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Caeli A. Higney*

Caeli A. Higney
Julian W. Kleinbrodt
Dana L. Craig
Eli M. Lazarus
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Daniel G. Swanson
333 South Grand Avenue
Los Angeles, CA 90071

Cynthia E. Richman (*pro hac vice*)
Harry R. S. Phillips (*pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036

*Attorneys for Defendant Apple Inc.*

2

DEFENDANT APPLE INC.'S OMNIBUS SEALING MOTION RE: JOINT DISCOVERY LETTER BRIEF REGARDING DEFENDANT APPLE INC.'S NOTICES OF DEPOSITION ISSUED TO PROFESSORS DANIEL L. MCFADDEN AND JOSEPH E. STIGLITZ, 4:11-CV-06714-YGR

**E-FILING ATTESTATION**

I, Caeli A. Higney, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

*/s/ Caeli A. Higney*
Caeli A. Higney