THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Apple Inc.*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING EXPERT DISCOVERY SCHEDULE IN PART**<br><br>Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rules 6-2 and 7-12, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on February 7, 2025, this Court entered an Order Modifying the Expert Disclosures Schedule, establishing that the Parties were to exchange opening expert reports on March 7, 2025 and rebuttal expert reports on June 13, 2025, with expert discovery closing on July 7, 2025 (ECF No. 940);

WHEREAS, on March 7, 2025, the Parties exchanged opening expert reports, including the opening report of Plaintiffs' expert Dr. Minjae Song, which appended a declaration from Mr. Darryl Thompson (ECF No. 953-4);

WHEREAS, the deadline for the Parties to exchange materials relied upon by their experts was March 11, 2025 (*see* ECF No. 201);

WHEREAS, on March 28, 2025, Apple sought clarification from Plaintiffs whether Mr. Thompson should be treated as a testifying expert under Federal Rule of Civil Procedure 26;

WHEREAS, on April 2, 2025, Plaintiffs confirmed that Apple should treat Mr. Thompson as an expert witness (ECF No. 961-3);

WHEREAS, shortly thereafter, the Parties had disagreements regarding the method by which Mr. Thompson's backup materials would be made available to Apple and its consultants, which the Parties were able to resolve without the need for motion practice;

WHEREAS, pursuant to the aforementioned compromise, Plaintiffs transmitted Mr. Thompson's backup materials, which contained Apple Payor Data and what Plaintiffs designated as their legal administrator's Highly Confidential Source Code Material, to Apple's consultants on May 21, 23, and 28, 2025;

WHEREAS, given these circumstances, Defendant proposed that the Parties stipulate to extend the time by two (2) weeks for Apple to serve an expert report rebutting Mr. Thompson's opinions; and Plaintiffs proposed that the Parties stipulate to extend time for Plaintiffs to take the deposition of that rebuttal expert by two (2) weeks or as necessary to accommodate that expert's

obligations in a trial in unrelated litigation;

WHEREAS, the Parties so agreed and thus believe that good cause exists to so amend the Case Management and Pretrial Order (as previously modified, including by ECF No. 940) with all other case deadlines and the February 2, 2026 trial date to remain unchanged;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, to the entry of an Order modifying the expert discovery schedule such that an expert report rebutting the opinions of Mr. Darryl Thompson shall be due by June 27, 2025, and the Parties shall use best reasonable efforts to complete a deposition of the expert submitting that rebuttal report by July 21, 2025, resulting in amendment of the case schedule as follows:

| EVENT | PRESENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| All Experts, Retained and Non-Retained, Must Provide Written Reports Compliant with FRCP 26(a)(2)(B)  Rebuttal to Expert Report of Mr. Darryl Thompson | Rebuttal: June 13, 2025 | Same (except as to rebuttal of Mr. Thompson's report)  June 27, 2025 |
| Expert Discovery Cutoff  Parties to Use Best Reasonable Efforts to Complete Deposition of Apple's Expert Rebutting Opinions of Mr. Thompson | July 7, 2025 | Same (except as to deposition of expert rebutting Mr. Thompson's report)  July 21, 2025 |
| Submission of Dispositive Motions/ *Daubert* Motions/Motions to Decertify | August 4, 2025 | Same |
| Oppositions to Dispositive Motions/ *Daubert* Motions/Motions to Decertify | September 4, 2025 | Same |

| EVENT | PRESENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Replies in Support of Dispositive Motions/*Daubert* Motions/Motions to Decertify | September 25, 2025 | Same |
| Hearing on Dispositive Motions/*Daubert* Motions/Motions to Decertify | On or after October 7, 2025, at the Court's convenience | Same |
| Compliance Deadline | November 28, 2025, at 9:01 a.m. | Same |
| Joint Pretrial Conference Statement | December 5, 2025 | Same |
| First Pretrial Conference | December 17, 2025 | Same |
| Second Pretrial Conference | January 9, 2026 | Same |
| Trial Date | February 2, 2026 | Same |

Per the Court's prior scheduling orders and pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, November 28, 2025, at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the Parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The Parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

| | | |
|---|---|---|
| DATED:  May 30, 2025 | | **GIBSON, DUNN & CRUTCHER LLP** |
| | | By:  */s/ Caeli A. Higney* <br>         Caeli A. Higney |

Caeli A. Higney, SBN 268644
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
1700 M Street, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney, SBN 268644
chigney@gibsondunn.com
Julian W. Kleinbrodt, SBN 302085
jkleinbrodt@gibsondunn.com
Dana L. Craig, SBN 251865
dcraig@gibsondunn.com
Eli M. Lazarus, SBN 284082
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
         Rachele R. Byrd

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY(*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*

### E-FILING ATTESTATION

I, Caeli A. Higney, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

　　　　　　　　　　　　　 */s/ Caeli A. Higney*
　　　　　　　　　　　　　　　Caeli A. Higney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                              THE HONORABLE YVONNE GONZALEZ ROGERS
                              UNITED STATES DISTRICT COURT JUDGE