THEODORE J. BOUTROUS JR. (SBN 132099)
  tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG (SBN 251865)
  dcraig@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Apple Inc.*

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**NOTICE OF LODGING OF DOCUMENTS PURSUANT TO ORDER (DKT. 972) RE MOTION TO FILE UNDER SEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's Order on May 28, 2025 (Dkt. 972), Apple hereby submits the following:

1. An unredacted copy of the Parties' Joint Discovery Letter Brief Regarding Apple Inc.'s Notices of Deposition Issued to Professors Daniel L. McFadden and Joseph E. Stiglitz (Dkt. 959-1), attached as Exhibit 1 to this Notice;

2. An unredacted copy of Daniel L. McFadden's expert report (Dkt. 959-2), attached as Exhibit 2 to this Notice;

3. A redacted excerpt of Minjae Song's expert report (Dkt. 959-3), attached as Exhibit 3 to this Notice.

Dated: May 30, 2025

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Caeli A. Higney_

    Caeli A. Higney
    Julian W. Kleinbrodt
    Dana L. Craig
    Eli M. Lazarus
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111

    Daniel G. Swanson
    333 South Grand Avenue
    Los Angeles, CA 90071

    Cynthia E. Richman (*pro hac vice*)
    Harry R. S. Phillips (*pro hac vice*)
    1700 M Street, N.W.
    Washington, D.C. 20036

*Attorneys for Defendant Apple Inc.*