# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 30, 2025 | **Time:** 48 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 11-cv-06714-YGR | **Case Name:** In Re Apple iPhone Antitrust Litigation | |

**Attorney for Plaintiff:** Cynthia Richman, Caeli Higney, Eli Lazarus, and Katherine Martin
**Attorney for Defendant:** Mark Rifkin and Rachelle Byrd

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Motion to Modify Class Definition – held.

The Court heard argument on the amendment of class definitions, including the exclusion of certain devices and the ten-dollar threshold to Apple ID.

Parties were shown a presentation on effective class notices and ordered to revamp their proposed class action notice.

Written order to issue.