THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
  dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, 4:11-cv-06714-YGR

1   Defendant Apple Inc. ("Apple") submits this Interim Administrative Motion to Consider
2   Whether Another Party's Materials Should be Sealed pursuant to the September 26, 2022 Stipulation
3   and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation and Order") and Civil Local
4   Rules 7-11(a) and 79-5(f).

5   Apple moves the Court to consider whether any portion of material identified in Apple's letters
6   requesting a pre-filing conference should be sealed as confidential to Plaintiffs. Apple makes this
7   motion solely to provide Plaintiffs the opportunity to determine whether they intend to seek sealing of
8   information that they consider to be confidential to them. Apple does not seek to seal any material
9   identified in the letters, nor does Apple seek to close any portion of the pre-motion hearing.

10  Pursuant to the Stipulation and Order, if Plaintiffs elect to seek sealing, they must do so "within
11  14 days after the conclusion of briefing on the underlying motion or filing (including any associated
12  filings such as Daubert motions or motions to strike)." Stipulation, ECF No. 664 at 2.

DATED: July 9, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ Caeli A. Higney
      CAELI A. HIGNEY

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8234
Facsimile: 202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (302085)
jkleinbrodt@gibsondunn.com
Dana L. Craig (251865)
dcraig@gibsondunn.com

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, 4:11-cv-06714-YGR

| | |
|---|---|
| 1 | Eli M. Lazarus (284082) |
| | elazarus@gibsondunn.com |
| 2 | **GIBSON, DUNN & CRUTCHER LLP** |
| | One Embarcadero Center, Suite 2600 |
| 3 | San Francisco, CA 94111-3715 |
| | Telephone:  415.393.8200 |
| 4 | Facsimile:  415.393.8306 |
| 5 | *Attorneys for Defendant Apple Inc.* |

Gibson, Dunn & Crutcher LLP

2

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED, 4:11-CV-06714-YGR