BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (pro hac vice)
MATTHEW M. GUINEY (pro hac vice)
THOMAS H. BURT (pro hac vice)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Yvonne Gonzalez Rogers |

## CERTIFICATE OF SERVICE

I, Jasmin Rangel, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to the within action. I hereby certify that on July 11, 2025, I delivered the foregoing documents:

- **LETTER REQUESTING LEAVE TO FILE *DAUBERT* MOTIONS, DATED JULY 11, 2025 [UNREDACTED VERSION]**

via electronic mail, pursuant to an agreement among the parties for electronic service, to the counsel listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of July 2025 at San Diego, California.

By: _____
JASMIN RANGEL

IN RE APPLE iPHONE ANTITRUST LITIGATION
Case No.: 4:11-cv-06714-YGR
Service List – April 23, 2025
Page 1

| **CLASS COUNSEL FOR PLAINTIFFS** | **COUNSEL FOR DEFENDANT** |
|---|---|
| Betsy C. Manifold<br>Rachele R. Byrd<br>Stephanie Aviles<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>619/239-4599<br>619/234-4599 (fax)<br>manifold@whafh.com<br>byrd@whafh.com<br>saviles@whafh.com | Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Dana Lynn Craig<br>Michael J. Holecek<br>Jason C. Lo<br>Jay P. Srinivasan<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>213/229-7000<br>213/229-7520 (fax)<br>tboutrous@gibsondunn.com<br>rdoren@gibsondunn.com<br>dswanson@gibsondunn.com<br>dcraig@gibsondunn.com<br>mholecek@gibsondunn.com<br>jlo@gibsondunn.com<br>jsrinivasan@gibsondunn.com |
| Mark C. Rifkin<br>Matthew M. Guiney<br>Thomas H. Burt<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Ave.<br>New York, NY 10016<br>212/545-4600<br>212/545-4677 (fax)<br>rifkin@whafh.com<br>guiney@whafh.com<br>burt@whafh.com | Rachel S. Brass<br>Eli M. Lazarus<br>Caeli A. Higney<br>Julian W. Kleinbrodt<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>415/393-8293<br>415/393-8306 (fax)<br>rbrass@gibsondunn.com<br>elazarus@gibsondunn.com<br>chigney@gibsondunn.com<br>JKleinbrodt@gibsondunn.com<br>AppleCounsel-Pepper-External@gibsondunn.com |
| David C. Frederick<br>Aaron M. Panner<br>Kyle M. Wood<br>Kelley Schiffman<br>Anna Link<br>Ashle Holman<br>KELLOGG, HANSEN, TODD, FIGEL &<br>FREDERICK, P.L.L.C.<br>1615 M Street, NW Suite 400<br>Washington, D.C. 20036<br>202/326-7900<br>202/326-7999 (fax)<br>dfrederick@kellogghansen.com<br>apanner@kellogghansen.com<br>kwood@kellogghansen.com<br>kschiffman@kellogghansen.com<br>alink@kellogghansen.com<br>aholman@kellogghansen.com | Cynthia E. Richman<br>Harry Phillips<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street N.W.<br>Washington, D.C. 20036-4504<br>202/955-8234<br>202/530-9691 (fax)<br>crichman@gibsondunn.com<br>hphillips2@gibsondunn.com |

IN RE APPLE iPHONE ANTITRUST LITIGATION
Case No.: 4:11-cv-06714-YGR
Service List – April 23, 2025
Page 2

Betty X. Yang
GIBSON DUNN AND CRUTCHER LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201
214/698-3100
214/571-2900 (fax)
BYang@gibsondunn.com

Zainab Ahmad
GIBSON, DUNN AND CRUTCHER
200 Park Avenue
New York, NY 10166-0193
212-351-2609
ZAhmad@gibsondunn.com

David R. Eberhart
Anna T. Pletcher
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
415/984-8700
415/984-8701 (fax)
deberhart@omm.com
apletcher@omm.com

Michelle S. Lowery
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
310/277-4110
310/277-4730 (fax)
mslowery@mwe.com

Elizabeth Rodd
McDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
617-835-4040
617-321-4577 (fax)
erodd@mwe.com

John J. Calandra
McDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
212-547-5400
212-547-5444 (fax)
jcalandra@mwe.com

Hannah L. Cannom
Bethany M. Stevens
WALKER STEVENS CANNOM LLP
500 Molina Street #118
Los Angeles, CA 90013
213/337-9972
213/403-4906 (fax)
hcannom@wscllp.com
bstevens@wscllp.com