# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

**MARK C. RIFKIN**
DIRECT DIAL: 212-545-4762
FACSIMILE: 212-686-0114
rifkin@whafh.com

July 11, 2025

<u>VIA ECF</u>
Hon. Yvonne Gonzalez Rogers
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street Oakland, CA 94612

Re:   *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR (N.D. Cal.)

Dear Judge Gonzalez Rogers:

We represent Plaintiffs in the above-referenced action. Pursuant to Section 9 of this Court's Standing Order, Plaintiffs respectfully request a pre-filing conference regarding anticipated *Daubert* motions to exclude the opinions of four of Defendant's ten expert witnesses: (1) Arun Sundararajan, (2) James E. Malackowski, (3) J. Alex Halderman, and (4) Jonah Berger.



Hon. Yvonne Gonzalez Rogers
July 11, 2025
Page 2



Hon. Yvonne Gonzalez Rogers
July 11, 2025
Page 3



\* \* \*

      For these reasons, Plaintiffs request leave to file *Daubert* motions to exclude Prof. Sundararajan's, Mr. Malackowski's, Prof. Berger's, and Prof. Halderman's testimony. Subject to the Court's availability, Plaintiffs respectfully request a pre-filing conference on **July 18, July 22, July 30, or August 1, at 2:00 p.m. PT**, concurrent with a pre-filing conference on Apple's proposed motions.

Respectfully yours,

Mark C. Rifkin

cc:    All Counsel (via ECF)