| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| 2 | RACHELE R. BYRD (190634)<br>STEPHANIE AVILES (350289) |
| 3 | **WOLF HALDENSTEIN ADLER**<br>  **FREEMAN & HERZ LLP** |
| 4 | 750 B Street, Suite 1820<br>San Diego, CA  92101 |
| 5 | Telephone: 619/239-4599<br>Facsimile: 619/234-4599 |
| 6 | manifold@whafh.com<br>byrd@whafh.com |
| 7 | saviles@whafh.com |
| 8 | MARK C. RIFKIN (*pro hac vice*) |
| 9 | MATTHEW M. GUINEY (*pro hac vice*)<br>THOMAS H. BURT (*pro hac vice*) |
| 10 | **WOLF HALDENSTEIN ADLER**<br>  **FREEMAN & HERZ LLP** |
| 11 | 270 Madison Ave<br>New York, NY 10016 |
| 12 | Telephone: (212) 545-4600<br>Facsimile: (212) 686-0114 |
| 13 | rifkin@whafh.com<br>guiney@whafh.com |
| 14 | burt@whafh.com |
| 15 | *Class Counsel for Plaintiffs* |
| 16 | [Additional counsel on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Yvonne Gonzalez Rogers |

1  Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") submit this Interim Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

Plaintiffs move to seal portions of two (2) letters, filed herewith, responding to Defendant Apple Inc.'s letters requesting permission to file: (1) *Daubert* motions; and (2) a motion for summary judgment. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed jointly by the parties and any affected third parties "within 14 days after the conclusion of briefing on the underlying motion or filing (including any associated filings such as *Daubert* motions or motions to strike)."  Stipulation, ECF No. 664 at 2.

DATED: July 14, 2025

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
    RACHELE R. BYRD

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
manifold@whafh.com
saviles@whafh.com

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
270 Madison Ave
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)

PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case No. 4:11-cv-06714-YGR
-1-

KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*