BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS OF JAMES E. MALACKOWSKI, CPA, ARUN SUNDARARAJAN, Ph.D., AND JONAH BERGER, Ph.D.**<br><br>DATE:  October 7, 2025<br>TIME:  2:00 p.m.<br>CRTRM: 1, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion to Preclude Expert Opinions of James E. Malackowski, CPA, Arun Sundararajan, Ph.D., and Jonah Berger, Ph.D. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of the Expert [Rebuttal] Report of Jonathan D. Putnam in Support of Plaintiffs, dated June 13, 0225 Putnam Rebuttal Report.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Opening Expert Report and Declaration of James E. Malackowski, dated March 7, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Rebuttal Expert Report and Declaration of James E. Malackowski, dated June 13, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of relevant portions of the transcript of the July 10, 2025 deposition of James E. Malackowski.

6. Attached hereto as **Exhibit E** is a true and correct copy of relevant portions of the Report of Rosa M. Abrantes-Metz, Ph.D., dated March 7, 2025.

7. Attached hereto as **Exhibit F** is a true and correct copy of relevant portions of the transcript of the July 11, 2025 deposition of Rosa Abrantes-Metz.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Opening Expert Report and Declaration of Arun Sundararajan, Ph.D., dated March 7, 2025.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Rebuttal Expert Report and Declaration of Arun Sundararajan, dated June 13, 2025.

10. Attached hereto as **Exhibit I** is a true and correct copy of relevant excerpts of the transcript of the June 26, 2025 deposition of Arun Sundararajan, Ph.D.

11. Attached hereto as **Exhibit J** is a true and correct copy of relevant excerpts of the transcript of the June 27, 2025 deposition of Arun Sundararajan, Ph.D.

12. Attached hereto as **Exhibit K** is a true and correct copy of relevant portions of the transcript of the June 25, 2025 deposition of Joseph Stiglitz, Ph.D.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Opening Expert Report and Declaration of Jonah Berger, Ph.D., Dated March 7, 2025.

14. Attached hereto as **Exhibit M** is a true and correct copy of relevant portions of the transcript of the July 1, 2025 deposition of Jonah Berger, Ph.D.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Rebuttal Expert Report and Declaration of Jonah Berger, Ph.D., dated June 13, 2025.

16. Attached hereto as **Exhibit O** is a true and correct copy of the March 6, 2020 Minute Order issued in *EVEMeta, LLC v. Siemens Convergence Creators Holding GmbH*, Super. Ct. of Cal., Los Angeles Cnty., Case No. BC668452.

17. Attached hereto as **Exhibit P** is a true and correct copy of relevant portions of the Expert Report of Joseph E. Stiglitz, Ph.D., dated March 7, 2025.

18. Attached hereto as **Exhibit Q** is a true and correct copy of relevant portions of the Rebuttal Expert Report of Joseph E. Stiglitz, Ph.D., dated June 13, 2025.

19. Attached hereto as **Exhibit R** is a true and correct a web page I downloaded on July 28, 2025, from the NYU│STERN website located at: https://www.stern.nyu.edu/experience-stern/about/departments-centers-initiatives/academic-departments/economics/people/faculty, titled, "Department of Economics │ Full-time Faculty."

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed July 28, 2025, at Poway, California.

          */s/ Rachele R. Byrd*
          RACHELE R. BYRD