**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**

| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | CYNTHIA E. RICHMAN, D.C. Bar No. 492089*<br>  crichman@gibsondunn.com<br>HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*<br>  hphillips@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile:  202.467.0539 |
| CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>  jkleinbrodt@gibsondunn.com<br>DANA L. CRAIG, SBN 251865<br>  dcraig@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 | *Attorneys for Defendant Apple Inc.*<br><br>*admitted *pro hac vice* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S NOTICE OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Date:      October 14, 2025<br>Time:      2:00 p.m.<br>Courtroom: 1, 4th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 14, 2025 at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1 of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, Defendant Apple Inc. will and hereby does move this Court to exclude the testimony of Plaintiffs' experts Mr. Darryl Thompson and Prof. Alan MacCormack on the grounds that their reports and the related opinions therein are unreliable, speculative, and irrelevant under Federal Rules of Evidence 401, 403, and 702 as well as *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), and related authorities.

Apple further respectfully requests that the Court hold an evidentiary hearing to determine whether Apple's *Daubert* and Rule 702 objections to Mr. Thompson and Prof. MacCormack's opinions should be sustained. *See, e.g.*, *In re Google Play Store Antitrust Litig.*, 2023 WL 5532128, at *1–2 (N.D. Cal. Aug. 28, 2023) (court held "evidentiary proceeding" to help resolve "Rule 702 motions involving complex expert evidence").

This motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations and Exhibits, other documents on file in this or related actions, oral argument of counsel, witness testimony, and any other matters of which the Court may take judicial notice. All "Ex. _" citations in this Motion are to Exhibits appended to the concurrently filed Declaration of Cynthia E. Richman ("Richman Decl.").

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Cynthia E. Richman*

Theodore J. Boutrous Jr.
Daniel G. Swanson
Cynthia E. Richman
Caeli A. Higney
Julian W. Kleinbrodt
Dana L. Craig
Eli M. Lazarus
Harry R. S. Phillips

# REMAINDER OF DOCUMENT SUBMITTED UNDER SEAL PURSUANT TO LOCAL RULE 79-5