# EXHIBIT 93

## INTENTIONALLY LEFT BLANK