| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099 | CYNTHIA E. RICHMAN, D.C. Bar No. 492089* |
| tboutrous@gibsondunn.com | crichman@gibsondunn.com |
| DANIEL G. SWANSON, SBN 116556 | HARRY R.S. PHILLIPS, D.C. Bar No. 1617356* |
| dswanson@gibsondunn.com | hphillips@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 333 South Grand Avenue | 1700 M Street, N.W. |
| Los Angeles, CA 90071 | Washington, DC 20036 |
| Telephone: 213.229.7000 | Telephone: 202.955.8500 |
| Facsimile: 213.229.7520 | Facsimile: 202.467.0539 |

CAELI A. HIGNEY, SBN 268644
chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| | **PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR CLASS DECERTIFICATION, AND *DAUBERT* MOTIONS** |
| | The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR CLASS DECERTIFICATION, AND DAUBERT MOTION
No. 4:11-cv-06714-YGR

I, Eli M. Lazarus, declare as follows:

I am employed in the County of San Francisco, in the State of California. I am over the age of eighteen years and not a party to this action. I am an attorney employed by Gibson, Dunn & Crutcher LLP, counsel of record for Apple Inc. in this matter, and am a member of the Bar of this Court. My business address is One Embarcadero Center, Suite 2600, San Francisco, California 94111.

On August 4, 2025, I caused to be served on counsel for the Plaintiffs in the above-captioned case the following documents via Sharefile link:

- **SUPPORTING SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS RE: DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**

- **DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: DEFENDANT APPLE INC.'S NOTICE OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **[SEALED] DEFENDANT APPLE INC.'S NOTICE OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **[SEALED] [PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK**

- **DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: DEFENDANT APPLE INC.'S MOTION TO DECERTIFY THE CLASS**

- **[SEALED] DEFENDANT APPLE INC.'S MOTION TO DECERTIFY THE CLASS**

- **[SEALED] DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT, MOTION TO DECERTIFY THE CLASS, AND *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK**
  - **TOGETHER WITH EXHIBITS 1–46, 76–78, 82–83, 86, 92, 96, 98, 100, 102, 104, 106–107, ATTACHED THERETO**

1

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR CLASS DECERTIFICATION, AND DAUBERT MOTION
No. 4:11-cv-06714-YGR

1   I declare under penalty of perjury under the laws of the United States that the foregoing is true
2   and correct and that this Declaration was executed on August 4, 2025 in San Francisco, California.

*/s/  Eli M. Lazarus*

Eli M. Lazarus

Gibson, Dunn & Crutcher LLP

2

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR CLASS DECERTIFICATION, AND DAUBERT MOTION
No. 4:11-cv-06714-YGR