THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
  dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF ELI M. LAZARUS IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ELI M. LAZARUS IN SUPPORT OF DEFENDANT APPLE INC.'S
ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE, 4:11-CV-06714-YGR

I, Eli M. Lazarus, declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. Through my work on this matter, I am familiar with the history of this litigation and issues relating to counsel's negotiations over class notice and the trial date.

2. I submit this declaration in support of Apple's Administrative Motion to Continue Trial Date. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

3. A true and correct copy of excerpts of the September 10, 2024 letter from me to Mr. Kyle Wood, counsel for Plaintiffs, is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the September 17, 2024 letter from Mr. Wood to me is attached hereto as Exhibit 2.

5. A true and correct copy of the email thread between counsel for Plaintiffs and counsel for Apple, beginning on June 6, 2025 and ending on August 8, 2025, is attached hereto as Exhibit 3.

6. During a teleconference on July 21, 2025, counsel for Plaintiffs declined to stipulate to a continuance of the trial date.

7. On August 6, 2025, counsel for Apple asked counsel for Plaintiffs whether their position had changed regarding a continuance of the trial date and informed counsel for Plaintiffs that otherwise Apple would move unilaterally to continue the trial date. Exhibit 3. On August 8, 2025, counsel for Plaintiffs again declined to stipulate to a continuance of the trial date. *Id.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of August, 2025 at San Francisco, California.

By: _____
Eli M. Lazarus

1

DECLARATION OF ELI M. LAZARUS IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE, 4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP