# Exhibit 3

| | |
|---|---|
| **Subject:** | RE: In re iPhone Antitrust Litigation - Class Notice |
| **Date:** | Friday, August 8, 2025 at 2:08:45 PM Pacific Daylight Time |
| **From:** | Wood, Kyle M. |
| **To:** | Granda, Victoria C., Byrd, Rachele |
| **CC:** | *** AppleCounsel-Pepper - (External), Holman, Ashle J., dfrederick@kellogghansen.com, Panner, Aaron M., Schiffman, Kelley C., Link, Anna K., Rifkin, Mark, Aviles, Stephanie |
| **Attachments:** | image001.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Victoria,

Plaintiffs do not agree with Apple's views and will not stipulate to any continuance of the trial date. We'll follow up in due course regarding the data for identifying contact information to use in the class notice process.

Best,

Kyle

**Kyle M. Wood**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Granda, Victoria C. <VGranda@gibsondunn.com>
**Sent:** Wednesday, August 6, 2025 11:12 PM
**To:** Byrd, Rachele <byrd@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; Frederick, David C. <dfrederick@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Link, Anna K. <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>; Aviles, Stephanie <saviles@whafh.com>
**Subject:** [EXTERNAL] RE: In re iPhone Antitrust Litigation - Class Notice

Counsel:

Thank you for sending these over.

It is Apple's position that the Court should first decide whether to decertify the class before considering whether to approve Plaintiffs' class notice. As the Court indicated during our May 30

hearing, "[i]f we know we're getting a motion to decertify, why would you send notice?" 5.30.2025 Hrg. Tr. 17:16–17.  Over two months have elapsed since the hearing.  Apple's motion to decertify has now been filed, and Plaintiffs have only just sent a revised notice proposal.  With the passage of time and intervening events, it makes even more sense to resolve decertification prior to class notice.

Apple proposed continuing the trial date in order to allow the Court to first resolve its class decertification motion.  Doing so is efficient and reduces burden on the Court.  In addition, sequencing the notice period in this way will permit the Court to resolve Apple's motion for summary judgment *after* the close of the notice and opt-out period (if the class remains certified) but well *before* trial, thereby avoiding any one-way intervention problems.  Plaintiffs refused to entertain Apple's commonsense proposal.

In light of Apple's position, it will not stipulate to Plaintiffs' notice proposal.  Instead, Apple intends to file an administrative motion by close of business on Friday, asking the Court to continue the trial date to July, or as convenient for the Court.  Please let us know if Plaintiffs' position has changed and whether Plaintiffs will stipulate to the continuance.

With respect to the data that Plaintiffs propose to send for the purpose of identifying contact information to use in the class notice process, you previously "confirm[ed] that Plaintiffs will be including both the primary_billing_info_hashed_hashed and the person_ids in the list you will provide." (See first June 24 email below.)  But we do not see person_ID in your most recent email.  In the ultimate list, please do include the person_IDs associated with each primary_billing_info_ID_hashed_hashed and an indication of which of those person_IDs Plaintiffs believe satisfy the current $10 cutoff.  Assuming the Court does ultimately approve a notice plan, Apple intends to provide email addresses only, without data that could be used to link them to particular purchases.

Regards,

**Victoria C. Granda**
Associate Attorney

T: +1 202.955.8249 | M: +1 202.924.9695
VGranda@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Tuesday, August 5, 2025 4:06 PM
**To:** Warren Martin, Katherine <KWarren@gibsondunn.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>; Aviles, Stephanie <Saviles@whafh.com>

**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Katherine,
Attached for your review is a draft stipulation and proposed order approving the notice plan as well as the final agreed-upon notice (we accepted Apple's edits).
The data we intend to send you is a spreadsheet with the following columns:

· **Payor_ID:** Lists the anonymized payor IDs ("primary_billing_info_hashed_hashed") that meet at least one of the two spending cutoffs. Note that there can be duplicates in this column because a single payor ID can make purchases through multiple Apple IDs ("person_ID")

· **In_class**: Takes a value of 1 if the associated payor ID spent more than $10 through at least one Apple ID.

· **Is_harmed_flexible**: Takes a value of 1 if the associated payor ID incurred monetary harm on net under the flexible pricing But-For simulation. Note that this variable does not depend on which spending cutoff a given payor satisfies.

· **Is_harmed_price_tier:** Takes a value of 1 if the associated payor ID incurred monetary harm on net under the price tiers But-For simulation. Note that this variable does not depend on which spending cutoff a given payor satisfies.

Please let us know if you have any objections to this data set.
Rachele



**Rachele R. Byrd**
byrd@whafh.com
**Tel: 619-239-4599**
**Wolf Haldenstein Adler Freeman & Herz LLP**
**750 B Street, Suite 1820, San Diego, CA 92101**
**www.whafh.com**

---

**From:** Warren Martin, Katherine <KWarren@gibsondunn.com>
**Sent:** Monday, July 7, 2025 3:31 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Counsel,

Attached please find Apple's proposed edits to the revised draft class notice. Please let us know if you have any questions or would like to discuss. In addition, please let us know when Plaintiffs expect to provide the list of relevant IDs so that Apple can identify email addresses for class notice purposes.

Regards,

**Katherine Warren Martin**
Associate Attorney

T: +1 415.393.8270 | M: +1 415.705.9213
KWarren@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Tuesday, June 24, 2025 1:34 PM
**To:** Warren Martin, Katherine <KWarren@gibsondunn.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Katherine,

Further to the below, we heard back from Notice Project, and they indicated we should use a very short (2-3 sentences) plain-text email for the email notice that directs people to the long notice rather than putting the entire summary notice in the email.
This is our proposed email notice:

A class action is pending against Apple Inc. on behalf of all consumers in the United States who purchased apps or made in-app purchases for their iPhones or iPads between July 10, 2008 and February 2, 2024 (the "Class"). You are receiving this Notice because you may be a member of the Class. For detailed information about the case and your rights, visit www.appleappstorelitigation.com.

We also made one clarifying edit and added the website address to the long notice in redline (attached) for your review.

Rachele

**Rachele R. Byrd**

byrd@whafh.com



Tel: 619-239-4599
**Wolf Haldenstein Adler Freeman & Herz LLP**
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

**From:** Byrd, Rachele
**Sent:** Tuesday, June 24, 2025 11:33 AM
**To:** Warren Martin, Katherine <KWarren@gibsondunn.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Katherine,
Yes, confirmed.
Rachele



**Rachele R. Byrd**
byrd@whafh.com
Tel: 619-239-4599
**Wolf Haldenstein Adler Freeman & Herz LLP**
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

**From:** Warren Martin, Katherine <KWarren@gibsondunn.com>
**Sent:** Friday, June 20, 2025 1:19 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Counsel,

Thank you for your response. We are reviewing the draft and will get back to you with any proposed changes. With regard to the list of IDs, can you confirm that Plaintiffs will be including both the primary_billing_info_hashed_hashed and the person_ids in the list you will provide?

Best,

**Katherine Warren Martin**
Associate Attorney

T: +1 415.393.8270 | M: +1 415.705.9213
KWarren@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Byrd, Rachele <Byrd@whafh.com>
**Sent:** Friday, June 13, 2025 2:44 PM
**To:** Warren Martin, Katherine <KWarren@gibsondunn.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Katherine,

Our plan is to deliver to you a full list of 185+ million class members with a column indicating whether they satisfy the $10 threshold at the ID level, the payor level, or both.

Attached is the current draft of the long notice for your review, revised per the Court's instructions.

As to the email notice, we have reached out to the Notice Project for clarification regarding what they mean by "short, plain-text email" in the following statement posted on their website:

**These templates were designed for use as physical mail.**
**For notice emails:** we recommend a short, plain-text email containing a link to the case website where the long form notice can be downloaded. Copy/pasting notices made from Notice Project templates into emails may cause formatting issues.

Rachele

**Rachele R. Byrd**



byrd@whafh.com
Tel: 619-239-4599
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820, San Diego, CA 92101
www.whafh.com

**From:** Warren Martin, Katherine <KWarren@gibsondunn.com>
**Sent:** Thursday, June 12, 2025 5:00 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** RE: In re iPhone Antitrust Litigation - Class Notice

Counsel,

We have not yet received a response to my email below. Can you please confirm that Plaintiffs are working to prepare revised initial drafts of the class notice documents and that Plaintiffs will be sending Apple the relevant IDs so that Apple can identify relevant email addresses for class notice purposes. As previously noted, we are available to meet and confer if needed on these issues.

**Katherine Warren Martin**
Associate Attorney

T: +1 415.393.8270 | M: +1 415.705.9213
KWarren@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

**From:** Warren Martin, Katherine
**Sent:** Friday, June 6, 2025 4:15 PM
**To:** Byrd, Rachele <Byrd@whafh.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Holman, Ashle J. <aholman@kellogghansen.com>; dfrederick@kellogghansen.com; Panner, Aaron M. <apanner@kellogghansen.com>; kschiffman <kschiffman@kellogghansen.com>; alink <alink@kellogghansen.com>; Rifkin, Mark <rifkin@whafh.com>
**Cc:** *** AppleCounsel-Pepper - (External) <AppleCounsel-Pepper-External@gibsondunn.com>
**Subject:** In re iPhone Antitrust Litigation - Class Notice

Counsel,

We are writing to follow up on the Court's directive at last week's hearing to revise the proposed class notices to conform to the guidance on noticeproject.org. Please confirm that Plaintiffs will prepare initial revised drafts of the class notices in light of this directive.

In addition, to assist with identifying email addresses for class notice purposes, please confirm that Plaintiffs will provide Apple with a list of hashed primary billing_info_IDs and person_IDs for individuals that Plaintiffs contend meet the relevant class definition.

We are available to meet and confer regarding any details or questions related to these class notice issues as needed.

**Katherine Warren Martin**
Associate Attorney

T: +1 415.393.8270 | M: +1 415.705.9213
KWarren@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.