1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                                  OAKLAND DIVISION
11

| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR <br><br> **[PROPOSED] ORDER DENYING DEFENDANT APPLE, INC.'S ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE** <br><br> CTROOM:  1, 4th Floor <br> JUDGE:    Hon. Yvonne Gonzalez Rogers |
|---|---|

**[PROPOSED] ORDER**

Having considered Defendant Apple, Inc.'s Administrative Motion to Continue Trial Date (ECF No. 1008) and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that Apple's Motion is **DENIED**.  The Court further **ORDERS** the Parties to meet and confer regarding any outstanding issues regarding the pending Class notice and file, within three (3) days of the entry of this Order, a stipulation and proposed order to approve Class notice.  If the Parties cannot agree upon such a stipulation, Plaintiffs shall file the appropriate motion under Civil Local Rule 7-11 as soon as reasonably practicable.

**IT IS SO ORDERED**.

Dated: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge