1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No.: 4:11-CV-06714-YGR <br><br> ORDER DENYING APPLE'S ADMINISTRATIVE MOTION TO CONTINUE TRIAL <br><br> Re: Dkt. No. 1008 |

Defendant Apple, Inc. filed an administrative motion to continue the trial date—currently set for February 2, 2026—by at least five months. Plaintiffs oppose.

The Court **DENIES** Apple's motion because there is no good cause to continue the trial date. Apple claims that the Court will not have sufficient time to rule on its motions for summary judgment and to decertify before trial. Apple, however, was aware of that risk when it elected to extend those motion deadlines while preserving the February trial date, and any discovery delay is of Apple's own making. A class action currently exists. That a defendant argues a class should be decertified is not uncommon nor does it warrant a change in the trial date. If decertified, only the costs of notice will be lost, which given the totality of the circumstances does not warrant a change in the trial date. Further, the Court warned that the parties may need to proceed on dual tracks. Again, nothing has changed.

Separately, it is not clear why plaintiffs have not provided the Court with a revised draft of the class notice. Although the Court did not set a firm deadline, it assumed plaintiffs would provide a revised notice within a few weeks of the May 30, 2025 hearing and June 11, 2025 order. Months have passed. There is no reason why Apple must produce its class members' email addresses before plaintiffs submit the revised notice to the Court. Plaintiffs shall immediately submit the revised

1  notice to the Court, and Apple shall immediately produce the relevant email addresses. Both shall

2  act promptly to ensure that the opt out period expires before the start of trial.

3        This terminates Docket No. 1008.

4        **IT IS SO ORDERED**.

5

6  Date: August 14, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2