BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING NOTICE PLAN**<br><br>Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rules 6-2 and 7-12, Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple" and, together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on April 15, 2025, Plaintiffs filed a Motion to Modify Class Definition and Approve Notice to the Class (ECF No. 951) which, in part, requested approval of a plan to provide notice to the Class of this Court's order certifying the Class, Apple opposed the motion on April 29, 2025 (ECF No. 956), Plaintiffs filed a reply on May 6, 2025 (ECF No. 961), and the Court held a hearing on the motion on May 30, 2025;

WHEREAS, at the May 30, 2025 hearing, the Court showed the Parties a presentation on effective class notices by Notice Project and ordered them to revamp their proposed class action notice;

WHEREAS, on June 11, 2025, the Court entered an Order Granting in Part Motion to Modify Class (ECF No. 981), wherein the Court directed the Parties to "rework the class notice and the Court will consider the Parties' proposals after further discussion;"

WHEREAS, the Parties have reworked the class notice based upon a Notice Project template (*see* **Exhibit A** hereto);

WHEREAS, on August 15, 2025, the Court ordered Plaintiffs to "immediately submit the revised notice to the Court, and Apple [to] immediately produce the relevant email addresses" (ECF No. 1010);

WHEREAS, on August 15, 2025, Apple proposed that the Parties meet and confer that same day on notice-related issues including which email addresses Apple should produce to Plaintiffs, Plaintiffs alternatively proposed a meet and confer for Monday, August 18, 2025, and in any event, the Parties intend to proceed expeditiously in accordance with the Court's directives;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, to the entry of an Order approving of the following notice plan:

1. Epiq Class Action and Claims Solutions, Inc. ("Epiq") shall serve as the notice

administrator;

2. As soon as practicable, but no later than fourteen (14) days after approval by the Court of this Stipulation and [Proposed] Order Approving Notice Plan, Plaintiffs will provide to Defendant Apple a list of potential Class members ("Potential Class List");

3. As soon as practicable, but no later than thirty (30) days after Plaintiffs provide the Potential Class List to Apple, Apple shall (without needing to endorse Plaintiffs' methods for compiling the Potential Class List or any proposed method for calculating damages based on accounts or purportedly unique payors) provide to Epiq a list containing email addresses associated with the accounts identified in the Potential Class List;

4. Epiq will establish a notice website (www.applestorelitigation.com) and will post on the website detailed information about the case and key documents, including the Complaint, Long Form Notice (attached hereto as **Exhibit A**), and Class Certification Order, and will include a toll-free number for answers to frequently asked questions ("FAQs"), instructions for how Class members may opt-out (request exclusion), and contact information for Epiq to provide additional information to Class members;

5. Within forty-five (45) days of receiving the list of email addresses from Apple (the "Notice Date"), Epiq will begin sending the following email notice to each email address on the Potential Class List: "A class action is pending against Apple Inc. on behalf of all consumers in the United States who purchased apps or made in-app purchases for use on an iPhone or iPad between July 10, 2008 and February 2, 2024 (the "Class") and paid more than $10.00 in total to Apple during the Class Period for iOS applications and in-app purchases from any one Apple ID account. You are receiving this Notice because you may be a member of the Class. For detailed information about the case and your rights, visit www.appleappstorelitigation.com." Epiq will finish sending the initial round of emails within thirty (30) days of the Notice Date;

6. If an email is undeliverable, Epiq will make two additional attempts to resend the email;

7. On the Notice Date, Epiq will also begin digital advertising in various sizes on *Google Display Network*, which represents thousands of digital properties across all major content categories. Digital Notices will run on mobile devices nationwide. All digital advertising will link directly to the notice website, allowing visitors easy access to relevant information and documents.

8. On the Notice Date, Epiq will also begin a digital advertising campaign on leading social media platforms including Facebook, X (Twitter), and Instagram.

9. The digital notices will run for thirty (30) days. Clicking on the digital notices will link the readers to the notice website, where they can obtain detailed information about the case.

10. Epiq will also acquire nationwide sponsored search listings on Google, Yahoo! and Bing which will also link directly to the notice website.

11. Potential Class members will be given thirty-five (35) days from the completion of notice, or sixty-five (65) days from the Notice Date, to opt out of the Class.

**IT IS SO STIPULATED.**

DATED: August 15, 2025                     **GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Caeli A. Higney*
Caeli A. Higney

Caeli A. Higney, SBN 268644
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
1700 M Street, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

|   |   |
|---|---|
| 1 | Facsimile:  213.229.7520 |
| 2 | Caeli A. Higney, SBN 268644<br>chigney@gibsondunn.com |
| 3 | Julian W. Kleinbrodt, SBN 302085<br>jkleinbrodt@gibsondunn.com |
| 4 | Dana L. Craig, SBN 251865<br>dcraig@gibsondunn.com |
| 5 | Eli M. Lazarus, SBN 284082<br>elazarus@gibsondunn.com |
| 6 | **GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600 |
| 7 | San Francisco, CA 94111<br>Telephone:  415.393.8200 |
| 8 | Facsimile:  415.393.8306 |
| 9 | *Attorneys for Defendant Apple Inc.* |

| | | |
|---|---|---|
| 10 | DATED:  August 15, 2025 | **WOLF HALDENSTEIN ADLER** |
| 11 | | **FREEMAN & HERZ LLP** |
| 12 | By: | /s/ *Rachele R. Byrd* |
| | | RACHELE R. BYRD |
| 13 | | |
| 14 | | BETSY C. MANIFOLD (182450)<br>RACHELE R. BYRD (190634) |
| 15 | | STEPHANIE AVILES (350289)<br>750 B Street, Suite 1820 |
| 16 | | San Diego, CA 92101<br>Telephone:  619/239-4599 |
| 17 | | Facsimile:   619/234-4599<br>manifold@whafh.com |
| 18 | | byrd@whafh.com<br>saviles@whafh.com |
| 19 | | **WOLF HALDENSTEIN ADLER** |
| 20 | | **FREEMAN & HERZ LLP**<br>MARK C. RIFKIN (*pro hac vice*) |
| 21 | | MATTHEW M. GUINEY(*pro hac vice*)<br>THOMAS H. BURT (*pro hac vice*) |
| 22 | | 270 Madison Avenue<br>New York, New York 10016 |
| 23 | | Telephone:  212/545-4600<br>Facsimile:   212/545-4677 |
| 24 | | rifkin@whafh.com<br>guiney@whafh.com |
| 25 | | burt@whafh.com |
| 26 | | DAVID C. FREDERICK (*pro hac vice*) |
| 27 | | AARON M. PANNER (*pro hac vice*)<br>JAMES WEBSTER (*pro hac vice*) |
| 28 | | KYLE M. WOOD (*pro hac vice*)<br>ASHLE J. HOLMAN (*pro hac vice*) |

KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**



United States District Court, Northern District of California

*In re Apple iPhone Antitrust Litigation*

Case No. 4:11-cv-06714-YGR

# Class Action Notice

## *Authorized by the U.S. District Court*

---

**Did you buy an app or make an in-app purchase for an Apple iPhone or iPad between July 10, 2008 and February 2, 2024?**

➤

**There is a class action lawsuit and you may be a class member.**

➤

**If you want to be part of the class action, you do not need to do anything.**
**If you do not want to be part of the class, you need to opt out by [date].**

---

Important things to know:

- If you are in the class and you take no action, you will still be bound by the case, and your rights will be affected.

- You can learn more at: [website]

# Table of Contents

**Table of Contents** .................................................................................................................2

**About This Notice** ................................................................................................................3

   Why did I get this notice? .....................................................................................................3

   What do I do next? ................................................................................................................3

   What is the deadline to opt out? ...........................................................................................3

   What is a certified class action? ............................................................................................3

   Who's in the class? ................................................................................................................3

   Do I have a lawyer in this lawsuit? ........................................................................................4

**Learning About the Lawsuit** ................................................................................................4

   What is this lawsuit about? ....................................................................................................4

   What happens next in this lawsuit? .......................................................................................5

**Deciding What to Do** ...........................................................................................................5

   What are my options? ...........................................................................................................5

**Doing nothing and staying in the case** ................................................................................5

   What are the consequences of doing nothing? .....................................................................5

**Opting out** .............................................................................................................................5

   What if I don't want to be part of this case? .........................................................................5

   How do I opt out? .................................................................................................................6

**Key Resources** ......................................................................................................................6

   How can I get more information? .........................................................................................6

   Instructions for accessing PACER .........................................................................................7

# About This Notice

## Why did I get this notice?

This notice is to tell you about a pending class action, *In re Apple iPhone Antitrust Litigation*, brought on behalf of people who purchased iOS apps or made in-app purchases in iOS apps on an iPhone or iPad from Apple Inc., that is scheduled for trial beginning on February 2, 2026. **You received this notice because you might be one of the people affected, which would make you a member of the "Class."** This notice gives you information about the case and tells you how to opt out of the Class if you don't want to be part of it.

If you have questions or need assistance, please go to [website] or call [phone number].

## What do I do next?

Read this notice to understand the case and figure out if you are a Class member. Then, decide if you want to stay in or opt out.

## What is the deadline to opt out?

The deadline to be excluded from the case is [date].

## What is a certified class action?

The Court has decided that this case can go forward as a class action on behalf of everyone potentially affected in the same way. In other words, the court has "certified" the Class.

## Who's in the class?

This is the definition of the Class that the Court approved:

All persons in the United States, excluding Apple and its employees, agents and affiliates, and the Court and its employees, who purchased one or more iOS applications or application licenses from Apple, or

3

who paid Apple for one or more in-app purchases, including, but not limited to, any subscription purchase, for use on an iPhone or iPad at any time between July 10, 2008 and February 2, 2024 (the "Class Period"). The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS applications and in-app purchases from any one Apple ID account.

## Do I have a lawyer in this lawsuit?

In a class action, the court appoints a class representative and lawyers to work on the case and represent the interests of all the class members. The class representatives are Robert Pepper, Stephen Schwartz, Edward Hayter, and Edward Lawrence. For the purposes of the case, the Court has appointed the following lawyers:

**Your Lawyers:** Attorneys at the law firms of Wolf Haldenstein Adler Freeman & Herz LLP and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. These are the lawyers who are bringing this case on your behalf. **You will not be charged for their services**, although their fees may be paid with the court's approval from any settlement they negotiate for the class.

If you want to be represented by your own lawyer, you may hire one at your own expense.

# Learning About the Lawsuit

## What is this lawsuit about?

The lawsuit claims that Apple Inc. ("Apple") has monopolized or attempted to monopolize the retail market for the sale of apps and in-app purchases used on iPhones and iPads, collectively referred to as "iOS Devices" and seeks money damages.

Apple denies that it did anything wrong.

The Court has not made any decision about which party is right in this case.

**Where can I learn more?**

You can get a complete copy of key documents in this lawsuit by visiting: [website].

4

## What happens next in this lawsuit?

The parties will continue to pursue the legal action and prepare the case for trial, unless the two sides decide to settle the case.

# Deciding What to Do

## What are my options?

If you are in the Class you have two options. You can do nothing and stay in the Class, or you can opt out of the case.

# Doing Nothing and Staying in the Class

## What are the consequences of doing nothing?

If you do nothing, you will be part of the Class and your rights will be affected by the outcome. You won't be able to start, continue, or be part of any other lawsuit against Apple about the issues in this case.

If the plaintiffs win or settle, you may be entitled to money. If Apple wins, you will receive nothing. Either way, you will have no responsibility to pay any fees or costs to the attorneys representing the Class.

# Opting Out

## What if I don't want to be part of this case?

You can opt out.

If you opt out, your rights will not be affected by the outcome of this case. You can bring separate claims against Apple about the issues in this case. But, if the plaintiffs win or settle, you will not be entitled to any money.

5

## How do I opt out?

To opt out of the case, you must complete and mail to the Case Administrator a written request for exclusion.

The request to opt out of the Class must include:
- Your full name, current address, and telephone number;
- A statement saying that you want to be excluded from the Class in *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR; and
- Your signature.

You must mail your exclusion request, postmarked by **Month x, 2025** to:

[Case Administrator]
[Street Address]
[City, State, Zip Code]
[Phone Number]

Be sure to include your name, address, telephone number, and signature.

You must opt out no later than **Month x, 2025**.

# Key Resources

## How can I get more information?

This notice summarizes the certification decision. There are more details in the case documents. To get a copy of the case documents or get answers to your questions:

- contact Your Lawyer (information below)

- visit the case website at [website]

- access the Court's Public Access to Court Electronic Records (PACER) online or by visiting the Clerk's office of the Court (address below).

6

| Resource | Contact Information |
|---|---|
| **Case Website** | [website] |
| **Toll Free Number** | [phone number] |
| **Case Administrator** | [Case Administrator]<br>[Street Address]<br>[City, State, Zip Code]<br>[Phone Number] |
| **Your Lawyers** | Wolf Haldenstein Adler<br>  Freeman & Herz LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>(619) 239-4599<br>Attn: Rachele R. Byrd<br><br>Kellogg, Hansen, Todd, Figel<br>  & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>Attn: Kyle Wood |
| **Court**<br>**(DO NOT CONTACT)** | U.S. District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building<br>& United States Courthouse<br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612 |

## Instructions for accessing PACER

To access the Court's PACER online found at https://pacer.login.uscourts.gov/csologin/login.jsf, you will need to create an account. You can then access documents by clicking on "Query," on the next page entering the Case Number (4:11-cv-06714), clicking on "Find This Case," and clicking "Run Query." On the following page, click the link "Docket Report" and then "Run Report." You may

7

> then download images of every document filed in the case for a fee. You may also view images of case documents for free at one of the computer terminal kiosks at court locations.