UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Apple iPhone Antitrust L,

Plaintiff(s),

v.

Defendant(s).

Case No. 4:11-cv-06714-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Alex A. Parkinson, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Pepper, Schwartz, Hayter, and Lawrence in the above-entitled action. My local co-counsel in this case is Rachele R. Byrd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 190634.

| | |
|---|---|
| Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street NW, Suite 400 Washington, DC 20036<br>MY ADDRESS OF RECORD | Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 1820, San Diego, CA 92101<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 326-7961<br>MY TELEPHONE # OF RECORD | (619) 239-4599<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aparkinson@kellogghansen.com<br>MY EMAIL ADDRESS OF RECORD | byrd@whafh.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 166695.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/15/2025

Alex A. Parkinson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alex A. Parkinson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 18, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Alex Atticus Parkinson

was duly qualified and admitted on January 5, 2018 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 15, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*