UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Civil Action No. 4:11-cv-06714-YGR <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

**DECLARATION OF ARUN SUNDARARAJAN, PH.D.**

**AUGUST 26, 2025**

I, Arun Sundararajan, Ph.D. declare as follows:

1. I am the Harold Price Professor of Entrepreneurship and Professor of Technology, Operations and Statistics at the Leonard N. Stern School of Business at New York University ("NYU") in New York, New York, where I also serve as Director of the Fubon Center for Technology, Business, and Innovation. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Apple Inc.'s ("Apple's") Opposition to Plaintiffs' *Daubert* Motion.

2. I was retained by Apple to provide expert opinions regarding the economics of two-sided platforms, including whether the App Store is a two-sided transaction platform, the implications for analyzing market definition, market power and competitive effects, and procompetitive justifications for the challenged conduct. I wrote an expert report with these opinions which was served on March 7, 2025. I was also retained by Apple to respond to portions of the Opening Expert Reports of Professor Joseph Stiglitz, Dr. Rosa Abrantes-Metz, Professor Daniel McFadden, Dr. Minjae Song, and Professor Kirsten Martin, as they relate to the economics of two-sided platforms and/or indirect network effects. I wrote an expert report with my rebuttal opinions which was served on June 13, 2025. I was deposed on June 26 and June 27, 2025.

3. I understand that Plaintiffs filed on July 28, 2025 a motion seeking to preclude me from testifying. I have reviewed this motion as it pertains to my testimony and the reasons Plaintiffs argued for requesting to exclude my opinions.

4. I completed doctoral studies in Business Administration at the Simon Business School at the University of Rochester in 1998. At the time I applied to Ph.D. programs (1991-92), I was a senior at the Indian Institute of Technology (IIT, a specialized engineering school), pursuing a bachelor's degree in electrical engineering. An undergraduate major in engineering is common for top high school students in India as engineering schools such as IIT are among the most prestigious in the country. An engineering degree was also aligned with my interest in computers. I began programming when I was a teenager and won competitions and awards for programming in computer science while a high school student in India, including securing the highest score nationwide in Computer Science in

the All India Senior School Certificate Examination in 1988. As I was completing my undergraduate degree, I discovered a number of business school Ph.D. programs in the U.S. with a focus on Information Systems, which provides interdisciplinary training for research in business and information technology using tools from different disciplines, including economics and operations research.[1] This focus was well aligned with my interests in digital technologies while also having the breadth and applied nature I was seeking. I applied to a set of these programs, and was admitted to the University of Rochester, whose business school Ph.D. program was known for its focus on research grounded in economic theory.

5. While a Ph.D. student at the University of Rochester, I completed the requirements for an MS degree in Business Administration with a concentration in Management Science ("MS in Management Science") following the successful completion of required core coursework in Optimization, Network and Integer Programming, and Stochastic Models, and the completion of my Ph.D. qualifying examinations. These classes provided foundational analytical tools for economic and quantitative analysis, such as methods for finding the best (i.e., optimal) solution for problems involving profit maximization, cost minimization or more complex multicriterion objectives, given a set of variables and constraints; modeling decision making; and modeling uncertainty. This degree was conferred in 1995.

6. In addition, I also fulfilled the required core courses for the MS degree with a concentration in Applied Economics by completing required coursework in Advanced Price Theory I, Advanced Price Theory II, and Advanced Price Theory III. These Ph.D.-level courses covered topics typically taught as part of the core courses of economics Ph.D. programs, including microeconomic theory, game theory, general equilibrium, stochastic dynamic programming, and other topics relevant to industrial organization research (for example, different models of competition, repeated interaction and price collusion, signaling games). These courses relied on textbooks used by many economics Ph.D. students in their foundational training such as Hal Varian's *Microeconomic Analysis*; Fudenberg and

---

[1] Simon Business School, Ph.D. Information Systems and Technology, University of Rochester, available at https://simon.rochester.edu/programs/phd/information-systems-and-technology/meet-our-faculty.

Tirole's *Game Theory*; Mas-Colell, Whinston, and Green's *Microeconomic Theory* (unpublished and in draft form at the time); and Stokey, Lucas, and Prescott's *Recursive Methods in Economic Dynamics*.[2]

7. In addition to these Ph.D.-level courses in economics, I also completed a range of other related doctoral classes while at the University of Rochester, including Probability and Stochastic Processes I, Information Science and Large-Scale Algorithms, and Contract Theory (offered as part of one of my Advanced Research Seminars), where I gained experience in applied mathematical methods related to economic modeling. I also took several quantitative courses widely regarded as essential for success in theoretical and applied economics research, including Linear Algebra, Functions of Real Variable I, and applied business courses with economic foundations such as Accounting Data for Decision Making and Control, Options and Futures Markets, and Pricing Policies. I was also a teaching assistant for the master's level course in Econometrics.

8. Following my graduation from the Ph.D. program at the University of Rochester, I joined the faculty of the Leonard N. Stern School of Business at NYU. As part of my responsibilities, I have conducted research and taught a range of economics courses.

9. My academic research studies various facets of the economics of digital technologies, including the economics of digital goods and network effects, competition and its implication for antitrust policy related to technology companies, the regulation and governance of artificial intelligence and digital platforms, and other related topics in industrial organization. I am the author of over 50 peer-reviewed papers published in academic journals that include *Management Science*, *Proceedings of the National Academy of Sciences*, *Information Systems Research*, *Network Science, Statistical Science*, the *Journal of Marketing*, the *University of Chicago Law Review* and the *University of Chicago Legal Forum*, and conference proceedings that include those of the *International*

---

[2] *See, for example*, Stanford's syllabus for a microeconomics Ph.D. class, available at https://web.stanford.edu/~jacksonm/204syllabus.pdf; Northwestern University syllabus for a Ph.D. macroeconomics class, available at https://economics.northwestern.edu/graduate/prospective/411.pdf; and University of Connecticut syllabus for a microeconomics theory Ph.D. class covering game theory, available at https://econ.uconn.edu/wp-content/uploads/sites/681/2023/02/Shor-6211-Micro-II-2023-Syllabus.pdf.

*Conference on Information Systems* and the *ACM Conference on Economics and Computation*.

10. Over the last 25 years, I have conducted research and published peer-reviewed articles about a wide variety of topics related to digital economics, including pricing, network effects, and platforms, among other topics. For example, in 2023 I published a paper exploring pricing decisions in two-sided platforms and their effects on revenues and welfare.[3] In 2020, I published a paper studying nonlinear usage-based pricing in software markets where customers cannot vary their required usage volume, exploring a seller's choice between flat fee price versus engaging in price discrimination and when price discrimination may be welfare enhancing.[4] In 2014, I published a paper incorporating behavioral economics notions of bounded rationality into a pricing model for products that display network effects.[5] In 2012, I coauthored a paper focused on understanding demand estimation in electronic markets with network-based spillovers, and showed that demand is shaped by price as well as non-price factors, such as visibility in recommendation networks.[6] In 2011, I published a paper that used a model of a monopolist selling digital goods to explore pricing decisions when costs may be shaped by cloud computing infrastructure choices.[7] In 2009, I published a paper providing new methods for the identification of influence-based network effects in complex networks and how these might be distinguished from shared observed outcomes induced by similar characteristics.[8] In 2006, I coauthored a paper using e-commerce data from Amazon.com to study pricing strategies in the consumer software industry, focusing on the relationship between demand,

---

[3] Filippas, Apostolos, Srikanth Jagabathula, and Arun Sundararajan. "The limits of centralized pricing in online marketplaces and the value of user control." *Management Science* 69, no. 12 (2023): 7202-7216.

[4] Xin, Mingdi, and Arun Sundararajan. "Nonlinear pricing of software with local demand inelasticity." *Information Systems Research* 31, no. 4 (2020): 1224-1239.

[5] Radner, Roy, Ami Radunskaya, and Arun Sundararajan. "Dynamic pricing of network goods with boundedly rational consumers." *Proceedings of the National Academy of Sciences* 111, no. 1 (2014): 99-104.

[6] Oestreicher-Singer, Gal, and Arun Sundararajan. "The visible hand? Demand effects of recommendation networks in electronic markets." *Management science* 58, no. 11 (2012): 1963-1981.

[7] Huang, Ke-Wei, and Arun Sundararajan. "Pricing digital goods: Discontinuous costs and shared infrastructure." *Information Systems Research* 22, no. 4 (2011): 721-738.

[8] Aral, Sinan, Lev Muchnik, and Arun Sundararajan. "Distinguishing influence-based contagion from homophily-driven diffusion in dynamic networks." *Proceedings of the National Academy of Sciences* 106, no. 51 (2009): 21544-21549.

pricing, and profitability.[9] In 2004, I published a series of papers examining how outcomes in standard industrial organization models of price discrimination may be different when the product in question displays characteristics commonly observed in digital industries – having marginal costs that are zero[10], being susceptible to digital piracy[11], and displaying network effects.[12]

11. In addition to my peered reviewed publication, I am the author of the award-winning book "The Sharing Economy: The End of Employment and the Rise of Crowd-Based Capitalism," published in 2016 by the MIT Press, which describes various economic and regulatory aspects of a specific set of two-sided platforms that, at the time of the book's publication, were commonly referred to as constituting the "sharing economy."[13] In this book, I discussed many of the platforms that I also analyzed in my expert reports, including eBay, TaskRabbit, Uber, Lyft, Sidecar, Getaround, Turo (then RelayRides) and Airbnb. The book won a 2017 Axiom Business Book Award in the Economics category.[14]

12. I began this body of work in 2012, and was perhaps one of the first academics to engage closely with the topic. Between 2012 and 2018, I studied the origins, design and evolution of these companies closely, theorizing about the new ways of organizing economic activity that they represented through active fieldwork. I was invited to interact with the founders, CEOs, and executives of a number of these platforms such as Airbnb, Uber, Lyft, Sidecar, Getaround, and Turo (then RelayRides), among others. During this period, I authored a number op-eds on issues related to the digital economy and platform regulation that have been published in outlets that include the *New York Times*, the *Financial Times*, *The*

---

[9] Ghose, Anindya, and Arun Sundararajan. "Evaluating Pricing Strategy Using e-Commerce Data: Evidence and Estimation Challenges." *Statistical Science* 21, no. 2 (2006): 131-142.

[10] Sundararajan, Arun. "Nonlinear pricing of information goods." *Management science* 50, no. 12 (2004): 1660-1673.

[11] Sundararajan, Arun. "Managing digital piracy: Pricing and protection." *Information Systems Research* 15, no. 3 (2004): 287-308.

[12] Sundararajan, Arun. "Nonlinear pricing and type-dependent network effects." *Economics Letters* 83, no. 1 (2004): 107-113.

[13] Sundararajan, Arun. *The sharing economy: The end of employment and the rise of crowd-based capitalism.* MIT press, 2016.

[14] 2017 Medalists, Axiom Business Book Awards, available at https://axiomawards.com/blog/2017-medalists.

*Guardian*, *Harvard Business Review*, *WIRED*, *Le Monde,* and the *Japan Times*; wrote and published numerous book chapters and policy papers related to platforms and the sharing economy; and was invited to speak to numerous regulatory bodies, including testifying to the United States House of Representatives twice on these topics, in 2014 and in 2017.

13. While a professor at NYU, I have regularly offered the Ph.D.-level course Digital Economics (previously called Economic Research in Information Systems) since 2006. In this class, I cover a range of evolving topics related to the digital economy, including pricing, contract theory (screening), network effects, search, influence in networks, platform economics, IT and productivity, AI economics, and antitrust economics.

14. In Fall 2009 and Fall 2010, I also taught a required microeconomics course for business school Ph.D. students. In this course, entitled Microeconomics: Theory and Application*,* I covered foundational topics in microeconomics, such as consumer theory, production theory, competition, monopoly, game theory, oligopoly, externalities, and public goods, as well as applied topics like platform and network economics.

15. Other graduate (MBA and MS level) classes I have taught over the years include: Network Analytics; Artificial Intelligence, Automation and the Platform Revolution; Digital Strategy; Platform Strategy in Fintech; and Tech and the City. In these classes I have discussed a variety of economic topics, including direct and indirect network effects, platform economics, and the economic effects of digital technologies on productivity.

16. At the undergraduate level, I have taught the elective course Networks, Crowds, and Markets between 2013 and 2023, which is an interdisciplinary class covering topics in computer science, economics, network science, sociology, and epidemiology. Some of the economics topics I cover include network effects, network games, matching markets, auctions, and mechanism design related to search advertising.

17. Other undergraduate classes I have taught at NYU include: Information Technology in Business and Society and Fundamentals of Technology. Some of the economics topics I have covered in these courses include network effects, platform economics and the economics of sponsored search markets.

18. I routinely present my work at academic meetings where economists typically present new academic research. My research has been presented (either by me or a co-author) at the American Economic Association Annual Meeting (2008, 2016, 2022), the Annual Meetings of the Econometric Society (2004, 2005, 2009), the National Bureau of Economic Research (2011, 2015), the International Industrial Organization Conference (IIOC) (2006, 2009, 2024), the International Conference on Game Theory (2006), the Workshop on Information Systems and Economics (over a dozen presentations between 1995 and 2024) and the Keil-Munich Workshop on the Economics of Network Industries (2004, 2005). I have also been invited to longer academic symposia where economists typically share their research, such as the European Summer Symposium on Economic Theory in Gerzensee (2006).

19. Beyond teaching and research, I have also contributed to the academic community through editorial and peer-review service that involve the assessment of economics research. I have served as a Senior Editor for the journal *Information Systems Research* (2009-2012). I have served as an associate editor for the journal *Management Science* (2004-2008) and *Information Systems Research* (2006-2008). Moreover, I have served as a referee for a broad range of economics journals, including *American Economic Review*, *Games and Economic Behavior*, the *RAND Journal of Economics*, the *Journal of Economic Theory*, the *Journal of Economics and Management Strategy*, and the *Review of Industrial Organization*. In 2005 and 2006, I organized the NYU Summer Workshop on the Economics of Information Technologies, which brought together 40 doctoral students conducting digital economics research. In 2008, I was the co-organizer of the Workshop on Information Systems and Economics. These responsibilities require an in-depth understanding of economics and familiarity with the latest research in the field.

20. I have been a member of the American Economic Association (AEA) and a member of the Econometric Society.

21. In addition to my academic background in economics, I have also acquired expertise in several areas relevant to technology and strategy-related research. During my more than 25 years as a professor at NYU, I have conducted and published research that integrated this technological expertise into economic settings, covering topics that include artificial

intelligence, machine learning, natural language processing (NLP), digital rights management and digital privacy. For example, in 2004 I authored a paper examining how digital rights management technologies might alter pricing strategies for digital goods,[15] in 2007 I coauthored a paper on the use of econometrics in improving NLP which was published in a leading NLP conference,[16] and this year, I coauthored a paper exploring the performance of large language models (LLMs) and the relationship of LLM performance to economic measures of trust.[17]

---

[15] Sundararajan, Arun. "Managing digital piracy: Pricing and protection." *Information Systems Research* 15, no. 3 (2004): 287-308.

[16] Ghose, Anindya, Panagiotis Ipeirotis, and Arun Sundararajan. "Opinion mining using econometrics: A case study on reputation systems." In *Proceedings of the 45th annual meeting of the association of computational linguistics*, pp. 416-423. 2007.

[17] Li, Rubing, João Sedoc, and Arun Sundararajan. "Reasoning and the trusting behavior of DeepSeek and GPT: An experiment revealing hidden fault lines in large language models." *arXiv preprint arXiv:2502.12825* (2025).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

_____                                          August 26, 2025
Arun Sundararajan, Ph.D.                                                    Date