| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | CYNTHIA E. RICHMAN, D.C. Bar No. 492089*<br>  crichman@gibsondunn.com<br>HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*<br>  hphillips@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>  jkleinbrodt@gibsondunn.com<br>DANA L. CRAIG, SBN 251865<br>  dcraig@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | *Attorneys for Defendant Apple Inc.*<br><br>*Admitted *pro hac vice* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS OF JAMES E. MALACKOWSKI, C.P.A.; ARUN SUNDARARAJAN, Ph.D.; AND JONAH BERGER, Ph.D.**<br><br>The Honorable Yvonne Gonzalez Rogers |

DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS'
MOTION TO PRECLUDE EXPERT OPINIONS
CASE NO. 4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP

I hereby declare as follows:

1. I am an attorney licensed to practice in Washington, D.C., and admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Opposition to Plaintiffs' *Daubert* Motion to Preclude Expert Opinions of Mr. James E. Malackowski, Prof. Arun Sundararajan, and Prof. Jonah Berger.

2. Attached hereto as **Exhibit 1** is a true and correct excerpt from the transcript of a case management conference held on October 7, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the homepage of the Ocean Tomo website, available on Ocean Tomo's website at https://oceantomo.com/ (last accessed August 21, 2025).

4. Attached hereto as **Exhibit 3** is a true and correct excerpt from the transcript of trial proceedings (Day 14, pages 3512–3826) in *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR).

5. Attached hereto as **Exhibit 4** is a true and correct transcript of the July 10, 2025 deposition of James E. Malackowski.

6. Attached hereto as **Exhibit 5** is a true and correct excerpt of Plaintiffs' expert Rosa M. Abrantes-Metz's Rebuttal Expert Report dated June 13, 2025.

7. Attached hereto as **Exhibit 6** is a true and correct excerpt of Plaintiffs' expert Joseph E. Stiglitz's Opening Expert Report dated March 7, 2025.

8. Attached hereto as **Exhibit 7** is a true and correct excerpt of Defendant's expert Adrian Majumdar's Rebuttal Expert Report and Declaration dated June 13, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct excerpt from the transcript of the February 12, 2021 deposition of Timothy Cook.

10. Attached hereto as **Exhibit 9** is a true and correct excerpt of Plaintiffs' expert Jonathan D. Putnam's Rebuttal Expert Report dated June 13, 2025.

11. Attached hereto as **Exhibit 10** is a true and correct excerpt of Plaintiffs' expert Ned S. Barnes's Opening Expert Report dated March 7, 2025.

12. Attached hereto as **Exhibit 11** is a true and correct excerpt from the transcript of the December 15, 2022 deposition of Rosa M. Abrantes-Metz.

13. Attached hereto as **Exhibit 12** is a true and correct excerpt from the transcript of the May 30, 2025 deposition of Joseph E. Stiglitz.

14. Attached hereto as **Exhibit 13** is a true and correct excerpt from the transcript of the June 4, 2025 deposition of Minjae Song.

15. Attached hereto as **Exhibit 14** is a true and correct excerpt from the transcript of the May 14, 2025 deposition of Daniel L. McFadden.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the June 26, 2025 (Vol. I) and June 27, 2025 (Vol. II) deposition of Arun Sundararajan.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the "Overview" page of the Univ. of Rochester, Simon Business School's Ph.D. Program website, available on the Univ. of Rochester's website at https://simon.rochester.edu/programs/phd/program-overview (last accessed August 21, 2025).

18. Attached hereto as **Exhibit 17** is a true and correct excerpt from the book *The Sharing Economy: The End of Employment and the Rise of Crowd-Based Capitalism*, Sundararajan, A. (2016).

19. Attached hereto as **Exhibit 18** is a true and correct copy of a February 23, 2017 article titled "Sharing Economy receives bronze in Axiom Business Book Awards," available on the MIT Press website at https://mitpress.mit.edu/sharing-economy-receives-bronze-in-axiom-business-book-awards/ (last accessed August 21, 2025).

20. Attached hereto as **Exhibit 19** is a true and correct copy of a January 21, 2016 article titled "A New Platform for the Digital Economy," available on the World Economic Forum website at https://www.weforum.org/event_player/a0Pb0000007g5g6EAA/sessions/a-new-platform-for-the-digital-economy/ (last accessed August 21, 2025).

21. Attached hereto as **Exhibit 20** is a true and correct excerpt from the transcript from the May 2, 2025 deposition of M. Keith Chen.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiffs' expert disclosures dated March 7, 2025.

2
DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS'
MOTION TO PRECLUDE EXPERT OPINIONS
CASE NO. 4:11-CV-06714-YGR

Gibson, Dunn &
Crutcher LLP

23. Attached hereto as **Exhibit 22** is a true and correct copy of Plaintiffs' expert M. Keith Chen's Opening Expert Report dated March 7, 2025.

24. Attached hereto as **Exhibit 23** is a true and correct excerpt from the transcript of the May 23, 2025 deposition of Rosa Abrantes-Metz.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the "Overview" page of the Univ. of Pennsylvania, Wharton School Marketing Department website, available on the Univ. of Pennsylvania's website at https://marketing.wharton.upenn.edu/profile/jberger/#teaching (last accessed August 21, 2025).

26. Attached hereto as **Exhibit 25** is a true and correct copy of the transcript from the July 1, 2025 deposition of Jonah Berger.

27. Attached hereto as **Exhibit 26** is a true and correct excerpt from the book *The Catalyst: How to Change Anyone's Mind*, Berger, J. (2020).

28. Attached hereto as **Exhibit 27** is a true and correct excerpt from the book *Consumer Behavior*, Hoyer, W. et al. (2012).

29. Attached hereto as **Exhibit 28** is a true and correct excerpt from the transcript of the February 11, 2021 deposition of Philip Schiller.

30. Attached hereto as **Exhibit 29** is a true and correct excerpt from the transcript of the July 8, 2025 deposition of Jonathan D. Putnam.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 26, 2025, in Washington, DC.

By: /s/ Cynthia E. Richman
Cynthia E. Richman

3
DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS
CASE NO. 4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP