THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
 crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
 hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

CAELI A. HIGNEY, SBN 268644
 chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
 jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
 dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
 elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | No. 4:11-cv-06714-YGR<br><br>**PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS OF JAMES E. MALACKOWSKI, C.P.A.; ARUN SUNDARARAJAN, PH.D.; AND JONAH BERGER, PH.D.**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS
CASE NO. 4:11-CV-06714-YGR

I, Harry R. S. Phillips, declare as follows:

I am employed in the District of Columbia. I am over the age of eighteen years and not a party to this action. I am an attorney employed by Gibson, Dunn & Crutcher LLP, counsel of record for Apple Inc. in this matter, and have been admitted to Bar of this Court *pro hac vice*. My business address is 1700 M St. N.W., Washington, D.C. 20036.

On August 26, 2025, I caused to be served on counsel for the Plaintiffs in the above-captioned case the following documents via Sharefile link:

- **[SEALED] EXHIBITS 4–15, 20, 22–23, 25, 28–29 TO THE DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS OF JAMES E. MALACKOWSKI, C.P.A.; ARUN SUNDARARAJAN, Ph.D.; AND JONAH BERGER, Ph.D.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 26, 2025 in Washington, D.C.

/s/  Harry R. S. Phillips

Harry R. S. Phillips

1

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S OPPOSTION OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE EXPERT OPINIONS
CASE NO. 4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP