BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*
[Additional counsel on signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S REQUEST FOR INFORMATION [DKT. NO. 1020]**<br><br>The Honorable Yvonne Gonzalez Rogers |

1   Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter and Edward Lawrence ("Plaintiffs") hereby provide the following response to the Court's August 21, 2025 Stipulation and [Proposed] Order Approving Notice Plan as Modified, wherein the Court directed Plaintiffs' counsel to "confirm that Epiq—the proposed settlement administrator—will not collect undisclosed compensation from any revenue sharing agreement, or other source, arising out of this litigation." Dkt. No. 1020 at 5. Plaintiffs' counsel have inquired with Epiq and provide the following response:

At this stage in the above-captioned case, Plaintiffs' counsel have retained Epiq Class Action & Claims Solutions, Inc. ("Epiq") to serve as the notice administrator only. In its capacity as notice administrator, Epiq will execute the Notice Plan approved by the Court on August 21, 2025. Dkt. No. 1020.

For its work as notice administrator, Epiq estimates it will bill $1,083,800, to be paid by Plaintiffs' counsel, as previously disclosed by Epiq to Plaintiffs' counsel. Much of this estimated total will be for sending approximately 260 million emails, with the remaining amount arising from the other tasks detailed in the Notice Plan and Epiq's itemized estimate provided to Plaintiffs' counsel (data intake, project management, website creation and hosting, correspondence, opt-out collection and reporting). Epiq has confirmed with Plaintiffs' counsel that it will not earn any other compensation arising out of this litigation in its role as notice administrator.

Because this case is only at the notice stage, Plaintiffs' counsel have not solicited any bids from Epiq for any settlement administration work, which could encompass, among other things, distributing class settlement funds to settlement class members. Should the parties reach a settlement and this case be finally approved for settlement by this Court, and should Plaintiffs' counsel solicit Epiq to bid on this settlement administration work, Epiq intends to submit a competitive bid to be retained by Plaintiffs' counsel with the goal of this Court approving Epiq as the settlement administrator.

If Epiq were selected as the settlement administrator in this case, Epiq confirms that it will not receive any compensation arising out of this litigation except for the compensation that Epiq expressly discloses to Plaintiffs' counsel and to this Court, and as approved by this Court at the

1  appropriate time.

2      Epiq has indicated that it is available to answer any questions from the Court.

3  DATED: August 29, 2025         **WOLF HALDENSTEIN ADLER**
4                                   **FREEMAN & HERZ LLP**

5                                By:   */s/ Rachele R. Byrd*
6                                      RACHELE R. BYRD

7                                RACHELE R. BYRD (190634)
                              BETSY C. MANIFOLD (182450)
8                                STEPHANIE AVILES (350289)
9                                750 B Street, Suite 1820
                              San Diego, CA 92101
10                               Telephone: 619/239-4599
                              Facsimile: 619/234-4599
11

12                               **WOLF HALDENSTEIN ADLER**
                               **FREEMAN & HERZ LLP**
13                               MARK C. RIFKIN (*pro hac vice*)
                              MATTHEW M. GUINEY (*pro hac vice*)
14                               THOMAS H. BURT (*pro hac vice*)
15                               270 Madison Ave
                              New York, NY 10016
16                               Telephone: 212/545-4600
                              Facsimile: 212/686-0114
17

18                               DAVID C. FREDERICK (*pro hac vice*)
                              AARON M. PANNER (*pro hac vice*)
19                               JAMES M. WEBSTER (*pro hac vice*)
                              KYLE M. WOOD (*pro hac vice*)
20                               ASHLE J. HOLMAN (*pro hac vice*)
21                               KELLEY C. SCHIFFMAN (*pro hac vice*)
                              ANNA K. LINK (*pro hac vice*)
22                               ANTHONY R. GUTTMAN (*pro hac vice*)
23                               **KELLOGG, HANSEN, TODD, FIGEL &**
                                **FREDERICK, P.L.L.C**
24                               1615 M Street, NW Suite 400
                              Washington, D.C. 20036
25                               Telephone: (202) 326-7900
26                               Facsimile: (202) 326-7999
                              dfrederick@kellogghansen.com
27                               apanner@kellogghansen.com
                              jwebster@kellogghansen.com
28                               kwood@kellogghansen.com

aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*