1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
3  750 B Street, Suite 1820
   San Diego, CA 92101
4  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
5  manifold@whafh.com
   byrd@whafh.com
6
7  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY (*pro hac vice*)
8  THOMAS H. BURT (*pro hac vice*)
   **WOLF HALDENSTEIN ADLER**
9    **FREEMAN & HERZ LLP**
   270 Madison Ave
10 New York, NY 10016
   Telephone: (212) 545-4600
11 Facsimile: (212) 686-0114
   rifkin@whafh.com
12 guiney@whafh.com
   burt@whafh.com

13

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                         OAKLAND DIVISION

17

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF MINJAE SONG, Ph.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>CTROOM:   1, 4th Floor<br>JUDGE:    Hon. Yvonne Gonzalez Rogers |

**[FILED ENTIRELY UNDER SEAL]**