# EXHIBIT 1

## DOCUMENT FILED ENTIRELY UNDER SEAL