# EXHIBIT 2

## DOCUMENT FILED ENTIRELY UNDER SEAL