# EXHIBIT 3

## DOCUMENT FILED ENTIRELY UNDER SEAL