# EXHIBIT 4

## DOCUMENT FILED ENTIRELY UNDER SEAL