# EXHIBIT 5

## DOCUMENT FILED ENTIRELY UNDER SEAL