# EXHIBIT 6

## DOCUMENT FILED ENTIRELY UNDER SEAL