# EXHIBIT 7

## DOCUMENT FILED ENTIRELY UNDER SEAL