# EXHIBIT 8

## DOCUMENT FILED ENTIRELY UNDER SEAL