# EXHIBIT 9

## DOCUMENT FILED ENTIRELY UNDER SEAL