# EXHIBIT 10

## DOCUMENT FILED ENTIRELY UNDER SEAL