# EXHIBIT 11

## DOCUMENT FILED ENTIRELY UNDER SEAL