# EXHIBIT 12

## DOCUMENT FILED ENTIRELY UNDER SEAL