# EXHIBIT 13

## DOCUMENT FILED ENTIRELY UNDER SEAL