# EXHIBIT 14

## DOCUMENT FILED ENTIRELY UNDER SEAL