# EXHIBIT 15

## DOCUMENT FILED ENTIRELY UNDER SEAL