# EXHIBIT 16

## DOCUMENT FILED ENTIRELY UNDER SEAL