# EXHIBIT 17

## DOCUMENT FILED ENTIRELY UNDER SEAL