# EXHIBIT 18

## DOCUMENT FILED ENTIRELY UNDER SEAL