# EXHIBIT 19

## DOCUMENT FILED ENTIRELY UNDER SEAL