# EXHIBIT 20

## DOCUMENT FILED ENTIRELY UNDER SEAL