# EXHIBIT 21

## DOCUMENT FILED ENTIRELY UNDER SEAL