# EXHIBIT 22

## DOCUMENT FILED ENTIRELY UNDER SEAL