# EXHIBIT 23

## DOCUMENT FILED ENTIRELY UNDER SEAL