# EXHIBIT 24

## DOCUMENT FILED ENTIRELY UNDER SEAL