# EXHIBIT 25

## DOCUMENT FILED ENTIRELY UNDER SEAL