# EXHIBIT 26

## DOCUMENT FILED ENTIRELY UNDER SEAL