# EXHIBIT 27

## DOCUMENT FILED ENTIRELY UNDER SEAL