# EXHIBIT 28

## DOCUMENT FILED ENTIRELY UNDER SEAL