# EXHIBIT 29

## DOCUMENT FILED ENTIRELY UNDER SEAL