# EXHIBIT 30

## DOCUMENT FILED ENTIRELY UNDER SEAL