# EXHIBIT 31

## DOCUMENT FILED ENTIRELY UNDER SEAL