# EXHIBIT 32

## DOCUMENT FILED ENTIRELY UNDER SEAL