# EXHIBIT 33

## DOCUMENT FILED ENTIRELY UNDER SEAL