# EXHIBIT 34

## DOCUMENT FILED ENTIRELY UNDER SEAL