# EXHIBIT 35

## DOCUMENT FILED ENTIRELY UNDER SEAL