# EXHIBIT 36

## DOCUMENT FILED ENTIRELY UNDER SEAL