# EXHIBIT 37

## DOCUMENT FILED ENTIRELY UNDER SEAL