# EXHIBIT 38

## DOCUMENT FILED ENTIRELY UNDER SEAL