# EXHIBIT 39

## DOCUMENT FILED ENTIRELY UNDER SEAL