# EXHIBIT 40

## DOCUMENT FILED ENTIRELY UNDER SEAL