# EXHIBIT 41

## DOCUMENT FILED ENTIRELY UNDER SEAL