# EXHIBIT 42

## DOCUMENT FILED ENTIRELY UNDER SEAL