# EXHIBIT 43

## DOCUMENT FILED ENTIRELY UNDER SEAL