# EXHIBIT 44

## DOCUMENT FILED ENTIRELY UNDER SEAL