# EXHIBIT 45

## DOCUMENT FILED ENTIRELY UNDER SEAL