# EXHIBIT 46

## DOCUMENT FILED ENTIRELY UNDER SEAL