# EXHIBIT 47

## DOCUMENT FILED ENTIRELY UNDER SEAL