# EXHIBIT 48

## DOCUMENT FILED ENTIRELY UNDER SEAL