# EXHIBIT 49

## DOCUMENT FILED ENTIRELY UNDER SEAL