# EXHIBIT 50

## DOCUMENT FILED ENTIRELY UNDER SEAL