# EXHIBIT 51

## DOCUMENT FILED ENTIRELY UNDER SEAL