# EXHIBIT 52

## DOCUMENT FILED ENTIRELY UNDER SEAL