# EXHIBIT 53

## DOCUMENT FILED ENTIRELY UNDER SEAL