# EXHIBIT 54

## DOCUMENT FILED ENTIRELY UNDER SEAL