# EXHIBIT 57

## DOCUMENT FILED ENTIRELY UNDER SEAL