# EXHIBIT 58

## DOCUMENT FILED ENTIRELY UNDER SEAL