# EXHIBIT 59

## DOCUMENT FILED ENTIRELY UNDER SEAL