# EXHIBIT 60

## DOCUMENT FILED ENTIRELY UNDER SEAL