# EXHIBIT 61

## DOCUMENT FILED ENTIRELY UNDER SEAL