# EXHIBIT 63

## DOCUMENT FILED ENTIRELY UNDER SEAL