# EXHIBIT 64

## DOCUMENT FILED ENTIRELY UNDER SEAL