# EXHIBIT 65

## DOCUMENT FILED ENTIRELY UNDER SEAL