# EXHIBIT 66

## DOCUMENT FILED ENTIRELY UNDER SEAL