# EXHIBIT 67

## DOCUMENT FILED ENTIRELY UNDER SEAL