# EXHIBIT 68

## DOCUMENT FILED ENTIRELY UNDER SEAL