# EXHIBIT 69

## DOCUMENT FILED ENTIRELY UNDER SEAL