# EXHIBIT 70

## DOCUMENT FILED ENTIRELY UNDER SEAL