# EXHIBIT 71

## DOCUMENT FILED ENTIRELY UNDER SEAL