# EXHIBIT 72

## DOCUMENT FILED ENTIRELY UNDER SEAL