# EXHIBIT 73

## DOCUMENT FILED ENTIRELY UNDER SEAL