# EXHIBIT 74

## DOCUMENT FILED ENTIRELY UNDER SEAL