# EXHIBIT 75

## DOCUMENT FILED ENTIRELY UNDER SEAL