# EXHIBIT 76

## DOCUMENT FILED ENTIRELY UNDER SEAL