# EXHIBIT 77

## DOCUMENT FILED ENTIRELY UNDER SEAL