# EXHIBIT 78

## DOCUMENT FILED ENTIRELY UNDER SEAL