# EXHIBIT 79

## DOCUMENT FILED ENTIRELY UNDER SEAL