# EXHIBIT 80

## DOCUMENT FILED ENTIRELY UNDER SEAL