# EXHIBIT 81

## DOCUMENT FILED ENTIRELY UNDER SEAL