# EXHIBIT 82

## DOCUMENT FILED ENTIRELY UNDER SEAL