# EXHIBIT 83

## DOCUMENT FILED ENTIRELY UNDER SEAL