# EXHIBIT 84

## DOCUMENT FILED ENTIRELY UNDER SEAL