# EXHIBIT 85

## DOCUMENT FILED ENTIRELY UNDER SEAL