# EXHIBIT 86

## DOCUMENT FILED ENTIRELY UNDER SEAL