# EXHIBIT 87

## DOCUMENT FILED ENTIRELY UNDER SEAL