# EXHIBIT 88

## DOCUMENT FILED ENTIRELY UNDER SEAL