# EXHIBIT 89

## DOCUMENT FILED ENTIRELY UNDER SEAL