# EXHIBIT 90

## DOCUMENT FILED ENTIRELY UNDER SEAL