# EXHIBIT 91

## DOCUMENT FILED ENTIRELY UNDER SEAL