# EXHIBIT 92

## DOCUMENT FILED ENTIRELY UNDER SEAL