# EXHIBIT 93

## DOCUMENT FILED ENTIRELY UNDER SEAL