# EXHIBIT 94

VOLUME 15

Pages 3827 - 4052

Under Seal Pages 3998 - 4014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Before The Honorable YVONNE GONZALEZ ROGERS, Judge**

| | |
|---|---|
| EPIC GAMES, INC., Plaintiff, vs. APPLE, INC., Defendant. | NO. C-20-5640 YGR<br>Friday, May 21, 2021<br>Oakland, California<br>BENCH TRIAL |
| APPLE, INC., Counterclaimant, vs. EPIC GAMES, Inc., Counter-Defendant. | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff: CRAVATH, SWAINE & MOORE, LLP
825 Eighth Avenue
New York, New York 10019
**BY: KATHERINE B. FORREST, ESQUIRE**
**GARY A. BORNSTEIN, ESQUIRE**
**YONATAN EVEN, ESQUIRE**
(Appearances continued.)

Reported By: Diane E. Skillman, CSR 4909, RPR, FCRR
Pamela Batalo-Hebel, CSR 3593, RMR, FCRR
Raynee Mercado, CSR 8258 RMR, CRR, FCRR

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

**THE COURT:** You need to speak into the mic.

**THE WITNESS:** Oh, I'm sorry.

I view it differently than you do. I view that we're creating the entire level -- entire amount of commerce on the store, and we're doing that by focusing on getting the largest audience there. We do that with a lot of free apps. And so they bring a lot to the table. And despite we don't collect any commission from them, they bring a lot to the table.

And then we have the majority of other people, the vast majority of other people that pay 15 percent. And only the people that are really profiting in a major way are paying 30.

**THE COURT:** Yeah, but the 15 percent, right -- you would agree with the basic proposition that competition is good.

**THE WITNESS:** I think competition is great. We have fierce competition in our business.

**THE COURT:** You don't have competition in those in-app purchases, though.

**THE WITNESS:** Sure. I mean, somebody could go, if they're on -- if they're a gamer, they can go buy on the Sony PlayStation or the Microsoft XBox or the Nintendo Switch.

**THE COURT:** Well, only if they -- only if they know. Right?

**THE WITNESS:** But -- well, but that's up to the developer to communicate.

**THE COURT:** And only if they decide to switch in terms of how they do things, right?

**THE WITNESS:** Usually people have both.

**THE COURT:** The issue with the $1 million Small Business Program, at least from what I've seen thus far, that really wasn't the result of competition. That seemed to be a result of the pressure that you're feeling from investigations, from lawsuits, not competition.

**THE WITNESS:** It was the result of -- of feeling like we should do from a COVID point of view, and then electing to, instead of doing something very temporary, just do something permanent.

And of course we had those things -- the lawsuits and all the rest of the stuff in the back of my head, but the thing that triggered it was we were very worried about small business.

**THE COURT:** Okay. But it wasn't competition.

**THE WITNESS:** It was competition after we did ours to 15, it was competition that made Google drop theirs to 15. You can tell the --

**THE COURT:** I understand perhaps that -- that Google did, you know, that Google changed its price. But your action wasn't the result of competition.

**THE WITNESS:** It was the result of feeling like we should do something for small business, which in our -- which

in our vernacular is small developer.

**THE COURT:** So when other stores reduced their price, Steam reduced their price, you felt no pressure, right, to reduce your price?

**THE WITNESS:** I'm not familiar with Steam and their -- and their financial model.

There's one of the things that's missed here, I think, is there's a huge competition for developers. So it's just not the competition with the user side. It's also with the developer side in addition to the users.

You can imagine if -- if we had an above market kind of -- of commission, people just wouldn't develop for us.

**THE COURT:** Well, let's talk about developers.

I've seen evidence in the record that did a survey of developers. I'm going to -- I'm going to share with you -- the results of this bar graph that was presented to me. I don't know how accurate it is because I looked for the source document and couldn't find it.

But this survey indicated that 39 percent of developers were either very dissatisfied or somewhat dissatisfied with Apple's distribution services. 36 percent were somewhat satisfied or very satisfied. And 19 percent didn't go either way, they're in the middle.

So with 39 percent of all your developers dissatisfied, how is that acceptable? And how is it, assuming those numbers

**CERTIFICATE OF REPORTERS**

We, Diane E. Skillman, Pamela Batalo-Hebel, and Raynee Mercado certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

________/S/DIANE E. SKILLMAN______

Diane E. Skillman, CSR, RPR, FCRR

__________/S/ PAMELA BATALO-HEBEL___________

Pamela Batalo-Hebel, CSR, RMR, FCRR

_________/s/ Raynee Mercado___________

Raynee Mercado, CSR, RMR, FCRR

Friday, May 21, 2021