# EXHIBIT 95

## DOCUMENT FILED ENTIRELY UNDER SEAL