# EXHIBIT 96

## DOCUMENT FILED ENTIRELY UNDER SEAL