# EXHIBIT 97

## DOCUMENT FILED ENTIRELY UNDER SEAL