# EXHIBIT 98

## DOCUMENT FILED ENTIRELY UNDER SEAL