# EXHIBIT 99

## DOCUMENT FILED ENTIRELY UNDER SEAL