# EXHIBIT 100

## DOCUMENT FILED ENTIRELY UNDER SEAL