BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR <br><br> **EXS. 31 TO 45 TO THE DECLARATION OF RACHELE R. BYRD, FILED WITHIN PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> DATE: October 14, 2025 <br> TIME: 2:00 p.m. <br> COURTROOM: 1, 4th Floor <br><br> The Honorable Yvonne Gonzalez Rogers |

1  Filed herewith are Exhibits 31 to 45 to the Declaration Rachele R. Byrd in Support of
2  Plaintiffs' Oppositions to Defendant Apple Inc.'s Motion for Summary Judgment, *Daubert*
3  Motion, and Motion to Decertify the Class, filed within Plaintiffs' Interim Administrative Motion
4  to Seal and to Consider Whether Another Party's Material Should be Sealed.

5  DATED: September 2, 2025          By:      /s/ Rachele R. Byrd
                                              RACHELE R. BYRD
6

7  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
8  RACHELE R. BYRD (190634)
   BETSY C. MANIFOLD (182450)
9  STEPHANIE AVILES (350289)
   750 B Street, Suite 1820
10 San Diego, CA  92101
   Telephone: 619/239-4599
11 Facsimile: 619/234-4599
   manifold@whafh.com
12 byrd@whafh.com
   saviles@whafh.com
13

14 **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
15 MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY (*pro hac vice*)
16 THOMAS H. BURT (*pro hac vice*)
   270 Madison Ave
17 New York, NY 10016
   Telephone: 212/545-4600
18 Facsimile: 212/686-0114
   rifkin@whafh.com
19 guiney@whafh.com
   burt@whafh.com
20

21 DAVID C. FREDERICK (*pro hac vice*)
   MARK C. HANSEN (*pro hac vice*)
22 AARON M. PANNER (*pro hac vice*)
   JAMES WEBSTER (*pro hac vice*)
23 LILLIAN V. SMITH (*pro hac vice*)
   ALEX A. PARKINSON (*pro hac vice*)
24 ALEX TREIGER (*pro hac vice*)
25 CAROLINE SCHECHINGER (*pro hac vice*)
   KYLE M. WOOD (*pro hac vice*)
26 ASHLE J. HOLMAN (*pro hac vice*)
27 KELLEY C. SCHIFFMAN (*pro hac vice*)
   ANNA K. LINK (*pro hac vice*)
28 ANTHONY R. GUTTMAN (*pro hac vice*)

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*

EXS. 31 TO 45 TO THE DECLARATION OF RACHELE R. BYRD, FILED WITHIN PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 11-cv-06714-YGR
-2-