BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**EXS. 81-93, 95-100 TO THE DECLARATION OF RACHELE R. BYRD, FILED WITHIN PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>DATE:  October 14, 2025<br>TIME:  2:00 p.m.<br>COURTROOM:  1, 4th Floor<br><br>The Honorable Yvonne Gonzalez Rogers |

1   Filed herewith are Exhibits 81-93 & 95-100 to the Declaration Rachele R. Byrd in Support
2   of Plaintiffs' Oppositions to Defendant Apple Inc.'s Motion for Summary Judgment, *Daubert*
3   Motion, and Motion to Decertify the Class, filed within Plaintiffs' Interim Administrative Motion
4   to Seal and to Consider Whether Another Party's Material Should be Sealed.

5   DATED: September 2, 2025          By:      /s/ Rachele R. Byrd
                                                RACHELE R. BYRD
6

7   **WOLF HALDENSTEIN ADLER
       FREEMAN & HERZ LLP**
8   RACHELE R. BYRD (190634)
    BETSY C. MANIFOLD (182450)
9   STEPHANIE AVILES (350289)
    750 B Street, Suite 1820
10  San Diego, CA  92101
    Telephone: 619/239-4599
11  Facsimile: 619/234-4599
    manifold@whafh.com
12  byrd@whafh.com
    saviles@whafh.com
13

14  **WOLF HALDENSTEIN ADLER
       FREEMAN & HERZ LLP**
15  MARK C. RIFKIN (*pro hac vice*)
    MATTHEW M. GUINEY (*pro hac vice*)
16  THOMAS H. BURT (*pro hac vice*)
    270 Madison Ave
17  New York, NY 10016
    Telephone: 212/545-4600
18  Facsimile: 212/686-0114
    rifkin@whafh.com
19  guiney@whafh.com
    burt@whafh.com
20

21  DAVID C. FREDERICK (*pro hac vice*)
    MARK C. HANSEN (*pro hac vice*)
22  AARON M. PANNER (*pro hac vice*)
    JAMES WEBSTER (*pro hac vice*)
23  LILLIAN V. SMITH (*pro hac vice*)
    ALEX A. PARKINSON (*pro hac vice*)
24  ALEX TREIGER (*pro hac vice*)
    CAROLINE SCHECHINGER (*pro hac vice*)
25  KYLE M. WOOD (*pro hac vice*)
    ASHLE J. HOLMAN (*pro hac vice*)
26  KELLEY C. SCHIFFMAN (*pro hac vice*)
    ANNA K. LINK (*pro hac vice*)
27  ANTHONY R. GUTTMAN (*pro hac vice*)
28

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*

---

EXS. 81-93, 95-100 TO THE DECLARATION OF RACHELE R. BYRD, FILED WITHIN
PLAINTIFFS' INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 11-cv-06714-YGR

-2-