| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | CYNTHIA E. RICHMAN, D.C. Bar No. 492089*<br>  crichman@gibsondunn.com<br>HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*<br>  hphillips@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>  jkleinbrodt@gibsondunn.com<br>DANA L. CRAIG, SBN 251865<br>  dcraig@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | *Attorneys for Defendant Apple Inc.*<br><br>*Admitted pro hac vice* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
4:11-cv-06714-YGR

1    Defendant Apple Inc. ("Apple") submits this Interim Administrative Motion to Seal and to Consider Whether Another Party's Materials Should be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

Apple moves to seal its Reply Brief in Support of its Motion to Decertify the Class, Reply Brief in Support of its *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson & Prof. Alan MacCormack, and its Responsive Statement of Undisputed Facts. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion to be filed jointly by the parties and any affected third parties "within 14 days after the conclusion of briefing on the underlying motion or filing (including any associated filings such as *Daubert* motions or motions to strike)." Stipulation, ECF No. 664 at 2.

Because third parties do not have access to materials filed under seal in this matter, to the extent relevant, Apple will "(1) notify[] each affected third party regarding any of its confidential information that has been filed under seal and (2) solicit[] each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion." *Id*.

DATED: September 23, 2025

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Cynthia E. Richman*
     CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
4:11-cv-06714-YGR

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (302085)
jkleinbrodt@gibsondunn.com
Dana L. Craig (251865)
dcraig@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*