THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY, SBN 268644
 chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
 jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
 dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
 elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
 crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
 hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Apple Inc.*

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S REPLY BRIEFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, MOTION TO DECERTIFY THE CLASS, AND *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF
APPLE INC.'S REPLY BRIEFS I.S.O. SUMMARY JUDGMENT, DECERTIFICATION, AND *DAUBERT* MOTIONS
4:11-CV-06714-YGR

I hereby declare as follows:

1. I am an attorney licensed to practice in Washington, D.C., and admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Reply in Support of Motion for Summary Judgment, Reply in Support of Motion to Decertify the Class, Reply in Support of *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson & Prof. Alan MacCormack.

2. I previously submitted a declaration in support of Apple's Motion for Summary Judgment, Motion to Decertify the Class, and *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson & Prof. Alan MacCormack, filed at Dkt. 1003-1. Attached to my prior declaration were Exhibits 1–108, filed at Dkt. 1003-2–1003-109.

3. Attached hereto as **Exhibit 109** is a true and correct copy of the August 15, 2025 letter from my colleague Eli M. Lazarus to Plaintiffs' counsel Mark C. Rifkin, Rachele R. Byrd, and Kyle M. Wood.

4. Attached hereto as **Exhibit 110** is a true and correct excerpt from Daniel L. McFadden's Opening Report in Support of Plaintiffs' Motion for Class Certification dated June 1, 2021.

5. Attached hereto as **Exhibit 111** is a true and correct excerpt from Lorin M. Hitt's Opening Expert Report and Declaration dated March 7, 2025.

6. Attached hereto as **Exhibit 112** is a true and correct excerpt from J. Alex Halderman's Opening Expert Report and Declaration dated March 7, 2025.

7. Attached hereto as **Exhibit 113** is a true and correct excerpt from Minjae Song's Opening Expert Report dated March 7, 2025.

8. Attached hereto as **Exhibit 114** is a true and correct excerpt from Ginger Jin's Rebuttal Expert Report and Declaration dated June 13, 2025.

9. Attached hereto as **Exhibit 115** is a true and correct excerpt from Adrian Majumdar's Rebuttal Expert Report and Declaration dated June 13, 2025.

10. [intentionally left blank]

11. Attached hereto as **Exhibit 117** is a true and correct excerpt from Lorin M. Hitt's

1  Rebuttal Expert Report and Declaration dated June 13, 2025.

2      12.    [intentionally left blank]

3      13.    [intentionally left blank]

4      14.    Attached hereto as **Exhibit 120** is a true and correct excerpt from the transcript of the February 10, 2021 deposition of Craig Federighi.

6      15.    Attached hereto as **Exhibit 121** is a true and correct excerpt from the transcript of the December 5, 2022 deposition of Daniel L. McFadden.

8      16.    [intentionally left blank]

9      17.    Attached hereto as **Exhibit 123** is a true and correct excerpt from the transcript of the May 30, 2025 deposition of Joseph Stiglitz.

11      18.    Attached hereto as **Exhibit 124** is a true and correct excerpt from the transcript of the June 20, 2025 deposition of Wayne D. Hoyer.

13      19.    Attached hereto as **Exhibit 125** is a true and correct excerpt from the transcript of the June 23, 2025 deposition of J. Alex Halderman.

15      20.    Attached hereto as **Exhibit 126** is a true and correct excerpt from the transcript of the June 25, 2025 deposition of Tadayoshi Kohno.

17      21.    Attached hereto as **Exhibit 127** is a true and correct excerpt from the transcript of the July 2, 2025 deposition of Mark Watson.

19      22.    Attached hereto as **Exhibit 128** is a true and correct excerpt from the transcript of the July 17, 2025 deposition of Victoria C. Stodden.

21      23.    Attached hereto as **Exhibit 129** is a true and correct excerpt from the transcript of trial proceedings (pages 1104–1310) in *The Apple iPod iTunes Anti-Trust Litigation* (Case No. 4:05-cv-00037-YGR).

24      24.    Attached hereto as **Exhibit 130** is a true and correct excerpt from the transcript of trial proceedings (Vol. 4, page 990) in *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR).

26      25.    Attached hereto as **Exhibit 131** is a true and correct copy of the document titled, "Complying with the Digital Markets Act: Apple's Efforts to Protect User Security and Privacy in the European Union," published by Apple Inc. in March 2024 and available at

3
DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF
APPLE INC.'S REPLY BRIEFS I.S.O. SUMMARY JUDGMENT, DECERTIFICATION, AND *DAUBERT* MOTIONS
4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP

https://developer.apple.com/security/complying-with-the-dma.pdf.

26. Attached hereto as **Exhibit 132** is a true and correct copy of the article titled "Developing Products on 'Internet Time': The Anatomy of a Flexible Development Process," by Alan MacCormack, Roberto Verganti, and Marco Iansiti published in Management Science, Vol. 47, No. 1, Design and Development, Jan., 2001.

27. Attached hereto as **Exhibit 133** is a true and correct copy of the article titled "Trade-Offs Between Productivity and Quality in Selecting Software Development Practices," by Alan MacCormack, Chris F. Kemerer, Michael Cusumano, and Bill Crandall published in IEEE Software, Vol. 20, Issue 5, Sept.–Oct. 2003.

28. Attached hereto as **Exhibit 134** is a true and correct copy of the transcript of the June 23, 2023 court proceeding in *In Re App iPhone Antitrust Litigation* (Case No. 4:11-cv-06714-YGR).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on September 23, 2025, in Washington, DC.

By:    */s/ Cynthia E. Richman*
       Cynthia E. Richman

4
DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF
APPLE INC.'S REPLY BRIEFS I.S.O. SUMMARY JUDGMENT, DECERTIFICATION, AND *DAUBERT* MOTIONS
4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP