# EXHIBIT 130

```
                                        VOLUME 4

                                        Pages 778 - 1052

                                        UNDER SEAL PAGES - 824 - 828

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

    Before The Honorable YVONNE GONZALEZ ROGERS, Judge

    EPIC GAMES, INC.,           )
                                )
          Plaintiff,             )   NO. C-20-5640 YGR
                                )
       vs.                       )   Thursday, May 6, 2021
                                )
    APPLE, INC.,                 )   Oakland, California
                                )
          Defendant.             )   BENCH TRIAL
    _____)
    APPLE, INC.,                 )
                                )
          Counterclaimant,       )
       vs.                       )
                                )
    EPIC GAMES, Inc.,            )
                                )
          Counter-Defendant.     )
    _____)


              REPORTER'S TRANSCRIPT OF PROCEEDINGS

    APPEARANCES:

    For Plaintiff:         CRAVATH, SWAINE & MOORE, LLP
                           825 Eighth Avenue
                           New York, New York 10019
                      BY:  KATHERINE B. FORREST, ESQUIRE
                           GARY A. BORNSTEIN, ESQUIRE
                           YONATAN EVEN, ESQUIRE

                      (Appearances continued.)

    Reported By:           Diane E. Skillman, CSR 4909, RPR, FCRR
                           Official Court Reporter
```

1  **Q.**  It says, an ecosystem, including third-party apps, made
2  our products more attractive.
3      Do you see that?
4  **A.**  I do.
5  **Q.**  That's referring to the fact that third-party developer
6  apps add value to the iOS ecosystem?
7  **A.**  I think that's what that states, yes.
8  **Q.**  That is a true statement?
9  **A.**  I think we loved third-party apps says customers on the
10 App Store.
11         **MS. MOSKOWITZ:**  Your Honor, just to return and square
12 this away, if we can go back to PX56.  On the very lasts page
13 we will see the date then we can move on from there.
14         **THE COURT:**  Ms. Moye?
15         **MS. MOYE:**  No objection, Your Honor.
16         **THE COURT:**  Okay.  So that's 2020 App Store
17 guidelines.  56 is admitted.
18         **MS. MOSKOWITZ:**  Thank you, Your Honor.
19         (Plaintiff's Exhibit 56 received in evidence)
20 **BY MS. MOSKOWITZ:**
21 **Q.**  Switching gears for a moment, and while you don't have the
22 benefit of this, I am aware the Judge has heard some of this,
23 so I just want to lay a little bit of foundation even though I
24 think Your Honor has heard a bit about web apps and native
25 apps.  I just want to ask a few questions.

```
 1        A native app is an app written for a particular platform
 2   and downloaded on to a device, right?
 3   A.   Yes.
 4   Q.   And a web app, generally speaking, is an app available
 5   from a website and utilized on a device through a browser; is
 6   that fair?
 7   A.   Web apps go beyond just use in an individual browser.  In
 8   the case of an iOS, it can be saved to the home screen.
 9   Q.   With access through Safari?
10   A.   It is through Safari, but it's headless Safari so you
11   would not see a search bar or have to navigate to be where
12   else.
13        So from a consumer perspective, if you launch say Twitter
14   on native and Twitter as a web app, those are going to be very
15   similar experiences dependent on what the developer does to
16   create that experience.
17   Q.   And right now I'm not talking about user experience.  All
18   I'm asking is that it operates through the Safari web browser,
19   correct?
20   A.   That's the surrendering engine, yes.
21   Q.   And the App Store review guidelines do not apply to web
22   apps, correct?
23   A.   Correct.
24   Q.   So native apps installed from the iOS App Store go
25   directly to the home screen, right?
```

1  **A.**  Yes.

2  **Q.**  And as you were just mentioning, by contrast, if the

3  customer wants to have a web app persist on the home screen,

4  the consumer goes in to the browser, accesses the app, hits

5  the share icon, and then says add to home screen, right?

6  **A.**  Yes.  There would be two taps there.

7  **Q.**  WebKit is Apple's web browser engine for iOS, correct?

8  **A.**  Yes.

9  **Q.**  And, in fact, the guidelines require that native apps that

10  browse the web must use the appropriate WebKit Brainwork and

11  Webkit JavaScript, right?

12  **A.**  Yes.

13  **Q.**  And Safari uses WebKit, right?

14  **A.**  That's right.

15  **Q.**  The API that are available for web apps are different than

16  the set of APIs that are available for native apps, correct?

17  **A.**  Yes.  One is for web, one is for native, and it's very

18  common to have different APIs for --

19  **Q.**  Sir, I'm just asking if they are different.

20     Yes?

21  **A.**  Yes.

22  **Q.**  And, for instance, the push notification API allows native

23  apps to send messages or other notifications to a user,

24  correct?

25  **A.**  Correct.

**CERTIFICATE OF REPORTERS**

We, Diane E. Skillman and Pamela Hebel, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  We further certify that we are neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that we are not financially nor otherwise interested in the outcome of the action.

_____/S/DIANE E. SKILLMAN_____

Diane E. Skillman, CSR, RPR, FCRR

_____/S/ PAMELA HEBEL_____

Pamela Hebel, CSR, RMR, FCRR

FRIDAY, MAY 7, 2021