# EXHIBIT 132



Developing Products on "Internet Time": The Anatomy of a Flexible Development Process
Author(s): Alan MacCormack, Roberto Verganti, Marco Iansiti
Source: *Management Science*, Vol. 47, No. 1, Design and Development (Jan., 2001), pp. 133-150
Published by: INFORMS
Stable URL: http://www.jstor.org/stable/2661564
Accessed: 30/03/2011 12:09

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at http://www.jstor.org/page/info/about/policies/terms.jsp. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permission, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive only for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at http://www.jstor.org/action/showPublisher?publisherCode=informs.

Each copy of any part of a JSTOR transmission must contain the same copyright notice that appears on the screen or printed page of such transmission.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.



*INFORMS* is collaborating with JSTOR to digitize, preserve and extend access to *Management Science*.

http://www.jstor.org

# Developing Products on "Internet Time": The Anatomy of a Flexible Development Process

Alan MacCormack • Roberto Verganti • Marco Iansiti
Harvard Business School, Boston, Massachusetts 02163
Politecnico di Milano, Milan, Italy
Harvard Business School, Boston, Massachusetts 02163
amaccormack@hbs.edu • roberto.verganti@polimi.it • miansiti@hbs.edu

Uncertain and dynamic environments present fundamental challenges to managers of the new product development process. Between successive product generations, significant evolutions can occur in both the customer needs a product must address and the technologies it employs to satisfy these needs. Even within a single development project, firms must respond to new information, or risk developing a product that is obsolete the day it is launched. This paper examines the characteristics of an effective development process in one such environment—the Internet software industry. Using data on 29 completed development projects we show that in this industry, constructs that support a more *flexible* development process are associated with better-performing projects. This flexible process is characterized by the ability to generate and respond to new information for a longer proportion of a development cycle. The constructs that support such a process are greater investments in architectural design, earlier feedback on product performance from the market, and the use of a development team with greater amounts of "generational" experience. Our results suggest that investments in architectural design play a dual role in a flexible process: First, through the need to select an architecture that maximizes product performance and, second, through the need to select an architecture that facilitates development process flexibility. We provide examples from our fieldwork to support this view.
(*New Product Development; Software Development; Innovation; Flexibility; Internet*)

## 1. Introduction

Over the last two decades, a rich stream of studies has broadened our understanding of how to effectively manage new product development projects (e.g., Katz and Allen 1982, Clark and Fujimoto 1991, Cusumano and Nobeoka 1992, Cooper 1995, Iansiti 1997). These have demonstrated that a wide range of decisions regarding organization structure, team composition, and process are associated with development performance in terms of lead time, cost, and quality. Many of these studies have been undertaken in environments where the target market and the technologies to be employed in a product are relatively well understood. As a result, the models derived from them portray development as a sequential process of design followed by execution. Effective projects are characterized by a structure that minimizes changes to the product design once the execution stage has begun (Cooper 1990).

Uncertain and dynamic environments,[1] however, present fundamental challenges to these accepted

---

[1] By uncertain, we mean environments in which future evolutions in markets and/or technologies are hard to predict. By dynamic, we mean environments in which these evolutions occur rapidly.

0025-1909/01/4701/0133$5.00
1526-5501 electronic ISSN

MANAGEMENT SCIENCE © 2001 INFORMS
Vol. 47, No. 1, January 2001 pp. 133–150

the underlying technologies in a product or the market context in which this product operates. The value of search in processes of organizational renewal has been documented in previous research (Levinthal and March 1981, Nelson and Winter 1982, March 1991). In a stage-gate model of development, however, search typically occurs only during the early project stages. Once detailed design begins, it is no longer an active part of the process. A more flexible process, by contrast, requires that search occur throughout development. The objective is to generate early feedback on how the product performs as a "system," an essential activity given that in uncertain and dynamic environments, changes to the product architecture are more likely to be required.[3]

Gaining early feedback on system-level performance requires the adoption of an architecture in which the system's main components can be integrated at an early stage (as discussed above). However, it also requires that a project establish intensive links with the target market through which feedback on the system's external interactions with its operating environment can be obtained, and hence its ability to meet customer needs. Recent research demonstrates the value of such links, especially to the lead users of new products and services (Von Hippel 1986, 1988). Where information about the user environment is tacit or "sticky" (i.e., not easily captured by traditional market research techniques) there is value in mechanisms which facilitate the release of early product versions to users when a project retains the ability to change the design. These early versions provide a conduit for generating information on system-level performance that can be used to improve the design as the project proceeds.

HYPOTHESIS 2. *In uncertain and dynamic environments, earlier feedback on a product's system-level performance will be associated with better performing projects.*

---

[3] The need for a new product architecture can stem from changes in the relative performance of different component technologies which render older architectures obsolete (e.g., Henderson and Clark 1990) or from changes in customer requirements which dictate a new set of performance trade-offs (e.g., Christensen and Rosenbloom 1995).

The need to respond to the new information generated through search requires that a team makes changes to the existing design quickly and at low cost (Thomke 1997). This objective is facilitated through the selection of a product architecture which minimizes the impact of design changes on the rest of the system (as discussed above). However, it also requires the ability to rapidly refine the new information generated through search and integrate the results into the evolving design. The academic literature suggests several mechanisms through which this can be achieved. For example, recent studies have demonstrated that a larger capacity for experimentation can help a team gain rapid feedback on the performance of alternative solutions, and, subsequently, to integrate this information into the design (Iansiti 1997, Thomke 1998). However, there is still a need to identify the appropriate set of experiments to conduct and, subsequently, to interpret the results as they emerge. Herein lies the role of experience.

While the value of experience is clear in environments that are stable, its value is often questioned in uncertain and dynamic environments, given that in such settings, knowledge of specific technologies and applications can rapidly become obsolete. Several authors suggest that experience can be a *disadvantage* in such environments, given that inertia and rigidity in problem solving may lead to the selection of inappropriate solutions for novel problems (e.g., Katz and Allen 1982). Still, this appears to be an overly broad conclusion, and one that leads to unappealing managerial prescriptions. The question must be asked, therefore, whether there are specific types of experience that have value in uncertain and dynamic environments.

The main challenge that highly dynamic and uncertain environments generate for development teams is the need to learn about new technical solutions and their potential applications. Experience therefore, has value to the degree that it facilitates these activities, allowing a team to frame and direct an effective experimentation strategy to resolve the uncertainties that arise during a project (Thomke et al. 1998, Verganti 1999). Experience also has value to the degree that it allows teams to integrate the new information generated from these experiments into a

coherent system-level design (Iansiti 1997). We assert that these useful forms of experience come from having previously worked on multiple different project generations.[4] Completing multiple different projects over different generations is likely to involve dealing with different/changing contexts and, hence, results in a more abstract approach to development (i.e., one which evolves through the lessons learned in applying it to each new project). It also requires that several cycles of learning have been completed at the *system-level*, ensuring feedback on the impact of design choices has been received both locally (i.e., through developing individual modules) and globally (i.e., through seeing how these modules perform as a system). We call this type of experience "generational" experience, differentiating it from the "context-specific" form of experience whose value is subject to obsolescence in uncertain and dynamic environments. Such a distinction is consistent with work in organization theory, which shows that learning occurs at multiple levels of abstraction (Fiol and Lyles 1985, Argyris 1977, McKee 1992). Lower-level learning results in knowledge that can be directly applied to a specific context, whereas higher-level learning results in a deeper knowledge of the process of problem solving, especially with respect to analyzing new frames of reference.

Hypothesis 3. *In uncertain and dynamic environments, development teams with greater amounts of generational experience will be associated with better-performing projects.*

The arguments above describe how in uncertain and dynamic environments, we expect constructs which underlie a more flexible process to be associated with better-performing projects. We need to be specific, however, about the dimensions of project performance that are expected to vary, as these dictate the focus for our empirical study. The aim of a flexible process is to provide a closer match between the design of a product, and the evolving requirements that this product must address in the target market. We therefore expect such a process will result in a better-performing product *as perceived by a customer* (i.e., when compared to the equivalent product developed using a less flexible process). Given that the adoption of a more flexible process may require the use of additional resources, however, it is also important to capture data on the resource productivity of projects. This will allow us to assess the magnitude of any potential trade-offs that might exist when using such a process.

## 3. The Empirical Setting

The analysis in this paper is based on data captured during a two-year study of product development practices in the Internet software industry (see MacCormack 1998 for a detailed discussion). During this period, this industry presented tremendous levels of uncertainty to developers of new products. The industry was "created" in 1993, when the development of a graphical interface to the Internet (at that time, a communication network used mainly by scientists, academics, and the military) established the "World Wide Web." Since then, its growth has been dramatic—from less than 200 web servers in June 1993, there were over 200,000 as of January 1997 (Reid 1997). This growth has spurred the creation of hundreds of new firms and applications and a variety of alternative technical standards.

The unit of the analysis used in this study is the project. Our research was conducted in two stages. In the first stage, we conducted interviews with project managers at several companies, both to understand the specific nature of the development process in this industry and to identify how we could operationalize measures of the constructs supporting a more flexible process. In the second stage, we collected data through the use of a survey instrument distributed to project managers at a sample of firms identified through a review of industry journals. In most cases, we visited participating firms to collect additional descriptive data on projects. Our final sample consists of 29 completed projects from 17 firms.[5] These

---

[4] We use the word "generations" to discriminate between major new platform releases and minor derivative/incremental releases, which typically do not involve reexamining the architecture of the product.

[5] We approached 39 firms to participate in the survey phase. We followed up with phone calls and e-mails to solicit responses,

projects cover a broad range of applications, including products, services, and development tools targeted at both commercial and consumer users. Given this heterogeneity, we rely on an innovative method for assessing comparative levels of product performance through the use of an expert panel.

**The Measure of Performance: Product Quality**

To evaluate the relative performance of products in our sample, we rely upon the assessments of a panel of experts gathered using a two-round Delphi process (Dalkey and Helmer 1963). Similar methods have been used in other studies where the performance of products is not directly comparable (Clark and Fujimoto 1991). The panel of experts consisted of 14 industry observers from a variety of journals and websites that review Internet software products. Experts were asked to rate the overall quality of products *relative to other competitive products which targeted similar customer needs at the time the product was launched*. Overall quality was defined as a combination of product features (i.e., the range of features the product contained), technical performance (i.e., how fast/easy-to-use the product was), and reliability (i.e., the extent to which the product operated without failure).[6] Assessments were given on a Likert scale ranging from 1–7, 4 indicating that the product was at parity with competitive offerings. Experts were asked to indicate their level of knowledge of the product (also on a 1–7 scale) and list up to three competitive products against which their comparisons were made.

Variation among experts' assessments of the same product can be attributed to several factors: a lack of knowledge of the product, a different understanding of the market segment the product competes in, ambiguity in the scale for assessment, and actual variation in experts' subjective judgments. The second round of the Delphi process was aimed at eliminating variability because of the first three of these. For each product, we provided panelists with the top three competitive products against which knowledgeable experts (i.e., those scoring 4 or higher) had made their assessments. We also provided the mean scores for each individual product, and the mean scores overall. Panelists were asked to review these data and submit a new evaluation for each product. As compared to the first round, the second round of the Delphi generated a convergence in experts' opinions on individual products while creating additional variance in the spread of mean performance outcomes across products.[7] In the following analysis, we use the mean score provided by knowledgeable experts as our dependent variable.[8]

**Control Variable: Resources.** We capture a measure of the development and test resources allocated to each project to control for the potential impact of resources on product quality.[9] This measure is adjusted to reflect the fact that the complexity of products in the sample varies. We adjust for this differing complexity by modeling the resources allocated to each project as a function of both the lines of new code developed in each project and a dummy which indicates whether the project was to develop a service (see Appendix A).[10] The residuals from this model are used as our control.

---

eventually collecting survey data on 29 projects from 17 firms (a response rate of 43%). We collected additional descriptive data for 22 of the 29 individual projects through face-to-face interviews conducted with the project manager. The sample contains many of the "defining products" of the Internet age, including Netscape's Navigator 3.0 and 4.0 browsers, Microsoft's Explorer 3.0 and 4.0 browsers, Yahoo!'s My Yahoo! service, etc.

[6] Our aim was to understand how a user would rate the performance of the product, not how a software engineer would. We therefore excluded some aspects of software performance (e.g., maintainability) cited in the literature.

[7] A third round with two pilot products showed that experts where not willing to change their assessments further and that iteration of the process would therefore not generate additional convergence (Linstone and Turoff 1975).

[8] The highest variance in experts' judgements of product quality came from experts who rated their knowledge of the product as equal to 3 or lower. We therefore decided to focus only on experts scoring 4 or higher.

[9] All else equal, one might expect a trade-off to exist between resource productivity and product quality.

[10] Projects to develop new services (e.g., websites) were observed to achieve higher productivity than other projects in terms of lines of code per person-day because of their use of different programming languages and commands.

**Measures of the Development Process**
We capture four measures of the development process: investments in architectural design, early market feedback, early technical feedback, and generational experience.

**Investments in Architectural Design.** In Internet software development projects, the product architecture must, on the one hand, optimize the operating performance of the product (in terms of memory usage, speed, etc.), yet on the other, it must facilitate making changes to the product design as new information emerges as a project proceeds. We assume that the resources allocated to architectural design activities, relative to those allocated to development and test activities, reflect the emphasis given to resolving these potentially conflicting objectives. To capture the relative levels of investment in architectural design, we asked project managers to break down the resources devoted to each project in four categories: project management, architecture design, development, and test. We then calculated the ratio of architecture design resources to development and test resources. Given that the size of products in the sample varies significantly, we adjusted this ratio to control for scale effects.[11] This was done by modeling the ratio as a function of the lines of new code developed in each project (see Appendix B). In our analysis, we use the residuals from this model as our measure of investments in architectural design, controlled for scale.

**Early Market and Technical Feedback.** Three milestones stand out as particularly important in Internet software development projects, given that each signifies a point at which new information becomes available to the project team. These milestones are: the point at which the first prototype is presented to customers, the point at which the various component modules are first integrated into a partially working system, and the point at which the first beta release is made available to customers.[12]

The first prototype is typically shown to customers during the concept development stage. It represents the first time that the project team receives feedback from customers on the overall product concept. Given the uncertainty surrounding the requirements that users have of new applications in this industry, this is a critical activity. Early feedback from such prototypes allows a team to make modifications to the design of the product architecture during the period it has the most flexibility to do so—when detailed design work has not yet progressed significantly.

The next major milestone in a project is system integration, when the various component modules in the design are first integrated into a partially working version of the system. This milestone typically occurs part way through the detailed design stage, representing the first point at which the project team receives feedback on how modules in the design interact and, consequently, how well they perform as a system. Given the uncertainty surrounding the nature of the product architecture in this environment, early feedback on system-level performance is an essential part of development. Problematic interactions, which are hard to predict ex ante, often emerge for the first time, requiring that the team revisit design decisions made earlier in the project. Given that this first version of the system is often used as the foundation on which subsequent functionality is built, the importance of achieving this milestone early is magnified.[13]

The final milestone marking the generation of new information about the design is the first beta release, which occurs sometime after the first system integration. This point represents the first time that the project team receives feedback from customers on the functioning of the product in the end-use application context (even though the product is typically not functionally complete). Given the uncertainty

---

[11] All else equal, one might expect larger projects to allocate *proportionately* fewer resources to architecture design.

[12] We define a prototype as a version of the product which cannot function as a system (e.g., a mock-up of the user interface). We define a beta version as a version of the product that contains at least part of all the core component modules (even though these modules may be functionally incomplete), are hence can function as a system. With this definition, the first beta version can never be released before the first system integration has occurred.

[13] Changes and additions to this first version are made through regular system "builds," during which new code is integrated into the design and regression tests run to ensure these new additions work well with the main code base.