# EXHIBIT 133



feature

productivity

# Trade-offs between Productivity and Quality in Selecting Software Development Practices

**Alan MacCormack,** *Harvard University*
**Chris F. Kemerer,** *University of Pittsburgh*
**Michael Cusumano,** *Massachusetts Institute of Technology*
**Bill Crandall,** *Hewlett-Packard*

**G**iven software's important role in business, the design of effective development processes has received great attention. Early attempts at standardizing a formal software development model culminated in what's now known as the waterfall model. Over time, this view of software development as a process that could be managed proactively led to the development of other models, each proposing improvements. However, although some of the practices in these newer models complement the waterfall model, others appear to contradict its main principles. Furthermore, the performance dimensions that each practice seeks to optimize often differ. Unfortunately, these potential conflicts are difficult to resolve because the data presented to support most models is anecdotal and biased toward reporting only successful projects.

Our objective here is to look at how certain practices, proposed by various development models, affect performance. By exploring different practices' associations with multiple dimensions of performance across a number of projects, we examine the trade-offs involved in designing a process to optimize specific performance criteria. We carefully selected the practices for investigation to explore some of the potential conflicts that arise between different development models.

Choosing appropriate practices for a project can be hard, given the various dimensions of performance each claims to optimize. Using data from 29 projects, this study examines the impact of eight development practices on both productivity and quality. Results suggest managers should choose a coherent system of practices on the basis of the specific objectives the software must meet.

Authorized licensed use limited to: Gibson Dunn & Crutcher LLP. Downloaded on September 05,2025 at 14:47:23 UTC from IEEE Xplore.  Restrictions apply.

### Software development models and practices

Once upon a time, software development was seen mainly as an art. Stories of legendary developers abounded, describing how fast they could write code and how "cool" the resulting functionality was. The development process most prevalent in the early days was an implicit one: the "code and fix" model. This model reflected more the absence of a formal development process than any predetermined thought as to how to manage the process. In essence, developers built systems with minimal input as to what they were supposed to do, put them in front of clients, then tried to remedy the defects that were found. The process relied on the "star power" of the programmers involved and, for any system of significant complexity, almost guaranteed poor results.

The waterfall development model was introduced in the late 1960s in response to the problems of managing large custom software development projects. Its aim was to bring control and discipline to what had previously been a rather unstructured and chaotic process. The waterfall model involves completing a series of stages, including requirements definition, specification, planning, design, implementation, and integration. It emphasizes the need to develop comprehensive and detailed specifications up front and thereafter to execute efficiently according to these specifications.

The waterfall model proved to be a somewhat successful response to the early problems that had plagued software development, so people began trying to improve on it. These efforts included both examining other practices that were complementary to the waterfall model (for example, formal design and code reviews) and exploring new model types that might be better suited to environments where the waterfall model proved ineffective. Many of these newer models focused on markets where customer needs were uncertain or rapidly changing. The processes they advocated were therefore based more on the need for speed and responsiveness than on the traditional objectives of control and discipline. At the heart of these more flexible models was the notion that a prototype or an actual working version of the software should be released to customers at an extremely early stage of development.[1,2] To facilitate this process, development was often broken into several subcycles, each geared to producing a subset of the final product's functionality.[3,4]

So, a large number of software development practices have been proposed over the past 40 years, many as part of more comprehensive development models. The problem is not so much that we lack "silver bullets" for a project manager's arsenal but that we have such an extensive array of differently colored bullets that choosing among them has become impossible. How should managers make these choices? Is it possible to find a set of practices that will improve performance on all dimensions? Or must managers tailor the design of their processes to each project's specific requirements? The fact that different practices often bring similar benefits further complicates the problem. For example, conducting formal code inspections helps identify defects at an early stage, as does conducting daily builds and integration tests on a design.[5-8] Should managers use all these practices, or would one suffice? Finally, and perhaps most important, there are instances where the principles of one model appear to contradict those of another. Take, for example, the waterfall model, which stresses the need to complete a product's specifications before beginning its development. Many of the more flexible models, which let product specifications evolve as a project proceeds, violate this principle. So, do flexible models incur a performance penalty as a consequence? Or do they overcome this potential trade-off through the use of other mechanisms? These were the questions we set out to answer.

### Empirical setting

Our results are based on a sample of Hewlett-Packard software development projects. (During this study, HP spun off Agilent as a separate firm, so this article reports data from both HP and Agilent.) HP is a large high-technology firm with operations in various businesses (for example, personal computers and peripherals, workstations and servers, measuring instruments and medical devices) across multiple geographic locations. The diversity of businesses and locations ensured wide variation in the practices we observed, while the use of a single firm helped control for extraneous factors that might have influenced development performance. This setting also helped facilitate data collection.

> The problem is not so much that we lack silver bullets but that we have such an array of differently colored ones.

Authorized licensed use limited to: Gibson Dunn & Crutcher LLP. Downloaded on September 05,2025 at 14:47:23 UTC from IEEE Xplore. Restrictions apply.

> In most projects, coding began before the specification documents were complete.

We gathered data using a survey instrument hosted on an MIT Web server from the summer of 2000 through the winter of 2001. A company contact published the project's aims using HP's regular internal communication systems and asked project managers to complete the survey. We asked managers to use reference materials such as project data sheets, schedules, progress presentations, and resource plans. Although 35 managers responded, only 32 provided enough data to consider their project for analysis. After reviewing responses, we omitted three more projects due to their small size (they involved developing fewer than 1,000 new lines of code). So, the final sample for analysis consisted of 29 projects.

We collected data on two performance measures:

- *Productivity*: the number of lines of new code developed per person-day (an imperfect measure of productivity but one that could be measured consistently)
- *Quality* (also referred to as from here on as *defect rate*): the number of customer-reported defects per month per million LOC averaged over the first 12 months after launch

**Software development practices**

We collected data on eight software development practices. The first two measures captured the degree to which specifications were complete (as a percentage) before coding began in each project. We report data on two types of specification:

- *Functional* (or *requirements*) *specification*: a document that describes how features work but not the underlying structure of code or modules
- *Detailed design specification*: a document that describes the modules' structure and an outline of the algorithms where needed

Our next two measures captured whether formal design reviews and formal code reviews were used during development, as indicated by a binary variable. For example, the code review variable was set to 1 if one or more people typically reviewed another person's code before it could be checked into the system build.

The third pair of measures (as we defined them) related to the use of more flexible processes:

- *Subcycles*: Whether development was divided into separate subcycles, in which a subset of the final product's functionality was built and tested
- *Early prototype*: The extent to which an early prototype was shown to customers, as measured by the percentage of the product's final functionality that was complete when the first prototype was released

The final two measures captured the use of practices that provide rapid feedback on a design's performance: whether daily system builds were used during development and whether any type of integration or regression test was conducted at code check-in (binary variables were used in each case).

**Descriptive statistics**

Table 1 reports descriptive statistics for the sample. The median project involved developing 70,000 new LOC for a product totaling 170,000 LOC. The median project team size was nine people, with a median duration of 14 months. In terms of the type of software being developed, 59 percent of projects involved application software, 38 percent involved systems software, and 28 percent involved embedded software. (These numbers add up to more than 100 percent because some projects reported developing software of multiple types.)

In terms of performance, the mean defect rate of products was 18.8 defects per month per million LOC. The mean productivity achieved was 26 LOC per person-day. In terms of development practices, several points deserve comment. First, in most projects, coding began before the specification documents were complete; this was particularly notable for the detailed design specification, which was on average only 20 percent complete when coding began. Thus, in this sample, there were few pure waterfall models. Second, clear differences emerge in the penetration of different development practices: Around 30 percent of projects used daily builds throughout development, around half the projects used code reviews and integration or regression tests at check-in, and almost 80 percent of projects used design reviews. Finally, although 76 percent of projects

Authorized licensed use limited to: Gibson Dunn & Crutcher LLP. Downloaded on September 05,2025 at 14:47:23 UTC from IEEE Xplore.  Restrictions apply.

### Table 1
### Descriptive statistics for the sample's 29 projects

| Variable | Description | Mean | Median | Standard deviation | Minimum | Maximum |
|---|---|---|---|---|---|---|
| Defect rate | Average no. of customer-reported defects per month per million lines of new code over first 12 months | 18.8 | 7.1 | 23.1 | 0.0 | 80.0 |
| Productivity | New LOC developed per person-day | 26.4 | 17.6 | 24.0 | 0.7 | 85.0 |
| Functional specification | Percentage of functional specification that was complete before team started coding | 55% | 55% | 32% | 0% | 100% |
| Design specification | Percentage of detailed design specification complete before team started coding | 20% | 10% | 26% | 0% | 80% |
| Design review | Binary: 1 if design reviews were performed during development, 0 if not | 0.79 | 1 | 0.41 | 0 | 1 |
| Code review | Binary: 1 if the number of people who typically reviewed another person's code was one or more, 0 if none | 0.52 | 1 | 0.51 | 0 | 1 |
| Subcycles | Binary: 1 if development was divided into separate subcycles, 0 if not | 0.76 | 1 | 0.43 | 0 | 1 |
| Early prototype† | Percentage of final product's functionality contained in the first prototype | 38% | 40% | 24% | 0% | 90% |
| Daily builds | Binary: 1 if design changes were integrated into code base and compiled daily; 0 if not | 0.32 | 0 | 0.48 | 0 | 1 |
| Regression test | Binary: 1 if someone ran an integration or regression test when checking code into the build; 0 if not | 0.55 | 1 | 0.51 | 0 | 1 |

### Table 2
### Simple correlations with performance

| | Defect rate | Productivity |
|---|---|---|
| **Control variables** | | |
| Systems projects | **0.436**** | 0.030 |
| Applications | −0.058 | −0.018 |
| Embedded | 0.014 | 0.066 |
| Size (Ln{LOC}) | **−0.562**** | **0.514**** |
| **Process variables** | | |
| Functional specification | 0.035 | **0.473**** |
| Design specification | −0.403* | −0.014 |
| Early prototype† | **0.742**** | **−0.624**** |
| Subcycles | −0.418* | 0.021 |
| Daily builds | −0.026 | 0.316 |
| Regression test | −0.383* | 0.180 |
| Design review | **−0.545**** | −0.227 |
| Code review | −0.255 | 0.104 |

†: Implies less functionality in the first prototype
* $p < 10\%$, ** $p < 5\%$, *** $p < 1\%$, **** $p < 0.1\%$
Correlations in bold are significant ($p < 0.05$)

### Table 3
### Best-fit multivariate models of performance

| Model | Defect rate | Productivity |
|---|---|---|
| Constant | 16.36 | 34.9**** |
| Systems | 14.87** | |
| Early prototype† | 0.48*** | −0.42*** |
| Daily builds | | 16.89** |
| Regression test | −12.64** | |
| Design review | −19.65** | |
| R-squared (adjusted) | 74.6% | 52.8% |
| F-ratio | 15 | 11.1 |
| Df | 15 | 16 |

†: Implies less functionality in the first prototype
* $p < 10\%$, ** $p < 5\%$, *** $p < 1\%$, **** $p < 0.1\%$

### Results

Our approach was first to assess the performance impact of each development practice, as well as control variables for the type of software and the size of the product, using simple correlations (see Table 2). For each performance dimension, we then developed a best-fit multivariate model using stepwise backward regression (see Table 3). To ensure that the results were robust, we removed from the analysis projects that were outliers on each performance dimension on a case-by-case basis.

divided development into subcycles, they varied greatly in how early they showed a prototype to customers. In some projects, coding had not begun at this point, whereas in others, the product's functionality was 90 percent developed.

Authorized licensed use limited to: Gibson Dunn & Crutcher LLP. Downloaded on September 05,2025 at 14:47:23 UTC from IEEE Xplore. Restrictions apply.