# EXHIBIT 134

```
                                            Pages 1 - 102
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

| | |
|---|---|
| In Re Apple iPhone Antitrust Litigation | NO. CV 11-06714-YGR |

```
                        Oakland, California
                        Friday, June 23, 2023
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
        270 Madison Avenue
        New York, NY 10016
    **BY: MARK RIFKIN, ESQUIRE**

        WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
        Symphony Towers
        750 B Street, Suite 1820
        San Diego, CA 92101
    **BY: RACHELE R. BRYD, ESQUIRE**
    **BETSY MANIFOLD, ESQUIRE**

        KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
    **BY: DAVID C. FREDERICK, ESQUIRE**
    **KYLE M. WOOD, ESQUIRE**

Reported By: Pamela Batalo-Hebel, CSR No. 3593, RMR, FCRR
        Official Reporter

**APPEARANCES CONTINUED:**

For Defendants:
                        GIBSON, DUNN & CRUTCHER LLP
                        1050 Connecticut Avenue, N.W.
                        Washington, DC 20036
                **BY:   CYNTHIA RICHMAN, ESQUIRE**

                        GIBSON, DUNN & CRUTCHER LLP
                        333 South Grand Avenue
                        Los Angeles, CA 90071
                **BY:   DANIEL SWANSON, ESQUIRE**

                        GIBSON, DUNN & CRUTCHER LLP
                        555 Mission Street
                        San Francisco, CA  94105
                **BY:   JULIAN KLEINBRODT, ESQUIRE
                        CAELI A. HIGNEY, ESQUIRE**

1    post-liability phase.

2           **THE COURT:** I -- we have -- okay. Let's be -- let's
3    walk through this because I thought I made very clear that that
4    would not be tolerated, and I thought that Mr. Rifkin tried to
5    address that topic and has told me that the model is being run
6    in advance. So let me ask this question.

7         Assuming, for purposes of argument, that a class is
8    certified, you all have talked about that you're getting
9    additional discovery. When are you finished? How much more
10   time do you need? This case is on my very old records report.

11          **MS. RICHMAN:** I think, Your Honor -- I don't recall
12   the exact window, but I think it's sometime 60 days to 90 days
13   after you issue your class certification.

14          **THE COURT:** I looked. I don't have an order in this
15   case.

16          **MR. RIFKIN:** We believe that Ms. Richman is correct.
17   We understand that fact discovery is cut off 60 days after --

18          **THE COURT:** Give me an order number or a case number.

19          **MR. RIFKIN:** It's Document No. 640.

20          **THE COURT:** 640.

21          **MR. RIFKIN:** And --

22          **THE COURT:** Hold on. Let me get it.

23          **MR. RIFKIN:** Yeah. Of course.

24          **THE COURT:** Okay. So final reports 60 days after the
25   decision --

1     **MR. RIFKIN:**  I'm talking about -- it's line 23 on the
2 numbered lines.
3     **THE COURT:**  But final reports -- two lines down.  So
4 you have 60 days to complete fact discovery after class cert.
5 But also you have to have your final reports done 60 days after
6 a decision on class cert.
7     **MR. RIFKIN:**  That's correct, Your Honor.
8     **THE COURT:**  And then -- so I am assuming -- let's say,
9 for purposes of argument, I issued this decision on July 1st,
10 which, by the way, that will not happen, but just letting --
11 just for purposes of argument.  That means that -- and, again,
12 assuming 30 days approximately, that between that day and
13 September 1st, this entire model is going to be run and a new
14 report is going to issue and you are going to tell me exactly
15 who is in the class and who's not in the class.
16     In this expert report, I would expect an updated report.
17 I would expect that all of these developers from whom you're
18 getting information, all of that is going to be incorporated
19 into all of these reports.  All of these things are going to
20 happen in 60 days.
21     Then you get -- 45 days after that rebuttals, 30 days to
22 take your depositions, and then I get the final round of
23 dispositive and *Daubert* motions.  And if it doesn't -- if it
24 did not satisfy, I'm assuming that I would also get a motion to
25 decertify.

1    **MR. RIFKIN:**  Right.  And, Your Honor, yes that's what
2    the order says, but I -- I have -- my paper copy has this big
3    blue sticky on it, and it very pleadingly says "please get more
4    time."  And I would like to explain the reason for that, if I
5    may.
6         We have learned since Your Honor set this schedule and
7    since we began the process of doing all the revised
8    calculations to generate these updated reports that the
9    computer processing time for the database we already have is
10   something on the order of several weeks, not several days and
11   certainly not several hours.  It literally takes the computer
12   two or three weeks to run the regression on the database
13   because the database is so massive.
14        Apple needs to update the data that it has provided to us
15   to account for the year that has transpired since it last
16   produced data.
17        Once we get that data, we will conduct the analysis for
18   the entire class, and we will do so before trial, but it cannot
19   be done --
20        **THE COURT:**  Well, you have to do so, not before trial,
21   but for purposes of these reports because if it is not in the
22   report, you do not get to put it on at trial.
23        **MR. RIFKIN:**  We agree and we recognize that and we --
24   and we will abide by it, except I'm asking the Court to give us
25   some extra time between when fact discovery ends and when

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Monday, June 26, 2023

*Pamela Batalo Hebel*
_____
Pamela Batalo Hebel, CSR No. 3593, RMR, FCRR
U.S. Court Reporter