THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
  dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR <br><br> **PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTIONS TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTIONS TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
4:11-CV-06714-YGR

I, Harry R. S. Phillips, declare as follows:

I am employed in the District of Columbia. I am over the age of eighteen years and not a party to this action. I am an attorney employed by Gibson, Dunn & Crutcher LLP, counsel of record for Apple Inc. in this matter, and have been admitted to Bar of this Court *pro hac vice*. My business address is 1700 M St. N.W., Washington, D.C. 20036.

On September 23, 2025, I caused to be served on counsel for the Plaintiffs in the above-captioned case the following documents via Sharefile link:

- **APPLE INC.'S REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF MR. DARRYL THOMPSON & PROF. ALAN MACCORMACK**
- **APPLE INC.'S REPLY IN SUPPORT OF SEPARATE STATEMENT OF UNDISPUTED FACTS**
- **APPLE INC.'S REPLY IN SUPPORT OF MOTION TO DECERTIFY THE CLASS**
- **EXHIBITS 109–115, 117, 120–121, 123–128 ATTACHED TO THE DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT, MOTION TO DECERTIFY THE CLASS, AND *DAUBERT* MOTION**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on September 23, 2025 in Washington, D.C.

                                                      /s/ Harry R. S. Phillips
                                                      Harry R. S. Phillips

Gibson, Dunn & Crutcher LLP

1

PROOF OF SERVICE REGARDING DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTIONS TO SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
4:11-CV-06714-YGR