UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No.: 4:11-cv-6714-YGR<br><br>ORDER RE: EXPERT REPORTS |

Pending before the Court are Apple's motions for summary judgment and to decertify the class. The parties have also filed *Daubert* motions.

The parties have provided the Court with excerpts of certain expert reports, citations to which are scattered throughout their briefing. To expedite review, by Thursday **October 2, 2025,** the parties shall file each report issued by the experts for this action who were cited in the briefing, omitting attachments; and (ii) deliver one hard copy and a flash drive to the Court by noon on Friday.

**IT IS SO ORDERED**.

Date: **September 30, 2025**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE