| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CAELI A. HIGNEY, SBN 268644<br>chigney@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>jkleinbrodt@gibsondunn.com<br>DANA L. CRAIG, SBN 251865<br>dcraig@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>crichman@gibsondunn.com<br>HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)<br>hphillips2@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendant Apple Inc.*<br><br>[Additional counsel on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING OMNIBUS SEALING DEADLINE**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) and Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez Rogers' Standing Order in Civil Cases (as updated, March 17, 2025), Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on September 26, 2022, the Court modified the sealing procedures for this matter;

WHEREAS, on March 17, 2025, the Court issued a revised Standing Order in Civil Cases, adopting in part the Parties' modified sealing procedures, including an omnibus stipulated filing;

WHEREAS, the Standing Order in Civil Cases provides that "[t]he parties may, by stipulation filed on the docket, extend the time to file the Omnibus Stipulation and Omnibus Motion to 21 days after the conclusion of briefing" and "[e]xtensions beyond 21 days must be approved by the Court[;]"[1]

WHEREAS, the Parties have concluded their Motions (defined below) by submitting complete expert reports under seal in response to the Court's order, Dkt. No. 1049, on October 2, 2025;

WHEREAS, the Parties did not originally file the voluminous full expert reports in support of their Motions;

WHEREAS, the Parties request the forthcoming filing of the complete expert reports in response to the Court's order, Dkt. No. 1049, remain under seal without additional inclusion in the forthcoming omnibus sealing stipulation;

WHEREAS, the Parties will include the previously filed expert reports and report excerpts in their forthcoming omnibus sealing stipulation;

WHEREAS, with relation to Apple's motion for summary judgment, Apple's motion to

---

[1] While the Parties believe the requested extension below is appropriate for the reasons stated herein, should the request be denied, the Parties stipulate to extending the deadline by one week (October 16, 2025), pursuant to the above-referenced provision.

decertify the class, and both Parties' *Daubert* motions (collectively, the "Motions"), the Parties have filed approximately 229 documents under seal, many of which involve confidential third-party information;

WHEREAS, the Parties will need to contact between 100 and 130 third parties regarding their confidential information and, under the Court's orders, seek their input to be incorporated into the omnibus stipulation;

WHEREAS, substantial time is required to carefully and properly account for third-party confidential information and address their questions and concerns (and thereby avoid inadvertent public filings of confidential information and emergency requests to lock docket entries);

WHEREAS, the Parties believe that extending the deadline for the filing of omnibus sealing requests will conserve the resources of the Court:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, that:

(1) the Parties shall file omnibus sealing requests with respect to the Motions by November 13, 2025; and

(2) the forthcoming filing of the complete expert reports in response to the Court's order, Dkt. No. 1049, shall remain under seal without additional inclusion in the forthcoming omnibus sealing stipulation.

DATED:  October 2, 2025          **GIBSON, DUNN & CRUTCHER LLP**

By:     /s/ *Caeli A. Higney*
          Caeli A. Higney

Cynthia E. Richman (*pro hac vic*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com

|  |  |
|---|---|
| 2 | Daniel G. Swanson, SBN 116556 |
| 3 | dswanson@gibsondunn.com |
|  | **GIBSON, DUNN & CRUTCHER LLP** |
|  | 333 South Grand Avenue |
| 4 | Los Angeles, CA 90071-3197 |
|  | Telephone:  213.229.7000 |
| 5 | Facsimile:  213.229.7520 |
| 6 | Caeli A. Higney, SBN 268644 |
|  | chigney@gibsondunn.com |
| 7 | Julian W. Kleinbrodt, SBN 302085 |
|  | jkleinbrodt@gibsondunn.com |
| 8 | Dana L. Craig, SBN 251865 |
|  | dcraig@gibsondunn.com |
| 9 | Eli M. Lazarus, SBN 284082 |
|  | elazarus@gibsondunn.com |
| 10 | **GIBSON, DUNN & CRUTCHER LLP** |
|  | One Embarcadero Center, Suite 2600 |
| 11 | San Francisco, CA 94111 |
|  | Telephone:  415.393.8200 |
| 12 | Facsimile:  415.393.8306 |
| 13 | *Attorneys for Defendant Apple Inc.* |
| 14 | **WOLF HALDENSTEIN ADLER** |
| 15 | **FREEMAN & HERZ LLP** |
| 16 | By:    */s/  Rachele R. Byrd* |
|  |           Rachele R. Byrd |
| 17 |  |
| 18 | RACHELE R. BYRD (190634) |
|  | BETSY C. MANIFOLD (182450) |
| 19 | 750 B Street, Suite 1820 |
|  | San Diego, CA 92101 |
| 20 | Telephone:  619/239-4599 |
|  | Facsimile:   619/234-4599 |
| 21 | MARK C. RIFKIN (*pro hac vice*) |
|  | MATTHEW M. GUINEY (*pro hac vice*) |
| 22 | THOMAS H. BURT (*pro hac vice*) |
|  | **WOLF HALDENSTEIN ADLER** |
| 23 |   **FREEMAN & HERZ LLP** |
|  | 270 Madison Avenue |
| 24 | New York, New York 10016 |
|  | Telephone:  212/545-4600 |
| 25 | Facsimile:   212/545-4677 |
| 26 | DAVID C. FREDERICK (*pro hac vice*) |
|  | MARK C. HANSEN (*pro hac vice*) |
| 27 | AARON M. PANNER (*pro hac vice*) |
|  | JAMES M. WEBSTER (*pro hac vice*) |
| 28 | LILLIAN V. SMITH (*pro hac vice*) |
|  | ALEX A. PARKINSON (*pro hac vice*) |

ALEX P. TREIGER (*pro hac vice*)
CAROLINE A. SCHECHINGER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*

### E-FILING ATTESTATION

I, Caeli A. Higney, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

> */s/ Caeli A. Higney*
> Caeli A. Higney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE