BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
HARRY R. S. PHILLIPS (D.C. Bar No. 1617356; *pro hac vice*)
hphillips2@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' AND DEFENDANT APPLE INC.'S JOINT NOTICE OF FILING OF EXPERT REPORTS**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Apple Inc. ("Apple") and Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") jointly file the expert reports issued by the experts cited in the briefing on the pending motions—as outlined in the table below—pursuant to the Court's September 30, 2025 Order Regarding Expert Reports (ECF No. 1049).

In accordance with the Order, Plaintiffs already submitted 25 reports in hard copy, and Apple will submit one hard copy of the remaining reports, along with a flash drive containing all expert reports cited in the parties' pending motions by noon on Friday, October 3, 2025.

| Tab | Report Name | Def.'s Ex. No. | Pls.' Ex. No. | Dkt. Nos. |
|---|---|---|---|---|
| 1 | Abrantes-Metz Opening Report | 32 | E; 33 | 1003-33; 1000-6; 1033-3 |
| 2 | Abrantes-Metz Rebuttal Report | 5 | 45 | 1024-7; 1033-15 |
| 3 | Barnes Opening Report | 10 | 34 | 1024-10; 1033-4 |
| 4 | Berger Opening Report | 86 | L | 1003-87; 1000-12 |
| 5 | Berger Rebuttal Report | | N | 1000-14 |
| 6 | Chen Opening Report | 22 | 35 | 1024-24; 1033-5 |
| 7 | Halderman Opening Report | 20; 112 | | 1003-21; 1047-5 |
| 8 | Halderman Rebuttal Report | 28 | | 1003-29 |
| 9 | Hitt Opening Report | 19; 111 | | 1003-20; 1047-4 |
| 10 | Hitt Rebuttal Report | 26; 117 | | 1003-27; 1047-9 |
| 11 | Hoyer Opening Report | | 36 | 1033-6 |
| 12 | Hoyer Rebuttal Report | 25 | 49 | 1003-26; 1034-4 |
| 13 | Jin Opening Report | 21 | 37 | 1003-22; 1033-7 |
| 14 | Jin Rebuttal Report | 114 | | 1047-7 |
| 15 | Kohno Opening Report | 83 | 43 | 1003-84; 1033-13 |
| 16 | Kohno Rebuttal Report | | 47 | 1034-2 |

| Tab | Report Name | Def.'s Ex. No. | Pls.' Ex. No. | Dkt. Nos. |
|---|---|---|---|---|
| 17 | MacCormack Opening Report | 30 | 32 | 1003-31; 1033-2 |
| 18 | Majumdar Rebuttal Report | 7; 115 | | 1024-9; 1047-8 |
| 19 | Malackowski Opening Report | | B | 1000-3 |
| 20 | Malackowski Rebuttal Report | | C | 1000-4 |
| 21 | McFadden Opening Report | 33; 110 | 38 | 1003-34; 1047-3; 1033-8; |
| 22 | Putnam Rebuttal Report | 9 | A | 1024-11; 1000-2 |
| 23 | Prince Rebuttal Report | 98 | | 1003-99 |
| 24 | Simonson Opening Report | 23 | 39 | 1003-24; 1033-9 |
| 25 | Song Opening Report | 34; 113 | 40 | 1003-35; 1047-6; 1033-10 |
| 26 | Song Supplemental Report | | 52 | 1034-7 |
| 27 | Stiglitz Opening Report | 31; 6 | P; 41 | 1003-32; 1024-8; 1000-15; 1033-11 |
| 28 | Stiglitz Rebuttal Report | | Q; 46 | 1000-16; 1034-1 |
| 29 | Stodden Rebuttal Report | 29 | 51 | 1003-30; 1034-6 |
| 30 | Sundararajan Opening Report | 22 | G; 42 | 1003-23; 1000-8; 1033-12 |
| 31 | Sundararajan Rebuttal Report | 27 | H; 48 | 1003-28; 1000-9; 1034-3 |
| 32 | Thompson Supplemental Report | 35 | 44 | 1003-36; 1033-14 |
| 33 | Watson Rebuttal Report | 24 | | 1003-25 |

DATED:  October 2, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Cynthia E. Richman*
    CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)

crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8234
Facsimile: 202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (302085)
jkleinbrodt@gibsondunn.com
Dana L. Craig (251865)
dcraig@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

By:  /s/ *Rachele R. Byrd*
     RACHELE R. BYRD

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
MARK C. RIFKIN (pro hac vice)
MATTHEW M. GUINEY (pro hac vice)
THOMAS H. BURT (pro hac vice)

```
                    270 Madison Ave
                    New York, NY 10016
                    Telephone: 212/545-4600
                    Facsimile: 212/686-0114
                    rifkin@whafh.com
                    guiney@whafh.com
                    burt@whafh.com

                    DAVID C. FREDERICK (pro hac vice)
                    MARK C. HANSEN (pro hac vice)
                    AARON M. PANNER (pro hac vice)
                    JAMES WEBSTER (pro hac vice)
                    LILLIAN V. SMITH (pro hac vice)
                    ALEX A. PARKINSON (pro hac vice)
                    ALEX TREIGER (pro hac vice)
                    CAROLINE SCHECHINGER (pro hac vice)
                    KYLE M. WOOD (pro hac vice)
                    ASHLE J. HOLMAN (pro hac vice)
                    KELLEY C. SCHIFFMAN (pro hac vice)
                    ANNA K. LINK (pro hac vice)
                    ANTHONY R. GUTTMAN (pro hac vice)
```

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Counsel for Plaintiffs*

PLAINTIFFS' AND DEFENDANT APPLE INC.'S JOINT NOTICE OF FILING OF EXPERT REPORTS
CASE NO. 4:11-CV-06714-YGR

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: October 2, 2025

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Cynthia E. Richman
          CYNTHIA RICHMAN

*Counsel for Defendant Apple Inc.*

PLAINTIFFS' AND DEFENDANT APPLE INC.'S JOINT NOTICE OF FILING OF EXPERT REPORTS
CASE NO. 4:11-CV-06714-YGR