1   THEODORE J. BOUTROUS JR., SBN 132099          CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
       tboutrous@gibsondunn.com                        crichman@gibsondunn.com
2   DANIEL G. SWANSON, SBN 116556                   HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
       dswanson@gibsondunn.com                         hphillips@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP                     GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue                          1700 M Street, N.W.
4   Los Angeles, CA 90071                           Washington, DC 20036
    Telephone: 213.229.7000                         Telephone: 202.955.8500
5   Facsimile: 213.229.7520                         Facsimile: 202.467.0539

6   CAELI A. HIGNEY, SBN 268644                     *Attorneys for Defendant Apple Inc.*
       chigney@gibsondunn.com
7   JULIAN W. KLEINBRODT, SBN 302085                *Admitted *pro hac vice*
       jkleinbrodt@gibsondunn.com
8   DANA L. CRAIG, SBN 251865
       dcraig@gibsondunn.com
9   ELI M. LAZARUS, SBN 284082
       elazarus@gibsondunn.com
10  GIBSON, DUNN & CRUTCHER LLP
    One Embarcadero Center, Suite 2600
11  San Francisco, CA 94111
    Telephone: 415.393.8200
12  Facsimile:  415.393.8306

13

14

15                        UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18

19  IN RE APPLE IPHONE ANTITRUST              No. 4:11-cv-06714-YGR
    LITIGATION
20                                            **DEFENDANT APPLE INC.'S INTERIM
                                              ADMINISTRATIVE MOTION TO SEAL
21                                            AND TO CONSIDER WHETHER
                                              ANOTHER PARTY'S MATERIAL SHOULD
22                                            BE SEALED**

23
                                             The Honorable Yvonne Gonzalez Rogers
24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 4:11-cv-06714-YGR

Defendant Apple Inc. ("Apple") submits this Interim Administrative Motion to Seal and to Consider Whether Another Party's Materials Should be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664) (the "Stipulation") and Civil Local Rules 7-11(a) and 79-5(f).

Apple moves to seal Exhibits 1–33—as outlined in the table below—to the Joint Notice of Filing of Expert Reports.  The reasons for sealing will be discussed in a forthcoming omnibus sealing stipulation to be filed jointly by the parties and any affected third parties to the extent such a report or an excerpt thereof was previously filed under seal in connection with the briefings referenced in the Court's Order Regarding Expert Reports, ECF No. 1049.

Because third parties do not have access to materials filed under seal in this matter, to the extent relevant, the parties will "(1) notify[] each affected third party regarding any of its confidential information that has been filed under seal and (2) solicit[] each affected third party's request(s) for sealing or waiver(s) of confidentiality for inclusion in the omnibus sealing motion." *Id.*

| Tab | Report Name | Def.'s Ex. No. | Pls.' Ex. No. | Dkt. Nos. |
|---|---|---|---|---|
| 1 | Abrantes-Metz Opening Report | 32 | E; 33 | 1003-33; 1000-6; 1033-3 |
| 2 | Abrantes-Metz Rebuttal Report | 5 | 45 | 1024-7; 1033-15 |
| 3 | Barnes Opening Report | 10 | 34 | 1024-10; 1033-4 |
| 4 | Berger Opening Report | 86 | L | 1003-87; 1000-12 |
| 5 | Berger Rebuttal Report | | N | 1000-14 |
| 6 | Chen Opening Report | 22 | 35 | 1024-24; 1033-5 |
| 7 | Halderman Opening Report | 20; 112 | | 1003-21; 1047-5 |
| 8 | Halderman Rebuttal Report | 28 | | 1003-29 |
| 9 | Hitt Opening Report | 19; 111 | | 1003-20; 1047-4 |
| 10 | Hitt Rebuttal Report | 26; 117 | | 1003-27; 1047-9 |
| 11 | Hoyer Opening Report | | 36 | 1033-6 |

1

Gibson, Dunn & Crutcher LLP

| Tab | Report Name | Def.'s Ex. No. | Pls.' Ex. No. | Dkt. Nos. |
|---|---|---|---|---|
| 12 | Hoyer Rebuttal Report | 25 | 49 | 1003-26; 1034-4 |
| 13 | Jin Opening Report | 21 | 37 | 1003-22; 1033-7 |
| 14 | Jin Rebuttal Report | 114 | | 1047-7 |
| 15 | Kohno Opening Report | 83 | 43 | 1003-84; 1033-13 |
| 16 | Kohno Rebuttal Report | | 47 | 1034-2 |
| 17 | MacCormack Opening Report | 30 | 32 | 1003-31; 1033-2 |
| 18 | Majumdar Rebuttal Report | 7; 115 | | 1024-9; 1047-8 |
| 19 | Malackowski Opening Report | | B | 1000-3 |
| 20 | Malackowski Rebuttal Report | | C | 1000-4 |
| 21 | McFadden Opening Report | 33; 110 | 38 | 1003-34; 1047-3; 1033-8; |
| 22 | Putnam Rebuttal Report | 9 | A | 1024-11; 1000-2 |
| 23 | Prince Rebuttal Report | 98 | | 1003-99 |
| 24 | Simonson Opening Report | 23 | 39 | 1003-24; 1033-9 |
| 25 | Song Opening Report | 34; 113 | 40 | 1003-35; 1047-6; 1033-10 |
| 26 | Song Supplemental Report | | 52 | 1034-7 |
| 27 | Stiglitz Opening Report | 31; 6 | P; 41 | 1003-32; 1024-8; 1000-15; 1033-11 |
| 28 | Stiglitz Rebuttal Report | | Q; 46 | 1000-16; 1034-1 |
| 29 | Stodden Rebuttal Report | 29 | 51 | 1003-30; 1034-6 |
| 30 | Sundararajan Opening Report | 22 | G; 42 | 1003-23; 1000-8; 1033-12 |
| 31 | Sundararajan Rebuttal Report | 27 | H; 48 | 1003-28; 1000-9; 1034-3 |

Gibson, Dunn &
Crutcher LLP

| Tab | Report Name | Def.'s Ex. No. | Pls.' Ex. No. | Dkt. Nos. |
|-----|-------------|----------------|---------------|-----------|
| 32 | Thompson Supplemental Report | 35 | 44 | 1003-36; 1033-14 |
| 33 | Watson Rebuttal Report | 24 | | 1003-25 |

DATED:  October 2, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Cynthia E. Richman*
      CYNTHIA E. RICHMAN

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips@gibsondunn.com
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8234
Facsimile:  202.530.9691

Theodore J. Boutrous Jr. (132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (116556)
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney (268644)
chigney@gibsondunn.com
Julian W. Kleinbrodt (302085)
jkleinbrodt@gibsondunn.com
Dana L. Craig (251865)
dcraig@gibsondunn.com
Eli M. Lazarus (284082)
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

3

DEFENDANT APPLE INC.'S INTERIM ADMINISTRATIVE MOTION TO SEAL AND TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 4:11-CV-06714-YGR