BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Co-Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF JAMES M. WEBSTER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO TEMPORARILY SEAL THE OCTOBER 14, 2025 HEARING**<br><br>CTROOM:  1, 4th Floor<br>JUDGE:    Hon. Yvonne Gonzalez Rogers |

I, James M. Webster, declare as follows:

1. I am an attorney duly licensed to practice in the District of Columbia. I am a partner at the law firm Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C., Co-Class Counsel for Plaintiffs. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rule 7-11(a) and in support of Plaintiffs' Administrative Motion To Temporarily Seal the October 14, 2025 Hearing.

3. On March 7, 2025, Plaintiffs disclosed to Apple Mr. Darryl Thompson as a testifying expert pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). Plaintiffs designated his original report, and his later Supplemental Expert Report, as Highly Confidential – Attorneys' Eyes Only under the operative Protective Order. *See* Dkt. No. 381. When Plaintiffs provided Apple with Mr. Thompson's backup materials, Plaintiffs designated those Highly Confidential – Source Code Materials. To date, Apple has not exercised its right to challenge those designations. *See id.* ¶ 6.

4. In July and August 2024, the Parties litigated before Judge Hixson a dispute over the scope of payor data to which Plaintiffs were entitled. *See* Dkt. No. 1031-5 at 4-7. In connection with that dispute, on August 8, 2024, Mr. Thompson submitted a declaration that, among other things, explained the proprietary nature of JND's data deduplication methods. *See* Dkt. No. 905 ¶¶ 7(c), 7(g), 9(a). Apple never filed an opposition to Plaintiffs' motion to file that declaration under seal.

5. Also on August 8, Plaintiffs and Apple jointly moved to foreclose members of the public from attending the Zoom Hearing scheduled for the next day. *See* Dkt. No. 907. Plaintiffs, for their part, expected the arguments that both sides would make on August 9 to require a fulsome discussion of Mr. Thompson's proprietary methods. *Id.* ¶ 3; *see also* Dkt. No. 908 ¶ 2. Judge Hixson granted the Parties' request to close the portion of the Zoom Hearing that was anticipated to require a discussion of Mr. Thompson's methods, and further afforded the Parties 21 days after receiving the final Hearing transcript to propose redactions before releasing the transcript to the public. Dkt. No. 910.

6. Related to the upcoming Hearing before this Court on October 14, 2025, Plaintiffs received an email from Apple's counsel on October 11 at approximately 7:00 p.m. PT informing Plaintiffs that Apple planned to discuss essentially all the details of Mr. Thompson's methods. The only limit Apple noted was that it would not quote from or display the actual code that Mr. Thomspon used during his deduplication work. Apple's counsel made clear that if Plaintiffs disagreed, they should ask the Court to close the hearing.

7. The next day, on October 12, Plaintiffs informed Apple that it would file the instant Motion. As of the filing of this Motion and Declaration, Apple has not responded. Given the impending hearing date, Plaintiffs interpret Apple's communications to mean that it will not stipulate to the relief sought in this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this twelfth day of October, 2025, in Baltimore, Maryland.

DATED: October 12, 2025

                                       */s/ James M. Webster*
                                       JAMES M. WEBSTER