1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

11
12
13
14
15
16

| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO TEMPORARILY SEAL THE OCTOBER 14, 2025 HEARING**<br><br>CTROOM:   1, 4th Floor<br>JUDGE:     Hon. Yvonne Gonzalez Rogers |
|---|---|

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MTN.
TO TEMPORARILY SEAL THE OCTOBER 14, 2025 HEARING
Case No. 11-cv-06714-YGR

| | |
|---|---|
| 1 | The Court has considered Plaintiffs' Administrative Motion to Temporarily Seal the |

The Court has considered Plaintiffs' Administrative Motion to Temporarily Seal the October 14, 2025 Hearing, and all papers filed in support or opposition of the Motion. For the reasons set forth in Plaintiffs' Administrative Motion and the Declarations of Darryl Thompson submitted on August 8, 2024 (Dkt. No. 905) and September 2, 2025 (Dkt. No. 1031-6), the Court finds that compelling reasons exist to seal a portion of the hearing currently scheduled for October 14, 2025. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Parties' arguments regarding Apple's *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson (Dkt. No. 1002) will require an in-depth discussion of the proprietary methodologies used by Mr. Thompson in the ordinary course of his employment with a nonparty, JND Legal Administration. The Court concludes that public disclosure of those methods would likely cause substantial and irreparable harm to JND's competitive position.

Accordingly, Plaintiffs' Administrative Motion is hereby **GRANTED**. The Court will restrict members of the public from attending the portion of the October 14 Hearing dedicated specifically to the Parties' arguments on Apple's *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson. The balance of the Hearing shall be open to the public, and during those public portions of the Hearing, Apple shall refrain from discussing any Protected Material relating to Mr. Thompson's methods.

It is further **ORDERED** that Plaintiffs shall be granted access to the full Hearing Transcript in order to file a motion to seal only those portions of the Transcript that contain sealable information. Any motion to seal shall be filed within twenty-one (21) days after Plaintiffs receive the final Hearing Transcript.

**IT IS SO ORDERED**.

Dated: _____

YVONNE GONZALEZ ROGERS
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MTN.
TO TEMPORARILY SEAL THE OCTOBER 14, 2025 HEARING
Case No. 11-cv-06714-YGR
-1-