UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** October 14, 2025 | **Time:** 2 hours 15 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 11-cv-6714-YGR | **Case Name:** In Re: Apple iPhone Antitrust Litigation | |

**Attorney for Plaintiff:** Mark Rifkin, Thomas Burt, Rachelle Byrd, David Frederick, James Webster, Betsy Manifold, Stephanie Aviles, Kyle Wood, Anthony Guttman, and Kelley Shiftman

**Attorney for Defendant:** Cynthia Richman, Eli Lazarus, Caeli Higney, Jason Lo, Julian Kleinbrodt, Harry Phillips, and Daniel Swanson

**Deputy Clerk:** Edwin Angelo A. Cuenco         **Court Reporter:** April Brott; via Zoom

PROCEEDINGS

Motion Hearing – held.

The Court heard argument on the defendant's motion to strike, motion for summary judgment, motion to decertify class; and the plaintiff's Daubert motions are taken in submission.

Written order to issue.