BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT INDIVIDUAL PLAINTIFFS' DAMAGES INFORMATION IN RESPONSE TO COURT QUESTION AT OCTOBER 14, 2025 HEARING**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>CTROOM:   1, 4th Floor<br>JUDGE:     Hon. Yvonne Gonzalez Rogers |

Pursuant to Northern District of California Local Rule 7-11, Plaintiffs Robert Pepper, Stephen H. Schwarz, Edward W. Hayter, and Edward Lawrence ("Named Plaintiffs") hereby request leave to file the Supplemental Declaration of Minjae Song, Ph.D., dated October 16, 2025 ("Supplemental Song Declaration"), submitted herewith, regarding their individual damages in response to the Court's inquiry at a hearing held on October 14, 2025. Declaration of Rachele R. Byrd in Support, Exhibit 1; Dkt. No. 1057. At the October 14th hearing, the Court heard oral argument on Defendant Apple's motion for summary judgment and several other motions. *See* Dkt. Nos. 1004, 1027, 1044, & 1057. Apple's motion for summary judgment challenged Plaintiff Edward Hayter's individual damages but did not challenge the individual damages suffered by the other Named Plaintiffs. Dkt. No. 1004 at 2 & 23.

During the October 14th hearing, Plaintiffs' counsel described how Plaintiff Hayter incurred monetary damages when the damages are calculated leaving Apple's price tiers in place but incurred no monetary damages when they are calculated with flexible pricing (*i.e.*, removing Apple's price tiers). When the Court asked whether individual damages calculations had been performed for the other Named Plaintiffs, Plaintiffs' counsel were unable to provide the information during the October 14th hearing because the question of their damages had not been raised by Apple's summary judgment motion or, indeed, in any of the other motions before the Court.[1]

In fact, Dr. Song and his team had previously calculated individual damages for all four Named Plaintiffs from the results of their class-wide damages calculations. To provide that information, about which the Court asked several questions, Plaintiffs seek leave to file the attached Supplemental Song Declaration. This is not an untimely expert disclosure, as Apple claims, but an effort to address the Court's question. The backup files for Dr. Song's Opening Report, which were provided directly to Apple's experts in March 2025, contained the calculations for the overcharges attributable to every single transaction in the Apple transactions data. *See* Dkt. No. 1052-25 (Song Opening Report) ¶ 65 ("I . . . calculate damages for each transaction"). With the information that Apple itself provided Plaintiffs, *see* Dkt. No. 1003-56 (Letter from D. Swanson to R. Byrd (Feb. 27, 2023)), Apple had the

---

[1] Separately, considering his lack of damages under one of Plaintiffs' damages models, to avoid any potential confusion at trial, Plaintiff Hayter has consented to dismiss his individual claims only.

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT INDIVIDUAL PLAINTIFFS' DAMAGES INFORMATION IN RESPONSE TO COURT QUESTION AT OCTOBER 14, 2025 HEARING
Case No. 4:11-cv-06714-YGR
-1-

same ability as Plaintiffs to identify which transaction overcharges corresponded to each Named Plaintiff.

Accordingly, Plaintiffs respectfully request leave to file the attached Supplemental Song Declaration to fully respond to the Court's question posed at the October 14th Hearing.

DATED: October 16, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
STEPHANIE AVILES
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN
MATTHEW M. GUINEY
THOMAS H. BURT
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

DAVID C. FREDERICK (*pro hac vice*)
MARK C. HANSEN (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
JAMES M. WEBSTER, III (*pro hac vice*)
LILLIAN V. SMITH (*pro hac vice*)
ALEX A. PARKINSON (*pro hac vice*)
ALEX P. TREIGER (*pro hac vice*)
CAROLINE A. SCHECHINGER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Co-Class Counsel*