BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Interim Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' ADMINISTATIVE MOTION FOR LEAVE TO SUBMIT INDIVIDUAL PLAINTIFFS' DAMAGES INFORMATION IN RESPONSE TO COURT'S QUESTION AT OCTOBER 14, 2025 HEARING**<br><br>CTROOM:   1, 4th Floor<br>JUDGE:      Hon. Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, Class Counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Administrative Motion to Submit Individual Plaintiffs' Damages Information in Reponses to Court's Question at October 14, 2025 Hearing ("Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. **Exhibit 1** is a true and correct copy of the Supplemental Declaration of Minjae Song, Ph.D. dated October 16, 2025 ("Supplemental Song Declaration").

3. On October 15, 2025, my partner, Betsy C. Manifold, provided Defendant with a draft copy of the Supplemental Song Declaration and inquired whether Defendant was willing to stipulate to its filing.

4. On October 16, 2025, Defendant responded that it would not stipulate, contending the Supplemental Song Declaration is untimely, and that it intends to oppose the Motion.

5. I therefore was unable to obtain a stipulation from Defendant to the relief requested in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed October 16, 2025 at Poway, California.

        */s/ Rachele R. Byrd*
        RACHELE R. BYRD

# EXHIBIT 1

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR <br><br> Hon. Yvonne Gonzalez Rogers |

### SUPPLEMENTAL DECLARATION OF
# MINJAE SONG, PH.D.

**OCTOBER 16, 2025**

I, Minjae Song, hereby declare and state as follows:

1. I submit this Supplemental Declaration in further support of Plaintiffs' Opposition to Apple's Motion for Summary Judgment (the "Opposition"). If called as a witness to testify, I could and would testify competently thereto.

2. I understand that the Court asked during the October 14, 2025 hearing on Apple's motions whether Plaintiffs' experts had calculated the individual damages of the Named Plaintiffs—Robert Pepper, Stephen Schwartz, Edward Hayter, and Edward Lawrence.

3. At my direction, my team previously calculated the individual damages for all four Named Plaintiffs using the results of our computation of class-wide damages based on the complete App Store database produced by Apple. These individual damages calculations were performed both with Apple's price tiers removed (*i.e.*, flexible pricing) and with the price tiers in place.

4. The Named Plaintiffs' individual damages, calculated both with and without Apple's price tiers, are set forth below:

| Named Plaintiff | Total App and In-App Purchases | Individual Damages With Flexible Pricing | Individual Damages With Price Tiers |
|---|---|---|---|
| Robert Pepper | $1,877.83 | $224.84 | $212.39 |
| Stephen Schwartz | $710.20 | $18.05 | $19.02 |
| Edward Hayter | $28.94 | -$0.72 | $0.30 |
| Edward Lawrence | $494.35 | $25.03 | $20.62 |

5. I hereby declare, subject to the penalty of perjury under the laws of the United States, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 16th day of October, 2025, at Washington, DC.

_____
Minjae Song, Ph.D.