UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT INDIVIDUAL PLAINTIFFS' DAMAGES INFORMATION IN RESPONSE TO COURT'S QUESTION AT OCTOBER 14, 2025 HEARING**<br><br>Hon. Yvonne Gonzalez Rogers |

1  This matter comes before the Court on Plaintiffs' Administrative Motion to Submit Individual Plaintiffs' Damages Information in Response to Court's Question at October 14, 2025 Hearing ("Motion"). The Court has considered the Motion and any papers in opposition or support. Good cause appearing, the Court rules as follows:

Plaintiffs' Motion seeking leave to file information regarding Plaintiffs' damage information is GRANTED. Plaintiffs may file the Supplemental Declaration of Minjae Song, Ph.D., dated October 16, 2025, in response to the Court's inquiry at the October 14, 2025 hearing.

**IT IS SO ORDERED.**

DATE: _____

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT INDIVIDUAL PLAINTIFFS' DAMAGES INFORMATION IN RESPONSE TO COURT'S QUESTION AT OCTOBER 14, 2025 HEARING
Case No. 4:11-cv-06714-YGR