BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' TEMPORARY SEALING MOTION**<br><br>The Honorable Yvonne Gonzalez Rogers |

Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") submit this Interim Administrative Motion to Seal and to Consider Whether Another Party's Material Should Be Sealed pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (Dkt. No. 664) (the "Stipulation") and the March 17, 2025 Standing Order in Civil Cases for Judge Yvonne Gonzalez Rogers.

Plaintiffs move to seal the following documents:

| Dkt. No. | Description | Filing Party's or Another Party's Confidential Information |
|---|---|---|
| 1061-1 | Joint Supplemental Brief Regarding Apple's Production of Payor Credit Card Data (Redacted) | Another Party |
| 1061-2 | Joint Supplemental Brief Regarding Apple's Production of Payor Credit Card Data (Sealed) | Another Party |
| 1061-3 | Declaration of Rachele R. Byrd in Support of Joint Supplemental Brief Regarding Apple's Production of Payor Credit Card Data ("Byrd Decl.") (Not Sealed) | Another Party |
| 1061-4 | Byrd Decl., Ex. A (Sealed) | Another Party |
| 1061-5 | Byrd Decl., Ex. B (Sealed) | Another Party |
| 1061-6 | Byrd Decl., Ex. C (Sealed) | Another Party |
| 1061-7 | Byrd Decl., Ex. D (Sealed) | Another Party |

The reasons for sealing will be discussed in a forthcoming omnibus sealing motion.

DATED: October 16, 2025         By:     /s/ Rachele R. Byrd
                                        RACHELE R. BYRD

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
270 Madison Ave
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

DAVID C. FREDERICK (*pro hac vice*)
MARK C. HANSEN (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
JAMES WEBSTER (*pro hac vice*)
LILLIAN V. SMITH (*pro hac vice*)
ALEX A. PARKINSON (*pro hac vice*)
ALEX TREIGER (*pro hac vice*)
CAROLINE SCHECHINGER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
 FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*