BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF REGARDING APPLE'S PRODUCTION OF PAYOR CREDIT CARD DATA**<br><br>COURTROOM:  1, 4th Floor<br><br>The Honorable Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California, I am a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for Plaintiffs. I submit this declaration in support of the Joint Supplemental Brief Regarding Apple's Production of Payor Credit Card Data. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. **Exhibit A** is a true and correct copy of DX-125, used during the deposition of Mr. Darryl Thompson on June 5, 2025.

3. **Exhibit B** is a true and correct copy of an email from Ramona Lin to Kyle M. Wood and Rachele Byrd, dated July 30, 2024.

4. **Exhibit C** is a true and correct copy of an email from Ramona Lin to Kyle M. Wood, Eli M. Lazarus, and Rachele Bryd, dated October 16, 2024.

5. **Exhibit D** is a true and correct copy of an excerpt of the July 17, 2025 deposition of Victoria C. Stodden.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed October 16, 2025, at Poway, California.

                                                */s/ Rachele R. Byrd*
                                                RACHELE R. BYRD