| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| 2 | RACHELE R. BYRD (190634) |
|   | STEPHANIE AVILES (350289) |
| 3 | **WOLF HALDENSTEIN ADLER** |
|   | **FREEMAN & HERZ LLP** |
| 4 | 750 B Street, Suite 1820 |
|   | San Diego, CA  92101 |
| 5 | Telephone: 619/239-4599 |
|   | Facsimile: 619/234-4599 |
| 6 | manifold@whafh.com |
|   | byrd@whafh.com |
| 7 | saviles@whafh.com |
| 8 | MARK C. RIFKIN (*pro hac vice*) |
|   | MATTHEW M. GUINEY (*pro hac vice*) |
| 9 | THOMAS H. BURT (*pro hac vice*) |
|   | **WOLF HALDENSTEIN ADLER** |
| 10 | **FREEMAN & HERZ LLP** |
|   | 270 Madison Ave |
| 11 | New York, NY 10016 |
|   | Telephone: (212) 545-4600 |
| 12 | Facsimile: (212) 686-0114 |
|   | rifkin@whafh.com |
| 13 | guiney@whafh.com |
|   | burt@whafh.com |
| 14 | |
| 15 | *Class Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Rachele R. Byrd, hereby certify that I am a citizen of the United States, over the age of eighteen, and not a party to the within action. I hereby certify that on October 16, 2025, I delivered the foregoing documents filed under seal:

1. Dkt. No. 1061-2: Joint Supplemental Brief Regarding Apple's Production of Payor Credit Card Data
2. Dkt. No. 1061-4: Byrd Decl., Ex. A
3. Dkt. No. 1061-5: Byrd Decl., Ex. B
4. Dkt. No. 1061-6: Byrd Decl., Ex. C
5. Dkt. No. 1061-7: Byrd Decl., Ex. D

via electronic mail, pursuant to an agreement among the parties for electronic service, to the counsel listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of October 2025 at Poway, California.

*/s/ Rachele R. Byrd*
RACHELE R. BYRD

IN RE APPLE iPHONE ANTITRUST LITIGATION
Case No.: 4:11-cv-06714-YGR
Service List – August 25, 2025
Page 1

**CLASS COUNSEL FOR PLAINTIFFS**

Betsy C. Manifold
Rachele R. Byrd
Stephanie Aviles
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
619/239-4599
619/234-4599 (fax)
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Ave.
New York, NY 10016
212/545-4600
212/545-4677 (fax)
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

David C. Frederick
Aaron M. Panner
Kyle M. Wood
Kelley Schiffman
Anna Link
Ashle Holman
James M. Webster, III
Alex Treiger
Caroline Schechinger
Anthony R. Guttman
Mark C. Hansen
Alex Parkinson
Lillian Virginia Smith
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, NW Suite 400
Washington, D.C. 20036
202/326-7900
202/326-7999 (fax)
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

aholman@kellogghansen.com
jwebster@kellogghansen.com
cschechinger@kellogghansen.com
atreiger@kellogghansen.com
aguttman@kellogghansen.com
mhansen@kellogghansen.com
aparkinson@kellogghansen.com
lsmith@kellogghansen.com

**COUNSEL FOR DEFENDANT**

Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Dana Lynn Craig
Michael J. Holecek
Jason C. Lo
Jay P. Srinivasan
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213/229-7000
213/229-7520 (fax)
tboutrous@gibsondunn.com
rdoren@gibsondunn.com
dswanson@gibsondunn.com
dcraig@gibsondunn.com
mholecek@gibsondunn.com
jlo@gibsondunn.com
jsrinivasan@gibsondunn.com

Rachel S. Brass
Eli M. Lazarus
Caeli A. Higney
Julian W. Kleinbrodt
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
415/393-8293
415/393-8306 (fax)
rbrass@gibsondunn.com
elazarus@gibsondunn.com
chigney@gibsondunn.com
JKleinbrodt@gibsondunn.com
AppleCounsel-Pepper-External@gibsondunn.com

IN RE APPLE iPHONE ANTITRUST LITIGATION
Case No.: 4:11-cv-06714-YGR
Service List – August 25, 2025
Page 2

Cynthia E. Richman
Harry Phillips
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-4504
202/955-8234
202/530-9691 (fax)
crichman@gibsondunn.com
hphillips2@gibsondunn.com

Betty X. Yang
GIBSON DUNN AND CRUTCHER LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201
214/698-3100
214/571-2900 (fax)
BYang@gibsondunn.com

Zainab Ahmad
GIBSON, DUNN AND CRUTCHER
200 Park Avenue
New York, NY 10166-0193
212-351-2609
ZAhmad@gibsondunn.com

David R. Eberhart
Anna T. Pletcher
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
415/984-8700
415/984-8701 (fax)
deberhart@omm.com
apletcher@omm.com

Michelle S. Lowery
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
310/277-4110
310/277-4730 (fax)
mslowery@mwe.com

Elizabeth Rodd
McDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
617-835-4040
617-321-4577 (fax)
erodd@mwe.com

John J. Calandra
McDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
212-547-5400
212-547-5444 (fax)
jcalandra@mwe.com

Hannah L. Cannom
Bethany M. Stevens
WALKER STEVENS CANNOM LLP
500 Molina Street #118
Los Angeles, CA 90013
213/337-9972
213/403-4906 (fax)
hcannom@wscllp.com
bstevens@wscllp.com