THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
  dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile:  415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

*admitted *pro hac vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL SONG DECLARATION**<br><br>The Honorable Yvonne Gonzalez Rogers |

I hereby declare as follows:

1. I am an attorney licensed to practice in Washington, D.C. and admitted *pro hac vice* to practice before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Opposition to Plaintiffs' Administrative Motion for Leave to File the Supplemental Declaration of Dr. Minjae Song, Ph.D.

2. Attached hereto as **Exhibit A** is a true and correct excerpt from the transcript of the October 14, 2025 hearing before this Honorable Court on Apple's motion to decertify the class, motion for summary judgment, and *Daubert* motion to exclude the opinions of Darryl Thompson and Alan MacCormack.

3. Attached hereto as **Exhibit B** is a true and correct excerpt from the June 4, 2025 deposition of Dr. Minjae Song, Ph.D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on October 20, 2025, in Washington, DC.

By: */s/ Cynthia E. Richman*

Cynthia E. Richman