1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11  | IN RE APPLE IPHONE ANTITRUST | No. 4:11-cv-06714-YGR |
    LITIGATION

12                                  **[PROPOSED] ORDER DENYING**
                                    **PLAINTIFFS' ADMINISTRATIVE MOTION**
13                                  **FOR LEAVE TO FILE SUPPLEMENTAL**
                                    **SONG DECLARATION**
14

15                                  The Honorable Yvonne Gonzalez Rogers

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE
SUPPLEMENTAL SONG DECLARATION
4:11-CV-06714

1    This matter comes before the Court on Plaintiffs' Administrative Motion to Submit Individual

2    Plaintiffs' Damages Information in Response to Court's Question at October 14, 2025 Hearing.  *See*

3    Dkt. 1059.  The Court having considered the motion and Apple's opposition thereto, Plaintiffs' motion

4    is hereby **DENIED**.  The Supplemental Declaration of Minjae Song, Ph.D., dated October 16, 2025

5    and attached to Plaintiffs' motion (Dkt. 1059-1), is hereby **STRICKEN**.

6

7    **IT IS SO ORDERED.**

8

9    DATE: _____          _____

10                                                    THE HONORABLE YVONNE GONZALEZ ROGERS
                                                        UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE
SUPPLEMENTAL SONG DECLARATION
4:11-CV-06714

Gibson, Dunn &
Crutcher LLP