BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' TEMPORARY SEALING MOTION**<br><br>The Honorable Yvonne Gonzalez Rogers |

Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs") submit this Temporary Sealing Motion pursuant to the March 17, 2025 Standing Order in Civil Cases for Judge Yvonne Gonzalez Rogers and the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (Dkt. No. 664) (the "Stipulation").

Plaintiffs move to seal the following documents:

| Dkt. No. | Description | Filing Party's or Another Party's Confidential Information |
|---|---|---|
| 1065-1 | Plaintiffs' Administrative Motion for Renewed Request for Evidentiary Hearing Re: Apple's FRE 702 and *Daubert* Objections to Darryl Thompson's Opinions ("Admin. Mtn.") (Redacted) | Another Party |
| 1065-2 | Plaintiffs' Admin. Mtn. (Sealed) | Another Party |
| 1065-3 | Declaration of Rachele R. Byrd in Support of Plaintiffs' Admin. Mtn. ("Byrd Decl.") (Not Sealed) | n/a |
| 1065-4 | Byrd Decl., Ex. 1 (Sealed) | Another Party |
| 1065-5 | [Proposed] Order Granting Plaintiffs' Admin. Mtn. (Not Sealed) | n/a |
| 1065-6 | Proof of Service (Not Sealed) | n/a |

The reasons for sealing will be discussed in a forthcoming omnibus sealing motion.

DATED: October 20, 2025

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
         RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
270 Madison Ave
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

DAVID C. FREDERICK (*pro hac vice*)
MARK C. HANSEN (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
JAMES WEBSTER (*pro hac vice*)
LILLIAN V. SMITH (*pro hac vice*)
ALEX A. PARKINSON (*pro hac vice*)
ALEX TREIGER (*pro hac vice*)
CAROLINE SCHECHINGER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*