UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RENEWED REQUEST FOR EVIDENTIARY HEARING RE: APPLE'S FRE 702 AND *DAUBERT* OBJECTIONS TO DARRYL THOMPSON'S OPINIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

This matter comes before the Court on Plaintiffs' Administrative Motion for Renewed Request for Evidentiary Hearing re: Apple's FRE 702 and *Daubert* Objections to Darryl Thompson's Opinions ("Motion"). The Court has considered the Motion and any papers in opposition or support. Good cause appearing, the Court rules as follows:

Plaintiffs' Motion seeking an evidentiary hearing is GRANTED. The Court will schedule a four-hour evidentiary hearing allowing live testimony from Mr. Thompson to explain his deduplication methodologies and results, and for Prof. Stodden's live testimony and cross-examination on Apple's *Daubert* challenges as to Mr. Thompson.

[In the alternative, Mr. Thompson shall file a supplemental report within six (6) weeks from the entry of this order to update his analysis to account for the payment card data that Apple failed to disclose it had produced.]

**IT IS SO ORDERED.**

DATE: _____         _____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE