BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY(*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO VOLUNTARILY DISMISS PLAINTIFF EDWARD W. HAYTER'S INDIVIDUAL CLAIMS**<br><br>Hon. Yvonne Gonzalez Rogers |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") ask the Court for an order dismissing only the individual claims of Plaintiff Edward W. Hayter, with prejudice. The remaining Plaintiffs will continue in this lawsuit as Named Plaintiffs and will continue to represent the Class.

On August 4, 2025 Defendant Apple, Inc. moved for summary judgment as to Plaintiff Hayter's individual claims. Plaintiffs opposed summary judgment on all grounds on September 2, 2025. However, because Plaintiff Hayter has incurred economic damages if Apple's price tiers are left in place but not if Apple's price tiers are eliminated, Plaintiff Hayter has consented to dismissal of his individual claims only to avoid any potential confusion at trial. On October 17, 2025, Plaintiffs asked Apple by email to stipulate to the dismissal with prejudice of Plaintiff Hayter's individual claims. On October 20, 2025, Apple refused to stipulate to dismissal unless Plaintiff Hayter consented to testify at trial.

Accordingly, Plaintiffs no longer oppose Defendant's motion for summary judgment as to Plaintiff Hayter's individual claims only, and respectfully request that only Plaintiff Hayter's individual claims be dismissed with prejudice.

DATED:  October 20, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:    */s/ Rachele R. Byrd*
              RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)

PLAINTIFFS' ADMINISTRATIVE MOTION TO VOLUNTARILY DISMISS PLAINTIFF EDWARD W. HAYTER'S INDIVIDUAL CLAIMS
Case No. 4:11-cv-06714-YGR
-1-

| | |
|---|---|
| 1 | **WOLF HALDENSTEIN ADLER** |
| 2 | **FREEMAN & HERZ LLP**<br>270 Madison Ave |
| 3 | New York, NY 10016<br>Telephone: (212) 545-4600 |
| 4 | Facsimile: (212) 686-0114<br>rifkin@whafh.com |
| 5 | guiney@whafh.com<br>burt@whafh.com |
| 6 | DAVID C. FREDERICK (*pro hac vice*) |
| 7 | MARK C. HANSEN (*pro hac vice*)<br>AARON M. PANNER (*pro hac vice*) |
| 8 | JAMES M. WEBSTER, III (*pro hac vice*)<br>LILLIAN V. SMITH (*pro hac vice*) |
| 9 | ALEX A. PARKINSON (*pro hac vice*)<br>ALEX P. TREIGER (*pro hac vice*) |
| 10 | CAROLINE A. SCHECHINGER (*pro hac vice*)<br>KYLE M. WOOD (*pro hac vice*) |
| 11 | ASHLE J. HOLMAN (*pro hac vice*)<br>KELLEY C. SCHIFFMAN (*pro hac vice*) |
| 12 | ANNA K. LINK (*pro hac vice*)<br>ANTHONY R. GUTTMAN (*pro hac vice*) |
| 13 | **KELLOGG, HANSEN, TODD, FIGEL &**<br>**FREDERICK, P.L.L.C.** |
| 14 | 1615 M Street, NW Suite 400<br>Washington, D.C. 20036 |
| 15 | Telephone:  (202) 326-7900<br>Facsimile:  (202) 326-7999 |
| 16 | dfrederick@kellogghansen.com<br>mhansen@kellogghansen.com |
| 17 | jwebster@kellogghansen.com<br>apanner@kellogghansen.com |
| 18 | lsmith@kellogghansen.com<br>aparkinson@kellogghansen.com |
| 19 | atreiger@kellogghansen.com<br>cschechinger@kellogghansen.com |
| 20 | kwood@kellogghansen.com<br>aholman@kellogghansen.com |
| 21 | kschiffman@kellogghansen.com<br>alink@kellogghansen.com |
| 22 | aguttman@kellogghansen.com |
| 23 | *Class Counsel for Plaintiffs* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |