BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF RACHELE R. BYRD IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO VOLUNTARILY DISMISS PLAINTIFF EDWARD W. HAYTER'S INDIVIDUAL CLAIMS**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Rachele R. Byrd, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP, Class Counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Administrative Motion to Voluntarily Dismiss Plaintiff Edward W. Hayter's Individual Claims (the "Admin. Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On Friday, October 17, 2025, Plaintiffs' counsel sent an email to Defendant Apple Inc.'s counsel inquiring if Defendant would stipulate to the relief requested in Plaintiffs' Admin. Motion. Defendant's counsel responded on Monday, October 20, 2025, indicating that Defendant opposes the requested relief and will not stipulate. I was therefore unable to obtain a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed October 20, 2025, at San Diego, California.

                                              */s/ Rachele R. Byrd*
                                              RACHELE R. BYRD