1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO VOLUNTARILY DISMISS PLAINTIFF EDWARD W. HAYTER'S INDIVIDUAL CLAIMS**<br><br>Hon. Yvonne Gonzalez Rogers |
|---|---|

1  This matter comes before the Court on Plaintiffs' Administrative Motion to Voluntarily
2  Dismiss Plaintiff Edward W. Hayter's Individual Claims ("Motion"). The Court has considered the
3  Motion and any papers in opposition or support. Good cause appearing, the Court rules as follows:
4  Plaintiffs' Motion seeking dismissal of only Plaintiff Edward W. Hayter's individual claims
5  with prejudice is GRANTED, and Defendant's motion for summary judgment is GRANTED IN PART
6  as to Plaintiff Edward W. Hayter's individual claims only.

**IT IS SO ORDERED.**

DATE: _____                    _____
                                         THE HONORABLE YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT COURT JUDGE