UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RENEWED REQUEST FOR EVIDENTIARY HEARING RE: APPLE'S FRE 702 AND *DAUBERT* OBJECTIONS TO DARRYL THOMPSON'S OPINIONS AND STRIKING UNAUTHORIZED SUR-REPLY**<br><br>The Honorable Yvonne Gonzalez Rogers |

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RENEWED REQUEST FOR EVIDENTIARY HEARING RE: APPLE'S FRE 702 AND *DAUBERT* OBJECTIONS TO DARRYL THOMPSON'S OPINIONS AND STRIKING UNAUTHORIZED SUR-REPLY
4:11-CV-06714

Gibson, Dunn & Crutcher LLP

1   This matter comes before the Court on Plaintiffs' Administrative Motion for Renewed Request
2   for Evidentiary Hearing re: Apple's FRE 702 and *Daubert* Objections to Darryl Thompson's Opinions
3   ("Motion"). *See* Dkt. 1064. The Court, having considered the Motion and Apple's opposition thereto,
4   rules as follows:

5   Plaintiffs' Motion for an evidentiary hearing, or alternatively, to file a supplemental report from
6   Mr. Thompson, is **DENIED**.

7   To the extent that Plaintiffs' Motion responds to Apple's decertification and *Daubert*
8   arguments, the Motion is **STRICKEN** as an improper sur-reply. In all other respects, the Motion is
9   **DENIED**.

11  The Clerk is directed to close Dkt. 1064.

13  **IT IS SO ORDERED.**

15  DATE: _____    _____
16                                                                        THE HONORABLE YVONNE GONZALEZ ROGERS
                                                                          UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

1
[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RENEWED REQUEST FOR EVIDENTIARY HEARING RE: APPLE'S FRE 702 AND *DAUBERT* OBJECTIONS TO DARRYL THOMPSON'S OPINIONS AND STRIKING UNAUTHORIZED SUR-REPLY
4:11-CV-06714