THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY, SBN 268644
 chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
 jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
 dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
 elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile:  415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
 crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
 hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

*admitted pro hac vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**<br><br>The Honorable Yvonne Gonzalez Rogers |

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on October 14, 2025 and was reported by April Wood Brott, the official court reporter.

DATED: October 24, 2025                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Caeli A. Higney*

Theodore J. Boutrous Jr.
Daniel G. Swanson
Cynthia E. Richman
Caeli A. Higney
Julian W. Kleinbrodt
Dana L. Craig
Eli M. Lazarus
Harry R. S. Phillips

*Attorneys for Defendant Apple Inc.*