THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
DANA L. CRAIG, SBN 251865
  dcraig@gibsondunn.com
ELI M. LAZARUS, SBN 284082
  elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile:  415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

*admitted pro hac vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION**<br><br>The Honorable Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

Gibson, Dunn &
Crutcher LLP

Pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664), Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez Rogers' Standing Order in Civil Cases (as updated, March 17, 2025), Plaintiffs Robert Pepper, Stephen H. Schwartz, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on September 26, 2022, the Court modified the sealing procedures for this matter;

WHEREAS, on March 17, 2025, the Court issued a revised Standing Order in Civil Cases, adopting in part the Parties' modified sealing procedures, including an omnibus stipulated filing;

WHEREAS, in relation to Apple's motion for summary judgment, Apple's motion to decertify the class, and both Parties' *Daubert* motions (collectively, the "Motions"), the Parties are currently, pursuant to the orders and rules cited above, preparing an omnibus motion to seal ("Forthcoming Sealing Motion");

WHEREAS, on October 14, 2025, the Court heard oral argument on the Motions (Dkt. No. 1057);

WHEREAS, on October 24, 2025, Apple filed a Notice of Intent to Request Redaction of Transcript (Dkt. No. 1068);

WHEREAS, on November 6, 2025, the Parties submitted a statement of redaction to the Official Court Reporter;

WHEREAS, the Parties agree that it would be efficient to address the sealing of information contained in the transcript for the October 14, 2025 hearing, if any, in the Forthcoming Sealing Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to approval of the Court, that:

1. The Parties shall request what they wish to seal in the transcript for the October 14, 2025 hearing, if anything, in the Forthcoming Sealing Motion; and

2. The transcript for the October 14, 2025 hearing shall be available to the public as redacted in the Parties' statements of redaction until otherwise ordered.

1
STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| DATED:  November 6, 2025 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By:     _/s/ Caeli A. Higney_<br>           Caeli A. Higney |

                         Cynthia E. Richman (*pro hac vic*)
                         crichman@gibsondunn.com
                         Harry R. S. Phillips (*pro hac vice*)
                         hphillips2@gibsondunn.com
                         **GIBSON, DUNN & CRUTCHER LLP**
                         1700 M Street, N.W.
                         Washington, DC  20036
                         Telephone:  202.955.8500
                         Facsimile:  202.467.0539

                         Theodore J. Boutrous Jr., SBN 132099
                         tboutrous@gibsondunn.com
                         Daniel G. Swanson, SBN 116556
                         dswanson@gibsondunn.com
                         **GIBSON, DUNN & CRUTCHER LLP**
                         333 South Grand Avenue
                         Los Angeles, CA 90071-3197
                         Telephone:  213.229.7000
                         Facsimile:  213.229.7520

                         Caeli A. Higney, SBN 268644
                         chigney@gibsondunn.com
                         Julian W. Kleinbrodt, SBN 302085
                         jkleinbrodt@gibsondunn.com
                         Dana L. Craig, SBN 251865
                         dcraig@gibsondunn.com
                         Eli M. Lazarus, SBN 284082
                         elazarus@gibsondunn.com
                         **GIBSON, DUNN & CRUTCHER LLP**
                         One Embarcadero Center, Suite 2600
                         San Francisco, CA 94111
                         Telephone:  415.393.8200
                         Facsimile:  415.393.8306

                         *Attorneys for Defendant Apple Inc.*

                         **WOLF HALDENSTEIN ADLER**
                           **FREEMAN & HERZ LLP**

                         By:     _/s/ Rachele R. Byrd_
                                    Rachele R. Byrd

                         BETSY C. MANIFOLD (182450)
                         RACHELE R. BYRD (190634)
                         STEPHANIE AVILES (350289)
                         750 B Street, Suite 1820
                         San Diego, CA 92101
                         Telephone:  619/239-4599

2
STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

Gibson, Dunn &
Crutcher LLP

```
 1                              Facsimile:  619/234-4599
                                manifold@whafh.com
 2                              byrd@whafh.com
                                saviles@whafh.com
 3
                                MARK C. RIFKIN (pro hac vice)
 4                              MATTHEW M. GUINEY (pro hac vice)
                                THOMAS H. BURT (pro hac vice)
 5                              WOLF HALDENSTEIN ADLER
                                  FREEMAN & HERZ LLP
 6                              270 Madison Avenue
                                New York, New York 10016
 7                              Telephone:  212/545-4600
                                Facsimile:  212/545-4677
 8                              rifkin@whafh.com
                                guiney@whafh.com
 9                              burt@whafh.com

10                              DAVID C. FREDERICK (pro hac vice)
                                MARK C. HANSEN (pro hac vice)
11                              AARON M. PANNER (pro hac vice)
                                JAMES M. WEBSTER (pro hac vice)
12                              LILLIAN V. SMITH (pro hac vice)
                                ALEX A. PARKINSON (pro hac vice)
13                              ALEX P. TREIGER (pro hac vice)
                                CAROLINE A. SCHECHINGER (pro hac vice)
14                              KYLE M. WOOD (pro hac vice)
                                ASHLE J. HOLMAN (pro hac vice)
15                              KELLEY C. SCHIFFMAN (pro hac vice)
                                ANNA K. LINK (pro hac vice)
16                              ANTHONY R. GUTTMAN (pro hac vice)
                                KELLOGG, HANSEN, TODD, FIGEL &
17                                FREDERICK, P.L.L.C
                                1615 M Street, NW Suite 400
18                              Washington, D.C. 20036
                                Telephone:  (202) 326-7900
19                              Facsimile:  (202) 326-7999
                                dfrederick@kellogghansen.com
20                              mhansen@kellogghansen.com
                                jwebster@kellogghansen.com
21                              apanner@kellogghansen.com
                                lsmith@kellogghansen.com
22                              aparkinson@kellogghansen.com
                                atreiger@kellogghansen.com
23                              cschechinger@kellogghansen.com
                                kwood@kellogghansen.com
24                              aholman@kellogghansen.com
                                kschiffman@kellogghansen.com
25                              alink@kellogghansen.com
                                aguttman@kellogghansen.com
26
                                *Class Counsel for Plaintiffs*
27

28
                                       3
```

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

**E-FILING ATTESTATION**

I, Caeli A. Higney, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

                                                      */s/ Caeli A. Higney*
                                                        Caeli A. Higney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                              THE HONORABLE YVONNE GONZALEZ ROGERS
                                                UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR