1  THEODORE J. BOUTROUS JR., SBN 132099
     tboutrous@gibsondunn.com
2  DANIEL G. SWANSON, SBN 116556
     dswanson@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  CAELI A. HIGNEY, SBN 268644
     chigney@gibsondunn.com
7  JULIAN W. KLEINBRODT, SBN 302085
     jkleinbrodt@gibsondunn.com
8  DANA L. CRAIG, SBN 251865
     dcraig@gibsondunn.com
9  ELI M. LAZARUS, SBN 284082
     elazarus@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center, Suite 2600
11 San Francisco, CA 94111
   Telephone: 415.393.8200
12 Facsimile:  415.393.8306

CYNTHIA E. RICHMAN, D.C. Bar No. 492089*
  crichman@gibsondunn.com
HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*
  hphillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Apple Inc.*

*admitted *pro hac vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

Pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (ECF No. 664), Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez Rogers' Standing Order in Civil Cases (as updated, March 17, 2025), Plaintiffs Robert Pepper, Stephen H. Schwartz, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on September 26, 2022, the Court modified the sealing procedures for this matter;

WHEREAS, on March 17, 2025, the Court issued a revised Standing Order in Civil Cases, adopting in part the Parties' modified sealing procedures, including an omnibus stipulated filing;

WHEREAS, in relation to Apple's motion for summary judgment, Apple's motion to decertify the class, and both Parties' *Daubert* motions (collectively, the "Motions"), the Parties are currently, pursuant to the orders and rules cited above, preparing an omnibus motion to seal ("Forthcoming Sealing Motion");

WHEREAS, on October 14, 2025, the Court heard oral argument on the Motions (Dkt. No. 1057);

WHEREAS, on October 24, 2025, Apple filed a Notice of Intent to Request Redaction of Transcript (Dkt. No. 1068);

WHEREAS, on November 6, 2025, the Parties submitted a statement of redaction to the Official Court Reporter;

WHEREAS, the Parties agree that it would be efficient to address the sealing of information contained in the transcript for the October 14, 2025 hearing, if any, in the Forthcoming Sealing Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to approval of the Court, that:

1. The Parties shall request what they wish to seal in the transcript for the October 14, 2025 hearing, if anything, in the Forthcoming Sealing Motion; and

2. The transcript for the October 14, 2025 hearing shall be available to the public as redacted in the Parties' statements of redaction until otherwise ordered.

Gibson, Dunn & Crutcher LLP

1
STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

| | | |
|---|---|---|
| 1 | DATED:  November 6, 2025 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | By:   /s/  *Caeli A. Higney* |
| 3 | | Caeli A. Higney |

Cynthia E. Richman (*pro hac vic*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney, SBN 268644
chigney@gibsondunn.com
Julian W. Kleinbrodt, SBN 302085
jkleinbrodt@gibsondunn.com
Dana L. Craig, SBN 251865
dcraig@gibsondunn.com
Eli M. Lazarus, SBN 284082
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:   /s/  *Rachele R. Byrd*
Rachele R. Byrd

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599

2

STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| 1 | Facsimile:   619/234-4599 |
| 2 | manifold@whafh.com |
|   | byrd@whafh.com |
| 3 | saviles@whafh.com |
| 4 | MARK C. RIFKIN (*pro hac vice*) |
|   | MATTHEW M. GUINEY (*pro hac vice*) |
| 5 | THOMAS H. BURT (*pro hac vice*) |
|   | **WOLF HALDENSTEIN ADLER** |
| 6 | **  FREEMAN & HERZ LLP** |
|   | 270 Madison Avenue |
| 7 | New York, New York 10016 |
|   | Telephone:  212/545-4600 |
| 8 | Facsimile:   212/545-4677 |
|   | rifkin@whafh.com |
| 9 | guiney@whafh.com |
|   | burt@whafh.com |

10  DAVID C. FREDERICK (*pro hac vice*)
    MARK C. HANSEN (*pro hac vice*)
11  AARON M. PANNER (*pro hac vice*)
    JAMES M. WEBSTER (*pro hac vice*)
12  LILLIAN V. SMITH (*pro hac vice*)
    ALEX A. PARKINSON (*pro hac vice*)
13  ALEX P. TREIGER (*pro hac vice*)
    CAROLINE A. SCHECHINGER (*pro hac vice*)
14  KYLE M. WOOD (*pro hac vice*)
    ASHLE J. HOLMAN (*pro hac vice*)
15  KELLEY C. SCHIFFMAN (*pro hac vice*)
    ANNA K. LINK (*pro hac vice*)
16  ANTHONY R. GUTTMAN (*pro hac vice*)
    **KELLOGG, HANSEN, TODD, FIGEL &**
17  **  FREDERICK, P.L.L.C**
    1615 M Street, NW Suite 400
18  Washington, D.C. 20036
    Telephone:  (202) 326-7900
19  Facsimile:  (202) 326-7999
    dfrederick@kellogghansen.com
20  mhansen@kellogghansen.com
    jwebster@kellogghansen.com
21  apanner@kellogghansen.com
    lsmith@kellogghansen.com
22  aparkinson@kellogghansen.com
    atreiger@kellogghansen.com
23  cschechinger@kellogghansen.com
    kwood@kellogghansen.com
24  aholman@kellogghansen.com
    kschiffman@kellogghansen.com
25  alink@kellogghansen.com
    aguttman@kellogghansen.com
26
    *Class Counsel for Plaintiffs*
27

28
                                3
STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR

Gibson, Dunn &
Crutcher LLP

**E-FILING ATTESTATION**

I, Caeli A. Higney, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

/s/ Caeli A. Higney
Caeli A. Higney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 7, 2025

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

4
STIPULATION AND [PROPOSED] ORDER TO ADDRESS SEALING OF TRANSCRIPT OF PROCEEDINGS
HELD ON OCTOBER 14, 2025 IN FORTHCOMING SEALING MOTION
4:11-CV-06714-YGR