BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY(*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile:  212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING OMNIBUS SEALING DEADLINE**<br><br>Hon. Yvonne Gonzalez Rogers |

1       Pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures (Dkt. No. 664) and Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez Rogers' Standing Order in Civil Cases (as updated, March 17, 2025 and October 17, 2025[1]), Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

      WHEREAS, on September 26, 2022, the Court modified the sealing procedures for this matter;

      WHEREAS, on March 17, 2025, the Court issued a revised Standing Order in Civil Cases, adopting in part the Parties' modified sealing procedures, including an omnibus stipulated filing;

      WHEREAS, the Standing Order in Civil Cases provides that "[t]he parties may, by stipulation filed on the docket, extend the time to file the Omnibus Stipulation and Omnibus Motion to 21 days after the conclusion of briefing" and "[e]xtensions beyond 21 days must be approved by the Court[;]"

      WHEREAS, the Parties submitted complete expert reports under seal in response to the Court's order (Dkt. No. 1049) on October 2, 2025;

      WHEREAS, the Parties did not originally file the voluminous full expert reports in support of their Motions (defined below);

      WHEREAS, the Parties request the filing of the complete expert reports (Dkt. No. 1052) in response to the Court's order (Dkt. No. 1049) remain under seal without additional inclusion in the forthcoming omnibus sealing stipulation;

      WHEREAS, the Parties will include the previously filed expert reports and report excerpts in their forthcoming omnibus sealing stipulation;

      WHEREAS, with relation to Apple's motion for summary judgment, Apple's motion to decertify the class, and both Parties' *Daubert* motions (collectively, the "Motions"), the Parties have filed approximately 236 documents under seal, many of which involve confidential third-

---

[1] The Parties observe the Court's Notice Regarding Federal Judiciary Funding does not apply to administrative or ministerial motions or stipulations.

1 | party information;

2 | WHEREAS, the Parties reviewed the Court's Order decertifying the class (Dkt. No. 1069) for its disclosures of information and are revising sealing requests to not to request sealing of information the Court has already deemed not subject to sealing;

WHEREAS, the Parties are continuing to work diligently to identify between 80 and 100 third parties and their contact information in order to provide them with sufficient notice regarding their confidential information and, under the Court's orders, seek their input to be incorporated into the omnibus stipulation;

WHEREAS, substantial time is required to carefully and properly account for third-party confidential information and address their questions and concerns (and thereby avoid inadvertent public filings of confidential information and emergency requests to lock docket entries);

WHEREAS, the forthcoming holiday season and business closures will impair the ability of the Parties' counsel to timely consult with third-party counsel and clients regarding these issues;

WHEREAS, the Parties believe that extending the deadline for the filing of omnibus sealing requests will conserve the resources of the Court, which may be compromised by the ongoing government shutdown:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, that:

(1) the Parties shall file omnibus sealing requests with respect to the Motions by January 9, 2026; and

(2) the filing of the complete expert reports in response to the Court's order (Dkt. No. 1052) shall remain under seal without additional inclusion in the forthcoming omnibus sealing stipulation.

DATED: November 7, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
      Rachele R. Byrd

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)

1  STEPHANIE AVILES (350289)
   750 B Street, Suite 1820
2  San Diego, CA 92101
   Telephone:  619/239-4599
3  Facsimile:   619/234-4599
   byrd@whafh.com
4  manifold@whafh.com
   saviles@whafh.com
5
   MARK C. RIFKIN (*pro hac vice*)
6  MATTHEW M. GUINEY (*pro hac vice*)
   THOMAS H. BURT (*pro hac vice*)
7  **WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP**
8  270 Madison Avenue
   New York, New York 10016
9  Telephone:  212/545-4600
   Facsimile:   212/545-4677
10 rifkin@whafh.com
   guiney@whafh.com
11 burt@whafh.com

12 DAVID C. FREDERICK (*pro hac vice*)
   MARK C. HANSEN (*pro hac vice*)
13 AARON M. PANNER (*pro hac vice*)
   JAMES M. WEBSTER (*pro hac vice*)
14 LILLIAN V. SMITH (*pro hac vice*)
   ALEX A. PARKINSON (*pro hac vice*)
15 ALEX P. TREIGER (*pro hac vice*)
   CAROLINE A. SCHECHINGER (*pro hac vice*)
16 KYLE M. WOOD (*pro hac vice*)
   ASHLE J. HOLMAN (*pro hac vice*)
17 KELLEY C. SCHIFFMAN (*pro hac vice*)
   ANNA K. LINK (*pro hac vice*)
18 ANTHONY R. GUTTMAN (*pro hac vice*)
   **KELLOGG, HANSEN, TODD, FIGEL &
19   FREDERICK, P.L.L.C**
   1615 M Street, NW Suite 400
20 Washington, D.C. 20036
   Telephone:  (202) 326-7900
21 Facsimile:  (202) 326-7999
   dfrederick@kellogghansen.com
22 mhansen@kellogghansen.com
   jwebster@kellogghansen.com
23 apanner@kellogghansen.com
   lsmith@kellogghansen.com
24 aparkinson@kellogghansen.com
   atreiger@kellogghansen.com
25 cschechinger@kellogghansen.com
   kwood@kellogghansen.com
26 aholman@kellogghansen.com
   kschiffman@kellogghansen.com
27 alink@kellogghansen.com
28

aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

DATED: November 7, 2025   By:   */s/ Caeli A. Higney*
                                   Caeli A. Higney

Cynthia E. Richman (*pro hac vic*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Caeli A. Higney, SBN 268644
chigney@gibsondunn.com
Julian W. Kleinbrodt, SBN 302085
jkleinbrodt@gibsondunn.com
Dana L. Craig, SBN 251865
dcraig@gibsondunn.com
Eli M. Lazarus, SBN 284082
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

                                              */s/ Rachele R. Byrd*
                                              Rachele R. Byrd

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
                                        THE HONORABLE YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE