1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  STEPHANIE AVILES (350289)
   **WOLF HALDENSTEIN ADLER**
3   **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone:  619/239-4599
5  Facsimile:   619/234-4599
   manifold@whafh.com
6  byrd@whafh.com
   saviles@whafh.com
7
8  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY(*pro hac vice*)
9  THOMAS H. BURT (*pro hac vice*)
   **WOLF HALDENSTEIN ADLER**
10  **FREEMAN & HERZ LLP**
   270 Madison Avenue
11 New York, New York 10016
   Telephone:  212/545-4600
12 Facsimile:   212/545-4677
   rifkin@whafh.com
13 guiney@whafh.com
   burt@whafh.com
14
   *Class Counsel for Plaintiffs*
15
   [Additional counsel on signature page]
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20

21 | IN RE APPLE IPHONE ANTITRUST | No. 4:11-cv-06714-YGR |
   LITIGATION

22                                    **STIPULATION AND [PROPOSED]**
                                      **ORDER MODIFYING OMNIBUS**
23                                    **SEALING DEADLINE**

24                                    Hon. Yvonne Gonzalez Rogers

25

26

27

28

1    Pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures

2   (Dkt. No. 664) and Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez

3   Rogers' Standing Order in Civil Cases (as updated, March 17, 2025 and October 17, 2025[1]),

4   Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence

5   (collectively, "Plaintiffs") and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the

6   "Parties"), by and through their respective counsel, hereby agree as follows:

7    WHEREAS, on September 26, 2022, the Court modified the sealing procedures for this

8   matter;

9    WHEREAS, on March 17, 2025, the Court issued a revised Standing Order in Civil Cases,

10   adopting in part the Parties' modified sealing procedures, including an omnibus stipulated filing;

11    WHEREAS, the Standing Order in Civil Cases provides that "[t]he parties may, by

12   stipulation filed on the docket, extend the time to file the Omnibus Stipulation and Omnibus

13   Motion to 21 days after the conclusion of briefing" and "[e]xtensions beyond 21 days must be

14   approved by the Court[;]"

15    WHEREAS, the Parties submitted complete expert reports under seal in response to the

16   Court's order (Dkt. No. 1049) on October 2, 2025;

17    WHEREAS, the Parties did not originally file the voluminous full expert reports in support

18   of their Motions (defined below);

19    WHEREAS, the Parties request the filing of the complete expert reports (Dkt. No. 1052)

20   in response to the Court's order (Dkt. No. 1049) remain under seal without additional inclusion in

21   the forthcoming omnibus sealing stipulation;

22    WHEREAS, the Parties will include the previously filed expert reports and report excerpts

23   in their forthcoming omnibus sealing stipulation;

24    WHEREAS, with relation to Apple's motion for summary judgment, Apple's motion to

25   decertify the class, and both Parties' *Daubert* motions (collectively, the "Motions"), the Parties

26   have filed approximately 236 documents under seal, many of which involve confidential third-

27   _____

[1]    The Parties observe the Court's Notice Regarding Federal Judiciary Funding does not

28   apply to administrative or ministerial motions or stipulations.

1   party information;

2        WHEREAS, the Parties reviewed the Court's Order decertifying the class (Dkt. No. 1069)

3   for its disclosures of information and are revising sealing requests to not to request sealing of

4   information the Court has already deemed not subject to sealing;

5        WHEREAS, the Parties are continuing to work diligently to identify between 80 and 100

6   third parties and their contact information in order to provide them with sufficient notice regarding

7   their confidential information and, under the Court's orders, seek their input to be incorporated

8   into the omnibus stipulation;

9        WHEREAS, substantial time is required to carefully and properly account for third-party

10  confidential information and address their questions and concerns (and thereby avoid inadvertent

11  public filings of confidential information and emergency requests to lock docket entries);

12       WHEREAS, the forthcoming holiday season and business closures will impair the ability

13  of the Parties' counsel to timely consult with third-party counsel and clients regarding these issues;

14       WHEREAS, the Parties believe that extending the deadline for the filing of omnibus

15  sealing requests will conserve the resources of the Court, which may be compromised by the

16  ongoing government shutdown:

17       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties,

18  through their respective counsel and subject to the approval of the Court, that:

19       (1) the Parties shall file omnibus sealing requests with respect to the Motions by January

20           9, 2026; and

21       (2) the filing of the complete expert reports in response to the Court's order (Dkt. No.

22           1052) shall remain under seal without additional inclusion in the forthcoming omnibus

23           sealing stipulation.

24  DATED:  November 7, 2025          **WOLF HALDENSTEIN ADLER**
                                     **FREEMAN & HERZ LLP**
25

26                          By:    _/s/  Rachele R. Byrd_
                                        Rachele R. Byrd
27
                            RACHELE R. BYRD (190634)
28                          BETSY C. MANIFOLD (182450)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
byrd@whafh.com
manifold@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

DAVID C. FREDERICK (*pro hac vice*)
MARK C. HANSEN (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
JAMES M. WEBSTER (*pro hac vice*)
LILLIAN V. SMITH (*pro hac vice*)
ALEX A. PARKINSON (*pro hac vice*)
ALEX P. TREIGER (*pro hac vice*)
CAROLINE A. SCHECHINGER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &**
 **FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

1    aguttman@kellogghansen.com

2    *Class Counsel for Plaintiffs*

3

4    **GIBSON, DUNN & CRUTCHER LLP**

5
     DATED:  November 7, 2025          By:      */s/  Caeli A. Higney*
6                                                    Caeli A. Higney

7    Cynthia E. Richman (*pro hac vic*)
     crichman@gibsondunn.com
8    Harry R. S. Phillips (*pro hac vice*)
     hphillips2@gibsondunn.com
9    **GIBSON, DUNN & CRUTCHER LLP**
     1700 M Street, N.W.
10   Washington, DC  20036
     Telephone:  202.955.8500
11   Facsimile:  202.467.0539

12   Theodore J. Boutrous Jr., SBN 132099
     tboutrous@gibsondunn.com
13   Daniel G. Swanson, SBN 116556
     dswanson@gibsondunn.com
14   **GIBSON, DUNN & CRUTCHER LLP**
     333 South Grand Avenue
15   Los Angeles, CA 90071-3197
     Telephone:  213.229.7000
16   Facsimile:  213.229.7520

17   Caeli A. Higney, SBN 268644
     chigney@gibsondunn.com
18   Julian W. Kleinbrodt, SBN 302085
     jkleinbrodt@gibsondunn.com
19   Dana L. Craig, SBN 251865
     dcraig@gibsondunn.com
20   Eli M. Lazarus, SBN 284082
     elazarus@gibsondunn.com
21   **GIBSON, DUNN & CRUTCHER LLP**
     One Embarcadero Center, Suite 2600
22   San Francisco, CA 94111
     Telephone:  415.393.8200
23   Facsimile:  415.393.8306

24   *Attorneys for Defendant Apple Inc.*

25

26

27

28

1

**E-FILING ATTESTATION**

2        I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this

3   document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory

4   identified above has concurred in this filing.

5

6                                          /s/  Rachele R. Byrd
                                             Rachele R. Byrd

7

8

9                                          * * *

10

11

12        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14   DATED:  November 12, 2025
                                      THE HONORABLE YVONNE GONZALEZ ROGERS
15                                    UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28