BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY(*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING OMNIBUS SEALING MOTION DEADLINE**<br><br>Hon. Yvonne Gonzalez Rogers |

1   Pursuant to the September 26, 2022 Stipulation and Order Modifying Sealing Procedures
2   (Dkt. No. 664) and Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez
3   Rogers' Standing Order in Civil Cases (as updated, March 17, 2025 and October 17, 2025),
4   Plaintiffs Robert Pepper, Stephen H. Schwartz, and Edward Lawrence (collectively, "Plaintiffs")
5   and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through
6   their respective counsel, hereby agree as follows:
7   WHEREAS, on November 12, 2025, (Dkt. No. 1075) the Court approved the Parties'
8   stipulation and entered an order setting a deadline of January 9, 2026, for the Parties' omnibus
9   sealing requests with respect Apple's motion for summary judgment, Apple's motion to decertify
10  the class, and both Parties' *Daubert* motions (collectively, the "Motions");
11  WHEREAS, related to the Motions, the Parties have filed approximately 236 documents
12  under seal, many of which involve confidential third-party information;
13  WHEREAS, the Parties have been working diligently to identify potentially confidential
14  third-party information contained in the Motions papers, locate the third parties' contact
15  information, and provide notice to them of the opportunity to request sealing of their confidential
16  information;
17  WHEREAS, most of the third parties who produced documents that were submitted with
18  the Motions papers produced those documents several years ago, and many of the points of contact
19  for those third parties have moved to new firms or no longer work for the third parties;
20  WHEREAS, Plaintiffs have identified 115 third parties that should receive notice, but are
21  still attempting to locate or confirm contact information for approximately 20 to 30 of those third
22  parties, and several of the third parties to whom Plaintiffs have provided notice have expressed
23  concern about their ability to complete a declaration in support of sealing in time for the January
24  9, 2026 deadline given the intervening holidays;
25  WHEREAS, Apple has identified 103 third parties that should receive notice, but is still
26  attempting to locate or confirm contact information for approximately 51 of those third parties;
27  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties,
28  through their respective counsel and subject to the approval of the Court, that the Parties shall file

omnibus sealing requests with respect to the Motions by February 2, 2026.

DATED:  December 23, 2025                **WOLF HALDENSTEIN ADLER**
                                         **FREEMAN & HERZ LLP**

                                    By:  */s/  Rachele R. Byrd*
                                         Rachele R. Byrd

                                         RACHELE R. BYRD (190634)
                                         BETSY C. MANIFOLD (182450)
                                         STEPHANIE AVILES (350289)
                                         750 B Street, Suite 1820
                                         San Diego, CA 92101
                                         Telephone:  619/239-4599
                                         Facsimile:   619/234-4599
                                         byrd@whafh.com
                                         manifold@whafh.com
                                         saviles@whafh.com

                                         MARK C. RIFKIN (*pro hac vice*)
                                         MATTHEW M. GUINEY (*pro hac vice*)
                                         THOMAS H. BURT (*pro hac vice*)
                                         **WOLF HALDENSTEIN ADLER**
                                          **FREEMAN & HERZ LLP**
                                         270 Madison Avenue
                                         New York, New York 10016
                                         Telephone:  212/545-4600
                                         Facsimile:   212/545-4677
                                         rifkin@whafh.com
                                         guiney@whafh.com
                                         burt@whafh.com

                                         DAVID C. FREDERICK (*pro hac vice*)
                                         MARK C. HANSEN (*pro hac vice*)
                                         AARON M. PANNER (*pro hac vice*)
                                         JAMES M. WEBSTER (*pro hac vice*)
                                         LILLIAN V. SMITH (*pro hac vice*)
                                         ALEX A. PARKINSON (*pro hac vice*)
                                         ALEX P. TREIGER (*pro hac vice*)
                                         CAROLINE A. SCHECHINGER (*pro hac vice*)
                                         KYLE M. WOOD (*pro hac vice*)
                                         ASHLE J. HOLMAN (*pro hac vice*)
                                         KELLEY C. SCHIFFMAN (*pro hac vice*)
                                         ANNA K. LINK (*pro hac vice*)
                                         ANTHONY R. GUTTMAN (*pro hac vice*)
                                         **KELLOGG, HANSEN, TODD, FIGEL &**
                                          **FREDERICK, P.L.L.C**
                                         1615 M Street, NW Suite 400
                                         Washington, D.C. 20036
                                         Telephone:  (202) 326-7900
                                         Facsimile:   (202) 326-7999
                                         dfrederick@kellogghansen.com

```
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com
```

*Class Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

DATED:  December 23, 2025         By:     */s/  Caeli A. Higney*
                                              Caeli A. Higney

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney, SBN 268644
chigney@gibsondunn.com
Julian W. Kleinbrodt, SBN 302085
jkleinbrodt@gibsondunn.com
Dana L. Craig, SBN 251865
dcraig@gibsondunn.com
Eli M. Lazarus, SBN 284082
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

### E-FILING ATTESTATION

I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　*/s/ Rachele R. Byrd*
　　　　　　　　　　　　　　　　　　　　Rachele R. Byrd

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE