UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In Re: APPLE IPHONE ANTITRUST LITIGATION.<br><br>ROBERT PEPPER; et al.,<br><br>   Plaintiffs – Petitioners,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant - Respondent. | No. 25-7122<br><br>D.C. No.<br>4:11-cv-6714<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: HURWITZ and BRESS, Circuit Judges.

The motion (Docket Entry No. 15) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).

The unopposed motion (Docket Entry No. 4) to file under seal Addendum Volume II is granted. The clerk will file publicly the motion to seal (Docket Entry No. 4.1). The clerk will maintain Addendum Volume II under seal at Docket Entry No. 1.2.