| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | CYNTHIA E. RICHMAN, D.C. Bar No. 492089*<br>  crichman@gibsondunn.com<br>HARRY R. S. PHILLIPS, D.C. Bar No. 1617356*<br>  hphillips@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>JULIAN W. KLEINBRODT, SBN 302085<br>  jkleinbrodt@gibsondunn.com<br>DANA L. CRAIG, SBN 251865<br>  dcraig@gibsondunn.com<br>ELI M. LAZARUS, SBN 284082<br>  elazarus@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | *Attorneys for Defendant Apple Inc.*<br><br>*admitted pro hac vice* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**DECLARATION OF CYNTHIA E. RICHMAN IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING THE NINTH CIRCUIT'S OPINION IN *ALIVECOR, INC. v. APPLE INC.*, NO. 24-1392 (9TH CIR. JAN. 8, 2026)** |

Gibson, Dunn & Crutcher LLP

RICHMAN DECL. I.S.O. APPLE'S ADMIN. MOT. TO FILE SUPPLEMENTAL BRIEFING REGARDING RECENT DECISION IN *ALIVECOR, INC. v. APPLE INC.*
Case No. 11-cv-06714-YGR

I hereby declare as follows:

1. I am an attorney licensed to practice in Washington, D.C. and admitted pro hac vice to practice before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's administrative motion for leave to file supplemental briefing addressing the impact of the Ninth Circuit's opinion in *AliveCor, Inc. v. Apple Inc.* on Apple's pending motion for summary judgment. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Ninth Circuit's published opinion in *AliveCor, Inc. v. Apple Inc.*, No. 24-1392 (9th Cir. Jan. 8, 2026), Dkt. No. 83.

3. On January 15, 2026, my colleague, Harry Phillips, provided Plaintiffs with a draft joint administrative motion for leave to file the supplemental briefing referenced above and an accompanying proposed order. Mr. Phillips inquired whether Plaintiffs would agree to jointly move for the requested relief.

4. On January 16, 2026, Plaintiffs responded that they do not agree to file a joint motion and do not believe supplemental briefing on *AliveCor* is warranted. Attached hereto as **Exhibit B** is a true and correct copy of the email correspondence between Plaintiffs' counsel and Mr. Phillips.

5. Apple therefore was unable to obtain a stipulation from Plaintiffs to the relief requested in the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on January 21, 2026, in Washington, DC.

By: */s/ Cynthia E. Richman*

Cynthia E. Richman

Gibson, Dunn & Crutcher LLP

RICHMAN DECL. I.S.O. APPLE'S ADMIN. MOT. TO FILE
SUPPLEMENTAL BRIEFING REGARDING RECENT DECISION IN *ALIVECOR, INC. v. APPLE INC.*
Case No. 11-cv-06714-YGR

-1-