# EXHIBIT B

| | |
|---|---|
| **From:** | Wood, Kyle M. <kwood@kellogghansen.com> |
| **Sent:** | Friday, January 16, 2026 5:33 PM |
| **To:** | Phillips, Harry R. S.; Rifkin, Mark; Byrd, Rachele; Burt, Thomas; Manifold, Betsy; dfrederick@kellogghansen.com; Panner, Aaron M.; jwebster@kellogghansen.com |
| **Cc:** | Swanson, Daniel G.; Richman, Cynthia; Higney, Caeli A.; Kleinbrodt, Julian W.; Lazarus, Eli M.; Lo, Jason; Freeborn, Logan; Barron, Andrew G. |
| **Subject:** | RE: In re Apple iPhone Antitrust Litigation |

**This Message Is From an External Sender**
This message came from outside your organization.

Harry,

Thanks for your patience. Plaintiffs do not agree that supplemental briefing is warranted for two reasons. First, the *AliveCor* decision doesn't warrant additional briefing. The only two commonalities between that case and ours are that Apple was alleged to have violated Section 2 of the Sherman Act, and Apple raised a refusal-to-deal defense. The case is otherwise inapposite. Second, Plaintiffs do not believe that it is an efficient use of the Court's resources to submit up to 8 total pages of supplemental briefing regarding a single case at this stage. The case between Plaintiffs and Apple is stayed. Judge Gonazlez Rogers is holding the summary judgment and remaining Daubert motions pending the outcome of Plaintiffs' Rule 23(f) appeal. During the pendency of that appeal, either party may identify new Ninth Circuit authority that they believe supports their respective positions on the pending motions. The more efficient use of the Court's resources is to submit one round of supplemental briefing after Plaintiffs' Rule 23(f) appeal is decided that addresses any and all new authority that the parties wish for the Court to consider.

Best,

Kyle

**Kyle M. Wood**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Wood, Kyle M.
**Sent:** Thursday, January 15, 2026 5:56 PM
**To:** 'Phillips, Harry R. S.' <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Byrd, Rachele <byrd@whafh.com>; Burt, Thomas <burt@whafh.com>; Manifold, Betsy <manifold@whafh.com>; Frederick, David C. <dfrederick@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Webster, James M. <jwebster@kellogghansen.com>
**Cc:** Swanson, Daniel G. <DSwanson@gibsondunn.com>; Richman, Cynthia <CRichman@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Kleinbrodt, Julian W. <JKleinbrodt@gibsondunn.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Freeborn, Logan <LFreeborn@gibsondunn.com>; Barron, Andrew G. <ABarron@gibsondunn.com>
**Subject:** RE: In re Apple iPhone Antitrust Litigation

1

Harry,

Thanks for your note.  The timeline on which you've made this request and demanded a response hasn't given Plaintiffs a sufficient opportunity to consider the request.  We therefore won't be in a position to provide a response tonight.  We should be able to respond tomorrow.

Best,

Kyle

**Kyle M. Wood**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Phillips, Harry R. S. <HPhillips@gibsondunn.com>
**Sent:** Thursday, January 15, 2026 9:13 AM
**To:** Rifkin, Mark <rifkin@whafh.com>; Byrd, Rachele <byrd@whafh.com>; Burt, Thomas <burt@whafh.com>; Manifold, Betsy <manifold@whafh.com>; Frederick, David C. <dfrederick@kellogghansen.com>; Panner, Aaron M. <apanner@kellogghansen.com>; Wood, Kyle M. <kwood@kellogghansen.com>; Webster, James M. <jwebster@kellogghansen.com>
**Cc:** Swanson, Daniel G. <DSwanson@gibsondunn.com>; Richman, Cynthia <CRichman@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Kleinbrodt, Julian W. <JKleinbrodt@gibsondunn.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Freeborn, Logan <LFreeborn@gibsondunn.com>; Barron, Andrew G. <ABarron@gibsondunn.com>
**Subject:** [EXTERNAL] In re Apple iPhone Antitrust Litigation

Counsel:  As you may have seen, on January 8, 2026, the Ninth Circuit affirmed summary judgment for Apple in *AliveCor, Inc. v. Apple Inc.*, No. 24-1392, on the basis that Apple's challenged conduct in that case was a lawful refusal to deal with rivals.

This precedential opinion is highly relevant to the arguments in Apple's pending motion for summary judgment.  Accordingly, Apple proposes that the Parties file a joint administrative motion requesting leave to file supplemental briefs of no more than four pages addressing the impact of the Ninth Circuit's decision on Apple's motion.  This approach is consistent with how the Parties previously addressed supplemental briefing concerning a decision in the *Google Play* antitrust litigation.  *See* Dkt. 766.  A draft of that joint motion and a proposed order are attached.

If Plaintiffs do not wish to join Apple's request, Apple will file its own administrative motion seeking the same relief.  Please let us know **by 5 pm Pacific Time today** if Plaintiffs agree to file the joint motion.

**Harry R. S. Phillips**
Associate Attorney

T: +1 202.887.3706 | M: +1 202.731.4634
HPhillips@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.