UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING THE NINTH CIRCUIT'S OPINION IN *ALIVECOR, INC. v. APPLE INC.*, NO. 24-1392 (9TH CIR. JAN. 8, 2026)**<br><br>Hon. Yvonne Gonzalez Rogers |

[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING
RECENT DECISION IN *ALIVECOR, INC. v. APPLE INC.*
Case No. 11-cv-06714-YGR

1    Before the Court is Defendant Apple Inc.'s Administrative Motion for Leave to File
2    Supplemental Briefing Regarding the Ninth Circuit's opinion in *AliveCor, Inc. v. Apple Inc.*,
3    No. 24-1392 (9th Cir. Jan. 8, 2026), Dkt. No. 83.
4    Having considered the motion and the materials referenced therein, the Court hereby
5    GRANTS the Motion.
6    The Parties may file briefs of **no more than four (4) pages**, addressing the relevance of
7    Ninth Circuit's opinion in *AliveCor, Inc. v. Apple Inc.* to Apple's pending Motion for Summary
8    Judgment. Dkt. 1004. Such briefs are to be filed **no later than 5:00 PM Pacific Time on the**
9    **third business day** after the entry of this Order.

11    IT IS SO ORDERED.

13    DATED: _____          _____
14                                                               Hon. Yvonne Gonzalez Rogers
                                                                 United States District Court Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING
RECENT DECISION IN *ALIVECOR, INC. v. APPLE INC.*
Case No. 11-cv-06714-YGR

-1-