UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No.: 4:11-CV-06714-YGR<br><br>ORDER DENYING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING<br><br>Re: Dkt. No. 1086 |

Defendant Apple, Inc. filed an administrative motion to file supplemental briefing on the Ninth Circuit's recent opinion in *Alivecor, Inc. v. Apple Inc.*, No. 24-1392 (9th Cir. Jan. 8, 2026). (Dkt. No. 1086.)

The Court **DENIES** Apple's motion without prejudice. If appropriate, Apple may renew its motion after the Ninth Circuit rules on plaintiff's Rule 23(f) appeal.

This terminates Docket No. 1086.

IT IS SO ORDERED.

Date: **January 23, 2026**

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE