1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  STEPHANIE AVILES (350289)
   **WOLF HALDENSTEIN ADLER**
3    **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: 619/239-4599
5  Facsimile: 619/234-4599
   manifold@whafh.com
6  byrd@whafh.com
   saviles@whafh.com
7
8  MARK C. RIFKIN (*pro hac vice*)
   MATTHEW M. GUINEY(*pro hac vice*)
9  THOMAS H. BURT (*pro hac vice*)
   **WOLF HALDENSTEIN ADLER**
10   **FREEMAN & HERZ LLP**
   270 Madison Avenue
11 New York, New York 10016
   Telephone: 212/545-4600
12 Facsimile: 212/545-4677
   rifkin@whafh.com
13 guiney@whafh.com
   burt@whafh.com
14
15 *Class Counsel for Plaintiffs*

16 [Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXTENDING OMNIBUS SEALING MOTION DEADLINE**<br><br>Hon. Yvonne Gonzalez Rogers |

JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER EXTENDING OMNIBUS SEALING
MOTION DEADLINE
CASE NO. 4:11-cv-06714-YGR

5004878352.1

1  Pursuant to the September 26, 2022, Stipulation and Order Modifying Sealing Procedures
2  (Dkt. No. 664) and Civil Local Rules 7-11(a) and 79-5(f), and the Honorable Yvonne Gonzalez
3  Rogers' Standing Order in Civil Cases (as updated, March 17, 2025 and October 17, 2025),
4  Plaintiffs Robert Pepper, Stephen H. Schwartz, and Edward Lawrence (collectively, "Plaintiffs")
5  and Defendant Apple Inc. ("Defendant" or "Apple") (collectively, the "Parties"), by and through
6  their respective counsel, hereby jointly update the Court on their efforts to notify third parties
7  regarding an Omnibus Motion to Seal and also agree as follows:

8  WHEREAS, on November 12, 2025 (Dkt. No. 1075), the Court approved the Parties'
9  stipulation and entered an order setting a deadline of January 9, 2026, for the Parties' omnibus
10 sealing requests with respect to Apple's motion for summary judgment, Apple's motion to
11 decertify the class, and both Parties' *Daubert* motions (the "Omnibus Motion to Seal");

12 WHEREAS, on December 26, 2025 (Dkt. No. 1083), the Court approved the Parties'
13 stipulation and entered an order setting a deadline of February 2, 2026, for the Parties' Omnibus
14 Motion to Seal;

15 WHEREAS, related to the Omnibus Motion to Seal, the Parties have filed approximately
16 236 documents under seal, many of which involve confidential third-party information;

17 WHEREAS, the Parties have been working diligently to identify potentially confidential
18 third-party information contained in the pertinent motions papers, locate the third parties' contact
19 information, and provide notice to them of the opportunity to request sealing of their confidential
20 information;

21 WHEREAS, most of the third parties who produced documents that were submitted with
22 the motions papers produced those documents several years ago, and many of the points of contact
23 for those third parties have moved to new firms or no longer work for the third parties;

24 WHEREAS, Plaintiffs have identified 115 third parties that should receive notice, but are
25 still attempting to locate or confirm contact information for two (2) of those third parties—
26 Kiddopia and Bumble.  Plaintiffs have reached out to counsel who represented Kiddopia with
27 respect to Kiddopia's subpoena response to Plaintiffs' subpoena in early 2024, who instructed that

28

they no longer represent Kiddopia but gave several contacts at Kiddopia, all of whom have not responded to Plaintiffs' counsel's emails. Plaintiffs' counsel have also sent messages through Kiddopia's web portal and emailed a publicly-posted company email address but have yet to receive a response back from anyone at the company. For Bumble, Plaintiffs' counsel reached out to counsel who represented Bumble with respect to Bumble's subpoena response to Plaintiffs' subpoena in late 2023, and counsel informed Plaintiffs that no one at Bumble has responded to his numerous outreach attempts. Plaintiffs' counsel have also reached out to 5 (five) publicly posted company emails at Bumble and have not received a response. Additionally, eight (8) of the third parties Plaintiffs' counsel have contacted and to whom Plaintiffs' counsel sent information about their potentially confidential information for which they may wish to request sealing have not indicated one way or the other whether they intend to request sealing of their information despite Plaintiffs' counsel following up with them via email and/or phone call multiple times. Further, five (5) developers have indicated to Plaintiffs that they intend to submit declarations in support of sealing requests but have not yet sent Plaintiffs finalized declarations;

WHEREAS, Apple has identified 103 third parties that should receive notice and has noticed all 103 third parties. Of these 103 third parties, Apple has not heard from 37 of these third parties whether they intend to request sealing of their potentially confidential information;

WHEREAS, the Parties will today make one last attempt to contact or follow up with the above-mentioned third parties that have not provided an indication on whether they intend to request sealing of their potentially confidential information, but request additional time to allow those third parties to respond and prepare declarations if they wish to do so;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel and subject to the approval of the Court, that the Parties shall file the Omnibus Motion to Seal by March 4, 2026.

DATED: January 28, 2026          **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
           Rachele R. Byrd

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
byrd@whafh.com
manifold@whafh.com
saviles@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

DAVID C. FREDERICK (*pro hac vice*)
MARK C. HANSEN (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
JAMES M. WEBSTER (*pro hac vice*)
LILLIAN V. SMITH (*pro hac vice*)
ALEX A. PARKINSON (*pro hac vice*)
ALEX P. TREIGER (*pro hac vice*)
CAROLINE A. SCHECHINGER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
ANTHONY R. GUTTMAN (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C**
1615 M Street, NW Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
dfrederick@kellogghansen.com
mhansen@kellogghansen.com
jwebster@kellogghansen.com
apanner@kellogghansen.com
lsmith@kellogghansen.com
aparkinson@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
kwood@kellogghansen.com

aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

*Class Counsel for Plaintiffs*


**GIBSON, DUNN & CRUTCHER LLP**

DATED:  January 28, 2026        By:      /s/  Caeli A. Higney
                                              Caeli A. Higney

Cynthia E. Richman (*pro hac vice*)
crichman@gibsondunn.com
Harry R. S. Phillips (*pro hac vice*)
hphillips2@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Theodore J. Boutrous Jr., SBN 132099
tboutrous@gibsondunn.com
Daniel G. Swanson, SBN 116556
dswanson@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Caeli A. Higney, SBN 268644
chigney@gibsondunn.com
Julian W. Kleinbrodt, SBN 302085
jkleinbrodt@gibsondunn.com
Dana L. Craig, SBN 251865
dcraig@gibsondunn.com
Eli M. Lazarus, SBN 284082
elazarus@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Apple Inc.*

## E-FILING ATTESTATION

I, Rachele R. Byrd, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatory identified above has concurred in this filing.

                                              */s/ Rachele R. Byrd*
                                               Rachele R. Byrd

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
                                         THE HONORABLE YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT COURT JUDGE