# EXHIBIT 3























