# EXHIBIT 5

| | |
|---|---|
| **From:** | Peter Ajemian <pajemian@apple.com> |
| **Subject:** | Re: Input needed: App Store SMB newsroom post draft |
| **Received(Date):** | Sat, 29 Apr 2023 11:44:20 -0400 |
| **Cc:** | D'Nara Cush <d_cush@apple.com>,Fred Sainz <Sainz@apple.com>,Lydia Luk <lluk@apple.com>,Cathy Park <cathy.park@apple.com> |
| **To:** | Carson Oliver <carson_oliver@apple.com>,Gustavo Donda <gdonda@apple.com>,Jason Cody <jason_cody@apple.com>,Ryan Olson <ryan_olson@apple.com> |
| **Date:** | Sat, 29 Apr 2023 11:44:20 -0400 |

Privileged and Confidential

Apologies for beating a dead horse but want to be sure we are 100 percent accurate on this SBP point:

The current draft says, "Participants have seen higher year-over-year revenue growth rates — with an average increase of ███ percentage points — when compared with their peers not enrolled in the program."

Given this, I am wondering if it would be safer to phrase it as:

"Participants have seen higher year-over-year revenue growth rates — ██████████ ███████████ on average — when compared with their peers not enrolled in the program."

Please tell me if I'm overthinking… ;-)

Thanks,

Peter

On Apr 27, 2023, at 1:42 PM, Carson Oliver <carson_oliver@apple.com> wrote:

Privileged and Confidential

I spoke with Gustavo this morning and I don't think we have a better alternative stats, so let's proceed with the current language.

Thanks,

CONFIDENTIAL
CONFIDENTIAL

Carson

On Apr 27, 2023, at 7:42 AM, D'Nara Cush <d_cush@apple.com> wrote:

Privileged & Confidential
Thanks, Carson. We'll definitely incorporate these edits and then share with a broader group.

**Gustavo** — Are you able to confirm what the correct ratio would convert to this morning before we move this along for further reviews? Much appreciated.

Thank you,
D'Nara

On Apr 26, 2023, at 10:57 PM, Carson Oliver <carson_oliver@apple.com> wrote:

Privileged and Confidential
Thanks, D'Nara and Gustavo. Two additional notes:

• I think the growth stat provided for the SBP is a little confusing. Is it possible to convert that to a ratio ("1█████igher")?

• I also think we should remove the "as a result" language, because we need to be careful that we aren't concluding that the relationship between growth rates and SBP enrollment is causal.

Here as a suggested update to that sentence, pending the feedback on using a percentage versus ratio stat:

"Participants have seen higher year-over-year revenue growth rates — **with an average increase of 1██ ercentage points** — when compared with their peers not enrolled in the program."

Carson

On Apr 26, 2023, at 12:10 PM, Gustavo Donda <gdonda@apple.com> wrote:

privileged and confidential

Hi D'Nara, just one minor correction in red on the sentence below:

"As a result, participants have seen higher year-over-year revenue growth rates — 15 ██ **percentage points** — when compared with their peers not enrolled in the program. "

thank you

CONFIDENTIAL
CONFIDENTIAL

APL-EG_10868825
APL-APPSTORE_10908930

On Apr 26, 2023, at 11:31 AM, D'Nara Cush <d_cush@apple.com> wrote:

Privileged & Confidential
Hi Carson —
Thanks for your feedback, and appreciate you being open to supporting media briefings.

May 10 works well for AG as well so we will work with Vivian to put a prep meeting on your calendar next week to discuss the specifics.

Below please find a revised newsroom post incorporating your feedback, and a few more changes that further include global analysis from AG. We are indeed planning to localize this for a European audience (including dev case studies), as well as one additional post with global numbers only that will be shared with our geo colleagues in the rest of the world for translation and distribution. All three versions are included below with anything in red being what differs from the US post.

As for the fact sheet from AG, we did confirm with them that 14 percent share of new developers from the US is the same stat as what they found last year. We're also asking them to provide further high-level analysis on the lifestyle apps piece but for reference, attached are the list of apps driving this area. As I mentioned previously, we are also working on narrowing in on one app that falls into the category of fast-growing apps for additional inclusion in the newsroom post, as well as case studies for the fact sheet.

If all looks OK here, we'd like to plan on advancing this for further reviews **no later than tomorrow morning**. Thank you again for your support.

All the best,
D'Nara

<2023.04.25 - Lifestyle apps.numbers>

**US Newsroom Post**

**Small developers on the App Store grew revenue by 71 percent over past two years**

*An independent study found resilience in small developers, whose growth outpaces large developers by more than four times*

*Participants in Apple's Small Business Program save nearly $1 billion*

As entrepreneurs grappled with economic uncertainty over the past two years, an independent study conducted by economists at Analysis Group found that small developers on the App Store grew their businesses and reached more customers around the world, even outpacing larger developers. With the support of a wide range of App Store tools and initiatives, small developers globally grew their revenue 71 percent between 2020 and 2022. In the U.S., those developers — defined as those earning up to $1 million a year and with fewer than 1 million annual downloads — saw an above average increase of 83 percent in earnings during the same

CONFIDENTIAL
CONFIDENTIAL

period. As part of Apple's commitment to the small developer community, the App Store Small Business Program has saved developers selling digital goods and services nearly $1 billion since the program's inception in 2021.

**Entrepreneurs find new possibilities and global growth**

In a new study — titled "Small Business Developers and App Creators on the App Store in 2022" — Analysis Group economists found that revenue growth for small developers active on the storefront since 2020 exceeded that of large developers by more than four times as app creators identified new ways to tap into the needs of users. Small developers — who comprise more than 90 percent of all developers on the App Store — saw earnings increase across all app categories; in particular, health and fitness, sports, and lifestyle apps from small business developers more than doubled their earnings in the last two years.

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach encompassing users of more than 2 billion Apple devices around the world in 175 countries and over 40 languages. In 2022, nearly 80 percent of small developers were active on multiple storefronts and about 40 percent of total downloads of apps from all small developers came from users outside of each developer's home country. Moreover, the economists found that developers who monetize their apps by selling digital goods and services on multiple storefronts have earnings from users on more than 40 storefronts on average.

The research also finds the App Store has helped developers grow beyond small teams to scale their businesses to establish a worldwide reach. Many developers who sold digital goods and services on the App Store and earned more than $1 million in 2022 were previously small developers. Of these global developers, 40 percent were either not on the App Store or had less than $10,000 in earnings just five years ago.

Analysis Group economists also found that thousands of new developers and entrepreneurs joined the App Store in 2022 from all over the world. Of this set of new developers, approximately 25 percent came from Europe, 23 percent from China, 14 percent from the US, 3.8 percent from Japan, and 35 percent from other regions including South Korea, India, and Brazil.

**Small Business Program participants save and reinvest in their apps**

Amid evolving consumer preferences and fresh challenges for entrepreneurs, Apple launched the App Store Small Business Program in 2021 with the goal of helping small businesses who sell digital good and services on the App Store and earn up to $1 million in proceeds further invest in their app businesses. New data shows participants of the Small Business Program have saved more than $940 million since the initiative launched, as a result of the program's reduced 15 percent commission.

The program has helped small and independent developers invest more in many critical areas of their app businesses, including technical development, marketing, and the creation of more job opportunities for a thriving app economy. As a result, participants have seen higher year-

CONFIDENTIAL

CONFIDENTIAL

APL-EG_10868827

APL-APPSTORE_10908932

over-year revenue growth rates — 15 percent — when compared with their peers not enrolled in the program. These increased investments have allowed developers to bring one-of-a-kind app solutions to individual users and communities, creating more dynamic commerce across the App Store.

**Small businesses shine on the App Store**

Mindful Mamas, an all-encompassing mental wellness app is helping parents address the unique challenges of motherhood. Founded by CEO Terra LaRock — a licensed psychologist who created the app to help mothers find time for themselves following her own harrowing postpartum experience — has resulted in an app for moms at every stage in their lives. As conversations around mental health become more transparent, Terra saw an opportunity to build Mindful Mamas to support mothers through evidenced-based guided meditation, sleep stories, and easy-to-digest lessons that help users deepen their self-care practice, and reduce anxiety and stress.

As a small team of four, Mindful Mamas has relied on a variety of resources to help further its mission, including Apple's Small Business Program. The team has been able to build out new features and expand strategic relationships with healthcare providers who leverage the app as a part of their services. "Having more revenue available to Mindful Mamas has given my team a longer runway to invest in app development and deliver personalized experiences to moms," says Terra LaRock, Founder and CEO of Mindful Mamas. In the last year, this has included new in-app events, programming that helps users reach their goals, and the introduction of a mood tracker that delivers more customized insights. Today, Mindful Mamas has XX active users and is focused on delivering more content for all moms and parents as their needs evolve.

**Developer resources are growing**

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach, encompassing users of the more than 2 billion Apple devices around the world. Through ongoing series Apple offers like App Store Sessions, Ask Apple, and Tech Talks, developers have even more opportunities to connect directly with Apple experts year-round for insight, support, and feedback on the latest features and technologies available.

An extensive suite of free tools and frameworks — including software development kits (SDKs) and developer services with more than 250,000 APIs — support developers building apps for iOS, iPadOS, macOS, tvOS, and watchOS. These tools enable developers to add new functionalities to their apps easily and quickly, and harness powerful capabilities like machine learning, augmented reality, and many more. Programs such as Apple's Developer Academies, Entrepreneur Camps, App Accelerators, and WWDC Swift Student Challenge, as well as open access tools like Everyone Can Code and Swift Playgrounds, ensure the power of coding technology remains accessible and inclusive.

###

**Europe Newsroom Post**

**Small developers on the App Store grew revenue by 64 percent over past two years in Europe**

*An independent study found resilience in small developers, whose growth outpaces large developers by more than four times*

*Participants in Apple's Small Business Program save nearly $1 billion*

As entrepreneurs grappled with economic uncertainty over the two past years, an independent study conducted by economists at Analysis Group found that small developers on the App Store grew their businesses and reached more customers around the world, even outpacing larger developers.

With the support of a wide range of App Store tools and initiatives, small developers globally grew their revenue 71 percent between 2020 and 2022. In Europe, these developers — defined as those earning up to $1 million a year and with fewer than 1 million annual downloads — saw an increase of 64 percent in earnings, with significant revenue growth in countries including France (122 percent), the United Kingdom (58 percent) and Germany (37 percent). As part of Apple's commitment to the small developer community, the App Store Small Business Program has saved developers selling digital goods and services nearly $1 billion since the program's inception in 2021.

**Entrepreneurs find new possibilities and global growth**

In a new study — titled "Small Business Developers and App Creators on the App Store in 2022" — Analysis Group economists found that revenue growth for small developers active on the storefront since 2020 exceeded that of large developers by more than four times as app creators identified new ways to tap into the needs of users. Small developers — who comprise more than 90 percent of all developers on the App Store — saw earnings increase across all app categories; in particular, health and fitness, sports, and lifestyle apps more than doubled their earnings in the last two years.

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach encompassing users of more than 2 billion Apple devices around the world in 175 countries and over 40 languages. In 2022, nearly 80 percent of small developers were active on multiple storefronts and about 40 percent of total downloads of apps from all small developers came from users outside of each developer's home country. Moreover, the economists found that developers who monetize their apps by selling digital goods and services on multiple storefronts have earnings from users on more than 40 storefronts on average.

The research also finds the App Store has helped developers grow beyond small teams to scale their businesses to establish a worldwide reach. Many developers who sold digital goods and services on the App Store and earned more than $1 million in 2022 were previously small developers. Of these global developers, 40 percent were either not on the App Store or had less than $10,000 in earnings just five years ago.

CONFIDENTIAL

CONFIDENTIAL

Analysis Group economists also found that thousands of new developers and entrepreneurs joined the App Store in 2022 from all over the world. Of this set of new developers, approximately 25 percent came from Europe, 23 percent from China, 14 percent from the US, 3.8 percent from Japan, and 35 percent from other regions including South Korea, India, and Brazil.

**Small Business Program participants save and reinvest in their apps**

Amid evolving consumer preferences and fresh challenges for entrepreneurs, Apple launched the App Store Small Business Program in 2021 with the goal of helping small businesses who sell digital good and services on the App Store and earn up to $1 million in proceeds further invest in their app businesses. New data shows participants of the Small Business Program have saved more than $940 million since the initiative launched, as a result of the program's reduced 15 percent commission.

The program has helped small and independent developers invest more in many critical areas of their app businesses, including technical development, marketing, and the creation of more job opportunities for a thriving app economy. As a result, participants have seen higher year-over-year revenue growth rates — 15 percent — when compared with their peers not enrolled in the program. These increased investments have allowed developers to bring one-of-a-kind app solutions to individual users and communities, creating more dynamic commerce across the App Store.

**Entrepreneurs Shine on the App Store**

Local case studies to be included from Germany, France and the UK

**Developer Resources Are Growing**

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach encompassing users of the more than 2 billion Apple devices around the world. Apple continues to build on the free resources and programs it offers to all developers to create best-in-class apps. Through ongoing series like App Store Sessions, Ask Apple, and Tech Talks developers have even more opportunities to connect directly with Apple experts year round for insight, support and feedback on the latest features and technologies available.

An extensive suite of free tools and frameworks — including software development kits (SDKs) and developer services with more than 250,000 APIs — support developers building apps for iOS, iPadOS, macOS, tvOS, and watchOS. These tools enable developers to add new functionalities to their apps easily and quickly, and harness powerful capabilities like machine learning, AR, and many more. Programs such as Apple's Developer Academies, Entrepreneur Camps, App Accelerators, App Store Foundations and WWDC student scholarships, as well as open access tools like Everyone Can Code and Swift Playgrounds, ensure the power of coding technology is accessible and inclusive.

###

CONFIDENTIAL
CONFIDENTIAL
APL-EG_10868830
APL-APPSTORE_10908935

**Rest of World // Global Newsroom Post**

**Small developers on the App Store grew revenue by 71 percent over past two years**

*An independent study found resilience in small developers, whose growth outpaces large developers by more than four times*

*Participants in Apple's Small Business Program save nearly $1 billion*

As entrepreneurs grappled with economic uncertainty over the past two years, an independent study conducted by economists at Analysis Group found that small developers on the App Store grew their businesses and reached more customers around the world, even outpacing larger developers. With the support of a wide range of App Store tools and initiatives, globally, small developers — defined as those earning up to $1 million a year and with fewer than 1 million annual downloads globally grew their revenue 71 percent between 2020 and 2022. Separately, small developers selling digital goods and services saved nearly $1 billion through the App Store Small Business Program since its inception in 2021. As part of Apple's commitment to the small developer community, the App Store Small Business Program has saved developers selling digital goods and services nearly $1 billion since the program's inception in 2021.

**Entrepreneurs find new possibilities and global growth**

In a new study — titled "Small Business Developers and App Creators on the App Store in 2022" — Analysis Group economists found that revenue growth for small developers active on the storefront since 2020 exceeded that of large developers by more than four times as app creators identified new ways to tap into the needs of users. Small developers — who comprise more than 90 percent of all developers on the App Store — saw earnings increase across all app categories; in particular, health and fitness, sports, and lifestyle apps from small business developers more than doubled their earnings in the last two years.

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach encompassing users of more than 2 billion Apple devices around the world in 175 countries and over 40 languages. In 2022, nearly 80 percent of small developers were active on multiple storefronts and about 40 percent of total downloads of apps from all small developers came from users outside of each developer's home country. Moreover, the economists found that developers who monetize their apps by selling digital goods and services on multiple storefronts have earnings from users on more than 40 storefronts on average.

The research also finds the App Store has helped developers grow beyond small teams to scale their businesses to establish a worldwide reach. Many developers who sold digital goods and services on the App Store and earned more than $1 million in 2022 were previously small developers. Of these global developers, 40 percent were either not on the App Store or had less than $10,000 in earnings just five years ago.

CONFIDENTIAL
CONFIDENTIAL

APL-EG_10868831
APL-APPSTORE_10908936

Analysis Group economists also found that thousands of new developers and entrepreneurs joined the App Store in 2022 from all over the world. Of this set of new developers, approximately 25 percent came from Europe, 23 percent from China, 14 percent from the US, 3.8 percent from Japan, and 35 percent from other regions including South Korea, India, and Brazil.

**Small Business Program participants save and reinvest in their apps**

Amid evolving consumer preferences and fresh challenges for entrepreneurs, Apple launched the App Store Small Business Program in 2021 with the goal of helping small businesses who sell digital good and services on the App Store and earn up to $1 million in proceeds further invest in their app businesses. New data shows participants of the Small Business Program have saved more than $940 million since the initiative launched, as a result of the program's reduced 15 percent commission.

The program has helped small and independent developers invest more in many critical areas of their app businesses, including technical development, marketing, and the creation of more job opportunities for a thriving app economy. As a result, participants have seen higher year-over-year revenue growth rates — 15 percent — when compared with their peers not enrolled in the program. These increased investments have allowed developers to bring one-of-a-kind app solutions to individual users and communities, creating more dynamic commerce across the App Store.

**Developer resources are growing**

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach, encompassing users of the more than 2 billion Apple devices around the world. Through ongoing series Apple offers like App Store Sessions, Ask Apple, and Tech Talks, developers have even more opportunities to connect directly with Apple experts year-round for insight, support, and feedback on the latest features and technologies available.

An extensive suite of free tools and frameworks — including software development kits (SDKs) and developer services with more than 250,000 APIs — support developers building apps for iOS, iPadOS, macOS, tvOS, and watchOS. These tools enable developers to add new functionalities to their apps easily and quickly, and harness powerful capabilities like machine learning, augmented reality, and many more. Programs such as Apple's Developer Academies, Entrepreneur Camps, App Accelerators, and WWDC Swift Student Challenge, as well as open access tools like Everyone Can Code and Swift Playgrounds, ensure the power of coding technology remains accessible and inclusive.

###

On Apr 24, 2023, at 9:36 PM, Carson Oliver <carson_oliver@apple.com> wrote:

**Privileged and Confidential**

**Thanks for sharing, D'Nara. Comments in line below.**

CONFIDENTIAL                                                                                    APL-EG_10868832
CONFIDENTIAL                                                                                    APL-APPSTORE_10908937

**Carson**

**On Apr 21, 2023, at 6:19 PM, D'Nara Cush <d_cush@apple.com> wrote:**

**Privileged & Confidential**

**Hi Carson —**

**As discussed earlier this week, we are planning to publish an updated newsroom story the week of May 8th that examines the success of small businesses on the App Store. Similar to last year's post, we plan to leverage AG's analysis of small developers, with the addition of new stats that provide an update on the Small Business Program.**

**Below you'll find the first draft of this newsroom post which we've worked with Ryan and Gustavo on for their input, as well as AG's undesigned draft of the fact sheet that would accompany this story. Since we have not published any stats externally since the Small Business Program was first announced in late 2020, we wanted to first get your insight on the framing here and proposed stats.**

**Note, we are still working to identify one additional developer to be featured in the story and will also be collaborating with our colleagues in Europe to make this post relevant for their market as well. Once we have your feedback, we'll plan to share this draft more broadly for reviews.**

**If you're open to it, we'd also love to partner with you once again to host media briefings in collaboration with AG on May 9 or 10th. We'd envision these briefings would require 1-2 hours of your time with a focus on the highlights of the research and discussing the breadth of ways we support developers through initiatives including SBP. If you have the bandwidth, we would of course work with Vivian to get an initial prep meeting on your calendar in the coming week or so.**

**Happy to participate. I'm supposed to be in LA for partner meetings on the 9th. Would it be possible to do the briefings on the 10th?**

**As always, we appreciate your time and input.**

**Thank you,**

**D'Nara**

**\*\*\***

**<u>Analysis Group SMB Fact Sheet</u>**

<DRAFT 2023.04.20 Small Business Report.docx>

Comments regarding the fact sheet:

• Is the 14% of small developers from the US similar to the share from the prior report?

APL-EG_10868833

APL-APPSTORE_10908938

• For the reference to the growth in Lifestyle apps, what specific set of apps is driving that growth?

<u>Draft App Store SMB Newsroom Post</u>

Small developers on the App Store grew revenue by 71 percent through 2022

*An independent analysis found resilience in small developers, whose growth outpaces large developers, thanks in part to Apple initiatives like the Small Business Program*

As entrepreneurs grappled with economic uncertainty over the past year, an independent study, conducted by economists at the Analysis Group, found that small developers on the App Store grew their businesses and reached more customers around the world. Drawing from a wide range of App Store tools and initiatives, globally, small developers grew their revenue 71 percent between 2020 and 2022. In the U.S., those developers — defined as those earning up to $1 million a year and with fewer than 1 million annual downloads — saw an above average increase of 83 percent in earnings during the same period.

Will the above US stat be localized in other markets?

Amid evolving consumer preferences and fresh challenges for entrepreneurs, Apple created the App Store Small Business Program. This industry-leading initiative was designed to help developers further invest in their app businesses through a reduced 15 percent commission for small businesses who sell digital good and services on the App Store and earn up to $1 million in proceeds. Since the program launched, Apple has also paid out more than $940 million in incremental earnings to help enrolled small developers invest in their businesses and new innovations.

The App Store Small Business Program has helped small and independent developers invest more in many critical areas of their app businesses, including technical development, marketing, and the creation of more job opportunities for a thriving app economy. As a result, 80 percent of eligible developers making more than $10,000 a year are participating in the program and have seen double-digit year-over-year revenue growth rates when compared with their peers not enrolled in the program. These increased investments have allowed developers to bring one-of-a-kind app solutions to individual users and communities, creating more dynamic commerce across the App Store.

I'm not sure of the benefit of sharing participation rates in the SBP, especially given that we are taking a subset of all participants. I think sharing the total incremental proceeds and the increased growth rates for program participants is a stronger message.

In their research, titled "Small Business Developers and App Creators on the App Store in 2022," Analysis Group also found that revenue growth for small developers active on the App Store since 2020 exceeds that of large developers by more than four times. As thousands of new small businesses joined the App Store in 2022, earnings increased across more diverse categories including health and fitness, sports, and lifestyle apps, which more than doubled in the last two years.

It would be helpful to get a list of some of the example apps from the above fast-growing categories.

Entrepreneurs Shine on the App Store

Mindful Mamas, an all-encompassing mental wellness app is helping parents address the unique challenges of motherhood. Founded by CEO Terra LaRock — a licensed psychologist who created the app to help mothers find time for themselves following her own harrowing postpartum experience — has resulted in an app for moms at every stage in their lives. As conversations around mental health become more transparent, Terra saw an opportunity to build Mindful Mamas to support mothers through evidenced-based guided meditation, sleep stories, and easy-to-digest lessons that help users deepen their self-care

CONFIDENTIAL
CONFIDENTIAL

APL-EG_10868834
APL-APPSTORE_10908939

practice, and reduce anxiety and stress.

As a small team of four, Mindful Mamas has relied on a variety of resources to help further its mission, including Apple's Small Business Program. The team has been able to build out new features and expand strategic relationships with healthcare providers who leverage the app as a part of their services. "Having more revenue available to Mindful Mamas has given my team a longer runway to invest in app development and deliver personalized experiences to moms," says Terra LaRock, Founder and CEO of Mindful Mamas. In the last year, this has included new in-app events, programming that helps users reach their goals, and the introduction of a mood tracker that delivers more customized insights. Today, Mindful Mamas has XX active users and is focused on delivering more content for all moms and parents as their needs evolve.

Developer Resources Are Growing

Developers of all sizes have built successful businesses while benefitting from the App Store's global reach, encompassing users of the more than 2 billion Apple devices around the world. Through ongoing series Apple offers like App Store Sessions, Ask Apple, and Tech Talks, developers have even more opportunities to connect directly with Apple experts year-round for insight, support, and feedback on the latest features and technologies available.

An extensive suite of free tools and frameworks — including software development kits (SDKs) and developer services with more than 250,000 APIs — support developers building apps for iOS, iPadOS, macOS, tvOS, and watchOS. These tools enable developers to add new functionalities to their apps easily and quickly, and harness powerful capabilities like machine learning, augmented reality, and many more. Programs such as Apple's Developer Academies, Entrepreneur Camps, App Accelerators, and WWDC Swift Student Challenge, as well as open access tools like Everyone Can Code and Swift Playgrounds, ensure the power of coding technology remains accessible and inclusive.

###

CONFIDENTIAL                                                                                                          APL-EG_10868835
CONFIDENTIAL                                                                                                          APL-APPSTORE_10908940