# EXHIBIT 6



# iPhone Buyer

FY23-Q4 Full Report



Apple Market Research and Analysis

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425222

## Why This Report?

The purpose of this study is to better understand iPhone buyers in 14 countries: US, UK, France, Germany, Italy, China, Hong Kong, Japan, South Korea, Australia, India, Thailand, Brazil and Mexico.

Apple Market Research conducts monthly surveys of iPhone buyers. This report summarizes the results of the surveys fielded during FY23-Q4. Where appropriate and helpful, trended data for the previous years are provided.

Major areas of analysis* include:

• Profile of Buyers
• Acquisition
• Reasons for Model Choice
• Satisfaction

*Additional results are available in a separate Appendix posted on Box.

APPLE CONFIDENTIAL    2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425223

# Methodology

iPhone buyer survey

**Who did we survey?**
Recent iPhone buyers (16+ years old)

**When did they buy?**
FY23-Q4, buyers (Jul 2 - Sep 11, 2023)

**Which models?**
iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max
iPhone 13 mini, iPhone 13, iPhone 13 Pro, iPhone 13 Pro Max
iPhone SE (3rd generation)
iPhone 12 mini, iPhone 12, iPhone 12 Pro, iPhone 12 Pro Max
iPhone 11, iPhone 11 Pro, iPhone 11 Pro Max
iPhone SE (2nd generation)
iPhone XR

**Where?**
US, UK, France, Germany, Italy, China*, Hong Kong, Japan, South Korea, Australia, India*, Brazil, Mexico and Thailand

WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.

**How did we reach them?**
Customers were randomly selected from the Apple Customer Database and invited to participate in a 15-minute web survey.

**What did we ask?**
Key areas include previous product experience, purchase influencers, satisfaction, and demographics.

**Other notes**
Results were weighted to represent the actual sales distribution by model, configuration, and purchase channel (Apple Retail, Apple Online, Other retailer or carrier) and buyers' age, gender and Apple tenure for each country.

Statistical testing was conducted at a $p<0.05$ significance level. If data reported for the current quarter are higher/lower than the corresponding value for the comparison group, it is indicated with an upward/downward arrow (↑↓). To simplify reporting, results of statistical testing may not be shown for values under 5%.

Data for which the base of respondents is less than 50 are not reported and noted as "small base." To simplify reporting, chart labels for values under 3% may not be shown. The term "Top-2 box" refers to the total of the top 2 results in a 5-point scale. Totals, sub-totals, and nets may be off by a point or two due to rounding.

If data are not comparable with prior quarters, trended data are not shown. In base descriptions, "iPhone owners" refers to respondents who purchased the iPhone for themselves or received it as a gift, from work, or from school. "iPhone buyers" refers to those who purchased the iPhone for themselves or got it as a gift for someone else.

*In China and India, the sample for this survey excluded Mako accounts (iPhone buyers who do not have an existing Apple ID default to using a phone number, instead of an email address, to register their new iPhone). In other words, China and India data excludes a high proportion of buyers who are "new to Apple."

Russia buyers were not surveyed after January 2022. WW-Total for FY22-Q2 includes January 2022 Russia buyer data, but Russia is not shown at the country-level in reporting from FY22-Q2 onward.

APPLE CONFIDENTIAL     3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Model acquired**
Slide 1 of 2



iPhone 14
iPhone 14 Plus
iPhone 14 Pro
iPhone 14 Pro Max
N-minus (net)
iPhone 13 Pro Max
iPhone 13 Pro
iPhone 13
iPhone 13 mini
iPhone SE (3rd generation)
iPhone 12 Pro Max
iPhone 12 Pro
iPhone 12
iPhone 12 mini
iPhone 11
iPhone SE (2nd generation)

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone owners and buyers
model_codes: iPhone model acquired is sourced from ACD
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425226

**Across most markets, the profile of Flagship buyers remains** ███████
███████████████████████████

**Buyer Profile - Flagship iPhone**



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | |

Base: Flagship iPhone owners and buyers
Buyer Profile: Buyer Profile (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425227

**Buyer Profile - iPhone 14**



| | Female |
|---|---|
| | Male |
| | Under 25 |
| | 45+ |
| | First iPhone |
| | First Apple product |
| | Own iPad |
| | Own Watch |
| | iPhone Upgrader |
| | Switcher |
| | N-1 |
| | N-2 |
| | N-3+ |
| | <4 years |
| | 4+ years |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 owners and buyers
Buyer Profile: Buyer Profile (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425228

**Buyer Profile - iPhone 14 Plus**



| | Female |
| | Male |
| | Under 25 |
| | 45+ |
| | First iPhone |
| | First Apple product |
| | Own iPad |
| | Own Watch |
| | iPhone Upgrader |
| | Switcher |
| | N-1 |
| | N-2 |
| | N-3+ |
| | <4 years |
| | 4+ years |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Plus owners and buyers
Buyer Profile: Buyer Profile (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425229

**Buyer Profile - iPhone 14 Pro**



| | |
|---|---|
| Female | |
| Male | |
| Under 25 | |
| 45+ | |
| First iPhone | |
| First Apple product | |
| Own iPad | |
| Own Watch | |
| iPhone Upgrader | |
| Switcher | |
| N-1 | |
| N-2 | |
| N-3+ | |
| <4 years | |
| 4+ years | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Pro owners and buyers
Buyer Profile: Buyer Profile (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Buyer Profile – iPhone 14 Pro Max**

| | |
|---|---|
| Female | |
| Male | |
| Under 25 | |
| 45+ | |
| First iPhone | |
| First Apple product | |
| Own iPad | |
| Own Watch | |
| iPhone Upgrader | |
| Switcher | |
| N-1 | |
| N-2 | |
| N-3+ | |
| <4 years | |
| 4+ years | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Pro Max owners and buyers
Buyer Profile: Buyer Profile (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425231

**Buyer Profile - All Models**

| | |
|---|---|
| Female | |
| Male | |
| Under 25 | |
| 45+ | |
| First iPhone | |
| First Apple product | |
| Own iPad | |
| Own Watch | |
| iPhone Upgrader | |
| Switcher | |
| N-1 | |
| N-2 | |
| N-3+ | |
| <4 years | |
| 4+ years | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners and buyers
Buyer Profile: Buyer Profile (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**The majority of Flagship buyers were** ███████████████████████
████████████████████████████████████████████

Type of buyer – Flagship iPhone



| n= | 26652 | 3084 | 3419 | 2388 | 2757 | 2878 | 1804 | 312 | 2437 | 768 | 1895 | 1288 | 552 | 1807 | 1263 |

Base: Flagship iPhone owners
NewBuyMix2020: Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425233

**Type of buyer: Upgrader – Flagship iPhone**



Differences vs prior quarter ↓ ↑
Differences vs prior year (↓) ((↑))

Base: Flagship iPhone owners (filter: All waves)
NewBuyMix2020; Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? /
Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL        X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425234

**The proportion of** ████████████████████████████
████████████████████████████████**.**

**Type of buyer: Switcher – Flagship iPhone**



Base: Flagship iPhone owners (filter: All waves)
NewBuyMix2020; Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? /
Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425235

**Type of buyer: Switcher – All Models**



India
Thailand ↑ (↑)
China
Brazil ↑ (↑)
Mexico (↑)
HK
Italy (↓)
S. Korea ↑ (↓)
WW-Total
Germany ↑
Australia
France
Japan
US
UK (↓)

Differences vs prior quarter ↓ ↑
Differences vs prior year (↓) ((↑))

Base: iPhone owners (filter: All waves)
NewBuyMix2020: Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? /
Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425236



**Type of buyer: Upgrader**



- iPhone 14
- iPhone 14 Plus
- iPhone 14 Pro
- iPhone 14 Pro Max
- iPhone 13
- iPhone 12
- iPhone SE3

WW-Total   US   UK   France   Germany   Italy   China   HK   Japan   S. Korea   Australia   India   Thailand   Brazil   Mexico

Base: iPhone owners
NewBuyMix2020: Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425237

**Compared to other Flagship models,** ████████████████████████



Type of buyer: Switcher

Base: iPhone owners
NewBuyMix2020: Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? /
Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425238

**█████** **of WW Switchers acquired a Flagship model in FY23-Q4.**



**WW model acquired - Switcher**

Base: iPhone owners and buyers (filter: All waves, Switcher)
model_N_gen_no_SE: iPhone model acquired is sourced from ACD
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425239

**Type of buyer - All models**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 40752 | 4667 | 5400 | 3446 | 3686 | 3376 | 2061 | 428 | 5260 | 1001 | 2829 | 1794 | 808 | 3863 | 2133 |

Base: iPhone owners
NewBuyMix2020: Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425240



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Type of buyer – Flagship iPhone**



Base: Flagship iPhone owners
NewBuyMix2020A: Q20. Is this [MODEL] your first iPhone? / Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Type of buyer - all models**



| n= | iPhone 14 | iPhone 14 Plus | iPhone 14 Pro | iPhone 14 Pro Max | iPhone SE (3rd generation) | iPhone 13 | iPhone 13 mini | iPhone 13 Pro | iPhone 13 Pro Max | iPhone 12 | iPhone 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10725 | 2664 | 7191 | 6072 | 3267 | 6175 | 1533 | small base | small base | 1367 | 1643 |

Base: iPhone owners
NewBuyMix2020A: Q20. Is this [MODEL] your first iPhone? / Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Type of buyer - US**



Switcher (net)

First iPhone (net)

| | iPhone 14 | iPhone 14 Plus | iPhone 14 Pro | iPhone 14 Pro Max | iPhone SE (3rd generation) | iPhone 13 | iPhone 13 mini | iPhone 13 Pro | iPhone 13 Pro Max | iPhone 12 | iPhone 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 1025 | 383 | 798 | 878 | 424 | 681 | 139 | small base | small base | 201 | 119 |

- Switcher (Boomerang)
- Switcher (First iPhone)
- Upgrader
- First smartphone

Base: US iPhone owners
NewBuyMix2020A: Q20. Is this [MODEL] your first iPhone? / Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425244

**Type of buyer - China**



| | iPhone 14 | iPhone 14 Plus | iPhone 14 Pro | iPhone 14 Pro Max | iPhone SE (3rd generation) | iPhone 13 | iPhone 13 mini | iPhone 13 Pro | iPhone 13 Pro Max | iPhone 12 | iPhone 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 356 | 67 | 763 | 618 | small base | 178 | small base | small base | small base | small base | small base |

Base: China iPhone owners
NewBuyMix2020A: Q20. Is this [MODEL] your first iPhone? / Q18. Is this [MODEL] your first smartphone? / Q22. Did this [MODEL] replace a mobile phone, or are you using it in addition to another mobile phone? / Q23. What type of phone did the [MODEL] replace? / Q65. What other type(s) of phone(s) do you currently own and use?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425245

**Length of ownership of replaced iPhone among Flagship buyers was mostly stable QoQ across most markets.**

**Length of ownership of replaced iPhone - Flagship iPhone**



Less than 3 years (net)

3+ years (net)

Not sure
5 years or more
4 years to less than 5 years
3 years to less than 4 years
2 years to less than 3 years
1.5 years to less than 2 years
1 year to less than 1.5 years
6 months to less than 1 year
Less than 6 months

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 19436 | 2605 | 2899 | 1893 | 2071 | 2083 | 876 | 202 | 1894 | 472 | 1540 | 511 | 247 | 1274 | 869 |

Base: Flagship iPhone owners who replaced an iPhone
Q108: How long did you own the [MODEL] that you replaced?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425246



**Length of ownership of replaced iPhone: 4 years or more - Flagship iPhone**

Thailand (↓)
Japan ↑ (↑)
Italy
Australia
Brazil
HK
India ↓ (↓)
S. Korea
WW-Total
US
France ↓
Germany (↑)
China (↓)
UK
Mexico

Differences vs prior quarter ↓ ↑
Differences vs prior year (↓) (↑)

Base: Flagship iPhone owners who replaced an iPhone (filter: All waves)
Q108: How long did you own the [MODEL] that you replaced?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. FY19-Q4 and earlier did not include those who replaced Other or Don't know. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425247



**Length of ownership of replaced iPhone: 3 years or more - Flagship iPhone**

Japan ↑ (↑)
Italy
Thailand (↓)
Australia
HK
S. Korea (↑)
Brazil
US
WW-Total
India ↓
France
UK (↑)
Germany (↑)
China
Mexico

Differences vs prior quarter ↓ ↑
Differences vs prior year (↓) ((↑))

Base: Flagship iPhone owners who replaced an iPhone (filter: All waves)
Q108: How long did you own the [MODEL] that you replaced?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. FY19-Q4 and earlier did not include those who replaced Other or Don't know. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425248

**Length of ownership of replaced iPhone: 4 Years or More**



| | iPhone 14 |
| iPhone 14 Plus |
| iPhone 14 Pro |
| iPhone 14 Pro Max |
| iPhone 13 |
| iPhone 12 |
| iPhone SE3 |

WW-Total   US   UK   France   Germany   Italy   China   HK   Japan   S. Korea   Australia   India   Thailand   Brazil   Mexico

Base: iPhone owners who replaced an iPhone
Q108: How long did you own the [MODEL] that you replaced?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425249

**Length of ownership of replaced iPhone: 3 Years or More**



| | | |
|---|---|---|
| ● | iPhone 14 | |
| ● | iPhone 14 Plus | |
| ● | iPhone 14 Pro | |
| ● | iPhone 14 Pro Max | |
| ● | iPhone 13 | |
| ● | iPhone 12 | |
| ● | iPhone SE3 | |

WW-Total  US  UK  France  Germany  Italy  China  HK  Japan  S. Korea  Australia  India  Thailand  Brazil  Mexico

Base: iPhone owners who replaced an iPhone
Q108: How long did you own the [MODEL] that you replaced?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425250



**Length of ownership of replaced iPhone: 4 years or more - all models**

Base: iPhone owners who replaced an iPhone (filter: All waves)
Q108: How long did you own the [MODEL] that you replaced?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. FY19-Q4 and earlier did not include those who replaced Other or Don't know. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425251

**Across all markets,** ██████████████████
████████████████████████

iPhone model replaced (among those who replaced an iPhone) – Flagship iPhone



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 19436 | 2605 | 2899 | 1893 | 2071 | 2083 | 876 | 202 | 1894 | 472 | 1540 | 511 | 247 | 1274 | 869 |

Base: Flagship iPhone owners who replaced an iPhone
Q24: What iPhone model did this [MODEL] replace?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425252

**iPhone model replaced (among those who replaced an iPhone)**
Slide 1 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N gen (net) | | | | | | | | | | | | | | | |
| iPhone 14 | | | | | | | | | | | | | | | |
| iPhone 14 Plus | | | | | | | | | | | | | | | |
| iPhone 14 Pro | | | | | | | | | | | | | | | |
| iPhone 14 Pro Max | | | | | | | | | | | | | | | |
| N-1 gen (net) | | | | | | | | | | | | | | | |
| iPhone SE (3rd generation) | | | | | | | | | | | | | | | |
| iPhone 13 mini | | | | | | | | | | | | | | | |
| iPhone 13 | | | | | | | | | | | | | | | |
| iPhone 13 Pro | | | | | | | | | | | | | | | |
| iPhone 13 Pro Max | | | | | | | | | | | | | | | |
| N-2 gen (net) | | | | | | | | | | | | | | | |
| iPhone 12 mini | | | | | | | | | | | | | | | |
| iPhone 12 | | | | | | | | | | | | | | | |
| iPhone 12 Pro | | | | | | | | | | | | | | | |
| iPhone 12 Pro Max | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners who replaced an iPhone
Q24: What iPhone model did this [MODEL] replace?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**iPhone model replaced (among those who replaced an iPhone)**
Slide 2 of 2



Base: iPhone owners who replaced an iPhone
Q24: What iPhone model did this [MODEL] replace?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL　　X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425254



**Replaced Consumer or Pro Model (among those who replaced an iPhone) - US, Bought Pro**



Base: US iPhone owners who replaced an iPhone and did not mark Pro Large, Pro Mid, Earlier Gen, Don't know (filter: All waves, Bought Pro)
Q24_consumer_pro_sm_lrg: Q24: What iPhone model did this [MODEL] replace?
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425255



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLYAPL-APPSTORE_11425256

## Top purchase triggers among Flagship buyers



**Purchase triggers - Flagship iPhone**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue with previous phone (net) | | | | | | | | | | | | | | | |
| My previous phone wasn't working well | | | | | | | | | | | | | | | |
| I ran out of storage on my previous phone | | | | | | | | | | | | | | | |
| Couldn't update the software (OS) on my previous phone | | | | | | | | | | | | | | | |
| My previous phone was lost/stolen | | | | | | | | | | | | | | | |
| There was a promotion, price cut or special offer | | | | | | | | | | | | | | | |
| I was eligible to upgrade my previous phone | | | | | | | | | | | | | | | |
| It was an impulse purchase | | | | | | | | | | | | | | | |
| Saw a friend or family member using the [MODEL] | | | | | | | | | | | | | | | |
| I wanted a specific feature | | | | | | | | | | | | | | | |
| My contract had come to an end | | | | | | | | | | | | | | | |
| I always get the new iPhone as soon as it is released | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone owners
Q252: Why did you decide to get the [MODEL] now? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425257

**Purchase triggers - iPhone 14**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue with previous phone (net) | | | | | | | | | | | | | | | |
| My previous phone wasn't working well | | | | | | | | | | | | | | | |
| I ran out of storage on my previous phone | | | | | | | | | | | | | | | |
| Couldn't update the software (OS) on my previous phone | | | | | | | | | | | | | | | |
| My previous phone was lost/stolen | | | | | | | | | | | | | | | |
| There was a promotion, price cut or special offer | | | | | | | | | | | | | | | |
| I was eligible to upgrade my previous phone | | | | | | | | | | | | | | | |
| It was an impulse purchase | | | | | | | | | | | | | | | |
| Saw a friend or family member using the [MODEL] | | | | | | | | | | | | | | | |
| My contract had come to an end | | | | | | | | | | | | | | | |
| I wanted a specific feature | | | | | | | | | | | | | | | |
| I always get the new iPhone as soon as it is released | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 owners
Q252: Why did you decide to get the [MODEL] now? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425258

**Purchase triggers - iPhone 14 Plus**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue with previous phone (net) | | | | | | | | | | | | | | | |
| My previous phone wasn't working well | | | | | | | | | | | | | | | |
| I ran out of storage on my previous phone | | | | | | | | | | | | | | | |
| Couldn't update the software (OS) on my previous phone | | | | | | | | | | | | | | | |
| My previous phone was lost/stolen | | | | | | | | | | | | | | | |
| There was a promotion, price cut or special offer | | | | | | | | | | | | | | | |
| I was eligible to upgrade my previous phone | | | | | | | | | | | | | | | |
| It was an impulse purchase | | | | | | | | | | | | | | | |
| Saw a friend or family member using the [MODEL] | | | | | | | | | | | | | | | |
| I wanted a specific feature | | | | | | | | | | | | | | | |
| My contract had come to an end | | | | | | | | | | | | | | | |
| I always get the new iPhone as soon as it is released | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Plus owners
Q252: Why did you decide to get the [MODEL] now? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425259

**Purchase triggers - iPhone 14 Pro**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue with previous phone (net) | | | | | | | | | | | | | | | |
| My previous phone wasn't working well | | | | | | | | | | | | | | | |
| I ran out of storage on my previous phone | | | | | | | | | | | | | | | |
| Couldn't update the software (OS) on my previous phone | | | | | | | | | | | | | | | |
| My previous phone was lost/stolen | | | | | | | | | | | | | | | |
| There was a promotion, price cut or special offer | | | | | | | | | | | | | | | |
| I was eligible to upgrade my previous phone | | | | | | | | | | | | | | | |
| I wanted a specific feature | | | | | | | | | | | | | | | |
| It was an impulse purchase | | | | | | | | | | | | | | | |
| Saw a friend or family member using the [MODEL] | | | | | | | | | | | | | | | |
| My contract had come to an end | | | | | | | | | | | | | | | |
| I always get the new iPhone as soon as it is released | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro owners
Q252: Why did you decide to get the [MODEL] now? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425260

**Purchase triggers - iPhone 14 Pro Max**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue with previous phone (net) | | | | | | | | | | | | | | | |
| My previous phone wasn't working well | | | | | | | | | | | | | | | |
| I ran out of storage on my previous phone | | | | | | | | | | | | | | | |
| My previous phone was lost/stolen | | | | | | | | | | | | | | | |
| Couldn't update the software (OS) on my previous phone | | | | | | | | | | | | | | | |
| I was eligible to upgrade my previous phone | | | | | | | | | | | | | | | |
| There was a promotion, price cut or special offer | | | | | | | | | | | | | | | |
| It was an impulse purchase | | | | | | | | | | | | | | | |
| Saw a friend or family member using the [MODEL] | | | | | | | | | | | | | | | |
| I wanted a specific feature | | | | | | | | | | | | | | | |
| I always get the new iPhone as soon as it is released | | | | | | | | | | | | | | | |
| My contract had come to an end | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro Max owners
Q252: Why did you decide to get the [MODEL] now? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

**Purchase triggers - all models**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue with previous phone (net) | | | | | | | | | | | | | | | |
| My previous phone wasn't working well | | | | | | | | | | | | | | | |
| I ran out of storage on my previous phone | | | | | | | | | | | | | | | |
| Couldn't update the software (OS) on my previous phone | | | | | | | | | | | | | | | |
| My previous phone was lost/stolen | | | | | | | | | | | | | | | |
| There was a promotion, price cut or special offer | | | | | | | | | | | | | | | |
| I was eligible to upgrade my previous phone | | | | | | | | | | | | | | | |
| It was an impulse purchase | | | | | | | | | | | | | | | |
| Saw a friend or family member using the [MODEL] | | | | | | | | | | | | | | | |
| I wanted a specific feature | | | | | | | | | | | | | | | |
| My contract had come to an end | | | | | | | | | | | | | | | |
| I always get the new iPhone as soon as it is released | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners
Q252: Why did you decide to get the [MODEL] now? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Trade-in usage among** ███████████████████████████
███████████████████████

**Awareness and usage of trade-in program\* - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 12173 | 1412 | 1616 | 1076 | 1197 | 1226 | 826 | 148 | 1169 | 364 | 863 | 604 | 269 | 815 | 588 |

Base: Flagship iPhone buyers
Q30S_Q306: When you got the [MODEL], were you aware that you could trade in an iPhone, other smartphone, or other device to get credit toward the purchase of the [MODEL]? / Did you trade in an iPhone, other smartphone, or other device to get credit toward the purchase of the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Major question text update in FY20-Q1. \*Trade-in programs include Apple and non-Apple branded programs in the market.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425263

**Awareness and usage of trade-in program\* - All models**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425264

**Among N-Gen Consumer buyers,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Awareness of new iPhone features - N-gen Consumer (iPhone 14 or 14 Plus)**

Base: Flagship iPhone (except iPhone SE 3rd gen.) buyers or had say in purchase decision (filter: N-gen Consumer (iPhone 14 or 14 Plus))
Q216: Which of these new [MODEL] features (if any) were you aware of before this [MODEL] purchase? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 2 saw
this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425265



**Influential new iPhone features (among those aware) - N-gen Consumer (iPhone 14 or 14 Plus)**

Base: Flagship iPhone buyers or had say in purchase decision who are aware of each feature (filter: N-gen Consumer (iPhone 14 or 14 Plus))
Q221: Which of these new [MODEL] features (if any) were most influential in your decision to get the [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425266



**Awareness of new iPhone features - N-gen Pro (iPhone 14 Pro or 14 Pro Max)**
Slide 1 of 2

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S.Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dynamic Island | | | | | | | | | | | | | | | |
| 5G speed | | | | | | | | | | | | | | | |
| Rear cameras (net) | | | | | | | | | | | | | | | |
| Colors | | | | | | | | | | | | | | | |
| 48MP Main camera | | | | | | | | | | | | | | | |
| Battery life (net) | | | | | | | | | | | | | | | |
| [Size] edge-to-edge display (net) | | | | | | | | | | | | | | | |
| A16 Bionic chip with 5 core GPU | | | | | | | | | | | | | | | |
| MagSafe compatible accessories | | | | | | | | | | | | | | | |
| XDR (OLED) w/ ProMotion and Always-On | | | | | | | | | | | | | | | |
| Up to four zoom options | | | | | | | | | | | | | | | |
| Cinematic mode | | | | | | | | | | | | | | | |
| Crash detection | | | | | | | | | | | | | | | |
| Satellite features* | | | | | | | | | | | | | | | |
| Macro photography | | | | | | | | | | | | | | | |
| Video recording in Dolby Vision HDR | | | | | | | | | | | | | | | |

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: Flagship iPhone (except iPhone SE 3rd gen.) buyers or had say in purchase decision (filter: N-gen Pro (iPhone 14 Pro or 14 Pro Max))
Q216: Which of these new [MODEL] features (if any) were you aware of before this [MODEL] purchase? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 2 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Awareness of new iPhone features - N-gen Pro (iPhone 14 Pro or 14 Pro Max)**
Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S.Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Action mode | | | | | | | | | | | | | | | |
| 12MP TrueDepth front camera | | | | | | | | | | | | | | | |
| New design (net) | | | | | | | | | | | | | | | |
| Ceramic Shield | | | | | | | | | | | | | | | |
| LiDAR Scanner | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone (except iPhone SE 3rd gen.) buyers or had say in purchase decision (filter: N-gen Pro (iPhone 14 Pro or 14 Pro Max))
Q216: Which of these new [MODEL] features (if any) were you aware of before this [MODEL] purchase? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 2 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425268



**Influential new iPhone features (among those aware) - N-gen Pro (iPhone 14 Pro or 14 Pro Max)**
Slide 1 of 2

| | |
|---|---|
| Battery life (net) | |
| A16 Bionic chip with 5 core GPU | |
| Dynamic Island | |
| 48MP Main camera | |
| Rear cameras (net) | |
| [Size] edge-to-edge display (net) | |
| XDR (OLED) w/ ProMotion and Always-On | |
| 5G speed | |
| 12MP TrueDepth front camera | |
| Cinematic mode | |
| Up to four zoom options | |
| Ceramic Shield front | |
| Capture HDR with Dolby Vision (net) | |
| Macro photography | |
| Action mode | |
| New design (net) | |

Base: Flagship iPhone buyers or had say in purchase decision who are aware of each feature (filter: N-gen Pro (iPhone 14 Pro or 14 Pro Max))
Q221: Which of these new [MODEL] features (if any) were most influential in your decision to get the [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425269



**Influential new iPhone features (among those aware) - N-gen Pro (iPhone 14 Pro or 14 Pro Max)**
Slide 2 of 2



Base: Flagship iPhone buyers or had say in purchase decision who are aware of each feature (filter: N-gen Pro (iPhone 14 Pro or 14 Pro Max))
Q221: Which of these new [MODEL] features (if any) were most influential in your decision to get the [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Importance of features/aspects in purchase decision: Extremely important - Flagship iPhone**
Slide 1 of 2

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battery life | | | | | | | | | | | | | | | |
| Reliability (no crashing/freezing/lagging) | | | | | | | | | | | | | | | |
| Security and privacy of your information | | | | | | | | | | | | | | | |
| Performance/speed (fast) | | | | | | | | | | | | | | | |
| Durability (resistant to shattering/scratching) | | | | | | | | | | | | | | | |
| Ease of use | | | | | | | | | | | | | | | |
| High quality display | | | | | | | | | | | | | | | |
| High quality camera | | | | | | | | | | | | | | | |
| Works well with other Apple products | | | | | | | | | | | | | | | |
| Capacity/amount of storage space | | | | | | | | | | | | | | | |
| Value for the price paid | | | | | | | | | | | | | | | |
| Able to use the latest iOS | | | | | | | | | | | | | | | |
| 5G capability | | | | | | | | | | | | | | | |
| Being ready for 5G speed coming in the future | | | | | | | | | | | | | | | |
| Past experience with iPhone | | | | | | | | | | | | | | | |
| Apple's built-in apps | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425271

**Importance of features/aspects in purchase decision: Extremely important - Flagship iPhone**
Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experiencing 5G speed available immediately* | | | | | | | | | | | | | | | |
| Safety features | | | | | | | | | | | | | | | |
| Screen size | | | | | | | | | | | | | | | |
| Specific [MODEL] features or functionality | | | | | | | | | | | | | | | |
| Promotions or financing alternatives | | | | | | | | | | | | | | | |
| Physical appearance and design | | | | | | | | | | | | | | | |
| I've always wanted to have an iPhone* | | | | | | | | | | | | | | | |
| Apple services | | | | | | | | | | | | | | | |
| Device size and weight (incl. height, width, depth) | | | | | | | | | | | | | | | |
| Variety of apps available in the App Store | | | | | | | | | | | | | | | |
| Recommendations from friends, family or colleagues | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425272



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425273

**Reasons for choosing iPhone 14 over the iPhone 14 Plus**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| Fits in my pocket | | | | | | | | | | | | | | | |
| Easier to use with one hand | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 6.1-inch screen size | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 weight | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had a say in purchase decision and randomly assigned
Q466: Why did you choose the iPhone 14 over the iPhone 14 Plus? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Reasons for choosing iPhone 14 over the iPhone 14 Pro**

| | |
|---|---|
| Lower cost | |
| Don't need the extra features on the iPhone 14 Pro | |
| Prefer the iPhone 14 weight | |
| Prefer the colors | |
| Prefer the iPhone 14 design (glass and aluminum) | |
| Other | |
| Not sure | |
| n= | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q297: Why did you choose the iPhone 14 over the iPhone 14 Pro? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425275

**Top reason for choosing iPhone 14 over the iPhone 14 Pro**

| | |
|---|---|
| Lower cost | |
| Don't need the extra features on the iPhone 14 Pro | |
| Prefer the iPhone 14 weight | |
| Prefer the iPhone 14 design (glass and aluminum) | |
| Prefer the colors | |
| Other | |
| None of these | |
| n= | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: (NOT Is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q386: And which of these was most important in your decision to get the iPhone 14 over the iPhone 14 Pro?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425276

**Reasons for choosing the iPhone 14 over the iPhone 14 Pro Max**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| Don't need the extra features on the iPhone 14 Pro Max | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 6.1-inch screen size | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 weight | | | | | | | | | | | | | | | |
| Prefer the colors | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 design (glass and aluminum) | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q387: Why did you choose the iPhone 14 over the iPhone 14 Pro Max? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425277

**Reasons for choosing iPhone 14 Plus over the iPhone 14**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prefer the iPhone 14 Plus 6.7-inch screen size | | | | | | | | | | | | | | | |
| Longer battery life | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q467: Why did you choose the iPhone 14 Plus over the iPhone 14? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425278

**Top reason for choosing iPhone 14 Plus over the iPhone 14**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prefer the iPhone 14 Plus 6.7-inch screen size | | | | | | | | | | | | | | | |
| Longer battery life | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q475: And which of these was most important in your decision to get the iPhone 14 Plus instead of the iPhone 14?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425279

**Reasons for choosing iPhone 14 Plus over the iPhone 14 Pro Max**



| |
|---|
| Lower cost |
| Don't need the extra features on the iPhone 14 Pro Max |
| Longer battery life |
| Prefer the colors |
| Prefer the iPhone 14 Plus weight |
| Prefer the iPhone 14 Plus design (glass and aluminum) |
| Other |
| Not sure |
| n= |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q468: Why did you choose the iPhone 14 Plus over the iPhone 14 Pro Max? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425280

**Reasons for choosing iPhone 14 Plus over the iPhone 14 Pro**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 Plus 6.7-inch screen size | | | | | | | | | | | | | | | |
| Longer battery life | | | | | | | | | | | | | | | |
| Don't need the extra features on the iPhone 14 Pro | | | | | | | | | | | | | | | |
| Prefer the colors | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 Plus design (glass and aluminum) | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q469: Why did you choose the iPhone 14 Plus over the iPhone 14 Pro? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425281

**Reasons for choosing iPhone 14 Pro over the iPhone 14**
Slide 1 of 2



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Has three rear cameras | | | | | | | | | | | | | | | |
| Want the Dynamic Island | | | | | | | | | | | | | | | |
| Want the 48MP Main camera for improved resolution | | | | | | | | | | | | | | | |
| Battery life: up to 23 hours of video playback | | | | | | | | | | | | | | | |
| Want the A16 Bionic chip with 5 core GPU | | | | | | | | | | | | | | | |
| Want the most premium iPhone available | | | | | | | | | | | | | | | |
| Want the Super Retina display with ProMotion and Always-On | | | | | | | | | | | | | | | |
| Prefer the colors | | | | | | | | | | | | | | | |
| Prefer the design (textured matte glass and stainless steel) | | | | | | | | | | | | | | | |
| Want Macro photography for close up photos | | | | | | | | | | | | | | | |
| More capacity/amount of storage space | | | | | | | | | | | | | | | |
| Want the LiDAR Scanner | | | | | | | | | | | | | | | |
| Want ProRes video capture for high fidelity video recording | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| Want to play high performance mobile games | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Pro buyers or had say in purchase decision
Q257: Why did you choose the iPhone 13 Pro over the iPhone 14? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL          X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425282

**Reasons for choosing iPhone 14 Pro over the iPhone 14**
Slide 2 of 2



Base: iPhone 14 Pro buyers or had say in purchase decision
Q257: Why did you choose the iPhone 13 Pro over the iPhone 14? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Top reason for choosing iPhone 14 Pro over the iPhone 14**
Slide 1 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Want the Dynamic Island | | | | | | | | | | | | | | | |
| Has three rear cameras | | | | | | | | | | | | | | | |
| Want the most premium iPhone available | | | | | | | | | | | | | | | |
| Battery life: up to 23 hours of video playback | | | | | | | | | | | | | | | |
| Want the 48MP Main camera for improved resolution | | | | | | | | | | | | | | | |
| Want the A16 Bionic chip with 5 core GPU | | | | | | | | | | | | | | | |
| Want the Super Retina display with ProMotion and Always-On | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| More capacity/amount of storage space | | | | | | | | | | | | | | | |
| Prefer the design (textured matte glass and stainless steel) | | | | | | | | | | | | | | | |
| Prefer the colors | | | | | | | | | | | | | | | |
| Want Macro photography for close up photos | | | | | | | | | | | | | | | |
| Want ProRes video capture for high fidelity video recording | | | | | | | | | | | | | | | |
| Want the LiDAR Scanner | | | | | | | | | | | | | | | |
| Want to play high performance mobile games | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro buyers or had say in purchase decision
Q315: And which of these was most important in your decision to get the iPhone 14 Pro instead of the iPhone 14?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Top reason for choosing iPhone 14 Pro over the iPhone 14**
Slide 2 of 2

Base: iPhone 14 Pro buyers or had say in purchase decision
Q315: And which of these was most important in your decision to get the iPhone 14 Pro instead of the iPhone 14?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425285

**Reasons for choosing iPhone 14 Pro over the iPhone 14 Plus**
Slide 1 of 2



| |
|---|
| Prefer the iPhone 14 Pro size |
| Want the Dynamic Island |
| Easier to use with one hand |
| Fits in my pocket |
| Has three rear cameras (Main, Ultra Wide, and Telephoto camera) |
| Want the 48MP Main camera for improved resolution |
| Want the most premium iPhone available |
| Want the A16 Bionic chip with 5 core GPU |
| Want the Super Retina display with ProMotion and Always-On |
| Want Macro photography for close up photos |
| Prefer the design (textured matte glass and stainless steel) |
| Prefer the colors (space black, silver, gold, deep purple) |
| Want ProRes video capture for high fidelity video recording |
| More capacity/amount of storage space |
| Promotion or financing alternative |
| Want the LiDAR Scanner |
| n= |

Base: (NOT is a B/C short survey) and iPhone 14 Pro buyers or had say in purchase decision and randomly assigned
Q470: Why did you choose the iPhone 14 Pro over the iPhone 14 Plus? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425286

**Reasons for choosing iPhone 14 Pro over the iPhone 14 Plus**
Slide 2 of 2



Other
Not sure
n=

Base: (NOT is a B/C short survey) and iPhone 14 Pro buyers or had say in purchase decision and randomly assigned
Q47Q: Why did you choose the iPhone 14 Pro over the iPhone 14 Plus? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425287

**Reasons for choosing iPhone 14 Pro Max over the iPhone 14 Plus**
Slide 1 of 2

| | |
|---|---|
| Want the most premium iPhone available | |
| Battery Life: up to 29 hours of video playback | |
| Want the Dynamic Island | |
| Has three rear cameras (Main, Ultra Wide, and Telephoto camera) | |
| Want the 48MP Main camera for improved resolution | |
| Want the A16 Bionic chip with 5 core GPU | |
| Want the Super Retina display with ProMotion and Always-On | |
| Prefer the design (textured matte glass and stainless steel) | |
| More capacity/amount of storage space | |
| Prefer the colors (space black, silver, gold, deep purple) | |
| Want Macro photography for close up photos | |
| Want ProRes video capture for high fidelity video recording | |
| Want the LiDAR Scanner | |
| Want to play high performance mobile games | |
| Promotion or financing alternative | |
| Other | |

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 Pro Max buyers or had say in purchase decision and randomly assigned
Q471: Why did you choose the iPhone 14 Pro Max over the iPhone 14 Plus? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Reasons for choosing iPhone 14 Pro Max over the iPhone 14 Plus**
Slide 2 of 2



Base: (NOT is a B/C short survey) and iPhone 14 Pro Max buyers or had say in purchase decision and randomly assigned
Q471: Why did you choose the iPhone 14 Pro Max over the iPhone 14 Plus? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425289

**Reasons for choosing iPhone 14 Pro Max over the iPhone 14**

Slide 1 of 2

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prefer the iPhone 14 Pro Max 6.7-inch screen size | | | | | | | | | | | | | | | |
| Longer battery life | | | | | | | | | | | | | | | |
| Want the Dynamic Island | | | | | | | | | | | | | | | |
| Want the most premium iPhone available | | | | | | | | | | | | | | | |
| Has three rear cameras | | | | | | | | | | | | | | | |
| Want the 48MP Main camera for improved resolution | | | | | | | | | | | | | | | |
| Want the A16 Bionic chip with 5 core GPU | | | | | | | | | | | | | | | |
| Want the Super Retina display with ProMotion and Always-On | | | | | | | | | | | | | | | |
| More capacity/amount of storage space | | | | | | | | | | | | | | | |
| Prefer the design (textured matte glass and stainless steel) | | | | | | | | | | | | | | | |
| Want Macro photography for close up photos | | | | | | | | | | | | | | | |
| Prefer the colors | | | | | | | | | | | | | | | |
| Want ProRes video capture for high fidelity video recording | | | | | | | | | | | | | | | |
| Want the LiDAR Scanner | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q257: Why did you choose the iPhone 12 Pro Max over the iPhone 13? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425290

**Reasons for choosing iPhone 14 Pro Max over the iPhone 14**
Slide 2 of 2



Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q257: Why did you choose the iPhone 12 Pro Max over the iPhone 13? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425291

**Top reason for choosing iPhone 14 Pro Max over the iPhone 13**

Slide 1 of 2



Prefer the iPhone 14 Pro Max 6.7-inch screen size
Longer battery life
Want the most premium iPhone available
Want the Dynamic Island
Has three rear cameras
Want the 48MP Main camera for improved resolution
Want the A16 Bionic chip with 5 core GPU
Want the Super Retina display with ProMotion and Always-On
Prefer the colors
More capacity/amount of storage space
Promotion or financing alternative
Prefer the design (textured matte glass and stainless steel)
Want the LiDAR Scanner
Want Macro photography for close up photos
Want ProRes video capture for high fidelity video recording
Other

n=

Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q315: And which of these was most important in your decision to get the iPhone 14 Pro Max instead of the iPhone 14?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425292

**Top reason for choosing iPhone 14 Pro Max over the iPhone 13**
Slide 2 of 2



Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q315: And which of these was most important in your decision to get the iPhone 14 Pro Max instead of the iPhone 14?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Reasons for choosing iPhone 14 Pro Max over the iPhone 14 Pro**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prefer the iPhone 14 Pro Max/iPhone 14 Plus 6.7-inch screen size | | | | | | | | | | | | | | | |
| Longer battery life | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q259: Why did you choose the iPhone 14 Pro Max over the iPhone 14 Pro? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425294

**Top reasons for choosing iPhone 14 Pro Max over iPhone 14 Pro**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prefer the iPhone 14 Pro Max screen size | | | | | | | | | | | | | | | |
| Longer battery life | | | | | | | | | | | | | | | |
| Prefer the iPhone 14 Pro Max 6.7-inch screen size | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of these | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

% | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100

Base: (NOT is a B/C short survey) and iPhone 14 Pro Max buyers or had a say in purchase decision
Q388: And which of these was most important in your decision to get the iPhone 14 Pro Max over the iPhone 14 Pro?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425295



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425296

**Reasons for choosing iPhone 13 mini over the iPhone SE**

| | |
|---|---|
| Prefer the iPhone 13 mini 5.4-inch screen size | |
| Longer battery life | |
| Has two rear cameras (Wide and Ultra Wide) | |
| Prefer to unlock my iPhone using Face ID rather than using Touch ID | |
| Want the edge-to-edge display | |
| Want a more premium iPhone | |
| Prefer the colors | |
| Better water and dust resistance | |
| Want the Ceramic Shield front | |
| Promotion or financing alternative | |
| Other | |
| Not sure | |
| n= | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 13 mini buyers or had a say in purchase decision and randomly assigned
Q454: Why did you choose the iPhone 13 mini over the iPhone SE? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425297

**Reasons for choosing iPhone 12 over the iPhone 13**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| Don't need the extra features on the iPhone 13 | | | | | | | | | | | | | | | |
| Prefer the rear camera design | | | | | | | | | | | | | | | |
| Prefer the colors | | | | | | | | | | | | | | | |
| Wanted 64 GB of storage | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 12 buyers or had say in purchase decision
Q352: Why did you choose the iPhone 12 over the iPhone 13? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425298

## ■ of US iPhone 13 buyers chose 13 over 14 due to preference for physical SIM.

**Reasons for choosing iPhone 13 over the iPhone 14**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| iPhone 13 is adequate for my needs | | | | | | | | | | | | | | | |
| Don't need the extra features on the iPhone 14 | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| Prefer the colors (pink, green) | | | | | | | | | | | | | | | |
| I prefer to use a physical SIM* | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 13 buyers or had say in purchase decision
Q472: Why did you choose the iPhone 13 over the iPhone 14? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425299

**Reasons for choosing iPhone SE over the iPhone 11**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| Prefer the iPhone SE size | | | | | | | | | | | | | | | |
| Home button or Touch ID (net) | | | | | | | | | | | | | | | |
|   Want the Home button | | | | | | | | | | | | | | | |
|   Prefer to unlock my iPhone using Touch ID | | | | | | | | | | | | | | | |
| Fits in my pocket | | | | | | | | | | | | | | | |
| Easier to use with one hand | | | | | | | | | | | | | | | |
| Don't need the extra features on the iPhone 11 | | | | | | | | | | | | | | | |
| Don't need the two rear cameras on the iPhone 11 | | | | | | | | | | | | | | | |
| Want 5G capability | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| Want the A15 Bionic chip | | | | | | | | | | | | | | | |
| Want the additional camera features | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone SE (2nd gen) buyers or had say in purchase decision)
Q390: Why did you choose the iPhone SE over the iPhone 11? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Reasons for choosing iPhone SE over the iPhone 13 mini**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower cost | | | | | | | | | | | | | | | |
| Want the Home button | | | | | | | | | | | | | | | |
| Prefer to unlock my iPhone using Touch ID rather than using Face ID | | | | | | | | | | | | | | | |
| Don't need the two rear cameras on the iPhone 13 mini | | | | | | | | | | | | | | | |
| Don't need the extra features on the iPhone 13 mini | | | | | | | | | | | | | | | |
| Promotion or financing alternative | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone SE (v3) with influence randomly assigned
Q451: Why did you choose the iPhone SE over the iPhone 13 mini? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425301



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425302

**■■■ or more of Flagship buyers were satisfied with their new models, except in China and Hong Kong (where satisfaction is typically lower than in other markets).**

**Overall satisfaction - Flagship iPhone**



Base: Flagship iPhone owners
Q12: Overall, how satisfied are you with your {MODEL}?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425303

**Overall satisfaction - all models**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Overall satisfaction among Flagship buyers remained ▮▮▮▮ YoY in China, India, and Brazil, but ▮▮▮▮▮ YoY in Mexico.

**Overall satisfaction: Very satisfied, Somewhat satisfied - Flagship iPhone**



Base: Flagship iPhone owners (filter: All waves)
Q12: Overall, how satisfied are you with your {MODEL}?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425305



**Overall satisfaction: Very satisfied, Somewhat satisfied - All Models**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Overall satisfaction: Very satisfied, Somewhat satisfied**



WW-Total  US  UK  France  Germany  Italy  China  HK  Japan  S. Korea  Australia  India  Thailand  Brazil  Mexico

- iPhone 14
- iPhone 14 Plus
- iPhone 14 Pro
- iPhone 14 Pro Max
- iPhone 13
- iPhone 12
- iPhone SE3

Base: iPhone owners
Q12: Overall, how satisfied are you with your {MODEL}?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425307

## Overall satisfaction among Switchers into Flagship ██████████ YoY in Mexico, and ████████ in India.



**Overall satisfaction: Very satisfied, Somewhat satisfied - Flagship iPhone , Switcher**

Base: Flagship iPhone owners (filter: All waves, Switcher)
Q12: Overall, how satisfied are you with your {MODEL}?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425308



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425309



**Awareness and setup of eSIM – Flagship iPhone**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 10674 | small base | 1678 | 1213 | 1398 | 1419 | small base | small base | 1221 | 383 | 960 | 621 | 266 | 898 | 617 |

Legend: Unaware / Aware and set up / Aware but not set up

Base: No base text for Q395_Q396
Q395_Q396: Awareness and setup of eSIM
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425310

**Reasons why eSIM not set up – Flagship iPhone**

| | |
|---|---|
| I prefer to use a physical SIM | |
| I am unclear on the benefits of eSIM | |
| I don't know how to activate | |
| Haven't had time to activate (but plan to do so) | |
| My wireless carrier does not offer eSIM service | |
| The process to activate is too confusing | |
| I tried but the activation failed | |
| Other | |
| n= | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and Has not set up eSIM
Q397: Why haven't you set up a cellular plan on your iPhone using eSIM? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425311

**eSIM setup satisfaction – Flagship iPhone**



Satisfied (net)
Dissatisfied (net)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
| n= | 3103 | 1547 | 226 | 81 | 278 | 122 | small base | small base | 113 | small base | 114 | 214 | 71 | 213 | 92 |

■ Very dissatisfied
■ Somewhat dissatisfied
■ Neither
■ Somewhat satisfied
■ Very satisfied

Base: (NOT is a B/C short survey) and Flagship iPhone owners have set up eSIM
Q473: How satisfied are you with the ease of setting up a cellular plan on your new [MODEL] using eSIM?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425312

**Ways to stay connected with eSIM - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roam with home carrier | | | | | | | | | | | | | | | |
| Get a local SIM when traveling | | | | | | | | | | | | | | | |
| Get a data only travel plan | | | | | | | | | | | | | | | |
| Use Wi-Fi only | | | | | | | | | | | | | | | |
| I have not traveled internationally with my [MODEL] | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Don't connect | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Model and Country supporting eSIM and randomly selected
Q480: How do you stay connected with voice and data while traveling internationally with your new [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425313



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425314

**Key Findings**



APPLE CONFIDENTIAL    34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425315



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425316



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425317

**AirTag Awareness**



| n= | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20317 | 2411 | 2701 | 1705 | 1825 | 1684 | 1028 | 224 | 2641 | 520 | 1368 | 874 | 408 | 1856 | 1072 |

Base: (NOT is a B/C short survey) and iPhone owners
Q372: Were you aware of AirTag before taking this survey?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425318

**AirTag Use**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 11895 | 1501 | 1456 | 1015 | 1335 | 1082 | 563 | 146 | 1316 | 248 | 784 | 530 | 214 | 1022 | 683 |

Base: (NOT is a B/C short survey) and iPhone owners aware of AirTag
Q373: Do you currently own and use an AirTag?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425319

**AirTag Uses**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Backpack | | | | | | | | | | | | | | | |
| Bike | | | | | | | | | | | | | | | |
| Camera | | | | | | | | | | | | | | | |
| Handbag | | | | | | | | | | | | | | | |
| Headphones | | | | | | | | | | | | | | | |
| Jacket | | | | | | | | | | | | | | | |
| Keys | | | | | | | | | | | | | | | |
| Luggage | | | | | | | | | | | | | | | |
| Umbrella | | | | | | | | | | | | | | | |
| Wallet | | | | | | | | | | | | | | | |
| Car | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and AirTag Owners
Q375: What are you using your AirTag to keep track of and find? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425320

**AirTag Attachment Method**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key ring | | | | | | | | | | | | | | | |
| Loop | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and AirTag Owners attach to a listed item
Q376: How do you attach your AirTag to your item(s)? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425321

**AirTag Influential Features**

| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S.Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Keep track of and find your things in the Find My app
Precision Finding can guide you right to a lost item using Ultra Wideband
Ask Siri to help locate your items
Personalize with engraving (available only at Apple)
Meets the high security and privacy standards of Apple products
Water resistant
Replaceable battery that can last over a year
Small, light, elegant design
Works seamlessly with other Apple products
Find your things with help from the vast and secure Find My network
None of the above
n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT Is a B/C short survey) and AirTag Owners
Q374: Which of these features (if any) were most influential in your decision to get an AirTag? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425322

**AirTag Satisfaction**



Satisfied (net)
Dissatisfied (net)

| | Very dissatisfied |
| | Somewhat dissatisfied |
| | Neither |
| | Somewhat satisfied |
| | Very satisfied |

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 1869 | 319 | 264 | 137 | 350 | 202 | 64 | small base | 138 | small base | 152 | small base | small base | 67 | 67 |

Base: (NOT Is a B/C short survey) and AirTag Owners
Q379: Overall, how satisfied are you with your AirTag?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425323



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Considered other iPhone models - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 25983 | 3018 | 3349 | 2276 | 2647 | 2730 | 1823 | 315 | 2413 | 766 | 1844 | 1259 | 550 | 1750 | 1243 |

Base: Flagship iPhone buyers or had say in purchase decision
Q29: When you got the [MODEL], did you consider getting a different iPhone model?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425325

**Considered other iPhone models**



WW-Total  US  UK  France  Germany  Italy  China  HK  Japan  S. Korea  Australia  India  Thailand  Brazil  Mexico

- iPhone 14
- iPhone 14 Plus
- iPhone 14 Pro
- iPhone 14 Pro Max
- iPhone 13
- iPhone 12
- iPhone SE3

Base: iPhone buyers or had say in purchase decision
Q29: When you got the [MODEL], did you consider getting a different iPhone model?
Note: Arrows denote significant difference from iPhone 14. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425326

**iPhone models considered - iPhone 14 Pro Max**
Slide 1 of 2



Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q32: Which other iPhone model(s) did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Bought model is not included in consideration.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425327

**iPhone models considered - iPhone 14 Pro Max**
Slide 2 of 2



APPLE CONFIDENTIAL     X



APL-APPSTORE_11425329

**iPhone models considered - iPhone 14 Pro**
Slide 2 of 2



Base: iPhone 14 Pro buyers or had say in purchase decision
Q32: Which other iPhone model(s) did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Bought model is not included in consideration.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425330

**iPhone models considered - iPhone 14 Plus**
Slide 1 of 2



Base: iPhone 14 Plus buyers or had say in purchase decision
Q32: Which other iPhone model(s) did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Bought model is not included in consideration.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425331

**iPhone models considered - iPhone 14 Plus**
Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N-3+ gen (net) | | | | | | | | | | | | | | | |
| iPhone 11 | | | | | | | | | | | | | | | |
| iPhone SE (2nd generation) | | | | | | | | | | | | | | | |
| iPhone 11 Pro | | | | | | | | | | | | | | | |
| iPhone 11 Pro Max | | | | | | | | | | | | | | | |
| iPhone XS | | | | | | | | | | | | | | | |
| iPhone XS Max | | | | | | | | | | | | | | | |
| iPhone XR | | | | | | | | | | | | | | | |
| iPhone X | | | | | | | | | | | | | | | |
| iPhone 8 | | | | | | | | | | | | | | | |
| iPhone 8 Plus | | | | | | | | | | | | | | | |
| iPhone 7 | | | | | | | | | | | | | | | |
| iPhone 7 Plus | | | | | | | | | | | | | | | |
| iPhone 6s | | | | | | | | | | | | | | | |
| iPhone 6s Plus | | | | | | | | | | | | | | | |
| Other iPhone model | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Plus buyers or had say in purchase decision
Q32: Which other iPhone model(s) did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Bought model is not included in consideration.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425332

**iPhone models considered – iPhone 14**

Slide 1 of 2



APL-APPSTORE_11425333

**iPhone models considered - iPhone 14**
Slide 2 of 2



Base: iPhone 14 buyers or had say in purchase decision
Q32: Which other iPhone model(s) did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Bought model is not included in consideration.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-APPSTORE_11425334

**Considered other smartphone brands - Flagship iPhone**



| n= | 25983 | 3018 | 3349 | 2276 | 2647 | 2730 | 1823 | 315 | 2413 | 766 | 1844 | 1259 | 550 | 1750 | 1243 |

Base: Flagship iPhone buyers or had say in purchase decision
Q30: When you got the [MODEL], did you consider getting a different brand of smartphone?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425335

**Considered other smartphone brands - Flagship iPhone**



Base: Flagship iPhone , Flagship iPhone buyers or had say in purchase decision (filter: All waves)
Q30: When you got the [MODEL], did you consider getting a different brand of smartphone?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425336

**Other brands considered (among those who considered other brands) - Flagship iPhone**
Slide 1 of 2



Samsung
Huawei
Xiaomi
Google (Pixel)
OnePlus
Vivo
OPPO
Honor
Meizu
Motorola
LG
Sony
Sharp
Nokia
ASUS
realme

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Attributes with less than 3% (across all columns) not shown.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425337

**Other brands considered (among those who considered other brands) - Flagship iPhone**

Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fujitsu | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Not sure | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Attributes with less than 3% (across all columns) not shown.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425338

**Other brands considered (among those who considered other brands): Huawei - Flagship iPhone , Flagship iPhone**



Base: Flagship iPhone , Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand (filter: All waves)
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425339

**Other brands considered (among those who considered other brands): Google (Pixel) - Flagship iPhone , Flagship iPhone**



Base: Flagship iPhone , Flagship iPhone buyers or had say in purchase decision and considered a competitor smartphone brand (filter: All waves)
Q34: Which other smartphone brands did you consider? (select all that apply)
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     51



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425341

**Accessories – Flagship iPhone**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case (net) | | | | | | | | | | | | | | | |
| iPhone case (third party) | | | | | | | | | | | | | | | |
| iPhone case, wallet, or sleeve made by Apple | | | | | | | | | | | | | | | |
| iPhone case with integrated battery pack (third party) | | | | | | | | | | | | | | | |
| iPhone case with integrated battery pack made by Apple | | | | | | | | | | | | | | | |
| Headphones or earphones (including AirPods) | | | | | | | | | | | | | | | |
| Power adapter that connects to iPhone with a cable | | | | | | | | | | | | | | | |
| Screen protector | | | | | | | | | | | | | | | |
| Car accessories (e.g., mounts, car charger, Bluetooth, cables, etc.) | | | | | | | | | | | | | | | |
| Wireless charger made by Apple | | | | | | | | | | | | | | | |
| Wireless charger made by a company other than Apple | | | | | | | | | | | | | | | |
| External speaker(s) | | | | | | | | | | | | | | | |
| External battery pack | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone owners and 'Modules shown' = 'Accessories'
Q59: Which of these other accessories do you use with your [MODEL]? (select all that apply)
Starting FY21-Q1, only those randomly (50%) assigned to the Accessories module saw this question. Response options have been abbreviated for reporting. Major changes to this question happened in FY23Q4. Do not trend before that time.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL      53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        APL-APPSTORE_11425342

**Type of MagSafe Charger (among owners of Apple Watch and MagSafe Charger) - Flagship iPhone**



| | |
|---|---|
| MagSafe Charger | |
| MagSafe Duo Charger | |
| Not sure | |
| n= | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: (NOT Is a B/C short survey) and Flagship iPhone owners who own an Apple Watch and use a MagSafe Charger
Q370: Which wireless charger(s) made by Apple do you use? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425343

**Satisfaction with MagSafe accessories - Flagship iPhone**



| n= | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4095 | 501 | 516 | 383 | 467 | 386 | 365 | 68 | 227 | 179 | 309 | 158 | 73 | 251 | 212 |

Base: (NOT Is a B/C short survey) and Flagship iPhone owners who use a MagSafe accessory
Q35B: How satisfied are you with the MagSafe accessories that you use with your [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Only those randomly (50%) assigned to the Accessories module saw this question.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425344

**Headphones and earphones – Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apple (net) | | | | | | | | | | | | | | | |
| AirPods (wireless) | | | | | | | | | | | | | | | |
| AirPods Pro (wireless with silicone ear tips) | | | | | | | | | | | | | | | |
| EarPods (connect with a cable) | | | | | | | | | | | | | | | |
| AirPods Max (wireless over-ear) | | | | | | | | | | | | | | | |
| Third-party (net) | | | | | | | | | | | | | | | |
| Wireless headphones or earphones | | | | | | | | | | | | | | | |
| Headphones or earphones that connect with a cable | | | | | | | | | | | | | | | |
| Beats (net) | | | | | | | | | | | | | | | |
| Powerbeats Pro (wireless) | | | | | | | | | | | | | | | |
| Other wireless headphones or earphones made by Beats | | | | | | | | | | | | | | | |
| Beats headphones or earphones that connect with a cable | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| Do not use headphones | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone owners
Q121_owners_: Which of these type(s) of headphones or earphones do you use with your [MODEL]? / Q59: Which of these other accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Owners who did not select 'Headphones or earphones' in Q59 are coded as 'Do not use headphones or earphones' here. Starting FY21-Q1, only those randomly (50%) assigned to the Accessories module saw this question.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425345



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425346

**Primary unlock method – Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 13227 | 1505 | 1724 | 1151 | 1370 | 1433 | 897 | 154 | 1222 | 381 | 924 | 632 | 278 | 934 | 622 |

Legend:
- Don't know
- Prefer not to say
- I don't use a passcode to lock my iPhone
- Passcode
- Face ID

Base: Flagship iPhone owners
Q52: How do you typically unlock your [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425347

**Satisfaction with Face ID - Flagship iPhone**



Satisfied (net)
Dissatisfied (net)

| | 100% | 80% | 60% | 40% | 20% |

| WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

■ Very dissatisfied
■ Somewhat dissatisfied
■ Neither
■ Somewhat satisfied
■ Very satisfied

n= | 10794 | 1026 | 1456 | 1010 | 1216 | 1251 | 757 | 107 | 847 | 321 | 694 | 518 | 195 | 833 | 563

Base: Flagship iPhone owners who typically unlock their iPhone with Face ID
Q237: How satisfied are you with Face ID?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425348

**Satisfaction with Face ID: Very satisfied, Somewhat satisfied – Flagship iPhone**



Base: Flagship iPhone owners who typically unlock their iPhone with Face ID (filter: All waves)
Q237: How satisfied are you with Face ID?
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     60

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425349

**Situations where Face ID does not recognize face - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| When holding the iPhone at an angle | | | | | | | | | | | | | | | |
| While lying down (e.g., in bed) | | | | | | | | | | | | | | | |
| In low light | | | | | | | | | | | | | | | |
| When placing the iPhone on a flat surface | | | | | | | | | | | | | | | |
| While wearing sunglasses | | | | | | | | | | | | | | | |
| While wearing any type of face mask | | | | | | | | | | | | | | | |
| When holding the iPhone too close | | | | | | | | | | | | | | | |
| While wearing (or not wearing) eyeglasses | | | | | | | | | | | | | | | |
| While wearing headgear | | | | | | | | | | | | | | | |
| When first waking up | | | | | | | | | | | | | | | |
| While outdoors | | | | | | | | | | | | | | | |
| While driving | | | | | | | | | | | | | | | |
| When holding the iPhone too far | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of the above - have not had issues | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone owners who typically unlock their iPhone with Face ID, or do not use it because unlocking doesn't work reliably
Q241: In which of these type(s) of situations, if any, have you had issues with Face ID? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to the Face ID module saw this question. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425350

**Situations where Face ID does not recognize face: While wearing any type of face mask - Flagship iPhone**



Base: Flagship iPhone owners who typically unlock their iPhone with Face ID, or do not use it because unlocking doesn't work reliably (filter: All waves)
Q241: In which of these type(s) of situations, if any, have you had issues with Face ID? (select all that apply)
Note: Arrows denote significant difference from FY20-Q4. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to the Face ID module saw this question. Response options have been abbreviated for reporting. Data not shown if n<50
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425351



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425352

**Alternative if trade in\* was not available**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 3694 | 1041 | 415 | 267 | 102 | 171 | 192 | small base | 725 | 66 | 164 | 259 | small base | 165 | small base |

Base: iPhone buyers who used trade in program
Q317: If this trade in was not available, what would you have done?
Note: Arrows denote significant difference from FY23–Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. *Trade-in programs include Apple and non-Apple branded programs in the market.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425353

**Reasons for not using trade-in program\* - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wanted to keep my device(s) | | | | | | | | | | | | | | | |
| Trade in value was too low | | | | | | | | | | | | | | | |
| Wanted to give my old device to a family member or friend | | | | | | | | | | | | | | | |
| iPhone or other device was damaged and could not be traded in | | | | | | | | | | | | | | | |
| Did not have an iPhone or other device to trade in | | | | | | | | | | | | | | | |
| Wasn't sure how to back up or delete the information on my old device(s) | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Don't know | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

% | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100

Base: Flagship iPhone buyers who are aware of trade in discount but did not use it
Q309: Why didn't you trade in a device when you purchased the [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. *Trade-in programs include Apple and non-Apple branded programs in the market.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    65

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425354



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425355

**What would have done if yellow iPhone [14] wasn't available: – iPhone 14**

| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchased the purple [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the starlight [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the blue [MODEL] instead | | | | | | | | | | | | | | | |
| Waited to get the yellow [MODEL] when it was available | | | | | | | | | | | | | | | |
| Purchased the midnight [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased a different iPhone model | | | | | | | | | | | | | | | |
| Purchased the purple [OTHER MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the (PRODUCT)RED [MODEL] instead | | | | | | | | | | | | | | | |
| Would not have purchased anything | | | | | | | | | | | | | | | |
| Purchased a different brand of smartphone | | | | | | | | | | | | | | | |
| Don't know | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone 14 buyers or had say in purchase decision
Q381: If the yellow [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425356

**What would have done if yellow iPhone [14 Plus] wasn't available: - iPhone 14 Plus**

| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waited to get the yellow [MODEL] when it was available | | | | | | | | | | | | | | | |
| Purchased the (PRODUCT)RED [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the midnight [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased a different iPhone model | | | | | | | | | | | | | | | |
| Purchased the starlight [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the purple [OTHER MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the purple [MODEL] instead | | | | | | | | | | | | | | | |
| Purchased the blue [MODEL] instead | | | | | | | | | | | | | | | |
| Would not have purchased anything | | | | | | | | | | | | | | | |
| Purchased a different brand of smartphone | | | | | | | | | | | | | | | |
| Don't know | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: (NOT Is a B/C short survey) and iPhone 14 Plus buyers or had say in purchase decision
Q381: If the yellow [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425357

**What would have done if deep purple finish were not available - iPhone 14 Pro**

| |
|---|
| Purchased the space black [MODEL] instead |
| Purchased the silver [MODEL] instead |
| Waited to get the deep purple [MODEL] when it was available |
| Purchased the gold [MODEL] instead |
| Purchased a different brand of smartphone |
| Would not have purchased anything |
| Purchased the deep purple iPhone 14 Pro Max instead |
| Purchased a different iPhone model |
| Purchased the deep purple iPhone 14 Pro instead |
| Purchased the sierra blue [MODEL] instead |
| Don't know |
| n= |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Pro buyers or had say in purchase decision whose color is Deep Purple
Q262: If the deep purple [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425358

**What would have done if deep purple finish were not available - iPhone 14 Pro Max**



| |
|---|
| Purchased the space black [MODEL] instead |
| Purchased the silver [MODEL] instead |
| Waited to get the deep purple [MODEL] when it was available |
| Purchased the gold [MODEL] instead |
| Would not have purchased anything |
| Purchased the deep purple iPhone 14 Pro instead |
| Purchased a different iPhone model |
| Purchased a different brand of smartphone |
| Purchased the deep purple iPhone 14 Pro Max instead |
| Purchased the sierra blue [MODEL] instead |
| Don't know |
| n= |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Pro Max buyers or had say in purchase decision whose color is Deep Purple
Q262: If the deep purple [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    70

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425359

**What would have done if [MODEL] were not available – iPhone 14 Pro Max**

| | |
|---|---|
| Would have waited to purchase an iPhone | |
| Purchased a different iPhone model | |
| Would not have purchased anything | |
| Purchased a different brand of smartphone | |
| Don't know | |
| n= | |

% | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100

Base: iPhone 14 Pro Max buyers or had say in purchase decision and model they purchased was easily available in the time period
Q303: If the [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425360

**Other iPhone model would have purchased - iPhone 14 Pro Max**



Base: iPhone 14 Pro Max buyers or had say in purchase decision who would have purchased a different model if acquired model wasn't available
Q304: Which other iPhone model would you have purchased?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425361

**What would have done if [MODEL] were not available - iPhone 14 Pro**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Would have waited to purchase an iPhone | | | | | | | | | | | | | | | |
| Purchased a different iPhone model | | | | | | | | | | | | | | | |
| Would not have purchased anything | | | | | | | | | | | | | | | |
| Purchased a different brand of smartphone | | | | | | | | | | | | | | | |
| Don't know | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro buyers or had say in purchase decision and model they purchased was easily available in the time period
Q303: If the [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425362

**What would have done if [MODEL] were not available – iPhone 14 Plus**



| | WW Total | US | UK | France | Germany | Italy | China | HK | Japan | S Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchased a different iPhone model | | | | | | | | | | | | | | | |
| Would have waited to purchase an iPhone | | | | | | | | | | | | | | | |
| Would not have purchased anything | | | | | | | | | | | | | | | |
| Purchased a different brand of smartphone | | | | | | | | | | | | | | | |
| Don't know | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Plus buyers or had say in purchase decision and model they purchased was easily available in the time period
Q303: If the [MODEL] wasn't available, what would you have done?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425363

**Other iPhone model would have purchased - iPhone 14 Plus**



| | |
|---|---|
| iPhone 14 Pro | |
| iPhone 14 Pro Max | |
| iPhone 14 | |
| iPhone SE (3rd generation) | |
| iPhone 13 Pro | |
| iPhone 13 Pro Max | |
| iPhone 13 | |
| iPhone 13 mini | |
| iPhone 12 Pro | |
| iPhone 12 Pro Max | |
| iPhone 12 | |
| iPhone 11 Pro | |
| iPhone 11 | |
| iPhone XR | |
| Other iPhone model | |
| Not sure | |
| n= | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Plus buyers or had say in purchase decision who would have purchased a different model if acquired model wasn't available
Q304: Which other iPhone model would you have purchased?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    75

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425364



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425365

**Transferred apps and data to iPhone – Upgrader**



| No |
| Not yet |
| Yes |

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 15505 | 1952 | 2283 | 1487 | 1475 | 1275 | 632 | 143 | 2042 | 322 | 1240 | 423 | 193 | 1313 | 725 |

Base: iPhone owners and 'Modules shown' = 'Onboarding' (filter: Upgrader)
Q263: Did you transfer any contacts, apps, photos, music or other information from a different phone or backup to your new [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     77

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425366

**Transferred apps and data to iPhone – Switcher**



| Legend | |
|---|---|
| ■ | No |
| ■ | Not yet |
| ■ | Yes |

|  | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 4419 | 324 | 323 | 282 | 349 | 381 | 409 | small base | 439 | 137 | 196 | 448 | 171 | 588 | 330 |

Base: iPhone owners and 'Modules shown' = 'Onboarding' (filter: Switcher)
Q263: Did you transfer any contacts, apps, photos, music or other information from a different phone or backup to your new [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     78

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425367

**Methods for transferring apps and data - Switcher**

| | |
|---|---|
| Used Move Data from Android* | |
| Used iCloud backup | |
| Someone at the store did it for me | |
| Used another cloud service (not iCloud) | |
| Used Quick Start to transfer from iOS device | |
| Friend, family, or colleague did it for me | |
| Used iTunes backup from my computer | |
| Other | |
| Don't know | |
| n= | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners who transferred apps and data to their new model (filter: Switcher)
Q264: How did you transfer your contacts, apps, photos, music or other information to your new [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to the
Onboarding module saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    79

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425368

**Satisfaction with ease of transferring apps and data**



| n= | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17963 | 2098 | 2457 | 1620 | 1629 | 1528 | 767 | 147 | 2424 | 417 | 1315 | 678 | 292 | 1683 | 908 |

Base: iPhone owners who transferred apps and data to their new model
Q265: How satisfied are you with the ease of transferring your contacts, apps, photos, music or other information from a different phone/backup to your new [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     80

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425369

**Satisfaction with ease of transferring apps and data - Switcher**



satisfied (net)
issatisfied (net)

|  | 100% | 80% | 60% | 40% | 20% | | | | | | | | | |

Very dissatisfied
Somewhat dissatisfied
Neither
Somewhat satisfied
Very satisfied

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 3167 | 245 | 263 | 214 | 244 | 304 | 244 | small base | 369 | 101 | 139 | 299 | 98 | 400 | 220 |

Base: iPhone owners who transferred apps and data to their new model (filter: Switcher)
Q265: How satisfied are you with the ease of transferring your contacts, apps, photos, music or other information from a different phone/backup to your new {MODEL}?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     81

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425370

**Why aren't you satisfied with the ease of transferring your content from a different phone/backup to your new [MODEL]?**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Took too long | | | | | | | | | | | | | | | |
| Process was too manual | | | | | | | | | | | | | | | |
| I lost some of my information | | | | | | | | | | | | | | | |
| Wasn't able to transfer all of my apps | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

% | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100

Base: 'Satisfaction with ease of transferring apps and data' = at least one of: 'Somewhat dissatisfied, Very dissatisfied' and FY22-Q4
Q464: Why aren't you satisfied with the ease of transferring your content from a different phone/backup to your new [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425371

**Why aren't you satisfied with the ease of transferring your content from a different phone/backup to your new [MODEL]? - Switcher**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Took too long | | | | | | | | | | | | | | | |
| Process was too manual | | | | | | | | | | | | | | | |
| I lost some of my information | | | | | | | | | | | | | | | |
| Wasn't able to transfer all of my apps | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

% 10 20 30 40 50 60 70 80 90 100

Base: 'Satisfaction with ease of transferring apps and data' = at least one of: 'Somewhat dissatisfied, Very dissatisfied' and FY22-Q4
Q464: Why aren't you satisfied with the ease of transferring your content from a different phone/backup to your new [MODEL]? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    83

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425372



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425373

**Other Apple products currently own and use – Flagship iPhone**
Slide 1 of 2



Base: (NOT is a B/C short survey) and Flagship iPhone owners
Q21: What other Apple products, if any, do you currently own and use? (select all that apply)
Note: Arrows denote significant difference from FY23–Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23–Q4

APPLE CONFIDENTIAL    85

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Other Apple products currently own and use – Flagship iPhone**
Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HomePod mini | | | | | | | | | | | | | | | |
| HomePod | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| First Apple product | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and Flagship iPhone owners
Q21: What other Apple products, if any, do you currently own and use? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425375

**Other Apple products currently own and use – All models**
Slide 1 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Any iPad (net) | | | | | | | | | | | | | | | |
| iPad | | | | | | | | | | | | | | | |
| iPad Pro | | | | | | | | | | | | | | | |
| iPad mini | | | | | | | | | | | | | | | |
| Any AirPods (net) | | | | | | | | | | | | | | | |
| AirPods (wireless headphones) | | | | | | | | | | | | | | | |
| AirPods Pro (wireless headphones with silicone ear tips) | | | | | | | | | | | | | | | |
| AirPods Max (wireless over-ear headphones) | | | | | | | | | | | | | | | |
| Apple Watch | | | | | | | | | | | | | | | |
| Any Mac (net) | | | | | | | | | | | | | | | |
| MacBook notebook | | | | | | | | | | | | | | | |
| Apple TV | | | | | | | | | | | | | | | |
| Any iPod (net) | | | | | | | | | | | | | | | |
| iPod nano, shuffle or classic | | | | | | | | | | | | | | | |
| iPod touch | | | | | | | | | | | | | | | |
| Mac desktop | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone owners
Q21: What other Apple products, if any, do you currently own and use? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    87

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425376

**Other Apple products currently own and use – All models**
Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HomePod mini | | | | | | | | | | | | | | | |
| HomePod | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| First Apple product | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: (NOT is a B/C short survey) and iPhone owners
Q21: What other Apple products, if any, do you currently own and use? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     88

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425377

**Awareness of Apple services – Flagship iPhone**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iCloud storage plan | | | | | | | | | | | | | | | |
| Apple Pay | | | | | | | | | | | | | | | |
| Apple Music | | | | | | | | | | | | | | | |
| Apple TV+ | | | | | | | | | | | | | | | |
| Apple Card | | | | | | | | | | | | | | | |
| AppleCare+ | | | | | | | | | | | | | | | |
| Apple News+ | | | | | | | | | | | | | | | |
| Apple Fitness+ | | | | | | | | | | | | | | | |
| Family Sharing | | | | | | | | | | | | | | | |
| Apple Arcade | | | | | | | | | | | | | | | |
| Apple One | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Flagship iPhone owners
Q318: Which of these Apple services have you heard of? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY21-Q1, only those randomly (50%) assigned to the Services module saw this question. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     89

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425378

**Awareness of Apple services**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S.Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iCloud storage plan | | | | | | | | | | | | | | | |
| Apple Pay | | | | | | | | | | | | | | | |
| Apple Music | | | | | | | | | | | | | | | |
| Apple TV+ | | | | | | | | | | | | | | | |
| Apple Card | | | | | | | | | | | | | | | |
| AppleCare+ | | | | | | | | | | | | | | | |
| Apple News+ | | | | | | | | | | | | | | | |
| Apple Fitness+ | | | | | | | | | | | | | | | |
| Family Sharing | | | | | | | | | | | | | | | |
| Apple Arcade | | | | | | | | | | | | | | | |
| Apple One | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners
Q318: Which of these Apple services have you heard of? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY21-Q1, only those randomly (50%) assigned to the Services module saw this question. Response options have been abbreviated for reporting.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     90

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425379

**Usage of Apple services – Flagship iPhone**



Base: Flagship iPhone owners
Q319: Which of these Apple services do you currently use? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY21-Q1, only those randomly (50%) assigned to the Services module saw this question.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    91

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425380

**Usage of Apple services**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iCloud storage plan | | | | | | | | | | | | | | | |
| Apple Pay | | | | | | | | | | | | | | | |
| Apple Music | | | | | | | | | | | | | | | |
| Family Sharing | | | | | | | | | | | | | | | |
| Apple TV+ | | | | | | | | | | | | | | | |
| AppleCare+ | | | | | | | | | | | | | | | |
| Apple Arcade | | | | | | | | | | | | | | | |
| Apple Card | | | | | | | | | | | | | | | |
| Apple One | | | | | | | | | | | | | | | |
| Apple News+ | | | | | | | | | | | | | | | |
| Apple Fitness+ | | | | | | | | | | | | | | | |
| None of the above | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners
Q319: Which of these Apple services do you currently use? (select all that apply)
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY21-Q1, only those randomly (50%) assigned to the Services module saw this question.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     92

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425381



APL-APPSTORE_11425382

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14 Pro Max**
Slide 1 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battery life | | | | | | | | | | | | | | | |
| Reliability (no crashing/freezing/lagging) | | | | | | | | | | | | | | | |
| Performance/speed (fast) | | | | | | | | | | | | | | | |
| Security and privacy of your information | | | | | | | | | | | | | | | |
| High quality display | | | | | | | | | | | | | | | |
| Durability (resistant to shattering/scratching) | | | | | | | | | | | | | | | |
| High quality camera | | | | | | | | | | | | | | | |
| Ease of use | | | | | | | | | | | | | | | |
| Screen size | | | | | | | | | | | | | | | |
| Capacity/amount of storage space | | | | | | | | | | | | | | | |
| Works well with other Apple products | | | | | | | | | | | | | | | |
| Able to use the latest iOS | | | | | | | | | | | | | | | |
| 5G capability | | | | | | | | | | | | | | | |
| Experiencing 5G speed available immediately* | | | | | | | | | | | | | | | |
| Specific [MODEL] features or functionality | | | | | | | | | | | | | | | |
| Being ready for 5G speed coming in the future | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro Max buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw
this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL   94

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425383

**Importance of features/aspects in purchase decision: Extremely important – iPhone 14 Pro Max**

Slide 2 of 2



Value for the price paid
Apple's built-in apps
Safety features
Past experience with iPhone
I've always wanted to have an iPhone*
Physical appearance and design
Promotions or financing alternatives
Apple services
Variety of apps available in the App Store
Device size and weight (incl. height, width, depth)
Recommendations from friends, family or colleagues
n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Max buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23–Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     95

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425384

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14 Pro**
Slide 1 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Battery life | | | | | | | | | | | | | | | |
| Reliability (no crashing/freezing/lagging) | | | | | | | | | | | | | | | |
| Security and privacy of your information | | | | | | | | | | | | | | | |
| Performance/speed (fast) | | | | | | | | | | | | | | | |
| High quality camera | | | | | | | | | | | | | | | |
| Durability (resistant to shattering/scratching) | | | | | | | | | | | | | | | |
| High quality display | | | | | | | | | | | | | | | |
| Ease of use | | | | | | | | | | | | | | | |
| Works well with other Apple products | | | | | | | | | | | | | | | |
| Value for the price paid | | | | | | | | | | | | | | | |
| Capacity/amount of storage space | | | | | | | | | | | | | | | |
| Past experience with iPhone | | | | | | | | | | | | | | | |
| 5G capability | | | | | | | | | | | | | | | |
| Able to use the latest iOS | | | | | | | | | | | | | | | |
| Apple's built-in apps | | | | | | | | | | | | | | | |
| Being ready for 5G speed coming in the future | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

% 10 20 30 40 50 60 70 80 90 100

Base: iPhone 14 Pro buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425385

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14 Pro**
Slide 2 of 2



Base: iPhone 14 Pro buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw
this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     97

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425386

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14 Plus**
Slide 1 of 2



Reliability (no crashing/freezing/lagging)
Battery life
Security and privacy of your information
Performance/speed (fast)
Durability (resistant to shattering/scratching)
Ease of use
High quality display
Screen size
High quality camera
Value for the price paid
Works well with other Apple products
5G capability
Device size and weight (incl. height, width, depth)
Able to use the latest iOS
Capacity/amount of storage space
Being ready for 5G speed coming in the future

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Plus buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     98

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425387

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14 Plus**
Slide 2 of 2



Experiencing 5G speed available immediately*
Promotions or financing alternatives
Safety features
Specific [MODEL] features or functionality
Past experience with iPhone
Physical appearance and design
Apple's built-in apps
I've always wanted to have an iPhone*
Variety of apps available in the App Store
Apple services
Recommendations from friends, family or colleagues
n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Plus buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     99

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425388

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14**
Slide 1 of 2



Battery life
Reliability (no crashing/freezing/lagging)
Security and privacy of your information
Performance/speed (fast)
Durability (resistant to shattering/scratching)
Ease of use
High quality display
Capacity/amount of storage space
Works well with other Apple products
Value for the price paid
High quality camera
Able to use the latest iOS
Past experience with iPhone
5G capability
Apple's built-in apps
Safety features

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    100

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425389

**Importance of features/aspects in purchase decision: Extremely important - iPhone 14**

Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Being ready for 5G speed coming in the future | | | | | | | | | | | | | | | |
| Experiencing 5G speed available immediately* | | | | | | | | | | | | | | | |
| Promotions or financing alternatives | | | | | | | | | | | | | | | |
| I've always wanted to have an iPhone* | | | | | | | | | | | | | | | |
| Apple services | | | | | | | | | | | | | | | |
| Variety of apps available in the App Store | | | | | | | | | | | | | | | |
| Physical appearance and design | | | | | | | | | | | | | | | |
| Device size and weight (incl. height, width, depth) | | | | | | | | | | | | | | | |
| Specific [MODEL] features or functionality | | | | | | | | | | | | | | | |
| Screen size | | | | | | | | | | | | | | | |
| Recommendations from friends, family or colleagues | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    101

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425390

**Importance of features/aspects in purchase decision: Extremely important**

Slide 1 of 2



Battery life
Reliability (no crashing/freezing/lagging)
Security and privacy of your information
Performance/speed (fast)
Durability (resistant to shattering/scratching)
Ease of use
High quality display
High quality camera
Works well with other Apple products
Value for the price paid
Able to use the latest iOS
Capacity/amount of storage space
5G capability*
Safety features*
Past experience with iPhone
Being ready for 5G speed coming in the future*

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     102

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425391

**Importance of features/aspects in purchase decision: Extremely important**
Slide 2 of 2



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |

Apple's built-in apps
I've always wanted to have an iPhone*
Experiencing 5G speed available immediately*
Screen size
Promotions or financing alternatives
Specific [MODEL] features or functionality
Device size and weight (incl. height, width, depth)
Physical appearance and design
Apple services
Variety of apps available in the App Store
Home button*
Recommendations from friends, family or colleagues

n=

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone buyers or had say in purchase decision
Q254/Q255: How important were each of these [features/aspects] in your decision to get the [MODEL]?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand. Starting FY20-Q1, only those randomly (50%) assigned to Group 1 saw this question. Response options have been abbreviated for reporting.  *Sample size varies
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL   103

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425392



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Size perceptions – Flagship iPhone**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 26652 | 3084 | 3419 | 2388 | 2757 | 2878 | 1804 | 312 | 2437 | 768 | 1895 | 1288 | 552 | 1807 | 1263 |

Base: (NOT is a B/C short survey) and Flagship iPhone owners
Q43: Do you feel the overall size of your (MODEL) is small, just about right, or big?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    105

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425394

**Size perceptions - iPhone 14 Pro Max**



Big (net)
Small (net)

| 100% |
| 80% |
| 60% |
| 40% |
| 20% |

■ Way too big
■ Somewhat big
■ Just about right
■ Somewhat small
■ Way too small

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 6072 | 878 | 836 | 453 | 584 | 506 | 618 | 114 | 205 | 118 | 491 | 119 | 259 | 396 | 495 |

Base: (NOT is a B/C short survey) and iPhone 14 Pro Max owners
Q43: Do you feel the overall size of your (MODEL) is small, just about right, or big?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Size perceptions - iPhone 14 Pro**



Big (net)
Small (net)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
| n= | 7191 | 798 | 667 | 589 | 1064 | 831 | 763 | 107 | 503 | 446 | 463 | 141 | 126 | 327 | 366 |

■ Way too big
■ Somewhat big
■ Just about right
■ Somewhat small
■ Way too small

Base: (NOT is a B/C short survey) and iPhone 14 Pro owners
Q43: Do you feel the overall size of your {MODEL} is small, just about right, or big?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425396

**Size perceptions – iPhone 14 Plus**



Base: (NOT is a B/C short survey) and iPhone 14 Plus owners
Q43: Do you feel the overall size of your {MODEL} is small, just about right, or big?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425397



**Size perceptions – iPhone 14**

Base: (NOT is a B/C short survey) and iPhone 14 owners
Q43: Do you feel the overall size of your (MODEL) is small, just about right, or big?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425398



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425399

**Age - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 26853 | 3101 | 3440 | 2396 | 2765 | 2896 | 1849 | 324 | 2440 | 773 | 1912 | 1311 | 559 | 1813 | 1274 |

Base: Flagship iPhone owners and buyers
DEM_Age: What is your age?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425400

**Age – All Models**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 41107 | 4710 | 5437 | 3467 | 3704 | 3397 | 2117 | 445 | 5282 | 1011 | 2855 | 1830 | 822 | 3878 | 2152 |

Base: iPhone owners and buyers
DEM_Age: What is your age?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425401

**Gender - Flagship iPhone**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 26853 | 3101 | 3440 | 2396 | 2765 | 2896 | 1849 | 324 | 2440 | 773 | 1912 | 1311 | 559 | 1813 | 1274 |

Legend: Prefer to self-describe / Female / Male

Base: Flagship iPhone owners and buyers
DEM_GEN: What is your gender?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425402

**Gender – All Models**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| n= | 41107 | 4710 | 5437 | 3467 | 3704 | 3397 | 2117 | 445 | 5282 | 1011 | 2855 | 1830 | 822 | 3878 | 2152 |

Base: iPhone owners and buyers
DEM_GEN: What is your gender?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425403

**Student status - Flagship iPhone**



| | No | Yes, part-time student | Yes, full-time student |
|---|---|---|---|

| n= | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26853 | 3101 | 3440 | 2396 | 2765 | 2896 | 1849 | 324 | 2440 | 773 | 1912 | 1311 | 559 | 1813 | 1274 |

Base: Flagship iPhone owners and buyers
DEM_STDNT: Are you a student?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL   109

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425404

**Student status – All Models**



| | No | Yes, part-time student | Yes, full-time student |

Base: iPhone owners and buyers
DEM_STDNT: Are you a student?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     110

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425405

**Technology attitudes: Strongly agree - All Models**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I am a fan of Apple products | | | | | | | | | | | | | | | |
| I give advice to friends and family on which technology products to buy | | | | | | | | | | | | | | | |
| I am among the first to try new technology products and services | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone owners and buyers
DEM_TECHNO: How much do you agree or disagree with each of these statements?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL    111

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425406

**Technology attitudes: Strongly agree - iPhone 14**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I am a fan of Apple products | | | | | | | | | | | | | | | |
| I give advice to friends and family on which technology products to buy | | | | | | | | | | | | | | | |
| I am among the first to try new technology products and services | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 owners and buyers
DEM_TECHNO: How much do you agree or disagree with each of these statements?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL        X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425407

**Technology attitudes: Strongly agree - iPhone 14 Plus**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I am a fan of Apple products | | | | | | | | | | | | | | | |
| I give advice to friends and family on which technology products to buy | | | | | | | | | | | | | | | |
| I am among the first to try new technology products and services | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Plus owners and buyers
DEM_TECHNO: How much do you agree or disagree with each of these statements?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425408

**Technology attitudes: Strongly agree - iPhone 14 Pro**

| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I am a fan of Apple products | | | | | | | | | | | | | | | |
| I give advice to friends and family on which technology products to buy | | | | | | | | | | | | | | | |
| I am among the first to try new technology products and services | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPhone 14 Pro owners and buyers
DEM_TECHNO: How much do you agree or disagree with each of these statements?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425409

**Technology attitudes: Strongly agree - iPhone 14 Pro Max**



| | WW-Total | US | UK | France | Germany | Italy | China | HK | Japan | S. Korea | Australia | India | Thailand | Brazil | Mexico |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I am a fan of Apple products | | | | | | | | | | | | | | | |
| I give advice to friends and family on which technology products to buy | | | | | | | | | | | | | | | |
| I am among the first to try new technology products and services | | | | | | | | | | | | | | | |
| n= | | | | | | | | | | | | | | | |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPhone 14 Pro Max owners and buyers
DEM_TECHNO: How much do you agree or disagree with each of these statements?
Note: Arrows denote significant difference from FY23-Q3. WW Total reflects surveyed countries only, which comprise 77% of iPhone 14 flagship demand.
Source: iPhone Buyer FY23-Q4

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425410



# iPhone Buyer

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

For further information on this presentation, contact:

| | | |
|---|---|---|
| Jeff Mann-Stock | Prianka Chopra | Tom Wilson |
| jmannstock@apple.com | prianka_chopra@apple.com | twilson6@apple.com |

Apple Market Research and Analysis

APPLE CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_11425411