# EXHIBIT 14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**

# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | **No. 4:11-cv-06714-YGR**<br><br><br><br>**Hon. Yvonne Gonzalez Rogers** |

EXPERT REPORT OF
## M. KEITH CHEN, PH.D.

**MARCH 7, 2025**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

CONTENTS

I. Introduction ....................................................................................................................1

    I.A. Qualifications ......................................................................................................1

    I.B. Assignments........................................................................................................3

    I.C. Summary of Opinions.........................................................................................4

II. Apple's iOS Ecosystem..................................................................................................7

    II.A. iOS-Installed Mobile Devices..........................................................................8

    II.B. iOS Apps and In-App Content ........................................................................10

    II.C. The Apple App Store.......................................................................................12

III. Consumers Do Not Fully Consider the Life-Cycle Costs of Using Apple's iOS Devices When Making Their Foremarket Purchase Decisions .......................................................14

    III.A. The Economics Literature Establishes that Consumers Fail to Accurately Predict Their Own Use Patterns and Struggle with Complex Prices, and that Firms Exploit These Traits ................................................................................................................15

        III.A.1. Consumers Often Fail to Predict Their Own Future Choices and Use Patterns .17

        III.A.2. Consumers Struggle to Calculate Total Costs and to Identify the Lowest Price23

        III.A.3. Firms Have Incentives to Strategically Communicate Prices and Exploit Consumers' Impulses ................................................................................................29

    III.B. Professor Hoyer's Survey Indicates That Consumers Do Not Consider the Cost of Applications When Obtaining an iOS Device.............................................................32

    III.C. The Evolution and Variety of Apps and In-App Content Make It Difficult to Calculate Life-Cycle Costs ...............................................................................................39

        III.C.1. The Growth and Evolution of the App Store and of the Apps Themselves Make It Difficult for Consumers to Project Their Future Expenditures ...........................40

        III.C.2. The Design and Pricing Information of In-App Content Makes It Difficult to Predict Life-Cycle Costs .........................................................................................53

    III.D. Apple's App Store Purchase History Tool Illustrates Why Calculating Life-Cycle Costs Is Difficult.....................................................................................................67

IV. The Non-Monetary Costs of Switching Away from iOS Mobile Devices Are Significant ........................................................................................................................................71

    IV.A. The Economics Literature Has Established Common Reasons that Consumers Face High Switching Costs...............................................................................................72

        IV.A.1. Consumers Persistently Under-Switch Relative to Observable Costs and Benefits...................................................................................................................73

        IV.A.2. The Effort of Learning New User Interfaces Creates Consumer Lock-In .........77

    IV.B. The Results of Professor Hoyer's Survey Indicate that Consumers Face High Switching Costs......................................................................................................79

    IV.C. Apple's Closed Ecosystem Creates Consumer Lock-In .............................................84

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

IV.C.1. Apple's Integration of Products Creates Switching Costs................................86

IV.C.2. Apple's Cross-User Functionalities Create Network Effects ...........................90

IV.C.3. Apple's Apps and Online Services Create Switching Costs ............................97

IV.D. Smartphones and Other Mobile Device User Interfaces Create Switching Costs......102

**V. Evidence Indicates that Consumers Are Not Aware of Apple's Restrictions When Purchasing iOS Devices..........................................................................................111**

V.A. Professor Hoyer's Survey Results Demonstrate that Consumers Are Unaware of Apple's Restrictions on App Developers ........................................................112

V.B. Professor Hoyer's Survey Findings on Consumers' Limited Knowledge of App Developer Requirements Align with Established Academic Literature on Consumer Behavior ........................................................................................113

**Appendix A : Curriculum Vitae..............................................................................117**

**Appendix B : Materials Relied Upon .....................................................................124**

**Appendix C : In-App Purchase Prices for the Top Twenty Apps..........................151**

Figure 1: Number of Apps Available in the Apple App Store ..................................... 41

Figure 2: Annual App Store Gross Revenues from App Downloads and In-App Purchases....... 43

Figure 3: Quarterly Spending per Paid Apple Account................................................ 44

Figure 4: Share of App Store Gross Revenues by App Business Model....................... 45

Figure 5: Apple's Breakdown of App Store Billings by Business Model, 2011 to 2012............. 46

Figure 6: Apple's App Store Billings by Type, 2009 to 2012 ...................................... 47

Figure 7: Number of In-App Items Available in the Apple App Store ........................ 55

Figure 8: Listed In-App Purchase Prices for Clash of Clans ...................................... 60

Figure 9: Listed In-App Purchase Prices for TikTok.................................................. 62

Figure 10: The Number of Actions to Find Prices Using a Web Browser ................... 65

Figure 11: The Actions to Find Prices on the App Store............................................. 66

Figure 12: The Actions to Reach User Purchase History ........................................... 68

Figure 13: User Interface of the App Store's Purchase History ................................. 69

Figure 14: Factors Considered by iOS Mobile Device Users...................................... 81

Figure 15: Rating of Factors Considered by iOS Mobile Device Users....................... 83

Figure 16: Blue and Green Text Message Bubbles on iPhones.................................... 93

Figure 17: How to Answer Calls on an iPhone versus a Samsung Galaxy ................. 104

Figure 18: Comparison of Android and iPhone Primary Keyboards........................ 105

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Figure 19: Comparison of Do Not Disturb on iPhone and Samsung Galaxy ............................ 106

Figure 20: Samsung Galaxy Navigation Bar ............................................................ 108

Figure 21: Listed In-App Purchases for Apps Ranked 1-4 by App Store Revenue ................... 151

Figure 22: Listed In-App Purchases for Apps Ranked 5-10 by App Store Revenue ................. 152

Figure 23: Listed In-App Purchases for Apps Ranked 11-16 by App Store Revenue .............. 153

Figure 24: Listed In-App Purchases for Apps Ranked 17-20 by App Store Revenue .............. 154

Table 1: Survey Results on Life-Cycle Cost Estimation by Consideration of the Cost of Apps and Digital Content.......................................................................................... 35

Table 2: Survey Results on Life-Cycle Cost Estimation by Apple Device Description .............. 36

Table 3: Survey Results on Life-Cycle Cost Estimation by Whether Respondents Considered Other Brands .................................................................................................. 37

Table 4: Top Apps By Spend, 2009 to 2013.................................................................. 48

Table 5: Top Apps By Spend, 2014 to 2018.................................................................. 48

Table 6: Top Apps By Spend, 2019 to 2023.................................................................. 49

Table 7: Consumer Consideration of Apple Product Interoperability by Apple Watch Ownership .................................................................................................................. 84

Table 8: Characteristics of In-App Purchase Listings for the Top 20 Apps by Revenue........... 156

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# I. Introduction

## I.A. Qualifications

1. My name is M. Keith Chen, and I am a Professor of Behavioral Economics and Strategy at the University of California, Los Angeles ("UCLA") Anderson School of Management, a position I have held since 2013. Since 2021, I have also held the Bing and Alice Liu Yang Endowed Term Chair in Management and Innovation. In addition, I am a board member of the UCLA Institute for Digital Research and Education. From 2003 to 2013, I served as an Assistant Professor and Associate Professor of Economics at the Yale School of Management. I received my Ph.D. in Economics from Harvard University in 2003, and I hold an undergraduate degree in Mathematics from Stanford University.

2. Outside of my position at UCLA, I am a Team Scientist at the University of Pennsylvania's Behavioral Change for Good Initiative and an Associate Editor of *Behavioral Science and Policy*, a peer-reviewed journal for research in cognitive, social, organizational, and management science topics. I held a position on the Board of Reviewing Editors at *Science* from 2020 until 2023. I am also an Advisory Board Member of the technology startup Passport Labs, Inc., and was formerly the Head of Economic Research at Uber Technologies where I designed Uber's surge pricing model.

3. My research is in behavioral economics with a focus on individual choice behavior. I study the cognitive forces that drive a person's decision-making process when making important economic choices. This includes, for example, employing research findings and methodological tools from biology, psychology, and linguistics to study how people form their beliefs and preferences, make saving and investment decisions, and choose how and when to work. More broadly, behavioral economics is a field of study that incorporates concepts from other sciences into economic models to better understand people's actions, and to base policy decisions on more realistic and grounded models of human psychology, values, and behavior. Framed differently, behavioral economics attempts to explicitly ground economic analyses on a broad set of social-scientific insights on humans, including their limitations and complexities.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

4. Many of the ideas formalized in modern behavioral economics build on themes that were studied and discussed by early economic thinkers. For example, Adam Smith wrote about overconfidence, self-control, and the idea that losses feel more impactful than equivalent gains—a concept now commonly referred to as loss aversion.[1] The field of economics often abstracted away from these ideas for much of the mid-20th century, focusing instead on simplified models of cognitively unbounded decision makers and equilibrium behavior.[2] However, modern economics has refocused on human phenomena like loss aversion, present bias, and regard for others, making behavioral economics more of a continuation of the intellectual tradition of economics than a deviation.

5. Early contributions of behavioral economics include concepts like bounded rationality, which recognizes that individuals make their choices while navigating the limits of their mental resources, available information, and available time.[3] Later research has found that individuals navigate these limits by relying on heuristics—mental shortcuts that simplify complex decisions. These shortcuts can lead to "biases." In behavioral economics, "bias" refers to how people predictably and systematically deviate from what they would do in a world without constraints on their time, cognitive effort, and attention.[4] While still evolving, insights from behavioral economics have influenced policy, finance, and marketing by finding simple but effective ways to help people make better choices.[5]

6. I have published research in numerous academic peer-reviewed journals spanning multiple fields, including economics, psychology, management science, and political science. My peer-reviewed works have appeared in *Science*, the *Journal of Political Economy*, the *American Economic Review*, the *Proceedings of the National Academy of Sciences*, the *Review of Economics and Statistics*, the *American Law and Economic Review*, *Management Science*, the

---

[1] *See* Richard H. Thaler, "Behavioral Economics: Past, Present, and Future," *American Economic Review* 106(7) (2016): 1577-1600, p. 1578.

[2] This focus on optimization and equilibrium is sometimes referred to as "neo-classical economics."

[3] *See* Herbert A. Simon, "A Behavioral Model of Rational Choice," *Quarterly Journal of Economics* 69(1) (1955): 99-118, pp. 100-101.

[4] *See* Amos Tversky and Daniel Kahneman, "Judgment under Uncertainty: Heuristics and Biases," *Science* 185(4157) (1974): 1124-1131.

[5] *See*, *e.g.,* Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* (112)(1) (2004): S164-S187.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

*Journal of Personality and Social Psychology,* the *Journal of Experimental Social Psychology*, the *American Political Science Review*, and the *Proceedings of the Royal Society*, among others.

7. Outside of academia, my work on political polarization, educational investment, and the effect of language on saving rates, among others, has been featured in the *New York Times*, the *Washington Post*, the *Atlantic, Scientific American*, and the *Economist*, as well as on the *PBS New Hour*, *NBC News*, the *NPR Hidden Brain Podcast, BBC News*, and *TED*.

8. Throughout my career, I have taught classes in economics, strategy, and business, including on the topics of behavioral economics, economic analysis, negotiations, and competitive strategy. I currently teach graduate-level behavioral economics, and masters-level technology analytics.

9. My complete CV is enclosed in Appendix A. I have not testified as an expert witness in deposition or trial prior to this matter.

## I.B. Assignments

10. I was retained by Counsel for the Plaintiffs ("Counsel") to provide expert testimony in the consumer class action against Apple Inc. ("Apple") regarding consumers' decision-making in the purchase or acquisition of iOS devices, iOS software applications ("apps"), and the content of the iOS software applications ("in-app content").

11. Counsel has asked me to review economic evidence and opine on several elements of this matter from a behavioral economics perspective, including:

    a. The extent to which consumers engage in and/or can engage in estimating the life-cycle pricing of their iOS device at the time of purchase;

    b. The extent to which non-monetary switching costs lock iOS device users into the iOS ecosystem; and

    c. Whether consumers were generally aware of the aftermarket restrictions when purchasing their iOS devices in the foremarket.

12. My opinions stated herein are based on my review and analysis of the data and documents provided in this matter, academic literature, publicly available information, and my education,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

training, and experience. This includes analyzing the results of the survey conducted by Professor Wayne Hoyer.[6] The full list of documents upon which I rely is attached as Appendix B. The evidence provided to date informs my opinions in this matter. My work is ongoing, and I reserve the right to modify or supplement my opinions if additional information is made available to me, or as I perform further analysis. I have been assisted in this matter by staff at The Brattle Group, an economic consulting firm, who have worked under my direction. All of my opinions are my own.

13. I am being compensated for my work on this matter at a rate of $1,000 per hour. I also receive compensation based on the billings of staff at The Brattle Group who assisted me in preparing this report. Neither my compensation nor The Brattle Group's compensation is contingent or dependent on my opinions or the outcome of this matter.

## I.C. Summary of Opinions

14. After considering the evidence in this case, relevant academic literature, and publicly available information, I have reached the following opinions:

    a. To accurately estimate life-cycle pricing for their iOS mobile device(s), a consumer would need to overcome significant cognitive costs. Life-cycle pricing refers to the total discounted cost of using a device over its lifespan, including purchases made to improve the device's performance, such as apps and in-app content. Another term for this is "life-cycle costs." To calculate life-cycle costs, consumers must (1) know what they will purchase in the future (2) have reasonably accurate ideas of the future prices of the items they will purchase, and then (3) perform the calculation to find their total expenditures over the life-cycle of a device. Several phenomena in the economics literature indicate that cognitive costs at each step of this process make it unlikely that consumers attempt this calculation, let alone perform the calculation accurately.

        i. The Economics literature establishes that consumers do not accurately predict their own future choices, even on average. Consumers tend to focus on the present while

---

[6]    Expert Report of Wayne D. Hoyer, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Hoyer Report").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

underweighting future costs and benefits, with many foregoing predictions about future consequences altogether across a wide range of decisions.

ii. Economics literature establishes that consumers struggle to calculate the total cost of a good or service when doing so requires consideration of multiple parts or prices. This is important because accurately estimating life-cycle costs requires consumers to have an accurate understanding of all prices they will ultimately pay. If consumers do not know how much they will pay for apps, in-app purchases, and subscriptions, they cannot accurately predict their own future expenditures.

iii. Evidence that consumers struggle to calculate their total costs and anticipate future spending is reflected in how firms structure their pricing. As studies have documented, firms use a variety of pricing schemes—from hidden fees to misleading pricing structures—to increase consumer spending. On digital platforms, firms design their user interface to influence consumers' choices, including in online marketplaces and app stores.

b. Consistent with the economics literature, the results of the survey conducted by Professor Hoyer indicate that a large majority of respondents do not attempt to calculate the life-cycle costs of their iOS devices.[7] This is true even for the subset of users who report considering the cost of apps and digital content when choosing an iOS mobile device.

c. The rapid growth and scope of the App Store increases the cognitive costs consumers must bear to calculate the life-cycle costs of iOS mobile devices, reducing the likelihood that they will estimate these costs accurately.

i. The Apple App Store has been a dynamic environment since its launch in 2008. The variety of content available for purchase has grown from the 500 apps at launch to millions of available apps and in-app purchase options that span most aspects of everyday life. Similarly, the amount of money consumers spend on the App Store has increased by several orders of magnitude over the same time frame. These changes make it unlikely that consumers could have predicted the types and quantities of apps they would buy in the future.

---

[7] Hoyer Report, Section III.C.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

ii.  There has been a rapid evolution of apps, particularly in the shift to in-app purchases as the dominant monetization strategy. The evolving volume and diversity of pricing strategies (e.g., paid downloads, in-app currencies, etc.) of in-app purchases makes it difficult for consumers to accurately calculate how purchases translate to discounted life-cycle costs. Furthermore, pricing information is costly to obtain and not always transparent.

iii.  Apple provides a tool called "Purchase History" on the App Store that displays a consumer's purchases over time. However, this tool does not eliminate the difficulty of calculating life-cycle costs.

d.  There are significant non-monetary switching costs that keep consumers locked-in to the Apple ecosystem once they obtain an iOS mobile device. Academic evidence, the results of Professor Hoyer's survey, and documents produced in this litigation identify several non-monetary switching costs including cognitive costs, specifically:

i.  The economics literature establishes that consumers systematically switch goods and services less frequently than what the observable costs and benefits of switching would predict. This is because people must often overcome a variety of cognitive costs to switch products or services. Particularly relevant for iOS mobile devices are the costs of learning how to operate new software, the loss of access to apps and data (or the perceived loss of such access), the loss of functionality across devices, and the social costs of switching to non-iOS devices.

ii.  The results from Professor Hoyer's consumer survey establish that factors associated with the costs of switching from an Apple device to a non-Apple device are considered by the majority of respondents and are among the most influential factors in why respondents choose iOS mobile devices.

iii.  Evidence from Apple's controlled environment and from the mobile device market more generally shows that switching costs are high for iOS device users considering alternative mobile devices.

(1) Evidence shows that Apple designs its products and services to work well with other Apple products, but also designs its systems to be non-operable with non-Apple

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

products. This creates switching costs, as users lose important functionalities if they change mobile devices.

(2) Similarly, Apple's devices display "network effects"—i.e., its products become more useful as more people use them. For example, iMessage becomes more useful to a user as more of the user's contacts adopt iMessage. This in turn creates social incentives to be an Apple user.

(3) It takes time and experience to learn how to use smartphones (and mobile devices more generally). Fundamental—and seemingly simple and similar—functions operate differently on different device operating systems. When switching from one operating system to another, users must re-learn how to perform those functions and lose fluency at these tasks on devices they no longer use. This learning process generates non-monetary switching costs.

e.  Results from Professor Hoyer's survey show that consumers are unaware of aftermarket restrictions. This unawareness of aftermarket restrictions is consistent with a key insight from economic research: processing information requires effort, and people economize on that effort.

15. In the remainder of this report, I discuss in greater detail the evidence and reasoning that forms the foundation of these opinions. The report is organized as follows: in Section II I provide the background of this matter; in Section III I discuss the barriers that consumers face in trying to calculate the life-cycle costs of using iOS mobile devices; in Section IV, I discuss the switching costs consumers face using the Apple App Store; and in Section V, I discuss consumers' unawareness of the restrictions in place in the Apple App Store.

## II. Apple's iOS Ecosystem

16. In this section, I briefly discuss the relevant products and services in the Apple ecosystem, which includes iOS mobile devices, iOS apps and in-app content, and the Apple App Store, among other things. The Expert Report of Joseph E. Stiglitz[8] ("Stiglitz 2025 Report") provides more

---

[8]  Expert Report of Joseph E. Stiglitz, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Stiglitz 2025 Report").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

detailed descriptions of the case background, products, and markets at issue in this case. I rely on the Stiglitz Report for portions of the background presented in this section. The remainder of this section is organized as follows. In Section II.A I provide background information on iOS mobile devices. In Section II.B I provide background information on apps and in-app content. Finally, in Section II.C I lay out the basic facts of the Apple App Store.

## II.A. iOS-Installed Mobile Devices

17. I understand from counsel that the relevant Apple products for this matter are the iPhone, the series of "smartphones" made by Apple, and the iPad, Apple's series of "tablets."[9] I collectively refer to these as "iOS mobile devices" because both run on different versions of the same operating system: iOS. In this section, I provide a brief overview of the smartphone and tablet device categories and their shared operating system.

18. A smartphone is a mobile device that combines the functions of mobile phones with features of personal computers. Smartphones allow users to make phone calls, send text messages, access the internet, and run a wide variety of applications ("apps"). Smartphones typically include hardware and software that together enable diverse tasks such as taking photos, streaming videos and music, GPS navigation, and gaming, among other capabilities.[10]

19. A tablet is a portable touchscreen device similar to a smartphone, but with a larger screen size. Tablets offer a mix of functions typically performed by smartphones or laptop computers, including video streaming, note-taking, internet access, and the use of various applications, while (generally) being smaller and lighter than a laptop.[11] In addition to their larger size, tablets are distinct from smartphones in that they usually have the option to work with a keyboard and/or a "stylus" for writing or drawing. Unlike laptops, tablet keyboards are usually detachable.[12]

---

[9] Stipulation and [Proposed] Third Amended Consolidated Class Action Complaint, *In re Apple iPhone Antitrust Litigation.*, Case No. C 11-06714-YGR (N.D. Cal.), September 11, 2020, ECF No. 228 ("Third Amended Consolidated Complaint"), Exhibit A, ¶ 1.

[10] "Smartphone," *PC Mag*, https://www.pcmag.com/encyclopedia/term/smartphone.

[11] "What is a tablet?," *Lenovo*, https://www.lenovo.com/us/en/glossary/tablet/; "Media Tablet," *Gartner*, https://www.gartner.com/en/information-technology/glossary/media-tablet.

[12] *See* Stiglitz 2025 Report, Section VI.B.1.

Expert Report of M. Keith Chen, Ph.D.                              No. 4:11-cv-06714-YGR | Page 8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

20. Both the iPhone and iPad run only on Apple's proprietary iOS operating system.[13] Software and applications developed for non-iOS devices cannot be used on Apple's iOS mobile devices. Apple retains "meticulous control over both hardware and software."[14]

21. Apple has designed these iOS mobile devices to be part of its larger, closed ecosystem of Apple devices, all of which work better together than with competing, non-Apple products.[15] In addition to iOS mobile devices, the ecosystem includes MacBook laptop computers, smart devices such as the Apple TV, and HomePod Speakers, and peripherals like the Apple Watch and AirPods (Apple's wireless earbuds). Certain hardware is available exclusively to Apple users, such as Apple's lightning chargers. Other products have limited functionality if not connected with other Apple products. For example, the Apple Watch must be paired with an iPhone for the initial set-up and to access the full suite of functions, and its functions are limited if users try to pair it with a non-Apple device.[16] Similarly, certain software, such as iMessage,[17] AirDrop,[18] and the FaceTime app,[19] are exclusive to Apple Products.

---

[13] While the first generations of Apple's iPad functioned with Apple's mobile iOS, the same OS as the iPhone, since 2019 they run on iPadOS, a version of iOS system optimized for tablets. *See* Abhishek Jariwala, "Everything Announced at the Apple WWDC 2019 Conference: iPadOS, Mac Pro, iOS 13, MacOS Catalina and More…," *TrueTech*, June 4, 2019, https://true-tech.net/everything-announced-apple-wwdc-2019-conference-ipados-mac-pro-ios-13-macos-catalina/. *See also,* "iPadOS," *Apple*, accessed via the *Internet Archive Wayback Machine* captured December 15, 2019, https://web.archive.org/web/20191215132752/https://www.apple.com/ipados/.

[14] "The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

[15] Deposition of Timothy Cook, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021, 71:15-72:6. In the context of discussing Apple devices and the iOS ecosystem, Mr. Cook states: "And the fact is that they [Apple's devices] work together seamlessly. That's always our objective, is to make them work together."

[16] Noah Walker, "Can You Use Apple Watch with Android Phones?," *SimplyMac*, July 19, 2024, https://www.simplymac.com/apple-watch/can-you-use-apple-watch-with-android. *See also*, Michael Archambault, "How to Use Apple Watch With an Android Smartphone," *Lifewire*, March 19, 2024, https://www.lifewire.com/connect-apple-watch-to-android-4175370.

[17] Sam Costello, "Android Finally Meets iMessage: The Easy Setup You Need," *Lifewire*, October 21, 2024, https://www.lifewire.com/how-to-use-imessage-android-4174310.

[18] Jamie Richards, "The EU could force Apple to put AirDrop and AirPlay on Android phones," *TechRadar*, December 19, 2024, https://www.techradar.com/phones/iphone/the-eu-could-force-apple-to-put-airdrop-and-airplay-on-android-phones.

[19] I note that in 2021, Apple made it possible for Android and Windows users to join FaceTime calls initiated by Apple users—however, they cannot download the FaceTime app, nor can they initiate FaceTime calls. *See* Sareena Dayaram and Patrick Holland, "Yes, You Can Join Apple FaceTime Calls From an Android Phone or PC. Here's How," *CNET*, January 26, 2025, https://www.cnet.com/tech/mobile/yes-you-can-join-apple-facetime-calls-from-an-android-phone-or-pc-heres-how/. *See also*, "Join a FaceTime call from an Android or Windows device," *Apple*, June 30, 2024, https://support.apple.com/en-us/109364.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

22.   In particular, the closed iOS ecosystem allows for networking functions between Apple devices. Apps and in-app purchases, passwords, contacts, calendars, devices and personal locations, and photos can be automatically shared across Apple devices. Apple enables this through different software features, such as iCloud for storing data, iCloud Keychain for storing passwords, and location tracking through Find My iPhone.[20] For some of these services, like iCloud storage, Apple offers improved functionality (e.g., larger storage capacity) at an extra cost. This interconnectivity between hardware and software only works within Apple's closed ecosystem; it cannot be fully replicated when using Apple and non-Apple products.[21]

## II.B. iOS Apps and In-App Content

23.   With the release of the iPhone 3G in 2008, Apple introduced the App Store, allowing users to access third-party "native applications," or "apps."[22] Native applications are applications that are downloaded directly to the user's device, and are coded to work directly with a device's operating system, as opposed to requiring some type of intermediate software between the application and the operating system, such as a web browser.[23] All apps offered on the App Store are native apps.[24] These apps provide a wide array of functionality for smartphones over traditional cellphones. Users search for and download apps made for iOS mobile devices via the Apple App Store.

24.   At the time Apple launched the App Store, apps were either (1) entirely free to download and use, or (2) required an up-front payment to download and access the full app; consumers did not engage in monetary transactions after they installed the app.[25] In 2009, Apple introduced "in-app

---

[20]   Stiglitz 2025 Report, Section II.A.

[21]   Flynn Lo Faro, "Apple Ecosystem Explained: Why It's So Hard to Leave," *Apple Scoop*, September 23, 2024, https://applescoop.org/story/apple-ecosystem-explained-why-its-so-hard-to-leave. *See also,* Miguel G., "Understanding Apple device ecosystem," *BackMarket*, September 18, 2024, updated February 3, 2025, https://www.backmarket.com/en-us/c/tech-education/understanding-apple-ecosystem.

[22]   "Apple Introduces the New iPhone 3G," *Apple Newsroom*, June 9, 2008, https://www.apple.com/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/.

[23]   Jonathan Tarud, "Mobile Apps vs Web Apps: What's The Difference?," *Koombea*, December 5, 2023, updated January 3, 2025, https://www.koombea.com/blog/difference-between-mobile-apps-and-web-apps/.

[24]   Jonathan Tarud, "Mobile Apps vs Web Apps: What's The Difference?," *Koombea*, December 5, 2023, updated January 3, 2025, https://www.koombea.com/blog/difference-between-mobile-apps-and-web-apps/.

[25]   Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

purchases."[26] This allowed users to have "the choice of buying content, subscriptions and digital services from directly inside their apps."[27] From within a particular app, users can perform in-app purchases to "pay for virtual goods—like premium content, digital goods, and subscriptions—securely within [an] app," regardless of the device on which it runs.[28]

25.  Apple defines four types of in-app content that can be offered as in-app purchases:

- *Consumable* content like lives or gems in a game. After purchase, consumable content depletes as people use it. Once depleted, the consumer much repurchase the content to use it again.

- *Non-consumable* content like premium features in an app. Purchased non-consumable content does not expire.

- *Auto-renewable subscriptions* to virtual content, services, and premium features in your app on an ongoing basis. An auto-renewable subscription continues to automatically renew at the end of each subscription period until people choose to cancel it.

- *Non-renewing subscriptions* to a service or content that lasts for a limited time, like access to an in-game battle pass. People purchase a non-renewing subscription each time they want to extend their access to the service or content."[29]

26.  App developers can monetize their apps in a variety of ways, which I group into four broad business models, following the conventions in the Expert Report of Minjae Song[30] ("Song 2025

---

[26]  Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

[27]  "Apple Announces Over 100,000 Apps Now Available on the App Store," *Apple*, November 4, 2009, https://www.apple.com/newsroom/2009/11/04Apple-Announces-Over-100-000-Apps-Now-Available-on-the-App-Store/. *See also,* Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

[28]  "In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

[29]  "In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

[30]  Expert Report of Minjae Song, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Song 2025 Report").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Report"). First, many apps collect no revenue directly from the App Store.[31] They are free to download and do not offer any in-app purchases through Apple's payment processing system. Developers may monetize these apps outside the App Store by relying on advertising revenue (e.g., some social networking apps), enabling the sale of "real-world" goods and services (e.g., storefronts like Amazon, or ride-hailing apps like Uber), or they may be provided without monetization as complements to an app provider's main business (e.g., banking apps).[32]

27. The three remaining business models involve the monetization of apps directly through the App Store. These three models involve different combinations of the two monetization mechanisms that Apple provides: paid app downloads with an upfront purchase price, and paid in-app content or goods that are purchased after downloading and installing an app. As I discuss in Section III.C.1 below, the specific mix of these mechanisms that app developers have used to monetize their apps in the U.S. has evolved over time. Following the conventions of the Song 2025 Report, the combinations are characterized in the following ways:[33]

- "Paid Download Only" apps: Paid apps without in-app purchases.

- "Free Download IAP" apps: Free apps with in-app purchases.

- "Paid Download IAP" apps: Paid apps with in-app purchases.

28. Subscription apps that are free to download are grouped with Free Download IAP apps. As I discuss in Section III.C.1 below, Free Download IAP apps have been the main source of App Store revenues since 2012.[34]

## II.C. The Apple App Store

29. The only source from which iOS device users can reliably download and install iOS apps is the Apple App Store. Through its Developer Program License Agreement ("DPLA") and its "App

---

[31] *See, e.g.*, APL-APPSTORE_09339646, at -655, "App Store Year-End Review" presentation dated January 16, 2014, including a "Catalog Breakdown by Revenue Model," table showing that the App Store offered 574,000 free apps.

[32] *See* Stiglitz 2025 Report, Section II.B.

[33] Song 2025 Report, Section II.A.

[34] Song 2025 Report, Section II.A, Figure 3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Store Review Guidelines," Apple strictly controls which apps are available on the App Store, and, among other restrictions, prevent developers from establishing third-party app stores.[35] Similarly, Apple prohibits its iOS mobile device users from installing applications through any means outside the Apple App Store through its end-user software license agreement.[36,37]

30.  Apple requires developers to sell apps for use on iOS mobile devices exclusively on the App Store.[38] Similarly, Apple requires that developers use Apple's In-App Purchase ("IAP") payment system to process sales of in-app digital content purchased within the app.[39] Apple collects revenue from these sales primarily through a commission it levies on all App Store transactions.[40] With limited exceptions, app developers are required to pay Apple thirty percent of the proceeds of every sale of an app or in-app content on the App Store.[41]

---

[35]  Stiglitz 2025 Report, Section III.A. and Section III.B.

[36]  "You may access our Services only using Apple's software, and may not modify or use modified versions of such software." Note that Apple includes the App Store in its definition of "Services." *See* "Apple Media Services Terms and Conditions," *Apple*, https://www.apple.com/legal/internet-services/itunes/.

[37]  Users can download apps from outside the App Store if a phone is "jailbroken," which is a process for circumventing Apple's software restrictions. However, this is a practice that Apple recommends against. *See, e.g.*, Deposition of Ron Okamoto, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 16, 2020, 71:18-21 ("Q. Do you agree that consumers can't download an iOS App from any form other than the App Store? A. Consumers can, but it would entail jailbreaking their phone.") and 72:8-12 ("Q. … The consumers cannot download any iOS Apps from any other forum other than the App Store and we're excluding jailbreaking and web browsers such as the Safari application. A. Yes."); Deposition of Scott Forstall, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, March 8, 2021, 89:11-25 ("THE WITNESS: The danger with jailbreaking is, it breaks down, depending on how it's done, potentially all of the consumer protections build into the operating systems ... it has the very dangerous and significant downsides for consumers of opening their phone up to potential viruses or malware.").

[38]  APL-APPSTORE_00000055, at -081 ("Q: Isn't the fact that Apple is going to be the exclusive distributor for all these applications raise some questions about monopolies and so forth? What if a developer doesn't want to distribute through the App Store? S [Steve Jobs]: Then they won't be able to distribute their app on the iPhone…"); APL-APPSTORE_09811613, at -624-625.

[39]  *See* "App Review Guidelines," *Apple Developer*, Section 3.1.1 (In-App Purchase), https://developer.apple.com/app-store/review/guidelines/ ("If you want to unlock features or functionality within your app, (by way of example: subscriptions, in-game currencies, game levels, access to premium content, or unlocking a full version), you must use in-app purchase. Apps may not use their own mechanisms to unlock content or functionality[.]").

[40]  "Apple Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

[41]  Stiglitz 2025 Report, Section II.C.1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## III. Consumers Do Not Fully Consider the Life-Cycle Costs of Using Apple's iOS Devices When Making Their Foremarket Purchase Decisions

31.   In this section, I provide economic evidence on the extent to which consumers accurately estimate the life-cycle costs of their iOS device when purchasing their device in the foremarket. In particular, I focus on the costs users incur related to the purchase of apps, in-app content, and subscriptions, although purchases of peripherals (e.g., Apple-branded headphones) or accessories (e.g., charging cables) are also part of life-cycle costs. As a general matter, life-cycle costs include the initial purchase price of a good (e.g., an iPhone) and all subsequent costs associated with the good—including utilization costs (e.g., apps and in-app purchases), information costs, maintenance, repair, technological enhancements, etc.[42]—for the entire period the device is in use before being replaced or discarded.

32.   The evidence in this matter supports the conclusion that a large majority of consumers neither consider nor attempt to estimate life-cycle costs when purchasing an iOS device, let alone estimate them accurately. Below, I outline the costs that consumers encounter, which hinder their willingness and ability to accurately estimate the life-cycle costs of using an iOS device. The remainder of this section is organized as follows.

33.   In Section III.A, I begin by presenting evidence from relevant economic studies on consumer behavior and corresponding firm responses. The academic literature on consumer behavior establishes that consumers typically do not engage in the tasks necessary to calculate life-cycle costs of products like iPhones and iPads, and if they do, they estimate those costs with less accuracy and with less precision than they realize.[43] As a result, firms have a profit motive to design systems that exploit these tendencies.

34.   In Section III.B, I analyze the results of a survey conducted by Professor Hoyer. The survey responses indicate that the majority of consumers do not consider the cost of apps and in-app

---

[42]   Gregory T. Gundlach, "Aftermarkets, systems, and antitrust: A primer," *Antitrust Bulletin* 52(1) (2007): 17-29, p. 25.

[43]   In this instance, I use "accuracy" to refer to how close estimates are, on average, to the truth. I use "precision" to refer to how estimates range from the truth. For instance, it is possible to be "accurate" (i.e., average estimates are close to the truth) while having low precision (i.e., individual estimates vary widely).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

purchases when they obtain their iOS mobile device. These survey results also show that few consumers attempt to estimate the life-cycle costs associated with apps and in-app purchases when purchasing their device.

35.  In Section III.C, I document the rapid and persistent growth, evolution, and variety of apps and in-app content available on the App Store, demonstrating that even the minority of consumers who may attempt to estimate life-cycle costs could not do so accurately when purchasing their first iPhone or iPad, nor at the time of subsequent purchases. Finally, in Section III.D, I describe Apple's "Purchase History Tool" and show that the tool does not alleviate the cognitive costs of estimating future expenditures.

## III.A. The Economics Literature Establishes that Consumers Fail to Accurately Predict Their Own Use Patterns and Struggle with Complex Prices, and that Firms Exploit These Traits

36.  To calculate life-cycle costs, consumers must (1) know what they will purchase in the future (2) have reasonably accurate ideas of the future prices of the items they will purchase, and then (3) perform the calculation to predict their total discounted expenditures over the life-cycle of a device. All of this depends on each consumer's ability to accurately predict future events, which is made even more difficult by newly emerging and rapidly evolving technology. In addition, several phenomena in the economics literature highlight that consumers face significant barriers that inhibit their ability to predict these life-cycle costs. Indeed, economists characterize the task of projecting future-looking saving and consumption decisions as difficult, "even for an economist."[44] To illustrate how this concept applies to life-cycle costs for iOS devices, I begin by discussing two broad behavioral patterns observed across numerous real-word contexts and product categories.

37.  First, consumers generally struggle to accurately predict their own future choices and use patterns. Predicting future choices—for example, how much they will spend on in-app content or which apps they will purchase—is a prerequisite to calculating life-cycle costs. If consumers do

---

[44]  *See* Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* 112(1) (2004): S164- S187, p. S165.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

not accurately predict their own future choices, then they cannot accurately predict the life-cycle costs of iOS devices. I provide more details in Section III.A.1 and Section III.C.

38. Second, there are costs that consumers must bear to identify and choose the best price, and these costs can reduce the willingness and ability of consumers to do so. For example, businesses can present multiple pricing components for a single good or service—a hotel may break up the total cost of a stay into a per-night price, various site fees, and taxes. In these instances, consumers must expend effort to calculate the cost of each option, then compare total costs across available alternatives. Because accurate calculations and comparisons are cognitively costly, consumers often do not perform these steps and inadvertently select more expensive options as a result.

39. These phenomena represent important barriers to the calculation of the life-cycle costs of iOS mobile devices. The App Store provides a multitude of purchase options (both in terms of apps and in-app purchases) and multiple pricing mechanisms (e.g., pay-to-download, subscriptions, etc.). Given the time horizon of a device's life-cycle[45] and the quantity of information consumers must process over that horizon, it is unlikely that they calculate the life-cycle costs of iOS mobile devices or do so accurately at the time of the device purchase. I provide more details in Section III.A.2 and Section III.C.

40. Finally, because it is costly for consumers to predict their own usage patterns and perform the calculations and comparisons necessary to choose the best price, firms have an incentive to increase the cognitive costs consumers face when discovering, computing, and comparing prices. Studies document firms' incentives to "shroud" their prices through implementing complicated pricing structures, obscuring pricing information, and not informing consumers of prices until deep into a purchase flow (e.g., by hiding fees until checkout).[46] For example, a firm might make pricing details difficult or inconvenient to find by disclosing them in a long, dense document. When firms engage in this type of behavior, it reinforces the difficulty for consumers to

---

[45] The average length of ownership of an iPhone is 2-2.5 years. *See* APL-APPSTORE_10340283, at -319; APL-APPSTORE_10849849, at -921.

[46] *See* Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540, p. 512 ("[A] shrouded attribute is a product attribute that is hidden by a firm, even though the attribute could be nearly costlessly revealed. … Shrouded attributes may include surcharges, fees, penalties, accessories, options, or any other hidden feature of the ongoing relationship between a consumer and a firm.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

accurately forecast life-cycle costs. I provide more details on how firms obfuscate costs in Section III.A.3. I discuss the information costs faced by iOS mobile device users in Section III.C.2.

### III.A.1. Consumers Often Fail to Predict Their Own Future Choices and Use Patterns

41. As discussed, accurately forecasting the life-cycle costs of iOS devices is challenging for consumers, as it requires predicting future choices and usage habits. Historically, most neoclassical economic models assume that people seamlessly incorporate all relevant information to form accurate expectations.[47] Much of the modern economics literature, however, takes a more nuanced approach. Studies spanning a variety of different contexts and product types, from the relatively simple prediction of snack preferences to the more cognitively costly task of financial decision making, show that people persistently do not make accurate predictions of their own behavior. Taken together, the depth and breadth of the literature indicates that consumers face similar challenges in the context of iOS devices and App Store purchases.

42. A notable example comes from a study on recurring subscriptions. The study found that consumers often continue paying for subscriptions they no longer value.[48] Based on credit card transaction data, there were significantly more subscription cancellations in months when consumers were forced to update billing information (i.e., when a credit card linked to a subscription expired).[49] The spike in cancellations that occurred when a consumer's attention was required indicates that many consumers had passively maintained costly subscriptions, likely due to inattentiveness or inertia.[50] In addition, consumers who were less financially sophisticated showed a greater cancellation spike. This suggests that many consumers sign up for subscriptions, overestimating their ability to cancel if and when their usage or interest waned. These findings also show that firms have an incentive to shift to an auto-renewal subscription

---

[47]  *See*, *e.g.*, John F. Muth, "Rational Expectations and the Theory of Price Movements," *Econometrica* 29(3) (1961): 315-335.

[48]  Liran Einav, Benjamin Klopack, and Neale Mahoney, "Selling Subscriptions," *American Economic Review (forthcoming)* ("Selling Subscriptions").

[49]  Selling Subscriptions, pp. 1-2.

[50]  *See, generally,* Selling Subscriptions.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

model to exploit consumers who do not correctly predict their own future behavior; on average, auto-renewal nearly doubles revenues.[51]

43. Similar patterns have been observed in the context of cell phone plans. A study on consumer overconfidence found that most users overestimated how precisely they could predict their monthly usage.[52] Because most users did not fully recognize how much their usage naturally would vary month to month, they selected plans with expensive overage charges and spent more than necessary as a result.[53] The frequency with which consumers made this mistake and the magnitude of the resulting financial penalties indicate that consumers are largely unable to accurately predict their future usage, and are generally unaware of this inability.[54] Furthermore, this type of misprediction rationalizes why firms design complex contracts (e.g., including overage charges on top of a variety of other fees).[55]

44. Studies have shown how people struggle to accurately predict their future choices in many other consumer contexts, including food consumption,[56] credit card usage,[57] gym membership,[58] and avoiding unpleasant tasks.[59] Below, I provide some illustrative findings from these studies.

- In a controlled laboratory experiment, participants were asked to predict the snack they would choose one week later. When making their choice, less than half of the participants made accurate predictions.[60] Despite this low accuracy, participants reported high confidence

---

[51]  *See* Selling Subscriptions, p. 2.

[52]  Michael D. Grubb, "Selling to Overconfident Consumers," *American Economic Review* 99(5) (2009): 1770-1807 ("Selling to Overconfident Consumers").

[53]  Selling to Overconfident Consumers, pp. 1798-1799.

[54]  Selling to Overconfident Consumers, pp. 1798-1799.

[55]  Selling to Overconfident Consumers, pp. 1770-1771.

[56]  Linda Thunström, Jonas Nordstrom, and Jason F. Shogren, "Certainty and Overconfidence in Future Preferences for Food," *Journal of Economic Psychology* 51 (2015): 101-113 ("Certainty and Overconfidence in Future Preferences for Food").

[57]  Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81.

[58]  Stefano DellaVigna and Ulrike Malmendier, "Paying Not to Go to the Gym," *American Economic Review* 96(3) (2006): 694-719 ("Paying Not to Go to the Gym").

[59]  Ned Augenblick and Matthew Rabin, "An Experiment on Time Preference and Misprediction in Unpleasant Tasks," *Review of Economic Studies* 86(3) (2019): 941-975 ("An Experiment on Time Preference and Misprediction in Unpleasant Tasks").

[60]  *See* Certainty and Overconfidence in Future Preferences for Food.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

in their predictions.[61] These findings highlight a significant gap between participants' perceived ability to predict their future behavior and their actual accuracy.[62]

- Another study on food choices further highlighted consumers' unawareness of the predictable changes in their consumption patterns in response to hunger.[63] Similar to the study described above, participants in a field experiment selected between healthy and unhealthy snacks, one week ahead of when they would receive them. When the time came to consume their chosen snack, participants could change their previous selection, and many did so—typically switching to less healthy options.[64] The study also varied the participants' hunger levels at the time of choosing, and found both that currently hungry people chose less healthy future snacks than satiated choosers, and that both hungry and satiated people fail to fully anticipate how future hunger would shift their future choices.[65]

- A study on credit card borrowing found that consumers may not fully anticipate how much they will borrow in the future.[66] The study compared acceptance rates for two types of credit card offers: one with a low introductory ("teaser") interest rate for six months and another with a higher introductory teaser rate, but valid for twelve months. The first offer had a significantly higher acceptance rate, even though most consumers kept borrowing on this card past the six-month introductory window.[67] As a result, they accrued more interest than they would have with the longer introductory offer. This suggests that these consumers underestimated their future borrowing and ended up carrying more debt than expected.[68]

---

[61]    *See* Certainty and Overconfidence in Future Preferences for Food.

[62]    *See* Certainty and Overconfidence in Future Preferences for Food.

[63]    *See* Daniel Read and Barbara Van Leeuwen, "Predicting Hunger: The Effects of Appetite and Delay on Choice," Organizational Behavior and Human Decision Processes 76(2) (1998): 189-205 ("Predicting Hunger").

[64]    *See* Predicting Hunger, Table 1.

[65]    *See* Predicting Hunger.

[66]    Haiyan Shui and Lawrence M. Ausubel, "Time Inconsistency in the Credit Card Market," *SSRN Electronic Journal* (May 2004).

[67]    Haiyan Shui, and Lawrence M. Ausubel, "Time Inconsistency in the Credit Card Market," *SSRN Electronic Journal* (May 2004).

[68]    An alternative explanation is that consumers anticipate that their future borrowing will be higher and prefer the shorter offer as a form of self-commitment to borrowing less after the introductory period. However, I discuss below that commitment devices are rarely observed in the field, making this explanation unlikely.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- A study of health-club usage found that people overestimated their future gym attendance, and chose contracts that did not align with their actual usage.[69] On average, participants lost $600 over the course of their memberships by signing monthly contracts rather than paying per visit. Monthly plans only provided savings when used frequently enough, but many participants did not attend often enough to make them cost-effective. This pattern was pervasive—80 percent of the participants would have been financially better off switching to a pay-per-visit membership, indicating that these participants overestimated their future gym attendance.[70] Even though they were not attending often enough to make a membership worthwhile, the majority of subjects procrastinated ending their memberships.[71]

- A study found that individuals tend to overestimate their willingness to perform unpleasant tasks for money in the future.[72] In a controlled laboratory experiment, subjects translated blurry Greek letters while listening for an auditory signal that required a button push.[73] Participants predicted how many tasks they would complete in the future, and the actual number of completed tasks was subsequently measured.[74] Comparing the two revealed a pattern of overestimation.[75]

- A field study on film rental choices found that while people selected "highbrow" films (e.g., documentaries) when choosing which DVDs to rent for the future, they tended to delay watching them and instead opted for "lowbrow" films (e.g., action films) when making immediate viewing decisions.[76] That is, they overestimated their future willingness to watch what they "should," and persistently watched what they "wanted" when the time came to choose a movie.

- Similarly, a field study of online grocery purchases found that when ordering for delivery several days in advance, consumers selected more healthy items (e.g., vegetables), but when

---

[69]    Paying Not to Go to the Gym, p. 694.

[70]    Paying Not to Go to the Gym, p. 695.

[71]    Paying Not to Go to the Gym, p. 708.

[72]    *See* An Experiment on Time Preference and Misprediction in Unpleasant Tasks.

[73]    An Experiment on Time Preference and Misprediction in Unpleasant Tasks.

[74]    An Experiment on Time Preference and Misprediction in Unpleasant Tasks, pp. 947-951.

[75]    An Experiment on Time Preference and Misprediction in Unpleasant Tasks, p. 942.

[76]    *See* Katherine L. Milkman, Todd Rogers, Max H. Bazerman, "Highbrow Films Gather Dust: Time-Inconsistent Preferences and Online DVD Rentals," *Management Science* 55(6) (2009): 1047-1059.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

ordering for sooner delivery, they shifted toward more indulgent items (e.g., ice cream). If consumers accurately anticipated their future tastes, their longer-term orders would have resembled their shorter-term ones, but the gap between the two revealed a systematic misprediction of their future preferences.[77]

45.  In addition to documenting people's inability to predict or account for their own choices and usage patterns, economic studies—including those referenced above—explore the underlying causes of this phenomenon. In particular, these results are consistent with the well-documented phenomenon of **present bias**. Present bias is the tendency to underweight future choices, costs, and benefits relative to the present.[78] Present bias can lead to discrepancies between consumers' stated intentions or preferences and their actual behavior. For example, an individual may believe that going to the gym is beneficial for long-term health and plan to go every morning. However, when the moment comes to wake up and head to the gym, she chooses to sleep in (a present benefit) rather than follow through with her plan to go to the gym and maintain her long-term health (a future benefit).

46.  Present bias explains a range of observed phenomena across myriad contexts[79] and often impacts consumers' spending more than they realize. As described above, consumers' overestimation of their future gym attendance led them to select more expensive memberships than they needed.[80] Present bias also helps explain the accumulation of credit card debt,[81] as credit cards allow consumers to make purchases immediately while deferring payment. Similarly, consumers underweight future, recurring costs, which has been documented in both consumer settings (e.g.,

---

[77]  *See* Katherine L. Milkman, Todd Rogers, Max H. Bazerman, "I'll Have the Ice Cream Soon and the Vegetables Later: A Study of Online Grocery Purchases and Order Lead Time," *Marketing Letters* 21 (2010): 17-35.

[78]  *See*, *e.g.*, David Laibson, "Golden Eggs and Hyperbolic Discounting," *Quarterly Journal of Economics* 112(2) (1997): 443-477; Ted O'Donoghue and Matthew Rabin, "Doing It Now or Later," *American Economic Review* 89(1) (1999): 103-124.

[79]  Keith Marzilli Ericson and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1*, Volume 2, (Amsterdam: North-Holland, 2019): 1-67.

[80]  Paying Not to Go to the Gym, p. 706.

[81]  Stephan Meier and Charles Sprenger, "Present-Biased Preferences and Credit Card Borrowing," *American Economic Journal: Applied Economics* 2(1) (2010): 193-210. *See also*, Haiyan Shui and Lawrence M. Ausubel, "Time Inconsistency in the Credit Card Market," *SSRN Electronic Journal* (May 2004); David Laibson, Andrea Repetto, and Jeremy Tobacman, "A Debt Puzzle," *National Bureau of Economic Research*, Working Paper 7879, September 2000, https://www.nber.org/system/files/working_papers/w7879/w7879.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

underweighting the costs of poor fuel economy when purchasing a car[82]) and in controlled economic experiments (e.g., putting too much weight on up-front costs compared to ongoing costs[83]). More generally, present bias explains the tendency of people to discount or otherwise ignore the future costs associated with a good or service.

47. Present-bias leads to several observed behaviors that, among other effects, make it difficult for consumers to accurately calculate life-cycle costs, including those associated with using iOS devices. First, as discussed above, people often intend to behave one way in the long-run (e.g., saving money) but consistently end up making different choices in the short-run (e.g., impulse-buying extra turns in a game), resulting in a mismatch between projected and realized costs. Second, present-bias predicts procrastination—consumers may delay canceling a subscription to save effort today, intending to address it later. This tendency can help explain, for example, why consumers often find themselves paying for subscriptions that they no longer want or need.

48. This latter prediction about procrastination can prevent a consumer from *ever* engaging in a task that yields future benefits because it is costly in the present.[84] If a consumer is present biased (and somewhat "naïve" about it),[85] she may avoid actions that incur costs in the present but result in delayed benefit.[86] In the present matter, present-bias would predict that consumers avoid expending the effort required to project future usage of apps and calculate the associated costs— the cognitive costs of figuring out future app usage are born in the present, while potential savings are delayed.

---

[82] *See, e.g.,* Kenneth T. Gillingham, Sebastien Houde, and Arthur A. van Benthem, "Consumer Myopia in Vehicle Purchases: Evidence from a Natural Experiment," *American Economic Journal: Economic Policy* 13 (3) (2021): 207-238.

[83] Emanuel Shuster and Martin Spann, "Pay Today, or Delay the Pay: Consumer Preference for Double Flat-Rate Pricing Plans," *Journal of Business Research* 182 (2024).

[84] Keith Marzilli Ericson and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1*, Volume 2, (Amsterdam: North-Holland, 2019): 1-67, p. 36.

[85] By "naïve," I mean that a person is present biased and does not realize it. Conversely, a person might be "sophisticated" about her present bias, i.e., she fully recognizes her bias and the extent of it. The literature finds that people tend be somewhere between fully naïve and partially naïve. *See* Keith Marzilli Ericson and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1,* Volume 2, (Amsterdam: North-Holland, 2019), 1-67, pp. 33-34.

[86] I note that as discussed in Intertemporal Choice, there are other complementary cognitive forces such as confusion or limitations in memory that also would lead to consumers not engaging in tasks that require present costs, but produce delayed benefits. *See* Keith Marzilli Ericson and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1*, Volume 2, (Amsterdam: North-Holland, 2019): 1-67, p. 36.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

49. The literature documents that humans often struggle with present bias, but this does not mean that people are incapable of finding ways to avoid the potential pitfalls generated by present bias. A present-biased consumer who becomes aware of her bias may invest in "commitment devices" to limit or influence her own future choices.[87,88] However, while studies have explored ways for individuals to overcome the potential pitfalls of present bias, a preference for commitment is rarely observed in market settings.[89]

50. Taken together, the findings of the above economic studies imply that even if iOS users attempt to calculate the life-cycle costs of owning an iOS mobile device, they are generally unable to do so accurately. This is because accurate calculation requires predicting future app usage and in-app content purchases, and the research literature establishes that consumers struggle to predict their own future choices. Furthermore, evidence that people are present-biased suggests they are unlikely to adequately weigh the future costs of apps and in-app purchases when making a foremarket purchase.

### III.A.2. Consumers Struggle to Calculate Total Costs and to Identify the Lowest Price

51. Even if consumers were generally accurate at predicting their future choices and use patterns— which, as discussed in the previous section, they are not—accurately estimating life-cycle costs also requires consumers to have an accurate understanding of the prices they ultimately will pay. If consumers do not know the total cost of apps, in-app purchases, and subscriptions, they cannot accurately predict their own future expenditures. For example, even if a consumer knows she will subscribe to a service with a recurring monthly fee, she must still determine the subscription

---

[87] David Laibson, "Golden Eggs and Hyperbolic Discounting," *Quarterly Journal of Economics* 112(2) (1997): 443-477.

[88] This is sometimes referred to as a pure commitment, in order to differentiate it from impure commitments, which are commitments that are confounded with additional incentives. For example, a 401(k) savings plan is an impure commitment because it has additional financial incentives such as favorable tax treatment and company matching. While the money invested in a 401(k) is typically locked in until age 59½, with penalties for early withdrawal, it is unclear whether people invest in 401(k)'s for their commitment properties, or despite them. *See,* Keith Marzilli Ericson, and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1*, Volume 2, (Amsterdam: North-Holland, 2019): 1-67.

[89] *See* David Laibson, "Why Don't Present-Biased Agents Make Commitments?," *American Economic Review* 105(5) (2015): 267-272. *See also*, Keith Marzilli Ericson, and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1*, Volume 2, (Amsterdam: North-Holland, 2019): 1-67.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

price and estimate the duration of her subscription before she can accurately forecast her future costs.

52. Several economic studies on consumer behavior observe that consumers are often unaware of prices,[90] fail to recognize the total cost of goods and services, and misjudge the cumulative effect of recurring charges.[91] This remains true even when the set of prices under consideration is relatively small. Given the much larger set of potential purchase options and pricing structures available on the App Store—which I discuss in more detail in Section III.C—it is even less likely that consumers can accurately estimate the total costs over the life-cycle of their iOS devices. Below, I illustrate these pricing misperceptions with empirical examples from consumer research.

53. Studies find that consumers are often unaware of the prices of the goods they purchase. For example, one study showed that consumers at grocery stores are often unaware of the prices of goods in their cart.[92] This phenomenon illustrates that even shortly after making a purchase decision, many consumers have an incomplete understanding of how much they are paying. Similar findings have been observed across multiple studies.[93]

54. Even when consumers are aware of posted prices (e.g., the price tag advertised on a shelf), studies find that consumers struggle to accurately calculate total costs (i.e., the total out-of-pocket cost for a good or service) in a variety of contexts. Consumers tend to focus on a specific price component, such as the upfront cost, and overlook additional expenses, such as recurring subscription fees. This results in an underestimation of the final amount consumers actually

---

[90] *See, e.g.,* Peter R. Dickson and Alan G. Sawyer, "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing* 54(3) (1990): 42-53; B.P.S. Murthi and Ram C. Rao, "Price Awareness and Consumers' Use of Deals in Brand Choice," *Journal of Retailing* 88(1) (2012): 34-46.

[91] *See* Marianne Bertrand and Adair Morse, "Information Disclosure, Cognitive Biases, and Payday Borrowing," *Journal of Finance* 66(6) (2011): 1865-1893.

[92] *See* Peter R. Dickson and Alan G. Sawyer, "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing* 54(3) (1990): 42-53.

[93] *See* Kent B. Monroe and Angela Y. Lee, "Remembering Versus Knowing: Issues in Buyers' Processing of Price Information," *Journal of the Academy of Marketing Science* 27(2) (1999): 207-225, Table 2, "Selected Results From Previous Price-Awareness Research (in percentages)." *See also,* John Le Boutillier, Susanna Shore Le Boutillier, and Scott A. Neslin, "A Replication and Extension of the Dickson and Sawyer Price-Awareness Study," *Marketing Letters* 5(1) (1994): 31-42.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

pay—a pattern that is highly relevant to the App Store where subscription models and incremental in-app purchases are common.

55.  A key finding in the literature is that when total costs are made more transparent, consumer behavior changes. This shows that people overlook certain pricing components unless explicitly presented. For instance, although sales taxes are pervasive, evidence indicates that consumers do not fully account for taxes in their purchase decisions.[94] To take one example, consumers spend less on personal-care products when firms post price tags displaying the total cost—including sales tax—compared to when tax is only added at checkout.[95] Similarly, changes in alcohol excise taxes (which are included in posted prices) have a substantially larger effect on consumer behavior than sales taxes, which consumers do not see until checkout.[96]

56.  The above phenomenon in consumer behavior is not limited to taxes; it extends across various products and industries where additional fees and costs are not presented in a way that consumers easily understand. The following empirical findings illustrate how hidden or complex pricing structures influence consumer decision-making.

- A field experiment found that when borrowers were shown the total cost of payday loan fees as they accumulate over time, they reduced their borrowing, indicating that borrowers did not calculate these cumulative costs before borrowing.[97]

- A study on hidden fees found that consumers reacted negatively to hotels with hidden resort fees, often expressing their dissatisfaction through lower ratings on public platforms.[98] Often, these fees were not included in the upfront price on booking platforms, and instead were

---

[94]  *See*, *e.g*., Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177.

[95]  *See*, *e.g*., Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177.

[96]  *See, e.g.,* Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177.

[97]  *See* Marianne Bertrand and Adair Morse, "Information Disclosure, Cognitive Biases, and Payday Borrowing," *Journal of Finance* 66(6) (2011): 1865-1893. A payday loan is a short-term, high-cost loan in which a borrower receives cash in exchange for authorizing the lender to withdraw the loan amount plus a fixed fee from the borrower's bank account two to four weeks later. *See* "What is a payday loan?," *Consumer Financial Protection Bureau*, May 28, 2024, https://www.consumerfinance.gov/ask-cfpb/what-is-a-payday-loan-en-1567/.

[98]  Bennett Chiles, "Shrouded Prices and Firm Reputation: Evidence from the U.S. Hotel Industry," *Management Science* 67(2) (2021): 964-983 ("Shrouded Prices and Firm Reputation: Evidence from the U.S. Hotel Industry").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

charged at check-out.[99] Consumers booked hotels with resort fees more often on platforms that did not highlight these fees, and they were subsequently less satisfied with their stays than their pre-informed counterparts.[100] Explaining this lower satisfaction, many consumers were surprised by these fees upon check-out, showing that consumers did not engage in the effort of finding this information in advance.[101]

• Another field experiment found that consumers spent more on event tickets when purchasing through online platforms where additional fees were not disclosed until after they selected a ticket, compared to when prices were displayed upfront as all-inclusive.[102]

57. The difficulty of accurately calculating or accounting for total costs when prices involve multiple components is further demonstrated by research that shows consumers struggle to compare prices effectively, and often fail to select the lowest-cost option that suits their needs.[103] By not carrying out the steps to calculate the total cost of a good or service, consumers often end up paying more than they must. This is true even in situations where goods and services require recurring purchases.[104] As illustrated by the examples below, these studies span a variety of industries and products, including choice of electricity service plan,[105] mortgages,[106] index funds,[107] and health insurance plans.[108]

---

[99]   Shrouded Prices and Firm Reputation: Evidence from the U.S. Hotel Industry.

[100]  Shrouded Prices and Firm Reputation: Evidence from the U.S. Hotel Industry.

[101]  Shrouded Prices and Firm Reputation: Evidence from the U.S. Hotel Industry.

[102]  Thomas Blake, Sarah Moshary, Kane Sweeney, and Steve Tadelis, "Price Salience and Product Choice," *Marketing Science* 40(4) (2021): 619-636.

[103]  *See*, *e.g.*, Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47 (2015): 303-340.

[104]  *See* Saurabh Bhargava, George Loewenstein, and Justin Sydnor, "Choose to Lose: Health Plan Choices from a Menu with Dominated Options," *Quarterly Journal of Economics* 132(3) (2017): 1319-1372 ("Choose to Lose: Health Plan Choices from a Menu with Dominated Options").

[105]  Chris M. Wilson and Catherine Waddams Price, "Do Consumers Switch to the Best Supplier?," *Oxford Economic Papers* 62 (2010): 647-668 ("Do Consumers Switch to the Best Supplier?").

[106]  Susan E. Woodward and Robert E. Hall, "Diagnosing Consumer Confusion and Sub-Optimal Shopping Effort: Theory and Mortgage-Market Evidence," *American Economic Review* 102(7) (2012): 3249-3276 ("Diagnosing Consumer Confusion and Sub-Optimal Shopping Effort: Theory and Mortgage-Market Evidence").

[107]  James J. Choi, David Laibson, and Brigitte C. Madrian, "Why Does the Law of One Price Fail? An Experiment on Index Mutual Funds," *Review of Financial Studies* 23(4) (2010): 1405-1432 ("Why Does the Law of One Price Fail? An Experiment on Index Mutual Funds").

[108]  Choose to Lose: Health Plan Choices from a Menu with Dominated Options. *See also*, Benjamin R. Handel, "Adverse Selection and Inertia in Health Insurance Markets: When Nudging Hurts," *American Economic Review* 103(7) (2013): 2643-2682, p. 2657.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- A study on choice of electricity plans found that even consumers who switched electricity suppliers with the explicit goal of saving money often failed to select the lowest-price option.[109] This implies consumers did not successfully carry out the calculations necessary to find the lowest price.

- Many borrowers failed to shop around for mortgage broker fees, causing them to overpay.[110] One study found that for a $100,000 mortgage, obtaining just one more mortgage broker quote could save the median buyer $981, while two quotes could save $1,393.[111] Mortgage broker fees are also typically divided into components, such as an origination fee, a funding fee, and discount points. This caused confusion, as borrowers often failed to recognize that only the total cost matters, and/or were unable to compute these total costs.[112]

- Retail investors[113] often pay too much for index fund fees.[114] In 2007, retail investors in S&P 500 index funds paid $206 million more in fees than they would have if they had invested in the lowest-cost S&P 500 index fund with the same portfolio.[115] While this indicated a likely failure to minimize costs, investors may have valued differences among S&P 500 index funds beyond just fees, such as the customer service they received from companies managing different funds. However, a controlled laboratory experiment without these confounding factors identified a similar pattern: almost none of the study's participants, including MBA students, minimized index fund fees.[116]

---

[109]  Do Consumers Switch to the Best Supplier?.

[110]  *See* Diagnosing Consumer Confusion and Sub-Optimal Shopping Effort: Theory and Mortgage-Market Evidence.

[111]  Diagnosing Consumer Confusion and Sub-Optimal Shopping Effort: Theory and Mortgage-Market Evidence, p. 3250.

[112]  Diagnosing Consumer Confusion and Sub-Optimal Shopping Effort: Theory and Mortgage-Market Evidence, p. 3255. A related study found that few borrowers had any idea what the term "discount fee" means, and one-third believed it was a discount they were receiving instead of an amount they were paying. *See* James Lacko and Janis Pappalardo, "Improving Consumer Mortgage Disclosures," *Federal Trade Commission Bureau of Economics Staff Report* (2007), p. 34, http://www.ftc.gov/os/2007/06/P025505MortgageDisclosureReport.pdf.

[113]  Retail investors are non-professional financial market participants. *See, e.g.,* Adam Hayes, "Retail Investor: Definition, What They Do, and Market Impact," *Investopedia*, updated April 12, 2024, https://www.investopedia.com/terms/r/retailinvestor.asp.

[114]  *See* Why Does the Law of One Price Fail? An Experiment on Index Mutual Funds.

[115]  Why Does the Law of One Price Fail? An Experiment on Index Mutual Funds, pp. 1405-1406.

[116]  Why Does the Law of One Price Fail? An Experiment on Index Mutual Funds, pp. 1407.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- In the context of health insurance choices, researchers found that consumers frequently chose "dominated" health plans—i.e., more expensive plans that offered no additional benefits.[117] One study found that more than half of consumers chose unnecessarily expensive options, causing the average plan beneficiary to lose $372 a year.[118]

58. Controlled experiments find that a potential reason consumers fail to evaluate total prices accurately is because they perceive prices with multiple components as lower than they actually are.[119] More generally, people struggle to evaluate prices that include a number of dimensions.[120] This finding is particularly relevant to the iOS ecosystem, where life-cycle costs involve multiple pricing components, including upfront app costs, in-app purchases, and subscriptions. As I discuss in more detail below in Section III.C, the vast number of potential spending decisions a consumer must consider makes it difficult to calculate the true total cost of using an iOS device.

59. The observed consumer behavior discussed above does not mean that consumers *cannot* calculate total costs, nor that they necessarily are irrational for not fully accounting for the total costs of goods and services. Rather, all decisions require a person to process information, and processing information often requires effort. Furthermore, the effort required to make decisions increases as the set of possible choices expands, causing the complexity of choices to increase.[121] This is because there are very real costs associated with paying attention, performing calculations, budgeting for future expenses, and so forth. To reduce those costs, people often use rules of thumb, take mental shortcuts, fall back on defaults, simplify or ignore parts of a problem, or employ other effort-saving decision-making rules.[122] Indeed, a key contribution of behavioral

---

[117] Choose to Lose: Health Plan Choices from a Menu with Dominated Options, p. 1319. *See also*, Benjamin R. Handel, "Adverse Selection and Inertia in Health Insurance Markets: When Nudging Hurts," *American Economic Review* 103(7) (2013): 2643-2682, p. 2657.

[118] Choose to Lose: Health Plan Choices from a Menu with Dominated Options, p. 1321.

[119] Alexander Rasche, Miriam Thone, and Tobias Wenzel, "Drip Pricing and its Regulation: Experimental Evidence," *Journal of Economic Behavior and Organization* 176 (2020): 353-370.

[120] Kenan Kalayci, "Price Complexity and Buyer Confusion in Markets," *Journal of Economic Behavior & Organization* 111 (2015): 154-168.

[121] Sheena S. Iyengar, Mark R. Lepper, "When Choice is Demotivating: Can One Desire Too Much of a Good Thing?," *Journal of Personality and Social Psychology* 79(6) (2000): 995-1006, p. 996 ("In fact, studies show that the selection, evaluation, and integration of information are all clearly affected by the available number of options; this suggests that, as the complexity of making choices rises, people tend to simplify their decision-making processes by relying on simple heuristics.").

[122] *See, e.g.,* Amos Tversky and Daniel Kahneman, "Judgment under Uncertainty: Heuristics and Biases," *Science* 185(4157) (1974): 1124-1131.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

economics is to explicitly incorporate the fact that people economize on effort into economic models.[123]

### III.A.3. Firms Have Incentives to Strategically Communicate Prices and Exploit Consumers' Impulses

60. Evidence that consumers struggle to calculate total costs and anticipate future spending can also be gleaned from how firms structure their pricing. As I detail in this section, firms use a variety of pricing schemes—from hidden fees to misleading pricing structures—to increase consumer spending. On digital platforms, firms can purposely design their user interfaces, presentation of information, or purchase flow to take advantage of consumers, including in online marketplaces and app stores.

61. Economic models predict that perfectly rational consumers, capable of effortlessly processing all relevant information, would not be affected by complex or manipulative pricing schemes. Consider a firm offering a product that requires both an upfront payment and additional usage charges. If consumers were perfectly rational, the firm would not be able to increase profits by increasing unavoidable usage charges—consumers would recognize the pricing manipulation and decrease their willingness to pay the upfront price by an amount commensurate with the increased usage charge.[124] In other words, firms could not take advantage of perfectly rational consumers by using complex or confusing pricing structures.

62. In reality, as discussed above in Sections III.A.1 and III.A.2, consumers often do not have perfect information and therefore struggle to compute total costs and fail to predict their own choices and usage patterns. Reflecting these observations, economic models of firm pricing behavior have moved away from the assumption of perfect information. Studies have documented how firms hide or obfuscate the total cost of their goods or services to secure higher profits, particularly when consumers are not fully informed of future costs.[125] These studies find

---

[123] *See, e.g.,* Herbert A. Simon, "A Behavioral Model of Rational Choice," *Quarterly Journal of Economics* 69(1) (1955): 99-118, pp. 100-101. *See also,* Bartosz Maćkowiak, Filip Matějka, and Mirko Wiederholt, "Rational Inattention: A Review," *Journal of Economic Literature* 61(1) (2023): 226-273.

[124] Glenn Ellison, "A Model of Add-On Pricing," *Quarterly Journal of Economics* 120(2) (2005): 585-637.

[125] *See, e.g.,* Glenn Ellison, "A Model of Add-On Pricing," *Quarterly Journal of Economics* 120(2) (2005): 585-637; Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

that even in the presence of some "sophisticated" consumers—those with the time and resources to understand and account for complicated pricing schemes—firms still have an incentive to obfuscate prices as long as a significant portion of consumers are not sophisticated.[126]

63. This is because advertising and offering simpler contracts—and pointing out competitors' hidden fees—may not attract enough customers to justify the simpler contracts.[127] In particular, sophisticated consumers may still prefer the shrouding firm's lower base prices if they can avoid costly add-ons.[128] For example, consider a free app with expensive add-ons versus a paid-to-download version of a similar app without add-ons. All else equal, sophisticated users prefer the free version if they can tolerate restricted access to the add-on features, because they anticipate and avoid paying for the add-ons. Meanwhile, their use is subsidized by their high-spending counterparts who do purchase expensive add-ons.

64. As explained in Section III.A.2, a possible explanation for why consumers struggle to calculate total cost and accurately predict their own usage patterns is the cognitive burden involved in doing so. A strategic response from firms—pervasive enough to have garnered attention from regulators[129]—is to actively implement practices that increase the cognitive burden on consumers when calculating total costs. Since many consumers struggle to fully account for prices, sellers exploit this by manipulating shipping fees,[130] using complicated product

---

[126] *See* Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540. *See also,* Botond Koszegi, "Behavioral Contract Theory," *Journal of Economic Literature* 52(4) (2014): 1075-1118; Paul Heidhues and Botond Koszegi, "Behavioral Industrial Organization," in *Handbook of Behavioral Economics: Applications and Foundations*, Volume 1, eds. B. Douglas Bernheim, Stefano DellaVigna, and David Laibson, (Elsevier, 2018): 517-612.

[127] *See* Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540.

[128] *See* Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540.

[129] In response, regulators have proposed rules to assist consumers, such as improving transparency or reducing "junk fees" that increase costs. *See* "Federal Trade Commission Announces Bipartisan Rule Banning Junk Ticket and Hotel Fees," *Federal Trade Commission*, December 17, 2024, https://www.ftc.gov/news-events/news/press-releases/2024/12/federal-trade-commission-announces-bipartisan-rule-banning-junk-ticket-hotel-fees.

[130] *See* Tanjim Hossain and John Morgan, "…Plus Shipping and Handling: Revenue (Non) Equivalence in Field Experiments on eBay," *B.E. Journal of Economic Analysis & Policy* 6(2) (2006): 1429-1429. *See also,* Jennifer Brown, Tanjim Hossain, and John Morgan, "Shrouded Attributes and Information Suppression: Evidence from the Field," *Quarterly Journal of Economics* 125(2) (2010): 859-876.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

descriptions,[131] or increasing the number of price components to extract higher profits.[132] A clear implication is that increasing the effort required for consumers to calculate the total cost of goods or services makes it more difficult for consumers to accurately forecast life-cycle costs.

65. Of particular relevance to the present matter are the strategies employed in digital marketplaces, including making price information harder to find. Studies show that firms can increase the inconvenience of finding and viewing prices by increasing the number of "clicks" a consumer must make on a computer (or other electronic device) before viewing prices.[133] In settings like the App Store, for example, Apple requires potential buyers to click, tap, and/or scroll through several screens before viewing how much in-app content costs. In Section III.C.2.c, I provide an illustrative example of how the design of in-app content requires multiple user actions to reveal purchase prices.

66. Another way that firms extract higher profits is by strategically increasing the price of "indulgences."[134] As discussed in Section III.A.1, consumers underestimate their own willingness to purchase indulgent items—in the moment, consumers purchase items that they want to avoid in the long-run. For example, a consumer may intend to avoid making in-app purchases, but still impulsively spend money on an in-game reward. Firms can exploit consumers' tendency to "indulge" by charging higher prices for products that offer immediate gratification, especially when costs are delayed. I discuss how this affects consumer spending, and how Apple promotes strategies to prompt users to make in-app purchases at key points in Section III.C.2.a.

67. It is not the case, however, that firms have an unlimited ability to shroud prices to extract profit. If such tactics are excessive, consumers do push back. Studies have shown that fee manipulation

---

[131] *See* Glenn Ellison and Sara Fisher Ellison, "Search, Obfuscation, and Price Elasticities on the Internet," *Econometrica* 77(2) (2009): 427-452.

[132] *See* Alexander Rasche, Miriam Thone, and Tobias Wenzel, "Drip Pricing and its Regulation: Experimental Evidence," *Journal of Economic Behavior and Organization* 176 (2020): 353-370.

[133] Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540; Glenn Ellison and Alexander Wolitzky, "A search cost model of obfuscation," *RAND Journal of Economics* 43(3) (Fall 2012): 417-441.

[134] Paul Heidhues and Botond Koszegi, "Behavioral Industrial Organization," *Handbook of Behavioral Economics: Applications and Foundations*, Volume 1, eds. B. Douglas Bernheim, Stefano DellaVigna, and David Laibson, (Elsevier, 2018): 517-612.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

in industries like hospitality and e-commerce can lead to consumer backlash. For example, the study on hotel resort fees discussed in Section III.A.2 found that shrouded fees prompted negative consumer reviews.[135] Similarly, public outrage and regulatory scrutiny have emerged in response to companies that impose misleading or excessive fees,[136] but these responses can unfold gradually.[137]

## III.B. Professor Hoyer's Survey Indicates That Consumers Do Not Consider the Cost of Applications When Obtaining an iOS Device.

68.  Another expert for Plaintiffs, Professor Wayne Hoyer, conducted a survey (the "Hoyer Survey") regarding the factors consumers consider when choosing iOS mobile devices over other smartphone or tablet brands.[138] Consistent with the predictions of the economics literature, the Hoyer Survey results show that the majority of respondents did not consider the cost of apps or digital content when selecting their iOS device. Even fewer attempted to calculate the life-cycle costs of using iOS mobile devices.

69.  Both findings support the idea that consumers simplify decision-making by focusing on a limited set of relevant factors while overlooking others—in this case, the future costs of apps and in-app content. By doing so, consumers economize on cognitive effort, as discussed in Section III.A.2. Similarly, the benefits of calculating life-cycle costs are delayed because expenses from apps and in-app purchases often accrue long after the initial foremarket purchase—potentially years later. As discussed in Section III.A.1, present bias predicts that consumers tend to undervalue or entirely forgo actions that involve immediate costs but provide only delayed benefits.

---

[135]  *See* Shrouded Prices and Firm Reputation: Evidence from the U.S. Hotel Industry.

[136]  "Federal Trade Commission Announces Bipartisan Rule Banning Junk Ticket and Hotel Fees," *Federal Trade Commission*, December 17, 2024, https://www.ftc.gov/news-events/news/press-releases/2024/12/federal-trade-commission-announces-bipartisan-rule-banning-junk-ticket-hotel-fees. *See also*, Penelope Wang, "Protect Yourself From Hidden Fees," *Consumer Reports*, May 29, 2019, https://www.consumerreports.org/money/fees-billing/protect-yourself-from-hidden-fees-a1096754265/.

[137]  For example, the FTC warned 22 hotel operators about deceptive fees in 2012. *See, e.g.,* "FTC Warns Hotel Operators that Price Quotes that Exclude 'Resort Fees' and Other Mandatory Surcharges May Be Deceptive," *Federal Trade Commission*, November 28, 2012, https://www.ftc.gov/news-events/news/press-releases/2012/11/ftc-warns-hotel-operators-price-quotes-exclude-resort-fees-other-mandatory-surcharges-may-be.

[138]  Hoyer Report, Section I.B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

70.  Professor Hoyer conducted the survey only for iPhone or iPad users who met certain screening criteria and categorized them into specific groups.[139] I restate Professor Hoyer's definition of each group and the different categorizations below, and then discuss the results of the survey. Depending on a respondent's answers to the screening questions at the start of the survey, respondents were either terminated or qualified into one of three groups largely based on the manner in which they obtained the Apple device they currently use.[140] The three groups into which Professor Hoyer categorized the respondents are:

- **Current Buyers**: Respondents who "obtained their current iOS mobile device(s) within the past 24 months and decided or were involved in the decision to choose their device." Current buyers were further categorized as either a Current iPhone buyer or Current iPad buyer depending on their device ownership and the specific questions they were asked.[141]

- **New Buyers**: Respondents who "(1) were current users of iOS mobile devices but did not qualify as Current Buyers; (2) were considering obtaining a mobile device in the next 12 months; and (3) expected to decide or be involved in the decision to choose their future device." New buyers were further categorized as either a New iPhone Buyer or New iPad Buyer depending on the device they expected to buy and the specific questions they were asked.[142]

- **Non-Buyers**: Respondents who "(1) were current users of iOS mobile devices; (2) decided or were involved in the decision to choose their current device; and (3) did not qualify as Current or New Buyers."[143]

71.  In the Hoyer Survey, when Current Buyers were asked to indicate which factors they considered when choosing an iOS mobile device over another brand, 33 percent of respondents selected "Cost of apps and digital content" as one of their decision factors.[144] When analyzing responses

---

[139]   In addition to being categorized into a buyer group, respondents also needed to pass several screening questions that were given at the start of the survey. Professor Hoyer explains the screening process in more detail in his report. *See* Hoyer Report, Section II.B.3.

[140]   Hoyer Report, Section II.B.3.

[141]   Hoyer Report, Section II.B.3.

[142]   Hoyer Report, Section II.B.3.

[143]   Hoyer Report, Section II.B.3.

[144]   Hoyer Report, Section III.B, Figure 7.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

separately, the survey results indicate that just under 30 percent of iPhone buyers and just over 40 percent of iPad buyers considered this factor.[145] For comparison, "Cost of apps and digital content" was the second least-considered factor overall.[146] Even among those who did consider it, respondents rated it the least influential to their choice of device.[147]

72. Survey respondents were also asked whether they attempted—at the time they obtained their device—to estimate the cost of apps and digital content for the entire period they planned to use their iOS mobile devices. 76 percent responded that they had not.[148] When analyzing responses separately, the survey results indicate that 81 percent of iPhone buyers and 67 percent of iPad buyers did not attempt to estimate life-cycle costs associated with apps and in-app content when obtaining their devices.[149]

73. Even among respondents who indicated that "Cost of apps and digital content" was a decision factor, a majority did not attempt to estimate life-cycle costs when they acquired their current device. Table 1 below presents a cross-tabulation of responses, showing whether individuals attempted to estimate life-cycle costs, categorized by their responses to the "Cost of apps and digital content" factor.

74. I group all Current Buyers based on whether they considered "Cost of apps and digital content" as a decision factor ("Yes/No/Unsure"). For each group, I calculate the share of each possible response to whether they attempted to estimate life-cycle costs when obtaining their current device ("Yes/No/Unsure"). For comparison, I also include the results for the full sample.

75. In the highlighted row, Table 1 shows that even among those that indicated they did consider "Cost of apps and digital content" as a decision factor, only 39 percent of respondents indicated

---

[145]   Hoyer Report, Section III.B, Figure 9.

[146]   Hoyer Report, Section III.B, Figure 7.

[147]   Hoyer Report, Section III.B, Figure 8. "Cost of apps and digital content" and "Negative experience with non-Apple products" were tied as the lowest rated factor in influencing choice of device with a rating of 3.69/5, where a higher rating indicates a more influential factor. *See* Hoyer Report, Section III.B.

[148]   Hoyer Report, Section III.C, Figure 12. 22 percent of respondents indicated "Yes, I attempted to estimate how much I would pay for apps and digital content," while 2 percent indicated "Don't know/Unsure."

[149]   Hoyer Report, Section III.C, Figure 13. 16 percent of iPhone respondents indicated "Yes, I attempted to estimate how much I would pay for apps and digital content," while 3 percent indicated "Don't know/Unsure." 31 percent of iPad respondents indicated "Yes, I attempted to estimate how much I would pay for apps and digital content," while 2 percent indicated "Don't know/Unsure."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

that they attempted to estimate life-cycle costs. This is consistent with the finding that these respondents rated the cost of apps and digital content as the least influential decision factor.

**TABLE 1: SURVEY RESULTS ON LIFE-CYCLE COST ESTIMATION BY CONSIDERATION OF THE COST OF APPS AND DIGITAL CONTENT**

| Considered 'Cost of Apps and Digital Content' [A] | | Did you Attempt to Estimate Lifecycle Costs | | | |
| --- | --- | --- | --- | --- | --- |
| | | Yes [B] | No [C] | Unsure [D] | Total [E] |
| Entire Sample | [1] | 22% | 76% | 3% | 829 |
| Yes | [2] | 39% | 59% | 3% | 277 |
| No | [3] | 13% | 85% | 2% | 505 |
| Unsure | [4] | 13% | 79% | 9% | 47 |

Sources and Notes:

From Hoyer Survey. Questions QM5 and QM12. Question QM5 asked respondents the following question "Again, please think back to when you were choosing your current Apple [iPhone/iPad]. Below is a list of factors that you may or may not have considered when making your decision to choose an Apple [iPhone/iPad] instead of a different brand of [smartphone/tablet].

For each factor, please indicate whether you considered that factor in your decision to choose an Apple [iPhone/iPad] instead of a different brand of [smartphone/tablet].

Select one response per factor to indicate whether you considered that factor."

Question QM12 asked respondents the following question: "Think back to when you were choosing an Apple [iPhone/iPad] instead of another brand of [smartphone/tablet]. At that time, did you or did you not attempt to estimate how much you would pay for apps and digital content on this device for as long as you plan to use the device? Click here if you would like to read the definitions of apps and digital content again. Select one only."

[A][1]: Refers to the entire sample for whom questions QM5 and QM12 were asked and analyzed. This would be Current Buyers in the analytical sample. Analytical sample refers to the sample Professor Hoyer used to conduct his analysis of the survey results. *See* Hoyer Report, Section II.C, Figure 1.

[A][2]-[4]: The possible responses when respondents were asked whether they considered "Cost of apps and digital content" as a purchase factor.

[B]-[E]: The shares and total respondent count of all possible responses when respondents were asked whether they estimated life-cycle costs when obtaining their current device by the response they gave in [A].

76. Additional analyses of the Hoyer Survey results show that users who replaced an older Apple device with their current Apple device were even less likely to report attempting to estimate life-cycle costs. Table 2 below shows the cross-tabulation of responses to two questions: (1) "Which one of the following describes your current Apple device?" and (2) "Did you attempt to estimate

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

life-cycle costs when obtaining your current device?" I categorize all Current Buyers based on the whether they replaced an Apple device or a device from a different brand. For each group, I calculate the share of each possible response to whether they attempted to estimate life-cycle costs when obtaining their current device. For comparison, I also include the results for the full sample.

77. In the highlighted column, Table 2 shows that only 16 percent of those who indicated their current Apple device replaced another Apple device had attempted to estimate life-cycle costs. This share is higher among those whose current Apple device had replaced a different brand of device. However, only 31 percent of that group reported attempting to estimate life-cycle costs.

**TABLE 2: SURVEY RESULTS ON LIFE-CYCLE COST ESTIMATION BY APPLE DEVICE DESCRIPTION**

| Which one of the following describes your current Apple device? [A] | | Did You Attempt to Estimate Lifecycle Costs? | | | |
|---|---|---|---|---|---|
| | | Yes [B] | No [C] | Unsure [D] | Total [E] |
| Entire Analytical Sample | [1] | 22% | 76% | 3% | 829 |
| My current Apple device replaced an Apple device that I already owned | [2] | 16% | 81% | 3% | 544 |
| My current Apple device replaced another brand of device | [3] | 31% | 66% | 3% | 121 |

Sources and Notes:

From Hoyer Survey. Questions QM1 and QM12.

[A][1]: Refers to the entire sample for whom questions QM1 and QM12 were asked and analyzed. This would be Current Buyers in the analytical sample. Analytical sample refers to the sample Dr. Hoyer used to conduct his analysis of the survey results. *See* Hoyer Report, Section II.C, Figure 1.

[A][2]-[3]: Possible responses when respondents were asked "Which one of the following describes your current Apple [iPhone/iPad]?" The question offered 3 additional choices as a response: "My current Apple [iPhone/iPad] is the first [smartphone/tablet] I have ever owned," "I obtained my current Apple [iPhone/iPad] as an additional [smartphone/tablet]," and "Don't Know/Unsure."

[B]-[E]: The shares and total respondent counts of all possible responses when respondents were asked whether they estimated life-cycle costs when obtaining their current device by the response they gave in [A].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

78. Similarly, Table 3 below shows how the percentage of respondents who attempted to estimate life-cycle costs varies by whether they considered a non-Apple device. Table 3 presents the cross-tabulation of two questions: (1) "Thinking about your current Apple device, when choosing this Apple device, did you or did you not consider any other devices that were not made by Apple?"; and (2) "Did you attempt to estimate life-cycle costs when obtaining your current device?"

79. I group all Current Buyers according to their responses regarding whether they considered non-Apple devices. For each group, I calculate the proportion of respondents who attempted to estimate life-cycle costs. As before, I also include the full sample for comparison.

80. The highlighted column in Table 3 shows that a majority of respondents that only considered Apple devices were substantially less likely to estimate life-cycle costs, at only 14 percent. Those that did consider non-Apple devices were more likely to estimate life-cycle costs, at 40 percent, but this was still a minority share of these participants.

**TABLE 3: SURVEY RESULTS ON LIFE-CYCLE COST ESTIMATION BY WHETHER RESPONDENTS CONSIDERED OTHER BRANDS**

| Thinking about your current Apple device, when choosing this Apple device, did you or did you not consider any other devices that were not made by Apple? | | Did You Attempt to Estimate Lifecycle Costs | | | |
|---|---|---|---|---|---|
| | | Yes | No | Unsure | Total |
| [A] | | [B] | [C] | [D] | [E] |
| Entire Analytical Sample | [1] | 22% | 76% | 3% | **829** |
| Yes, I considered devices(s) that were NOT made by Apple | [2] | 40% | 58% | 2% | **215** |
| No, I only considered devices(s) that were made by Apple | [3] | 14% | 83% | 3% | **603** |

Sources and Notes:

From Hoyer Survey. Questions QM2 and QM12.

[A][1]: Refers to the entire sample for whom questions QM2 and QM12 were asked and analyzed. This would be Current Buyers in the analytical sample. Analytical sample refers to the sample Dr. Hoyer used to conduct his analysis of the survey results. *See* Hoyer Report, Section II.C, Figure 1.

[A][2]-[3]: Possible responses when respondents were asked "Thinking about your current [iPhone/iPad], when choosing this [iPhone/iPad], did you or did you not consider any other [smartphone/tablet] that were not made by Apple?" The question offered "Don't Know/Unsure" as an additional choice for respondents.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

[B]-[E]: The shares and total respondent count of all possible responses when respondents were asked whether they estimated life-cycle costs when obtaining their current device, by the response they gave in [A].

81. Together, the results from Table 2 and Table 3 suggest that consumers switching between operating systems, or considering switching, are more likely to consider life-cycle costs than those who consistently buy Apple devices. However, a majority of respondents, regardless of their responses to whether they considered switching, still reported that they did not attempt to calculate life-cycle costs. Conversely, the share of respondents who only considered Apple devices were much less likely to attempt the calculation.

82. These results align with the findings and predictions in the literature discussed in Section III.A. When making purchase decisions, consumers must overcome cognitive costs to project future choices, estimate their associated costs, and calculate expected expenses. Each step requires substantial cognitive effort, so consumers often do not perform such steps. As discussed in Section III.A.1, present bias implies that consumers tend to underweight the value of engaging in the calculation in the first place. More generally, ignoring life-cycle costs is consistent with the widely-recognized phenomenon that people simplify complex or difficult problems—in this case, the process of calculating the full financial implications of purchasing an iOS mobile device. This is consistent with the 76 percent of respondents who did not attempt to calculate life-cycle costs.[150]

83. Furthermore, it is not the case that consumers do not estimate life-cycle costs of using their iOS mobile device simply because the associated costs of purchasing apps and in-app content are low. In fact, consumers spent a total of ███████████ on the App Store in 2023.[151] Individually, the data indicate an average spend of $███ on apps and in-app content over the at-issue period.[152] This implies that although a majority of respondents report not attempting to calculate life-cycle costs, it is not because it is unimportant to do so. Rather, it is because the costs of obtaining and processing the information necessary to perform the calculations were higher than the perceived benefits.

---

[150]  Hoyer Report, Section III.C, Figure 12.
[151]  Song 2025 Report, Section II.A.
[152]  Song 2025 Report, Section V.B, Figure 13. $███████████ / ███████████ payors = $███ per payor.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

84. Finally, data from Professor Hoyer's survey indicates that 22 percent of respondents reported attempting to estimate the life-cycle costs when obtaining their iOS mobile device.[153] However, even among those who reported attempting the calculation, academic literature indicates they likely did so inaccurately. As I discussed in Section III.A.1, consumers often struggle to predict their own future choices, even in very simple environments. Furthermore, as discussed in Section III.A.2, when consumers must consider numerous potential prices—such as apps and in-app purchases—they typically struggle to accurately calculate total costs. In Section III.C and Section III.D below, I discuss other reasons why accurate predictions are unlikely.

## III.C. The Evolution and Variety of Apps and In-App Content Make It Difficult to Calculate Life-Cycle Costs

85. To accurately predict the life-cycle costs associated with an iOS mobile device, consumers need to be able to predict what apps, in-app content, and subscriptions they will purchase, along with the quantity of each. Next, they need to know how much each purchase costs, then use this information to calculate the dollar amounts that they will spend. However, as discussed in Section III.A above, the economics literature establishes that most consumers do not carry out these steps accurately. Similarly, the evidence from the Hoyer Survey discussed in Section III.B shows that most consumers do not even attempt to calculate life-cycle costs. Below, I discuss features of the App Store that exacerbate the challenges consumers face in calculating life-cycle costs, demonstrating the importance of the phenomena discussed in Section III.A and explaining the findings in Section III.B.

86. In Section III.C.1, I discuss the evolution of the App Store, as well as its size and scope. In Section III.C.2, I discuss the rise of in-app purchases as the main driver of consumer spending on the App Store, as well as the characteristics of several popular in-app purchases. In both sections, I discuss how these features increase the cognitive costs consumers must incur to calculate the life-cycle costs of iOS mobile devices, and which decrease the likelihood that they will estimate life-cycle costs accurately.

---

[153]   Hoyer Report, Section III.C, Figure 12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### III.C.1. The Growth and Evolution of the App Store and of the Apps Themselves Make It Difficult for Consumers to Project Their Future Expenditures

87. The Apple App Store has rapidly grown and evolved over time. For example, the number of apps available for download has drastically increased since the App Store's inception, as has the amount consumers spend. The scope of the App Store has also changed, as apps now cover a wide array of genres and functionalities. Given the App Store's rapid expansion in both size and scope, it is highly unlikely that consumers could have accurately predicted their own usage patterns of apps and other content on their iOS devices. In addition to consumers' general inability to predict their own usage, the markets and products discussed in Section III.A.1 are more static and feature less-complex environments than the Apple App Store. Furthermore, the volume of available apps exacerbates the cognitive challenges associated with accurately computing total costs over time, even if consumers could accurately predict their purchase patterns.

88. The Apple App Store became available on July 10, 2008 for all iOS devices.[154] It was accompanied by the release of the iPhone 3G, the first iPhone model to contain specific support for the App Store and have the App Store pre-loaded on purchase.[155] According to Apple, the App Store was launched with approximately 500 apps.[156] The growth in the number of available apps over time has been astronomical, with Apple reporting just under 1.9 million apps worldwide as of 2023.[157] Figure 1 below presents the evolution of the annual number of apps on the U.S. App Store from 2009 to 2023. It shows the clear and dramatic growth of the App Store since 2009, with the number of apps peaking at over 2 million in 2017, then stabilizing between 1.5 million and 2 million apps thereafter.

---

[154] "The App Store turns 10," *Apple Newsroom*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

[155] "Apple Introduces the New iPhone 3G," *Apple Newsroom*, June 9, 2008, https://www.apple.com/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/.

[156] "The App Store turns 10," *Apple Newsroom*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

[157] "2023 App Store Transparency Report," *Apple*, May 16, 2024, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 1: NUMBER OF APPS AVAILABLE IN THE APPLE APP STORE**



Sources and Notes:

Song 2025 Report, Section II.A, Figure 1. Calculations based on full U.S. only App Store transactions data after filtering to transactions made using the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts. An app is counted as "available" if it recorded at least one initial download or in-app transaction through the App Store during the year. Data from 2008 and 2024 are excluded from the figure because these are partial years of data.

89. Accompanying the orders-of-magnitude expansion in the number of apps available on the App Store was a large increase in the number of users. In 2008, there were 10 million active iPhone units worldwide; in 2023, there were 1.4 billion.[158] In the United States, active iPhone units grew from 8 million to 153 million over the same period.[159] With this order-of-magnitude increase in adoption of the iPhone came a rapid increase in the total amount consumers spent on the App Store.

90. Figure 2 displays the annual revenues generated by the App Store in the United States from 2009 to 2023. In 2009, the first full year of the App Store's operation, consumers spent approximately

---

[158]   David Curry, "Apple Statistics (2025)," *Business of Apps*, February 18, 2025, https://www.businessofapps.com/data/apple-statistics/. Over a narrower window, Apple recorded growth in the installed base of iPhones, from 794.4 million units in 2017 to 958.8 million in 2019, while iPads increased from 278 million units in 2017 to 306.9 million in 2019. *See* APL-APPSTORE_11279442, at -448.

[159]   David Curry, "Apple Statistics (2025)," *Business of Apps*, February 18, 2025, https://www.businessofapps.com/data/apple-statistics/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

$160 million on the App Store.[160] Revenues increased rapidly thereafter: consumer spending grew by more than twenty times in five years.[161] In 2023, the last full year of data on the App Store's operations, consumers spent ███████████ on purchases made through the App Store.[162] This represents an increase of more than ████████ of magnitude in consumer spending between its first and last full years of operation recorded by the data.[163]

91.    As discussed in Section II.B, Apple began allowing in-app purchases in 2009. That is, after downloading an app, either free or paid, a user could incrementally purchase more content from within the application.[164] In-app purchases can take the form of a recurring subscription to unlock additional features of an app, temporary passes to access extra content, single-use items in games, or other purchases made directly through an app.[165]

92.    Figure 2 separates revenue into three categories to account for in-app purchases. The "Paid Download Only" category represents spending on apps where all features are accessible after the initial purchase and download. For example, Terraria, the second-ranked paid game in the "Adventure" genre on the App Store,[166] costs $4.99 to download and does not offer in-app purchases.[167] The "Paid Download IAP" category represents spending on apps that require an initial payment to download, and additional payments to access certain features of the app. For example, Minecraft costs $6.99 to download and gives users the option to purchase additional content, including various "Minecraft Store Items."[168] Finally, the "Free Download IAP" category represents spending on apps that are free to download, but that require payment to access certain features. This includes many of the most popular apps available on the App Store,

---

[160]    Song 2025 Report, Section II.B, Figure 9.

[161]    Song 2025 Report, Section II.B, Figure 9. ████████████████████████████████████

[162]    Song 2025 Report, Section II.A.

[163]    ████████████████████████████████

[164]    "Buy additional app features with in-app purchases and subscriptions," *Apple Support*, January 30, 2025, https://support.apple.com/en-us/102383.

[165]    *See* Section II.B.

[166]    *See* "App Store Preview – Adventure," *Apple*, https://apps.apple.com/us/charts/iphone/adventure-games/7002 (showing Terraria is ranked #2 on Top Paid Games under Adventure category). Ranking as of February 27, 2025.

[167]    "Terraria on the App Store," *Apple*, https://apps.apple.com/us/app/terraria/id640364616.

[168]    "App Store Preview – Minecraft," *Apple*, https://apps.apple.com/us/app/minecraft-play-with-friends/id479516143.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

such as Hinge and Clash of Clans.[169] As shown in Figure 2, free apps with in-app purchases rapidly became the largest source of revenue.

**FIGURE 2: ANNUAL APP STORE GROSS REVENUES FROM APP DOWNLOADS AND IN-APP PURCHASES**

Sources and Notes:

Song 2025 Report, Section II.A, Figure 3. Calculations based on the full App Store transactions data after filtering to transactions made using the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts. The App Store transactions data begins July 10, 2008, and ends on February 2, 2024. Data from 2008 and 2024 are excluded from the figure because these are partial years of data. For the purposes of this figure, an app is classified as having in-app purchases if it sold at least one in-app item within the entire transactions data. The gross revenues in 2008 are $0 billion for Free Download IAP apps, $0.03 billion for Paid Download Only apps, and $0.01 billion for Paid Download IAP apps. In 2024, the gross revenues are $███████ for Free Download IAP apps, $███████ for Paid Download Only apps, and $███████ for Paid Download IAP apps. "Gross revenue" refers to spending on App Store purchases.

93.   The growth in revenue on the App Store was not only driven by an increase in users; it was also driven by an increase in how much users spent. To illustrate this, consider Apple's average revenue per paid user ("ARPPU") metric, which measures how much users spend, limiting the

---

[169]   *See* "App Store Preview – Lifestyle," *Apple*, https://apps.apple.com/us/charts/iphone/lifestyle-apps/6012 (showing Hinge is ranked #6 on Top Free Apps under the Lifestyle category). *See also*, "App Store Preview – Strategy," *Apple*, https://apps.apple.com/us/charts/iphone/strategy-games/7017 (showing Clash of Clans is ranked #10 on Top Free Games under the Strategy category). Lifestyle category ranking as of March 5, 2025. Strategy category ranking as of March 4, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

sample to users who spent positive amounts.[170] For instance, in 2017, roughly 80 percent of Apple accounts were not actively spending money in the Apple ecosystem. However, for the 20 percent that did purchase content (i.e., the "paying accounts"), Apple tracked the average and median spending amounts.[171] Figure 3 below shows the ARPPU metrics over time.[172] While there is a modest increase over time in the median amount spent per paying account, there is a much more rapid increase for the average.[173]

**FIGURE 3: QUARTERLY SPENDING PER PAID APPLE ACCOUNT**



Sources and Notes:
APL-APPSTORE_09848610, at -630.

94.  Figure 4 below shows the percentage breakdown in revenue generated by each of the three main payment structures for apps over time. Since 2009, revenue from apps with in-app purchases steadily increased as a proportion of spending on the App Store. Furthermore, Figure 4 shows a detailed view of how the Free Download IAP category quickly grew and eventually overtook the other categories as the principal source of revenue on the App Store. Initially, free apps with in-app purchases generate minimal revenue. By 2013, the Free Download IAP category accounted for approximately 75 percent of App Store revenues. By 2023, the Free Download IAP category accounted for ██ percent of the App Store's revenue.[174] I discuss the nature of in-app purchases

---

[170]  *See* APL-APPSTORE_09848610, at -627 (2017).

[171]  *See, generally*, APL-APPSTORE_09848610, at -629 (2017).

[172]  APL-APPSTORE_09848610, at -630 (2017).

[173]  Statistically, this pattern (i.e., the average being higher than the mean) indicates that while most paying accounts increased their spending over time, there were a disproportionate number of high spenders.

[174]  Song 2025 Report, Section II.A.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

and the implications for consumers' ability to accurately predict the life-cycle costs of using iOS devices in more detail in Section III.C.2.

**FIGURE 4: SHARE OF APP STORE GROSS REVENUES BY APP BUSINESS MODEL**



Sources and Notes:

Song 2025 Report, Section II.A, Figure 4. Calculations are based on the full App Store transactions data after filtering to transactions made using the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts. "Gross revenue" refers to App Store Apple ID spending on App Store purchases. Data for 2008 and 2024 are excluded from the figure because they represent partial years of data. For the purposes of this figure, an app is classified as having in-app purchases if it sold at least one in-app item within the entire transactions data. In 2008, the share of App Store gross revenues are 0 percent for Free Download IAP, 80.4 percent for Paid Download, and 19.6 percent for Paid Download IAP. For 2024, these shares are ▇▇▇ percent for Free Download IAP, ▇▇ percent for Paid Download, and ▇▇ percent for Paid Download IAP.

95. These trends are also evident in Apple's internal documents. A January 2013 slide deck detailing the App Store's billings by business model for CY2011 and CY2012 shows that apps in the billings from the Free Download IAP category (also known as "Freemium" apps) increased from ▇▇▇▇▇ to ▇▇▇▇▇, while Paid Download Only (shown as "Paid" below) declined from ▇

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

███████ to ████████.[175] These statistics are presented below in Figure 5. Apple also observed that 2012 brought "Lots more Freemium Apps" to the App Store compared to prior years.[176]

**FIGURE 5: APPLE'S BREAKDOWN OF APP STORE BILLINGS BY BUSINESS MODEL, 2011 TO 2012**



Sources and Notes:
APL-APPSTORE_09851552, at -588 (January 22, 2013).

96. Similarly, Apple recognized that, in absolute terms, while Paid App billings remained flat at ██████ ████ from 2011 to 2012, "In-App" billings surged from ██████████ to ██████████.[177] These trends also aligned with the highest-billing apps—Apple noted that ██ out of the top 50 grossing apps on the App Store were "Freemium".[178] Figure 6 below illustrates Apple's perspective on the growth in billings in the early days of the App Store. Apple noted that among its top 10 grossing apps in 2015, "ALL OF THESE EXCEPT FOR ████████ are freemium, or free-to-play, games."[179]

---

[175]  APL-APPSTORE_09851552, at -588 (January 22, 2013).

[176]  APL-APPSTORE_09851552, at -567 (January 22, 2013).

[177]  APL-APPSTORE_09851552, at -585 (January 22, 2013).

[178]  APL-APPSTORE_09851552, at -623 (January 22, 2013).

[179]  APL-APPSTORE_10236808, at -827 ("THESE WERE OUR TOP GROSSING APPS LAST YEAR … This is how much money they generated, and the average spend per paying user in the year … Note Clash of Clans nearly generated ONE BILLION last year, while #5 Game of War saw their average paying customer spending nearly $1000. ALL OF THESE EXCEPT FOR SPOTIFY are freemium, or free-to-play, games.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



Sources and Notes:
APL-APPSTORE_09851552, at -585 (January 22, 2013).

97.



---

[180] While there are many more apps in the market than what I present in Table 4, Table 5, and Table 6, I note that Apple documents indicate that spending is highly concentrated among a relatively small number of apps and developers. *See*, *e.g*., APL-APPSTORE_10240922, at -980-984; APL-APPSTORE_09339646, at -698; APL-APPSTORE_10342947, at -059 (July 2020).

[181] Given the average length of ownership of an iPhone of 2-2.5 years, each of these five-year increments corresponds to approximately two iPhone life-cycles. *See* APL-APPSTORE_10340283, at -319; APL-APPSTORE_10849849, at -921.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**TABLE 4: TOP APPS BY SPEND, 2009 TO 2013**

| Genre | App | Total Spend (in millions) |
|---|---|---|



Sources and Notes:

Song 2025 Report, Section II.A, Figure 6. Calculations based on the full App Store transactions data after filtering to transactions made on the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts.

**TABLE 5: TOP APPS BY SPEND, 2014 TO 2018**

| Genre | App | Total Spend (in millions) |
|---|---|---|



Sources and Notes:

Song 2025 Report, Section II.A, Figure 6. Calculations based on the full App Store transactions data after filtering to transactions made on the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts. Apps that appear in the previous five-year period have been highlighted blue.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**TABLE 6: TOP APPS BY SPEND, 2019 TO 2023**



| Genre | App | Total Spend (in millions) |
|---|---|---|

Sources and Notes:

Song 2025 Report, Section II.A, Figure 6. Calculations based on the full App Store transactions data after filtering to transactions made on the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts. Apps that appear in the previous five-year period have been highlighted blue.

98. First, there is considerable turnover in which apps generate the most revenue across five-year periods. In both the 2014-2018 and 2019-2023 periods, only four of the top ten apps were in the previous five years' top ten. Only ████████████████████ were among the top ten apps for all three periods.

99. This turnover can be a result of several different changes. For example, when new apps are added to the App Store and grow their user base, they may become popular enough to break into the highest-grossing apps. Following the release of Pokémon GO in 2016, its developer stated that the app was downloaded over 500 million times in the first two months and was the fastest ever to gross $500 million in revenue.[182] Alternatively, shifts in the monetization strategies of existing apps can introduce new ways for consumers to spend money. For example, YouTube has been available as an iPhone app since the iPhone's first launch,[183] but it only became ████

---

[182] Sarah Perez, "Pokémon Go becomes the fastest game to ever hit $500 million in revenue," *TechCrunch*, September 8, 2016, https://techcrunch.com/2016/09/08/pokemon-go-becomes-the-fastest-game-to-ever-hit-500-million-in-revenue/.

[183] Heather Kelly, "YouTube releases new iPhone app," *CNN*, September 11, 2012, https://www.cnn.com/2012/09/11/tech/mobile/youtube-iphone-app/index.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

███████████████████████████. Both factors make it more difficult for consumers to predict the life-cycle costs of using an iOS device, as the menu of available purchases continues to evolve.

100.

101. Third, the range of genres among the top apps has become more diverse in the later years, with ██████ becoming much less dominant. This diversification further complicates the prediction of life-cycle costs, as the nature of available purchases can vary widely across genres. For example, many ██████ offer similar types of ████████████████, whereas ████████████████ rely on ██████████████████[92]

102. Shifts in popular genres also reflect changes in consumption patterns, often bringing different expectations for spending. For example, the tables above show an increase in the prominence of dating apps, such as ██████ and ██████ which allow users to meet partners through online

---



App: Meet & Date," *Apple*, https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707.

[191]  *See* "iPhone Top Charts on the App Store," *Apple*, https://apps.apple.com/us/charts/iphone; "iPad Top Charts on the App Store," *Apple*, https://apps.apple.com/us/charts/ipad.

[192]  "Buy additional app features with in-app purchases and subscriptions," *Apple*, January 30, 2025, https://support.apple.com/en-us/108813.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

platforms.[193] iOS device users who might previously have found dates through school or mutual friends are now more likely to meet their dates online, which introduces additional costs for individuals seeking to improve their chances of finding a match.[194] Indeed, approximately 39 percent of couples met online as of 2017, compared to 22 percent in 2009 and none prior to 1995.[195] It is unlikely that consumers could have foreseen that a device once primarily used for gaming and music would evolve into an essential tool for so many different aspects of daily life, creating new opportunities for iOS device users to spend money in the process.[196]

103. Similarly, advancements in hardware capabilities have enabled the development of more complex and interactive gaming apps. For example, Pokémon Go uses a phone's GPS capabilities to create a within-app virtual world based on a user's current location.[197] Increased processing speed has also allowed more complex, performance-intensive apps, such as games like Player Unknown's Battle Ground, which requires five times the processing power of the original iPhone.[198] Additionally, improvements in internet technology have facilitated high-resolution video communication apps like Zoom.[199] Apple has also developed hardware to support "augmented reality"[200] (where digital information is seamlessly integrated with a user's

---

[193] "Definition of dating app," *PC Mag*, https://www.pcmag.com/encyclopedia/term/dating-app.

[194] *See* Michael Rosenfeld, Reuben Thomas, and Sonia Hausen, "Disintermediating your friends: How online dating in the United States displaces other ways of meeting," *Proceedings of the National Academy of Sciences* 116(36) (2019): 17753–17758, https://www.pnas.org/doi/10.1073/pnas.1908630116. *See also,* Paulina Restrepo-Echavarría, "From Dating to Marriage: Has Online Dating Made a Difference?," *St. Louis Fed On the Economy*, October 12, 2024, https://www.stlouisfed.org/on-the-economy/2024/sep/dating-marriage-has-online-dating-made-difference.

[195] Michael Rosenfeld, Reuben Thomas, and Sonia Hausen, "Disintermediating your friends: How online dating in the United States displaces other ways of meeting," *Proceedings of the National Academy of Sciences* 116(36) (2019): 17753-17758, Table 1, https://www.pnas.org/doi/10.1073/pnas.1908630116.

[196] *See, e.g.*, Jael Goldfine, "The business of dating apps: How do swipes actually make money?," *Business of Business*, March 1, 2021, https://www.businessofbusiness.com/articles/how-dating-apps-make-money-tinder-bumble/.

[197] German Lopez, "Pokemon Go, Explained," *Vox*, August 5, 2016, https://www.vox.com/2016/7/11/12129162/pokemon-go-android-ios-game.

[198] "PUBG Mobile System Requirements!," *ByNoGame*, March 25, 2023, https://www.bynogame.com/en/news/pubg-mobile-system-reuirements-1064 (showing that PUBG's minimum specs include a CPU of 1.8 GHz or faster); "Apple iPhone Original Specs," *Techable*, https://apple.techable.com/specs/iphone-original/ (showing the original iPhone's CPU to have a 412 MHz or 0.412 GHz processor). 1.8 / 0.412 = 4.369.

[199] "What are the differences between 2G, 3G, 4G LTE, and 5G networks?," *RantCell*, https://rantcell.com/comparison-of-2g-3g-4g-5g.html.

[200] Mahita Gajanan, "Apple's New iPhones are Designed for Augmented Reality. What Is That?," *Time*, September 12, 2017, https://time.com/4937533/new-iphone-8-augmented-reality/.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

reality in real time[201]), expanding possibilities for entertainment, education, design and more for both the iPhone and iPad.[202]

104.   These technological advancements have made it extremely difficult for consumers to accurately predict the life-cycle costs of their iOS mobile devices. New apps and features have introduced evolving spending patterns that were likely unforeseeable when users first obtained their devices. Mobile devices have become essential tools for an ever-expanding range of everyday activities, from communication and entertainment to productivity,[203] education,[204] and even health management.[205] This evolution is likely to continue, as phenomena like artificial intelligence continue to expand what is technologically possible. As the range of use cases for apps expands, users increasingly rely on their devices for tasks that were once performed through separate, dedicated tools or services.

105.   As discussed in Section III.A.1, consumers often cannot predict their own purchases and usage patterns, even in relatively static settings for single products like gym memberships or cell phone service plans. Indeed, for subscriptions in particular, consumers are often "very bad at predicting their future tastes."[206] The landscape of the App Store is not static, having rapidly evolved since its introduction in 2008. The dynamic nature of the App Store—including the rapid growth in spending, in the quantity and variety of apps, and changes in pricing schemes discussed above— implies consumers face even higher cognitive burdens that make them less willing and able to predict how much they spend on apps. This is compounded by the fact that apps themselves are constantly evolving. Consumers cannot predict how much they will spend, if anything, on products that have not yet been developed.

---

[201]   Alexander S. Gillis, "What is augmented reality (AR)?," *TechTarget*, March 2024, https://www.techtarget.com/whatis/definition/augmented-reality-AR.

[202]   "AR Apps and Games – App Store," *Apple*, https://apps.apple.com/us/story/id1288297581.

[203]   *See, e.g.*, "App Store Preview - Notion: Notes, Tasks AI on the App Store," *Apple*, https://apps.apple.com/us/app/notion-notes-tasks-ai/id1232780281.

[204]   *See, e.g.*, "App Store Preview - Duolingo – Language Lessons," *Apple*, https://apps.apple.com/us/app/duolingo-language-lessons/id570060128.

[205]   *See, e.g.*, "App Store Preview - MyFitnessPal: Calorie Counter," *Apple*, https://apps.apple.com/us/app/myfitnesspal-calorie-counter/id341232718.

[206]   Nicole Nguyen, "When a Lifetime Subscription Can Save You Money—and When It's Risky," *Wall Street Journal*, February 15, 2025, https://www.wsj.com/tech/personal-tech/what-are-lifetime-subscriptions-deal-savings-c3c5757b?mod=panda_wsj_section_alert.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

106. In addition, as discussed in Section III.A.2, consumers struggle to process prices and costs that require multiple steps or multiple pricing components to calculate. This leads to a secondary implication of the rapid growth in the number of apps and volume of in-app content available on the App Store. Consumers have millions of apps and in-app content options that they may need to consider to accurately calculate life-cycle prices. As a result, the cognitive costs associated with calculating life-cycle costs have increased with the growth of the App Store.

### III.C.2. The Design and Pricing Information of In-App Content Makes It Difficult to Predict Life-Cycle Costs

107. As discussed above in Section III.C.1, the App Store quickly moved towards in-app purchases as the dominant source of App Store revenue after its launch. This shift makes it more difficult to calculate life-cycle costs, because in-app purchases use several different pricing schemes and increase the volume of potential purchases a consumer may need to consider. As discussed in Section III.A, the volume of information a consumer must consider increases the cognitive costs of accurately predicting future choices and costs. Documentary evidence also demonstrates that Apple encourages developers to take advantage of tactics such as nudging, which increases app revenue and can exploit consumers' heuristics and biases.

108. In addition to the phenomena discussed in Section III.A, pricing information on the App Store is frequently non-transparent. As I discuss in more detail below, the App Store often lists duplicative or contradictory pricing information for in-app purchases. Compounding this is the prevalence of "in-app currency," where consumers must convert US dollars into virtual, in-app money prior to buying in-app content (e.g., a consumer must buy "coins," which can then be used on in-app purchases).[207] In these instances, the prices of in-app content are not displayed in US dollars. In addition, finding the prices for in-app content requires users to navigate through multiple layers of clicks or taps (i.e., users must navigate through several screens to reach a page with a price list). As discussed in Section III.A.3, this serves to increase the information costs that consumers must bear to calculate the life-cycle costs of using an iOS device.

---

[207]  *See* Section III.C.2.b below.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### III.C.2.a. The Nature of In-App Purchases Makes It Difficult to Calculate Life-Cycle Costs

109. As discussed in Section III.C.1, there was a rapid shift in consumer spending towards in-app purchases beginning in 2009. Along with this change came an increase in the number of potential purchases on the App Store, as well as changes in how developers and Apple designed pricing schemes (e.g., designing apps to encourage repeated small purchases), both of which increased the cognitive costs of calculating life-cycle costs. As discussed in Section III.C.1, the dynamic nature of the App Store makes it hard for consumers to predict their future usage patterns. Similarly, as established in Section III.A.2, consumers struggle to accurately calculate total costs involving large numbers of items. In addition, there are types of in-app purchases that are conducive to overspending—as discussed in Section III.A.1, for example, consumers often continue to pay for subscriptions they do not want.

110. Given the rapid growth of in-app purchases, Apple identified several factors contributing to the rapid success of selling in-app content. These factors include low barriers to entry for users, the flexibility to interact with apps at different levels of engagement, and price differentiation across users.[208] Apple also recognized that users engaging with in-app purchases were more valuable[209] and that revenue growth was largely driven by spending on in-app content.[210] When testifying in *Epic v. Apple* (2021), Tim Cook, the CEO of Apple, attributed the success of in-app purchases to their convenience, and noted that IAP allows users to make purchases more easily because consumers could do so without leaving the app or repeatedly entering log-in credentials.[211]

---

[208] APL-APPSTORE_10277245, at -247 (January 28, 2014).

[209] APL-APPSTORE_10277245, at -248 (January 28, 2014).

[210] APL-APPSTORE_10276069, at -111.

[211] Trial Transcript, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 21, 2021, 3911:2-3912:6 ("Q. … Would you agree with me that one of the benefits of the IAP system that we've talked about some this morning is to reduce friction for customers? A. By 'friction' do you mean that they don't have to put in their credentials in numerous different places? Q. Well, that's a form of friction, isn't it? A. I think of it as. I just wanted to make sure we were in sync. Q. Right. And would you agree with me, then, that one of the benefits of IAP for your customers is that it makes it easier for them to make purchases? A. It would. Q. Okay. And it's a convenience for them; is that right? A. Among other things. Q. and Apple doesn't want to make its customers leave the app to go make a purchase if it's possible for them to make it within the app; isn't that fair? A. They can … leave the app if they want to. … Q. Sir, my question is Apple doesn't want the customers to leave the app. A. We want them to do what they want to do. … Our focus is on them. Q. [I]t's a negative user experience, sir, if they have to leave the app, isn't it? A. From my point of view, yes.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

111. While the number of apps available on the App Store increased rapidly over time, the number of distinct in-app purchases grew as well. In-app purchases were not available in 2008; however, as shown in Figure 7 below, over one million distinct offerings on the App Store sold at least once in 2023. This volume of in-app content available for purchase, in addition to the millions of apps available for download, exacerbates the difficulty of accounting for the potential purchases a user might make over the life-cycle of an iOS mobile device.

**FIGURE 7: NUMBER OF IN-APP ITEMS AVAILABLE IN THE APPLE APP STORE**

Sources and Notes:

Song 2025 Report, Section II.A, Figure 2. Calculations are based on the full App Store transactions data after filtering to transactions made using the iPad or iPhone, and excluding invalid transactions, those related to enterprise or volume purchases, and those associated with Apple-owned or internal developer accounts. An in-app item is counted as "available" if it recorded at least one in-app transaction through the App Store during the year. Data for 2008 and 2024 are excluded from the figure because these are partial years of data.

112. Figure 7 shows the number of distinct in-app purchase offerings that were purchased at least once in each year from 2009 through 2023. This figure shows a similar pattern to Figure 1 above: there was rapid growth in the number of available in-app purchases after their introduction in 2009, and slower growth thereafter. As discussed in Section III.C.1, the rapid growth in the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

volume of items available for purchase on the App Store made it difficult for consumers to calculate life-cycle costs, as they would have had to anticipate this change in order to do so.

113.  As also discussed in Section III.C.1, the increase in the amount of in-app content available for purchase corresponded with an increase in spending by iOS device users (although high-spenders appear to contribute a disproportionate amount to total spending[212]). According to the Apple transaction data, there was an average of ▮ purchases made by each user over the at-issue period, including both paid app downloads and in-app purchases.[213] Even if consumers ultimately made a small number of purchases, the existence of the large number of possible purchases, along with the changing composition of those purchase options, also increases the cognitive costs of accurately calculating life-cycle costs.[214]

114.  Another feature of in-app content that hinders the accurate estimation of life-cycle costs is the "consumable" nature of much of the in-app content available for purchase.[215] As discussed in Section II.B, consumable purchases are those that deplete with use. For example, Tinder, a popular dating app, offers in-app purchases of various quantities of "Super Likes,"[216] each of which allows a user to have her profile seen sooner by one potential match.[217] These types of purchases are widespread—in 2013, 95 percent of in-app purchases were designated as consumables by Apple.[218] In 2018, Apple noted that "games are predominantly a freemium, consumables business."[219]

115.  The prevalence of consumable in-app content increases the number of potential purchases a consumer must consider—a defining feature of a consumable is the option to purchase it

---

[212]  *See* Section III.C.1 for a discussion of the implication of the average being higher than the median.

[213]  Song 2025 Report, Section IV.B. ▮▮▮▮▮▮▮▮▮▮▮ transactions per class member payor.

[214]  *See* Section III.A.

[215]  "In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

[216]  "App Store Preview – Tinder," *Apple*, https://apps.apple.com/us/app/tinder-dating-app-chat-date/id547702041; "Super Like," *Tinder*, https://www.help.tinder.com/hc/en-us/articles/115004493543-Super-Like.

[217]  "Super Like," *Tinder*, https://www.help.tinder.com/hc/en-us/articles/115004493543-Super-Like.

[218]  APL-APPSTORE_09339646, at -675.

[219]  APL-APPSTORE_10168666, at -692 (February 2018).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

repeatedly.[220] As discussed in Section III.A, the larger the set of items to consider, the higher the cognitive costs of estimating future spending. Accurate predictions of spending in a game, for example, requires a consumer to know how often they will use in-game items. Use, in turn, may vary based on interest in the game, the skill of the player, and the volume of available time to play the game. These variables can be difficult to know in advance, especially for someone who has not yet interacted with the app.[221]

116. In addition to consumable in-app purchases, another common pricing mechanism used by app developers is the recurring subscription fee. For example, Pandora: Music & Podcasts, another of the most popular apps available on the App Store,[222] is free to download and use. However, the app includes features that are only accessible if the user pays a subscription fee. Depending on the tier of the subscription, users can eliminate ads, skip more songs, or otherwise improve their listening experiences.[223]

117. Subscriptions are another way in which the nature of in-app purchases changed. For example, Apple noted high growth in the popularity of subscriptions as a monetization strategy related to streaming services.[224] In 2016, Apple expanded subscriptions to all app categories.[225] In the United States, Apple's subscriptions billings grew 75 percent in fiscal year 2018 and 40 percent in fiscal year 2019,[226] and Apple noted that subscriptions were the fastest growing product offering on the App Store during this time.[227] Subscriptions made up 22 percent of global business in the App Store during the 2019 fiscal year, and Apple noted that its catalog of subscription apps "ha[d] grown significantly" that year.[228]

---

[220]  "In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

[221]  *See, e.g.*, Figure 8 below for the menu of available in-app purchases for Clash of Clans listed in the App Store.

[222]  *See* Section III.C.1, Table 4, Table 5, and Table 6.

[223]  "Choose how you want to listen," *Pandora*, https://www.pandora.com/upgrade.

[224]  APL-APPSTORE_00038593.

[225]  APL-APPSTORE_10168666, at -691 (February 2018) ("In 2011, we launched subscriptions on the App Store[.] Subscriptions were expanded to all categories in 2016 and continue to grow").

[226]  APL-APPSTORE_10176241, at -249.

[227]  APL-APPSTORE_10176241, at -296.

[228]  APL-APPSTORE_10176241, at -252 (*see* chart and "Together, [games and subscriptions] make up 91% of the global business."), and at -257 ("41K Subscription Apps … Our catalog has grown significantly to over 41K subscription apps on the App Store.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

118. Part of this growth was driven by the rise of streaming services—Apple recognized the growth in popularity of services like Hulu and sought to have consumers purchase third-party subscriptions through the App Store, rather than having subscriptions occur elsewhere (e.g., subscribing to Hulu through the Hulu website).[229] More generally, Apple recognized the growth of subscription services on the App Store and their revenue potential.[230] This change in how consumers could make purchases on the App Store—in addition to the rapid growth of available products and services—again demonstrates the dynamic nature of the ecosystem, which increases the difficulty of predicting future spending, even for repeat purchasers.

119. Again, the subscription pricing mechanism can make it difficult for consumers to accurately predict life-cycle costs. To predict spending on subscriptions over the life-cycle of the device, a consumer needs to know the set of app services or features to which she will subscribe, the current price of the subscriptions, the price of the subscriptions in the future, and how long she will remain subscribed. As discussed in Section III.A.1, however, consumers do not accurately predict their spending on subscriptions—they often find themselves paying for subscriptions that they do not want.[231]

120. Finally, developers design apps to nudge consumers to make purchases at strategic times. For example, some apps impose usage limits—by time, turns, number of actions, etc. When the user reaches the limit, the app prompts them to make in-app purchases to extend their engagement. This type of nudging presents consumers with immediate benefits, but delays costs, making purchases attractive to present-biased users.

---

[229] APL-APPSTORE_00038593, at -593 ("Apple's billing service must keep up with this proliferation of choice by supporting any combination of video services a user wants. … Apple IAP must support any combination of base, add-ons or stand alone components … Benefits to Apple[:] Incremental subscription revenue through purchases that **will otherwise occur off platform**.") (emphasis in original). For an example of a subscription that can be made either through iOS or directly through the subscription provider, *see, e.g.* "Managing an Apple-billed Hulu account," *Hulu*, https://help.hulu.com/article/hulu-manage-apple. I understand that Professor Stiglitz considers in-app content purchased outside of the App Store not to be a reasonable substitute for in-app content purchased through the App Store. *See* Stiglitz 2025 Report, Section V.B.7.

[230] APL-EG_07465042, at -091 (November 2, 2017). *See also*, APL-APPSTORE_00038593; APL-APPSTORE_11057578, at -578 (August 16, 2017). *See, generally*, APL-APPSTORE_11057579 (2017).

[231] *See* Liran Einav, Benjamin Klopack, and Neale Mahoney, "Selling Subscriptions," *American Economic Review (forthcoming)*.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

121.  An example of an app that employs this tactic is Candy Crush Saga. Apple noted that users who failed a Candy Crush Saga level five times in a row were prompted upon the fifth failure to pay for extra attempts.[232] This was described as a "key IAP monetization point," as users who did not pay had to wait 30 minutes before they could play the game again.[233] In other words, the app locked players out of the game after a series of attempts, but at the moment of failure, presented users with the option to spend money to continue. Apple recognized that "[t]he power of this freemium model" could be seen in its billings compared to paid apps, as Candy Crush Saga grossed ███████████ in its first year on the App Store, roughly $650 million more than the top paid game on the App Store at the time, Minecraft.[234]

122.

123.  These examples demonstrate how effective the free app with in-app purchases model can be, coupled with nudging, at inducing consumers to spend on in-app content. As discussed in Section III.A.1, people often underestimate their tendency to indulge. For consumers that are at least partially naïve about their present bias, this type of nudging can make it hard for them to

---

[232]  Note that users could also ask for extra lives through their Facebook friends. APL-APPSTORE_10249187, at -209 ("Key IAP monetization points: If you fail a level 5 times in a row, you have to either (1) pay for more lives using IAP, (2) wait 1/2 hour to try again, or (3) ask your friends for extra lives (through FB Connect).").

[233]  APL-APPSTORE_10249187, at -209.

[234]  APL-APPSTORE_10249187, at -212 ("The power of this freemium model is demonstrated by the billing numbers[.] Candy Crush earned almost ███████████ more than Minecraft, the top paid game on the App Store, during the first 12 months after its launch[.] This billings difference is the result of a dramatically higher spend for Candy Crush customers. The average paid CC customer spent ███████████████████ while the average Minecraft customer spent just $7 annually (for their initial purchase)."). I note that while Apple characterizes Minecraft as a "paid game" in this document, as of 2025 Minecraft appears to offer in-app purchases. *See* Section III.C.1.

[235]  ████████████████████████████████████████████

[236]  ████████████████████████████████████████████

[237]  ████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

predict their usage—the benefit of buying additional turns in a game is immediate, while the costs (i.e., paying a credit card bill) are delayed. Furthermore, Apple understood that "virtual goods are impulse purchases,"[238] and that low-price in-app purchases for free apps would lead to impulse buys and a large set of developers monetizing free apps by selling in-app content.[239]

### III.C.2.b. The Pricing of In-App Purchases Is Not Transparent

124. In addition to the large volume of purchases and different pricing schemes a consumer must consider in order to predict her own life-cycle costs, a consumer must also know the prices of the items or services she intends to purchase. To illustrate the nature of in-app purchases, consider the example of Clash of Clans. Figure 8 below depicts the App Store's presentation of the app's available in-app purchases as of 2025.

**FIGURE 8: LISTED IN-APP PURCHASE PRICES FOR CLASH OF CLANS**



Sources and Notes:
"App Store Preview – Clash of Clans," *Apple,* https://apps.apple.com/us/app/clash-of-clans/id529479190. Listed in-app purchase prices as of March 2, 2025.

125. As shown in Figure 8, Clash of Clans offers players various kinds of consumable in-app content, with prices ranging from $0.99 to $19.99. First, it is not clear that this list is exhaustive—internal Apple documents indicate that the lists of in-app content on the App Store are only a subset of

---

[238]  APL-EG_01791540, at -540-541 (October 5, 2009) ("This was a great conference … Background on Virtual Goods Business: …Virtual goods are impulse purchases: 50% of goods bought are used that very same day; 33% of good[s] are sold on the first day and gradually drop"). *See also,* APL-EG_01795643, at -643 (November 23, 2009).

[239]  APL-APPSTORE_03081001, at -002 (April 14, 2009).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

what is available in a given app.[240] Second, this pricing information contains duplicative and apparently contradictory information. "Special Offer" appears three times in the list, while "Gold Pass" appears twice at different price points.

126. These types of discrepancies are common among popular apps. Of the top twenty apps of all time by total App Store revenue, 15 of the price lists on the App Store have at least one instance of duplicate listings,[241] while 13 have duplicates with inconsistent pricing.[242] The uncertainty (or low quality) of the pricing information increases the cognitive effort required to estimate life-cycle costs. Beyond the challenges described in Section III.A, consumers must contend with possibly incorrect pricing information before projecting their future spending.

127. Furthermore, the apps without duplicative or contradictory pricing information do not necessarily have more transparent pricing. Of the five apps in the top twenty that do not have duplicate price listings, four list in-app purchase options in the form of in-app currency.[243] In-app currency is virtual money within an app, used to make purchases only within that app. Users first convert dollars into virtual money; the virtual money is then used to engage in the app's virtual stores (or even trade in virtual economies).

128. For example, within the game Roblox, a user can purchase "Robux,"[244] which users then use to purchase in-app content, such as items that change the visual appearance of a user's in-game character.[245] Overall, nine of the top twenty apps appear to contain in-app currency amounts (e.g., "20 Coins") as advertised in-app purchase options on the App Store app page.[246] In-app currency is particularly uninformative to consumers that have not yet downloaded and played the game, because the content users can purchase *with* the in-app currency is not visible when purchasing the in-app currency itself.

---

[240]  APL-APPSTORE_09320345, at -346 (May 15, 2009).

[241]  *See* Appendix C, Table 8.

[242]  *See* Appendix C, Table 8.

[243]  Roblox offers "Robux," TikTok offers "Coins," Pokémon GO offers "PokeCoins," and Game of War – Fire Age offers "Gold." *See* Appendix C, Table 8 for the available menu of in-app purchases for each of the top 20 apps.

[244]  "Buy Robux," *Roblox*, https://www.roblox.com/upgrades/robux.

[245]  Kelly Hayes, "If your kids ask for Robux this Christmas, here's what that means," *Fox 9 Minneapolis-St. Paul News*, December 6, 2022, https://www.fox9.com/news/how-much-are-robux-roblox-explained.

[246]  *See* Appendix C, Table 8.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

129. Furthermore, the in-app currency makes the dollar-value of buying in-app content more difficult to determine. To understand the price of an in-app purchase made with in-app currency, a user must understand the exchange rate between the virtual currency and US dollars. A user then needs to understand the purchasing power of in-game currency, i.e., what the prices for in-app items or services are in terms of the in-app currency. This is particularly difficult for a user who has not yet used the app, because information about the amount of virtual currency a user must pay for her desired in-app content is not easily accessible prior to downloading the app.

130. For example, Figure 9 below presents the in-app purchase menu for TikTok, one of the top twenty apps offering in-app currency. First, it is not obvious from the pricing page what users can do with "coins." Second, the dollars-to-coins exchange rate is not clear—it takes multiple calculations to determine whether the ratio of coins per dollar is fixed. Upon performing the calculations, it becomes clear that (1) the exchange rate is not fixed, and (2) there does not appear to be a volume discount for larger purchases. In fact, the 20-coin bundle costs 1.45 cents per coin,[247] while the 1321-coin bundle costs approximately 1.51 cents per coin.[248]

**FIGURE 9: LISTED IN-APP PURCHASE PRICES FOR TIKTOK**

In-App Purchases

| | | |
|---|---|---|
| 1. | 20 Coins | $0.29 |
| 2. | 65 Coins | $0.99 |
| 3. | 330 Coins | $4.99 |
| 4. | 130 Coins | $1.99 |
| 5. | 1120 Coins | $16.99 |
| 6. | 660 Coins | $9.99 |
| 7. | 1321 Coins | $19.99 |
| 8. | 199 coins | $2.99 |
| 9. | 525 Coins | $7.99 |
| 10. | 400 Coins | $5.99 |

Sources and Notes:

"TikTok," *Apple*, https://apps.apple.com/us/app/tiktok/id835599320. Listed in-app purchase prices as of March 2, 2025. The $0.29 option is a relatively recent pricing option. *See* "Apple announces biggest upgrade to App Store pricing, adding 700 new price points," *Apple Newsroom*, December 6, 2022, https://www.apple.com/newsroom/2022/12/apple-announces-biggest-upgrade-to-app-store-pricing-adding-700-new-price-points/.

---

[247] 29 cents / 20 coins = 1.45.

[248] $19.99 = 1,999 cents. 1,999 cents / 1321 coins = 1.513.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

131. This type of in-app content is widely available on the App Store despite the fact that Apple recognized the potential confusion caused by in-app currencies as early as 2009. Apple noted that it was "essential to avoid misleading users" and that users might not understand the in-app currency's actual value.[249] Apple further advised developers that, "[i]n general, users should not be able to purchase something from your in-app store that can be traded or exchanged for something else,"[250] and provided an example of a hypothetical app where a user could purchase "MyAppCoins" to later purchase in-game "supplies."[251] Furthermore, in its instructions on how to promote in-app purchases, Apple currently suggests that developers should "[a]void generic names like '100 gems'" to avoid confusing customers.[252]

132. Through at least 2022, it appears that Apple's DPLA discouraged this type of in-app purchase. The DPLA asserted that developers "may not enable end users to purchase Currency of any kind through the In App Purchase API."[253] This includes "any Currency for exchange, gifting, redemption, transfer, trading or use in purchasing or obtaining anything within or outside of Your Application."[254] Despite this language, Apple allowed developers to offer in-app currencies, such as for Candy Crush Saga, TikTok, and Roblox, among others. As discussed above, nine of the twenty most popular apps display in-app currencies for sale on their App Store pages.[255]

---

[249] APL-APPSTORE_09320345, at -349 (May 15, 2009) ("For subscriptions in particular, however, it's essential to avoid misleading users by offering some sort of transitional or intermediary currency whose actual value could be misunderstood.").

[250] APL-APPSTORE_09320345, at -349-350 (May 15, 2009) ("For example, you should not sell 100 MyAppCoins, which users can spend on a game character's supplies within your app. In general, users should not be able to purchase something from your in-app store that can be traded or exchanged for something else.").

[251] APL-APPSTORE_09320345, at -349-350 (May 15, 2009).

[252] "Promoting your In-App Purchases," *Apple Developer*, https://developer.apple.com/app-store/promoting-in-app-purchases/.

[253] APL-APPSTORE_11337820, at -844 (April 8, 2010). *See also*, APL-APPSTORE_10242358, at -399 (September 9, 2015); EPIC_00014728, at -775 (June 4, 2018); APL-FIG_00003910, at -964 (June 6, 2022).

[254] Note that in these documents, Apple defines "Currency" as "any form of currency, points, credits, resources, content or other items or units recognized a group of individuals or entities as representing a particular value and that can be transferred or circulated as a medium of exchange." *See* APL-APPSTORE_11337820, at -844 (April 8, 2010); APL-APPSTORE_10242358, at -399 (September 9, 2015); EPIC_00014728, at -775 (June 4, 2018); APL-FIG_00003910, at -964 (June 6, 2022).

[255] I note that as of 2024, the DPLA only disallows in-app currency that can be "transferred or circulated for physical goods or services, or financial services or holdings." APL-APPSTORE_11288853, at -910 (October 23, 2024) ("'Currency' means any form of currency, points, credits, resources, content or other items or units recognized by a group of individuals or entities as representing a particular value and that can be transferred or circulated as a medium of exchange for physical goods or services, or financial services or holdings.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

133. As a result, the information available on the App Store is not always particularly useful. Even if a consumer is aware of the listed prices of in-app purchases, she may not be able to accurately predict the life-cycle costs of an iOS mobile device because the available pricing information is incomplete, contradictory, and/or non-transparent. This exacerbates the problems consumers have with calculating costs discussed in Section III.A.2 because it increases the effort necessary to form an accurate prediction, particularly for those who do not already actively engage with the app. Moreover, it illustrates a reason why people who report that they attempted to estimate life-cycle costs in the Hoyer Survey likely did not do so accurately.

### III.C.2.c. It Requires Effort to Find In-App Purchase Prices

134. In addition to the ambiguity of in-app purchase prices discussed in Section III.C.2.b, the pricing information itself requires effort to obtain. As described in Section III.A.3, firms have incentives to obscure pricing information, as it can lead to higher profits. Note that this does not mean firms make the information inaccessible—rather, it means that firms can make it inconvenient to view prices or delay revealing it until late in the buying process.

135. One of the ways that firms make prices inconvenient to view is by requiring consumers to navigate through multiple layers of clicks to view pricing information.[256] This is because every additional action required of the consumer, no matter how small, is costly. Firms can subtly increase information costs by increasing the clicks required to find prices, making it less likely consumers are aware of or understand the prices they face. Furthermore, this is a type of "friction" for users that Apple recognizes: in *Epic v. Apple* (2021), Tim Cook testified that a reason in-app purchases proved successful is that buying content outside of apps "takes another click to leave the app, going to… the web,"[257] and taking an additional click amounts to "another step."[258]

136. To illustrate the steps necessary to find pricing information for in-app purchases on the App Store, consider a consumer who does not already own an iOS mobile device. As alluded to in

---

[256]    *See* Section III.A.3.

[257]    Trial Transcript, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 21, 2021, 3913:24-3914:8.

[258]    Trial Transcript, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 21, 2021, 3914:7-8.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Section III.C.2.b, some in-app purchase prices are publicly available to all consumers. This is true even if a consumer does not currently own an iOS mobile device, so long as she has internet access and a web browser. However, it takes multiple steps to view in-app purchase prices. Using Candy Crush Saga as an example, Figure 10 below presents the steps necessary to find in-app purchase prices using a web browser.

**FIGURE 10: THE NUMBER OF ACTIONS TO FIND PRICES USING A WEB BROWSER**

| Step | Action |
| --- | --- |
| 1 | Search "Apple App Store" on a web browser or search engine, such as Google. |
| 2 | Scroll down to the search result "Apple Apps on the App Store." |
| 3 | Click on the above search result, which navigates the user to Apple's App Store home page. |
| 4 | Click the magnifying glass at the top of the page and search "Candy Crush Saga." |
| 5 | Under the "Candy Crush Saga" search result, click "View more" to open the Candy Crush Saga App Store Preview page. |
| 6 | Scroll down to the "Information" section, where the first three IAP offerings from the menu are listed. |
| 7 | Click "more" to see the rest of the top 10 IAP offerings. |

Sources and Notes:
"Candy Crush Saga," *Apple*, https://apps.apple.com/us/app/candy-crush-saga/id553834731.

137. As shown in Figure 10, finding a single app's available in-app purchases can require two searches, four clicks, and scrolling down more than two screens after arriving at the app's description page on the App Store website. A user must repeat steps 4 through 7 in Figure 10 for each app she would like to investigate. The App Store's web-based search engine does not provide pricing information directly—it requires consumers to click through multiple steps to find prices.

138. Apple provides this information in a slightly different format for users of iOS mobile devices that can access the App Store directly (i.e., without using a web browser). Figure 11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

demonstrates the steps necessary to view in-app purchase prices for "Minecraft," another popular game available on the App Store.[259]

**FIGURE 11: THE ACTIONS TO FIND PRICES ON THE APP STORE**



Sources and Notes:

Apple App Store on iPhone 13 Pro running iOS 18. The green box highlights the first appearance of the app price. The orange boxes highlight where you must tap to see in-app purchase prices, and the in-app purchase options and prices.

139. As shown in Figure 11, after opening the App Store, users must search for "Minecraft" to find the app. Then, they must tap on the "Minecraft" search result, scroll down four full screen lengths, find the "In-App Purchases" field, and tap it to view the top ten most popular Minecraft in-app purchases. Note that in contrast, the paid app price ($6.99) remains in the upper right-hand portion of the screen throughout the process. In addition, Minecraft also displays opaque information about the nature of its in-app purchases, a phenomenon I discuss in Section III.C.2.b.

---

[259] APL-APPSTORE_10249187, at -212 ("Minecraft [was] the top [billing] paid game on the App Store, during the first 12 months after its launch[.]"). As of January 31, 2025, Minecraft was number 1 on the App Store Top Paid Simulation Games Chart. *See* "App Store Preview – Simulation," *Apple*, https://apps.apple.com/us/charts/iphone/simulation-games/7015?chart=top-paid.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

A non-user (or active user, for that matter) likely does not know what "Minecraft Store Item 10" is, or whether they are likely to purchase it in the future.

140. For both prospective buyers of iOS mobile devices and iOS mobile device users considering another purchase, obtaining current pricing information for in-app purchases entails costs. Even when consumers know where to look, the effort required to find this information imposes a burden that discourages them from seeking and processing it. As discussed in Section III.B, this aligns with the findings of Professor Hoyer's survey, which suggests that most consumers find the effort required to do so outweighs the perceived benefits.

## III.D. Apple's App Store Purchase History Tool Illustrates Why Calculating Life-Cycle Costs Is Difficult

141. As discussed above, there are substantial information search and processing costs that hinder consumers from accurately calculating the life-cycle costs of using their iOS mobile devices. Apple, however, provides a tool that could conceivably assist users in alleviating some of the effort necessary to calculate these costs. Apple's "Purchase History" tool on iOS mobile devices provides a way for a user to view her historical App Store spending. However, the functionality of Purchase History does not eliminate the costs of calculating life-cycle costs.

142. Purchase History, which users can access through the App Store, displays users' past purchases linked to their Apple IDs. Knowledge of historical spending can provide useful information that users may rely on to predict their future spending. For example, viewing the past charges from a recurring subscription can provide information on future subscription payments, particularly in the near term. To benefit from Purchase History, though, the user must know it exists, where to find it, and its functions. Assuming she is aware, the Purchase History tool requires effort to navigate and introduces several complicating factors.

143. The specific steps to navigate to the tool have varied over subsequent updates to the iOS operating system. In the most recent version, iOS 18, one way to navigate to Purchase History from the iPhone home screen involves the following steps, shown in Figure 12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 12: THE ACTIONS TO REACH USER PURCHASE HISTORY**

| Step | Action |
|------|--------|
| 1 | Open the "Settings" App. |
| 2 | Tap on your Apple ID name card at the top of the screen. |
| 3 | Tap "Media & Purchases." |
| 4 | Tap "View Account." |
| 5 | If a user does not have facial recognition enabled, the user will be prompted to enter their Apple ID password after step 4. |
| 6 | Tap on "Purchase History" to view app purchases and in-app purchases. |

Sources and Notes:

Performed on an iPhone 16 Pro on iOS 18. A user can also access their "Purchase History" through the App Store. *See* "View your purchase history for the App Store and other Apple media services," *Apple Support*, April 15, 2024, https://support.apple.com/en-us/118212.

144. Figure 13 below shows the interface for Purchase History upon opening it on the iPhone. By default, the tool shows the purchase history for the last 90 days, limited to paid transactions. Users can adjust the time period, the set of purchases to view, and search for purchases.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 13: USER INTERFACE OF THE APP STORE'S PURCHASE HISTORY**



Sources and Notes:

"View your purchase history for the App Store and other Apple media services," *Apple Support*, April 15, 2024, https://support.apple.com/en-us/118212.

145. Beyond the initial hurdle of knowing where and how to access Purchase History, the information it provides does not make it easy to estimate past spending through the App Store. For instance, the tool does not provide monthly or annual totals. Instead, it only lists daily totals, meaning a user would have to manually sum daily total spending over weeks, months, or even years to get a view of their spending over a longer time frame.

146. Even if users were motivated enough to sum up their expenses manually, calculating life-cycle costs remains complex due to at least four other factors. First, purchases made directly through app developers' websites do not appear in the Purchase History tool. [260] This can be particularly confusing since some subscription services—such as Hulu or DAZN—can be purchased either through the App Store or directly from developers, with only the former being recorded as an

---

[260]    *See, e.g.,* "Netflix Billing Through Apple," *Netflix*, https://help.netflix.com/en/node/25097.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

App Store transaction in the Purchase History tool.[261] As a result, not all subscriptions appear in the Purchase History tool. To accurately calculate their life-cycle costs of using an iOS device, users must not only track their app and subscription purchases but also recall where each transaction occurred.

147. Second, the tool does not help consumers anticipate future spend, especially in a constantly evolving marketplace, as discussed in Section III.C.1. Because the tool is fundamentally backward looking, it tracks only a consumer's historic spending and offers no insight into emerging apps or in-app content that may appeal to them in the future. Indeed, during the time period at issue in this case, consumers experienced a steady increase in spending, highlighting the limitations of relying solely on historical data.[262] While the Purchase history tool may offer useful information in the short run, it is less useful over the long run as new spending opportunities continue to emerge. Furthermore, it is only useful for users who have a spending history—it provides no information for a user looking to obtain her first iPhone.

148. Third, many consumers make numerous purchases over the life-cycle of their device. As discussed in Section III.C.1, there was substantial growth in spending by the average user.[263] While the Purchase History tool centralizes this information, potentially reducing the cognitive burden of manually tracking expenses, it does not eliminate the effort required. Because Apple only aggregates spending at the daily level, users cannot automatically or easily view their total expenditures in the past month or the past year. As discussed in Section III.A.2, the way pricing information is aggregated can influence consumer behavior, and the lack of broader spending summaries may further complicate purchase decision-making.

---

[261] *See, e.g.,* "Managing an Apple-billed Hulu account," *Hulu*, https://help.hulu.com/article/hulu-manage-apple. I understand that Professor Stiglitz considers in-app content purchased outside of the App Store not to be a reasonable substitute for in-app content purchased through the App Store. *See* Stiglitz 2025 Report, Section V.B.7.

[262] APL-APPSTORE_09848610, at -630 (2017).

[263] Data in this matter indicate an average of approximately ▮▮▮ purchases made per user, although this is likely skewed towards zero due to the low number of purchases in the early days of the App Store. The average number of purchases, as discussed in Section III.C.2.a, is ▮. The data span July 10, 2008, to February 2, 2024, accounting for approximately 15.5 years. *See* Song 2025 Report, Section I.B and Section IV.B. This equates to an average of ▮▮▮ purchase per year, or ▮▮▮ purchases assuming a 2-year life-cycle of an iPhone, and ▮▮▮ purchases assuming a 2.5-year lifespan of an iPhone. *See* APL-APPSTORE_10340283, at -319; APL-APPSTORE_10849849, at -921.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

149. Fourth, Apple's Family Share and Purchase Share features further complicate estimation of life-cycle costs. Family Sharing allows up to six users to share subscriptions, app purchases (including select in-app purchases), and location, while also enabling parental controls for managing children's accounts. If the "organizer" of the "family" enables Purchase Sharing, all purchases made by his/her family members are charged to the organizer's account. As a result, estimating life-cycle costs for the organizer requires not only predicting their own future purchases but also anticipating those of their family members.

150. Between the effort required to learn about Purchase History, navigating to it, filtering to the relevant information, and performing the requisite calculations, the costs to users of employing the tool to assist in calculating life-cycle costs is likely too high for most to use it for that purpose. As discussed in Section III.B, the Hoyer Survey indicates that a large majority of consumers do not attempt to calculate life-cycle costs when they purchase their mobile iOS devices. This implies that consumers do not use this tool to assist in calculating life-cycle prices, either due to ignorance of the functionality or due to the cognitive costs associated with finding and aggregating the information.

## IV. The Non-Monetary Costs of Switching Away from iOS Mobile Devices Are Significant

151. In this section, I discuss the significant non-monetary costs associated with switching away from iOS mobile devices. Consumers who obtain an iOS mobile device and integrate into the Apple ecosystem will incur monetary and non-monetary costs if they switch to a different mobile device. While I do not address monetary switching costs in this report, I understand that Professor Stiglitz covers them in his expert report. If one or both of these costs are substantial, it can prevent consumers from switching, causing them to be locked-in to their iOS mobile devices.

152. At a high level, non-monetary switching costs include facets of the interconnectedness or integration of Apple devices (i.e., how well Apple devices work together), the built-in and default functionalities of Apple devices (e.g., iMessage), users' preferences to use the same or similar devices as their peers, the familiarity with the iOS user interface ("UI"), and the inconvenience of transferring information from Apple devices to non-Apple devices.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

153. These factors create non-monetary switching costs through well-documented mechanisms in the academic literature such as the cognitive effort required to make a switch (e.g., expending the effort to research a new phone), the disutility of losing certain features (e.g., switching to a phone that does not have iMessage features), and the time and effort associated with learning a new operating system or UI. In this section, I provide evidence that consumers face significant non-monetary switching costs once they purchase an iOS mobile device.

154. The remainder of this section is organized as follows. In Section IV.A, I begin by presenting several key insights from academic research on the sources of non-monetary switching costs, while also relating these findings to the current matter. In Section IV.B, I present and interpret results from the Hoyer Survey, which indicates that non-monetary switching cost-related factors are among the most considered and influential factors in consumers' decisions to choose iOS mobile devices over other brands. In Section IV.C, I examine the non-monetary switching costs specific to Apple's mobile devices, particularly how Apple's closed ecosystem creates these costs. Finally, in Section IV.D, I discuss more generally how different mobile device user interfaces can create switching costs.

## IV.A. The Economics Literature Has Established Common Reasons that Consumers Face High Switching Costs

155. Academic research establishes that non-monetary switching costs affect consumer decisions across a wide range of products. These costs can be as simple as adapting to a new recipe after switching cake-mix brands, or as complex as the time and effort involved in making higher-stakes decisions like leasing equipment.[264] In this section, I summarize two key insights from the economics literature on sources of non-monetary switching costs, showing how they can discourage consumers from leaving one product or service for another. I also examine how these insights apply to the Apple ecosystem, highlighting the significant switching costs for users of iOS mobile devices.

---

[264] Paul Klemperer, "The Competitiveness of Markets with Switching Costs," *RAND Journal of Economics* 18(1) (1987): 138-150.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

156. First, several studies have found that consumers persistently under-switch relative to the observable costs and benefits of an alternative product or service. That is, people tend to stick with the status quo even when superior alternatives are available. While various reasons—such as inattention, procrastination, and a stronger sensitivity to losses than gains—have been proposed to explain this behavior, a key insight from the literature is that all of these factors represent different types of cognitive costs which are not reflected in observable prices. Therefore, when consumers choose to switch products, including smartphone brands, they must overcome these cognitive costs.

157. Second, studies highlight a key phenomenon particularly relevant to mobile devices: the consumer experience improves as users become more familiar with operating a product. This familiarity creates a switching cost, as consumers recognize that adopting an alternative device requires re-learning its functionality, even if it is nominally similar. Experience enhances efficiency, while switching can be frustrating when it involves unlearning established habits and adapting to a new software layout or icon placements. This is especially relevant for mobile devices, where different brands require distinct inputs to perform similar functions.

### IV.A.1. Consumers Persistently Under-Switch Relative to Observable Costs and Benefits

158. As mentioned above, economic models often make simplifying assumptions about human behavior. One such assumption is that consumers will always switch to a better product or service when one becomes available. This assumption may be reasonable in certain contexts, but economic studies have demonstrated that this assumption often fails to hold in practice.[265] The inertia or lack of switching occurs because switching products—such as moving from an iPhone to an Android device—requires effort, and people tend to economize on effort.[266] Indeed, the modern economic literature has explicitly incorporated such phenomena into models of consumer switching.[267] As I discuss in more detail below, while monetary costs, such as the

---

[265] *See*, *e.g*., Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340.

[266] *See* Section III.A.2.

[267] *See, e.g.,* Heiko Karle, Heiner Schumacher, and Rune Vølund, "Consumer Loss Aversion and Scale-Dependent Psychological Switching Costs," *Games and Economic Behavior* 138 (2023): 214-237.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

price of a new phone matter for switching, non-monetary costs, such as the effort required to switch, are also major factors that deter consumers from switching products.

159. Inertia is well-documented phenomenon in the economics literature, with studies across multiple contexts showing that people often stick with their existing choices. Inertia can take different forms—one of the most robust findings in the behavioral economics literature is the **default effect**, i.e., the tendency of people to stick with default choices.[268] That is, even for simple actions like checking a box, people tend to stick with a pre-selected option, whether in 401(k) elections[269] or organ donation decisions.[270] While much of this literature focuses on defaults imposed by external entities (e.g., an employer chooses a default retirement plan), it underscores a broader behavioral pattern: consumers often forgo the actions necessary to choose something other than what has been selected for them.

160. A closely related example of the inertia phenomenon established by economic studies is **status quo bias**, the strong tendency among individuals to stick with the status quo.[271] That is, consumers "tend to choose the same option they chose previously, even if prices and attributes have changed so that they would no longer make that choice if making it for the first time."[272] In the context of mobile devices, this suggests consumers are likely to stick with the same brand when upgrading, for example, even when another device might better meet their needs.

161. Economic studies identify other various behavioral factors that contribute to under-switching behavior or inertia.[273] One is **present bias**, which I discussed above in Section III.A.1. Present

---

[268] Stefano DellaVigna, "Psychology and Economics: Evidence from the Field," *Journal of Economic Literature* 47(2) (2009): 315-372.

[269] James J. Choi, David Laibson, Brigitte C. Madrian, and Andrew Metrick, "For Better or for Worse: Default Effects and 401(k) Savings Behavior," in *Perspectives on the Economics of Aging* (University of Chicago Press, June 2004): 81-125, p. 83, http://www.nber.org/chapters/c10341.

[270] Eric J. Johnson and Daniel Goldstein, "Do Defaults Save Lives?," *Science* 302 (November 2003): 1338-1339.

[271] *See, e.g.,* Daniel Kahneman, Jack L. Knetsch, and Richard H. Thaler, "Anomalies: The Endowment Effect, Loss Aversion, and Status Quo Bias," *The Journal of Economic Perspectives* 5(1) (1991): 193-206; Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340. *See also, generally*, William Samuelson and Richard Zeckhauser, "Status Quo Bias in Decision Making," *Journal of Risk and Uncertainty* 1(1) (1988): 7-59.

[272] Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340, p. 325.

[273] Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

bias can lead to consumer lock-in, because switching requires an immediate effort or cost, while the full benefits of switching are not realized until the future.[274] This is because people face up-front costs (e.g., expending the effort to get acquainted with the operating system of a new phone), while benefits are potentially in the future (e.g., repeatedly experiencing a better operating system).

162. Another behavioral factor that can lead to consumer lock-in is **loss aversion**—the tendency to feel losses more strongly than equivalent gains.[275] This asymmetry creates cognitive switching costs, as consumers focus more on potential losses associated with switching than on potential gains.[276] For example, if a competing phone offers better battery life but an inferior camera, the increase in value from the improved battery life has to *more than offset* the loss in value from the inferior camera to induce a consumer to switch.

163. The power of loss aversion is illustrated by the success of programs tailored to overcome it. Retirement savings, for example, can be affected by loss aversion, because saving requires a reduction in immediate disposable income. This may feel like a loss in the present, which makes people less willing to save. Save More Tomorrow ("SMarT") was a savings program designed to help people overcome loss aversion by having them commit in advance to allocating a portion of their future salary increases to retirement savings.[277] This avoids an immediate reduction in disposable income, and frames retirement savings as smaller future wage increases (or gains)

---

[274] Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* 112(1) (2004): S164-S187 ("[Present-biased] agents procrastinate because they (wrongly) think that whatever they will be doing later will not be as important as what they are doing now. The more naive agents are, the more pronounced the tendency to procrastinate. Procrastination, in turn, produces a strong tendency toward inertia, or … status quo bias."). *See also,* Gal Zauberman, "The Intertemporal Dynamics of Consumer Lock-In," *Journal of Consumer Research* 30(3) (2003): 405-419.

[275] Consider the following stylized example of loss aversion: a person who loses $100, only to gain $100 back shortly thereafter is worse off than if nothing had happened, because the magnitude of the pain of losing $100 outweighs the pleasure of gaining $100. *See* Daniel Kahneman, Jack L. Knetsch, and Richard H. Thaler, "Anomalies: The Endowment Effect, Loss Aversion, and Status Quo Bias," *The Journal of Economic Perspectives* 5(1) (1991): 193-206.

[276] Heiko Karle, Heiner Schumacher, and Rune Vølund, "Consumer Loss Aversion and Scale-Dependent Psychological Switching Costs," *Games and Economic Behavior* 138 (2023): 214-237.

[277] Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* 112(1) (2004): S164-S187, p. S166.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

rather than wage decreases (or losses). This increased participants' average saving rates from 3.5 percent to 13.6 percent.[278]

164. In each of the aforementioned behavioral factors, a key underlying reason for inertia is that consumers must overcome cognitive costs to make a change. The impact of these costs is evident across multiple domains, including local phone service,[279] health insurance,[280] electricity supplier,[281] and auto insurance.[282] Below, I highlight key findings from studies examining consumers unwillingness to switch products or services.

- A study on the New York local phone service market found that consumers often failed to switch from their existing plan when new carriers enter the market.[283] As a result, 40 percent of households overpaid by not switching to a plan that better matches their usage.[284]

- A study on the U.S. health insurance market found that consumers often failed to switch health insurance plans even when their existing plans became dominated by another plan or plans due to price changes over time (i.e., a less expensive option that offers at least the same benefits as the consumer's existing plan became available).[285] Switching to the lower-priced plans would have resulted in an average annual savings of $2,032 per employee.[286]

---

[278]   *See* Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* 112(1) (2004): S164-S187, p. S174.

[279]   Nicholas Economides, Katja Seim, and V. Brian Viard, "Quantifying the Benefits of Entry into Local Phone Service," *RAND Journal of Economics* 39(3) (Autumn 2008): 699-730.

[280]   Benjamin R. Handel, "Adverse Selection and Inertia in Health Insurance Markets: When Nudging Hurts," *American Economic Review* 103(7) (2013): 2643-2682.

[281]   Chris M. Wilson and Catherine Waddams Price, "Do Consumers Switch to the Best Supplier?," *Oxford Economic Papers* 62 (2010): 647-668.

[282]   Elisabeth Honka, "Quantifying Search and Switching Costs in the US Auto Insurance Industry," *RAND Journal of Economics* 45(4) (2014): 847-884.

[283]   Nicholas Economides, Katja Seim, and V. Brian Viard, "Quantifying the Benefits of Entry into Local Phone Service," *RAND Journal of Economics* 39(3) (Autumn 2008): 699-730.

[284]   Nicholas Economides, Katja Seim, and V. Brian Viard, "Quantifying the Benefits of Entry into Local Phone Service," *RAND Journal of Economics* 39(3) (Autumn 2008): 699-730, p. 709.

[285]   Benjamin R. Handel, "Adverse Selection and Inertia in Health Insurance Markets: When Nudging Hurts," *American Economic Review* 103(7) (2013): 2643-2682.

[286]   Benjamin R. Handel, "Adverse Selection and Inertia in Health Insurance Markets: When Nudging Hurts," *American Economic Review* 103(7) (2013): 2643-2682, p. 2645.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Another study found that consumers in the U.K. electricity market often failed to switch to the lowest-cost supplier, with only 8-20 percent choosing the lowest cost option that matches their usage.[287]

- Research on the U.S. auto insurance market also revealed significant inertia among consumers choosing between insurers offering similar policy characteristics such as coverage levels.[288]

165. Overall, the economics literature finds that people tend to switch less frequently than observable, monetary costs would predict. This is because switching requires attention to available options, effort to find alternatives, and motivation to act—all of which impose non-monetary costs. Sticking with one's current phone or purchasing from the same brand is often the more convenient and effortless choice. Additionally, cognitive biases such as present bias and loss aversion can reinforce lock-in. Present bias discourages consumers from switching because the benefits of switching accrue over time, but the costs are immediate. Loss aversion leads consumers to perceive the potential loss of familiar features as more significant than equivalent gains from alternative products. I discuss how these factors can keep consumers locked into the iOS ecosystem in more detail in Section IV.C below.

### IV.A.2. The Effort of Learning New User Interfaces Creates Consumer Lock-In

166. Learning costs—the time and effort required to master a product—are a well-documented form of non-monetary switching costs, particularly in products that rely on user interaction and familiarity to function effectively.[289] Acquiring the baseline knowledge necessary to use a new product takes time, and consumers often face challenges when adapting to unfamiliar products.[290] This relationship is directly relevant to switching costs; the effort required to relearn

---

[287] The range of 8–20% reflects results from multiple datasets and robustness checks. *See* Do Consumers Switch to the Best Supplier?, p. 648.

[288] Elisabeth Honka, "Quantifying Search and Switching Costs in the US Auto Insurance Industry," *RAND Journal of Economics* 45(4) (2014): 847-884.

[289] Paul Klemperer, "The Competitiveness of Markets with Switching Costs," *RAND Journal of Economics* 18(1) (1987): 138-150.

[290] Kyle B. Murray and Gerald Häubl, "Explaining Cognitive Lock-In: The Role of Skill-Based Habits of Use in Consumer Choice," *Journal of Consumer Research* 34(1) (2007): 77-88.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

a new system can deter consumers from switching even when alternative products offer better features or pricing.

167. The impact of learning costs on switching behavior can be illustrated through a stylized example: a consumer might recognize that a "smart," internet-connected thermostat might better regulate the temperature in her house and save money over time. However, the anticipated effort required to learn and set up the new thermostat might deter her from making the switch. This reluctance to change is not limited to thermostats—it applies across many technologies that require mastering a new interface, such as computer software and operating systems.[291]

168. Learning costs are particularly prevalent in markets where operating efficiency improves with repeated use.[292] One example where learning costs are significant is the electronics markets.[293] As consumers become more accustomed to a device, the cognitive effort required to use it decreases. Consequently, the value of a smartphone, for example, increases as a consumer becomes more proficient in navigating its interface and features. However, this same learning process can also lead to lock-in, as switching to a new smartphone requires learning a new system from scratch.[294] As a result, even when monetary switching costs are low, consumers may remain locked into a product due to the effort required to adapt to an alternative.[295]

169. The concept of learning costs is closely related to the literature on processing fluency—the ease with which people process and interact with information.[296] The more a consumer engages with a product, the easier and more natural it becomes to use, increasing its perceived value. For

---

[291] *See* Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072, pp. 1980-1981.

[292] *See, e.g.,* Kyle B. Murray and Gerald Häubl, "Explaining Cognitive Lock-In: The Role of Skill-Based Habits of Use in Consumer Choice," *Journal of Consumer Research* 34(1) (2007): 77-88; Eric J. Johnson, Steven Bellman, and Gerald L. Lohse, "Cognitive Lock-In and the Power Law of Practice," *Journal of Marketing* 67(2) (2003): 62-75.

[293] *See* Eric J. Johnson, Steven Bellman, and Gerald L. Lohse, "Cognitive Lock-In and the Power Law of Practice," *Journal of Marketing* 67(2) (2003): 62-75.

[294] Kyle B. Murray and Gerald Häubl, "Explaining Cognitive Lock-In: The Role of Skill-Based Habits of Use in Consumer Choice," *Journal of Consumer Research* 34(1) (2007): 77-88.

[295] Kyle B. Murray and Gerald Häubl, "Explaining Cognitive Lock-In: The Role of Skill-Based Habits of Use in Consumer Choice," *Journal of Consumer Research* 34(1) (2007): 77-88.

[296] Rolf Reber, Jasmine Richter, and Mathilde H. Prenevost, "The Development of Affective Preferences and Beliefs: A Processing Fluency Framework," *Developmental Review* 73(101148) (2024): 1-16.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

example, users become more efficient as they repeatedly navigate a website, locate information, or complete purchases.[297] The same dynamic applies to social media platforms[298] and smartphones,[299] where continued use enhances familiarity, making alternative systems less appealing due to the cognitive effort required to build fluency from scratch. In Section IV.D below, I detail how the same effect contributes to consumer lock-in within the Apple ecosystem, where differences in iOS user interfaces further reinforce switching costs.

## IV.B. The Results of Professor Hoyer's Survey Indicate that Consumers Face High Switching Costs

170. As discussed in the previous section, non-monetary switching costs can arise across various product and service categories when consumers consider switching between comparable options. Consistent with these findings, I identify the following categories of non-monetary switching costs that iOS mobile device users are likely to encounter when considering a switch to non-iOS mobile devices:

- The intra-operability of Apple devices and their limited compatibility with non-Apple devices. This interconnectivity between Apple devices is lost if a user switches, creating switching costs.

- Certain Apple apps or functions, like iMessage, FaceTime, and AirDrop, are exclusive to iOS devices and incompatible with non-iOS devices. Of these apps, iMessage in particular is an important source of network effects, which create switching costs.

- Social factors stemming from the widespread use of iOS devices within a user's network. These are a source of network effects, where users derive additional utility when others use the same device or operating system. This can also create social pressure from other iOS users that can induce lock-in.

---

[297]  Eric J. Johnson, Steven Bellman, and Gerald L. Lohse, "Cognitive Lock-In and the Power Law of Practice," *Journal of Marketing* 67(2) (2003): 62-75.

[298]  Ian Anderson and Wendy Wood, "Habits and the Electronic Herd: The Psychology Behind Social Media's Successes and Failures," *Consumer Psychology Review* 4(1) (2020): 83-99.

[299]  Lukasz Grzybowski and Ambre Nicolle, "Estimating Consumer Inertia in Repeated Choices of Smartphones," *The Journal of Industrial Economics* 69(1) (2021): 33-82.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- The familiarity with the iOS operating system and the disutility of learning a new operating system. As discussed in Section IV.A.2, learning costs are a common source of switching costs for consumer electronics like iOS mobile devices.

- The difficulty of transferring content from Apple to non-Apple devices and the risk of losing data in the process. The lack of interoperability with non-Apple devices can create a significant "hassle factor" for consumers looking to switch. This may involve, for example, any additional steps needed to transfer photos, music, and other data to the new device.

171. Professor Hoyer designed a consumer survey to assess the extent to which consumers consider and are influenced by each of the above factors when choosing their iOS device over other brands. Specifically, as described in his report and summarized below, he constructed five survey instruments that correspond to each of the above switching costs:[300]

- The interconnectedness of Apple products—i.e., Apple devices work well together;

- Apple's built-in apps or functions (e.g., FaceTime, iMessage);

- That many or most of the people who iOS mobile device users communicate with are also iOS mobile device users;

- Familiarity of iOS mobile devices and not wanting to have to learn a new operating software;

- The difficulty of moving data from Apple to non-Apple mobile devices and the risk of losing data in the process.

172. As presented in Figure 14, unlike the cost of apps and in-app content, which I discuss in Section III.B, the majority of respondents who were asked the relevant question "QM5" in the Hoyer Survey considered each of these five factors when choosing their iOS mobile device.[301] 82 percent of respondents considered Apple's built-in apps and functions; this proportion was greater than any other decision factor except "iPhone/iPad device features" (87 percent). 76

---

[300] Hoyer Report, Section I.B.

[301] Question QM5 asked respondents the following question: "Again, please think back to when you were choosing your current **Apple iPhone**. Below is a list of factors that you may or may not have **considered** when making your decision to choose an Apple iPhone instead of a different brand of smartphone. For each factor, please indicate whether you **considered** that factor in your decision to choose an Apple iPhone instead of a different brand of smartphone. Select one response per factor to indicate whether you **considered** that factor." Hoyer Report, Section II.B.4.a (emphasis in original).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

percent of respondents considered "Apple devices work well together," making it the fourth most-common factor, just behind "iPhone/iPad works as expected" at 77 percent.

173. Respondents considered "Mostly communicate with iPhone/iPad users" and "Did not want to learn a new operating system" at rates of 69 and 68 percent, respectively, while 60 percent of respondents considered "Difficulty of moving data from Apple to non-Apple." These rates are comparable with or exceed those of other decision factors, indicating that the factors related to switching costs were just as likely to be influential in iOS device selection as considerations like device features and price.

### FIGURE 14: FACTORS CONSIDERED BY IOS MOBILE DEVICE USERS

Sources and Notes:

Hoyer Report, Section III.B, Figure 7; N=829. The first five hashed bars refer to responses relevant to the **non-monetary** switching costs. The factors as presented in the current figure use summary descriptions. For factor "Difficulty of moving data from Apple to non-Apple," N = 612, as this factor was not applicable to first-time iOS mobile device users and those who switched from a previous non-iOS mobile device. For factor "Did not want to learn new operating system," N = 708, as this factor was not applicable to those who switched from a previous non-iOS mobile device.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

The analysis tabulates responses to question QM5 in the Hoyer Survey. As described in the Hoyer Survey, Apple's built-in apps or functions include iMessages, Photos, FaceTime, Airdrop etc., while iPhone/iPad device features include camera, battery life, screen resolution, size, style. *See* Hoyer Report, Appendix D, QM5.

174. In total, 98 percent of the respondents who answered question QM5 in the Hoyer Survey considered at least one of these five factors related to switching costs when choosing an iOS mobile device.[302] 90 percent of respondents reported considering at least two of these factors and 74 percent considered three or more.[303]

175. The results above establish that a majority of respondents considered factors related to switching costs when acquiring their iOS mobile devices. In addition to which factors respondents considered, it is also important to assess the importance of each factor. As presented in Figure 15, respondents—on a scale of 1 to 5—rated "Apple devices work well together" as the most influential factor (4.28), slightly ahead of "iPhone/iPad device features" (4.27). "Difficulty of moving data from Apple to non-Apple" was the third most influential factor (4.19), and the remaining switching cost related factors were rated as more influential than all other factors except "iPhone/iPad works as expected" (4.17). These relative ratings indicate that while Apple's quality and device features influence consumers' choice of iOS mobile devices, switching costs are also equally (or near-equally) influential in their decision.

---

[302]   *See* Workpaper_Hoyer Survey Analysis, 'Calculate Hoyer Survey Statistics.R'.

[303]   *See* Workpaper_Hoyer Survey Analysis, 'Calculate Hoyer Survey Statistics.R'.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 15: RATING OF FACTORS CONSIDERED BY IOS MOBILE DEVICE USERS**



Sources and Notes:

Hoyer Report, Section III.B, Figure 8. The sample size for each factor varies depending on how many respondents selected the factor in QM5.

176. Analyzing data from the Hoyer Survey, I find that use of additional Apple devices substantially influences the importance consumers place on device interconnectivity when choosing an iOS mobile device. Table 7 below presents a cross tabulation of respondents who reported using an Apple Watch and those who considered interconnectivity among Apple devices (iPhones, iPads, Apple Watches, MacBooks, etc.) as a decision factor. Apple Watch users were 34 percent (23 percentage points) more likely to consider interconnectivity between devices when choosing their Apple iOS device.[304] This is evidence that owning additional Apple devices that do not work with—or do not work as well with—non-iOS devices, is an important switching cost, which I discuss further in Section IV.C.1.

---

[304]   (91% - 68%) / (68%) = 0.338. 91% - 68% = 23%.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**TABLE 7: CONSUMER CONSIDERATION OF APPLE PRODUCT INTEROPERABILITY BY APPLE WATCH OWNERSHIP**

| Do they own an Apple Watch? | | Selected 'Apple devices such as iPhones, iPads, Apple watches, Macbooks, etc. all work well together' as a Purchase Factor | | | |
|---|---|---|---|---|---|
| | | Yes | No | Unsure | Total |
| [A] | | [B] | [C] | [D] | [E] |
| Yes | [1] | 91% | 9% | 0% | 302 |
| No | [2] | 68% | 28% | 4% | 527 |

Sources and Notes:

From Hoyer Survey. Questions QS9 and QM5; *see* Hoyer Report, Appendix D. Note this analysis is limited to Current Buyers in the analytical sample as QM5 was only asked to this buyer group. *See* Hoyer Report, Section II.B.4.a and Section III.B, ¶¶ 71-72.

[A]: Whether the respondent indicated that they owned an Apple Watch as an additional Apple device and/or service.

[B]-[E]: The shares and total respondent count of all possible responses when respondents were asked whether they considered "Apple devices such as iPhones, iPads, Apple watches, MacBook, etc. all work well together" as a purchase factor, by the response they gave in [A].

## IV.C. Apple's Closed Ecosystem Creates Consumer Lock-In

177. As discussed in Section IV.A, the behavioral economics literature establishes that a consumer's decision to switch products and services cannot be predicted by monetary switching costs alone. Consumers face non-monetary costs of switching, often cognitive in nature, that can be significant. These phenomena are well-established in the literature across many consumer contexts. Some switching costs are inherent to the consumer experience—for example, it often takes time and effort to learn how to use a new product. Conversely, firms can take steps to deliberately increase switching costs—loyalty programs, for example, can penalize consumers who switch brands.[305] Similarly, the economics literature also demonstrates that firms have

---

[305] Paul Klemperer, "The Competitiveness of Markets with Switching Costs," *RAND Journal of Economics* 1(1) (1987): 138-150.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

incentives to build systems that are non-interoperable with other firms' products to keep consumers locked-in.[306]

178.  These forces serve to create switching costs that hinder consumers' ability to change products and lead to the well-understood phenomenon that firms seek to get users invested in products and ecosystems to secure future profits. Indeed, marketing towards younger demographics can be seen as "an investment in the future" as firms want to make sure "their operating system, their whole ecosystem, gets … ingrained into students' lives."[307] Tech firms see the marketing towards students as an effective way of branding and creating familiarity with its ecosystem to ensure future consumers stick within their ecosystem.[308]

179.  Apple recognizes the competitive risk of losing younger users to rival ecosystems. For example, Apple expressed concern over allowing Amazon FreeTime Unlimited,[309] a subscription service designed for children, onto the App Store.[310] Apple characterized the competition from Amazon's service as a "[b]attle for ecosystem dominance" and "the greatest long-term, strategic risk to Apple."[311] Apple personnel warned that "Amazon is actively extending their lead in parental controls, and thereby have the opportunity to gain dominance as the preferred ecosystem with the future generation of users. Since ecosystem switching costs are high, once a child is accustomed to the Amazon/Android OS ecosystem, it will become increasingly more difficult to win them back as an Apple customer."[312]

---

[306]  *See* Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072. *See also,* Melissa A. Schilling, "Technological Leapfrogging: Lessons from the U.S. Video Game Console Industry," *California Management Review* 45(3) (2003): 6-32; Chun-Hui Miao, "Consumer Myopia, Standardization and Aftermarket Monopolization," *European Economic Review* 54(7) (2010): 931-946.

[307]  Alyson Klein, "What Does Big Tech Want From Schools? (Spoiler Alert: It's not Money)," *EducationWeek*, January 7, 2020, https://www.edweek.org/technology/what-does-big-tech-want-from-schools-spoiler-alert-its-not-money/2020/01.

[308]  *See*, *e.g*., Tripp Mickle, "Apple Tries to Regain Education Market Share with iPad Changes," *Wall Street Journal*, March 27, 2018, https://www.wsj.com/articles/apple-updates-ipad-with-stylus-support-1522167400.

[309]  Note that Amazon rebranded "FreeTime Unlimited" to "Kids+." *See* "Amazon Kids+ (formerly FreeTime Unlimited) – Endless Fun for Kids," *Amazon*, https://www.amazon.com/freetime-unlimited-subscription/s?k=freetime+unlimited+subscription.

[310]  *See, generally*, "Amazon Kids+ Monthly," *Amazon*, https://www.amazon.com/ftu/home; APL-APPSTORE_06110560.

[311]  APL-APPSTORE_06110560, at -569 (April 5, 2018).

[312]  APL-APPSTORE_06110560, at -569 (April 5, 2018).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

180.  In other words, Apple recognizes the importance of switching costs associated with digital ecosystems. Below, I discuss features of Apple's ecosystem that increase switching costs for consumers. While the well-documented phenomena presented in Section IV.A apply in many consumer settings, Apple's products have features that make such phenomena particularly acute. In Section IV.C.1, I discuss how several of Apple's product designs increase switching costs through product interconnectivity. In Section IV.C.2, I lay out how network effects can lock consumers into Apple's ecosystem. Finally, Section IV.C.3 discusses how Apple's apps and services, particularly those related to storing and moving data, create switching costs for users.

## IV.C.1. Apple's Integration of Products Creates Switching Costs

181.  One of Apple's product design goals and key selling points is cross-device compatibility.[313] For example, across Apple's suite of products—smartphones, tablets, laptops, and more—Apple designs its products to communicate and sync user data across devices.[314] Apple appears to track cross-product ownership of Apple devices, which is relatively high: as of 2016, for example, 86 percent of Mac users in the United States also owned an iPhone, while 71 percent of Mac users also owned an iPad.[315]

182.  Apple also designs peripheral products to integrate within its suite of products. For example, Apple markets its AirPods Pro 2 (a model of wireless earbuds) as having an "easy, magical

---

[313]  Deposition of Timothy Cook, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021, 71:15-72:6 (In the context of discussing Apple devices and the iOS ecosystem, Mr. Cook states: "And the fact is that they [Apple's devices] work together seamlessly. That's always our objective, is to make them work together."). *See also*, "Sync Content Between Your Mac and iPhone, iPad or iPod Touch," *Apple Support*, https://support.apple.com/guide/mac-help/sync-music-books-and-more-between-devices-mchlde9a31f1/mac; APL-EG_07435767, at -796 (2014); APL-EG_09278875, at -893 (January 27, 2015) ("How can you differentiate iPhone in the future?…[W]e're in a unique position to make all of our ecosystem of products and services work together seamlessly. You see this with our new Continuity features that allow iPhones, iPads, and Macs to work together in powerful yet simple to use ways.") (emphasis in original).

[314]  "Sync Content Between Your Mac and iPhone, iPad or iPod Touch," *Apple Support*, https://support.apple.com/guide/mac-help/sync-music-books-and-more-between-devices-mchlde9a31f1/mac; "Set Up and Pair Your Apple Watch With iPhone," *Apple Support*, https://support.apple.com/guide/watch/set-up-and-pair-your-apple-watch-with-iphone-apdde4d6f98e/watchos. *See also*, Farhad Manjoo, "Apple Strengthens Pull of Its Orbit With Each Device," *New York Times*, October 22, 2014, https://www.nytimes.com/2014/10/23/technology/personaltech/devices-with-yosemite-and-ios-8-operating-systems-seamlessly-connect-in-apples-ecosystem.html.

[315]  APL-EG_09284791, at -808 (2016).

---

Expert Report of M. Keith Chen, Ph.D.                    No. 4:11-cv-06714-YGR | Page 86

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

setup" that allows users to "seamlessly pair with every device in [their] Apple Account[s]."[316] A consumer may benefit from multiple products working well together, but it also makes switching away from an Apple device more difficult.[317] Part of this switching cost is monetary in nature— e.g., switching away from the iPhone may require purchasing new peripheral products. I understand that Professor Stiglitz addresses this topic in more detail. Below, I discuss the non-monetary aspects of switching that result from Apple's closed ecosystem.

183.   One of these non-monetary switching costs is the inconvenience of losing peripherals or features that are exclusive to Apple. For example, starting in 2012, many Apple products, including the iPhone, iPad, and iPod (Apple's music player), used a proprietary "Lightning" connector.[318] While Apple started making iPads that used the more common USB-C connector (which is used by many phones and chargers[319]) in 2018,[320] Apple did not switch to the USB-C for iPhones until the iPhone 15 in 2023.[321] This type of non-interoperability creates switching costs—for example, it is inconvenient to have multiple charger types between a smartphone and tablet.

184.   Furthermore, it appears that regulators in Europe pushed Apple to switch to the USB-C connector for iPhone.[322] Apple recognized that the move to USB-C had the "[p]otential for

---

[316]   *See*, *e.g*., "AirPods Pro 2," *Apple*, https://www.apple.com/airpods-pro/ ("**Easy, magical setup**[:] Place AirPods Pro 2 near your iPhone and tap Connect to seamlessly pair with every device in your Apple account.") (emphasis in original).

[317]   Farhad Manjoo, "Apple Strengthens Pull of Its Orbit With Each Device," *New York Times*, October 22, 2014, https://www.nytimes.com/2014/10/23/technology/personaltech/devices-with-yosemite-and-ios-8-operating-systems-seamlessly-connect-in-apples-ecosystem.html; Jon Markman, "Apple Grows Its Ecosystem, And Its Advantage," *Forbes*, April 12, 2017, updated September 23, 2018, https://www.forbes.com/sites/jonmarkman/2017/04/12/apple-grows-its-ecosystem-and-its-advantage/.

[318]   Umar Shakir, "A History of Apple Making Us Buy New Cables," *The Verge,* September 12, 2024, https://www.theverge.com/2023/9/12/23859659/apple-cable-history-iphone-15-usb-c-lightning-mac-thunderbolt.

[319]   Julian Chokkattu, "The iPhone Is Finally Getting USB-C. Here's What That Means," *Wired*, September 12, 2023, https://www.wired.com/story/apple-iphone-15-usb-c/. *See also*, Jonathan Parkyn and Siobhan Conners, "USB Type C: Everything You Need to Know," *ITPro*, March 4, 2019, https://www.itpro.com/desktop-hardware/21984/usb-type-c-everything-you-need-to-know.

[320]   iPad Pro 11-inch has a USB-C connector and was released in October 2018. *See* "iPad Pro 11-inch (1st generation) - Technical Specifications," *Apple Support*, https://support.apple.com/en-us/111974. *See also,* "iPad Pro 11 1st Gen," *Bosstab*, https://www.bosstab.com/resources/tablet-guides/apple/specs/pro/ipad-pro-11-1st-gen.

[321]   I note that due to a 2023 European Union mandate, devices beginning with the iPhone 15 are required to be USB-C compatible. *See* Terrance Gaines, "Goodbye, Lightning Cable: How to Prepare for Your First USB-C iPhone," *PCMag*, September 18, 2023, https://www.pcmag.com/how-to/goodbye-lightning-cable-how-to-prepare-for-your-first-usb-c-iphone.

[322]   *See, e.g.,* APL-EG_06616221, at -239; APL-EG_03801531, at -551; APL-EG_05446605, at -605.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

considerable impact" on Apple's ecosystem[323] and created a "[s]erious issue" for its business in Europe, and Apple resisted the change.[324] However, Apple also recognized that moving away from the lighting charger was good for users, as the USB-C had improved versatility and allowed users a more seamless user experience across devices.[325]

185. Other Apple devices are similarly built to operate within Apple's closed ecosystem. AirPods, for example, instantly pair across Apple devices, but switching to a non-Apple devices requires manual pairing, reducing ease of use.[326] Another example is the Apple Watch, whose functionalities largely depend on having an iPhone.[327] For example, as mentioned in Section II.A, the Apple Watch must first be paired with an iPhone before any of its functions become available, even those that do not require an iPhone nearby post-activation.[328] Other examples include AirTags (small tracking devices), which work best with the "FindMy" app that is exclusive to iOS devices,[329] Apple's cloud storage system "iCloud," which can sync across Apple products,[330] and iMessage, which allows users to automatically see messages across their linked Apple devices.[331]

186. Switching away from iOS mobile devices requires a user to give up the functionalities that work across Apple devices. For example, if a user acquires an Android phone, she can no longer view

---

[323]  APL-EG_06616221, at -239.

[324]  APL-EG_06618618, at -651.

[325]  APL-APPSTORE_11258557, at -562. *See* "Apple debuts iPhone 15 and iPhone 15 Plus," *Apple Newsroom*, September 12, 2023, https://www.apple.com/newsroom/2023/09/apple-debuts-iphone-15-and-iphone-15-plus/.

[326]  "AirPods Pro 2," *Apple*, https://www.apple.com/airpods-pro/ ("**Easy, magical setup**[:] Place AirPods Pro 2 near your iPhone and tap Connect to seamlessly pair with every device in your Apple account.") (emphasis in original); "Pair AirPods with a non-Apple device," *Apple Support*, https://support.apple.com/en-my/guide/airpods/dev499c9718b/web.

[327]  Tim Brookes, "Can I use an Apple Watch Without an iPhone?," *How to Geek*, July 18, 2022, https://www.howtogeek.com/802150/can-i-use-an-apple-watch-without-an-iphone.

[328]  "Set Up and Pair Your Apple Watch With iPhone," *Apple Support*, https://support.apple.com/guide/watch/set-up-and-pair-your-apple-watch-with-iphone-apdde4d6f98e/watchos. *See also*, Noah Walker, "Can You Use Apple Watch with Android Phones?" *SimplyMac*, July 19, 2024, https://www.simplymac.com/apple-watch/can-you-use-apple-watch-with-android.

[329]  Jason Cipriani, "2 ways you can use Apple's AirTag with an Android phone," *CNet*, April 29, 2021, https://www.cnet.com/tech/mobile/2-ways-you-can-use-apple-airtag-with-an-android-phone/.

[330]  "Introduction to iCloud," *Apple Support*, https://support.apple.com/guide/icloud/introduction-to-icloud-mm74e822f6de/icloud.

[331]  "About iMessage on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/about-imessage-iph4e9799206/ios.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

messages across all of her devices—Android phones do not have iMessage.[332] This loss of interconnectedness of devices—along with the loss of other features of an iOS mobile device—is exacerbated by loss aversion, a behavioral feature described in Section IV.A.1. Because people feel losses more intensely than gains—some studies indicate that losses are felt twice as intensely and gains—it makes it difficult for consumers to switch.[333] Indeed, a new product would have to more than make up for the loss of functionalities in order to induce a user to move out of the iOS ecosystem.

187.  Documentary evidence shows that Apple understood that designing its products to function exclusively—or more effectively—within its ecosystem is a way to keep customers locked into Apple products. Apple noted that allowing the Apple Watch to integrate with Android would remove an "iPhone differentiator" and that any additional sales of the Apple Watch that resulted would not "offset [the] impact to iPhone sales."[334] Furthermore, Apple blocked an app by Google that would let iPhone users better sync their devices with non-Apple smartwatches.[335]

188.  As detailed in Section IV.B, this is consistent with the results of Professor Hoyer's survey, which indicates that 76 percent of respondents considered "Apple devices work well together" as a factor in their choice of mobile device.[336] Of respondents that also owned an Apple Watch, an even greater 91 percent considered the interconnectivity of Apple devices in making their choice of device, demonstrating the effect of complementary device ownership on switching costs.[337]

---

[332]  Tim Higgins, "Why Apple's iMessage Is Winning: Teens Dread the Green Text Bubble," *Wall Street Journal*, January 8, 2022, https://www.wsj.com/articles/why-apples-imessage-is-winning-teens-dread-the-green-text-bubble-11641618009.

[333]  *See* Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* 112(1) (2004): S164-S187 ("Estimates of loss aversion are typically close to 2.0: losses hurt roughly twice as much as gains yield pleasure.").

[334]  APL-EG_06238183, at -184 ("Cons [of "Fennel:"] iPhone concerns[:] Removes iPhone differentiator[,] Unlike Mac/iPod, sales of Watch would not be able to offset an impact to iPhone sales."). "Fennel" was a project to provide Android support for the Apple Watch. *See* APL-APPSTORE_09602996, at -997 ("Goals[:] Support Apple Watch initiatives…Android companion for Apple Watch (*Fennel*)") (emphasis in original).

[335]  APL-APPSTORE_10742792, at -796-797 (April 23, 2015) ("App Name: Android Wear[.] **Developer: Google, Inc. Price: FREE**[.] **Recommendation: Reject**[.] Notes: 3.1, Google: iPhone. **Android Wear connects a user's iPhone with their Android Wear compatible watch.** They can manage which notification their watch will receive and see alerts from Google Now such as traffic and weather information. The app has very little functionality without having hardware paired to it.") (emphasis added).

[336]  *See* Section IV.B.

[337]  *See* Section IV.B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Furthermore, among the significant majority of respondents that considered this factor, it was rated the most influential factor in determining the choice of device.

### IV.C.2. Apple's Cross-User Functionalities Create Network Effects

189. Beyond integrating an individual user's Apple devices, Apple also designs its products to interact differently between Apple devices owned by separate users than with non-Apple devices. As a result, several of Apple's products and features become more valuable as their user bases grow, because functionalities like messaging and file sharing between Apple devices are more useful when more people own Apple devices. However, this interconnected ecosystem can also create barriers that make it costly for users to leave Apple's ecosystem.

190. The phenomenon where a product or service becomes more useful as more people use it is known as "direct network effects."[338] For example, if only one person had a telephone, it would not be a useful communication device—the solitary owner of the telephone would have no one else to call. However, as more people obtain a telephone, it becomes more useful, and eventually indispensable, to have one. Other examples of products with direct network effects include email, social media platforms, computer operating systems, and messaging apps.

191. Network effects make it more difficult for consumers to switch products, as consumers prefer the product that many other people use—if a user switches, she loses the benefits of the network unless others also switch.[339] For example, if most of a user's contacts use iMessage to send text messages, switching to a different messaging app can disrupt communication. Over time, as more users adopt the product, the cost of switching increases and reinforces consumers' lock-in. This in turn, strengthens firms' incentives to keep consumers locked in by deliberately designing products to be incompatible with other products or services.[340]

---

[338] Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072.

[339] Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072.

[340] Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

192. Several functions of iOS mobile devices display network effects, including iMessage as described above. iMessage, Apple's text-based communication app, allows users to text other Apple users over Wi-Fi without incurring cellular service charges.[341] There historically have been other advantages to iMessage as well, including improved quality of photos and videos between iMessage users.[342] As a result, iMessage becomes more valuable when the user's contacts also have Apple devices—and iMessage continues to be unavailable to Android users.[343]

193. This topic came up at an industry conference in 2022, when a journalist expressed frustration to Apple's CEO, Tim Cook. The journalist lamented that he could not text his high-quality videos to his mother, because she used an Android device. Cook replied, "Buy your mom an iPhone."[344] More generally, group chats containing any non-iPhone users lacked many of iMessage's features until recently.[345] Users in such group chats—including iOS device users—could not utilize location sharing, Wi-Fi messaging, typing indicators, read receipts, audio messages,

---

[341] *See* "About iMessage on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/about-imessage-iph4e9799206/ios; *and* "What is the difference between iMessage, RCS, and SMS/MMS?" *Apple Support*, https://support.apple.com/en-us/104972. Note that using iMessage with cellular data plans can incur charges.

[342] Mikael Trench, "Why Pictures and Videos Sent from iPhone to Android are Blurry (And How to Fix It)," *SlashGear,* July 24, 2024, https://www.slashgear.com/1615534/iphone-sending-blurry-pictures-android-fix/.

[343] Justin Pot, "How to Use iMessage an Android," *Wired*, May 13, 2023, https://www.wired.com/story/how-to-use-imessage-android/. The article asks "[w]hy isn't iMessage on Android" and lists alternative ways to emulate iMessage on Android.

[344] Jeannine Mancini, "Tim Cook Says 'Buy Your Mom An iPhone' If You Want To Communicate With Android Users – Compatibility Not A Priority For Apple," *Yahoo! Finance*, August 28, 2023, https://finance.yahoo.com/news/tim-cook-says-buy-mom-210347694.html. I note that Apple implemented RCS with the launch of iOS 18, which has led to some improvements in the messaging experience between iOS and Android users, including allowing for higher-quality images and videos. However, this did not occur until 2024. *See* "iOS 18 is available today, making iPhone more personal and capable than ever," *Apple Newsroom*, September 16, 2024, https://www.apple.com/newsroom/2024/09/ios-18-is-available-today-making-iphone-more-personal-and-capable-than-ever/.

[345] Apple has recently improved messaging between iPhone and Android with iOS 18 in 2024. *See* Jamie Richards, "6 ways iOS 18 improves messaging between iPhone and Android – and 3 ways it doesn't," *TechRadar*, September 17, 2024, https://www.techradar.com/phones/ios/6-ways-ios-18-improves-messaging-between-iphone-and-android-and-3-ways-it-doesnt.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"stickers,"[346] or "Tapback" reactions.[347] This meant that the features available to iOS users depended on not only her own device, but the devices of the users she was messaging.[348] This highlights the value of direct network effects—iOS mobile devices, through the use of iMessage, become more valuable as more people in a user's network own them.

194. The network effects present in iMessage are likely exacerbated by how Apple signals to users whether they are sending text messages to another iMessage user, or whether they are exchanging messages with a non-Apple user. If a message originated from another iMessage user, the iOS user's outgoing texts appear in blue bubbles.[349] Messages to non-iPhone users, however, appear in green bubbles.[350] Figure 16 below displays the difference in how messages appear on the iPhone depending on whether the text's recipient is using iMessage or not. The depiction of the iPhone on the left shows a blue-colored text bubble sent to another iMessage user, while the image on the right shows a green-colored text bubble sent to someone using a non-iOS device. Notably, other messaging apps like WhatsApp do not distinguish the sources of text messages in the same way.[351]

---

[346] From Apple's website, "stickers" appear to be illustrations that can "match your personality and mood to your text messages." Users can also "angle the stickers or make them different sizes," and recipients will see "stickers" as soon as they are placed. *See* "Send stickers in Messages on iPhone," *Apple Support,* https://support.apple.com/guide/iphone/send-stickers-iph37b0bfe7b/ios.

[347] Apple defines "Tapbacks" as "a quick and easy way to respond to a message, such as [with] a heart, a thumbs-up or thumbs-down, laughter, exclamation points, a question mark, and any sticker, Memoji, or emoji." *See* "iPhone User Guide – iOS 18 React with Tapbacks in Messages on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/react-with-tapbacks-iph018d3c336/18.0/ios/18.0. *See also,* Jamie Richards, "6 ways iOS 18 improves messaging between iPhone and Android – and 3 ways it doesn't," *TechRadar*, September 17, 2024, https://www.techradar.com/phones/ios/6-ways-ios-18-improves-messaging-between-iphone-and-android-and-3-ways-it-doesnt.

[348] Only a subset of the features discussed above has been made available for cross-platform messaging on iOS 18. *See* Jamie Richards, "6 ways iOS 18 improves messaging between iPhone and Android – and 3 ways it doesn't," *TechRadar*, September 17, 2024, https://www.techradar.com/phones/ios/6-ways-ios-18-improves-messaging-between-iphone-and-android-and-3-ways-it-doesnt.

[349] A message between two iPhones can still appear in green if 1) iMessage is turned off on the sending or receiving iPhone or 2) iMessage is temporarily unavailable on the sending or receiving iPhone. *See* "If your iPhone messages are green," *Apple Support*, https://support.apple.com/en-us/105087.

[350] "If your iPhone messages are green," *Apple Support*, https://support.apple.com/en-us/105087 ("If you see a green message bubble instead of a blue one, then that message was sent using RCS or MMS/SMS instead of iMessage. There are several possible reasons for this: The person that you sent the message to doesn't have an Apple device.").

[351] Brian X. Chen, "Apple Is Doing Its Part to End Green Bubble Shaming. It's Our Turn," *New York Times*, November 29, 2023, https://www.nytimes.com/2023/11/29/technology/personaltech/apple-iphone-android-bubbles.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 16: BLUE AND GREEN TEXT MESSAGE BUBBLES ON IPHONES**



Sources and Notes:

How text bubbles appear depending on the device of the individual being messaged.

Jason Snell, "Apple fans should be celebrating Android's Messages win," *Macworld*, December 6, 2023, https://www.macworld.com/article/2163354/imessage-rcs-android-iphone-user-experience.html.

195. This visual distinction has led to the popular press noting phenomenon like "green bubble shaming,"[352] reluctance to date users who have green bubbles,[353] and a fear among teenagers that they will be ostracized if their texts do not appear in iMessage-blue bubbles.[354] Academic literature also discusses how this increases demand for the iPhone, as users try to avoid the social stigma of not using an iPhone.[355] These type of behaviors, including ostracization and consumption as a signal of status, are consistent with academic work on how personal identity drives economic decisions.[356]

---

[352] Brian X. Chen, "Apple Is Doing Its Part to End Green Bubble Shaming. It's Our Turn," *New York Times*, November 29, 2023, https://www.nytimes.com/2023/11/29/technology/personaltech/apple-iphone-android-bubbles.html.

[353] Alex Mitchell, "Android users less attractive than iPhone owners, women say: 'Like, no,'" *New York Post*, December 28, 2023, https://nypost.com/2023/12/28/lifestyle/android-users-less-attractive-than-iphone-owners-women-say/.

[354] Tim Higgins, "Why Apple's iMessage Is Winning: Teens Dread the Green Text Bubble," *Wall Street Journal*, January 8, 2022, https://www.wsj.com/articles/why-apples-imessage-is-winning-teens-dread-the-green-text-bubble-11641618009.

[355] Leonardo Bursztyn, Benjamin R. Handel, Rafael Jimenez, and Christopher Roth, "When Product Markets Become Collective Traps: The Case of Social Media," *NBER Working Paper* 31771 (July 2024), p. 4.

[356] George A. Akerlof and Rachel E. Kranton, "Economics and Identity," *Quarterly Journal of Economics* 115(3) (2000): 715-753.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

196. Apple itself has marketed its products along the same lines, encouraging users to switch to iPhone, so they could avoid feeling "blue" and make others "green with envy."[357] Beyond marketing, Apple has also taken steps to prevent workarounds that could reduce this social pressure. For example, Apple reportedly interfered with an app meant to help Android users mimic the blue bubble,[358] leading the developer to take the app down shortly after its initial launch.[359] The desire for a workaround is indicative of the type of social pressure surrounding iMessage—people do not want to lose their blue-bubble status by switching to other products, such as Android.

197. Apple's decision to keep iMessage off Android appears to be a deliberate strategy to lock in consumers. At one point, Apple considered offering iMessage and FaceTime for Android, which it expected to help Apple "stay competitive and benefit from [the] network effect."[360] However, the countervailing concern was that "iMessage on Android would simply serve to remove [an] obstacle to iPhone families giving their kids Android phones."[361] Apple executives also noted that "iMessage amounts to serious lock-in."[362] Furthermore, Eddy Cue, Senior Vice President of

---

[357] "iOS 7 – Messages," *Apple*, July 8, 2014, accessed via the *Internet Archive Wayback Machine,* captured July 8, 2014, https://web.archive.org/web/20140708162715/http://www.apple.com/ios/messages/.

[358] *See* "Introducing Beeper Mini – get blue bubbles on Android," *Beeper Blog*, December 5, 2023, https://blog.beeper.com/2023/12/05/introducing-beeper-mini-get-blue-bubbles-on-android-%F0%9F%92%99/. *See also*, *e.g*., "Beeper Mini Is Back," *Beeper Blog*, December 11, 2023, https://blog.beeper.com/2023/12/11/beeper-mini-is-back/; Sarah Perez, "Beeper Mini is back in operation after Apple's attempt to shut it down," *TechCrunch*, December 11, 2023, https://techcrunch.com/2023/12/11/beeper-mini-is-back-in-operation-after-apples-attempt-to-shut-it-down/; Nicole Nguyen, "The Fight Over Apple's iMessage and Those Green Bubbles," *Wall Street Journal*, December 22, 2023, https://www.wsj.com/tech/personal-tech/the-fight-over-apples-imessage-and-those-green-bubbles-0ad95088; Tom Pritchard, "Your iMessage for Android dreams are over – Beeper Mini is officially giving up," *Tom's Guide*, December 22, 2023, https://www.tomsguide.com/news/your-imessage-for-android-dreams-are-over-beeper-mini-is-officially-giving-up.

[359] *See* "Introducing Beeper Mini – get blue bubbles on Android," *Beeper Blog*, December 5, 2023, https://blog.beeper.com/2023/12/05/introducing-beeper-mini-get-blue-bubbles-on-android-%F0%9F%92%99/; Alan Martin, "RIP Beeper Mini: iMessage on Android is now truly done," *Tom's Guide*, January 28, 2024, https://www.tomsguide.com/phones/rip-beeper-mini-imessage-on-android-is-now-truly-done.

[360] APL-APPSTORE_09849681, at -807.

[361] APL-EG_06403348, at -351 (April 8, 2013) ("In the absence of a strategy to become the primary messaging service for [the] bulk of cell phone users, I am concerned [that] iMessage on Android would simply serve to remove [an] obstacle to iPhone families giving their kids Android phones.").

[362] APL-APPSTORE_02970610, at -612 (March 3, 2016).

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Services,[363] testified that Apple could have developed an Android app that would have made texting more seamless between Apple and Android users.[364]

198. An instructive comparison of iMessage's network effects in the United States is the popularity of *WhatsApp*, a cross-platform messaging app, which is more popular than iMessage globally.[365] This is likely because iPhone is less prevalent globally than in the US market, and *WhatsApp* works across different operating systems.[366] This illustrates the fact that network effects create an incentive to "herd,"[367] where users cluster on a product because others do as well. It is not necessarily the case that iMessage is the best app—indeed, Apple has characterized iMessage as being only "marginally better" than the competition.[368] While a majority of users settled on

---

[363]  "Apple Leadership," *Apple*, https://www.apple.com/leadership/.

[364]  Deposition of Eddy Cue (Apple), *In re Apple iPhone Antitrust Litigation,* No. 4:11-cv-06715-YGR, February 8, 2021, 91:17-92:16 ("Q … Do you remember a point in time when there was a debate as to whether or not iMessage should be opened to Android, and Android users would be able to utilize iMessage on an Android platform? … THE WITNESS: I remember the time of wanting to do an iMessage app on Android ourselves so that you could – on Android Talk to iMessage. So we would do the app. … Q So that would be Apple writing on the Android platform an iMessage app? A That's correct. Q … [I]n that version, would there have been cross-compatibility with the iOS platform so that users of both platforms would have been able to exchange messages with one another seamlessly? … THE WITNESS: That was certainly the discussion and the view that I had. That wouldn't be the case over time because of the features that were added to Messages, but at that time, I think we could have made a version on Android that worked with iOS.").

[365]  Rishi Iyengar, "Why WhatsApp wants to convince Americans to stop sending text messages, " *CNN Business*, March 21, 2022, https://www.cnn.com/2022/03/21/tech/whatsapp-us-advertising-encryption-sms/index.html ("[I]n the United States…more than half the country uses iPhones and their default iMessage app."); Laura Ceci, "WhatsApp penetration rate among global messaging app users as of April 2022, by country," *Statista*, September 25, 2023, https://www.statista.com/statistics/1311229/whatsapp-usage-messaging-app-users-by-country/ (showing that market penetration of WhatsApp is over 90 percent for 10 countries, compared to around 41 percent in the United States). *See also*, Jacob Poushter, "WhatsApp and Facebook dominate the social media landscape in middle-income nations," *Pew Research Center*, March 22, 2024, https://www.pewresearch.org/short-reads/2024/03/22/whatsapp-and-facebook-dominate-the-social-media-landscape-in-middle-income-nations/.

[366]  Statistics show that iPhones are more popular in the U.S. while Android is more popular globally. *See* "iPhone Market Share by Country 2024," *World Population Review,* https://worldpopulationreview.com/country-rankings/iphone-market-share-by-country.

[367]  *See* Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072, p. 1975.

[368]  APL-EG_06403348, at -351 (April 8, 2013) ("Do you have any thoughts on how we would make switching to iMessage (from WhatsApp) compelling to masses of Android users who don't have a bunch of iOS friends? iMessage is a nice app/service, but to get users to switch social networks we'd need more than a marginally better app.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iMessage as the dominant texting app in the United States, the international community largely did not.[369]

199. In addition to iMessage, there are several other examples of Apple products and features that benefit from network effects, including "FaceTime," an iOS app that historically only allowed users to videochat with other Apple users;[370] "AirDrop," Apple's file-sharing function, which allows users to transmit photos, videos, and other files only between Apple devices;[371] and Apple's Family Sharing, which allows small groups of people (e.g., family members) to share apps and other content with each other,[372] provided they all have iOS mobile devices.[373] These apps and features benefitting from network effects are well-understood to keep people locked into iOS mobile devices—for example, people use these features with their friends and family, and it can create social pressure keep using iOS devices.[374]

200. This is consistent with Professor Hoyer's finding that 69 percent of iPhone or iPad users considered the fact that they "mostly communicate with iPhone/iPad users" when choosing their devices.[375] This was greater than the percentage of respondents that considered other device

---

[369] Rishi Iyengar, "Why WhatsApp wants to convince Americans to stop sending text messages, " *CNN Business*, March 21, 2022, https://www.cnn.com/2022/03/21/tech/whatsapp-us-advertising-encryption-sms/index.html ("[I]n the United States…more than half the country uses iPhones and their default iMessage app."); Laura Ceci, "WhatsApp penetration rate among global messaging app users as of April 2022, by country," *Statista*, September 25, 2023, https://www.statista.com/statistics/1311229/whatsapp-usage-messaging-app-users-by-country/ (showing that market penetration of WhatsApp is over 90 percent for 10 countries, compared to around 41 percent in the United States). *See also*, Jacob Poushter, "WhatsApp and Facebook dominate the social media landscape in middle-income nations," *Pew Research Center*, March 22, 2024, https://www.pewresearch.org/short-reads/2024/03/22/whatsapp-and-facebook-dominate-the-social-media-landscape-in-middle-income-nations/.

[370] Dave Johnson and Abigail Abesamis Demarest, "How to use FaceTime on your Android or Windows device," *Business Insider*, June 14, 2023, https://www.businessinsider.com/guides/tech/facetime-for-android.

[371] Abrar Al-Heeti and Patrick Holland, "How to Use AirDrop to Quickly Send Photos and files Across iPhone, Mac and iPad," *CNet*, September 17, 2024, https://www.cnet.com/tech/mobile/how-to-use-airdrop-to-quickly-send-photos-and-files-across-iphone-mac-and-ipad/.

[372] *See, generally*, "Family Sharing," *Apple*, https://www.apple.com/family-sharing/.

[373] "Family Sharing," *Apple*, https://www.apple.com/family-sharing/ ("iOS 8 or later and OS X Yosemite or later are required to set up or join a Family Sharing group and are recommended for full functionality."). I note that Android users have some—but highly limited—access to Family Sharing features. *See, e.g.*, "Use Family Sharing with Apple Music on Android," *Apple Support*, December 29, 2023, https://support.apple.com/en-us/109333.

[374] Tim Higgins, "Why Apple's iMessage Is Winning: Teens Dread the Green Text Bubble," *Wall Street Journal*, January 8, 2022, https://www.wsj.com/articles/why-apples-imessage-is-winning-teens-dread-the-green-text-bubble-11641618009.

[375] *See* Section IV.B.

features, such as security or the cost of the device. This demonstrates that network effects play an important role in keeping users in the iOS mobile device ecosystem. Furthermore, as discussed in Section IV.A.1 and Section IV.C.1, loss aversion would tend to make switching even more difficult, as the value of losing access to the dominant network would have to be more than offset by the benefits of switching to a different device brand.

### IV.C.3. Apple's Apps and Online Services Create Switching Costs

201.   One of the reasons Apple devices work well with each other, both for within-user interactions (e.g., data transfer between a single user's iPhone and iPad) and between-user interactions (e.g., FaceTime calls between users) is because Apple's software and online services are designed for cross-device functionality between Apple devices. For example, "iCloud," Apple's cloud-based storage service, can automatically sync user data across iPhone, iPad, and Mac laptops.[376] In addition, iCloud automatically backs up the data from iOS Mobile devices by default.[377] By setting the storage service as the default, Apple encouraged users to accumulate data, making it harder to switch to other products. In addition, when there is no comparable way to automatically transfer data to outside of Apple's ecosystem, it creates switching costs for users looking to change devices.

202.   The choice to make iCloud the default backup option was purposeful: in 2013, Apple planned to turn iCloud backup on by default for iOS device users, because it would increase demand for additional storage upgrades.[378] Apple referred to this as "iOS Back-Up," and noted that it would be turned on for a full year by default, starting with the release of iOS 7.[379] In addition to backing up data by default, users can also choose to automatically sync photos, passwords, and

---

[376]   "Introduction to iCloud," *Apple Support*, https://support.apple.com/guide/icloud/introduction-to-icloud-mm74e822f6de/icloud. *See also*, "How iCloud keeps information up to date across all your devices," *Apple Support*, https://support.apple.com/guide/icloud/how-icloud-keeps-information-up-to-date-mmd44763ead3/icloud.

[377]   "iPhone User Guide, iOS 18, Back Up iPhone" *Apple*, https://support.apple.com/guide/iphone/back-up-iphone-iph3ecf67d29/ios.

[378]   APL-APPSTORE_09849681, at -811 (2013) ("Backup 'on' by default drives increased demand for storage upgrades in FY'14."). For document date, *see* APL-APPSTORE_09849681, at -713 (2013) ("Average media spending for ATV customer: $175 (Last 12 months Aug 1, 2012-July 31, 2013).").

[379]   APL-APPSTORE_09849681, at -808 (2013).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

other files.[380] For each app a user chooses to sync, it requires three steps, with the final step being a tap for each app.[381]

203. While iCloud is integrated across Apple devices, it does not have the same functionality on non-Apple devices—for example, there is no native iCloud feature for Android.[382] This makes transferring data, such as when upgrading to a new iPhone, easier within the Apple ecosystem than when switching to a different smartphone brand. By contrast, other storage services such as Google One allow automatic transfer of data across both iOS and non-iOS devices.[383] For example, Google Photos can be used to automatically back up and store photos on both iOS and non-iOS devices.[384]

204. While users can set a different service as their storage option, doing so is not a costless process. As discussed in Section IV.A.1, the default effect is one of the most robust findings in the behavioral economics literature. This implies that many users would not switch away from iCloud, as it is Apple's default for backup. In addition, to change the default backup service from iCloud to Google One, for example, requires multiple steps. First, a user must download the Google One app.[385] Then, the user must separately enable Google One for each content type she would like to automatically store.[386] For each type of content changing the backup settings requires up to eight separate actions.[387] However, some information (e.g. contact photos) does not automatically sync.

---

[380] "Introduction to iCloud," *Apple Support*, https://support.apple.com/guide/icloud/introduction-to-icloud-mm74e822f6de/icloud.

[381] "Change which apps sync and store data with iCloud," *Apple Support*, https://support.apple.com/en-us/118225.

[382] Daniel Nations, "How to Access iCloud Photos From Any Apple, Windows, or Android Device," *Lifewire*, September 26, 2024, https://www.lifewire.com/access-your-icloud-photos-4160237.

[383] "Back up your device," *Google*, https://support.google.com/googleone/answer/9149304?hl=en&co=GENIE.Platform%3DiOS&oco=2.

[384] "Back up your device," *Google*, https://support.google.com/googleone/answer/9149304?hl=en&co=GENIE.Platform%3DiOS&oco=2.

[385] "Back up your device," *Google*, https://support.google.com/googleone/answer/9149304?hl=en&co=GENIE.Platform%3DiOS&oco=2.

[386] "Back up your device," *Google*, https://support.google.com/googleone/answer/9149304?hl=en&co=GENIE.Platform%3DiOS&oco=2.

[387] "Back up your device," *Google*, https://support.google.com/googleone/answer/9149304?hl=en&co=GENIE.Platform%3DiOS&oco=2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

205. In addition to the default effect, the accumulation of user data on iCloud serves Apple's stated goal of using cloud-based storage to keep consumers locked into their ecosystem. In 2010, then-Apple CEO Steve Jobs wrote in his notes that Apple should "catch up to Google cloud services and leapfrog them," which would help Apple "tie all of [its] products together" and "make [the] Apple ecosystem even more sticky."[388] In other words, it would increase the costs associated with switching to other devices.

206. Internal e-mail correspondence to Tim Cook shows that Apple planned to bundle iPhone purchases with a free one-year subscription to 100 GB of iCloud storage in China.[389] Apple personnel identified that implementing this plan would "increase stickiness to iPhone and reduce churn," and "increase iCloud subscription business in the long run."[390] Apple tested this hypothesis based on iCloud usage in China, and found that "once iPhone users use ~50GB iCloud back-up service, it will be difficult for them to switch out to Android."[391] According to Apple, the trade-off of subsidizing iCloud for iPhone buyers is worthwhile: "Initially the company potentially 'loses' one-year iCloud subscription revenue. But the long term on-going subscription payment, incremental iPhone sales and reduced churn will pay off."[392] In other words, once a user accumulates enough data on iCloud, it is difficult to switch.

207. In the United States, Apple has discussed and implemented similar strategies. One Apple executive argued that Apple should offer iTunes gift cards with Apple device purchases, rather than offering discounts on the devices, because encouraging the purchase of digital content could "get people hooked to the ecosystem."[393] Furthermore, Apple appears to offer promotions where it includes Apple gift cards with device purchases.[394] Apple understood that if its users purchased content for their iOS mobile device that was difficult (or impossible) to transfer, it

---

[388] APL-EG_00111570, at -571 (October 29, 2010).

[389] APL-EG_06396523, at -523 (November 25, 2019).

[390] APL-EG_06396523, at -523 (November 25, 2019).

[391] APL-EG_06396523, at -523 (November 25, 2019).

[392] APL-EG_06396523, at -523 (November 25, 2019).

[393] APL-EG_06404016, at -016 (February 14, 2013) ("Getting customers using our stores (iTunes, App and iBookstore) is one of the best things we can do to get people hooked to the ecosystem. … Who leaves Apple products once they've bought apps, music, movies, etc!").

[394] *See*, *e.g.*, "Apple Shopping Event 2024 Terms and Conditions" *Apple*, https://www.apple.com/shop/gifts/shopping-event/terms-conditions. Apple gift cards can be used on digital content as well as physical products. *See* "Apple Gift Card," *Apple*, https://www.apple.com/shop/gift-cards.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

would increase switching costs: "The more people use our stores[,] the more likely they are to buy additional Apple products and upgrade to the latest versions. Who's going to buy a Samsung phone if they have apps, movies, etc. already purchased?"[395]

208. In addition to cloud-based storage, there are other iOS-exclusive apps that handle the storage and transmission of information. Apple Wallet, for example, is only available on iOS, and historically has been the only app on iOS that has Near Field communication ("NFC") tap-to-pay technology enabled.[396] While this is a potentially convenient feature, it can also increase switching costs. Payment cards, transit passes, and other financial information stored on Apple Wallet cannot be easily transferred to a non-iOS device.[397] Instead, that information must be transferred manually.

209. More generally, the difficulty of transferring information between ecosystems is a well-known switching cost when changing from iOS to Android OS or vice versa. At a minimum, it is inconvenient to move contacts, photos, passwords, and other information. Eventually, both Apple and Google developed apps to help users switch ecosystems: Apple launched the "Move to iOS" app in 2015,[398] while Google introduced "Switch to Android"[399] in 2022.[400] These apps

---

[395] APL-EG_06404016, at -016 (February 14, 2013).

[396] *See* "Wallet," *Apple*, https://www.apple.com/wallet/. Apple describes Near Field Communication, or NFC, as "an industry-standard, contactless technology that's designed to work only across short distances." *See* "Apple Pay security and privacy overview," *Apple Support*, https://support.apple.com/en-us/101554. The tap-to-pay function allows iPhone users to place their phones near payment readers in order to pay for items. *See* "Tap to Pay on iPhone," *Apple*, https://www.apple.com/business/tap-to-pay-on-iphone/. In addition, I note that Apple made NFC available to developers starting in late 2024, starting with iOS 18.1. *See* "Developers can soon offer in-app NFC transactions using the Secure Element," *Apple Newsroom*, August 14, 2024, https://www.apple.com/newsroom/2024/08/developers-can-soon-offer-in-app-nfc-transactions-using-the-secure-element/.

[397] *See* "Copy apps & data from an iPhone to a new Android device," *Android Help*, https://support.google.com/android/answer/13626960 (showing that Apple Wallet and Apple Pay information are not included on the list of media that can be transferred using Switch to Android).

[398] *See* Abrar Al-Heeti and Patrick Holland, "Switching From Android to iPhone? How to Easily Transfer Your Data," *CNet*, September 28, 2024, https://www.cnet.com/tech/mobile/switching-from-android-to-iphone-how-to-easily-transfer-your-data/. *See also*, Chris Welch, "Apple's 'Move to iOS' app is now available on Android," September 16, 2015, https://www.theverge.com/2015/9/16/9339895/apple-switch-from-android-ios-app-now-available.

[399] This application is also referred to as "Android Switch." *See* "Switch to Android," *Android*, https://www.android.com/switch-to-android/.

[400] "Copy apps & data from an iPhone to a new Android device," *Android Help*, https://support.google.com/android/answer/13626960?hl=en#zippy=. *See also*, Jay Peters, "Google has a secret iOS app to help you switch to Android," *The Verge*, April 13, 2022, https://www.theverge.com/2022/4/13/23024399/google-switch-to-android-iphone-app-unlisted.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

were designed and launched to make data transfer easier for consumers, which indicates that switching devices can be burdensome due to the effort required to move information. The existence of these apps is evidence that Apple (and Google) recognized that it was costly to switch devices across ecosystems, and created apps in an attempt to lower switching costs to bring in new users.

210. Apple also noted that moving contacts, photos, and apps were "top setup concerns" for users switching to a new device.[401] Moreover, some content cannot be easily moved across ecosystems. For example, purchased iOS apps are not automatically transferred during the "Switch to Android" procedure, instead, Android support suggests contacting the app developer for such apps,[402] which can be an inconvenient and time-consuming process.

211. While Apple sought to make it easier to switch to Apple products by making it easier to bring data into the iOS ecosystem, they historically guarded against apps that made it easier to move data *out*. Documentary evidence indicates that Apple discussed denying approval for an app that was intended to help users move their contacts to non-iOS devices.[403] The stated reason for disallowing the app to be on the App Store was because the app was "clearly for moving off the iPhone."[404]

212. Apple has taken steps to lower the switching costs of entering the iOS ecosystem, and to limit the tools that would make leaving the iOS ecosystem easier. A 2016 email among Tim Cook and other senior personnel illustrates the attitude. Ian Rogers, former CEO of "Beats" and former Senior Director of Apple Music,[405] explained a strategy for keeping users locked into the iOS ecosystem. "Short version – don't make mail, calendar, and iMessage work on Android and it's

---

[401] APL-APPSTORE_10338528, at -567 (2016) ("Potential switchers' top setup concerns are contact transfer, photo/video transfer, and getting the apps on their old phone.").

[402] "Support & FAQs," *Android*, https://www.android.com/switch-to-android/.

[403] APL-APPSTORE_02748389, at -389 (November 20, 2014) ("Phone book mover tool: reject. We have this already and this is clearly for moving off the iphone.").

[404] APL-APPSTORE_02748389, at -389-390 (November 20, 2014) ("From: Phillip Shoemaker…Phone book mover tool: reject. We have this already and this is clearly for moving off the iphone.…App Name: Phone Book Mover Tool[.] Developer: NTT DOCOMO, INC. …This app is used to transfer device contacts between phones via iCloud.…The app is for users migrating devices, and is restricted to NTT DoCoMo customers.").

[405] "Ian Rogers – Experience," *LinkedIn*, https://www.linkedin.com/in/iancrogers/details/experience/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

impossible to switch. And make sure G-apps work perfectly on iOS and it will be easy for Droid [sic] users to switch. Obvious but true."[406] The Apple executives agreed.[407]

213. The difficulty of transferring data between devices was reflected in Professor Hoyer's survey results, which I detail in Section IV.B. Among iPad and iPhone users that reported their current device was a replacement for a previous Apple device, 60 percent indicated the "difficulty of moving data from Apple to non-Apple" was a factor they considered in their choice to remain with iOS.[408] The users that considered this factor also rated it the third most influential factor in their choice of device, behind only the interconnectivity of Apple devices, and the features of the device itself.

## IV.D. Smartphones and Other Mobile Device User Interfaces Create Switching Costs

214. As discussed in Section IV.A.2, the academic literature has established that repeated use or operation of a mechanism leads to easier consumer interactions. "Processing fluency" is a framework that the academic literature employs to describe how quickly and easily people process information.[409] A particular instance of this is how consumers interact with software. As a user gains familiarity with a mobile device's interface, it becomes easier to operate that device. However, this familiarity or fluidity with mobile devices also generally makes it more costly to switch to other devices that require different inputs to perform similar functions.

215. A substantial body of research demonstrates that individuals improve at tasks through repeated exposure, often at a faster rate than they anticipate.[410] This phenomenon, known as "learning by doing," has been established in various domains.[411] For example, studies on aircraft

---

[406]  APL-APPSTORE_02970610, at -611 (March 3, 2016).

[407]  APL-APPSTORE_02970610, at -610 (March 3, 2016) ("From: Phillip Schiller[:]…FYI – note Joz and I think moving iMessage to Android will hurt us more than help us, this email illustrates why…From: Greg Joswiak[:]…FYI – we hear this a lot.").

[408]  *See* Section IV.B, Figure 14.

[409]  *See* Rolf Reber, Jasmine Richter, and Mathilde H. Prenevost, "The Development of Affective Preferences and Beliefs: A Processing Fluency Framework," *Developmental Review* 73(101148) (2024): 1-16.

[410]  *See* Samantha Horn and George Loewenstein, "Underestimating Learning by Doing," (2024), available at SSRN 3941441.

[411]  *See* Peter Thompson, "Learning by Doing," in *Handbook of the Economics of Innovation* 1 (2010): 429-476.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

manufacturing find that labor inputs required for production decline over time with cumulative production.[412] Controlled laboratory experiments also have found significant learning gains across different tasks such as those that require motor coordination and those that mainly rely on cognitive skills.[413]

216. Applied to iOS devices, learning by doing implies that as a user gains experience with a product, this experience can increase the benefits the consumer receives, while reducing the cost of use (e.g., by saving time). This is true of many products, including mobile devices. Learning the physical layout of a device (e.g., the location of a physical power button) and its user interface (e.g., the location and appearance of digital buttons on a screen) can be seen as an investment that improves a user's ability to carry out everyday tasks. With experience, a user learns which buttons to push, where to tap on the screen, etc., in the correct order, with the correct timing, to use certain functions. With increased familiarity, people have an improved user experience as they carry out actions more quickly and fluidly.

217. However, different products have different interfaces—there are many examples of nuances of each UI that differ between devices. This takes the form of different sequences of taps and swipes, but can also be more fundamental, such as the visual icon used for each app or functionality. These differences in how to operate mobile devices—and in particular, smartphones—create switching costs. If a consumer switches smartphone brands, for example, by moving from an iPhone to an Android smartphone, it requires relearning how to perform tasks or use functions that may have been second nature. Below, I present four examples of differences in the interfaces of iPhones compared to Samsung smartphones, the biggest competitors to the iPhone.[414]

218. First, different devices require different inputs to answer phone calls. For example, an iPhone running iOS 14 or later requires the user to either tap the green phone icon if the phone is

---

[412]  *See* C. Lanier Benkard, "Learning and Forgetting: The Dynamics of Aircraft Production," *American Economic Review* 90(4) (2000): 1034-1054.

[413]  *See* Samantha Horn and George Loewenstein, "Underestimating Learning by Doing," (2024), available at SSRN 3941441.

[414]  *See, e.g.*, "US Smartphone Market Share: Quarterly," *Counterpoint Research*, November 21, 2024, https://www.counterpointresearch.com/insights/us-smartphone-market-share/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

unlocked or swipe the green phone icon along a slider if the phone is locked;[415] a Samsung smartphone[416] requires the user to swipe a green phone icon towards the center of the screen.[417] Figure 17 below shows the difference.

**FIGURE 17: HOW TO ANSWER CALLS ON AN IPHONE VERSUS A SAMSUNG GALAXY**

**APPLE IPHONE**                    **SAMSUNG GALAXY**



Sources and Notes:

Anthony Bouchard, "LetMeDecline makes it easier to decline calls when your iPhone is locked," iDB, December 17, 2019, https://www.idownloadblog.com/2019/12/18/letmedecline/; "How do I Answer Calls on my Samsung Phone?," *Samsung Australia*, April 22, 2024, https://www.samsung.com/au/support/mobile-devices/answering-calls-from-samsung-phone/.

219. Second, another fundamental function of the modern smartphone is the presence of an on-screen keyboard. The virtual keyboards are used to type text messages or engage in other text-based inputs (e.g., a web address in a mobile browser). The on-screen keyboards, however, similarly differ between common smartphone brands. Figure 18 presents the on-screen keyboards for an Apple and Samsung smartphone, respectively.

---

[415] "Answer or decline incoming calls on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/answer-or-decline-incoming-calls-iph3c9947bf/ios.

[416] *See* "Most Popular Mobile Phones in the United States (2025)," *Big Fish*, updated January 23, 2025, https://discoverbigfish.com/blog/most-popular-mobile-phones-usa.html (Source ranks Apple (iPhone) with 58 percent of the market share, followed by Samsung with 23 percent.).

[417] It is also possible to answer calls via tapping "on the incoming call pop-up screen." *See* "Samsung Galaxy S24 FE User Guide," *Samsung*, p. 83, 2024, https://downloadcenter.samsung.com/content/UM/202410/20241018150441219/SAM_S721_EN_UG_OS14_1 01424_FINAL_REV_1.1.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 18: COMPARISON OF ANDROID AND IPHONE PRIMARY KEYBOARDS**



| APPLE IPHONE | SAMSUNG GALAXY |
|---|---|

Sources and Notes:

"Type with the onscreen keyboard on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/type-with-the-onscreen-keyboard-iph3c50f96e/ios; "Samsung Galaxy S24 FE User Guide," *Samsung*, p. 39, 2024, https://downloadcenter.samsung.com/content/UM/202410/20241018150441219/SAM_S721_EN_UG_OS14_101424_FINAL_REV_1.1.pdf.

220. Figure 18 displays the primary keyboards for each device. Among other differences in layout, a distinction between the on-screen keyboards is the lack of number keys on the iPhone. To type numeric characters, a user must first tap the "123" button in the lower left.[418] On a Samsung Galaxy, the default set up (without any customization) is such that the numbers are in the top row of the primary keyboard.

221. Third, consider how to enable the common "Do Not Disturb" function (which silences most instances of a smartphone's ringer). In addition to difference in icons and layouts, turning on "Do Not Disturb" requires different sequences of inputs on different phones. Figure 19 below presents images of an iPhone and a Samsung Galaxy and the icons related to enabling "Do Not Disturb."

---

[418]  "Type with the onscreen keyboard on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/type-with-the-onscreen-keyboard-iph3c50f96e/ios.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 19: COMPARISON OF DO NOT DISTURB ON IPHONE AND SAMSUNG GALAXY**



Sources and Notes:

The Do Not Disturb buttons are highlighted in red. *See* "How to turn Do Not Disturb on or off on your iPhone," *Apple Support*, December 20, 2024, https://support.apple.com/en-us/105112; "Use Do not disturb mode on your Galaxy phone," *Samsung Support*, https://www.samsung.com/us/support/answer/ANS10002889/.

222.    In Figure 19, the relevant iconography to tap and enable "Do Not Disturb" on both devices has been circled red. For an iPhone user to enable "Do Not Disturb", she must swipe down from the top of the Home Screen, then tap the "Focus" button, denoted by a crescent symbol. She then must click the "Do Not Disturb" button, also denoted with a crescent symbol, to enable the functionality.[419] On a Samsung Galaxy, the user must swipe down from the top of the screen using two fingers to open the Quick Settings panel, then locate the "Do Not Disturb" button, which may require an additional swipe to the right, and tap.[420] On the Samsung, the "Do Not Disturb" button appears as a circle with a horizontal line (akin to a "Do Not Enter" road sign).

223.    Figure 19 illustrates how functionalities are presented using different symbols in each operating system. While "Do Not Disturb" is symbolized by a crescent moon on the iPhone, a circle with a horizontal line is used as the analogous icon on the Samsung Galaxy. This difference is compounded by the fact that the crescent moon symbolizes the "Dark Mode" functionality on the

---

[419]    "How to turn Do Not Disturb on or off on your iPhone," *Apple Support*, December 20, 2024, https://support.apple.com/en-us/105112.

[420]    Note that the Quick Settings panel can also be accessed with two swipes in succession, rather than one swipe with two fingers. *See* "How do I use the Quick Settings panel?," *Samsung*, https://www.samsung.com/uk/support/mobile-devices/quick-settings/?srsltid=AfmBOoq3JEJ79kEWwIXstPhj6SorFTMSo8YZmYOCsJlpcynWTTRfzSnr.

Expert Report of M. Keith Chen, Ph.D.                    No. 4:11-cv-06714-YGR | Page 106

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Galaxy, rather than "Do Not Disturb."[421] Thus, not only do the phones require different inputs to perform the same functions or tasks, but the same symbols can indicate different functions on each phone.

224. Fourth, the motions required for users to navigate across open applications differs markedly between an Apple iPhone and Samsung Galaxy. The original iPhone had a "Home" button that assisted in navigating between apps,[422] a feature which Apple eventually removed in favor of navigating between apps using series of taps and swipes.[423] Samsung Galaxy phones, however, have a "navigation bar" on the bottom of the screen, with virtual buttons that assist in similar functionality.[424] The layout of the navigation bar is depicted in Figure 20 below. While the exact appearance and layout of the navigation bar is subject to user customization, the layout in Figure 20 is the default (i.e., without any changes made by a user).

---

[421] "Reduce eye strain on your Galaxy phone or tablet," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002537/.

[422] "Use the side button, Home button, and other controls on your iPhone," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/105103.

[423] "Gesture, swipe, and press to navigate your iPhone 13 and other Face ID models," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/102388.

[424] "Customize the Navigation bar on your Galaxy phone or tablet," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002427/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 20: SAMSUNG GALAXY NAVIGATION BAR**



Sources and Notes:

The navigation bar is highlighted in red.

"Samsung Galaxy S24 FE User Guide," *Samsung*, 2024, p. 18, https://downloadcenter.samsung.com/content/UM/202410/20241018150441219/SAM_S721_EN_UG_OS14_101424_FINAL_REV_1.1.pdf.

225. Another example of interaction differences is how users navigate core functions accessible on a Samsung Galaxy phone via the navigation bar compared to the different ways of accessing similar functions on an iPhone:

- Recently Opened Apps: To reach recently opened apps on a Samsung Galaxy device, the user must tap the three vertical lines in the left part of the navigation bar in Figure 20.[425] This

---

[425] "Customize the Navigation bar on your Galaxy phone or tablet," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002427/.

Expert Report of M. Keith Chen, Ph.D.                    No. 4:11-cv-06714-YGR | Page 108

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

button prompts all recently open applications to appear in slides and allows the user to choose from the selection. On newer iPhone models, the user must "[s]wipe up from the bottom of the screen and pause."[426] On older iPhone models that have a physical home button, the user must double press the home button.[427]

- Home: To reach the home screen on a Samsung Galaxy device, the user must tap the square shown in the center of the navigation bar in Figure 20.[428] On an iPhone, the user must "[s]wipe up from the bottom edge of the screen" *without pause* to return to the home screen. In older models with the home button, the user must press the home button once.[429]

- Back: Symbolized by the leftward pointing arrow in Figure 20, this takes the user back to the previous screen. Note that this back button is operable for all actions within and across applications.[430] An iPhone lacks this navigation function entirely. The location of the back button on an iPhone depends on the application or browser the user is currently using.

226. While these differences, particularly taken one-by-one, are relatively minor, they can amount to significant learning costs when users are faced with switching devices. This is reflected in the results of the Hoyer Survey: "Did not want to learn a new operating system" was a factor considered by 68 percent of respondents in their choice to replace their iOS device with another iOS device.[431] Additionally, a 2015[432] survey conducted by Apple lists "Didn't want to learn something new" as the fourth biggest reason for sticking with iPhone.[433] Another survey noted

---

[426] "Gesture, swipe, and press to navigate your iPhone 13 and other Face ID models," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/102388.

[427] "Use the side button, Home button, and other controls on your iPhone," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/105103.

[428] "Customize the Navigation bar on your Galaxy phone or tablet," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002427/.

[429] "Use the side button, Home button, and other controls on your iPhone," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/105103.

[430] Tom Pritchard, "I'll never ditch my Android for an iPhone – unless Apple makes this change," *Tom's Guide*, May 29, 2023, https://www.tomsguide.com/opinion/ill-never-ditch-my-android-for-an-iphone-unless-apple-makes-this-change.

[431] *See* Section IV.B, Figure 14 above.

[432] APL-APPSTORE_10338528, at -528 (2016).

[433] APL-APPSTORE_10338528, at -628 (2016) ("Why purchased iPhone over an Android smartphone?…Didn't want to learn how to use something new").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

that "[p]ast experience with Apple products and familiarity with the iOS were the biggest reasons cited for choosing the iPhone 5S[.]"[434]

227.  In addition, as mentioned above, a major change to the design of the iPhone was the removal of the home button with the release of the iPhone X.[435] Apple removed the home button located on the bottom edge of all iPhones in favor of a larger screen size, replacing the navigation functions which previously required the home button with equivalent taps and gestures.[436] However, industry participants have noted that changes like this create usability costs such as having to "unlearn all the habits [] formed on previous devices" and having to "remember more gestures and their corresponding outcomes."[437] When the iPhone X was first released, a large body of criticism emerged surrounding these usability costs, with one reviewer stating that they kept reaching for a "phantom button."[438]

228.  The examples provided above are the type of phenomenon that leads to the switching costs described by the literature. While these may appear to be small differences in the design of the UI, they require familiarity and experience to seamlessly perform mobile device functions. Moreover, Apple internally recognizes that learning new systems is one of the principal reasons people remain using iOS mobile devices rather than switching to competitors' products. Similarly, the Hoyer Survey confirms the importance of learning new UIs as one of the reasons people choose to stay with the iPhone. Collectively, this is evidence that familiarity with an operating systems and/or user interfaces creates switching costs that keep users locked into the iOS ecosystem.

---

[434]  APL-EG_07137609, at -622 (December 11, 2013).

[435]  Mary Walrath-Holdridge, "The evolution of iPhone: See changes from the original ahead of iPhone 15's unveiling," *USA Today*, September 10, 2023, https://www.usatoday.com/story/tech/2023/09/10/iphone-15-release-apple-evolution-over-time/70796791007/.

[436]  Raluca Budiu, "iPhone X: The Rise of Gestures," *NN Group*, December 3, 2017, https://www.nngroup.com/articles/iphone-x/.

[437]  Raluca Budiu, "iPhone X: The Rise of Gestures," *NN Group*, December 3, 2017, https://www.nngroup.com/articles/iphone-x/.

[438]  Christina Bonnington, "The iPhone X Takes Hand Gestures Too Far," *Slate*, October 31, 2017, https://slate.com/technology/2017/10/iphone-x-review-hand-gestures-replacing-home-button-are-an-adjustment.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

229.   Finally, I note that the inconvenience of switching between operating systems is not limited to a user's first switch—switching costs likely exist even if a consumer has experience with multiple devices, provided enough time has passed. This is supported by the literature, which shows that once a user spends substantial time without engaging in a system, their familiarity with it erodes.[439] This phenomenon has been found in very different domains, from controlled experiments using simple tasks[440] to real-world manufacturing of aircraft production.[441] Applied to smartphones, this indicates that once users transition from one operating system to another— e.g., from Android to iPhone or vice-versa—their ability to efficiently use their previous devices depreciates. This implies that even if someone has previously used a device, depreciation makes switching back difficult if enough time has passed.

## V. Evidence Indicates that Consumers Are Not Aware of Apple's Restrictions When Purchasing iOS Devices

230.   When purchasing or otherwise acquiring an iOS mobile device, consumers face costs associated with finding and processing information that may be important to their decision-making, as discussed in Section III above. While consumers may know the types of apps and in-app purchases currently available to them and where and how to access them, they may not fully understand the underlying restrictions that shape their available choices. The restrictions Apple places on app developers can influence not only the pricing of apps and in-app purchases but also the variety of available apps, future innovation, and other features of in-app content. Although it is theoretically possible for a consumer to investigate these aftermarket restrictions, doing so requires time and resources that many may be unwilling or unable to expend.

231.   Consumers tendency to economize on cognitive costs means that the extent and impact of Apple's restrictions on app developers may not be readily apparent to consumers, even though these restrictions play a crucial role in shaping their market experience. In fact, the results of

---

[439]   *See* Daniel Connolly, Samantha Horn and George Loewenstein, "(Inaccurate) Beliefs about Skill Decay," (2024), available at SSRN, https://ssrn.com/abstract=4916412.

[440]   *See* Daniel Connolly, Samantha Horn and George Loewenstein, "(Inaccurate) Beliefs about Skill Decay," (2024), available at SSRN, https://ssrn.com/abstract=4916412.

[441]   *See* C. Lanier Benkard, "Learning and Forgetting: The Dynamics of Aircraft Production," *American Economic Review* 90(4) (2000): 1034-1054.

Expert Report of M. Keith Chen, Ph.D.                              No. 4:11-cv-06714-YGR | Page 111

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Professor Hoyer's survey establish that consumers are unaware of the restrictions Apple imposes on app developers. In Section V.A, I summarize the relevant findings of his survey. In Section V.B, I discuss the reasons that consumers are not aware of aftermarket restrictions, drawing on evidence from behavioral economics.

## V.A. Professor Hoyer's Survey Results Demonstrate that Consumers Are Unaware of Apple's Restrictions on App Developers

232. I understand that the four pieces of relevant alleged aftermarket conduct relate to (1) where developers may sell content for iOS devices; (2) restrictions on how developers must process payments; (3) what information developers can provide to consumers; and (4) the commission rate these restrictions have enabled Apple to charge.[442] To assess whether iOS mobile device users are aware of these conditions, the Hoyer Survey asked respondents whether they had knowledge of any specific requirements Apple imposes on app developers.[443] For respondents who indicated that they knew of specific requirements, the survey also asked respondents to identify the requirements.[444]

233. Professor Hoyer's survey results on consumer awareness were clear: 88 percent of respondents reported having no knowledge of any developer requirements imposed by Apple.[445] The open responses from the remaining 12 percent of respondents further indicates that consumers are generally unaware of the restrictions Apple places on developers. Of those reporting that they did have knowledge of the requirements Apple imposes on developers, a majority did not identify any of the aftermarket restrictions.[446]

234. Overall, only a small fraction of total respondents claimed to know specific requirements and provided free responses that were related to specific restrictions at issue. Specifically:

---

[442]  *See* Stiglitz 2025 Report, Section III and Section IV.

[443]  Hoyer Report, Section III.D.

[444]  Hoyer Report, Section III.D.

[445]  Hoyer Report, Section III.D, Figure 15. 10 percent of the respondents claimed to know specific requirements imposed by Apple on app developers but provided free responses that were unrelated to the at-issue requirements, instead offering generalizations about what they believe the appropriate requirements are likely to be. I understand that respondents mentioned terms such as "Age restrictions," "User privacy," "AI," and "Security," among others.

[446]  Hoyer Report, Section III.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- 2 percent provided free responses that were related to the commission that developers are required to pay to Apple.

- 1 percent provided free responses that were related to payment processing for sales of apps or digital content.

- 1 percent provided free responses that were related to "where app developers are allowed to sell apps or digital content."

- Less than 1 percent provided free responses that were related to "what app developers are allowed to say in their marketing to users about their digital content."[447]

235. In total, only 2.8 percent of all respondents provided an answer related to any of the relevant developer requirements, and only one respondent provided responses related to each of the four requirements.[448] These findings demonstrate that consumers are generally unaware of Apple's aftermarket restrictions. A large majority indicated that they did not know of any specific restrictions, and among those that claimed knowledge, very few were able to identify any. Below, I discuss several of the behavioral forces that contribute to the respondents' lack of awareness of Apple's aftermarket restrictions.

## V.B. Professor Hoyer's Survey Findings on Consumers' Limited Knowledge of App Developer Requirements Align with Established Academic Literature on Consumer Behavior

236. The Hoyer Survey results on consumers' limited knowledge of app developer requirements are consistent with what the academic literatures has established about consumer behavior, including those results discussed above in Section III.A and Section IV.A of this report. As I describe in Section III.A, consumers often fail to predict their future choices and use patterns, and tend to lack awareness of prices and fail to recognize the total cost of goods and services, particularly when firms deliberately obfuscate prices. As discussed in Section IV.A, economic studies demonstrate that consumers tend to display inertia, resulting in less frequent switching than observable costs would predict. In particular, the effort required to relearn a new system can

---

[447]   Hoyer Report, Section III.D. and Figure 15.
[448]   *See* Workpaper_Hoyer Survey Analysis, 'Calculate Hoyer Survey Statistics.R'.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

deter consumers from switching, even when alternative products may offer better features or pricing.

237.  A common feature across each of the above phenomena is that processing information requires effort, and a key insight from economic research is that people economize on that effort.[449] Human behaviors such as paying attention, gathering information, performing calculations, and working up the motivation to act require people to expend cognitive resources. To balance the trade off between expending effort and securing higher benefits, people often rely on rules of thumb, take mental shortcuts, fall back on habits, simplify or ignore parts of a problem, or use other effort-saving decision-making strategies.[450] This results in people not fully accounting for information that is directly relevant and technically available to them when making decisions.

238.  As a result, the effort required to collect, process, and internalize all of the necessary information regarding aftermarket restrictions makes it unlikely that consumers would do so. As with app pricing information, the information on aftermarket restrictions can be costly to obtain.[451] Much of the publicly available information about Apple's aftermarket restrictions is available in the form of contracts, including the Developer Program License Agreement ("DPLA") and the App Review Guidelines ("ARG").[452] While this information is public, consumers must know that it exists, then must seek it out, e.g., by using a web browser and an online search engine to locate the information. Consumers would then have to find the proper link, navigate to the page, then read through dozens of pages to locate and understand the restrictions. As discussed in Section III.C.2.c, seeking out information in this fashion is a costly process.

239.  In addition, the DPLA and ARG are lengthy, dense, and technical legal documents. The DPLA as of 2024, for example, is 94 pages long.[453] More generally, it is widely recognized that

---

[449]  *See, e.g.,* Herbert A. Simon, "A Behavioral Model of Rational Choice," *Quarterly Journal of Economics* 69(1) (1955): 99-118, pp. 100-101. *See also,* Bartosz Maćkowiak, Filip Matějka, and Mirko Wiederholt, "Rational Inattention: A Review," *Journal of Economic Literature,* 61(1) (2023): 226-273.

[450]  *See* Amos Tversky, and Daniel Kahneman, "Judgment under Uncertainty: Heuristics and Biases," *Science* 185(4157) (1974): 1124-1131. *See also,* Hersh M. Shefrin, and Richard H. Thaler, "The Behavioral Life-cycle hypothesis," *Economic Inquiry* 26(4) (1988): 609-643.

[451]  *See* Section III.C.2.

[452]  Stiglitz 2025 Report, Section III.A. and Section III.B.

[453]  APL-APPSTORE_11288853 (October 23, 2024).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

consumers typically avoid reading terms and conditions, particularly in digital environments.[454] Indeed, a 2017 Deloitte survey of 2,000 U.S. consumers found that 91% consent to legal terms and service conditions without reading them.[455] Moreover, this speaks to terms and conditions that require consent—the DPLA and ARG do not apply to consumers directly, which makes it even less likely that they review and understand the conditions contained in the documents. Even Apple's CEO admitted that he was not familiar with Apple's DPLA and had only "a vague knowledge of it."[456]

240.    That consumers ignore the terms that apply to app developers is also related to the behavioral concept of "salience." Salience refers to consumers' tendency to disproportionately focus on prominent aspects of their environment while undervaluing other information.[457] Often, consumers focus on information that is readily available and easy to process. In this context, consumers often consider factors such as an iOS device's features, as established by the Hoyer Survey.[458] Information about an iPhone's camera, for example, is a feature that Apple highlights in its marketing.[459] Other information, such as terms and conditions that apply to developers, is underweighted or ignored entirely when consumers make their decision about what mobile device to purchase.

241.    Finally, that consumers are not aware of Apple's aftermarket restrictions is also consistent with the broader economics literature on present bias. For example, even if consumers intend to review and understand the developer contracts, procrastination is a strong force that delays or entirely prevents them from doing so.[460] This is because the potential benefits are delayed, while

---

[454]    *See, e.g.*, Jonathan A. Obar and Anne Oeldorf-Hirsch, "The Biggest Lie on the Internet: Ignoring the Privacy Policies and Terms of Service Policies of Social Networking Services," *Information, Communication & Society* 23(1) (2020): 128-147.

[455]    "2017 Global Mobile Consumer Survey: US edition," *Deloitte,* https://www2.deloitte.com/content/dam/Deloitte/us/Documents/technology-media-telecommunications/us-tmt-2017-global-mobile-consumer-survey-executive-summary.pdf.

[456]    Trial Transcript, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 21, 2021, 3922:14-21.

[457]    Pedro Bordalo, Nicola Gennaioli, and Andrei Shleifer, "Salience and Consumer Choice," *Journal of Political Economy* 121(5) (2013): 803-843, p. 805.

[458]    *See* Section III.B.

[459]    *See, e.g.*, "iPhone," *Apple*, https://www.apple.com/iphone/ (showing that the first three features shown are "Apple Intelligence," "Cutting-Edge Cameras," and "Chip and Battery Life." In a table comparing Apple's three most recent iPhone models, two of the five rows—the "camera system" and "Camera Control"—relate to the iPhone's camera features).

[460]    *See* Section III.A.1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the effort required to review the documents is immediate. Furthermore, the benefit of knowing the restrictions is even less obvious than the price of apps, as they mainly apply to developers, not the consumers directly.

242. Given the above, both common knowledge and academic research would predict that, despite much of the information about Apple's restrictions on app developers being publicly available online, consumers remain uninformed about app developer requirements. This prediction is substantiated by the results of the Hoyer Survey, which shows that consumers generally are not aware of the aftermarket restrictions relevant to this case.

_Keith Chen_

M. Keith Chen, Ph.D.

March 7, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Appendix A: Curriculum Vitae

### M. KEITH CHEN
Professor of Behavioral Economics, UCLA Anderson School of Management
*Bing and Alice Liu Yang Chair in Management and Innovation*

**Website:** https:/www.anderson.ucla.edu/faculty/keith.chen
**E-mail Address:** keith.chen@anderson.ucla.edu

**Office Mailing Address:**
UCLA Anderson
110 Westwood Plaza
Los Angeles, CA  90095

**Education:**
Ph.D. in Economics: *Harvard University*, 2003
  Advisors: Drew Fudenberg, David Laibson, and Al Roth
B.S. with honors in Mathematics: *Stanford University*, 1998

**Current Positions:**

| | |
|---|---|
| 2013-present | Professor of Behavioral Economics and Strategy, *UCLA Anderson* |
| 2025-2026 | Visiting Professor of Economics, *Stanford Department of Economics* |
| 2020-present | Board Member, UCLA *Institute for Digital Research and Education* |
| 2019-present | Team Scientist, *Behavioral Change for Good* |
| 2013-present | Associate Editor, *Behavioral Science and Policy* |

**Past Positions:**

| | |
|---|---|
| 2020-2023 | Board of Reviewing Editors, *Science* |
| 2014-2016 | Head of Economic Research, *Uber Technologies* |
| 2003-2013 | Assistant / Associate Professor of Economics, *Yale School of Management* |

**Research Fields:**
Empirical Microeconomics with a focus in Behavioral Economics and Digital Trace Data

**Teaching Fields:**
Behavioral Economics, Data Analytics, and Technology Strategy

**Awards and Grants:**

| | |
|---|---|
| 2021 | Bing and Alice Liu Yang Endowed Term Chair in Management and Innovation |
| 2021 | UCLA Anderson, MSBA Teaching Award |
| 2018 | Nature: Editor's Choice for "The Effect of Partisanship on Close Family Ties" |
| 2017-2018 | UCLA Anderson, Teaching Innovation Award |
| 2015 | Finalist: UCLA Anderson Teaching Excellence Award |
| 2013 | Science: Editors' Choice for "The Effect of Language on Economic Behavior" |
| 2011 | Teaching Award, Yale SOM Alumni Association |
| 2008 | Roger F. Murray Prize, The Institute for Quantitative Research in Finance |
| 2008 | American Law and Economics Review Distinguished Article Prize of 2008 |
| 2006-2011 | National Science Foundation research grant |
| 2006-2007 | Russell Sage Foundation research grant (behavioral-economics) |
| 2004-2007 | Whitebox Advisors Yale ICF Award research grant (Neuroeconomics) |
| 2004 | Yale Institution for Social and Policy Studies research grant (Field-study) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Teaching:**

| | |
|---|---|
| 2017-present | Technology Analytics, UCLA Anderson (MSBA core course, MBA elective) |
| 2017-present | Behavioral Economics, PhD Sequence in BDM, UCLA Anderson (PhD core course) |
| 2013-2017 | Business Strategy, UCLA Anderson School of Management (MBA core course) |
| 2008-2013 | Introduction to Game Theory, Yale School of Management (MBA core course) |
| 2004-2008 | Negotiating Strategy, Yale School of Management (MBA elective) |

## *Projects, Papers, and Publications*

### *Working Papers and Projects:*

The Returns to Face-to-Face Interactions: Knowledge: Spillovers in Silicon Valley
Joint with David Atkin and Anton Popov
*NBER Working Paper 30147*
*The American Economic Review,* revise and resubmit

Prison Connectivity and Disease Transmission in Neighboring Communities
Joint with Yilin Zhuo, Kristin Turney, Naomi Sugie, and Emily Owens
*Proceedings of the National Academy of Sciences: Nexus,* revise and resubmit

Sludge Audits: Using AI to Detect Welfare-Decreasing Choice Architecture
Joint with Katherine Feinerman

Language Structure and Choice: Color Categories Affect the Purchase of Stock Photos
Joint with Nathan Rooy

Does Neighborhood Investment Actually Reduce Crime?  New Evidence from LIHTC and Smartphone-based Measures of Policing
Joint with Yilin Zhuo and Emily Owens

Suppliers and Demanders of Flexibility: The Demographics of Gig Work
Joint with Judy Chevalier, Peter Rossi, and Lindsey Currier

### *Published Papers:*

Flexible-Pay and Labor Supply: Evidence from Uber's Instant Pay
Joint with Katherine Feinerman and Kareem Haggag
*Forthcoming at Management Science*

Smartphone Data Reveal Neighborhood-Level Racial Disparities in Police Presence
Joint with Katherine L. Christensen, Elicia John, Emily Owens, and Yilin Zhuo
*The Review of Economics and Statistics,* September 2023

Racial Disparities in Voting Wait Times: Evidence from Smartphone Data
Joint with Kareem Haggag, Devin G. Pope, and Ryne Rohla
*The Review of Economics and Statistics,* November 2022

Do Pre-Announcement Face-to-Face Interactions Increase the Returns to Acquisitions? Evidence from Smartphone Geolocational Data
Joint with Marco Testoni and Mariko Sakakibara
*Strategic Management Journal*, May 2022

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Computing the Conditional Entry-State Distribution in Erlang Loss Systems
Joint with Bobby Nyotta and Fernanda Bravo
*Operations Research Letters,* May 2021

Nursing Home Staff Networks and COVID-19
Joint with Judy Chevalier and Elisa F. Long
*Proceedings of the National Academy of Sciences,* January 2021

Consumer Search in the U.S. Auto Industry: The Role of Dealership Visits
Joint with Dan Yavorsky and Elisabeth Honka
*Quantitative Marketing and Economics,* October 2020

Political Storms: Tracking Hurricane Evacuation Behavior using Smartphone Data
Joint with Elisa Long and Ryne Rhola
*Science Advances,* September 2020

News and Geolocated Social Media Accurately Measure Protest Size
Joint with Zachary Steinert-Threlkeld, Anton Sobolev and Jungseock Joo
*American Political Science Review,* November 2020

The Value of Flexible Work: Evidence from Uber Drivers
Joint with Judith Chevalier, Peter Rossi, and Emily Oehlsen
*Journal of Political Economy,* December 2019

Politics Gets Personal: Effects of Political Partisanship and Advertising on Family Ties
Joint with Ryne Rhola, awarded a *Nature: Editor's Choice*
*Science*, June 1st, 2018

Future Tense and Economic Decisions: Controlling for Cultural Evolution
Joint with Sean Roberts and James Winters
*PLOS One,* July 2015

The Effect of Language on Economic Behavior: Evidence from Savings Rates, Health Behaviors, and Retirement Assets
awarded a *Science: Editors' Choice*
*American Economic Review,* April 2013

Are Women Overinvesting in Education? Evidence from the Medical Profession
Joint with Judy Chevalier
*Journal of Human Capital*, Summer 2012

Intertemporal Choice and Legal Constraints
Joint with Alan Schwartz
*American Law and Economic Review*, Spring 2012

The Evolution of Decision-Making Under Risk: Framing Effects in Monkey Risk Preferences
Joint with Venkat Lakshminarayanan & Laurie Santos
*Journal of Experimental Social Psychology,* May 2011

How to Study Choice-Induced Attitude Change: Strategies for Fixing the Free-Choice Paradigm
Joint with Jane Risen
*Social and Personality Psychology Compass*, December 2010

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

How Choice Affects and Reflects Preferences: Revisiting the Free-Choice Paradigm
Joint with Jane Risen
*Journal of Personality and Social Psychology*, October 2010

Is Choice a Reliable Predictor of Choice? A Comment on Sagarin and Skowronski
Joint with Jane Risen
*Journal of Experimental Social Psychology*, February 2009

The Endowment Effect in Capuchin Monkeys
Joint with Venkat Lakshminarayanan & Laurie Santos
*Philosophical Transactions of the Royal Society: Biological Sciences*, December 2008

Modeling a Presidential Prediction Market
Joint with Jonathan E. Ingersoll and Edward H. Kaplan
*Management Science*, August 2008

The Taste for Leisure, Career Choice, and the Returns to Education
Joint with Judith A. Chevalier
*Economic Letters, May* 2008

Do Harsher Prison Conditions Reduce Recidivism? A Discontinuity-Based Approach
*American Law and Economics Review Distinguished Article Prize of 2008*
Joint with Jesse Shapiro
*American Law and Economic Review*, June 2007

How Basic are Behavioral Biases? Evidence from Capuchin-Monkey Trading Behavior
Joint with Venkat Lakshminarayanan & Laurie Santos
*Journal of Political Economy*, June 2006

Some Thoughts on the Adaptive Function of Inequity Aversion: An Alternative to Brosnan's Social Hypothesis
Joint with Laurie Santos
*Social Justice Research*, June 2006

Modeling Reciprocation and Cooperation in Primates: Evidence for a Punishing Strategy
Joint with Marc Hauser
*Journal of Theoretical Biology*, May 2005

Give unto Others: Genetically Unrelated Cotton-Top Tamarin Monkeys Preferentially Give Food to Those Who Altruistically Give Food Back
Joint with Marc Hauser, Frances Chen & Emmeline Chuang
*Proceedings of the Royal Society*, Nov 2003

## *Articles, Cases, and Chapters:*

Netflix and Qwikster: Swimming Upstream to Online Success?
Joint with Sharon Oster
*Yale School of Management Case*, August 2012

Is Medical School a Worthwhile Investment for Women?
Joint with Judy Chevalier
*The Atlantic*, July 2012

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

<u>The Evolution of Rational and Irrational Economic Behavior: Evidence and Insight from a Non-Human Primate Species</u>
Joint with Laurie Santos
This is a book chapter from *Neuroeconomics: Decision Making and the Brain*, edited by Paul Glimcher, Colin Camerer, Ernst Fehr, and Russell Poldrack; Academic Press: Elsevier, 2009

## **External Presentations:**

UC Berkeley Behavioral Economics Seminar (10-22-2024)
Stanford Institute for Theoretical Economics (8-22-2024)
Behavioral Decision Research in Management Conference (6-7-2024)
Behavioral Science & Policy Association Conference, Keynote (5-24-2024)
UCLA DataX / IDRE Research in the Age of AI Symposium (2-15-2024)
National Institute of Justice Roundtable (2-8-2024)
Innovate@UCLA CxO Fall Exchange (8-12-2023)
National States Geographic Information Council: Keynote Speaker (2-16-2022)
National Pandemic GIS Task Force Briefing (12-08-2021)
SDSC21: Spatial Data Science Conference (10-27-2021)
United States CDC / MIDAS Network Seminar (3-31-2021)
Data Colada Behavioral Science Seminar (3-5-2021)
University of Toronto, Applied Microeconomics Seminar (11-6-2020)
Cornell University, Behavioral Economics Seminar (10-13-2020)
Summer Institutes in Computational Social Science (6-18-2020)
Society for Personality and Social Psychology, Annual Conference JDM Keynote (1-27-2020)
Stanford University, Behavioral Economics Seminar (11-11-2019)
Chicago Booth, Behavioral Science Workshop (10-7-2019)
University of Southern California, CESR Seminar (9-16-2019)
Carnegie Mellon, Center for Behavioral and Decision Research Seminar (9-12-2019)
Society for Judgment and Decision Making, Annual Conference (11-19-2018)
Wharton Decision Processes Colloquia (10-8-2018)
UCLA Economics Department, Board Meeting (4-3-2018)
University of Utah, Department of Management Seminar (2-26-2018)
Stanford Economics Department, Behavioral Economics Seminar (11-6-2017)
Northwestern University, Law and Economics Seminar (10-26-2017)
UCLA Anderson, Alumni Board Meeting (9-16-2017)
UCLA Luskin, The Future of Humans as Sensors Conference (8-25-2017)
UCLA Office of Information Technology, CIO Exchange Dinner (5-18-2017)
MSI Conference on Marketing Analytics (2-09-2017)
Harvard Computer Science Department, ComputeFest (1-19-2017)
White House, Roundtable on Artificial Intelligence and the Economy (11-17-2016)
UCLA Anderson, Board of Visitors Retreat (11-04-2016)
UCLA Psychology Department, Cognitive Forum (10-21-2016)
USC Dornsife INET, Conference on Big Data (10-21-2016)
Games / EC 2016 Maastricht, Plenary Talk (7-27-2016)
NABE Annual Big Data Conference, Federal Reserve Bank of Boston (6-21-2016)
Behavioral Science and Policy Annual Conference: Putting Behavioral Insights to Work (4-29-2016)
NABE Data/Tech MeetUp, Federal Reserve Bank of San Francisco (4-25-2016)
CES 2016, Easton Technology Management Center (1-16-2016)
AEA Meetings, Econometric Society: Topics in eCommerce (1-4-2016)
RAND Applied Microeconomics Seminar (10-19-2015)
OPower Visiting Scholar Talk (7-14-2015)
UCLA SoCal Operations Research/Operation Management Day (5-22-2015)
USC Center for Economic and Social Research Seminar (5-18-2015)
Yale School of Management Faculty Seminar (2-5-2015)
Princeton University Civitas Foundation Finance Seminar (2-4-2015)
UCSD Cognitive Science Seminar (5-2-2014)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

UCLA Psychology: Developmental Psychology Seminar (4-7-2014)
University of Michigan: Dept of Econ, School of Infor, & Ross GSB, Joint Seminar (3-17-2014)
University of Zürich Department of Economics Seminar (12-6-2013)
Bonn Graduate School of Economics Seminar (12-4-2013)
SHARE User Conference, Belgium, Keynote (11-28-2013)
University of Chicago Rational Choice Seminar (11-12-2013)
Berkeley BCRN Conference Seminar (10-11-2013)
Consumer Financial Protection Bureau Research Seminar (9-16-2013)
MIT Sloan Marketing Seminar (4-1-2013)
NYU Industrial Organization Seminar (3-26-2013)
Wellesley Economics Department (3-14-2013)
Harvard Economics Department, Labor / Public Finance Joint Seminar (3-13-2013)
Microsoft Research (2-22-2013)
Carnegie Mellon, Center for Behavioral and Decision Research (1-31-2013)
Yale Linguistics Department (1-20-2012)
McGill University, Department of Economics (12-7-2012)
University of Minnesota, Carlson SOM (11-26-2012)
London School of Economics (11-6-2012)
UCSD, Rady School of Management (10-31-2012)
UCLA, Interdisciplinary Group in Behavioral Decision Making (10-26-2012)
INFORMS, invited speaker (10-14-2012)
Boston University SOM (10-12-2012)
Harvard Business School (9-19-2012)
Linguistics Data Consortium 20th Anniversary Workshop (9-6-2012)
TED Global, Edinburgh Scotland (6-28-2012)
Stanford Linguistics Department (4-5-2012)
Stanford Economics Department (4-2-2012)
Yale Economics Department (11-8-2011)
Wharton Decision Processes Colloquium (10-17-2011)
Behavioral Economics Annual Meeting (5-23-2011)
Yale Law School, Law, Economics and Organizations Seminar (4-14-2011)
Caltech, Brain, Mind, and Society Seminar Series (3-3-2011)
CFA Finance Seminar (7-26-2010)
UCLA, Marketing Summer Conference (5-22-2010)
Simon Fraser University, Biological Basis of Behavioral Economics (5-16-2010)
INSEAD, Decision Sciences and Economics (5-6-2010)
Aalto University School of Economics (5-3-2010)
Cowles Foundation for Research in Economics Talk (10-28-2009)
Harvard Behavioral & Experimental Economics Workshop (10-20-2009)
Society of Experimental Social Psychology, Symposium (10-17-2009)
Caltech Brain, Mind, and Society Seminar Series (8-12-2009)
Wharton Applied Economics Workshop (4-8-2009)
University of Connecticut Anthropology Department (2-17-2009)
Vanderbilt Economics Department (1-23-2009)
Vanderbilt Law and Behavioral Biology Speaker Series (1-20-2009)
Yale Cognitive Science, Primate Social Psychology Conference (11-2008)
University of Chicago, Rational Choice Workshop (10-2008)
SQA Neurofinance Conference (5-2008)
American Bar Association, Behavioral Economics and Ethical Decision Making (5-2008)
Mind, Brain and Society Conference, Todai-Yale Universities (4-2008)
Cornell University, Economics Department Seminar (4-2008)
The Institute for Quantitative Research in Finance (4-2008)
Cornell University, Behavioral Economics Decision Research Workshop (1-2008)
Cornell University, Behavioral Economics Seminar (10-2007)
Yale University, School of Public Health Seminar (9-2007)
NBER Law & Economics Summer Institute (7-2007)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Boston Federal Reserve Bank, Behavioral Economics Workshop (4-2007)
Yale Institution for Social and Policy Studies (4-2007)
Wesleyan University, Economics Department Seminar (10-2006)
New York University, Industrial Organization Day (9-2006)
University of California Berkeley, Summer Institute in Competitive Strategy (6-2006)
Carnegie Mellon University, Decision Sciences Seminar (2-2006)
Wharton Business School, Decision Processes Seminar (11-2005)
University of California Berkeley, Psychology and Economics Seminar (10-2005)
Stanford University, Summer Institute for Theoretical Economics (8-2005)
Yale University, Law and Economics Workshop (4-2005)
University of Chicago Applications of Economics Workshop (4-2005)
University of Connecticut, Anthropology Seminar (2-2005)
Brown University, Applied-Microeconomics Seminar (9-2004)
California Institute of Technology, Neuroscience Seminar (5-2004)
University of California San Diego, Applied-Microeconomics Seminar (5-2004)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Appendix B: Materials Relied Upon

### CASE MATERIALS

Stipulation and [Proposed] Third Amended Consolidated Class Action Complaint, *In re Apple iPhone Antitrust Litigation.*, Case No. C 11-06714-YGR (N.D. Cal.), September 11, 2020, ECF No. 228.

### EXPERT REPORTS

Expert Report of Joseph E. Stiglitz, *In re Apple iPhone Antitrust Litigation,* No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Minjae Song, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Wayne D. Hoyer, *In re Apple iPhone Antitrust Litigation,* No. 4:11-cv-06714-YGR, March 7, 2025.

### DEPOSITIONS

Deposition of Eddy Cue, *In re Apple iPhone Antitrust Litigation,* No. 4:11-cv-06715-YGR, February 8, 2021.

Deposition of Ron Okamoto, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 16, 2020.

Deposition of Scott Forstall, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, March 8, 2021.

Deposition of Timothy Cook, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

---

## RELATED CASE MATERIALS

Trial Transcript, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 21, 2021.

---

## PRODUCED DOCUMENTS

| | |
|---|---|
| APL-APPSTORE_00000055 | APL-APPSTORE_10340283 |
| APL-APPSTORE_00038593 | APL-APPSTORE_10342947 |
| APL-APPSTORE_02748389 | APL-APPSTORE_10742792 |
| APL-APPSTORE_02970610 | APL-APPSTORE_10849849 |
| APL-APPSTORE_03081001 | APL-APPSTORE_11057578 |
| APL-APPSTORE_06110560 | APL-APPSTORE_11057579 |
| APL-APPSTORE_06123880 | APL-APPSTORE_11258557 |
| APL-APPSTORE_06180211 | APL-APPSTORE_11279442 |
| APL-APPSTORE_09320345 | APL-APPSTORE_11288853 |
| APL-APPSTORE_09339646 | APL-APPSTORE_11337820 |
| APL-APPSTORE_09602996 | APL-EG_00111570 |
| APL-APPSTORE_09811613 | APL-EG_01791540 |
| APL-APPSTORE_09848610 | APL-EG_01795643 |
| APL-APPSTORE_09849681 | APL-EG_03801531 |
| APL-APPSTORE_09851552 | APL-EG_05446605 |
| APL-APPSTORE_10168666 | APL-EG_06238183 |
| APL-APPSTORE_10176241 | APL-EG_06396523 |
| APL-APPSTORE_10236808 | APL-EG_06403348 |
| APL-APPSTORE_10240922 | APL-EG_06404016 |
| APL-APPSTORE_10242358 | APL-EG_06616221 |
| APL-APPSTORE_10249187 | APL-EG_06618618 |
| APL-APPSTORE_10276069 | APL-EG_07137609 |
| APL-APPSTORE_10277245 | APL-EG_07435767 |
| APL-APPSTORE_10338528 | APL-EG_07465042 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

APL-EG_09278875                    APL-FIG_00003910

APL-EG_09284791                    EPIC_00014728

---

## ACADEMIC ARTICLES AND BOOKS

Alexander Rasche, Miriam Thone, and Tobias Wenzel, "Drip Pricing and its Regulation: Experimental Evidence," *Journal of Economic Behavior and Organization* 176 (2020): 353-370.

Amos Tversky and Daniel Kahneman, "Judgment under Uncertainty: Heuristics and Biases," *Science* 185(4157) (1974): 1124-1131.

B.P.S. Murthi and Ram C. Rao, "Price Awareness and Consumers' Use of Deals in Brand Choice," *Journal of Retailing* 88(1) (2012): 34-46.

Bartosz Maćkowiak, Filip Matějka, and Mirko Wiederholt, "Rational Inattention: A Review," *Journal of Economic Literature* 61(1) (2023): 226-273.

Benjamin R. Handel, "Adverse Selection and Inertia in Health Insurance Markets: When Nudging Hurts," *American Economic Review* 103(7) (2013): 2643-2682.

Bennett Chiles, "Shrouded Prices and Firm Reputation: Evidence from the US Hotel Industry," *Management Science* 67(2) (2021): 964-983.

Botond Koszegi, "Behavioral Contract Theory," *Journal of Economic Literature* 52(4) (2014): 1075-1118.

C. Lanier Benkard, "Learning and Forgetting: The Dynamics of Aircraft Production," *American Economic Review* 90(4) (2000): 1034-1054.

Chris M. Wilson and Catherine Waddams Price, "Do Consumers Switch to the Best Supplier?," *Oxford Economic Papers* 62 (2010): 647-668.

Chun-Hui Miao, "Consumer Myopia, Standardization and Aftermarket Monopolization," *European Economic Review* 54(7) (2010): 931-946.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Daniel Connolly, Samantha Horn and George Loewenstein, "(Inaccurate) Beliefs about Skill Decay," (2024), available at SSRN, https://ssrn.com/abstract=4916412.

Daniel Kahneman, Jack L. Knetsch, and Richard H. Thaler, "Anomalies: The Endowment Effect, Loss Aversion, and Status Quo Bias," *The Journal of Economic Perspectives* 5(1) (1991): 193-206.

Daniel Read and Barbara Van Leeuwen, "Predicting Hunger: The Effects of Appetite and Delay on Choice," Organizational Behavior and Human Decision Processes 76(2) (1998): 189-205.

David Laibson, "Golden Eggs and Hyperbolic Discounting," *Quarterly Journal of Economics* 112(2) (1997): 443-477.

David Laibson, "Why Don't Present-Biased Agents Make Commitments?," *American Economic Review* 105(5) (2015): 267-272.

David Laibson, Andrea Repetto, and Jeremy Tobacman, "A Debt Puzzle," *National Bureau of Economic Research*, Working Paper 7879, September 2000, https://www.nber.org/system/files/working_papers/w7879/w7879.pdf.

Elisabeth Honka, "Quantifying Search and Switching Costs in the US Auto Insurance Industry," *RAND Journal of Economics* 45(4) (2014): 847-884.

Emanuel Shuster and Martin Spann, "Pay Today, or Delay the Pay: Consumer Preference for Double Flat-Rate Pricing Plans," *Journal of Business Research* 182 (2024).

Eric J. Johnson and Daniel Goldstein, "Do Defaults Save Lives?," *Science* 302 (November 2003): 1338-1339.

Eric J. Johnson, Steven Bellman, and Gerald L. Lohse, "Cognitive Lock-In and the Power Law of Practice," *Journal of Marketing* 67(2) (2003): 62-75.

Gal Zauberman, "The Intertemporal Dynamics of Consumer Lock-In," *Journal of Consumer Research* 30(3) (2003): 405-419.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

George A. Akerlof and Rachel E. Kranton, "Economics and Identity," *Quarterly Journal of Economics* 115(3) (2000): 715-753.

Glenn Ellison and Alexander Wolitzky, "A search cost model of obfuscation," *RAND Journal of Economics* 43(3) (Fall 2012): 417-441.

Glenn Ellison and Sara Fisher Ellison, "Search, Obfuscation, and Price Elasticities on the Internet," *Econometrica* 77(2) (2009): 427-452.

Glenn Ellison, "A Model of Add-On Pricing," *Quarterly Journal of Economics* 120(2) (2005): 585-637.

Gregory T. Gundlach, "Aftermarkets, systems, and antitrust: A primer," *Antitrust Bulletin* 52(1) (2007): 17-29.

Haiyan Shui and Lawrence M. Ausubel, "Time Inconsistency in the Credit Card Market," *SSRN Electronic Journal* (May 2004).

Heiko Karle, Heiner Schumacher, and Rune Vølund, "Consumer Loss Aversion and Scale-Dependent Psychological Switching Costs," *Games and Economic Behavior* 138 (2023): 214-237.

Herbert A. Simon, "A Behavioral Model of Rational Choice," *Quarterly Journal of Economics* 69(1) (1955): 99-118.

Hersh M. Shefrin, and Richard H. Thaler, "The Behavioral Life-cycle hypothesis." *Economic Inquiry* 26(4) (1988): 609-643.

Ian Anderson and Wendy Wood, "Habits and the Electronic Herd: The Psychology Behind Social Media's Successes and Failures," *Consumer Psychology Review* 4(1) (2020): 83-99.

James J. Choi, David Laibson, and Brigitte C. Madrian, "Why Does the Law of One Price Fail? An Experiment on Index Mutual Funds," *Review of Financial Studies* 23(4) (2010): 1405-1432.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

James J. Choi, David Laibson, Brigitte C. Madrian, and Andrew Metrick, "For Better or for Worse: Default Effects and 401(k) Savings Behavior," in *Perspectives on the Economics of Aging* (University of Chicago Press, June 2004): 81-125, http://www.nber.org/chapters/c10341.

Jennifer Brown, Tanjim Hossain, and John Morgan, "Shrouded Attributes and Information Suppression: Evidence from the Field," *Quarterly Journal of Economics* 125(2) (2010): 859-876.

John F. Muth, "Rational Expectations and the Theory of Price Movements," *Econometrica* 29(3) (1961): 315-335.

John Le Boutillier, Susanna Shore Le Boutillier, and Scott A. Neslin, "A Replication and Extension of the Dickson and Sawyer Price-Awareness Study," *Marketing Letters* 5(1) (1994): 31-42.

Jonathan A. Obar and Anne Oeldorf-Hirsch, "The Biggest Lie on the Internet: Ignoring the Privacy Policies and Terms of Service Policies of Social Networking Services," *Information, Communication & Society* 23(1) (2020): 128-147.

Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Volume 3, eds. Mark Armstrong and Robert H. Porter (Amsterdam: Elsevier, 2007): 1967-2072.

Katherine L. Milkman, Todd Rogers, Max H. Bazerman, "Highbrow Films Gather Dust: Time-Inconsistent Preferences and Online DVD Rentals," *Management Science* 55(6) (2009): 1047-1059.

Katherine L. Milkman, Todd Rogers, Max H. Bazerman, "I'll Have the Ice Cream Soon and the Vegetables Later: A Study of Online Grocery Purchases and Order Lead Time," *Marketing Letters* 21 (2010): 17-35.

Keith Marzilli Ericson and David Laibson, "Intertemporal Choice," in *Handbook of Behavioral Economics: Applications and Foundations 1*, Volume 2, (Amsterdam: North-Holland, 2019): 1-67.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Kenan Kalayci, "Price Complexity and Buyer Confusion in Markets," *Journal of Economic Behavior & Organization* 111 (2015): 154-168.

Kenneth T. Gillingham, Sebastien Houde, and Arthur A. van Benthem, "Consumer Myopia in Vehicle Purchases: Evidence from a Natural Experiment," *American Economic Journal: Economic Policy* 13 (3) (2021): 207-238.

Kent B. Monroe and Angela Y. Lee, "Remembering Versus Knowing: Issues in Buyers' Processing of Price Information," *Journal of the Academy of Marketing Science* 27(2) (1999): 207-225.

Kyle B. Murray and Gerald Häubl, "Explaining Cognitive Lock-In: The Role of Skill-Based Habits of Use in Consumer Choice," *Journal of Consumer Research* 34(1) (2007): 77-88.

Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81.

Leonardo Bursztyn, Benjamin R. Handel, Rafael Jimenez, and Christopher Roth, "When Product Markets Become Collective Traps: The Case of Social Media," *NBER Working Paper* 31771 (July 2024).

Linda Thunström, Jonas Nordstrom, and Jason F. Shogren, "Certainty and Overconfidence in Future Preferences for Food," *Journal of Economic Psychology* 51 (2015): 101-113.

Liran Einav, Benjamin Klopack, and Neale Mahoney, "Selling Subscriptions," *American Economic Review (forthcoming).*

Lukasz Grzybowski and Ambre Nicolle, "Estimating Consumer Inertia in Repeated Choices of Smartphones," *The Journal of Industrial Economics* 69(1) (2021): 33-82.

Marianne Bertrand and Adair Morse, "Information Disclosure, Cognitive Biases, and Payday Borrowing," *Journal of Finance* 66(6) (2011): 1865-1893.

Melissa A. Schilling, "Technological Leapfrogging: Lessons from the U.S. Video Game Console Industry," *California Management Review* 45(3) (2003): 6-32.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340.

Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47 (2015): 303-340.

Michael D. Grubb, "Selling to Overconfident Consumers," *American Economic Review* 99(5) (2009): 1770-1807.

Michael Rosenfeld, Reuben Thomas, and Sonia Hausen, "Disintermediating your friends: How online dating in the United States displaces other ways of meeting," *Proceedings of the National Academy of Sciences* 116(36) (2019): 17753–17758, https://www.pnas.org/doi/10.1073/pnas.1908630116.

Ned Augenblick and Matthew Rabin, "An Experiment on Time Preference and Misprediction in Unpleasant Tasks," *Review of Economic Studies* 86(3) (2019): 941-975.

Nicholas Economides, Katja Seim, and V. Brian Viard, "Quantifying the Benefits of Entry into Local Phone Service," *RAND Journal of Economics* 39(3) (Autumn 2008): 699-730.

Paul Heidhues and Botond Koszegi, "Behavioral Industrial Organization," in *Handbook of Behavioral Economics: Applications and Foundations*, Volume 1, eds. B. Douglas Bernheim, Stefano DellaVigna, and David Laibson, (Elsevier, 2018): 517-612.

Paul Klemperer, "The Competitiveness of Markets with Switching Costs," *RAND Journal of Economics* 18(1) (1987): 138-150.

Pedro Bordalo, Nicola Gennaioli, and Andrei Shleifer, "Salience and Consumer Choice," *Journal of Political Economy* 121(5) (October 2013): 803-843.

Peter R. Dickson and Alan G. Sawyer, "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing* 54(3) (1990): 42-53.

Peter Thompson, "Learning by Doing," in *Handbook of the Economics of Innovation* 1 (2010): 429-476.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177.

Richard H. Thaler and Shlomo Benartzi, "Save More Tomorrow: Using Behavioral Economics to Increase Employee Saving," *Journal of Political Economy* 112(1) (2004): S164-S187.

Richard H. Thaler, "Behavioral Economics: Past, Present, and Future," *American Economic Review* 106(7) (2016): 1577-1600.

Rolf Reber, Jasmine Richter, and Mathilde H. Prenevost, "The Development of Affective Preferences and Beliefs: A Processing Fluency Framework," *Developmental Review* 73(101148) (2024): 1-16.

Samantha Horn and George Loewenstein, "Underestimating Learning by Doing," (2024), available at SSRN 3941441.

Saurabh Bhargava, George Loewenstein, and Justin Sydnor, "Choose to Lose: Health Plan Choices from a Menu with Dominated Options," *Quarterly Journal of Economics* 132(3) (2017): 1319-1372.

Sheena S. Iyengar, Mark R. Lepper, "When Choice is Demotivating: Can One Desire Too Much of a Good Thing?," *Journal of Personality and Social Psychology* 79(6) (2000): 995-1006.

Stefano DellaVigna and Ulrike Malmendier, "Paying Not to Go to the Gym," *American Economic Review* 96(3) (2006): 694-719.

Stefano DellaVigna, "Psychology and Economics: Evidence from the Field," *Journal of Economic Literature* 47(2) (2009): 315-372.

Stephan Meier and Charles Sprenger, "Present-Biased Preferences and Credit Card Borrowing," *American Economic Journal: Applied Economics* 2(1) (2010): 193-210.

Susan E. Woodward and Robert E. Hall, "Diagnosing Consumer Confusion and Sub-Optimal Shopping Effort: Theory and Mortgage-Market Evidence," *American Economic Review* 102(7) (2012): 3249-3276.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Tanjim Hossain and John Morgan, "…Plus Shipping and Handling: Revenue (Non) Equivalence in Field Experiments on eBay," *B.E. Journal of Economic Analysis & Policy* 6(2) (2006): 1429-1429.

Ted O'Donoghue and Matthew Rabin, "Doing it Now or Later," *American Economic Review* 89(1) (1999): 103-124.

Thomas Blake, Sarah Moshary, Kane Sweeney, and Steve Tadelis, "Price Salience and Product Choice," *Marketing Science* 40(4) (2021): 619-636.

William Samuelson and Richard Zeckhauser, "Status Quo Bias in Decision Making," *Journal of Risk and Uncertainty* 1(1) (1988): 7-59.

Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540.

---

## PUBLICLY AVAILABLE MATERIALS

"2017 Global Mobile Consumer Survey: US edition," *Deloitte,* https://www2.deloitte.com/content/dam/Deloitte/us/Documents/technology-media-telecommunications/us-tmt-2017-global-mobile-consumer-survey-executive-summary.pdf.

"2023 App Store Transparency Report," *Apple*, May 16, 2024, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

"About iMessage on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/about-imessage-iph4e9799206/ios.

"AirPods Pro 2," *Apple*, https://www.apple.com/airpods-pro/.

"Amazon Kids+ (formerly FreeTime Unlimited) – Endless Fun for Kids," *Amazon*, https://www.amazon.com/freetime-unlimited-subscription/s?k=freetime+unlimited+subscription.

"Amazon Kids+ Monthly," *Amazon*, https://www.amazon.com/ftu/home.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Answer or decline incoming calls on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/answer-or-decline-incoming-calls-iph3c9947bf/ios.

"App Review Guidelines," *Apple Developer*, https://developer.apple.com/app-store/review/guidelines/.

"App Store Preview – Adventure," *Apple*, https://apps.apple.com/us/charts/iphone/adventure-games/7002.

"App Store Preview – Clash of Clans," *Apple,* https://apps.apple.com/us/app/clash-of-clans/id529479190.

"App Store Preview - Duolingo – Language Lessons," *Apple*, https://apps.apple.com/us/app/duolingo-language-lessons/id570060128.

"App Store Preview – Lifestyle," *Apple*, https://apps.apple.com/us/charts/iphone/lifestyle-apps/6012.

"App Store Preview – Minecraft," *Apple*, https://apps.apple.com/us/app/minecraft-play-with-friends/id479516143.

"App Store Preview - MyFitnessPal: Calorie Counter," *Apple*, https://apps.apple.com/us/app/myfitnesspal-calorie-counter/id341232718.

"App Store Preview - Notion: Notes, Tasks AI on the App Store," *Apple*, https://apps.apple.com/us/app/notion-notes-tasks-ai/id1232780281.

"App Store Preview – Simulation," *Apple*, https://apps.apple.com/us/charts/iphone/simulation-games/7015?chart=top-paid.

"App Store Preview – Strategy," *Apple*, https://apps.apple.com/us/charts/iphone/strategy-games/7017.

"App Store Preview – Tinder," *Apple*, https://apps.apple.com/us/app/tinder-dating-app-chat-date/id547702041.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Apple announces biggest upgrade to App Store pricing, adding 700 new price points," *Apple Newsroom*, December 6, 2022, https://www.apple.com/newsroom/2022/12/apple-announces-biggest-upgrade-to-app-store-pricing-adding-700-new-price-points/.

"Apple Announces Over 100,000 Apps Now Available on the App Store," *Apple*, November 4, 2009, https://www.apple.com/newsroom/2009/11/04Apple-Announces-Over-100-000-Apps-Now-Available-on-the-App-Store/.

"Apple debuts iPhone 15 and iPhone 15 Plus," *Apple Newsroom*, September 12, 2023, https://www.apple.com/newsroom/2023/09/apple-debuts-iphone-15-and-iphone-15-plus/.

"Apple Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

"Apple Gift Card," *Apple*, https://www.apple.com/shop/gift-cards.

"Apple Introduces the New iPhone 3G," *Apple Newsroom*, June 9, 2008, https://www.apple.com/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/.

"Apple iPhone Original Specs," *Techable*, https://apple.techable.com/specs/iphone-original/.

"Apple Leadership," *Apple*, https://www.apple.com/leadership/.

"Apple Media Services Terms and Conditions," *Apple*, https://www.apple.com/legal/internet-services/itunes/.

"Apple Pay security and privacy overview," *Apple Support*, https://support.apple.com/en-us/101554.

"Apple Shopping Event 2024 Terms and Conditions" *Apple*, https://www.apple.com/shop/gifts/shopping-event/terms-conditions.

"AR Apps and Games – App Store," *Apple*, https://apps.apple.com/us/story/id1288297581.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Back up your device," *Google*, https://support.google.com/googleone/answer/9149304?hl=en&co=GENIE.Platform%3DiOS&oco=2.

"Beeper Mini Is Back," *Beeper Blog*, December 11, 2023, https://blog.beeper.com/2023/12/11/beeper-mini-is-back/.

"Bumble Dating App: Meet & Date," *Apple*, https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707.

"Bumble Superswipe," *Bumble – The Beehive*, https://thebeehive.bumble.com/superswipe.

"Buy additional app features with in-app purchases and subscriptions," *Apple Support*, January 30, 2025, https://support.apple.com/en-us/102383.

"Buy Robux," *Roblox*, https://www.roblox.com/upgrades/robux.

"Candy Crush Saga," *Apple*, https://apps.apple.com/us/app/candy-crush-saga/id553834731.

"Candy Crush Saga," *Apple*, https://apps.apple.com/us/app/candy-crush-saga/id553834731.

"Candy Crush Soda Saga," *Apple*, https://apps.apple.com/us/app/candy-crush-soda-saga/id850417475.

"Change which apps sync and store data with iCloud," *Apple Support*, https://support.apple.com/en-us/118225.

"Choose how you want to listen," *Pandora*, https://www.pandora.com/upgrade.

"Clash of Clans," *Apple*, https://apps.apple.com/us/app/clash-of-clans/id529479190.

"Coins Policy," *TikTok*, June 2022, https://www.tiktok.com/legal/page/global/coin-policy-eea/en.

"Copy apps & data from an iPhone to a new Android device," *Android Help*, https://support.google.com/android/answer/13626960?hl=en#zippy=.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Customize the Navigation bar on your Galaxy phone or tablet," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002427/.

"Definition of dating app," *PC Mag*, https://www.pcmag.com/encyclopedia/term/dating-app.

"Developers can soon offer in-app NFC transactions using the Secure Element," *Apple Newsroom*, August 14, 2024, https://www.apple.com/newsroom/2024/08/developers-can-soon-offer-in-app-nfc-transactions-using-the-secure-element/.

"Disney+," *Apple*, https://apps.apple.com/us/app/disney/id1446075923.

"DoubleDown™ Casino Vegas Slots," *Apple*, https://apps.apple.com/us/app/doubledown-casino-vegas-slots/id485126024.

"Family Sharing," *Apple*, https://www.apple.com/family-sharing/.

"Federal Trade Commission Announces Bipartisan Rule Banning Junk Ticket and Hotel Fees," *Federal Trade Commission*, December 17, 2024, https://www.ftc.gov/news-events/news/press-releases/2024/12/federal-trade-commission-announces-bipartisan-rule-banning-junk-ticket-hotel-fees.

"FTC Warns Hotel Operators that Price Quotes that Exclude 'Resort Fees' and Other Mandatory Surcharges May Be Deceptive," *Federal Trade Commission*, November 28,2012, https://www.ftc.gov/news-events/news/press-releases/2012/11/ftc-warns-hotel-operators-price-quotes-exclude-resort-fees-other-mandatory-surcharges-may-be.

"Game of War - Fire Age," *Apple*, https://apps.apple.com/us/app/game-of-war-fire-age/id667728512.

"Game of War: Fire Age - Store," *Machine Zone*, https://www.gameofwar-fireage.com/en-us/game-catalog.

"Gardenscapes," *Apple*, https://apps.apple.com/us/app/gardenscapes/id1105855019.

"Gesture, swipe, and press to navigate your iPhone 13 and other Face ID models," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/102388.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Homescapes," *Apple*, https://apps.apple.com/us/app/homescapes/id1195621598.

"How can I purchase items and PokéCoins?" *Pokémon GO Help Center*, https://niantic.helpshift.com/hc/en/6-pokemon-go/faq/94-how-can-i-purchase-items-and-pokecoins/.

"How do I answer Calls on my Samsung Phone?," *Samsung Australia*, April 22, 2024, https://www.samsung.com/au/support/mobile-devices/answering-calls-from-samsung-phone/?srsltid=AfmBOooqMWdG3qIiDwnJTaigSBtqEBcWPvAu1ANfXI5e-F0D5HywZgIH.

"How do I use the Quick Settings panel?," *Samsung*, https://www.samsung.com/uk/support/mobile-devices/quick-settings/?srsltid=AfmBOoq3JEJ79kEWwIXstPhj6SorFTMSo8YZmYOCsJlpcynWTTRfzSnr.

"How iCloud keeps information up to date across all your devices," *Apple Support*, https://support.apple.com/guide/icloud/how-icloud-keeps-information-up-to-date-mmd44763ead3/icloud.

"How to turn Do Not Disturb on or off on your iPhone," *Apple Support*, 2025, https://support.apple.com/en-us/105112.

"Hulu: Stream TV shows & movies," *Apple*, https://apps.apple.com/us/app/hulu-stream-tv-shows-movies/id376510438.

"Ian Rogers – Experience," *LinkedIn*, https://www.linkedin.com/in/iancrogers/details/experience/.

"If your iPhone messages are green," *Apple Support*, https://support.apple.com/en-us/105087.

"In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

"In-game coins," *Gardenscapes Help Center*, https://playrix.helpshift.com/hc/en/5-gardenscapes/faq/73-in-game-coins/?l=en.

"In-game coins," *Homescapes Help Center*, July 4, 2022, accessed via *Internet Archive Wayback Machine*, captured July 4, 2022,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

https://web.archive.org/web/20220704080820/https://playrix.helpshift.com/hc/en/14-homescapes/faq/1070-in-game-coins/?p=web.

"Introducing Beeper Mini – get blue bubbles on Android," *Beeper Blog*, December 5, 2023, https://blog.beeper.com/2023/12/05/introducing-beeper-mini-get-blue-bubbles-on-android-%F0%9F%92%99/.

"Introduction to iCloud," *Apple Support*, https://support.apple.com/guide/icloud/introduction-to-icloud-mm74e822f6de/icloud.

"iOS 18 is available today, making iPhone more personal and capable than ever," *Apple Newsroom*, September 16, 2024, https://www.apple.com/newsroom/2024/09/ios-18-is-available-today-making-iphone-more-personal-and-capable-than-ever/.

"iOS 7 – Messages," *Apple*, July 8, 2014, accessed via the Internet Archive Wayback Machine, captured July 8, 2014, https://web.archive.org/web/20140708162715/http://www.apple.com/ios/messages/.

"iPad Pro 11 1st Gen," *Bosstab*, https://www.bosstab.com/resources/tablet-guides/apple/specs/pro/ipad-pro-11-1st-gen.

"iPad Pro 11-inch (1st generation) - Technical Specifications," *Apple Support*, https://support.apple.com/en-us/111974.

"iPad Top Charts on the App Store," *Apple*, https://apps.apple.com/us/charts/ipad.

"iPadOS," *Apple*, accessed via the Internet Archive Wayback Machine captured December 15, 2019, https://web.archive.org/web/20191215132752/https://www.apple.com/ipados/.

"iPhone Market Share by Country 2024," *World Population Review,* https://worldpopulationreview.com/country-rankings/iphone-market-share-by-country.

"iPhone Top Charts on the App Store," *Apple*, https://apps.apple.com/us/charts/iphone.

"iPhone User Guide – iOS 18 React with Tapbacks in Messages on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/react-with-tapbacks-iph018d3c336/18.0/ios/18.0.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"iPhone User Guide, iOS 18, Back Up iPhone" *Apple*,
https://support.apple.com/guide/iphone/back-up-iphone-iph3ecf67d29/ios.

"iPhone," *Apple*, https://www.apple.com/iphone/.

"Join a FaceTime call from an Android or Windows device," *Apple*, June 30, 2024,
https://support.apple.com/en-us/109364.

"King Games - Terms of Use," *King*, February 10, 2025,
https://www.king.com/termsAndConditions.

"LinkedIn: Network & Job Finder," *Apple*, https://apps.apple.com/us/app/linkedin-network-job-finder/id288429040.

"Managing an Apple-billed Hulu account," *Hulu*, https://help.hulu.com/article/hulu-manage-apple.

"Max: Stream HBO, TV & Movies," *Apple*, https://apps.apple.com/us/app/max-stream-hbo-tv-movies/id1666653815.

"Media Tablet," *Gartner*, https://www.gartner.com/en/information-technology/glossary/media-tablet.

"Most Popular Mobile Phones in the United States (2025)," *Big Fish*, updated January 23, 2025,
https://discoverbigfish.com/blog/most-popular-mobile-phones-usa.html.

"Netflix Billing Through Apple," *Netflix*, https://help.netflix.com/en/node/25097.

"Netflix," *Apple*, https://apps.apple.com/us/app/netflix/id363590051.

"Pair AirPods with a non-Apple device," *Apple Support*,
https://support.apple.com/guide/airpods/pair-airpods-with-a-non-apple-device-dev499c9718b/web.

"Pandora: Music & Podcasts," *Apple*, https://apps.apple.com/us/app/pandora-music-podcasts/id284035177.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Pokémon GO," *Apple*, https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345.

"Promoting your In-App Purchases," *Apple Developer*, https://developer.apple.com/app-store/promoting-in-app-purchases/.

"PUBG Mobile System Requirements!," *ByNoGame*, March 25, 2023, https://www.bynogame.com/en/news/pubg-mobile-system-reuirements-1064.

"Reduce eye strain on your Galaxy phone or tablet," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002537/.

"Roblox," *Apple*, https://apps.apple.com/us/app/roblox/id431946152.

"Samsung Galaxy S24 FE User Guide," *Samsung*, 2024, https://downloadcenter.samsung.com/content/UM/202410/20241018150441219/SAM_S721_EN_UG_OS14_101424_FINAL_REV_1.1.pdf.

"Send stickers in Messages on iPhone," *Apple Support,* https://support.apple.com/guide/iphone/send-stickers-iph37b0bfe7b/ios.

"Set Up and Pair Your Apple Watch With iPhone," *Apple Support*, https://support.apple.com/guide/watch/set-up-and-pair-your-apple-watch-with-iphone-apdde4d6f98e/watchos.

"Slotomania™ Slots Machine Game," *Apple*, https://apps.apple.com/us/app/slotomania-slots-machine-game/id447553564.

"Smartphone," *PC Mag*, https://www.pcmag.com/encyclopedia/term/smartphone.

"Super Like," *Tinder*, https://www.help.tinder.com/hc/en-us/articles/115004493543-Super-Like.

"Support & FAQs," *Android*, https://www.android.com/switch-to-android/.

"Switch to Android," *Android*, https://www.android.com/switch-to-android/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Sync Content Between Your Mac and iPhone, iPad or iPod Touch," *Apple Support*, https://support.apple.com/guide/mac-help/sync-music-books-and-more-between-devices-mchlde9a31f1/mac.

"Tap to Pay on iPhone," *Apple*, https://www.apple.com/business/tap-to-pay-on-iphone/.

"Terraria on the App Store," *Apple*, https://apps.apple.com/us/app/terraria/id640364616?ign-mpt=uo%3D4.

"The App Store turns 10," *Apple Newsroom,* July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

"The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

"TikTok," *Apple*, https://apps.apple.com/us/app/tiktok/id835599320.

"Tinder Dating App: Chat & Date," *Apple*, https://apps.apple.com/us/app/tinder-dating-app-chat-date/id547702041.

"Type with the onscreen keyboard on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/type-with-the-onscreen-keyboard-iph3c50f96e/ios.

"US Smartphone Market Share: Quarterly," *Counterpoint Research*, November 21, 2024, https://www.counterpointresearch.com/insights/us-smartphone-market-share/.

"Use Do not Disturb mode on your Galaxy phone," *Samsung*, https://www.samsung.com/us/support/answer/ANS10002889/.

"Use Family Sharing with Apple Music on Android," *Apple Support*, December 29, 2023, https://support.apple.com/en-us/109333.

"Use the side button, Home button, and other controls on your iPhone," *Apple Support*, September 19, 2024, https://support.apple.com/en-us/105103.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"View your purchase history for the App Store and other Apple media services," *Apple Support*, April 15, 2024, https://support.apple.com/en-us/118212.

"Wallet," *Apple*, https://www.apple.com/wallet/.

"Ways to get Robux," *Roblox Support*, https://en.help.roblox.com/hc/en-us/articles/203313200-Ways-to-Get-Robux.

"What are the differences between 2G, 3G, 4G LTE, and 5G networks?," *RantCell*, https://rantcell.com/comparison-of-2g-3g-4g-5g.html.

"What is a payday loan?," *Consumer Financial Protection Bureau*, May 28, 2024, https://www.consumerfinance.gov/ask-cfpb/what-is-a-payday-loan-en-1567/.

"What is a tablet?," *Lenovo*, https://www.lenovo.com/us/en/glossary/tablet/.

"What is the difference between iMessage, RCS, and SMS/MMS?," *Apple Support*, https://support.apple.com/en-us/104972.

"Why Have My Gems/Resources Disappeared?" *Supercell Support*, https://support.supercell.com/clash-of-clans/en/articles/why-have-my-gems-resources-disappeared.html.

"YouTube," *Apple*, https://apps.apple.com/us/app/youtube/id544007664.

Abhishek Jariwala, "Everything Announced at the Apple WWDC 2019 Conference: iPadOS, Mac Pro, iOS 13, MacOS Catalina and More…," *TrueTech*, June 4, 2019, https://true-tech.net/everything-announced-apple-wwdc-2019-conference-ipados-mac-pro-ios-13-macos-catalina/.

Abrar Al-Heeti and Patrick Holland, "How to Use AirDrop to Quickly Send Photos and files Across iPhone, Mac and iPad," *CNet*, September 17, 2024, https://www.cnet.com/tech/mobile/how-to-use-airdrop-to-quickly-send-photos-and-files-across-iphone-mac-and-ipad/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Abrar Al-Heeti and Patrick Holland, "Switching From Android to iPhone? How to Easily Transfer Your Data," *CNet*, September 28, 2024, https://www.cnet.com/tech/mobile/switching-from-android-to-iphone-how-to-easily-transfer-your-data/.

Adam Hayes, "Retail Investor: Definition, What They Do, and Market Impact," *Investopedia*, updated April 12, 2024, https://www.investopedia.com/terms/r/retailinvestor.asp.

Alan Martin, "RIP Beeper Mini: iMessage on Android is now truly done," *Tom's Guide*, January 28, 2024, https://www.tomsguide.com/phones/rip-beeper-mini-imessage-on-android-is-now-truly-done.

Alex Mitchell, "Android users less attractive than iPhone owners, women say: 'Like, no,'" *New York Post*, December 28, 2023, https://nypost.com/2023/12/28/lifestyle/android-users-less-attractive-than-iphone-owners-women-say/.

Alexander S. Gillis, "What is augmented reality (AR)?," *TechTarget*, https://www.techtarget.com/whatis/definition/augmented-reality-AR.

Alyson Klein, "What Does Big Tech Want From Schools? (Spoiler Alert: It's not Money)," *EducationWeek*, January 7, 2020, https://www.edweek.org/technology/what-does-big-tech-want-from-schools-spoiler-alert-its-not-money/2020/01.

Anthony Bouchard, "LetMeDecline makes it easier to decline calls when your iPhone is locked," *iDB*, December 17, 2019, https://www.idownloadblog.com/2019/12/18/letmedecline/.

Ashley Carman, "Bumble now lets users pay to bring their profile to the top of the match stack," *The Verge*, February 11, 2019, https://www.theverge.com/2019/2/11/18220073/bumble-spotlight-feature-coins-launch.

Brian X. Chen, "Apple Is Doing Its Part to End Green Bubble Shaming. It's Our Turn," *New York Times*, November 29, 2023, https://www.nytimes.com/2023/11/29/technology/personaltech/apple-iphone-android-bubbles.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Chris Welch, "Apple's 'Move to iOS' app is now available on Android," *The Verge*, September 16, 2015, https://www.theverge.com/2015/9/16/9339895/apple-switch-from-android-ios-app-now-available.

Christina Bonnington, "The iPhone X Takes Hand Gestures Too Far," *Slate*, October 31, 2017, https://slate.com/technology/2017/10/iphone-x-review-hand-gestures-replacing-home-button-are-an-adjustment.html.

Daniel Nations, "How to Access iCloud Photos From Any Apple, Windows, or Android Device," *Lifewire*, September 26, 2024, https://www.lifewire.com/access-your-icloud-photos-4160237.

Dave Johnson and Abigail Abesamis Demarest, "How to use FaceTime on your Android or Windows device," *Business Insider*, June 14, 2023, https://www.businessinsider.com/guides/tech/facetime-for-android.

David Curry, "Apple Statistics (2025)," *Business of Apps*, February 18, 2025, https://www.businessofapps.com/data/apple-statistics/.

Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

Farhad Manjoo, "Apple Strengthens Pull of Its Orbit With Each Device," *New York Times*, October 22, 2014, https://www.nytimes.com/2014/10/23/technology/personaltech/devices-with-yosemite-and-ios-8-operating-systems-seamlessly-connect-in-apples-ecosystem.html.

Flynn Lo Faro, "Apple Ecosystem Explained: Why It's So Hard to Leave," *Apple Scoop*, September 23, 2024, https://applescoop.org/story/apple-ecosystem-explained-why-its-so-hard-to-leave.

German Lopez, "Pokemon Go, Explained," *Vox*, August 5, 2016, https://www.vox.com/2016/7/11/12129162/pokemon-go-android-ios-game.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Heather Kelly, "YouTube releases new iPhone app," *CNN*, September 11, 2012, https://www.cnn.com/2012/09/11/tech/mobile/youtube-iphone-app/index.html.

Jacob Poushter, "WhatsApp and Facebook dominate the social media landscape in middle-income nations," *Pew Research Center*, March 22, 2024, https://www.pewresearch.org/short-reads/2024/03/22/whatsapp-and-facebook-dominate-the-social-media-landscape-in-middle-income-nations/.

Jael Goldfine, "The business of dating apps: How do swipes actually make money?," *Business of Business*, March 1, 2021, https://www.businessofbusiness.com/articles/how-dating-apps-make-money-tinder-bumble/.

James Lacko and Janis Pappalardo, "Improving Consumer Mortgage Disclosures," *Federal Trade Commission Bureau of Economics Staff Report* (2007), http://www.ftc.gov/os/2007/06/P025505MortgageDisclosureReport.pdf.

Jamie Richards, "6 ways iOS 18 improves messaging between iPhone and Android – and 3 ways it doesn't," *TechRadar*, September 17, 2024, https://www.techradar.com/phones/ios/6-ways-ios-18-improves-messaging-between-iphone-and-android-and-3-ways-it-doesnt.

Jamie Richards, "The EU could force Apple to put AirDrop and AirPlay on Android phones," *TechRadar*, December 19, 2024, https://www.techradar.com/phones/iphone/the-eu-could-force-apple-to-put-airdrop-and-airplay-on-android-phones.

Jason Cipriani, "2 ways you can use Apple's AirTag with an Android phone," *CNet*, April 29, 2021, https://www.cnet.com/tech/mobile/2-ways-you-can-use-apple-airtag-with-an-android-phone/.

Jason Snell, "Apple fans should be celebrating Android's Messages win," *Macworld*, December 6, 2023, https://www.macworld.com/article/2163354/imessage-rcs-android-iphone-user-experience.html.

Jay Peters, "Google has a secret iOS app to help you switch to Android," *The Verge*, April 13, 2022, https://www.theverge.com/2022/4/13/23024399/google-switch-to-android-iphone-app-unlisted.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Jeannine Mancini, "Tim Cook Says 'Buy Your Mom An iPhone' If You Want To Communicate With Android Users – Compatibility Not A Priority For Apple," *Yahoo! Finance*, August 28, 2023, https://finance.yahoo.com/news/tim-cook-says-buy-mom-210347694.html.

Jon Markman, "Apple Grows Its Ecosystem, And Its Advantage," *Forbes*, April 12, 2017, updated September 23, 2018, https://www.forbes.com/sites/jonmarkman/2017/04/12/apple-grows-its-ecosystem-and-its-advantage/.

Jonathan Parkyn and Siobhan Conners, "USB Type C: Everything You Need to Know," *ITPro*, March 4, 2019, https://www.itpro.com/desktop-hardware/21984/usb-type-c-everything-you-need-to-know.

Jonathan Tarud, "Mobile Apps vs Web Apps: What's The Difference?," *Koombea*, December 5, 2023, updated January 3, 2025, https://www.koombea.com/blog/difference-between-mobile-apps-and-web-apps/.

Julian Chokkattu, "The iPhone Is Finally Getting USB-C. Here's What That Means," *Wired*, September 12, 2023, https://www.wired.com/story/apple-iphone-15-usb-c/.

Justin Pot, "How to Use iMessage an Android," *Wired*, May 13, 2023, https://www.wired.com/story/how-to-use-imessage-android/.

Kelly Hayes, "If your kids ask for Robux this Christmas, here's what that means," *Fox 9 Minneapolis-St. Paul News*, December 6, 2022, https://www.fox9.com/news/how-much-are-robux-roblox-explained.

Laura Ceci, "WhatsApp penetration rate among global messaging app users as of April 2022, by country," *Statista*, September 25, 2023, https://www.statista.com/statistics/1311229/whatsapp-usage-messaging-app-users-by-country/.

Mahita Gajanan, "Apple's New iPhones are Designed for Augmented Reality. What Is That?," *Time*, September 12, 2017, https://time.com/4937533/new-iphone-8-augmented-reality/.

Mary Walrath-Holdridge, "The evolution of iPhone: See changes from the original ahead of iPhone 15's unveiling," *USA Today*, September 10, 2023,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

https://www.usatoday.com/story/tech/2023/09/10/iphone-15-release-apple-evolution-over-time/70796791007/.

Matthew Geault, "Scammers Are Using 'Clash of Clans' to Launder Money From Stolen Credit Cards," *Vice Media*, July 20, 2018, https://www.vice.com/en/article/scammers-are-using-clash-of-clans-to-launder-money-from-stolen-credit-cards/.

Michael Archambault, "How to Use Apple Watch With an Android Smartphone," *Lifewire*, March 19, 2024, https://www.lifewire.com/connect-apple-watch-to-android-4175370.

Miguel G., "Understanding Apple device ecosystem," *BackMarket*, September 18, 2024, updated February 3, 2025, https://www.backmarket.com/en-us/c/tech-education/understanding-apple-ecosystem.

Mikael Trench, "Why Pictures and Videos Sent from iPhone to Android are Blurry (And How to Fix It)," *SlashGear,* July 24, 2024, https://www.slashgear.com/1615534/iphone-sending-blurry-pictures-android-fix/.

Nicole Nguyen, "The Fight Over Apple's iMessage and Those Green Bubbles," *Wall Street Journal*, December 22, 2023, https://www.wsj.com/tech/personal-tech/the-fight-over-apples-imessage-and-those-green-bubbles-0ad95088.

Nicole Nguyen, "When a Lifetime Subscription Can Save You Money—and When It's Risky," *Wall Street Journal*, February 15, 2025, https://www.wsj.com/tech/personal-tech/what-are-lifetime-subscriptions-deal-savings-c3c5757b?mod=panda_wsj_section_alert.

Noah Walker, "Can You Use Apple Watch with Android Phones?," *SimplyMac*, July 19, 2024, https://www.simplymac.com/apple-watch/can-you-use-apple-watch-with-android.

Paul Tassi, "Clash of Clans vs. Game of War -- Which Is Better?" *Forbes*, February 2, 2015, https://www.forbes.com/sites/insertcoin/2015/02/02/clash-of-clans-vs-game-of-war-which-is-better/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Paulina Restrepo-Echavarría, "From Dating to Marriage: Has Online Dating Made a Difference?," *St. Louis Fed On the Economy*, October 12, 2024, https://www.stlouisfed.org/on-the-economy/2024/sep/dating-marriage-has-online-dating-made-difference.

Penelope Wang, "Protect Yourself From Hidden Fees," *Consumer Reports*, May 29, 2019, https://www.consumerreports.org/money/fees-billing/protect-yourself-from-hidden-fees-a1096754265/.

Raluca Budiu, "iPhone X: The Rise of Gestures," *NN Group*, December 3, 2017, https://www.nngroup.com/articles/iphone-x/.

Rishi Iyengar, "Why WhatsApp wants to convince Americans to stop sending text messages, " *CNN Business*, March 21, 2022, https://www.cnn.com/2022/03/21/tech/whatsapp-us-advertising-encryption-sms/index.html.

Sam Costello, "Android Finally Meets iMessage: The Easy Setup You Need," *Lifewire*, October 21, 2024, https://www.lifewire.com/how-to-use-imessage-android-4174310.

Sarah Perez, "Beeper Mini is back in operation after Apple's attempt to shut it down," *TechCrunch*, December 11, 2023, https://techcrunch.com/2023/12/11/beeper-mini-is-back-in-operation-after-apples-attempt-to-shut-it-down/.

Sarah Perez, "Pokémon Go becomes the fastest game to ever hit $500 million in revenue," *TechCrunch*, September 8, 2016, https://techcrunch.com/2016/09/08/pokemon-go-becomes-the-fastest-game-to-ever-hit-500-million-in-revenue/.

Sareena Dayaram and Patrick Holland, "Yes, You Can Join Apple FaceTime Calls From an Android Phone or PC. Here's How," *CNET*, January 26, 2025, https://www.cnet.com/tech/mobile/yes-you-can-join-apple-facetime-calls-from-an-android-phone-or-pc-heres-how/.

Terrance Gaines, "Goodbye, Lightning Cable: How to Prepare for Your First USB-C iPhone," *PCMag*, September 18, 2023, https://www.pcmag.com/how-to/goodbye-lightning-cable-how-to-prepare-for-your-first-usb-c-iphone.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Tim Brookes, "Can I use an Apple Watch Without an iPhone?," *How to Geek*, July 18, 2022, https://www.howtogeek.com/802150/can-i-use-an-apple-watch-without-an-iphone.

Tim Higgins, "Why Apple's iMessage Is Winning: Teens Dread the Green Text Bubble," *Wall Street Journal*, January 8, 2022, https://www.wsj.com/articles/why-apples-imessage-is-winning-teens-dread-the-green-text-bubble-11641618009.

Tom Pritchard, "I'll never ditch my Android for an iPhone – unless Apple makes this change," *Tom's Guide*, May 29, 2023, https://www.tomsguide.com/opinion/ill-never-ditch-my-android-for-an-iphone-unless-apple-makes-this-change.

Tom Pritchard, "Your iMessage for Android dreams are over – Beeper Mini is officially giving up," *Tom's Guide*, December 22, 2023, https://www.tomsguide.com/news/your-imessage-for-android-dreams-are-over-beeper-mini-is-officially-giving-up.

Tripp Mickle, "Apple Tries to Regain Education Market Share with iPad Changes," *Wall Street Journal*, March 27, 2018, https://www.wsj.com/articles/apple-updates-ipad-with-stylus-support-1522167400.

Umar Shakir, "A History of Apple Making Us Buy New Cables," *The Verge,* September 12, 2024, https://www.theverge.com/2023/9/12/23859659/apple-cable-history-iphone-15-usb-c-lightning-mac-thunderbolt.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Appendix C: In-App Purchase Prices for the Top Twenty Apps

243.



**FIGURE 21: LISTED IN-APP PURCHASES FOR APPS RANKED 1-4 BY APP STORE REVENUE**



Sources and Notes:

Workpaper_Menus for Top 20 Apps, 'top_20_apps_by_revenue.csv.'

All lists were collected March 2, 2025. *See*



---

[461]   *See* Song 2025 Report, Section I.B.

[462]   *See* Workpaper_Menus for Top 20 Apps.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 22: LISTED IN-APP PURCHASES FOR APPS RANKED 5-10 BY APP STORE REVENUE**



Sources and Notes:

Workpaper_Menus for Top 20 Apps, 'top_20_apps_by_revenue.csv.'

All lists were collected March 2, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 23: LISTED IN-APP PURCHASES FOR APPS RANKED 11-16 BY APP STORE REVENUE**



Sources and Notes:

Workpaper_Menus for Top 20 Apps, 'top_20_apps_by_revenue.csv.'

All lists were collected March 2, 2025. *See*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 24: LISTED IN-APP PURCHASES FOR APPS RANKED 17-20 BY APP STORE REVENUE**



Sources and Notes:

Workpaper_Menus for Top 20 Apps, 'top_20_apps_by_revenue.csv.'

All lists were collected March 2, 2025. *See* .

244. Using the information compiled in the figures above, I identify apps with in-app purchases listing duplicative prices, inconsistent prices, and/or in-app currencies. Table 8 below presents the information for each of the top twenty apps. If the App Store lists an in-app purchase multiple times for an App, I denote "Duplicate Entries" with a "Yes." If any of the duplicate entries also display inconsistent pricing information, I denote "Inconsistent Prices" with a "Yes." If the listed in-app purchase options include an in-app currency, I denote "In-App Currency" with the name of that in-app currency.[463]

---

[463]  It is unclear whether BumbleCoins qualify as an in-app currency. While users can buy BumbleCoins for use in the app, they appear to have very limited uses. *See* Ashley Carman, "Bumble now lets users pay to bring their profile to the top of the match stack," *The Verge*, February 11, 2019,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

245. The list of in-app currencies I identified is as follows:

- Candy Crush Saga: Gold Bars.[464]

- Clash of Clans: Gems.[465]

- Roblox: Robux.[466]

- TikTok: Coins.[467]

- Pokémon GO: PokéCoins.[468]

- Candy Crush Soda Saga: Gold Bars.[469]

- Homescapes: Coins.[470]

- Game of War - Fire Age: Gold.[471]

- Gardenscapes: Coins.[472]

---

https://www.theverge.com/2019/2/11/18220073/bumble-spotlight-feature-coins-launch; and "Bumble Superswipe," *Bumble – The Beehive*, https://thebeehive.bumble.com/superswipe.

[464] *See* "King Games - Terms of Use," *King*, February 10, 2025, https://www.king.com/termsAndConditions ("Our Games may include virtual currencies such as gold bars and gems[.]").

[465] "Why Have My Gems/Resources Disappeared?" *Supercell Support*, https://support.supercell.com/clash-of-clans/en/articles/why-have-my-gems-resources-disappeared.html ("As a rule, in-app purchases are non-refundable, … A positive balance can be restored by collecting resources in-game or making additional currency orders."). *See also*, Matthew Geault, "Scammers Are Using 'Clash of Clans' to Launder Money From Stolen Credit Cards," *Vice Media*, July 20, 2018, https://www.vice.com/en/article/scammers-are-using-clash-of-clans-to-launder-money-from-stolen-credit-cards/ ("Kromtech Security…has discovered evidence of a large scheme where scammers use stolen credit cards to buy in-app currencies from mobile games *Clash of Clans*…then sell those currencies on the grey market for cash.").

[466] "Ways to get Robux," *Roblox Support*, https://en.help.roblox.com/hc/en-us/articles/203313200-Ways-to-Get-Robux ("Robux are the virtual currency of Roblox[.]").

[467] "Coins Policy," *TikTok*, June 2022, https://www.tiktok.com/legal/page/global/coin-policy-eea/en.

[468] "How can I purchase items and PokéCoins?" *Pokémon GO Help Center*, https://niantic.helpshift.com/hc/en/6-pokemon-go/faq/94-how-can-i-purchase-items-and-pokecoins/ ("Buying Items from the Shop[:] To buy these items, you must first purchase PokéCoins (the currency of Pokémon GO).").

[469] *See* "King Games - Terms of Use," *King*, February 10, 2025, https://www.king.com/termsAndConditions ("Our Games may include virtual currencies such as gold bars and gems[.]"). I also note that Candy Crush Soda Saga lists "Hard Currency XS," in addition to Gold Bars. *See* Figure 23.

[470] "In-game coins," *Homescapes Help Center*, July 4, 2022, accessed via *Internet Archive Wayback Machine*, captured July 4, 2022, https://web.archive.org/web/20220704080820/https://playrix.helpshift.com/hc/en/14-homescapes/faq/1070-in-game-coins/?p=web.

[471] *See* Paul Tassi, "Clash of Clans vs. Game of War -- Which Is Better?" *Forbes*, February 2, 2015, https://www.forbes.com/sites/insertcoin/2015/02/02/clash-of-clans-vs-game-of-war-which-is-better/ (showing that Game of War offers gold for purchase); *see also*, "Game of War: Fire Age - Store," *Machine Zone*, https://www.gameofwar-fireage.com/en-us/game-catalog ("Take advantage of exclusive web-only deals on Game of War Currency.").

[472] "In-game coins," *Gardenscapes Help Center*, https://playrix.helpshift.com/hc/en/5-gardenscapes/faq/73-in-game-coins/?l=en.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



Sources and Notes:

Workpaper_Menus for Top 20 Apps, 'top_20_apps_menus_characteristics.xlsx'; Figure 21 through Figure 24.

[1]-[2]: Based on App Store revenue, from July 10, 2008, to February 2, 2024. *See* Song 2025 Report, Section I.B and Section II.A.

[3]: ███████████████████████████████████████████████████████████████████████████. For Gardenscapes, I treat "Handful of Coins" and "A handful of coins" as duplicates.

[4]: Indicates whether there is at least one instance of duplicate listings displaying different prices from one another.

[5]: Name of the in-app currency from in-app purchase listings, if applicable.