# EXHIBIT 15

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071
Tel 213.229.7000
www.gibsondunn.com

Daniel G. Swanson
Direct: +1 213.229.7430
Fax: +1 213.229.6430
DSwanson@gibsondunn.com

February 27, 2023

CONFIDENTIAL

VIA EMAIL

Rachele R. Byrd
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101

Re:    *In re Apple iPhone Antitrust Litigation,* Case No. 4:11-cv-06714-YGR (N.D. Cal.)

Dear Counsel:

In connection with the agreement reached during the parties' January 26, 2023 meet and confer (and also confirmed by your February 24, 2023 letter), and subject to the Stipulated Amended Protective Order entered in *In re Apple iPhone Antitrust Litigation,* Case No. 4:11-cv-06714-YGR (N.D. Cal.), Defendant Apple Inc. ("Apple") produces to Plaintiffs as Confidential the following Apple ID mapping chart, which provides the ████ values in the transaction data associated with the Apple IDs previously provided by the Named Plaintiffs.[1]  Per the aforementioned agreement, Apple's experts plan to utilize the below-listed person_ids to identify transactions responsive to Apple's Second Set of Requests for Production.



| Last Name | Apple ID | | ██████ |
|-----------|----------|---|--------|
| Schwartz | ████████ | | ██████████ |
| Schwartz | ████████ | | NA |
| Hayter | ████████ | | ██████████ |
| Hayter | ████████ | | ██████████ |
| Hayter | ████████ | | NA |
| Hayter | ████████ | | NA |

---

[1] "NA" in the person_id column of the chart signifies Apple IDs for which Apple could not locate a person_id.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

**GIBSON DUNN**

February 27, 2023
Page 2



| | | NA |
|---|---|---|
| Hayter | █████████ | NA |
| Hayter | █████████ | NA |
| Lawrence | █████████ | ████████████ |
| Lawrence | █████████ | ████████████ |
| Lawrence | █████████ | NA |
| Lawrence | █████████ | NA |
| Lawrence | █████████ | NA |
| Pepper | █████████ | ████████████ |
| Pepper | ████ | NA |

This production is made without waiver of Apple's rights to seek discovery responsive to its Requests for Production.

Please let us know if you have any questions related to this letter.

Sincerely,

/s/ Daniel G. Swanson