# EXHIBIT 20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |

# REBUTTAL EXPERT REPORT AND DECLARATION OF LORIN M. HITT, PH.D.

**June 13, 2025**

**Table of Contents**

**1. QUALIFICATIONS ........ 10**

**2. ASSIGNMENT ........ 10**

**3. OVERVIEW OF PLAINTIFFS' EXPERTS' OPINIONS ........ 12**

**4. SUMMARY OF OPINIONS ........ 15**

***4.1. Professor Stiglitz's analysis of the relevant market (Section 5) ........ 15***

***4.2. Professor Stiglitz's analysis of whether Apple has monopoly power or market power in the relevant market (Section 6) ........ 18***

***4.3. Professor Stiglitz's analysis of whether the challenged conduct has had anticompetitive effects that have harmed consumers (Section 7) ........ 20***

***4.4. Dr. Abrantes-Metz's calculation of the alleged but-for commission rate (Section 8) .... 21***

***4.5. Professor McFadden and Dr. Song's estimation of but-for prices and calculation of damages (Section 9) ........ 26***

***4.6. Professor MacCormack's calculation of genre gross margin ranges (Section 10) ........ 28***

***4.7. Overall conclusions about damages (Section 11) ........ 29***

**5. PROFESSOR STIGLITZ'S ALLEGED MARKET FOR THE "SALE OF IOS APPS AND IN-APP CONTENT" IS BOTH TOO NARROW AND TOO BROAD AND IS BASED ON FLAWED ANALYSES ........ 31**

***5.1. Professor Stiglitz's market for the "sale of iOS apps and in-app content" is too narrow because it excludes multiple reasonable substitutes to app transactions on the App Store .. 36***

*5.1.1. Professor Stiglitz incorrectly excludes app transactions on non-mobile devices from the relevant market ........ 36*

*5.1.2. Professor Stiglitz incorrectly excludes app transactions on mobile devices other than iOS, such as Android phones and tablets, from his market ........ 46*

*5.1.3. Professor Stiglitz incorrectly excludes direct distribution of digital content ........ 57*

*5.1.4. Professor Stiglitz incorrectly excludes app transactions through web apps and progressive web apps from his market ........ 67*

***5.2. Professor Stiglitz's alleged market for the "sale of iOS apps and in-app content" is too broad because it combines transactions for different types of apps into a single market..... 72***

***5.3. Professor Stiglitz's non-standard SSNIP test relies on flawed inputs and circular reasoning ........ 75***

**6. PROFESSOR STIGLITZ'S FLAWED MONOPOLY POWER ANALYSIS IS PREMISED ON HIS INCORRECT MARKET DEFINITION AND OTHER FAULTY ANALYSES ........ 80**

***6.1. Professor Stiglitz's purported indirect evidence of Apple's monopoly power—its alleged 100 percent market share and its enactment of high entry barriers—is premised on his invalid market definition ........ 81***

***6.2. Professor Stiglitz's purported direct evidence of market power or monopoly power suffers from multiple flaws ........ 82***

*6.2.1. Professor Stiglitz conclusion that Apple's purported App Store margins reflect Apple's market power or monopoly power is without basis ........ 83*

*6.2.2. Professor Stiglitz wrongly concludes that Apple charges supracompetitive commission rates by relying on Dr. Abrantes-Metz's flawed but-for commission rate ........ 90*

*6.2.3. Professor Stiglitz misinterprets the App Store's two commission rates as evidence of market power or monopoly power ........ 91*

*6.2.4. Professor Stiglitz misinterprets Apple's contractual terms as evidence of market power and, without basis, claims they degrade the user experience ........ 94*

**7. PROFESSOR STIGLITZ HAS NOT DEMONSTRATED THAT APPLE'S CHALLENGED CONDUCT HAS RESULTED IN ANTICOMPETITIVE EFFECTS THAT HARMED CONSUMERS ........ 98**

***7.1. Professor Stiglitz's conclusion that consumers would have additional purchase channels for making app transactions in the but-for world ignores the various options that consumers currently have for making these transactions and is based on a flawed comparison to Windows PC app transaction platforms ........ 101***

*7.1.1. Professor Stiglitz ignores the many options for performing app transactions that consumers and developers have in the actual world ........ 102*

*7.1.2. Professor Stiglitz's assertion that the but-for world would be comparable to macOS and Windows PC app transaction platforms is a faulty comparison ........ 103*

*7.1.3. Professor Stiglitz's assertion that the passage of the DMA in the European Union led to substantially more choice for app transactions is unsupported and flawed ........ 104*

***7.2. Professor Stiglitz's conclusion that consumers would pay lower prices for iOS apps and in-app purchases in the but-for world is based on fundamentally flawed analyses performed by Dr. Abrantes-Metz and Dr. Song as well as non-representative and flawed anecdotes ........ 107***

*7.2.1. Professor Stiglitz's claim that consumers would pay less for iOS app transactions in the but-for world relies on flawed analyses performed by Dr. Abrantes-Metz and Dr. Song ........ 108*

*7.2.2. Professor Stiglitz's four examples of apps with higher prices on the App Store compared to their prices elsewhere are non-representative, contradicted by the prices of numerous other apps, and do not demonstrate that consumers paid higher prices ........ 108*

*7.2.3. The McFadden/Song model predicts that most consumers who made transactions in the first few years after the launch of the App Store benefitted from the challenged conduct, undermining Professor Stiglitz's claim of consumer harm ........ 110*

***7.3. Professor Stiglitz's conclusion that Apple's challenged conduct has resulted in reduced output is based on flawed analysis and inconsistent with my analysis of continuously increasing output on the App Store over time .................................................113***

*7.3.1. Professor Stiglitz does not independently analyze developers' app output but instead relies on the flawed analyses of Dr. Abrantes-Metz and Dr. Song......................................113*

*7.3.2. Professor Stiglitz bases his assertions on flawed and non-representative examples and ignores the available data on iOS app transactions and contradictory evidence ........114*

*7.3.3. Contrary to Professor Stiglitz's assertion, the available data show that output on the App Store has been consistently increasing over time .......................................................117*

***7.4. Professor Stiglitz's conclusion that Apple's challenged conduct has reduced the viability of cloud streaming apps and super apps is flawed and lacks support ....................118***

*7.4.1. Professor Stiglitz makes flawed claims about cloud streaming of games.................118*

*7.4.2. Professor Stiglitz makes flawed claims about super apps ....................................... 120*

***7.5. Professor Stiglitz's conclusion that Apple's price tiers have reduced developer competition and increased prices is without basis.............................................................. 120***

*7.5.1. Professor Berger's analyses show that Apple's price tiers do not systematically increase prices for iOS apps and in-app purchases and therefore do not have an anticompetitive effect ........................................................................................................ 121*

*7.5.2. The McFadden/Song model contradicts Professor Stiglitz's assertion that apps and in-app purchases priced at the minimum price tier in the real world would have lower prices in the but-for world ........................................................................................ 123*

**8. DR. ABRANTES-METZ'S BUT-FOR COMMISSION OPINIONS ARE UNRELIABLE, UNSUPPORTED, AND RUN COUNTER TO REAL-WORLD EVIDENCE ......................................................................................................... 124**

***8.1. Dr. Abrantes-Metz fails to apply well-established economic principles to her purported economic model of the but-for world ......................................................................... 127***

*8.1.1. Summary of Dr. Abrantes-Metz's approach to calculating a but-for commission rate ............................................................................................................................ 127*

*8.1.2. Dr. Abrantes-Metz's modeling of the but-for world is incomplete, and its predictions are inconsistent with economic principles and market facts ............................................ 130*

***8.2. Dr. Abrantes-Metz assumes a but-for iOS app transaction "market" structure that is contrary to market facts.......................................................................................... 133***

*8.2.1. Market facts establish that any iOS app transaction platforms, as well as direct downloads from app developers' websites, would be differentiated in the but-for world... 136*

*8.2.2. Market facts and economic theory establish that differentiated app transaction platforms would charge different commission rates ......................................................... 145*

*8.2.3. Market facts establish that any but-for market structure would evolve as firms entered and exited .......................................................................................................... 152*

*8.2.4. Dr. Abrantes-Metz's simplifying assumptions are not conservative......................... 157*

***8.3. Dr. Abrantes-Metz's use of biased, unreliable, and inconsistent inputs in her accounting formula drives her but-for commission rate result ... 165***

*8.3.1. Dr. Abrantes-Metz has no basis to rely on the Microsoft Store's profit margin as representing a but-for profit margin ... 167*

*8.3.2. Dr. Abrantes-Metz relies on the App Store costs as cost inputs for the rival firm despite these costs being inconsistent with her other inputs ... 180*

*8.3.3. The rival platform's market share assumed by Dr. Abrantes-Metz is unreliable and inconsistent with her other inputs ... 184*

*8.3.4. Using alternative market sizes in Dr. Abrantes-Metz's accounting formula for calculating the but-for commission rate shows its unreliability ... 187*

*8.3.5. Dr. Abrantes-Metz's dismissal of post-2019 data is inappropriate, and her calculation of a but-for commission rate using 2022 data suffers from the same flaws as her calculation using 2019 data ... 191*

***8.4. Dr. Abrantes-Metz's claimed but-for commission rate is contrary to market facts, including commission rates charged by platforms in Dr. Abrantes-Metz's benchmark ... 193***

*8.4.1. Market facts contradict Dr. Abrantes-Metz's claim that the App Store's real world commission rate of 30 percent was supracompetitive at the App Store's launch in 2008... 194*

*8.4.2. Market facts establish that the App Store's real world commission rates remain competitive, contradicting Dr. Abrantes-Metz's claim that the App Store's commission rates were supracompetitive throughout the class period ... 196*

***8.5. Dr. Abrantes-Metz misinterprets market facts in her commission rate benchmark analysis, and properly interpreted market facts do not support her assumed common lower but-for commission rate ... 197***

*8.5.1. Dr. Abrantes-Metz's "benchmark analysis of Windows PC games apps" is flawed. 198*

*8.5.2. Dr. Abrantes-Metz incorrectly ignores other app transaction platforms as potential benchmarks ... 208*

***8.6. Dr. Abrantes-Metz ignores how Apple would monetize its proprietary tools and technology in the but-for world ... 215***

**9. PROFESSOR MCFADDEN AND DR. SONG'S MODEL CANNOT, AND DOES NOT, ACCURATELY ESTIMATE INDIVIDUAL OR CLASSWIDE DAMAGES BECAUSE IT IS BASED ON UNRELIABLE INPUTS AND ASSUMPTIONS AND IT MAKES INCORRECT PREDICTIONS ... 217**

***9.1. The McFadden/Song model predicts but-for prices that contradict real-world evidence ... 222***

***9.2. The McFadden/Song model erroneously predicts consumer prices in the but-for world because it imposes incorrect assumptions that drive the model's predictions ... 241***

*9.2.1. The McFadden/Song model assumes a simplistic relationship between overcharge and app-level prices, which leads Dr. Song to erroneously predict consumer price changes in the but-for world ... 241*

*9.2.2. The McFadden/Song model uses an app-level composite measure of prices that does not reflect the realities of consumer or developer behavior and leads the model to incorrectly estimate damages ........ 244*

***9.3. The McFadden/Song model imposes a formulaic and unrealistic relationship between price and margin ........ 252***

***9.4. The McFadden/Song model fails to account for several economic realities that imply that consumer prices are unlikely to decline in response to a commission rate reduction. 254***

*9.4.1. The McFadden/Song model does not properly account for app developers with zero marginal costs and therefore fails to predict that many app developers would not reduce prices in response to lower commission rates ........ 255*

*9.4.2. The McFadden/Song model fails to account for Apple's price tiers and voluntary focal point pricing and therefore fails to predict that many app developers would not reduce prices in response to lower commission rates ........ 259*

*9.4.3. The McFadden/Song model does not consider that app developers will likely not reduce prices in response to lower commission rates if they compete with digital content providers that do not pay commissions ........ 263*

*9.4.4. The McFadden/Song model fails to consider that app developers that transact with consumers across multiple platforms and prefer uniform pricing across channels will likely not reduces prices in response to lower App Store commission rates ........ 267*

*9.4.5. The McFadden/Song model cannot identify app developers that monetize using both in-app advertising and in-app purchases and therefore may increase prices when commission rates fall ........ 268*

***9.5. The McFadden/Song model fails to correctly predict app developers' margins and marginal costs ........ 274***

*9.5.1. The margins estimated by the McFadden/Song model are contradicted by the margins calculated based on cost information produced in this matter and considered by Professor MacCormack ........ 274*

*9.5.2. The marginal costs estimated by the McFadden/Song model are unrealistically high given that most developers have zero or minimal marginal costs ........ 278*

**10. PROFESSOR MCFADDEN AND DR. SONG CONSTRAIN THEIR MODEL'S RESULTS BASED ON PROFESSOR MACCORMACK'S ARBITRARY AND UNRELIABLE ESTIMATES OF DEVELOPERS' MARGINAL COSTS ........ 283**

***10.1. Professor McFadden and Dr. Song's margin constraints are based on estimates of margins from a selected and limited set of developers analyzed by Professor MacCormack ........ 288***

*10.1.1. Professor MacCormack reviews the costs for only a few, non-representative developers per genre ........ 289*

*10.1.2. Professor MacCormack assigns apps to genres, and groups together those genres, in ways that are arbitrary, combine dissimilar apps, and lead him to apply margin estimates to apps based on data from developers that do not represent all apps within the group ........ 298*

***10.2. Professor MacCormack calculates developer margins based on a subjective and unreliable approach that incorrectly classifies many costs as variable costs ...................... 302***

*10.2.1. Professor MacCormack conducts his marginal cost calculations based on users rather than paid transactions, which is the relevant cost measure for the McFadden/Song model ........ 303*

*10.2.2. Professor MacCormack assumes without basis that all the costs he includes in his calculations are variable costs rather than fixed costs ........ 309*

*10.2.3. Professor MacCormack inappropriately includes ad valorem costs when calculating his margin ranges ........ 312*

*10.2.4. Professor MacCormack uses an inconsistent approach to calculating margins .... 315*

*10.2.5. Professor MacCormack ultimately substitutes his subjective judgement to determine average margins for different types of apps in place of his already flawed calculations of variable cost shares based on the produced developer data ...................... 324*

**11. PLAINTIFFS' EXPERTS OFFER NO RELIABLE EVIDENCE OF DAMAGES OR HARM TO ALL OR NEARLY ALL CLASS MEMBERS .................................................. 329**

app as the primary method of distribution.[255] However, he does no analysis of how widely the web apps are used. In fact, both of these developers continue to offer web apps, which are widely used today.[256] Professor Stiglitz also claims that on Android devices, gamers prefer native apps to web apps.[257] He does not, however, show that this finding also applies to iOS games, nor does he show whether the finding applies to app categories beyond games.

### *5.2. Professor Stiglitz's alleged market for the "sale of iOS apps and in-app content" is too broad because it combines transactions for different types of apps into a single market*

127. Professor Stiglitz's market for the sale of iOS apps and in-app content is also contrary to evidence because it combines transactions for different types of apps into a single market. Professor Stiglitz did not analyze the possibility of multiple transaction markets based on the type of app nor explain why all apps should be considered part of a single market. Professor Stiglitz claims with little support or elaboration that the App Store is a "one-stop shop."[258] However, one-stop shops can compete with specialty shops, meaning that even if the App Store is a one-stop shop (which I do not opine on),[259] the relevant market need not be limited to one-stop shops.[260] Moreover, one-stop shops can participate in multiple relevant markets, meaning that even if the App Store is a one-stop shop, it does not necessarily imply there is a single relevant market.[261]

---

[255] Stiglitz Report, ¶ 210 ("Prominent web apps that were later replaced by native apps as the primary form of distribution on iOS include the aforementioned example of Facebook, as well as the Financial Times.").

[256] Semrush estimates that Facebook.com had 9.14 billion and 2.11 billion visits worldwide and in the U.S., respectively, in April 2025, with about 53 percent of US visitors coming from mobile devices. Semrush, "Facebook.com April 2025 Traffic Stats," available at https://www.semrush.com/website/facebook.com/overview/, accessed on June 6, 2025. Semrush also estimates that ft.com had 23.24 million and 5.21 million visits worldwide and in the U.S., respectively, in April 2025, with about 38 percent of US visits coming from mobile devices. Semrush, "ft.com April 2025 Traffic Stats," available at https://www.semrush.com/website/ft.com/overview/, accessed on June 6, 2025.

[257] Stiglitz Report, ¶ 211 ("Android gaming apps suggests that 99 percent of users opt for native apps over web apps when both options are available.").

[258] Stiglitz Report, ¶ 154.

[259] I understand that Professor Jin evaluates Professor Stiglitz's one-stop shop claim. Jin Rebuttal Report, Section 3.5.

[260] U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, available at https://www.ftc.gov/system/files/ftc_gov/pdf/2023_merger_guidelines_final_12.18.2023.pdf, accessed on June 9, 2025 ("2023 Merger Guidelines"), p. 47 ("For example, a relevant market may consist of only one-stop shops, even if there is significant competition from specialty shops; or it may include both one-stop shops and specialty shops.").

[261] 2023 Merger Guidelines, p. 47 ("When a product category is sold by both one-stop shops and specialty suppliers … the Agencies may define relevant antitrust markets for the product category sold by a particular type of supplier, or it may include multiple types of suppliers.").

128. Moreover, as I explained in my Opening Report, empirical evidence indicates the existence of multiple relevant markets for app transactions:[262]

a. Developers on the App Store vary across app genres with respect to how they choose to monetize through in-app purchases, in-app subscriptions, or both.[263] For example, game developers receive most of their revenue (80 percent) from game apps, while developers of other app types receive revenues from a more diversified set of apps.[264] The tendency for developers of certain app genres to engage in one monetization strategy over another highlights the different competitive constraints Apple faces depending on the dominant form of monetization used for apps in a particular genre.[265]

b. Similarly, consumers also vary in whether they make paid transactions in certain app genres, which also leads to variation in the demand conditions across app genres. For example, 30.4 percent of consumer accounts concentrate their App Store spending on game apps, 7.8 percent of consumers concentrate their App Store spending on Entertainment apps, and 6.6 percent of consumers concentrate their App Store spending on Social Networking apps.[266]

c. Heterogeneity in the average effective commission rates across app genres reflects the alternatives to the App Store that developers of different types of apps have for performing transactions, the different competitive conditions that Apple faces for performing transactions based on the type of app, and Apple's decision to charge different commission rates for app transactions based on certain characteristics of those transactions.[267]

129. These findings demonstrate that, in contrast to Professor Stiglitz's broad definition of the alleged market, the App Store faces different competitive conditions, and serves distinct developers and consumers, depending on the type of app transaction. The McFadden/Song model also finds that different app genres have different competitive conditions, which is consistent with there being multiple relevant markets and which Professor Stiglitz ignores. For example, the

---

[262] Hitt Opening Report, Section 6. While my analysis in Section 6.1 of my Opening Report analyzed apps by App Store genre, I do not assume that app genres on the App Store necessarily correspond to relevant app transaction markets. Nevertheless, the observed differences across app genres help illustrate the different conditions the App Store faces for offering transactions for different types of apps.

[263] Hitt Opening Report, Section 6.1.2.

[264] Hitt Opening Report, Section 6.1.4; Exhibit 17.

[265] Hitt Opening Report, Section 6.1.2.

[266] Hitt Opening Report, Section 6.1.5; Exhibit 21. In this exhibit, I consider consumer spending concentrated if the consumer conducts over 90 percent of their spending in that genre.

[267] Hitt Opening Report, Section 6.1.3.

McFadden/Song model finds that demand for app downloads in the Stickers genre is the most sensitive to app prices (with an elasticity of -0.91) and demand for app downloads in the Weather genre is the least sensitive to app download prices (with an elasticity of -0.29).[268] The differences in the McFadden/Song model elasticities across app genres are typically statistically significant.[269] The same is true for in-app purchase demand across app genres.[270] As the U.S. competition authorities recognize, when competitive conditions—such as demand elasticities—vary substantially across at-issue products, that can point to multiple relevant markets rather than a single relevant market encompassing all of the at-issue products.[271]

130. While I did not attempt to fully delineate all of the relevant markets in this matter, I defined two distinct relevant markets in my Opening Report that cover roughly two-thirds of all App Store spending. First, there is a distinct relevant market for digital game app transactions in which the App Store competes with other digital game transaction platforms such as Google Play, Steam, the Microsoft Store for PC, the Epic Games Store, the PlayStation Store, the Nintendo eShop, the Microsoft Store for Xbox, as well as with developer self-distribution of digital in-game content on their own websites. I presented various analyses and evidence supporting this market definition:

a. I presented empirical evidence that game developers use these different game transaction platforms, in addition to direct distribution (e.g., a developer's website) to transact with consumers.[272] Game developers thus have multiple options to transact with iOS consumers outside of the App Store. For example, they can transact with iOS consumers through other non-iOS devices that consumers own, and they can use virtual currencies and user accounts that are common across platforms to allow consumers to access the content purchased outside of the App Store within their iOS app.[273]

b. Further, through my analysis of Fortnite user data following Epic's Hotfix and qualitative evidence from Apple and other game app transaction platforms, I found that consumers can

[268] Song Report, Figure 12.

[269] Song Report, Figure 12.

[270] Song Report, Figure 12.

[271] 2023 Merger Guidelines, p. 46 ("[W]hen the competitive conditions for multiple relevant markets are reasonably similar, it may be appropriate to aggregate the products in these markets into a 'cluster market' for analytic convenience, even though not all products in the cluster are substitutes for each other.").

[272] Hitt Opening Report, Section 6.2.1.

[273] Hitt Opening Report, Sections 6.2.1.4 and 6.2.2.1.

and do substitute across these different platforms when transacting for game apps and related digital content.[274]

131. As I also explained in my Opening Report, there is a distinct relevant market for video streaming app transactions, which faces different competitive conditions compared to game app transactions:

a. In this market, the App Store competes with other non-iOS app transaction platforms and direct distribution.[275] Consumers can access video streaming apps through the App Store as well as through platforms on Smart TVs, Android devices, PCs, and certain video games consoles (e.g., the PlayStation Store), in addition to accessing video streaming apps through the website of the video streaming service (e.g., netflix.com).[276]

b. Further, many video streaming services monetize their content through subscriptions, which can be purchased through multiple transaction platforms, including through non-iOS app transaction platforms, and then accessed through many devices owned by consumers, including both iOS and non-iOS devices.[277]

c. Moreover, my Opening Report presented empirical evidence that consumers and developers engage in transactions for video streaming apps through multiple transaction platforms, including non-iOS app transaction platforms, and substitute across these different platforms.[278]

132. Therefore, in contrast to Professor Stiglitz's broad alleged market combining all types of apps, there are distinct relevant markets for transactions of different types of apps, and these markets include both iOS and non-iOS app transaction platforms and distribution methods.

### *5.3. Professor Stiglitz's non-standard SSNIP test relies on flawed inputs and circular reasoning*

133. Professor Stiglitz purports to reach his conclusion that "the sale of iOS apps and in-app content thereby constitutes a relevant antitrust product market" by performing a "SSNIP test."[279]

---

[274] Hitt Opening Report, Sections 6.2.2 and 6.2.3.

[275] Hitt Opening Report, Section 6.3.1.

[276] Hitt Opening Report, Section 6.3.2, Exhibit 28.

[277] Hitt Opening Report, Section 6.3.3, Exhibits 29–31.

[278] Hitt Opening Report, Section 6.3.4.

[279] Stiglitz Report, ¶ 158.

such as the Epic Games Store and the Microsoft Store for PC.[633] However, while these two platforms have charged the same 12 percent commission rate for game apps since August 2021, when Microsoft decided to reduce its commission rates from 30 to 12 percent, they were offering different commission rates before this date. This includes in 2019, the year that Dr. Abrantes-Metz uses as a benchmark for the inputs to her accounting formula and her benchmarking exercise. In sum, the isolated examples cited by Dr. Abrantes-Metz do not take away from the overarching empirical point that there is variation (as expected) in commission rates across differentiated PC game app transaction platforms.

297. Dr. Abrantes-Metz also claims that the variation in commission rates charged by Windows PC game app transaction platforms do not necessarily apply to iOS app transaction platforms in the but-for world.[634] She bases this on Steam's alleged "incumbent advantage" in the real world.[635] In Section 8.2.3 below, I explain that Dr. Abrantes-Metz has not provided an adequate basis to dismiss this comparison based on Steam's purported earlier entry. Furthermore, it is inconsistent for Dr. Abrantes-Metz to claim that Windows PC game app transaction platforms are a relevant competitive benchmark in some instances but not others.[636]

298. Many other real-world examples of differentiated good markets further illustrate the prevalence of price dispersion within markets. For example, in my own research, I have found that plane tickets recommended by online travel agents vary in quality and that the prices of recommended products can differ by up to 28 percent for the same ticket requests across agents.[637] Other economists find that in the semiconductor industry, products differ along multiple technical dimensions and their prices can vary by 79 percent across orders.[638] In auto

[633] Abrantes-Metz Report, ¶ 71 ("For example, the Microsoft Store and Steam offer different catalogs of games and services. Yet, prior to Epic's entry, they charged the same commission rate on games… Similarly, in August 2021, the Microsoft Store matched the Epic Games Store's commission rate despite multiple differences between the two stores."). Dr. Abrantes-Metz also acknowledges differentiation across app transaction platforms within her competitive benchmark, Windows PC game transaction platforms. As discussed in Section 8.2.1, this directly conflicts with her assumptions about the but-for world, where she assumes homogeneous app transaction platforms.

[634] Abrantes-Metz Report, ¶ 71 ("[T]his comparison fails to account for key differences between the As-Is digital Windows PC game apps marketplace and the But-For World, such as Steam's incumbent advantage.").

[635] Abrantes-Metz Report, ¶ 71.

[636] Abrantes-Metz Report, ¶ 20 ("To support the conclusions of my economic model, I conduct a benchmark analysis using empirical data from a functionally similar, yet relatively more competitive market – the sale of Windows PC game apps and in-app content.").

[637] Eric K. Clemons, et al., "Price Dispersion and Differentiation in Online Travel: An Empirical Investigation," *Management Science*, 48(4), 2002, pp. 534–549 at p. 535 ("OTAs [Online travel agents] systematically provide ticket recommendations with different prices and qualities and with average prices varying as much as 28% across OTAs for the same ticket requests.").

[638] The coefficient of variation, 79 percent, is obtained by dividing the standard deviation of the price ($949.28) by the mean price ($1,204.22). The table also shows variation across the layers, wafer size, and line width of semiconductors sold. See David M. Byrne, et al., "Quality-Adjusted Price Measurement: A New Approach with Evidence from Semiconductors," *Review of Economics and Statistics*, 99(2), 2017, pp. 330–342, Table 2.

markets, vehicles vary along many dimensions, including brand, size, fuel economy, and horsepower.[639] Correspondingly, prices vary for cars (52 percent), SUVs (37 percent), trucks (35 percent), and vans (48 percent).[640] Similarly, grocery categories such as cookies, cereal, and soft drinks also exhibit variation in prices between 8 percent and 20 percent across stores and between 17 percent and 95 percent across brands.[641]

299. Moreover, Dr. Abrantes-Metz assumes that the two rival iOS app transaction platforms would charge a single commission rate across all their transactions.[642] However, this assumption is once again contradicted by market facts. In particular, both the App Store and the Microsoft Store for PC charge different commission rates, depending on the type of products or the developer associated with a transaction.[643] Similarly, Steam charges different commission rates across developers,[644] as many other app transaction platforms do, as shown in Exhibit 3. While Dr. Abrantes-Metz claims that this assumption is conservative,[645] I explain in Section 8.2.4.3 that this claim is incorrect.

300. In conclusion, the assumption that the two rival iOS app transaction platforms would charge an identical commission rate in the but-for world is contradicted by economic theory and market realities. The economic literature explains that the existence of differentiation across competitors is likely to lead to different prices, and the evidence from app transaction platforms in the real world shows that they are differentiated and charge different commission rates. In light of this evidence, Dr. Abrantes-Metz's assumption of identical commission rates is unsupported and contrary to market facts. Therefore, her conclusion of a 13.63 percent commission rate charged by the App Store and its rival in the but-for world, which hinges of this assumption, is unreliable.

---

[639] Paul L. E. Grieco, et al., "The Evolution of Market Power in the US Auto Industry," *Quarterly Journal of Economics*, 139(2), 2024, pp. 1201–1253 ("Grieco, et al. (2024)"), Table 1.

[640] I calculated the coefficient of variation for each automobile category as describe in footnote 638. See Grieco, et al. (2024), Table 1.

[641] Ying Zhao, "Price Dispersion in the Grocery Market," *The Journal of Business*, 79(3), 2006, pp. 1175–1192 at p. 1180 ("Price dispersion across stores is the lowest for dryer softener and sugar, at 8% of the mean product price, and highest in soft drinks and bacon, at 20%... Price dispersion across UPCs due to brand differentiation is the lowest for yogurt, at 17% of the mean product price, and the highest for cat food, at 95%.").

[642] Abrantes-Metz Report, ¶ 72 ("Another assumption of my model is that, in the But-For World, both Apple and the rival store would charge a single commission rate for all app sales and in-app purchases.").

[643] Hitt Opening Report, Exhibits 9–10.

[644] Steam, "New Revenue Share Tiers and other updates to the Steam Distribution Agreement," November 30, 2018, available at https://steamcommunity.com/groups/steamworks#announcements/detail/1697191267930157838, accessed on June 6, 2025 ("Starting from October 1, 2018...when a game makes over $10 million on Steam, the revenue share for that application will adjust to 75%/25% on earnings beyond $10M. At $50 million, the revenue share will adjust to 80%/20% on earnings beyond $50M.").

[645] Abrantes-Metz Report, ¶ 23 ("The two app stores are assumed to be homogeneous, meaning they are equal from the consumers' perspective in all relevant aspects, with each charging a single commission rate to all game developers… As I explain in Section III, these assumptions are reasonable and generally conservative.").

Instead, in the presence of other iOS app transaction platforms in the but-for world, the App Store would likely charge a higher commission rate than its competitors due to its higher quality and reputation.

*8.2.3. Market facts establish that any but-for market structure would evolve as firms entered and exited*

301. Dr. Abrantes-Metz assumes that in the but-for world two homogeneous app transaction platforms (the App Store and a rival) would enter simultaneously at the time of the actual App Store launch in 2008.[646] She further assumes that both platforms would immediately charge the same single commission rate from launch and maintain the same commission rate through the present.[647] I address the assumption of simultaneous entry in this section. I discussed the assumption of a single commission rate in Section 8.2.2.

302. First, Dr. Abrantes-Metz's simultaneous entry assumption is inconsistent with her claimed comparable benchmark, the Windows PC game app marketplace. Dr. Abrantes-Metz herself states that "the digital Windows PC game app marketplace has not been characterized by simultaneous entry; instead, it has featured a progression of entrants seeking to enter a market dominated by an incumbent with a clear first-mover advantage."[648] In particular, Dr. Abrantes-Metz states that when Steam entered it had a "significant cost advantage" relative to physical distribution, and "[t]his cost advantage, combined with Valve's own popular game catalogue, attracted developers and consumers to Steam, securing its dominance in digital PC game distribution – a dominance that remained largely unchallenged until recently."[649] Because of Steam's alleged incumbency, Dr. Abrantes-Metz claims that the Windows PC game app marketplace is not relevant for making assumptions about the entry of competitors.[650]

[646] Abrantes-Metz Report, ¶ 23 ("The two app stores are assumed to be homogeneous, meaning they are equal from the consumers' perspective in all relevant aspects… Finally, I assume that the two stores entered the market around the same time, with neither having a first mover advantage.").

[647] Abrantes-Metz Report, Section II and ¶¶ 76 ("My economic model estimates an equilibrium But-For commission rate that would have prevailed throughout the entire class period."), 89 ("I modeled a scenario where a competing app store starts on equal footing with the Apple App Store and competes with it throughout the entire class period.").

[648] Abrantes-Metz Report, ¶ 68.

[649] Abrantes-Metz Report, ¶ 188.

[650] Abrantes-Metz Report, ¶ 68 ("[The Windows PC game app marketplace] has featured a progression of entrants seeking to enter a market dominated by an incumbent with a clear first-mover advantage. While it is not surprising that digital Windows PC game app stores in the As-Is World attempt to differentiate themselves, this observation is not relevant to assessing the level of differentiation that would plausibly exist in a But-For World where competing app stores launch simultaneously.").

indicated in Section 9.4.5, there is no evidence that the specific apps that the McFadden/Song model estimates as having negative costs all use in-app advertising. Moreover, the empirical evidence in that section shows that products with lower prices (and therefore lower marginal costs) did not increase their prices in response to lower commission rates more than products with higher prices. As such, Professor McFadden and Dr. Song's justifications for the estimated negative marginal costs are not supported.

## 10. PROFESSOR MCFADDEN AND DR. SONG CONSTRAIN THEIR MODEL'S RESULTS BASED ON PROFESSOR MACCORMACK'S ARBITRARY AND UNRELIABLE ESTIMATES OF DEVELOPERS' MARGINAL COSTS

559. As Professor Watson explains in more detail, Dr. Song estimates the McFadden/Song model separately for 16 different groups of apps corresponding to either individual App Store genres or groups of genres.[1124] For each group, Dr. Song imposes "margin constraints" that force the estimated average developer profit margin for each group in the model to lie within a specified range.[1125] Dr. Song obtains these genre groupings as well as the margin ranges for each grouping (i.e., his margin constraints) based on work performed by another Plaintiff expert, Professor MacCormack.[1126]

560. In particular, Professor MacCormack purports to measure "per-user revenues and costs [to capture] all the expenses associated with offering products to users and facilitating user engagement," including costs that "might be missed by an analysis focusing only on digital goods."[1127] Professor MacCormack and Dr. Song take the following steps to determine the margin ranges:

a. First, Professor MacCormack combines the 27 App Store genres into 16 groups, four of which he groups into an Others category, based on "similarities in terms of primary use cases, technical designs and functionalities provided."[1128]

b. Second, Professor MacCormack reviews and collects data on four categories of purported variable costs—royalties, user acquisition and retention ("UAR"), infrastructure, and

[1124] Watson Rebuttal Report, Section IV.

[1125] Song Report, ¶ 150.

[1126] Song Report ¶¶ 51–52.

[1127] MacCormack Report, ¶ 8.

[1128] MacCormack Report, ¶ 112 ("The top 10 applications for many genres display marked similarities in terms of primary use cases, technical designs and functionalities provided. On that basis, I combine the 27 genres into 16 groups, assigning a label to some for easy reference. I further combine 4 of these groups into the "Others" category due to data limitations.") (Emphasis removed).

maintenance and support[1129]—based on produced data from 71 developer submissions across 68 unique developers, out of 114 total developer submissions provided to him.[1130] For eight of the 71 developer submissions, Professor MacCormack also relies upon 10-K filings or annual reports "to supplement or replace portions of developers' subpoena responses."[1131]

c. Third, Professor MacCormack calculates royalty costs as a share of revenue, UAR costs as a share of revenue, infrastructure costs as a share of revenue, and maintenance and support costs as a share of revenue for each developer with available data.[1132]

d. Fourth, Professor MacCormack purports to determine separately for each genre group (1) a royalty cost range in which the average royalty costs as a share of revenues would lie for apps in the genre group and (2) a UAR cost range in which the average UAR costs as a share of revenues would lie for apps in the genre group.[1133] These ranges are based on the produced data from developers and supplemented by 10-K filings or annual reports, "additional publicly available sources," and Professor MacCormack's "professional judgement."[1134] As I

---

[1129] MacCormack Report, ¶ 10 ("To calculate GGM values, I analyze and estimate averages for four of the variable costs noted above: royalties, UAR, infrastructure, maintenance & support.").

[1130] MacCormack Report, Table 10. Professor MacCormack refers to the data from these 71 developer submissions, produced by 68 unique developers, as the "Developer Cost Data." He treats each of the developer submissions as a distinct unit of analysis, even if multiple come from the same developer. See MacCormack Report, ¶¶ 11 ("To perform my analysis, I was provided with 71 records of usable financial information from 68 unique developers, which I refer to as Developer Cost Data."), 99 ("I treat each of the 114 developer submissions as a distinct unit of analysis. Out of the 114 submissions, 43 were excluded from the analysis due to incomplete or otherwise unusable information. I therefore consider the remaining 71 submissions in my analysis, and I refer to the resulting dataset as 'Developer Cost Data' throughout the report.").

[1131] Professor MacCormack refers to this supplemented data as his "Augmented Developer Cost Data." MacCormack Report, ¶ 101 ("I use data from the fourth category – publicly available financial information – in two separate scenarios. In the first scenario, I use developer's 10-K Form filings or annual reports to supplement or replace portions of developers' subpoena responses. I do so for eight out [of] 71 developers to either (1) source data omitted from production that is required in my estimation of cost shares (e.g., developer revenue) or (2) provide authoritative data where the interpretation of a developer's production may be unclear. In subsequent sections, I make note where such supplementation has occurred and refer to the combination of the Developer Cost Data and this supplementary data as 'Augmented Developer Cost Data.'").

[1132] MacCormack Report, ¶ 100 ("Primarily using the information in the Developer Cost Data, I calculate genre-level cost shares for each of the variable cost categories – royalties (where applicable), user acquisition and retention (UAR) costs, infrastructure costs, and maintenance & support costs.").

[1133] MacCormack Report, ¶ 14 ("I … find that two of the four variable costs defined above, namely royalties and UAR costs, are substantially higher in magnitude and exhibit much greater heterogeneity by genre, as compared to infrastructure and maintenance & support costs… I calculate different ranges for these costs by genre group.").

[1134] MacCormack Report, ¶¶ 137 ("While the Augmented Developer Cost Data is indicative of general variances across genres, its limitations are such that it is insufficient to establish a range for every genre. Therefore, where possible, I used additional publicly available sources to inform my calculations. Specifically, I relied on a combination of Augmented Developer Data and other publicly available information to estimate distinct royalty cost share ranges for Games, Music + Entertainment, Imaging, Reading, Education, and Sports genres. For the remaining genres, I employed the Augmented Developer Data and my professional judgement due to the scarcity of publicly available information or challenges in tracking down relevant data."), 156 ("In addition to using the Augmented Developer Cost Data, I rely on two other

discuss more below, variations in Professor MacCormack's margin estimates across genre groups are attributable to the variation in his estimated ranges for royalty costs and UAR costs.

e. Fifth, Professor MacCormack combines the produced developer data across all genres to determine "a genre-agnostic" infrastructure cost range in which the average infrastructure costs as a share of revenues across all apps on the App Store would lie.[1135]

f. Sixth, Professor MacCormack uses "publicly available information" to estimate a "genre-agnostic" maintenance and support cost range in which the average maintenance and support costs as a share of revenue across all apps on the App Store would lie.[1136] Specifically, while Professor MacCormack's estimates of infrastructure costs and maintenance and support costs increase his estimates of total variable costs for all developers in a genre, these "genre-agnostic" costs do not contribute to variation across genre groups.

g. Seventh, for each genre, Professor MacCormack adds together the genre group-specific royalty cost and UAR cost ranges, adjusted to account for the purported negative correlation between the two, and the genre-agnostic infrastructure cost and maintenance and support cost ranges for each group to determine an overall cost range for these purported variable cost categories for each group.[1137] For each genre group, he then subtracts the total cost range, as

additional publicly available sources of data to inform my estimates, and, on occasion, sense check my estimates. Specifically, I use: (1) targeted LTV (Lifetime Value)/CAC (Customer Acquisition Cost) ratios, and (2) Sales & Marketing expenses of large publicly traded software companies to estimate the UAR cost shares of a few genres.").

[1135] MacCormack Report, ¶¶ 171–172 ("The homogeneity across genres is unsurprising – with the exception of the design choice between client-centric and server-centric architecture, few other factors impact infrastructure costs… Given the observed symmetry, I choose to estimate a single genre-agnostic infrastructure cost range.").

[1136] MacCormack Report, ¶ 179 ("I expect there to be little variability in maintenance & support costs across genres and therefore estimate a single, genre-agnostic maintenance & support cost share using publicly available information.").

[1137] MacCormack Report, ¶ 185 ("The final numbers are calculated by combining the four types of variable cost share ranges discussed earlier this section – the individually estimated royalties and UAR range for each genre and single, genre-agnostic ranges for infrastructure and maintenance & support – and subtracting the total from 100%. In general, I combine the cost shares by simply summing the lower and the upper ends of the ranges, which is a conservative approach."). Professor MacCormack makes an exception to this approach for royalties and UAR costs. See MacCormack Report, ¶ 188 ("To account for the inverse relationship between royalties and UAR costs, I assume a partial negative correlation between them and adjust the summation of the two costs as follows. Instead of simply summing the upper and lower ends of the two cost ranges, I assume that a developer with high royalties will incur no more than the midpoint of the range of UAR costs (and vice-versa). In other words, I add the upper and lower ends of the cost with the wider range to the midpoint of the cost with the narrower range.") (Emphasis removed).

a percentage of revenue, from 100 percent to determine what he calls a "Genre Gross Margin" ("GGM").[1138]

h. Finally, Dr. Song attempts to adjust the GGM for each group to account for Professor MacCormack's inclusion of ancillary revenues (e.g., advertising revenues) generated from paid users and uses the modified GGMs as his margin constraints. Specifically, while Professor MacCormack does not exclude ancillary revenues from his analyses, Dr. Song categorizes ancillary revenues as negative costs to align with Professor McFadden's model and adjusts Professor MacCormack's GGM estimates "so that they are consistent with [his] gross margin formula."[1139]

561. As Professor Watson explains, these margin constraints drive the McFadden/Song model's damages estimates and mask inherent imprecision in the McFadden/Song model.[1140] Since these margin constraints are based on Professor MacCormack's calculations of the GGM for each grouping of genres as well as Professor MacCormack's decisions regarding how genres are grouped together, Professor MacCormack's analysis is a vital input into the calculation of damages. Although Professor MacCormack claims to present GGM ranges to "ensure a conservative approach" and stated that he believed the true margin to be in the middle of his estimated ranges,[1141] in practice the margin constraints are often binding and the exact values of the top and bottom of the margin range directly affect the estimated but-for prices. Hence, while it may appear that a range can accommodate data limitations or provide more flexibility, the binding nature of the margin constraints implies that any error in the estimation of GGM ranges directly translates into errors in the damages estimate.

[1138] MacCormack Report, ¶ 10 ("To evaluate the impact of developers' variable costs across App Store genres, I define a metric called the Genre Gross Margin (GGM), which quantifies the difference between revenues and variable costs for all developers within a genre (an App Store category that groups apps with similar functionalities) as a percentage of their revenue"), Section 6.1 ("Genre Gross Margin is defined as the percentage of revenue remaining after subtracting the total variable costs incurred to serve a single user, averaged across all developers within a genre[.]").

[1139] Song Report, ¶ 155 ("Prof. MacCormack's gross margin formula differs from my gross margin formula in that the ancillary revenue from paid users in included in the denominator of Prof. MacCormack's formula but not included in the denominator of my formula. To adjust the margin ranges in the MacCormack Initial Reports so that they are consistent with my gross margin formula, I multiply Prof. MacCormack's gross margin ranges by the following adjustment factor"). See also Song Report, footnote 237.

[1140] Watson Rebuttal Report, Section IV.

[1141] MacCormack Report, ¶ 17 ("To ensure a conservative approach, I produce ranges, rather than point estimates, to account for the natural heterogeneity in the developer data received and of the business models and technical designs observed even between apps within the same genre."). See also MacCormack Deposition, p. 174:17–24 ("Q. In your opinion, is the true value likely to be in the middle of your range? A. In constructing these ranges, I believe it's more likely that they are in the middle of the ranges than the end. But they all represent, obviously because they're in the range, possible -- possible places.").

562. As I now discuss, Professor MacCormack's calculations are based on many subjective decisions that are not based in rigorous, scientific, and replicable analysis. Specifically, Professor MacCormack employs various subjective and arbitrary assumptions and adjustments in calculating his GGM ranges that are unsupported and render his analyses unreliable. Exhibit 28 lists the various subjective adjustments, inappropriate assumptions, or other errors in Professor MacCormack's analyses to calculate his GGM estimates.

***Exhibit 28***
***Professor MacCormack makes various subjective adjustments, inappropriate assumptions, and other errors***

| Flaw in Analysis | Reference to MacCormack Report or Deposition |
|---|---|
| Calculates variable costs for users rather than marginal costs for transactions | MacCormack Report, ¶ 8; MacCormack Deposition, pp. 147:4–149:3 |
| Uses ambiguous subpoena template for selected list of developers | MacCormack Report, ¶¶ 192–193; MacCormack Deposition, p. 159:3–13 |
| Assumes subpoena data received from selected set of developers is representative of all developers | MacCormack Deposition, pp. 227:24–228:12, 231:13–233:19 |
| Excludes data from 43 developer submissions | MacCormack Report, Table 10, ¶ 99, footnote 141 |
| Assumes costs are variable rather than fixed regardless of time horizon or purpose | MacCormack Report, ¶¶ 49–51; MacCormack Deposition, p. 128:6–15 |
| Applies flawed assumptions to attribute total cost shares to those for paid users | MacCormack Report, ¶¶ 349–353 |
| Uses public information, data for large companies (e.g., Microsoft and Oracle), and own judgement and industry expertise to supersede calculated cost shares | MacCormack Report, ¶ 144; See also, e.g., MacCormack Report, ¶¶ 160–161, 259, 303, footnote 209 |
| Assumes the same infrastructure costs and maintenance & support cost shares across genre groups | MacCormack Report, ¶ 130 |
| Inappropriately uses simple average of developer-level cost shares to obtain genre group-level cost shares (before applying additional ad hoc adjustments) | MacCormack Report, ¶¶ 94–95 |
| Assigns developers to genres and genre groups based on subjective evaluation of app functionality and features | MacCormack Report, Section 6.3.1, ¶¶ 102, 110–111; See also, e.g., MacCormack Report, footnote 206 |
| Assumes negative correlation between royalty and UAR costs based on industry experience | MacCormack Report, ¶¶ 186–188, 221, 345 |
| Assumes that a developer needs to be profitable enough "in the long run" to cover the commission rate | MacCormack Report, ¶¶ 103–104 |
| Assumes that variable cost shares faced by developers are similar across platforms | MacCormack Report, ¶ 347 |
| Measures costs inconsistently across developers | See, e.g., MacCormack Report Backup, "Sports" workpaper, p. 2; MacCormack Report Backup, "Games" workpaper, pp. 8–9; MacCormack Report, ¶ 99 |

Source: MacCormack Report; MacCormack Deposition; MacCormack Report Backup, "Sports" workpaper; MacCormack Report Backup, "Games" workpaper

563. Professor MacCormack's GGM calculations are based on data produced by a small and selected set of developers that sell apps through the App Store. For each genre grouping, Professor MacCormack's analysis is driven entirely by which developers responded to Plaintiffs' subpoena with usable data, leading him to analyze developers that are not representative of all developers within a given genre grouping (Section 10.1.1). Moreover, Professor MacCormack's grouping together of genres is subjective and unreliable (Section 10.1.2).

564. Professor MacCormack's calculations of the GGM for each genre grouping is flawed and inconsistent with the approach in the McFadden/Song model (Section 10.2). While Professor MacCormack correctly recognizes that most digital transactions have little or zero marginal costs, he inexplicably measures developers' variable costs by including a variety of variable and fixed costs that are not marginal to a transaction and in a way that is inconsistent with the McFadden/Song model (Section 10.2.1 and Section 10.2.2). Professor MacCormack also includes ad valorem costs in his calculations even though when an app has only ad valorem costs, a developer will not pass through any change in Apple's commission rate (Section 10.2.3). His calculations rely on several ad hoc assumptions and include many inconsistencies across apps and developers (Section 10.2.4). Moreover, in the end, he ultimately inserts his subjective judgement to modify the estimated GGM based on the developer productions in unsupported ways, resulting in GGM ranges that are often completely divorced from the developer data he collected (Section 10.2.5).

565. Ultimately these flaws in Professor MacCormack's analyses and in the McFadden/Song model itself mean that Plaintiffs have not proposed a reliable method that allows them to accurately determine whether consumer prices would be lower absent the challenged conduct and thus whether class members are harmed by Apple's challenged conduct.

### *10.1. Professor McFadden and Dr. Song's margin constraints are based on estimates of margins from a selected and limited set of developers analyzed by Professor MacCormack*

566. Because the McFadden/Song model is run separately for different genre groups and uses different margin constraints for each genre group, Professor McFadden and Dr. Song rely upon genre groups created by Professor MacCormack and corresponding margin ranges (his GGMs) for each genre group.[1142] In particular, Professor MacCormack purports to combine the 27 genres on the App Store into 16 groups, four of which he groups into an Others category, based on

[1142] Song Report, ¶¶ 51–52 ("I rely on the genre grouping Prof. MacCormack describes in his report for the purposes of estimating consumer demand. Furthermore, I rely on the genre-group level variable profit margin ranges estimated by Prof. MacCormack to form the variable profit margin bounds for my demand estimation.").

"similarities in terms of primary use cases, technical designs and functionalities provided."[1143] He also purports to estimate margin ranges for each of these groups based on data produced by a set of developers in addition to other publicly available data.[1144]

567. Professor MacCormack's grouping of app genres, however, is ad hoc and combines dissimilar apps (Section 10.1.2). In addition, Professor MacCormack determines his margin ranges based on his review of costs for a small set of developers that produced data for each genre grouping. This set of developers is not representative of all the developers with apps in a genre group (Section 10.1.1). This leads Professor MacCormack to determine margin ranges that are unreliable, which in turn, leads Professor McFadden and Dr. Song to apply inappropriate margin constraints when estimating the McFadden/Song model.

*10.1.1. Professor MacCormack reviews the costs for only a few, non-representative developers per genre*

568. While Professor MacCormack ultimately makes subjective adjustments to the margin ranges he determines for each of his genre groupings, his analysis starts with data meant to capture app revenues and costs produced by subpoenaed developers in this matter. He calls these data his "Developer Cost Data."[1145] However, the developers Professor MacCormack considers are a selected set of non-representative developers, and this set gets further reduced due to Professor MacCormack's arbitrary decisions to exclude cost data from his analysis. In order to draw valid and generalizable conclusions about his estimates of gross margins, Professor MacCormack needs to conduct his empirical analysis with a random sample of developers.[1146]

[1143] MacCormack Report, ¶ 112 ("The top 10 applications for many genres display marked similarities in terms of primary use cases, technical designs and functionalities provided. On that basis, I combine the 27 genres into 16 groups, assigning a label to some for easy reference. I further combine 4 of these groups into the "Others" category due to data limitations.") (Emphasis removed).

[1144] MacCormack Report, ¶¶ 100–101 ("Primarily using the information in the Developer Cost Data, I calculate genre-level cost shares for each of the variable cost categories – royalties (where applicable), user acquisition and retention (UAR) costs, infrastructure costs, and maintenance & support costs. I use data from the fourth category – publicly available financial information – in two separate scenarios.").

[1145] MacCormack Report, ¶ 99 ("I was provided with 114 separate developer submissions containing financial records spanning from 2012 to 2023… Out of the 114 submissions, 43 were excluded from the analysis due to incomplete or otherwise unusable information. I therefore consider the remaining 71 submissions in my analysis, and I refer to the resulting dataset as 'Developer Cost Data' throughout the report.").

[1146] David H. Kaye and David A. Freedman, "Reference Guide on Statistics," in *Reference Manual on Scientific Evidence*, Third Edition, (Washington, DC: The National Academies Press, 2011), pp. 211–302 ("Kaye and Freedman (2011)") at pp. 224–225 ("Many surveys do not use probability methods. … Pollsters may resort to an easily accessible subgroup of the population, for example, shoppers in a mall. Such convenience samples may be biased by the interviewer's discretion in deciding whom to approach—a form of selection bias—and the refusal of some of those approached to participate—non-response bias ... Probability methods are designed to avoid selection bias. Once the population is reduced to a sampling frame, the units to be measured are selected by a lottery that gives each unit in the sampling frame a known, nonzero probability of being chosen. Random numbers leave no room for selection bias."), 222 ("External validity is about

Otherwise, as Professor MacCormack also agreed in his deposition, he cannot provide statistical or other evidence to conclude that the margin ranges he calculates capture the average margins for the thousands of developers in each of his groupings.[1147]

569. As Professor MacCormack explains, the Developer Cost Data are based on financial records produced in response to subpoenas sent by Plaintiffs to different developers.[1148] Professor MacCormack admitted, however, that he was not involved in selecting which developers to subpoena,[1149] and neither Plaintiffs nor their experts have otherwise explained how these developers were selected. In addition, he received only 114 developer submissions produced in response to the subpoena.[1150] Professor MacCormack performs no analysis to determine how the 114 submissions from developers that did respond differ from the many developers that did not respond to the subpoena. Of these 114 developer submissions, 37 developer submissions contain insufficient data according to Professor MacCormack and another six are excluded by Professor MacCormack because the data for these developers purportedly contain "implausible data."[1151] This leaves him with 71 developer submissions in his Developer Cost Data.[1152] Again, Professor MacCormack performs no analysis to determine how the 71 developer submissions included in

---

using a particular study or set of studies to reach more general conclusions. A careful randomized controlled experiment on a large but unrepresentative group of subjects will have high internal validity but low external validity. Any study must be conducted on certain subjects, at certain times and places, and using certain treatments. To extrapolate from the conditions of a study to more general conditions raises questions of external validity.").

[1147] MacCormack Deposition, pp. 227:24–228:12 ("Q. Do you regard the set of developers who received subpoenas to be a statistically representative sample of something? A. Of something. So I think that – as I look at the 71 app submissions that I received, it's representative of the diversity of apps that are out there. Is it a good sample for the population of apps, in general? I don't know. Q. Do you know if it's even a random sample? A. Well, I wasn't involved in the selection, so I don't know."), 231:13–233:19 ("Q. Now, in your report, you haven't disclosed any statistical confidence levels for any of your estimates, correct? … A. I don't calculate statistics other than the ones for determining the box plots … Q. Now, you mentioned your box plots. Did you disclose any statistical confidence levels for any of those? A. They're just box plots, so they're a pretty standard statistical technique. Q. Is it possible to compute any statistical assessments of whether any of your estimates of variable cost shares are statistically different from zero? … A. So the way that these ranges are constructed combines both the data from the subpoena, of which we have 71 app submissions, but it also has public data to varying amounts depending on the genre, and then there are judgments that I have made … So I can't I can't apply the same statistical tests to it."). See Exhibit 29 for the number of developers in each genre grouping. All groupings except Weather have more than 1,000 developers in the App Store Transaction data.

[1148] MacCormack Report, ¶ 98 ("While some developers are publicly traded companies and make their financial statements available through regulatory filings and academic or industry publications, such data is not publicly distributed or easily accessible for the vast majority of app developers. This led Counsel to issue subpoenas to a number of developers distributing their apps on the App Store for access to their financial records.").

[1149] MacCormack Deposition, p. 159:3–13 ("A. Again, the dataset that was available to me was –it was a given. So it –I was not able to go out and do further study beyond that. Q. You had no input into the dataset? … A. I was not a part of the case when the subpoena –that whole process was a long process that played out before I was involved.").

[1150] MacCormack Report, ¶ 99 ("Consequently, I was provided with 114 separate developer submissions containing financial records spanning from 2012 to 2023."), Table 10.

[1151] MacCormack Report, Table 10.

[1152] MacCormack Report, ¶ 99 ("Out of the 114 submissions, 43 were excluded from the analysis due to incomplete or otherwise unusable information. I therefore consider the remaining 71 submissions in my analysis, and I refer to the resulting dataset as 'Developer Cost Data' throughout the report."), and Table 10.

his data differ from the 43 excluded from his data and whether such differences are likely to induce biases in his analyses.

570. Overall, Professor MacCormack, as well as Professor McFadden and Dr. Song by extension, extrapolate results from the Developer Cost Data to genres with thousands of apps.[1153] In order for such an analysis to be valid, Professor MacCormack must first demonstrate that he analyzes a truly random or, at the very least, a representative sample of apps.[1154] Yet, he provides no analysis of how the original sample of 114 was chosen or why the 71 developer submissions he analyzes should be seen as a representative sample of apps.

571. As I show in Exhibit 29, the 71 developer submissions in Professor MacCormack's data are not representative of the full set of developers in each of Professor MacCormack's genre groups.[1155] For each genre group, I show the number of developers that produced data that Professor MacCormack considered (column 2) and the average App Store revenue in 2023 for the apps in the genre group offered by those developers (column 4). I also show the total number of developers with paid apps in the App Store Transaction Data in the genre group (column 3) and the average App Store revenue for these apps in 2023 (column 5). As Exhibit 29 shows, Professor MacCormack only considers data produced by developers for a fraction of a percent of total developers in each genre group, as he is only able to obtain information on a very small fraction of developers, and the developers he samples are between 26 and 1,110 times larger than the typical developer in each genre grouping in terms of their average App Store revenue in

[1153] See Exhibit 29 for the number of developers in each genre grouping. All groupings except Weather have more than 1,000 developers.

[1154] Kaye and Freedman (2011), pp. 224–225 ("Many surveys do not use probability methods. … Pollsters may resort to an easily accessible subgroup of the population, for example, shoppers in a mall. Such convenience samples may be biased by the interviewer's discretion in deciding whom to approach—a form of selection bias—and the refusal of some of those approached to participate—non-response bias ... Probability methods are designed to avoid selection bias. Once the population is reduced to a sampling frame, the units to be measured are selected by a lottery that gives each unit in the sampling frame a known, nonzero probability of being chosen. Random numbers leave no room for selection bias."), 222 ("External validity is about using a particular study or set of studies to reach more general conclusions. A careful randomized controlled experiment on a large but unrepresentative group of subjects will have high internal validity but low external validity. Any study must be conducted on certain subjects, at certain times and places, and using certain treatments. To extrapolate from the conditions of a study to more general conditions raises questions of external validity.").

[1155] Professor MacCormack himself does not claim to have analyzed a representative sample of apps. See MacCormack Deposition, pp. 227:24–228:12 ("Q. Do you regard the set of developers who received subpoenas to be a statistically representative sample of something? A. Of something. So I think that – as I look at the 71 app submissions that I received, it's representative of the diversity of apps that are out there. Is it a good sample for the population of apps, in general? I don't know. Q. Do you know if it's even a random sample? A. Well, I wasn't involved in the selection, so I don't know.").

2023.[1156] The small set of developers Professor MacCormack considers is therefore not representative of the full set of developers on the App Store.

***Exhibit 29***
***Professor MacCormack only analyzes a small number of developers in each genre group***

| | | Number of Developers | | Average Revenue | |
|---|---|---|---|---|---|
| | Genre Grouping (1) | Analyzed by Professor MacCormack (2) | In the App Store Transaction Data[1] (3) | Analyzed by Professor MacCormack[2] (4) | In the App Store Transaction Data (5) |
| 1. | Business + Finance | 5 | [redacted] | | |
| 2. | Education | 3 | [redacted] | | |
| 3. | Games | 6 | [redacted] | | |
| 4. | Health & Fitness + Medical | 9 | [redacted] | | |
| 5. | Imaging | 8 | [redacted] | | |
| 6. | Music + Entertainment | 5 | [redacted] | | |
| 7. | Navigation + Travel | 3 | [redacted] | | |
| 8. | Others | 3 | [redacted] | | |
| 9. | Reading | 10 | [redacted] | | |
| 10. | Social Networking + Lifestyle | 5 | [redacted] | | |
| 11. | Sports | 2 | [redacted] | | |
| 12. | Weather | 4 | [redacted] | | |
| 13. | Workflow Tools | 8 | [redacted] | | |
| 14. | **Total** | **71** | [redacted] | | |

Source: U.S. Storefront App Store Transaction Data; MacCormack Report Backup

Notes: This table displays the count and 2023 average revenue of developers analyzed by Professor MacCormack in each of Professor MacCormack's genre groupings, compared to the count and average revenue of all developers in the App Store Trasnsaction Data.
[1] Some developers have apps corresponding to multiple genres. In these cases, I count them in each genre group for which they have at least one app.
[2] For 11 of the 71 developer submissions analyzed by Professor MacCormack, I determined that the available cost information pertained to specific apps instead of the developer overall. These 11 developer submissions are from TelTech Business (TapeACall iOS), TelTech Travel (Planes Live iOS), TelTech Utilities (Robokiller iOS), TelTech Weather (Weather Live – Local Forecast), Google (YouTube), Niantic (Pokémon GO), Age of Learning (ABC Mouse), Oringe Inc. (Word Swag), Fox News (Fox Nation: iOS App), Ad Hoc Labs (Burner), and Disney (Disney+). For one other developer submission, Pango (AnchorFree), I determined that the available cost information is associated with four developers: AnchorFree GmBH, AnchorFree Inc., Pango GmBH, Pango Inc.

[1156] The share of developers that Professor MacCormack considers for each genre group ranges from 0.02 percent for his Others group to 0.44 percent for the Weather genre. Across all genres, he considers just 0.06 percent of apps. The average revenue multiples are calculated as the average revenue in 2023 of the developers analyzed by Professor MacCormack for each genre group, divided by the average revenue in 2023 of all developers in the App Store Transaction Data that were categorized into that genre group by Professor MacCormack. The lower end of the multiple (i.e., 26) is calculated for the Navigation + Travel genre group, while the higher end of the multiple (i.e., 1,110) is calculated for the Imaging genre group.

572. Reviewing the selected set of apps that Professor MacCormack analyzes, relative to other apps in the same App Store genres, likewise shows how his GGM estimates are based on a highly limited and unrepresentative sample of apps. As I discussed earlier in my Opening Report, App Store genres do not correspond to relevant markets and contain a diverse array of apps;[1157] the apps analyzed by Professor MacCormack do not capture this diversity. For example, the apps used to analyze the entire Social Networking + Lifestyle genre group are limited to four dating apps and Life360, a location sharing app.[1158] He uses this narrow set of apps to estimate the margins of a genre that contains entirely different types of apps, such as Discord and Facebook.[1159] Similarly, the developers he considers for the Music + Entertainment genre group are limited exclusively to video streaming and music streaming apps, even though the third-highest revenue app on the App Store in the Entertainment genre, according to Professor MacCormack's data, is TikTok,[1160] which has a fundamentally different business model compared to video streaming and music streaming. TikTok does not generate App Store revenues in the same way as most video streaming and music streaming services.[1161] In addition, content on TikTok is built on user-generated content as opposed to content created by studios or

[1157] Hitt Opening Report, ¶ 95.

[1158] MacCormack Report Backup, "Developer Revenues by Genre" workpaper. Genre groups found at MacCormack Report, ¶ 112. See App Store, "Life360: Stay Connected & Safe," available at https://apps.apple.com/us/app/life360-stay-connected-safe/id384830320, accessed on June 9, 2025 ("Stay connected and secure with Life360, the ultimate friend and family locator and location-tracking app."). The four dating apps are Bumble, Coffee Meets Bagel, Grindr, and Match Group. See App Store, "Bumble Dating App: Meet & Date," available at https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707, accessed on June 9, 2025 ("Bumble is a free dating app helping singles find fun, meaningful, and kind connections.); App Store, "Coffee Meets Bagel: Dating App," available at https://apps.apple.com/us/app/coffee-meets-bagel-dating-app/id6502307144, accessed on June 9, 2025 ("Ready to ditch the dating games and find something serious? You'll be in good company at Coffee Meets Bagel, where 91% of our daters are looking for a serious relationship."); App Store, "Grindr – Gay Dating & Chat," available at https://apps.apple.com/us/app/grindr-gay-dating-chat/id319881193, accessed on June 9, 2025 ("Grindr is the world's #1 free dating app serving the LGBTQ community."); App Store, "Match Dating App: Chat & Meet," available at https://apps.apple.com/us/app/match-dating-app-chat-meet/id305939712, accessed on June 9, 2025 ("Match – The Dating App for Real Relationships and Real People").

[1159] MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. Discord is a group chat app designed for gaming. See App Store, "Discord – Talk, Play, Hang Out," available at https://apps.apple.com/us/app/discord-talk-play-hang-out/id985746746, accessed on June 9, 2025 ("Discord is designed for gaming and great for just chilling with friends or building a community. Customize your own space and gather your friends to talk while playing your favorite games, or just hang out."). Facebook is a social media app. See App Store, "Facebook," available at https://apps.apple.com/us/app/facebook/id284882215, accessed on June 9, 2025 ("Explore and expand your interests… Connect with people and communities… Share your world.").

[1160] For the set of developers included in Professor MacCormack's analysis, see MacCormack Report Backup, "Developer Revenues by Genre" workpaper. Genre groups are found in MacCormack Report, ¶ 112. Other apps and genre rankings are found in MacCormack Report Backup, "Top 10 Apps by Genre" workpaper.

[1161] While most video streaming and music streaming services generate the majority of their revenue from subscriptions and limited revenue from in-app purchases, TikTok generates the majority of its revenue from in-app purchases and limited revenue from subscriptions. See MacCormack Report Backup, "Top 10 Apps by Genre" workpaper.

the streaming service itself, so it is likely that key cost components (such as content licensing) are very different.[1162]

573. Additionally, for the Games genre, by far the largest by App Store revenue, Professor MacCormack only considers six app developers in his analysis.[1163] Of the top 10 apps by App Store revenues in this genre in Professor MacCormack's data (corresponding to eight unique developers), he only considers the cost data for two developers.[1164] He does not analyze the cost data for several of the largest game developers on the App Store, such as King (the maker of Candy Crush Saga and Candy Crush Soda Saga) and Supercell (creator of Clash of Clans).[1165] Thus, the sample of apps Professor MacCormack uses to form his GGM estimates for the Games genre is highly limited and unrepresentative of the top 10 apps in this genre, let alone all apps in the genre.

574. In Appendix 8, I demonstrate the limited nature of the set of apps Professor MacCormack uses to determine his GGM estimates. For each of the 27 App Store genres besides Health & Fitness and Business, Professor MacCormack fails to include even half of the top 10 apps by App Store revenue in his analysis.[1166] For six of the App Store genres, he fails to analyze even one of the top 10 apps by App Store revenue. This again underscores how developers analyzed by Professor MacCormack are not representative of the full set of developers in each of the App Store genres.

575. Finally, as mentioned above, Professor MacCormack excludes 43 of the 114 developer submissions from his analysis, citing "Insufficient usable data" or "Implausible data."[1167] However, some of the developer submissions Professor MacCormack excludes for allegedly

[1162] See Samuel Bestvater, "How U.S. Adults Use TikTok," *Pew Research Center*, February 22, 2024, available at https://www.pewresearch.org/internet/2024/02/22/how-u-s-adults-use-tiktok/, accessed on June 9, 2025 ("[A] minority of avid posters create the vast majority of content on [TikTok]. And most users post seldom, if at all – instead using TikTok primarily to view and consume content made by others.").

[1163] For revenue information by genre, see MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. For the list of developers MacCormack considers for his GGM estimates, see MacCormack Report, Appendix B.

[1164] MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. Of the top 10 apps by App Store revenue in his data, Professor MacCormack only considers two of their developers: Niantic, Inc. and Roblox Corporation. See MacCormack Report, Appendix B.

[1165] King, "Play Our Fun and Popular Games," *King*, available at https://www.king.com/game/, accessed on June 9, 2025 ("Candy Crush Saga," "Candy Crush Soda Saga"); Supercell, "Supercell," available at https://supercell.com/en/, accessed on June 9, 2025 ("Makers of … "Clash of Clans"). For top 10 apps in this genre, see MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. For the list of developers MacCormack considers for his GGM estimates, see MacCormack Report, Appendix B.

[1166] Since Professor MacCormack's Developer Cost Data is at the developer level, when Professor MacCormack includes a developer in his analysis, I conservatively assume for the purposes of calculating this statistic that all of that developer's apps are also included in his analysis.

[1167] MacCormack Report Backup, "Inventory of Developer Cost Data" workpaper.

"insufficient usable data" do, in fact, contain usable data that would be informative for determining margins. I list some of these developer submissions in Exhibit 30. Apparently, one of the reasons why Professor MacCormack may deem a developer's data as "unusable" is that the developer reports having zero variable costs in a particular cost category. For instance, Rosetta Stone, [redacted] and Skype explicitly state in their production materials that they have zero variable costs for particular cost categories.[1168] Given that a developer of an app with low or zero marginal costs would not be expected to change the price it charges in response to a commission rate change, arbitrarily removing these apps yields lower margin bounds (because of higher costs), resulting in upwardly biased estimates of harm. In other words, by ignoring these developers' statements and instead treating the data from these developers as unusable rather than indicating zero variable costs, Professor MacCormack presents an analysis that is incomplete and unreliable.

[1168] MacCormack Report Backup, Rosetta Stone Production, "FW IXL Subpoena - time to talk tomorrow"; MacCormack Report Backup, Skype Production, "2024-06-13 - D. Chiappetta Letter to R. Byrd (In re Apple Litigation)," "Skype Production (05.21.24)"; MacCormack Report Backup, [redacted] Production, "RE In re Apple iPhone Antitrust Litigation (Civ. No. 411-cv-06714)."

***Exhibit 30***
***Professor MacCormack incorrectly characterizes some developers as having allegedly "insufficient usable data"***

| Developer Submission | Professor MacCormack's Reason for Exclusion | Available Data |
|---|---|---|
| Cricut | Insufficient usable data; Only aggregate cost data (limited data used in analysis) | Cricut provides a summed cost category for [redacted] blank rows for [redacted] and [redacted] These rows are summed in a "Total" row that is equal to the summed cost category row, suggesting that the blank categories are zeros and the developer [redacted] |
| Major League Baseball | Insufficient usable data | Internal and third party "Technology Labor Costs" are included in production. These could be used for infrastructure costs. |
| Pandora | Insufficient usable data | "Cost of revenue-Content acquisition costs,"[1] "Sales and marketing,"[2] and "Cloud Computing Resources - Product Development"[3] costs are included in production. These could be used for royalties, UAR costs, and infrastructure costs, respectively. |
| Pusheen | Insufficient usable data | [redacted] |
| Rosetta Stone | Insufficient usable data | Rosetta Stone states in production that it does not incur variable costs for its app.[5] |
| Skype | Insufficient usable data | Skype states in its production letter that it does not incur UAR costs and royalties.[6] |
| [redacted] | [redacted] | [redacted] |

Source: MacCormack Report Backup, "Inventory of Developer Cost Data" workpaper; MacCormack Report Backup, Major League Baseball Production, "Highly Confidential — MLBAM 1"; MacCormack Report Backup, Pandora Production, PANDORA_000001 – 112, PANDORA_000155 – 156; MacCormack Report Backup, Pusheen Production, "2023-05-05 FINAL Pusheen Response to Subpoena_In re Apple iPhone Litig," CONFIDENTIAL_PUSHEEN000001; MacCormack Report Backup, Rosetta Stone Production, "FW IXL Subpoena - time to talk tomorrow"; MacCormack Report Backup, Skype Production, "2024-06-13 - D. Chiappetta Letter to R. Byrd (In re Apple Litigation)," "Skype Production (05.21.24)"; MacCormack Report Backup, TikTok Production, "RE In re Apple iPhone Antitrust Litigation (Civ. No. 411-cv-06714)"; MacCormack Report Backup, Cricut Production, CRICUT000001

Notes:
[1] MacCormack Report Backup, Pandora Production, PANDORA_000001 – 112 at PANDORA_000009 ("Cost of revenue-content acquisition costs principally consist of royalties paid for streaming music or other content to our listeners.").
[2] MacCormack Report Backup, Pandora Production, PANDORA_000001 – 112 at PANDORA_000012 ("Sales and marketing consists primarily of employee-related and facilities and equipment costs, including salaries, commissions and benefits related to employees in sales, sales support, marketing, advertising and music maker group departments. In addition, sales and marketing expenses include transaction processing commissions on subscription purchases through mobile app stores, external sales and marketing expenses such as brand marketing, advertising, direct response and search engine marketing costs, public relations expenses, costs related to music events, agency platform and media measurement expenses, infrastructure costs and amortization expense related to acquired intangible assets.").
[3] MacCormack Report Backup, Pandora Production, PANDORA_000155 – 156 at PANDORA_000156 ("Description[:] Cloud solution for mac and iOS app development[.] Used previous to GCP for analytics and A/B framework processing[.] Cloud processing for Analytics compute and storage workloads[.] Continuous Integration (CI) infrastructure for macOS development and testing[.] Tests our website across multiple browsers on real devices. Security solution that detects vulnerabilities and license violations ... Categorizes product quality issues. Enables better performance and latency of API calls. URL shortening service. Error monitoring and reporting tool. Processing voice requests through pandora app. Server License manager. Geolocation and IP address intelligence solution.").

[4] MacCormack Report Backup, Pusheen Production, "2023-05-05 FINAL Pusheen Response to Subpoena_In re Apple iPhone Litig" [redacted]

[5] MacCormack Report Backup, Rosetta Stone Production, "FW IXL Subpoena - time to talk tomorrow" ("[Counsel for Rosetta Stone:] Turns out that none of the variable costs plaintiffs identify aren't [sic] really a factor. For example, without divulging any client communications, below is what I've gathered as to the variable costs listed on your subpoena: … Infrastructure, server, cloud computing costs: IXL just uploads the source code (proper term?) to Apple's servers, so no costs associated with that. … User acquisition, performance marketing costs: IXL does general marketing, but nothing specific for Apple Store or any other app store. There might be little icons on the marketing materials indicating that the apps are available for iOS and Google, but there's no way to disaggregate the cost of adding those icons from the overall design costs for marketing materials. … Payment processing fees: All done by Apple and Google. … Customer service, content moderation costs: If there's any customer service issues re the app, Apple or Google would handle that. If there's something specific to the IXL software, customers might reach out to a general helpline, but costs associated with the in-house customer service are not tracked based on what version of the software the customer accesses. … Royalties, licensing costs: nothing ... [Counsel for consumer plaintiffs:] Andrew – we touched base with our expert. Rather than providing the variable costs Plaintiffs identified, could IXL detail the costs that it considers to vary with the number of users or the level of usage? [Counsel for Rosetta Stone:] I'll ask, but from what I understand they just deliver the source code and wait for the money to roll in. … I was correct. IXL considers those to be Apple and Google problems. IXL has never experienced any costs related to the increase in the number of users or level of usage.").

[6] MacCormack Report Backup, Skype Production, "2024-06-13 - D. Chiappetta Letter to R. Byrd (In re Apple Litigation)" ("Do you rely on performance-based advertising to acquire new users? Skype's Response: No ... Does your app rely on any licensed software tools or any other intellectual property where the licensing fees are explicitly determined by your revenues (e.g., a percentage of revenues) or some other metric of usage (e.g., app downloads)? Skype's Response: No.") (Emphasis removed).

[7] [redacted]

576. While Professor MacCormack designates Pandora's cost data as "Insufficient usable data,"[1169] Professor McFadden cited the royalty payments by Pandora as "a good example of a variable cost faced by certain app developers,"[1170] and used the same produced cost data to calculate Pandora's gross margin in a prior report. Moreover, Professor McFadden used the cost data produced by Epic Games and a combination of produced cost data and data from public financial statements for Playtika to calculate their gross margins in a prior report.[1171] In contrast, Professor MacCormack chooses to ignore Epic Games and Playtika, designating the cost data produced by Epic Games as "Insufficient usable data," and that for Playtika as "Implausible data."[1172]

[1169] MacCormack Report Backup, "Inventory of Developer Cost Data" workpaper.

[1170] Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification, June 1, 2021 ("McFadden First Class Certification Report"), ¶¶ 185, 194, footnote 263.

[1171] McFadden First Class Certification Report, ¶¶ 189, 191.

[1172] MacCormack Report Backup, "Inventory of Developer Cost Data" workpaper.

*10.1.2. Professor MacCormack assigns apps to genres, and groups together those genres, in ways that are arbitrary, combine dissimilar apps, and lead him to apply margin estimates to apps based on data from developers that do not represent all apps within the group*

577. Before combining App Store genres into genre groups, Professor MacCormack first assigns each developer to a single App Store genre, even if that developer offers multiple apps in different genres on the App Store.[1173] For each developer, he evaluates how much revenue the developer earns on the App Store from each genre based on an analysis of the top 100 apps by App Store revenue in each genre. He also asserts that he performs his own review of the apps for certain developers who generate revenue from multiple app genres.[1174]

578. Professor MacCormack's process for assigning developers to genres is arbitrary and inconsistent, rendering the foundation for his analysis of variable costs unreliable. First, while he assigns a developer to the genre in which they generate the highest revenue, he also deviates from this approach and assigns an app to a genre based on arbitrary judgments. For example, despite most of BP Mobile's App Store revenue coming from apps in the Business genre, Professor MacCormack classifies it as a Productivity developer because he views the developer's top app, a document scanner app called iScanner PDF, as more consistent with apps in the Productivity genre.[1175] This judgement is arbitrary as only one of the top 10 apps by App Store revenue in the Productivity genre in Professor MacCormack's data is related to document scanning (CamScanner), while there are two such apps in the top 10 apps by App Store revenue in the Business genre besides iScanner PDF (Scan Hero and FAX From iPhone Free).[1176]

---

[1173] The exception is TelTech Systems, for which he evaluates each app separately. See MacCormack Report, footnote 64 ("While TelTech Systems revenue from its apps in the Top 100 Apps Data is from a single genre, since I was provided with separate cost data for multiple apps across genres, I evaluate the various apps accordingly.").

[1174] MacCormack Report, ¶ 102 ("On reviewing the Top 100 Apps Data, I note that the 71 developer productions were provided by 68 unique developers. Next, I was also able to identify the genre-wise revenue for the developers and their apps, which I use to allot the developers or apps to genres. 58 developers generate nearly their entire revenue (> 95%) from a single genre, and I evaluate them accordingly. For the remaining 10 developers (who generally develop multiple apps or provided separate financial information for more than one app), I determine their genres based on a review of the revenue split across genres and a review of their applications, and note such cases in Appendix B.").

[1175] Professor MacCormack incorrectly states that BP Mobile generates revenues across the Business and Productivity genres, when in reality this developer generates revenue from the Business, Utilities, and Reference genres based on an analysis of the top 100 apps by App Store revenue in each genre. See MacCormack Report Backup, "Developer Revenues by Genre" workpaper; MacCormack Report, footnote 206 ("BP Mobile generates revenues across the Business and Productivity genres. Although a larger share of [BP Mobile's] revenue (73%) is in the Business genre, I evaluate it here since its largest app, iScanner PDF, automates document processing and is more aligned with otherapps [sic] in the Productivity genre.").

[1176] App Store, "CamScanner – PDF Scanner App," available at https://apps.apple.com/us/app/camscanner-pdf-scanner-app/id388627783, accessed on June 9, 2025 ("CamScanner is an all-in-one scanner app. It turns your mobile device into a powerful portable scanner that recognizes text automatically (OCR) and improves your productivity to save time."); App Store, "Scan Hero: PDF Scanner," available at, https://apps.apple.com/us/app/scan-hero-pdf-scanner/id1017261655, accessed on June 9, 2025 ("Scan documents to PDF, then sign, edit, and share them."); App Store, "FAX from iPhone: Send Doc App," available at https://apps.apple.com/us/app/fax-from-iphone-send-doc-app/id978931264, accessed on June

Moreover, several of BP Mobile's other apps within the top 100 apps by App Store revenue are part of the Business genre; none are in the Productivity genre.[1177]

579. Overall, Professor MacCormack assigns certain developers in his data to genres in an arbitrary manner, which provides an unreliable foundation for his genre gross margin calculations.

580. When calculating his margin ranges, Professor MacCormack next "combine[s] certain genres into groups based on the functional similarities of their constituent applications."[1178] He appears to perform this grouping because "apps with comparable functionalities and use cases can be listed under different genres on the App Store."[1179] He also appears to group certain genres because of "low representation" of developers in the Developer Cost Data.[1180] However, Professor MacCormack's decisions to group together certain app genres is unjustified and based on ad hoc and subjective considerations.

581. As an initial matter, Professor MacCormack presents no justification for why his grouping of genres best combines "apps with largely similar themes and features [as well as] … similar business models and technical designs" into categories.[1181] While I agree that genres are diverse and do not align with antitrust markets, combining genres will tend to make the apps in his reduced genre list *more* rather than *less* diverse within a genre group, and he fails to consider the possibility that the groupings could be made more uniform by subdividing genres.[1182] While he motivates his choice, in part, by his claim that the genre classification is subjective, there is no clear reason why his personal subjective choice to combine genres is more reliable than relying on the business judgments by Apple in creating the genres and the decisions by developers to select genres for their apps made in the ordinary course of business,[1183] or why grouping rather than subdividing would be more appropriate. Additionally, his rationale for combining genres

9, 2025 ("Advanced document scanner & image processing;… Create new documents with images as you go (Photo Gallery, Camera)"); MacCormack Report Backup, "Top 10 Apps by Genre" workpaper.

[1177] MacCormack Report Backup, Top 100 Apps Data.

[1178] MacCormack Report, Section 6.3.1.

[1179] MacCormack Report, ¶ 108.

[1180] MacCormack Report, ¶ 109 ("With 71 developer submissions from 68 developers across 27 genres, some genres have low representation – only two genres have five or more developers/apps, and five genres have only one. To enhance my analysis, I categorize functionally similar app genres into groups to increase the number of observations in each group, which in turn enhances the robustness of my GGM estimates.").

[1181] MacCormack Report, ¶ 109.

[1182] As I discussed in Section 5.2, App Store genres do not necessarily correspond to relevant markets. For example, while video streaming apps are typically classified in the Entertainment genre, not all Entertainment apps are video streaming apps. This would suggest creating a video streaming app category separate from other Entertainment apps.

[1183] Professor MacCormack suggests one reason that genres are not appropriate groups for his analysis is because "there is a degree of subjectivity in how apps are ultimately grouped across genres on the App Store." MacCormack Report, ¶ 108.

does not match with Professor McFadden's stated approach to combining genres in an earlier report, which appears to have been based on the similarity of their business models, cost structures, and gross margins, but not their technical designs.[1184]

582. Professor MacCormack's approach to grouping together genres is subjective and unreliable. He claims that he analyzes the "key functions" of the top 10 apps by genre based on App Store revenue to determine whether the apps are similar in terms of "use cases, technical designs and functionalities provided."[1185] Yet, as he admitted at his deposition, he did not prepare any specific notes about his review of each app's functions and how it would compare to others.[1186] Absent such documentation of his decision making, his grouping of genres is arbitrary, unsupported, and not replicable.

583. In many cases, Professor MacCormack's genre groups contain disparate sets of apps. For example, Professor MacCormack combines the Books, Reference, Magazines & Newspapers, and News genres into a genre group he calls Reading.[1187] He combines these app genres together because he claims that "[a]pps in each of these four categories are designed to provide users with the ability to read various types and genres of written content off of their smartphones."[1188] However, Professor MacCormack ignores stark differences between apps in these genres. Just a few of the top 10 apps by App Store revenue based on Professor MacCormack's data in these genres include: X (formerly Twitter), The New York Times, Ancestry, Whitepages People Search, Audible, and Night Sky (an app to help identifying stars).[1189] These developers all provide different services, with different business models and presumably different engineering requirements. By combining such divergent apps together, Professor MacCormack's cost

---

[1184] McFadden 2021 Deposition, p. 194:13–23 ("Q. Okay. And why did you run the music and entertainment genres together in your model? A. They – they seem to be a similar business model in which royalties or content were important so that their – their gross margins were lower, but the – but similar between – between the two categories. And they could – they could have been broken out, but, again, my rule was to start simple, and if it seemed to explain things, not – not go through the elaborations.").

[1185] MacCormack Report, ¶¶ 111 ("To help me group genres, I used a subset of the Top 100 Apps Data provided to me by Counsel, which contains the top 100 applications by total revenue for each genre. For each app, the dataset lists the name of the developer, the genre assigned, the total revenue generated, as well as the breakdown by category of revenue, including paid downloads and IAPs. I then analyzed in addition the key functions of the applications using publicly available information."), 112 ("The top 10 applications for many genres display marked similarities in terms of primary use cases, technical designs and functionalities provided.").

[1186] MacCormack Deposition, p. 221:3–12 ("Q. Did you make any record of the themes and features of the apps as part of this review? A. No. I think in looking at the groups that emerged and which the descriptions of which are described genre by genre in the appendix, most of these things do not seem controversial. There's a natural affinity in terms of the types of features and functions that they're giving to the user.").

[1187] MacCormack Report, ¶ 112.

[1188] MacCormack Report, ¶ 294.

[1189] App Store, "Night Sky," available at https://apps.apple.com/us/app/night-sky/id475772902, accessed on June 6, 2025 ("Quickly identify stars, planets, constellations and satellites in your own beautiful personal planetarium."); MacCormack Report Backup, "Top 10 Apps by Genre" workpaper.

estimates for a small subset of apps in this group become unreliable benchmarks for the margins earned by all apps in these genres.

584. Professor MacCormack makes a similarly arbitrary decision in combining the Developer Tools, Productivity, and Utilities genres into a Workflow Tools genre group. He justifies this grouping by claiming the apps in these genres all have the "shared overarching goals of simplifying and improving task management."[1190] However, the top 10 apps by App Store revenue based on Professor MacCormack's data in these genres include code editors, Adblock, Dropbox, Gmail, Grammarly, Excel, a spam call blocker, VPNs, and "TV Remote – Universal Control."[1191] It is not at all obvious that these genres are similar enough to combine, and Professor MacCormack appears to make an arbitrary decision in doing so.

585. The lack of a systematic methodology in grouping genres together is also evident in the genres Professor MacCormack chooses not to combine. The top 10 apps by App Store revenue according to Professor MacCormack's data in the Business genre include two PDF scanners, FAX from iPhone, Adobe Acrobat, and a call recorder.[1192] However, many of the apps in this

---

[1190] MacCormack Report, ¶ 274.

[1191] MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. Code editors in the top 10 apps by revenue include Textastic Code Editor, "Blink Shell 14: Legacy," "Pyto - Python 3," and "Juno: Jupyter/Python IDE" in the Workflow Tools genre group. Additionally, "Robokiller: Spam Call Blocker" is a spam call blocker in the Utilities genre group, and the VPNs in the top 10 apps by revenue include "NordVPN: VPN Fast & Secure" and "Norton 360 Security & VPN," both in the Utilities genre group. See App Store, "Textastic Code Editor," available at https://apps.apple.com/us/app/textastic-code-editor/id1049254261, accessed on June 6, 2025 ("Textastic is a comprehensive and versatile text and code editor for iPad and iPhone. It supports syntax highlighting of more than 80 programming and markup languages."); App Store, "Blink Shell, Build & Code," available at https://apps.apple.com/us/app/blink-shell-build-code/id1594898306, accessed on June 6, 2025 ("Blink is the first professional, desktop-grade terminal for iOS that leverages the support of Mosh and SSH."); App Store, "Pyto IDE," available at https://apps.apple.com/cn/app/pyto-ide/id1436650069?l=en-GB, accessed on June 6, 2025 ("Pyto is an IDE for iPhone and iPad with a Python 3.10 Interpreter and all of the standard libraries plus more than 100 third party packages, as well as a C & C++ compiler and bitcode interpreter. Includes a terminal with standard UNIX commands, a code editor with code completion, support for Shortcuts, Picture in Picture, a graphical interface builder and a debugger."); App Store, "Juno – Python and Jupyter," available at https://apps.apple.com/us/app/juno-python-and-jupyter/id1462586500, accessed on June 6, 2025 ("Juno is designed to cover all your Python coding needs, and will work seamlessly with all source code formats."). App Store, "Robokiller: Spam Call Blocker," available at https://apps.apple.com/us/app/robokiller-spam-call-blocker/id1022831885, accessed on June 6, 2025 ("Eliminate up to 99% of spam calls with Robokiller. Robokiller's global database of 1.4 Billion analyzed calls instantly protects you from known phone scams."). App Store, "NordVPN: VPN Fast & Secure," available at https://apps.apple.com/us/app/nordvpn-vpn-fast-secure/id905953485, accessed on June 6, 2025 ("NordVPN's easy-to-use app will protect all your connected devices from snoopers tracking what you do online."); App Store, "Norton 360 Security & VPN," available at https://apps.apple.com/us/app/norton-360-security-vpn/id1278474169, accessed on June 6, 2025 ("And, with our secure, global VPN servers, you can encrypt your internet traffic on the go before accessing your favorite apps and websites.").

[1192] MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. The two PDF scanner apps included in the "Business" genre are "Scanner App: iScanner PDF" and "Scan Hero: PDF Scanner." The call recorder included in the "Business" genre is "TapeACall: Call Recorder." App Store, "iScanner: PDF Document Scanner," available at https://apps.apple.com/us/app/iscanner-pdf-document-scanner/id1040093707, accessed on June 6, 2025 ("iScanner is a #1 US-based scanning and document management tool that makes it easy to scan PRO documents on the go."); see App Store, "Scan Hero: PDF Scanner," available at https://apps.apple.com/us/app/scan-hero-pdf-scanner/id1017261655,

genre are similar to apps that are part of his Workflow Tools genre group, which includes apps such as CamScanner, Microsoft Word, Robokiller: Spam Call Blocker, and several "second phone number" apps.[1193] In fact, as I discussed earlier, Professor MacCormack even manually reclassifies the developer of the iScanner PDF app to his Workflow Tools genre group, instead of keeping it as part of the Business genre, because he believes it is more fitting in the Workflow Tools group.[1194] Thus, while the apps in genres that Professor MacCormack combines are frequently quite different, there are many apps in different genre groups that are quite similar and could have been combined instead. This demonstrates that his methodology is highly arbitrary and subjective. Moreover, since the McFadden/Song model uses Professor MacCormack's genre groupings to estimate the price sensitivity parameters for each genre group,[1195] any errors in these groupings made by Professor MacCormack would likely translate into erroneous damages estimates from the McFadden/Song model.

### *10.2. Professor MacCormack calculates developer margins based on a subjective and unreliable approach that incorrectly classifies many costs as variable costs*

586. Professor MacCormack makes a variety of subjective assumptions and adjustments, both in his analyses of the developer-level cost data and in aggregating the cost data up to the genre group level to calculate his GGMs, including:

a. Inconsistent and arbitrary mapping of Developer Cost Data to his cost categories.

accessed on June 6, 2025 ("Try the Scan Hero app to corral your paperwork and scan documents on the go!"); App Store, "TapeACall: Call Recorder," available at https://apps.apple.com/us/app/tapeacall-call-recorder/id573751328, accessed on June 6, 2025 ("Remember every detail of every conversation by recording incoming and outgoing phone calls with TapeACall.").

[1193] MacCormack Report Backup, "Top 10 Apps by Genre" workpaper. "Second phone number" apps include "Burner: Second Phone Number," "Sideline—Real 2nd Phone Number," and "Hushed: US Second Phone Number" in the top 10 apps by revenue in the "Utilities" genre group. App Store, "Burner: Second Phone Number," available at https://apps.apple.com/us/app/burner-second-phone-number/id505800761, accessed on June 6, 2025 ("Burner is the only app that provides you with total control over your communications and boundaries by providing multiple phone numbers with settings for life, play, and more."); App Store, "Sideline - Private 2nd Number," available at https://apps.apple.com/us/app/sideline-private-2nd-number/id1012032539?mt=8, accessed on June 6, 2025 ("Create a new local number, send unlimited texts, and set up your own custom voicemail as you would with your existing phone line."); App Store, "Hushed: US Second Phone Number," available at https://apps.apple.com/us/app/hushed-us-second-phone-number/id600520752, accessed on June 6, 2025 ("Hushed gives you a temporary phone number that's perfect for online dating, travel, shopping, moving, selling stuff, or just protecting your privacy by not giving out your real phone number.").

[1194] MacCormack Report, footnote 206 ("Although a larger share of [BP Mobile's] revenue (73%) is in the Business genre, I evaluate it here since its largest app, iScanner PDF, automates document processing and is more aligned with other apps in the Productivity genre."), ¶ 273 ("Workflow Tools is a group of three App Store genres – Productivity, Developer Tools, and Utilities – all with a common goal of providing tools to facilitate, streamline and optimize various types of tasks.").

[1195] Watson Rebuttal Report, Sections III, IX.C.2.

b. Unreliable, unsupported, and conceptually incorrect classifications of fixed costs as variable costs, thereby inflating marginal costs and reducing margins.

c. Arbitrary and inconsistent aggregation of developer-level costs, which he designates as royalty and UAR costs, to the genre level.

d. Arbitrary and subjective decision to treat infrastructure and maintenance and support costs as the same across genres.

587. His claim that an analysis of revenues and costs incurred by app developers at the user-level is more appropriate than at the transaction-level is misaligned with the McFadden/Song model, which is based on the marginal costs of an app download or in-app purchase, i.e., an app transaction. Furthermore, his classification of costs as fixed or variable is neither conceptually sound nor borne out in the Developer Cost Data, which leads him to make several unsupported and flawed assumptions. In his attempt at estimating developer level variable costs and in aggregating these costs to the genre group level, Professor MacCormack makes several inconsistent methodological choices. In addition, he substitutes his subjective judgement for the variable costs he calculates from the Augmented Developer Cost Data to ultimately determine his margin ranges for the genre groups he created. However, estimating ranges for gross margins does not appear to be a standard approach that Professor MacCormack would usually adopt in conducting his academic research.[1196]

*10.2.1. Professor MacCormack conducts his marginal cost calculations based on users rather than paid transactions, which is the relevant cost measure for the McFadden/Song model*

588. Professor MacCormack claims to calculate each genre group's "variable costs as a share of revenue."[1197] He explains that he "believe[s] that users, rather than digital goods or services, are the appropriate unit of analysis for evaluating the economics of app developers" because "[m]easuring per-user revenues and costs captures all the expenses associated with offering products to users and facilitating user engagement[, which] … offers a comprehensive view of a

[1196] MacCormack Deposition, p. 44:5–17 ("Q. Were you asked to employ statistical techniques in reaching your estimates? A. I was just asked to do this the way that I would do it as if it was a research project in my field. Q. And have there been research projects that you've embarked on in the past that are similar to this one? A. I would say there are a few similarities, but calculating ranges is something that you're not often doing in academia. We're a little bit more interested in prediction.").

[1197] MacCormack Report, ¶ 90 ("Given my assignment is to assess the economic impact of the variable costs on developers, in this section, I apply the cost framework to application developers across various genres on the App Store and estimate ranges of variable costs as a share of revenue.").

developer's business, capturing important costs that might be missed by an analysis focusing only on digital goods."[1198]

589. However, Professor MacCormack's approach of calculating variable costs at the user-level is incompatible with the marginal costs for an app transaction upon which the McFadden/Song model is based. This makes the costs that Professor MacCormack calculates and the margin ranges he determines for each genre group inappropriate to apply to the McFadden/Song model.

*10.2.1.1 Professor McFadden's model is based on marginal costs for app downloads and in-app purchases*

590. As Professor Watson explains in more detail, Professor McFadden's model is based on the economic concept that firms maximize profits when they set marginal revenue equal to marginal cost.[1199] As noted by Professor McFadden, marginal cost "is the *increment*, or addition, to cost that results from producing one more unit of output."[1200] Professor McFadden also stated in his deposition that the unit of output in the McFadden/Song model corresponds to the app download and the in-app purchase content.[1201] Thus, for an app developer, the marginal cost for an app download is the increase in cost to the app developer for one more app download while the marginal cost for an in-app purchase is the increase in cost to the app developer for one more in-app purchase transaction.

---

[1198] MacCormack Report, ¶¶ 8 ("I believe that users, rather than digital goods or services, are the appropriate unit of analysis for evaluating the economics of app developers. Measuring per-user revenues and costs captures all the expenses associated with offering products to users and facilitating user engagement. Such an analysis offers a comprehensive view of a developer's business, capturing important costs that might be missed by an analysis focusing only on digital goods, which form a small part of the overall service delivered to users."), 37 ("While this approach may accurately measure unit profitability per product or digital good, it does not fully capture the business of developing and operating a mobile application.").

[1199] McFadden Report, ¶ 40 ("In economic terms, the profit-maximizing firm sets price at a level where the marginal revenue equals the marginal cost. The marginal revenue is determined by consumer demand, while the marginal cost is determined by the cost function.").

[1200] McFadden Report, footnote 37 ("Variable costs are often used as proxies for the marginal cost of a firm, which is the '*increment*, or addition, to cost that results from producing one more unit of output.'") (Emphasis in original); Carlton and Perloff (2015), p. 54 ("Associated with the concepts of total cost and variable cost is marginal cost (MC), which is the *increment*, or addition, to cost that results from producing one more unit of output") (Emphasis in original).

[1201] McFadden 2025 Deposition, pp. 135:3–11 ("[Q.] Is app download production output for a developer. That's all I asked. A. Yes. It's – it's – it's the – the delivery of the – of the app and the delivery of all the things that go with delivering the app. Q. So our in-app transaction is production output for the developer? A. The content that's provided through iAP, yes, I think it is."), 136:9–23 ("Q. What is the unit of output in your model? A. Well, in – in the damage analysis that I – I designed, the output is either a download or it's a – a unit of iAP content, which I treat iAP as a composite commodity at the app level. ... Q. Does your model treat app users as a unit of output anywhere? A. I'm not -- I don't think I understand the question. The model certainly is – is a model which specifies a demand equation for iAP content as – as – and, again, that's implicitly but not explicitly a composite.").

591. Marginal cost is related to but distinct from the concepts of variable and fixed costs. Variable costs "change with the level of output;" fixed costs "do[] not change as output increases."[1202] In this setting, a fixed cost for an app download would be, for example, the cost associated with creating the app while the variable costs for an app download would be the costs that change as more consumers download the app.

592. Central to Professor McFadden's model are marginal costs—specifically marginal costs associated with paid transactions. In particular, after Professor McFadden estimates the demand parameters based on the App Store Transaction Data, he calculates estimated marginal costs based on four equations. These equations provide the formula for the marginal cost of a paid download (with no in-app purchases), denoted by $c_{jt}^{d}$, and the marginal cost of in-app purchases, denoted by $c_{jt}^{IAP}$.[1203]

*10.2.1.2 Professor MacCormack incorrectly measures variable costs to acquire users rather than marginal costs for app downloads or in-app purchases, as required by Professor McFadden's model*

593. While Professor McFadden's model is based on the marginal cost of an additional app download or in-app purchase, Professor MacCormack does not attempt to estimate marginal costs from the developer productions or from other sources. Instead, he claims that "users, rather than digital good or services, are the appropriate unit of analysis for evaluating the economics of app developers."[1204] He justifies his user-based approach by stating that "measuring per-user costs and revenues over a given period offers a comprehensive picture, as it factors in all the expenses required to maintain and serve each user and reflects the broader economics of user engagement with the software."[1205] Professor MacCormack also points to the fact that developers commonly report metrics such as "monthly or annual Average Revenue per User (ARPU) and

1202 See Carlton and Perloff (2015), pp. 53–54, quoted in McFadden First Class Certification Report, footnote 250.

1203 McFadden First Class Certification Report, Appendix E, ¶¶ 36–37. These equations differ depending on the business models employed by the app (e.g., paid downloads only, paid downloads and in-app purchases, or in-app purchases only.)

1204 MacCormack Report, ¶ 8 ("I believe that users, rather than digital good or services, are the appropriate unit of analysis for evaluating the economics of app developers.").

1205 MacCormack Report, ¶ 36.

Average Revenue per Paying User (ARPPU)"[1206] and use these metrics "to evaluate [their] financial performance."[1207]

594. While it may be the case that app developers calculate metrics such as ARPU and ARPPU or analyze total costs and revenues to evaluate their performance, this does not change the fact that Professor McFadden's model determines prices for app downloads and in-app purchases based on the marginal cost of an app download or an in-app purchase.[1208] Moreover, the fact that prices are set based on the marginal cost for an additional good sold is a fundamental premise of economics.[1209]

595. Perhaps recognizing this inconsistency, Professor MacCormack acknowledges that "[a] different method of evaluation would be to consider the revenue and costs per digital good or service sold, such as a token in a game." He further states that "[i]n such cases, the cost of creating another unit (i.e., the marginal cost), is often extremely low, sometimes approaching zero,"[1210] which confirms the important point I made in my Opening Report and that I discussed further in Section 9.4.1 and Section 9.5.2.[1211]

596. While Professor MacCormack agreed in his deposition that marginal costs and average variable costs are not "necessarily the same thing," he nevertheless rejects calculating marginal costs for a download or in-app purchase, claiming that "by focusing only on the costs of creating the digital goods, this approach does not account for all the other costs leading up to the revenue generated from the sale of the goods."[1212] Professor MacCormack also agreed that the variable

---

[1206] MacCormack Report, ¶ 36 ("Indeed, interest in users as the unit of analysis is reflected in metrics commonly used and reported by software developers, such as monthly or annual Average Revenue per User (ARPU) and Average Revenue per Paying User (ARPPU).").

[1207] MacCormack Report, ¶ 348 ("Since users' purchases can be tracked through unique identifiers or payment accounts, tracking revenues by user or user type is a straightforward endeavor – this is reflected by the Average Revenue per User (ARPU) and Average Revenue per Paying User (ARPPU) metrics commonly used by developers to evaluate financial performance.").

[1208] McFadden Report, Section IV.

[1209] Mankiw (2018), p. 284 ("We have learned that when you buy a good from a firm in a competitive market, you can be assured that the price you pay is close to the cost of producing that good. In particular, if firms are competitive and profit-maximizing, the price of a good equals the marginal cost of making that good.").

[1210] MacCormack Report, ¶ 37.

[1211] Hitt Opening Report, Section 9.2.1, ¶ 336 ("Zero or minimal marginal costs are common for products in digital markets because, unlike with physical goods, once app developers have invested in the fixed costs associated with developing the digital content, there are essentially no costs to replicate the content infinitely many times.").

[1212] MacCormack Report, ¶ 37. See also MacCormack Deposition, pp. 92:10–93:10 ("Q. Do you have any understanding as to whether marginal cost and an average variable cost are necessarily the same thing? A. I – I don't think they're necessarily the same thing. Q. Are they the same for app developers? A. No – not to my knowledge. Q. If they are different for app developers, which one are you measuring in this case, marginal cost or average variable cost? A. I've been asked – my assignment was to measure gross margins for each genre and to do that in a very specific way where I

costs for developers used in his analysis are not the same as the variable cost of an app download or that of an in-app purchase transaction as estimated in the McFadden/Song model.[1213] Professor MacCormack points to costs for developers "to create the digital good and to build the broader functionality to enable users to access and use it" as well as the "cost of marketing or advertising their application to potential users" as necessary costs developers incur to engage users to consume the digital good.[1214]

597. Once again, Professor MacCormack's justifications fail to consider that the McFadden/Song model—as Professor McFadden acknowledged in his deposition[1215]—relies on the marginal costs of paid digital transactions, such as paid app downloads and in-app purchases.[1216] While developers may incur costs to build an app or to advertise to consumers, they do not generate any revenue in Professor McFadden's model until a paid download or in-app purchase occurs, and the incremental cost for such a transaction equals the marginal cost of the transaction, not the costs incurred previously.[1217]

598. Indeed, additional in-app purchases can occur for many apps without the need to acquire an additional user, and acquiring additional users of an app does not ensure additional in-app

identify set or four buckets of variable costs, and then to work out what the margin is after subtracting those variable costs from a revenue figure. In accounting terms, this is often called a contribution margin. Here, I call it a genre gross margin because I'm only taking account of the four major variable cost buckets that I identified, and there may be other variable costs in an accounting contribution margin.").

1213 MacCormack Deposition, pp. 147:4–149:3 ("Q: Okay. Have you in your work identified the variable costs that app developers incur per download? A. I've identified the variable costs relative to the revenues that are generated by the user. Q. Per download? [] A. Per – per download was not a part of my assignment. Q. Okay. And then if you look further in the next line, you'll see there's another variable, C, with a superscript IAP and a subscript T. Do you see that? A. Yes. Q. And that's described as the variable costs the app developer incurs per IAP transaction. Do you see that? A. I do. Q. Do you know what role that variable plays in Professor McFadden's model? A. I don't. Q. Is that a variable cost you have estimated in your work? A. I have estimated the variable costs relative to revenues because – as noted before. Q. Specifically for IAP transactions? A. The subpoena asked for – for paid users, and in some cases, that information was available; in other cases, not. So in the report, we – or I outline why the – the assumptions under which it would be reasonable to use the – the margins in aggregate versus the margins only for a paid user. Q. You note here that Professor McFadden distinguishes between the variable cost of an app download and the variable cost of an in-app purchase transaction. Do you find those variable costs to be different based on your own work in this case? A. I'm only capturing at an aggregate level, so I can't disentangle from the subpoena data that I have.").

1214 MacCormack Report, ¶ 38.

1215 McFadden 2025 Deposition, pp. 135:3–11 ("[Q.] Is app download production output for a developer. That's all I asked. A. Yes. It's – it's – it's the – the delivery of the – of the app and the delivery of all the things that go with delivering the app. Q. So our in-app transaction is production output for the developer? A. The content that's provided through iAP, yes, I think it is."), 136:9–23 ("Q. What is the unit of output in your model? A. Well, in – in the damage analysis that I – I designed, the output is either a download or it's a -- a unit of iAP content, which I treat iAP as a composite commodity at the app level. ... Q. Does your model treat app users as a unit of output anywhere? A. I'm not – I don't think I understand the question. The model certainly is -- is a model which specifies a demand equation for iAP content as – as – and, again, that's implicitly but not explicitly a composite.").

1216 See Section 10.2.1.1. See also Hitt Opening Report, Section 4.1 ("The relevant product for a competition analysis in this matter is an "app transaction," which includes app downloads, app updates, and in-app purchases.").

1217 McFadden Opening Report, Section D.1.

purchases. For example, Epic, the developer of the game Fortnite, can generate additional revenue from selling the in-game currency, V-bucks, to existing game players.[1218] For these additional sales, Epic does not incur costs associated with developing or modifying the game or advertising to acquire new users; instead, the only costs it incurs, if any, would be the cost associated with selling the additional V-bucks to the existing user.[1219] On the other hand, Epic can incur significant costs advertising Fortnite on billboards to attract new users without that necessarily increasing the number of V-bucks sold.

599. Ultimately, by focusing on "per-user revenues and costs,"[1220] rather than costs for downloads and in-app purchases, Professor MacCormack's margin ranges fail to capture the costs relevant for Professor McFadden's model and therefore cannot be appropriately applied as margin constraints in Professor McFadden's model.

600. Overall, there are several inconsistencies and important distinctions between Professor MacCormack's approach to estimating his gross margin ranges and the use of margin bounds in the McFadden/Song model. These inconsistencies likely arise from Professor MacCormack's lack of understanding of the McFadden/Song model and how margin bounds are applied in that model, which lead him to estimate flawed margin ranges that are entirely unrelated and fundamentally unfit to be used as margin bounds.[1221]

[1218] See Trial Transcript, *Epic v. Apple*; Sweeney Testimony, pp. 188:18–21 ("Q. And a player will use, I believe you called them real money transactions to purchase virtual currency in the form of V-Bucks; correct? A. Yes."), 189:9–11 ("Q. So it's the sale of V-Bucks that generates the revenue for Epic Games; correct? A. Yes.").

[1219] As I have discussed, Epic's CEO has stated that Epic does not incur any marginal cost for the sale of V-bucks. Trial Transcript, *Epic v. Apple*; Sweeney Testimony, p. 190:14–16 ("A. There is no cost to a V-Buck. There's cost in developing the software, but the V-Bucks themselves don't have a marginal cost.").

[1220] MacCormack Report, ¶ 8 ("Measuring per-user revenues and costs captures all the expenses associated with offering products to users and facilitating user engagement.").

[1221] See MacCormack Deposition pp. 144:16–146:2 ("Q. We talked earlier about how you did look at, for example, the 2021 report of Professor McFadden. Did you review his specification of his model? A. I did not. I'm not an economist, so the model's not really something I would necessarily have a strong understanding of. Q. Did you review the portions of Professor McFadden's report or reports that discussed the so-called margin constraints? A. No. Q. Are you familiar with the term 'margin constraints' or 'margin bounds'? A. I mean, I've heard it just in general, but, no, I'm not. Q. Were there other portions of Professor McFadden's reports that you focused on when you looked at the reports? A. Well, this was back, you know, primarily when this was kicking off and just to get an understanding of, okay, in general, what's – what's the – what is the context for my assignment. So that was really what I was doing. Q. Did you understand the topic of margin constraints to be part of the context of your assignment? A. No. My assignment was – was actually very specific and was about providing gross margin ranges. Obviously, I understood that this was going to be an input to his model, but the precise way that that would be manifested in the model was not something that I tried to dig into.").

*10.2.2. Professor MacCormack assumes without basis that all the costs he includes in his calculations are variable costs rather than fixed costs*

601. Professor MacCormack considers four types of costs in his analysis—royalty costs, user acquisition and retention (UAR) costs, infrastructure costs, and maintenance and support costs—and he claims that these costs "vary with the number of users and hence are variable costs."[1222] However, these categorizations appear to be based on his subjective judgement, as he does not provide any theoretical support grounded in the academic or practitioner literature to divide costs in this way.

602. Perhaps more importantly, he does not provide any empirical analyses in support of his claim that these costs are indeed variable costs or that these costs "change with the number of users and generally increase as an application reaches a larger user base."[1223] This is important because the relevant construct for economic analysis of pricing is marginal cost of the good being priced (in this case, paid downloads and in-app purchases). While marginal cost may be related to variable cost, it should be unrelated to fixed cost. By categorizing potential fixed costs as variable costs, Professor MacCormack ends up inflating total variable costs, which reduces margins and potentially causes the McFadden-Song model to predict a greater impact of a commission rate change on prices.

603. As previously discussed, a variable cost is a cost that "change[s] with the level of output," while a fixed cost "does not change as output increases."[1224] As explained by Datar and Rajan (2018), "costs are defined as variable or fixed for a specific activity and for a given time period."[1225] While Professor MacCormack acknowledges the importance of factors, such as time horizon,[1226] in classifying costs as either fixed or variable, he does not analyze whether any of his proposed variable costs, i.e., royalties, UAR, infrastructure, and maintenance and support costs, indeed possess the defining characteristics of variable costs. In deciding whether a given cost is

---

[1222] MacCormack Report, ¶¶ 9–10 ("I identify five types of variable costs that developers incur during the lifecycle of an app: royalty costs, user acquisition and retention (UAR) costs, infrastructure costs, maintenance & support costs, and distribution & payment process costs... I exclude distribution & payment processing costs – covered by the App Store commission – from my analysis and rely on the information provided by counsel instead.").

[1223] MacCormack Report, ¶ 50.

[1224] See Carlton and Perloff (2015), pp. 53–54, quoted in McFadden First Class Certification Report, footnote 250.

[1225] Srikant M. Datar and Madhav V. Rajan, *Horngren's Cost Accounting: A Managerial Emphasis*, Sixteenth Edition (Hoboken, NJ: Pearson, 2018), p. 32 (Emphasis removed).

[1226] MacCormack Report, ¶ 51 ("While certain costs are variable in the long-run and depend directly on the number of users, there may be times when they appear to be fixed. This could be due to a multitude of factors ranging from the time horizon that is considered in the analysis to the idiosyncratic choices of developers."), MacCormack Deposition, p. 128:6–18 ("Q. Do you agree that a – that the time horizon is one of the key factors in deciding whether a cost is variable or fixed? A. I – it certainly is from the point of view of accounting definitions as to what do we consider these staffing costs fixed? Certainly buildings. You know, you have to expand your campus at some point if you're growing. You know, here there is the potential to actually look at some of the long-term correlations between costs to see if they change.").

fixed or variable, he does not seem to analyze the effect of time horizon in identifying variable costs in his data. He simply states that he was generally provided an annual snapshot of costs, and while he says there was potential to evaluate "long-term correlations between costs to see if they change," he did not do so.[1227] In contrast, Dr. Song stated in his deposition that Professor McFadden's model considers marginal costs as changing on a monthly basis,[1228] suggesting that an annual horizon is inappropriately long. As discussed more below, Professor MacCormack makes other unsupported assumptions and subjective judgements in classifying developers' produced cost data as variable, at times disregarding developers' clear statements in their subpoena responses that certain costs are not variable.

604. First, Professor MacCormack claims that the amounts reported as "Sales & Marketing Expenses" by Activision Blizzard, Electronic Arts, and Take-Two Interactive are variable costs and uses the reported amounts to assess the UAR costs for developers in the Games genre.[1229] He goes on to apply this information to "establish the lower end of the range for UAR costs [for apps in the Games genre] to be 15%."[1230] However, sales and marketing expenses reported by firms often include costs that are unlikely to vary with the number of users. For instance, Take-Two Interactive reported in its Form 10-K for the fiscal year ended March 31, 2023, that its "Selling and marketing" expenses increased to $1,593 million from $516 million in the prior year primarily due to reasons such as "higher amortization related to intangible assets related to [its] Zynga acquisition" and "higher personnel expenses for additional headcount, including related to [its] acquisition of Zynga."[1231] As another example, Professor MacCormack incorrectly classifies the entire "Sales and marketing" expenses reported by Roblox as variable UAR costs despite Roblox stating in its 10-K that these expenses include "personnel costs and allocated overhead for [its] marketing, business development, and developer relations functions."[1232]

[1227] MacCormack Deposition, p. 128:15–129:7 ("[A.] You know, here there is the potential to actually look at some of the long-term correlations between costs to see if they change. … Q. Well, when you say 'here,' what is the time horizon that is considered in your analysis of costs in this case? Is it, for example, more or less than a year? A. So the subpoena data is basically annual data. There were very few occasions where people tried to do it monthly, but there's not enough monthly data to basically use it. So we're really looking at sort of annual snapshots of costs. And so that's really kind of the time frame that is the basis for the analysis.").

[1228] Song Deposition, p. 188:13–21 ("A. Well, you should think of those costs not as a cost of downloading or cost of purchasing another unit of virtual currency. Those costs in Professor McFadden's model is the costs that are relevant for app developer's decision of what prices to charge on a monthly basis. So the unit of analysis is month app, not per download or per purchase.").

[1229] MacCormack Report, ¶ 216, Table 12.

[1230] MacCormack Report, ¶ 216.

[1231] See Take-Two Interactive Software, Inc., SEC Form 10-K for period ended March 31, 2023, filed on May 26, 2023, p. 40.

[1232] MacCormack Report, ¶ 219 ("Roblox … [spends] only 4 – 6% on Sales & Marketing (i.e., UAR initiatives)."). See, e.g., Roblox Corporation, SEC Form 10-K for period ended December 31, 2021, filed on February 25, 2022, pp. 83, 85.

Professor MacCormack does not present any analysis to suggest that any of these costs (much less all of these costs) are variable with the number of users.

605. Second, Professor MacCormack's estimates of royalties as variable costs are based on various flawed assumptions and unsupported claims [redacted], Professor MacCormack chooses to also incorporate information from Canva's website, which "claims that creators earn about 35% of revenue as royalties," [redacted][1234] Importantly, Professor MacCormack ignores the fact that costs that scale with revenue (i.e., ad valorem costs) are distinct from costs that scale with the number of users. As I discuss in Section 10.2.3, margin ranges calculated using ad valorem costs cannot be reliably applied to the McFadden/Song model. Moreover, Professor MacCormack does not consider the fact that his inferences based on Canva's royalty costs may not extend to other developers that incur minimum guaranteed royalty payments, which are typically independent of the number of users of an app. For instance, he reports the royalty costs for Glu Mobile ranging from 8 percent to 11 percent of its revenue,[1235] but he ignores the fact that this figure includes "minimum guaranteed royalty payments, which are payable regardless of the ultimate revenue generated from end users"[1236] and, as such, cannot be categorized as a variable cost in its entirety.

606. Additionally, Professor MacCormack classifies certain developers' cost data as variable or "NA" despite these developers specifically indicating in their production materials (i.e., letters and emails) that they do not have any variable costs to report for the requested cost categories (i.e., that the costs for these categories do not increase with the number of users). For instance, Circular (PixelCut) states in its production that its UAR costs "do not vary with the number of users."[1237] Nonetheless, Professor MacCormack includes Circular (PixelCut)'s UAR costs as variable costs for the developer.[1238] [redacted]

---

[1233] MacCormack Report, Table 18.

[1234] MacCormack Report, ¶ 255.

[1235] MacCormack Report, Table 11.

[1236] See Glu Mobile Inc., SEC Form 10-K for period ended December 31, 2019, filed on February 28, 2020, p. 75.

[1237] MacCormack Report Backup, Circular (PixelCut) Production, "RE: In re Apple iPhone Antitrust Litig., No. 4:11-cv-06714-YGR – Subpoena to Pixelcut Inc."

[1238] MacCormack Report Backup, "Imaging" workpaper, p. 18.

[redacted]

[redacted] As another example, BP Mobile indicates in its production that its maintenance and support costs are zero, stating "[t]here is no direct relationship between the growth of [the cost of developing (refining) mobile applications] and the increase in the number of users."[1241] Professor MacCormack however treats the maintenance and support costs of BP Mobile as "NA" for the developer instead of zero.[1242] [redacted].[1243]

607. As I discussed previously in Section 10.2.1.1, the McFadden/Song model is ultimately based on marginal costs for app downloads and in-app purchases, and a higher marginal cost (i.e., lower gross margins) would imply that commission rate changes will have a larger influence on consumer prices. However, even if it were appropriate to consider variable costs as marginal costs for the McFadden/Song model, as Professor MacCormack purports to, his analysis improperly classifies certain fixed costs as variable.

*10.2.3. Professor MacCormack inappropriately includes ad valorem costs when calculating his margin ranges*

608. Professor MacCormack includes all costs that he considers to be variable costs when calculating his margin ranges. However, he does not differentiate between costs per unit of output, i.e., a fixed dollar amount per app download or in-app purchase, and ad valorem costs, i.e., costs that are a percentage of revenue. By incorporating ad valorem costs in his margin ranges, the resulting margin ranges cannot be reliably applied to the McFadden/Song model. For

---

[redacted]

[1241] MacCormack Report Backup, BP Mobile Production, "Re: subpoena In re Apple iPhone Antitrust Litigation."

[1242] MacCormack Report Backup, "Workflow Tools" workpaper, pp. 19–21.

[1243] MacCormack Deposition, pp. 236:11–238:17 ("Q. We've had marked as DX-71 a document from Ethan Jacobs to Rourke Donoho – Donahue -- excuse me -- dated Friday, June 30, 2023. Have you seen this before? A. I don't -- I don't think so. Q. Okay. If you look at 1-A – Uh-huh. Q. – there's a question there referring to user acquisition performance marketing costs. 'Do any of those costs vary with the number of users?' There's a response that says, 'These costs do not vary with the number of users. Pixel cut sets weekly budgets for user acquisition performance marketing which it runs on the various ad platforms.' Does that refresh your recollection at all that you may have seen this document? A. I – I don't believe I have… Q. Okay. So we've marked as DX-72 an email from Mr. Donahue to a Ramie Snodgrass, with others in the copy field, dated Friday, April 12, 2024. Do you see that? A. Yes, I do. Q. Is this a document that you've seen before? A. I can't be sure, but I – it doesn't ring any bells… Q. We have now marked as Exhibit DX-73 a -- an email from Mr. Donahue -- at least the topmost part of the email is from Mr. Donahue to an Olga Borzenkova bearing the date Friday, April 19, 2024. Do you see that? A. Yes. Q. Do you recall having seen this email chain before? A. It's not something that triggers my memory.").

instance, as discussed in Section 10.2.2, [redacted] Canva shares 35 percent of revenue with its content creators.

609. As I discussed previously in Section 9.4.1, when developers have zero marginal costs for app downloads and in-app purchases, they will not change prices in response to a change in Apple's commission rate. The same is true if the developer has marginal costs for app downloads and in-app purchases that are entirely ad valorem. In this case, the price that maximizes profits is also the price that maximizes revenues, which in turn is also the price that maximizes the share of revenue that the developer retains after accounting for the ad valorem costs.

610. Many of the costs that Professor MacCormack analyzes and includes in his cost measures are such ad valorem costs. While it is not possible to determine whether costs are per unit or ad valorem for all of the developers in Professor MacCormack's data, since most developers do not provide sufficient detail, Professor MacCormack discusses in his report many examples of developers that pay ad valorem fees.[1244]

a. Professor MacCormack states that "Roblox … publishes large amounts of user generated content and offers generous revenue sharing agreements for popular creators."[1245] In his deposition, Professor MacCormack acknowledged that these revenue sharing agreements are a percentage of what consumers of Roblox pay for a particular in-app purchase;[1246] thus, these royalties are likely examples of ad valorem costs.

b. Professor MacCormack notes in his report that revenue share models are common for Education apps such as Udemy, which pays instructors 20–30 percent of revenue.[1247]

---

[1244] Song Deposition, p. 228:7–10 ("Q. Aren't royalty costs ad valorem? A. A – a lot of them – my understanding is a lot of them, they – they are."); MacCormack Deposition, p. 214:11–17 ("Q. Well, if – to the extent you have the information, if a royalty is charged as, say, for example, 20 percent of the price of a download or an in-app purchase, you would include that in your estimate; is that a fair statement? A. I think so.").

[1245] MacCormack Report, ¶ 149.

[1246] MacCormack Deposition, p. 216:5–21 ("Q. So in the case of digital transactions, that would be a percentage of the app download or a percentage of the in-app purchase? A. For Roblox specifically, the things that people -- give you an example. My son is a big aviation enthusiast, so he would design airports on Roblox, but then he could sell the airports to other people, and then he would get paid in some way. Q. He would get a percentage of what -- A. Of what -- Q. -- the other people pay? A. That's exactly right, yes. Q. And that would be an in-app purchase for the other people? A. Exactly.").

[1247] MacCormack Report, ¶ 288 ("Further research on various apps in this genre revealed that revenue share models are common and are generally negotiated between instructors and learning platforms. For example, Udemy's royalty compensation to instructors varies based on the customer and the sales channel and typically ranges from 20% to 30% of total revenue.").

Revenue sharing with instructors is another likely example of ad valorem costs as the instructors are typically paid as a percentage of what users pay.

c. Professor MacCormack also describes how when game developers publish games made by third-party studios, they often pay a share of revenue to the original designer.[1248] This constitutes a revenue sharing agreement between the game developer and the third-party studio, where the developer pays a percentage of the price of each purchase. It is thus likely an ad valorem cost for the developer.

d. Professor MacCormack states that in its Amazon Prime Video Direct program, Amazon shares about half of its revenue with participating content creators.[1249] This is also likely an ad valorem fee, as Amazon is paying creators a percentage of revenue Amazon receives for its offerings.

e. Twitch is described in Professor MacCormack's report as paying 50 percent of received revenues to third-party creators.[1250] This is another revenue sharing agreement. It is likely an ad valorem fee for Twitch because they pay creators a defined portion of their revenue.

f. Professor MacCormack describes how Zynga pays a game developer, World Poker Tour (WPT), 10 percent of net revenues it receives from virtual currency or sale of digital goods from the WPT-brand, minus platform distribution fees.[1251] This is likely an ad valorem cost for Zynga, as it pays WPT in proportion to the revenue it receives.

g. Professor MacCormack describes in his report how apps in the Books genre structure their royalties to authors as revenue sharing agreements as well, with a standard 20–25 percent rate as a share of revenue for eBooks and 25 percent for audiobooks.[1252] This likely

---

[1248] MacCormack Report, ¶ 207 ("[A]s mentioned in the previous section, in the event that a developer publishes games developed by third-party studios, they have to share a portion of the revenue generated from those games with the original developers, which is also a form of royalties.").

[1249] MacCormack Report, ¶ 231 ("Another example is the compensation received by the participants of the Amazon Prime Video Direct program – Amazon shares ~50% of its revenue with participating content creators for licensing and distributing their material.").

[1250] MacCormack Report, ¶ 255 ("A popular live streaming developer, Twitch, pays 50% of received revenues to third-party creators.").

[1251] MacCormack Report, ¶ 212 ("A joint license agreement submitted to the SEC between Zynga and WPT (World Poker Tour) stipulated that Zynga would pay WPT 10% of net revenues associated with 'the use of Paid Currency or in connection with the sale of Virtual Digital Goods derived from use of the WPT-brand on the Zynga platform, less… "Allowable Deductions"' which include 'platform distribution fees.'").

[1252] MacCormack Report, ¶ 298 ("If a book is distributed in a digital form as an eBook, which is commonly the case in a Reading app, the standard royalty rate is between 20% and 25% of revenue. In contrast, if the book is sold in an audio format, the standard royalty rate increases to 25%.").

constitutes an ad valorem fee as well because the book app developers pay a percentage of revenue to the authors.

h. YouTube is also shown by Professor MacCormack as likely paying ad valorem fees because it shares a defined percentage of net revenue from in-video purchases with creators.[1253]

611. For all of these apps, and likely many other apps, Professor MacCormack cannot determine the share of a developer's costs that are ad valorem versus unit costs or rule out that the developer only has ad valorem variable costs.

612. Moreover, Professor MacCormack's inclusion of ad valorem costs is another way that his margin ranges are inconsistent with the treatment of costs in the McFadden/Song model.[1254] The costs in the McFadden/Song model are per-unit marginal costs, and the model does not consider costs that are ad valorem.[1255] Putting aside all the other errors in Professor MacCormack's margin ranges, to at least be consistent with the McFadden/Song model in this regard, Professor MacCormack should have calculated per-unit costs for each of his four cost categories separately from ad valorem costs for each of his cost categories before calculating his margin ranges. However, Professor MacCormack did not, and almost certainly could not, given the lack of detailed information provided by developers, calculate developers' costs separately for per-unit costs and ad valorem costs.[1256]

*10.2.4. Professor MacCormack uses an inconsistent approach to calculating margins*

613. Professor MacCormack makes several unsupported assumptions and uses an unreliable methodology to aggregate the developer-level cost data and to calculate gross margins for the

---

[1253] MacCormack Report, ¶ 257 ("YouTube, which allows users to share original videos and monetize their content through its platform, shares 70% of its net revenue from in-video purchases to creators").

[1254] As I discussed in Section 10.2.1, Professor MacCormack's margin ranges are based on costs per user, which is inconsistent with the McFadden/Song model's treatment of costs, since the McFadden/Song model considers marginal costs for a download or in-app purchase.

[1255] This can be seen in equations (3), (4), and (5) in Dr. Song's report. In these equations, the cost variable in each equation is multiplied by quantity but not by price. Song Report, ¶¶ 141–145.

[1256] Professor MacCormack was instructed to exclude commissions and payment processing costs but not other ad valorem percentage costs, such as royalties. See MacCormack Report, ¶ 10 ("To calculate GGM values, I analyze and estimate averages for four of the variable costs noted above: royalties, UAR, infrastructure, maintenance & support. I exclude distribution & payment processing costs – covered by the App Store commission – from my analysis and rely on the information provided by counsel instead."); MacCormack Deposition, 214:18–215:5 ("Q. And you consider those kind of percentage royalties to be variable with the number of users? A. They are variable with the number of users or with the usage, and I fully expect and believe that there's a strong correlation between those two things. Q. Precisely speaking, they're variable with the amount of purchases, correct? A. So if we're -- they are at the level of the developer's cost structure. That's true.").

genre groups that he defines. Professor MacCormack attempts to account for the heterogeneity in the data produced by subpoenaed developers and for the incompleteness of the produced data by presenting his GGMs as ranges "rather than single precise values."[1257] While he acknowledges this inherent variation, Professor MacCormack makes the unsupported claim that "to ensure a maximally conservative approach, one must approximate Equation 4 [his calculation for GGM] and estimate ranges, rather than single values, within which the true cost shares, and consequently the GGMs, lie."[1258]

614. As I discussed earlier, while presenting data in ranges rather than as point estimates could potentially be more conservative by accommodating some uncertainty in data treatment, interpretation, or quality, that is not the case here. As Professor Watson discusses, the McFadden/Song model's estimates are often directly constrained by either the higher or lower bound of the margin ranges applied.[1259] In such circumstances, the exact value of the top or bottom of the margin range directly drives the calculation of but-for prices; imprecision in the boundaries of these ranges therefore translates directly into errors in the resulting but-for price estimates. Thus, for the McFadden/Song model to yield accurate results (even accepting the approach as reliable), correct boundary values are critical. Moreover, if Professor MacCormack's cost estimates are too high and resulting margins are too low, damages will be overstated.

*10.2.4.1 Modifying Professor MacCormack's margin ranges to capture margins for paid users results in much higher margins*

615. Professor MacCormack purports to "focus [his] analysis on the revenues and variable costs associated with paid users only" as he recognizes that his "estimates of GGMs are ultimately used to evaluate the demand for the developers' paid downloads and IAPs."[1260] However, Professor MacCormack's approach to calculating GGMs for paid users is complicated by the fact that the data produced by developers is not typically limited to just paid users.

---

[1257] MacCormack Report, ¶ 96 ("To account for the heterogeneity in technical designs and business models of apps even within a single genre, I estimate ranges for the GGM, rather than single precise values.").

[1258] MacCormack Report, ¶ 344 ("However, when cost information is limited (e.g., due to a small number of developers, incomplete disaggregated cost data, or insufficient insights into paid users) and considering the inherent variability in technical designs and business models – where apps even within the same genre or genre group share similarities but are never identical – it becomes impossible to estimate single, pointwise values for true variable cost shares. As a result, to ensure a maximally conservative approach, one must approximate Equation 4 and estimate ranges, rather than single values, within which the true cost shares, and consequently the GGMs, lie.").

[1259] Watson Rebuttal Report, Section IV.

[1260] MacCormack Report, ¶ 94.

616. In Appendix C of his report, Professor MacCormack acknowledges that the data produced by developers often provide "insufficient insights into paid users."[1261] However, he asserts that by applying some purportedly reasonable assumptions, he can estimate "cost shares and gross margins associated with paid users using aggregated data."[1262] In particular, Professor MacCormack's assumes that:

a. "[I]n general, such as in scenarios where paid users only generate digital revenue (e.g., via in-app purchases), variable costs of paid users are proportional to the revenue they generate," and

b. "[I]n scenarios where paid users also generate ancillary revenue, the share of ancillary revenue generated by paid users, and the associated variable costs incurred by a developer are proportional to the share of paid users."[1263]

617. The first of these assumptions implies that no variable costs for in-app purchases or paid downloads are allocated to most consumers, as most consumers of freemium apps make no purchases.[1264] As I show in Appendix 7, if instead all variable costs were allocated by number of users (as implied by his second assumption), then Professor MacCormack's calculated GGMs are too low and more accurately calculated GGMs are much higher. In Exhibit 31, I show the calculated GGMs based on the assumption that variable costs are allocated by number of users and based on his estimates of (1) the proportion of a freemium app's paid users within its total user base, and (2) the proportion of "digital revenues" out of the total revenues generated by the freemium app.[1265] As can be seen, the calculated GGMs are all close to 100 percent when modifying Professor MacCormack's inappropriate assumptions.

---

[1261] MacCormack Report, ¶ 344.

[1262] MacCormack Report, ¶ 349. ("[I]t is necessary to consider the assumptions required to estimate the cost shares and gross margins attributable to paid users given data that is insufficiently disaggregated. In this Section, I mathematically demonstrate that with reasonable assumptions, it is possible to estimate cost shares and gross margins associated with paid users using aggregated data.").

[1263] MacCormack Report, ¶ 350.

[1264] MacCormack Report, ¶ 47 ("According to industry reports, [] paid users generally constitute only 2-5% of a freemium app's user base.").

[1265] MacCormack Report, ¶ 45 ("I term paid downloads and IAPs as digital revenue and refer to earnings from sources like advertising as ancillary revenue.") (Emphasis removed).

***Exhibit 31***
***Calculated GGMs increase after modifying Professor MacCormack's inappropriate assumptions[1]***

| **Genre Group[2]** | **Total Variable Costs[3]** | **Professor MacCormack's Range of Average Gross Margin[4]** | **Adjusted Range of Average Gross Margin[5]** |
|---|---|---|---|
| Games | 24 – 50% | 50 – 76% | 97 – 99% |
| Music + Entertainment[6] | 55 – 89% | 21 – 45% | 94 – 97% |
| Social Networking + Lifestyle | 6 – 43% | 57 – 94% | 97 – 100% |
| Imaging – Photo & Video + Graphics & Design | 20 – 61% | 39 – 80% | 96 – 99% |
| Health & Fitness + Medical | 34 – 59% | 41 – 66% | 96 – 98% |
| Workflow Tools – Developer Tools + Productivity + Utilities | 18 – 55% | 45 – 82% | 97 – 99% |
| Education | 43 – 72% | 28 – 57% | 95 – 97% |
| Reading – Book + Reference + Magazine & Newspaper + News | 28 – 59% | 41 – 72% | 96 – 99% |
| Business + Finance | 8 – 51% | 49 – 92% | 97 – 100% |
| Sports | 20 – 64% | 36 – 80% | 96 – 99% |
| Navigation + Travel | 11 – 53% | 47 – 89% | 97 – 100% |
| Weather | 8 – 44% | 56 – 92% | 97 – 100% |

Source: MacCormack Report

Notes:
[1] Professor MacCormack estimates the share of total revenues that are digital revenues to be between 70 percent and 90 percent, and the proportion of paid users to be between 2 percent and 5 percent of a freemium app's user base. See MacCormack Report, ¶ 47. In the above table, I set the share of digital revenues to be 70 percent and the share of paid users to be 5 percent. This is aligned with Dr. Song's assumptions, except for the Music + Entertainment genre group where Dr. Song assumes the share of paid users to be 100 percent. See Song Report, ¶ 157.
[2] I have excluded Professor MacCormack's Others genre group because he calculates the GGM range for this category directly (without taking into consideration variable costs for these developers) and using the arithmetic means of the upper and lower bounds of the GGM ranges of the other 12 genre groups. See MacCormack Report, ¶ 340.
[3] These ranges reflect the "Total Variable Costs" line item found in Professor MacCormack's "Estimated Range of Variable Costs and Average Gross Margin" tables in Appendix B of the MacCormack Report for each of his 12 genre groups. See, e.g., MacCormack Report, Table 13 for the Games genre group.
[4] MacCormack Report, ¶ 362, Equation 15.c: $GM = 1 - \frac{C_{total}}{R_{total}}$

[5] The margins are rounded up to the nearest whole percent value. The alternative equation to calculate Gross Margin for freemium apps:

$$GM = 1 - \frac{U_{paid}}{(\alpha + (1-\alpha)U_{paid})} * \frac{C_{total}}{R_{total}}$$

[6] Professor MacCormack adjusts the lower bound of his range of "Average Gross Margin" from 11 percent to 21 percent. See MacCormack Report, ¶ 237, Table 15. My "Adjusted Range of Average Gross Margin" omits this adjustment and uses Professor MacCormack's calculated "Total Variable Costs."

618. Using these alternative margin ranges has a significant impact on the results of the McFadden/Song model. For instance, if I modify the margin constraints in the McFadden/Song model to use the margin ranges shown in Exhibit 31, the proportion of unharmed class members increases significantly to 15.9 percent.[1266]

[1266] See my workpapers. Note that when running the McFadden/Song model with these alternative margin ranges, I have kept Dr. Song's original margin constraints for the Others genre group (Catalogs, Food & Drink, Shopping, and Stickers genres).

*10.2.4.2 Professor MacCormack's adjustment for the supposed negative correlation between royalties and UAR costs is unreliable*

619. Professor MacCormack also applies assumptions that ultimately alter the calculation of his GGMs. When assessing royalties and UAR costs, instead of simply adding up the upper and lower bounds of his cost ranges for each genre group, he purports to adjust for the possibility that royalties and UAR costs are negatively correlated by adjusting the cost summation such that it results in narrower cost ranges. Without providing any reasonable or scientific basis, Professor MacCormack notes that "[w]hile a simple summation of the ranges is maximally conservative, these two costs are likely to be inversely correlated across many apps, regardless of genre, which is also evident in the data."[1267] In particular, he calculates a correlation coefficient of -0.34 between UAR and royalties at the developer level based on 23 developers that report both royalty costs and UAR costs. From this he concludes that developers that spend less on UAR incur higher royalty expenses and vice versa.[1268] Professor MacCormack attempts to account for this supposed negative correlation by adjusting how he adds together his estimated ranges of royalties and UAR costs for each genre group by assuming that developers with "high royalties will incur no more than the midpoint of the range of UAR costs (and vice versa)."[1269] These adjustments are arbitrary and unscientific.

620. As an initial matter, his actual correction method has no basis in the data or in any other reference material. First, Professor MacCormack's adjustment based on midpoints is completely unrelated to the specific negative correlation, -0.34, between royalties and UAR costs, making his approach arbitrary and unreliable. Second, Professor MacCormack does not indicate what level of royalty or UAR expenses are considered high enough to prompt this adjustment. He instead purportedly makes this adjustment to "avoid yielding wide GGM ranges,"[1270] without providing any explanation about what constitutes a "wide range" for his GGMs and the potential

[1267] MacCormack Report, ¶ 345 ("As dictated by Equation 4, after estimating variable cost share ranges, I need to calculate their sum and subtract it from one to arrive at the GGM range. I perform a simple summation for all but two costs: royalties and UAR. While a simple summation of the ranges is maximally conservative, these two costs are likely to be inversely correlated across many apps, regardless of genre, which is also evident in the data.").

[1268] MacCormack Report, ¶ 187 ("To test the extent to which the inverse compensatory dynamic is reflected in the Augmented Developer Cost Data, I calculated the correlation coefficient between UAR and royalty costs at the developer level. The dataset provides a total of 23 developer level UAR / royalty cost pairs across all genres. The correlation between royalties and UAR costs across all genres at the developer level is -0.34, which indicates that developers who spend less on UAR initiatives incur higher royalty expenses.").

[1269] MacCormack Report, ¶ 188 ("Instead of simply summing the upper and lower ends of the two cost ranges, I assume that a developer with high royalties will incur no more than the midpoint of the range of UAR costs (and vice-versa).").

[1270] MacCormack Report, ¶ 345 ("Therefore, to account for this inverse relationship and avoid yielding wide GGM ranges, I adjust the sum of royalties and UAR costs across all genres, as outlined in Section 7.5.").

issues that could arise from applying a "wide GGM range" in the context of the McFadden/Song model.

621. Additionally, Professor MacCormack applies this adjustment to all genres with royalty and UAR costs, but he does not show that the negative correlation between royalty and UAR costs holds for each genre. He appears to assume that these cost categories are correlated as the presence of "widely recognized and trending" third-party content may draw in users and allow developers to reduce their UAR spend.[1271] However, for many of the subpoenaed developers that provided royalty cost data, these royalty costs are likely not used for recognizable third-party content, but rather to license data necessary for operating the app. For instance, in the Business + Finance genre group, the royalty costs paid by Real Estate Portal USA are apparently used to acquire map and property boundary data, while the royalty costs for TelTech Business appear to be costs incurred to "enable compatibility with third-party document sharing platforms such as Google Drive and Dropbox."[1272] Likewise, in the Navigation + Travel genre group, both companies included in Professor MacCormack's UAR and royalty correlation analysis appear to incur royalty costs for data and technology for app function, rather than for popular third-party content.[1273] Even if Professor MacCormack's correlation adjustment was appropriate for genres that use "popular" and "recognizable third-party content," royalty costs incurred by other genres

[1271] MacCormack Report ¶ 186 ("In my experience advising software and mobile businesses, licensing popular third-party content often helps developers attract users, thereby reducing their UAR costs. For instance, when apps feature popular third-party content, such as games with recognizable characters, or Reading apps with the latest bestsellers, they become intrinsically attractive to users and often reduce the need for the developer to invest in substantial UAR initiatives. In contrast, if such apps choose to feature little to no notable third party content, they will not benefit from the influx of users that would gravitate towards widely recognized and trending material. Users' gravitation towards recognizable third-party content leads to an inverse, compensatory dynamic between the two types of costs – royalty expenses incurred for featuring third-party content often correspond to reduced UAR spendings.").

[1272] MacCormack Report Backup, "Business + Finance" workpaper, pp. 7 ("'Data acquisition' is attributed to Royalties in [8]. Real Estate Porta USA's app 'LandGlide' relies on mapping data and property boundary data. Such data is often licenced [*sic*] at a rate than [*sic*] varies with usage, emulating a royalty cost."), 9 ("License fees are described in an email correspondence contained in TelTech's production as 'fees are for third party API or third party content that are used within the app.' They further go on to say that these may or may not be variable depending on the arrangement. Absent further infomation [*sic*] regarding the specific arrangements with respect to TelTech's 'TapeACall' app, I treat them as variable here and assign them to Royalties in [8] (though their share is negligible). From TapeACall website [*sic*] it seems likely that these are incurred to enable compatibility with third-party document sharing platforms such as Google Drive and Dropbox.").

[1273] TelTech Travel incurs royalty costs for map data and flight schedules. See MacCormack Report Backup, "Navigation + Travel" workpaper, p. 6 ("Like 'Marketing', in an email correspondence included in production, TelTech state [sic] that licensing may or may not vary with users. Given 'Planes Live' tracks planes, there is likely third-party integration with flight scheduling and mapping data, as such I treat this as variable and attribute to Royalties in [8]."). TomTom reports royalty costs for maps and speed camera data. See MacCormack Report Backup, TomTom Production, "FW in re Apple iPhone Antitrust Litigation" ("The Royalties and Licensing Costs includes the costs and fees that TomTom had to pay to license certain information for its products, including specific maps and speed camera data. After 2015, the company developed the internal resources that eliminated the need for further licensing or royalty fees.").

are likely for app functionality, rather than "popular" content that could reduce the need for UAR spend, and are thus unrelated to his purported mechanism.[1274]

*10.2.4.3 Professor MacCormack's calculated costs are not consistent across developers*

622. Professor MacCormack's calculations of costs as a share of revenue across developers are inconsistent for many reasons, making his costs incomparable across developers and resulting in unreliable GGMs.

623. First, Professor MacCormack sometimes uses a proxy for revenue to calculate his "Variable Costs as % of Revenue." For example, for Pocket Gems, a developer in the Games genre group, Professor MacCormack uses "Gross Bookings" as a proxy for revenue, whereas for other developers who have both a revenue field and gross bookings field in their produced data, such as Big Fish Games, another developer in the Games genre group, Professor MacCormack uses the revenue field.[1275]

624. Second, for some developers, Professor MacCormack considers cost and revenue data limited to iOS, while for other developers he considers cost and revenue data for mobile apps (but not just iOS apps), and still for others he considers cost and revenue data across mobile and non-mobile apps. Specifically, of the 71 developer submissions in Professor MacCormack's Developer Cost Data, 20 developer submissions provide cost data exclusively for iOS and the remaining 51 developer submissions provide cost data across platforms. In terms of data on revenue, 21 developer submissions provide revenue data exclusively for iOS and the remaining 50 developer submissions provide revenue data across platforms. Additionally, for 20 of the 71 developer submissions, the revenue data includes ancillary revenue, i.e., inclusive of advertising or other revenues.[1276] Professor MacCormack does not analyze the consequences of such lack of uniformity in the revenue and cost data used in his GGM calculations.

625. For example, for The Athletic, a developer in the Sports genre group, Professor MacCormack uses iOS gross bookings as a proxy for revenue and considers App Store specific

[1274] MacCormack Report ¶ 186 ("In my experience advising software and mobile businesses, licensing popular third-party content often helps developers attract users, thereby reducing their UAR costs… Users' gravitation towards recognizable third-party content leads to an inverse, compensatory dynamic between the two types of costs – royalty expenses incurred for featuring third-party content often correspond to reduced UAR spendings.").

[1275] MacCormack Report Backup, "Games" workpaper, p. 10 ("Absent revenue information, I use Pocket Gem's produced 'Gross Bookings' as a proxy, noting that bookings are recorded at the time of the transaction rather than incurred over the time of use. Bookings are often larger than revenues, which may in turn bias my cost share estimates downwards."); MacCormack Report Backup, "Games" workpaper, pp. 14–15.

[1276] See my workpapers.

advertising costs to calculate supposed UAR costs as a share of revenue.[1277] However, for Glu Mobile, a developer in the Games genre group, the revenue and costs Professor MacCormack uses to calculate variable cost percentages are associated with apps on mobile devices broadly and not restricted to iOS.[1278] Meanwhile, for LinkedIn, Professor MacCormack includes revenue and costs across the entire LinkedIn business without restricting to iOS apps or mobile apps specifically.[1279] Professor MacCormack provides no justification that costs as a share of revenue specifically for iOS apps—the relevant metric for the McFadden/Song model's analysis of iOS app pricing—would be similar to costs as a share of revenue for mobile apps or for all apps that a developer offers across many different devices.

626. Third, when revenues and costs are not reported at the same level of aggregation by a developer (e.g., one is restricted to a specific purchase channel and the other is not), Professor MacCormack does not employ a consistent method to calculate costs as a share of revenue. For example, Dwell, a developer in the Reading genre group, reports variable costs across purchase channels but only revenue specifically for its iOS app. To calculate an approximate share of costs specific to its iOS app, Professor MacCormack multiplies the reported costs across all channels by the iOS app's revenue as a share of total revenue.[1280] In doing so, Professor MacCormack makes the unsupported assumption that the iOS app's share of total costs is equal to the iOS app's share of total revenue.[1281] FitNow, a developer in the Health & Fitness genre group, likewise reports variable costs across purchase channels but revenue specifically for its iOS app. However, instead of following the approach he took for Dwell and scaling total costs based on the share of total revenue from the iOS app, Professor MacCormack instead aggregates revenue across channels to match the aggregated costs for FitNow.[1282]

627. Professor MacCormack's assumption that "variable cost shares [for royalties, UAR, infrastructure, and maintenance and support] faced by developers are similar across platforms," and therefore his rationale that he can treat costs as a share of revenue across platforms as a proxy for costs as a share of revenue specifically for iOS apps, is without basis.[1283] Professor MacCormack offers no support for this assumption beyond his "experience of software

---

[1277] MacCormack Report Backup, "Sports" workpaper, p. 2.

[1278] MacCormack Report Backup, "Games" workpaper, pp. 8–9.

[1279] MacCormack Report Backup, "Business + Finance" workpaper, pp. 2–3.

[1280] MacCormack Report Backup, "Reading" workpaper, pp. 2–3.

[1281] Professor MacCormack acknowledges this assumption. See MacCormack Report Backup, "Reading" workpaper, p. 2 ("To estimate iOS costs I assume that the iOS share of costs is equal to its share of revenue.").

[1282] MacCormack Report Backup, "Health + Fitness" workpaper, pp. 22–23.

[1283] MacCormack Report, ¶ 347 ("I am implicitly assuming that variable cost shares faced by developers are similar across platforms.").

development."[1284] It is not clear why variable costs for iOS apps, as a percentage of the revenue generated from the iOS app, should be the same as those for other non-iOS apps. Here Professor MacCormack also indirectly assumes that the profit margins across iOS apps and non-iOS apps are all identical, which is a flawed and unsupported assumption.

628. Fourth, Professor MacCormack only considers individual apps for some developers but for other developers he aggregates across apps. When a developer produces separate records for different apps (e.g., Disney's separate productions for Disney+, ESPN+, and Hulu, and TelTech's separate productions for apps in the Business, Travel, Utilities, and Weather genres), Professor MacCormack treats each app separately in his analysis.[1285] However, if a single developer produces revenue and cost data combining together multiple apps, as is the case for AIBY, Professor MacCormack uses the aggregated app data in his analysis.[1286] Here, again, Professor MacCormack's analysis is inconsistent across app developers, and he does not analyze the effect of such inconsistencies on his estimates of variable cost ranges.

629. In sum, these four examples of inconsistencies in how Professor MacCormack calculates costs across developers based on produced data illustrate how his methodology is unreliable and cannot accurately calculate margin ranges for his genre groups.

*10.2.4.4 Professor MacCormack's decision to calculate royalty and UAR costs separately for each genre group while setting the infrastructure costs and the maintenance and support costs for each genre group to single ranges across all genres is ad hoc and unreliable*

630. Before extrapolating the developer-level variable cost ranges to the genre group-level, Professor MacCormack conducts a "symmetry analysis" to "determine whether a given variable cost warrants individual estimation for each genre."[1287] He concludes that royalties and UAR exhibit "significant heterogeneity" and therefore he "estimates[s] their cost shares individually

[1284] MacCormack Report, ¶ 347 ("In my experience of software development, this is a reasonable assumption for the four cost categories being analyzed.").

[1285] MacCormack Report, ¶ 99 ("For a large majority of the subpoenaed developers, the submitted records pertain to a single app. However, there are two exceptions to this. First, some app developers e.g., Disney, TelTech Systems, submitted separate records for separate apps.").

[1286] MacCormack Report, ¶ 99 ("For a large majority of the subpoenaed developers, the submitted records pertain to a single app. However, there are two exceptions to this… Secondly, in some cases e.g., AIBY Incorporated, a single developer submission contains aggregated revenue and cost data pertaining to multiple apps.").

[1287] MacCormack Report, ¶ 119 ("First, to understand how each variable cost varies between genres, I conduct a symmetry analysis… The results of this analysis are used to determine whether a given variable cost warrants individual estimation for each genre.").

for each genre group."[1288] On the other hand, infrastructure and maintenance and support costs, he concludes, "exhibit much greater symmetry across genres," so instead of estimating these costs on a genre-by-genre basis, he instead estimates a single range for all genre groups.[1289] This "symmetry analysis" methodology is ad hoc, not rigorous, and based on unsupported assumptions. The decision to use genre group-level cost shares for two cost categories, but genre group agnostic cost shares for the other two cost categories, is arbitrary and unreliable.

*10.2.5. Professor MacCormack ultimately substitutes his subjective judgement to determine average margins for different types of apps in place of his already flawed calculations of variable cost shares based on the produced developer data*

631. While Professor MacCormack claims to rely on financial information from 71 developer submissions provided by 68 unique developers,[1290] in reality, after analyzing the costs for each developer with available data, Professor MacCormack often chooses to disregard the produced data and set his margin ranges based on his subjective opinion or other information. In particular, Professor MacCormack states that "the incompleteness and heterogeneity of the data provided … makes this task [of determining GGMs] significantly more complex, calling for the usage of additional sources and the estimation of less precise values."[1291] This approach, however, is unreliable and ad hoc.

632. As an example of the subjectivity employed by Professor MacCormack in his data analysis, I show in Appendix 6 how Professor MacCormack excludes a significant number of the data points he purports to use based on his subjective decision making. In Table 10 of his report, Professor MacCormack indicates that he uses 139 data points for royalties and 273 data points for UAR costs (where a data point is a year of data for a given developer submission).[1292] However, in reality, he uses about 73 percent of those data points: 102 for royalties and 199 for UAR costs. Many of the data points he claims to use in Table 10 of his report are later removed from his analysis based on his judgement and various other subjective reasons. For instance, he sometimes deems particular cost data as too small, too large, or too plausibly incomplete to be

---

[1288] MacCormack Report, ¶ 130 ("In summary, I find significant heterogeneity in royalty and UAR costs across different genres and therefore estimate their cost shares individually for each genre group.").

[1289] MacCormack Report, ¶ 130 ("By contrast, the infrastructure and maintenance & support costs are considerably smaller in magnitude and exhibit much greater symmetry across genres, allowing for the estimation of a single range applicable to all genre groups.").

[1290] MacCormack Report, ¶¶ 11 ("To perform my analysis, I was provided with 71 records of usable financial information from 68 unique developers."), 99 ("Out of the 114 submissions, 43 were excluded from the analysis due to incomplete or otherwise unusable information. I therefore consider the remaining 71 submissions in my analysis.").

[1291] MacCormack Report, ¶ 144.

[1292] MacCormack Report, Table 10.

used.[1293] Because Professor MacCormack makes subjective judgements on which data to include and which data to exclude, he likely cannot distinguish or demonstrate the extent to which his GGMs are driven by the data versus his own subjective judgement, especially since he makes adjustments for nearly 27 percent of the data points. Additionally, Professor MacCormack elects not to use available data for royalties and/or UAR costs for 22 unique developer submissions, and he opts to overwrite all of the developer-specific infrastructure costs and maintenance and support costs in favor of one cost share range per category across all of his genre groups.[1294] This demonstrates Professor MacCormack's inconsistent approach and lack of a scientific methodology to analyzing developers' cost data in a systematic and replicable manner.

633. Professor MacCormack's adjustments to his estimated royalty cost range for Imaging apps provides an example of his subjective approach. Professor MacCormack's data include two developers with non-zero royalty costs.[1295] [redacted]. [redacted]. Professor MacCormack therefore calculates an Interquartile Range ("IQR") of 0 to 6 percent.[1296] However, he then claims that based "upon a closer inspection of the genre," he ultimately sets a range of 0 to 30 percent.[1297]

---

[1293] See, e.g., MacCormack Report, ¶¶ 303 ("On the lower end, data from Scribd and Gospel Technologies reports cost shares with averages ranging from 1-3%. Although these values diverge from the rest of the reported numbers far less than the high values of Hallow and Telepathic, the presence of as many as six data points exceeding these values leads me to believe that they are likely too small to be reflective of the genre average. I therefore use the central four developer means to estimate that the average developer in the genre incurs a UAR cost share of 11 – 26%."), 247 ("Life360 clearly stands out among the five developers, reporting a UAR cost share of 58% – 30% more than the second highest UAR spender Bumble. This figure is highly unlikely to reflect an average Social Networking + Lifestyle developer's spendings on UAR activities. Indeed, if I compare this value to the typical LTV/CAC target of developers ranging between 20 and 33%, Life360's UAR expense is extreme. For these reasons, I consider this figure an outlier and remove it from consideration."), 320 ("I note that the UAR Costs reported by The Athletic reflect its spending only on App Store advertising – this information is likely incomplete, and therefore unusable, as marketing and advertising efforts through other channels can influence a user's decision to make purchases on the App Store. Therefore, to estimate the range of UAR costs, I use the estimated range for other genres.").

[1294] MacCormack Report, ¶¶ 171–172, 182–183.

[1295] MacCormack Report, Table 18.

[1296] MacCormack Report, Figure 16.

[1297] MacCormack Report, Table 19, ¶¶ 254 ([redacted] Upon a closer inspection of the genre, there appear to be two broad groups of applications: (1) applications that rarely incur any substantial royalties (these typically provide editing and sharing tools for users' own content) and (2) applications that provide access to a library of third-party assets, including stock images, icons, and templates, and therefore regularly compensate licensees via royalties."), 256 ("To derive an upper bound, I first calculate the average of the royalty cost share ranges of Twitch, Canva and Adobe, which yields 40%. Since these ranges are a share of net revenue received by developers after commissions and other fees, the magnitude of royalties as a share of gross revenue is lower. Under the assumption that these developers incur the genre-average commission of about 25%, the average cost share of royalties across these developers is equal to 30%. Therefore, my final estimate of the range of royalties in the Imaging genre is 0 – 30%.").

634. Specifically, the lower bound of his Imaging royalty cost range is based on his reasoning that some apps in the genre group "rarely incur any substantial royalties," because such apps "typically provide editing and sharing tools for users' own content."[1298] The upper bound is based on his review of publicly available information on royalties for Twitch, Adobe, and Canva.[1299] [redacted] He then calculates an average royalty cost share across Twitch, Adobe, and Canva of 40 percent.[1301] Finally, he adjusts the 40 percent downward since it purportedly represents royalties as a share of net revenue after commissions and other fees, and he concludes that royalties as a share of gross revenue should be lower.[1302] After all of these arbitrary adjustments he arrives at an upper bound of 30 percent, five times higher than the upper end of the IQR from the developer data and nearly three times higher than the highest royalty cost as a share of revenue reported in the produced data of the Imaging genre group.[1303]

635. Professor MacCormack makes similar ad hoc adjustments to royalty costs and UAR costs for nearly all of his genre groups. In Exhibit 32, I indicate for each genre group whether Professor MacCormack modifies either the lower bound or the upper bound of his estimates of royalty costs or UAR costs, such that it does not match the estimates based on the IQRs of his Augmented Developer Cost Data. Business + Finance is the only genre group where Professor

---

[1298] MacCormack Report, ¶ 254.

[1299] MacCormack Report, ¶ 255 ("To further inform my estimates, I consult additional publicly available information pertaining to several prominent apps in the Imaging genre, which include Twitch, Canva and Adobe. A popular live streaming developer, Twitch, pays 50% of received revenues to third-party creators. Adobe, the leading developer of graphics software pays 33 - 35% of 'net revenues' from creator-generated material towards royalties. Finally, in addition to the data reported by Canva as part of this litigation, their website claims that creators earn about 35% of revenue as royalties for 'stock content.'").

[1300] MacCormack Report, ¶ 255 [redacted]

[1301] MacCormack Report, ¶ 256 ("To derive an upper bound, I first calculate the average of the royalty cost share ranges of Twitch, Canva and Adobe, which yields 40%.).

[1302] MacCormack Report, ¶ 256 ("Since these ranges are a share of net revenue received by developers after commissions and other fees, the magnitude of royalties as a share of gross revenue is lower. Under the assumption that these developers incur the genre-average commission of about 25%, the average cost share of royalties across these developers is equal to 30%.").

[1303] MacCormack Report, Table 3, Table 18, Figure 16.

MacCormack entirely relies on his cost data; for all of the other genre groups, he makes subjective adjustments to either the upper or the lower bound of his royalties or UAR cost data.

***Exhibit 32***
***Professor MacCormack makes ad hoc adjustments for royalties or UAR costs in his genre groups[1]***

| | Royalties | | UAR Costs | |
|---|---|---|---|---|
| **Genre Group[2]** | **Lower Bound** | **Upper Bound** | **Lower Bound** | **Upper Bound** |
| Games | ✔ | ✔ | ✔ | ✔ |
| Music + Entertainment | ✔ | ✔ | ✔ | ✔ |
| Social Networking + Lifestyle[3] | ✔ | ✔ | ✔ | |
| Imaging – Photo & Video + Graphics & Design | | ✔ | ✔ | ✔ |
| Health & Fitness + Medical | ✔ | | ✔ | ✔ |
| Workflow Tools – Developer Tools + Productivity + Utilities | | ✔ | ✔ | ✔ |
| Education | ✔ | ✔ | ✔ | ✔ |
| Reading – Book + Reference + Magazine & Newspaper + News | ✔ | ✔ | ✔ | ✔ |
| Business + Finance | | | | |
| Sports[4] | ✔ | ✔ | ✔ | ✔ |
| Navigation + Travel | | | ✔ | ✔ |
| Weather | ✔ | ✔ | | ✔ |

Source: MacCormack Report, Figure 3

Notes:
[1] Check marks denote a difference in the IQR of Professor MacCormack's Augmented Developer Cost Data (i.e., data from developer productions that Professor MacCormack supplemented with publicly available information and used in his analysis) and his royalties and UAR cost estimates, rounded to the nearest percent, as shown in Figure 3 of the MacCormack Report.
[2] I exclude Professor MacCormack's Others genre group because he calculates the GGM range for this category directly (without taking into consideration variable costs for these developers) using the arithmetic means of the upper and lower bounds of the GGM ranges of the other genre groups. See MacCormack Report, ¶ 340.
[3] Professor MacCormack excludes the Social Networking + Lifestyle genre group from his royalties comparison in his Figure 3. He claims that "[n]one of the Social Networking + Lifestyle app developers who responded to the subpoena reported any royalty costs" but acknowledges that "a non-response does not necessarily imply that a developer does not incur royalties." However, he then sets royalties for this genre group at 0 percent based on minimal research and his own knowledge. See MacCormack Report, Table 16, ¶¶ 243–245, and Table 17.
[4] For the Sports genre group, Professor MacCormack claims that "[n]either of the two developers report royalties," but he concludes that "both apps likely incur royalties of some form." As such, he uses royalty ranges from other genre groups to inform the range he sets for the Sports genre group. See MacCormack Report, ¶¶ 317–319.

636. While Exhibit 32 shows that Professor MacCormack almost always adjusts his margin ranges based on other information or his professional judgement, he also does not adjust his margins for his genre groups in a consistent manner or based on similar information. Consider, for instance the differences in his approach to calculating royalty costs for two genre groups: Imaging and Games.

a. For the Imaging genre group, Professor MacCormack claims to select an upper bound for royalties based on the average royalty cost shares for three app developers, Twitch, Canva and Adobe, using additional public sources of information, such as their websites. The

calculated average is then arbitrarily adjusted using his assumed "genre-average commission of about 25%" to determine the upper bound of royalties as a share of gross revenue as 30 percent and his "final estimate of the range of royalties" as 0 to 30 percent for the Imaging genre group.[1304]

b. For the Games genre group Professor MacCormack finds publicly available information on annual royalties for two different developers, G5 Gaming, which reports royalties equal to 10 to 12 percent of revenue, and Remedy Games, which reports royalties equal to 9 to 20 percent of revenue, along with two additional industry sources.[1305] He then "establish[es] a broad range of 9–20%" based on the "lowest and highest of the reported numbers," which he claims is a "conservative approach."[1306] Without justification, he then chooses an upper end of his royalty cost range for the Games genre group equal to the "midpoint of the range identified earlier (i.e., 9–20%)," or 15 percent, which he claims is "closely aligned with the values calculated from Glu Mobile's Form 10-Ks," and calculates an average of 9 percent based on Glu Mobile's reported data.[1307]

637. Such an ad hoc process for selecting the margin ranges for each genre group demonstrates how Professor MacCormack repeatedly substitutes his subjective judgement in place of the cost data reported in the developer productions.

638. In addition, the width of Professor MacCormack's margin ranges are not driven by any objective criteria; rather, they are significantly impacted by his subjective adjustments. For instance, Professor MacCormack's adjustments based on the assumed negative correlation between royalty costs and UAR costs decrease the width of his margin ranges, both lowering the upper margin and raising the lower margin.[1308] Specifically, he adds the upper and lower ends of the cost with a wider range to the midpoint of the cost with a narrower range, rather than

---

[1304] See MacCormack Report, ¶¶ 254–257.

[1305] MacCormack Report, ¶ 210 ("For instance, G5 Gaming reports annual royalties of 10 – 12% of revenue, while Remedy Games reports annual royalties between 9 – 20% of revenue, with other industry sources corroborating these numbers."), footnotes 151–154.

[1306] MacCormack Report, ¶ 210 ("To ensure a conservative approach, I use the lowest and the highest of the reported numbers to establish a broader range of 9-20%, which I then use to derive a final estimate. … Notably, these indicators are closely aligned with the values calculated from Glu Mobile's Form 10-Ks.").

[1307] MacCormack Report, ¶ 211 ("Using the information above, I estimate that for the Games genre, the average royalty cost is likely to fall within a range of 0% (for developers that do not incur royalties) to approximately 15% of revenue. I arrive at 15% by taking the midpoint of the range identified earlier (i.e., 9 – 20%).").

[1308] MacCormack Report, Table 9, ¶ 221 ("To account for the partial negative correlation between UAR and royalties with the limited data, I simply assume that a developer with high royalties will incur no more than the midpoint of the range of UAR costs, and a developer with low royalties will incur at least the midpoint of the range of UAR costs, and vice-versa.") (Emphasis removed).

summing the two ranges.[1309] Likewise, his use of estimated cost ranges based on seemingly arbitrary genre-specific assumptions in lieu of the IQRs of the Augmented Developer Cost Data leads to changes in the width of the margin ranges.[1310] For example, Professor MacCormack's Health & Fitness + Medical UAR cost range changes from 14–37 percent to 24–38 percent by switching from the IQR of the Augmented Developer Cost Data to the Estimated Cost Range, and his Sports UAR cost range changes from 1–5 percent to 6–25 percent.[1311] Professor MacCormack has not calculated, and has no way of calculating, the probability that the true average margin for a genre grouping lies within the margin ranges he determines.[1312] In his deposition, Professor MacCormack himself states that he cannot apply statistical tests to show that any of his variable cost shares are statistically different from zero.[1313] Nevertheless, without providing supporting evidence or analysis, Professor MacCormack claimed that he "believe[s] it's more likely that [the true value] are in the middle of the [GGM] ranges than at the end."[1314]

## 11. PLAINTIFFS' EXPERTS OFFER NO RELIABLE EVIDENCE OF DAMAGES OR HARM TO ALL OR NEARLY ALL CLASS MEMBERS

639. Plaintiffs claim $20.4 billion in damages as a result of Apple's challenged conduct.[1315] They calculate this amount based on (1) a but-for commission rate of 13.63 percent calculated by Dr.

---

[1309] MacCormack Report, ¶ 188 ("To account for the inverse relationship between royalties and UAR costs, I assume a partial negative correlation between them and adjust the summation of the two costs as follows … I add the upper and lower ends of the cost with the wider range to the midpoint of the cost with the narrower range.").

[1310] MacCormack Report, ¶ 137. ("Specifically, I relied on a combination of Augmented Developer Data and other publicly available information to estimate distinct royalty cost share ranges for Games, Music + Entertainment, Imaging, Reading, Education, and Sports genres. For the remaining genres, I employed the Augmented Developer Data and my professional judgement due to the scarcity of publicly available information or challenges in tracking down relevant data.").

[1311] MacCormack Report Figure 8.

[1312] Professor MacCormack states "that the probability of the true value lying within a range is higher than the accuracy of a single estimate." MacCormack Report, footnote 239. However, he does not discuss the uncertainty that the true value is within the range; therefore, it is not possible to determine the reliability of his ranges.

[1313] MacCormack Deposition, pp. 231:13–18 ("Q. Now, in your report, you haven't disclosed any statistical confidence levels for any of your estimates, correct? … A. I don't calculate statistics other than the ones for determining the box plots."), 232:22–233:19 ("Q. Now, you mentioned your box plots. Did you disclose any statistical confidence levels for any of those? A. They're just box plots, so they're a pretty standard statistical technique. Q. Is it possible to compute any statistical assessments of whether any of your estimates of variable cost shares are statistically different from zero? … A. So the way that these ranges are constructed combines both the data from the subpoena, of which we have 71 app submissions, but it also has public data to varying amounts depending on the genre, and then there are judgments that I have made…So I can't – I can't apply the same statistical tests to it.").

[1314] MacCormack Deposition, p. 174:17–22 ("Q. In your opinion, is the true value likely to be in the middle of your range? … A. In constructing these ranges, I believe it's more likely that they are in the middle of the ranges than at the end.").

[1315] Song Report, ¶ 18 ("The total damages incurred by harmed Class members are estimated to be $20.4 billion when Apple's price tier restrictions are removed in the But-For world and $20.2 billion when they persist.").

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

*Executed on June 13, 2025,*



*Lorin M. Hitt*

# Comparing Developer Submission-Year Level Datapoints Used in Professor MacCormack's GGM Estimates with Datapoints Considered in Professor MacCormack's Table 10[1]

| | | Datapoints Used in Professor MacCormack's GGM Estimates[2] | | Datapoints Considered in Professor MacCormack's Table 10[3] | | Difference | |
|---|---|---|---|---|---|---|---|
| Developer Submission | Timeframe Used by Professor MacCormack | Royalties | UAR Costs | Royalties | UAR Costs | Royalties | UAR Costs |
| **Games** | | | | | | | |
| Big Fish Games | 2017–2021 | | 5 | | 5 | 0 | 0 |
| Glu Mobile | 2017–2019 | 3 | 3 | 3 | 3 | 0 | 0 |
| Niantic | 2018–2020 | | 3 | | 3 | 0 | 0 |
| Pocket Gems | 2017–2020 | | 4 | | 4 | 0 | 0 |
| Roblox | 2020–2021 | 0 | 2 | 2 | 2 | 2 | 0 |
| Zynga | 2016–2019 | | 4 | | 4 | 0 | 0 |
| **Music + Entertainment** | | | | | | | |
| *Music* | | | | | | | |
| iHeartMedia | 2017–2023 | 7 | | 7 | | 0 | 0 |
| Spotify | 2017–2020 | | 4 | | 4 | 0 | 0 |
| Tidal | 2022–2023 | 2 | 2 | 2 | 2 | 0 | 0 |
| *Entertainment* | | | | | | | |
| Disney + | 2020 | 0 | 0 | 0 | 1 | 0 | 1 |
| Disney (Hulu) | 2018, 2020 | 0 | 2 | 0 | 2 | 0 | 0 |
| **Social Networking + Lifestyle** | | | | | | | |
| *Social Networking* | | | | | | | |
| Grindr | 2018–2021 | | 4 | | 4 | 0 | 0 |
| Life360 | 2018–2019 | | 0 | | 2 | 0 | 2 |
| Match Group | 2019–2020 | | 2 | | 2 | 0 | 0 |
| *Lifestyle* | | | | | | | |
| Bumble | 2018–2020 | | 3 | | 3 | 0 | 0 |
| Coffee Meets Bagel | 2020 | | 1 | | 1 | 0 | 0 |
| **Imaging** | | | | | | | |
| *Photo & Video* | | | | | | | |
| Baron (Cameo)[4] | 2020–2023 | | 4 | | 4 | 0 | 0 |
| Canva | 2015–2021 | 0 | | 7 | | 7 | 0 |
| Instasize | 2020–2022 | | 0 | | 3 | 0 | 3 |
| VSCO | 2019–2020 | | 2 | | 2 | 0 | 0 |
| YouTube (Google)[5] | 2016–2021 | | 6 | | 6 | 0 | 0 |
| *Graphics & Design* | | | | | | | |
| AIBY | 2020–2023 | 4 | 0 | 4 | 4 | 0 | 4 |
| Circular (PixelCut) | 2021–2022 | 2 | 0 | 2 | 2 | 0 | 2 |
| Oringe (Word Swag) | 2020 | | 0 | | 1 | 0 | 1 |

# Appendix 6



| Developer Submission | Timeframe Used by Professor MacCormack | Datapoints Used in Professor MacCormack's GGM Estimates[2] | | Datapoints Considered in Professor MacCormack's Table 10[3] | | Difference | |
|---|---|---|---|---|---|---|---|
| | | Royalties | UAR Costs | Royalties | UAR Costs | Royalties | UAR Costs |
| **Health & Fitness + Medical** | | | | | | | |
| *Health & Fitness* | | | | | | | |
| FitNow | 2018–2022 | | 0 | | | 0 | 0 |
| Flo Health | 2019–2023 | | 5 | | 5 | 0 | 0 |
| Headspace, Inc | 2017–2021 | | 0 | | 5 | 0 | 5 |
| Peloton | 2016–2017 & 2021–2023 | 0 | 5 | 0 | 5 | 0 | 0 |
| Strava | 2015–2022 | | 8 | | 8 | 0 | 0 |
| Under Armour | 2015–2020 | | | | | 0 | 0 |
| Verv | 2021–2023 | 3 | 3 | 3 | 3 | 0 | 0 |
| *Medical* | | | | | | | |
| Higher Learning | 2016–2023 | 8 | 8 | 8 | 8 | 0 | 0 |
| PocketPrep[6] | 2015–2023 | 9 | 0 | 9 | 9 | 0 | 9 |
| **Workflow Tools** | | | | | | | |
| *Productivity* | | | | | | | |
| BP Mobile[7] | 2016–2023 | 8 | 8 | 8 | 8 | 0 | 0 |
| Callpod | 2015–2023 | | 9 | | 9 | 0 | 0 |
| Dropbox | 2017–2021 | | 5 | | 5 | 0 | 0 |
| Norton[8] | 2015–2023 | 9 | | 9 | | 0 | 0 |
| Pango (Anchor Free) | 2020 | 1 | 1 | 1 | 1 | 0 | 0 |
| *Utilities* | | | | | | | |
| Ad Hoc Labs | 2015–2021 | 7 | 7 | 7 | 7 | 0 | 0 |
| TelTech Systems - Robokiller | 2019–2022 | 4 | 4 | 4 | 4 | 0 | 0 |
| *Developer Tools* | | | | | | | |
| Parallax Dynamics | 2019–2023 | | 0 | | 5 | 0 | 5 |
| **Education** | | | | | | | |
| Age of Learning | 2017–2020 | | 4 | | 4 | 0 | 0 |
| DuoLingo | 2019–2020 | | 2 | | 2 | 0 | 0 |
| Kiddopia | 2020–2022 | 3 | 3 | 3 | 3 | 0 | 0 |
| **Reading** | | | | | | | |
| *Books* | | | | | | | |
| Audible | 2019–2023 | 0 | | 5 | | 5 | 0 |
| Scribd | 2022 | | 0 | | 1 | 0 | 1 |
| Telepathic (Hooked) | 2018–2020 | | 0 | | 3 | 0 | 3 |
| *News* | | | | | | | |
| Fox News | 2020–2023 | | 4 | | 4 | 0 | 0 |
| New York Post | 2013–2021 | | | | | 0 | 0 |
| New York Times | 2018–2020 | | 3 | | 3 | 0 | 0 |
| *Reference* | | | | | | | |
| Dwell | 2019–2022 | 4 | 4 | 4 | 4 | 0 | 0 |
| Gospel Technologies | 2020–2022 | 0 | 0 | 3 | 3 | 3 | 3 |
| Hallow | 2019–2021, 2023 | 4 | 0 | 4 | 4 | 0 | 4 |
| MyHeritage | 2014–2021 | | 8 | | 8 | 0 | 0 |

# Appendix 6



| Developer Submission | Timeframe Used by Professor MacCormack | Datapoints Used in Professor MacCormack's GGM Estimates[2] | | Datapoints Considered in Professor MacCormack's Table 10[3] | | Difference | |
|---|---|---|---|---|---|---|---|
| | | **Royalties** | **UAR Costs** | **Royalties** | **UAR Costs** | **Royalties** | **UAR Costs** |
| **Business + Finance** | | | | | | | |
| *Business* | | | | | | | |
| Invoice2Go | 2022–2023 | | | | | 0 | 0 |
| LinkedIn | 2013–2015 | | 3 | | 3 | 0 | 0 |
| Real Estate Portal USA | 2018–2022 | 5 | 5 | 5 | 5 | 0 | 0 |
| TelTech Systems - TapeACall | 2019–2022 | 4 | 4 | 4 | 4 | 0 | 0 |
| *Finance* | | | | | | | |
| Mobile Data Labs | Apr–Aug 2021 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Sports** | | | | | | | |
| GameChanger | 2020–2022 | 0 | 0 | 0 | 3 | 0 | 3 |
| The Athletic | 2019–2022 | | 0 | | 4 | 0 | 4 |
| **Navigation + Travel** | | | | | | | |
| *Navigation* | | | | | | | |
| Route4Me | 2015–2021 | 0 | 7 | 0 | 7 | 0 | 0 |
| Tom Tom | 2013–2023 | 11 | 11 | 11 | 11 | 0 | 0 |
| *Travel* | | | | | | | |
| TelTech Systems - Planes Live | 2019–2022 | 4 | 4 | 4 | 4 | 0 | 0 |
| **Weather** | | | | | | | |
| Aviation Data Systems | 2021–2022 | | 2 | | 2 | 0 | 0 |
| ForeFlight | 2015–2022 | | 8 | | 8 | 0 | 0 |
| Surfline WaveTrak | 2016–2023 | | 8 | | 8 | 0 | 0 |
| Tel Tech Systems - Weather | 2018–2022 | 0 | 5 | 5 | 5 | 5 | 0 |
| **Others** | | | | | | | |
| *Food & Drink* | | | | | | | |
| eMeals | 2016–2021 | 0 | 0 | 6 | 6 | 6 | 6 |
| Hindsight | 2015–2023 | 0 | 0 | 9 | 9 | 9 | 9 |
| *Shopping* | | | | | | | |
| Shawn Kolodgie | 2014–2022 | | 0 | | 9 | 0 | 9 |
| **Total** | | **102** | **199** | **139** | **273** | **37** | **74** |

Source: MacCormack Report, Table 10, Appendix B; MacCormack Report Backup, "Pooled Data (Table 3, 5, 8, 10)," workpaper; MacCormack Report Backup, "Developer Revenues by Genre" workpaper; MacCormack Report Backup, Genre Workpapers

Notes:
[1] Developer submission-year level datapoints are the number of years available for royalties and UAR cost data for a given developer in the given time period, based on the 71 developer submissions Professor MacCormack uses for his analysis. Professor MacCormack does not estimate genre-specific Infrastructure and Maintenance & Support cost ranges and does not rely on the Augmented Developer Cost Data to estimate a range of Maintenance & Support costs.
[2] Each entry reflects the number of datapoints, i.e. developer submission-year level observations, ultimately used by Professor MacCormack in estimating the GGM of each genre group. Blank entries reflect instances where Professor MacCormack does not identify relevant data for a given developer submission in a given cost category. Entries recorded as zero reflect instances where Professor MacCormack acknowledges in his workpapers that data were either produced in response to subpoena or available in pubic filings but does not use these data in the calculation of his genre-specific royalties and UAR ranges.
[3] Each entry reflects the number of datapoints presented in Professor MacCormack's "Pooled Data (Table 3, 5, 8, 10)" workpaper. Blank entries reflect instances where Professor MacCormack does not identify relevant data for a given developer submission in a given cost category. Entries recorded as zero reflect instances where data were either produced in response to subpoena or available in public filings but were not included in his "Pooled Data (Table 3, 5, 8, 10)" workpaper.
[4] Baron (Cameo) did not produce royalties costs. Professor MacCormack cites external research stating that the Cameo app compensates creators with 75 percent of revenue generated from sold content. However, he does not consider this datapoint due to the app being consistently lossmaking. See MacCormack Report, ¶ 257.
[5] YouTube (Google) did not produce royalties costs. Professor MacCormack cites external research stating that YouTube shares 70 percent of its net revenue from in-video purchases to creators. However, he does not consider this datapoint as he notes "in-video purchases are only one type of revenue share options provided by Youtube." See MacCormack Report, ¶ 257.
[6] Professor MacCormack's "Developer Revenues by Genre" workpaper shows that a majority of PocketPrep's revenues are attributed to the Education genre. However, Professor MacCormack assigns this developer to the Medical genre due to similarities between its apps and those developed by Higher Learning. See MacCormack Report, footnote 201.
[7] Professor MacCormack's "Developer Revenues by Genre" workpaper shows that a majority of BP Mobile's revenues are attributed to the Business genre. However, Professor MacCormack assigns this developer to the Productivity genre due to the similarity between its largest app and other apps in the Productivity genre. See MacCormack Report, footnote 206.
[8] Professor MacCormack's "Developer Revenues by Genre" workpaper shows that Norton generates revenues attributed to the Productivity and Utilities genres. It is included under the Productivity genre here as a larger share of its revenue is categorized under Productivity. See MacCormack Report, footnote 206.

# Top Ten Applications by Apple App Store Genre Used in Professor MacCormack's Augmented Developer Cost Data

| App Store Genre | Total Included | Top 10 Applications Included by Professor MacCormack[1] | Top 10 Applications Not Included by Professor MacCormack |
|---|---|---|---|
| Games | 2 | Roblox; Pokémon GO | Candy Crush Saga; Clash of Clans; Candy Crush Soda Saga; DoubleDownTM Casino Vegas Slots; Homescapes; Game of War - Fire Age; SlotomaniaTM Slots Machine Game; Gardenscapes |
| Music | 3 | Spotify - Music and Podcasts; TIDAL Music: HiFi, Ad-free; iHeart: Radio, Podcasts, Music | Pandora: Music & Podcasts; YouTube Music; Amazon Music: Songs & Podcasts; SoundCloud: Discover New Music; Smule: Karaoke Music Studio; TuneIn Radio: Music & Sports; Ultimate Guitar: Chords & Tabs |
| Entertainment | 2 | Disney+; Hulu: Watch TV shows & movies | HBO Max: Stream TV & Movies; TikTok; Netflix; Paramount+; Peacock TV: Stream TV & Movies; Crunchyroll; Max: Stream HBO, TV, & Movies; Amazon Prime Video |
| Social Networking | 3 | Life360: Find Friends & Family; Match: Dating & Relationships; Grindr - Gay Dating & Chat | BIGO LIVE-Live Stream, Go Live; Plenty of Fish Dating App; Zoosk - Social Dating App; Discord - Chat, Talk & Hangout; Facebook; Azar - Video Chat; LiveMe - Live Stream & Go Live |
| Lifestyle | 2 | Bumble: Dating & Friends App; Coffee Meets Bagel Dating App | Tinder: Dating, Chat & Friends; Hinge Dating App: Match & Date; OkCupid Dating: Meet Singles; eharmony: dating & real love; Care.com: Hire Caregivers; The League: Intelligent Dating; Badoo: Dating. Chat. Friends; Raya |
| Photo & Video | 3 | YouTube: Watch, Listen, Stream; Canva: Design, Photo & Video; VSCO: Photo & Video Editor | Twitch: Live Streaming; Facetune AI Photo/Video Editor; Google Photos: Backup & Edit; Snapchat; Picsart AI Photo Video Editor; Splice - Video Editor & Maker; FaceApp: Perfect Face Editor |
| Graphics & Design | 4 | Pixelcut AI Photo Editor; Themify - Widget & Icon Themes; Word Swag - Cool Fonts; ARTA: AI Photo Generator | Cricut Design Space; Procreate; Adobe Express: Graphic Design; Wonder - AI Art Generator; Adobe Illustrator: Graphic Art; Brass - Icon Themes & Widgets |
| Health & Fitness | 5 | Headspace: Meditation & Sleep; Peloton: Fitness & Workouts; Flo Period & Pregnancy Tracker; Strava: Run, Bike, Hike; Lose It! - Calorie Counter | MyFitnessPal: Calorie Counter; Calm; WeightWatchers: Weight Health; Sweat: Fitness App For Women; Fitbit: Health & Fitness |
| Medical | 1 | NCLEX RN Mastery - 2024 | epocrates; Sanford Guide; Huckleberry: Baby & Child; SnoreLab : Record Your Snoring; Davis's Drug Guide - Nursing; Essential Anatomy 5; Complete Anatomy 2024; Lexicomp; Glow: Track. Shop. Growth. |
| Developer Tools | 0 | – | Termius: Terminal & SSH client; Surge 5; Textastic Code Editor; Blink Shell 14: Legacy; Working Copy - Git client; AdBlock Rapid; O-KAM Pro; Pyto - Python 3; Juno: Jupyter/Python IDE; Text Editor. |

# Appendix 8

| App Store Genre | Total Included | Top 10 Applications Included by Professor MacCormack[1] | Top 10 Applications Not Included by Professor MacCormack |
|---|---|---|---|
| Productivity | 3 | Dropbox: Cloud & Photo Storage; HotspotShield VPN & Wifi Proxy; Keeper Password Manager | Microsoft Word; Gmail - Email by Google; Evernote - Notes Organizer; Grammarly: AI Writing Keyboard; VPN ExpressVPN - Fast & Secure; CamScanner - PDF Scanner App; Microsoft Excel |
| Utilities[2] | 4 | Robokiller: Spam Call Blocker; Burner: Second Phone Number; Cleaner Kit - Clean Up Storage; Norton 360 Security & VPN | NordVPN: VPN Fast & Secure; Sideline - Real 2nd Phone Number; Cleanup: Phone Storage Cleaner; QR Code Reader .; Hushed: US Second Phone Number; TV Remote - Universal Control |
| Education | 3 | Duolingo - Language Lessons; ABCmouse - Kids Learning Games; Kiddopia - Kids Learning Games | PictureThis - Plant Identifier; Toca Life World: Build a Story; Epic - Kids' Books & Reading; Simply Piano: Learn Piano Fast; Babbel - Language Learning; Blinkist: Book Summaries Daily; Chegg Study - Homework Help |
| Book | 3 | Audible: Audio Entertainment; Everand: Ebooks and audiobooks; Hooked | GoodNovel - Stories & Novels; Dreame - Read Best Romance; Marvel Comics; WebNovel - Read Novels & Manga; Tapas - Comics and Novels; Comics; Tappytoon Comics & Novels |
| Reference | 3 | Hallow: Prayer & Meditation; Bible App - Read & Study Daily; MyHeritage: Family Tree & DNA | Ancestry: Family History & DNA; Translate Now - AI Translator; BeenVerified: People Search; Whitepages People Search; Night Sky; CoinSnap: Coin Identifier; Sky Guide |
| Magazines & Newspapers | 0 | – | Speechify Text to Speech Audio; ZINIO - Magazine Newsstand; National Geographic; Magzter: Magazines, Newspapers; Word Among Us Mass Edition; WWD: Women's Wear Daily; Readly - Unlimited Magazines; Curio - Audio Journalism; Foreign Affairs Magazine; FLYING Magazine |
| News | 4 | The New York Times; NYTimes - Breaking World, National & Politics News; New York Post for iPad; Fox Nation | The Wall Street Journal.; Washington Post; Bloomberg: Business News Daily; X; Washington Post Select; Citizen: Local Safety Alerts |
| Business | 5 | LinkedIn: Network & Job Finder; Scanner App: iScanner PDF; LandGlide; Invoice2go: Easy Invoice Maker; TapeACall: Call Recorder | Adobe Acrobat Reader: Edit PDF; QuickBooks Accounting; FAX from iPhone Free: Send Doc; Invoice Simple: Receipt Maker; Scan Hero: PDF Scanner |
| Finance | 1 | MileIQ: Mileage Tracker & Log | QuickBooks Self-Employed; EveryDollar: Personal Budget; YNAB; Seeking Alpha: News & Analysis; Rocket Money - Bills & Budgets; Everlance: Car Mileage Tracker; Experian®; TurboTax: File Your Tax Return; Credit Sesame: Build Score |
| Sports | 2 | GameChanger; GameChanger Classic | ESPN: Live Sports & Scores; MLB; DAZN: Stream Live Sports; NFL; NBA: Live Games & Scores; Topps® BUNT® MLB Card Trader; UFC; 2019 - NBA |
| Navigation | 0 | – | onX Hunt: GPS Hunting Maps; Trucker Path: Truck GPS & Fuel; Geocaching®; HuntWise: A Better Hunting App; Navionics® Boating; MotionX GPS Drive; Gaia GPS: Mobile Trail Maps; onX Offroad: Trail Maps & GPS; RoadWarrior Route Planner; Circuit Route Planner |

## Appendix 8



| App Store Genre | Total Included | Top 10 Applications Included by Professor MacCormack[1] | Top 10 Applications Not Included by Professor MacCormack |
|---|---|---|---|
| Travel | 1 | Planes Live - Flight Tracker | My Disney Experience; Flightradar24 \| Flight Tracker; Disneyland®; TripIt: Travel Planner; Mobile Passport by Airside; The Dyrt: Tent & RV Camping; Flighty - Live Flight Tracker; RV LIFE - RV GPS & Campgrounds; Flight Tracker + |
| Weather | 4 | ForeFlight Mobile EFB; Surfline: Wave & Surf Reports; Weather Live° - Local Forecast; MyRadar Weather Radar | Clime: NOAA Weather Radar Live; Forecast - The Weather Channel; RadarScope; Radar & Weather Forecast; CARROT Weather: Alerts & Radar; Windy.app |
| Food & Drink[3] | 2 | NYT Cooking; eMeals - Healthy Meal Plans | WineRatings+ by Wine Spectator; Mealime Meal Plans & Recipes; Food Network Kitchen; Solid Starts; Food Network Magazine US; Keto Diet App & Recipes; Cook's Illustrated Magazine; Yummly Recipes & Meal Planning |
| Shopping | 0 | – | OfferUp - Buy. Sell. Letgo.; CARFAX - Shop New & Used Cars; letgo: Buy & Sell Used Stuff; Marketplace; Sole Retriever - Sneakers; cPro Craigslist Mobile client; Lifeboat+; HotStock - in-stock alerts; Supbot - Supreme Bot; WorthPoint |
| Catalogs[4] | 0 | – | Keyboard Themes and Shortcuts , Passcode For WhatsApp and Stickers For WhatsApp; Organize your movies, music and books; Monster Photo+Video Pack; LUCKY BLOCK MOD BUNDLE FOR MINECRAFT; Inspiration Pro - Best Quotes, Amazing Photos, Wallpaper, Fun, Love your Life Apps; AutoParts and TechApp for Mercedes-Benz; AutoParts and TechApp for BMW; ROOMS: Bathroom, Bedroom, Kitchen, Living & Kids; Toys, Games and Books Collectors Pack; INTERIOR IDEAS |
| Stickers[5] | 0 | – | Sticker Maker - WhatsLove; Disney Stickers: Mickey; FunStick: Stickers & Emojis; Star Wars Stickers; Disney Stickers: Stitch; Disney Stickers: Princess; Milk and Mocha Animated; Pusheen Animated Stickers; Aminal Stickers; Strange Planet - Stickers |

Source: MacCormack Report; MacCormack Report Backup, "Top 10 Apps by Genre," workpaper; MacCormack Report Backup, "Developer Revenues by Genre" workpaper; MacCormack Report Backup, "Inventory of Developer Cost Data" workpaper; MacCormack Report Backup, Genre Workpapers

Notes:
[1] The data presented in Professor MacCormack's "Top 10 Apps by Genre" workpaper is at the app level while the data presented in Professor MacCormack's Augmented Developer Cost Data is at both the developer and app level. Where Professor MacCormack considers individual apps in his Genre Workpapers, such as the distinct cost and revenue data produced by TelTech Systems for four apps, only the apps specifically considered for each developer are marked as included. Where Professor MacCormack aggregates revenue and cost data across apps, such as the total revenue and cost data produced by The New York Times, all apps distributed by a developer are marked as included.
[2] The Cleaner Kit - Clean Up Storage app and the Scanner App: iScanner PDF app fall under the Utilities and Business App Store genres, respectively, but Professor MacCormack considers the developer of these apps, BP Mobile, in his Workflow Tools genre group (which includes Utilities but not Business). See MacCormack Report, footnote 206.
[3] Professor MacCormack considers The New York Times developer in his Reading genre group, which includes News. However, one of its apps, NYT Cooking, falls in the Food & Drink genre.
[4] None of the 71 developer submissions in Professor MacCormack's Augmented Developer Cost Data belong to the Catalogs App Store genre.
[5] None of the 71 developer submissions in Professor MacCormack's Augmented Developer Cost Data belong to the Stickers App Store genre.