# EXHIBIT 21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |

**OPENING EXPERT REPORT AND DECLARATION OF LORIN M. HITT, PH.D.**

**March 7, 2025**

**Table of Contents**

**1. QUALIFICATIONS** ........ 7

**2. ALLEGATIONS** ........ 9

**3. ASSIGNMENT** ........ 10

**4. SUMMARY OF OPINIONS** ........ 11

***4.1. Analysis of the Relevant Market(s) (Section 6)*** ........ 11

***4.2. Analysis of Whether Apple Has Market Power (Section 7)*** ........ 14

***4.3. Analysis of Whether the Challenged Conduct Had an Anticompetitive Effect on Commissions, Output, or Quality (Section 8)*** ........ 15

***4.4. Analysis of Whether the Challenged Conduct Increased Prices Paid by Consumers (Section 9)*** ........ 16

**5. BACKGROUND** ........ 17

***5.1. Apple, Apps, and the App Store*** ........ 18

***5.2. Consumers on the App Store*** ........ 29

***5.3. App developers on the App Store*** ........ 33

***5.4. Other app transaction platforms and their headline commission rates*** ........ 42

***5.5. Direct distribution by developers*** ........ 48

**6. APPLE COMPETES IN MULTIPLE APP TRANSACTION MARKETS WHICH ARE NOT LIMITED TO JUST IOS APP TRANSACTIONS** ........ 50

***6.1. Competitive conditions for app transactions vary across app genres, indicating that the App Store competes in multiple markets for app transactions*** ........ 53

***6.2. The App Store competes in the market for digital game transactions, which is not limited to just iOS app transactions*** ........ 70

***6.3. The App Store competes in the market for TV and video streaming app transactions, which is not limited to just iOS app transactions*** ........ 96

***6.4. The app transaction markets in which Apple competes are not aftermarkets*** ........ 118

**7. KEY MARKET EVIDENCE—INCLUDING MARKET SHARES AND MARKET ENTRY—DEMONSTRATES THAT APPLE LACKS MARKET POWER, AND THUS THE CHALLENGED CONDUCT CANNOT HAVE THE ALLEGED ANTICOMPETITIVE EFFECTS** ........ 127

***7.1. Apple's market shares in the digital game app transactions market and the video streaming app transactions market are inconsistent with Apple possessing market power in these markets*** ........ 128

***7.2. The entry of many new app transaction platforms over time is consistent with low barriers to entry in the digital game app transactions market and the video streaming app transactions market......... 133***

***7.3. Apple is constrained by the ability of large App Store users to substitute away from the App Store......... 137***

**8. KEY MARKET OUTCOMES—COMMISSION RATES, OUTPUT, AND QUALITY—ARE INCONSISTENT WITH APPLE EXERCISING MARKET POWER OR ITS APP STORE CONDUCT HAVING AN ANTICOMPETITIVE EFFECT......... 142**

***8.1. Apple's headline commission rate is comparable to other app transaction platforms and has fallen over time for many types of transactions, as has also occurred on other transaction platforms......... 143***

***8.2. Average commission rates paid by developers on the App Store have decreased over time......... 147***

***8.3. Developers are increasingly shifting to monetization strategies that do not incur commissions......... 151***

***8.4. Output has increased significantly over time in the App Store, as well as in the digital games and video streaming markets......... 154***

***8.5. Apple has continued to innovate and has not reduced quality......... 161***

**9. EMPIRICAL EVIDENCE AND ECONOMIC REALITIES DEMONSTRATE THAT CLASS MEMBERS WOULD LIKELY NOT PAY LOWER PRICES IF APPLE'S COMMISSION RATES WERE LOWER......... 179**

***9.1. Natural experiments demonstrate that app developers would likely not reduce the prices they charge consumers if Apple's commission rates were lower......... 181***

***9.2. Economic realities imply that for many transactions, developers are unlikely to reduce prices in response to a commission rate reduction......... 198***

**List of Exhibits**

Exhibit 1 Quarterly free downloads, paid downloads, and in-app purchases made through the U.S. Storefront (July 10, 2008 – February 2, 2024) ....23

Exhibit 2 Quarterly developer revenue from initial downloads and in-app purchases made through the U.S. Storefront (July 10, 2008 – February 2, 2024) ....24

Exhibit 3 Share of consumer accounts with positive billings ....30

Exhibit 4 Distribution of consumer accounts by App Store spending (July 10, 2008 – February 2, 2024) ....31

Exhibit 5 Percent of paying consumer accounts with an app download in a given genre through the U.S. App Store (July 10, 2008 – February 2, 2024) ....32

Exhibit 6 Percent of paying consumer accounts with spend in a given genre through the U.S. App Store (July 10, 2008 – February 2, 2024) ....33

Exhibit 7 Distribution of developers by total billings through the App Store (July 10, 2008 – February 2, 2024) ....35

Exhibit 8 Share of revenue generated from subscription in-app purchases by genre and year (January 1, 2009 – December 31, 2023) ....40

Exhibit 9 Commission rates on leading U.S. mobile app transaction platforms ....44

Exhibit 10 Commission rates on leading U.S. PC app transaction platforms ....45

Exhibit 11 Commission rates on leading U.S. console app transaction platforms ....46

Exhibit 12 The percentage of apps that are free-to-download without in-app purchases on the App Store varies by genre (July 10, 2008 – February 2, 2024) ....57

Exhibit 13 The percentage of transactions that are free through the App Store varies by genre (July 10, 2008 – February 2, 2024) ....58

Exhibit 14 The percentage of in-app purchase revenue from subscriptions and non-subscriptions varies by genre (July 10, 2008 – February 2, 2024) ....59

Exhibit 15 The average commission rate for paid in-app purchases on the App Store varies by genre (July 10, 2008 – February 2, 2024) ....61

Exhibit 16 Most developers transacted through the App Store in a limited number of genres (July 10, 2008 – February 2, 2024) ....63

Exhibit 17 The share of total developer App Store revenue earned from transactions within a genre, for developers that transact in that genre, varies by genre (July 10, 2008 – February 2, 2024) ....64

Exhibit 18 The share of revenue from transactions within genre, by number of genres developers transacted in, varies by genre (July 10, 2008 – February 2, 2024) ....65

Exhibit 19 The share of developers in a given genre, by number of genres developers transacted in, varies by genre (July 10, 2008 – February 2, 2024) ....66

Exhibit 20 Many consumer accounts only spend in a limited number of genres through the App Store (July 10, 2008 – February 2, 2024) ....68

Exhibit 21 The percentage of consumer accounts with at least 90 percent of their spending through the App Store in a single genre varies by genre (July 10, 2008 – February 2, 2024) ....69

Exhibit 22 Examples of transaction platforms that provide digital game transactions as of February 2025 ....71

Exhibit 23 Nearly all of the top games on the App Store and Google Play are available on both platforms (2023) ....73

Exhibit 24 Fortnite user accounts access the game through many platforms in the U.S. (February 26, 2018 –November 7, 2021) ....76

Exhibit 25 Many user accounts access Fortnite through multiple platforms in the U.S. (February 26, 2018 – August 9, 2020) ....88

Exhibit 26 Other platforms account for most of the Fortnite hours played and revenue generated by user accounts that accessed Fortnite through iOS in the U.S. (February 26, 2018 – August 9, 2020) ....89

Exhibit 27 A meaningful share of consumer spend on Fortnite in the U.S. diverted from iOS to other digital game app transaction platforms after the Hotfix (January 27, 2020 – February 28, 2021) ....91

Exhibit 28 Video streaming apps were available on many websites and transaction platforms as of 2021[2] ....100

Exhibit 29 Video streaming apps mostly monetize on the App Store through in-app subscriptions (January 1, 2021 – December 31, 2021) ....103

Exhibit 30 Some video streaming apps monetized in other ways beyond subscriptions as of 2021[2] ....105

Exhibit 31 Video streaming apps offering paid transactions through the App Store also offered paid transactions through at least another transaction platform as of 2021 ....106

Exhibit 32 Video streaming apps offering digital content for purchase outside of the iOS app allowed this content to be accessed in the iOS app as of 2021[5] ....108

Exhibit 33 [redacted]) ....110

Exhibit 34 Netflix in-app purchase total monthly billings started decreasing after Netflix stopped allowing new users to subscribe through in-app purchases in December 2018 (January 1, 2017 – January 31, 2024) ....112

Exhibit 35 Netflix quarterly global paid streaming memberships showed no decline after Netflix stopped allowing new users to subscribe through in-app purchases in December 2018 (January 1, 2017 – December 31, 2023) ....113

Exhibit 36 Netflix monthly initial downloads in the U.S. App Store showed no decline after Netflix stopped allowing new users to subscribe through in-app purchases in December 2018 (January 1, 2017 –January 31, 2024) ....114

Exhibit 37 Apple Video Partner Program participants ....117

Exhibit 38 Apple's share of the U.S. digital game app transactions market is less than [redacted] percent in each year (2010–2023) ....130

Exhibit 39 Apple's share of the U.S. video streaming app transactions market is below [redacted] percent in each year (2011–2023)....132

Exhibit 40 App Store commissions [redacted] ....139

Exhibit 41 App Store commissions [redacted] [redacted] [redacted] ....140

Exhibit 42 Commission rates on the App Store are comparable to other app transaction platforms (January 2025)....145

Exhibit 43 The quarterly average commission rate for App Store initial app downloads and the share of initial App Store downloads that are paid have both declined over time (July 10, 2008 – February 2, 2024)....148

Exhibit 44 The quarterly average commission rate for App Store in-app purchases has declined over time (July 1, 2009 – February 2, 2024) ....149

Exhibit 45 Average commissions from App Store initial downloads have fallen over time (July 10, 2008 – February 2, 2024)....150

Exhibit 46 Quarterly average commissions from App Store in-app purchases have increased over time due to increases in the prices developers charge for in-app purchases on the App Store (July 10, 2008 – February 2, 2024) ....151

Exhibit 47 Free downloads comprise the largest percent of transactions, followed by in-app purchases, and paid-downloads, with in-app purchases increasing steadily over time (July 10, 2008 – February 2, 2024)....153

Exhibit 48 App Store initial downloads and in-app purchases have increased over time (July 10, 2008 – February 2, 2024)....155

Exhibit 49 Amount spent by U.S. consumers on game transactions has increased over time (2010–2023)....157

Exhibit 50 The amount spent by U.S. consumers on video streaming transactions has increased over time (2011–2023) ....160

Exhibit 51 App developers did not reduce prices for the vast majority of products after receiving lower commission rates due to Apple's partner programs and policies ....183

Exhibit 52 For the vast majority of products, app developers that enrolled in the SBP did not reduce prices after receiving reduced commission rates ....185

Exhibit 53 For the vast majority of subscription products, app developers did not reduce prices after receiving reduced commission rates .......... 190

Exhibit 54 Hulu did not reduce prices for its "With Ads" product after it experienced a reduction in commission rates .......... 194

Exhibit 55 For most products, developers did not reduce prices and consumers did not redeem more free trials .......... 196

Exhibit 56 A large share of consumer spending and app transactions for the top in-game purchase products were virtual currencies in 2021[1] .......... 201

Exhibit 57 All of the top 50 subscription products on the App Store in 2021 were offered through Google Play or an app developer's website and most have uniform pricing across multiple channels .......... 210

Exhibit 58 More than half of VPP products that did not reduce prices after receiving a lower commission rate had uniform pricing across the App Store and a different channel in 2023 .......... 211

Exhibit 59 Many app developers monetized their apps using both in-app advertising and in-app purchases/ paid downloads in 2021 .......... 215

Exhibit 60 App developers that increased prices on products that experienced reduced commission rates often used in-app purchases and paid downloads along with in-app advertising to monetize their apps in 2023 .......... 216

### *5.1. Apple, Apps, and the App Store*

#### *5.1.1. Apple*

37. Apple, Inc. ("Apple") is a technology company that designs and sells smartphones (iPhones), tablets (iPads), computers (Macs), smart watches (Apple Watches), and other consumer products.[19] Apple also designs and provides application software for these products.[20] In FY 2024, Apple's consumer products accounted for 75.4 percent of the company's global revenues.[21]

38. In addition, Apple sells services for these devices, including Apple Music, iCloud, and AppleTV+.[22] Of most relevance here, Apple provides the App Store, through which app developers transact with existing and new customers with iOS devices.[23] In FY 2024, Apple's services accounted for 24.6 percent of the company's global revenues.[24]

#### *5.1.2. Apps*

39. Apps, short for applications, are software programs that consumers use on devices.[25] App developers create, and consumers use, apps compatible with many different types of hardware systems. In general, I will refer to the different hardware and operating systems that support the use of apps as "devices."

---

[19] Apple also designs and provides the operating system ("OS") for these devices, known as iOS for its smartphones, iPadOS for tablets, macOS for its computers, watchOS for its smartwatches, and visionOS for its "spatial computer" Vision Pro. Apple, "iOS 18," available at https://www.apple.com/ios/ios-18/, accessed on February 24, 2025; Apple, "iPadOS 18," available at https://www.apple.com/ipados/ipados-18/, accessed on February 24, 2025; Apple, "macOS Sequoia," available at https://www.apple.com/macos/macos-sequoia/, accessed on March 5, 2025; Apple, "watchOS 11," available at https://www.apple.com/watchos/watchos-11/, accessed on February 24, 2025; Apple Developer, "Discover visionOS," available at https://developer.apple.com/visionos/, accessed on February 24, 2025.

[20] Apple, "Apps by Apple," available at https://www.apple.com/apps/, accessed on February 24, 2025.

[21] See Apple Inc., SEC Form 10-K for period ended September 28, 2024, filed on November 1, 2024, pp. 29.

[22] Apple, "Apple Music," available at https://www.apple.com/apple-music/, accessed on February 24, 2025; Apple, "Apple TV+," available at https://www.apple.com/apple-tv-plus/, accessed on February 24, 2025; Apple, "iCloud+," available at https://www.apple.com/icloud/, accessed on February 24, 2025.

[23] Apple, "App Store," available at https://www.apple.com/app-store/, accessed on February 24, 2025.

[24] See Apple Inc., SEC Form 10-K for period ended September 28, 2024, filed on November 1, 2024, p. 29.

[25] In general, I use the term "app" to refer to native apps, which are downloaded and installed to devices. Web applications ("web apps"), in contrast, are accessed through a website, require no download, and can be run on any web browser regardless of the device they are using. See UX Magazine, "Native or Web-Based? Selecting the Right Approach for Your Mobile App," January 29, 2014, available at https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app, accessed on February 24, 2025.

40. Apps are available on many different devices, including PCs, mobile phones and tablets, consoles (including handheld consoles), smart TVs, digital media players, virtual reality equipment, and wearable devices.[26] There is a wide variety of types of apps ranging in what they offer and in their level of complexity. For example, the developer Epic Games makes game apps for consumers; Google makes productivity apps oriented toward cloud services, including browser, file sharing, email, and video sharing apps; Meta makes a variety of instant messaging and social media apps; and Uber makes apps for ride sharing and food delivery.[27]

41. Historically, the term "app" was used broadly for software applications.[28] The modern usage of the term was popularized with the emergence of handheld computers and mobile phones and the development of software that could extend the functionality of these devices.[29] Among the first companies providing these devices with apps were Psion (1984), Apple (1993), Palm (1996), Research In Motion (1996), and Microsoft (2000).[30] Users of these devices could, for

---

[26] (PCs) Microsoft Apps, "Microsoft Apps," available at https://apps.microsoft.com/home, accessed on February 24, 2025; (phones and tablets) Apple, "App Store," available at https://www.apple.com/app-store/, accessed on February 24, 2025; (consoles) Nintendo, "My Nintendo Store," available at https://www.nintendo.com/us/store/, accessed on February 24, 2025; (smart TVs) Samsung, "Smart TV," available at https://www.samsung.com/us/tvs/smart-tv/highlights/, accessed on February 24, 2025; (TV streaming devices) Roku, "Roku Channel Store," available at https://channelstore.roku.com/browse, accessed on February 24, 2025; (virtual reality equipment) Meta Quest, "Shop Meta Quest VR games, apps, deals, and more," available at https://www.meta.com/experiences/, accessed on February 24, 2025; (wearable devices) Apple, "watchOS 11," available at https://www.apple.com/watchos/watchos-11/, accessed on February 24, 2025.

[27] Epic Games, "About Epic Games," available at https://www.epicgames.com/site/en-US/about, accessed on February 24, 2025. I use "digital game" and "game" interchangeably in this report. App Store, "App Store Preview: Google," available at https://apps.apple.com/us/developer/google-llc/id281956209, accessed on February 24, 2025; App Store, "App Store Preview: Meta Platforms, Inc.," available at https://apps.apple.com/us/developer/meta-platforms-inc/id284882218, accessed on February 24, 2025; App Store, "App Store Preview: Uber Technologies, Inc.," available at https://apps.apple.com/us/developer/uber-technologies-inc/id368677371, accessed on February 24, 2025.

[28] Mike Ricciuti, "Microsoft apps all business," *CNET*, September 9, 1998, available at https://www.cnet.com/tech/tech-industry/microsoft-apps-all-business/, accessed on February 24, 2025.

[29] American Dialect Society, "'App' voted 2010 word of the year by the American Dialect Society (UPDATED)," January 8, 2011, available at https://www.americandialect.org/app-voted-2010-word-of-the-year-by-the-american-dialect-society-updated, accessed on February 24, 2025 ("'App has been around for ages, but with millions of dollars of marketing muscle behind the slogan 'There's an app for that,' plus the arrival of 'app stores' for a wide spectrum of operating systems for phones and computers, app really exploded in the last 12 months.'").

[30] (Psion) Company Histories, "Psion PLC," available at https://www.company-histories.com/Psion-PLC-Company-History.html, accessed on February 24, 2025 ("1984: Organiser, first hand-held computer, is launched."); (Apple) Benj Edwards, "Remembering the Newton MessagePad, 20 years later," Macworld, August 26, 2013, available at https://www.macworld.com/article/2047342/remembering-the-newton-messagepad-20-years-later.html, accessed on February 24, 2025 ("Twenty years ago, Apple released its first experiment in tablet computing, the Apple Newton MessagePad."); (Palm) Hannah Ward, "Palm Pilot: Everything You Need to Know," *History-Computer*, April 16, 2024, available at https://history-computer.com/technology/palm-pilot-guide/, accessed on February 24, 2025 ("[T]he first model of the Palm Pilot was first released in 1996."); (RIM) David Friend, "RIM's rise and fall: A short history of Research In Motion," *The Canadian Press*, January 28, 2013, available at https://globalnews.ca/news/384832/rims-rise-and-fall-a-short-history-of-research-in-motion/, accessed on February 24, 2025 ("In 1996, RIM [Research In Motion] launched its first sales success, a clamshell wireless handheld device called the RIM 900 Interactive Pager."); (Microsoft) PocketPCMag.com, "The History of Pocket PC and Windows Mobile Platforms," January 4, 2021, available at http://web.archive.org/web/20210119065731/https://pocketpcmag.com, accessed on March 5, 2025 ("Windows Mobile

example, "keep notes, manage contacts, play games, and view and manage other documents," including email.[31]

*5.1.3. The App Store*

42. When the iPhone was launched in 2007, third-party apps were not available for download on the iPhone.[32] At the time, Steve Jobs stated that web-based apps would be the model to bring a variety of apps to iPhone users, announcing that web-based apps "look exactly and behave exactly like apps on the iPhone… these apps can integrate perfectly with the iPhone services… [t]hey can make a call, they can send an email, they can look up a location on Google Maps."[33]

43. However, Apple ultimately decided to allow third-party native apps on iOS devices by enacting strict approval policies that left significant control over the set of allowed apps with Apple.[34] This way Apple would be able to provide the benefits of externally developed software while ensuring the device's health, a quality user experience, and protecting users from scams, fraud, security threats, and objectionable content.[35]

---

[…] debuted in 2000 and was based on Windows CE 3.0, a member of the Windows family of operating systems. […] Microsoft envisioned Windows Mobile as the portable equivalent of its desktop operating system.").

[31] Computer Hope, "PalmPilot," December 10, 2023, available at https://www.computerhope.com/jargon/p/palmpilot.htm, accessed on February 24, 2025. See also David Friend, "RIM's rise and fall: A short history of Research In Motion," *The Canadian Press*, January 28, 2013, available at https://globalnews.ca/news/384832/rims-rise-and-fall-a-short-history-of-research-in-motion/, accessed on February 24, 2025 ("It was a two-way communicator that also had the ability to send faxes, as well as link to the Internet and email."); Julie Strietelmeier, "Palm V Review," *The Gadgeteer*, February 28, 1999, available at https://the-gadgeteer.com/1999/02/28/palm_v_review/, accessed on February 24, 2025 ("Application that lets you manage the email that you send and receive through the email application on your desktop computer. You can read, reply to, compose, and delete email on your Palm V but to send or receive you have to hotsync to your PC or use a modem.").

[32] Nick Wingfield, "Apple Opens iPhone to Outside Software," *The Wall Street Journal*, October 18, 2007, available at https://www.wsj.com/articles/SB119263585523362090, accessed on March 6, 2025 ("WSJ Third-Party Apps").

[33] 9to5Mac, "Jobs' original vision for the iPhone: No third-party native apps," October 21, 2011, available at https://9to5mac.com/2011/10/21/jobs-original-vision-for-the-iphone-no-third-party-native-apps/, accessed on February 24, 2025 ("The full Safari engine is inside of iPhone. And so, you can write amazing Web 2.0 and Ajax apps that look exactly and behave exactly like apps on the iPhone. And these apps can integrate perfectly with iPhone services. They can make a call, they can send an email, they can look up a location on Google Maps.").

[34] Stuart Dredge, "Steve Jobs resisted third-party apps on iPhone, biography reveals," *The Guardian*, October 24, 2011, available at https://www.theguardian.com/technology/appsblog/2011/oct/24/steve-jobs-apps-iphone, accessed on February 24, 2025 ("Levinson, … [described] Apple's approvals policy on the App Store as 'an absolutely magical solution that hit the sweet spot. It gave us the benefits of openness while retaining end-to-end control.'").

[35] Epic v. Apple Trial Transcript, Testimony of Phillip Schiller (Apple), May 17, 2021, pp. 2733–2734 ("Q. Can you describe what the tension is between those two diametrically opposed things? A. Yes. I think this is the -- the core thing at the base of all that we're talking about. We want to create a more powerful, capable platform that enables developers to create wonderful applications for all of us, but we need to find ways to do it that helps to protect users from this malware, from the threats that they're going to receive, the attacks, and to try to keep your device functioning properly."); p. 2737 ("Q: … What were the business reasons that Apple decided that it would only distribute third-party native apps on its App

44. In July 2008, Apple launched the App Store to provide an "app transaction platform" that brings together developers and consumers to facilitate transactions between the two groups on iOS devices.[36] Since its launch, the App Store has allowed consumers who own iOS devices to download and interact with apps from developers that have created apps for iOS.[37] While the App Store was originally only provided on the iPhone and the iPod,[38] there are now App Stores provided to other types of Apple devices, such as iPads, Apple Watches, Mac computers, and Apple TVs.[39]

45. To transact through the App Store, app developers must sign and comply with the Apple Developer Program License Agreement (DPLA), which governs the terms of the relationship between Apple and developers.[40] Payments from app consumers to developers, if they occur, can be made for a number of different transactions, including paid downloads (e.g., the Minecraft app), the purchase of content (including the purchase of in-game currencies like PokéCoins in the game Pokémon Go, which provide consumers with the ability to purchase content in the future), and paid subscriptions (e.g., The Economist).[41] By enabling in-app purchases, developers on the App Store are also able to monetize using a "freemium" model, i.e., consumers can download the app for free but have opportunities to make in-app purchases for additional features, such as additional content, upgraded subscriptions, or digital goods.[42] While the download (either free or paid) of an iOS app must be conducted through the App Store, in-app

---

Store? A. … Maintaining the quality of iPhone, maintaining the security and privacy of our users were all critical to the idea of opening it up for native apps. Q. And have those priorities for privacy, security, and reliability ever changed? A. No."); Apple Developer, "App Review Guidelines," 2023, available at https://developer.apple.com/app-store/review/guidelines/, accessed on February 24, 2025 ("App Store Review Guidelines"), Section 3.

[36] See Apple Newsroom, "iPhone App Store Downloads Top 10 Million in First Weekend," July 14, 2008, available at https://www.apple.com/newsroom/2008/07/14iPhone-App-Store-Downloads-Top-10-Million-in-First-Weekend/, accessed on February 24, 2025.

[37] See Section 5.2 and 5.3.

[38] Apple Newsroom, "iPhone App Store Downloads Top 10 Million in First Weekend," July 14, 2008, available at https://www.apple.com/newsroom/2008/07/14iPhone-App-Store-Downloads-Top-10-Million-in-First-Weekend/, accessed on February 24, 2025.

[39] Apple Developer, "App Store – Support," available at https://developer.apple.com/support/app-store, accessed on February 24, 2025. While Apple considers each of the six App Stores (iOS App Store, iPadOS App Store, macOS App Store, tvOS App Store, watchOS App Store and visionOS App Store) to be distinct, I use the term "App Store" in this report to refer to the iOS and iPadOS App Stores for convenience.

[40] Apple Developer, "Apple Developer Program License Agreement," available at https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, accessed on February 24, 2025.

[41] App Store, "App Store Preview: Minecraft," available at https://apps.apple.com/us/app/minecraft/id479516143, accessed on February 24, 2025; Pokémon GO Help Center, "How can I purchase items and PokéCoins?" available at https://niantic.helpshift.com/hc/en/6-pokemon-go/faq/94-how-can-i-purchase-items-and-pokecoins, accessed on February 24, 2025; App Store, "App Store Preview: The Economist - News, Podcasts," available at https://apps.apple.com/us/app/the-economist-news-podcasts/id1239397626, accessed on February 24, 2025.

[42] See Apple Developer, "Choosing a business model," available at https://developer.apple.com/app-store/business-models/, accessed on February 25, 2025 ("With freemium models, users pay nothing to download your app and are offered optional in-app purchases for premium features, additional content, subscriptions, or digital goods.").

purchase transactions between app developers and consumers can be conducted on many platforms, including transactions for content used or consumed in an iOS app. App developers have (and often use) many other channels to conduct paid transactions with users.[43]

46. Analysis of the U.S. Storefront App Store Transaction Data shows that the total number of *apps,* the total number of *developers* on the App Store, and the total number of *free-to-download apps,* and have all increased drastically over time:

a. At its launch in July 2008, the U.S. App Store provided 538 third-party apps.[44] By 2023, the U.S. App Store had over [redacted] apps.[45]

b. The number of distinct developers with transactions on the U.S. App Store has increased every year for the last 15 years, from 351 developers in July 2008 to [redacted] in 2023.[46]

c. In its first year of operation, only 32 percent of the apps available in the U.S. Storefront were free to download. This share increased every year since 2009 and, by 2023, [redacted] percent of the apps on the U.S. Storefront were free to download.[47]

47. Similarly, the total *volume of transactions* on the U.S. Storefront has also risen significantly since the launch of the App Store. Exhibit 1 shows the growth in transactions (which here consist of free downloads, paid downloads, and in-app purchases) through the U.S. Storefront since 2008. In 2023, consumers made more than [redacted] downloads and more than [redacted] in-app purchases.[48]

---

[43] For example, Clash of Clans, a game app, allows consumers to download the app and purchase in-game digital products on multiple different platforms, such as Google Play, the Amazon Appstore, and on its developer's website. See Google Play, "Clash of Clans," available at https://play.google.com/store/apps/details?id=com.supercell.clashofclans, accessed on February 24, 2025; Amazon, "Clash of Clans," available at https://www.amazon.com/Supercell-ltd-Clash-of-Clans/dp/B07K7M5CMG, accessed on February 24, 2025; Supercell Store, "Gold Pass," available at https://store.supercell.com/clashofclans, accessed on February 24, 2025.

[44] See Workpapers. First year figures include all transactions during the period July 10, 2008 to July 9, 2009.

[45] See Workpapers.

[46] See Workpapers.

[47] See Workpapers.

[48] See Workpapers. Apple developed the ability to conduct in-app purchase transactions in 2009. Apple Newsroom, "Apple Previews Developer Beta of iPhone OS 3.0," March 17, 2009, available at https://www.apple.com/newsroom/2009/03/17Apple-Previews-Developer-Beta-of-iPhone-OS-3-0/, accessed on February 24, 2025 ("The iPhone OS 3.0 beta software and SDK include over 1,000 new APIs and are available [17 March 2009] for

***Exhibit 1***
***Quarterly free downloads, paid downloads, and in-app purchases made through the U.S. Storefront (July 10, 2008 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data

Note: Only original transactions from in-app purchases and initial downloads are included. The first instance of an in-app purchase is June 17, 2009. See Appendix 4 for details regarding processing of U.S. Storefront App Store transactions data.

48. Exhibit 2 demonstrates that since the launch of the App Store, *developer revenues* (developer billings less the commission paid to Apple) on the U.S. Storefront have also risen significantly. Developers earned only $109 million in the first year of the App Store; in 2023, they earned [redacted].[49]

all iPhone Developer Program members to use for development and testing of their apps for iPhone and iPod touch […] In-App Purchases will allow developers to offer subscription content and provide the ability to sell new content and features in a simple and secure process.").

[49] The result for the first year of the App Store includes all transactions during the period 10 July 2008 to 9 July 2009. See Workpapers.

***Exhibit 2***
***Quarterly developer revenue from initial downloads and in-app purchases made through the U.S. Storefront (July 10, 2008 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data

Note: Developer revenue is revenue from in-app purchases and initial downloads, not including the commission paid to Apple. Developer revenue for Q1 2024 is imputed using the mean daily revenue between January 1, 2024 and February 2, 2024. See Appendix 4 for details regarding processing of App Store transaction data.

49. Transactions through the App Store constitute only a small share of the total value of the app-based commerce associated with the App Store. In-app advertising, the sale of physical goods and services, and the sale of digital goods and services used within an iOS app but transacted outside the App Store represent a large volume of App Store-related commerce.

50. Importantly, this commerce is not subject to Apple commissions. One study by Analysis Group estimated that the total volume of commerce associated with the iOS ecosystem was $1,123 billion globally and $273 billion in the U.S. in 2022, and roughly 90 percent of this commerce was not subject to Apple's commissions.[50]

[50] Analysis Group, "The Continued Growth and Resilience of Apple's App Store Ecosystem," May 2023, available at https://www.apple.com/newsroom/pdfs/the-continued-growth-and-resilience-of-apples-app-store-ecosystem.pdf ("Analysis Group (2023)"), pp. 2, 8. There may be other ways in which the total volume of commerce associated with the iOS ecosystem could be estimated, but none of the opinions that I express in this report depend on the precise figures. I refer to this study only to illustrate the broad orders of magnitude involved.

experience by giving users access to their history of app purchases, managing all subscriptions in one place, providing the ability to share content with family members, and allowing users to restore purchases on new devices.[130] On the other hand, the Microsoft Store only allows users to manage subscriptions for Microsoft products (such as Microsoft Office).[131]

### *5.5. Direct distribution by developers*

82. In addition to the app transaction platforms discussed above, developers can also choose to offer apps and app content to consumers through direct distribution. Developers can distribute apps directly to consumers for certain types of devices, including Macs, Windows PCs, and Android devices. Some large game developers have set up storefronts for distributing games directly to consumers; for example, EA has set up the EA App (formerly Origin) and Activision Blizzard has set up Blizzard Battle.net.[132] In addition, some developers directly distribute games to consumers on platforms that also offer transactions for third-party developers; for example, Epic offers both its own games and third-party game transactions through the Epic Games Store while Valve offers both its own games and third-party game transactions through Steam.[133]

---

2021, pp. 1256–1257 ("Q. Okay. So the Court has already heard that on April 22nd of this year, Epic Games Store added the Itch.io app to its store. A. Yes. Q. You're aware of that? A. I am. Q. And you're aware that Itch.io is a third-party app store? A. I am. Q. And the Court has also heard that Itch.io was added without reviewing all the games. You're aware of that? A. Yes.").

[130] Apple Support, "iPhone User Guide: Manage App Store purchases, subscriptions, settings, and restrictions on iPhone," available at https://support.apple.com/en-us/guide/iphone/iph3dfd91de/ios, accessed on February 24, 2025 ("In the App Store app, you can manage subscriptions and review and download purchases made by you or other family members"); Apple Support, "How to share apps and purchases with your family," available at https://support.apple.com/en-us/108774, accessed on February 24, 2025 ("When the family organizer turns on purchase sharing, everyone in your family will receive access to apps, music, movies, TV shows, and books that family members buy."); Apple Support, "View or cancel app subscriptions on iPhone," available at https://support.apple.com/guide/iphone/view-or-cancel-subscriptions-iph4e3e7324f/ioshttps://support.apple.com/en-us/guide/iphone/iph4e3e7324f/ios, accessed on February 24, 2025 ("You can view and manage your subscriptions from Apple and subscriptions that you purchased in apps from the App Store. You can also cancel any subscriptions you no longer want."); Apple Support, "Redownload apps and games from Apple," available at https://support.apple.com/en-us/102417, accessed on March 4, 2025 ("How to redownload apps on iPhone or iPad … How to redownload apps on Mac…").

[131] Daniel Nield, "How to manage subscriptions that are silently draining your bank account," *Popular Science*, updated March 23, 2022, available at https://www.popsci.com/manage-digital-subscriptions/, accessed on February 24, 2025 ("For Microsoft fans, this website displays all of your Microsoft-related subscriptions, such as Office 365, OneDrive cloud storage, Skype, and Xbox Live. Each entry has an option to cancel your subscription before the next billing date.").

[132] EA, "PC Games and Computer Video Games for Download," available at https://www.ea.com/games/library/pc-download, accessed on February 24, 2025; EA, "The EA App," available at https://www.ea.com/ea-app, accessed on February 25, 2025 ("Has the EA app replaced Origin on PC and Mac? For Windows, yes, the EA app has replaced Origin. For macOS, we'll be supporting the EA app as our primary gaming destination, but Origin for Mac will continue to be available for Mac players on macOS Mojave and older."); Battle.net, "Shop," available at https://us.shop.battle.net/en-us, accessed on February 24, 2025.

[133] Epic Games, "Epic Games Store 2024 Year in Review," February 14, 2025, available at https://store.epicgames.com/en-US/news/epic-games-store-2024-year-in-review, accessed on March 4, 2025; Steam, "Steam Store," available at https://store.steampowered.com/, accessed on March 4, 2025.

83. Other developers make content available through their own website that can then be used in-app. For instance, subscription services such as Netflix or Hulu benefit from Apple's reader rule, which allows consumers to use content purchased on a developer's website within an iOS app.[134] Similarly, some game developers that use virtual currencies incentivize consumers to purchase these currencies from their own website rather than through the App Store. For example, Supercell, the developer of Super Brawls, offers bonuses on its website that are not available from other transaction platforms.[135] Roblox also offers discounts for its virtual currencies that are available from their website.[136] Thus, developers can direct consumers to their own website to purchase the content, and avoid paying any commission to Apple; consumers can then use that content within an iOS app.

84. The use of developers' own website, or web store, to purchase digital content has been growing in recent years. A white paper by Coda, a company providing out-of-app monetization solutions,[137] explains that "[u]sers are increasingly discovering and paying for content via diverse channels outside the primary app stores."[138] A 2023 internal Apple document indicates that [redacted] of the top 100 game developers on the App Store have web stores available.[139] Another internal Apple document estimates that the web store of the game Marvel Strike Force accounted for 30 percent of the game's monthly billings in 2022.[140] Consistent with this monetization strategy, many developers engage directly with consumers through email, social media, and other forms of marketing to encourage them to purchase content on their own website rather than through the iOS app.[141]

---

[134] App Store Review Guidelines, 3.1.3(a-b).

[135] See Supercell, "Discover Brawl Stars Store," available at https://store.supercell.com/brawlstars, accessed on March 3, 2025 ("Get bonus gems, coins, or bling when you buy on the Store!").

[136] Roblox, "Ways to Get Robux," available at https://en.help.roblox.com/hc/en-us/articles/203313200-Ways-to-Get-Robux, accessed on March 4, 2025 ("Robux are the virtual currency of Roblox and there are ways to purchase or earn Robux. Purchasing Robux: You can purchase Robux in our mobile, browser, PlayStation, and Xbox One apps. When you purchase Robux on the web, computers and with gift cards, you will receive up to 25% more Robux.").

[137] Coda, "About Coda," available at https://www.coda.co/about/, accessed on March 5, 2025 ("Coda is a global leader in out-of-app monetization and commerce solutions.").

[138] Niko – Coda, "Access for All: Expanding Opportunities for Players and Publishers Worldwide," APL-APPSTORE_11106429 – 43 at 30.

[139] See Apple, [redacted] May 2023, APL-APPSTORE_11106360 – 427 at 404 ([redacted]).

[140] See Apple, "Web Stores," September 2022, APL-APPSTORE_11106228 – 359 at 355 ("The web store for Marvel Strike Force accounts for 30% of monthly billings").

[141] See Apple, "Business Risks Update," May 2023, APL-APPSTORE_11106360 – 427 at 397 ("While they [developers] are not allowed to advertise Web Stores within the games, they are using direct communication via email or direct messages, Discord and their social channels to highlight the values to players."); App Store Review Guidelines, 3.1.3 ("Developers can send communications outside of the app to their user base about purchasing methods other than in-app

## 6. APPLE COMPETES IN MULTIPLE APP TRANSACTION MARKETS WHICH ARE NOT LIMITED TO JUST IOS APP TRANSACTIONS

85. Plaintiffs allege that the market relevant to their allegations is a single aftermarket for the distribution of iOS apps and in-app content (defined to include both initial downloads and in-app purchases of digital products) that encompasses all iOS apps but is limited to only iOS app transactions.[142,143] As I show in this section, such a market definition suffers from being both too broad and too narrow at the same time. It is too broad because Plaintiffs' iOS app and in-app content distribution market combines app transactions across all types of apps, ranging from transactions for game apps, video streaming apps, and music apps to transactions for utility apps, photography apps, and more.[144] It is also too narrow because it only considers transactions of iOS apps and in-app content while ignoring other ways in which developers and consumers can transact for the same app content.

86. In addition, Plaintiffs claim that the distribution of iOS apps and in-app content is *single-sided*. Plaintiffs assert that developers "manufacture" and "supply" content to Apple and that consumers then purchase content from the "retailer" Apple.[145] In other words, Plaintiffs view

---

purchase."). I understand that prior to October 22, 2021, developers couldn't not use information obtained with an iOS app to target individual users outside of the app to inform them about purchasing methods available outside of the iOS app. Apple Developer, "App Store Review Guideline updates now available", October 22, 2021, available at https://developer.apple.com/news/?id=4m3f5hbw, accessed on February 25, 2025 ("Deleted from 3.1.3. 'Developers cannot use information obtained within the app to target individual users outside of the app to use purchasing methods other than in-app purchase (such as sending an individual user an email about other purchasing methods after that individual signs up for an account within the app).'").

[142] See Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 4, p. 7 ("The relevant antitrust market in which Apple operates is the market for the distribution of iOS apps and in-app content."); Complaint, ¶ 4 ("Apple has engaged in an anticompetitive scheme to monopolize the aftermarket for iOS applications (including purchases made within applications, such as payment for additional application features, full versions of games, and subscriptions for renewable access to content and memberships (e.g., Hulu and Spotify) ('in-app purchases')).") and footnote 2 ("Herein, references to the market for iOS applications include the market for in-app purchases.").

[143] Plaintiffs also define the relevant geographic market to be the U.S. See Complaint, ¶ 75 ("The geographic scope of the iOS applications aftermarket is national.").

[144] I note that Plaintiffs allege "[p]articular submarkets" may be "relevant to [their] claims and expert analyses" but fail to present an explanation of how submarkets could be identified or how the App Store competes for app transactions across these submarkets. See Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 5, p. 10 ("Particular submarkets for certain app categories (e.g., gaming apps, weather apps, etc.) may also be relevant to Plaintiffs' claims and expert analyses.").

[145] Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 9, p. 13 ("Plaintiffs contend that the market for distribution of iOS apps and in-app content is not a two-sided simultaneous transaction market as described in *Ohio v. American Express Co.*, 585 U.S. 529, 542 (2018). Instead, 'Apple is a retailer that sells iOS apps and in-app content, and app developers are suppliers that 'manufacture' apps and in-app content and supply them through Apple.' … Thus, unlike with the credit card service in *AmEx*, 'iPhone owners purchase apps directly from the retailer Apple.'"). See also Complaint, ¶ 47 ("When an iOS Device customer buys an app from Apple, it pays the full purchase price, including Apple's 30% commission, directly to Apple. Apple takes its 30% commission off the top and then remits the balance, or 70% of the purchase price, to the developer. Apple sells the apps

Apple as a monopolist in the "retail market for the sale of apps" such that Apple is a "retailer" that "sells … apps directly to iPhone owners" through the App Store; in this context, developers are "upstream suppliers" that "contract with Apple to make … apps available to iPhone owners."[146] As I explain below, this claim is contradicted by the fact that the App Store offers a two-sided platform that facilitates both consumers' and developers' ability to transact for apps and app content, meaning that both developers and consumers define the boundary of the market.

87. These flaws prevent Plaintiffs from correctly analyzing whether Apple has market power that would allow it to charge an anti-competitive commission rate that could impact class members.

88. Market definition is the starting point for assessing the economic effects of the conduct at issue, and the market definition exercise seeks to identify products that are "reasonably interchangeable" with the products that are central to the conduct at issue, as Professor Jin explains.[147] Appropriate market definition analysis requires careful consideration of the relevant economic context. In contrast to Plaintiffs' flawed focus on Apple as a "retailer," I agree with Professor Sundararajan that the App Store is a two-sided platform that serves two types of customers: consumers and app developers.[148] As he explains, both consumers and developers (i.e., both sides of the platform) define the boundaries of the market in which the App Store competes, and it is necessary to consider the substitutability of transactions from the perspective of both consumers and developers.[149] I also agree with Professor Sundararajan that two-sided platforms can compete with both one-sided sellers (like direct distribution on the developer's website) and other two-sided platforms.[150] I also agree with Professor Jin that the *relevant product* offered by the App Store is the *app transaction* that is jointly carried out by consumers and app developers in the form of downloads, updates, and in-app purchases.[151] In fact, Plaintiffs agree that the relevant product includes both app downloads and in-app purchases.[152]

---

(or, more recently, licenses for the apps) directly to the customer, collects the entire purchase price, and pays the developers after the sale. The developers at no time directly sell the apps or licenses to iOS Devices customers or collect payments from the customers.").

[146] Supreme Court of the United States, *Apple Inc. v. Pepper*, 587 U. S. 273 (2019).

[147] Opening Expert Report and Declaration of Ginger Jin, Ph.D., March 7, 2025 ("Jin Report"), Section 3.

[148] Opening Expert Report and Declaration of Arun Sundararajan, Ph.D., March 7, 2025 ("Sundararajan Report"), Section V.

[149] Sundararajan Report, Section V.C.

[150] Sundararajan Report, Section V.C. Moreover, the consumer may use platforms like an operating system to find and interact with the content that is available by direct distribution, and some of these platforms are themselves two-sided.

[151] Jin Report, Section 4.1.

[152] See Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 4, p. 7 ("The relevant antitrust market in which Apple operates is the market for the distribution of iOS apps and in-app content."); Complaint, ¶ 4 ("Apple has engaged in an anticompetitive scheme to

89. With these relevant foundations, market definition analysis in this case then asks what substitutes consumers and app developers have for transacting with each other beyond downloading an iOS app, obtaining iOS app updates, and making an in-app purchase through an iOS app on an iOS device. In this section, I find that the App Store competes in multiple app transaction markets, and these markets are not limited to iOS.

90. I first show in Section 6.1 that alternatives to the App Store and competitive conditions for transactions vary significantly across different app genres. In addition, I show that developers and consumers tend to make transactions in particular app genres. All of these differences across app genres matter when assessing the ability of an app transaction platform to exert market power in the relevant antitrust market. As a result of this variation in competitive conditions, I conclude that there exists not one market for app transactions, as claimed by Plaintiffs, but multiple app transaction markets.

91. In Sections 6.2 and 6.3, I analyze and define two markets in which the App Store competes: "digital game app transactions" (Section 6.2) and "video streaming app transactions" (Section 6.3). The apps associated with these transactions belong to the two largest app genres by total consumer spend on the App Store. The Games genre, which is composed of digital game apps, accounted for [redacted] percent of App Store spending between July 2008 and February 2024, while the Entertainment genre, which includes most video streaming apps but also other apps, accounted for [redacted] percent of App Store spending during the same period.[153] I explain that there are important differences between these two markets, including differences in the available substitutes to the App Store and the monetization strategies chosen by developers, as well as whether developers of these apps can benefit from certain of Apple's policies, such as the reader rule or the Video Partner Program. These examples establish, among other things, that transactions on the App Store compete with transactions on other platforms and channels beyond iOS and that the set of competing platforms or channels and the conditions under which competition occurs vary by app transactions market. As such, Plaintiffs' claim that the relevant antitrust market is limited to iOS apps is contradicted by my analysis of these two example markets.

---

monopolize the aftermarket for iOS applications (including purchases made within applications, such as payment for additional application features, full versions of games, and subscriptions for renewable access to content and memberships (e.g., Hulu and Spotify) ('in-app purchases'))") and footnote 2 ("Herein, references to the market for iOS applications include the market for in-app purchases."). Plaintiffs claim, however, that for developers, "app distribution" and "in-app payment processing" are different products, without indicating how this impacts the relevant product to consider for the purpose of market definition. See Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 5, p. 9 ("For *iOS app developers*, [] app distribution and in-app payment processing are different products.") (emphasis in original).

[153] See Workpapers.

92. Finally, in Section 6.4, I discuss Plaintiffs' claim that the App Store competes in a single-brand aftermarket.[154] The single-brand aftermarket framework is inappropriate here because the relevant markets in which the App Store competes include other platforms to provide app transactions. They are not single-brand. Moreover, the three conditions required to define a single-brand aftermarket are not satisfied in this setting, also resulting in the conclusion that the App Store does not compete in a single-brand aftermarket.

### *6.1. Competitive conditions for app transactions vary across app genres, indicating that the App Store competes in multiple markets for app transactions*

93. In this section, I first show that competitive conditions vary across transactions for apps in different app genres. This first step allows me to conclude that, to conduct a proper analysis of the competitive effects of Apple's challenged conduct, one needs to look separately at each of the relevant app transaction markets in which Apple competes, which Plaintiffs fail to do by improperly assuming Apple competes in a single relevant market.

94. One important way that the competitive conditions for App Store transactions vary by type of app arises from the variation in available substitutes for App Store transactions of a given type of app. As I will discuss in more detail in Section 6.2, the App Store competes with other game transaction platforms, including transaction platforms that exclusively focus on games (such as Nintendo eShop, PlayStation Store, and Epic Games Store). However, alternatives to the App Store for conducting transactions for other types of apps differ from the alternatives for game transactions. Similarly, Smart TVs or digital media players like Roku specialize in video streaming apps and compete with the App Store for video streaming app transactions but do not compete with Apple for many other types of app transactions, so the set of alternatives to the App Store for performing transactions varies across app genres. For example, consider a music app such as Pandora. Pandora can be downloaded or accessed on a variety of devices including smartphones and tablets, computers, smart TVs, smart speakers, some game consoles, some smart watches and other wearables, and car audio systems.[155] Consumers can make paid

[154] See, e.g., Complaint, ¶ 4 ("Apple has engaged in an anticompetitive scheme to monopolize the aftermarket for iOS applications (including purchases made within applications, such as payment for additional application features, full versions of games, and subscriptions for renewable access to content and memberships (*e.g.*, Hulu and Spotify) ('in-app purchases')) in order to control and derive supracompetitive profits from the distribution of iOS apps worldwide."); Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 5, p. 9 ("Plaintiffs allege a single-brand aftermarket for the distribution of iOS apps and in-app content.").

[155] Pandora, "Supported Devices and Partners," available at https://www.pandora.com/everywhere/supported-devices-and-partners, accessed on March 4, 2025; Pandora, "Pandora on Apple Watch," available at https://help.pandora.com/s/article/Pandora-on-Apple-Watch-1519949301623, accessed on March 4, 2025; Pandora, "Pandora on Xbox One," available at https://help.pandora.com/s/article/Pandora-on-Xbox-1519949303778, accessed on

transactions for a Pandora subscription through an iOS app as well as directly through the Pandora website, Amazon Appstore, Best Buy, Roku, AT&T, and Sam's Club.[156] Thus, one would need to consider these alternative ways to make a paid transaction for Pandora if one were to attempt to assess the effects of Apple's conduct on transactions that include music apps like Pandora.

95. Beyond the differences in substitutes to the App Store for transactions of different types of apps (which I discuss in more detail in Sections 6.2 and 6.3 for game app transactions and video streaming app transactions respectively), I can also use the U.S. Storefront App Store Transaction Data to analyze variation in multiple characteristics that reflect differences in competitive conditions for app transactions across the different app genres defined by Apple on the App Store.[157] While, for convenience, I analyze apps by App Store genre, I do not assume that app genres on the App Store necessarily correspond to relevant app transaction markets. However, analyzing differences across app genres demonstrates the different conditions that Apple faces for offering transactions for different types of apps. These analyses lead me to conclude that all app transactions cannot be considered as a single market facing the same competitive conditions. In addition, whether app transactions for a given genre are larger or smaller than an appropriate market for competition analysis is an open question, and the answer will vary by genre and other factors.[158]

---

March 4, 2025; Pandora, "Pandora on PlayStation," available at https://help.pandora.com/s/article/Pandora-on-Playstation-1519949303059, accessed on March 4, 2025; Pandora, "Pandora," available at https://www.pandora.com/, accessed on March 4, 2025; Pandora, "Pandora on Samsung TV," available at https://help.pandora.com/s/article/Pandora-on-Samsung, accessed on March 4, 2025; Pandora, "Now It's Even Easier to Activate and Enjoy Pandora on Amazon Alexa Devices," September 17, 2019, available at https://community.pandora.com/t5/Community-Blog/Now-It-s-Even-Easier-to-Activate-and-Enjoy-Pandora-on-Amazon/ba-p/593, accessed on March 4, 2025; Google Play, "Pandora - Streaming Music, Radio & Podcasts," available at https://play.google.com/store/apps/details?id=com.pandora.android&hl=en_US&gl=US, accessed on March 4, 2025.

[156] Pandora, "Upgrade to Pandora Plus or Pandora Premium," available at https://help.pandora.com/s/article/Upgrade-to-Pandora-Plus-or-Pandora-Premium-1519949306612?language=en_US, accessed on March 4, 2025; Best Buy, "Pandora Premium Monthly Subscription," available at https://www.bestbuy.com/site/pandora-premium-monthly-subscription/6413429.p?skuId=6413429, accessed on March 6, 2025; AT&T, "AT&T Debuts 'WatchTV' With 2 New Unlimited Wireless Plans," June 21, 2018, available at https://about.att.com/newsroom/watchtv_app_with_unlimited_wireless.html, accessed on March 6, 2025; Sam's Club, "Pandora One Multi-Pack - 3/Six Month Subscription Gift Cards for $44.98," available at https://www.samsclub.com/p/pandora-one-3-six-month-subscription-gift-card/prod12160069, accessed on March 6, 2025. In addition to Pandora's subscription service, Pandora also offers a free ad-supported service. See Pandora, "Music and Podcasts, Free and On-Demand," available at https://www.pandora.com/, accessed on March 4, 2025.

[157] For further details about the U.S. Storefront App Store Transaction Data, see Appendix 4. While Apple has created the genres available on the App Store, the developer of an app chooses the relevant genre for the app.

[158] For instance, the market for video streaming app transactions is a well-defined economic market (see Section 6.3) and is subject to a specific set of policies regarding app transactions (e.g., the VPP) on the App Store. While many video streaming apps belong to the App Store Entertainment genre, not all apps in the Entertainment genre are video streaming apps. Entertainment apps include games (e.g., Pocket God) and ticketing apps (e.g., Ticketmaster) among others. See App

96. In particular, I analyze the following in the next sections:

a. Variation across app genres in how much developers monetize their digital content in ways that avoid paying Apple any commission (e.g., from free app transactions such as through the sale of physical goods, in-app advertising, and paid transactions outside the App Store). Differences across app genres in the willingness of developers to engage in different monetization strategies shed light on the competitive constraints Apple faces for providing transactions for different app genres (Section 6.1.1).

b. Variation across app genres in whether developers on the App Store choose to monetize through in-app purchases, in-app subscriptions, or both. The tendency for developers of certain apps to engage in one monetization strategy over another, and the ease with which developers and consumers can substitute to alternative app transaction platforms or direct distribution depending on the monetization strategy, highlights how Apple faces different competitive constraints depending on the dominant form of monetization used for apps in a particular genre (Section 6.1.2).

c. Variation across app genres in the average effective commission rates app developers pay to Apple for app transactions. Heterogeneity in the average effective commission rates across app genres reflects the alternatives to the App Store that developers of different types of apps have for performing transactions, the different competitive conditions that Apple faces for performing transactions based on the type of app, and Apple's decision to charge different commission rates for app transactions based on certain characteristics of those transactions (Section 6.1.3).

d. Variation across app genres in the set of consumers and app developers who make transactions for apps in the genre. The unique set of consumers and developers who make transactions for different types of apps reflects how the App Store serves different customers depending on the type of app, and thus faces different demand conditions depending on the type of transaction (Section 6.1.4, Section 6.1.5).

---

Store, "App Store Preview: Entertainment," available at https://apps.apple.com/us/charts/iphone/entertainment-apps/6016, accessed on February 24, 2025; App Store, "App Store Preview: Pocket God," available at https://apps.apple.com/us/app/pocket-god/id301387274, accessed on February 24, 2025; App Store, "App Store Preview: Ticketmaster – Buy, Sell Tickets," available at https://apps.apple.com/us/app/ticketmaster-buy-sell-tickets/id500003565, accessed on February 24, 2025.

97. I find that there is significant variation across app genres along each of these dimensions. The variation in competitive conditions across transactions for apps in different genres, combined with the different sets of alternatives to the App Store that developers and consumers have for performing transactions for different types of apps (as I discuss in more detail in Sections 6.2 and 6.3), demonstrates that the impact of the challenged conduct (namely, Apple's decision to centralize iOS app distribution in the App Store), if any, will likely vary across transactions for different types of apps. Thus, it is necessary to consider separate markets for transactions based on the type of app considered. These different markets, in turn, need to be studied separately to assess the anticompetitive effects, if any, of the challenged conduct. Plaintiffs' single relevant market ignores this reality.

### *6.1.1. The share of free app transactions and apps with no paid content through the App Store varies across app genres*

98. While most apps do not generate any revenue from transactions through the App Store, there is significant variation between app genres in how developers monetize their app through paid App Store transactions. These differences across app genres in how developers choose to monetize reflect different monetization strategies available to developers and imply varying competitive constraints faced by Apple when providing transactions for different app genres. This variation therefore demonstrates that these transactions for different types of apps should be considered as part of different markets which need to be studied separately to assess the alleged anticompetitive effects (if any) of Apple's challenged conduct.

99. Exhibit 12 shows the proportion of apps by app genre on the App Store that were free-to-download and did not have in-app purchases (and thus paid no commissions). For example, developers monetize only [redacted] of [redacted] apps through paid App Store transactions—i.e., almost all iOS apps in the [redacted] genre are monetized by developers without paying Apple any commission (presumably through in-app ads or paid transactions for physical goods not subject to Apple's commission). In contrast, [redacted] of apps in the [redacted] genre monetize directly through paid transactions on the App Store.

[redacted]

100. Similarly, Exhibit 13 shows the percent of transactions (either downloads or in-app purchases), by genre, that were free during the Class Period and thus did not involve the payment of a commission to Apple. [redacted]

[redacted]

*6.1.2. The share of App Store in-app purchase revenue from in-app subscriptions versus non-subscription in-app purchases varies across app genres*

101. As discussed above, most apps in each genre do not generate any revenue from transactions through the App Store; however, for developers who choose to monetize their apps through transactions on the App Store, they can monetize through subscription or non-subscription in-app purchases as well as paid downloads. Empirical evidence shows that apps in different genres vary significantly in how they generate in-app revenue from transactions through the App Store. The frequency at which developers use in-app subscriptions is relevant because it impacts how easily developers and consumers can substitute to alternative app transaction platforms or direct distribution. As such, the variation in the use of in-app subscriptions across app genres highlights the different competitive constraints faced by Apple in different app genres and implies that the assessment of the alleged anticompetitive effects needs to be studied separately across transactions for different types of apps.

102. Exhibit 14 shows the distribution of revenue generated by non-subscription in-app purchases and subscription in-app purchases. [redacted].

[redacted]

*6.1.3. The average effective commission rates on the App Store differ across app genres*

103. Another indicator that products compete in separate markets is if customers pay distinct prices for these products.[159] This is true for the App Store: the average effective commission rate app developers pay to Apple varies across app genres. This is driven by variation across app genres with respect to monetization strategies (such as the use of subscription or non-subscription in-app purchases) and developer characteristics (such as whether the app developer is a small business), combined with differences in the commission rate Apple charges based on monetization strategies and developer characteristics. The differences in the average effective commission rates paid to Apple for apps in different genres thus reflects how Apple chooses to set its commission rates given the competitive conditions it faces for different types of transactions as well as variation in how developers adopt monetization strategies. It also illustrates how Apple competes in separate markets for transactions based on the type of app and that the impact of Apple's challenged conduct needs to be studied in each market separately.

104. Exhibit 15 shows the average commission rate paid by developers for paid in-app purchases on the App Store by app genre over the entire Class Period. The average commission rate for in-app purchases ranges from [redacted] reflecting differences in how developers monetize, either by using subscription or non-subscription in-app purchases, or by taking advantage of other programs with discounted rates (e.g., Apple's SBP or VPP).[160] However, this analysis does not account for free-to-download apps or apps that offer the ability to purchase paid content on other transaction platforms that can then be accessed on iOS apps (e.g., Amazon Prime Video allowing consumers to view content on its free iOS app if those consumers purchase an Amazon Prime subscription through Amazon's website),[161] which would further reduce the effective average commission rate paid by developers.

[159] Jin Report, Section 3.3.

[160] See Section 5.1.4.

[161] Amazon, "Prime Video," available at https://www.amazon.com/gp/video/splash/t/getTheApp, accessed on February 24, 2025.

[redacted]

*6.1.4. Characteristics of developers that transact in different app genres on the App Store differ*

105. Another indicator that products compete in different markets is if there are "distinct customers" that purchase these products.[162] In the context of a two-sided platform such as the App Store, this would mean identifying if different sets of developers (which I discuss in this section) and different sets of consumers (which I discuss in Section 6.1.5) transact through the App Store for apps and in-app content in different genres. With respect to developers, market evidence demonstrates that characteristics of developers that transact in different app genres differ. In particular, empirical evidence demonstrates that the degree to which developers specialize in transactions for a given app genre differs depending on the genre. This finding of

[162] Jin Report, Section 3.3.

distinct customers, both developers and consumers, across app genres support my conclusions that there are separate relevant app transaction markets based on the type of app.

106. [redacted]

[163] See Workpapers.

[164] See Workpapers.

[165] [redacted]

[redacted]

107. Exhibit 17 further shows that the concentration of developer revenue from transactions within a genre varies by genre. The exhibit shows, by genre, for all developers with a recorded transaction (free or paid) in the given genre (e.g., Games), those developers' revenue from transactions in that genre (e.g., Games) as a percentage share of their total App Store revenue across all genres. For example, [redacted]

[166] See Workpapers.

[redacted]

108. Exhibit 18 demonstrates, for each app genre, the extent to which the overall revenue generated from transactions by developers within that genre on the App Store is attributable to (i) developers that have transactions in that genre only; (ii) developers that have transactions in that genre and one other; and (iii) developers that have transactions in that genre and more than one other. For example, [redacted]

[redacted]

109. Exhibit 18 also shows that the extent to which developers focus on transactions for a particular genre varies across genres. In particular, [redacted].[168]

---

[redacted]

110. Similarly, Exhibit 19 demonstrates the extent to which developers' focus on transactions in a genre varies across genres. Specifically, for developers with any (free or paid) transactions in each genre, it demonstrates the share of developers that (i) only transact in that genre; (ii) transact in that genre and one more genre; and (iii) transact in that genre and at least two other genres.

[redacted]

111. The exhibit shows that [redacted]

112. In addition, while developers in the [redacted][169] This confirms that the propensity of developers to specialize in transactions for a given genre varies by genre, consistent with multiple transaction markets based on the type of app.

*6.1.5. Characteristics of consumers that transact in different app genres on the App Store differ*

113. With respect to consumers, market evidence further demonstrates that the characteristics of consumers transacting in various app genres also differ, consistent with different sets of consumers participating in different markets for app transactions. This finding supports my opinion that Apple competes in different app transaction markets for different types of apps.

114. Many consumers transact through the App Store only for specific app genres. Exhibit 20 shows the distribution of consumer accounts with positive billing by the number of app genres in which these accounts have positive billing. As the exhibit shows, [redacted]

[169] See Workpapers.

[170] I do not attempt to mirror the class definition by limiting my analysis to consumer accounts with more than $10 in App Store spending. See Plaintiffs' Renewed Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities, *In Re Apple iPhone Antitrust Litigation*, United States District Court for the Northern District of California, Oakland Division, No. 4:11-cv-06714-YGR, April 4, 2023, p. 1 ("The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS applications and in-app purchases from any one Apple ID account"). I do not filter for this threshold because while Plaintiffs may use a $10 threshold to define their class, this threshold is not relevant for purposes of defining the markets in which Apple competes.

[redacted]

115. However, the extent to which consumers limit their App Store spending to a narrow set of apps varies across genres. This can be seen in Exhibit 21, which shows the number of consumer accounts with 90 percent or more of their App Store spending in a given genre, as a share of all consumer accounts with positive billing in that genre.

[redacted]

116. As seen in the exhibit above, [redacted]

117. While delineating the precise boundaries of all relevant markets requires careful analysis of supply and demand conditions in each candidate market, the evidence I have presented in this section shows that the App Store faces differing competitive conditions for providing transactions, and supplies transactions to differing sets of consumers and developers, based on the type of app. When combined with the fact that the set of alternative app transaction platforms varies by the type of app, this evidence is consistent with the existence of multiple app transaction markets, i.e., the App Store likely competes for transactions in multiple app transaction markets.

### *6.2. The App Store competes in the market for digital game transactions, which is not limited to just iOS app transactions*

118. In this section, I demonstrate that the App Store competes in the distinct market for digital game app transactions. These transactions facilitate the exchange of playable digital game content (including initial downloads, re-downloads, and updates) and in-app purchases of game content between developers and consumers.[171] As I show in this section, the App Store competes with other game app transaction platforms for these app transactions; thus, the relevant market is not limited to iOS game app transactions.

119. In the context of the App Store, digital game content is provided by developers that classify their apps as games on the App Store and then purchased by consumers who play games on their iOS devices.[172] The market for digital game app transactions is hence a two-sided transactions market. It is therefore necessary to consider substitutability for these transactions on both sides of the platform, meaning for both consumers and developers, when conducting an analysis of the relevant product market.

120. Game developers make several decisions when choosing how to commercialize their games. First, they can choose which devices to develop their games for, including developing the same game for different devices as well as similar or different games for different devices. Second, they choose where to offer game app transactions, which can be on different app transaction platforms. Third, developers also have related choices about how to monetize their games, including by offering free downloads, paid downloads, in-app purchases, subscriptions, purchases outside of the iOS app for content that can be used within the iOS app, and in-app advertising. Similarly, consumers have a choice of which devices to obtain, where to carry out game app transactions, and which type of transaction to carry out (e.g., free or paid download, in-app purchase or subscription, or purchases outside of the iOS app for content that may be used within the iOS app). These choices by developers and consumers can affect the terms under which they transact, including prices paid by consumers and commissions charged to developers by app transaction platforms.

121. In Section 6.2.1, I present empirical evidence demonstrating that transactions on different game app transaction platforms are substitutes, both for the same game and across games, from the perspective of both consumers and developers of games. In Section 6.2.2, I also present

[171] While updates or re-downloads of game apps are a type of digital game transaction and are therefore included in the game transactions market, the data available to me do not include information on app updates or re-downloads. Thus, my analyses do not include app updates or re-downloads.

[172] As I explain above, app genres on the App Store do not necessarily correspond to relevant markets.

empirical evidence of actual substitution in consumer spending across platforms, for instance in the context of the removal of Epic's Fortnite from the App Store. In Section 6.2.3, I present evidence showing that Apple and other app transaction platforms view each other as competitors.

### *6.2.1. Evidence shows that game developers have the option and choose to use multiple platforms to make game transactions*

#### *6.2.1.1 Game developers have the option to make transactions through many platforms besides the App Store*

122. Game developers that use the App Store for digital game transactions can choose to do so through many different platforms on many types of devices. In Exhibit 22, I list some examples of current digital game transaction platforms. Each of these platforms serve the exact function as the App Store in that they connect developers to consumers in order to conduct transactions for many different digital games.

***Exhibit 22***
***Examples of transaction platforms that provide digital game transactions as of February 2025***

| Transaction platform | Compatible device for playing game |
|---|---|
| 1. Amazon Appstore | Android, Windows PC, Fire TV and tablets |
| 2. App Store | iOS devices, Mac |
| 3. Epic Games Store | Android, Windows PC, Mac, Asus Rog Ally |
| 4. GOG.com | Windows PC, Mac, Linux, Asus Rog Ally |
| 5. Google Play | Android, ChromeOS devices |
| 6. itch.io | Windows PC, Mac, Linux, Android |
| 7. Microsoft Store | Windows PC, Xbox devices, Asus Rog Ally |
| 8. Nintendo eShop | Nintendo Switch |
| 9. Electronic Arts | Windows PC, Mac, Asus Rog Ally |
| 10. PlayStation Store | PS4, PS5 |
| 11. Samsung Galaxy Store | Samsung Android |
| 12. Steam | Windows PC, Mac, SteamOS devices, ChromeOS devices, Asus Rog Ally |

Source: See Exhibit backup for full list of sources

Note: This analysis considers compatible devices as devices through which consumers can purchase digital game content that can be played or accessed in full on the respective device. For example, the Epic Games Store can be accessed and used for transactions from a web browser on any device, including an iPhone, but the content purchased cannot be accessed through an iOS app on the iPhone.

123. As shown on the exhibit, game transaction platforms are compatible with many types of devices, including handheld devices such as the Nintendo Switch, which is compatible with the

Nintendo eShop,[173] the Steam Deck, compatible with Steam,[174] or the Asus Rog Ally, compatible with the Steam and the Epic Games Store, among others.[175] Similarly, the App Store is not only compatible with the iPhone and Mac computers but also with the iPad, which offers a larger screen compared to the iPhone and is viewed by many users as well-suited for playing video games.[176]

#### *6.2.1.2 Many game developers choose to use multiple transaction platforms to make game transactions with consumers, often even for the same game*

124. Many developers make game transactions for the same game across several game transaction platforms simultaneously.[177] Exhibit 23 below presents my analysis of the top 25 free-to-download game apps by revenue and downloads on the App Store and Google Play as of 2023 and their availability on each respective platform. I find that 100 percent of the top 25 games apps by revenue and 96 percent of the top 25 games apps by downloads on the App Store are presently available on Google Play. In other words, almost all developers of the most popular iOS iPhone games also use Google Play to make game app transactions for the same games. Similarly, almost all developers of the most popular Android phone games also use the App Store. As shown in Exhibit 23 below, 100 percent of the top 25 games apps by revenue and 96 percent of the top 25 games apps by downloads on Google Play are presently available on the App Store.

---

[173] Nintendo, "My Nintendo Store," available at https://www.nintendo.com/us/store/, accessed on February 24, 2025.

[174] Steam, "Steam Deck," available at https://store.steampowered.com/steamdeck/, accessed on March 3, 2025.

[175] Asus, "ROG Ally," available at https://www.asus.com/us/site/gaming/rog/gaming-handheld/rog-ally.html, accessed on March 3, 2025 ("The ROG Ally handheld gaming console is fully compatible with Steam, Xbox Game Pass, Epic, GOG, and more").

[176] According to a 2021 Apple survey of iPad owners, over 40 percent of those that own both an iPad and a smartphone preferred playing games on a tablet to a smartphone, laptop, or desktop computer, and 69 percent of iPad owners noted entertainment (including "games") as a reason for purchasing a tablet. See Apple Market Research and Analysis, "Kantar ComTech USA Tablet Report," CQ3'21, APL-APPSTORE_11381338 – 414 at 366 ("Usage Intention by brand: Among those who purchased a tablet in Q321: Apple: Entertainment for self (e.g. games, videos, books) 69%"), 400 ("Preferred device by activity: Among those who own both a iPad and competitive smartphone in Q321: Tablet: Play Games 43%").

[177] There are exceptions to developers' ability to transact on other platforms. For example, some consoles (e.g., PlayStation) and some PC game app transaction platforms (e.g., Epic Games Store) have negotiated exclusivity arrangements with developers and publishers, limiting the availability of games through other platforms. See Epic Games, "Frequently Asked Questions," available at https://www.epicgames.com/site/en-US/epic-games-store-faq, accessed on February 24, 2025 ("Epic works in partnership with developers and publishers to offer games exclusively on the store. In exchange for exclusivity, Epic provides them with financial support for development and marketing, which enables them to build more polished games with significantly less uncertainty for the creators. In addition, creators will earn 88% of all the revenue from their game."); GG Deals, "List of PlayStation exclusive games," available at https://gg.deals/games/playstation-exclusives/, accessed on February 24, 2025.

***Exhibit 23***
***Nearly all of the top games on the App Store and Google Play are available on both platforms (2023)***

| | Share available on the App Store | Share available on Google Play |
|---|---|---|
| ***App Store*** | | |
| Top 25 Game Apps by Revenue | - | 100% |
| Top 25 Game Apps by Downloads | - | 96% |
| ***Google Play*** | | |
| Top 25 Game Apps by Revenue | 100% | - |
| Top 25 Game Apps by Downloads | 96% | - |

Source: U.S. Storefront App Transaction Data; App Magic, "Top Apps," 2023, available at https://appmagic.rocks/top-charts/apps?date=2023-01-01&country=US&tag=3&store=1&aggregation=year, accessed on March 3, 2025

Note: This exhibit analyzes the availability of the top 25 game apps by revenue and downloads in 2023 on the App Store and Google Play as of February 2025. I have restricted my analysis to games apps which are free to download. This is because the list of Google Play top apps by downloads I have access to only contains information about games that are free to download. For comparability, I therefore restrict my analysis to games that are also free to download on the App Store.

125. A range of successful game developers that currently transact through the App Store have chosen to also make game transactions for the same game available through alternative platforms other than Google Play. For example, Minecraft, one of the best-selling video games of all time, is available through many different transaction platforms including the App Store, Google Play, Microsoft Store, Amazon Appstore, Nintendo eShop, and PlayStation Store, as well as directly from Minecraft's website.[178] While the initial mobile version of Minecraft had pronounced differences from non-mobile versions, Mojang (the developer of Minecraft) was still able to conduct game transactions on mobile devices. Over time, Mojang invested in a mobile version of

[178] Paula Vaynshteyn, "The best-selling video games of the 21st century – so far," *Destructoid*, January 13, 2025, available at https://www.destructoid.com/the-best-selling-video-games-of-the-21st-century-so-far/, accessed on February 24, 2025 ("At the end of 2024, Minecraft broke sales records by reaching 300 million copies sold and maintains around 170 million monthly players, even 15 years after it was initially released."); Minecraft, "Minecraft: Java & Bedrock For PC," available at https://www.minecraft.net/en-us/store/minecraft-deluxe-collection-pc?tabs=%7B%22details%22%3A0%7D, accessed on February 24, 2025 ("OTHER PLATFORMS… CHROMEBOOK, IOS, ANDROID, XBOX, PLAYSTATION, NINTENDO, AMAZON FIRE."). See also, Google Play, "Minecraft: Play with Friends," available at https://play.google.com/store/apps/details?id=com.mojang.minecraftpe&utm_source=mcnet_android_pdp_mcov, accessed on February 24, 2025; App Store, "App Store Preview: Minecraft: Play with Friends," available at https://apps.apple.com/us/app/minecraft-play-with-friends/id479516143, accessed on February 25, 2025; Xbox Store, "Minecraft," available at https://www.xbox.com/en-US/games/store/minecraft/9MVXMVT8ZKWC, accessed on February 24, 2025; PlayStation Store, "Minecraft," available at https://store.playstation.com/en-us/product/UP4433-PPSA17221_00-MINECRAFTPS50000, accessed on February 24, 2025; Nintendo, "Minecraft for Nintendo Switch," available at https://www.nintendo.com/us/store/products/minecraft-106679, accessed on February 24, 2025; Amazon Appstore, "Minecraft," available at https://www.amazon.com/Mojang-Minecraft-Pocket-Edition/dp/B00992CF6W, accessed on February 24, 2025.

Minecraft with added functionality, making it even more comparable to the PC and console versions.[179]

126. [redacted] [180]

127. Similarly, Roblox, a game with 196 million monthly active users as of March 2024, is available for iOS devices through the App Store as well as for non-iOS devices through the Microsoft Store, the Amazon Appstore, and Google Play.[181] Using produced Roblox data based on the first nine months of 2020, I find that on average, 49.2 percent of Roblox's monthly active users' ("MAU") activity was on Android devices, 21.9 percent on iOS devices, 3.0 percent on

---

[179] For example, certain elements of the game, such as mods and shared servers were only offered on PC/Mac/Linux through the Java Edition and have now expanded to other platforms such as Windows 10 and mobile. See Alchetron, "Minecraft mods," updated September 28, 2024, available at https://alchetron.com/Minecraft-mods, accessed on February 24, 2025 ("Minecraft mods are independent, user-made additions and changes to the 2011 Mojang video game."); Minecraft, "Minecraft: How do you want to play?" available at https://www.minecraft.net/en-us/get-minecraft, accessed on February 24, 2025; Mark Hachman, "Minecraft's PC share shrinks as users stampede to cheaper console and mobile versions," *PCWorld*, June 2, 2016, available at https://www.pcworld.com/article/3077990/minecrafts-pc-share-shrinks-as-users-stampede-to-cheaper-console-and-mobile-versions.html, accessed on February 24, 2025.

[180] See Workpapers; Minecraft, "Minecraft Gross Sales Revenue," MSFT_ EPIC_00000013.xlsx. Minecraft Java Edition is the original version of Minecraft that can be played on Windows, Linux, and macOS desktop operating systems. I assume that Sony devices refer to PlayStation. See Minecraft, "Difference Minecraft Editions," available at https://help.minecraft.net/hc/en-us/articles/360034753992-Different-Minecraft-Editions, accessed on February 25, 2025.

[181] Roblox Corporation, "Roblox Merchant Fee Review," ROBLOX-000000582.xlsx. See also, Dubit, "Dubit Guide to Roblox for Brands: Version 3.0," 2020, available at https://docsend.com/view/yytafca42a83pbgq, accessed on February 24, 2025; Vidyut Jha, "How Many People Play Roblox – User and Growth Stats in 2025," *AI Techtonic*, February 21, 2025, available at https://aitechtonic.com/how-many-people-play-roblox/#Monthly_Active_Users_by_Month, accessed on February 24, 2025. For PC, Roblox is available for download through the Microsoft Store. See Xbox, "Get Roblox," available at https://www.xbox.com/en-us/games/store/roblox/9nblgggzm6wm, accessed on February 24, 2025. For both PC and Mac, Roblox is available through a web browser. See Roblox, "How to Install and Play Roblox," available at https://en.help.roblox.com/hc/en-us/articles/204473560-How-to-Install-and-Play-Roblox-Using-Browser, accessed on March 6, 2025. For Android devices, Roblox is available on Google Play and the Amazon Appstore. See Google Play, "Roblox – Apps on Google Play," available at https://play.google.com/store/apps/details?id=com.roblox.client&hl=en, accessed on February 24, 2025; Amazon Appstore, "Roblox," available at https://www.amazon.com/Roblox-Corporation/dp/B00NUF4YOA, accessed on February 24, 2025. For Xbox One, Roblox is available through the Microsoft Store. See Microsoft, "Get ROBLOX," available at https://www.xbox.com/en-us/games/store/roblox/bq1tn1t79v9k, accessed on February 24, 2025. The HTC Vive and Oculus Rift both have stores for consumers to purchase games but neither carry Roblox. To play Roblox with either the HTC Vive or Oculus Rift, Roblox needs to be downloaded to a PC that is connected to the Vive/Rift device. See Roblox, "Setting up VR for Roblox," available at https://en.help.roblox.com/hc/en-us/articles/208260046-Roblox-VR, accessed on March 6, 2025; VIVEPORT, "Search results for 'Rob,'" available at https://www.viveport.com/filter-page/search?keyword=rob, accessed on February 24, 2025. See also App Store, "App Store Preview: Roblox," available at https://apps.apple.com/us/app/roblox/id431946152, accessed on February 24, 2025.

Xbox, and the remaining 25.8 percent on desktops and other devices.[182] In other words, in the first nine months of 2020, non-iOS devices accounted for, on average, 78.1 percent of Roblox's MAU.

128. Fortnite, from Epic Games, is similarly available on many game transaction platforms. It is currently available across a number of platforms, including the Epic Games Store, the Nintendo eShop, the Microsoft Store, the PlayStation Store, and GeForce Now (a game streaming platform that consumers can access on a variety of devices including Macs, PCs, Chromebooks, Android devices, and iOS devices).[183] In addition, prior to August 2020, when Epic Games implemented a software update that allowed consumers to make purchases within iOS and Android versions of the game without going through Apple and Google's payment systems, Fortnite was also available in the App Store and Google Play.[184]

129. Detailed data, shown in Exhibit 24, containing weekly playtime and spending for Fortnite users in the U.S. from February 2018 to November 2021 indicate that Epic Games transacts with consumers across many game transaction platforms.[185] As shown in the exhibit, as of August 3, 2020, prior to the removal of Fortnite from the App Store, the game had 116 million distinct user accounts in the U.S., less than half of which had accessed the game through iOS.[186] Thus, Epic Games was able to reach the majority of its customer base at the time through game transaction platforms other than the App Store and can therefore conduct Fortnite game transactions with its customers on many different platforms.

---

[182] Roblox Corporation, "MAUs," ROBLOX-000000582.xlsx. See Workpapers.

[183] Epic Games, "FAQ," updated February 14, 2025, available at https://www.fortnite.com/faq, accessed on February 24, 2025 ("Q: Where can I download Fortnite? A: You can download Fortnite from the following places: PlayStation – PlayStation Store; Xbox – Microsoft Store; Nintendo Switch – Nintendo eShop; PC – Fortnite.com/download; Android – Available through the mobile Epic Games Store, which you can download from Epic Games; […] You can also play Fortnite via cloud gaming: Xbox Cloud Gaming; NVIDIA GeForce NOW; Amazon Luna"); Epic Games, "Fortnite Download | All the Ways to Play Fortnite," available at https://www.fortnite.com/download?lang=en-US, accessed on February 24, 2025; Epic Games, "How to play Fortnite on Chromebook," available at https://www.epicgames.com/help/en-US/c-Category_Fortnite/c-Fortnite_TechnicalSupport/how-to-play-fortnite-on-chromebook-a000092998, accessed on February 24, 2025.

[184] See Dieter Bohn, "Fortnite for Android has also been kicked off the Google Play Store," *The Verge*, August 13, 2020, available at https://www.theverge.com/2020/8/13/21368079/fortnite-epic-android-banned-google-play-app-store-rule-violation, accessed on February 24, 2025.

[185] The data provided by Epic does not cleanly distinguish between devices and the many game transaction platforms on those devices, instead referring to them all as "platforms." For example, as I discuss in Appendix 8, Epic sometimes separates out game transaction platforms (e.g., Google Play) but other times separates out devices that may either be supported by a dedicated transaction platform (e.g., Xbox) or by transaction platforms that are available on several platforms (e.g., Epic separates out PC, on which Epic uses the Epic Games Store as a game transaction platform, which also provides transactions for Mac). Because of this in my exhibits I refer to these as "platforms" as Epic does.

[186] This is the number of distinct U.S. user accounts that accessed Fortnite until, and including, the week of August 3, 2020. See Workpapers.

***Exhibit 24***
***Fortnite user accounts access the game through many platforms in the U.S. (February 26, 2018 –November 7, 2021)***




Source: Epic Weekly User Data

Note: User accounts may appear on one or more platforms in a given month. Category "PS" comprises the platforms "PS4" and "PS5." Category "Xbox" comprises the platforms "XBOXONE" and "XSX." Other platforms includes "HONGKONG," "MICROSOFT," and "OTHER." The share of user accounts by platform in July 2020 is as follows: 43% for PlayStation, 19% for Xbox, 17% for iOS, 15% for Nintendo Switch, 13% for PC, 4% for Google, 3% for Android (non-Google), and 1% for other platforms. User accounts are included whenever the Fortnite application is opened on a device through that account. See Appendix 8 for details regarding Epic data processing.

130. While many game developers offer the same game across multiple game transaction platforms, game developers also choose to offer certain games on some platforms while offering other games on other platforms.

131. EA, a large developer of digital games, transacts through all major digital game transaction platforms as well as directly to consumers through its own storefront, the EA app.[187] It has chosen to transact through certain platforms for some games but other platforms for other games, for example:

a. EA has offered multiple versions of the football game Madden NFL on various game transaction platforms over time. Its most recent version, Madden NFL 25, is

[187] EA Help, "Where to buy EA PC digital download games," July 8, 2024, available at https://help.ea.com/en/help/faq/where-to-buy-ea-games-v2/, accessed on February 24, 2025.

available through the PlayStation Store, the Microsoft Store, Steam, Epic Games, and the EA app.[188] It also offers a version called Madden NFL 25 Mobile Football on the App Store and Google Play.[189]

b. EA offers the game Bejeweled Stars only through the App Store and Google Play.[190] Other versions of Bejeweled have been released over time in other platforms such as Xbox and Nintendo DS.[191]

c. EA offers the game Apex Legends on the PlayStation Store, the Microsoft Store, Steam, the Nintendo eShop, and the EA App.[192]

132. Smaller developers have also chosen to release games in different platforms over time. For example, a smaller developer called "thatgamecompany" has transacted different games on different platforms:

a. thatgamecompany offered the games Flow, Flower, and Journey exclusively on PlayStation 3, including through the PlayStation Store, between 2006 and 2012

[188] PlayStation Store, "Madden NFL 25," available at https://www.playstation.com/en-us/games/madden-nfl/, accessed on February 24, 2025; EA Sports, "Madden NFL 25," available at https://www.ea.com/games/madden-nfl/madden-nfl-25, accessed on February 24, 2025; Steam, "Madden NFL 25," available at https://store.steampowered.com/app/2582560/EA_SPORTS_Madden_NFL_25/, accessed on March 5, 2025; Xbox, "Madden NFL 25 Xbox Series X|S," available at https://www.xbox.com/en-US/games/store/madden-nfl-25-xbox-series-xs/9N0FWWQ94X62?msockid=0d4179ffb739673a1d176ab5b3396916, accessed on February 24, 2025; Epic Games, "EA SPORTS Madden NFL 25," available at https://store.epicgames.com/en-US/p/madden-nfl-25, accessed on February 24, 2025.

[189] Google Play, "Madden NFL 25 Mobile Football," available at https://play.google.com/store/apps/details?id=com.ea.gp.maddennfl21mobile&hl=en-US, accessed on February 24, 2025; App Store, "App Store Preview: Madden NFL 25 Mobile Football," available at https://apps.apple.com/us/app/madden-nfl-25-mobile-football/id1512265589, accessed on February 24, 2025.

[190] Google Play, "Bejeweled Stars," available at https://play.google.com/store/apps/details?id=com.ea.gp.bejeweledskies&hl=en_US&gl=US, accessed on February 24, 2025; App Store, "Bejeweled Stars," available at https://apps.apple.com/us/app/bejeweled-stars/id974135847, accessed on February 24, 2025.

[191] Metacritic, "Bejeweled 3," available at https://www.metacritic.com/game/ds/bejeweled-3, accessed on February 24, 2025; Xbox, "Bejeweled 3," available at https://www.xbox.com/en-US/games/store/bejeweled-3/BR7QJW8V9L2S/0001, accessed on February 24, 2025.

[192] EA, "APEX Legends," available at https://www.ea.com/games/apex-legends, accessed on February 24, 2025. EA also launched a mobile version for iOS and Android devices in 2022 but discontinued the mobile version in 2023. See Richard Lawler and Jay Peters, "EA is shutting down Apex Legends Mobile and not giving refunds," *The Verge*, January 31, 2023, available at https://www.theverge.com/2023/1/31/23580285/ea-apex-legends-mobile-shutting-down-refunds-battlefield, accessed on February 24, 2025.

through a publishing agreement with Sony. It now offers these games on PC app transaction platforms and app transaction platforms for mobile devices.[193]

b. thatgamecompany originally offered the game "Sky: Children of the Light" through the App Store and Google Play in 2019. It also started offering the game through the Nintendo eShop for the Nintendo Switch in 2021 and on Steam for PC devices in 2024.[194]

133. These examples thus all show that game developers have many choices of where and how to conduct game transactions with consumers and that they actively choose between these game transaction platforms.

*6.2.1.3 Developers treat the App Store and other game transaction platforms as substitutes for making game transactions*

134. Developers substitute across game transaction platforms in part by making decisions about whether, when, and how much to invest in a given game for a particular transaction platform.

135. Evidence shows that developers consider the relative benefits of different game transaction platforms and evaluate game transaction platforms along multiple dimensions when choosing the platform on which to develop and release their games. Relevant factors include the commission charged by the platform,[195] the technical sophistication of the device(s) on which the platform is

[193] Thatgamecompany, "Welcome to thatgamecompany," available at https://thatgamecompany.com/, accessed on February 24, 2025; Don Oliveira, "ThatGameCompany, developers of Journey, no longer PlayStation-exclusive," *PSU*, June 14, 2012, available at https://www.psu.com/news/thatgamecompany-developers-of-journey-no-longer-playstation-exclusive/, accessed on February 24, 2025; App Store, "App Store Preview: Flower," available at https://apps.apple.com/us/app/flower/id1279174518, accessed on February 24, 2025.

[194] Thomas Whitehead, "Sky: Children of The Light is Now Available For Free On Switch eShop," *Nintendo Life*, June 29, 2021, available at https://www.nintendolife.com/news/2021/06/sky_children_of_the_light_is_now_available_for_free_on_switch_eshop, accessed on February 24, 2025; Thatgamecompany, "Sky," available at https://thatgamecompany.com/sky/, accessed on February 24, 2025; Marc Marasigan, "Sky: Children Of The Light Launches On Steam And Is Now A Full-Fledged MMO," *MMOs.com*, April 10, 2024, available at https://mmos.com/news/sky-children-of-the-light-steam-early-access-launch, accessed on February 24, 2025.

[195] Nick Statt, "Fortnite for Android will ditch Google Play Store for Epic's website," *The Verge*, August 3, 2018, available at https://www.theverge.com/2018/8/3/17645982/epic-games-fortnite-android-version-bypass-google-play-store, accessed on February 24, 2025 ("Epic Games announced today that it will not distribute its massively popular game *Fortnite* on Android through Google's Play Store marketplace. … The second reason is financial: Epic does not want to pay Google's 30 percent cut.").

available,[196] the available developer tools,[197] the number of consumers on the platform,[198] the amount those consumers are expected to spend on the platform,[199] and other services provided directly by the platform operator to the developer.[200]

136. Many technical tools exist to provide developers the maximum set of options in terms of choosing among platforms on which to make game transactions. For example, developers are

---

[196] Kevin Murnane, "Taking a Realistic View on Porting Games to Nintendo's Switch," *Forbes*, March 14, 2018, available at https://www.forbes.com/sites/kevinmurnane/2018/03/14/taking-a-realistic-view-on-porting-games-to-nintendos-switch/?sh=1d75715340a1, accessed on February 24, 2025 ("The desire to play a favorite game on the Switch or generate an additional revenue stream with a Switch port should be tempered with a realistic appraisal of the limitations of the Switch's hardware. The Switch can't handle games that are built to take advantage of the processing power in the base Xbox One and PS4, let alone the One X and Pro. The gap between what games demand and what the Switch can do is only going to increase as developers continue to push the limits of the current generation consoles and prepare for whatever Sony and Microsoft are working on for the next generation.").

[197] Meeting Notes on Apple Games, "Games," February 6, 2019, APL–APPSTORE_10162267 – 82 at APL–APPSTORE10162269 – 70 ("Developer Tools: Our tech: Metal2, Spritekit, Scenekit, ARKit 2, etc. Most devs are opting to develop on Unity, Unreal engine, b/c they want to be cross-platform. Our tech limits them to iOS only. 90%+ Ocelot games use Unity or Unreal engine. Should we create our own engine?"); Google Presentation, "Play Monthly Review," September 2020, GOOG-APPL-00044919 – 79 at 72 ("[G]ames: [E]rosion from competition is real: e.g., msft owns developers from github to visual studio/best game dev tools to full stack liveops support (playfab). [I]n some areas (gpu profiling tools) we're 2 decades behind").

[198] Both internal documents and public sources show that the number of users is an important metric to developers. See Ellie Powers, "Games sim-ship on Play," Google, February 4, 2017, GOOG-APPL-00003362 – 412 at 399 ("Android grew: Larger userbase - more valuable to developers."); Dave Thier, "Xbox Series X Vs. PlayStation 5: Developers Clearly Favor One Over The Other," *Forbes*, January 25, 2020, available at https://www.forbes.com/sites/davidthier/2020/01/25/xbox-series-x-vs-playstation-5-developers-clearly-favor-one-over-the-other/?sh=22204a6c46e0, accessed on February 24, 2025 ("If a developer is more interested in PlayStation 5 than Series X, it's because they think they'll be able to make more money on that platform. In the case of consoles, that's likely because they think there will be more of them out there."); Google Presentation, "Game Streaming," GOOG-APPL-00042476 – 83 at 82 ("What should we do? Providing reach is the #1 value to game makers.").

[199] Apple, "App Store Developers Profiling Research," March 2015, APL-APPSTORE_09126673 – 774 at 722 – 723 ("59% say user LTV is an influential metric when making marketing decisions… Half say average revenue per user is an influential metric when making marketing decisions"). The usefulness of understanding price sensitivity for developers has been discussed in academic literature, e.g., see Anindya Ghose and Sang Pil Han, "Estimating Demand for Mobile Applications in the New Mobile Economy," *Management Science*, 60(6), 2014, pp. 1470–1488 at p. 1470 ("App developers can use information on the price elasticity of different app categories to determine whether to offer an app for free, and if not for free, how much to charge it. Moreover, given that app stores often collect one-off or subscription fees for paid-apps, it can be useful for them to obtain precise estimates of user demand").

[200] Email chain from Matt Fischer to Jeff Robbin, et al., "Google Gives Android Developers Improved Analytics To Track Users' Acquisition And Engagement Data – TechCrunch," October 4, 2013, APL-APPSTORE_04452013 – 5 at 013 ("Google is enhancing the reporting they give to their developers. This is a very smart move for them.…This is a good reminder that Google sees an opening here and is investing more and more resources to win over developers with better data/analytics and superior tools."); Deposition of Joe Kreiner (Epic), February 5, 2021 ("Kreiner Deposition"), pp. 242–243 ("The services we provide game developers are CDN hosting, player support, marketing of their games, and handling of refunds…We also waive on Unreal Engine Royalties…which are typically 5 percent…We also have a supporter/creator marketing program where currently Epic pays influencers a 5 percent-of-sales fee if they successfully refer a paying customer into our ecosystem to go buy a game or in-app transactions. And then we also do social – you know social media for game launches, video promotions. We've done featuring at physical events, such as E3. And we do sponsorships of the…video games awards as well as other events where we feature games that are available on the Epic Games Store."); Deposition of Tim Sweeney (Epic), February 8, 2021, pp. 195–196 ("Epic has a team to assist with Epic Games Store and Epic online services and giving partners advice on how to utilize the store and services and, in some cases, provide engineering assistance to key developers at critical points to assist with their experience of getting their app into our store and using our services.").

able to choose from a variety of game developer engines—such as Unity, Unreal Engine, CryEngine, GameMaker Studio, and more—that offer similar capabilities for distributing across platforms.[201] The Unity game engine, for instance, now supports development for 20 platforms, allowing developers to create one software "build" that they can distribute to any of Unity's supported platforms.[202] These tools, combined with the evidence that developers have created games for multiple platforms, make it clear that developers are not locked in to any given platform. Instead, developers can choose between different transaction platforms based on those platforms' economic merits.

137. Evidence from specific game app developers further supports the conclusion that developers consider multiple transaction platforms when developing games. For example, Epic first launched Fortnite on Xbox, PlayStation, and PCs.[203] Then, when deciding how to approach launching Fortnite on mobile platforms, Epic chose to launch exclusively on the App Store, as opposed to launching Fortnite for both iOS and Android simultaneously. Epic internal documents stated that this approach would allow Epic to "focus [its] engineering efforts" on iOS, and "accelerate [its] initial launch" since it expected to receive "extra support" from Apple by launching exclusively on the App Store.[204] This example demonstrates Epic's willingness to reallocate resources across competing transaction platforms depending on their relative advantages.[205] Furthermore, Epic's belief that launching exclusively on the App Store rather than Google Play would "build up demand for [the] Android version," coupled with its strategy to

---

[201] Perforce, "What You Need For Cross Platform Game Development," November 19, 2020, available at https://www.perforce.com/blog/vcs/cross-platform-game-development, accessed on February 24, 2025 ("Cross-Platform Game Development Software: Game Dev Engines: Unreal Engine & Unity… CryEngine… GameMaker Studio… LibGDX… Godot Engine… Solar 2D").

[202] Unity, "Industry-leading Multiplatform Support," available at https://unity.com/features/multiplatform, accessed on February 24, 2025 ("Develop your game once and distribute it seamlessly across desktop, mobile, console, and VR, maintaining your creative vision intact."). The Unity engine is a "game and app development software that allows game developers to create video games across 20+ platforms and billions of devices." See Unity, "Unity Platform," available at https://unity.com/products/unity-engine, accessed on February 24, 2025.

[203] See Exhibit 24.

[204] Email chain from Tim Sweeney to Mark Rein et. al., "Re: Android - wild idea," February 18, 2018, EPIC_00091478 – 82 at 79 – 80 (Daniel Vogel: "Side benefits are that going platform exclusive with iOS allows us to focus our engineering efforts there to accelerate initial launch all while being able to negotiate extra support from Apple. Being on iOS first I assume is also going to build up demand for Android version which in tum should help negotiations with carriers/ phone manufacturers etc."; Arjan Brussee: "The benefit of focusing on IOS right now for initial launch is not to be underestimated and very likely a must.").

[205] Epic expecting concessions from Apple due to an exclusive launch on iOS devices is also consistent with Apple treating Android devices as competitors to iOS devices. The latter would imply that consumers would be willing to switch from Android devices to iOS devices, which would similarly suggest that game transactions through the App Store are substitutes to game transactions through other transaction platforms. See Email chain from Tim Sweeney to Mark Rein et al., "Re: Android - wild idea," February 18, 2018, EPIC_00091478 – 82 at 79 – 80.

initially forgo offering Fortnite on Google Play but then later adopting it, shows that Epic considered alternative game transaction platforms for the game.[206]

138. Developers of course do not always choose to offer every game on every platform, or even every game on multiple platforms. But this does not mean that different transaction platforms are not substitutes merely because the developer chose where to invest its efforts across games. Developers may also choose to create different games for different platforms. For example, Epic released Infinity Blade on iOS, Gears of War on Xbox and PC, Gears of War 3 on Xbox, and Fortnite on PlayStation, Xbox, Switch, PC, iOS, and Android.[207] Developers can also release different versions of a game for different platforms—for example, the initial release of the Minecraft mobile version had limited features compared to non-mobile versions.[208] It is the developer's choice where to offer its games, and hence where to transact with potential customers.

*6.2.1.4 Game developers who have decided to make games for iOS devices have multiple options for making paid transactions with iOS users outside of the App Store, even for content consumed on iOS apps*

139. Game developers also have meaningful design choices available to them that impact where and how consumers will pay them for their games, i.e., make paid game transactions. While the download of an iOS game app must occur through the App Store, game developers need not pay a commission on these transactions if they choose to make the app free to download. Game developers can also offer game downloads on other game transaction platforms for other devices that a consumer owns. Furthermore, developers can use competing stores and websites, for paid transactions with consumers, even for in-game content that is used in an iOS app.

[206] Emails between Tim Sweeney, the CEO of Epic Games, and Samsung indicate that Epic did not want to partner with Google and decided to instead offer transactions for Fortnite for Android devices through the Samsung Galaxy Store instead of Google Play, even using its competitive leverage to obtain a lower commission rate for Fortnite with Samsung. See Email chain from Tim Sweeney to Mark Rein et al., "Re: Android - wild idea," February 18, 2018, EPIC_00091478 – 82 at 79 – 80; Email from Thomas Ko to Tim Sweeney, "RE: Note 9+ Fortnite launch," August 9, 2018, EPIC_00012739.

[207] Nick Slatt, "Epic removes all Infinity Blade games from the App Store," *The Verge*, December 10, 2018, available at https://www.theverge.com/2018/12/10/18135256/infinity-blade-ios-app-store-removed-epic, accessed on February 24, 2025; Gears of War, "Home," available at https://gearsofwar.com/, accessed on February 24, 2025; David Tach, "Fortnite cross-platform crossplay guide for PC, PS4, Xbox One, Switch, Mac and mobile," *Polygon*, September 27, 2018, available at https://www.polygon.com/2018/3/23/17146848/cross-platform-crossplay-ps4-xbox-pc-switch-ios-mobile-enable-friends-compatible-matchmaking, accessed on February 24, 2025.

[208] Angelica Green, "A Comparison of Minecraft for PC and Pocket Edition," *VentureBeat,* May 2, 2014, available at https://venturebeat.com/community/2014/05/02/a-comparison-of-minecraft-for-pc-and-pocket-edition/, accessed on February 24, 2025.

140. For example, many game developers offer their in-game currency for purchase on their own website, online game stores, or third-party marketplaces, such as Codashop.[209] This enables customers to use the digital products or in-game currency they purchase through these alternative platforms on their iOS devices. For instance, Roblox offers its virtual currency, Robux, for purchase on the Roblox website and multiple other transaction platforms, such as the App Store, Google Play, the Amazon Appstore, Xbox, and the Microsoft Store.[210] Similarly, V-bucks, the virtual currency in Fortnite, can be purchased on multiple transaction platforms and from the Epic website.[211]

141. Game developers can also link in-game content and game progression across a user's devices through a common user account (or "single sign-on").[212] This single sign-on can be offered by the developer or through a third-party (such as Apple, Google or Facebook) and lets consumers easily shift their play and in-game content across devices.[213] Many game developers link in-game content and game progression across a user's devices by having a common user account which spans different game transaction platforms.

a. King (the developer of Candy Crush Saga and other popular games) offers a "King" account, which enables players to transfer progress within each game across devices, and in-game currency, Gold Bars, which can be purchased from the in-game store

---

[209] Codashop is a third-party, global marketplace through which game developers can sell "currencies, content, and bundles." Codashop, "Coda," available at https://www.coda.co/product/codashop/, accessed on February 24, 2025.

[210] Roblox Prices, undated, ROBLOX-000000580.

[211] Epic Games Store, "1,000 V-Bucks," available at https://store.epicgames.com/en-US/p/fortnite--1000-v-bucks, accessed on February 24, 2025; PlayStation Store, "Fortnite – 1,000 V-Bucks," available https://store.playstation.com/en-us/product/UP1477-PPSA01922_00-MTX01K0000000000, accessed on February 24, 2025; Xbox, "Fortnite – 1,000 VBucks," available at https://www.xbox.com/en-US/games/store/fortnite-1000-v-bucks/c0f5ht9nv86p, accessed on February 19, 2025; Nintendo, "V-Bucks," available at https://ec.nintendo.com/NZ/en/titles/70010000010190/consumables/virtualcurrency0, accessed on February 24, 2025.

[212] Nick Slatt, "How to tie a PlayStation-linked Fortnite account to your Nintendo Switch," *The Verge,* September 27, 2018, available at https://www.theverge.com/2018/9/27/17911418/fortnite-sony-ps4-nintendo-switch-link-how-to-account-fix, accessed on February 24, 2025; Blizzard Support, "Can I Play Cross Platform," available at https://us.battle.net/support/en/article/70345, accessed on February 24, 2025.

[213] Meta, "Facebook Login Overview," available at https://developers.facebook.com/docs/facebook-login/overview, accessed on February 24, 2025 ("Facebook Login is a fast and convenient way for people to create accounts and log into your app across multiple platforms… People who create accounts with Facebook on one platform can quickly and easily log into your app on another. A person is known by the same User ID everywhere so they can pickup your in-app experience where they left off. Facebook Login is available on iOS, Android, and Web, for desktop apps and for devices such as Smart TVs and Internet of Things objects"); Apple Support, "What is Sign in with Apple?" available at https://support.apple.com/en-us/102609, accessed on February 24, 2025 ("Sign in with Apple is the fast, easy, and more private way to sign in to third-party apps and websites using your Apple Account."); Google Account Help, "Use Your Google Account to Sign In to Other Apps or Services," available at https://support.google.com/accounts/answer/112802, accessed on February 24, 2025 ("Use your Google Account with third-party apps & services…Sign in to third-party apps and services.").

and accessed on any device on which users play Candy Crush Saga.[214] Thus, a consumer who had been playing Candy Crush Saga on an iPhone can transfer currency and progress to an Android device (and vice versa) as well as between other devices the consumer uses.

b. Roblox consumers log in to the game through a Roblox account, which allows them to transfer the game's digital currency, called Robux, across devices. In-game progress is also tied to a user's Roblox account which allows the user to continue playing the game on other devices.[215]

c. Epic similarly connects content in Fortnite to a user's Fortnite account. Any digital products acquired in Fortnite (e.g., "skins") are usable across all devices on which that user plays Fortnite.[216] In addition, a user's Fortnite "wallet" of V-bucks can be used across different devices, subject to constraints by some game transaction platforms.[217]

142. The result is that developers can enable customers to use digital products or in-game currency purchased on one game transaction platform on devices served by other game

---

[214] King Games, "Candy Crush Saga," available at https://www.king.com/game/candycrush, accessed on February 24, 2025; Kevuru Games, "How much money does Candy Crush make?" December 4, 2024, available at https://kevurugames.com/blog/how-much-money-does-candy-crush-make/, accessed on March 5, 2025 ("Candy Crush makes money through in-app purchases. Users can buy extra lives and other bonus items to help them complete the levels. The in-game currency is called Gold Bars. 50 Gold Bars are sold for $1.99, while 500 are worth $14.99."); King Games, "New phone or tablet? Learn how to move your progress!" available at https://kingcare.zendesk.com/hc/en-us/articles/4414490353297-New-phone-or-tablet-Learn-how-to-move-your-progress#%20, accessed on February 24, 2025 ("Do you already connect your game to a King account or to Facebook? If so, just install the game on your new device and log into your account-that's it! All your game progress and Gold Bars will appear on your new device automatically.").

[215] Declaration of Craig Donato in Support of Non-Party Roblox Corporation's Response to Epic Games Inc. and Apple Inc.'s Subpoenas, January 15, 2021, p. 3 ("Progress that users achieve while using the App can be applied when the user logs in to their account on a different device or interface. Users of the App are able to purchase and spend Robux, the Roblox virtual currency, within the many different experiences available, including purchasing virtual items and avatars. Regardless of where such purchases are made, they are saved to a user's account, and are accessible from whatever devices the user subsequently logs on from."). Robux, Roblox's virtual currency, is available for purchase on many platforms, including the browser—a platform where Robux cannot be played. See Roblox, "Buy Robux," available at https://www.roblox.com/upgrades/robux, accessed on February 25, 2025; Zackery Cuevas, "Can you play Roblox without downloading it?" *Android Central*, October 15, 2020, available at https://www.androidcentral.com/can-you-play-roblox-without-downloading, accessed on February 24, 2025 ("As of this writing, there's no way to play Roblox within your browser window.").

[216] Epic Games, "FAQ," updated February 14, 2025, available at https://www.fortnite.com/faq, accessed on February 24, 2025.

[217] V-bucks purchased on Nintendo Switch can only be used when playing the game on a Nintendo Switch, but any purchases on these platforms are available to use across all platforms. See Epic Games, "FAQ," updated February 14, 2025, available at https://www.fortnite.com/faq, accessed on February 24, 2025 ("V-Bucks purchased/redeemed on one platform are available on all other platforms that support Fortnite Shared Wallet: PlayStation, Xbox, PC, mobile, and cloud gaming services. V-Bucks purchased/redeemed on Nintendo Switch can only be spent on that platform and will not appear if you log in on a different platform.").

Similarly, many video streaming app developers transact through multiple platforms and allows consumers to access, on their iOS app, content purchased outside iOS.[334]

b. Developers also decide on whether, when, and how much to invest in a given game for a particular digital game app transaction platform by weighing the relative benefits of different platforms. These decisions can occur continuously as developers allocate resources to the improvements of existing products or the development of new products. For example, as I explain in Section 6.2.1.3, Epic first launched Fortnite on Xbox, PlayStation, PC, and Mac and subsequently on mobile platforms.[335] Moreover, as I explain in Section 6.2.1.3, many technical tools (e.g., Unity, Unreal Engine, CryEngine, GameMaker Studio) exist to provide developers with the option to distribute their games and make digital game app transactions across a wide range of platforms.[336]

210. In summary, both consumers and developers substitute between iOS and non-iOS platforms so that neither of these groups are locked-in to the App Store for app transactions.

*6.4.2. Consumers can determine the lifecycle costs of purchasing an iOS device*

211. Consumers have the ability to determine the lifecycle costs, i.e., the total costs of a device and the cost of any apps or in-app purchases made on that device, at the time of purchase of an iOS device. The prices of digital content sold on the App Store are transparent and available even to users who do not have an iOS device. In particular, the prices are listed on the App Store's website, including both the price of an app as well as the price of commonly purchased in-app content.[337]

212. In fact, some consumers have a strong incentive to determine the costs of apps and in-app purchases they will make on an iOS device at the time of purchase due to the significant amount of spending performed on paid downloads and in-app purchases on the device. Using the App Store Transaction Data, I calculate the total consumer spend on the App Store over the lifetime

---

[334] See Section 6.3.3.

[335] Fortnite Press Release, "Announcing Fortnite Battle Royale for Mobile," March 8, 2018, available at https://www.fortnite.com/news/mobile-announce, accessed on March 6, 2025 ("Fortnite Battle Royale is coming to mobile devices! On phones and tablets, Fortnite is the same 100-player game you know from PlayStation 4, Xbox One, PC, and Mac.").

[336] See Section 6.2.1.3.

[337] For example, Minecraft on the App Store website is listed at $6.99 and the in-app content "Minecraft Store Item 2" is listed for $1.99. See App Store, "App Store Preview: Minecraft: Play with Friends," available at https://apps.apple.com/us/app/minecraft-play-with-friends/id479516143, accessed on February 25, 2025.

of each iOS device. I restrict my analysis to devices that were first used between February 2019 and February 2021, to be able to observe spending on each device for a sufficient period of time.[338] I then compare this spending to the price of the most expensive iOS devices during this time period: the iPhone 12 Pro Max and the fourth-generation iPad Pro, which had prices of $1,399 and $1,649, respectively, at launch.[339] Among consumers who spent money on the App Store, I find that 41.2 percent had App Store spending over the lifetime of a given device that was equivalent to 10 percent or more of the price of the device, and 4.8 percent had spending that was *more than 100 percent of the price of the device*.[340]

213. Such consumers with substantial App Store spend are most likely to be forward-looking by considering the total spending on iOS apps and in-app purchases at the time of purchase of a new iOS device. Moreover, these high-spending consumers are exactly the ones for which switching from an iOS device to an Android device would have a meaningful impact on Apple as these consumers account for a large share of the App Store's revenues. For example, the 4.8 percent of consumers with greater App Store spending over the lifetime of a given device than the price of the device itself account for 54.0 percent of all App Store spending and 57.3 percent of Apple's commissions from the App Store among all devices that were first used between February 2019 and February 2021.[341] If prices of apps and in-app purchases were to increase, such high-spending consumers would be the most likely to switch to an Android device. I show in Section 7 that this presence of high-spending consumers with higher incentives to switch to an Android device is likely to exert competitive pressure on Apple when competing with other transaction platforms.

[338] I restrict to devices that were first used before February 2021 to ensure I observe at least three years of spending for each device between February 2021 and the latest available data in February 2024. Public sources indicate that the majority of iPhone owners in the U.S. keep their device less than three years. See Michael Potuck, "Here's how long Apple users are holding on to their iPhones," *9to5mac*, May 10, 2023, available at https://9to5mac.com/2023/05/10/how-long-people-keep-iphones/, accessed on March 6, 2025 ("3 years or more: [2023-03] 31%"). To the extent that users have their devices for longer periods, this means that I calculate a conservative measure of App Store spending over the lifetime of a device.

[339] This is a conservative measure of how much consumers spent for their iOS devices because I use the cost of the most expensive model and specification, i.e., $1,399 for the 512 GB iPhone 12 Pro Max and $1,649 for the 12.9-inch iPad Pro with one TB storage and cellular connectivity. See Apple, "Buy iPhone 12 Pro," October 15, 2020 [archived], available at https://web.archive.org/web/20201015045954/https://www.apple.com/shop/buy-iphone/iphone-12-pro, accessed on February 25, 2025; Apple, "Buy iPad Pro," December 31, 2020 [archived], available at https://web.archive.org/web/20201231162716/https://www.apple.com/shop/buy-ipad/ipad-pro, accessed on February 25, 2025.

[340] See Workpapers.

[341] See Workpapers.

*6.4.3. Many consumers were likely aware of the requirement to use the App Store at the time they purchased an iOS device*

214. Many consumers were likely aware of the requirement to use the App Store for all iOS app downloads at the time they purchased an iOS device. This is because a large majority of iOS device owners have purchased multiple iOS devices over time, and even if such a consumer was unaware of Apple's closed system at the time of the purchase of their first iOS device, they would learn about this requirement after using the iOS device over time.

215. For example, Named Plaintiff Stephen Schwartz purchased his first iPhone in October 2010.[342] After using his iPhone, which would have given him the opportunity to learn about the need to purchase iOS apps through the App Store, Mr. Schwartz purchased additional iPhones in at least September 2014 and 2020 and purchased iPads in at least June 2011 and August 2019.[343] In his testimony, Mr. Schwartz confirmed that he learned about the requirement to use the App Store after having purchased his first phone iPhone and that this interaction with the App Store did not negatively impact his decision to buy other iPhones in the future.[344]

216. Similarly, Named Plaintiff Robert Pepper purchased his first iPhone in 2007 and then proceeded to make additional iPhone purchases as well as purchases of iPads.[345] In fact, after owning his first iPhone, Mr. Pepper chose to switch to a Samsung Galaxy smartphone to replace his iPhone before subsequently switching back to an iPhone.[346] Mr. Pepper therefore actively

---

[342] Complaint, ¶ 21 ("Plaintiff Stephen H. Schwartz is an individual residing in White Plains, New York who purchased iPhones, including, but not limited to, in October 2010, and on or about September 12, 2014."); Deposition of Stephen H. Schwartz, June 16, 2021 ("Schwartz Deposition"), p. 28:14–25 ("And so let's focus on the iPhone that you purchased in October of 2010. Okay? A. Uh-huh. Q. Was that the first iPhone device that you have ever purchased? A. I believe it was because before that I was using BlackBerrys, and I switched over. Q. Okay. So your recollection is that in October of 2010 you switched from a BlackBerry Smartphone device to an iPhone? A. Correct.").

[343] Complaint, ¶ 21 ("Plaintiff Stephen H. Schwartz is an individual residing in White Plains, New York who purchased iPhones, including, but not limited to, in October 2010, and on or about September 12, 2014. Plaintiff Schwartz purchased iPads, including, but not limited to, on or about August 12, 2019."); Schwartz Deposition, pp. 23:2–14, 36:21–38:19, 43:16–44:21, 48:16–49:9.

[344] Schwartz Deposition, pp. 87:12–15, 90:5–14 ("But you were aware, as of when you got your phone in 2010, that there was an app store and you discovered the apps A. Yes. […] Q. Did you ever consider returning your phone once you realized what The App Store was? A. No. Never. Q. You came to realize that you could only download apps via The App Store on your phone; is that right? A. Yes. Q. And when you came to that realization, did you ever think to return your phone? A. No.").

[345] Complaint, ¶ 23 ("Plaintiff Robert Pepper is an individual residing in Chicago, Illinois who purchased iPhones, including, but not limited to, on or about June 29, 2007, and October 26, 2018. Plaintiff Pepper purchased iPads, including, but not limited to, on or about December 13, 2014, and purchased iPod Touches, including, but not limited to, on or about September 13, 2014."); Deposition of Robert Pepper, June 14, 2021 ("Pepper Deposition"), pp. 39:14–19, 106:17–109:2.

[346] Pepper Deposition, p. 47:15–22 ("So then, is it fair to say that approximately from, you know, 2009 to 2012, your primary smartphone device was a Samsung Galaxy? A. Yes. Q. And then at -- in around either 2012 or 2013, did you switch back to iPhone from the Galaxy? A. I did.").

chose to return to using an iOS device even though he was aware of Apple's requirement that all iOS apps be downloaded through the App Store.[347]

217. Plaintiff Edward W. Hayter also purchased multiple iPhones, including one purchased in March 2008, and purchased at least one iPad in 2013.[348] Like Mr. Schwartz, Mr. Hayter confirmed in his testimony that he purchased additional iPhones even after learning that he could only purchase or download iOS apps through the App Store.[349]

218. Finally, Plaintiff Edward Lawrence similarly purchased multiple iPhones between 2009 and 2019, as well as an iPad in 2012.[350] In his testimony, Mr. Lawrence admitted that after joining the lawsuit in May 2019—with full understanding of the requirement to use the App Store for all iOS app purchases and downloads—Mr. Lawrence purchased his fourth iPhone in August 2019.[351]

219. The App Store transaction data likewise demonstrate that many consumers have used multiple iOS devices over time, indicating they obtained new iOS devices after having used an iOS device before and having the opportunity to learn about Apple's requirement to download

---

[347] Pepper Deposition, pp. 76:25–77:9 ("Q. Now, when you made the -- the switch from Galaxy back to iPhone, at that time, did you know that the App Store was the only place that you could download apps for your iPhone? A. When I switched back, yes. Q. And for each subsequent phone that you iPhone that you purchased, did you know that the App Store was the only place where you can download apps -- native apps for the iPhone? A. Yes.").

[348] Complaint, ¶ 22 ("Plaintiff Edward W. Hayter is an individual residing in Brooklyn, New York who purchased iPhones, including, but not limited to, in March 2008. Upon information and belief, Plaintiff Hayter purchased iPads including, but not limited to, in 2013."); Deposition of Edward W. Hayter (Named Plaintiff), May 22, 2020 ("Hayter Deposition"), pp. 93:1–25.

[349] Hayter Deposition, pp. 117:25–118:12 ("Now, [you] filed your second amended complaint in September of 2013, right? A. Yes. Q. Okay. And you'd agree with me that since you filed that complaint, you've purchased one or more iPhones, fair? A. I would say that's fair, yes. Q. Okay. So in your most recent iPhone purchases you knew how the App Store worked, correct? A. Okay. Yes.") and p. 119:10–13 ("So my – so the answer to the question is yes you bought the phone even though you knew you had to buy your apps on the App Store, right? A. Yes.").

[350] Complaint, ¶ 24 ("Plaintiff Edward Lawrence is an individual residing in Tiburon, California who purchased iPhones in 2010, 2012, 2015 and 2019 and purchased an iPad in 2012. Plaintiff Lawrence paid Apple for iOS apps, in-app purchases and/or subscriptions during the Class Period."); Deposition of Edward Hamlin Lawrence, Jr., July 23, 2020 ("Lawrence Deposition"); p. 104:6–12 ("You bought an iPhone in 2009; right? The iPhone 3GS; is that right? A. Right. Right. Q. Okay. And then you bought one again in -- in 2012, the 4S; correct? Three years later; is that right? A. Yes."), pp. 85:24–86:4 ("Q. Okay. And then -- you then bought the 6S, and -- and it looks like that was in 2014. And -- and the next phone we have is the -- your purchase of the 8 Plus in -- in August of 2019, this last year. Does that comport with your memory? A. That sounds right.).

[351] Lawrence Deposition, pp. 106:20–107:18 ("You know, you -- you filed a complaint in May saying, hey, Apple doesn't ask for my consent before they sell me an iPhone, where I can only buy my apps on the app store; right? So far so good? A. Right. Q. So in -- in -- yet in August, knowing that you couldn't get your apps anywhere else, you went ahead and bought an iPhone anyway -- right? -- August of last year? A. But I had different reasons. Q. What were your reasons? A. That my own iPhone would only stay charged for a few hours and that it was noticeably slower, and I felt that Apple was purposely slowing the -- you know, the -- the response time down until I bought another Apple phone. Q. Okay. But by -- by August -- A. And I did. I did. Q. Okay. And you did. You went ahead and bought the phone. I mean, we know what happened. We know the end of the story. You bought the phone knowing that Apple didn't ask for your consent; correct? A. Yeah.").

iOS apps through the App Store. These data provide a device ID for each transaction, which allows me to calculate the number of devices with transactions for each account in the data. For accounts with greater than $10 in spending, [redacted] percent are associated with more than one device; in fact, [redacted] percent are associated with more than five devices and nearly [redacted] percent are associated with more than ten devices.[352] Approximately [redacted] percent of total spending for accounts with at least $10 in spending was made using a device that was not the first device associated with that account.[353]

## 7. KEY MARKET EVIDENCE—INCLUDING MARKET SHARES AND MARKET ENTRY—DEMONSTRATES THAT APPLE LACKS MARKET POWER, AND THUS THE CHALLENGED CONDUCT CANNOT HAVE THE ALLEGED ANTICOMPETITIVE EFFECTS

220. In the prior section, I demonstrated that contrary to Plaintiffs' proposed relevant market, the App Store competes in multiple relevant app transaction markets and these markets are not limited to iOS app transactions only. In this section, I analyze key empirical features of the marketplace to assess whether Apple has market power in either of the two relevant app transaction markets that I define, which together, account for roughly two-thirds of all App Store spending. Both quantitative and qualitative analyses show that Apple does not have market power in either of these relevant markets, and thus, the challenged conduct cannot have the anticompetitive effects alleged by Plaintiffs in these markets.

221. In Section 7.1, I focus on market shares for these two markets. I find that the App Store accounts for less than 35 percent of the game app transactions market in every year I calculate and less than 7 percent of the video streaming app transactions market in every year I calculate. These are below the levels that economists would consider an indication of market power.

222. In Section 7.2, I document the entry of many new app transaction platforms over time in both markets, which demonstrates low barriers to entry. Again, this is not consistent with Apple having market power in either of these markets.

223. In Section 7.3, I demonstrate that spending on the App Store is highly skewed: a small percentage of users account for the majority of Apple's commissions, and such users would further constrain an attempt by Apple to exercise any purported market power. For example, [redacted]

[352] See Workpapers.

[353] See Workpapers.

[redacted]

### *7.1. Apple's market shares in the digital game app transactions market and the video streaming app transactions market are inconsistent with Apple possessing market power in these markets*

224. In the prior section, I identified two distinct markets that Apple competes in: the two-sided market for digital game app transactions and the two-sided market for video streaming app transactions. I now show that Apple's market shares demonstrate that it does not have market power in either of these markets.[354]

225. In two-sided app transaction platforms, there are multiple measures of output that could be used to calculate market shares. One such measure is the total number of transactions; however, this measure poses several difficulties. First, considering simply the number of transactions would treat each transaction equally, regardless of the consumer price or value of the app or in-app purchase.[355] This is especially challenging for games since game developers can sell in-app currencies (such as V-Bucks) in different price increments.[356] More practically, there do not

[354] Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, Global Edition, (Harlow, England: Pearson Education Limited, 2015), p. 668 ("There is no agreement as to exactly what share (or change in share) is 'high,' but many economists regard a share in the range of 30 to 50 percent as too low to indicate significant market power in an industry with a competitive fringe comprising the remainder of the market. Market shares are imperfect indicators of market power, so additional analysis of the economic conditions is necessary before one can reach a conclusion about market power. For example, if entry is easy, then the industry pricing is severely constrained regardless of whether an existing firm has a large market share."); Federal Trade Commission, "Monopolization Defined," available at https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/single-firm-conduct/monopolization-defined, accessed on March 5, 2025 ("Courts look at the firm's market share, but typically do not find monopoly power if the firm (or a group of firms acting in concert) has less than 50 percent of the sales of a particular product or service within a certain geographic area. Some courts have required much higher percentages. In addition, that leading position must be sustainable over time.").

[355] Neil T. Bendle et al., *Marketing Metrics: The Manager's Guide to Measuring Marketing Performance*, Third Edition (Upper Saddle River, NJ: Pearson Education, 2016) ("Unit Market Share: The units sold by a particular company, as a percentage of total market sales, measured in the same units […] Revenue Market Share: Revenue market share differs from unit market share in that it reflects the prices at which goods are sold.").

[356] For example, Roblox offers "400 Robux Premium" at $4.99 and "800 Robux Premium" at $9.99 in its iOS app. See Sensor Tower, "Roblox," available at https://app.sensortower.com/overview/431946152?country=US, accessed on February 25, 2025. If one user were to purchase 800 Robux in two 400 Robux increments on iOS, and another user were to purchase the same total amount in a single purchase on a non-iOS platform, market shares using number of transactions based on these purchases alone would incorrectly inflate the market share of iOS. As another example, consumers can purchase V-Bucks in different bundles, e.g., 1,000 V-Bucks and 5,000 V-Bucks. The 1,000 V-Bucks and the 5,000 V-

appear to be market-wide measures of the number of game or video streaming transactions. Thus, instead of using the number of transactions, I use the dollar value of these transactions as a measure for estimating market share.[357]

226. I calculate Apple's market share in two separate app transaction markets: digital game and video streaming. For each market, I calculate two measures: (1) total revenue for digital transactions on the App Store in the U.S.; and (2) total revenue for digital transactions on all platforms and channels in the U.S. (i.e., total revenue for digital transactions in each market). Then I calculate the market share as measure (1) divided by measure (2). I calculate measure (1) using the U.S. Storefront App Store Transaction Data. I obtain the dollar value of all transactions in each market from industry reports and online statistical data providers. I calculate measure (2) in each market as explained below.

*7.1.1. Digital game app transactions*

227. For the digital gaming app transactions market, I use data on gaming revenue in the U.S. from the Entertainment Software Association ("ESA") and Statista. I start by taking a conservative approach to estimate the total market size and consider only categories of revenues that are definitively in the digital gaming transactions market, which include sales of digital games, subscriptions, in-game purchases, and add-on content. The blue line in Exhibit 38 depicts Apple's share of this market between 2010 and 2023, which is below [redacted] percent each year. I then perform a sensitivity analysis in which I include revenue from physical game sales that may be in the relevant market, or alternatively, might represent revenues from products that act as a competitive constraint on Apple's ability to exercise market power. The green line in Exhibit 38 depicts Apple's share of this market between 2010 and 2023, which is below [redacted] percent each year.

Bucks bundles cost $8.99 and $36.99 on the Epic Games Store website, respectively. See Epic Games Store, "1,000 V-Bucks," available at https://store.epicgames.com/en-US/p/fortnite--1000-v-bucks, accessed on February 24, 2025; Epic Games Store, "5,000 V-Bucks," available at https://store.epicgames.com/en-US/p/fortnite--5000-v-bucks, accessed on February 25, 2025.

[357] This is a standard approach. U.S. Department of Justice and the Federal Trade Commission, "Merger Guidelines," December 18, 2023, available at https://www.justice.gov/d9/2023-12/2023%20Merger%20Guidelines.pdf, p. 50 ("Revenues in a relevant market often provide a readily available basis on which to compute [market] shares and are often a good measure of attractiveness to customers."). Additionally, given that the transaction platforms typically charge a commission that is a percentage of the dollar value of each transaction, a transaction platform with a higher market share based on this metric will receive more commissions than a transaction platform with the same commission rate but a lower market share.

***Exhibit 38***
***Apple's share of the U.S. digital game app transactions market is less than [redacted] percent in each year (2010–2023)***




Source: U.S. Storefront App Store Transaction Data; Statista, "Physically Sold Video Games – United States," January 2025, available at https://www.statista.com/outlook/amo/media/games/physically-sold-video-games/united-states#revenue, accessed on February 25, 2025; Entertainment Software Association, "2024 Essential Facts About the U.S. Video Game Industry," available at https://www.theesa.com/wp-content/uploads/2024/05/Essential-Facts-2024-FINAL.pdf, accessed on February 24, 2025; Entertainment Software Association, "2023 Essential Facts About the U.S. Video Game Industry," available at https://www.theesa.com/wp-content/uploads/2024/02/ESA_2023_Essential_Facts_FINAL_07092023-1.pdf, accessed on February 25, 2025; Entertainment Software Association Press Release, "U.S. Consumer Video Game Spending Totaled $60.4 Billion in 2021," January 18, 2022, available https://www.theesa.com/u-s-consumer-video-game-spending-totaled-60-4-billion-in-2021/, accessed on February 25, 2025; Marketing Charts, "US Video Game Spending Grew by 27% Last Year," February 2, 2021, available at https://www.marketingcharts.com/cross-media-and-traditional/videogames-traditional-and-cross-channel-116065, accessed on March 5, 2025; Entertainment Software Association Press Release, "U.S. Video Game Sales Reach Record-Breaking $43.4 Billion in 2018," January 22, 2019, available at https://www.theesa.com/press-releases/u-s-video-game-sales-reach-record-breaking-43-4-billion-in-2018/, accessed on March 6, 2025; Kyle Orland, "We've been missing a big part of game industry's digital revolution," *Ars Technica*, April 22, 2017, available at https://arstechnica.com/gaming/2017/04/the-us-game-industry-is-a-lot-bigger-and-less-physical-than-wethought/, accessed on February 7, 2021; Entertainment Software Association, "2019 Essential Facts About the Computer and Video Game Industry," May 2019, available at https://www.theesa.com/wp-content/uploads/2024/02/2019-EF-FINAL.pdf, accessed on March 6, 2025; Entertainment Software Association, "2018 Essential Facts About the Computer and Video Game Industry," April 2018, available at https://www.theesa.com/wp-content/uploads/2024/02/2018-EF-FINAL.pdf, accessed on March 6, 2025.

Note:
[1] Digital games include subscription game services. Apple's market share based on digital games represents a conservative definition of the relevant market.
[2] Boxed games is defined as in-person purchases of physical video games in retail stores.
[3] Apple's share is calculated by dividing consumer spending on digital games on the App Store in a given year by the total market size. Transactions where Apple is the developer are included. Revenue is total revenue from in-app purchases and initial downloads.

*7.1.2. Video streaming app transactions*

228. For the video streaming transactions market, I use data on consumer spending on digital entertainment in the U.S. from Digital Entertainment Group. I estimate the total market size and consider both subscription and non-subscription (i.e., video on demand and electronic sell-through) categories of revenues that are in the relevant market.[358] Subscription streaming sales have increased as a share of the U.S. video streaming market in recent years, and as of 2023, accounts for 89.6 percent of the market.[359] Exhibit 39 depicts Apple's share of this market between 2010 and 2023, which is below [redacted] percent each year.[360, 361]

[358] Video on demand refers to digital content that can be accessed and streamed online by consumers instantaneously whenever they want. Electronic sell-through refers to digital content that a consumer pays a fixed one-time fee to view as many times as they like. See The Digital Entertainment Group, "DEG Guide August 2022," available at https://www.degonline.org/portfolio_page/deg-digital-entertainment-definitions/, accessed on February 25, 2025.

[359] J. McCourt, "DEG Year-End 2023 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 25, 2024, available at https://www.degonline.org/portfolio_page/deg-ye-2023-digital-media-entertainment-report/, accessed on February 25, 2025.

[360] While the App Store has a category for digital games, it does not have a category for video streaming, and thus, I had to identify a set of video streaming apps. I did not attempt to identify every single TV and Video Streaming app on the App Store. Instead, I identify a set of 196 video streaming apps from (1) the 14 apps I analyze in this report, (2) a review of the top 100 Entertainment apps by revenue in 2021, (3) the apps listed in Apple's Video Partner Program and TV Partner Program in 2022 using documents Apple provided titled "Global VPP Partners as of 05.03.22.xlsx" and "TV Partner Program as of 05.12.2022.xlsx." I list out the top 100 Entertainment apps by revenue in 2021 that I review in my Workpapers. See Appendix 4. As the value of the App Store transactions for the app with the lowest consumer spend that I reviewed was below $869,719 in 2021, any app I do not include would have a revenue lower than that and, therefore, those apps that are excluded from my definition are unlikely to significantly impact my market share result. See Workpapers.

[361] Apple's market share is near zero in the initial years of this exhibit. While video streaming apps were available on the App Store in these years, the App Store data show that there were important video streaming apps that did not account for any App Store spending in these initial years. For example, starting in 2010, Netflix was available to download on the App Store, but Netflix users could only make subscription payments through the App Store starting in 2015. Netflix subsequently removed this option for new subscribers in late 2018, and in early 2024, began removing this option for existing subscribers. See Todd Spangler, "Netflix Now Lets You Subscribe From iPhone, iPad Apps," *Variety*, September 24, 2015, available at https://variety.com/2015/digital/news/netflix-subscribe-iphone-ipad-in-app-purchase-1201601909/, accessed on March 6, 2025; Chris Welch, "Netflix stops offering in-app subscriptions for new and returning customers on iOS," *The Verge*, December 28, 2018, available at https://www.theverge.com/2018/12/28/18159373/netflix-in-app-subscriptions-iphone-ipad-ios-apple, accessed on February 25, 2025; Wes Davis, "Netflix confirms it's cutting off Apple billing for legacy subscribers," *The Verge*, February 26, 2024, available at https://www.theverge.com/24084173/netflix-refusing-apple-itunes-subscriptions.

***Exhibit 39***
***Apple's share of the U.S. video streaming app transactions market is below [redacted] percent in each year (2011–2023)***




Source: U.S. Storefront App Store Transaction Data; J. McCourt, "DEG Year-End 2023 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 25, 2024, available at https://www.degonline.org/portfolio_page/deg-ye-2023-digital-media-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2022 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 27, 2023, available at https://www.degonline.org/portfolio_page/deg-year-end-2022-digital-media-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2021 Digital Media Entertainment Report," *The Digital Entertainment Group*, February 3, 2022, available at https://www.degonline.org/portfolio_page/deg-year-end-2021-digital-media-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2020 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 26, 2021, available at https://www.degonline.org/portfolio_page/deg-ye-2020-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2019 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 9, 2020, available at https://www.degonline.org/portfolio_page/deg-ye-2019-home-entertainment-report-2/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2018 Home Entertainment Report," *The Digital Entertainment Group*, January 4, 2019, available at https://www.degonline.org/portfolio_page/deg-year-end-2018-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2017 Home Entertainment Report," *The Digital Entertainment Group*, January 8, 2018, available at https://www.degonline.org/portfolio_page/deg-year-end-2017-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2016 Home Entertainment Report," *The Digital Entertainment Group*, January 4, 2017, available at https://www.degonline.org/portfolio_page/deg-year-end-2016-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2015 Home Entertainment Report," *The Digital Entertainment Group*, January 5, 2016, available at https://www.degonline.org/portfolio_page/deg-year-end-2015-home-entertainment-report/, accessed on February 25, 2025; The Digital Entertainment Group Press Release, "Rise in Home Entertainment Digital Spending Continues in 2014," January 6, 2015, available at https://www.degonline.org/wp-content/uploads/2017/06/DEG-Home-Entertainment-Report-Complete-YE-2014.pdf, accessed on March 6, 2025; J. McCourt, "DEG Year-End 2013 Home Entertainment Report," *The Digital Entertainment Group*, January 5, 2014, available at https://www.degonline.org/portfolio_page/deg-year-end-2013-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "Home Entertainment Moves Toward Growth in 2012 -- Consumer Spending Tops $18 Billion For 11th Consecutive Year," *The Digital Entertainment Group*, January 8, 2013, available at https://www.degonline.org/wp-content/uploads/2017/06/DEG-Home-Entertainment-Report-Complete-YE-2012.pdf, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2011 Home Entertainment Report," *The Digital Entertainment Group*, January 12, 2012, available at https://www.degonline.org/portfolio_page/deg-year-end-2011-home-entertainment-report/, accessed on February 25, 2025.

Note:
[1] The U.S. video streaming market includes subscription video streaming services and non-subscription services (video on demand and electronic sell-through services, not inclusive of spending on premium releases).
[2] I consider the set of 196 video streaming apps from (1) the 14 apps I analyze in this report (based on a review of the top 20 Entertainment apps by revenue and by download in 2020), (2) a review of the top 100 Entertainment apps by revenue in 2021, (3) the apps listed in Apple's Video Partner Program and TV Partner Program in 2022 using documents Apple provided titled "Global VPP Partners as of 05.03.22.xlsx" and "TV Partner Program as of 05.12.2022.xlsx." Apple's share is calculated by considering the App Store revenue in a given year for this set of apps divided by the market size. Transactions where Apple is the developer are included. See Workpapers.

### *7.2. The entry of many new app transaction platforms over time is consistent with low barriers to entry in the digital game app transactions market and the video streaming app transactions market*

229. In addition to the current competitors, it is also important to consider the possibility of new entrants as part of an assessment of market power.[362] As an initial matter, at the time of the App Store launch, Apple faced competition from many other app transaction platforms and did not possess market power, as corroborated by public press and industry experts from the time of the App Store's launch. In June 2008, a year after the first iPhone was released, Apple only had 5 percent of the smartphone market, which was dominated at the time by market-leader Nokia and historically by other manufacturers such as RIM with its BlackBerrys and Palm with its Treo line.[363] In addition, despite being a relatively new product, console manufacturers and game publishers at the time already considered the iPhone to be a significant competitor to handheld consoles such as Nintendo's DS and Sony's PSP in the market for digital games.[364] Apple's iOS operating system also faced competition from Microsoft's Windows Mobile platform and Google's Android platform.[365]

230. In more recent years, other platforms for app transactions have entered the game app transactions market and video streaming apps transaction market (as I have defined them in

[362] Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, Fourth Edition, Global Edition, (Harlow, England: Pearson Education Limited, 2015), p. 668 ("Market shares are imperfect indicators of market power, so additional analysis of the economic conditions is necessary before one can reach a conclusion about market power. For example, if entry is easy, then the industry pricing is severely constrained regardless of whether an existing firm has a large market share.").

[363] Financial Times noted that Nokia accounted for 45 percent of the 32 million smartphones sold in the first quarter of 2008. Chris Nuttall and Richard Waters, "Software allowing mix of applications is key," *Financial Times*, June 6, 2008, available at https://www.ft.com/content/b52d434a-33fa-11dd-869b-0000779fd2ac, accessed on February 25, 2025; Paul Taylor, "Smartphone makers eye mass market of new users," *Financial Times*, November 6, 2007, available at https://www.ft.com/content/62bb2ef6-8c93-11dc-b887-0000779fd2ac, accessed on February 25, 2025.

[364] Nick Wingfield and Christopher Lawton, "Apple's iPhone Faces Off With the Game Champs," *Wall Street Journal*, November 12, 2008, available at https://www.wsj.com/articles/SB122644912858819085, accessed on February 25, 2025. In 2009, Sony competed with Apple by pricing its games similar to those available for iPhones on the App Store. See Prince McLean, "Sony targets iPhone developers and low app prices for PSPgo," *Apple Insider*, August 15, 2009, available at https://appleinsider.com/articles/09/08/15/sony_targets_iphone_developers_and_low_app_prices_for_pspgo, accessed on February 25, 2025.

[365] Chris Nuttall and Richard Waters, "Software allowing mix of applications is key," *Financial Times*, June 6, 2008, available at https://www.ft.com/content/b52d434a-33fa-11dd-869b-0000779fd2ac, accessed on February 25, 2025.

Sections 6.2 and 6.3), which is inconsistent with the existence of barriers to entry in this market that would permit Apple to exercise market power.

231. Since the launch of the App Store, several new game app transaction platforms that compete with the App Store have entered the market, which is consistent with low barriers to entry in the digital game app transactions market. App transaction platforms that have launched since the App Store include Google Play on October 22, 2008 (at that time it was known as Android Market);[366] Samsung Galaxy Store on January 6, 2010 as Samsung Apps;[367] Nintendo eShop on June 7, 2011;[368] Amazon Appstore on March 22, 2011;[369] and Microsoft Store on October 26, 2012 as Windows Store.[370] Other platforms which started out as storefronts for developers to transact directly with consumers for their own game apps, such as the Epic Games Store, have also expanded to provide transactions between third-party game developers and consumers.[371]

232. In addition, there are other new channels through which game developers can transact with consumers, including game streaming services:

a. Subscription gaming services (which provide access to a collection of games) that have launched since the App Store include PlayStation Plus on June 29, 2010; EA Access (now called EA Play[372]) on August 11, 2014; Twitch Prime (now called

[366] Android Developers Blog, "Android Market: Now available for users," October 22, 2008, available at https://android-developers.googleblog.com/2008/10/android-market-now-available-for-users.html, accessed on February 28, 2025; S&P Global, "T-Mobile and HTC Launch First Google Android Phone," September 24, 2008, available at https://www.spglobal.com/marketintelligence/en/mi/country-industry-forecasting.html?id=106596345, accessed on February 25, 2025

[367] Samsung Apps was announced in the U.S. on January 6, 2010, as an HDTV-based app store, and launched in February 2010. See Brian Barrett, "Samsung App Store For All Your (Samsung) Gadgets," *Gizmodo*, January 6, 2010, available at https://gizmodo.com/samsung-app-store-for-all-your-samsung-gadgets-5441941, accessed on February 25, 2025; Samsung Newsroom, "Samsung TV Apps Surpasses 10 Millionth Download Milestone," October 13, 2011, available at https://news.samsung.com/global/samsung-tv-apps-surpasses-10-millionth-download-milestone, accessed on February 25, 2025.

[368] David Jenkins, "3DS eShop confirmed for June 6/7," *GamesIndustry.biz*, May 12, 2011, available at https://www.gamesindustry.biz/nintendo-eshop-confirmed-for-june-6-7, accessed on February 25, 2025.

[369] Jason Kincaid, "Amazon's Android App Store Launches: Test Drive Apps Directly From Your Browser," *Tech Crunch*, March 22, 2011, available at https://techcrunch.com/2011/03/22/amazon-android-app-store-3/, accessed on February 28, 2025; Amazon Press Center, "Introducing Amazon Appstore for Android," March 22, 2011, available at https://press.aboutamazon.com/2011/3/introducing-amazon-appstore-for-android, accessed on February 25, 2025.

[370] Official Microsoft Blog, "Weekend Reading," October 26, 2012, available at https://blogs.microsoft.com/blog/2012/10/26/weekend-reading-oct-26th-edition-windows-8-and-microsoft-surface-launch-windows-phone-8-press-event-is-set-for-monday/, accessed on February 25, 2025; Alexander Gillis, "Microsoft Store," *TechTarget*, available at https://www.techtarget.com/searchmobilecomputing/definition/Windows-Store, accessed on February 25, 2025.

[371] Epic Games Store, "The Epic Games store is now live," December 6, 2018, available at https://store.epicgames.com/en-US/news/the-epic-games-store-is-now-live, accessed on February 25, 2025.

[372] EA, "EA Play: celebrating a decade of play," August 1, 2024, available at https://www.ea.com/news/ea-play-10-years, accessed on February 25, 2025.

Prime Gaming[373]) on September 30, 2016; Xbox Game Pass on June 1, 2017; and Nintendo Switch Online on September 18, 2018.[374] App developers have also launched websites since the launch of the App Store in order to make game app transactions directly with consumers, including the EA App, which replaced EA's Origin (originally launched on June 3, 2011), and Ubisoft Connect, which replaced Ubisoft's uPlay (originally launched on August 16, 2012);[375] and

b. Cloud gaming services (which allow users to play console and PC games on many devices, including mobile devices) that have launched since the App Store include GeForce NOW on February 4, 2020, Xbox Game Pass cloud gaming on September 15, 2020, Amazon's Luna on March 1, 2022, and Sony's PlayStation Plus Premium on June 13, 2022.[376] Cloud gaming services enable consumers to play (and transact within) games on a large array of supported devices (subject to minimal hardware requirements and a stable internet connection), often through a web browser. This means that game streaming services are available on many devices such as iPhones

[373] Twitch Prime rebranded as Prime Gaming in 2020. See Elise Favis, "Amazon is re-branding Twitch Prime as Prime Gaming," *The Washington Post*, August 10, 2020, available at https://www.washingtonpost.com/video-games/2020/08/10/amazon-is-re-branding-twitch-prime-prime-gaming/, accessed on February 25, 2025.

[374] Xbox Wire, "Xbox Game Pass Launches June 1 with 100+ Games; Early Access for Gold Members Starts Today," May 24, 2017, available at https://news.xbox.com/en-us/2017/05/24/xbox-game-pass-available-june-1/, accessed on February 25, 2025; PlayStation Plus News, "A History of PlayStation Plus and PlayStation Now," July 19, 2022, available at https://psnowguide.com/history-of-playstation-plus-ps-now/, accessed on February 25, 2025; Nintendo Switch Online, "Frequently asked questions," available at https://www.nintendo.com/switch/online/, accessed on February 25, 2025; Xbox Wire, "EA Access Launches Today on Xbox One," August 11, 2014, available at https://news.xbox.com/en-us/2014/08/11/ea-access-launches-today-xbox-one/, accessed on February 25, 2025; Sarah Perez, "Twitch appears to be getting its own version of Amazon Prime, called 'Twitch Prime'," *TechCrunch+*, September 30, 2016, available at https://techcrunch.com/2016/09/30/twitch-appears-to-be-getting-its-own-version-of-amazon-prime-called-twitch-prime/, accessed on February 25, 2025.

[375] Don Reisinger, "EA launches Origin, takes aim at Steam," *CNET*, June 3, 2011, available at https://www.cnet.com/tech/gaming/ea-launches-origin-takes-aim-at-steam/, accessed on February 25, 2025; EA, "The EA app," available at https://www.ea.com/ea-app, accessed on February 25, 2025; Youssef Maguid, "Ubisoft Connect Brings The Entire Ubisoft Ecosystem To One Place on October 29," *Ubisoft*, available at https://news.ubisoft.com/en-us/article/49k4tJWat7Fynslc5BkRdi/ubisoft-connect-brings-the-entire-ubisoft-ecosystem-to-one-place-on-october-29, accessed on February 25, 2025; Kate Cox, "Ubisoft Launches Their Own PC Gaming Client, and Is Selling Some Games For $1 to Get You To Try It," *Kotaku*, August 16, 2012, available at https://kotaku.com/ubisoft-launches-their-own-pc-gaming-client-and-is-sel-5935427, accessed on February 25, 2025.

[376] Romain Dillet, "Nvidia officially launches cloud gaming service GeForce Now for $5 per month," *TechCrunch*, February 4, 2020, available at https://techcrunch.com/2020/02/04/nvidia-officially-launches-cloud-gaming-service-geforce-now-for-5-per-month/, accessed on February 25, 2025; Phil Eisler, "GeForce NOW Open for All," *NVIDIA*, February 4, 2020, available at https://blogs.nvidia.com/blog/geforce-now-pc-gaming/, accessed on February 25, 2025; Xbox Wire, "Xbox Game Pass Ultimate Delivers 100+ Games Directly to Your Mobile Device Beginning September 15," August 4, 2020, available at https://news.xbox.com/en-us/2020/08/04/xbox-game-pass-ultimate-cloud-gaming-on-september-15/, accessed on February 25, 2025; Amazon News, "Amazon Luna cloud gaming service launches in the U.S.," March 1, 2022, available at https://www.aboutamazon.com/news/devices/amazon-luna-cloud-gaming-service-launches-in-the-u-s, accessed on February 25, 2025; PlayStation.Blog, "UPDATE: All-new PlayStation Plus launches in June with 700+ games and more value than ever," March 29, 2022, available at https://blog.playstation.com/2022/03/29/all-new-playstation-plus-launches-in-june-with-700-games-and-more-value-than-ever/, accessed on February 25, 2025.

and iPads without the installation of an app so long as the browser has the technical capabilities.[377] Cloud gaming services can offer a comparable gaming experience to native PC and console game apps,[378] and their revenue continues to grow rapidly. From 2022–2023, cloud gaming revenue grew 62 percent (from $0.76 billion to $1.23 billion), which is a much higher growth rate than the overall digital game transactions market during the same time.[379] This demonstrates these services' ability to constrain the market power of the App Store and other game app transaction platforms.

233. In addition, many retail stores have expanded from physical games into digital transactions through the sale of download codes or physical gift cards. For example, the electronics retailer Best Buy sells digital games—including full game downloads, gaming subscriptions, and gift cards—both online and at physical retail stores.[380]

234. In the video streaming app transactions market, video streaming apps have been or have become available on other app transaction platforms, including video game consoles. For example, Netflix became available on Xbox in the U.S. on November 19, 2008, and later became available to other gaming consoles, such as PlayStation 3 and Nintendo 3DS.[381] Similarly, video streaming apps are also available on devices specifically designed for video streaming. For example, Roku launched Roku TV in the U.S. on January 6, 2014, and Amazon released the Fire

[377] Will Greenwald, "The Best Game Streaming Services for 2024," *PCMag*, January 11, 2024, available at https://www.pcmag.com/picks/the-best-game-streaming-services, accessed on February 25, 2025 ("Game streaming lets you remotely access hardware on the service's severs. You use a client to log into a powerful PC over the internet, and the games you play run on that PC instead of your own hardware […] Every publicly released game streaming service is available on Windows in some form, either as a dedicated app or in a web browser. This effectively lets you turn even a cheap work laptop into a high-end gaming PC […] You can also use a smartphone to play games on most streaming services.").

[378] Cloud gaming services can compete with traditional gaming devices on latency, the time it takes a user's command to register in the game. For instance, GeForce NOW delivers latency similar to native console apps. See Richard Leadbetter, "We were arch-sceptics for years – but cloud gaming can work," *Eurogamer.net*, May 3, 2023, available at https://www.eurogamer.net/digitalfoundry-2023-cloud-gaming-can-work, accessed on February 25, 2025 ("Finally, GeForce Now also supports 120Hz and even 240Hz streaming technology. The faster the stream update, the lower the latency […] Fortnite Average Latency (ms): 120Hz: PlayStation 5 48.0; Native PC (V-Sync Off) 27.4; GeForce Now 4080 (V-Sync Off) 53.3.").

[379] As I show in Exhibit 49 below, the overall digital game transactions market did not experience any noticeable growth in 2022–2023. Statista, "Games," available at https://www.statista.com/outlook/amo/media/games/united-states, accessed on February 25, 2025.

[380] Best Buy, "Digital Gaming," available at https://www.bestbuy.com/site/video-games/digital-gaming/pcmcat1497456762821.c?id=pcmcat1497456762821, accessed on February 25, 2025.

[381] Jeff Bakalar, "Xbox 360 to offer first-ever Netflix HD streaming," *CNET*, October 29, 2008, available at https://www.cnet.com/culture/xbox-360-to-offer-first-ever-netflix-hd-streaming/, accessed on March 6, 2025; John Gaudiosi, "PlayStation 3 Becomes Leading Device for Netflix Streaming," *The Hollywood Reporter*, January 4, 2013, available at https://www.hollywoodreporter.com/lifestyle/arts/playstation-3-becomes-leading-device-408426/, accessed on March 6, 2025; Don Reisinger, "Netflix arrives on Nintendo 3DS," *CNET*, July 14, 2011, available at https://www.cnet.com/home/smart-home/netflix-arrives-on-nintendo-3ds/, accessed on March 6, 2025.

TV Stick streaming device in the U.S. on November 19, 2014.[382] Consumers can also access video streaming apps in the U.S. through cable TV set-top boxes: Comcast offered Netflix starting November 2016; and Dish's Hopper DVR offered Netflix beginning December 2014.[383] In addition, other forms of TV and video content distribution further constrain Apple from exercising market power, including streaming services' own websites, cable TV, and physical video formats such as BluRay.[384]

235. In both cases, this evolution of the market, with new entrants and new technologies bringing about new ways for developers to transact with consumers, is consistent with these markets being competitive and having low barriers to entry, rather than these markets being ones in which Apple (or anyone) possesses market power.

### *7.3. Apple is constrained by the ability of large App Store users to substitute away from the App Store*

236. A key empirical fact about consumer spending on the App Store is that it is highly skewed: a small percentage of accounts comprise the majority of Apple's commissions. This means that substitution by a small number of high-value users can have a substantial impact on the App Store's revenues, which in turn serves as a further restraint on any attempt by Apple to exercise any purported market power.

237. Apple would be constrained in exercising any purported market power based on the substitution by *marginal* (and not all, or even the majority of) customers.[385] This means it is

---

[382] Roku Press Release, "Roku Introduces Roku TV," January 6, 2014, available at https://newsroom.roku.com/news/2014/01/roku-introduces-roku-tv/8rfwzsh1-1564179703, accessed on March 4, 2025; Computer Hope, "Amazon Fire TV," December 6, 2024, available at https://www.computerhope.com/jargon/a/amazon-fire-tv.htm, accessed on February 25, 2025.

[383] Todd Spangler, "Netflix Launching on Comcast X1 Next Week, Could Yield Up to 5 Million New Netflix Subs," *Variety*, November 4, 2016, available at https://variety.com/2016/digital/news/netflix-comcast-x1-launch-1201909773/, accessed on February 25, 2025; Stephanie Mlot, "Netflix Arrives on Dish Set-Top Boxes," *PCMag*, December 17, 2014, available at https://www.pcmag.com/news/netflix-arrives-on-dish-set-top-boxes, accessed on February 25, 2025.

[384] Netflix, Disney+, and Amazon Prime, among others, all have their own websites on which consumers can access the video content. See Netflix Help Center, "Netflix Supported Devices | Watch Netflix on your TV, phone, or computer," available at https://help.netflix.com/en/node/14361, accessed on February 25, 2025; Disney+ Help Center, "Disney+ supported devices," available at https://help.disneyplus.com/article/disneyplus-devices-supported, accessed on February 25, 2025; Prime Video Support, "Supported Devices," available at https://www.primevideo.com/help?nodeId=GXMWDGNCPX2JLPFH&pop-up=1, accessed on February 25, 2025.

[385] Daniel Francis and Christopher Jon Springman, Antitrust: Principles, Cases, and Materials, Second Edition, (New York, NY: American Bar Association, 2024), p. 67 ("The crucial dynamic underpinning market definition is the insight from microeconomics that one product or service will tend to exercise a competitive constraint on another to the extent that purchasers of the first product or service will regard it as a *substitute* for the second. If Product A is a substitute for Product B, then purchasers can turn (or threaten to turn) to Product A in response to a price increase in Product B, and this fact will tend to limit the ability of Product B's supplier to profitably increase prices. … different purchasers may regard

irrelevant if some, or even many, app developers and consumers would not substitute to alternative transaction platforms or would find them to be unattractive. What matters is whether enough customers use these options such that a sufficient amount of spending is diverted away from the App Store if Apple were to exercise its supposed market power. Moreover, in the context of a two-sided platform like the App Store, the effect of diversion of consumer spending would be amplified due to network effects. In particular, as consumers divert their spending on the App Store to other channels, the value of the platform for developers would fall, and developers' incentive to invest on the App Store would decline. This in turn would make the platform even less attractive to consumers, and so on, ultimately constraining Apple's ability to set anticompetitive prices.[386]

238. Spending on the App Store is [redacted] for both consumers and developers, which means that [redacted]. [redacted] is demonstrated in Exhibit 40 below, which shows how much the top spending accounts contributed to the commissions Apple received from the App Store in 2023. [redacted]. These results in Exhibit 40 show that [redacted]

different alternatives as closer or more distant substitutes for the original product or service, given their own needs and preferences.") (emphasis in original).

[386] David S. Evans, "Multisided Platforms, Dynamic Competition, and the Assessment of Market Power for Internet-Based Firms," University of Chicago Coase-Sandor Institute for Law and Economics Working Paper No. 753, 2016, pp. 2–3 ("First, the demands by the different groups of participants served by multi-sided platforms are interdependent. […] In particular, a price increase, or quality decrease, to one group of participants reduces the demand not only by that group but also by the other groups who then have fewer participants with which to interact.").

[redacted]

239. The distribution of developer revenues on the App Store is [redacted]. Exhibit 41 below shows the share of App Store commissions generated by top developers by App Store revenue in 2023.

[redacted]

240. I find that [redacted].[387] Importantly, such developers could substitute away from the App Store (e.g., by steering users to webstores or websites, selling virtual currencies on other app transaction platforms, or

[387] This is a conservative measure because these developers are part of companies that distribute other apps under different developer names. For example, Tiktok belongs to ByteDance, which also includes other developers or apps such as CapCut, Hyphic, and Lemon8. See Jake Peterson, "All the Apps ByteDance Operates in the US," *Lifehacker*, January 29, 2025, available at https://lifehacker.com/tech/apps-bytedance-operates-in-united-states, accessed on February 25, 2025.

increasing monetization through in-app advertising).[388] Indeed, as discussed earlier, Apple's studies show that [redacted] of the top 100 game developers have webstores and developers of [redacted] of the top 14 video streaming apps have websites,[389, 390] where consumers can purchase content they can use in-app on their iOS devices. This means that [redacted].[391]

241. [redacted], according to Apple internal documents. According to one document from 2023, [redacted]

[388] See Sections 5 and 6.

[389] As I discussed in Section 6.2.1.4, developers of games such as Roblox and Fortnite allow consumers to purchase virtual currency on multiple transaction platforms, including on their own webstores. As I discuss in Section 6.3.3, I identify these 14 video streaming apps in my First Class Certification Report, based on their ranking within the top 20 Entertainment apps by revenue and downloads in 2020. See Roblox, "Ways to Get Robux," available at https://en.help.roblox.com/hc/en-us/articles/203313200-Ways-to-Get-Robux, accessed on March 4, 2025; Roblox Prices, undated, ROBLOX-000000580; Epic Games Store, "1,000 V-Bucks," available at https://store.epicgames.com/en-US/p/fortnite--1000-v-bucks, accessed on February 24, 2025; PlayStation Store, "Fortnite – 1,000 V-Bucks," available at https://store.playstation.com/en-us/product/UP1477-PPSA01922_00-MTX01K0000000000, accessed on February 24, 2025; Xbox, "Fortnite – 1,000 VBucks," available at https://www.xbox.com/en-US/games/store/fortnite-1000-v-bucks/c0f5ht9nv86p, accessed on February 19, 2025; Nintendo, "V-Bucks," available at https://ec.nintendo.com/NZ/en/titles/70010000010190/consumables/virtualcurrency0, accessed on February 24, 2025.

[390] Some of the top five developers by App Store commissions also allow consumers to make purchases on their own webstores. For example, [redacted]

[391] See Workpapers. For example, the top 1 percent of consumers in the digital game app transactions market accounted for 37.5 percent of total U.S. App Store commissions in this market, and the top 5 percent of consumers accounted for 66.8 percent of total U.S. App Store commissions. The top 0.005 percent of developers, corresponding to only *two* developers, in the digital game app transactions market accounted for 12.3 percent of total U.S. App Store commissions in this market, and the top 0.1 percent of developers, corresponding to only *21* developers, accounted for 49.4 percent of total U.S. App Store commissions from game transactions. Meanwhile, the top 1 percent of consumers in the video streaming app transactions market accounted for 6.7 percent of total U.S. App Store commissions in this market, and the top 5 percent of consumers accounted for 21.3 percent of total U.S. App Store commissions. The top 0.005 percent of developers, corresponding to only *one* developer, in the video streaming app transactions market accounted for 25.1 percent of total U.S. App Store commissions in this market, and the top 10 percent of developers, corresponding to only *ten* developers, accounted for 83.1 percent of total U.S. App Store commissions for video streaming app transactions.

[redacted] 00

## 8. KEY MARKET OUTCOMES—COMMISSION RATES, OUTPUT, AND QUALITY—ARE INCONSISTENT WITH APPLE EXERCISING MARKET POWER OR ITS APP STORE CONDUCT HAVING AN ANTICOMPETITIVE EFFECT

242. In the prior section, I demonstrated that Apple does not have market power in the two exemplar relevant markets I defined based on an analysis of market shares and entry over time,

---

[392] Apple, "[redacted]," May 2023, APL-APPSTORE_11106360 – 427 at 395–396 [redacted].

[393] Apple, [redacted]," May 2023, APL-APPSTORE_11106360 – 427 at 397 [redacted]).

[394] Apple, "[redacted]," May 2023, APL-APPSTORE_11106360 – 427 at 397 [redacted]).

[395] Apple, [redacted]," May 2023, APL-APPSTORE_11106360 – 427 at 402.

[396] Apple, "[redacted]," May 2023, APL-APPSTORE_11106360 – 427 at 402 [redacted].

[397] See Workpapers.

[398] Apple, "App Store FY'24, Games Partner Program," January 18, 2023, APL-APPSTORE_10908377 – 89 at 77.

[399] Apple, [redacted]" May 2023, APL-APPSTORE_11106360 – 427 at 411 [redacted]). Another internal Apple document states that "[redacted] Apple, "[redacted]," Undated, APL-APPSTORE_10906098 – 279 at 185.

[400] Apple, "[redacted]," May 2023, APL-APPSTORE_11106360 – 427 at 422 [redacted].

which implies that Apple's challenged conduct could not have the alleged anticompetitive effects in these markets. I confirm that finding in this section by directly analyzing market outcomes and showing that there is no evidence of anticompetitive effects.

243. If Apple were to possess and exercise alleged market power, I would expect it to engage in one or more of the following: raise commission rates, restrict output, or decrease innovation. However, I do not find this for any of these outcomes.

a. I find that (i) Apple's commission rate at the time the App Store launched was less than or the same as its competitors, which contradicts the notion that Apple exerted market power when it launched; (ii) Apple's commission rates have not increased over time even as the App Store has become more popular; (iii) Apple's commission rates are in line with other market participants; (iv) average commission rates paid by app developers on the App Store have decreased; and (v) app developers are increasingly taking advantage of monetization strategies that allow them to pay zero commission to Apple. Thus, I find no evidence that the challenged conduct resulted in supracompetitive commissions, and therefore, in a but-for world in which app developers and consumers could make iOS app transactions outside of the App Store, Apple would not charge lower commission rates (Sections 8.1–8.3).

b. There has also been substantial growth in output on the App Store, as well as in the digital games and video streaming transaction markets, and total revenues earned by developers have increased significantly (Section 8.4).

c. Apple has continued to innovate and improve quality across all aspects of its hardware, software, and services (Section 8.5). This is consistent with Apple experiencing competitive pressures to meet and, where possible, exceed the capabilities of other competitors in the various relevant markets. It is inconsistent with Apple reducing quality and harming competition. These improvements in quality mean that commission rates on the App Store would have declined even more if they were adjusted for quality.

### *8.1. Apple's headline commission rate is comparable to other app transaction platforms and has fallen over time for many types of transactions, as has also occurred on other transaction platforms*

244. The App Store's headline commission rate of 30 percent is similar to commission rates charged by other app transaction platforms during the Class Period. Apple has also lowered its

commission rate to 15 percent for many types of transactions, and several other transaction platforms have also decreased their commissions.

245. As I showed in Section 5.4, with few exceptions, the App Store's headline commission rates are similar to the headline commission rates charged by other app transaction platforms throughout the Class Period and continue to be similar to the headline commission rates on the majority of app transaction platforms. From the beginning of the Class Period and continuing for several years, almost all platforms listed in Exhibit 9, Exhibit 10, and Exhibit 11 charged a 30 percent headline commission rate. This includes app transaction platforms for Android devices and other mobile devices (such as Amazon Appstore, Google Play, and the Samsung Galaxy Store), app transaction platforms for personal computers (such as GOG, the Mac App Store, and Steam), and app transaction platforms for game consoles (such as the Microsoft Store for Xbox, Nintendo eShop, and the PlayStation Store), as well as the App Store.

246. In fact, Apple's 30 percent commission rate at the launch of the App Store was lower than the commission rates charged by other app transaction platforms. For example, an internal Apple document from 2007 shows that Nokia charged a commission rate of 40 to 50 percent, Blackberry/Handango had a standard commission rate of 40 percent, and Verizon charged a commission rate of 55 to 60 percent.[401] Software developers that sold through physical stores at the time often paid about 50 percent of the retail price to distributors.[402] The fact that Apple's commission rate at the time the App Store was launched was less than or the same as competitors contradicts the notion that Apple exerted market power when it launched the App Store.

247. Over time, the App Store and other app transaction platforms have reduced their commission rate for many types of transactions (see Exhibit 9, Exhibit 10, and Exhibit 11). This is further demonstrated in Exhibit 42 below, which illustrates the commission rates charged by

---

[401] Apple, "Apple Developer Analysis," 2007, APL-EG_01025711 – 33 at 29. This document lists these rates as "Margin/MDF." A MDF is a Market Development Fund, which is payment from vendors to a sales channel partner, and is often a percent of the sale, and thus, akin to a commission. John Moore, et al., "market development funds (MDF)," *TechTarget*, available at https://www.techtarget.com/searchitchannel/definition/market-development-funds-MDF, accessed on February 25, 2025. Indeed, another document explicitly characterized the Handango 40% rate at the time as a commission. Stephen Nellis, "App Store chief says Apple aimed to level playing field for developers," *Reuters*, July 28, 2020, available at https://www.reuters.com/article/business/app-store-chief-says-apple-aimed-to-level-playing-field-for-developers-idUSKCN24T2HH/, accessed on February 25, 2025. See also Jenna Wortham, "Apple's Game Changer, Downloading Now," *The New York Times*, December 5, 2009, available at https://www.nytimes.com/2009/12/06/technology/06apps.html, accessed on March 4, 2025 ("…mobile developers had to negotiate with major telecommunications companies if they had any hopes of publishing their applications on a mobile phone. '…the [telecommunications] company took 50 percent or more from each dollar.'").

[402] Stephen Nellis, "App Store chief says Apple aimed to level playing field for developers," *Reuters*, July 28, 2020, available at https://www.reuters.com/article/business/app-store-chief-says-apple-aimed-to-level-playing-field-for-developers-idUSKCN24T2HH/, accessed on February 25, 2025 ("In the mid-2000s, software sold through physical stores involved paying for shelf space and prominence, costs that could eat 50% of the retail price.").

different platforms as of January 2025, and shows that Apple and many platforms now have rates below 30 percent for many types of transactions.[403] For example, Apple has lowered its commission rate to 15 percent for eligible transactions.[404] Apple's commission rates remain comparable to the rates charged by Google Play and Xbox, and its 15 percent commission rate for eligible transactions is lower than discounted commission rates charged by Amazon and Steam.

***Exhibit 42***
***Commission rates on the App Store are comparable to other app transaction platforms (January 2025)***




Source: See Appendix 4.
Note: The other commission rate type includes (i) discounted rates for small developers, video-based applications, book apps, news apps, education apps, developers who use third-party payment processing system, and developers with over $10 million in worldwide revenues; and (ii) rates for game app in-app purchases for apps for which the platform provided funds to develop the app (e.g., GOG). The Microsoft Store has separate headline commission rates for game apps (at 30 percent, later reduced to 12 percent on August 1, 2021) and non-game apps (15 percent).

248. This is also the case within the digital game app transactions market. In particular, no transaction platforms in the digital game app transactions market have increased their headline

[403] See Exhibit 9, Exhibit 10, and Exhibit 11. I reviewed publicly available sources and collected commission rates across various app transaction platforms as of January 2025.

[404] Specifically, subscription renewals after the first year and transactions of apps enrolled in the VPP, the NPP, and the SBP. *See* Section 9.

commission rate over time, and some have decreased it (see Exhibit 9, Exhibit 10, and Exhibit 11). For example, the headline commission rate for digital game app transactions on the Amazon App Store stayed constant at 30 percent for developers with at least $1 million in annual revenue (and a lower 20 percent rate was introduced for developers with revenue under this threshold), and the headline commission rate for digital game transactions on the Microsoft Windows Store decreased from 30 percent to 12 percent. Thus, I do not find evidence of the challenged conduct having anticompetitive effects in the digital game app transactions market.

249. This is also the case for the video streaming app transactions market: no transaction platforms in the video streaming app transactions market have increased their headline commission rate over time, and some have decreased it. For example, in November 2010, Roku launched its Premium Developer Program, charging developers a 30 percent commission rate on purchases, including subscriptions and other one-time purchases, in line with the Apple's commission rates at the time.[405] By April 2016, Roku had reduced its commission rate to 20 percent, which coincided with the introduction of Apple's Video Partner Program in the same year.[406] Apple's program offered a lower commission rate of 15 percent to eligible developers.[407] Other media player devices that provide access to multiple video streaming services such as Amazon Fire TV, Google TV, and Samsung TV are all directly integrated with their respective app stores.[408, 409] Exhibit 9 and Exhibit 10 above show that the App Store's commission rates for

[405] Roku, "The Roku Premium Developer Program," November 2010, available at https://wwwimg.roku.com/static/oldlib/legal/roku_premium_developer_program_overview_rev_nov_2010.pdf, accessed on February 25, 2025; Roku, "Roku Billing Services Agreement," August 2011, available at https://image.roku.com/ww/docs/roku_services_agreement.pdf, accessed on February 25, 2025; Roku, "The Roku Billing Services Program," January 2013, available at https://wwwimg.roku.com/docs/roku_billing_services_program_overview.pdf, accessed on February 25, 2025.

[406] See Exhibit 9, Exhibit 10, and Exhibit 11. It is unclear when exactly Roku updated their commission rates, but as of early 2015, developers referred to Roku's 30% commission rate, and by April 2016, the commission rate had been reduced to 20%. See Roku Developers, "Roku Billing Services," April 7, 2016, available at https://blog.roku.com/developer/roku-billing-services, accessed on February 25, 2025; Roku, "In-app purchase," March 10, 2015, available at https://community.roku.com/t5/Roku-Developer-Program/In-app-purchase/td-p/451756, accessed on February 25, 2025.

[407] See Exhibit 9, Exhibit 10, and Exhibit 11.

[408] Amazon Customer Service, "Download Apps on Your Fire TV," available at https://www.amazon.com/gp/help/customer/display.html?nodeId=GRDR6KJPL2FT6YHS, accessed on February 25, 2025; Sony AP Support, "How do I install applications on the Google TV™ or Android TV™, and then confirm the apps installed?" January 16, 2025, available at https://www.sony-asia.com/electronics/support/articles/00147386, accessed on February 25, 2025; Sony Canada Support, "Do I need a Google account to use my Android TV or Google TV?" August 23, 2024, available at https://www.sony.ca/en/electronics/support/articles/00115361, accessed on February 25, 2025; Jeremy Laukkonen, "How to Download Apps on a Samsung Smart TV," *Lifewire*, updated December 6, 2023, available at https://www.lifewire.com/download-apps-on-samsung-smart-tv-5223578, accessed on February 25, 2025.

[409] Amazon Fire TV and Google TV users are able to sideload apps and bypass the need for accessing the Amazon Appstore and Google Playstore. However, this is a manual process that requires additional time, effort, and technical know-how. In addition, Samsung TV does not support sideloading. See Michael Crider and Joe Fedewa, "How to Sideload Apps on the Fire TV and Fire TV Stick," *How-to Geek*, February 16, 2024, available at https://www.howtogeek.com/336602/how-to-sideload-apps-on-the-fire-tv-and-fire-tv-stick/, accessed on February 25, 2025; Joe Fedewa, "How to Sideload Apps on Google TV," *How-to Geek*, updated June 9, 2024, available at

video streaming apps are in line with those charged by Google Play, and lower than those charged by the Amazon Appstore and Samsung Galaxy Store.[410] It also shows that none of these video streaming platforms have increased their headline rates over time, and some have decreased it. Thus, I do not find evidence of the challenged conduct having anticompetitive effects in the video streaming transactions market.

### *8.2. Average commission rates paid by developers on the App Store have decreased over time*

250. The average commission rate for App Store initial downloads and in-app purchases has decreased over time, as has the percent of initial downloads that are paid.

251. The App Store is a two-sided platform, where the consumers do not pay any fees directly to Apple, and the price of transacting through the App Store is the commission rate paid by developers. Since developers do not pay a commission for the download of a free-to-download app, it is useful to define an average commission rate charged to developers that accounts for the many free App Store transactions. I refer to the "average commission rate" as a measure of the commission rate charged by Apple that includes both free and paid transactions in the data by assigning a zero percent commission rate to free transactions.[411]

252. In Exhibit 43, I calculate the average commission rate per download on the App Store over time. The average commission rate for initial app downloads has decreased over time after accounting for free transactions, consistent with developers' shift from paid downloads to free downloads combined with greater use of in-app purchases and other types of monetization.[412] For example, in the first quarter of 2009, 9.8 percent of initial downloads were paid, and the average commission rate across all initial downloads was 2.9 percent. By the first quarter of

https://www.howtogeek.com/694493/how-to-sideload-apps-on-google-tv/, accessed on February 25, 2025; Jeremy Laukkonen, "How to Download Apps on a Samsung Smart TV," updated December 6, 2023, available at https://www.lifewire.com/download-apps-on-samsung-smart-tv-5223578, accessed on February 25, 2025.

[410] As I discuss in footnote 122, for the Samsung Galaxy Store, individual developers may negotiate an alternative commission rate during the app certification process.

[411] Technically, the commission rate on a free transaction is undefined since the revenue on the transaction is zero. However, to reflect the fact that the developer does not pay any commission on the transaction, I assign a commission rate of 0 percent to free transactions.

[412] See Section 5. A commission rate that blends downloads and in-app payment transactions would show an increase over time. However, this is solely due to the fact that when facing constant or declining prices, developers are choosing to make greater use of in-app payment transactions. While this increases commissions, this rise is commensurate with increases in developer revenue and consistent with developers gaining additional value as they are choosing to perform more in-app purchase transactions at the same or decreased prices. In Appendix 5, I show that average commission rate for the initial app downloads has similarly decreased over time for digital game app transactions (video streaming app developers do not use paid downloads, and therefore commission rates have never been relevant for downloads of their apps).

2024, only [redacted] percent of initial downloads were paid, and the average commission rate was [redacted] percent.[413]

***Exhibit 43***

***The quarterly average commission rate for App Store initial app downloads and the share of initial App Store downloads that are paid have both declined over time (July 10, 2008 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data.

Note: This exhibit shows the average commission rate for App Store initial downloads and the share of App Store initial downloads that are free over time. The commission rate is calculated for each transaction, and a simple average is calculated across transactions per quarter. The commission rate is set to zero percent for all transactions with no total revenue. Only original transactions categorized as initial downloads are included. The dotted line shows the headline commission rate of 30 percent.

253. This lower average commission rate on app download transactions has not been coupled with an increasing average commission rate on in-app purchases. In Exhibit 44, I calculate the average commission rate in each quarter for in-app purchases on the App Store, starting after the introduction of in-app purchases on the platform in July 2009. The data shows a declining average commission rate on in-app purchases over time.[414] This calculation does not account for apps that offer the ability to purchase paid content on other transaction platforms that can then be

[413] The average commission rate on paid downloads (i.e., excluding free downloads) was 29.5 percent in the first quarter of 2009 and [redacted] percent in the first quarter of 2024. See Workpapers.

[414] The average commission rate for in-app purchases is slightly below 30 percent in 2009. This occurs because some in-app purchases correspond to free trials or promotions. Thus, these in-app purchases are free and do not generate a commission for Apple.

accessed on iOS apps,[415] which would reduce the average commission rate paid to Apple by a developer who sells paid content on its webstore that does not incur a commission.

***Exhibit 44***
***The quarterly average commission rate for App Store in-app purchases has declined over time (July 1, 2009 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data

Note: This exhibit shows the average commission rate for App Store in-app purchases over time. The commission rate is calculated for each transaction, and a simple average is calculated across transactions per quarter. The commission rate is set to zero percent for all transactions with no overall revenue. Only original transactions categorized as in-app purchases are included. The dotted line shows the headline commission rate of 30 percent.

254. Additionally, app developers have shifted from pay-to-download apps to free-to-download apps with in-app purchases (see Exhibit 47 further below). In Appendix 5, I show that this trend also holds for digital game app transactions and for video streaming app transactions. Thus, developers are seeing value in selling in-app purchases and are willing to incur commissions for these app transactions even though they could choose to monetize their apps in alternative ways.

255. I next analyze the average commission paid by developers to Apple in dollars. One determinant of the dollar value of the commission is the price the developers set for an app download or an in-app purchase. In other words, if developers choose to raise (or lower) the

[415] See discussion of the reader rule and the multiplatform rule in Section 5, which allows developers to monetize their apps by offering transactions for content outside of an iOS app which can then be used within the iOS app.

price of downloads or in-app purchases, the dollar value of Apple's commission will rise (or fall) even if Apple's commission rate is unchanged.

256. Exhibit 45 shows the average commission paid for initial downloads over time on the App Store. It shows that Apple's average commission in dollars has fallen over time for initial downloads, reflecting the shift to free-to-download apps.[416]

***Exhibit 45***
***Average commissions from App Store initial downloads have fallen over time (July 10, 2008 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data

Note: This exhibit shows the average commission (in dollars) on App Store initial downloads. The commission is calculated for each transaction, and a simple average is calculated across transactions per quarter. Only original transactions categorized as initial downloads are included.

257. Exhibit 46 shows the average commission paid for in-app purchases over time on the App Store, as well as the average in-app purchase price. It shows that Apple's average commission in dollars for in-app purchases has risen over time due to increases in the average price that app

[416] In Appendix 5, I show that the same pattern holds true for games app transactions. I also show that for video streaming app transactions, the average commission for initial downloads is flat and near zero for most of the period because most initial downloads for video streaming apps are free.

developers themselves have chosen to charge consumers for in-app purchases.[417,418] As Apple has not increased its commission rate from 30 percent (and has in fact decreased it for certain transactions), any increase in the value of commissions (in dollars) that Apple receives for in-app purchases is driven by the higher prices that developers have set (and are earning) for these transactions.

***Exhibit 46***
***Quarterly average commissions from App Store in-app purchases have increased over time due to increases in the prices developers charge for in-app purchases on the App Store (July 10, 2008 – February 2, 2024)***




[redacted]

Source: U.S. Storefront App Store Transaction Data

Note: This exhibit shows the average commission and price of in-app purchases in the U.S. over time, as well as the hypothetical average commission if Apple's commission rate were a constant 30 percent. Commission is calculated for each transaction, and simple averages of both price and commission are calculated across transactions per quarter. Only original transactions categorized as in-app purchases are included. The hypothetical commission is calculated by multiplying 30 percent by the average in-app purchase price per quarter.

### *8.3. Developers are increasingly shifting to monetization strategies that do not incur commissions*

258. Evidence shows that developers are increasingly taking advantage of monetization strategies that allow them to pay zero commission to Apple on transactions through the App Store, as I explain in this section.

[417] In Appendix 5, I show that the same pattern holds true for games app transactions and for video streaming app transactions after 2015.

[418] I also analyzed the median in-app purchase price, and found a similar pattern as the average in-app purchase price, which shows that the trend in the average in-app purchase price is not being driven by a few outliers. See Workpapers.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

259. Exhibit 47 is based on the Apple Transaction Data and shows the proportion of transactions on the App Store that are free downloads, paid downloads, and in-app purchases, for all apps. It allows me to establish three important facts regarding free downloads on the App Store:

a. First, downloads of free-to-download apps through the App Store, which are not subject to Apple commissions, comprise a much larger percent of transactions than downloads of pay-to-download apps or in-app purchases.

b. Second, developers have shifted away from pay-to-download apps toward free-to-download apps with and without in-app purchases.[419]

c. Third, the fraction of free-to-download apps without in-app purchases (for which the developer pays no commissions to Apple) has risen substantially, despite an increased use of in-app purchases by app developers overall.[420]

[419] Between the first year of the App Store and 2023, the share of apps that were pay-to-download fell from 70.8 percent to 4.9 percent. See Workpapers.

[420] Between the first year of the App Store and 2023, the share of apps that were free-to-download without in-app purchases rose from 27.8 percent to 82.4 percent. See Workpapers.

***Exhibit 47***
***Free downloads comprise the largest percent of transactions, followed by in-app purchases, and paid-downloads, with in-app purchases increasing steadily over time (July 10, 2008 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data

Note: Only original transactions from in-app purchases and initial downloads are included. The first instance of an in-app purchase is June 17, 2009. The percent of each type of transaction is calculated over the sum of all three transaction categories.

260. In fact, about [redacted] percent of transactions were not subject to any Apple commission in 2023.[421] This is indicative of a widespread utilization of alternative monetization strategies that are not subject to a commission (even though Apple continues to provide the initial download transaction and all accompanying support to both developers and consumers, including providing app updates and re-downloads over the lifetime of the app as well as the tools and technology for developing apps).

[421] See Workpapers.

### *8.4. Output has increased significantly over time in the App Store, as well as in the digital games and video streaming markets*

261. In this section, I show that contrary to Plaintiffs' claims that the challenged conduct reduced output,[422] there has been a substantial increase in output in the App Store, as well as in the digital games and video streaming markets.

#### *8.4.1. Output has increased substantially on the App Store*

262. The evidence shows that Apple has not exercised any alleged market power to reduce output. Specifically, I find that the total number of app transactions on the App Store has increased over time, as has developer revenue earned on the App Store (i.e., after subtracting commissions to Apple) from paid app transactions.

263. I show in Exhibit 48 that the total number of app transactions in terms of initial downloads and in-app purchases on the App Store has increased significantly over time.[423]

[422] Plaintiffs' Response to Interrogatory No. 1, p. 4. ("Apple's anticompetitive conduct has stunted innovation and resulted in reduced output with respect to apps and the App Store.").

[423] Although the number of app transactions has increased substantially since the App Store's launch (from 56 million in Q3 2008 to around 3 billion in Q4 2023), the rate of growth in app transactions between 2008 and 2013 is higher than the rate of growth after 2013. See Workpapers. This is consistent with the evolution of smartphone penetration in the U.S. over time. As of May 2011, 35 percent of the adult population owned a smartphone. The share continued to grow rapidly, increasing 34 percentage points to 69 percent in November 2015, before growth began to moderate. Over the subsequent five-year period, the share of U.S. adults that owned a smartphone increased a further 16 percentage points, to 85 percent by February 2021. The relatively rapid growth in app transactions prior to 2015 likely reflects the rapidly expanding set of consumers with the ability to make app transactions on iOS devices. See Pew Research Center, "Mobile Fact Sheet," November 13, 2024, available at https://www.pewresearch.org/internet/fact-sheet/mobile/, accessed on February 25, 2025. In Appendix 5, I show that the total number of game and video streaming app transactions on the App Store has also dramatically increased over time.

***Exhibit 48***
***App Store initial downloads and in-app purchases have increased over time (July 10, 2008 – February 2, 2024)***




[redacted]

Source: U.S. Storefront App Store Transaction Data

Note: Only original transactions from in-app purchases and initial downloads are included. Transactions for Q1 2024 are imputed using the mean daily transactions between January 1, 2024 and February 2, 2024.

264. In Section 5.1.3, I showed that the total revenues earned by developers (i.e., the amount paid by consumers minus the commissions paid to Apple) from paid app downloads and in-app purchases on the App Store has also increased significantly. Between the first year following the launch of the App Store and 2023, total annual revenue for developers on the U.S. App Store has increased by more than [redacted].[424] Thus, there has been significant growth in transactions and revenue to app developers from paid transactions on the App Store.

265. As shown in Appendix 5, I find a similarly large increase in the total number of app transactions and the total revenue earned by developers on the App Store for both game app transactions and video streaming app transactions separately, which is inconsistent with Apple possessing and exercising market power.

266. Plaintiffs may claim that output growth would have been even faster in their envisioned but-for world with its allegedly lower commission rates. However, I disagree. I showed above that

[424] See Workpapers. In Appendix 5, I show game and video streaming app developers saw similarly dramatic growth over time.

Apple's commission rates were lower than competitors at the time the App Store launched and Apple could not have had market power then. Apple's commission rates have only decreased as the App Store has become more popular, and its commission rates have remained in line with competitors. Since commission rates have been at a competitive level on the App Store throughout the Class Period, then App Store output has also been at the competitive level (i.e., output has not been suppressed).

*8.4.2. Output has increased substantially in the digital games and video streaming app transactions markets*

267. There has also been a substantial increase in the size of the overall digital game app transactions market. As shown in Exhibit 49, consumer expenditure on video game transactions grew noticeably over time, at a compound annual growth of 8.1 percent from 2010 to 2023, driven primarily by an increase in digital sales.[425]

[425] See Workpapers. Digital sales are inclusive of in-game purchases and subscriptions. The easing of pandemic restrictions is considered as a potential factor behind declining video game revenue in 2022 relative to 2021. See Stephen Totilo, "Report: Video game revenue shrinks in 2022, snapping growth streak," *Axios*, November 15, 2022, available at https://www.axios.com/2022/11/15/global-video-game-market-decline-2022, accessed on February 25, 2025 ("Newzoo calls 2022 a 'a corrective year for the games market following two years of lockdown-fueled growth.'"); Entertainment Software Association Press Release, "U.S. Consumer Video Game Spending Totaled $60.4 Billion in 2021," January 18, 2022, available at https://www.theesa.com/u-s-consumer-video-game-spending-totaled-60-4-billion-in-2021/, accessed on February 25, 2025 ("'U.S. mobile games spending maintained its pandemic-boosted momentum from 2020 through 2021…'").

***Exhibit 49***
***Amount spent by U.S. consumers on game transactions has increased over time (2010–2023)***




Source: Statista, "Physically Sold Video Games – United States," January 2025, available at https://www.statista.com/outlook/amo/media/games/physically-sold-video-games/united-states#revenue; Entertainment Software Association, "2024 Essential Facts About the U.S. Video Game Industry," available at https://www.theesa.com/wp-content/uploads/2024/05/Essential-Facts-2024-FINAL.pdf, accessed on February 24, 2025; Entertainment Software Association, "2023 Essential Facts About the U.S. Video Game Industry," available at https://www.theesa.com/wp-content/uploads/2024/02/ESA_2023_Essential_Facts_FINAL_07092023-1.pdf, accessed on February 25, 2025; Entertainment Software Association Press Release, "U.S. Consumer Video Game Spending Totaled $60.4 Billion in 2021," January 18, 2022, available https://www.theesa.com/u-s-consumer-video-game-spending-totaled-60-4-billion-in-2021/, accessed on February 25, 2025; Marketing Charts, "US Video Game Spending Grew by 27% Last Year," February 2, 2021, available at https://www.marketingcharts.com/cross-media-and-traditional/videogames-traditional-and-cross-channel-116065, accessed on March 5, 2025; Entertainment Software Association Press Release, "U.S. Video Game Sales Reach Record-Breaking $43.4 Billion in 2018," January 22, 2019, available at https://www.theesa.com/press-releases/u-s-video-game-sales-reach-record-breaking-43-4-billion-in-2018/, accessed on March 6, 2025; Kyle Orland, "We've been missing a big part of game industry's digital revolution," *Ars Technica*, April 22, 2017, available at https://arstechnica.com/gaming/2017/04/the-us-game-industry-is-a-lot-bigger-and-less-physical-than-wethought/, accessed on February 7, 2021; Entertainment Software Association, "2019 Essential Facts About the Computer and Video Game Industry," May 2019, available at https://www.theesa.com/wp-content/uploads/2024/02/2019-EF-FINAL.pdf, accessed on March 6, 2025; Entertainment Software Association, "2018 Essential Facts About the Computer and Video Game Industry," April 2018, available at https://www.theesa.com/wp-content/uploads/2024/02/2018-EF-FINAL.pdf, accessed on March 6, 2025.

Note:
[1] 2017 and 2018 sales figures represent "software revenue across all platforms (console, PC, portable, and mobile), from physical and digital sales, including in-game purchases and subscriptions." Sources indicate that 2010 to 2016 figures cover a similar universe. In each year, physical and digital revenues are estimated by multiplying total revenue by the share of revenue attributable to physical and digital sales, respectively. At least as recently as 2017, the basis for the Entertainment Software Association revenue estimates did not include "digital sales for Switch and 3DS games, or PC digital sales from Electronic Arts, Microsoft, Sony, Battle.net, Origin, or Uplay." Therefore, figures for this period may underestimate total revenue. The source does not indicate whether in-game advertising is included.
[2] At least as recently as 2018, Entertainment Software Association included both digital and physical sales in their reported value of the games transactions market. Entertainment Software Association does not report a breakdown of digital and physical sales between 2019 to 2023. Digital sales for this period are estimated by subtracting the value of physical game sales as reported by Statista from the value of the games transactions market reported by Entertainment Software Association.

268. Accompanying the growth in the digital game transactions market has been the introduction of new game consoles, including several handheld consoles. The prior generation of major consoles started with launch of the Nintendo Wii U in 2012,[426] followed by the Xbox One and PS4 in 2013.[427] The present generation of major consoles began with the Nintendo Switch in 2017 followed by the launch of the PS5 and XSX in November 2020.[428] Such consoles have experienced success recently. The Nintendo Switch's 2020 sales as of November were "the second highest of any [game console] platform in U.S. history."[429] Furthermore, the recently launched PS5 and XSX consoles experienced strong sales since launch, with retailers frequently out of stock and unable to meet the demand.[430] The Steam Deck and the ASUS Rog Ally launched in 2022 and 2023, respectively; these two handheld devices allow consumers to make transactions for and play a wide variety of games.[431] Additionally, as discussed in Section 7.3,

---

[426] Brett Molina, "Nintendo: 23 games launching with Wii U console," *USA Today*, September 26, 2012, available at https://www.usatoday.com/story/tech/gaming/2012/09/26/nintendo-wii-u-launch-games-lineup/1594191/, accessed on February 25, 2025.

[427] Xbox Wire, "The Worldwide Launch Of Xbox One Sparks A Global Celebration," November 22, 2013, available at https://news.xbox.com/en-us/2013/11/22/xbox-one-launch-blog/, accessed on February 25, 2025; Richard Trenholm, "PS4 release date revealed," *CNET*, August 21, 2013, available at https://www.cnet.com/news/ps4-release-date-revealed/, accessed on February 25, 2025.

[428] Chris Kohler, "Nintendo Switch Releases March 3 For $299," *Wired*, January 12, 2017, available at https://www.wired.com/2017/01/watch-nintendo-switch-livestream/, accessed on February 25, 2025; Chaim Gartenberg, "The PS5 will launch on November 12th for $499.99," *The Verge*, September 16, 2020, available at https://www.theverge.com/2020/9/16/21277234/ps5-playstation-5-price-release-date-sony, accessed on February 25, 2025; Tom Warren, "Xbox Series X launches on November 10th for $499," *The Verge*, September 9, 2020, available at https://www.theverge.com/2020/9/9/21428714/xbox-series-x-price-release-date-preorder-all-access, accessed on February 25, 2025.

[429] Jeff Grubb, "Nintendo Switch is on a blazing sales pace for 2020 in the U.S.," *VentureBeat*, November 13, 2020, available at https://venturebeat.com/2020/11/13/nintendo-switch-is-on-a-blazing-sales-pace-for-2020-in-the-u-s/, accessed on February 25, 2025 ("'Year-to-date dollar sales of Nintendo Switch hardware are the second highest of any platform in U.S. history,' NPD analyst Mat Pascatella said.").

[430] Kellen Browning, "Still Looking for a New Gaming Console? Here's Why," *The New York Times*, updated June 10, 2021, available at https://www.nytimes.com/2021/01/29/business/ps5-xbox-console-shortage.html, accessed on February 25, 2025 ("Since their highly anticipated release in November, the new generations of consoles – Microsoft's Xbox Series X and Sony's PS5 – have been in short supply. Gamers have flooded online stores in the hundreds of thousands, crashed websites, lined up outside stores and shaken their fists in frustration when scalpers snagged devices, then resold them for double the price.").

[431] Liam Dawe, "The Steam Deck has released, here's my initial review," *GamingOnLinux*, updated February 26, 2022, https://www.gamingonlinux.com/2022/02/steam-deck-initial-review/, accessed on February 25, 2025 ("The Steam Deck is a brand new Linux-powered handheld gaming PC from Valve Corporation that was released officially today, February 25th [2022], with the first deliveries going out around February 28."); Wirecutter, "The Best Handheld Gaming Console," updated January 24, 2025, available at https://www.nytimes.com/wirecutter/reviews/best-handheld-gaming-consoles/, accessed on February 25, 2025 ("The […] Steam Deck isn't the most powerful PC-based gaming handheld, but it offers the best interface, reliable performance, and fantastic battery life for a great price, all of which make it an excellent console for beginners. […] The SteamOS user interface still offers the most intuitive and most reliable way to navigate your settings and games, even if you own hundreds, and the controls are great for interacting with almost any kind of PC game. […] Asus's ROG Ally X can handle just about every game with reliable frame rates, and thanks to its huge battery, it can last for hours away from an outlet. It's a Windows PC, so it supports Game Pass and every other PC gaming service, including Blizzard's launcher, the Epic Game Store, and Ubisoft Connect"); ASUS Pressroom, "ASUS Republic of Gamers Unveils the ROG Ally," May 11, 2023, available at https://press.asus.com/news/press-releases/asus-republic-of-gamers-unveils-the-rog-ally/, accessed on February 25, 2025.

several new digital game app transaction platforms have been introduced during this time. In summary, this growth in the digital games market (including the entry of new consoles and transaction platforms) contradicts Plaintiffs' claims that the challenged conduct reduced output.

269. The overall video streaming transactions market has also grown rapidly over time, at a compound annual growth of 23.1 percent from 2011 to 2023, driven primarily by an increase in sales for subscription streaming services (see Exhibit 50).[432] This growth in the video streaming market contradicts Plaintiffs' claims that the challenged conduct reduced output.

[432] See Workpapers.

***Exhibit 50***
***The amount spent by U.S. consumers on video streaming transactions has increased over time (2011–2023)***




Source: J. McCourt, "DEG Year-End 2023 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 25, 2024, available at https://www.degonline.org/portfolio_page/deg-ye-2023-digital-media-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2022 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 27, 2023, available at https://www.degonline.org/portfolio_page/deg-year-end-2022-digital-media-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2021 Digital Media Entertainment Report," *The Digital Entertainment Group*, February 3, 2022, available at https://www.degonline.org/portfolio_page/deg-year-end-2021-digital-media-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2020 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 26, 2021, available at https://www.degonline.org/portfolio_page/deg-ye-2020-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2019 Digital Media Entertainment Report," *The Digital Entertainment Group*, January 9, 2020, available at https://www.degonline.org/portfolio_page/deg-ye-2019-home-entertainment-report-2/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2018 Home Entertainment Report," *The Digital Entertainment Group*, January 4, 2019, available at https://www.degonline.org/portfolio_page/deg-year-end-2018-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2017 Home Entertainment Report," *The Digital Entertainment Group*, January 8, 2018, available at https://www.degonline.org/portfolio_page/deg-year-end-2017-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2016 Home Entertainment Report," *The Digital Entertainment Group*, January 4, 2017, available at https://www.degonline.org/portfolio_page/deg-year-end-2016-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2015 Home Entertainment Report," *The Digital Entertainment Group*, January 5, 2016, available at https://www.degonline.org/portfolio_page/deg-year-end-2015-home-entertainment-report/, accessed on February 25, 2025; The Digital Entertainment Group Press Release, "Rise in Home Entertainment Digital Spending Continues in 2014," January 6, 2015, available at https://www.degonline.org/wp-content/uploads/2017/06/DEG-Home-Entertainment-Report-Complete-YE-2014.pdf, accessed on March 6, 2025; J. McCourt, "DEG Year-End 2013 Home Entertainment Report," *The Digital Entertainment Group*, January 5, 2014, available at https://www.degonline.org/portfolio_page/deg-year-end-2013-home-entertainment-report/, accessed on February 25, 2025; J. McCourt, "Home Entertainment Moves Toward Growth in 2012 -- Consumer Spending Tops $18 Billion For 11th Consecutive Year," *The Digital Entertainment Group*, January 8, 2013, available at https://www.degonline.org/wp-content/uploads/2017/06/DEG-Home-Entertainment-Report-Complete-YE-2012.pdf, accessed on February 25, 2025; J. McCourt, "DEG Year-End 2011 Home Entertainment Report," *The Digital Entertainment Group*, January 12, 2012, available at https://www.degonline.org/portfolio_page/deg-year-end-2011-home-entertainment-report/, accessed on February 25, 2025; The Digital Entertainment Group, "DEG Guide August 2022," available at https://www.degonline.org/portfolio_page/deg-digital-entertainment-definitions/, accessed on February 25, 2025.

Note: The U.S. video streaming market includes subscription video streaming services and non-subscription services (video on demand and electronic sell-through services, not inclusive of spending on premium releases). Video on demand refers to digital content that can be accessed and streamed online by consumers instantaneously whenever they want. Electronic sell-through refers to digital content that a consumer pays a fixed one-time fee to view as many times as they like.

### *8.5. Apple has continued to innovate and has not reduced quality*

270. Apple has made numerous innovations and investments that positively impact the ways that app consumers and developers interact, generate value, and use the App Store. In particular, as I explain in this section, Apple has invested in and provided innovations to Apple hardware and software, app developer tools, app business models, consumer privacy and security provisions, among others, all of which affect the quality of transactions on the App Store as well as the types of app transactions that the App Store provides.

#### *8.5.1. Hardware, software, and integration*

271. Since the launch of the first iPhone in 2007, Apple has invested in the development of hardware and its integration with the device's software.[433] This integration allows developers to use the hardware components most efficiently and consumers to experience higher quality, more seamless use from their devices. An example of how Apple's innovations facilitate hardware-software integration for digital game transactions in particular is the gyroscope, which Apple introduced in 2010 to the iPhone 4.[434] The gyroscope senses how much an object has rotated around three axes, thus capturing the position of the object relative to the axes.[435] To make it easier for developers to incorporate sophisticated motion data into their applications, Apple provided hardware (the gyroscope) together with an Application Programming Interface ("API") called Core Motion that made the gyroscope easy for developers to incorporate into their apps. Apple also provided algorithms to combine raw gyroscope and accelerometer data to produce more precise and usable motion data.[436] Later, Apple introduced a motion-focused coprocessor for better battery life (M7).[437] These innovations were described at the time as innovations that

[433] At the launch of the first iPhone in 2007, citing Alan Kay (a pioneer in computer science), Steve Jobs said that "[p]eople who are really serious about software should make their own hardware. […] And so we're bringing breakthrough software to a mobile device for the first time. […] [Your iPhone] automatically syncs to your PC or Mac right through iTunes. iTunes is going to synch all of your media onto your iPhone. Your music, your audio books, podcasts, movies, TV shows, music videos. But it also synchs a ton of data. Your contacts, your calendars and your photos, which you can get on your iPod today, your notes, your bookmarks from your Web browser, your e-mail accounts, your whole e-mail set-up. All that stuff can be moved over to your iPhone completely automatically." See Genius, "iPhone Keynote 2007," available at https://genius.com/Steve-jobs-iphone-keynote-2007-annotated, accessed on February 25, 2025.

[434] Eli Hodapp, "WWDC 2010: iPhone 4 Gyroscope," *TouchArcade*, June 7, 2010, available at https://toucharcade.com/2010/06/07/wwdc-2010-iphone-4-gyroscope/, accessed on February 25, 2025.

[435] See Apple Developer, "Getting Raw Gyroscope Events," available at https://developer.apple.com/documentation/coremotion/getting_raw_gyroscope_events, accessed on February 25, 2025.

[436] ASCIIwwdc, "Sensing Device Motion in iOS 4," archived on May 14, 2021, available at https://web.archive.org/web/20210514163629/https://asciiwwdc.com/2010/sessions/423, accessed on February 25, 2025.

[437] Ryan Faas, "The M7 motion coprocessor in the iPhone 5s is a big deal," *Computerworld*, September 13, 2013, available at https://web.archive.org/web/20220426074816/https://www.computerworld.com/article/2485012/the-m7-motion-coprocessor-in-the-iphone-5s-is-a-big-deal.html, accessed on February 25, 2025.

may "redefine" mobile gaming.[438] In addition, these innovations helped improve the accuracy of location and mapping apps and made it possible for developers to add Augmented Reality ("AR") to games.[439]

272. One game app that utilizes the AR technology is Pokémon GO, which was considered a "viral sensation" at launch in 2016 and amassed $832 million in revenue for the developer that year.[440] The game's AR setting, in which Pokémon are placed within the user's real-world setting using the iPhone's camera, relies on a gyroscope to sense when the user moves in pursuit of the Pokémon.[441] In fact, commenters have written that "the only sensor [the game] really cared about was the phone's gyroscope."[442] As Apple's AR technology has improved, Pokémon GO has been able to upgrade its AR setting, offering an AR+ mode with new features on iOS devices.[443] As Pokémon GO demonstrates, Apple's innovation of the gyroscope benefited both consumers and developers, thereby increasing the quantity and quality of app transactions.

273. In 2020, Apple introduced the Light Detection and Ranging ("LiDAR") system on iPad Pro, which improves photographs and AR.[444] It improved upon existing smartphone LiDAR technology by implementing scanning technology that increases depth sensing range by up to five meters.[445] This system provides consumers with improved picture quality in poor-lit environments as well as access to depth recognition and 3D measurements, and allows

[438] Scott Steinberg, "iPhone 4's gyroscope may redefine mobile gaming," *CNN*, June 30, 2010, available at https://web.archive.org/web/20180122133004/http://www.cnn.com/2010/TECH/gaming.gadgets/06/30/iphone.4.gaming/index.html, accessed on February 25, 2025.

[439] Elizabeth Woyke, "iPhone Gyroscope To Rev Up Location Apps," *Forbes*, June 25, 2010, available at https://www.forbes.com/2010/06/25/iphone-location-cloudmade-technology-breakthroughs-gyroscope.html?sh=5e9457d02710, accessed on February 25, 2025.

[440] Nick Statt, "Pokémon Go never went away — 2019 was its most lucrative year ever," *The Verge*, January 10, 2020, available at https://www.theverge.com/2020/1/10/21060877/pokemon-go-record-revenue-2019-niantic-labs-ar-growth, accessed on February 25, 2025.

[441] Greg Kumparak, "Pokémon GO gets a new and improved augmented reality mode (but only on iOS)," *TechCrunch*, December 20, 2017, available at https://techcrunch.com/2017/12/20/pokemon-go-gets-a-new-and-improved-augmented-reality-mode-but-only-on-ios/, accessed on February 25, 2025.

[442] Greg Kumparak, "Pokémon GO gets a new and improved augmented reality mode (but only on iOS)," *TechCrunch*, December 20, 2017, available at https://techcrunch.com/2017/12/20/pokemon-go-gets-a-new-and-improved-augmented-reality-mode-but-only-on-ios/, accessed on February 25, 2025.

[443] Greg Kumparak, "Pokémon GO gets a new and improved augmented reality mode (but only on iOS)," *TechCrunch*, December 20, 2017, available at https://techcrunch.com/2017/12/20/pokemon-go-gets-a-new-and-improved-augmented-reality-mode-but-only-on-ios/, accessed on February 25, 2025.

[444] Apple Newsroom, "Apple unveils new iPad Pro with breakthrough LiDAR Scanner and brings trackpad support to iPad OS," March 18, 2020, available at https://www.apple.com/newsroom/2020/03/apple-unveils-new-ipad-pro-with-lidar-scanner-and-trackpad-support-in-ipados/, accessed on March 7, 2025.

[445] Mark Wilson, "What is a LiDAR scanner, the iPhone 12 Pro's camera upgrade, anyway?" *Tech Radar*, July 15, 2021, available at https://www.techradar.com/news/what-is-a-lidar-scanner-the-iphone-12-pros-rumored-camera-upgrade-anyway, accessed on February 25, 2025.

developers to release advanced AR applications to iPhone users.[446] The LiDAR application has been used by a variety of apps that rely on accurate spatial measurements, such as the IKEA App, which uses LiDAR to measure spaces and allows users to visualize how different pieces of furniture would look in their home before making a purchase.[447]

274. In 2022, Apple introduced the Live Activities feature, which allows apps to display app activity on the lock screen of a device.[448] For example, a consumer using a ride-sharing app such as Uber could monitor their driver's estimated time of arrival without having to unlock the phone and open the app. This allows consumers to monitor apps more easily without actively being in the apps themselves.

275. Apple has also continuously made improvements to the chips that provide computational power to iPhones. For example, recent iPhone models rely on the A16 Bionic, A17 Pro, and A18 Pro chips.[449] The A16 Bionic, released in 2022, delivers 50 percent more memory bandwidth relative to previous chips, allowing faster computation and smoother graphics.[450] The A17 Pro, released in 2023 with the iPhone 15 Pro and Pro Max, is faster than A16 Bionic, and delivers an improved user experience to consumers.[451] The A18 chip, released in 2024 with the iPhone 16 Pro and Pro Max, is 15 to 20 percent faster than the A17 Pro chip and delivers improved performance for battery life, gaming and artificial intelligence functions such as Apple

[446] Lance Whitney, "I uncovered 8 cool ways to use LiDAR on an iPhone and iPad," *ZDNET*, August 21, 2024, available at https://www.zdnet.com/article/i-uncovered-8-cool-ways-to-use-lidar-on-an-iphone-and-ipad/, accessed on February 25, 2025; Scott Stein, "Lidar is one of the iPhone and iPad Pro's coolest tricks: Here's what else it can do," *CNET*, February 7, 2022, available at https://www.cnet.com/tech/mobile/lidar-is-one-of-the-iphone-ipad-coolest-tricks-its-only-getting-better/, accessed on February 25, 2025.

[447] Lance Whitney, "I uncovered 8 cool ways to use LiDAR on an iPhone and iPad," *ZDNET*, August 21, 2024, available at https://www.zdnet.com/article/i-uncovered-8-cool-ways-to-use-lidar-on-an-iphone-and-ipad/, accessed on February 25, 2025.

[448] Apple Newsroom, "Apple unveils an all-new Lock Screen experience and new ways to share and communicate in iOS 16," June 6, 2022, available at https://www.apple.com/newsroom/2022/06/apple-unveils-new-ways-to-share-and-communicate-in-ios-16/, accessed on February 25, 2025.

[449] Apple Newsroom, "Apple debuts iPhone 15 and iPhone 15 Plus," September 12, 2023, available at https://www.apple.com/newsroom/2023/09/apple-debuts-iphone-15-and-iphone-15-plus/, accessed on February 25, 2025; Apple Newsroom, "Apple unveils iPhone 15 Pro and iPhone 15 Pro Max," September 12, 2023, available at https://www.apple.com/newsroom/2023/09/apple-unveils-iphone-15-pro-and-iphone-15-pro-max/, accessed on February 25, 2025; Apple Newsroom, "Apple debuts iPhone 16 Pro and iPhone 16 Pro Max," September 9, 2024, available at https://www.apple.com/newsroom/2024/09/apple-debuts-iphone-16-pro-and-iphone-16-pro-max/, accessed on February 25, 2025.

[450] Victor Hristov, "A16 Bionic explained: what's new in Apple's Pro-grade mobile chip?" *PhoneArena*, updated September 17, 2022, available at https://www.phonearena.com/news/A16-Bionic-explained-whats-new_id142438, accessed on February 25, 2025.

[451] Michael Potuck, "A17 Pro vs A16 Bionic: How speed, efficiency, and capability compare," *9to5mac*, updated June 12, 2024, available at https://9to5mac.com/2024/06/12/a17-pro-vs-a16-bionic-comparison/, accessed on February 25, 2025; Apple Newsroom, "Apple unveils iPhone 15 Pro and iPhone 15 Pro Max," September 12, 2023, available at https://www.apple.com/newsroom/2023/09/apple-unveils-iphone-15-pro-and-iphone-15-pro-max/, accessed on February 25, 2025.

Intelligence.[452] Further, unlike other smartphone manufacturers, Apple's chips have historically been designed in-house specifically for iPhones, starting from the release of its first custom chip, the A4 chip for the iPhone 4, in 2010.[453] This allows Apple to streamline integration within iPhone production, have more control over production costs, and continue to innovate without being limited by production timelines of third-party suppliers.[454] Apple has also continued to improve its graphic processors, in conjunction with improved developer tools for graphics as I describe below in Section 8.5.2.[455]

276. Apple's hardware innovations have led to the expansion of the types and quality of apps feasible on iOS devices. For example, improved gaming functionality on iOS devices has led to the creation of games for iOS devices that previously only would have been available on

---

[452] Apple Newsroom, "Apple debuts iPhone 16 Pro and iPhone 16 Pro Max," September 9, 2024, available at https://www.apple.com/newsroom/2024/09/apple-debuts-iphone-16-pro-and-iphone-16-pro-max/, accessed on February 25, 2025.

[453] Since 2010, Apple has continued to develop custom chips for its devices using licensed Arm architecture, starting with the A series chips for iPhones and expanding to the M series chips for Macs in 2020. On the other hand, other smartphone manufacturers such as Samsung and Google have relied on third-party manufacturers for chips for their flagship products. See Katie Tarasov, "Inside Apple's chip lab, home to the most 'profound change' at the company in decades," *CNBC*, December 1, 2023, available at https://www.cnbc.com/2023/12/01/how-apple-makes-its-own-chips-for-iphone-and-mac-edging-out-intel.html, accessed on March 6, 2025; Kif Leswing, "Apple and Arm sign deal for chip technology that goes beyond 2040," *CNBC*, September 6, 2023, available at https://www.cnbc.com/2023/09/06/apple-and-arm-sign-deal-for-chip-technology-that-goes-beyond-2040.html, accessed on March 6, 2025; Jo He-Rim, "Tech giant struggles to elevate yield rate of own chips for upcoming Galaxy S25," *The Korean Herald*, September 12, 2024, available at https://m.koreaherald.com/article/3474349, accessed on March 6, 2025; Jess Weatherbed, "Google's first truly custom chip for Pixel devices won't arrive until 2025," *The Verge*, July 6, 2023, available at https://www.theverge.com/2023/7/6/23786156/google-pixel-custom-chip-manufacturing-tensor-2025, accessed on March 6, 2025; Tom Pitchard, "Google Pixel 10 could ditch Samsung chips for Tensor G5 — what that means for you," *Tom's Guide*, June 19, 2024, available at https://www.tomsguide.com/phones/google-pixel-phones/google-pixel-10-could-ditch-samsung-chips-for-tensor-g5-what-that-means-for-you, accessed on March 6, 2025.

[454] Kif Leswing, "Apple is breaking a 15-year partnership with Intel on its Macs — here's why," *CNBC*, November 10, 2020, available at https://www.cnbc.com/2020/11/10/why-apple-is-breaking-a-15-year-partnership-with-intel-on-its-macs-.html, accessed on March 6, 2026 ("Apple has invested heavily in its silicon department… It's been building its own A-series chips for iPhones, iPads, and Apple Watches since 2010. … Controlling its own technologies helps Apple integrate its products more deeply… [and have] more control over costs. … 'Apple thinks they can innovate faster than the standard business model of Intel or Qualcomm doing the development on chips and then they build on top of it.'").

[455] Apple's innovations in device technology include its Arm processors, which have overtaken Intel's mobile processors as the best in their class. See Daniel Eran Dilger, "How Intel Lost the Mobile Chip Business to Apple's Ax ARM Application Processors," *AppleInsider*, January 19, 2015, available at https://appleinsider.com/articles/15/01/19/how-intel-lost-the-mobile-chip-business-to-apples-ax-arm-application-processors, accessed on February 25, 2025 ("There is simply no basis for arguing that Intel – the world's most sophisticated processor maker – didn't lose out big to Apple in the relatively new market for mobile processors over the past five years."). Apple's graphical innovations allowed it to run cutting edge mobile games, like the Infinity Blade series, which is owned by Epic Games. See John Gaudiosi, "How Infinity Blade III Was Built From Scratch to Show Off Your iPhone 5S," *Fast Company*, September 10, 2013, available at https://www.fastcompany.com/3017153/how-infinity-blade-iii-was-built-from-scratch-to-show-off-your-iphone-5s, accessed on February 25, 2025 ("That in turn has allowed the team to further close the gap between what can be done on a current-generation console, such as an Xbox 360 or PlayStation 3, and what can be done on an Apple device. 'We're rendering a full depth of field blur and bloom pass, a color adjust pass, a vignette pass, and a distortion pass–and then anti-aliasing the whole thing while maintaining a blazing frame rate,' said Donald Mustard. 'On a device that fits in your pocket.'").

consoles and PCs,[456] including "AAA" videogames that are considered high budget, high quality "blockbuster" games.[457] This expansion did not come at the cost of variety: while newer games (like Fortnite, PUBG, or Call of Duty Mobile) from well-established developers grew, other types of games continue to be popular on the App Store. The top games on the App Store often contain a variety of game genres and types.[458] For instance, on February 6, 2025, the top 15 paid iPhone game apps in the U.S. App Store included a content creation game (Minecraft), a tower defense game (Bloons TD 6), a group participation game (Heads Up!), a board-game adaptation (MONOPOLY: The Board Game), and a resource management simulator (Plague Inc.).[459]

277. Apple has also continued to innovate and improve on the screen quality of its devices. In 2010, Apple introduced HiDPI ("Retina display") screens on iOS devices, which significantly increased the resolution of iOS screens.[460] This technology was leveraged by popular video streaming apps such as Netflix, which used the Retina display innovations to launch new

[456] For example, many game franchises that were previously available only on consoles or PCs now have mobile versions, such as Activision's Call of Duty, Capcom's Resident Evil, and more. See Kevin Webb, "A new 'Call of Duty' game is coming to iPhone and Android on October 1 – Here's everything we know so far," *Business Insider*, updated September 18, 2019, available at https://www.businessinsider.com/call-of-duty-mobile-ios-android-announcement-2019-3, accessed on February 25, 2025; Taylor Lyles, "Resident Evil 4 Remake iPhone 15 Pro Release Date Confirmed," *IGN*, November 7, 2023, available at https://www.ign.com/articles/resident-evil-4-remake-iphone-15-pro-release-date-confirmed, accessed on February 25, 2025. Other games, previously only available on mobile devices in smaller and limited versions, have been upgraded to achieve near parity with consoles and PC versions: for example, Minecraft has been updated to the "Bedrock Edition," a version of Minecraft that supports cross-play across PC, PS4, Nintendo Switch, Xbox One, and mobile. See Shaun Prescott, "Minecraft: Bedrock Edition has full crossplay support now that PS4 has opted in," *PC Gamer*, December 9, 2019, available at https://www.pcgamer.com/minecraft-bedrock-edition-has-full-crossplay-support-now-that-ps4-has-opted-in/, accessed on February 25, 2025.

[457] Colin Stevens, "Apple Says the New iPad Pro Is as Powerful as an Xbox One S," *IGN*, November 6, 2018, available at https://www.ign.com/articles/2018/10/30/apple-says-the-new-ipad-pro-is-as-powerful-as-an-xbox-one-s, accessed on February 25, 2025 ("In Apple's media event held this morning, the tech giant claimed that the new iPad Pro can deliver the same graphics performance as an Xbox One S. During this event […] Apple said the new iPad Pro can match this graphics performance in a product that's 94% smaller without the need of an AC cord. It also claimed it's faster than 92% of all portable PCs sold in the last month, and that its graphics performance is 1000x faster than the first generation iPad."); Samuel Axon, "First wave of AAA iPhone games sees a big new release—and a notable delay," *Ars Technica*, December 20, 2023, available at https://arstechnica.com/gaming/2023/12/first-wave-of-aaa-iphone-games-sees-a-big-new-release-and-a-notable-delay/, accessed on February 25, 2025 ("The first of three major AAA game releases for the iPhone has arrived."); Arm, "What are AAA Games?" available at https://www.arm.com/glossary/aaa-games, accessed on March 6, 2025; Brittany Alva, "What makes a AAA game a AAA game?" *Epic Games Store*, October 10, 2023, available at https://store.epicgames.com/en-US/news/what-makes-a-aaa-game-a-aaa-game, accessed on March 6, 2025.

[458] App Store, "App Store Awards: Get the US's Top Games of 2024," available at https://apps.apple.com/us/story/id1778540703, accessed on February 25, 2025.

[459] App Store, "App Store Awards: Get the US's Top Games of 2024," available at https://apps.apple.com/us/story/id1778540703, accessed on February 25, 2025. Historical lists of the top charts on the App Store, for each day, can be accessed at SensorTower, "Top Charts," available at https://app.sensortower.com/top-charts?category=6014&device=iphone&os=ios&country=US&date=2025-02-06, accessed on February 25, 2025.

[460] Alex Baggott, "What is a 'Retina' display, and why it matters," *AppleInsider*, February 16, 2023, available at https://appleinsider.com/articles/23/02/16/what-a-retina-display-is-and-why-it-matters, accessed on February 25, 2025 ("Apple devices have been running HiDPI screens smoothly for years, while Windows and Android still struggle at times to make it work […] About seven years after it introduced Retina displays, Apple began using displays with even higher pixel densities, such as Super Retina on iPhone X with 458 ppi.").

versions of their iOS apps with higher-quality images.[461] Further, Apple released the Super Retina Display in 2017 with the iPhone X, the Super Retina XDR display in 2019 with the iPhone 11 Pro, ProMotion support for the Super Retina XDR display in 2021 with the iPhone 13 Pro and Pro Max, and the Always-on display feature for Super Retina XDR display in 2022 with the iPhone 14 Pro and Pro Max.[462] More recent generations of the iPhone have continued to build on the Super Retina XDR display, with improved high dynamic range and larger displays.[463]

*8.5.2. Developer tools*

278. Apple also provides innovative tools that expand developers' access to key features of the iPhone's hardware, expanding the type and quality of apps they can create. The tools include Apple's proprietary APIs, which provide developers with access to the technologies and features that Apple offers on its phones and tablets.[464]

279. One such example is Apple's Metal, a graphics framework that Apple introduced in 2014 and that allows developers to almost fully access the device's Graphics Processing Unit's

[461] Dieter Bohn, "Netflix app updated for iPad's Retina display, with HD streaming 'to follow later'," *The Verge*, March 21, 2012, available at https://www.theverge.com/2012/3/21/2892346/netflix-retina-display-ipad-promises-hd-streaming, accessed on February 25, 2025.

[462] Apple Newsroom, "The future is here: iPhone X," September 12, 2017, available at https://www.apple.com/newsroom/2017/09/the-future-is-here-iphone-x/, accessed on February 25, 2025 ("iPhone X is the future of the smartphone. It is packed with incredible new technologies, like the innovative TrueDepth camera system, beautiful Super Retina display"); Apple Newsroom, "iPhone 11 Pro and iPhone 11 Pro Max: the most powerful and advanced smartphones," September 10, 2019, available at https://www.apple.com/newsroom/2019/09/iphone-11-pro-and-iphone-11-pro-max-the-most-powerful-and-advanced-smartphones/, accessed on February 25, 2025 ("The new Super Retina XDR display is a pro display with the brightest display ever in an iPhone."); Apple Newsroom, "Apple unveils iPhone 13 Pro and iPhone 13 Pro Max – more pro than ever before," September 14, 2021, available at https://www.apple.com/newsroom/2021/09/apple-unveils-iphone-13-pro-and-iphone-13-pro-max-more-pro-than-ever-before/, accessed on February 25, 2025 ("Redesigned inside and out, both models introduce an all-new Super Retina XDR display with ProMotion featuring an adaptive refresh rate up to 120Hz, making the touch experience faster and more responsive."); Malcolm Owen, "iPhone 13 Pro, iPhone 13 Pro Max launch with ProMotion & Super Retina XDR display," *AppleInsider*, September 14, 2021, available at https://appleinsider.com/articles/21/09/14/iphone-13-pro-iphone-13-pro-max-launch-with-promotion-super-retina-xdr-display, accessed on February 25, 2025; Apple Newsroom, "Apple debuts iPhone 14 Pro and iPhone 14 Pro Max," September 7, 2022, available at https://www.apple.com/newsroom/2022/09/apple-debuts-iphone-14-pro-and-iphone-14-pro-max/, accessed on February 25, 2025.

[463] Apple Newsroom, "Apple debuts iPhone 15 and iPhone 15 Plus," September 12, 2023, available at https://www.apple.com/newsroom/2023/09/apple-debuts-iphone-15-and-iphone-15-plus/, accessed on February 25, 2025; Apple Newsroom, "Apple unveils iPhone 15 Pro and iPhone 15 Pro Max," September 12, 2023, available at https://www.apple.com/newsroom/2023/09/apple-unveils-iphone-15-pro-and-iphone-15-pro-max/, accessed on February 25, 2025; Apple Newsroom, "Apple debuts iPhone 16 Pro and iPhone 16 Pro Max," September 9, 2024, available at https://www.apple.com/newsroom/2024/09/apple-debuts-iphone-16-pro-and-iphone-16-pro-max/, accessed on February 25, 2025.

[464] App Store, "Together We Turn Apps Into Opportunities," available at https://www.apple.com/app-store/developing-for-the-app-store/, accessed on March 7, 2025 ("Over 250,000 APIs for virtually any hardware of software task imaginable."). See Section 8.5.1 for additional examples of Apple's APIs.

capabilities. At the time, Metal provided ten times the graphics computing power compared to the previous API (OpenGL).[465] Metal allows developers to implement better graphics quality in their apps,[466] which "benefit[s] their apps and Apple's ecosystem" and especially benefits developers of premium games.[467] In 2022, Apple introduced the MetalFX framework, which is integrated with Metal and allows game developers to render high resolution, complex graphics with less processing power, which improves the quality of graphics possible on an iOS device.[468]

280. Apple's 2017 ARKit innovation enhances the value and quality of app transactions between developers and consumers by offering a ready-to-use software solution that allows developers to incorporate AR features into their apps.[469] Specifically, ARKit allows developers to create apps that place a virtual object into the real surroundings observed through a camera.[470] ARKit

---

[465] Apple Developer, "Working with Metal: Overview," available at https://developer.apple.com/videos/play/wwdc2014/603/, accessed on February 25, 2025 ("Metal provides extremely efficient access to the graphics and compute power of the A7 chip"); Sam Machkovech, "Apple gets heavy with gaming, announces Metal development platform," *Ars Technica*, June 2, 2014, available at https://arstechnica.com/gadgets/2014/06/apple-gets-heavy-with-gaming-announces-metal-development-platform/, accessed on February 25, 2025 ("Metal is designed for the A7 processor and provides complete access to the compute power of its GPU […] the boost using Metal [is] '10 times' of what was available in the past.").

[466] Dean Takahashi, "Graphics guru Tim Sweeney explains why Apple's Metal will make mobile games far better," *VentureBeat*, June 3, 2014, available at https://venturebeat.com/games/graphics-guru-tim-sweeney-explains-why-apples-metal-will-make-games-run-10-times-more-efficiently/, accessed on February 25, 2025 ("We'll see an immediate, significant improvement in the number of objects and the complexity of the scenes they can build without having to do constant work themselves.").

[467] Daniel Eran Dilger, "Inside Metal: How Apple plans to unlock the secret graphics performance of the A7 chip," *AppleInsider*, June 16, 2014, available at https://appleinsider.com/articles/14/06/16/inside-metal-how-apple-plans-to-unlock-the-secret-graphics-performance-the-a7-chip, accessed on February 25, 2025 ("But for the cream of the mobile market, a premium segment that plays video games and cares about powerful mobile apps […] the A7 is both literally and figuratively a game changer.").

[468] Chip Loder, "Understanding MetalFX, Apple's graphics performance booster," *AppleInsider*, June 22, 2023, available at https://appleinsider.com/articles/23/06/22/understanding-metalfx-apples-graphics-performance-booster, accessed on February 25, 2025.

[469] AppleInsider, "ARKit," available at https://appleinsider.com/inside/arkit, accessed on February 25, 2025 ("ARKit was announced to developers during WWDC 2017.").

[470] AppleInsider, "ARKit," available at https://appleinsider.com/inside/arkit, accessed on February 25, 2025 ("ARKit is Apple's software development kit that enables app developers to incorporate augmented reality into their apps […] including detecting movement and the local environment, simplifying the process for developers to place virtual objects in an everyday scene."). Prior to ARKit, developers were able to program AR features for their apps, but they had to build all the constituent parts from scratch. These include, for example, detecting horizontal surfaces where objects can be placed, or how light and shadows move when objects are placed into a space. See Zac Hall, "Pokémon GO gaining iPhone exclusive AR+ mode powered by Apple's ARKit," *9To5Mac*, December 20, 2017, available at https://9to5mac.com/2017/12/20/ar-pokemon-go-arkit/, accessed on February 25, 2025 ("After first demoing improved augmented reality features for Pokémon GO back at Apple's developer conference in June, Niantic has officially announced AR+ mode for the hit game. AR+ leverages Apple's ARKit framework to make Pokémon appear hyper realistic. Because ARKit is an Apple technology only available on its devices, AR+ mode is a Pokémon GO feature exclusive to iPhones and iPads […] Niantic isn't just making Pokémon look prettier either. They're actually introducing new gameplay mechanics based on ARKit."); Cameron Summerson, "What Are the ARCore and ARKit Augmented Reality Frameworks?" *How-To Geek*, April 11, 2018, available at https://www.howtogeek.com/348445/what-are-the-arcore-and-arkit-augmented-reality-frameworks/, accessed on February 25, 2025 ("But Pokemon Go was ahead of the curve, as it was released before Google and Apple built their respective Augmented Reality frameworks. In other words: as cool as it was at the time, it wasn't able to take advantage of the tools that are now available on Android and iOS.").

simplified the prior process for creating AR content by providing predesigned packages that are able to handle components of generating an AR app.[471] For example, at Apple's Worldwide Developers Conference 2018, Lego demonstrated a multiplayer Lego AR, an iOS "sandbox" game experience, which leveraged AR to bring physical Lego Creator sets to life with interactive gameplay.[472] Lego later released a Lego Hidden Side iOS app that paired games with physical playsets.[473] ARKit also complements Apple's hardware innovations, allowing developers to take advantage of these advancements. For example, Pokémon GO and IKEA, two apps that leverage Apple's innovations in AR technology and LiDAR (as I discuss above), use ARKit to integrate these technologies into their apps.[474] In addition to ARKit, in June 2019, Apple launched Reality Composer, a new app that improved accessibility for developers new to the AR space,[475] and RealityKit, a framework built specifically for AR and integrated with ARKit, allowing developers to leverage ARKit's existing toolkit in conjunction with RealityKit's high-performance rendering and simulation.[476] Apple has continued to update and improve RealityKit for developers—the latest version of RealityKit was released in June 2024.[477]

---

[471] AppleInsider, "ARKit," available at https://appleinsider.com/inside/arkit, accessed on February 25, 2025 ("ARKit is Apple's software development kit that enables app developers to incorporate augmented reality into their apps. ARKit handles many of the tough tasks associated with AR").

[472] Andrew Gebhart, "Lego AR lets Batman come to life with iOS 12 at WWDC," *CNET*, June 4, 2018, available at https://www.cnet.com/tech/mobile/lego-ar-lets-batman-come-to-life-with-ios-12-at-wwdc/, accessed on February 25, 2025 ("At Apple's WWDC, [Lego] showed off a cool new use of Augmented Reality – a Lego game you can play with friends."); Jessica Conditt, "Lego is basically building AR 'Sims' for its playsets," *Engadget*, June 4, 2018, available at https://www.engadget.com/2018-06-04-lego-apple-ar-augmented-reality-wwdc-arkit.html, accessed on February 25, 2025 ("Lego is infusing its bricks with digital magic in a series of new augmented reality experiences using Apple's updated ARKit 2.").

[473] Malcolm Owen, "Lego returning to ARKit 2 with 'Hidden Side' haunted interactive playsets," *AppleInsider*, February 14, 2019, available at https://appleinsider.com/articles/19/02/14/lego-returning-to-arkit2-with-hidden-side-haunted-interactive-playlets, accessed on February 25, 2025 ("Lego's upcoming Hidden Side playsets will offer ARKit 2 'haunted' gameplay using a companion iPhone app, offering more ways to play.").

[474] Robert Williams, "Ikea Place ranks as No. 2 free ARKit app," *Marketing Dive*, April 6, 2018, available at https://www.marketingdive.com/news/ikea-place-ranks-as-no-2-free-arkit-app/520761/, accessed on February 25, 2025; Sean Hollister, "Here comes Pokemon Go's ARKit mode. Is your battery ready?" *CNET*, December 20, 2017, available at https://www.cnet.com/tech/mobile/pokemon-go-apple-arkit-iphone-ipad-pro/, accessed on February 25, 2025.

[475] Apple Newsroom, "Apple unveils groundbreaking new technologies for app development," June 3, 2019, available at https://www.apple.com/newsroom/2019/06/apple-unveils-groundbreaking-new-technologies-for-app-development/, accessed on February 25, 2025.

[476] Max Cobb, "Getting started with RealityKit," *Medium*, July 28, 2019, available at https://maxxfrazer.medium.com/getting-started-with-realitykit-3b401d6f6f, accessed on February 25, 2025; Apple Newsroom, "Apple unveils groundbreaking new technologies for app development," June 3, 2019, available at https://www.apple.com/newsroom/2019/06/apple-unveils-groundbreaking-new-technologies-for-app-development/, accessed on February 25, 2025; Apple Developer, "RealityKit," available at https://developer.apple.com/augmented-reality/realitykit/, accessed on February 25, 2025.

[477] Apple Developer, "RealityKit updates," available at https://developer.apple.com/documentation/updates/realitykit, accessed on February 25, 2025.

281. In addition, in 2022 Apple launched Xcode Cloud, which allows developers to efficiently build and test apps in the cloud without using computing resources on their personal computer.[478] With this feature, developers can parallel test their apps on a simulated version of every Apple device, run internal tests, or beta test the apps with external testers.[479] In June 2024, Apple launched Swift Assist, a feature integrated in Xcode that offers predictive code completion and is similarly run in the cloud, allowing developers to streamline coding tasks while minimizing the use of computing resources on their personal computer.[480]

282. Apple also offers developer tools that directly integrate with its software innovations and increase the diversity of apps and experiences available to consumers. For example, the Group Activities API allows developers to leverage SharePlay, which allows users to stream apps over FaceTime.[481] This feature, for example, enables developers to create new types of cooperative party games that can be played as a group.[482]

*8.5.3. App business models*

283. Apple has also introduced new app monetization models to the App Store. These have allowed consumers and developers to interact in new ways on the App Store, increasing the value of app transactions. In 2009, Apple enabled in-app purchases for free apps available on the App Store.[483] Prior to this, developers could only monetize apps through one-time paid downloads, and developers could not charge for specific in-app features. In-app purchases

[478] Apple Newsroom, "Apple provides developers with even more powerful technologies to push the app experience forward," June 6, 2022, available at https://www.apple.com/newsroom/2022/06/apple-provides-developers-with-even-more-powerful-technologies/, accessed on February 25, 2025.

[479] Apple Developer, "Xcode Cloud," available at https://developer.apple.com/xcode-cloud/, accessed on February 25, 2025.

[480] Apple Newsroom, "Apple empowers developers and fuels innovation with new tools and resources," June 10, 2024, available at https://www.apple.com/newsroom/2024/06/apple-empowers-developers-and-fuels-innovation-with-new-tools-and-resources/, accessed on February 25, 2025.

[481] Apple Support, "Use SharePlay to watch, listen, and play together in FaceTime on iPhone," available at https://support.apple.com/guide/iphone/shareplay-watch-listen-play-iphb657eb791/ios, accessed on February 25, 2025.

[482] Apple Developer, "SharePlay for developers," available at https://developer.apple.com/shareplay, accessed on February 25, 2025; Apple Support, "Use SharePlay to watch, listen, and play together in FaceTime on iPhone," available at https://support.apple.com/guide/iphone/shareplay-watch-listen-play-iphb657eb791/ios, accessed on February 25, 2025.

[483] Jason Kincaid, "Apple Announces In-App Purchases For Free iPhone Applications," *TechCrunch*, October 15, 2009, available at https://techcrunch.com/2009/10/15/apple-announces-in-app-purchases-for-free-iphone-applications/, accessed on February 25, 2025.

allowed consumers to try the app for free before committing to purchasing additional features and customizing the app for their individual use.[484]

284. Apple's competitors reacted to these innovations. In the following years, other app transaction platforms introduced in-app purchases. Google Play introduced in-app purchases for Android in 2011.[485] Steam began allowing free-to-play apps with in-app purchases in 2011.[486] When the Microsoft Windows Store launched in 2012, it offered in-app purchases as well.[487]

285. The introduction of in-app purchases changed the way developers and consumers experience apps. For developers, in-app purchases provided a new way of monetizing apps and engaging users.[488] Offering free-to-download apps monetized through in-app purchases has become increasingly important for developers, who can choose to monetize their apps through in-app purchases, in-app advertising, or other methods instead of charging for a download. Apple has continued to innovate with regard to in-app purchases. For instance, when Apple introduced Touch ID in 2013, the new feature enabled consumers to make in-app purchases with using the Touch ID; Apple similarly allowed consumers to make in-app purchases via Face ID after its introduction in 2017.[489] Apple also provides developers with development tools to support the management of in-app purchases. In January 2025, Apple launched its Advanced Commerce API

---

[484] Jason Kincaid, "Apple Announces In-App Purchases For Free iPhone Applications," *TechCrunch*, October 15, 2009, available at https://techcrunch.com/2009/10/15/apple-announces-in-app-purchases-for-free-iphone-applications/, accessed on February 25, 2025.

[485] Dean Takahashi, "Google launches in-app purchases that will make mobile apps more money," *VentureBeat*, March 29, 2011, available at https://venturebeat.com/business/google-launches-in-app-purchases-that-will-make-mobile-apps-more-money/, accessed on February 25, 2025; PCMag Staff, "Google Launching Android In-App Payments Next Week," *PCMag*, March 25, 2011, available at https://www.pcmag.com/archive/google-launching-android-in-app-payments-next-week-262332, accessed on February 25, 2025.

[486] Jose Vilches, "Steam bets on in-app purchases with free-to-play games," *TechSpot*, June 15, 2011, available at https://www.techspot.com/news/44258-steam-bets-on-in-app-purchases-with-free-to-play-games.html, accessed on February 25, 2025.

[487] Andy Patrizio, "Microsoft Unveils the Windows Store for Apps," *Network World*, December 7, 2011, available at https://www.networkworld.com/article/2221264/microsoft-unveils-the-windows-store-for-apps.html, accessed on February 25, 2025; Jamie Keene, "Windows Store launches for Windows 8," *The Verge*, February 29, 2012, available at https://www.theverge.com/2012/2/29/2832684/windows-8-store-announcement-mwc, accessed on February 25, 2025.

[488] Dean Takahashi, "Google launches in-app purchases that will make mobile apps more money," *VentureBeat*, March 29, 2011, available at https://venturebeat.com/2011/03/29/google-launches-in-app-purchases-that-will-make-mobile-apps-more-money/, accessed on February 25, 2025.

[489] Apple Newsroom, "Apple Announces iPhone 5s–The Most Forward-Thinking Smartphone in the World," September 10, 2013, available at https://www.apple.com/newsroom/2013/09/10Apple-Announces-iPhone-5s-The-Most-Forward-Thinking-Smartphone-in-the-World/, accessed on February 25, 2025; Juli Clover, "Apple's New Face ID Biometric System Works in the Dark and When Your Face is Obscured by Hats and Beards," *MacRumors*, September 13, 2017, available at https://www.macrumors.com/2017/09/13/how-iphone-x-face-id-works/, accessed on February 25, 2025; Apple Support, "Require a password for purchases in the App Store and other Apple Services," available at https://support.apple.com/en-us/119848, accessed on February 25, 2025.

for in-app purchases, providing developers with more options to manage large content catalogs and monetize different in-app purchase formats, such as subscriptions with optional add-ons.[490]

286. In addition, Apple launched subscription services for apps in 2011.[491] Developers are able to choose the price and length of subscriptions for their apps, and consumers can easily subscribe and unsubscribe to apps of their choice through their personal account page, where all of their subscriptions can be reviewed.[492] This is an especially important innovation as it addresses a common complaint that consumers often pay for unused subscriptions because of the difficulties in keeping track of and terminating underutilized subscriptions.[493] The introduction of easy to use subscription management illustrates how platform operators such as Apple balance benefits of different participants to increase platform value—in this case, reducing the transfer from consumers to developers for unused subscriptions. Although this could reduce the revenue developers would make in the short term on forgotten or unused subscriptions, improving the quality of the platform for subscription transactions can benefit developers in the longer term, as consumers may be more amenable to engaging in new subscription transactions if they believe that they can conveniently terminate subscriptions. In the following years, other app transaction platforms also introduced subscriptions: Google Play started supporting subscriptions for Android apps in 2012,[494] and Steam began allowing subscription-based games in 2013.[495]

287. Apple introduced the AdAttributionKit for developers in 2024. This tool makes it easier for apps that display ads to attribute consumers' click-through behaviors to the publishing app

---

[490] Apple Developer, "Introducing the Advanced Commerce API," January 23, 2025, available at https://developer.apple.com/news/?id=yxy958ya, accessed on February 25, 2025.

[491] Apple Newsroom, "Apple Launches Subscriptions on the App Store," February 15, 2011, available at https://www.apple.com/newsroom/2011/02/15Apple-Launches-Subscriptions-on-the-App-Store/, accessed on February 25, 2025.

[492] Meanwhile, Apple handles the transactions, including auto-billing and auto-renewal services, through its App Store billing system. See Apple Newsroom, "Apple Launches Subscriptions on the App Store," February 15, 2011, available at https://www.apple.com/newsroom/2011/02/15Apple-Launches-Subscriptions-on-the-App-Store/, accessed on February 25, 2025 ("Subscriptions purchased from within the App Store will be sold using the same App Store billing system that has been used to buy billions of apps and In-App Purchases.").

[493] Veronika Bondarenko, "51% of Americans Say They Have Unwanted Subscriptions," *TheStreet*, February 8, 2022, available at https://www.thestreet.com/investing/51-americans-say-they-have-unwanted-subscription-charges, accessed on February 25, 2025.

[494] Nathan Olivarez-Giles, "Google Introduces in-App Subscriptions for Android," *Wired*, May 24, 2012, archived on October 27, 2021, available at https://www.wired.com/2012/05/android-in-app-subscriptions/, accessed on February 25, 2025.

[495] Eddie Makuch, "Subscription plans now available on Steam," *GameSpot*, April 25, 2013, available at https://www.gamespot.com/articles/subscription-plans-now-available-on-steam/1100-6407538/, accessed on February 25, 2025.

characteristics and consumer characteristics.[496] The toolkit improves on existing ad tracking tools by allowing more relevant data to be tracked without compromising the privacy of consumers.

*8.5.4. Privacy and security*

288. Apple has introduced hardware and software innovations that allow consumers to secure their private data from being accessed by apps without their permission and control how much of their data apps can access. For example, in 2013, Apple introduced the Secure Enclave for iPhones and Macs.[497] In 2019, Apple introduced the "just once" location sharing option, which allows an iPhone user to choose whether to share their location with an app by default or to share for a single instance.[498] In 2020, Apple announced the creation of "Privacy Labels" for all apps across the entire App Store as yet another step in its efforts to provide transparency for consumers and protect their private information.[499] The feature informs consumers about how data provided to an app are used by the developer.[500] Privacy Labels also categorize data into "Data used to track you," "Data linked to you," and "Data not linked to you."[501] The implementation of Privacy Labels required coordination and investments (e.g., time and effort) by Apple, as Apple developed the idea, user interface, and technical implementation for Privacy Labels and had to coordinate all new and existing developers to provide the necessary information.[502] While implementing Privacy Labels required time and effort from developers to

---

[496] Apple Developer, "App AdAttributionKit," available at https://developer.apple.com/app-store/ad-attribution/, accessed on February 25, 2025.

[497] Justin Pot, "What Is Apple's 'Secure Enclave', And How Does It Protect My iPhone or Mac?" *How-To Geek*, January 22, 2018, available at https://www.howtogeek.com/339705/what-is-apples-secure-enclave-and-how-does-it-protect-my-iphone-or-mac/, accessed on February 25, 2025 ("iPhones and Macs with Touch ID or Face ID use a separate processor to handle your biometric information."); Alex Ivankov, "Apple Secure Enclave: Purpose, Mechanism, Pros and Cons," *Profolus*, August 29, 2023, available at https://www.profolus.com/topics/apple-secure-enclave-purpose-mechanism-pros-cons/, accessed March 6, 2025.

[498] Zach Whittaker, "iOS 13 will let you limit app location access to 'just once,'" *TechCrunch*, June 3, 2019, available at https://techcrunch.com/2019/06/03/apple-ios-13-location-privacy/, accessed on February 25, 2025 ("Apple will soon let you grant apps access to your iPhone's location just once. Until now, there were three options – 'always,' 'never,' or 'while using,' meaning an app could be collecting your real-time location as you're using it.").

[499] Kif Leswing, "Apple adds privacy labels showing what information apps collect about users," *CNBC*, December 14, 2020, available at https://www.cnbc.com/2020/12/14/apple-adds-privacy-labels-in-app-store-listings.html, accessed on February 25, 2025 ("Apple on Monday updated its App Store to show 'privacy labels' detailing the information that iPhone apps collect about users.").

[500] Nick Statt, "Apple launches new App Store privacy labels so you can see how iOS apps use your data," *The Verge*, December 14, 2020, available at https://www.theverge.com/2020/12/14/22174017/apple-app-store-new-privacy-labels-ios-apps-public, accessed on February 25, 2025.

[501] Samantha Murphy Kelly, "Apple rolls out privacy 'nutrition labels' on apps," *CNN*, updated December 14, 2020, available at https://www.cnn.com/2020/12/14/tech/apple-privacy-labels/index.html, accessed on February 25, 2025.

[502] Samantha Murphy Kelly, "Apple rolls out privacy 'nutrition labels' on apps," *CNN*, updated December 14, 2020, available at https://www.cnn.com/2020/12/14/tech/apple-privacy-labels/index.html, accessed on February 25, 2025.

provide the information, both developers and consumers receive benefits in the form of increased user trust and the assurance that other developers all follow the same rules.

289. In 2021, Apple launched the App Tracking Transparency framework, which requires developers to ask users for permission through an in-app prompt if they intend to track the user's data.[503] In 2022, as part of iOS 16, Apple launched Passkeys, an alternative to passwords that are considered more secure and resistant to phishing.[504] In January 2024, Apple introduced Stolen Device Protection, a feature which requires biometric authentication to unlock a device in an unfamiliar location, making it more difficult for an unauthorized user to access personal information.[505]

290. Apple's continued investments in security mechanisms have improved the quality of the App Store by preventing consumers from suffering from billions of dollars in fraudulent charges.[506] Besides the multilayered App Review process for app submission that I discussed in Section 5, Apple systematically removes fraudulent ratings and reviews from apps and terminated over 118,000 developer accounts created for fraudulent purposes in 2023.[507] Through a combination of automated and manual processes, Apple stopped over 14 million stolen credit

---

[503] Apple Developer, "App Tracking Transparency," available at https://developer.apple.com/documentation/apptrackingtransparency, accessed on February 25, 2025. Developers used to be able to track user data within the app and sell it to advertisers, who would use similar data from other apps and websites to identify information about users for targeted advertisement. See Chaim Gartenberg, "Why Apple's new privacy feature is such a big deal," *The Verge*, April 27, 2021, available at https://www.theverge.com/2021/4/27/22405474/apple-app-tracking-transparency-ios-14-5-privacy-update-facebook-data, accessed on February 25, 2025 ("Before iOS 14.5, developers could use a host of tools to track user data from within an app. Advertisers could then use it in conjunction with similar data from around the rest of the web to broadly identify information about a user and use that profile to better target them with advertisements (and sell those advertisement opportunities to other companies and businesses that want to focus on their specific marketing segments).").

[504] Apple Developer, "Spotlight on: Passkeys," May 15, 2023, available at https://developer.apple.com/news/?id=mgdnfp8w, accessed on February 25, 2025; Apple Deveoper, "Passkeys," available at https://developer.apple.com/passkeys/, accessed on February 25, 2025.

[505] Zachary McAuliffe, "This iPhone Feature Can Give Your Data an Extra Layer of Security," *CNET*, February 16, 2025, available at https://www.cnet.com/tech/services-and-software/this-iphone-feature-can-give-your-data-an-extra-layer-of-security/, accessed on February 25, 2025; Apple Support, "About Stolen Device Protection for iPhone," December 11, 2024, available at https://support.apple.com/en-us/120340, accessed on February 25, 2025.

[506] Apple Newsroom, "App Store stopped over $7 billion in potentially fraudulent transactions in four years," May 14, 2024, available at https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/, accessed on February 25, 2025 ("From 2020 through 2023, Apple prevented a combined total of over $7 billion in potentially fraudulent transactions, including more than $1.8 billion in 2023 alone.").

[507] In 2022, Apple terminated 428,000 developer accounts for fraudulent conduct, and this decrease in 2023 is credited to Apple's improvements to prevent the initial creation of potentially fraudulent accounts. See Apple Newsroom, "App Store stopped over $7 billion in potentially fraudulent transactions in four years," May 14, 2024, available at https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/, accessed on February 25, 2025 ("In 2023, Apple terminated close to 118,000 developer accounts, a decrease from 428,000 terminations from the prior year, thanks to continued improvements to prevent the creation of potentially fraudulent accounts in the first place.").

cards from transacting on the App Store from 2020 through 2023, protecting consumers from over $7 billion in fraudulent charges during that period.[508]

*8.5.5. Storefront*

291. Apple has introduced a range of innovations to the App Store storefront. For example, in 2011, Apple introduced functionality allowing users to easily manage their subscriptions across different apps through the settings menu of the App Store.[509] For apps downloaded through the App Store or other subscriptions from Apple, consumers can view a list of all active subscriptions and choose to cancel or change their subscriptions to another type or payment cycle.[510] Apple also provides consumers with the option to view and manage subscriptions within the Settings app of iOS devices which can be accessed directly or through the App Store app.[511]

292. Apple redesigned the App Store in 2017, which further improved discoverability of apps. The "Today" tab was added, featuring exclusive premieres, new releases, recommended tips, and how-to guides that are updated daily by App Store's team of editors.[512] To make navigation easier, the redesign also added "Games" and "Apps" tabs to the App Store. Both the Games and Apps tab include recommendations, hand-picked collections, and top charts.[513] The new layout benefits smaller developers because the two new tabs include more specialized content.

[508] Apple Newsroom, "App Store stopped over $7 billion in potentially fraudulent transactions in four years," May 14, 2024, available at https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/, accessed on February 25, 2025 ("From 2020 through 2023, Apple prevented a combined total of over $7 billion in potentially fraudulent transactions, including more than $1.8 billion in 2023 alone. In the same period, Apple blocked over 14 million stolen credit cards and more than 3.3 million accounts from transacting again.").

[509] Apple Newsroom, "Apple Launches Subscriptions on the App Store," February 15, 2011, available at https://www.apple.com/newsroom/2011/02/15Apple-Launches-Subscriptions-on-the-App-Store/, accessed on February 25, 2025 ("Customers can review and manage all of their subscriptions from their personal account page, including cancelling the automatic renewal of a subscription.").

[510] Lance Whitney, "Sign Up for an App Through Apple? How to Unsubscribe on iPhone, iPad, or PC," *PCMag*, updated September 6, 2024, available at https://www.pcmag.com/how-to/unsubscribe-from-app-on-iphone-ipad-mac-pc, accessed on February 25, 2025.

[511] Apple Support, "If you want to cancel a subscription from Apple," December 18, 2024, available at https://support.apple.com/en-us/118428, accessed on February 25, 2025.

[512] Apple Newsroom, "Apple unveils all-new App Store," June 5, 2017, available at https://www.apple.com/newsroom/2017/06/apple-unveils-all-new-app-store/, accessed on February 25, 2025.

[513] Apple Newsroom, "Apple unveils all-new App Store," June 5, 2017, available at https://www.apple.com/newsroom/2017/06/apple-unveils-all-new-app-store/, accessed on February 25, 2025.

Consequently, up-and-coming apps receive increased promotion relative to popular games and apps.[514]

293. Whether an app offers in-app purchases also became information readily accessible to consumers due to the App Store redesign. Developers must provide information on the availability of in-app purchases on an app's product page, and in-app purchases can be promoted within the app preview and in search results.[515] In addition, in-app purchases can be initiated directly from the App Store and information about the availability of in-app purchases can be featured by editors in the "Today," "Games," and "Apps" tabs, enabling consumers to make more informed purchase decisions.[516] In 2020, Apple introduced App Clips to the App Store, which allows users to preview an app and complete a task from the app without downloading the full app.[517]

294. In 2024, Apple improved developer interaction with the App Store by launching Featuring Nomination and additional market content to App Store Connect, an app that helps developers manage and promote their app on the App Store.[518] In addition, as part of a release of features

[514] For example, the QSun app moved up download rankings after being featured on the "Today" tab. See Deepak Abbot, "How to get featured on the App Store Today tab," *GrowthBug*, September 1, 2018, available at https://growthbug.com/how-to-get-featured-on-the-app-store-today-tab-19ed37cf5afc, accessed on February 25, 2025.

[515] App Store Review Guidelines ("If your app includes in-app purchases, make sure your app description, screenshots, and previews clearly indicate whether any featured items, levels, subscriptions, etc. require additional purchases."); Apple Developer, "Promoting Your In-App Purchases," available at https://developer.apple.com/app-store/promoting-in-app-purchases/, accessed on February 25, 2025 ("With iOS, users can browse In-App Purchases directly on the App Store and start a purchase even before downloading your app. Promoted In-App Purchases appear on your product page, can display in search results, and may be featured on the Today, Games, and Apps tabs.").

[516] Apple Developer, "Promoting Your In-App Purchases," available at https://developer.apple.com/app-store/promoting-in-app-purchases/, accessed on February 25, 2025 ("With iOS, users can browse In-App Purchases directly on the App Store and start a purchase even before downloading your app. Promoted In-App Purchases appear on your product page, can display in search results, and may be featured on the Today, Games, and Apps tabs."); Apple Newsroom, "Apple unveils all-new App Store," June 5, 2017, available at https://www.apple.com/newsroom/2017/06/apple-unveils-all-new-app-store/, accessed on February 25, 2025.

[517] Apple Developer, "App Clips," available at https://developer.apple.com/app-clips/, accessed on February 25, 2025 ("An App Clip is a small part of your app that's discoverable at the moment it's needed and lets people complete a quick task from your app — even before installing your full app. Whether ordering take-out from a restaurant, renting a scooter, or setting up a new connected appliance for the first time, people can launch the App Clip to easily start and finish the task. And once the task is done, you can offer the opportunity to download your full app from the App Store.").

[518] App Store Connect first launched in 2018. See Apple Developer, "Introducing App Store Connect," June 6, 2018, available at https://developer.apple.com/news/?id=6042018, accessed on February 25, 2025; Apple Developer, "Enhancements to the App Store featuring process," November 12, 2024, available at https://developer.apple.com/news/?id=nx3eotat, accessed on February 25, 2025.

built on Apple Intelligence, Apple introduced natural language functionality to its App Store search.[519]

*8.5.6. Additional evidence that Apple has not reduced quality*

295. Additional evidence from Apple's response to innovations by competitors and from consumer and developer responses to Apple's innovations is inconsistent with Apple possessing and exercising market power to reduce quality.

296. As I described above, Apple has often been the leader in introducing new innovations to the marketplace, such as the gyroscope for motion detection,[520] in-app purchases,[521] and FaceID to unlock a device,[522] which were later adopted by rivals, indicating the high level of competition, especially at the ecosystem level. The opposite is also true—Apple has adopted innovations introduced by its rivals. For instance:

a. "Widgets" (which display summary information from an app on a device's home screen without requiring the app to be opened) and "Picture-in-Picture" (which allows video streaming apps to display content in one corner of the screen while the

[519] Wes Davis, "Apple's App Store is inviting me to 'search the way you talk'," *The Verge*, December 17, 2024, available at https://www.theverge.com/2024/12/17/24323780/app-store-natural-language-search-ios-18-iphone-ipad-apple, accessed on February 25, 2025; Apple Support, "About iOS 18 Updates," available at https://support.apple.com/en-us/121161, accessed on February 25, 2025.

[520] Eli Hodapp, "WWDC 2010: iPhone 4 Gyroscope," *TouchArcade*, June 7, 2010, available at https://toucharcade.com/2010/06/07/wwdc-2010-iphone-4-gyroscope/, accessed on February 25, 2025; "Gyroscope 101: That tiny phone sensor has a big history," *CNET*, September 11, 2020, available at https://www.cnet.com/videos/gyroscope-101-that-tiny-phone-sensor-has-a-big-history/, accessed on February 25, 2025 ("Apple was the first to put a gyroscope in a phone and along with the accelerometer").

[521] Jason Kincaid, "Apple Announces In-App Purchases For Free iPhone Applications," *TechCrunch*, October 15, 2009, available at https://techcrunch.com/2009/10/15/apple-announces-in-app-purchases-for-free-iphone-applications/, accessed on February 25, 2025; Dean Takahashi, "Google launches in-app purchases that will make mobile apps more money," *VentureBeat*, March 29, 2011, available at https://venturebeat.com/business/google-launches-in-app-purchases-that-will-make-mobile-apps-more-money/, accessed on February 25, 2025; PCMag Staff, "Google Launching Android In-App Payments Next Week," *PCMag*, March 25, 2011, available at https://www.pcmag.com/archive/google-launching-android-in-app-payments-next-week-262332, accessed on February 25, 2025; Jose Vilches, "Steam bets on in-app purchases with free-to-play games," *TechSpot*, June 15, 2011, available at https://www.techspot.com/news/44258-steam-bets-on-in-app-purchases-with-free-to-play-games.html, accessed on February 25, 2025.

[522] Julian Chokkattu, "Polar ID Is the Face ID Rival for Android Phones, and Could Even Beat Apple," *Wired*, February 26, 2024, available at https://www.wired.com/story/metalenz-polar-id-first-look/, accessed on February 25, 2025 ("A LITTLE MORE than six years ago, Apple unveiled Face ID. It was a new method to biometrically unlock iPhones and authenticate purchases by scanning your face. Yet after all this time, there still hasn't been a meaningful competitor on Android—at least, not with the same level of security and capabilities.").

user navigates other content with the remainder of the screen) were first introduced on Android devices and then by Apple.[523]

b. Hardware innovations by rival original equipment manufacturers like Samsung have put pressure on Apple to improve the quality of iPhone cameras. Early Samsung Galaxy models were reported as having high quality cameras that were comparable to iPhone models, with higher resolution images and more camera features.[524] Further, comparisons between later models, such as the Galaxy S7 and iPhone 7, noted quality improvements in both models but concluded that the Galaxy S7's camera was superior.[525] In fact, the first Samsung phone to include a Triple rear camera was the Galaxy A7, which was released in October of 2018.[526] Apple then released the iPhone 11 Pro, its first ever phone with a triple rear camera, the subsequent year.[527] Continuous increases in camera quality has been an important dimension of competition between Apple and Samsung. Comparisons between Samsung and Apple have often described Samsung as the leader in this area, with

---

[523] Android introduced widgets in 2009 and picture-in-picture in 2017. Apple introduced both of these features on iOS 14 in 2020. Android Developers Blog, "Introducing home screen widgets and the AppWidget framework," April 20, 2009, available at https://android-developers.googleblog.com/2009/04/introducing-home-screen-widgets-and.html, accessed on February 25, 2025; Ryan Paul, "Google unwraps Cupcake, announces preview of Android 1.5," *Ars Technica*, April 15, 2009, available at https://arstechnica.com/gadgets/2009/04/google-announces-preview-of-android-15/, accessed on February 25, 2025; Alayna Treene, "Google announces first details of Android O," *AXIOS*, March 21, 2017, available at https://www.axios.com/2017/12/15/google-announces-first-details-of-android-o-1513301081, accessed on February 25, 2025; Apple Newsroom, "iOS 14 is available today," September 16, 2020, available at https://www.apple.com/newsroom/2020/09/ios-14-is-available-today/, accessed on February 25, 2025; TechTarget, "Android Oreo," available at https://www.techtarget.com/searchmobilecomputing/definition/Android-Oreo, accessed on February 25, 2025; Tim Hardwick, "iOS 14 Includes Picture-in-Picture Mode for iPhone," *MacRumors*, June 22, 2020, available at https://www.macrumors.com/2020/06/22/ios-14-includes-picture-in-picture-mode-for-iphone/, accessed on February 25, 2025.

[524] Daniel Petrov, "Samsung Galaxy S5 vs Apple iPhone 5S," *Phone Arena*, updated May 2, 2014, available at https://www.phonearena.com/reviews/Samsung-Galaxy-S5-vs-Apple-iPhone-5S_id3638, accessed on February 25, 2025; Michael Andronico, "Camera Face-Off: iPhone 5s vs. Galaxy S5," *Tom's Guide*, June 5, 2014, available at https://www.tomsguide.com/us/iphone-5s-vs-galaxy-s5-cameras,review-2190.html, accessed on February 25, 2025.

[525] Gordan Kelly, "iPhone 7 Vs Galaxy S7 Review: Should You Upgrade?" *Forbes*, December 18, 2016, available at https://www.forbes.com/sites/gordonkelly/2016/12/18/iphone-7-vs-galaxy-s7-review-should-you-upgrade/?sh=623a51de471b, accessed on February 25, 2025.

[526] James Rogerson, "Samsung's first phone with a triple-lens camera is the Galaxy A7 2018," *TechRadar*, September 20, 2018, available at https://www.techradar.com/news/samsungs-first-phone-with-a-triple-lens-camera-is-the-galaxy-a7-2018, accessed on February 25, 2025.

[527] Apple Newsroom, "iPhone 11 Pro and iPhone 11 Pro Max: the most powerful and advanced smartphones," September 10, 2019, available at https://www.apple.com/newsroom/2019/09/iphone-11-pro-and-iphone-11-pro-max-the-most-powerful-and-advanced-smartphones/, accessed on February 25, 2025.

Apple catching up over time. Reviews of the most recent Samsung and Apple models indicate comparable camera quality between the two.[528]

297. Evidence on consumer spending, consumer satisfaction, and developer satisfaction further highlights the quality of apps, the App Store, and more broadly, the iOS ecosystem, for developers and consumers. In particular, the App Store generates higher revenues per app download,[529] and iOS users spend more money on average on the App Store than Android users on Google Play.[530] Additionally, survey evidence commissioned by the American Customer Satisfaction Index shows that in 2023 and 2024, iPhone users reported similarly high satisfaction with their devices alongside Samsung device users, and higher satisfaction than other Android devices users, including Google Android users.[531] Survey evidence also shows that developers are satisfied with the App Store and its developer tools.[532]

---

[528] Abrar Al-Heeti, "iPhone 16 Pro Max vs. Galaxy S24 Ultra Camera Comparison: Which Takes Better Photos?" *CNET*, January 27, 2025, available at https://www.cnet.com/tech/mobile/iphone-16-pro-max-vs-galaxy-s24-ultra-camera-comparison-which-takes-better-photos/, accessed on February 25, 2025.

[529] According to data from SensorTower, iOS device users spent $22.6 billion on the App Store while Android device users spent around $11.8 billion in Google Play in the first half of 2018. In contrast, the number of downloads made through Google Play (75.5 billion) was 2.5 times larger than that through the App Store (29.8 billion) in 2018. Thus, the App store had higher revenue per download (since it had more revenue and less downloads). See Sarah Perez, "App revenue tops $39 billion in the first half of 2019, up 15% from first half of last year," *TechCrunch*, July 3, 2019, available at https://techcrunch.com/2019/07/03/app-revenue-tops-39-billion-in-first-half-of-2019-up-15-from-first-half-of-last-year/, accessed on February 25, 2025; Mansoor Iqbal, "App Download and Usage Statistics (2020)," *Business of Apps*, October 30, 2020, available at https://www.businessofapps.com/data/app-statistics/, accessed on February 25, 2025.

[530] Consistent with the 2018 spending figures referenced above, as of Q3 2022, global spending through the App Store was roughly double global spending through Google Play, while that same quarter, Android's share of the global mobile market was nearly three times that of iOS. See Sarah Perez, "TikTok breaks records as top grossing app in Q3, as overall app store revenue declines," *TechCrunch*, September 29, 2022, available at https://techcrunch.com/2022/09/29/tiktok-breaks-records-as-top-grossing-app-in-q3-as-overall-app-store-revenue-declines/, accessed on February 25, 2025; Statcounter Global Stats, "Mobile Operating System Market Share Worldwide," available at https://gs.statcounter.com/os-market-share/mobile/worldwide/#quarterly-202102-202402, accessed on February 25, 2025. These statistics are consistent with the industry understanding of patterns of consumer spending across app transaction platforms. See AppMySite, "Android vs iOS Users: A Detailed Behavioral Comparison," February 18, 2025, available at https://www.appmysite.com/blog/android-vs-ios-users-a-detailed-behavioural-comparison/, accessed on February 25, 2025 ("iPhone users are willing to spend more than Android users for in-app purchases and other services and products."); Olha Kurinna, "iPhone vs Android users: exploring the great smartphone divide," *Apptension*, October 20, 2023, available at https://www.apptension.com/blog-posts/iphone-vs-android-users, accessed on February 25, 2025 ("Consider how you plan to monetize your app. iOS users tend to spend more on apps and in-app purchases, which can be a revenue boon.").

[531] American Customer Satisfaction Index, "Cell Phones," available at https://theacsi.org/industries/manufacturing/cell-phones/, accessed on February 25, 2025.

[532] For example, a developer survey conducted by Apple in FY 2018 found that a high percentage of developers were satisfied with the App Store. When asked about their "[s]atisfaction with the App Store," 65 percent were very or somewhat satisfied, while only 19 percent were very or somewhat dissatisfied, and 16 percent were neither. When asked about their "satisfaction with the tools and services Apple provides as a development platform," 64 percent were very or somewhat satisfied, while only 24 percent were very or somewhat dissatisfied, and 12 percent were neither. See Apple Market Research and Analysis, "FY18 Developer Survey," APL-APPSTORE_09584333 – 394 at 347 ("Satisfaction with the App Store: US: Very satisfied 24%; Somewhat satisfied 41%; Neither 16%; Somewhat dissatisfied 12%; Very dissatisfied 7%"), 346 ("Satisfaction with the tools and services Apple provides as a development platform: US: Very

298. Apple's conduct is easily contrasted with a purported "sleepy monopolist" that could exploit the alleged "lock-in" of consumers to the ecosystem, stop innovation, and benefit from declining production costs to earn greater profits on its installed base. Such a characterization is contradicted by the evidence of innovations discussed earlier in this section. Furthermore, if Apple became less innovative, it would likely lose consumers and developers, which, due to network effects, would reduce the value of the platform to the developers and consumers that remain on the platform. As I describe in Section 6.4, consumers are not "locked-in" to iOS devices, and survey evidence demonstrates that consumers can and do switch between an iOS device and an Android device. This implies that Apple's continuous innovation is important to maintaining the attractiveness of the iOS ecosystem relative to competing platforms and suggests that a considerable share of smartphone users reconsider their platform choice. Given this, Apple's market position may weaken if it did not innovate.[533]

299. Overall, the evidence shows that Apple has not exercised market power to reduce quality, but instead Apple has continued to innovate and increase the quality of the App Store and the broader ecosystem over time, which has benefitted developers and consumers. These improvements in quality mean that average commission rates on the App Store would show an even larger decline if they were adjusted for quality.[534, 535]

## 9. EMPIRICAL EVIDENCE AND ECONOMIC REALITIES DEMONSTRATE THAT CLASS MEMBERS WOULD LIKELY NOT PAY LOWER PRICES IF APPLE'S COMMISSION RATES WERE LOWER

300. Plaintiffs claim that Apple's challenged conduct allows Apple to charge supracompetitive commissions to developers, who respond by charging consumers higher prices for apps, which

---

satisfied 19%; Somewhat satisfied 45%; Neither 12%; Somewhat dissatisfied 16%; Very dissatisfied 8%"). See also "The App Store Turns 10," Apple, July 5, 2018, available at https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

[533] Indeed, Apple's commitment to innovation in the iOS ecosystem has become a consumer expectation and the annual Apple World-Wide developer conference and associated annual release of new iOS products are consistently one of the largest media events in consumer electronics. See Alan Martin, "WWDC 2024 — dates, iOS 18, Siri and all the latest rumors," *Tom's Guide*, updated June 14, 2024, available at https://www.tomsguide.com/computing/software/wwdc-2024-possible-dates-ios-18-and-apples-big-ai-push, accessed on February 25, 2025 ("WWDC 2024 is all about this year's big software updates and how Apple is bringing AI to its devices."); William Gallagher, "The best of WWDC — the developer conference that shapes technology for the rest of us," *AppleInsider*, April 23, 2024, available at https://appleinsider.com/articles/24/04/23/the-best-of-wwdc----the-developer-conference-that-shapes-technology-for-the-rest-of-us, accessed on February 25, 2025.

[534] Widely used price indices, like the Consumer Price Index, are adjusted for quality. United States Bureau of Labor Statistics, "Quality Adjustment in the CPI," https://www.bls.gov/cpi/quality-adjustment/, accessed on March 6, 2025.

[535] For example, as discussed in Section 8.5.1 above, AAA games are now available on the App Store, with better graphics and other improvements. Yet as the quality of digital game apps has increased over time, Apple has not increased the applicable commission rate.

thus harms consumers.[536] In the prior section, I showed that market outcomes contradict Plaintiffs' claim that Apple sets supracompetitive commission rates. In this section, I explain why, even if (and contrary to my finding), the commission rates were at supracompetitive levels, on average, developers do not charge increased consumer prices, and thus, on average, consumers are not harmed. Thus, this section provides another reason why the challenged conduct would not have anticompetitive effects in the form of higher prices to consumers (in addition to the reasons given in the prior sections, such as Apple's lack of market power).

301. First, in Section 9.1, I estimate the causal impact of commission rates on app prices by analyzing natural experiments that involve changes in the commission rates of billions of App Store transactions. Specifically, I study the SBP, ARS, and VPP programs, which introduced large (15 percentage point) commission rate reductions and which affected 51.4 percent of all iOS app developers and 82.5 percent of all App Store consumer accounts who made at least one purchase in 2023.[537] I demonstrate empirically that, on average, a change in Apple's commission rates does not impact the consumer prices set by developers for app downloads or in-app purchases on the App Store.

302. Second, in Section 9.2, I set out the economic realities that explain why developers would be expected not to set lower prices if faced with lower commission rates in this setting, and thus, show that my empirical findings are consistent with economic principles. I identify five key economic realities that apply in this setting:

a. Many app developers face zero marginal costs for an app transaction, and thus would not be expected to set lower prices due to a lower commission rate (Section 9.2.1).

b. Focal point pricing is widespread on the App Store and implies app developers would continue to set prices on focal points in the but-for world. This leads to no change in price if the difference between the commissions in the actual world and the but-for world does not result in a developer selecting a different focal point price (Section 9.2.2).

---

[536] Complaint, ¶ 5.

[537] I consider iOS app developers as affected if any of their apps were enrolled in the VPP or SBP and had at least one paid transaction in 2023, or if they experienced a lower commission rate on a recurring subscription transaction due to the ARS in 2023. I consider consumers affected if they transacted with at least one of the affected apps. See Workpapers.

c. Developers that compete with other digital content providers who do not pay commissions would not, for competitive reasons, set lower prices if faced with a lower commission rate (Section 9.2.3).

d. App developers that operate across multiple platforms may prefer uniform pricing rather than setting a platform-specific price due to lower commission rates on a specific platform (Section 9.2.4).

e. App developers that monetize using both in-app advertising and in-app purchases may actually charge an increased price if commission rates were lower (that is, the opposite of what Plaintiffs allege) (Section 9.2.5).

303. These economic realities that would lead to no difference in prices between the actual world and the but-for world even if the commission rate were different apply equally for the case where the commission rate is lower in the but-for world and the case where the commission rate is higher in the but-for world. For example, app developers facing zero marginal costs would not set different prices due to either (i) an increased commission rate or (ii) a decreased commission rate. Similarly, other economic realities – focal point pricing, competition between apps that pay and do not pay commissions, and uniform pricing across platforms – mean that certain app developers may not set different prices if the but-for commission rate were either higher or lower than the actual commission rate.

### *9.1. Natural experiments demonstrate that app developers would likely not reduce the prices they charge consumers if Apple's commission rates were lower*

304. The most direct way to determine whether and how app developers might change prices when faced with lower commission rates is to analyze a natural experiment.[538] Natural experiments directly assess actual commission rate changes and the actual changes in app prices (if any) that happen in response. While it is not possible to directly calculate how prices of iOS apps and in-app purchases would change between the actual world and the but-for world if

[538] John DiNardo, "Natural Experiments and Quasi-Natural Experiments," in *The New Palgrave Dictionary of Economics*, Second Edition, ed. Steven N. Durlauf and Lawrence E. Blume, (London, England: Palgrave Macmillan), pp. 1–12 at p. 1 ("Natural experiments or quasi-natural experiments in economics are serendipitous situations in which persons are assigned randomly to a treatment (or multiple treatments) and a control group"). In this context, a natural experiment occurs when a policy change or other event alters the commission rate paid by at least some app developers for some transactions but does not directly affect consumer prices other than potentially through the change in the commission rate. Economists have employed natural experiments to specifically analyze the question of how prices change in response to taxes. See e.g., Christopher T. Conlon and Nirupama L. Rao, "Discrete Prices and the Incidence and Efficiency of Excise Taxes," *American Economic Journal: Economic Policy*, 12(4), 2020, pp. 111–143; Wojciech Kopczuk et al., "Does Tax-Collection Invariance Hold? Evasion and the Pass-Through of State Diesel Taxes," *American Economic Journal: Economic Policy*, 8(2), 2016, pp. 251–286.

Apple's commission rate were lower in the but-for world since developer and consumers have never been able to make iOS app transactions outside the App Store, these natural experiments based on actual commission rate changes, supplemented by the economic principals discussed in Section 9.2, provide the best evidence to answer such a question. Factors that determine whether developers would set lower prices when faced with a lower commission rate in the actual world—such as consumers' demand for apps and in-app purchases, developers' marginal costs of apps and in-app purchases, and competition between iOS apps—would likely be the same as in the hypothetical but-for world. Thus, the observed changes in prices (if any) in response to Apple's commission rate changes in the actual world illustrate how prices would change (if at all) in a but-for world with a lower commission rate.

305. Over time, Apple has introduced policies and partner programs that reduced commission rates for certain app developers or transactions to 15 percent. These policies and programs provide natural experiments that allow me to directly test how app developers would respond in a "but-for" world in which Apple reduced the commission rates it charges. In particular, I analyze three natural experiments: the launch of the SBP in December 2020, the implementation of the ARS policy in June 2016, and the launch of the VPP in 2016. Products that benefit from these three programs collectively accounted for close to [redacted] total paid transactions, which is about [redacted] percent of total paid App Store transactions in 2023, and account for [redacted] billion in total consumer spending, which is [redacted] percent of total consumer spending on the App Store in 2023.[539]

306. As I summarize in Exhibit 51, the results of these natural experiments show that, for the vast majority of products, app developers did not reduce consumer prices when they face lower commission rates. In particular, for each of these three programs, app developers did not lower prices for more than 85 percent of affected products after receiving lower commission rates. For the ARS policy and VPP, app developers did not lower prices for 90.8 and 85 percent of affected products respectively after receiving lower commission rates. For the SBP (the partner program that affected the greatest number of products), app developers did not lower prices for 93.8 percent of such products.[540] Moreover, I conduct regression analyses to show that there are no confounding factors that impact my results and to demonstrate that products that received lower

[539] See Workpapers. When calculating the share of products that benefited from the ARS policy, I count all the transactions in 2023 associated with a product if at least one customer has renewed their subscription in 2023 (after at least one year from the start of their subscription). When I limit my analysis only to transactions belonging to customers who have renewed their subscription after their first year, the share of consumer spending represented by products that benefited from Apple's Partner Programs was 28.1 percent in 2023.

[540] See Exhibit 51 and Workpapers.

commission rates through these programs did not charge lower prices on average to consumers, relative to similar products that did not receive lower commission rates.[541]

***Exhibit 51***
***App developers did not reduce prices for the vast majority of products after receiving lower commission rates due to Apple's partner programs and policies***

| | Apple Partner Program or Policy | Percent of Products Studied with No Reduction in Prices |
|---|---|---|
| 1. | Small Business Program | 93.8% |
| 2. | Auto-Renewing Subscription Policy | 90.8% |
| 3. | Video Partner Program | 85.0% |

Source: Exhibit 52, Exhibit 53, and Exhibit 54

307. The fact that the vast majority of products analyzed through these natural experiments did not experience a reduction in price when the commission rates were changed, and that after controlling for other factors that could impact prices, prices did not fall on average across products following the commission rate decline, means that, even if Apple were found to have charged allegedly excessive commission rates because of its restrictions on iOS app distribution, consumers are not harmed in the form of materially higher in-app purchases and app prices.

*9.1.1. Analysis of Apple's Small Business Program shows that lower commission rates did not yield lower consumer prices on average*

308. Apple introduced the SBP in December 2020.[542] The program reduced commission rates to 15 percent for all paid App Store transactions for participating app developers that earned less than or equal to $1 million in worldwide revenue (i.e., excluding App Store commissions) during the prior calendar year.[543] This program applies to a large number of products offered on the App Store: in the year following its December 23, 2020 rollout, 23.7 percent of products that consumers made transactions with on the App Store were enrolled in the SBP at some point.[544]

309. I use the natural experiment of the SBP to study whether app developers who enrolled in the program reduced consumer prices after they experienced a reduction in commission rates. I find

[541] See Appendix 6.

[542] Greg Kumparak, "Developers can now enroll in Apple's 'Small Business Program' for reduced App Store fees," *TechCrunch*, December 3, 2020, available at https://techcrunch.com/2020/12/03/developers-can-now-enroll-in-apples-small-business-program-for-reduced-app-store-fees, accessed on February 25, 2025.

[543] While Apple's definition of eligibility for the SBP relies on global revenues, I use U.S. revenues because I do not have access to global revenues. See App Store Small Business Program.

[544] See Workpapers.

that, for the vast majority of products, app developers enrolled in the SBP (a) did not lower their price on existing products; and (b) did not introduce new lower priced products.[545] Furthermore, I find that, on average, developers of products experiencing a reduction in commission rates did not charge lower prices to consumers for these products as a result.

310. In my analysis, I restrict attention to app developers that enrolled in the program anytime since its rollout. I examine the set of products (i.e., specific in-app purchases, subscriptions, or paid downloads) these app developers offered prior to enrollment, and determine whether they reduced prices on these products after they joined the program. I compare the prices they charge for products during the six months prior to enrollment with the prices they charge for the same products during the six months after enrollment.[546]

311. This analysis is summarized in Exhibit 52. The rows in the table correspond to paid downloads, non-subscription in-app purchases, and subscription in-app purchases, respectively. The first column in the table indicates the average reduction in commission rates corresponding to these products following enrollment in the SBP and the other columns summarize subsequent changes in prices (if any). Specifically, the columns show (i) the share of these products that reduced price; (ii) the share of these products that had no change in price; and (iii) the share of products that increased price. Finally, the last column represents the share of products that had no reduction in prices (the sum of columns 3 and 4).

[545] I perform the latter test because new products are not affected by any benefits or constraints developers might perceive of having when maintaining existing prices. This allows me to examine how developers might set prices for products that were always subject to lower commission rates.

[546] I also conduct sensitivities in which I examine one-month, three-month, or twelve-month windows before and after app developers enroll in the SBP. I also examine price changes among products that had a reduction in commission rates of at least two, five, and ten percentage points, examine price changes among products in apps that did not introduce new products after the enrollment into the SBP, and separately examine products at different price tiers. See Appendix 6.

***Exhibit 52***
***For the vast majority of products, app developers that enrolled in the SBP did not reduce prices after receiving reduced commission rates***

| | Product Type | Change in Commission Rates (pp.)[1] | Percent of Products with[2] | | | |
|---|---|---|---|---|---|---|
| | | | Reduction in Prices | No Change in Prices | Increase in Prices | No Reduction in Prices[3] |
| | | (1) | (2) | (3) | (4) | (5) |
| 1. | Download | -14.3 | 6.1% | 82.0% | 11.9% | 93.9% |
| 2. | Non-subscription in-app purchase | -14.4 | 4.1% | 89.8% | 6.1% | 95.9% |
| 3. | Subscription in-app purchase | -11.6 | 13.6% | 53.1% | 33.2% | 86.4% |
| **4.** | **All Product Types** | **-13.9** | **6.2%** | **81.7%** | **12.1%** | **93.8%** |

Source: U.S. Storefront App Store Transaction Data; SBP developers as of 05.09.22.xlsx.

Note: The table shows, separately for different product types, the average percentage point change in commission rates and the share of products for that product type that had a particular change in price when comparing the six months after enrollment into the SBP to the six months prior to enrollment. I define commission rates and prices at the product-day level following the methodology outlined in Appendix 4. See Appendix 4 for further details regarding App Store Transaction Data processing.
[1] I compute the change in commission rates as the average percentage point ("pp.") change in quantity-weighted commission rates across products six months before and after enrolling in the SBP for each product.
[2] I restrict the analysis to paid products that have at least one original transaction in the six months both prior to and after SBP enrollment.
[3] Due to rounding, columns 2, 3, and 4 may not add up to 100 percent.

312. As I show in column 1 of Exhibit 52, app developers who enrolled in the SBP generally benefited from a substantial reduction in average commission rates of 14.3 percentage points (i.e., a 47.6 percent decrease from a 30 percent commission rate) for app downloads, 14.4 percentage points (i.e., a 48 percent decrease from a 30 percent commission rate) for non-subscription in-app purchases, and about 11.6 percentage points (i.e., a 38.7 percent decrease from a 30 percent commission rate) for subscription in-app purchases after enrollment.[547]

313. Following this observed commission rate reduction, I find that, for the vast majority of products, app developers do not reduce consumer prices following enrollment in the SBP. For app downloads and non-subscription in-app purchases, app developers often do not change

[547] One reason that the change in commission rates is less than 15 percentage points for app downloads and subscription in-app purchases is because in rare instances the recorded date that an app developer enrolls in the SBP is earlier than the date they experience commission rate reductions in the transaction data. Among app downloads, 3.6 percent of products in the analysis have at least one transaction with a commission rate of 30 percent in the six months after enrollment. Among non-subscription and subscription in-app purchases, 1.6 percent and 2.6 percent of products in the analysis have at least one transaction with a commission rate of 30 percent in the six months after enrollment, respectively. See Workpapers. I understand this can reflect Apple's policy whereby commission rates are adjusted "fifteen (15) days after the end of the fiscal calendar month" in which an app's enrollment is approved. The average commission rate reduction across all products enrolled in the SBP that I study is therefore below 15 percentage points. An additional reason that the change in the commission rate for subscription in-app purchases is below 15 percentage points is because, since 2016, auto-renewing subscriptions only pay a 15 percent commission rate on renewals after the first year. See App Store Small Business Program; Lauren Goode, "Apple's new subscription offerings are now available to App Store developers: The changes were first announced in June," *The Verge*, September 2, 2016, available at https://www.theverge.com/2016/9/2/12774758/apple-developers-app-store-new-subscription-rules, accessed on February 25, 2025.

prices at all (column 3). The vast majority of products (93.8 percent) did not exhibit a reduction in price following the commission rate decrease (row 4, column 5).[548]

314. While developers chose to not reduce the price for the overwhelming majority of products, some app developers did reduce prices to consumers on a limited set of products: App developers reduced download prices for approximately 6.1 percent of paid downloads (row 1, column 2), approximately 4.0 percent of non-subscription in-app purchases (row 2, column 2), and approximately 13.7 percent of subscription in-app purchases (row 3, column 2). However, since app developers may change prices for a variety of reasons unrelated to the decrease in the commission rate, the small share of developers who do lower their prices does not indicate that developers reduce prices *because of* a reduction in the commission rate.

315. My analysis so far has examined whether app developers changed consumer prices on products they offered prior to enrollment in the SBP. Another potential way that app developers could respond to enrollment in the SBP is by offering new products at lower prices. For example, an app developer could have offered an in-app purchase product with a given product ID at $4.99 prior to enrollment, discontinued using that product ID after enrollment, and launched an identical product with a different product ID at $3.99 after enrollment. To confirm that this phenomenon does not affect my conclusion, I show that prices did not decrease following commission rate reductions for apps that did not introduce new products after SBP enrollment (Appendix 6, Exhibit 12), and that new products introduced by SBP participants after enrollment tend to have higher prices (Appendix 6, Exhibit 13). Furthermore, this also provides evidence that developers do not offer lower priced products even when the commission rate for these new products (launched *after* the change in commission) had always been consistently lower, rather than lowered at a particular point in time.

316. These results suggest that if developers paid a lower commission rate in a counterfactual world, most would set the same prices to consumers, leading to the conclusion that consumers of these products are unharmed by an allegedly higher commission rate.

317. However, a simple before and after analysis of prices and commission rates cannot rule out the possibility that the before and after periods contained some unidentified factors that would cause developers to raise prices in a way that exactly offsets any effect of the reduction in commission rate, leading to no observable change in price. In my view, however, it is very unlikely that there is an unobserved factor that would cause developers to raise prices in a way

---

[548] In addition, I studied the five most popular products that benefited from the SBP. All five of these products did not change their price at all following a significant reduction in the commission rate. See Appendix 6.

that *exactly* offsets price decreases (allegedly from commission rate declines) of different magnitudes for hundreds or thousands of different apps. Indeed, given that the natural experiments for the other programs (presented later in this section) also show that, for the vast majority of products, prices do not change when developers experience actual commission rate decreases, it appears implausible that there exists such a factor that also has the same offsetting effect for not only many thousands of different products at different price points, but also different types of developers at different points in time. There is no evidence that any such factor exists.

318. Nevertheless, to ensure that other factors unrelated to enrollment in the SBP do not drive my results, I conduct difference-in-differences regression analyses.[549] In these regression analyses, I compare the change in prices (or lack thereof) for app developers that enrolled in the SBP to the change in prices for app developers that did not enroll (or enrolled later) in the SBP but that share similar characteristics to app developers that did. I find that app developers on average did not reduce consumer prices in response to decreased commission rates compared to unaffected (or yet to be affected) app developers. This finding confirms that the results I present above are not driven by other unobserved factors that could affect app developer pricing. In particular, these results rule out the possibility of offsetting factors that would cause developers to maintain (or not raise) prices following a commission rate decrease and also show that, to the extent developers do make changes in price following the commission rate change, the available evidence suggests that they do so no more than what would be expected in the absence of a change. I describe this regression analysis and my findings in more detail in Appendix 6.[550]

319. Altogether, these results indicate that after receiving a large reduction in commission rates in the actual world, the SBP developers did not reduce consumer prices of a significant majority of App Store products and that, on average, SBP developers do not change consumer prices following the commission rate reduction.

*9.1.2. Analysis of Apple's Auto-Renewing Subscription policy shows that lower commission rates did not yield lower consumer prices on average*

320. Apple implemented the ARS on June 13, 2016.[551] This policy changed Apple's commission rate for auto-renewing subscriptions, or subscriptions which automatically renew after the length

[549] See Appendix 6.

[550] I further confirm in Appendix 6 that my results are robust to potential selection effects and that the control groups used in my regression analyses satisfy the parallel pre-trends assumption.

[551] Lauren Goode, "APP STORE 2.0," *The Verge*, June 8, 2016, available at https://www.theverge.com/2016/6/8/11880730/apple-app-store-subscription-update-phil-schiller-interview, accessed on February 25, 2025 ("[T]he new revenue split starts June 13th.").

of the subscription unless the consumer cancels the subscription.[552] In particular, prior to the policy, Apple charged a 30 percent commission rate for all transactions of ARS products.[553] After the policy, Apple continued to charge a 30 percent commission rate for transactions of ARS products during the first year but lowered the commission rate to 15 percent for subscription renewals after the first year.[554] Since the existence of this policy, the top three app genres benefitting from ARS by consumer spend were Entertainment, Photo & Video, and Health & Fitness.[555]

321. Apple's ARS policy reduced commissions for a significant volume of app transactions. Since the policy was implemented, [redacted] transactions ([redacted] percent of all paid App Store transactions after this date), corresponding to [redacted] ([redacted] percent of consumer spending on the App Store), have been auto-renewing subscriptions.[556] While consumers do not renew all auto-renewing subscriptions beyond the first year, the policy nonetheless decreased expected commission rates over the lifetime of a subscription for app developers offering auto-renewing subscriptions.

322. I use Apple's implementation of its ARS policy as a natural experiment to study whether app developers reduced prices on these subscription products after receiving the reduction in commission rates that app developers pay on subscription renewals after the first year. I find that,

---

[552] Lauren Goode, "APP STORE 2.0," *The Verge*, June 8, 2016, available at https://www.theverge.com/2016/6/8/11880730/apple-app-store-subscription-update-phil-schiller-interview, accessed on February 25, 2025; See Apple Developer, "Auto-renewable Subscriptions," available at https://developer.apple.com/app-store/subscriptions/, accessed on February 24, 2025. The other type of subscription available through the App Store are non-renewing subscriptions. These products offer consumers access to a set of content for a fixed price for a fixed amount of time. Once that time elapses, consumers lose access to that product. Examples of such non-renewing subscriptions include iClicker Student 6-Month and NBA LEAGUE PASS 2016-17. See, e.g., Apple, "Create non-renewing subscriptions," available at https://developer.apple.com/help/app-store-connect/manage-in-app-purchases/create-non-renewing-subscriptions/, accessed on February 18, 2025 ("A non-renewing subscription gives customers access to a service or content for a specific period of time (for example, access to a magazine for one month)."); iClicker, "Review and confirm your purchase," available at https://mhe.my.site.com/iclicker/s/article/How-to-Purchase-a-Subscription-in-the-iClicker-Student-App, accessed on February 25, 2025; NBA Communications, "NBA LEAGUE PASS introduces new way to watch basketball with NBA Mobile View," October 24, 2016, available at https://pr.nba.com/nba-league-pass-mobile-view/, accessed on February 25, 2025.

[553] Lauren Goode, "APP STORE 2.0," *The Verge*, June 8, 2016, available at https://www.theverge.com/2016/6/8/11880730/apple-app-store-subscription-update-phil-schiller-interview, accessed on February 25, 2025 ("Phil Schiller, Apple's senior vice president of worldwide marketing, said that Apple would soon alter its revenue-sharing model for apps. While the well-known 70 / 30 split will remain, developers who are able to maintain a subscription with a customer longer than a year will see Apple's cut drop down to 15 percent.").

[554] When the policy was implemented, the commission rate was reduced on the first billing date after the policy went into effect for subscriptions that consumers had already purchased and were in their second year or later. For subscriptions that consumers had not yet purchased or had already purchased and were in their first year, the commission rate was reduced on the first billing date corresponding to the subscription entering its second year. See Apple Developer, "Auto-renewable Subscriptions," available at https://developer.apple.com/app-store/subscriptions/, accessed on February 24, 2025.

[555] See Workpapers.

[556] See Workpapers.

for the vast majority of products affected by the ARS policy, developers did not lower their prices.[557]

323. I analyze the ARS policy by examining app developers that offered at least one subscription product prior to the implementation of the policy. For these app developers, I analyze whether the price of these subscription products changed in the six months after the policy compared to the price for these products in the six months before the policy. Because app developers offer subscriptions for different frequencies (e.g., monthly, quarterly, or yearly subscriptions) and subscriptions are used by app developers more heavily in some app genres, I conduct my analysis separately by genre and subscription frequency.

324. I show results from my analysis in Exhibit 53. I present results for the three app genres with the most subscription revenue on the App Store in the year prior to the ARS policy (Lifestyle, Social Networking, and Music) in three horizontal panels, and results for all genres in a fourth horizontal panel.[558] Within each panel, I present results for monthly and yearly subscriptions, the two most popular types of recurring subscriptions by revenue in the year prior to and after the ARS policy launch.[559] I also include a row at the bottom that includes information for all subscriptions across all genres. In the columns, I show: (1) the average reduction in commission rates associated with these products during the six months after the policy; (2) the share of these products with a price decrease, no change in price, or an increase in price during the six months after the policy; and (3) the share of these products with no price decrease (i.e., those products with either a price increase or no price change) during the six months after the policy was implemented.

[557] I compute the average prices of all participating auto-renewing subscription products with paid transactions in the six months before and in the six months after the ARS policy start date. See the notes for Exhibit 53 for more details.

[558] See Workpapers. The Games and Entertainment genres are not among the three app genres with the most subscription revenue in the year prior to ARS policy implementation, and so I do not study it in this analysis.

[559] See Workpapers.

***Exhibit 53***
***For the vast majority of subscription products, app developers did not reduce prices after receiving reduced commission rates***

| Genres and Subscription Periods | Change in Commission Rates (pp.)[1] | Percent of Products with[2] | | | |
|---|---|---|---|---|---|
| | | Reduction in Prices | No Change in Prices | Increase in Prices | No Reduction in Prices[3] |
| | (1) | (2) | (3) | (4) | (5) |
| *Lifestyle* | | | | | |
| 1. Monthly | -6.2 | 9.4% | 77.7% | 12.9% | 90.6% |
| 2. Yearly | -9.2 | 15.2% | 67.3% | 17.6% | 84.8% |
| *Social Networking* | | | | | |
| 3. Monthly | -2.3 | 4.4% | 88.7% | 6.8% | 95.6% |
| 4. Yearly | -6.0 | 4.0% | 91.3% | 4.7% | 96.0% |
| *Music* | | | | | |
| 5. Monthly | -6.5 | 4.6% | 81.4% | 14.0% | 95.4% |
| 6. Yearly | -8.8 | 10.2% | 79.2% | 10.6% | 89.8% |
| *All Genres* | | | | | |
| 7. Monthly | -5.3 | 7.4% | 77.5% | 15.1% | 92.6% |
| 8. Yearly | -8.4 | 13.2% | 70.5% | 16.2% | 86.8% |
| **9. All Genres, All Subscription Periods** | **-7.0** | **9.2%** | **77.4%** | **13.5%** | **90.8%** |

Source: U.S. Storefront App Store Transaction Data.

Note: The table shows, separately for different genres and subscription frequencies, the average percentage point change in commission rates and the share of products that had a change in price in the six months *after* the ARS policy took effect relative to the six months before it took effect. I perform sensitivity analyses by examining changes in the commission rates and prices in the one, three, or twelve months after the ARS policy took effect, by examining price changes among products that had a reduction in commission rates of at least two and five percentage points, by examining price changes among products in apps that did not introduce new products after the implementation of the ARS policy, by examining price changes among products that existed on the App Store at least one year prior to the ARS policy, and when separately examining products at different price tiers, as shown in Appendix 6. I define commission rates and prices at the product-day level following the methodology outlined in Appendix 4. See Appendix 4 for details regarding Apple Transaction Data processing.
[1] I compute the change in commission rates as the average percentage point ("pp.") change in quantity-weighted commission rates across products six months before and after the ARS policy took effect.
[2] I restrict the analysis to paid products that have at least one original transaction in the six months both prior to and after the ARS policy took effect.
[3] Due to rounding, columns 2, 3, and 4 may not add up to 100 percent, and columns 3 and 4 may not add up to column 5.

325. I find that after the implementation of the ARS policy, developers on average benefited from a 7.0 percentage point reduction in the commission rate. However, this did not translate to lower prices as developers did not reduce prices for 90.8 percent of subscription products that were affected by the ARS policy (see row 9, column 5).[560] In fact, app developers which benefited from the reduction in commission rates more frequently *increased* the prices of their products rather than decreasing them. Looking at specific examples, row 2, column 1 in Exhibit 53 shows that yearly subscriptions in the Lifestyle genre had on average an 9.2 percentage point reduction in commission rates. However, 84.8 percent did not have a reduction in price (row 2,

[560] The 7.0 percentage points on average reduction in the commission rate translates to approximately 23.3 percent of the 30 percent commission rate developers were paying Apple prior to the ARS policy implementation.

column 5), while 67.3 percent of subscription products did not have a change in price (row 2, column 3).[561]

326. These results are robust to sensitivity analyses similar to the ones I performed for the SBP natural experiment. My conclusions continue to hold if I instead examine one-month, three-month, or twelve-month windows around the ARS policy implementation.[562] Furthermore, I also find that, even when limiting my analysis to products that are part of apps that did not introduce *any* new products after implementation of the ARS policy, app developers did not reduce prices for 90 percent of subscription products.[563]

327. Also, as with my analysis of the SBP, I confirm that additional factors unrelated to the implementation of the ARS policy do not drive my results by estimating difference-in-differences regressions. I confirm this by comparing the change in prices (or lack thereof) for subscription products at the time of the ARS policy implementation to the change in prices for different groups of products that were not affected by the policy. I find that app developers with products affected by the ARS policy did not reduce prices following the reduction in commission rates when compared with unaffected app developers. This finding confirms that my results presented above are not driven by other factors like inflation that could affect app developer pricing. That is, the finding of no change for many developers is robust, and to the extent developers did change their prices, it occurs no more than normal behavior that would have occurred in the absence of a decrease in commission rates. I describe my analysis and findings in more detail in Appendix 6.

328. Overall, these results are consistent with my analysis of the SBP: following reductions in commission rates due to Apple's ARS policy, most products did not have a reduction in price, and, on average, developers did not reduce prices in response to the commission rate decrease.

---

[561] In addition, I studied the five most popular products that benefited from the ARS policy. All five products did not change their price at all following a significant reduction in the commission rate. See Appendix 6.

[562] See Appendix 6, Section 2.2.

[563] See Appendix 6, Exhibit 48.

*9.1.3. Analysis of Apple's Video Partner Program shows that for an overwhelming majority of products, lower commission rates did not translate to lower prices*

329. Apple launched the VPP in 2016.[564] The program introduced a 15 percent commission rate for all paid App Store transactions for digital video content for app developers that enrolled.[565] Apple's VPP accounts for a significant share of App Store transactions: since the program's launch, apps enrolled in the program account for 8.0 percent of consumer spending on the U.S. App Store.[566]

330. I use the natural experiment of VPP enrollment to study whether app developers reduced consumer prices on subscription products that they offered after joining the program and paying from lower commission rates.[567] Specifically, I study changes in consumer prices for VPP subscription products following VPP enrollment using case studies.[568]

331. [redacted]

---

[564] Apple Video Partner Program ("Since 2016, the Apple Video Partner Program has enabled premium subscription video providers to participate in a new TV watching experience on the Apple TV app, helping customers discover the world's best premium video content in one app, across all their devices […] As a program member, you earn 85% of sales from customers who sign up using Apple's in-app purchase system.").

[565] Apple Video Partner Program.

[566] For this analysis, the launch of the VPP is defined as the earliest "Price Change Date" recorded for the product in the spreadsheets Apple provided titled "Global VPP Partners as of 05.03.22 .xlsx." See Workpapers.

[567] I focus on subscription products because these products account for 98.5 percent of the App Store revenue VPP apps earned during the year prior to and after VPP enrollment and because the non-subscription products these app developers offer (e.g., digital video for rent or sale) can have many different prices at a single moment in time for the same product ID, reflecting different content. See Workpapers. Hence it is not possible to reliably distinguish changes in prices for non-subscription products that are due to changes in commission rates rather than consumers accessing different content offered by participants in the VPP.

[568] I use case studies because there are fewer apps enrolled in the VPP as compared with the ARS or SBP and because using case studies allows me to examine product IDs which may be associated with the same subscription product together. Specifically, app developers enrolled [redacted] apps in VPP (see Workpapers) but more than [redacted] in the SBP (see Workpapers). In addition, more than [redacted] apps offered recurring subscription in-app purchases after ARS policy implementation (see Workpapers). By using case studies, I can better account for VPP products' distinct prices due to free trials, sales, and other promotional pricing like discount programs for subscription renewals or former subscribers. Because these discounts can appear in the Apple Transaction Data as a different product ID that corresponds to the same subscription offering by the app developer, correctly measuring the price for these products requires grouping transactions that correspond to the same subscription product offering by the app developer. Each product offered by these apps (including the names associated with these products in the Apple Transaction Data) are manually reviewed and compared to offerings from the app developer via the developer's website. All product IDs are then mapped corresponding to the same subscription offering into a single product tier based on the name of the product in the Apple Transaction Data. Throughout this report, I refer to product tiers as products when discussing apps enrolled in the VPP. See Appendix 4 for more details.

[redacted]

- [redacted]

- [redacted]

- [redacted]

569 I analyze changes in a VPP product's commission rate and price during the year before and after the "Price Change Date" recorded for the product in the spreadsheets Apple provided titled "Global VPP Partners as of 05.03.22.xlsx" and "TV Partner Program as of 05.12.2022.xlsx." As the Hulu example shows, products sometimes receive reduced commission rates before or after the recorded "Price Change Date." Nonetheless, I use this date for the timing of VPP enrollment because this is the information recorded by Apple in its VPP records.

570 I study free trials separately for VPP apps rather than including them in an average price calculation, as I did for SBP and ARS apps, because VPP apps offer substantially more free trials. For example, since launch of the VPP, free trials account for more than 10 percent of the total transactions for 42.7 percent of the VPP apps. Free trials represent more than 10 percent of transactions for only 17.7 percent of SBP apps and 19.2 percent of apps offering subscription products at the time of the ARS implementation, respectively. See Workpapers. Moreover, I do not observe app developers offering free trials, and I instead observe customers redeeming free trials. Because there can be substantial lags in time between an app developer offering a free trial and a customer redeeming it, it is difficult to know whether customers are redeeming more free trials after the app developer enrolls in the VPP because the app developer is offering more free trials following enrollment or if customers are redeeming pre-existing offers more frequently after enrollment. This means that examining list prices and free trials together as an average price (using a price of $0 for the free trial) does not accurately measure how app developers set prices for their products. For example, for Lifetime Movie Club Monthly, there is a decrease in the average price inclusive of free trials from $3.65 to $3.45 after VPP enrollment due to an increase in free trials but no decrease in the actual list price of $3.99 (Appendix 6, Exhibit 88). As another example, for Paramount Limited Commercials, there is no decrease in the average price inclusive of free trials after VPP enrollment even though the list price decreased from $6.99 to $5.99 on August 23, 2017 after VPP enrollment (Appendix 6, Exhibit 83). See Workpapers. In both cases, the average price inclusive of free trials does not reflect how app developers set prices for their products.

571 Hulu paid a 30 percent commission rate on transactions corresponding to the first year, and a 15 percent commission rate for subscription renewals after the first year prior to VPP enrollment. Hence, Hulu's average commission rate was approximately [redacted] percent prior to VPP enrollment. See Workpapers. The difference in commission rates between new subscriptions and renewals after the first year explains the variation in the commission rate by day prior to enrollment in the VPP (i.e., the volatility in the orange line prior to VPP enrollment) as that reflects the proportion of transactions on a given day that are first year transactions versus renewals.

[redacted]

[redacted]

332. [redacted].

[redacted]

***Exhibit 55***
***For most products, developers did not reduce prices and consumers did not redeem more free trials***

| | | | | Products With | |
|---|---|---|---|---|---|
| | **App Name** | **Product Tier[1]** | **Change in Commission Rates (pp.)[2]** | **No Reduction in Prices** | **No Increase in Free Trials** |
| 1. | ABEMA | Monthly | -9.57 | ✓ | |
| 2. | ATRESplayer | Monthly | -11.48 | ✓ | ✓ |
| 3. | ATRESplayer | Yearly | -13.24 | | ✓ |
| 4. | BET | Monthly | -14.13 | ✓ | ✓ |
| 5. | Blim | Monthly | -14.85 | ✓ | ✓ |
| 6. | BritBox | Monthly | -13.14 | ✓ | ✓ |
| 7. | CNBC | Monthly | -13.92 | ✓ | ✓ |
| 8. | CNBC | Yearly | -13.67 | ✓ | ✓ |
| 9. | Crunchyroll | Fan | -7.37 | ✓ | ✓ |
| 10. | CuriosityStream | Premium Monthly | -9.44 | ✓ | ✓ |
| 11. | CuriosityStream | Premium Yearly | -8.31 | ✓ | ✓ |
| 12. | CuriosityStream | Standard Monthly | -7.24 | ✓ | ✓ |
| 13. | CuriosityStream | Standard Yearly | -8.25 | ✓ | ✓ |
| 14. | Disney | Monthly | -14.88 | ✓ | ✓ |
| 15. | Funimation | Premium Monthly | -13.24 | ✓ | ✓ |
| 16. | Funimation | Premium Plus Monthly | -9.51 | ✓ | |
| 17. | Funimation | Premium Plus Ultra Yearly | -12.48 | ✓ | |
| 18. | Funimation | Premium Plus Yearly | -12.05 | ✓ | |
| 19. | Funimation | Premium Yearly | -12.53 | ✓ | ✓ |
| 20. | Garage | Monthly | -11.74 | ✓ | ✓ |
| 21. | HISTORY Vault | Monthly | -10.50 | ✓ | |
| 22. | HISTORY Vault | Yearly | -14.48 | ✓ | ✓ |
| 23. | Hallmark Movies Now | Monthly | -10.01 | ✓ | ✓ |
| 24. | Hallmark Movies Now | Yearly | -7.04 | ✓ | ✓ |
| 25. | Hopster | Monthly | -11.41 | ✓ | ✓ |
| 26. | Hulu | No Ads | -9.91 | | ✓ |
| 27. | Hulu | With Ads | -8.16 | ✓ | ✓ |
| 28. | Lifetime Movie Club | Monthly | -6.88 | ✓ | |
| 29. | Lifetime Movie Club | Yearly | -13.29 | ✓ | ✓ |
| 30. | MUBI | Monthly | -12.35 | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| 31. | MagellanTV | Monthly | -14.88 | ✓ | ✓ |
| 32. | MagellanTV | Quarterly | -14.95 | ✓ | ✓ |
| 33. | MagellanTV | Yearly | -14.99 | ✓ | ✓ |
| 34. | MotorTrend | Monthly | -9.39 | ✓ | ✓ |
| 35. | MotorTrend | Yearly | -9.19 | | ✓ |
| 36. | Pantaya | Monthly | -12.37 | | ✓ |
| 37. | Paramount | Limited Commercials | -9.76 | | ✓ |
| 38. | Paramount | Premium Monthly | -7.65 | | |
| 39. | Philo | Monthly | -14.96 | ✓ | ✓ |
| 40. | Qello | Monthly | -4.32 | ✓ | |
| 41. | STARZ | Monthly | -8.44 | ✓ | ✓ |
| 42. | Showtime | Monthly | -9.21 | | ✓ |
| 43. | Shudder | Monthly | -7.80 | ✓ | ✓ |
| 44. | Shudder | Yearly | -9.64 | ✓ | ✓ |
| 45. | Smithsonian Channel | Monthly | -11.14 | ✓ | |
| 46. | Sundance Now | Monthly | -8.56 | ✓ | ✓ |
| 47. | Sundance Now | Yearly | -10.06 | ✓ | ✓ |
| 48. | UP Faith & Family | Monthly | -10.16 | ✓ | ✓ |
| 49. | UP Faith & Family | Yearly | -9.08 | ✓ | ✓ |
| 50. | Univision Now | Monthly | -9.56 | ✓ | ✓ |
| 51. | Univision Now | Yearly | -7.09 | ✓ | ✓ |
| 52. | Viki | Basic Monthly | -12.90 | ✓ | ✓ |
| 53. | Viki | Basic Yearly | -13.31 | ✓ | ✓ |
| 54. | Viki | Plus Monthly | -11.58 | ✓ | ✓ |
| 55. | Viki | Plus Yearly | -10.32 | | ✓ |
| 56. | Viki | Standard Monthly | -8.81 | ✓ | |
| 57. | Viki | Standard Yearly | -8.09 | | ✓ |
| 58. | WATCHA | Grande Monthly | -11.60 | ✓ | ✓ |
| 59. | WATCHA | Taller Monthly | -10.83 | ✓ | ✓ |
| 60. | WATCHA | Taller Quarterly | -9.78 | ✓ | ✓ |
| **61.** | **Total** | | | **51** | **50** |

Source: U.S. Storefront App Store Transaction Data; Global VPP Partners as of 05.03.22.xlsx; TV Partner Program as of 05.12.2022.xlsx.

Note: This table shows the percentage point change in commission rates and whether there was no reduction in prices or no increase in free trials for products I study in the VPP. I classify a product as experiencing no reduction in prices if the average price twelve months before VPP enrollment is less than or equal to the average price twelve months after VPP enrollment. I use an equivalent method to determine if a product experienced no increase in free trials.
[1] I restrict the analysis to product tiers that have at least one original transaction in the twelve months both prior to and after VPP enrollment and more than 1,000 total transactions over this period.
[2] I compute the change in commission rates as a percentage point ("pp.") difference in quantity-weighted commission rates 1 year before and after VPP enrollment.

333. I find that of the 60 products, 51 products (85 percent), do not exhibit reduced prices after enrollment in the VPP. This means that these app developers enrolled in the VPP did not reduce their products' list price or offer more discounted prices for these products. Additionally, for 50 of the 60 products (83.3 percent), consumers did not redeem more free trials after the developer's enrollment in the VPP. In Appendix 6, Section 3.2, I replicate the same analysis for different time periods (one month, three months, and six months) after and before VPP enrollment and obtain similar results.

334. One example of a product that did reduce its price after receiving reduced commission rate is Hulu's other subscription offering, its "No Ads" product. Hulu cut the list price it charged for its "No Ads" product from $13.99 to $11.99 in December, 16, 2017, 36 days after it enrolled in the VPP.[572] As with my analysis of the SBP, the fact that some app developers reduce consumer prices around this time is not unexpected, as some developers may be choosing to decrease (or increase) prices for reasons unrelated to the decrease in the commission rate, and none of the actual patterns observed for commission rate decreases are consistent with a clear and immediate reduction in prices as would be predicted by some simple models of pass-through.

### *9.2. Economic realities imply that for many transactions, developers are unlikely to reduce prices in response to a commission rate reduction*

335. In this section, I discuss the economic reasons why I would expect that most app developers did not (as I found in Section 9.1), and would not reduce prices, introduce more apps, or offer greater variety in response to lower commission rates. Thus, even if hypothetically some app developers would have paid lower commission rates in the counterfactual world, most consumers transacting with such app developers would likely still be unharmed.

#### *9.2.1. App developers with zero or minimal marginal costs would not reduce consumer prices in response to lower commission rates*

336. Zero or minimal marginal costs are common for products in digital markets because, unlike with physical goods, once app developers have invested in the fixed costs associated with developing the digital content, there are essentially no costs to replicate the content infinitely many times.

337. When app developers have exactly zero marginal cost for a product, textbook economics teaches that they will not change consumer prices on that product in response to changes in the commission rate.[573] The intuition behind that result is that, in absence of marginal costs, a firm maximizes its profit by maximizing its total revenue and will therefore choose a price for its product that maximizes total revenue. As a result, a commission rate taken on this revenue will have no impact on the price set by the firm because the price that maximizes the firm's revenue

[572] See Workpapers. See Appendix 6, Exhibit 87. See also, Juli Clover, "Hulu Drops Price of Commercial Free Plan for Apple Subscribers From $13.99 to $11.99," *MacRumors*, December 21, 2017, available at https://www.macrumors.com/2017/12/21/hulu-apple-itunes-billing-price-drop/, accessed on February 25, 2025.

[573] Firms set prices such that marginal revenue equals marginal cost. See N. Gregory Mankiw, *Principles of Microeconomics*, Eighth Edition, (Mason, OH: Cengage Learning, 2017), pp. 272–273. As marginal cost for many digital products equals zero, they would choose prices such that marginal revenue equals zero. This price is therefore invariant to the commission charged by Apple.

is also the price that maximizes a proportion of that revenue.[574] As a result, consumers cannot be harmed by Apple's challenged conduct on transactions for those products—any increase in commission rate would not translate to higher transaction prices.

338. An app developer with *minimal* (rather than zero) marginal cost would also likely not reduce consumer prices in response to a decrease in the commission rate. This is because when marginal costs are close to zero, changes in the price chosen by an app developer due to changes in commission rates are likewise small.

339. A good example that illustrates how app developers can have zero marginal costs is virtual currency. Virtual currencies are products offered by app developers as in-app purchases that users can purchase and redeem for additional content or to perform other actions within the app. For example, Epic created the virtual currency V-Bucks for its game Fortnite; users can purchase V-Bucks and then exchange them for other digital content in the game (e.g., cosmetic items).[575] Many other popular games on the App Store, such as Roblox, Pokémon GO, Call of Duty Mobile, and Candy Crush Saga, have their own virtual currencies. Like V-Bucks, these virtual currencies can be used to purchase digital content within these apps.[576]

340. App developers need to invest up front to develop virtual currencies and determine how they interact with the rest of the content on their apps. Having paid this upfront cost, however, there are no additional costs for app developers to increase the quantity of virtual currency they sell.[577] This extends to situations where the virtual currency can be redeemed for other zero

---

[574] For example, for a firm with no marginal costs, the price that maximize a firm's total revenue is the same price that would maximize 70 percent of that same revenue.

[575] Epic Games Store, "Fortnite: FAQ," available at https://store.epicgames.com/en-US/p/fortnite--faq, accessed on February 25, 2025.

[576] Kelly Hayes, "If your kids ask for Robux this Christmas, here's what that means," *Fox 9*, updated December 9, 2022, available at https://www.fox9.com/news/how-much-are-robux-roblox-explained, accessed on March 1, 2025; Activision Support, "COD Points, Crates, and Rewards in Call of Duty: Mobile," October 8, 2019, available at https://support.activision.com/cod-mobile/articles/cod-points-and-loot-in-call-of-duty-mobile, accessed on February 25, 2025; Pokémon GO Help Center, "Using PokéCoins to Make Purchases in the Shop," available at https://niantic.helpshift.com/hc/en/6-pokemon-go/faq/94-using-pokecoins-to-make-purchases-in-the-shop-1582065532/, accessed on February 25, 2025; Fandom Candy Crush Saga Wiki, "Gold," available at https://candycrush.fandom.com/wiki/Gold, accessed on February 25, 2025.

[577] Epic v. Apple Trial Transcript, Testimony of Timothy Sweeney (Epic), May 3, 2021, p. 190 ("There is no cost to a V-Buck. There's cost to developing the software, but the V-bucks themselves don't have a marginal cost."); Soon-Yong Choi et al., "Characteristics of Digital Products and Processes," in *The Economics of Electronic Commerce*, (Indianapolis, IN: Macmillan Technical Publishing, 1997), pp. 59–92 at p. 73 ("The beauty and the bone of all digital products is that they can be reproduced, stored, and transferred at ease. This means, quite simply, that after the initial fixed investment cost, the marginal cost of production is almost zero."); Sebastian Voigt and Oliver Hinz, "Making Digital Freemium Business Models a Success: Predicting Customers' Lifetime Value via Initial Purchase Information," *Business & Information Systems Engineering*, 58(2), 2016, pp. 107–118 at p. 109 ("First, we refrain from including marginal costs in the CLV equation. For digital businesses, fixed overhead costs such as development, server maintenance, and personnel are more

marginal cost goods—that is, even if the currency itself or the goods that it can be used to acquire have a fixed cost, developers still would not be expected to change their price in response to a commission rate change.

341. Since most virtual currencies are examples of products with zero marginal costs, app developers are unlikely to change consumer prices in response to a change in Apple's commission rate for most virtual currency products. A manual review of the top App Store products by revenue for game apps shows that virtual currency products account for a substantial share of transactions and consumer spend. While there is no identifier in the Apple Transaction Data for virtual currencies, I analyzed in my Second Class Certification Report the 100 in-app purchase products in the Games genre with the highest App Store consumer spend between January 1, 2021 and December 31, 2021,[578] and I found that these in-app purchase products account for 12.7 percent of all App Store consumer spend in 2021, and 23.8 percent of all App Store consumer spend on game products in 2021.[579] I then determined which of these products are virtual currencies based on a manual review of the product name, the information given on the relevant app's website and other websites, and by investigating the purpose of the product by using the app itself.[580]

342. I classified an in-app purchase as a virtual currency in-app purchase if it can be used to buy additional digital content within an app. I did not classify in-app purchase of products that include both virtual currency and other digital content as virtual currency in-app purchases. Results on the importance of virtual currencies are presented in Exhibit 56. I find that among these 100 in-game purchase products for game apps, 62.7 percent of consumer spending (row 3, column 3), corresponding to 54.0 percent of products (row 3, column 1), is from virtual currencies. Virtual currencies also extend beyond game apps.[581]

---

relevant than the marginal costs of reproducing and distributing services over the Internet (Lehmann and Buxmann 2009). We therefore set marginal costs at 0 and focus our CLV assessment purely on revenue, as many analytical CLV models do (Borle et al. 2008)."); Martin C. W. Walker, "Identity and the economics of the web: why Meta should be paying (not charging) users to verify their accounts," *LSE Business Review*, February 28, 2023, available at https://blogs.lse.ac.uk/businessreview/2023/02/28/identity-and-the-economics-of-the-web-why-meta-should-be-paying-not-charging-users-to-verify-their-accounts/, accessed on February 25, 2025 ("With a marginal cost per copy of software close to zero, programmers did not have any risk of incurring large total costs as usage increased. Once a piece of software was written, anyone choosing to pay was a source of profit.").

578 This analysis was performed in my 2023 Class Certification Rebuttal Report. I refer to this report as the "Hitt Second Class Certification Report" throughout this section.

579 See Workpapers.

580 I classified an in-app product as a virtual currency if it can be used to buy additional digital content within a game.

581 For example, TikTok users can purchase virtual "Coins," which they can use to buy virtual items to provide gifts to TikTok creators to show appreciation for content. Similarly, Twitch users can purchase "Bits," which allow them to express support for their favorite streamers and unlock custom animations. See TikTok, "Gifts," available at

***Exhibit 56***
***A large share of consumer spending and app transactions for the top in-game purchase products were virtual currencies in 2021[1]***

| | | Number of In-Game Products | Number of In-Game Transactions (millions) | Consumer Spend ($ millions) |
|---|---|---|---|---|
| | | (1) | (2) | (3) |
| 1. | Total In-Game Purchases | 100 | 369 | $3,315 |
| 2. | Virtual Currency In-Game Purchases[1] | 54 | 203 | $2,077 |
| 3. | Percentage of Virtual Currency In-Game Purchases | **54.00%** | **54.95%** | **62.66%** |

Source: U.S. Storefront App Store Transaction Data; See Exhibit backup for the full list of sources

Note:
[1] The table displays the percentage of the top 100 game in-app purchase products by consumer spend on the App Store in 2021 that were virtual currencies (as presented in my 2023 class Class Certification Report). I determined whether a given product is a virtual currency by a manual review of the app's website and the product within the app itself.

343. Zero marginal costs are one likely reason why in the real world many app developers did not reduce prices when faced with lower commission rates. For example, app developer Flying Pan Co. Ltd. offered the virtual currency product "Massive Coin Package" for the game app Slots of Vegas at the time it enrolled in the SBP on December 23, 2020.[582] Despite Flying Pan Co. Ltd. having its commission rate fall from 30 percent to 15 percent after enrollment, the price of "Massive Coin Package" remained constant at $99.99.[583] Similarly, app developer Pamir Khan offered the virtual currency product "5000 Coins Pack" for the app Horse Riding Simulator 2020 at the time it enrolled in the SBP on December 23, 2020.[584] Despite Pamir Khan experiencing a reduction in its commission rates from 30 percent to 15 percent, the price of "5000 Coins Pack" remained constant at $1.99.[585] These products are virtual currencies that have zero marginal costs, which is one likely reason these app developers did not lower consumer prices in response to the commission rate decrease after enrolling in the VPP.

344. Beyond virtual currencies, I would expect that other types of digital content provided to consumers through app transactions would have zero, or minimal marginal costs as well. For

https://support.tiktok.com/en/live-gifts-wallet/gifts/gifts; Twitch, "Support Streamers by Cheering with Bits!," available at https://www.twitch.tv/bits, accessed on February 25, 2025.

[582] See Workpapers. The developer in the App Store has been updated to "HHS Daily" as of the time of my analysis. See App Store, "App Store Preview: Slots of Vegas," available at https://apps.apple.com/us/app/slots-of-vegas/id957197231, accessed on February 25, 2025.

[583] See Workpapers.

[584] See Workpapers. See App Store, "App Store Preview: Horse Riding Simulator 2020," available at https://apps.apple.com/us/app/horse-riding-simulator-2020/id1517002179, accessed on March 6, 2025.

[585] See Workpapers.

example, the popular game Candy Crush Saga offers in-app purchases that allow users to have access to "extra moves" and "extra lives."[586] These items operate similarly to virtual currencies: while app developers incur costs developing the features, there is likely zero or minimal marginal cost associated with a consumer purchasing additional lives or moves. Similarly, many games such as Epic's Fortnite offer in-app purchases that include "skins" that customize the visual appearance of their in-game avatar.[587] While some skins are associated with licensed content and may incur additional marginal costs such as licensing fees at the time of transactions, skins that are associated with original characters and designs and those licensed for a fixed fee would likely not incur any marginal costs.[588]

345. Such zero-marginal cost products are not limited to apps in the Games genre. I reviewed in-app purchase products associated with the top 50 apps outside the Games genre by App Store consumer spend in 2021, and I find several instances of in-app purchase products that I would expect to have zero or minimal marginal costs:[589]

a. YouTube, the top app by App Store consumer spend in 2021, offers "Super Chats" as in-app purchases, which allow users to highlight their messages for increased visibility in the live chat feeds accompanying live video streams. They also offer "Super Stickers" that populate digital or animated images in the live chat feeds.[590]

b. Several dating apps offer in-app purchase products that I would expect to have zero marginal costs. These include products that prioritize the purchaser's dating profile in other users' queues (referred to as "Boosts" or "Super Boosts" on Tinder, Hinge, and Grindr, and "Spotlight" on Bumble), and products that allow purchasers to indicate high interest to potential matches via cosmetic markers (referred to as

---

[586] App Store, "App Store Preview: Candy Crush Saga," available at https://apps.apple.com/us/app/candy-crush-saga/id553834731.

[587] For example, the "Frozen Legends Pack" in-app purchase, released by Fortnite in 2018, included the in-game items such as the "Frozen Raven" character outfit and "Frozen Iron Cage" back bling. Epic Games Store, "Frozen Legends Pack," available at https://store.epicgames.com/en-US/p/fortnite--frozen-legends-pack, accessed on March 5, 2025; Zainab Saeed, "Fortnite Frozen Legends Pack is Now Live," *Phoneworld*, December 26, 2018, available at https://www.phoneworld.com.pk/fortnite-frozen-legends-pack-is-now-live/, accessed on February 25, 2025.

[588] Patrick Hankins, "Influencer Skins And Emotes: An Exercise In Licensing," *Quiles Law*, February 24, 2020, available at https://www.quiles.law/blog/influencer-skins-and-emotes-an-exercise-in-licensing, accessed on March 6, 2025 ("[A] licensing agreement is a contract that authorizes another party to utilize the licensing party's name, likeness, logos, and any other related intellectual property rights. … [L]icensing agreements can have creative payment arrangements, like a percentage of the licensed product sold, a flat fee, or a combination of the two.").

[589] See Workpapers.

[590] YouTube Help, "YouTube Help: Super Chat & Super Stickers eligibility, availability, and policies," available at https://support.google.com/youtube/answer/9277801?hl=en, accessed on February 25, 2025.

"Super Likes" on Tinder, "Roses" on Hinge, and "SuperSwipes" on Bumble).[591] Tinder further offers in-app purchases allowing users to turn on "Read Receipts" to detect whether recipients have seen users' messages and "Top Picks" that identify users' "most swipe-worthy potential matches";[592] and

c. Language learning app Duolingo offers "gems," a virtual currency that users can spend on power-ups, such as "timer boosts" that allow more time for timed challenges and "streak freezes" that allow users to maintain their daily "streak" of app use if they miss a day.[593]

346. These facts demonstrate that app developers who transact via the App Store often have zero, or minimal, marginal costs.[594] While I have not identified all zero marginal cost products transacted on the App Store, this finding is also consistent with the academic literature studying digital goods.[595] As a result of zero or minimal marginal costs, the economics of app developers' pricing would therefore predict consumer prices would not change in response to commission rate changes.

---

[591] Tinder, "Boost," available at https://www.help.tinder.com/hc/en-us/articles/115004506186-Boost, accessed on February 25, 2025; Hinge Help Center, "What is Boost?" available at https://hingeapp.zendesk.com/hc/en-us/articles/360049500113-What-is-Boost-, accessed on February 25, 2025; Grindr Help Center, "Boost," available at https://help.grindr.com/hc/en-us/articles/4573254440979-Boost, accessed on February 25, 2025; Bumble, "What is Spotlight?" available at https://bumble.com/help/what-is-spotlight, accessed on February 25, 2025; Tinder, "Super Like™," available at https://www.help.tinder.com/hc/en-us/articles/115004493543-Super-Like-, accessed on February 25, 2025; Hinge Help Center, "Roses" available at https://help.hinge.co/hc/en-us/articles/36311177115027-Roses, accessed on March 6, 2025; Bumble, "What is SuperSwipe?" available at https://bumble.com/help/what-is-superswipe, accessed on February 25, 2025.

[592] Tinder, "Read Receipts," available at https://www.help.tinder.com/hc/en-us/articles/360029093511-Read-Receipts, accessed on February 25, 2025; Tinder, "Top Picks," available at https://www.help.tinder.com/hc/en-us/articles/360005039092-Top-Picks, accessed on February 25, 2025.

[593] Mykhaylo Zakryzhevskyy, Brandon Lesher, "Dear Duolingo: How can I keep my streak while on vacation?," *Duolingo Blog*, April 18, 2023, available at https://blog.duolingo.com/how-to-keep-your-streak-on-vacation/, accessed on March 6, 2025; Duolingo, "Shareholder Letter: Q3 2022," available at https://investors.duolingo.com/static-files/ba129c8d-9591-4f95-9c9d-a90caf3c469f, accessed on February 25, 2025, pp. 6–7.

[594] Not all App Store products have zero marginal cost. For instance, both YouTube Music and Pandora have sold subscription products on the App Store. Each new paying user has a marginal cost equal to the royalties paid out whenever that user streams a song. *See*, Consequence TV, "Music Streaming Guide: Which Service Is Best for You?" December 4, 2024, available at https://consequence.net/2024/12/best-music-streaming-service-guide/, accessed on February 25, 2025.

[595] Anja Lambrecht et al., "How Do Firms Make Money Selling Digital Goods Online?" *Marketing Letters*, 25(3), 2014, pp. 331–341 at pp. 332–333 ("[D]igital products […] have near zero marginal cost of production and distribution."); Avi Goldfarb and Catherine Tucker, "Digital Economics," *Journal of Economic Literature*, 57(1), 2019, pp. 3–43 at p. 3 ("Digital goods can be replicated at zero cost.").

*9.2.2. Focal point pricing implies that many app developers would not reduce consumer prices in response to lower commission rates*

347. Focal point pricing refers to sellers setting prices that have a higher level of salience for consumer purchase decisions (e.g., prices ending in 99 cents).[596] Since the creation of the App Store in 2008, Apple had a pricing policy in the U.S. in which App Store prices ended in 99 cents, except if developers chose to set the price of apps or in-app content to zero.[597] In the subsequent years, Apple created an expanded set of price tiers, first allowing prices to end in 49 or 99 cents for prices below $29.99 in 2016,[598] and then introducing 700 new price points in December 2022.[599] This set of rules implies that, for most of the Class Period, developers used focal point pricing when pricing their app on the App Store. Such focal point pricing means that many app developers would not have increased prices in response to any inflated commission rates in the actual world and would not be expected to set lower prices if they paid a lower commission rate in the but-for world.

348. In his report, Professor Berger provides three reasons to explain why app developers would be likely to choose prices ending in 99 cents, even absent Apple's price tier requirements.[600] First, he demonstrates that focal point is ubiquitous across a range of markets, as documented in the academic literature, in particular for lower-priced goods such as the digital goods sold on the App Store.[601] Second, he explains that Apple price tiers provide benefits to consumers, by providing prices that are familiar to them and, thus, are easier to process and compare across products.[602] Third, he shows that sellers typically find prices ending in 99 cents to be more

---

[596] F. M. Scherrer, "Focal Point Pricing and Conscious Parallelism," *The Antitrust Bulletin*, 12(2), 1967, pp. 495–503. See Opening Expert Report and Declaration of Jonah Berger, Ph.D., March 7, 2025 ("Berger Report").

[597] Deposition of Eric Gray (Apple), February 12, 2021 ("Gray Deposition"), p. 195:15–23 ("Q. Okay. Now, let's just focus on U.S. pricing, and I'm talking about the initial kind of 2008 time frame that I think we were talking about. For U.S. tiers, is it your recollection that every potential price point ended in 99 cents? A. My recollection is they all did end in 99 cents."). One exception to that rule was Apple itself offering Apple One, a bundled subscription plan for Apple apps including Apple Music, Apple TV+, Apple Arcade, iCloud+, Apple News+, and Apple Fitness+, at prices of $19.95, $25.95, and $37.95, a product that is not relevant for this matter. See Apple, "Apple One," available at https://www.apple.com/apple-one, accessed on March 4, 2025.

[598] U.S. Storefront App Store Transaction Data; Apple Developer, "App Store: Offering Subscriptions," September 3, 2016 [archived], available at https://web.archive.org/web/20160903181732/https://developer.apple.com/app-store/subscriptions, accessed on March 6, 2025. See also Apple Developer, "App Store Subscription Pricing: Effective December 2016," December 22, 2017 [archived], available at https://web.archive.org/web/20171222223003/https:/developer.apple.com/app-store/subscriptions/App-Store-Subscription-Pricing.pdf, accessed on March 6, 2025.

[599] Apple, "Apple announces biggest upgrade to App Store pricing, adding 700 new price points," December 6, 2022, available at https://www.apple.com/newsroom/2022/12/apple-announces-biggest-upgrade-to-app-store-pricing-adding-700-new-price-points/, accessed on March 4, 2025.

[600] See Berger Report.

[601] Berger Report, Section V.

[602] Berger Report, Section VI.

profitable compared to prices not ending in 99 cents.[603] The academic literature has demonstrated that features of consumer behavior can explain the use of focal prices by sellers, which leads to a higher likelihood of purchase by consumers.[604] As a result, app developers often use focal prices, and would have been likely to use focal prices in the past even absent Apple's price tier requirement.

349. The existence of focal-point pricing is another reason why app developers would be unlikely to reduce their prices in the but-for world if Apple were to reduce its commission rates. It is likely to be one of the reasons that explain why I do not observe a reduction in prices by developers who received a reduction in commission rates during one of the natural experiments I analyzed in Section 9.1, and it is a reason explaining why app developers would charge the same price in the but-for world as the actual world, even if the but-for commission rate were lower.

*9.2.3. App developers will likely not reduce consumer prices in response to lower commission rates if they compete with digital content providers that do not pay commissions*

350. Some app developers face competition in the actual world from other app developers that do not pay Apple any commission. These app developers' actual-world prices are therefore constrained by competition from app developers that are not exposed to Apple's commissions.[605] As a result, app developers who face this type of competition likely would not charge higher consumer prices due to an allegedly inflated commission rate.

351. To demonstrate why competition between apps likely would lead some app developers to set the same price even if they paid a lower commission rate, consider the following example. A developer of an app that monetizes using subscriptions purchased in-app via the App Store (e.g., Max) competes with another app developer that monetizes its app via in-app advertising (e.g., Tubi), and another app developer that monetizes its app via subscriptions available only on its website (e.g., Netflix, during portions of the Class Period).[606] In other words, an app developer

[603] Berger Report, Section VII.

[604] Berger Report, Section VII.

[605] App developers that face sufficient competition from rivals that do not pay Apple commissions are likely to set a uniform price across different app transaction platforms or other distribution channels through which they transact with consumers. This is because in a situation where competition from rivals that do not pay Apple commissions is sufficient to constrain app developers' pricing on the App Store, the app developer will be pricing competitively (i.e., at the same price) across all the distribution channels and app transaction platforms they operate on.

[606] Netflix introduced an App Store app for its service in 2010 but did not allow consumers to make any in-app purchases within the app until 2015. Netflix then removed in-app purchases from the App Store app in 2018. See Rich McCormick, "Netflix adds in-app subscriptions for iPhone and iPad," *The Verge*, September 24, 2015, available at https://www.theverge.com/2015/9/24/9395037/netflix-ios-app-subscribe-in-app-purchases, accessed on February 25, 2025; Chris Welch, "Netflix Stops Offering In-app Subscriptions for New and Returning Customers on iOS," *The Verge*,

that pays commissions to Apple (Max) competes with app developers that do not pay commissions to Apple (such as Tubi and Netflix).[607]

352. If the app developer that pays commissions (Max in this example) were to increase prices because of allegedly excessive App Store commission rates, it would lose customers (either existing customers or new customers) to its competitors that do not pay commissions (such as Tubi and Netflix). If the app developer expects that enough customers would move to rival apps, the app developer would not have raised prices in the first place when faced with higher App Store commission rates out of fear of losing too many customers to its rivals. In turn, this means that it would not reduce prices were those commission rates lower because its pricing never reflected the higher commission rates to begin with.[608]

353. In the remainder of this section, I show that (i) many app developers compete with digital content providers that do not pay Apple commissions, which further explains why in the actual world many app developers have not reduced consumer prices when faced with lower commission rates; and (ii) as a result, there are many consumers who made transactions of these products who would not be harmed on these transactions.

354. App developers who pay Apple commissions compete with app developers and other content providers who do not. These competitors include those that offer content within an iOS app but monetize in ways that allow them to avoid paying any commissions to Apple, including

---

December 28, 2018, available at https://www.theverge.com/2018/12/28/18159373/netflix-in-app-subscriptions-iphone-ipad-ios-apple, accessed on February 25, 2025. See also Max Help Center, "How do I subscribe to Max?" available at https://help.max.com/hr-en/Answer/Detail/000002544, accessed on March 2, 2025; Tubi Help Center, "Is Tubi really free and legal?" available at https://tubitv.com/help-center/About-Tubi/articles/4409975158043, accessed on February 25, 2025.

[607] After removing in-app purchases, Netflix still paid Apple commission for legacy subscribers – consumers who originally subscribed to Netflix through the App Store app when this option was available and still have this subscription. The total number of legacy subscribers is, however, small. For example, in FY 2023, Netflix had 910 thousand legacy subscribers for a total of more than 80.1 million subscribers in the U.S. and Canada. See Workpapers. See Netflix, Inc., SEC Form 10-K for period ended December 31, 2024, filed on January 27, 2025, p. 20. In February 2024, Netflix began informing U.S. legacy subscribers that they must switch to paying for Netflix directly. See Wes Davis, "Netflix confirms it's cutting off Apple billing for legacy subscribers," *The Verge*, February 26, 2024, available at https://www.theverge.com/24084173/netflix-refusing-apple-itunes-subscriptions, accessed on February 25, 2025; Samantha Delouya, "You may lose access to your Netflix account if you're paying through Apple," *CNN*, February 26, 2024, available at https://www.cnn.com/2024/02/26/business/netflix-stops-payments-through-apple/index.html, accessed on February 25, 2025; Netflix Help Center, "Netflix Billing through Apple," available at https://help.netflix.com/en/node/25097, accessed on February 25, 2025. See also Tubi Help Center, "Is Tubi really free and legal?" available at https://tubitv.com/help-center/About-Tubi/articles/4409975158043, accessed on February 25, 2025.

[608] As noted in Section 9.2.1, providing products with zero, or minimal, marginal costs also impacts an app developer's incentive to raise consumer prices when faced with higher commissions. These factors, and competition from other app developers who do not pay commissions, may all apply together in certain circumstances. They are not mutually exclusive.

in-app advertising, sales of physical goods, or, for reader apps, subscriptions that are only available through a website even though users may access that content within the iOS app.[609] These competitors also include those that do not transact through the App Store but transact through platforms for PCs, consoles, and Android, as well as non-digital competitors like newspapers, TV, cable, etc., that impose competitive constraints on iOS app developers. For example, an iOS app developer of a video streaming app like Max faces competition from ad-supported video streaming apps like Tubi, from other subscription-based video streaming apps that only allow consumers to subscribe via a web browser (e.g., Netflix during portions of the Class Period), and from video content providers like broadcast and cable television services that do not operate via the App Store.[610]

355. This competition is evidenced by the fact that consumers can and do substitute between apps that pay Apple commissions and apps that do not. Consider, for example, video streaming apps, which face competition from apps that do pay commissions to Apple and those that do not. In Section 6.3, I discuss many of the top video streaming apps available through the App Store including those that do not pay Apple any commission. Publications and academic papers in peer-reviewed journals focused on video streaming routinely discuss how consumers substitute among various streaming services, both subscription based and ad-supported.[611] Economists have

---

[609] App Store Review Guidelines ("'Reader' Apps: Apps may allow a user to access previously purchased content or content subscriptions (specifically: magazines, newspapers, books, audio, music, and video) […] Goods and Services Outside of the App: If your app enables people to purchase physical goods or services that will be consumed outside of the app, you must use purchase methods other than in-app purchase to collect these payments, such as Apple Pay or traditional credit card entry."); Apple Developer, "Choosing a business model," available at https://developer.apple.com/app-store/business-models/, accessed on February 25, 2025 ("Free with display advertising. Display advertisements are part of the app experience and you earn revenue when presenting them."); Apple, "App Store Overview," 2019, APL-APPSTORE_09958590 – 649 at 599 ("NO COMMISION/FEE[:] Free app, Advertising within the app, Sales of physical goods.").

[610] Warner Bros. Discovery, Inc., SEC Form 10-K for period ended December 31, 2024, filed on February 27, 2025, p. 9 ("Our networks and streaming services, which include Max, HBO Max, and discovery+, compete for the sale of advertising with other television networks, including broadcast, cable, local networks, other content distribution outlets and new market participants for their target audiences and the sale of advertising. […] Our networks, studios and streaming services also compete for their target audiences with all forms of content and other media provided to viewers, including broadcast, cable and local networks, streaming services, pay-per-view and video-on-demand ('VOD') services, online activities and other forms of news, information and media entertainment.").

[611] See, Adrian Pennington, "US streaming ad revenue to approach $17B, but competition stiffens," *StreamTV*, February 3, 2025, available at https://www.streamtvinsider.com/advertising/us-streaming-ad-revenue-approach-17b-competition-stiffens, accessed on February 25, 2025 ("The U.S streaming market will approach $17 billion in advertising revenue this year…but streamers like Netflix are scaling faster than their ability to monetize and ad-supported services face increased competition."); Alex Sherman, "How to tell who's winning — and who's losing — the streaming wars," *CNBC*, February 18, 2021, available at https://www.cnbc.com/2021/02/18/streaming-wars-how-to-tell-whos-winning-and-whos-losing.html, accessed on February 25, 2025 ("Disney's Disney+, AT&T's HBO Max, Comcast NBCUniversal's Peacock and the many other streaming services that have popped up in the last year or so will all be competing for eyeballs in 2021."). See also, e.g., Tausif Mulla, "Assessing the Factors Influencing the Adoption of Over-the-Top Streaming Platforms: A Literature Review from 2007 to 2021," *Telematics and Informatics*, 69(101797), 2022, pp. 1–13 at p. 5 ("the retention of the subscriber base presents a significant concern for OTT networks [causing OTT services] to strive for more content creation and follow policies to draw new users and retain existing ones."); Garima Gupta and Komal Singharia,

also found that consumers substitute between video streaming services and traditional video content providers like broadcast and cable television services.[612]

356. In Section 9.1, I showed that app developers did not reduce consumer prices for the vast majority of products in response to Apple's commission rate reductions. One likely explanation is that many of these app developers already face competition from app developers that do not pay Apple any commission. For example, the lack of price changes exhibited by VPP apps is consistent with the competition these apps face from rival video streaming app developers that do not pay Apple commission.

357. Video streaming apps alone account for [redacted]n in total consumer App Store spending, or [redacted] percent of all consumer spending on the App Store in the Class Period.[613] Approximately [redacted] percent of all consumers on the App Store have made at least one paid transaction through the App Store for these apps.[614] Since paid video streaming apps may not charge lower prices if the App Store commission rate were lower because they are already competitively constrained, it would be necessary to consider the specific circumstances of each video streaming app to determine whether consumers paid higher prices for transactions for those apps and therefore would be harmed by Apple's challenged conduct for that transaction. As previously discussed, video streaming apps are but one example of apps for which app developers that generate revenue through the App Store compete with app developers that do not pay Apple any commissions. The fact that app developers likely would not change prices in the but-for world because they compete with rivals that do not pay Apple commissions indicates that most Class members were unharmed by Apple's challenged conduct.

---

"Consumption of OTT Media Streaming in COVID-19 Lockdown: Insights from PLS Analysis," *Vision: The Journal of Business Perspective*, 25(1), 2021, pp. 36–46 at p. 36 ("The shift from conventional media to over-the-top (OTT) media […] has resulted in a war between streaming service providers to attract and retain customers.").

612 See e.g., Jacob B. Malone et al., "Is OTT Video a Substitute for TV? Policy Insights from Cord-Cutting," *The Review of Economics and Statistics*, 2021, pp. 1–31 at pp. 1, 3. In this paper, Malone et al. (2021) examined the behavior of North American households who dropped television services ("cut the cord") between 2012–2016 and found evidence that consumers view video streaming services as substitutes for television services. In their sample, roughly 2.4 percent of households cut the cord each year. Usage of video-streaming services increase by 24 percent when a household cuts the cord, and at least 16 percent of cord-cutters take up additional video subscriptions after dropping their television services.

613 See Workpapers.

614 See Workpapers.

*9.2.4. App developers that transact with consumers across multiple channels and prefer employing uniform pricing across channels will likely not reduce prices in response to lower App Store commission rates*

358. Many App Store app developers transact through multiple platforms and/or transact directly with consumers through their websites. For example, app developers like Strava or AllTrails offer subscriptions that can be purchased within an App Store app, an Android app, and through the developer's website on a mobile or desktop web browser.[615] App developers that transact through multiple platforms or through their websites can (and many do) choose to set a single price for their products across all channels.

359. When app developers prefer setting a common price for their products across platforms or on their own websites, they will likely not change the single cross-platform consumer price they have chosen in response to changes in commission rates in one channel. For example, an app developer that offers transactions for a particular product through the App Store, Google Play and other Android platforms, platforms for consoles, platforms for PCs, and directly to consumers through a web browser may have little incentive to increase the single cross-platform consumer price for that product, even if Apple were to charge an excessive commission rate. This is particularly the case for a transaction platform like the App Store which, as I show in Section 7, only constitutes a small share of all app transactions across app transaction platforms.[616] As a result, the uniform consumer prices charged by app developers across all platforms would not necessarily be driven by the App Store's commission rate.[617] In this case, app developers who prefer to have uniform pricing would likely not change the prices of their products if App Store commission rates were lower because they never incorporated any excessive commission rates into their pricing in the actual world. It follows that members of the

[615] A Strava subscription is $11.99 per month (or $79.99 per year for an annual plan) regardless of the platform of purchase. AllTrails+ is $35.99 per year regardless of the platform of purchase. See Strava, "Subscription," available at https://www.strava.com/subscribe, accessed on March 4, 2025; App Store, "App Store Preview: Strava: Run, Bike, Hike," available at https://apps.apple.com/us/app/strava-run-bike-hike/id426826309, accessed on March 4, 2025; Strava Support, "How to Subscribe," updated November 17, 2023, available at https://support.strava.com/hc/en-us/articles/5516304831757-How-to-Subscribe, accessed on March 4, 2025; Google Play, "Strava: Run, Bike, Hike," available at https://play.google.com/store/apps/details?id=com.strava&hl=en_US, accessed on March 6, 2025; AllTrails, "Which internet browsers work best on AllTrails?" available at https://support.alltrails.com/hc/en-us/articles/360018931032-Which-internet-browsers-work-best-on-AllTrails, accessed on March 4, 2025; App Store, "App Store Preview: AllTrails: Hike, Bike & Run," available at https://apps.apple.com/us/app/alltrails-hike-bike-run/id405075943, accessed on March 4, 2025; AllTrails, "Upgrade to AllTrails+," available at https://www.alltrails.com/plus, accessed on March 4, 2025; Google Play, "AllTrails: Hike, Bike & Run," available at https://play.google.com/store/apps/details?id=com.alltrails.alltrails&hl=en_US, accessed on March 6, 2025. See backup materials for Strava and AllTrails subscription prices on Android.

[616] See Section 7.

[617] Apple could not have exerted market power at the inception of the App Store as I discussed in Sections 7.2 and 8.1, so it could not have driven the initial pricing decisions of app developers across all platforms, and as I have also shown in Sections 7 and 8, Apple has not possessed or exerted market power since then.

Class who made transactions for such products from these app developers would be unharmed for these transactions.

360. In this section, I demonstrate that many app developers transact through multiple platforms or on their own websites and set a common price by focusing on subscription products. In-app subscriptions accounted for [redacted] percent of the total consumer spend on the App Store in 2023.[618]

361. App developers can make subscription products available through web browsers in addition to offering them through the App Store or other app transaction platforms. In my Second Class Certification Report, I studied the top 50 subscription products by revenue on the App Store in 2022 and manually reviewed whether they were offered through other platforms (i.e., Google Play) or other distribution channels (i.e., the app developer's website). For subscriptions that were available on Google Play or the app developer's website, I considered whether the prices charged in these locations were the same as those charged on the App Store. As shown in Exhibit 57, I found that all top 50 products were available through multiple platforms or the app developer's website, and that 64 percent had uniform pricing across the App Store and at least one other channel as of the time of my analysis.

***Exhibit 57***
***All of the top 50 subscription products on the App Store in 2021 were offered through Google Play or an app developer's website and most have uniform pricing across multiple channels***

| | | App Store and Google Play Store | App Store and Website | App Store, Google Play, and Website | App Store and Either Google Play or Website |
|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) |
| 1. | Percentage Available | 98% | 98% | 96% | 100% |
| 2. | Percentage with Uniform Pricing[1] | 70% | 64% | 60% | 64% |

Source: U.S. Storefront App Store Transaction Data; App Developer Websites; Google Play.

Note: I analyze subscription product pricing across the App Store, Google Play, and app developers' websites for 50 of the top 52 subscription products by App Store consumer spend in 2021. I exclude the two subscription products associated with Netflix from my analysis, as these products were not available for purchase through the App Store at the time of my analysis. For each of the remaining 50 products, this table displays the percentage of products that are also available on Google Play or the app developer's website in addition to the App Store, as well as the percentage that have uniform pricing across these multiple channels. I conduct a manual review of these products across the App Store, Google Play, and the app developers' websites to show which products are available on multiple platforms and which have equal prices across platforms.

[1] Uniform pricing means a subscription product was priced the same across all platforms listed in column header.

362. These examples make clear that app developers often transact on multiple platforms or their websites and frequently employ uniform pricing when they do so. Moreover, app developers that

[618] See Workpapers.

employ uniform pricing across platforms or their websites would often be expected to not change pricing when their costs associated with only one channel (e.g., the App Store commission rate) change. For example, in Section 9.1.3, I showed that many app developers that enrolled in the VPP did not reduce prices when they experienced lower commission rates. Many of these app developers offer their subscription products across multiple app transaction platforms or their own websites and employ uniform pricing across these channels.[619] This means that if these app developers were faced with allegedly inflated commission rates through one of their channels, it is unlikely that they would raise consumer prices for customers via that channel.

363. I document this in Exhibit 58, in which I consider the 51 VPP products for which I found no reduction in consumer price in Exhibit 55. Of these 51 products, I examine the 43 products that were still available to consumers at the time of my analysis in 2023 and indicate how many of these 43 products that can also be transacted via the app developer's website and via Google Play, and how many have the same price across these channels.

***Exhibit 58***
***More than half of VPP products that did not reduce prices after receiving a lower commission rate had uniform pricing across the App Store and a different channel in 2023***

| | | App Store and Google Play | App Store and Website | App Store, Google Play, and Website | App Store and Either Google Play or Website |
|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) |
| 1. | Total Products | 42 | 42 | 41 | 43 |
| 2. | Products with Uniform Pricing | 40 | 35 | 35 | 40 |
| 3. | Percentage with Uniform Pricing | 95% | 83% | 85% | 93% |

Source: U.S. Storefront App Store Transaction Data; App Developer Websites; Google Play

Note: I analyze 51 VPP products that I identify experienced lower commission rates but did not experience price reductions. Of these 51 products, eight were unavailable at the time of analysis in 2023 and are excluded from the table (three subscription products associated with the WATCHA app were excluded due to them being unavailable due to app and website errors, the monthly subscription for the Smithsonian Channel app was excluded due to the Smithsonian Channel app not offering any paid in-app purchase products, the monthly subscription for the blim tv app was excluded due to this app being removed from the App Store, and the annual subscriptions for Univision Now, Funimation Premium Plus Ultra, and the quarterly subscription for Magellan TV were excluded as the developers no longer offered these particular subscription products). Of the remaining 43 VPP products, 42 were analyzed in Figure 24 of the Hitt Second Class Certification Report, and one was incrementally reviewed for this analysis (using a web archive from 2023 to be consistent with my 2023 analysis) due to more data being available.
[1] Products that appear on the App Store and either Google Play or an app developer's website are counted as having uniform pricing if they have the same price across all platforms on which they are available.

[619] Because video streaming and news apps can and do use promotional pricing and free trials, the correct comparison to understand whether they employ uniform pricing is a comparison of list prices. This tells me whether the app developer sets the same price across channels. The developer can then, separately, choose to offer more or fewer promotions across channels. To correctly determine whether pricing net of promotions is uniform across channels requires detailed information on all sales made at promotional pricing via alternate channels, information that is not available in this litigation.

364. I find that of the 43 products I study here, all 43 were also available on either the app developer's website, Google Play, or both. Of these 43 products, 35 products, or 81 percent, have uniform pricing across all transaction channels that I analyzed on which they are available. These results are consistent with uniform pricing being a reason why app developers did not reduce prices in response to commission rate reductions from Apple's partner programs and policies.

365. The fact that many app developers maintain uniform pricing across distribution channels is relevant for determining whether many consumers made transactions that were unharmed by Apple's challenged conduct. I showed above that uniform pricing is widespread: 98 percent of the top 50 subscription products on the App Store by consumer spend in 2021 were available for purchase through the app developers' website and 64 percent of the top 50 subscription products by consumer spend had uniform pricing across the website and the App Store as of 2023. I also showed in Exhibit 58 how many subscriptions in the VPP that did not reduce price after enrollment also had uniform pricing between the App Store and the app developer's website in 2023. Altogether, these top 50 subscription products and VPP products with uniform pricing corresponded to more than $2.3 billion of consumer spending on the App Store in 2021, or 6.9 percent of all consumer spending on the App Store in that year.[620] More than [redacted] consumer accounts, or [redacted] percent of all App Store consumer accounts made at least one App Store transaction with positive billings for one of these products in 2023, while more than [redacted], or [redacted] percent of App Store consumer accounts in 2023, had [redacted] percent or more of their App Store spending from these products in that year.[621] It follows that transactions on subscription products with uniform pricing are likely not subject to any overcharge due to Apple's conduct. Members of the Class who *only* made such transactions are therefore likely not harmed *at all*. Further, members of the Class for whom a large share of their overall spend is associated with these transactions may also be unharmed *overall,* depending on their other transactions.[622]

### *9.2.5. App developers that monetize using both in-app advertising and in-app purchases may increase prices when commission rates fall*

366. Many app developers use both in-app purchases and in-app advertising to monetize their apps. These app developers choose a mix of in-app advertising and in-app purchases to maximize their expected profits, accounting for the commission rate they would pay Apple for

---

[620] See Workpapers.

[621] See Workpapers.

[622] While consumers are likely unharmed on the transactions that are subject to uniform pricing, they may be worse-off, better-off, or as well-off on other transactions in a but-for world. However, it is less likely that a given consumer will be harmed across all of their transactions when a large share of their overall spend is associated with transactions subject to uniform pricing (which are unlikely to be affected by a change in commission rates).

in-app purchases. When commission rates fall, these app developers may reduce their reliance on in-app advertising revenues and raise prices on in-app purchases that they offer alongside the in-app advertising. In addition, developers of apps that previously only monetized through in-app advertising (i.e., apps that were completely free to consumers) may choose to start charging for these apps.

367. The reason some app developers would raise prices in response to lower commission rates is because with lower commission rates, using in-app purchases may become more profitable for them than alternate sources of monetization like in-app advertising. When app developers have marginal costs that are lower than the marginal revenue they gain from in-app advertising (e.g. when they have zero marginal costs), reductions in commission rates would lead the app developers to *raise* the price of in-app purchases or the price to download an app.

368. This trade-off is particularly clear for subscription products that certain app developers monetize using a combination of a paid subscription and in-app advertising (e.g., an ad-supported video streaming service). In other words, an individual subscriber to one of these products both pays a subscription fee and faces in-app advertising when they use the app. For such subscription products, when app developers increase the price of the subscription, they balance any higher revenues from the higher subscription price against lost advertising revenue from potential users who no longer sign up for the product and existing users who cancel their subscriptions. When the commission rate is lower, this results in the app developer earning higher net-of-commission proceeds from a higher price, shifting the balance toward increasing the price even though it would result in fewer subscribers and less in-app advertising revenue. This mechanism may explain why [redacted] percent of products benefitting from the ARS and [redacted] percent of apps enrolled in the SBP increased prices after participating in these programs.[623] When app developers would raise but-for prices in response to allegedly lower commission rates, Class members would be *worse off* in the but-for world for these transactions under the Plaintiff's theory of harm.

369. App developers often use both in-app advertising and in-app purchases to monetize their apps. A 2017 survey of over 1,200 app developers showed that 81 percent of game app developers and 49 percent of all other app developers reported using in-app advertising as a monetization model.[624] For example, the popular social media app YouTube monetizes via a combination of in-app purchases, in-app advertising, its subscription service YouTube Premium,

[623] See Exhibit 52, Row 3, Column 4 and Exhibit 53 Row 9, Column 4.

[624] Matt Miller, "Monetization Insights from App Professionals," App Annie Blog, November 14, 2017, available at https://web.archive.org/web/20200919104433/https://www.appannie.com/en/insights/app-monetization/app-marketers-developers-survey-2/, accessed on March 4, 2025.

YouTube Channel Membership, and Super Chat, a function that allows users to highlight their messages for increased visibility in the live chat feeds.[625] Similarly, the popular entertainment app TikTok monetizes through in-app advertising and virtual coins.[626]

370. I show the prevalence of app developers using both in-app advertising and other monetization strategies (in-app purchases, paid downloads) in Exhibit 59. In my Second Class Certification Report, I manually examined 20 of the top apps by App Store downloads in 2021 in the Games, Entertainment, Lifestyle, and Music genres and indicated whether each app monetizes using in-app advertising, in-app purchases, or both.[627] I first determined whether each of these apps has used in-app purchases in the Apple transaction data. I then reviewed app descriptions in the App Store, the information given on the relevant app's website and community forums, and public press to determine whether the app includes paid in-app advertising.

[625] App Store, "App Store Preview: YouTube: Watch, Listen, Stream," available at https://apps.apple.com/us/app/youtube/id544007664, accessed on February 25, 2025; YouTube, "YouTube Premium," available at https://www.youtube.com/premium, accessed on February 25, 2025; YouTube Help, "Manage YouTube Super Chat & Super Stickers for Live Chat," available at https://support.google.com/youtube/answer/7288782?hl=en#zippy=%2Cview-purchased-super-chats-super-stickers%2Crevenue-share, accessed on February 25, 2025; YouTube Advertising, "Drive the results you care about with Youtube Ads," available at https://ads.google.com/intl/en_us/home/ad-solutions/youtube-ads/, accessed on March 5, 2025; YouTube, "Channel Memberships: Get more from creators and the channels you love," available at https://www.youtube.com/join/, accessed on February 25, 2025.

[626] TikTok, "Virtual Items," June 2022, available at https://www.tiktok.com/legal/page/eea/virtual-items/en, accessed on March 6, 2025; TikTok for Business, "Marketing and Advertising on TikTok," available at https://ads.tiktok.com/business/en; Mansoor Iqbal, "TikTok Revenue and Usage Statistics (2025)," *Business of Apps*, February 25, 2025, available at https://www.businessofapps.com/data/tik-tok-statistics/, accessed on February 25, 2025.

[627] See Exhibit 59 backup. Some of the top apps by App Store downloads in 2021 in these genres do not monetize through in-app advertising or in-app purchases. This could be because these apps sell physical products or because they are companion apps for physical products. I exclude these apps from my analysis and review additional top apps until I obtain 20 top apps by App Store downloads in each genre.

***Exhibit 59***
***Many app developers monetized their apps using both in-app advertising and in-app purchases/ paid downloads in 2021***

| | | Ads only | In-App purchases only | Combination of ads and in-app purchases |
|---|---|---|---|---|
| | | (1) | (2) | (3) |
| 1. | Entertainment[1] | 40.0% | 0.0% | 60.0% |
| 2. | Games | 0.0% | 0.0% | 100.0% |
| 3. | Lifestyle[2] | 50.0% | 15.0% | 35.0% |
| 4. | Music[3] | 5.0% | 5.0% | 90.0% |
| 5. | **Total Apps Included[4]** | **23.8%** | **5.0%** | **71.3%** |

Source: U.S. Storefront App Store Transaction Data; App Developer Websites.

Note: The table displays the distribution of monetization strategies for the top apps by total App Store downloads in 2021 in each of the Entertainment, Games, Lifestyle, and Music categories as well as for all the apps I examined across all four genres. I considered the top twenty apps in each category that were available on the App Store at the time of my analysis and which had either in-app advertising or in-app purchases.
[1] Three apps were excluded from percentage calculations because they do not have ads or in-app purchases: Ticketmaster, Xbox, and PlayStation.
[2] Seven apps were excluded from percentage calculations because they do not have ads or in-app purchases: SmartThings, myQ Garage & Access Control, LG ThinQ, Toyota, Nest, iRobot Home, and Thumbtack: Hire Service Pros.
[3] Three apps were excluded from percentage calculations because they do not have ads or in-app purchases: Shazam, Bose Music, and Bose Connect.
[4] "Total Apps Included" includes the 80 analyzed apps in the Entertainment, Games, Lifestyle, and Music categories.

371. In my analysis in Section 9.1, I found that some app developers *increased* prices in response to commission rate reductions. One of the possible reasons is that these app developers used mixed monetization strategies. In Exhibit 60 below, I examine the top apps by number of transactions with products that increased prices after enrollment in the SBP, VPP, or implementation of the ARS policy, to determine whether they use a combination of monetization strategies.

372. Among the apps that increased the price of at least one of their products after benefitting from a commission rate reduction, I reviewed the top 20 (by number of paid transactions) participating in the SBP, the top 20 participating in the ARS policy, and all ten such apps participating in the VPP. As shown in Exhibit 60, across these three programs, I find that [redacted] percent of these apps used both in-app advertising and other monetization strategies.[628] For example, [redacted] percent of the apps I consider that increased prices in response to the ARS policy implementation monetized using both ads and other monetization strategies. For these apps that used mixed monetization strategies, the increase in their observed price following the

[628] Price increases could also occur for other reasons and could also reflect underlying noise in prices on the Apple Transaction Data.

commission rate decrease could be driven by fact that the decrease in their commission rate makes their reliance on in-app purchases more profitable relative to in-app advertising.

[redacted]

373. Many consumers made transactions with apps that use both in-app purchases and in-app advertising or paid downloads. Thus, many Class members made transactions with apps that may choose to charge *higher* prices if faced with lower commission rates in the but-for world, and thus such Class members would not be harmed. For example, I documented that all the top 20 App Store games by downloads in 2021 monetized using both in-app advertising and in-app purchases (see Exhibit 59). Of consumer accounts that made at least one transaction in 2021, over 12.5 million, or 12.1 percent of such accounts, made a transaction with one of these top 20 games on the App Store in 2021.[629] If I look at all four app genres I analyzed (rather than just games), over 42.8 million accounts, or 41.3 percent of all accounts that made at least one App Store transaction in 2021, made a transaction with one of the apps that I classified as using both in-app advertising and in-app purchases in Exhibit 60.[630] Similarly, 15.1 million accounts, or 14.7 percent of such accounts, had more than 75 percent of their total App Store spend on these apps in 2021.[631] Moreover, 96 percent of accounts with positive billings downloaded at least one

[629] See Workpapers.

[630] See Workpapers.

[631] See Workpapers.

free-to-download app for which the developer did not make any paid transactions during the entire Class Period.[632]

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

*Executed on March 7, 2025,*



*Lorin M. Hitt*

[632] See Workpapers.