# EXHIBIT 22

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Civil Action No. 4:11-cv-06714-YGR |

# OPENING EXPERT REPORT AND DECLARATION OF LORIN M. HITT, PH.D.

**March 7, 2025**

**Table of Contents**

**1. QUALIFICATIONS** .......... **7**

**2. ALLEGATIONS** .......... **9**

**3. ASSIGNMENT** .......... **10**

**4. SUMMARY OF OPINIONS** .......... **11**

***4.1. Analysis of the Relevant Market(s) (Section 6)*** .......... ***11***

***4.2. Analysis of Whether Apple Has Market Power (Section 7)*** .......... ***14***

***4.3. Analysis of Whether the Challenged Conduct Had an Anticompetitive Effect on Commissions, Output, or Quality (Section 8)*** .......... ***15***

***4.4. Analysis of Whether the Challenged Conduct Increased Prices Paid by Consumers (Section 9)*** .......... ***16***

**5. BACKGROUND** .......... **17**

***5.1. Apple, Apps, and the App Store*** .......... ***18***

***5.2. Consumers on the App Store*** .......... ***29***

***5.3. App developers on the App Store*** .......... ***33***

***5.4. Other app transaction platforms and their headline commission rates*** .......... ***42***

***5.5. Direct distribution by developers*** .......... ***48***

**6. APPLE COMPETES IN MULTIPLE APP TRANSACTION MARKETS WHICH ARE NOT LIMITED TO JUST IOS APP TRANSACTIONS** .......... **50**

***6.1. Competitive conditions for app transactions vary across app genres, indicating that the App Store competes in multiple markets for app transactions*** .......... ***53***

***6.2. The App Store competes in the market for digital game transactions, which is not limited to just iOS app transactions*** .......... ***70***

***6.3. The App Store competes in the market for TV and video streaming app transactions, which is not limited to just iOS app transactions*** .......... ***96***

***6.4. The app transaction markets in which Apple competes are not aftermarkets*** .......... ***118***

**7. KEY MARKET EVIDENCE—INCLUDING MARKET SHARES AND MARKET ENTRY—DEMONSTRATES THAT APPLE LACKS MARKET POWER, AND THUS THE CHALLENGED CONDUCT CANNOT HAVE THE ALLEGED ANTICOMPETITIVE EFFECTS** .......... **127**

***7.1. Apple's market shares in the digital game app transactions market and the video streaming app transactions market are inconsistent with Apple possessing market power in these markets*** .......... ***128***

*7.2. The entry of many new app transaction platforms over time is consistent with low barriers to entry in the digital game app transactions market and the video streaming app transactions market* ........ *133*

*7.3. Apple is constrained by the ability of large App Store users to substitute away from the App Store* ........ *137*

**8. KEY MARKET OUTCOMES—COMMISSION RATES, OUTPUT, AND QUALITY—ARE INCONSISTENT WITH APPLE EXERCISING MARKET POWER OR ITS APP STORE CONDUCT HAVING AN ANTICOMPETITIVE EFFECT** ........ **142**

*8.1. Apple's headline commission rate is comparable to other app transaction platforms and has fallen over time for many types of transactions, as has also occurred on other transaction platforms* ........ *143*

*8.2. Average commission rates paid by developers on the App Store have decreased over time* ........ *147*

*8.3. Developers are increasingly shifting to monetization strategies that do not incur commissions* ........ *151*

*8.4. Output has increased significantly over time in the App Store, as well as in the digital games and video streaming markets* ........ *154*

*8.5. Apple has continued to innovate and has not reduced quality* ........ *161*

**9. EMPIRICAL EVIDENCE AND ECONOMIC REALITIES DEMONSTRATE THAT CLASS MEMBERS WOULD LIKELY NOT PAY LOWER PRICES IF APPLE'S COMMISSION RATES WERE LOWER** ........ **179**

*9.1. Natural experiments demonstrate that app developers would likely not reduce the prices they charge consumers if Apple's commission rates were lower* ........ *181*

*9.2. Economic realities imply that for many transactions, developers are unlikely to reduce prices in response to a commission rate reduction* ........ *198*

**List of Exhibits**

Exhibit 1 Quarterly free downloads, paid downloads, and in-app purchases made through the U.S. Storefront (July 10, 2008 – February 2, 2024) ....23

Exhibit 2 Quarterly developer revenue from initial downloads and in-app purchases made through the U.S. Storefront (July 10, 2008 – February 2, 2024) ....24

Exhibit 3 Share of consumer accounts with positive billings ....30

Exhibit 4 Distribution of consumer accounts by App Store spending (July 10, 2008 – February 2, 2024) ....31

Exhibit 5 Percent of paying consumer accounts with an app download in a given genre through the U.S. App Store (July 10, 2008 – February 2, 2024) ....32

Exhibit 6 Percent of paying consumer accounts with spend in a given genre through the U.S. App Store (July 10, 2008 – February 2, 2024) ....33

Exhibit 7 Distribution of developers by total billings through the App Store (July 10, 2008 – February 2, 2024) ....35

Exhibit 8 Share of revenue generated from subscription in-app purchases by genre and year (January 1, 2009 – December 31, 2023) ....40

Exhibit 9 Commission rates on leading U.S. mobile app transaction platforms ....44

Exhibit 10 Commission rates on leading U.S. PC app transaction platforms ....45

Exhibit 11 Commission rates on leading U.S. console app transaction platforms ....46

Exhibit 12 The percentage of apps that are free-to-download without in-app purchases on the App Store varies by genre (July 10, 2008 – February 2, 2024) ....57

Exhibit 13 The percentage of transactions that are free through the App Store varies by genre (July 10, 2008 – February 2, 2024) ....58

Exhibit 14 The percentage of in-app purchase revenue from subscriptions and non-subscriptions varies by genre (July 10, 2008 – February 2, 2024) ....59

Exhibit 15 The average commission rate for paid in-app purchases on the App Store varies by genre (July 10, 2008 – February 2, 2024) ....61

Exhibit 16 Most developers transacted through the App Store in a limited number of genres (July 10, 2008 – February 2, 2024) ....63

Exhibit 17 The share of total developer App Store revenue earned from transactions within a genre, for developers that transact in that genre, varies by genre (July 10, 2008 – February 2, 2024) ....64

Exhibit 18 The share of revenue from transactions within genre, by number of genres developers transacted in, varies by genre (July 10, 2008 – February 2, 2024) ....65

Exhibit 19 The share of developers in a given genre, by number of genres developers transacted in, varies by genre (July 10, 2008 – February 2, 2024) ....66

Exhibit 20 Many consumer accounts only spend in a limited number of genres through the App Store (July 10, 2008 – February 2, 2024) ....68

Exhibit 21 The percentage of consumer accounts with at least 90 percent of their spending through the App Store in a single genre varies by genre (July 10, 2008 – February 2, 2024) ....69

Exhibit 22 Examples of transaction platforms that provide digital game transactions as of February 2025 ....71

Exhibit 23 Nearly all of the top games on the App Store and Google Play are available on both platforms (2023) ....73

Exhibit 24 Fortnite user accounts access the game through many platforms in the U.S. (February 26, 2018 –November 7, 2021) ....76

Exhibit 25 Many user accounts access Fortnite through multiple platforms in the U.S. (February 26, 2018 – August 9, 2020) ....88

Exhibit 26 Other platforms account for most of the Fortnite hours played and revenue generated by user accounts that accessed Fortnite through iOS in the U.S. (February 26, 2018 – August 9, 2020) ....89

Exhibit 27 A meaningful share of consumer spend on Fortnite in the U.S. diverted from iOS to other digital game app transaction platforms after the Hotfix (January 27, 2020 – February 28, 2021) ....91

Exhibit 28 Video streaming apps were available on many websites and transaction platforms as of 2021[2] ....100

Exhibit 29 Video streaming apps mostly monetize on the App Store through in-app subscriptions (January 1, 2021 – December 31, 2021) ....103

Exhibit 30 Some video streaming apps monetized in other ways beyond subscriptions as of 2021[2] ....105

Exhibit 31 Video streaming apps offering paid transactions through the App Store also offered paid transactions through at least another transaction platform as of 2021 ....106

Exhibit 32 Video streaming apps offering digital content for purchase outside of the iOS app allowed this content to be accessed in the iOS app as of 2021[5] ....108

Exhibit 33 [redacted] ....110

Exhibit 34 Netflix in-app purchase total monthly billings started decreasing after Netflix stopped allowing new users to subscribe through in-app purchases in December 2018 (January 1, 2017 – January 31, 2024) ....112

Exhibit 35 Netflix quarterly global paid streaming memberships showed no decline after Netflix stopped allowing new users to subscribe through in-app purchases in December 2018 (January 1, 2017 – December 31, 2023) ....113

Exhibit 36 Netflix monthly initial downloads in the U.S. App Store showed no decline after Netflix stopped allowing new users to subscribe through in-app purchases in December 2018 (January 1, 2017 –January 31, 2024) ....................114

Exhibit 37 Apple Video Partner Program participants ....................117

Exhibit 38 Apple's share of the U.S. digital game app transactions market is less than [redacted] percent in each year (2010–2023) ....................130

Exhibit 39 Apple's share of the U.S. video streaming app transactions market is below [redacted] percent in each year (2011–2023)....................132

Exhibit 40 App Store commissions [redacted] ....................139

Exhibit 41 App Store commissions [redacted] ....................140

Exhibit 42 Commission rates on the App Store are comparable to other app transaction platforms (January 2025)....................145

Exhibit 43 The quarterly average commission rate for App Store initial app downloads and the share of initial App Store downloads that are paid have both declined over time (July 10, 2008 – February 2, 2024)....................148

Exhibit 44 The quarterly average commission rate for App Store in-app purchases has declined over time (July 1, 2009 – February 2, 2024) ....................149

Exhibit 45 Average commissions from App Store initial downloads have fallen over time (July 10, 2008 – February 2, 2024)....................150

Exhibit 46 Quarterly average commissions from App Store in-app purchases have increased over time due to increases in the prices developers charge for in-app purchases on the App Store (July 10, 2008 – February 2, 2024) ....................151

Exhibit 47 Free downloads comprise the largest percent of transactions, followed by in-app purchases, and paid-downloads, with in-app purchases increasing steadily over time (July 10, 2008 – February 2, 2024)....................153

Exhibit 48 App Store initial downloads and in-app purchases have increased over time (July 10, 2008 – February 2, 2024)....................155

Exhibit 49 Amount spent by U.S. consumers on game transactions has increased over time (2010–2023)....................157

Exhibit 50 The amount spent by U.S. consumers on video streaming transactions has increased over time (2011–2023) ....................160

Exhibit 51 App developers did not reduce prices for the vast majority of products after receiving lower commission rates due to Apple's partner programs and policies ....................183

Exhibit 52 For the vast majority of products, app developers that enrolled in the SBP did not reduce prices after receiving reduced commission rates ....................185

Exhibit 53 For the vast majority of subscription products, app developers did not reduce prices after receiving reduced commission rates....190

Exhibit 54 Hulu did not reduce prices for its "With Ads" product after it experienced a reduction in commission rates ....194

Exhibit 55 For most products, developers did not reduce prices and consumers did not redeem more free trials....196

Exhibit 56 A large share of consumer spending and app transactions for the top in-game purchase products were virtual currencies in 2021[1] ....201

Exhibit 57 All of the top 50 subscription products on the App Store in 2021 were offered through Google Play or an app developer's website and most have uniform pricing across multiple channels....210

Exhibit 58 More than half of VPP products that did not reduce prices after receiving a lower commission rate had uniform pricing across the App Store and a different channel in 2023 ....211

Exhibit 59 Many app developers monetized their apps using both in-app advertising and in-app purchases/ paid downloads in 2021 ....215

Exhibit 60 App developers that increased prices on products that experienced reduced commission rates often used in-app purchases and paid downloads along with in-app advertising to monetize their apps in 2023 ....216

may also provide in-app digital content within iOS apps. Approximately [redacted] app developers had at least one App Store transaction (i.e., had a free or paid app download or in-app purchase transaction) through the U.S. Storefront of the App Store from the launch of the App Store through February 2, 2024.[82] Notably, most developers only made free transactions, with only [redacted] developers, or [redacted] percent of all developers, having paid transactions on the App Store.[83]

65. Even among developers with paid transactions on the App Store, there is a wide distribution in their total App Store billings, which is depicted in Exhibit 7. Nearly [redacted] percent of developers with positive billings have less than [redacted] in total billings through the App Store over the 15 years of available data, and another [redacted] percent have at least [redacted] but less than [redacted] in total billings through the App Store.[84] On the other extreme, [redacted] developers generated more than [redacted] in total billings on the App Store, accounting for [redacted] percent of total App Store revenue in the data.[85]

appslanguages-learn-391008/, accessed on February 24, 2025 ("Java is an official language of Android development […] Android Studio also supports C++").

[82] See Workpapers.

[83] See Workpapers.

[84] See Workpapers. Some developers with minimal revenues but a large number of downloads may be anomalies and may not in fact generate App Store revenue though paid downloads or digital in-app purchases. For example, Ticketmaster, which had over 65 million downloads over the Class Period and does not list any in-app purchases on its App Store page, generated less than $100 in total billings on the App Store during this period. See Workpapers. App Store, "Ticketmaster – Buy, Sell Tickets," available at https://apps.apple.com/us/app/ticketmaster-buy-sell-tickets/id500003565, accessed on February 24, 2025.

[85] See Workpapers.

***Exhibit 7***
***Distribution of developers by total billings through the App Store (July 10, 2008 – February 2, 2024)***




Source: U.S. Storefront App Store Transaction Data

Note: Only developers with positive billings are included. Eleven developers with non-positive billings are excluded. Numbers represent the count of developers in each bar. Each bucket includes the smaller value and excludes the larger value. See Appendix 4 for details regarding App Store transaction data processing.

66. App developers on the App Store also commonly transact with consumers through multiple channels, including other app transaction platforms for mobile devices (e.g., Google Play), PCs (e.g., Steam), consoles (e.g., PlayStation Store), or other devices, as well as developers' own direct distribution channels such as their websites.[86] Similarly, app developers can choose to make their apps and app content accessible on other devices as well as through their own websites (including through websites accessed through iOS browsers) or web apps.[87]

[86] See Section 5.4, where I discuss other examples of non-iOS app transaction platforms.

[87] In contrast to mobile apps, web apps are accessed through a website, require no app download, and can be run on any web browser regardless of the device they are using. See UX Magazine, "Native or Web-Based? Selecting the Right Approach for Your Mobile App," January 29, 2014, available at https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app, accessed on February 24, 2025. I detail this in Section 6.3 and Exhibit 28, where I show that all top video streaming applications are available for download on alternative app transaction platforms in addition to the App Store.

67. Developers have many choices regarding how to monetize each app they offer through the App Store. For example, a developer can choose whether the initial app download is free or paid, what functionalities will be available to consumers for free after the download and what functionality will require an additional payment, how and where the consumers will pay (within the app or through other channels), what price consumers will pay (subject to the requirement that prices fall on one of numerous price tiers), and whether to use in-app advertising.[88]

68. In 2009, the App Store introduced in-app purchases, which provided developers with a new avenue through which to monetize their apps.[89] Prior to this, developers wishing to monetize using a "freemium" model were restricted to providing a free app with limited features alongside a premium paid version.[90] With the introduction of in-app purchases for free apps, developers were able to consolidate these apps into one, providing consumers with the option to try an app for free before purchasing the content that they wanted and providing developers with an avenue through which to upsell to their existing user base.[91] Apple also introduced in-app subscriptions in 2011 that allow developers to set up auto-renewed subscription products that charge consumers at a pre-defined frequency (e.g., weekly, monthly, yearly) through the App Store

[88] Apple Developer, "App Store Connect Help: Manage app pricing," available at https://developer.apple.com/help/app-store-connect/manage-app-pricing/set-a-price/, accessed on March 5, 2025; Apple Developer, "Design: In-app purchase," available at https://developer.apple.com/design/human-interface-guidelines/in-app-purchase, accessed on March 5, 2025; Apple Developer, "In-App Purchase: Simple and safe In-App Purchases," available at https://developer.apple.com/in-app-purchase/, accessed on March 5, 2025; Apple sets a list of price tiers which developers can select from when setting the price of their apps or in-app purchases. Prior to 2022, developers could select from prices ending in $0.99. In late 2022, Apple announced that it was dramatically expanding the number of price tiers available to developers to choose from. See Equinux, "A better App Store Pricing Matrix," January 24, 2019, available at https://www.equinux.com/us/appdevelopers/pricematrix.html, accessed on February 24, 2025; Apple Newsroom, "Apple announces biggest upgrade to App Store pricing, adding 700 new price points," December 6, 2022, available at https://www.apple.com/newsroom/2022/12/apple-announces-biggest-upgrade-to-app-store-pricing-adding-700-new-price-points/, accessed on February 24, 2025.

[89] Apple Newsroom, "The App Store turns 10," July 5, 2018, available at https://www.apple.com/newsroom/2018/07/app-store-turns-10/, accessed on February 24, 2025.

[90] See Apple Developer, "Choosing a business model," available at https://developer.apple.com/app-store/business-models/, accessed on February 25, 2025 ("With freemium models, users pay nothing to download your app and are offered optional in-app purchases for premium features, additional content, subscriptions, or digital goods."); Rob Griffiths, "Apple allows in-app purchasing for free App Store apps," *Macworld*, October 15, 2009, available at https://www.macworld.com/article/200644/appstorepurchasing.html, accessed on February 24, 2025 ("Presently, many developers create a free "lite" version of their program […] to get people interested in the full version of their program.").

[91] Rob Griffiths, "Apple allows in-app purchasing for free App Store apps," *Macworld*, October 15, 2009, available at https://www.macworld.com/article/200644/appstorepurchasing.html, accessed on February 24, 2025 ("With Apple's change in policies, though, there's no longer a need for the 'lite' version of a program. Instead, developers can build a free application that demonstrates some degree of their program's full strengths, and put the rest of the features behind an in-app purchase option"); Dan Frommer, "How iPhone Apps Are Raking In Cash From Virtual Goods," *Business Insider*, November 12, 2009, available at https://www.businessinsider.com/iphone-virtual-goods-2009-11?r=US&IR=T, accessed on February 24, 2025 ("Eliminate is one of the first games to take advantage of a new policy change Apple made, which allows in-app payments in free apps […] What does this change mean? For app publishers, more players and more revenue. For consumers, potentially more free, high-quality games and apps, with premium options available via in-app commerce."); Nayden Tafradzhiyski, "In-App Purchases," *Business of Apps*, June 20, 2024, available at https://www.businessofapps.com/guide/in-app-purchases/, accessed on February 24, 2025 ("In-app purchasing allows app developers to upsell app users from within the mobile app itself, rather than through other marketing channels.").

iOS app without Apple receiving any commission on these transactions.[308] As a result, produced data from video streaming app developers show that the vast majority of video streaming app revenues transact through non-iOS channels.[309]

c. The empirical evidence demonstrates that consumers do substitute video streaming transactions across app transaction platforms. When Netflix stopped allowing new subscriptions through the iOS app, there was no discernible changes on Netflix's overall user base nor on the number of new downloads of the Netflix iOS app.[310]

201. In conclusion, the App store competes in a distinct market for video streaming app transactions in which developers and consumers can, and do, substitute between video streaming app transactions on the App Store with video streaming app transactions on other app transaction platforms and direct distribution by developers. Thus, this market for video streaming app transactions is not limited to iOS transactions.

### *6.4. The app transaction markets in which Apple competes are not aftermarkets*

202. Plaintiffs allege that Apple competes in a "single-brand aftermarket for the distribution of iOS apps and in-app content."[311] However, as I have discussed, Apple competes with other platforms, including platforms on other devices, for app transactions. Therefore, iOS device owners and app developers are able to make app transactions on other platforms and on other devices. As a result, I agree with Professor Jin that the aftermarket framework alleged by Plaintiffs, which she discusses in more detail in her report, is not the correct paradigm for considering competition or the relevant markets in which Apple competes.[312]

203. Moreover, even if it were reasonable to consider the App Store through an aftermarket lens, evidence indicates that the conditions for defining a single-brand aftermarket are not met in the case of the App Store. In particular, Professor Jin describes three requirements for defining a single-brand aftermarket:[313]

---

[308] Section 6.3.3.

[309] Exhibit 33.

[310] Section 6.3.4.

[311] Plaintiffs' Responses and Objections to Defendant Apple Inc.'s First Set of Interrogatories, May 13, 2024, Response to Interrogatory No. 5, p. 9.

[312] Jin Report, Section 4.4.

[313] Jin Report, Section 2 and Section 3.5. See also Opinion by Judge Milan D. Smith, Jr.; Partial Concurrence and Partial Dissent by Judge S.R. Thomas, *Epic Games, Inc. v. Apple, Inc.*, United States Court of Appeals for the Ninth Circuit, No.

a. Customers are locked-in and face significant costs between switching products in the foremarket;

b. Customers are unable to determine the lifecycle costs associated with purchasing the foremarket product; and

c. Customers are uninformed at the time of the purchase of the product in the foremarket of the restrictions on obtaining the aftermarket product.

204. The evidence I have seen shows that none of these three conditions hold in the case of the App Store and iOS devices.

*6.4.1. Consumers are not locked-in to iOS devices and developers are not locked-in to the App Store*

205. As I discussed in Section 6.2.2.1 and Section 6.3.2, consumers multi-home across devices, and surveys show that large shares of iOS device owners also own multiple other devices on which they could make app transactions.

206. Moreover, contrary to Plaintiffs' claim that "consumers were 'locked into' the iOS Device due to its high price tag and … significant costs to switch to another handset,"[314] surveys demonstrate that consumers can and do switch between an iOS device and an Android device.

a. For example, a 2023 Apple survey of recent iPhone buyers finds that [redacted] percent of iPhone buyers switched from another brand.[315] Similarly, a report from the market research company Kantar shows that among prior iPhone owners who had purchased a new phone in 2019, between 14 percent and 19 percent switched to a different operating system from their prior iPhone.[316] The same report found that, among Android previous owners, 8 to 21 percent switched to a different operating system

21-16506, April 24, 2023, pp. 33–34 ("In sum, to establish a single-brand aftermarket, a plaintiff must show: (1) the challenged aftermarket restrictions are "not generally known" when consumers make their foremarket purchase; (2) "significant" information costs prevent accurate life-cycle pricing; (3) "significant" monetary or non-monetary switching costs exist; and (4) general market-definition principles regarding cross-elasticity of demand do not undermine the proposed single-brand market.").

[314] Complaint, ¶ 73.

[315] Apple Market Research and Analysis, "iPhone Buyer," FY23-Q4, APL-APPSTORE_11425222 – 411 at 240 ("Type of buyer - All models: US: Switcher (net)[redacted]).

[316] Apple Market Research and Analysis, "Kantar ComTech USA Report CQ1'20," APL-APPSTORE_10813451 – 535 at 472 ("OS loyalty: Among smartphone owners who changed to another smartphone each quarter: iOS loyalty: CQ1'19 86%; CQ2'19 82%; CQ3'19 81%; CQ4'19 86%").

when purchasing a new smartphone.[317] In addition, a 2021 survey conducted by Prof. Simonson found that 21.9 percent of iPhone owners indicated that "[a]t the time [they] last purchased a new phone, [they] consider[ed] switching to an Android phone as [their] primary or only smartphone."[318] Furthermore, a report from GWI, an audience targeting company, found that, as of 2021, 20 percent of iPhone users were considering switching to Android.[319]

b. Similarly, surveys of iPad owners show significant switching between iPads and other brands of tablets. A 2020 survey from Kantar finds that between 15 and 30 percent of previous iPad owners purchased a tablet from another brand that year.[320] Prof. Simonson's 2021 survey similarly found that 11.4 percent of iPad owners "considered switching from an iPad to an Android at the time they last purchased a new tablet."[321] Moreover, a 2020 survey of iPad buyers by Apple finds that 8 percent of iPads purchased replaced a tablet from another brand.[322] This evidence suggests switching behavior from consumers both from iPads to non-Apple tablets and from non-Apple tablets to iPads.

207. The switching rates between iOS devices and Android devices is comparable to switching rates in other industries. I find that smartphone switching rates are roughly similar to those in other industries:

[317] Apple Market Research and Analysis, "Kantar ComTech USA Report CQ1'20," APL-APPSTORE_10813451 – 535 at 472 ("OS loyalty: Among smartphone owners who changed to another smartphone each quarter: Android loyalty: CQ1'19 85%; CQ2'19 92%; CQ3'19 79%; CQ4'19 84%").

[318] Opening Expert Report and Declaration of Itamar Simonson, Ph.D., March 7, 2025 ("Simonson Report"), ¶ 166 and Exhibit 73.

[319] Zia Muhammad, "Are iOS Users Really More Privacy Conscious Than Android Smartphone Users?" *Digital Information World*, February 6, 2022, available at https://www.digitalinformationworld.com/2022/02/are-ios-users-really-more-privacy.html, accessed on February 18, 2025; GWI, "About us: Modernized Consumer Research with an edge," available at https://www.gwi.com/about-us, accessed on February 18, 2025.

[320] Apple Market Research and Analysis, "Kantar ComTech USA Tablet Report CQ1'21," APL-APPSTORE_11425822 – 898 at 865 ("OS/brand loyalty: Among tablet replacer/repeat owners acquiring in the last 6m/e: iOS/iPad: Q3'20 70%; Q4'20 85%").

[321] Simonson Report, ¶ 168 and Exhibit 78.

[322] Apple Market Research and Analysis, "iPad Buyer," FY20-Q2, APL-APPSTORE_11029055 – 102 at 080 ("Device replaced: All models: US: Other tablet-not iPad (e.g., Galaxy Tab, Kindle Fire, Surface, Surface Pro, Surface Go, etc.) 8%").

a. *Cell phone network providers*: A 2022 YouGov study found that 12 percent of U.S. respondents changed their cell phone network provider in the twelve months prior to the survey.[323]

b. *Banking services:* A study by the consulting firm Kearney finds that over the last fifteen years, the share of U.S. consumers switching primary bank in the previous twelve months ranged from 7 to 17 percent.[324]

c. *Video streaming service subscriptions:* Available survey evidence allows me to measure the share of users currently using a given video streaming service that reported they are unlikely to use the service again in the future. I consider this to be informative about switching rates.[325] According to a 2024 Statista survey, among U.S. consumers of Netflix, eight percent are unlikely to use Netflix again, while for Amazon Prime Video, Hulu, and Max, these shares are 10 percent, 16 percent, and 17 percent respectively.[326]

d. *Digital music services:* Using the same 2024 Statista survey as above, I find that 10 percent of Spotify users in the U.S. are unlikely to use the service again. For YouTube Music, Amazon Music, and Apple Music, these shares are 12 percent, 16 percent, and 20 percent, respectively;[327]

e. *Video game subscriptions:* Using the same 2024 Statista survey as above, I find that 14 percent of PlayStation Plus users in the U.S. are unlikely to use the service again.

---

[323] Rishad Dsouza, "One in six consumers ditched their phone carriers over the last year, here's why," *YouGov*, November 15, 2022, available at https://business.yougov.com/content/44425-one-six-consumers-ditched-their-phone-carriers-ove, accessed on February 26, 2025.

[324] Kearney, "Winning the bank-switching war," June 3, 2021, available at https://www.kearney.com/industry/financial-services/article/winning-the-bank-switching-war, accessed on February 28, 2025.

[325] This is a reasonable approach to measuring switching rates as long as users are expected to purchase another brand of that product in the future. As I discuss in footnote 326 below, only a small share of users report that they do not plan on using any of the surveyed streaming services again.

[326] Statista, "Video-on-demand loyalty by brand: United States of America, 2024," available at https://www.statista.com/global-consumer-survey/tool/44/pro_usa_202400_mda?index=0&absolute=0&population=1&missing=0&rows%5B0%5D=v0205_vide_videoondemand_brandloyalty&tgeditor=0, accessed on February 25, 2025. Only one percent of respondents stated that they would not use any of the listed video streaming services again. This means that users who are unlikely to use the listed brands again are likely to switch to another streaming service product (rather than stop purchasing streaming service products altogether).

[327] Statista, "Digital music loyalty by brand: United States of America, 2024," available at https://www.statista.com/global-consumer-survey/tool/44/pro_usa_202400_mda?index=0&absolute=0&population=1&missing=0&rows%5B0%5D=v1905_digi_digitalmusic_brandloyalty&tgeditor=0, accessed on February 25, 2025. Only one percent of respondents stated that they would not use any of the listed digital music streaming services again.

I also find that 16 percent of both Xbox Game Pass Core and Netflix Games users in the U.S. are unlikely to use the service again.[328]

208. Moreover, the observed switching rates between iOS and Android devices would understate consumers' willingness to switch between an iOS device and an Android device. Consumers may choose to re-purchase the same brand simply because they are satisfied with their existing choice. For example, a consumer who owns an iOS device may choose to stay with Apple when purchasing a new device because the consumer values the features offered by Apple's hardware, software, and services. Indeed, survey evidence demonstrates that most consumers are satisfied with their iOS devices. For example, a 2023 survey of iPhone buyers by Apple finds that [redacted] percent of respondents are satisfied with their device.[329] A survey commissioned by the American Customer Satisfaction Index shows that in 2023 and 2024, iPhone users reported the highest satisfaction rating with their devices, alongside Samsung device users, higher than satisfaction ratings of other device users, including Google Android device users.[330] Similarly, a 2020 survey by Apple reports that 93 percent of iPad owners are satisfied with their iPad.[331]

209. In addition, like consumers, developers are not locked-in to the App Store. As I explained earlier in this section, developers can and do substitute between iOS and non-iOS channels:

a. Developers can offer the same app on multiple platforms. As I explain in Section 6.2, a large share of the developers with the most popular iOS games also use Google Play to make digital game app transactions for the same games, or the other way around.[332] Many game developers also transact with consumers through multiple platforms other than Google Play and allow consumers to use content purchased through one transaction platform to be used across all the consumer's devices.[333]

---

[328] Statista, "Video game subscriptions loyalty by brand: United States of America, 2024," available at https://www.statista.com/global-consumer-survey/tool/44/pro_usa_202400_mda?index=0&absolute=0&population=1&missing=0&rows%5B0%5D=v2005_vide_videogamesubscriptions_brandloyalty&tgeditor=0, accessed on February 25, 2025. Only one percent of respondents stated that they would not use any of the listed video game subscription services again.

[329] Apple Market Research and Analysis, "iPhone Buyer," FY23-Q4, APL-APPSTORE_11425222 – 411 at 304 ("Overall satisfaction - all models: US: Satisfied (net) [redacted]").

[330] American Customer Satisfaction Index, "Cell Phones," available at https://theacsi.org/industries/manufacturing/cell-phones/, accessed on February 25, 2025.

[331] Apple Market Research and Analysis, "iPad Buyer," FY20-Q2, APL-APPSTORE_11029055 – 102 at 086 ("Overall satisfaction: All models: US: Satisfied (net) 93%").

[332] See Section 6.2.1.2 and Exhibit 23.

[333] See Section 6.2.1.4.

Similarly, many video streaming app developers transact through multiple platforms and allows consumers to access, on their iOS app, content purchased outside iOS.[334]

b. Developers also decide on whether, when, and how much to invest in a given game for a particular digital game app transaction platform by weighing the relative benefits of different platforms. These decisions can occur continuously as developers allocate resources to the improvements of existing products or the development of new products. For example, as I explain in Section 6.2.1.3, Epic first launched Fortnite on Xbox, PlayStation, PC, and Mac and subsequently on mobile platforms.[335] Moreover, as I explain in Section 6.2.1.3, many technical tools (e.g., Unity, Unreal Engine, CryEngine, GameMaker Studio) exist to provide developers with the option to distribute their games and make digital game app transactions across a wide range of platforms.[336]

210. In summary, both consumers and developers substitute between iOS and non-iOS platforms so that neither of these groups are locked-in to the App Store for app transactions.

*6.4.2. Consumers can determine the lifecycle costs of purchasing an iOS device*

211. Consumers have the ability to determine the lifecycle costs, i.e., the total costs of a device and the cost of any apps or in-app purchases made on that device, at the time of purchase of an iOS device. The prices of digital content sold on the App Store are transparent and available even to users who do not have an iOS device. In particular, the prices are listed on the App Store's website, including both the price of an app as well as the price of commonly purchased in-app content.[337]

212. In fact, some consumers have a strong incentive to determine the costs of apps and in-app purchases they will make on an iOS device at the time of purchase due to the significant amount of spending performed on paid downloads and in-app purchases on the device. Using the App Store Transaction Data, I calculate the total consumer spend on the App Store over the lifetime

---

[334] See Section 6.3.3.

[335] Fortnite Press Release, "Announcing Fortnite Battle Royale for Mobile," March 8, 2018, available at https://www.fortnite.com/news/mobile-announce, accessed on March 6, 2025 ("Fortnite Battle Royale is coming to mobile devices! On phones and tablets, Fortnite is the same 100-player game you know from PlayStation 4, Xbox One, PC, and Mac.").

[336] See Section 6.2.1.3.

[337] For example, Minecraft on the App Store website is listed at $6.99 and the in-app content "Minecraft Store Item 2" is listed for $1.99. See App Store, "App Store Preview: Minecraft: Play with Friends," available at https://apps.apple.com/us/app/minecraft-play-with-friends/id479516143, accessed on February 25, 2025.

free-to-download app for which the developer did not make any paid transactions during the entire Class Period.[632]

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

*Executed on March 7, 2025,*

*Lorin M. Hitt*

[632] See Workpapers.