# EXHIBIT 26

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

————

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 7, 2024

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

*Via Electronic Mail*

Eli Lazarus
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715

      Re:    *In re Apple iPhone Antitrust Litig.*, No. 4:11-cv-06714-YGR (N.D. Cal.) – Payor
           Data

Dear Mr. Lazarus:

      Our continued review of Apple's September 12, 2024, production of payor data has revealed two discrepancies between how the payor data was produced for purposes of the sample and how it was produced on September 12. We appreciate your clarifying the points below at your earliest convenience.

      *First*, regarding the "█████████████████████: in the sample data, Apple recorded a value for every payor record provided. In the September 12 production, however, there are ████████████ records (about ████ of the total data set) for which the ██████████████d field has a value of "NA." Please confirm whether Plaintiffs should be expecting to see this "NA" value, and if so, please explain why it is populated for so many payor records. If not, please produce a corrected version of the September 12 production as soon as possible.

      *Second*, regarding the "█████████████████████ field: the prior data dictionary Plaintiffs received for analyzing the sample identified potential invalid values appearing in this field to include "[Missing in DS]," "NA," and "X." However, it appears that in the September 12 production, Apple utilized a different hashing process, as the values provided in the previous data dictionary do not match any of the values that appear in the ████████████████" field in Apple's September 12 production. Please provide us with a revised data dictionary as soon as possible.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Mr. Eli Lazarus
October 7, 2024
Page 2

We are available to meet and confer at your earliest convenience if helpful.

Very truly yours,

*/s/ Kyle M. Wood*

Kyle M. Wood


cc:  Counsel of Record