# EXHIBIT 32

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
| | Hon. Yvonne Gonzalez Rogers |

EXPERT REPORT OF

**ALAN D. MACCORMACK**

IN SUPPORT OF PLAINTIFFS

MARCH 6, 2025

By: _____

Alan D. MacCormack

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

1    QUALIFICATIONS ........................................................................................................... 4

2    ASSIGNMENT ................................................................................................................... 6

3    SUMMARY OF OPINIONS ............................................................................................ 7

4    OVERVIEW OF SOFTWARE / MOBILE APPLICATION DEVELOPMENT AND OPERATIONS . 12

    4.1    SOFTWARE DEVELOPMENT REQUIRES IDENTIFYING USER OR MARKET NEEDS, BUILDING THE DESIRED FUNCTIONS, AND TESTING THEM .......................................................................................................... 13

    4.2    THE WATERFALL METHOD OF SOFTWARE DEVELOPMENT IS RIGID AND MANDATES SIGNIFICANT DEVELOPMENT EFFORTS UP-FRONT IN A PROJECT BEFORE TESTING WITH USERS AND RELEASE TO THE MARKET ..... 13

    4.3    THE AGILE APPROACH IS ITERATIVE AND SUPPORTS FLEXIBLE DEVELOPMENT BASED ON EARLY USER FEEDBACK ........................................................................................................................................... 14

    4.4    DEVELOPERS OFTEN ACTIVELY OPERATE AND MAINTAIN THEIR SOFTWARE AFTER COMPLETING DEVELOPMENT ................................................................................................................................... 15

5    OVERVIEW OF MOBILE APPLICATION DEVELOPERS' REVENUES AND COSTS ..................... 17

    5.1    USERS, RATHER THAN SPECIFIC DIGITAL GOODS OR SERVICES, ARE THE APPROPRIATE UNIT TO EVALUATE THE ECONOMICS OF DEVELOPERS .................................................................................................... 17

    5.2    MOBILE APPLICATIONS CAN GENERATE REVENUE EITHER DIRECTLY THROUGH USER PAYMENTS FOR SERVICES, OR INDIRECTLY AS INTERMEDIARIES BETWEEN USERS AND THIRD PARTIES ..................................... 19

    5.3    DEVELOPERS TYPICALLY INCUR SUBSTANTIAL FIXED COSTS IN THE EARLY STAGES OF APP DEVELOPMENT AND TRANSITION TO VARIABLE COSTS DURING THE OPERATIONAL PHASE ........................................... 22

    5.4    SUBSTANTIAL FIXED COSTS ARE INCURRED IN THE EARLY STAGES OF DEVELOPMENT TO PRODUCE AND RELEASE INITIAL VERSIONS OF SOFTWARE ................................................................................... 23

    5.5    SUBSTANTIAL VARIABLE COSTS ARE INCURRED BY DEVELOPERS AS THEY OPERATE AND SCALE THEIR APPS 24

6    DATA AND METHODOLOGY USED TO DERIVE GENRE GROSS MARGIN ESTIMATES ......... 36

    6.1    GENRE GROSS MARGIN IS DEFINED AS THE PERCENTAGE OF REVENUE REMAINING AFTER SUBTRACTING THE TOTAL VARIABLE COSTS INCURRED TO SERVE A SINGLE USER, AVERAGED ACROSS ALL DEVELOPERS WITHIN A GENRE  36

    6.2    I RELY ON COUNSEL-PROVIDED DATA, PUBLICLY AVAILABLE INFORMATION, AS WELL AS INDUSTRY KNOWLEDGE TO ESTIMATE GENRE GROSS MARGINS ........................................................................ 39

    6.3    METHODOLOGY AND APPROACH TO ESTIMATING GROSS MARGINS ...................................................... 43

7    COMPREHENSIVE ANALYSIS OF VARIABLE COST SHARES AND GENRE GROSS MARGINS 50

    7.1    ROYALTIES ................................................................................................................................ 50

    7.2    USER ACQUISITION AND RETENTION (UAR) COSTS ................................................................... 59

    7.3    INFRASTRUCTURE COSTS ........................................................................................................... 67

    7.4    MAINTENANCE & SUPPORT COSTS ............................................................................................ 72

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

7.5     SUMMARY OF VARIABLE COSTS AND GROSS MARGINS ACROSS GENRES .................................................................76

**APPENDIX A: OVERVIEW OF PROVIDED FINANCIAL DATA.................................................................. 80**

**APPENDIX B: GENRE-SPECIFIC ESTIMATION OF VARIABLE COST SHARES AND GROSS MARGIN RANGES.................................................................................................................. 83**

1.     GAMES...........................................................................................................................................85
2.     MUSIC + ENTERTAINMENT................................................................................................................93
3.     SOCIAL NETWORKING + LIFESTYLE....................................................................................................99
4.     IMAGING – PHOTO & VIDEO + GRAPHICS & DESIGN.........................................................................103
5.     HEALTH & FITNESS + MEDICAL.......................................................................................................108
6.     WORKFLOW TOOLS – DEVELOPER TOOLS + PRODUCTIVITY + UTILITIES...........................................113
7.     EDUCATION ..................................................................................................................................117
8.     READING – BOOKS + MAGAZINES & NEWSPAPERS + NEWS + REFERENCE.........................................120
9.     BUSINESS + FINANCE.....................................................................................................................125
10.    SPORTS .........................................................................................................................................129
11.    NAVIGATION + TRAVEL..................................................................................................................132
12.    WEATHER ......................................................................................................................................136
13.    OTHERS – CATALOGS, FOOD & DRINK, SHOPPING, AND STICKERS...................................................139

**APPENDIX C: METHODOLOGY, ASSUMPTIONS AND ADJUSTMENTS IN ESTIMATING GENRE GROSS MARGINS .....................................................................................................................140**

1.     I ESTIMATE RANGES, RATHER THAN PRECISE VALUES .......................................................................140
2.     I ADJUST VARIABLE COST SUMS TO ACCOUNT FOR INTERDEPENDENT COST CATEGORIES ...................140
3.     I ADJUST THE LOWER END OF A GGM IF IT SUGGESTS A LOSS-MAKING OUTCOME ...............................141
4.     I ASSUME THAT VARIABLE COST SHARES ARE COMPARABLE ACROSS PLATFORMS ..............................141
5.     I MAKE TWO ASSUMPTIONS TO DEMONSTRATE THAT IN THE ABSENCE OF GRANULAR DATA, TOTAL REVENUE AND COSTS CAN BE USED TO ESTIMATE THE GROSS MARGIN ASSOCIATED WITH PAID USERS ..........................................141

**APPENDIX D. MATERIALS RELIED UPON .............................................................................148**

**APPENDIX E. CURRICULUM VITAE OF ALAN D. MACCORMACK.......................................... 161**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# 1    QUALIFICATIONS

1.   My name is Alan MacCormack. I am the MBA Class of 1949 Adjunct Professor of Business Administration at Harvard Business School, where I am a member of the Technology and Operations Management unit. I received a BSc in Electrical and Electronic Engineering from the University of Bath (England) in 1987, an MSc in Management from the MIT Sloan School of Management in 1992, and a Doctor of Business Administration (DBA) from the Harvard Business School in 1998. I joined the Harvard Business School faculty in 1998. From 2008 through 2011, I was on the faculty at the MIT Sloan School of Management, as a Visiting Associate Professor. I returned to Harvard Business School in my current position in 2011. My resume is provided in Appendix E.

2.   My academic research explores the management of innovation, technology and product development in high technology industries, with a focus on the software industry. I have authored or co-authored over 50 peer-reviewed journal articles, working papers, book chapters, conference proceedings and other publications. I have published several peer reviewed papers that focus on the costs associated with the development and maintenance of software. My research has involved gathering qualitative and quantitative data on the conduct of over 200 different software development projects, and analyzing quantitative data on the design of over 1,000 different software releases. My papers have appeared in leading academic journals, such as Management Science and Research Policy, trade journals, such as IEEE Software, and management journals, such as Harvard Business Review and Sloan Management Review. Collectively, my papers have been cited 5,000 times in published work on innovation, software design and development. Several of my papers have been finalists and/or winners of "Best Paper" awards.

3.   During my career, I have taught a variety of courses that cover diverse aspects of the software industry. In support of these courses, I have written over 50 cases, teaching notes and module notes which describe the business and operations of software firms, their product development, marketing, and their underlying cost structures. My cases rank among the best sellers on these topics, with over 200,000 copies distributed to date. To develop these cases, I spent hundreds of hours working with leading firms in the software, computer and telecommunications industries. I have worked extensively with leading software firms like Microsoft (Office and .NET) Red Hat, Yahoo!, Netscape and Activision; industry leaders like Intel, Siemens and General Motors; research organizations like NASA; and a variety of software start-ups. In addition to my research on startups and software companies, I also work closely with technology and software startups as part of my teaching responsibilities. Through two courses – FIELD and LaunchLab – I helped create at Harvard Business School as part of the MBA curriculum, I mentor and guide MBA students exploring various startups and work with them as they progress from idea to product to business.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Most of these startups are in the software industry with a significant portion of them featuring mobile applications and operations as part of their strategy.

4.  I am being compensated in this case at a rate of $800 per hour for my time. My compensation is not dependent on the outcome of this case or on my opinions expressed in this matter. Support for the development of this report was provided by Keystone Strategy LLC, a global strategy and economic consulting firm. Keystone staff, working under my direction and supervision, conducted the required research and analyzed the data used in this report. I receive compensation from Keystone based on staff billings accrued while supporting me in this matter. Keystone staff periodically consulted me to review data and research, conduct analyses, and assist with drafting and editing the report. Compensation to Keystone is also not dependent on the outcome of this case.

Expert Report of Alan D. MacCormack                    5                    No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## 2    ASSIGNMENT

5.  Upon review of pertinent materials, publicly available information, and other sources as provided to me, I understand that this matter concerns anticompetitive conduct that Apple Inc. engaged in, especially as it relates to the pricing of its app distribution services through the Apple App Store. I understand that Apple levies a fee of approximately 30% of revenue generated by users' purchases of apps and in-app digital goods through the Apple App Store. I further understand that Plaintiffs are seeking to establish the consequent economic damages to consumers as a result of Apple's alleged anticompetitive conduct, and that the model used for estimating the economic damages does so by genre, and uses as an input a range of variable costs experienced by typical developers in a genre. Given this context, I have been asked by Counsel for Consumer Plaintiffs ("Counsel") to:

- Explain the process of developing software, historically, and specifically mobile applications, and describe developers' ongoing efforts to operate and maintain applications and their businesses

- Describe the costs associated with the development and operations of software and mobile applications, and –
   - Explain the broad categories of fixed and variable costs incurred in software development and operations, and
   - Explain the various variable costs incurred by mobile application developers

- Estimate the range of variable costs incurred by a typical developer in each genre of apps available on the App Store[1]

6.  My work on this matter is ongoing. The opinions and findings outlined in this report are based on the analysis I have done to date and the information that is available to me at this time. I reserve the right to revise or supplement my opinions as other relevant information becomes available.

---

[1] I understand from Counsel that an application on the Apple App Store can be classified into the following categories, which I have been instructed to interpret as the genres under consideration – Book, Business, Catalogs, Developer Tools, Education, Entertainment, Finance, Food & Drink, Games, Graphics & Design, Health & Fitness, Lifestyle Magazines & Newspapers, Medical, Music, Navigation, News, Photo & Video, Productivity, Reference, Shopping, Social Networking, Sports, Stickers, Travel, Utilities, and Weather.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## 3    SUMMARY OF OPINIONS

7.    As stated above, my primary assignment was to provide an expert opinion on the cost structures of app developers. I was asked to pay particular attention to the variable costs that such developers incur, the factors that impact the magnitude of these costs, whether such costs vary by genre, and their overall impact on the profitability (i.e., gross margin) of developers across a range of different genres.

8.    I believe that users, rather than digital goods and services, are the appropriate unit of analysis for evaluating the economics of app developers. Measuring per-user revenues and costs captures all the expenses associated with offering products to users and facilitating user engagement. Such an analysis offers a comprehensive view of a developer's business, capturing important costs that might be missed by an analysis focusing only on digital goods, which form a small part of the overall service delivered to users.

9.    I identify five types of variable costs that developers incur during the lifecycle of an app: royalty costs, user acquisition and retention (UAR) costs, infrastructure costs, maintenance & support costs, and distribution & payment processing costs. In my opinion, these costs vary with the number of users and hence are variable costs. I detail their nature, and the factors that affect their overall magnitude, **in Section 5**.

10.    To evaluate the impact of developers' variable costs across App Store genres, I define a metric called the Genre Gross Margin (GGM), which quantifies the difference between revenues and variable costs for all developers within a genre (an App Store category that groups apps with similar functionalities) as a percentage of their revenue.[2] To calculate GGM values, I analyze and estimate averages for four of the variable costs noted above: royalties, UAR, infrastructure, maintenance & support. I exclude distribution & payment processing costs – covered by the App Store commission – from my analysis and rely on the information provided by counsel instead. The full derivation of the Genre Gross Margin formula is provided in **Section 6.1** and **Appendix C**.

11.    To perform my analysis, I was provided with 71 records of usable financial information from 68 unique developers, which I refer to as Developer Cost Data. Each developer in this dataset shared financial records for one or more of the variable costs noted above, spanning one or more years. I supplemented the Developer Cost Data where information was known to be missing, if it could be reliably accessed from public filings such as 10Ks, and other robust sources of financial information and created a dataset with a total of 762 datapoints. Finally, I used public information, such as academic and industry reports, surveys,

---

[2] I define this term because gross margin and contribution margin are both accounting terms of art, and specifically defining GGM allows for more readability than using those terms in their technical sense.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

and other sources that provide financial information to further inform my estimates of the variable costs. I also draw on my years of experience in software development to inform and validate my estimates. I provide a detailed explanation of all data sources and their applications in **Section 6.2** and **Appendix A**.

12. I was provided with a list of the top 100 highest-grossing applications (by transaction value) in each App Store genre, which I refer to as "Top 100 Apps Data." I use the top 10 highest grossing applications from this list, which, on average, account for 56% of the total genre revenue, to identify similarities amongst the leading apps of various genres. I use similarities in functionality, technical designs, and business models among these apps to combine their respective genres into groups.[3] Grouping software with similar functions is a widely used approach for analyzing their costs, performance and design, and enables more robust estimates by increasing the number of data points pertaining to each group. As a result, I consolidate 27 App Store genres into 16 groups, 4 of which I further combine into the "Others" category due to data limitations. A comprehensive list of these groups and the rationale for their formation are outlined in **Section 6.3** and **Appendix B.**

13. I was provided with per-genre transaction revenues and effective commission rates levied by Apple on each genre. I use this data to estimate developers' gross revenue if they report their net revenues (after commission deductions). I also use this data to establish a lower bound for genre average gross margins, to ensure that the ranges I estimate constrain app developers to be profitable over the longer term.

14. I conduct three key pieces of analysis and find that two of the four variable costs defined above, namely royalties and UAR costs, are substantially higher in magnitude and exhibit much greater heterogeneity by genre, as compared to infrastructure and maintenance & support costs. Figure 1 and Figure 2 show the distribution of developer variable costs for each genre on the App Store.[4] While I do not use this information directly in assessing variable costs, I use patterns in the data to motivate why I calculate different ranges for these costs by genre group.[5] In **Sections 6.3 and 7**, I discuss in detail how I employ this methodology to arrive at my estimates of these costs.

---

[3] Top 100 Apps Data.

[4] The charts only include genres and genre groups for which I have usable cost data.

[5] The horizontal lines inside the boxes pertain to the median cost value for a given genre. Section 6.3.2.1 offers a detailed explanation of box plots and their significance in my analysis.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



15. I find that infrastructure, and maintenance & support costs are substantially lower, and do not appear to vary significantly by genre. Hence, I combine the developer data with industry studies, as well as my own experience, to estimate a cost for these activities, which I then apply to all app genres. **Sections 7.3** and **7.4** detail the process I follow to arrive at these estimates.

16. The charts displayed in Figure 3 illustrate the significant overlap between the royalty and UAR cost shares observed in the developer data and the ranges that I have estimated. In **Sections 7.1.3** and **7.2.3** I analyze their alignment and discuss any deviations.

Expert Report of Alan D. MacCormack                9                No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



17. Table 1 summarizes my final GGM estimates for all genre groups. To ensure a conservative approach, I produce ranges, rather than point estimates, to account for the natural heterogeneity in the developer data received and of the business models and technical designs observed even between apps within the same genre. I also rely on other publicly available financial data and assess the results of my analysis against my academic and professional experience. I conclude that my estimated cost ranges are fully aligned with a range of industry benchmarks. Section 7.5 and Appendix B provide a comprehensive derivation of these values, outlining in detail all assumptions and adjustments made to address data gaps and enhance accuracy.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



18. My range estimates represent intervals within which the developer average in each genre lies. They are constructed to be conservative, hence I believe the average gross margin for the genre will fall between the minimum and maximum values provided. Of course, individual developer data may still fall outside these values, given the diversity of practices seen across developers.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## 4    OVERVIEW OF SOFTWARE / MOBILE APPLICATION DEVELOPMENT AND OPERATIONS

19. In this section, I provide a brief overview of the history of software development, its evolution over time, and the impact of these changes on developers' revenue streams and costs throughout the lifespan of their software.

20. The earliest "computers" were created in the middle of the 20th century and were a combination of simple electrical circuits with limited flexibility. They could only perform the functions for which they were physically configured (e.g., arithmetic), and any change in functionality required modifying the physical hardware itself. Advances in circuit technology eventually led to increasingly complex hardware that could flexibly perform multiple functions based on specific instructions (i.e., software). The advent of software fundamentally transformed computers. By allowing hardware to be reprogrammed for various tasks, programmers could now create instructions that the hardware could follow, enabling the same physical machine to perform a wide array of functions by merely altering the software code rather than the hardware components themselves.[6]

21. As digital technology continued to evolve, the rise of mobile devices in the late 20th and early 21st centuries marked a significant shift in how technology was accessed and utilized. Mobile phones, tablets, and other portable devices became increasingly powerful, capable of performing complex tasks that were once reserved for desktop computers. This portability, combined with the rise of mobile applications or "apps," has made mobile devices indispensable tools for both personal and professional use. Apps have become the primary means through which users interact with their mobile devices, offering a wide range of functionalities from communication to entertainment and productivity. The explosion of mobile applications has been driven by advancements in software development methods, cloud computing, and the ubiquity of wireless internet, making mobile devices a central component of modern digital life.[7]

22. To attract and acquire users, developers of software, and mobile applications in particular, must design and build software that performs specific functions that are valuable to users. Developers begin by identifying the needs of users (also known as "pain points"), building software to meet these needs, and then crucially, continuing to operate their software to support user requirements. In the present era of development, most mobile applications are not static, but instead are constantly evolving in response to new users and their

---

[6] John L. Hennessey, David A. Patterson, & Krste Asanović, A., *Computer Architecture: A Quantitative Approach*, 5th ed. (Elsevier, 2012).

[7] Lee Humphreys, *The Qualified Self: Social Media and the Accounting of Everyday Life* (Cambridge, MA: MIT Press, 2018).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

needs. Operating and maintaining a mobile app therefore means not only finding bugs, but also adapting content, features, compatibilities etc. in response to evolving user demands. In this section, I describe the process of software development and operations and explain how developers' chosen development and operational models influence their economic outcomes.

**4.1    Software development requires identifying user or market needs, building the desired functions, and testing them**

23. As mentioned earlier, software is a foundational aspect of the technology industry and enables multiple uses for digital electronic devices. For example, various software applications running on a single laptop computer might enable users to create documents, analyze financial information, edit photos, create musical songs, or access published content on the internet. The use cases run into the thousands. Devices such as mobile phones are no different in this respect – the diversity of possible use cases is fulfilled by the software that is designed and built to run upon them (i.e., apps).

24. Fundamentally, all software, including mobile applications, is designed to produce some valuable output to users. To achieve this output, a developer must first identify user needs, design and develop software to fulfill these needs, and then test that software to ensure it functions correctly. This cycle is repeated, when a developer identifies additional opportunities to improve the app, or users demand new features and functions.

25. While all developers must perform these steps to build software and acquire users, there are various methods to accomplish them. These methods of, or approaches to, software development are best captured using a spectrum with two popular choices of software development – the Waterfall method, and the Agile method – at each end. At one extreme is the Waterfall method – a method first introduced in the early years of the software industry. In this process, a project is broken into distinct stages for specification / planning, development, and testing with zero overlap and enforced linearity (i.e., no stage can start before the preceding one is complete), and no "iteration" is allowed (i.e., cycling back to earlier stages). On the other hand, modern application development tends to follow an "Agile" approach (i.e., features and functions are developed in short sprints and released to users). Based upon their feedback, further rounds of design and development then occur. Hence the requirements evolve continuously throughout a project.

**4.2    The Waterfall method of software development is rigid and mandates significant development efforts up-front in a project before testing with users and release to the market**

26. The Waterfall approach to software development is a linear and sequential methodology. In other words, it moves in only one direction, similar to a waterfall. This approach, introduced in the 1970s, is divided into phases including *Requirements Gathering*, *System Design*, *Implementation (coding)*, *Integration and Testing*, *Deployment*,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

and *Maintenance*. Each phase must be completed before the next begins, with minimal overlap or iteration. For example, all requirements must be gathered before *any* design or development work is started.[8]

27. A key benefit of the Waterfall model is its clear structure and defined stages, which makes project management easier. Detailed documentation is created throughout the process, providing a blueprint for the entire development lifecycle. It works well for projects with well-understood requirements and little anticipated change, making it suitable for situations where compliance and predictability are essential (e.g., the software for operating a nuclear power station). However, the Waterfall model also has significant shortcomings, related to its rigidity and lack of flexibility. Once a stage is completed, revisiting or modifying earlier stages becomes costly and difficult. This makes it unsuitable for projects where requirements evolve or cannot be fully understood at the outset (e.g., as with many new applications developed after the introduction of the World Wide Web). Additionally, testing occurs later in the development cycle, after all of the features and functions have been developed, meaning major issues might only be discovered after significant work has been completed, leading to higher risks of project delays or failures. Over the years, studies have often shown Waterfall models of development run higher risks of exceeding budget, running late and not satisfying user requirements.[9] Hence, in the mid-1990s, during the first ".com" era, many technology-based firms sought an approach that would work better in uncertain environments.[10]

### 4.3 The Agile approach is iterative and supports flexible development based on early user feedback

28. As described earlier, while the Waterfall approach helped reduce the number of changes, it was often prone to significant delays and did not offer the flexibility developers needed to satisfy continuously evolving user demands.[11] Developers of modern software (e.g., the first internet era applications), and subsequently mobile applications, instead chose to adopt what is called an "Agile" approach to development, given this method allows for quick responses to user feedback.[12] It also "derisks" software and app development, by ensuring that a company is always building something that a user wants. As a developer moves through the

---

[8] "Waterfall Methodology: A Complete Guide", Adobe Experience Cloud Blog, March 18, 2022, https://business.adobe.com/blog/basics/waterfall. Date accessed: February 20, 2025.

[9] Scott Ambler, "IT Project Success Rates: 2013 Open Research", Ambysoft, http://www.ambysoft.com/surveys/success2013.html. Date accessed: February 20, 2025.

[10] Marco Iansiti and Alan MacCormack, "Developing Products on Internet Time", Harvard Business Review, September-October, 1997, https://hbr.org/1997/09/developing-products-on-internet-time. Date accessed: February 20, 2025.

[11] "Why Agile Methodology Matters Even If You're Not A Project Manager", Rome Business School, March 14, 2024, https://romebusinessschool.com/blog/agile-methodologies/. Date accessed: February 20, 2025.

[12] Dan Irascu, "US Report on Mobile App Development", Tech Behemoths, March 5, 2024, https://techbehemoths.com/blog/us-report-mobile-app-development. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

development process, they continuously have a choice of strategies for how to proceed. They may *Persist*, if feedback on the product is positive. They may *Pivot*, if the user requirements are not being met, but there is an opportunity to create a product of lasting value. Or they may *Perish* – discontinue development, in the face of evidence that the initial hypothesis was wrong (which can save firms from substantial loses).

29. Software built using an Agile approach is broken down into smaller independent parts that are built in increments during multi-week "sprints." An Agile project often starts with the development of a Minimum Viable Product (MVP) – a basic version of the app that includes only the most essential features. The MVP allows the developer team to quickly launch a functional product and acquire initial users and gain feedback on its performance. Once the MVP is made available, developers focus on acquiring users for whom the initial functionality is well-suited. These users provide valuable feedback on the app's core functionality, helping the development team identify areas for improvement, and prioritize the next set of features to be added in the next sprint. This process is then repeated, while adding new users to the initial set of users. Hence, the product design evolves continuously over the life of the project. In many modern firms, this Agile development process is connected to the process through which firms release software into "production" (i.e., make it available to users) – a movement called "DevOps." In such firms, development and operations are essentially integrated, and features that are developed in one iterative cycle are automatically released to users (via software "updates") in the next.

30. Modern software, like mobile apps, is often built using various development platforms that provide tools to monitor user behavior and feedback. Such infrastructure helps developers identify issues in the software as they plan for the next iteration of new feature development and defect resolutions. The iterative or cyclical process ensures that software evolves over time to better meet user expectations and market demands. Such iterations are frequent and often driven by app usage – as a firm's user base increases, the complexity of its software increases in parallel to meet the needs of current users and attract future customers. Conversely, apps that fail to attract new users often see reduced development activity and, in some cases, an app may fail to gain enough users to warrant continued development and be discontinued.

## 4.4    Developers often actively operate and maintain their software after completing development

31. Irrespective of whether software is developed using a Waterfall or Agile method (or some combination of methods that falls in-between), developers are never fully "done" once the initial development is complete. After software is released, developers continue to play an active role in ensuring the app or software continues to function smoothly, and that users can access and use it effectively. There are various methods for delivering software to users. In the early years of software, users were responsible for installing and using software on their local machines. They would often pay a developer or a third party for maintenance

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

& support services. Over time, this model evolved as developers began separating out functionality that could be maintained centrally by a developer (server-side software), while user-specific interactions ran on the user's infrastructure or devices (client-side software). Separating the functions required developers to update their operating processes – they now needed to continuously monitor applications / software as they were running (as opposed to building and shipping "shrink-wrapped" products), and monitor ongoing usage to identify issues and fix them thereafter.

32. Modern software, particularly mobile applications, is characterized by the frequent delivery of updates. Historically, users might purchase a software license for a specific version and continue using that version indefinitely. However, as technology has evolved, developers now commonly offer continuous updates to ensure defects are corrected, and users always have the latest features and improvements. Updates allow developers to adapt their software (almost) in real-time and respond to market demands and user feedback. The shift has made the user experience more dynamic and aligned with technological change. Consequently, developers are continuously developing, operating and updating applications.[13]

---

[13] 28% of developers on the Google Play Store update their applications on a weekly basis. Laura Ceci, "Frequency of mobile app updates on the Google Play Store as of January 2025", Statista, January 15, 2025, https://www.statista.com/statistics/1404434/google-play-store-app-updates-by-frequency/. Date accessed: February 20, 2025.

Expert Report of Alan D. MacCormack                    16                              No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## 5    OVERVIEW OF MOBILE APPLICATION DEVELOPERS' REVENUES AND COSTS

33. In addition to impacting the frequency of new features and updates, the development and operational strategies adopted by software developers affect the cost structures and overall economic viability of their apps. One consequence of the shift towards the Agile approach has been the change in the magnitude and types of costs associated with software development. The classical Waterfall approach requires developers to incur large costs associated with planning and development before any users can access their software. On the other hand, the Agile approach focuses on incremental delivery and thereby allows developers to acquire users and revenue earlier in the development process before incurring further costs in support of acquiring additional users and delivering services to them.

34. The operating and delivery models of software also impact how developers generate revenue. While traditionally developers charged a license fee for software that users could then install on their devices, various shifts in the technological landscape, especially the growth of mobile devices, have altered the landscape such that developers both need and make use of more fine-grained control over the pricing and billing strategies for their software (e.g., usage-based pricing, monthly subscriptions etc.).

35. In this section, I provide an overview of the economic landscape of application developers. First, I describe why users are the relevant economic unit for analyses of software and mobile application developers. I then detail the various sources of revenue and types of costs incurred by developers as they build and operate their mobile applications. Note that I primarily focus on variable costs because, per my assignment, they are the most relevant category of costs that I have been asked to estimate.[14]

### 5.1    Users, rather than specific digital goods or services, are the appropriate unit to evaluate the economics of developers

36. Software and mobile applications generate revenue in exchange for user access to various features, functions, or services. For example, a user may stream a video on one app, purchase in-app currency to unlock additional game features in another and manage their finances in yet another application. Across apps, a consistent transaction emerges – users engage with the developer's platform or service and generate revenue in exchange, while the developer incurs costs to facilitate the interaction. Therefore, measuring per-user costs and revenues over a given period offers a comprehensive picture, as it factors in all the expenses required to maintain and serve each user and reflects the broader economics of user engagement

---

[14] My review of the costs in Section 5 is generally applicable to all software. However, per my assignment, I focus my explanations on mobile applications, which are a subset of software.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

with the software. Indeed, interest in users as the unit of analysis is reflected in metrics commonly used and reported by software developers, such as monthly or annual Average Revenue per User (ARPU) and Average Revenue per Paying User (ARPPU).

37. A different method of evaluation would be to consider the revenue and costs per digital good or service sold, such as a token in a game. In such cases, the cost of creating another unit (i.e., the marginal cost), is often extremely low, sometimes approaching zero.[15] While this approach may accurately measure unit profitability *per product or digital good*, it does not fully capture the business of developing and operating a mobile application. For example, by focusing only on the costs of creating the digital goods, this approach does not account for all the other costs leading up to the revenue generated from the sale of the goods.[16]

38. First, a digital good is consumed by a user only if the user both has some utility for it and is aware of it. To have a digital good to sell, the developer must therefore incur the cost to create the digital good and to build the broader functionality to enable users to access and use it. In addition, in a crowded universe with millions of mobile applications for sale and developers using sophisticated strategies to attract users, developers also compete to increase awareness of their applications among users. While some developers may benefit from word of mouth of existing users, others incur the cost of marketing or advertising their application to potential users. Indeed, the data produced by developers shows that some spending for UAR is universal (see Figure 7, below), as very few apps could expect to generate significant growth without spending on user acquisition. There would be no sale of the digital goods or services without a functioning and operational application, and little without expanding the user base. Considering costs only at the level of the digital good wrongfully overlooks the necessary costs incurred prior to the user engaging with the digital good.

39. Next, two users purchasing the same digital item could lead to varying costs for the developer. For example, the cost of the sale of a digital good to a new user can differ significantly from the cost of a sale to an existing user. To attract a new user, the developer typically incurs acquisition costs prior to the sale, whereas

---

[15] In his expert reports, Professor Hitt refers to various academic sources to support this view. *See* Expert Report and Declaration of Lorin M. Hitt, PhD, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, March 10, 2023, page 76.

[16] Indeed, it is my understanding that while being deposed, Professor Hitt suggested that while hosting costs would not be considered variable at the transaction level, they could be variable at the level of the user. *See* the Expert Reply Report of Professor Daniel L. McFadden, PhD, In Support of Plaintiffs' Renewed Motion for Class Certification, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, June 23, 2023, footnote 147, "Prof. Hitt conceded that hosting costs could be variable. See Hitt 2023 Deposition, 60:5-17. ("Q What about hosting costs, do you consider them to be variable, fixed, or marginal? A So it depends on how the company has structured themselves. I would consider a lot of that variable. But, again, you have to be careful about what the relevant unit is. So, for example, a lot of these free-to-play games do have to support for example, hosting has to support their user base. That may or may not have any increment on the additional, for example, transaction. So they're variable in the sense of number of users, but users is not the same thing as the number of transactions.")".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the existing user might need incentives for retention. This difference in costs would not be accounted for if one narrowly focused on the cost of crediting a new user with a digital token. Therefore, while the marginal cost of producing an individual digital good may approach zero, it does not account for the marginal cost of serving an additional user. The latter accounts for all expenses associated with serving the user and collecting the corresponding revenue and is an appropriate metric for evaluating the profitability of a developer.[17]

### 5.2    Mobile applications can generate revenue either directly through user payments for services, or indirectly as intermediaries between users and third parties

40.    Developers generate revenue from two distinct types of users: "paid" and "free" users. Paid (also referred to as "paying" or "premium") users pay for access to features and functions within a mobile application. Free users, on the other hand, access and use the features within a mobile app at no cost. In the latter model, developers often generate revenue through third parties via, for example, hosting ads or providing access to user data.[18] Regardless of whether revenue is generated through paid or free users, user engagement clearly serves as the primary driver of revenue for developers, which once again indicates that evaluating a developer's financial performance and business model on a per-user basis is both logical and effective.

41.    There are several avenues through which developers can generate revenue from paid and free users, which I describe in greater detail below. While I present an overview of the revenue generated from both types of users, the primary focus of my assignment and analysis is the revenue generated by paid users.

42.    **Paid Downloads –** Paid Downloads refer to the revenue generated when users are required to pay an upfront, and often one-time, fee to access an app. Users are willing to pay for such apps because they typically provide an ad-free experience, enhanced features, or specialized content that differentiates them from free apps. Paid Downloads were a popular source of revenue during the early days of app development when monetization of apps mirrored that of other software, which required an upfront license

---

[17] This view is consistent with that of Professor McFadden. In his 2021 Reply Report, Prof. McFadden states that "[m]arginal costs in my model do not merely represent the "production and distribution," "replication," or cost of in-game currency: in my model marginal costs represent all of the different variable costs that come along with app developers' iOS app monetization business." *See* the Expert Reply Report of Professor Daniel L. McFadden, PhD, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, October 19, 2021 ("McFadden Reply Report"), paragraph 74.

[18] In general, users who pay, commonly referred to as "paid users," are not shown advertisements. However, some developers generate revenue from the same user both via paid methods, and via advertisements.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

fee for perpetual access. However, over the years, the growth of subscriptions and microtransactions has reduced the popularity of Paid Downloads as a monetization strategy.[19]

43. **In-App Purchases (IAPs) –** IAPs include both individual purchases and subscriptions, and are a major source of revenue for many developers, accounting for over ▮ of App Store transaction revenue.[20] In this model, users often download an app with basic features and functions for free and unlock additional content, features, or services within the app by making individual or one-off purchases (microtransactions) or recurring payments (subscriptions). In gaming apps, for example, users can make one-off purchases of virtual goods, tokens, or levels to enhance their experience. Other apps, such as music streaming or personal finance apps, allow users to subscribe and pay recurring fees to continuously access certain advanced functions. Developers often add new functionality and content, such as game levels, skins, or features, to encourage user engagement. Such ongoing development is directly linked to revenue generation, as new offerings can entice users to make additional purchases.

44. IAPs are a dominant revenue stream for developers across multiple genres because they enable continuous revenue generation from an existing user base. Instead of relying solely on upfront payments, developers incentivize users to engage with new content and features that are released incrementally. In this sense, IAP revenue from a user is not just about one-time revenue for access to a fixed set of features or functions, but also about providing users with continuous access to app features and incentivizing users to remain engaged with the app. The recurring nature of IAPs allows developers to fund ongoing development and ensure the app remains relevant and competitive.

45. **Advertising –** Advertising is the largest source of revenue among mobile apps, although a small fraction of it comes from paid users.[21] In the ad-supported model, developers typically generate revenue by displaying advertisements to users that do not pay for the app (i.e., free users). The advertisements are paid for by third-party advertisers who wish to reach the developer's user base. The model works particularly well for free-to-download apps, where the goal is to maximize user engagement without charging the user directly. Revenue from advertising is typically tied to impressions, clicks, or other engagement metrics.

---

[19] As of January 2025, over 95% of apps on the Apple App Store are free to download. *See* Laura Ceci, "Distribution of free and paid apps in the Apple App Store and Google Play in January 2025", Statista, January 16, 2025, https://www.statista.com/statistics/263797/number-of-applications-for-mobile-phones/. Date accessed: February 20, 2025.

[20] Table 2; Transactions and Effective Commissions Data. Note that Table 2 labels IAPs (i.e., individual one-off purchases) and subscriptions separately.

[21] Laura Ceci, "Mobile apps revenue worldwide from 2020 to 2029, by segment", Statista, January, 2025, https://www.statista.com/forecasts/1324000/global-app-market-revenue-monetization-segment. Date accessed: March 3, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

While advertising to free users may be lucrative for some developers, in general, developers aim to convert free users to paid ones by employing various user acquisition tactics, such as offering discounts or access to exclusive functionalities.[22] Throughout this report, I term paid downloads and IAPs as *digital revenue* and refer to earnings from sources like advertising as *ancillary revenue.*

46. Developers may opt for one or a combination of two or more monetization approaches described above. Some developers choose paid downloads as the sole source of revenue and charge for access to their app upfront, while others offer their services for free and generate revenue through advertising. On the other hand, developers of "freemium" (i.e., "free" and "premium") apps offer users free access to a basic version of their app, which often includes ads, while charging a fee for an ad-free experience and access to more advanced features. Developers of such apps therefore generate revenue from at least two distinct sources: advertising through free users, and in-app purchasing through paid users.

47. According to industry reports, while paid users generally constitute only 2-5% of a freemium app's user base, [23, 24] the revenue they generate is disproportionately higher than that derived from free users. In particular, the revenue generated through the paid audience of a particular app (i.e., via paid downloads and/or IAPs) accounts for 70% to 90% of the developer's total revenue from that app, while 10 – 30% of the revenue is generated from sources like advertising.[25, 26] Some developers, such as Game Studios, term the highest spending users as "whales," and note that in some cases the top 1% of users account for 50% of their revenue, while the top 10% generate 90% of their revenue.[27, 28]

---

[22] Another way of generating ancillary revenue is the collection and sale of user data. In this model, the value lies in the developer's ability to collect large amounts of data that can be analyzed and sold to businesses looking for insights into user behavior, preferences, and demographics.

[23] Vineet Kumar, "Making "Freemium" Work", Harvard business Review, May, 2014, https://hbr.org/2014/05/making-freemium-work. Date accessed: February 20, 2025.

[24] Jingyan Li et al., "Freemium design: Optimal tier differentiation models for content platforms", *Transportation Research Part E*, (2024).

[25] Nilay Patel, "Duolingo CEO Luis von Ahn wants you addicted to learning", The Verge, October 14, 2024, https://www.theverge.com/24267841/luis-von-ahn-duolingo-owl-language-learning-gamification-generative-ai-android-decoder. Date accessed: February 20, 2025.

[26] Andrea Knezovic, "How to Market to Whales: Attracting Big Mobile Game Spenders", Udonis, June 7, 2024 https://www.blog.udonis.co/mobile-marketing/mobile-games/market-whales. Date accessed: February 20, 2025.

[27] Andrea Knezovic, "How to Market to Whales: Attracting Big Mobile Game Spenders", Udonis, June 7, 2024 https://www.blog.udonis.co/mobile-marketing/mobile-games/market-whales. Date accessed: February 20, 2025.

[28] Eric Johnson, "A Long Tail of Whales: Half of Mobile Games Money Comes From 0.15 Percent of Players", Vox, February 26, 2014, https://www.vox.com/2014/2/26/11623998/a-long-tail-of-whales-half-of-mobile-games-money-comes-from-0-15. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

48. One of the core value propositions of premium access in many mobile apps is an ad-free experience. Consequently, including ads in paid subscription tiers can lead to user dissatisfaction.[29] To avoid this, developers are often encouraged to provide users with an option to opt out of ads altogether in exchange for a fee.[30] Nevertheless, while uncommon, some developers do supplement their digital revenue from paid users by also generating ancillary income through advertising. For example, certain Newspaper apps, like the New York Times, drive subscriptions by limiting the number of articles that users can read for free, while continuing to serve ads after the subscription is purchased. Similarly, apps like LinkedIn that are largely supported by free users but offer additional features and functions to premium subscribers, serve ads to both types of users.[31] In such apps, paid users typically account for a relatively low portion of developers' ancillary revenue. If 2 – 5% of an app's users are paid users, as noted above, then it is intuitive that paid users account for about 2 – 5% of ancillary revenue, which, in turn, accounts for only 10 – 30% of a developer's total revenue.[32, 33] Notable exceptions to this are music and video streaming apps, such as Netflix and Hulu, which generally do not offer free access to any of their content and serve ads as part of their cheapest subscription tiers, thereby generating *all* of their ancillary revenue through paid users.[34]

## 5.3 Developers typically incur substantial fixed costs in the early stages of app development and transition to variable costs during the operational phase

49. As described in Section 5.1, developers' revenues derived from the sale of digital goods are a result of a broader effort that extends beyond just the production of those goods and encompasses delivering the goods to users, as well as fostering user engagement and interaction. In this section, I describe the various types of costs associated with developing and operating a mobile app, explain the relationship between

---

[29] "Around 53.9% of app users opt for watching ads only because the ad-free version of the app incurs a cost." Mark Raymond, "In-app Advertising: Trends, User Perception, and Challenges", GoodFirms, January 15, 2025, https://www.goodfirms.co/resources/in-app-advertising-trends-perception-challenges. Date accessed: February 20, 2025.

[30] "Monetization in Games: Choosing the Right Approach", StudioKrew, July 31, 2024, https://studiokrew.com/blog/game-monetization-choosing-the-right-approach/. Date accessed: February 20, 2025.

[31] Brian Dean, "Hulu Viewership and Subscriber Statistics: How Many People Watch Hulu?" Backlinko, May 22, 2024, https://backlinko.com/hulu-users. Date accessed: February 20, 2025.

[32] Nilay Patel, "Duolingo CEO Luis von Ahn wants you addicted to learning", The Verge, October 14, 2024, https://www.theverge.com/24267841/luis-von-ahn-duolingo-owl-language-learning-gamification-generative-ai-android-decoder. Date accessed: February 20, 2025.

[33] Andrea Knezovic, "How to Market to Whales: Attracting Big Mobile Game Spenders", Udonis, June 7, 2024 https://www.blog.udonis.co/mobile-marketing/mobile-games/market-whales. Date accessed: February 20, 2025.

[34] In the App Store, such apps are generally classified into Music and Entertainment genres. While Entertainment apps often feature ad-supported subscription tiers, Music streaming apps provide both ad-supported and ad-free subscriptions. However, some content on music streaming apps (e.g., podcasts) feature embedded ads that are served to all users (i.e., paid users contribute a portion of the ad revenue generated through such content).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

these costs and the number of users engaging with an application, and present evidence of their scale using publicly available information.

50. As part of the software development process, developers incur certain expenses before they are able to start generating revenue, such as those associated with setting up the necessary infrastructure and creating minimum functionality for their app. After deploying initial versions of their applications and acquiring an initial user base, developers start incurring ongoing costs to deliver and facilitate users' engagement with their services. Based on commonly accepted definitions, I categorize costs that do not vary with output, (i.e., costs that are independent of the number of users eventually consuming the service) as "Fixed Costs." I categorize costs that change with the number of users and generally increase as an application reaches a larger user base as "Variable Costs."

51. While certain costs are variable in the long-run and depend directly on the number of users, there may be times when they appear to be fixed. This could be due to a multitude of factors ranging from the time horizon that is considered in the analysis to the idiosyncratic choices of developers. I do not attempt to explain the factors that drive such behavior and instead outline the cost categories that I deem variable and discuss their relationship with the number of users.

**5.4    Substantial Fixed Costs are incurred in the early stages of development to produce and release initial versions of software**

52. As described earlier, app developers that follow the Agile methodology often build a basic functioning product before acquiring their initial users and generating early revenue. At a minimum, developers will need to incur costs to design and implement various early features and functions within the application, use supporting software and other tools to build and test the application, and like many organizations, pay for office space leases, administrative staff, as well as tax and legal services. In this section, I briefly describe such costs and explain why I deem them to be fixed with respect to the number of users.

5.4.1    <u>Research & Development (R&D) costs are unrelated to the number of users that engage with an application</u>

53. Though the Agile method minimizes the amount of upfront development activity prior to onboarding users (as compared to the Waterfall method) there are still some initial development costs of building a new mobile application. Such costs remain constant regardless of how many users the app eventually serves. In the Agile development process, to build the first prototype or MVP, a team of developers, designers, and product managers work together to conduct market research, and build a minimum set of features or functions and target initial users. The costs incurred typically include salaries for R&D teams, project management expenses, and other resources needed to create the app's core features and infrastructure.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Regardless of whether the app ultimately attracts 100 or 10,000 users, the costs associated with the initial development remain unchanged.

54. The classification of R&D costs, and cost-reporting practices in general, vary across firms and industries. Some firms categorize these costs as encompassing not only the expenses associated with the primary implementation of a new software product, but also ongoing expenses related to enhancement, maintenance, and support activities for that product. In contrast, I make a clear distinction between the costs attributed to initial R&D efforts and ongoing maintenance & support efforts carried out by software firms – while the former are fixed, I deem the latter as variable for reasons explained in Section 5.5.4.

### 5.4.2    General and Administrative expenses are fixed and do not scale with the size of the user base

55. Another group of costs that generally remain fixed are General & Administrative costs. These expenses include office rent, utilities, salaries for administrative staff, legal and accounting fees, and other overhead costs required to keep the business running.[35] They remain constant regardless of the app's performance and the number of users, as they are not directly tied to the acquisition or delivery of services to new users. For example, whether the app serves 100 or 10,000 users, the rent for office space and the salaries of non-production staff typically remain unchanged.

## 5.5    Substantial Variable Costs are incurred by developers as they operate and scale their apps

56. While fixed costs described in the previous section are concerned with foundational stages of application development, variable costs are incurred by developers during the operation of their apps and the delivery of relevant services to users.

57. Once developers lay the groundwork and cover the initial fixed costs to launch the first version of their app, the focus of their operations shifts to several key workflows. These include delivering the app and relevant in-app services to users, facilitating payment processes for paid offerings, refining the app to meet market demands and user expectations, scaling the data storage infrastructure to meet growing data and user needs, as well as performing regular quality control to maintain system reliability. As developers perform these operations, they incur the following five main categories of variable costs: royalties, user

---

[35] In some cases, General and Administrative costs are combined with expenses associated with Sales and reported together. I specifically exclude Sales from this categorization and address them in more detail in later sections, under the combined category of "Sales & Marketing." As will be explained, I classify this category to be variable with respect to the number of users.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

acquisition and retention (UAR) costs, infrastructure costs, maintenance & support costs, and distribution & payment processing costs.

58. In the remainder of this section, I provide an overview of each of the variable costs, as well as the factors that impact their magnitude. Given the scope of my assignment, I focus my discussions on royalties, UAR, infrastructure, and maintenance & support costs. I provide a brief explanation of distribution & payment processing costs but do not assess them independently and instead rely on information provided to me by Counsel regarding their magnitudes.

### 5.5.1  Royalties are incurred by developers for licensing third-party content and are variable with the number of users

59. Royalties are incurred by developers to access Intellectual Property (IP) that is created by third parties (e.g., independent creators) and share the content with their users. While royalties are generally associated with digital entertainment, such as games, music and television shows, they are present in any industry where IP is created and distributed by distinct parties. Independent creators of content, such as musical bands and artists, typically enter into agreements with publishers and distributors to make their creations accessible to customers. In return, the distributors and publishers pay an agreed-upon fee to the creator or owner of the IP.

60. Developers that perform such publishing and distribution functions incur royalty fees to feature third-party content in their applications. Royalty rates depend on a variety of factors, such as, for instance, the popularity of the creator or the value of the intellectual property, and are oftentimes negotiated via private contracts. For example, Spotify Inc., the developer of a popular music streaming app Spotify, notes in its regulatory filings that it pays royalties to artists whose music is streamed by users and does so based on various unique contracts and agreements that may include pricing based on the number of users or streams.[36]

61. The process of setting royalty amounts, in addition to being driven by private contracts, also varies by industry. For example, in the Music industry, streaming services typically need two types of rights to stream music – publishing rights for the lyrics and related content and recording rights for the specific version or

---

[36] Spotify Technology S.A., Form 20-F for the fiscal year ended December 31, 2023, pages 15-16, 44, https://s29.q4cdn.com/175625835/files/doc_financials/2023/ar/26aaaf29-7cd9-4a5d-ab1f-b06277f5f2a5.pdf. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

recording of the song. I do not describe in detail the specifics of each industry or app genre and rather explain the factors contributing to variations in royalty costs.

62. **Music –** As mentioned earlier, royalties in the music industry are often incurred to access both the song itself and the specific version of it that is being distributed. The specific royalty rate is dependent on various factors including the popularity of the artist or the recording studio that owns the rights, the geographic location in which the song is being streamed, and even the type of user streaming the song (i.e., free or paid).

63. **Entertainment –** Developers in the "Entertainment" genre generally provide applications that enable users to stream video content. Example applications include popular streaming video on demand (SVOD) services such as Netflix, Hulu etc. Royalties incurred by the developers of such apps vary depending on the type of video streaming service they provide. For example, Netflix provides a mix of its own content and movies and television shows created by others under licensing or royalty agreements. Similarly, apps like YouTube TV enter into agreements with broadcasters of live television to provide access to live television streams. Other developers offer movies for rent and pay studios or movie creators each time a movie is rented. As with royalties in the Music industry, Entertainment royalty rates vary based on the popularity of the content and the number of viewers reached. For example, Netflix paid $500MM for the rights to stream the popular Sitcom Seinfeld around the world. On the other hand, Hulu, a competing SVOD service paid $130MM for the same show, but only for USA domestic rights.[37]

64. Note that the primary source of monetization for influencers on entertainment platforms like YouTube is advertising, rather than royalties.[38] Content creators primarily generate revenue through ad placements in their videos, while also having access to alternative income streams such as subscription-based revenue shares or merchandise sales. As a result, these earnings are distinct from royalties.

65. **Games –** The applicability of royalties to game developers varies considerably. Independent creators of new games often do not incur royalties if they are not using any third-party content. On the other hand, large game studios that create games based on other popular content, such as movies, pay royalties to the owners of the content they feature in their games. In addition to using non-game content from various

---

[37] Rick Porter and Lesley Goldberg, "Netflix Lands 'Seinfeld' Rights in $500M-Plus Deal After Losing 'Friends' and 'The Office'", The Hollywood Reporter, September 16, 2019, https://www.hollywoodreporter.com/tv/tv-news/netflix-lands-seinfeld-rights-losing-friends-office-1239934/. Date accessed: February 20, 2025.

[38] "Monetization for Creators", YouTube, https://www.youtube.com/howyoutubeworks/product-features/monetization/#overview. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

sources, some game developers support the creation and publishing of independent games and compensate original creators via royalties.

66. Many other industries and app genres incorporate royalty-based costs. These include Books, with publishers paying royalties to authors, as well as News and Newspaper apps where wire services charge royalties for reporting content.

67. Royalties can also be incurred in exchange for functional, rather than creative, content. For example, a developer building an app that provides transit or commute information may pay a third party for the use of traffic data in various cities. Payments of this kind are common in apps that rely on difficult-to-obtain data and are typically called "data license fees" or "API fees." It is intuitive that the cost of such data would also be proportional to its usage – a third party with highly valuable information is incentivized to maximize their own revenue. For instance, OnX Maps, a navigation application that provides users with maps of remote regions for outdoor activities, licenses satellite data from Planet Labs for its specific use case, rather than incurring the cost of launching its own satellite into orbit.[39] Review of the Planet Labs pricing structure reveals that the pricing of the data changes based on usage.[40] Another example of this type of payment is the finance application Robinhood, which provides users with the ability to buy and sell financial assets like stocks and ETFs. Robinhood licenses data from Nasdaq TotalView, which provides Robinhood users with real-time data on financial markets, including prices on equities, commodities, and options.[41] This data is charged on a per-subscriber basis, effectively charging a royalty for usage.[42]

5.5.2 <u>UAR costs are a common component of ongoing Sales & Marketing expenditure and scale proportionally with the growing number of participating users</u>

68. One of the main objectives of mobile app developers is to create awareness of their offerings among potential users and convert them to active and revenue generating users. Further, once potential users are converted into active users, developers need to incentivize users to stay and continue engaging with their offerings. These initiatives to attract and retain users result in various costs, which I define as UAR Costs.

---

[39] Lauren Neville, "Satellite Data on the Go: Planet and the onX suite of apps Enable Your Outdoor Adventures", Planet, September 28, 2023, https://www.planet.com/pulse/satellite-data-on-the-go-planet-and-the-onx-suite-of-apps-enable-your-outdoor-adventures/. Date accessed: February 20, 2025.

[40] "Pricing Plans and Packages", Sentinel Hub Pricing, https://www.sentinel-hub.com/pricing/. Date accessed: February 20, 2025.

[41] "What's Level II Market Data?", Robinhood Help Centre, https://robinhood.com/us/en/support/articles/level-ii-market-data/. Date accessed: February 20, 2025.

[42] "Nasdaq North America Market Pricing", Nasdaq Data Link, https://data.nasdaq.com/price-list?category=U.S.+Equities#tv. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

69. Common strategies employed by developers to attract users include targeted advertising and promotional offers, and broader marketing efforts like events or conferences. The costs associated with these strategies are variable and change based on several factors, including the number of users reached, the platforms and operating systems targeted, the maturity of the application, or the specific industry or genre in which the application operates.

70. Consider a developer that uses digital advertising as their primary user acquisition strategy. To advertise their apps, developers have two options: the traditional approach of signing direct deals with publishers (i.e., the operators of platforms that display ads) and programmatic advertising. In a direct deal, a developer signs an agreement with a publisher, which guarantees that the developer's ad will be displayed on the publisher's website at a negotiated price, for a specified duration, and often at an agreed-upon frequency. Programmatic advertising is more dynamic – developers use software tools to place real-time bids on available ad slots and secure them at dynamically determined prices based on competition. Regardless of the approach, the resulting UAR costs, as evident from the metrics used to measure them, vary with the number of users. Commonly used metrics include Cost per Install (CPI), whereby developers pay publishers each time an ad viewer installs the advertised app, and Cost per Action (CPA), where developers pay for each user that installs their app *and* performs a desired action within the app, such as creating an account or making an in-app purchase.[43] Other popular metrics include Cost per Lead (CPL), which is based on the number of ad viewers that become potential leads by, for example, signing up for the developer's newsletter, or Cost per Impression (CPM), where developers pay for every thousand instances of their ad being viewed by a user, and others.[44] As is evident from the definitions of these metrics, they are all based on the number of potential or already acquired users, making advertising costs variable with the user base reached.

71. Similarly, if a developer enters into partnerships with influencers or other individuals with large audiences on popular social media platforms and structure the payments as sales-based commissions (e.g., commission per install), UAR costs will increase proportionally with the number of purchases made, and therefore, the total number of users engaging with the app. Alternatively, a developer can utilize reward

---

[43] Happy Das, "CPM vs CPC vs CPA vs CPL vs CPI: Which Is Better", headerbidding, December 21, 2023, https://headerbidding.co/cpm-vs-cpc-vs-cpa-vs-cpl-vs-cpi/. Date accessed: February 20, 2025.

[44] Happy Das, "CPM vs CPC vs CPA vs CPL vs CPI: Which Is Better", headerbidding, December 21, 2023, https://headerbidding.co/cpm-vs-cpc-vs-cpa-vs-cpl-vs-cpi/. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

programs, offering discounts and other types of incentives for existing users to invite others. The cost of such reward programs will also scale proportionally with the growing number of participating users.

72. The magnitude of the specific rates of performance-based UAR strategies is impacted by a variety of other factors, such as the geography of the target audience (e.g., developed regions tend to have higher rates due to heightened competition), the users' operating systems (iOS users are generally more expensive to acquire due to increased purchasing abilities), and the genre of the app. For instance, the gaming genre is highly competitive, which requires developers to increase their investment into user acquisition. On the other hand, developers that are focused on a narrower niche might benefit from word-of-mouth and need not invest in large advertising campaigns to increase awareness.

5.5.3   Infrastructure costs are influenced by developers' technical design choices and increase as the number of users engaging with the app grows

73. Infrastructure is a broad term that encompasses the essential systems and tools that support application development and management, including data storage, client and server-side processing power, networking capabilities and source code management, among other components. It forms the backbone of developers' operations and enables them to deliver the full value of applications to users. In the remainder of this section, I analyze the key drivers of variations in infrastructure costs, including user base size, technology stack, development practices and genre-specific requirements.

74. Developers have two primary options for hosting their infrastructure: on-premises servers or cloud-based solutions. The on-premises model requires developers to provision their own physical servers and other equipment on-site with a pre-defined capacity. Cloud-based hosting, on the other hand, allows users to purchase virtual servers, storage and other resources from third-party providers.

75. Regardless of the hosting solution chosen by a developer, the incurred infrastructure costs vary with the number of users, though the way they scale differs. As the number of users increases, so does the need for additional storage, processing power and bandwidth, thereby driving up the associated costs. On-premises costs are typically high upfront and require additional servers to be purchased when a growing user base approaches the existing infrastructure's capacity constraint, resulting in a stepwise cost schedule. In contrast, expenses associated with cloud-based solutions often scale directly as the number of users increases. Many cloud providers, such as Amazon Web Services (AWS), Microsoft Azure and Google

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Cloud, offer "pay as you go" pricing models where users pay for "what [they] use,"[45] enabling developers to purchase infrastructure with the minimum capacity needed and scale up as storage requirements increase. Due to this flexibility, many modern applications are developed and operated on cloud infrastructure.

76. Commonly used infrastructure services from cloud providers like Amazon Web Services (AWS) are priced based on actual resource consumption and allow users to scale costs dynamically with their usage. For example, Amazon Aurora, a relational database service, charges users a monthly fee based on the amount of storage consumed, measured per gigabyte. Input/output operations, such as database read and write requests, are billed on a usage basis at a fixed rate per million requests. Note that developers do not even need to provision storage or the input/output operation capacity in advance – both scale automatically based on usage.[46] Similarly, API (Application Programming Interface) calls to the database are metered based on usage. APIs are a way that two software systems communicate with one another. For instance, when an app retrieves data or updates records in a database, it does so via an API. Such API queries to and from the Amazon Aurora database are measured and billed in 32KB increments for data sent or received via the API.

77. Among other fundamental choices made by app developers that impacts infrastructure costs is the choice between a "server-centric" and "client-centric" design for an app. Fundamentally, all applications need a client-side service (i.e., source code that is uploaded to the App Store and then installed on an Apple device). Therefore, the distinction between a server-centric and client-centric app is whether a majority of the functionality is incorporated into the client-side source code or whether it rests on a remote server, which user devices communicate with over a network to access the desired functionality.

78. This design choice affects infrastructure costs because it dictates what type of infrastructure is required. For example, Spotify, the audio streaming application, hosts the content on a public cloud provider,[47] and delivers it to users over an internet connection. Spotify's infrastructure costs include the cost of storing the music in a data center or in another remote location and running its services, such as music

---

[45] *See* "Google Cloud Pricing", Google Cloud, https://cloud.google.com/pricing/?hl=en. Date accessed: February 20, 2025; "Choose the Azure account that's right for you", Microsoft Azure, https://azure.microsoft.com/en-gb/pricing/purchase-options/azure-account. Date accessed: February 20, 2025; "AWS Pricing", AWS, https://aws.amazon.com/pricing/?nc2=h_ql_pr_ln&aws-products-pricing.sort-by=item.additionalFields.productNameLowercase&aws-products-pricing.sort-order=asc&awsf.Free%20Tier%20Type=*all&awsf.tech-category=*all. Date accessed: February 20, 2025.

[46] "Amazon Aurora Pricing", AWS, https://aws.amazon.com/rds/aurora/pricing/?did=ap_card&trk=ap_card. Date accessed: February 20, 2025.

[47] Spotify Technology S.A., Form 20-F for the fiscal year ended December 31, 2023, pages 15-16, 44, https://s29.q4cdn.com/175625835/files/doc_financials/2023/ar/26aaaf29-7cd9-4a5d-ab1f-b06277f5f2a5.pdf. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

recommendations, on the cloud. The client-side source code is limited to handling user-specific functionality, such as display preferences. On the other hand, a client-centric application, such as one that enables users to store private notes on their mobile device, would not require significant cloud resources. As such, developers with client-centric applications are likely to incur lower infrastructure expenses than those who build server-centric applications. Note that for both client-centric and server-centric applications, infrastructure costs vary with the number of users, because regardless of the extent to which an app relies on server infrastructure, the resource requirements will increase as more users start using the app. Server-centric apps rely more heavily on on-premises or cloud infrastructure to accommodate a growing user base, while client centric apps may need to track various versions of the source code to support multiple client devices and incur increasing costs to store such source code.

### 5.5.4    Ongoing costs related to software maintenance & support depend on the quality of software design and development and grow with an expanding user base

79. While the infrastructure operations described above are required to host the software and ensure the seamless delivery of services with the growing number of users, developers need to perform continuous maintenance & support to keep the software functioning properly. This includes addressing any technical errors and security vulnerabilities, iterating on the software to release new versions, adapting the software to be interoperable with various device types and operating systems, as well as providing customer support services. I refer to the costs associated with these operations as maintenance & support costs.

80. By industry standards, software maintenance costs can be broken down into four distinct areas: Corrective Maintenance (to address errors in function), Adaptive Maintenance (to adapt to a changing environment), Perfective Maintenance (to deliver new features to users that preserve the value of the software), and Preventative Maintenance (to prevent deterioration of the application and allow it to operate for a longer period of time). In my opinion, the majority of costs resulting from these activities are variable with the number of users. I provide an overview of each activity and explain how the associated costs correlate with the number of users in the following paragraphs.

81. **Corrective Actions –** Modern software, especially the type that must operate in a variety of diverse end-user environments, rarely operates without defects. While most defects are typically found during the development and testing of an application, some are destined to reach the end-user, and must be detected, fixed, and integrated into a new version of the software for release to users (i.e., in a "patch"). As the number of users increases, so does the number of environments that the software is exposed to, and the number of possible combinations of states that can produce problematic behaviors. Hence, as the number of users increases, so does the number of "bugs" that are detected in software, giving rise to increasing costs, as developers are devoted to taking corrective action. Most firms typically "batch" up bug fixes, and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

release them in a new version, which may also incorporate new features (see below). On occasion however, a defect is so impactful or dangerous that a fix may have to be released purely to correct a single error (e.g., the recent Crowdstrike defect brought many businesses to a halt around the world).[48] The costs of corrective action come in the form of salaries for test and development staff, as well as a variety of software tools, used to detect, track and correct defects (also known as bug tracking systems).

82. **Perfective Actions –** Perfective software maintenance is focused on the evolution of requirements, and the development of new features that keep current customers engaged with a product, increase their use of (and purchases within) a product, and ultimately, attract new customers to a product. When software is released in a marketplace, a variety of new ideas for feature enhancements are often gained from users, as they interact with the product, discover areas for improvement, and new uses for it, that may not have been foreseen by the original designers. This dynamic is especially true in an Agile process, which actually plans for the evolution of a product after release. Firms capture feedback from customers in a formal manner, which they triage to help define improvements that can be developed and released in future. The more users a product has, the more investment is needed in perfective maintenance. An app with a single user will have limited new feature demand. An app with a million users, by contrast, will have a continuous stream of diverse user suggestions for enhancements that would have to be prioritized and enacted, in order to keep a sizable user base engaged and continuously interacting with the product.

83. **Adaptive Actions –** Adaptive Maintenance is concerned with the need to make changes to the software to reflect changes in the *operating environment* of the software. This might involve, for example, changes in the operating systems upon which the software must run (e.g., iOS and Android), changes to the Application Programming Interfaces (APIs) that are provided by operating system and device manufacturers to access critical functions of the hardware/operating system, or changes in the Software Development Kits (SDKs) used to develop products that require the integration of new languages, libraries, and/or tools. As the number of users increases, so does the likely diversity in the set of operating environments that must be catered to by application developers. Products must operate seamlessly on hardware and operating systems that span multiple generations of devices. And should a developer wish to access new users, that are acquiring newer devices with different form factors, they may have to make substantial investments to update software to behave in a different manner than was originally intended (e.g., consider when the iPhone was updated to include a "notch" on the front screen to accommodate

---

[48] Sean M. Kerner, "CrowdStrike outage explained: What caused it and what's next", TechTarget, October 29, 2024, https://www.techtarget.com/whatis/feature/Explaining-the-largest-IT-outage-in-history-and-whats-next. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

forward facing cameras and sensors – thereby requiring applications to change the way that graphics were displayed to the user).

84. **Preventative Actions –** The final source of maintenance costs is associated with Preventative Maintenance – the need to make changes and adaptations to software so that it operates more efficiently, reduces future maintenance needs, and prevents the deterioration of the software which naturally can happen as a codebase grows and becomes more complex. These actions include optimizing code, removing redundant code, upgrading languages and libraries that are used in development, and "refactoring" code that is poorly architected, so that it is more modular, and hence more maintainable, in future versions (this latter activity helps to reduce what is called "technical debt" – the hidden costs of poor software design decisions). Preventative Maintenance helps to make code simpler, more understandable, and more flexible to future needs. It helps to prevent defects from happening in the future. Just as owners of vehicles invest in servicing before they break down, software owners invest in Preventative Maintenance to ensure code does not develop issues in the future, to make future additions to the codebase easier and developers more productive. The cost of this type of maintenance is driven to a large degree by the number of users of the software. Software used by only a small number of users likely does not warrant major investments in preventative maintenance, whereas a large and growing user base raises the returns on such investments.

85. Support operations entail providing assistance to users with a variety of issues to improve their overall experience with the app. This includes troubleshooting technical issues, such as system crashes, problems with accessing a service and other types of functional errors. For apps with individual user accounts, customer support must also address account-specific issues like credential recovery, identity verification, refund requests etc. Another key component of customer support is addressing user feedback. For example, many social media apps, like Instagram and Facebook, allow users to report objectionable content, including hate speech, IP infringement, disinformation and more. These flags are typically reviewed by dedicated teams to determine if the content at issue needs to be removed, or if a warning needs to be issued to the original author. Gaming apps like Roblox operate large in-game economies, involving many end user support costs, including virtual currency management, payment processing support, teams dedicated to fraud prevention, live chats and more.

86. The costs associated with providing continuous customer support are also dependent on the number of users interacting with the app. The more users engage with the app, the more issues, questions and feedback emerge for the developer to address, leading to the allocation of additional time and human resources, and the consequent increase of total costs incurred.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

5.5.5    <u>Distribution and payment processing costs are incurred by developers for supplying their apps to users and facilitating in-app purchases</u>

87.    Distribution and payment processing costs entail expenses that a developer incurs for delivering their app to end users, as well as facilitating monetary transactions upon the sale of a digital good, including paid downloads and in-app purchases. Distribution costs typically include a fee charged by distribution channels, such as app stores, on which a developer chooses to publish their app. On many app stores, this fee represents a percentage of every transaction made within the distributed app and is typically charged in exchange for access to the app store's proprietary technology and user base. Payment processing expenses include fees charged by third-party payment providers, such as PayPal and Stripe, or app stores providing their own payment services, such as Apple's In-App Purchase API and Google Play Billing, to verify and process payments made upon an in-app purchase.

88.    In the case of the App Store, Apple charges US-based developers a 30% commission for all prices payable by the end user for a digital good.[49, 50] The two exceptions to this are payments for auto-renewing subscriptions following the first year of use and transactions of developers qualifying for the App Store Small Business Program – in these cases, Apple retains a reduced 15% of every transaction.[51] This commission combines both the distribution and payment processing fees – per App Store's developer guidelines, all transactions made within apps downloaded through the App Store must be processed by Apple's In-App Purchase API.[52] Alternatively, developers have the option to provide a link within their app that redirects users to an external website, allowing them to use alternative payment methods. For

---

[49] "Apple Developer Program License Agreement", Apple Developer Support, Schedule 2, Section 3.4, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/#S2.3. Date accessed: February 20, 2025.

[50] I note that commissions rates and overall distribution terms are different for developers based in the European Union, that choose to adopt the new business terms. The new terms were introduced by Apple to comply with the Digital Markets Act, which came into force in March of 2024. *See* "Distributing apps in the European Union: Commissions, fees, and taxes," Apple Developer, https://developer.apple.com/help/app-store-connect/distributing-apps-in-the-european-union/commissions-fees-and-taxes. Date accessed: February 20, 2025.

[51] "Apple Developer Program License Agreement", Apple Developer Support, Schedule 2, Section 3.4, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/#S2.3. Date accessed: February 20, 2025.

[52] Section 3.1.1 of Apple's "App Review Guidelines" states that "If you want to unlock features or functionality within your app, (by way of example: subscriptions, in-game currencies, game levels, access to premium content, or unlocking a full version), you must use in-app purchase", https://developer.apple.com/app-store/review/guidelines/#business. Date accessed: February 20, 2025. *See also* "Apple Developer Program License Agreement", Apple Developer Support, Section 3.3.1.C; Schedule 2, Section 3.11; Attachment 2, Section 1.1, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/#S2.3. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

transactions occurring outside of the app, Apple withholds a 27% commission, with a revised rate of 12% for Small Business Program participants and auto-renewing subscriptions.[53]

89. As the number of users interacting with an app grows, so does the volume of purchases made within the app. Therefore, distribution and payment processing costs, which, as explained above, are commonly charged as a percentage share of total amounts paid by end-users, are variable with the number of users engaging with the app.

---

[53] "Distributing apps in the US that provide an external link", Apple Developer Support, Section "Commission, transaction reports, and payments", https://developer.apple.com/support/storekit-external-entitlement-us/. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## 6    DATA AND METHODOLOGY USED TO DERIVE GENRE GROSS MARGIN ESTIMATES

90.   In the preceding section I laid out a cost framework, detailing the types of fixed and variable costs incurred during the development and operation of software, and more specifically, mobile applications. I also discussed the reasons developers incur these costs, the factors contributing to their variability, and how they correlate with the number of users served. Given my assignment is to assess the economic impact of the variable costs on developers, in this section, I apply the cost framework to application developers across various genres on the App Store and estimate ranges of variable costs as a share of revenue. I also calculate the average developer margin for each genre, which I refer to as "Genre Gross Margin" or "GGM" throughout the report.

91.   I start by formally defining the genre gross margin ratio and deriving a mathematical formula that allows me to calculate the ratios with the data available. I then describe the several categories of data I rely on to produce and verify my estimates. Finally, I explain the methodology behind my analysis, including key statistical measures used to understand variability in the data, and the rationale behind consolidating specific genres into groups. The Appendix sections provide detailed explanations of various stages of the process leading up to the calculation of final GGM estimates. In Appendix A, I provide an overview of the developer revenue and cost data made available to me, including how it was processed, complemented and used in all my analyses. In Appendix C, I offer a comprehensive breakdown of the methodology, including the necessary theoretical assumptions and adjustments, to calculate the variable cost shares and GGM estimates for each genre.

### 6.1    Genre Gross Margin is defined as the percentage of revenue remaining after subtracting the total variable costs incurred to serve a single user, averaged across all developers within a genre

92.   In accounting, the "gross margin" is a term-of-art defined as the difference between revenue and cost of goods sold (COGS), divided by revenue.[54] It represents the percentage of revenue remaining after deducting costs incurred to produce the goods that it has sold. There is a separate term-of-art, the "contribution margin ratio," which is defined as the difference between revenue and the variable portion of the costs, divided by revenue.[55] This metric effectively quantifies the contribution of the sale of each

---

[54] Andrew Bloomenthal, "Gross Margin: Definition, Example, Formula, and How to Calculate", Investopedia, August 10, 2024, https://www.investopedia.com/terms/g/grossmargin.asp. Date accessed: February 20, 2025.

[55] "Contribution Margin: Definition, Overview, and How To Calculate", Investopedia, April 12, 2024, https://www.investopedia.com/terms/c/contributionmargin.asp. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

additional unit of a product to a company's profitability. In other words, while the gross margin is effective in assessing a company's ability to efficiently produce the goods it sells, the contribution margin assesses the overall impact of each additional product sold based on the variable costs.

93. Given that my assignment requires me to estimate the economic impact of developers' **variable** costs, I effectively need to calculate the contribution margin. However, as established in Section 5.1, users are the relevant economic unit for assessing the financial performance of app developers. When an app developer's financial performance is evaluated with a user as the economic unit, the gross margin and contribution margin effectively converge. This is because the variable costs a developer incurs to deliver goods and services to a user constitute the total cost of goods sold (COGS) per user. Therefore, I refer to the results of my analysis as gross margins. The Genre Gross Margin (GGM) is then defined as the arithmetic mean of the gross margins of all developers within a single genre.

94. Since my estimates of GGMs are ultimately used to evaluate the demand for the developers' paid downloads and IAPs, I focus my analysis on the revenues and variable costs associated with paid users only. Formula (1) below shows the mathematical expression of Genre Gross Margin as a function of revenue from paid users, variable costs of paid users, and the total number of developers. Formula (2) is a rearrangement of Formula (1) and demonstrates that to estimate the per-genre gross margins, one effectively needs to estimate the average ratio of total variable costs to revenues in each genre. I refer to ratios of variable costs to revenues as "cost shares."

$$\text{1) Genre Gross Margin (GGM)} = \frac{1}{N} \sum_{i=1}^{N} \frac{R_{paid_i} - C_{paid_i}}{R_{paid_i}}$$

$$R_{paid_i} = \text{Revenue from paid users of developer i,}$$

$$C_{paid_i} = \text{Variable costs of paid users of developer i}$$

$$\text{2) Genre Gross Margin (GGM)} = \frac{1}{N} \left( \sum_{i=1}^{N} 1 - \frac{C_{paid_i}}{R_{paid_i}} \right) = 1 - \frac{1}{N} \sum_{i=1}^{N} \frac{C_{paid_i}}{R_{paid_i}}$$

95. For a developer, the total variable costs associated with paid users (excluding the distribution & payment processing costs) are equal to the sum of the four categories of variable costs incurred – royalties, user acquisition and retention (UAR), infrastructure, and maintenance & support (M&S). Therefore, total variable costs as a share of revenue can be equivalently calculated by taking the sum of the cost shares of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

each of the four categories. The GGM can then be derived by taking the sum of the average cost shares across the developers in that genre. Formula (3) shows how this is mathematically derived and thereby demonstrates that one can estimate the average cost shares of each variable cost type to arrive at the final GGM value.

$$
\begin{aligned}
3)\ \mathrm{GGM} &= 1 - \frac{1}{N} \sum_{i=1}^{N} \frac{\mathrm{Royalties}_{\mathrm{paid}_i} + \mathrm{UAR}_{\mathrm{paid}_i} + \mathrm{Infra}_{\mathrm{paid}_i} + \mathrm{M\&S}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} \\[2em]
&= 1 - \frac{1}{N}\left( \sum_{i=1}^{N} \frac{\mathrm{Royalties}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} + \sum_{i=1}^{N} \frac{\mathrm{UAR}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} + \sum_{i=1}^{N} \frac{\mathrm{Infra}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} + \sum_{i=1}^{N} \frac{\mathrm{M\&S}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} \right) \\[2em]
&= 1 - \left( \frac{1}{N}\sum_{i=1}^{N} \frac{\mathrm{Royalties}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} + \frac{1}{N}\sum_{i=1}^{N} \frac{\mathrm{UAR}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} + \frac{1}{N}\sum_{i=1}^{N} \frac{\mathrm{Infra}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} + \frac{1}{N}\sum_{i=1}^{N} \frac{\mathrm{M\&S}_{\mathrm{paid}_i}}{R_{\mathrm{paid}_i}} \right)
\end{aligned}
$$

96. To account for the heterogeneity in technical designs and business models of apps even within a single genre, I estimate ranges for the GGM, rather than single precise values. Moreover, since few developers reported all their variable costs, I was unable to estimate total variable cost shares at the developer level and aggregate them to find the genre average, as shown in Formula (2). Instead, my approach more closely follows Formula (3) and estimates an average range for each type of cost share. To arrive at these cost share ranges, I first calculated cost share ranges for each variable cost type for each developer.[56] I then calculated the genre level ranges for each cost type, which I summed and subtracted from one to arrive at final GGMs. Appendix C elaborates on the theoretical assumptions and adjustments made to derive the final estimates.

---

[56] Since most developers produced multiple years of data for various variable costs, I estimate the ranges as a result of annual variations. As an illustrative example, if developer A reports three years of revenue and infrastructure data in their subpoena response, I cannot compute a developer-level gross margin. I can, however, calculate three data points for their infrastructure cost share which, if there is variation between the years, produces a developer-level infrastructure cost share range.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**6.2    I rely on Counsel-provided data, publicly available information, as well as industry knowledge to estimate Genre Gross Margins**

97. I rely on four main sources of data to calculate average cost shares and produce final GGM estimates: (1) financial records from a set of subpoenaed developers that distribute their apps on the App Store ("Developer Cost Data"), (2) a list of the top 100 highest grossing applications on the App Store by genre and their revenue by transaction type ("Top 100 Apps Data"),[57] (3) per-genre transaction revenues and average commission rates levied by Apple in each genre ("Transactions and Effective Commissions Data"),[58] and (4) publicly available financial information and industry research.

98. The first three categories of data were provided to me by Counsel. While some developers are publicly traded companies and make their financial statements available through regulatory filings and academic or industry publications, such data is not publicly distributed or easily accessible for the vast majority of app developers. This led Counsel to issue subpoenas to a number of developers distributing their apps on the App Store for access to their financial records.

99. Consequently, I was provided with 114 separate developer submissions containing financial records spanning from 2012 to 2023. For a large majority of the subpoenaed developers, the submitted records pertain to a single app. However, there are two exceptions to this. First, some app developers e.g., Disney, TelTech Systems, submitted separate records for separate apps. Secondly, in some cases ███████ ██████████ a single developer submission contains aggregated revenue and cost data pertaining to multiple apps. I treat each of the 114 developer submissions as a distinct unit of analysis. Out of the 114 submissions, 43 were excluded from the analysis due to incomplete or otherwise unusable information.[59] I therefore consider the remaining 71 submissions in my analysis, and I refer to the resulting dataset as "Developer Cost Data" throughout the report.

---

[57] There are multiple variable names (column names) within the Top 100 Apps Data. Those used in my analysis and their interpretation, as described to me by Counsel, are as follows: "content_name" - Application name; "provider_name" - Developer name; "genre_name" - Genre to which the app belongs; "sum_actl_amt_total" - Total transaction revenue generated by the app in the period spanned by the transaction data; "sum_actl_amt_down" - Total paid download transaction revenue generated by the app in the period spanned by the transaction data; "sum_actl_amt_iap" - Total in-app purchase transaction revenue generated by the app in the period spanned by the transaction data; "sum_actl_amt_sub" - Total subscription transaction revenue generated by the app in the period spanned by the transaction data.

[58] There are multiple variable names (column names) within the Transactions and Effective Commissions Data. Those used in my analysis and their interpretation, as described to me by Counsel, are as follows: ████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████████ .

[59] *See* Table 10 for a detailed breakdown, and workpaper titled "Inventory of Developer Cost Data" for more details.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

100. ███████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████.[60]

101. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████ ██████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████ █ ██
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████

102. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████ █ ████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

---

[60] Per my assignment, I do not include the variable costs associated with distribution (i.e., the commissions charged by platforms like the Apple App Store in my estimates.) I also understand that while initially these commissions included payment processing fees, over time, they have been disaggregated. I note that by excluding all fees associated with distribution I may also be excluding payment processing fees which I understand amount to about 2 – 5% of a transaction's value.

[61] Where I carry out such supplementation is noted in the "Genre Workpapers" I submit along with this report. I have produced a Genre Workpaper for each of the genre groupings defined herein. Each one details the cost share calculations for their respective developers and reports the raw data used in these calculations. The raw data is sourced from subpoena responses and/or publicly available financial information. The pooling of cost share datapoints reported across the Genre Workpapers forms the aforementioned Augmented Developer Cost Data.

[62] These include Roblox, Spotify, Match Group, Bumble, Glu Mobile, New York Times, ████████ and Dropbox.

[63] I rely on the Top 100 Apps Data and public information from developers' websites to identify developers' business names on the App Store. *See* workpaper titled "Inventory of Developer Cost Data."

[64] While TelTech Systems revenue from its apps in the Top 100 Apps Data is from a single genre, since I was provided with separate cost data for multiple apps across genres, I evaluate the various apps accordingly.

Expert Report of Alan D. MacCormack                    40                    No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



103. The third category of data, the Transactions and Effective Commissions Data, presented in Table 2, contains per-genre transaction revenues by transaction type and average commission rates charged by Apple. Counsel provided this dataset to me, and I understand it was produced by Professor McFadden using a dataset of transactions on the Apple App Store that begins in July 2008 and ends in February 2024. I use this dataset in two scenarios. First, in cases where developers reported their net revenue after deducting the Apple commission charges in their subpoena production, I use the corresponding genre's "effective commission rate" to deduce a reasonable estimate of the developer's gross revenue. Second, I use these rates to act as a natural lower end of the average gross margin for a genre in scenarios where the lower bound of my GGM estimate falls beneath the genre's effective commission rate. A GGM that lies below the average commission rate for that genre implies the average developer within the genre is unable to cover Apple's commission fee while maintaining profitability – an unsustainable scenario in the long run. In actuality, only one of my estimates – for Music + Entertainment – is affected by this constraint. [67]

104. Intuitively, a firm must make a long-run profit, or exit. It is possible and even expected that some firms may temporarily experience losses while trying to gain scale. However, across an entire genre, it is implausible that the average firm would be unprofitable, as this would not be sustainable. Indeed, it would not be in Apple's interest to set commission at such a level that would make app development completely unprofitable – the App Store, and iOS users, benefit from the presence of third-party developers and their apps. A genre where the average gross margin including commissions is negative is likely to witness an exodus of developers. Consequently, I make the assumption that, in the long run, an average developer needs to be profitable enough to at least cover the effective commission rate.

---

[65] *See* workpaper titled "Developer Revenues by Genre."

[66] *See* workpaper titled "Top 10 Apps by Genre" that contains the top 10 apps by revenue across genres.

[67] *See* Section 2.2 of Appendix B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Table 2: Genre Transaction Values and Average Effective Commission Rates[68]**



105. Finally, there was considerable heterogeneity in the way Developer Cost Data was reported by developers. This could be driven by the diverse methods developers use to track and report their costs. For instance, some developers report their data on a monthly or quarterly basis and categorize their variable costs by type, while others produce annual reports and provide a single consolidated figure that combines different types of variable costs. As a result, I had to undertake extensive data cleaning and pre-processing before the data was usable for the analysis. I provide a comprehensive description of all the operations performed on the raw data, along with the specific adjustments applied to each genre, in Appendix A and the Genre Workpapers.

---

[68] Transactions and Effective Commissions Data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 6.3    Methodology and approach to estimating gross margins

106. In this section, I describe the methodology I followed to calculate the variable cost shares of App Store developers across all genres and arrive at the final Genre Gross Margin estimates. I begin with explaining my basis for combining certain genres, and then describe the empirical analysis conducted to estimate variable cost shares.

#### 6.3.1    I combine certain genres into groups based on the functional similarities of their constituent applications and analyze them as a single category

107. Before publishing their app on the App Store, developers select a category or a "genre," under which the app is displayed. Genres group apps with similar objectives, concepts or use cases, enhancing the apps' discoverability. When users search for a particular type of app or functionality, it is easier for them to find relevant results.

108. Because developers can categorize their app as they see fit, there is a degree of subjectivity in how apps are ultimately grouped across genres on the App Store. For example, a heart rate monitor app for workouts that tracks heart rate patterns could be assigned to either the Medical or the Health & Fitness genre. In addition, developers may choose a genre based on its popularity rather than the specific features of their apps – for example, consciously choosing a less competitive or popular genre may increase the visibility of the app within that genre.[69] These factors mean that apps with comparable functionalities and use cases can be listed under different genres on the App Store.

109. With 71 developer submissions from 68 developers across 27 genres, some genres have low representation – only two genres have five or more developers/apps, and five genres have only one. To enhance my analysis, I categorize functionally similar app genres into groups to increase the number of observations in each group, which in turn enhances the robustness of my GGM estimates.[70] To achieve this I analyzed each of the 27 App Store genres and their top revenue-generating apps to assess whether any of them are similar enough to be combined and treated together. If the genres contain apps with largely similar themes and features, they can be expected to have similar business models and technical designs, making it

---

[69] Jessica Abbadia, "How to Choose the Perfect App Category for iOS and Android", Moburst, June 20, 2023, https://www.moburst.com/blog/how-to-choose-the-perfect-app-category/. Date accessed: February 20, 2025.

[70] Will Kenton, "Standard Error (SE) Definition: Standard Deviation in Statistics Explained", August 9, 2024, https://www.investopedia.com/terms/s/standard-error.asp. Date accessed: March 3, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

reasonable to treat them as a single category for the estimation of gross margin ranges. I provide several examples below and in Appendix B.

110. Grouping software with similar functions is a common approach to analyzing software costs, performance and design. I have used this approach in my own work, to ensure the results are robust to the differing functions that software performs.[71] Grouping software by type allows researchers to understand potential differences between types of software, based on the tasks they perform and the way that they are built. Combining data for groups of a similar type allows for a larger sample size within group, allowing greater confidence in the inferences made about a group's characteristics. Similarly, leading market insight publishers that analyze software also categorize products with similar functions together as part of their studies.[72]

111. To help me group genres, I used a subset of the Top 100 Apps Data provided to me by Counsel, which contains the top 100 applications by total revenue for each genre. For each app, the dataset lists the name of the developer, the genre assigned, the total revenue generated, as well as the breakdown by category of revenue, including paid downloads and IAPs. I then analyzed in addition the key functions of the applications using publicly available information. On average, the top 10 applications account for ██ of revenue in a genre – reviewing the leading applications is therefore indicative of the most popular features in the genres.[73]

---

[71] As part of my research on the costs of software internal to organizations, I categorized them based on their uses. The approach is applicable to my analysis of mobile apps (software) across genres (uses). *See* Robert Lagerström, Alan MacCormack, David Dreyfus, & Carliss Baldwin,"A Methodology for Operationalizing Enterprise IT Architecture and Evaluating its Modifiability", *Complex Systems Informatics and Modeling Quarterly*, 19. (2019): 75-98. Similarly, when comparing software architectures, I grouped the various software I studied based on their functions to ensure accurate comparisons. *See* Alan MacCormack, Carliss Baldwin,& John Rusnak, "Exploring the duality between product and organizational architectures: A test of the "mirroring" hypothesis", *Elsevier, Research Policy* 41, 8. (2012):1309-1324. *See also* Carliss Baldwin, Alan MacCormack,& John Rusnak, 2014. "Hidden structure: Using network methods to map system architecture," *Elsevier, Research Policy* 43, 8. (2014):1381-1397.

[72] For example, Gartner, one of the leading publishers of market insights pertaining to the software industry, regularly groups companies across various software categories like Customer Relationship Management (CRM), Customer Engagement Center (CEC), and Supply Chain Planning (SCP) together as "Enterprise Application Software" and evaluates them as a single category. *See* "Gartner Magic Quadrant for the CRM Customer Engagement Centre", Zendesk, June 15, 2021, https://www.zendesk.co.uk/blog/gartner-magic-quadrant-crm/#. Date accessed: March 5, 2025. *See also* "Kinaxis positioned highest on Ability to Execute", Kinaxis, https://www.kinaxis.com/en/about-us/gartner-magic-quadrant-supply-chain-planning-solutions. Date accessed: March 5, 2025; Jeff Comstock, "Microsoft is named a Leader in the 2024 Gartner® Magic Quadrant™ for CRM Customer Engagement Center", Microsoft Dynamics 365, December 17, 2024, https://www.microsoft.com/en-us/dynamics-365/blog/business-leader/2024/12/17/microsoft-is-named-a-leader-in-2024-gartner-magic-quadrant-for-crm-customer-engagement-center/. Date accessed: March 5, 2025; "Market Share Analysis: Enterprise Software, Worldwide, 2023", Gartner, August 7, 2024, https://www.gartner.com/en/documents/5656823. Date accessed: March 5, 2025; and "Enterprise Application Software", Gartner, https://www.gartner.com/en/information-technology/glossary/enterprise-application-software. Date accessed: March 5, 2025.

[73] *See* Workpaper titled "Top 10 Apps by Genre."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

112. The top 10 applications for many genres display marked similarities in terms of primary use cases, technical designs and functionalities provided. On that basis, I combine the 27 genres into 16 groups, assigning a *label* to some for easy reference. I further combine 4 of these groups into the "Others" category due to data limitations:

Distinct genre groups:

- Games
- Music + Entertainment
- Social Networking + Lifestyle
- *Imaging* – Photo & Video + Graphics & Design
- Health & Fitness + Medical
- *Workflow Tools* – Developer Tools + Productivity + Utilities
- Education
- *Reading* – Book + Reference + Magazine & Newspapers + News
- Business + Finance
- Sports
- Navigation + Travel
- Weather

"Others":

- Food & Drink
- Shopping
- Catalog
- Stickers

113. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



[74]

114. These apps also have similar technical designs. On the client-side, apps feature a user interface that allows for browsing, curating and playing content, user registration and login, and account management. On the server-side, they maintain large databases and robust servers to store content and perform video and audio processing tasks, integrate with content delivery networks to serve content, develop machine learning algorithms to generate user recommendations etc.

115. ████████████████████████████████████████████

116. The fundamental purpose and core functionality of these apps is the same: matchmaking. The key features include user profile creation and a matchmaking algorithm that uses profile details to identify profiles likely to align with the user's preferences. These profiles are presented to the user, who can choose to accept or reject the suggestion; accepting suggestions activates a chat, allowing users to start a conversation. This core functionality is typically accessible to free-tier users, while subscribers gain access to advanced features, which may include the ability to specify additional preferences, or priority placement and increased visibility of their profile to others. In addition to subscriptions, many dating apps incorporate paid in-app features where users can enjoy additional advantages, such as, for instance a temporary profile boost to enhance discoverability. The similarities in features are also indicative of similar technical designs as such matchmaking apps would rely on technology to store user information and an algorithm that matches users and displays them accordingly.

117. Finally, while I categorize Food & Drink, Stickers, Catalogs and Shopping as distinct genres, I refer to them throughout this report as the "Others" category and estimate a single GGM. My decision to estimate the same GGM across these distinct genres was not motivated by functional similarities of the constituent apps. Apps in these categories vary considerably with respect to their core functionalities and technical designs. However, I was given limited data, with reported information from only two Food & Drink, and

---

[74] Indeed, according to the Transactions and Effective Commissions Data (presented in Table 2), over ████ of App Store transaction revenue in both of these genres comes from IAPs (of which between ████ comes from subscriptions).

[75] Top 100 Apps Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

a single Shopping developers, and no developer data for the Stickers and Catalog genres. ████████

████████

████████[76, 77] Therefore, for these four genres I estimate their GGM range as an average of the ranges established for the other 12 groups of genres.

118. As a result, the complete list of genres used in my analysis includes 27 App Store genres, 23 of which are consolidated into a total of 12 distinct genre groups, while the remaining 4 are grouped into the "Others" category. I provide detailed explanations of the rationale for creating the remaining groups in Appendix B.

### 6.3.2    Description of analysis to estimate variable costs

#### 6.3.2.1    Symmetry analysis

119. I perform three key pieces of analysis in my estimation of variable cost shares for each genre or genre group introduced above. First, to understand how each variable cost varies between genres, I conduct a symmetry analysis. For each cost, I aggregate the observations in the Augmented Developer Cost Data into their respective genre groups.[78] Since most developers provided data spanning multiple years, I have more cost share observations for each variable cost than there are reporting developers. I visualize the data using box plots and calculate key statistical measures to understand variations in the data and identify any clear cross-genre heterogeneity. The results of this analysis are used to determine whether a given variable cost warrants individual estimation for each genre.

120. In statistics, box plots are widely used to display the range and distribution of numerical data based on their quartiles (values which divide data samples into equally sized quarters), especially when looking to compare them between several groups or entities. Box plots convey important information about a data sample at a glance, including the distribution's symmetry, variance, as well as the presence of potential outlier data points. As a result, it is straightforward to identify where in the distribution the bulk of the underlying data is located and draw conclusions as to the key differences between separate data groupings.

121. The figure shown below illustrates the relationship between the full distribution of a data sample and the box plot generated from the data. The box itself captures the IQR of the underlying data sample. In other

---

[76] Table 2; Transactions and Effective Commissions Data.

[77] Another genre e.g., Sports also has financial information from two developers. However, because of its relative size and popular constituent apps, I was able to evaluate it individually.

[78] The symmetry analysis considers the data at the observation level to consider the largest amount of datapoints.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

words, the section of the data distribution which is represented by the box itself constitutes the central part of the data sample.

**Figure 4: Visualizing Data Spread with Box and Whisker Plots**[79]



122. While the box corresponds to the interquartile range of the data, the whiskers of the plot extend to the minimum and maximum values of the distribution, with the exception of any extreme outliers. This is also evident from the plot above, as the whisker pertaining to the bottom end of the distribution extends to the actual minimum value. By contrast, the whisker pertaining to the top of the distribution extends to the furthest away data point within 1.5 times the length of the IQR. Any data point, which is further away from the IQR is classified as an outlier. Outliers are marked in the box plot, in the form of individual data points, which lie beyond the range of the whiskers.

123. As is apparent from the image, the box features a vertical straight line. This is the so-called centerline, which corresponds to the median of the distribution (i.e., the 50th percentile). This means that the box not only reveals the location of the bulk of the data relative to the overall range, but it also shows the level of skewness which is present within the data distribution. If the distribution of the data is perfectly symmetric, the median will be located right in the center of the box. On the other hand, if the median is located towards either side of the box, this is indicative of positive or negative skew.

---

[79] Mike Yi, "A complete guide to box plots", Atlassian, https://www.atlassian.com/data/charts/box-plot-complete-guide. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

*6.3.2.2    Genre-specific cost share estimation*

124. For costs that exhibit significant heterogeneity across genres, as shown by the symmetry analysis, I use a combination of the Augmented Developer Cost Data, publicly available resources, and my industry experience to produce genre-specific cost share estimates. To compare the resulting estimates with the IQRs of the Augmented Developer Data, I perform a reconciliation analysis and address any significant deviations.

125. In Appendix B, I dedicate a section to each genre describing how I combine these sources of information to produce final cost share estimates. Each section features a breakdown of the relevant available data in the Augmented Developer Cost Share Data, as well as a range of public sources that help inform my estimates.

*6.3.2.3    Pooled developer analysis*

126. For the costs exhibiting symmetry across genres, I aggregate the observations in the Augmented Developer Cost Data at the developer average level and analyze the pooled data across all genres. Aggregating observation-level data at the developer level yields a single average cost share data point for each developer, which is appropriate given that the goal of the analysis is to identify where the average developer lies.

127. As in the symmetry analysis, I then calculate the IQR of the data and produce a box plot describing its distribution. As described above, the IQR captures where the bulk of a distribution lies (i.e., where the average developer lies) and I therefore use it to inform my final cost share estimate where there is sufficient data. Where the pooled data has a more limited sample size, I base my estimate on publicly available information and use the IQR as a robustness check of my final range estimate instead.

128. Note that this pooled analysis is not conducted for costs that are shown to exhibit significant heterogeneity in my symmetry analysis. This is because the observed heterogeneity is indicative of fundamental differences in the distribution of developer costs in each genre, making the pooled data less informative about their individual distributions.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## 7    COMPREHENSIVE ANALYSIS OF VARIABLE COST SHARES AND GENRE GROSS MARGINS

129. In this section, I present my analysis of the four variable cost types introduced in Section 5 – royalties, user acquisition and retention (UAR), infrastructure, and maintenance & support – along with the final GGM estimates for all genres. The section is structured into five parts. The first four parts correspond to each cost type, providing estimates of the corresponding cost shares across all genre groups based on the definitions, data and methodology described in prior sections. Throughout these sub-sections, I perform a symmetry analysis of the Augmented Developer Cost Data to determine the variability of cost types across genres and justify my decision to estimate either a single cost range for all genres or a unique range for each genre.[80] In subsections focused on royalty and UAR costs, I also present a reconciliation analysis, demonstrating how my cost share estimates compare with the Augmented Developer Cost Data.[81] Finally, the fifth part aggregates the four cost share ranges for each genre group and presents the final GGM estimates.

130. In summary, I find significant heterogeneity in royalty and UAR costs across different genres and therefore estimate their cost shares individually for each genre group. By contrast, the infrastructure and maintenance & support costs are considerably smaller in magnitude and exhibit much greater symmetry across genres, allowing for the estimation of a single range applicable to all genre groups. Appendix B provides a detailed discussion of each genre and the breakdown of GGM calculations for that genre, along with any adjustments made to arrive at final values.

### 7.1    Royalties

131. As explained in Section 5, developers incur royalties to feature third-party material in their apps. Such content may include digital entertainment like music, movies, games, books and other types of audiovisual and written material. Royalties can also be incurred for using proprietary third-party data or software services (e.g., APIs). Due to the particulars of different industries, royalty amounts are highly dependent on the type of licensed content and are therefore likely to vary across genres.

---

[80] The three developers in the "Others" genres in the Augmented Developer Data do not feature in the symmetry analysis in the forthcoming sections given their lack of data and relatively small share of transaction revenue. Their data is used, however, in the estimation of the infrastructure cost share range – *see* Section 7.3 for more detail.

[81] Note once more that to arrive at my final cost share estimates, I do not solely rely on the Augmented Developer Costs Data, but employ additional publicly available information, where necessary, to increase the robustness of my results.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 7.1.1    Analysis of royalty cost symmetry across genres

132. Out of the 71 developer productions in the Augmented Developer Cost Data, only 27 submissions across the 16 genre groups provide usable royalties data. This amounts to a total of 139 unique cost observations.[82] The scarcity of data could be explained by two factors: 1) not all developers incur royalties, and 2) some developers may have chosen to omit information pertaining to royalty and licensing agreements due to their confidential nature. Given that I cannot unambiguously allocate a non-response to either of these reasons, where possible, I rely on publicly available information, and my own industry expertise, to estimate a realistic royalty share range for genres with few or no reported royalties.

133. As described in Section 6.3, to establish whether royalty costs vary substantially between developers in different genres, I aggregate the available observations by genre and visualize the data using box plots below. For transparency, I annotate each box plot with the number of underlying cost observations (Obs.) and the number of developers in the corresponding genre (Dev.), who have submitted the data points.

---

[82] Of the 139 datapoints, only five are supplemented from publicly available financial information on developers included in the Developer Cost Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



134. Figure 5 illustrates the continuum of royalty amounts incurred by apps across different genres.[84] This heterogeneity is in line with my expectations: some applications feature copyrighted material that is creative in nature (e.g., Spotify, Apple Music), some rely on functional third-party resources, such as proprietary data or APIs (e.g., Google Maps data), while others do not license third-party content at all. Both the nature of the licensed content, as well as the extent to which an app relies on such content drives such stark differences in royalties.

135. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

---

[83] In addition to the "Others" genres, the Social Networking + Lifestyle and Sports genres are excluded from Figure 5 since they do not provide any royalty data points. Figure generated using attached R code.

[84] Figure 5 only plots datapoints included in the Augmented Developer Cost Data. Many developers do not report royalty data (e.g., Spotify), in which case the true value may be zero or non-zero. I treat such developers as "NA" and exclude them from the plot.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



136. The evidence in both Figure 5 and Table 3 points to substantial differences in the average developer's royalty costs across genres. This suggests that estimating royalty cost shares on a per-genre basis is the most suitable approach and is likely to yield more reliable and informative insights.

### 7.1.2   Estimates of royalty cost shares

137. While the Augmented Developer Cost Data is indicative of general variances across genres, its limitations are such that it is insufficient to establish a range for every genre. Therefore, where possible, I used additional publicly available sources to inform my calculations. Specifically, I relied on a combination of

---

[85] *See* "Pooled Data" in my workpapers and in the input folder of the attached "R Code" materials

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Augmented Developer Data and other publicly available information to estimate distinct royalty cost share ranges for Games, Music + Entertainment, Imaging, Reading, Education, and Sports genres. For the remaining genres, I employed the Augmented Developer Data and my professional judgement due to the scarcity of publicly available information or challenges in tracking down relevant data.

138. Table 4 presents my final royalty cost share estimates, which are sorted in descending order by total App Store transaction value between July 2008 and February 2024.[86] Refer to Appendix B for a detailed explanation of how these estimates were derived using the Augmented Developer Data and additional public information, as well as the rationale behind the adjustment of specific data points. Section 7.1.3 next contains a side-by-side comparison of my estimates with the IQR of the Augmented Developer Cost data and explains the larger differences in detail.

---

[86] Table 2; Transactions and Effective Commissions Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



139. Note that the average estimated royalties cost share for the Social Networking + Lifestyle genre is ▮▮▮. Firstly, none of the developers in this category reported any royalties. In addition, my review of popular apps in this genre group did not reveal evidence of significant royalties. Their predominant business model is monetization through advertising. For instance, content creators primarily earn income by featuring ads in their content and engaging in paid partnerships. While it's true that some social networking and lifestyle apps feature third-party material (e.g., music), the royalties paid for such content are ▮▮▮▮ especially compared to dedicated music and entertainment apps like Spotify and Apple Music.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

140. For instance, Meta provides a "royalty-free" library of 16,000 songs and sound effects that Facebook creators can feature in their videos.[87] "Royalty-free" means that these tracks are not subject to ongoing royalty payments per use. Instead, Meta either owns the rights outright or compensates the original rights holders through fixed licensing agreements, rather than paying per stream or per view. Meta also provides a "Licensed Music Library," a separate collection of songs secured through agreements with major music companies.[88] Creators can monetize their videos featuring these tracks via the Music Revenue Sharing program, which allows them to earn 20% of ad revenue from in-stream ads, while the rest is split between the music rights holders and Meta.[89] Therefore, third-party content owners on Facebook are primarily compensated through an ad-based revenue sharing model, rather than traditional per-stream royalties.

141. In contrast, the business models of apps like Spotify are heavily reliant on paying royalties to artists. Spotify features 100 million tracks, six million podcasts and over 350,000 audiobooks and compensates artists per each stream or play count.[90] In 2023, Spotify paid $9 billion in royalties, making it the highest annual payment from a retailer to the music industry.[91] As a result, royalties paid to artists constitute only a minor portion of Facebook's overall expenses, as its business model is primarily centered around advertising – especially compared to dedicated music platforms like Spotify.

142. In addition to the above, and as explained in Appendix B, many top apps in the Social Networking + Lifestyle genre group are dating apps, which rarely feature externally sourced content. Given these factors, I expect that on average, developers of apps in the Social Networking + Lifestyle genre group incur ██████████████████████████████████████████████ to be ██.[92] As a result, this genre has been excluded from all the graphs presented in this section.

### 7.1.3    Royalty reconciliation analysis

---

[87] "How to use Sound Collection for reels and videos on Facebook," Meta Business Help Center, https://www.facebook.com/business/help/880459498798521?id=214359809769375. Date accessed: February 20, 2025.

[88] "Universal Music, Meta expand music licensing agreement," Reuters, August 12, 2024, https://www.reuters.com/technology/universal-music-meta-expand-music-licensing-agreement-2024-08-12/. Date accessed: February 20, 2025.

[89] "About revenue sharing with music rights holders," Meta Business Help Center, https://www.facebook.com/business/help/516305840204016. Date accessed: February 20, 2025.

[90] "Spotify Users Statistics 2025: Subscribers & Demographics Data," Demandsage, January 15, 2025, https://www.demandsage.com/spotify-stats/. Date accessed: February 20, 2025.

[91] "Spotify paid $9 billion in royalties in 2023. Here's what fueled the growth," AP News, March 19, 2024, https://apnews.com/article/spotify-loud-clear-report-8ddab5a6e03f65233b0f9ed80eb99e0c. Date accessed: February 20, 2025.

[92] Should additional information be made available to me, I may choose to update this value accordingly.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

143. In this section, I bring together the royalty cost share observations from the Augmented Developer Cost Data with my final royalties cost share estimates for each genre in order to highlight their significant overlap and to explain those instances where the final estimate, having been informed by public information and my judgment, differs from the interquartile range of observations from the Augmented Developer Cost Data. The full derivation of my royalty cost share estimates for each genre are presented in Appendix B.

144. With complete data on all developers, establishing cost shares of the average developer in each genre would be a simple exercise, allowing one to substitute the values into the GGM formula and obtain an exact result, rather than a range of values. However, the incompleteness and heterogeneity of the data provided to me makes this task significantly more complex, calling for the usage of additional sources and the estimation of less precise values. As a result, relying on these supplementary sources introduces differences between the produced estimates and the results that would have been obtained using only the original data provided by developers.

145. Figure 6 presents the royalty values from the Augmented Developer Cost Data side-by-side with my final estimates. The red regions represent **the IQR of Augmented Developer Cost Data** for each genre – these are the same IQRs shown in Figure 5 and Column 6 of Table 3. The green areas represent my final estimates, which are derived from the Augmented Developer Cost Data and additional public sources. The numbers adjacent to the bars are the upper and lower bounds of the corresponding ranges.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



146. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████

147. Overall, my estimates are broadly aligned with the Augmented Developer Cost Data, though the exact degree of overlap varies between genres. This is reflective of the genre-by-genre approach I take when estimating royalty cost shares following the results of the symmetry analysis outlined earlier in this section.

---

[93] Figure 6 shows the same 10 genres plotted in Figure 5. The Social Networking + Lifestyle genre is excluded from Figure 6, given the lack of usable produced royalty data. Figure generated using attached R code.

[94] The app is TelTech Systems' "Weather Live" app.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

148. Two genres display notable deviations – Games and Imaging. Imaging has few royalty observations despite there being eight developers within the Imaging genre in the Augmented Developer Cost Data. An inspection of the functionalities of other top apps in the genre revealed nuanced differences in the services offered, which drive high variations in incurred royalties. While apps in this category share the common objective of providing tools for creating and editing visual content, some also include features for sharing and monetizing that content, which leads to royalty costs. For instance, apps like Canva and Adobe allow users to create and sell their original content, paying as much as 33-35% in royalties to eligible contributors.[95, 96] In contrast, apps like Instasize and VSCO provide photo editing functionalities for the user's own photos and incur little to no royalty costs. Therefore, to account for the variance among the functionalities of Imaging apps, my estimates for the Imaging genre reflect both the Augmented Developer Cost Data as well as publicly available information on higher royalty apps in the genre.

149. For the Games genre, although there is a 6% overlap between the ranges, the IQR of the Augmented Developer Cost Data significantly exceeds my estimates. In the Augmented Developer Cost Data, there are only two developers in the Games genre for which I have royalty information, with just five total observations. One of these two developers is Roblox, which is a unique app in the Games genre that publishes large amounts of user generated content and offers generous revenue sharing agreements for popular creators. With five royalty cost share observations in the Augmented Developer Cost Data, the upper quartile of the IQR therefore refers solely to the lower of Roblox's two years of royalty data. Given Roblox's unique functionality, I believe this to be an excessively high upper bound for my estimate, which aims to capture the royalty costs share for the *average* Games developer. I also note that there are many simple original games that do not utilize third-party content.

150. To account for both factors, as set forth in detail in Appendix B, I examined publicly available information about the Games genre royalties, including annual reports of major gaming app developers, to inform a reasonable upper bound estimate. As a result of that analysis, I adjust my estimate down from the IQR, which I find to be a more representative benchmark based on my industry knowledge.

## 7.2    User Acquisition and Retention (UAR) Costs

---

[95] "Canva Creator: A Comprehensive Review 2023", The Creator Investor, November 13, 2023, https://www.creatorinvestor.com/graphic-design/canva-creator. Date accessed: February 20, 2025.

[96] "Royalty details for contributors", Adobe Pricing and Payment Details, January 14, 2025, https://helpx.adobe.com/stock/contributor/help/royalty-details.html. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

151. UAR costs are incurred to create awareness among potential users, drive interest, and convert them to active users through app adoption or an IAP. Proactive marketing efforts are essential in both acquiring new users and retaining existing ones.

### 7.2.1  Analysis of UAR cost symmetry across genres

152. The Augmented Developer Cost Data provided useable UAR cost information for 62 developer productions, totaling 273 unique UAR cost data points.[97] I aggregate these observations at the genre level and present their distributions in ascending median order in Figure 7. The plot clearly demonstrates not only that UAR is a relatively large expense for developers in many genres, but also that there is significant heterogeneity in the range of UAR cost shares between genres in the data.



---

[97] Of the 273 datapoints, 25 are supplemented from publicly available financial information on developers included in the Developer Cost Data.

[98] Figure 7 only plots datapoints included in the Augmented Developer Cost Data. The developers with no reported UAR cost data are treated as NA and not featured in the plot. Figure generated using attached R code.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

153. ██████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████ .

---

99 *See* "Pooled Data" in my workpapers and in the input folder of the attached "R Code" materials

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

154. Due to the observed asymmetry in averages and distributions of UAR costs across various genres, I estimate UAR cost shares separately for each genre.

### 7.2.2    Estimates of UAR cost shares

155. The ranges of my final cost share estimates are shown in Table 6 below.



156. In addition to using the Augmented Developer Cost Data, I rely on two other additional publicly available sources of data to inform my estimates, and, on occasion, sense check my estimates. Specifically, I use: (1) targeted LTV (Lifetime Value)/CAC (Customer Acquisition Cost) ratios, and (2) Sales & Marketing expenses of large publicly traded software companies to estimate the UAR cost shares of a few genres.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

157. As its name suggests, Customer Acquisition Cost (CAC) is a metric used by developers to track the expenses incurred to acquire a user. This includes expenses incurred to create awareness and drive sales like advertising initiatives and discount offers. Lifetime Value (LTV) of a customer is commonly defined in two ways: as the cumulative *revenue* generated by a customer over the duration of them using a product,[100, 101] or as the total *profit* they contribute.[102] I use the former interpretation for two reasons – (1) the choice of the type of profit (e.g., gross, operating or net) considerably impacts the value of the LTV, and (2) since I am estimating UAR costs as a percentage of revenue, I choose the definition that best supports my analysis.

158. The LTV/CAC ratio therefore represents the relationship between the total amount spent on attracting a particular customer with the total revenue generated by that customer. This is a very useful metric for developers to analyze, as it provides an idea of a sustainable level of UAR investment– if the lifetime value of a customer is low, then excessive CAC is unsustainable.[103, 104]

159. In my experience designing and teaching foundational courses on launching a tech business and the principles of unit economics, and according to many industry sources, the target range for LTV/CAC is between 3:1 and 5:1.[105] A company investing in growth would target a ratio of 3:1 (i.e., spending more on acquisition), while a ratio greater than 5:1 can indicate maturity/incumbency or suggests that opportunities for expansion are being missed. Therefore, it is reasonable to assume that on average, a ratio of around 4:1 is an optimal target for companies. While this ratio is calculated between costs and cumulative revenues that occur over an extended period of time, one can understand their total impact over time with the assumption that all revenue from a customer occurs in the same year as the costs to acquire that customer.

---

[100] "Lifetime value," Optimizely, https://www.optimizely.com/optimization-glossary/lifetime-value/. Date accessed: February 20, 2025.

[101] "Customer Lifetime Value (CLV or LTV)", Mosaic, https://www.mosaic.tech/financial-metrics/ltv-lifetime-value. Date accessed: February 20, 2025.

[102] Amita Jain, "Customer Lifetime Value (CLV): A Critical Metric for Building Strong Customer Relationships," Gartner Digital Markets, May 5, 2023, https://www.gartner.com/en/digital-markets/insights/what-is-customer-lifetime-value. Date accessed: February 20, 2025.

[103] Cassie Wilson, "What is a Good LTV to CAC Ratio," HubSpot, November 14, 2024, https://blog.hubspot.com/service/ltv-cac-ratio. Date accessed: February 20, 2025.

[104] Cassie Wilson, "What is a Good LTV to CAC Ratio," HubSpot, November 14, 2024, https://blog.hubspot.com/service/ltv-cac-ratio. Date accessed: February 20, 2025.

[105] "CAC LTV Ratio," CFI, https://corporatefinanceinstitute.com/resources/valuation/cac-ltv-ratio/. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Under this assumption, a 4:1 LTV/CAC ratio implies that a healthy UAR expenditure as a share of revenue would lie within a range centered around about 25% of revenue.

160. While the LTV/CAC ratios are treated as guidelines, they are, in fact, grounded in observable patterns. I test how the target LTV/CAC ratio and my estimates in Table 6 compare with data from the current top five largest software companies by market capitalization - Microsoft, Oracle, SAP, Salesforce, and Adobe. I use the related and more commonly available Sales & Marketing expenses from publicly available financial information.

**Table 7: Sales & Marketing Expenses of Large Software Developers[106]**

|  |  | Revenue | S&M Exp. | S&M as % of Rev. |
|---|---|---|---|---|
| Microsoft | *2021* | 168.1 | 20.1 | 12% |
| ($B, FY ending Jun 30) | *2022* | 198.3 | 21.8 | 11% |
|  | *2023* | 211.9 | 22.8 | 11% |
| Oracle | *2021* | 40.5 | 7.7 | 19% |
| ($B, FY ending May 31) | *2022* | 42.4 | 8 | 19% |
|  | *2023* | 50 | 8.8 | 18% |
| SAP | *2021* | 27 | 6.9 | 25% |
| (EUR B, FY ending Dec 31) | *2022* | 29.5 | 7.9 | 27% |
|  | *2023* | 31.2 | 8.8 | 28% |
| Salesforce | *2021* | 21.3 | 9.7 | 46% |
| ($B, FY ending Jan 31) | *2022* | 26.5 | 11.9 | 45% |
|  | *2023* | 31.4 | 13.5 | 43% |
| Adobe | *2021* | 15.8 | 4.3 | 27% |
| ($MM, FY ending Dec 1) | *2022* | 17.6 | 5 | 28% |
|  | *2023* | 19.4 | 5.4 | 28% |
| **Average** |  |  |  | **26%** |

---

[106] Data sourced from each company's publicly available financial reports. *See* Microsoft Corporation, Form 10-K for the fiscal year ended June 30, 2023, https://www.sec.gov/Archives/edgar/data/789019/000095017023035122/msft-20230630.htm#item_8_financial_statements_and_supplem. Date accessed: February 20, 2025. *See also* Oracle Corporation, Form 10-K for the fiscal year ended May 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001341439/9c2ee381-96cc-4e88-b4a9-17e6542147a6.pdf. Date accessed: February 20, 2025; SAP SE, Form 20-F for the fiscal year ended December 31, 2023, https://www.sap.com/investors/en/reports.html?sort=latest_desc&tab=reports&tag=year%3A2023&pdf-asset=12ece1ac-ad7e-0010-bca6-c68f7e60039b&page=183. Date accessed: February 20, 2025; Salesforce, Inc., Form 10-K for the fiscal year ended January 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001108524/8db0202a-351a-4026-909c-da45f1d41758.pdf. Date accessed: February 20, 2025; and Adobe INC., Form 10-K for the fiscal year ended December 1, 2023, https://www.sec.gov/Archives/edgar/data/796343/000079634324000006/adbe-20231201.htm#id2fffb105edb44a29625d93e58bf85a1_121. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

161. ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

### 7.2.3    UAR Reconciliation Analysis

162. In this section I juxtapose the UAR values from the Augmented Developer Cost Data with my final UAR cost share estimates per genre. Similar to the royalties reconciliation analysis, I do this to highlight the extensive overlap between the two ranges and to identify and explain cases in which my estimates deviate more significantly from the data.

163. Figure 8 presents a side-by-side comparison between the IQRs from the Augmented Developer Cost Data and my final UAR cost share estimates. The green regions represent my estimates and the red the IQR of UAR observation in the Augmented Developer Cost Data, just as in Figure 6.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

164. Figure 8 highlights the close alignment between many of my estimates and the IQRs, though the exact degree of overlap varies among genres, much like in the case with royalties. Similarly, this reflects the heterogeneity of UAR costs incurred by developers in different genres, as demonstrated by the symmetry analysis outlined earlier in this section.

165. ████████████████████████████████████████████████████████████████████

---

[107] Figure generated using attached R code.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



166. The difference observed in the Weather genre is also driven by limited data. To inform my range, I typically look at the mean values for each developer in the genre. I have been provided information from three developers, one of whom has the highest UAR cost share, but fewer observations than the other two. As a result, by looking at the range of the average, I deviate from the IQR which is skewed towards the lower values of the developers who reported more datapoints. Although I deviate from the IQR, the final range is sufficiently wide and is sufficiently aligned with the ranges estimated for the other genres.

## 7.3    Infrastructure Costs

167. As I noted in Section 5, infrastructure costs heavily depend on the technical choices made by developers when designing their apps. Some developers opt for a "server-centric" environment where key functions and data are executed and stored by the developer on their own servers. Other developers choose a "client-centric" infrastructure design, which means that most of the source code and app data is stored on the client-side (i.e., the user's own device). As a result, developers operating client-centric apps generally incur lower infrastructure expenses than server-centric apps. However, as will be demonstrated in the remainder of this section, infrastructure expenditure tends to be consistent and considerably lower than royalty and UAR costs analyzed in previous sections.

### 7.3.1    Analysis of infrastructure cost symmetry across genres

168. The Augmented Developer Cost Data contained usable infrastructure cost information from 54 developer submissions, totaling 237 unique infrastructure cost data points.[108] I aggregate these observations at the genre level and display their distribution in a box plot in Figure 9.

---

[108] Of the 237 datapoints, 16 rely upon publicly available financial information on developers included in the Developer Cost Data.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

169. [REDACTED]

[REDACTED]

170. [REDACTED]

---

[109] Figure 9 only plots datapoints included in the Augmented Developer Cost Data. Some developers do not report infrastructure cost data. Though the true value in such cases may be zero or non-zero, absent any additional information I treat these developers as "NA" and they do not feature in the plot. Figure generated using attached R code.

Expert Report of Alan D. MacCormack    68    No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



171. The homogeneity across genres is unsurprising – with the exception of the design choice between client-centric and server-centric architecture, few other factors impact infrastructure costs. In particular, genre-specific distinctions do not drive considerable differences in baseline storage and bandwidth requirements, and most genres are likely to contain a mixture of both server and client-centric apps. As explained in Section 5.5.3, the magnitude of infrastructure costs depends on user engagement levels and the volume of data being transmitted, which can vary, regardless of the genre. Given the observed symmetry, I choose to estimate a single genre-agnostic infrastructure cost range.

---

[110] *See* "Pooled Data" in my workpapers and in the input folder of the attached "R Code" materials

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 7.3.2    Estimates of infrastructure cost shares

172. To estimate a single range for the average developer's infrastructure cost share, I analyze the distribution of average infrastructure cost shares of each developer from the Augmented Developer Cost Data. Unlike for royalty and UAR costs, I am able to pool the infrastructure data across genres because of the evidence of symmetry, choosing to analyze the developer averages rather than all observations so as not to over-represent the developers who provided more years of data. With 237 total infrastructure observations across 54 developer productions, I have a sufficiently sized sample from which to produce a single range estimate. As a cross-check, I have compared this result with publicly available information and, applying my experience in the field, the public information confirms that my estimate from the Augmented Developer Cost Data is reliable.

173. [redacted]

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



174. ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████

175. ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████

176. ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

---

[112] Figure generated using attached R code.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

██████████████████████████████████  ████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████.

### 7.4    Maintenance & Support Costs

#### 7.4.1    Analysis of maintenance & support cost symmetry across genres

177. In Section 5.5, I described the various areas of maintenance & support operations, each of which incurs costs for developers. In practice, because developers do not typically track these costs at that level of granularity, it is often not feasible to estimate the cost of each type of activity individually. Indeed, in modern software firms, development, maintenance and deployment are often intertwined in a process known as "DevOps." The complexity of tracking maintenance costs is reflected in the Augmented Developer Cost Data, which contains 113 maintenance & support cost observations from only 26 developer productions, with the majority of developers not having reported any maintenance costs.[116]

178. In Figure 11 below, I aggregate maintenance & support cost observations for each genre. While the box plots demonstrate considerable symmetry across genres, sample size restrictions – most genres have fewer than 10 observations – and the small magnitude of maintenance & support costs as shown by Figure 11 mean that the Augmented Developer Cost Data is insufficient to make a conclusive estimate of the cost shares of maintenance & support costs.[117]

---

[113] Jeff Vogel, Michael Stricklen, and Ajay Khandelwal, "Cutting costs in the cloud: six strategies for SaaS companies", EY Parthenon, August 31, 2023, https://www.ey.com/en_us/insights/tmt/cutting-costs-in-the-cloud-six-strategies-for-saas-companies. Date accessed: February 20, 2025.

[114] Nick Perry, "2024 Spending Benchmarks for Private B2B SaaS Companies", SaaS Capital, July 19, 2024, https://www.saas-capital.com/blog-posts/spending-benchmarks-for-private-b2b-saas-companies/. Date accessed: February 20, 2025.

[115] I note that these estimates of infrastructure expenses are based on a survey of SaaS companies of varying sizes. While this range of infrastructure expenses is generally indicative of hosted software, large server-centric developers may recognize efficiencies at scale and have lower infrastructure costs. Similarly, software with a small number of users, or software that has been recently developed may incur higher infrastructure costs per user (as % of revenue) due to inefficient use of resources, or lower revenue owing to less mature functionality.

[116] The Augmented Developer Cost Data includes 113 maintenance & support datapoints, of which only two are supplemented from publicly available financial information on developers included in the Developer Cost Data.

[117] I abstain from presenting a table of summary statistics given the limited data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



179. In my experience and in line with the symmetry observed in the figure above, maintenance & support expenditures are not driven by genre-specific demands much like infrastructure costs. As explained in Section 5.5.4, the amount of corrective and preventative software maintenance that needs to be performed on an ongoing basis is typically tied to how well the technology was architected and the extent to which software engineering best practices were followed – a poorly designed product will require more corrective and preventative maintenance expenditures in the long run. The volume of perfective and adaptive measures will scale with the number of users engaging with the app, which is not defined by the genre of the app. Similarly, customer support is needed for most apps to ensure user satisfaction, regardless of genre-

---

[118] Figure 11 only plots datapoints included in the Augmented Developer Cost Data. Some developers do not report maintenance & support cost data. In such cases, the true value is likely non-zero, I treat these developers as NA absent any additional information and they do not feature in the plot. Additionally, the Augmented Developer Cost Data contains no maintenance & support cost data for the Weather genre which is therefore excluded from the plot. Figure generated using attached R code.

[119] Note that in Figure 11, I also highlight the boxes pertaining to the Imaging, Sports, and Social Networking + Lifestyle genres in red to signify fewer than five observations. Some are difficult to see on the graph due to the minimal variance.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

specific demands. Given these factors, I expect there to be little variability in maintenance & support costs across genres and therefore estimate a single, genre-agnostic maintenance & support cost share using publicly available information.

### 7.4.2    Estimates of maintenance & support cost shares

180. To estimate a range for maintenance & support costs, I rely on data on the overall software development costs incurred by firms in the software industry, of which developers and mobile apps are a subset. Much of this data comes from studies of R&D costs in software firms – as mentioned in Section 5.4.1, many firms categorize maintenance & support costs under R&D due to the close integration of the underlying activities, and often quantify maintenance activity as a percentage of overall development activity. Therefore, to derive a final maintenance & support cost estimate, I integrate R&D data with findings from studies that analyze the proportional contribution of maintenance operations to the overall development efforts carried out by software companies. Note that these data points and observations apply to all software, rather than just to mobile apps.

181. A 2019 study of software firms' finances suggests that they spend $17 - 26\%$ of revenue on R&D depending on their stage of growth.[120, 121] While the majority of these R&D expenditures are attributed to the development of current and next-generation products, a portion of these costs is associated with a broad spectrum of activities aimed at ensuring the company remains innovative, competitive, and compliant with industry standards and user expectations.

182. There is substantial evidence from numerous reports quantifying the scale of maintenance relative to overall software development activities. Various sources cite maintenance as comprising a) "15-25% of the original development cost annually" b) "5-15% of an organization's annual budget," and c) 20-25% of B2B

---

[120] Panay Ahlawat, et. Al., "How Software Companies Can Get More Bang for Their R&D Buck", BCG, November 22, 2019, https://www.bcg.com/publications/2019/software-companies-using-research-and-development-more. Date accessed: February 20, 2025.

[121] Mature software companies – like Microsoft, Oracle, SAP, Salesforce, and Adobe – are at the lower end of this scale, spending 13-20% of revenues on R&D in 2023. *See* Microsoft Corporation, Form 10-K for the fiscal year ended June 30, 2023, https://www.sec.gov/Archives/edgar/data/789019/000095017023035122/msft-20230630.htm#item_8_financial_statements_and_supplem. Date accessed: February 20, 2025. *See also* Oracle Corporation, Form 10-K for the fiscal year ended May 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001341439/9c2ee381-96cc-4e88-b4a9-17e6542147a6.pdf. Date accessed: February 20, 2025; SAP SE, Form 20-F for the fiscal year ended December 31, 2023, https://www.sap.com/investors/en/reports.html?sort=latest_desc&tab=reports&tag=year%3A2023&pdf-asset=12ece1ac-ad7e-0010-bca6-c68f7e60039b&page=183. Date accessed: February 20, 2025; Salesforce, Inc., Form 10-K for the fiscal year ended January 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001108524/8db0202a-351a-4026-909c-da45f1d41758.pdf. Date accessed: February 20, 2025; and Adobe INC., Form 10-K for the fiscal year ended December 1, 2023, https://www.sec.gov/Archives/edgar/data/796343/000079634324000006/adbe-20231201.htm#id2fffb105edb44a29625d93e58bf85a1_121. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

SaaS companies' revenues from product sales.[122] Further support for such values comes from a study of the pricing of software maintenance contracts, which are set at 18-22% of the value of initial license fees.[123] Taking this information into account, I estimate that software maintenance comprises between 10-25% of software development expenditures as a whole. Therefore, based on the R&D data cited above, **I estimate that average maintenance & support costs reasonably lie between 2 – 5% of revenue** – I take the mid-points of all the ranges, which vary between 10 – 23% of R&D costs, which, in turn, account for 15-20% of software firm revenues.

183. ███████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████

---

[122] Rakesh Patel, "How Much Does Software Maintenance Cost?", Space-O Technologies, August 29, 2024, https://www.spaceo.ca/blog/software-maintenance-cost/. Date accessed: February 20, 2025.

[123] John Zettler, "Software Maintenance Negotiations Best Practices", DoD ESI, February 26, 2015, https://www.esi.mil/contentview.aspx?id=550. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



184. ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████.

## 7.5    Summary of variable costs and gross margins across genres

185. Table 9 presents my final Genre Gross Margin estimates for all genres, which are sorted in descending order by total App Store transaction value between July 2008 and February 2024.[125] The final numbers are calculated by combining the four types of variable cost share ranges discussed earlier this section – the individually estimated royalties and UAR range for each genre and single, genre-agnostic ranges for infrastructure and maintenance & support – and subtracting the total from 100%. In general, I combine

---

[124] Figure generated using attached R code.

[125] Table 2; Transactions and Effective Commissions Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the cost shares by simply summing the lower and the upper ends of the ranges, which is a conservative approach. I make one exception, which I explain below.

186. In my experience advising software and mobile businesses, licensing popular third-party content often helps developers attract users, thereby reducing their UAR costs. For instance, when apps feature popular third-party content, such as games with recognizable characters, or Reading apps with the latest bestsellers, they become intrinsically attractive to users and often reduce the need for the developer to invest in substantial UAR initiatives.[126, 127, 128] In contrast, if such apps choose to feature little to no notable third-party content, they will not benefit from the influx of users that would gravitate towards widely recognized and trending material. Users' gravitation towards recognizable third-party content leads to an inverse, compensatory dynamic between the two types of costs – royalty expenses incurred for featuring third-party content often correspond to reduced UAR spendings.

187.

188. To account for the inverse relationship between royalties and UAR costs, I assume a partial negative correlation between them and adjust the summation of the two costs as follows. Instead of simply summing the upper and lower ends of the two cost ranges, I assume that a developer with high royalties will incur no more than the midpoint of the range of UAR costs (and vice-versa). In other words, I add the upper and lower ends of the cost with the **wider** range to the midpoint of the cost with the **narrower** range.[130]

---

[126] David Garth, "Discovery & User Acquisition Costs: Content Licensing To The Rescue?", Game Developer, May 23, 2013, https://www.gamedeveloper.com/business/discovery-user-acquisition-costs-content-licensing-to-the-rescue-. Date accessed: February 20, 2025.

[127] Becky Doles, "5 Ways to Drive Down Mobile App User Acquisition Costs", Tune, October 28, 2013, https://www.tune.com/blog/5-ways-drive-mobile-app-user-acquisition-costs/. Date accessed: February 20, 2025.

[128] "Licensed to sell: The advantages of building video games around established IP", Barclays, December 12, 2021, https://games.creative.barclays/resource-hub/games/funding-and-finance/licensed-to-sell-the-advantages-of-building-video-games-around-established-ip/. Date accessed: February 20, 2025.

[129] By way of an example, if Developer A produced *both* royalty and UAR cost data for 2018-2020, I calculate the UAR and royalty cost shares by dividing the costs by revenue. I then take the average of the 2018, 2019, and 2020 values for each cost, producing two datapoints that together constitute a single "UAR/Royalty pair."

[130] I employ this method rather than taking the summation of the lower bound of one cost with the upper bound of the other (and vice versa) to account for an inverse relationship while not imposing that it be excessively strong.

Expert Report of Alan D. MacCormack               77               No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

189. Next, I adjust the lower end of the estimated GGM range for Music + Entertainment to be equal to the average commission rate of the two genres. I make the adjustment because this genre exhibits high variable costs (royalties, in particular), which drives down the lower end of the GGM towards unprofitability.[131] It is intuitive that if the average developer in the genre was retaining less than what is needed to cover Apple's commission, I would expect to see developers exit over time. Indeed, the unsustainable nature of low margins seen across the Music + Entertainment genres is reflected in the measures taken by prominent developers to get around Apple's App Store commission. For example, since May 2016, iOS users have not been able to purchase a Spotify subscription from within the app, having to do so through the Spotify website.[132] Similarly, Netflix ceased subscriptions through the App Store in 2018, while Amazon Prime launched subscriptions via the App Store only after extensive negotiations that resulted in a reduction of Apple's commission.[133]

190. Finally, I derive a GGM for the genres grouped into the "Others" category by calculating the average of the GGMs estimated for all the other genres. Due to limited coverage of the genres within the "Others" category in the Augmented Developer Cost Data and insufficient public information, I was unable to estimate individual ranges for the variable cost shares of the constituent developers. Using the average of the estimates of all genres results in a range that is sufficiently wide to reasonably include the true average of the genres constituting the "Others" category.

---

[131] Music + Entertainment is the only genre for which this adjustment is made, as it is the only genre for which the lower bound of my GGM would fall below the genre's effective commission rate.

[132] Opening Report of Professor Daniel L. McFadden, PhD, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, June 1, 2021, page 85, FN260 ("In May 2016, Spotify removed the ability for new subscribers to purchase their subscription through its iOS app, meaning that they would only pay commission on pre-existing subscriptions made via the App Store.")

[133] Kim Lyons, "Documents show Apple gave Amazon special treatment to get Prime Video into App Store", The Verge, July 30, 2020, https://www.theverge.com/2020/7/30/21348108/apple-amazon-prime-video-app-store-special-treatment-fee-subscriptions. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

### APPENDIX A: OVERVIEW OF PROVIDED FINANCIAL DATA

191. As discussed in Section 6.2, "Developer Cost Data," a set of financial records obtained from subpoenaed iOS developers, is among the primary sources I rely on to calculate variable cost shares and GGM estimates. In this section, I provide a detailed overview of this dataset, including its characteristics, usage and any preprocessing and augmentation performed prior to analysis.

192. The obtained financial records were produced by developers in response to a plaintiff subpoena initially served in March of 2021. Compliance with the subpoena continued through 2024, instructing developers to provide detailed financial information covering the years 2012 through 2023 and pertaining to revenues, costs and key operating metrics (e.g., the number of monthly active users) of the firm. [134] The instructions requested the revenue information to be broken down by distribution channel (e.g., App Store, Google Play Store) and source (e.g., digital revenue, including IAPs, and ancillary revenue like advertising), while requesting that the cost data include variable costs, such as payment processing, distribution, infrastructure, software maintenance, licensing, and UAR expenses. In total, the subpoena responses made available to me contained data from 114 developers. In addition, Counsel also provided to me the genre-wise revenue for the developers, which I use to identify the genre to which a developer belongs.

193. First, I excluded the developers whose responses were severely limited and unusable. More specifically, there are three reasons for excluding developers and their apps from my analysis: (1) the submitted raw data did not include any variable cost and/or revenue records and this information was not publicly available, (2) the submitted data was insufficient to estimate any cost shares (e.g., if reported revenues pertain to iOS transactions but variable cost data captures all distribution channels, I cannot compute a meaningful cost share absent additional information), and (3) the reported revenues and costs yield implausible results, such as severe losses over a prolonged period. In total, out of the 114 developer productions provided, I identified and retained usable data from 71 submissions pertaining to 68 unique developers, which I refer to as "Developer Cost Data."

194. The number of developer responses in each genre varies considerably. For example, while I have usable information from 6 developers in the Games genre, I only have data from 2 developers in the Sports genre, and no data for the Stickers or Catalog genres. As discussed in Section 6.3.1, by combining similar genres

---

[134] I was provided with a template of the subpoena that contained the information requested. *See* "Doc Subpoena – 2024 Template"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

into groups, I also increase the number of data points, which allows me to calculate more robust GGM ranges.

195. Although the data request clearly specified the data categories and time span of interest, the provided responses vary significantly across developers in terms of the years covered, the level of detail and the categories provided, among other factors. For instance, while some developers provided a complete breakdown of all their fixed and variable costs, others merely reported single, aggregate figures or only subset of their variable costs (e.g., infrastructure). This heterogeneity is not surprising, and based on my experience, could be driven by the developers' unwillingness to share potentially sensitive information or differences in how they track, collect, and store such information.

196. To make the Developer Cost Data usable for my analysis, I took a series of steps to clean and process it. This involved gathering and rationalizing relevant data from what were often large productions; generating annual measures of revenues and costs when data was reported on a monthly or quarterly basis; and ensuring that costs and revenues pertained to the same activities on the same platforms, among other tasks. During this process, I ensured to distinguish missing data from zero values by marking the former as "NA." Furthermore, in the few instances where certain developer-provided observations yielded implausible results (e.g., severe losses), I reported those observations in my Genre Workpapers but omitted them from my analysis. See the culmination of this cleaning effort and justification of any observation level omissions in my Genre Workpapers.[135]

197. Finally, given the heterogeneity in developer productions with many reporting partial information on the relevant variable cost categories, I incorporate supplementary financial information from 10-K filings for 8 out of the 71 developer productions. This supplementation of the Developer Cost Data formed the "Augmented Developer Costs Data" dataset discussed throughout my report.[136, 137] As mentioned in Section 6.2, I augment the data when (1) key information is missing from production or (2) developer-provided data is difficult to interpret. For example, where revenue data is missing or unclear from production, I use the revenue data reported in 10-K filings (if such data is available) as the denominator to

---

[135] While I have reviewed all the cost information made available to me and attempt to use all of it to compute the variable costs for developers and genres, I exclude certain information from my analysis. Briefly, I exclude information that is incomplete, such as financial information for only part of a year and specific instances where data appears to be erroneous or abnormal relative to that developer's other data. I describe these exclusions in more detail in the Genre Workpapers that accompany this report.

[136] I note that financial information in the annual reports does not always cleanly map to the variable cost categories I focus on. To establish a mapping, I make a series of reasonable assumptions e.g., using "Sales & Marketing" costs to estimate UAR costs.

[137] Generally, I complement developers' data with information from audited public financial statements, if available. *See* my Genre Workpapers for details about each developer.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

calculate a cost share from produced cost data. Table 10 below summarizes the results of this data gathering and cleaning process.

**Table 10: Data Summary Table[138] [139] [140]**

| | |
|---|---|
| **Total number of developer productions** | **114** |
| Number of productions excluded due to insufficient data (either no data or no cost data) | 37 |
| Number of productions excluded due to implausible data | 6 |
| **Total number of developer productions excluded** | **43** |
| **Total number of developer productions relied upon** | **71** |
| **Total number of unique cost datapoints** | **795** |
| Total number pertaining to UAR costs | 285 |
| Total number pertaining to Royalty costs | 145 |
| Total number pertaining to Infrastructure costs | 247 |
| Total number pertaining to Maintenance costs | 118 |
| **Total number of datapoints excluded** | **33** |
| Total number of UAR datapoints excluded | 12 |
| Total number of Royalty datapoints excluded | 6 |
| Total number of Infrastructure datapoints excluded | 10 |
| Total number of Maintenance datapoints excluded | 5 |
| **Total number of datapoints used in analysis** | **762** |
| Total number of UAR datapoints used in analysis | 273 |
| Total number of Royalty datapoints used in analysis | 139 |
| Total number of Infrastructure datapoints used in analysis | 237 |
| Total number of Maintenance datapoints used in analysis | 113 |
| **Total number of used datapoints relying on public sources** | **48** |
| UAR datapoints relying on public sources | 25 |
| Royalty datapoints relying on public sources | 5 |
| Infrastructure datapoints relying on public sources | 16 |
| Maintenance datapoints relying on public sources | 2 |

---

[138] *See* Workpaper titled "Inventory of Developer Cost Data"

[139] For a breakdown of the data points used in the analysis, please refer to the "Pooled Data" in my workpapers and in the input folder of the "R Code" package.

[140] To identify the observations relying on public sources, please refer to the "Pooled Data" in my workpapers and in the input folder of the "R Code" package. The relevant data points are highlighted in bold.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## APPENDIX B: GENRE-SPECIFIC ESTIMATION OF VARIABLE COST SHARES AND GROSS MARGIN RANGES

198. In Section 7.5 I presented the final GGM estimates for the 12 genre groups, as well as the "Others" category. These results were derived following a symmetry analysis of the Augmented Developer Cost Data, in which I motivated and justified my decision to estimate genre-specific or genre-agnostic cost shares, and the calculation of all four types of variable cost shares for each genre. Given the complexity of GGM calculations for royalty and UAR costs compared to the genre-agnostic infrastructure and maintenance & support estimates, I dedicate this Section to a comprehensive overview of the process followed to derive royalty and UAR cost shares for each genre and genre group, I also make note of any assumptions, adjustments, and robustness checks made to ensure the accuracy of final estimates.

199. Each of the following sections focuses on a specific genre, or group of genres, and is structured as follows: (a) I introduce the genre, provide an overview of the developers and applications therein, and explain why genres are grouped together, if applicable; (b) I explain the variable costs as they apply to the genre; (c) I present the Augmented Developer Cost Data and outline how I use this data, alongside additional public sources and my industry expertise, to produce final royalty and UAR cost share estimates,[141] and (d) I present a table that summarizes the estimated ranges of individual variable cost shares and final GGMs. Since my genre-agnostic cost share ranges for infrastructure and maintenance & support costs are fully derived and justified in Section 7, they appear only in the "Summary of Results" tables for each genre.

200. For some genres, I estimate a royalty cost share lower bound of 0% despite evidence, either from production or public sources, that some developers in the genre incur non-zero royalties. While the arithmetic mean in such genres cannot be precisely 0, my 0% lower bound estimate reflects the possibility that there are a large number of developers who incur extremely low royalty costs which would bring the genre average shares close to 0%.

201. The data tables reported in each subsequent subsection correspond to the Augmented Developer Cost Data. As mentioned previously, full details on each developer's produced data, the data cleaning process,

---

[141] Note that when combining various sources of information to produce my cost share range estimates for a genre, naturally, not all developers included in the Augmented Developer Cost Data will fall within my estimated ranges. While such developers lie outside of my final range estimates, they are not outliers in the statistical sense of a box plot (discussed in Section 6.3.2). That is, they are not identified by rule-based reasoning because there are not enough developers in each genre to justify such an approach. Instead, they reflect my judgement, formed from the resources described above, that the bulk of developers (i.e., where the genre average lies) will not lie around the values reported by those developers. For example, a developer might employ a unique business model not typical of other developers in the genre that leads them to have particularly high, or low, royalty costs. The cost share in their production is then unlikely to reflect the average developer, and the value may therefore not be used to inform my final estimate.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

and justification of any observation exclusions are contained in the accompanying Genre Workpapers. Additional public data discussed alongside the data tables is not part of the Augmented Developer Cost Data and is used in conjunction to further inform my cost share estimates.

202. The specific methods and data used to arrive at my final estimated ranges may vary by genre. This is because the amount of Augmented Developer Cost Data for each genre differs, as does the dispersion of this data and the availability of additional public information. For example, the prevalence of comparable developers with publicly available financial data with which I can complement the Augmented Developer Cost Data varies by genre – larger revenue genres, such as Games, will have more comparable public companies than smaller genres like Weather. Furthermore, my ability to identify and explain particularly high/low cost developers varies by the specific developer involved and the number of other developers for which I have data. In my analysis, I take all these factors into account when estimating final ranges. As a final robustness check of my methodology for each genre, following the derivation of final royalty and UAR cost share estimates, I present the results of the reconciliation analysis conducted in Section 7 once more. I do this to display how my estimated cost share ranges compare to the ranges that would be estimated based *solely* on the IQR analysis of observations in the Augmented Developer Cost Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 1.    Games

203. The Games genre is composed of applications that enable users to play games on their mobile devices. Gaming apps can vary from simple applications designed solely for individual gameplay with most of the functionality stored on the user's mobile device (e.g., Flappy Bird), to complex cross-platform games with real-time multiplayer gameplay (e.g., Fortnite, PUBG).

204. In addition to varying degrees of complexity in games, there is considerable diversity in the business models under which game developers operate. While the primary sources of revenue are IAPs (in paid/freemium apps) and ads (in free apps),[142, 143] the way developers build and ultimately publish their games can vary significantly. Many game developers, such as Rovio Entertainment, the author of the popular Angry Birds game, build and publish their apps in-house. In contrast, many others outsource the development to third parties and distribute the games in exchange for royalties. For instance, Zynga, the developer of a popular farming simulator game Farmville, has collaborated with independent studios to launch mobile games like Clay Jam and the Respawnables.[144]

205.

### 1.1.    Estimation of variable costs

206. Table 11 summarizes the cost information provided by six developers in the Games genre.

---

[142] In 2021, IAPs and ads accounted for around 66% and 34% of mobile gaming apps' revenue. *See* "App: market data & analysis, Market Insights Report", Statista, page 31, September, 2023, https://www.statista.com/study/143845/app-market-data-and-analysis/. Date accessed: February 20, 2025.

[143] The Transactions and Effective Commissions Data (Table 2) reveals that the vast majority (███) of App Store transaction revenue generated by apps in the Games genre comes from IAPs, rather than paid downloads.

[144] Jeffrey Grubb, "Zynga Mobile amps up its third-party publishing with biggest game yet", VentureBeat, April 8, 2013, https://venturebeat.com/games/zynga-mobile-is-ready-to-amp-up-its-third-party-publishing/. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Table 11: Games – Summary of Variable Costs of Constituent Developers[145, 146, 147]**



### 1.1.1.    Royalties

207. Developers incur royalties when they make use of any type of third-party content. In the mobile gaming industry, this can occur in several different scenarios. First, if a developer's game is based on or otherwise features creative third-party content, such as, for instance, characters from a popular movie or a trending soundtrack, the original rights holders of that content are compensated via royalties. Second, as mentioned in the previous section, in the event that a developer publishes games developed by third-party studios, they have to share a portion of the revenue generated from those games with the original developers, which is also a form of royalties. Finally, although less common, there are games that enable players to contribute content of their own, such as artwork, which is then sold to other users through the gaming platform. The revenues from such purchases are similarly shared with the content's original authors in the form of royalties. Gaming apps can also incur royalties for functional content, such as third-party data or APIs.

---

[145] Italicized entries represent data that has come from publicly available financial information that has supplemented that developer's production.

[146] Zynga included their 10-K Forms as part of their subpoena response. Zynga's results here reflect the information included within these 10-Ks.

[147] Glu Mobile and Pocket Gems do not appear in the Top 100 Apps data, and I rely on their websites to identify that they are primarily developers of Games apps. Indeed, Glu Mobile describe themselves as "a leading developer and publisher of mobile games". *See* "A Culture of Creativity and Collaboration", Glu, https://www.glu.com/company/. Date accessed: March 3, 2025. Furthermore, Pocket Gems state that "[w]e want to build the greatest games and interactive entertainment in the world." *See* "About", Pocket Gems, https://www.pocketgems.com/about/. Date accessed: March 3, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

208. Out of the six Games developers that provided their cost data as part of this litigation, I have royalty data for two developers: Glu Mobile, which reported royalty payments ranging from 8% to 11% of revenue and Roblox, which did not disclose royalties directly, but for whom I extracted the figures from publicly available 10-K filings. The publicly reported financials suggest that the royalties incurred by Roblox range between 28% and 36% of revenue.[148] However, Roblox has a unique business model, wherein it shares its revenue with users that create Roblox's in-game content. This makes the 28-36% range likely in excess of the royalties incurred by the average developer in the genre. As a result, I treat it as an outlier and exclude it from my calculations.

209. The lack of data is not surprising given that, as discussed in Section 5.5.1, royalties are often privately negotiated between relevant parties and kept confidential. In addition, there are many original games that rely on little to no third-party content and do not incur significant royalties. One notable example is Candy Crush Saga, developed by King (owned by Activision Blizzard). In their 2022 Annual Report, Activision Blizzard state that "[w]e develop a majority of our products based on wholly-owned intellectual properties, such as Call of Duty, Warcraft, and Candy Crush" and describe King as "a leading global developer and publisher of interactive entertainment content and services based primarily on our internally developed intellectual properties."[149, 150]

210. Given the insufficient data, I refer to public information to understand the magnitude of royalties typically incurred by mobile game developers. My research indicates that, on average, game developers, should they incur royalties, spend between 9% and 20% of their annual revenue. For instance, G5 Gaming reports annual royalties of 10 – 12% of revenue, while Remedy Games reports annual royalties between 9 – 20%

---

[148] Roblox declares 28 – 36% of revenue as "Developer Exchange Fees" which are payments made to users that create and sell in-game content via Roblox. These are equivalent to royalties because they are effectively payments for others' content. *See* Roblox Corporation, Form 10-K for the fiscal year ended December 31, 2023, page 77, https://s27.q4cdn.com/984876518/files/doc_financials/2023/ar/roblox-2024-proxy-and-2023-annual-report.pdf. Date accessed: February 20, 2025.

[149] Activision Blizzard, Inc., Form-10K for the fiscal year ended December 31, 2022, pages 9 and 39, https://investor.activision.com/static-files/01d1f04d-1c00-4a17-8743-4e6a20e17335. Date accessed: February 20, 2025.

[150] Activision Blizzard was acquired by Microsoft in 2023. *See* "Corporate and Media", King, https://www.king.com/corporate-and-media. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

of revenue, with other industry sources corroborating these numbers. [151, 152, 153, 154] To ensure a conservative approach, I use the lowest and the highest of the reported numbers to establish a broader range of 9-20%, which I then use to derive a final estimate, as detailed later in this section. Notably, these indicators are closely aligned with the values calculated from Glu Mobile's Form 10-Ks.[155]

211. Using the information above, I estimate that for the Games genre, the average royalty cost is likely to fall within a range of 0% (for developers that do not incur royalties) to approximately 15% of revenue. I arrive at 15% by taking the midpoint of the range identified earlier (i.e., 9 – 20%).

212. To pressure test this range, I examined another one of the six developers with no reported royalties – Zynga. A joint license agreement submitted to the SEC between Zynga and WPT (World Poker Tour) stipulated that Zynga would pay WPT 10% of net revenues associated with "the use of Paid Currency or in connection with the sale of Virtual Digital Goods derived from use of the WPT-brand on the Zynga platform, less… "Allowable Deductions"" which include "platform distribution fees."[156] Assuming that Zynga pays the Games genre effective commission rate of ██████,[157] this is equivalent to 7% of gross revenues, which falls almost exactly at the midpoint of my estimated range.

213. I note that this does not imply that all observations will fall within this range – royalties paid by large publicly traded game developers may be lower than those paid by smaller developers due to differences in

---

[151] G5 Gaming reports annual royalty rates between 10 – 12%. *See* "G5 Entertainment 2022 Annual Report", G5 Entertainment, April 29, 2023, https://corporate.g5.com/investors/financial-reports/g5-entertainment-ab-publ-publishes-annual-report-2022. Date accessed: February 20, 2025.

[152] Remedy Games reports annual royalty rates between 9 – 20%. *See* "Annual Report 21", RemedyReports and Presentations, https://storage.googleapis.com/inderes-widgets-prod-assets/remedy/calendarEventAttachments/Annual%20Report%202021.pdf. Date accessed: February 20, 2025.

[153] "Assessing the ROI of IP Licensing for Mobile Games", Yodo1, https://www.yodo1.com/assessing-the-roi-of-ip-licensing-for-mobile-games/. Date accessed: February 20, 2025.

[154] "Game Developers vs Game Publisher: What's Better for Your Game?", Helpshift, September 6, 2023, https://www.helpshift.com/blog/indie-vs-game-publisher-whats-better-for-your-game/. Date accessed: February 20, 2025.

[155] Glu Mobile report "Platform Commissions, Royalties and Other" in their Form 10-Ks. To extract royalty costs from this value, I subtract from it 30% (the genre average effective commission rate is 29.8%) of their reported "In-App Purchases." *See* Glu Mobile Inc., Form 10-K for the fiscal year ended December 31, 2019, https://www.sec.gov/Archives/edgar/data/1366246/000155837020001804/gluu-20191231x10kf63199.htm. Date accessed: February 20, 2025. *See also* my Games Genre Workpaper for more detail.

[156] "Joint Content License Agreement", SEC, February 1, 2018, https://www.sec.gov/Archives/edgar/data/1708341/000168316819002657/brac_ex1019.htm. Date accessed: February 20, 2025.

[157] Transactions and Effective Commissions Data (Table 2).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

bargaining power. However, the range provides a reasonable estimate of royalties incurred by the average developer in the Games genre.

### 1.1.2.    UAR Costs

214. As shown in Table 11, UAR costs reported by the majority of the subpoenaed game developers fall within a range of ████████ of revenue, with Roblox and Niantic being the only two exceptions. Roblox's lower UAR costs can be attributed to the unique model of paying royalties for user created content – players or users are automatically incentivized to engage with the game for the possibility of selling their content and receiving a cut.[158] Niantic's case is different. While reporting relatively low UAR costs, Niantic does not provide any information on its royalty expenses. However, based on my research, one of Niantic's most popular games, "Pokémon Go," is based on the immensely popular Pokémon franchise, which allows them to benefit from significant user traction toward the featured content and incur an unusually low UAR spend.

215. Looking across the data from the six subpoenaed games developers, the mean and median UAR costs appear to exhibit a bimodal distribution, with several high observations lying between ████ and two lower observations between ███. This type of distribution indicates the stark differences in firm strategies (which are partially driven by the negative correlation with royalties) and makes the task of estimating a range for the average UAR cost in the genre challenging. Therefore, I use these observations to derive a central point for the range, by calculating the arithmetic mean of the costs reported by all developers: ███.[159]

---

[158] In their 2022 Annual Report, Roblox explain that their marketing approach "is almost entirely organic," "[relying] on developers and creators to create the content that leads to and maintains user engagement (including maintaining the quality of experiences)." Their annual report further states that their growth "has been driven primarily by a significant investment in technology and two mutually reinforcing network effects: content and social." Indeed, the "ability to generate income encourages developers and creators to invest in more and better content that attracts more users. As users enjoy our Platform with each other and invite more friends to Roblox, developers and creators attract larger audiences and are encouraged to create even more." *See* Roblox Corporation, Form-10-K for the fiscal year ended December 31, 2022, pages 7, 8, and 18, https://s27.q4cdn.com/984876518/files/doc_financials/2022/ar/roblox_2023-proxy-and-2022-annual-report_web-ready.pdf. Date accessed: February 20, 2025.

[159] I note that the average of *means* and the average of *medians* is approximately the same for these observations.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Table 12: Sales & Marketing Expenses of Publicly Traded Games Developers[160, 161]**

| Company / Developer | Year | Revenue | Sales and Marketing Expenditure | S&M as % of Rev. |
|---|---|---|---|---|
| Activision Blizzard ($MM, FY Ending Dec 31) | *2019* | 6,489 | 926 | 14% |
| | *2020* | 8,086 | 1,064 | 13% |
| | *2021* | 8,803 | 1,025 | 12% |
| Electronic Arts ($MM, FY ending Mar 31) | *2021* | 5,629 | 689 | 12% |
| | *2022* | 6,991 | 961 | 14% |
| | *2023* | 7,426 | 978 | 13% |
| Take-Two Interactive ($MM, FY ending Mar 31) | *2021* | 3,373 | 445 | 13% |
| | *2022* | 3,505 | 516 | 15% |
| | *2023* | 5,350 | 1,593 | 30% |

216. Next, I review the Sales & Marketing expenses incurred by several additional publicly traded game developers. Table 12 summarizes the identified expenses, an average of which amounts to 15% of revenue. Based on this information, I establish the lower end of the range for UAR costs to be 15%.[162]

217. I establish the higher end of the range at 25% - an equal dispersion from the central point (20%) as the lower end (15%). In addition, as I explained in Section 7.2, based on the commonly used LTV/CAC metric, a UAR cost share of 25% is a generally accepted target for developers, and taking into account the average

---

[160] *See* Activision Blizzard, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://www.sec.gov/Archives/edgar/data/718877/000162828022003992/atvi-20211231.htm#i6918bdee1491433a92115eff89e52c46_31. Date accessed: February 20, 2025. *See also* Electronic Arts, Inc., Form 10-K for the fiscal year ended March 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0000712515/266103eb-a3eb-43c2-bdb5-fddd9ddb74e4.pdf. Date accessed: February 20, 2025; and Take-Two Interactive Software, Inc., Form 10-K for the fiscal year ended March 31, 2023, https://taketwointeractivesoftwareinc.gcs-web.com/static-files/a8aad461-897e-46d9-988d-777c9450e9dc. Date accessed: February 20, 2025.

[161] While I analyze Sales and marketing data from 2021-2023 for EA and Take-Two, I use Activision Blizzard data from 2019-2021. This is because Activision Blizzard was acquired by Microsoft in 2023 following the announcement of their acquisition in January 2022. *See* Linda Norman, "One year on: Microsoft's acquisition of Activision Blizzard is fueling gaming innovation and competition", Microsoft On the Issues, October 15, 2024, https://blogs.microsoft.com/on-the-issues/2024/10/15/one-year-activision-blizzard/. Date accessed: February 20, 2025. *See also* "Microsoft to acquire Activision Blizzard to bring the joy and community of gaming to everyone, across every device", Microsoft, January 18, 2022, https://news.microsoft.com/2022/01/18/microsoft-to-acquire-activision-blizzard-to-bring-the-joy-and-community-of-gaming-to-everyone-across-every-device/. Date accessed: February 20, 2025.

[162] I analyze these developers given their significant market capitalization. Indeed, Electronic Arts and Take-Two Interactive were the top two companies by market capitalization in the gaming industry in the United States as of November 2024 (the third being Roblox which already features in the Augmented Developer Cost Data). Moreover, Activision Blizzard was the previous market leader prior to its acquisition by Microsoft in 2023. *See* Jessica Clement, "Market capitalization of the largest gaming industry companies in the United States as of November 2024", Statista, November 29, 2024, https://www.statista.com/statistics/269844/market-capitalization-of-the-global-games-industry/. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

of UAR costs reported by developers, a reasonable estimate of the upper end of the average UAR spending in the genre. As a result, I estimate the final UAR cost share to lie between 15-25% of revenue.[163]

218. UAR Costs and royalties incurred by developers in the Games genre illustrate the inverse relationship that I discussed in Section 7.5. This is intuitive, because products featuring popular third-party content with an established fanbase will benefit from existing consumer demand. This, in turn, will reduce the need for excessive investments into UAR initiatives. While I noted an inverse correlation of ▮▮ across developer averages in Section 7.5, I provide additional examples from publicly available information to further illustrate this point.

219. Roblox spends between 28 – 36% of its annual revenue on royalties, while spending only 4 – 6% on Sales & Marketing (i.e., UAR initiatives). Another publicly traded developer, G5 (discussed above) incurs royalties of about 10 – 12% and S&M costs of about 21 – 25%, which is relatively low compared to the figures provided by the subpoenaed game developers (see Table 11). I note that although a negative correlation is not obvious from Glu Mobile's data (royalties of 8 – 11%, and UAR costs of 31 – 36%), the sum of royalties and UAR costs for all these examples falls within broadly similar, overlapping ranges: Roblox: 32 – 42%, G5: 31 – 37%, and Glu Mobile: 39 – 47%. I conclude that a typical developer that incurs high royalty costs, on average, spends less on UAR initiatives compared to other developers, and vice-versa. To account for this inverse relationship, I make the adjustments described in Section 7.5 when calculating the sum of the two types of costs.[164]

1.2.    Summary of results

220. In Table 13, I present my variable cost estimates and use them to arrive at the final Genre Gross Margin range, which amounts to ▮▮▮▮▮

221. To account for the partial negative correlation between UAR and royalties with the limited data, I simply assume that a developer with high royalties will incur *no more than* the midpoint of the range of UAR costs, and a developer with low royalties will incur *at least* the midpoint of the range of UAR costs, and vice-versa. Thus, one estimate of the sum of royalties and UAR costs is established by adding the midpoint of UAR Costs ▮▮▮▮▮ to the full range of royalties ▮▮▮▮▮▮▮ amounting to a ▮▮▮▮▮▮ . On the other

---

[163] I have also been provided cost information about Epic Games's Windows/PC operations. Per my Genre Workpapers, the UAR costs incurred are in line with my estimates at 25%.

[164] I assume that a developer that incurs the highest royalty rate is likely to incur UAR costs only at the midpoint of the estimated range.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

hand, if I use the midpoint of the range of royalties (i.e., 8%) and add it to the range of UAR costs, I arrive at a combined range of ███████ To be conservative in my estimates, I use the wider range of ███████

**Table 13: Games – Estimated Range of Variable Costs and Average Gross Margin**

| Variable Cost Category | Estimated Range |
|---|---|
| Royalties | ██████████ |
| User Acquisition and Retention | ██████████ |
| *UAR + Royalties* | ██████████ |
| Infrastructure | ██████████ |
| Maintenance | ██████████ |
| *Total Variable Costs* | ██████████ |
| **Estimated Gross Margin** | ██████████ |

222. Using Figure 13, I reiterate the reconciliation of my estimates of royalties and UAR costs with the interquartile ranges that were observed from the Augmented Developer Cost Data. Figure 13, along with the analogous reconciliation graphs in subsequent genre-specific sections, is a "subset" of Figure 6 and Figure 8 that shows the overlap between my final estimate and the IQR of the Augmented Developer Cost Data. As explained in Section 7.1.3 and earlier in this section, my estimate of the range for royalties differs from the one observed from the Augmented Developer Data due to the exclusion of Roblox because of its unique business model, and due to the incorporation of additional public information.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Figure 13: Games - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



**2.    Music + Entertainment**

223. Music and Entertainment are two separate genres in the App Store and are primarily composed of streaming services that provide audio and video content, respectively. Popular music streaming applications include Spotify and Amazon Music, and well-known streaming video on demand (SVOD) services include Netflix, Hulu, Disney+ and HBO Max.

224. The business models of applications in this genre often include a free (or low-priced) version of the service supported by advertisements, and a paid premium version that unlocks advanced functionality and an ad-free experience. Spotify is representative of a typical business model for streaming apps. Its free version features in-app advertising and allows users to skip a limited number of randomly chosen songs per hour. By purchasing a subscription, users gain access to the full functionality of the app and enjoy an ad-free experience.[165] Similarly, Disney+ and Hulu generate revenues from a combination of advertising and subscriptions through the apps.

---

[165] In 2023, Spotify had 379 million ad-supported monthly active users and 236 million paying users. Spotify Technology S.A., Form 20-F for the fiscal year ended December 31, 2023, page 46, https://s29.q4cdn.com/175625835/files/doc_financials/2023/ar/26aaaf29-7cd9-4a5d-ab1f-b06277f5f2a5.pdf. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

225. Top developers in these genres typically offer two types of content: licensed third-party material and/or proprietary content produced in-house. For example, Spotify distributes music from a wide range of artists in exchange for royalties, while also financing the production of its own content (e.g., podcasts). Netflix licenses a variety of popular shows and movies, while simultaneously producing an increasing amount of original content. Similarly, Disney+ primarily features Disney's original movies and TV content with some third-party content licensed from other creators.

226. ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

## 2.1.  Estimation of variable costs for genre

227. ██████████████████████████████████████████████████████████.

**Table 14: Music + Entertainment – Summary of Variable Costs of Constituent Developers[166], [167],**



### 2.1.1.  *Royalties*

---

[166] Italicized entries represent data that has come from publicly available financial information that has supplemented that developer's production.

[167] The data from Disney Electronic Content, Inc. pertains to their "Disney+" app. Disney Electronic Content, Inc. also generates revenue in the Sports genre (likely due to its ownership of various ESPN apps). I have been provided separate information for Disney+ and therefore evaluate Disney+ here. *See "*Developer Revenues by Genre" Workpaper.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

228.

229.

230.

231. To derive a royalty estimate for Entertainment apps, I rely on several observations pertaining to SVOD services. According to Statista and Fortune, while making a total of $34bn in revenues in 2023, Netflix paid $6bn in licensing costs, with licensed content comprising 45% of its total viewing hours. Given this data, I deduce that licensed content accounted for approximately 45% of Netflix's total revenues, which is $15.3bn.[170, 171] With licensing costs being $6bn and third-party content generating $15.3bn of revenue, it is suggested that Netflix's royalty cost share is equal to 39% of revenues.[172] Next, I identified an example licensing agreement for a movie, which states that the licensees are obligated to pay an aggregated 35% of

---

[168] Kris Holt, "Apple Music pays a penny per stream, double Spotify's rate", engadget, April 16, 2021, https://www.engadget.com/apple-music-streaming-payment-rate-spotify-162320807.html. I note that the same article indicates that Apple pays 52% of revenue to record labels. From my review of the music industry, I understand that payments to record labels do not account for the entirety of a streaming platform's royalties and therefore exclude Apple's payments to record labels from consideration.

[169] "Music and streaming Final report", Competition and Markets Authority, page 82, November 29, 2022, https://assets.publishing.service.gov.uk/media/6384f43ee90e077898ccb48e/Music_and_streaming_final_report.pdf.

[170] Rachyl Jones, "Netflix will spend 'vast majority' of its $17 billion content budget on originals in 2024, despite a deluge of licensed hit shows up for grabs", Fortune, April 25, 2024, https://fortune.com/2024/04/25/netflix-spending-budget-originals-licensing-content-shows-streaming/. Date accessed: February 24, 2025.

[171] Julia Stoll, "Content spending of Netflix worldwide from 2012 to 2024", Statista, March 22, 2024, https://www.statista.com/statistics/964789/netflix-content-spend-worldwide/. Date accessed: February 20, 2025.

[172] Total content costs (licensed and original) were $13bn and revenues were $34bn. I deem the costs of original content as fixed and exclude them but note that aggregate content costs are also similar to my estimate at 38% of revenue.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

their revenue in exchange for distributing the licensed content.[173] Another example is the compensation received by the participants of the Amazon Prime Video Direct program – Amazon shares ~50% of its revenue with participating content creators for licensing and distributing their material.[174] To estimate the average royalty cost share for apps in the Entertainment category, I calculate the average of all of the above-mentioned observations, yielding approximately 41%.

232. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████

*2.1.2.    UAR Costs*

233. Developers in the Music + Entertainment genre engage in a variety of activities to attract users to their platform and convert them into paying customers. Examples include TV commercials, digital display advertising, social media campaigns, or more creative options like bundling core services with other utilities (e.g., home Wi-Fi services).

234. As indicated in Table 14, I was provided with UAR cost data from four developers – Disney (Disney+), Disney (Hulu), Tidal, and Spotify.[175] To understand how these numbers compare with the UAR expenditures incurred by other large players in the field, I reviewed public financial statements from Netflix, which report "Marketing" expenses that vary between 8 – 13% of revenue.[176]

235. Note that the reported UAR expenditure of Disney+ is considerably higher than the figures reported by other three developers and findings of public research. I expect this to be driven by a multitude of factors, including, but not limited to, the nascency of Disney+ (the only usable data was from the year following its launch) and the pursuit of a more aggressive marketing strategy. In fact, Disney only recently reported an operating profit for its Direct-to-consumer (DTC) segment that includes Disney+ and other streaming

---

[173] "Licensing and Distribution Agreement", SEC, August 14, 2017, https://www.sec.gov/Archives/edgar/data/1729525/000147793218003108/oi2go_ex6.htm. Date accessed: February 20, 2025.

[174] "Compensation Details", Prime Video Direct Support, https://videodirect.amazon.com/home/help?topicId=G202037410&ref_=avd_sup_G202037410. Date accessed: February 20, 2025.

[175] I reiterate once more that the UAR data for Spotify comes from publicly available financial information, whereas, for the other developers, their UAR costs were submitted in their response to the subpoena.

[176] Data from 2019-2023. *See* Netflix, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://s22.q4cdn.com/959853165/files/doc_financials/2023/ar/Netflix-10-K-01262024.pdf. Date accessed: February 20, 2025. *See also* Netflix, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://s22.q4cdn.com/959853165/files/doc_financials/2021/q4/da27d24b-9358-4b5c-a424-6da061d91836.pdf. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

services like Hulu. Among the reasons for increased financial performance was "lower marketing costs at Disney +."[177]

236. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████

### 2.2.    Summary of results

237. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████ ██████████
███████████████████████████████████████████████████████████
████████████████████████████████████████████



**Table 15: Music + Entertainment – Estimated Range of Variable Costs and Average Gross Margin**



[177] "The Walt Disney Company Reports Fourth Quarter and Full Year Earnings for Fiscal 2024", The Walt Disney Company, November 14, 2024, https://thewaltdisneycompany.com/the-walt-disney-company-reports-fourth-quarter-and-full-year-earnings-for-fiscal-2024/. Date accessed: February 20, 2025.

[178] Table 2; Transactions and Effective Commissions Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

238. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

239. In addition, I use Figure 14 to juxtapose my estimates of royalties and UAR costs with the interquartile cost ranges from the Augmented Developer Cost Data. While the UAR ranges are closely aligned, the widening of my royalties estimates results from incorporating additional publicly available sources.

---

[179] Since 2016-17 Spotify has not allowed Premium users to pay via platform services like the Apple App Store. Therefore, the estimated gross margin of Spotify does not need adjustment by the commission rate. However, since it includes other fees (e.g., payment processing or distribution fees from other sources), this range is likely lower than the lower end of the average range of the genre's gross margin.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Figure 14: Music + Entertainment - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



### 3.    Social Networking + Lifestyle

240. Social Networking and Lifestyle are two distinct app genres in Apple's App Store. As explained in Section 6.3.1, I group these genres together due to the similarity in functionalities provided by their respective top revenue-generating developers, as well as the closely aligned objectives of the two genres per Apple's characterization. In particular, three of the top 10 revenue-generating Social Networking applications and nine of the top 10 Lifestyle applications are dating apps with comparable business models. The three dating applications in the Social Networking genre are also within the top five applications by revenue and account for 37% of the App Store transaction revenue generated by the top 10 apps in the Social Networking genre (which, in turn, account for 42% of total transaction revenue generated by the Social Networking genre).[180] Other leading apps in the Social Networking genre also facilitate social interactions with a specific use case. For example, Discord is targeted towards gaming communities to stream and chat, while Bigo Live enables

---

[180] *See* Workpaper titled "Top 10 Apps by Genre".

Expert Report of Alan D. MacCormack                    99                    No. 4:11-cv-06714-YGR

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

interactions between influencers and their fans.[181] Therefore, both genres have aligning objectives: they aim to connect people with shared interests in specific topics and facilitate social interactions.

241. In the remainder of this section, I describe the variable costs incurred by apps listed under the combined Social Networking + Lifestyle genre and estimate their ranges, as well as the final GGM values, using the Augmented Developer Cost Data, my understanding of the genre and its apps, and additional public information. **I estimate the final GGM range of developers in the Social Networking + Lifestyle genre group to be between ▮ and ▮** and detail the analysis conducted to arrive at this value.

3.1.    <u>Estimation of variable costs for genre</u>

242. Table 16 provides a summary of the cost information provided by five developers in the Social Networking + Lifestyle genre.

**Table 16: Social Networking + Lifestyle – Summary of Variable Costs of Constituent Developers[182]**

| Variable Cost Category | Developer Name | Variable Cost Range (Cost Information) | Median | Mean | Estimated Range for Genre |
|---|---|---|---|---|---|
| Royalties | Bumble Holding Limited | NA | NA | NA | ▮ |
| | ▮▮▮ | | | | |
| | Match Group, LLC | NA | NA | NA | |
| User Acquisition and Retention (UAR) | Bumble Holding Limited | 26 – 29% | 28% | 28% | 2 – 28% |
| | Coffee Meets Bagel, Inc. | 5% | 5% | 5% | |
| | ▮▮▮ | | | | |
| | Match Group, LLC | 20 – 21% | 20% | 20% | |

*3.1.1.    Royalties*

243. None of the Social Networking + Lifestyle app developers who responded to the subpoena reported any royalty costs. While a non-response does not necessarily imply that a developer does not incur royalties,

---

[181] The only non-dating app in the top 10 applications for Lifestyle is Care.com, an app that connects caregivers and parents for a variety of services, thus assisting users in managing various aspects of their personal lives.

[182] Italicized entries represent data that has come from publicly available financial information that has supplemented that developer's production.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

further inspection of the public financials of these and similar developers suggests that royalties incurred in this genre are constitute a negligible portion of developers' overall expenses.

244. Dating apps are unlikely to incur royalty expenses because their value proposition is based on user-generated content (profiles, messages, and interactions), rather than externally sourced content that requires royalties and licensing fees. Unlike platforms that depend on copyrighted material, such as music or video streaming services, dating apps rely on network effects to grow their user base – meaning the platform becomes more valuable as more users join and interact. This organic growth model eliminates the need for paid external content, as the dating app's appeal derives from its ability to connect users.[183] Furthermore, dating platforms focus on features like algorithms for matchmaking, gamification elements, and community-building tools, all of which are proprietary, distinguishing innovations, rather than royalty-dependent resources.[184]

245. As explained in Section 7.1.2, royalties also play a minimal role in the operations of social networking applications, which are primarily driven by advertising revenue. Rights holders of third-party content featured on such apps are rarely compensated through traditional per-use royalties, and instead often enter into revenue share agreements tied to advertising revenue. Consequently, I estimate the average royalty cost share to be extremely low, likely close to 0%.

*3.1.2.    UAR Costs*

246. UAR costs vary widely among developers in these genres. Despite their similarities in functions and services, some developers see greater advantages from network effects and virality and are therefore able to save on UAR costs, while others lack the relevant competitive advantages and invest substantial amounts into acquiring and retaining users. ████████████████████████████████████████████ ████████████████████████████████████. Indeed, in their 2022 10-K Form Grindr acknowledge their relatively low UAR spending, explaining that "[w]hile the broader global landscape of social networks is highly competitive with many different platforms, there are few global platforms that focus solely on the LGBTQ community." Furthermore, they highlight their "first-mover advantage" which has helped them become "the best-known gay dating app among Gay, Bisexual, Transgender, and Queer

---

[183] Jennifer B., "Tinder: The dark side of network effects", HBS Digital Innovation and Transformation, October 19, 2015, https://d3.harvard.edu/platform-digit/submission/tinder-the-dark-side-of-network-effects/. Date accessed: February 20, 2025.

[184] Anurag Jain, "The Future of Dating Apps: Upcoming Trends You Should Know", Oyelabs, October 8, 2024, https://oyelabs.com/the-future-of-dating-apps-upcoming-trends/. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

people" and fuel their growth "primarily by network effects… while maintaining low user acquisition costs."[185]

247.

3.2.     Summary of results

248. Table 17 presents the ranges of the four types of variable costs and the final GGM, which I estimate to lie between ███████. Note that since my estimate of royalties for this genre is ███ I do not adjust the sum of royalties and UAR costs, as doing so would have no effect.

**Table 17: Social Networking + Lifestyle – Estimated Range of Variable Costs and Average Gross Margin**

| Variable Cost Category | Estimated Range |
|---|---|
|  | |

249. Using Figure 15 below, I highlight that my estimated UAR range overlaps almost perfectly with the interquartile range of the Augmented Developer Cost Data.

---

[185] Grindr Inc., Form 10-K for the fiscal year ended December 31, 2023, pages 24-25, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001820144/313128b7-f73d-470c-ab50-66e348042eb3.pdf. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Figure 15: Social Networking + Lifestyle - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |

■ IQR of Augmented Developer Cost Data    ■ Estimated Cost Range

## 4. Imaging – Photo & Video + Graphics & Design

250. The Imaging genre includes two distinct genres on the App Store – Photo & Video and Graphics & Design. Photo & Video apps provide users with tools to create, edit, store and share photo and video content. Apps listed under this genre commonly feature photo and video editing tools, such as image cropping, filters and special effects, with some combining the baseline functionality with additional capabilities, such as content sharing and in-app messaging. Apps included in the Graphics & Design genre offer comparable services but are often more focused on the creation of original art, graphics and various types of documents. Nevertheless, both genres have overlapping goals of visual content creation and share similarities in technical design. The foundational technical elements of visual content creation apps include a rendering engine, which handles the display and modification of visual images in real time, editing tools and features, which allow users to alter their images or videos, data storage and management, exporting capabilities that enable users to save and share their files etc. Given the overlap between the key functionalities, technical designs and overall objectives of the apps in these two genres, I choose to combine and treat them as a single category.

251.

### 4.1. Estimation of variable costs for genre

252. I have been provided with usable data from eight app developers in the Imaging genre, which is presented in Table 18.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Table 18: Imaging – Summary of Variable Costs of Constituent Developers[186, 187]**



253. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████

#### 4.1.1.   Royalties

254. ██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████,

---

[186] ████████████████████████████████████████████████████████
████████████████████████████████████████████████

[187] Google LLC data pertains to their YouTube app. Google LLCgenerates revenues across multiple genres with most of its revenue (77%) from the Photo & Video genre. Google LLC also generates revenue from the Music & Entertainment genres through other apps e.g., YouTube TV and YouTube Music. It may also be reasonable to evaluate YouTube as an Entertainment app due to its reliance on video content. However, since the content on YouTube is often created by individuals (rather than movie studios) with a focus on sharing with their communities, I include YouTube here alongside Baron, which also focuses on sharing videos with communities. Nonetheless, as I explain further below, YouTube is excluded from my analysis so its genre does not impact my analysis.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

███████████████████████████████████████████████████

255. To further inform my estimates, I consult additional publicly available information pertaining to several prominent apps in the Imaging genre, which include Twitch, Canva and Adobe. A popular live streaming developer, Twitch, pays 50% of received revenues to third-party creators.[188] Adobe, the leading developer of graphics software pays 33 - 35% of "net revenues" from creator-generated material towards royalties.[189] Finally, in addition to the data reported by Canva as part of this litigation, their website claims that creators earn about 35% of revenue as royalties for "stock content."[190] Although details of Canva's creator payment arrangements are not readily available, given the publicly claimed cost shares of the other two developers, I reconcile the differences between Canva's produced data and their publicly reported cost shares by assuming that not all of Canva's revenue is subject to royalties. Therefore, I deem the 35% figure to be a more representative estimate of Canva's royalty cost share.

256.

257. Note that I considered the financial information of two other developers in the genre, Cameo and YouTube, but excluded them from my analysis for the following reasons. Cameo is an app that enables users to request popular celebrities to create video content and compensates creators with 75% of the revenue generated from sold content (~56% of gross revenue).[192] I exclude it from my analysis as it has

---

[188] "Twitch Affiliate Program FAQ", Twitch, https://help.twitch.tv/s/article/twitch-affiliate-program-faq?language=en_US. Date accessed: February 20, 2025.

[189] "Pricing and Payment Details", Adobe, January 14, 2025, https://helpx.adobe.com/stock/contributor/help/royalty-details.html. Date accessed: February 20, 2025.

[190] ███████████████████████████████████████████████████

[191] Some of these developers distribute their apps on various platforms in addition to the App Store. Revenue from other platforms is not subject to the App Store commission. However, since developers note that payments are a share of "net revenue," I can reasonably interpret that payments are made after the respective fees of the various platforms on which the app is distributed. Therefore, the portion of their revenue generated from the App Store is in fact subject to the commission and I therefore make the necessary adjustment.

[192] "FAQs", Cameo Talent Hub, https://talent.cameo.com/?lng=en#talent-calculator. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

been consistently lossmaking, indicating that its cost shares are atypically high for the genre.[193] YouTube, which allows users to share original videos and monetize their content through its platform, shares 70% of its net revenue from in-video purchases to creators (~53% of gross revenue).[194] However, in-video purchases are only one type of revenue share options provided by YouTube and therefore I exclude YouTube from my analysis.[195]

*4.1.2.    UAR Costs*

258. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████

259. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████

260. ████████████████████████████████████████████████████████
██████████████████████████████████ ██████████████████████
████████████████████████████████████████████████████████

---

[193] Paolo Confino, "Cameo went from $1 billion unicorn with major investors to a $600,000 court settlement it can't afford to pay," Yahoo Finance, July 30, 2024, https://finance.yahoo.com/news/cameo-went-1-billion-unicorn-190110380.html. Date accessed: February 20, 2025.

[194] "YouTube partner earnings overview", YouTube Help, https://support.google.com/youtube/answer/72902?hl=en#zippy=%2Cwhats-my-revenue-share. Date accessed: February 20, 2025.

[195] Revenue share or royalties associated with premium subscriptions are unavailable.

[196] Adobe's *Adobe Express: Graphic Design* app has been the ████████ revenue generating app in the Graphics & Design genre. *See* Top 100 Apps Data.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



### 4.2.     Summary of results

261.



**Table 19: Imaging – Estimated Range of Variable Costs and Average Gross Margin**

262. Figure 16 demonstrates that the range I have estimated for UAR costs aligns very closely with the interquartile range implied by the cost data. My estimated range of royalties is wider than that implied by the Augmented Developer Cost Data because, as explained earlier, my final range is informed by additional public information.

----



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Figure 16: Imaging - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



### 5.    Health & Fitness + Medical

263. I create yet another genre group by combining two distinct genres on the App Store: Health & Fitness and Medical. Applications listed under both of these genres provide features that promote a healthy lifestyle and assist in users' physical and mental well-being. In addition, apps in these categories share a significant overlap in their key features and functionalities. For example, nearly all of the top 10 revenue-generating apps in the Health & Fitness genre provide some form of health and fitness related tracking, while three apps in the Medical genre are also focused on health tracking.[198] Developers in these genres generate revenues through multiple avenues, including subscriptions for digital services in support of hardware, such as Garmin watches, IAPs for access to advanced functionality, and advertising.

264. Upon my analysis of the costs reported by developers in the Health & Fitness + Medical genre group, **I estimate that the average gross margin for the genre group lies between 41 and 66%.** In the remainder of this section, I explain how I arrived at this range combining the Augmented Developer Cost Data, my understanding of the genre and its apps, and additional public information.

#### 5.1.    Estimation of variable costs for genre

_____

[198] Top 100 Apps Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

265. I have been provided with reliable cost information from nine developers of apps in the Health & Fitness + Medical genre.[199] Note that Under Armor produced data on two of its apps in the Health & Fitness + Medical genre: "MyFitnessPal" and "MapMyFitness." In its submission, while Under Armor provided a breakdown of revenues by app, it reported a single variable cost figure for both apps combined. As a result, I calculate one set of variable cost estimates for this developer. Higher Learning followed the same approach – they reported a unified set of cost data while providing individual revenue figures for many of their apps. Accordingly, I calculate a single set of variable cost estimates for this developer as well.

266. Another developer, Verv, reported data for two apps in the Health & Fitness + Medical genre, namely "Verv: Home Fitness Workout" and "Meditation & Sleep by Verv." Unlike Under Armor and Higher Learning, Verv has made two separate submissions in response to the plaintiff subpoena, such that costs and revenues are disaggregated between the two apps. However, to be consistent in how I treat the reported cost information in this genre, I pool the data for both apps and produce a single set of variable cost margins for this developer. The remaining developers each reported a single set of financial data in the Health & Fitness + Medical genre and I therefore calculate a single variable cost range for each.

---

[199] FitNow, Inc. provided data in response to the subpoena; however, the only variable cost reported was infrastructure. I include them in Table 20 for completeness but they do not inform my estimation of royalty and UAR cost shares in this section. Nonetheless, they do inform the analysis in Section 7.3 through my analysis of the pooled developer infrastructure data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 5.1.1.    Royalties

---

[200] Headspace, Inc data comes from public statements included in their production about the parent company "Orangedot," and the UAR costs are calculated using "Sales and Marketing" expenses.

[201]

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

████████████████ ███████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████

*5.1.2.    UAR Costs*

269. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████

270. I note that developers in the Health & Fitness + Medical genre group appear to incur higher UAR costs than developers in other genres. ██████████████████████████████████████ ██████████████ corresponding to the targeted 4:1 LTV/CAC ratio discussed earlier. One possible explanation is the high degree of user churn associated with apps in this genre according to some sources.[203] As described at the beginning of this section, Health & Fitness + Medical apps often aim to accompany and support changes in user lifestyle such as adopting meditation, dieting, increasing their level of physical activity – all changes that can be difficult to maintain. Indeed, difficulty in retaining users naturally increases the importance of retention efforts while also requiring developers to continually attract new users – a task which is more expensive than retaining existing ones.[204]

5.2.    Summary of results

---

[202] For example, Higher Learning Technologies' "Family Practice Guidelines FNP" app is based on a medical textbook, published by Spinger Publishing Company, that acts as a source of information for primary carers.

[203] Jennie Lewis, "Building a Habit for Health & Fitness Apps", Airship, December 21, 2022, https://www.airship.com/blog/building-a-habit-for-health-fitness-apps/. Date accessed: February 20, 2025.

[204] Amy Gallo, "The Value of Keeping the Right Customers", Harvard Business Review, October 29, 2014, https://hbr.org/2014/10/the-value-of-keeping-the-right-customers. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Table 21: Health & Fitness + Medical – Estimated Range of Variable Costs and Average Gross Margin**

| Variable Cost Category | Estimated Range |
|---|---|
| Royalties | |
| User Acquisition and Retention | |
| *Royalties + UAR* | |
| Infrastructure | |
| Maintenance | |
| *Total Variable Costs* | |
| **Estimated Gross Margin** | |

271. Table 21 summarizes the estimated ranges of each variable cost incurred by developers in the Health & Fitness + Medical genre. By summing up the upper and lower bounds of each variable cost range and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I estimate the average GGM of the Health & Fitness + Medical genre group to be between ▮▮▮▮▮▮▮▮.

272. As I explained in the discussion above, the cost ranges I have estimated for both royalties and UAR costs align closely with the interquartile cost ranges implied by the Augmented Developer Cost Data. I reiterate this point using Figure 17 below.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Figure 17**: **Health & Fitness + Medical:** - **Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



### 6.    Workflow Tools – Developer Tools + Productivity + Utilities

273. Workflow Tools is a group of three App Store genres – Productivity, Developer Tools, and Utilities – all with a common goal of providing tools to facilitate, streamline and optimize various types of tasks. The Developer Tools genre includes apps that facilitate the design, development and maintenance of software applications, including text editors, debuggers etc. The Productivity genre lists apps designed to enable users to organize, manage, and optimize their tasks using to-do lists, easy to use apps to automate routine tasks, calendars, and other project management tools. Applications within the Utilities genre provide users with tools that help them complete a wide range of tasks, including calculators, remote controls, system cleaners and more.

274. I combine these three genres due to their shared overarching goals of simplifying and improving task management and the consequent overlap in the services provided by their constituent apps. For instance, some of top applications across all three genres are designed to optimize task management related to documents and others do so for those in tech-focused roles in particular. One of the top applications (by revenue) in the Developer Tools genre, Termius, allows users to manage and access remote servers, typically via Secure Shell (SSH) protocol, simplifying many roles of technology professionals. DropBox, the top application in the Productivity genre, provides professionals with cloud storage and data sharing.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

NordVPN, the number two Utilities application provides technology professionals with virtual private networks (VPNs) to private secure, private, and unrestricted internet access.[205]

275. ██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████

### 6.1.    Estimation of variable costs for genre

276. ██████████████████████████████████████████████████████████

██████





[205] Top 100 Apps Data.

[206] ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████

[207] Italicized entries represent data that has come from publicly available financial information that has supplemented that developer's production.

[208] ████████████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 6.1.1.   *Royalties*

277. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████

278. ███████████████████████████████████████████████████
████████████████████████

### 6.1.2.   *UAR Costs*

279. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████.

280. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████████████████

### 6.2.   <u>Summary of results</u>

281. ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████   █████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



282. Further to the explanation given above as to how I have arrived at the estimated cost ranges for both royalties and UAR costs, I use the reconciliation plot in Figure 18 below to highlight that both of my estimated ranges are closely supported by the interquartile ranges from the Augmented Developer Cost Data.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## 7. Education

283. Education apps are designed to facilitate learning and knowledge acquisition across various subjects and age groups, catering to a diverse audience of students, teachers, academics and lifelong learners. Examples of such apps include language learning apps (e.g. Duolingo), educational content for children (e.g., Kiddopia), brain training exercises (e.g., Elevate), playing musical instruments (e.g., Simply Piano) and others. These apps often incorporate features like progress tracking, adaptive learning paths, and interactive tools to enhance the educational experience.

284. Developers within the Education genre employ various business models and provide a mix of features and functions, including: (a) free educational content and paid premium content and/or an ad-free experience, such as Duolingo, (b) subscription-based learning such as Simply Piano, (c) free tools with advertising such as Quizlet, (d) subscription or licensing fee-based services such as Canvas and Google Classroom.

285. Next, **I estimate that the average gross margin for this group of genres lies between 28 and 57%** and explain how I arrive at this estimate using the Augmented Developer Cost Data, my understanding of the genre and its apps, and additional public resources.

### 7.1. Estimation of variable costs for genre

286. Three developers of apps in the Education genre provided usable cost information in response to the subpoena, as summarized in Table 24.

**Table 24: Education – Summary of Variable Costs of Constituent Developers**

| Variable Cost Category | Developer Name | Variable Cost Range (Cost Information) | Median | Mean | Estimated Range for Genre |
|---|---|---|---|---|---|
| Royalties | Age of Learning, Inc. | NA | NA | NA | 15 – 30% |
| | Duolingo, Inc | NA | NA | NA | |
| | Kiddopia, Inc. | 15 – 51% | 18% | 28% | |
| User Acquisition and Retention (UAR) | ███████████ | | | | 16 – 34% |
| | Duolingo, Inc | 21 – 22% | 21% | 21% | |
| | Kiddopia, Inc. | 13 – 50% | 39% | 34% | |

### 7.1.1. Royalties

287. Out of the three developers, only Kiddopia provided information regarding royalty costs, which take the form of intercompany license fees paid to the holding company. These intercompany cross-border transfers are meant to compensate the related party for "reasonable" expenses and acknowledge its ownership of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the intellectual property rights associated with the apps. The reported data range between 15% and 51% of total revenue, with an average of 28%.

288. Further research on various apps in this genre revealed that revenue share models are common and are generally negotiated between instructors and learning platforms. For example, Udemy's royalty compensation to instructors varies based on the customer and the sales channel and typically ranges from 20% to 30% of total revenue.[209, 210] Skillshare pays out "20% of [their] subscription revenue (less transaction fees and taxes) to teachers."[211] Assuming Skillshare incurs the genre average App Store commission rate of 25.9%, this corresponds to a royalty share of ~15% of *gross* revenue. Textbook apps and apps that otherwise contain eBook content will likely incur the same royalties as Book apps – 20-25%.

289. Using the range of the above data points, I estimate that apps in the Education genre incur royalties that vary between 15 – 30% of total revenue. Notably, the mean of the data reported by Kiddopia lies within this range.

### 7.1.2.    UAR Costs

290. The UAR costs reported by Education developers appear to be relatively high, as evident from Table 24. Observations across the three developers range between 13% and 50% of total revenue with the averages lying between 21 – 34%.

291. To supplement the produced data, I identified S&M expenses of two publicly traded Education developers: Chegg and Udemy. Between 2019 and 2023, Chegg incurred S&M expenses ranging between 13 – 19% with an average of 16% and has been generally profitable.[212] In contrast, Udemy faces higher S&M expenses

---

[209] I note that sales through instructors' own referrals pay 97% of net revenue (i.e., 97% after 30% of commission) and others pay about 37% of net revenue which translates to a range of 26 – 68% for an average of 47%. However, in my experience, such direct sales constitute a much lower share of an independent content creator's revenue and therefore a 47% revenue share is unlikely to be typical with the average being closer to 30%. "Instructor Revenue Share", Udemy, https://support.udemy.com/hc/en-us/articles/229605008-Instructor-Revenue-Share. Date accessed: February 20, 2025.

[210] "How do I Earn Revenue From Udemy Business?", Udemy, https://support.udemy.com/hc/en-us/articles/115013221767-How-do-I-Earn-Revenue-From-Udemy-Business. Date accessed: February 20, 2025.

[211] "Earn From Your Teaching", Skillshare.Help, 2024, https://help.skillshare.com/hc/en-us/articles/4415798406285-Earn-From-Your-Teaching. Date accessed: February 20, 2025.

[212] *See* Chegg, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364954/680bfe93-a346-4734-a4d0-3070efd11364.pdf. Date accessed: February 20, 2025. *See also* Chegg, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364954/5ea8ad6f-677e-4b34-b835-ff01d33a2e9d.pdf. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

of 43 – 48% of revenue and has been consistently operating at a loss.[213] Given Udemy has been operating at a loss, I conclude that its reported UAR cost shares are likely inflated and unrepresentative of an average developer's expenses in this genre. Consequently, I do not consider Udemy in my analysis and use the averages of ranges reported by the rest of the developers, including Chegg, to arrive at the final UAR cost share range of 16 – 34%.

7.2.    Summary of results

292. Table 25 summarizes the four variable cost ranges I estimated for the Education genre, as well as the final average gross margin estimate. Consistent with the other genres, I adjust the total of royalty and UAR costs to account for the partial negative correlation between them, and then combine the resulting range with the remaining two cost ranges. This yields a final GGM estimate of 28-57% for the Education genre.

**Table 25: Education – Estimated Range of Variable Costs and Average Gross Margin**

| Variable Cost Category | Estimated Range |
|---|---|
| Royalties | 15 – 30% |
| User Acquisition and Retention | 16 – 34% |
| *Royalties + UAR* | *39 – 57%* |
| Infrastructure | 2 – 10% |
| Maintenance | 2 – 5% |
| *Total Variable Costs* | *43 – 72%* |
| **Estimated Gross Margin** | **28 – 57%** |

293. I use the reconciliation plot in Figure 19 below to further highlight the fact that for royalties and UAR costs, the estimated ranges align closely with the interquartile cost ranges from the Augmented Developer Cost Data.

---

[213] *See* Udemy, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://investors.udemy.com/static-files/a8e017e8-b30b-419a-aad4-dc2af8e7c5f7. Date accessed: February 20, 2025. *See also* Udemy, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://investors.udemy.com/static-files/f691f11c-e4aa-4195-bd29-6d32528f735a. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Figure 19: Education - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



### 8.    Reading – Books + Magazines & Newspapers + News + Reference

294. The Reading group of genres includes four different categories on the App Store: Book, Magazines & Newspapers, News, and Reference. Apps in each of these four categories are designed to provide users with the ability to read various types and genres of written content off of their smartphones. For example, the Books genre represents conventional e-reading apps that provide access to a wide selection of content that is traditionally offered in printed form, including stories, comics, and graphic novels. Apple's description of the Reference genre includes "apps that assist the user in accessing or retrieving information" and lists examples such as encyclopedias, dictionaries, and educational materials about law, religion, and more.[214] Such apps provide factual and informational content, often acting as a source of truth for users who are seeking specific knowledge. Finally, both Magazines & Newspaper and News genres provide users with a wide selection of newspaper and magazine content, allowing them to stay up to date with the latest developments in their areas of interest, including politics, business, fashion, music and more. Given the significant similarities in the provided material and user experience between the apps in these four genres, I group them together and treat them as a single category throughout my analysis.

---

[214] "Choosing a category", Apple Developer, https://developer.apple.com/app-store/categories/. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

295. ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

## 8.1.    Estimation of variable costs for genre

296. ██████████████████████████████████████████████████████
████████████████████████████████

### Table 26: Reading – Summary of Variable Costs of Constituent Developers[215, 216]

| Variable Cost Category | Developer Name | Variable Cost Range (Cost Information) | Median | Mean | Estimated Range for Genre |
|---|---|---|---|---|---|
| ██████████ | ██████████ | ██████████ | ████ | ████ | ██████████ |

### 8.1.1.    Royalties

297. ██████████████████████████████████████████████████████
████████████████████████

---

██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

[216] Italicized entries represent data that has come from publicly available financial information that has supplemented that developer's production.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



217 Top 100 Apps Data.

218 Sarah Yoo, "What Is the Typical Royalty Rate for an Author?", Publish Drive, March 11, 2024, https://publishdrive.com/what-is-the-typical-royalty-rate-for-an-author.html. Date accessed: February 20, 2025.

219 Casey Cease, "What are Book Royalties and How Do They Work?", Lucid Books, https://lucidbooks.com/what-are-book-royalties-and-how-do-they-work/. Date accessed: February 20, 2025.

██ ████████████████████████████████████████████

██ ████████████████████████████████████████████

222 "What Bibles on Bible Gateway are in the public domain?", Bible Gateway, April 23, 2024, https://support.biblegateway.com/hc/en-us/articles/360001403507-What-Bibles-on-Bible-Gateway-are-in-the-public-domain. Date accessed: February 20, 2025.

223 While I have no financial data from newspaper apps, research indicates that they do not typically incur significant royalties, as most of their content is generated in-house by salaried journalists and writers. They may incur licensing fees for limited external content, such as images and guest articles or columns, but these costs are minimal relative to their overall revenue. As a result, I anticipate that the average royalty costs for these apps fall on the lower end of my estimated range. *See* "Article Types: What's the Difference Between Newspapers, Magazines, and Journals?", University of North Florida, Oct 14, 2024, https://libguides.unf.edu/articletypes/definitions. Date accessed: February 20, 2025. *See also* Lexi Taciak, "You Should Be Charging Licensing Fees for Publication Use of Your Images", Architectural Photography Almanac, January 17, 2022, https://apalmanac.com/business/you-should-be-charging-licensing-fees-for-publication-use-of-your-images-175345. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

[REDACTED]

*8.1.2.    UAR Costs*

[REDACTED]

---

[224] The NJKV is copyrighted by Thomas Nelson, a subsidiary of HarperCollins, while the NIV is copyrighted by Biblica, a global Bible ministry and distributed through Zondervan. *See* "About Us", Thomas Nelson, https://www.thomasnelson.com/. Date accessed: February 20, 2025; "About the NIV Bible Translation", Biblica, https://www.biblica.com/niv-bible/. Date accessed: February 20, 2025; "Company Profile," Zondervan, https://www.zondervan.com/about-us/company-profile/. Date accessed: February 20, 2025.

[225] "In U.S., Decline of Christianity Continues at Rapid Pace", Pew Research Center, October 17, 2019, https://www.pewresearch.org/religion/2019/10/17/in-u-s-decline-of-christianity-continues-at-rapid-pace/. Date accessed: February 20, 2025.

[REDACTED].

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████

## 8.2.    Summary of results

304.  ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

305. Figure 20 demonstrates how the cost ranges that I have estimated compare with the cost information supplied in the Augmented Developer Cost Data. The difference in the ranges of royalties can be explained

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

by my treatment of Audible and Gospel Tech figures as excessively high, for the reasons explained above, and the reinforcement of my upper bound using additional public information. Similarly, the difference in UAR ranges is driven by review of apps with excessively high costs that would be unsustainable based on LTV/CAC benchmarks.



### 9.    Business + Finance

306. Business and Finance are two distinct genres, which I combine into a single category due to their overlapping objectives, comparable business models and the functional similarities of their constituent apps. Both genres revolve around increasing operational efficiency in professional and financial contexts. The Business genre includes apps designed to assist organizations and professionals with managing various aspects of their work and operations while Finance apps have a narrower focus and provide support for financial activities specifically. Due to the shared objectives, there is considerable overlap in the functionality offered by constituent apps. For example, an app that provides a financial reporting service or offers tools for business budgeting could be classified under both Business and Finance. Finally, developers in these genres operate under highly similar business models. Due to their focus on providing features and functions that are continuously used, subscriptions drive the majority – ▮ or more – of

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

███████████████████████████.[227] Moreover, among the top 10 apps in the Business genre, there are three invoice and accounting related apps, which overlaps with functionality provided by various Finance apps.[228]

307. ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████

### 9.1.    Estimation of variable costs for genre

308. I have been provided with usable cost information for five developers in the Business + Finance genre group, which is summarized in Table 28.[229]



### 9.1.1.    *Royalties*

309. ████████████████████████████████████████████████████
████████████████████████████████████████████████████████

---

[227] Table 2; Transactions and Effective Commissions Data.

[228] Top 100 Apps Data.

[229] Invoice2Go provided data in response to the subpoena; however, the only variable costs reported were infrastructure and maintenance & support. I feature them in this table for completeness, but they do not inform my royalty and UAR cost share estimates here. They do, however, inform the analysis in Section 7.3 through my analysis of the pooled developer infrastructure data.

[230] Italicized entries represent data that has come from publicly available financial information that has supplemented that developer's production.

[231] ████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████

### 9.1.2.    UAR Costs

310.  ██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████ .

311.  ██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

### 9.2.    Summary of results

312.  ██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



313. As is evident from the discussion above, my estimated ranges for royalties and UAR costs are fully aligned with the interquartile cost ranges implied by the Augmented Developer Cost Data. I reiterate this point using the reconciliation plot in Figure 21 below.

**Figure 21: Business + Finance - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**10.    Sports**

314. Apps in the Sports genre connect their users to various aspects of the sports ecosystem. These apps cater to a broad spectrum of functions, including sports news, live event streaming, scorekeeping tools, with some offering enhanced features users to purchase tickets or place bets on event outcomes. Developers in the Sports genre adopt a variety of business models, including charging for downloads, offering IAPs, or generating revenue through advertising.

315. **Per my analysis, the GGM of developers in the Sports genre lies between 36-80%.** In the remainder of this, I assess the range of each variable cost and describe the process followed to combine the Augmented Developer Cost Data, my understanding of the genre and its apps, and additional public resources to arrive at the GGM estimate.

10.1.    Estimation of variable costs for genre

316. My sample of cost data for the Sports genre, summarized in Table 30, is restricted to only two developers.

**Table 30: Sports – Summary of Variable Costs of Constituent Developers**

| Variable Cost Category | Developer Name | Variable Cost Range (Cost Information) | Median | Mean | Estimated Range for Genre |
|---|---|---|---|---|---|
| Royalties | GameChanger Media, Inc. | NA | NA | NA | 0 – 33% |
| | The Athletic Media Company | NA | NA | NA | |
| User Acquisition and Retention (UAR) | GameChanger Media, Inc. | 5 – 7% | 5% | 6% | 6 – 25% |
| | The Athletic Media Company | 0 – 3% | 1% | 1% | |

*10.1.1.    Royalties*

317. Neither of the two developers report royalties. After conducting a thorough review of each app, I conclude that both apps likely incur royalties of some form. GameChanger is a scorekeeping application that offers in-app live video streaming and automatic highlights, which inevitably come with associated royalties. The Athletic is a sporting division of the New York Times which provides analyses of sports events, covering trending news stories and match statistics. It is similarly expected to incur royalties for the use of third-party photography or video content, third-party owned sports datasets, free-lance journalists etc.

318. While royalties are widely prevalent among many Sports apps that focus on conglomerating sports event coverage, sports gambling, or providing sports-centric streaming services, other top 10 Sports genre apps like Major League Baseball (MLB), National Basketball Association (NBA), and Ultimate Fighting Championship (UFC) own their content outright and are unlikely to feature paid third-party material. For example, the UFC is owned by Endeavor Group Holdings, Inc, and examination of their 2024 10-K filing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

reveals no indication that they pay royalties expenses.[232] This is because the organization owns the intellectual property, content, trademarks, and event infrastructure associated with their events and is paid by other sports conglomerate apps for this content and associated intellectual property. In 2018, ESPN paid $1.5B to license events for its platform from the UFC demonstrating that through ownership of its own intellectual property,[233] some Sports apps can be expected to receive significant royalties payments for their content, rather than pay royalties for their content. To capture such apps, I set the lower bound of my estimated costs to 0%.

319.

### 10.1.2.  UAR Costs

320. Both GameChanger and TheAthletic reported UAR expenses that constitute anywhere from ~0% to 7% of total revenue. I note that the UAR Costs reported by The Athletic reflect its spending only on App Store advertising – this information is likely incomplete, and therefore unusable, as marketing and advertising efforts through other channels can influence a user's decision to make purchases on the App Store. Therefore, to estimate the range of UAR costs, I use the estimated range for other genres. Given the similarities between some of the largest Sports apps and apps in Music + Entertainment, I set the lower bound of my estimate equal to Music + Entertainment's minimum UAR cost share – 6%. I note that this captures the mean UAR cost reported by GameChanger.

---

[232] Endeavor Group Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001766363/fa7e0a49-94e1-490e-977f-1c91f6c4bf2b.pdf. Date accessed: February 20, 2025.

[233] "ESPN to broadcast 30 UFC events per year during 5-year deal", ESPN, May 23, 2018, https://www.espn.com/mma/story/_/id/23581729/espn-ufc-reach-five-year-television-rights-deal. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

321. ███████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████.

### 10.2.   Summary of results

**Table 31: Sports – Estimated Range of Variable Costs and Average Gross Margin**

| Variable Cost Category | Estimated Range |
|---|---|
| Royalties | 0 – 33% |
| User Acquisition and Retention | 6 – 25% |
| *UAR + Royalties* | *16 – 49%* |
| Infrastructure | 2 – 10% |
| Maintenance | 2 – 5% |
| *Total Variable Costs* | *20 – 64%* |
| **Estimated Gross Margin** | **36 – 80%** |

322. Table 31 presents the individual variable cost ranges and the average gross margin range for the Sports genre. I sum the cost shares up, accounting for the inverse correlation between royalties and UAR costs and arrive at the final GGM range of 36 – 80%.

323. Figure 22 compares my final estimate of the sport genres average UAR cost share range and the IQR of the Augmented Developer Cost Data. My estimate of UAR costs vary since the Augmented Developer Cost Data contains very limited observations and I therefore base my estimate on a combination of estimates for other genres. I note that none of the developers in the Sports genre provided information pertaining to royalties and therefore there is no interquartile range for royalties in the chart.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Figure 22: Sports - Reconciliation between the Estimated Cost Ranges and the Augmented Developer Cost Data**



## 11. Navigation + Travel

324. Navigation and Travel, although distinct genres on the App Store, share common objectives, functionalities and technical designs. Navigation apps typically focus on using the device's GPS capabilities to provide location-based services, such as proximity-based features, traffic updates, routing and more. Apps in the Travel genre extend these functionalities by supporting travel planning and purchasing. These apps aim to help users organize their journeys, offering services like train schedules, subway maps, lodging and transportation reservations etc. Therefore, both genres are designed to assist users with transportation and travel-related needs.

325. Furthermore, apps in the Navigation and Travel genres frequently feature analogous services. For instance, both categories on the App Store list apps like street maps, real-time public transport trackers and outdoor GPS navigation tools.[234] Given the overlap in functionality, it is reasonable to deduce that the constituent

---

[234] Navigation app "OnX Hunt" and Travel app "AllStays Camp & RV: Camping" both provide GPS navigation tools. *See* "onX Hunt: GPS Hunting Maps", Apple App Store Preview, https://apps.apple.com/us/app/onx-hunt-gps-hunting-maps/id672902340. Date accessed: February 20, 2025. *See also* "AllStays Camp & RV: Camping", Apple App Store Preview, https://apps.apple.com/gb/app/allstays-camp-rv-camping/id370820516. Date accessed: February 20, 2025.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

apps share similar technical designs. At a high level, this will include integrated map displays with dynamic directions and visual indicators on the front-end, alongside map/traffic APIs, geodatabases and routing algorithms on the backend. Consequently, I group these two genres together and treat them as a single category throughout my analysis.

326. ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

## 11.1.   Estimation of variable costs for genre

327. ███████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

### 11.1.1.   *Royalties*

328. ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████ ██ ████████████████

███████████████████████████████████████████████

---

██ ███████████████████████████████████████

██ ███████████████████████████████████████

██████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

329. ███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████

### 11.1.2.    *UAR Costs*

330. ███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████

### 11.2.    Summary of results

331. ███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



332. To further add to the discussion above in which I explained the process of arriving at the estimated cost ranges for both royalties and UAR costs, I use the reconciliation plot in Figure 23 below to highlight the overlap between my cost ranges and the IQR of the Navigation + Travel UAR observations from the Augmented Developer Cost Data. My estimated UAR range is broader than the IQR because the latter indexes more on developers with lower UAR costs who report more years of data.



Expert Report of Alan D. MacCormack                    135                    No. 4:11-cv-06714-YGR

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**12.    Weather**

333. Apps listed under the Weather genre on the App Store are designed to give users accurate weather forecasts and alert them in the event of impending severe weather conditions. While the basic functionality of many apps in this genre is nearly identical, some combine weather forecasts with additional advanced capabilities. These include three-dimensional weather simulations and even weather charts with interactive layers designed for professional pilots. Based on the range of features provided in their apps, developers pursue various business strategies, such as offering their service free of charge and generating revenue via ads, or collecting one-time or subscription-based payments for advanced features designed for professionals like airline and helicopter pilots.

334. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████ .

**12.1.    Estimation of variable costs for genre**

335. I was provided with usable variable cost information pertaining to four app developers, summarized in Table 34.

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████

*12.1.1.    Royalties*

336. ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

---

[237] The data from TelTech Systems pertains to their "Weather" app.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

███████████████████████████████████████████████

*12.1.2.    UAR Costs*

337.   █████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████

## 12.2.    Summary of results

338.   █████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████

███████████████████████████████████████████████

339. Figure 24 once again juxtaposes my estimates with the IQRs of the Augmented Developer Cost Data. My estimated cost range for UAR expenses exceeds the IQR from the Augmented Developer Cost Data due to a larger number of lower cost datapoints from a subset of developers, which lowers the IQR when

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

compared to my use of range of averages across developers. Similarly, my estimated cost range for royalties considers my estimated royalty ranges for other genre rather than relying on the data of the one royalty reporting developer in this app genre.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 13.    Others – Catalogs, Food & Drink, Shopping, and Stickers

340. For the remaining four genres grouped under the "Others" category (i.e., Catalogs, Food & Drink, Shopping and Stickers) I calculate a single GGM range. To establish the lower bound of this range, I take the arithmetic mean of the lower bounds of all the GGM ranges estimated for the 12 previously discussed genre groups. Similarly, to establish the upper bound, I calculate the arithmetic mean of their upper bounds. I take this approach instead of estimating the variable cost shares of individual genres separately, because there is almost no usable data from any of the developers in these genres. Specifically, there were only three developers in total with apps across the Food & Drink and Shopping genres and none with apps in the Stickers and Catalog genres. ███████████████████████████████████████ ███████████████████████████████████████████.[238] As a result, public information about apps in these genres is also scarce. Therefore, the formation of the "Others" category was not motivated by functional or technical similarities of the constituent genres, as was the case with the 12 genre groups discussed previously.

341. Based on the calculation above, I set the final GGM for the "Others" category to 43 – 77%.

**Table 36: Others – Summary of Variable Costs of Constituent Developers**

| Variable Cost Category | Developer Name | Variable Cost Range (Cost Information) | Median | Mean |
|---|---|---|---|---|
| Royalties | eMeals, Inc. | 0% | 0% | 0% |
| | Hindsight Labs LLC | 0% | 0% | 0% |
| | Shawn Kolodgie | NA | NA | NA |
| User Acquisition and Retention (UAR) | eMeals, Inc. | 23 – 47% | 33% | 33% |
| | Hindsight Labs LLC | 0 – 0% | 0% | 0% |
| | Shawn Kolodgie | 0 – 4% | 0% | 1% |

---

[238] Table 2; Transactions and Effective Commissions Data.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## APPENDIX C: METHODOLOGY, ASSUMPTIONS AND ADJUSTMENTS IN ESTIMATING GENRE GROSS MARGINS

342. My assignment is to estimate the average gross margin in each genre on the Apple App Store, which I refer to as Genre Gross Margin (GGM). In this section, I provide a comprehensive explanation of the adjustments and assumptions made in order to derive GGM estimates.

### 1. I estimate ranges, rather than precise values

343. As explained in Section 6.1, the GGM can be calculated by taking the sum of average shares of each variable cost category across all genres using Formula (4) below.

$$4) \; GGM = 1 = 1 - \left( \begin{array}{c} \dfrac{1}{N}\displaystyle\sum_{i=1}^{N} \dfrac{\text{Royalties}_{\text{paid}_i}}{R_{\text{paid}_i}} + \dfrac{1}{N}\displaystyle\sum_{i=1}^{N} \dfrac{\text{UAR}_{\text{paid}_i}}{R_{\text{paid}_i}} + \\[3ex] \dfrac{1}{N}\displaystyle\sum_{i=1}^{N} \dfrac{\text{Infra}_{\text{paid}_i}}{R_{\text{paid}_i}} + \dfrac{1}{N}\displaystyle\sum_{i=1}^{N} \dfrac{\text{M\&S}_{\text{paid}_i}}{R_{\text{pai}_i}} \end{array} \right)$$

344. With complete information on the revenues and variable costs associated with paid users of *all* developers in a genre, Equation 4 represents the formula for the single true GGM value for each genre. However, when cost information is limited (e.g., due to a small number of developers, incomplete disaggregated cost data, or insufficient insights into paid users) and considering the inherent variability in technical designs and business models – where apps even within the same genre or genre group share similarities but are never identical – it becomes impossible to estimate single, pointwise values for true variable cost shares. As a result, to ensure a maximally conservative approach, one must approximate Equation 4 and estimate ranges, rather than single values, within which the true cost shares, and consequently the GGMs, lie.[239]

### 2. I adjust variable cost sums to account for interdependent cost categories

345. As dictated by Equation 4, after estimating variable cost share ranges, I need to calculate their sum and subtract it from one to arrive at the GGM range. I perform a simple summation for all but two costs: royalties and UAR. While a simple summation of the ranges is maximally conservative, these two costs are likely to be inversely correlated across many apps, regardless of genre, which is also evident in the data.

---

[239] This is the approach I take in recognition of the fact that the probability of the true value lying within a range is higher than the accuracy of a single estimate.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Therefore, to account for this inverse relationship and avoid yielding wide GGM ranges, I adjust the sum of royalties and UAR costs across all genres, as outlined in Section 7.5.

### 3.  I adjust the lower end of a GGM if it suggests a loss-making outcome

346. Once I derive a genre's GGM range, I see if its lower bound exceeds the genre average App Store commission rate. If it does not, the derived GGM range suggests that the average developer in a genre is operating at a loss, which is unlikely to be sustainable and would result in developers leaving the App Store. In such cases, I adjust the lower bound to match the genre average commission rate.

### 4.  I assume that variable cost shares are comparable across platforms

347. In some cases, revenue and cost information provided by developers is not specific to the App Store and is not fully disaggregated by platform. In such instances, I use the data as provided to calculate cost shares. In doing so, I am implicitly assuming that variable cost shares faced by developers are similar across platforms. In my experience of software development, this is a reasonable assumption for the four cost categories being analyzed. Note that if platform commissions were included in my analysis, this assumption would not stand given their variation between platforms.

### 5.  I make two assumptions to demonstrate that in the absence of granular data, total revenue and costs can be used to estimate the gross margin associated with paid users

348. Per my assignment, and the equations introduced in the previous section, the Genre Gross Margin is defined using revenues and costs associated with paid users. However, the Developer Cost Data reveals that while some developers track *revenues* by user type (i.e., free or paid), most do not consistently categorize *costs* in the same way. The practice is not endemic only to developers within the Developer Cost Data and is consistent with my experience analyzing the costs associated with software development, operations and maintenance. Since users' purchases can be tracked through unique identifiers or payment accounts, tracking revenues by user or user type is a straightforward endeavor – this is reflected by the Average Revenue per User (ARPU) and Average Revenue per Paying User (ARPPU) metrics commonly used by developers to evaluate financial performance.

349. By contrast, allocating cost data to specific users (and therefore user types) is more difficult, since some costs (e.g., UAR) vary by user type, while others (e.g., infrastructure) are more consistent. Therefore, it is necessary to consider the assumptions required to estimate the cost shares and gross margins attributable to paid users given data that is insufficiently disaggregated. In this Section, I mathematically demonstrate that with reasonable assumptions, it is possible to estimate cost shares and gross margins associated with paid users using aggregated data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

350. As such, I make two simplifying assumptions: (1) in general, such as in scenarios where paid users only generate digital revenue (e.g., via in-app purchases), variable costs of paid users are proportional to the revenue they generate, and (2) in scenarios where paid users also generate ancillary revenue, the share of ancillary revenue generated by paid users, and the associated variable costs incurred by a developer are proportional to the share of paid users.

351. Assumption 1 pertains to the common scenario where developers offer two versions of an app to different customers. For example, in freemium apps, while paid users generate digital revenue by purchasing, say, an ad-free experience, free users contribute only to ancillary advertising revenue. Assumption 1 implies that a developer of such an app incurs higher variable costs to serve paid users, who typically generate more revenue.[240] This is intuitive, as the costs associated with serving paid users, such as enhancing the app experience, can be recovered through the app's price or subscription fees.

352. By contrast, Assumption 2 pertains to scenarios where paid users generate both digital and ancillary revenue. As discussed in Section 5, in such cases, ancillary revenue from paid users constitutes a small portion of both the total revenue generated by paid users and the total ancillary revenue generated by the app. Since paid users make up only a small fraction of an app's total user base,[241] it is reasonable to assume that ancillary revenue and the associated costs are proportional to the number of paid users. In other words, the ancillary cost per paid user and per free user are the same. This is an intuitive assumption because developers are unlikely to expend additional efforts towards enhancing a less significant revenue source.

353. I note that under both assumptions, developers are incentivized to prioritize paid users because the absolute gross margin, or profit per user, is dependent on the revenue generated by that user. The two assumptions are also aligned with the developers' objective to not only acquire new users and retain existing ones, but also to convert the free users to paid ones.

354. Below I present both conditions in mathematical form, describe their implications in more detail and outline the consequences for the process of estimating the genre gross margins. First, I introduce several additional terms to denote *total* revenues and costs, and the revenues and costs associated with *free* users.

$$R_{total} = \text{Total Revenue of Developer}$$
$$R_{paid} = \text{Revenue from Paid Users}$$

---

[240] See ¶ 47.
[241] See ¶ 47.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

$$R_{free} = \text{Revenue from Free Users}$$

$$C_{total} = \text{Total Variable Costs of Developer}$$

$$C_{paid} = \text{Variable Costs of Paid Users}$$

$$C_{free} = \text{Variable Costs of Free Users}$$

$$U_{paid} = \text{Share of Paid Users}$$

355. Next, I translate both assumptions into mathematical form. Equation 5 is the standard formula of the developer gross margin, expressed as a function of revenues and costs of paid users. Equation 6 is the mathematical representation of Assumption 1 and indicates that the costs of supporting a user are proportional to the revenue generated by that user.[242] Equation 7 substitutes Equation 6 into Equation 5 and shows that under the assumption of proportional costs, the developer gross margin can be calculated using total revenues and total variable costs. Consequently, **the GGM of a genre can also be calculated using total revenues and costs.**

**Assumption 1** – Variable costs are proportional to revenue

$$5)\ \text{Gross Margin} = \frac{(R_{paid} - C_{paid})}{R_{paid}} = 1 - \frac{C_{paid}}{R_{paid}}$$

$$6)\ C_{paid} = \frac{R_{paid}}{R_{total}} * C_{total}$$

$$7)\ GM = 1 - \frac{1}{R_{paid}} * \frac{R_{paid}}{R_{total}} * C_{total} = 1 - \frac{C_{total}}{R_{total}} = \frac{(R_{total} - C_{total})}{R_{total}}$$

356. Next, I mathematically demonstrate that even in cases where paid users generate ancillary revenue, using Assumptions 1 and 2 together, one can estimate the gross margin using total revenues and costs (when

---

[242] Under this assumption the gross margin percentages of paid and free users are identical i.e., users that generate higher revenue also generate more absolute profit. Developers would therefore continue targeting users with higher revenue i.e., paid users.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

granular data about paid users is not available). To do so, I introduce several additional variables below to express the various types of revenue.

$$R_{digital} = \text{Revenue from digital sources (i.e., IAP, Subscription, Paid Downloads)}$$

$$R_{ancillary} = \text{Revenue from ancillary sources (i.e., advertising)}$$

$$C_{digital} = \text{Variable costs of digital revenue}$$

$$C_{ancillary} = \text{Variable costs of ancillary revenue}$$

357. As explained in Section 5.2, while paid users do not typically generate ancillary revenue (i.e., they are typically not shown ads), there are exceptions. Apps like New York Times and Netflix continue to serve ads to subscribed users, thereby generating both digital and ancillary (advertising) revenue from the paying segment of their user base. In such instances, one must account for both revenue streams to ensure that all revenue from paid users is captured. Similarly, one must also ensure that the total costs of serving a paid user are accounted for.

358. Equation 8a and 8b are mathematical representations of Assumption 2 and imply that the ancillary revenue generated by paid users and the associated costs are proportional to the share of paid users (i.e., that the per user costs are uniform, regardless of whether that user is paid or free). As discussed above, I only apply Assumption 2 to mathematically determine the share of ancillary revenues from paid users and the associated costs. I restrict the application of Assumption 2 to *ancillary* revenues and costs, as they are less likely to vary between free and paid users. For instance, if the ancillary revenue is generated through advertising, then the corresponding costs incurred by the developer would primarily be associated with infrastructure and delivery, such as hosting ad inventory or licensing an ad server. Such costs do not vary significantly depending on if the ad is shown to a paid or a free user. Regardless of the payment status of the audience that is eventually exposed to an ad, the data will flow through the same ad infrastructure and result in the same cost.[243]

---

[243] I note that Assumption 2 is less likely to be applicable in the general case where paid users only generate digital revenue because some costs vary by type of user. While infrastructure costs typically exhibit little variation across types of users because, for example, the cost of storing user information does not change depending on whether that user is categorized as paid or free. In contrast, UAR Costs can vary between types of users, because paid users are generally more difficult to acquire and require free trials, complementary packages bundled with other popular services etc.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Assumption 2** – Ancillary revenues and costs are proportional to the share of users

$$\text{8a) } R_{ancillary_{paid}} = U_{paid} * R_{ancillary}$$

$$\text{8b) } C_{ancillary_{paid}} = U_{paid} * C_{ancillary}$$

359. Equations 9a and 9b establish the equivalence between revenues and costs generated by different user types and by various sources. Next, Equations 10 and 11 substitute in Equations 8a and 8b (Assumption 2) and express paid users' revenue and costs, respectively, in terms of their digital and ancillary components.

$$\text{9a) } R_{total} = R_{paid} + R_{free} = R_{digital} + R_{ancillary}$$

$$\text{9b) } C_{total} = C_{paid} + C_{free} = C_{digital} + C_{ancillary}$$

$$\text{10) } R_{paid} = R_{digital} + R_{ancillary_{paid}} = R_{digital} + U_{paid} * R_{ancillary};$$
$$R_{free} = (1 - U_{paid}) * R_{ancillary}$$

$$\text{11) } C_{paid} = C_{digital} + C_{ancillary_{paid}} = C_{digital} + U_{paid} * C_{ancillary};$$
$$C_{free} = (1 - U_{paid}) * C_{ancillary}$$

360. I obtain Equation 12 by substituting Equations 10 and 11 into the Gross Margin formula (Equation 5). I then express ancillary revenue and costs as the difference between total revenue and digital revenue based on the equivalency established in Equations 9a and 9b, and arrive at Equation 13.

$$\text{12) } GM = \frac{(R_{paid} - C_{paid})}{R_{paid}} = 1 - \frac{C_{paid}}{R_{paid}} = 1 - \frac{(C_{digital} + U_{paid} * C_{ancillary})}{(R_{digital} + U_{paid} * R_{ancillary})}$$

$$\text{13) } GM = \frac{(R_{paid} - C_{paid})}{R_{paid}} = 1 - \frac{C_{paid}}{R_{paid}} = 1 - \frac{(C_{digital} + U_{paid} * (C_{total} - C_{digital}))}{(R_{digital} + U_{paid} * (R_{total} - R_{digital}))}$$

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

361. Equation 14 is a mathematical representation of digital costs in terms of digital revenue, total revenue, and total costs. Even when paid users generate ancillary revenue, the digital revenue is exclusively generated by paid users. Equation 14 is therefore analogous to Equation 6 – while Equation 6 relies on Assumption 1 to express the variable costs of *paid users* as a portion of total costs, Equation 14 relies on Assumption 1 to express the variable costs of *digital revenue* as a portion of total costs.

$$14)\ C_{digital} = \frac{R_{digital}}{R_{total}} * C_{total}$$

362. Finally, I substitute the respective terms in Equation 13 with the equivalent form from Equation 14, which yields Equation 15.a. Upon simplification, Equation 15a yields Equations 15.b. and 15.c., and shows that the Gross Margin of developers generating ancillary revenue from paid users can still be calculated using total revenue and total costs.

$$15.\,a.)\ GM = 1 - \frac{\left(\left(\frac{R_{digital}}{R_{total}} * C_{total}\right) + U_{paid} * \left(C_{total} - \frac{R_{digital}}{R_{total}} * C_{total}\right)\right)}{\left(R_{digital} + U_{paid} * (R_{total} - R_{digital})\right)}$$

$$15.\,b.)\ GM = 1 - \frac{\frac{C_{total}}{R_{total}} * \left(R_{digital} + U_{paid} * (R_{total} - R_{digital})\right)}{\left(R_{digital} + U_{paid} * (R_{total} - R_{digital})\right)}$$

$$15.\,c.)\ GM = 1 - \frac{C_{total}}{R_{total}} = \frac{R_{total} - C_{total}}{R_{total}}$$

363. In summary, using the assumptions I describe above, I demonstrate that when granular data is not available the gross margin of paid users can be estimated using the total revenues and variable costs incurred by a developer. In cases where paid users *do not* generate ancillary revenue, only Assumption 1 applies. However, when paid users *do* contribute to ancillary revenue, as described above, both Assumption 1 and Assumption 2 become applicable.

364. It is certainly possible that there are developers whose costs do not behave fully in the manner described by these assumptions. In such cases, the gross margins estimated using total revenues and total variable costs will differ from the gross margins calculated using only revenues and variable costs associated with paid users. However, I believe that such differences are likely to be small. For example, Spotify is one of the only developers that reports gross margins by user type, and the difference between its premium (i.e.,

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

paid) users gross margins and the consolidated gross margin across all users (i.e., presumably using *all* revenues and costs) is no more than 3%.[244] Given that I follow a conservative approach and estimate broad ranges for gross margins, rather than precise values, I believe that my ranges will sufficiently account for any potential differences between the gross margins of paid users and those of all users, which may arise due to costs that do not align with the assumptions described above.

---

[244] Between 2021 and 2023, Spotify's Premium gross margin was 28 – 29%, and the consolidated gross margin was 25 – 27%. *See* Spotify Technology S.A., Form 20-F for the fiscal year ended December 31, 2023, page 48, https://s29.q4cdn.com/175625835/files/doc_financials/2023/ar/26aaaf29-7cd9-4a5d-ab1f-b06277f5f2a5.pdf. Date accessed: February 20, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## APPENDIX D. MATERIALS RELIED UPON

### A. Books and Papers

Alan MacCormack, Carliss Baldwin, & John Rusnak, "Exploring the duality between product and organizational architectures: A test of the "mirroring" hypothesis", *Elsevier, Research Policy* 41, 8. (2012): 1309-1324.

Carliss Baldwin, Alan MacCormack, & John Rusnak, 2014. "Hidden structure: Using network methods to map system architecture," *Elsevier, Research Policy* 43, 8. (2014): 1381-1397.

Jingyan Li et al., "Freemium design: Optimal tier differentiation models for content platforms", *Transportation Research Part E*, (2024).

John L. Hennessey, David A. Patterson, & Krste Asanović, A., *Computer Architecture: A Quantitative Approach*, 5th ed. (Elsevier, 2012)

Lee Humphreys, The Qualified Self: Social Media and the Accounting of Everyday Life (MIT Press, 2018)

Robert Lagerström, Alan MacCormack, David Dreyfus, & Carliss Baldwin, "A Methodology for Operationalizing Enterprise IT Architecture and Evaluating its Modifiability", *Complex Systems Informatics and Modeling Quarterly*, 19. (2019): 75-98.

### B. Data and Materials Received from Counsel

Developer Cost Data.

Expert Reply Report of Professor Daniel L. McFadden, PhD, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, October 19, 2021 ("McFadden Reply Report").

Expert Reply Report of Professor Daniel L. McFadden, PhD, In Support of Plaintiffs' Renewed Motion for Class Certification, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, June 23, 2023

Expert Report and Declaration of Lorin M. Hitt, PhD, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, March 10, 2023

Opening Report of Professor Daniel L. McFadden, PhD, In Re: Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR, June 1, 2021

Subpoena template issued to developers – "Doc Subpoena – 2024 Template".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Top 100 Apps Data.

Transactions and Effective Commissions Data.

### C.  Public Sources

"A Culture of Creativity and Collaboration", Glu, https://www.glu.com/company/.

"About", Pocket Gems, https://www.pocketgems.com/about/.

"About revenue sharing with music rights holders," Meta Business Help Center, https://www.facebook.com/business/help/516305840204016.

"About the NIV Bible Translation", Biblica, https://www.biblica.com/niv-bible/.

"About Us", Thomas Nelson, https://www.thomasnelson.com/.

Activision Blizzard, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://www.sec.gov/Archives/edgar/data/718877/000162828022003992/atvi-20211231.htm#i6918bdee1491433a92115eff89e52c46_31.

Activision Blizzard, Inc., Form-10K for the fiscal year ended December 31, 2022, https://investor.activision.com/static-files/01d1f04d-1c00-4a17-8743-4e6a20e17335.

Adobe INC., Form 10-K for the fiscal year ended December 1, 2023, https://www.sec.gov/Archives/edgar/data/796343/000079634324000006/adbe-20231201.htm#id2fffb105edb44a29625d93e58bf85a1_121.

"AllStays Camp & RV: Camping", Apple App Store Preview, https://apps.apple.com/gb/app/allstays-camp-rv-camping/id370820516.

"Amazon Aurora Pricing", AWS, https://aws.amazon.com/rds/aurora/pricing/?did=ap_card&trk=ap_card.

Amita Jain, "Customer Lifetime Value (CLV): A Critical Metric for Building Strong Customer Relationships", Gartner Digital Markets, May 5, 2023, https://www.gartner.com/en/digital-markets/insights/what-is-customer-lifetime-value.

Amy Gallo, "The Value of Keeping the Right Customers", Harvard Business Review, October 29, 2014, https://hbr.org/2014/10/the-value-of-keeping-the-right-customers.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Andrea Knezovic, "How to Market to Whales: Attracting Big Mobile Game Spenders", Udonis, June 7, 2024 https://www.blog.udonis.co/mobile-marketing/mobile-games/market-whales.

Andrew Bloomenthal, "Gross Margin: Definition, Example, Formula, and How to Calculate", Investopedia, August 10, 2024, https://www.investopedia.com/terms/g/grossmargin.asp.

"Annual Report 21", RemedyReports and Presentations, https://storage.googleapis.com/inderes-widgets-prod-assets/remedy/calendarEventAttachments/Annual%20Report%202021.pdf.

Anurag Jain, "The Future of Dating Apps: Upcoming Trends You Should Know", Oyelabs, October 8, 2024, https://oyelabs.com/the-future-of-dating-apps-upcoming-trends/.

"App: market data & analysis, Market Insights Report", Statista, September, 2023, https://www.statista.com/study/143845/app-market-data-and-analysis/.

"App Review Guidelines", Apple Developer, https://developer.apple.com/app-store/review/guidelines/#business.

"Apple Developer Program License Agreement", Apple Developer Support, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/#S2.3.

"Article Types: What's the Difference Between Newspapers, Magazines, and Journals?", University of North Florida, Oct 14, 2024, https://libguides.unf.edu/articletypes/definitions.

"Assessing the ROI of IP Licensing for Mobile Games", Yodo1, https://www.yodo1.com/assessing-the-roi-of-ip-licensing-for-mobile-games/.

"AWS Pricing", AWS, https://aws.amazon.com/pricing/?nc2=h_ql_pr_ln&aws-products-pricing.sort-by=item.additionalFields.productNameLowercase&aws-products-pricing.sort-order=asc&awsf.Free%20Tier%20Type=*all&awsf.tech-category=*all.

Becky Doles, "5 Ways to Drive Down Mobile App User Acquisition Costs", Tune, October 28, 2013, https://www.tune.com/blog/5-ways-drive-mobile-app-user-acquisition-costs/.

Brian Dean, "Hulu Viewership and Subscriber Statistics: How Many People Watch Hulu?" Backlinko, May 22, 2024, https://backlinko.com/hulu-users.

"CAC LTV Ratio", CFI, https://corporatefinanceinstitute.com/resources/valuation/cac-ltv-ratio/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

"Canva Creator: A Comprehensive Review 2023", The Creator Investor, November 13, 2023, https://www.creatorinvestor.com/graphic-design/canva-creator.

Casey Cease, "What are Book Royalties and How Do They Work?", Lucid Books, https://lucidbooks.com/what-are-book-royalties-and-how-do-they-work/.

Cassie Wilson, "What is a Good LTV to CAC Ratio", HubSpot, November 14, 2024, https://blog.hubspot.com/service/ltv-cac-ratio.

Chegg, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364954/5ea8ad6f-677e-4b34-b835-ff01d33a2e9d.pdf.

Chegg, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001364954/680bfe93-a346-4734-a4d0-3070efd11364.pdf.

"Choose the Azure account that's right for you", Microsoft Azure, https://azure.microsoft.com/en-gb/pricing/purchase-options/azure-account.

"Choosing a category", Apple Developer, https://developer.apple.com/app-store/categories/.

"Company Profile," Zondervan, https://www.zondervan.com/about-us/company-profile/.

"Compensation Details", Prime Video Direct Support, https://videodirect.amazon.com/home/help?topicId=G202037410&ref_=avd_sup_G202037410.

"Contribution Margin: Definition, Overview, and How To Calculate", Investopedia, April 12, 2024, https://www.investopedia.com/terms/c/contributionmargin.asp.

"Corporate and Media", King, https://www.king.com/corporate-and-media.

"Customer Lifetime Value (CLV or LTV)", Mosaic, https://www.mosaic.tech/financial-metrics/ltv-lifetime-value.

Dan Irascu, "US Report on Mobile App Development", Tech Behemoths, March 5, 2024, https://techbehemoths.com/blog/us-report-mobile-app-development.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

David Garth, "Discovery & User Acquisition Costs: Content Licensing To The Rescue?", Game Developer, May 24, 2013, https://www.gamedeveloper.com/business/discovery-user-acquisition-costs-content-licensing-to-the-rescue-.

"Distributing apps in the European Union: Commissions, fees, and taxes," Apple Developer, https://developer.apple.com/help/app-store-connect/distributing-apps-in-the-european-union/commissions-fees-and-taxes.

"Distributing apps in the US that provide an external link", Apple Developer Support, https://developer.apple.com/support/storekit-external-entitlement-us/.

"Dwell", Dwell, https://dwellapp.io/.

"Earn From Your Teaching", Skillshare.Help, 2024, https://help.skillshare.com/hc/en-us/articles/4415798406285-Earn-From-Your-Teaching.

Electronic Arts, Inc., Form 10-K for the fiscal year ended March 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0000712515/266103eb-a3eb-43c2-bdb5-fddd9ddb74e4.pdf.

Endeavor Group Holdings, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001766363/fa7e0a49-94e1-490e-977f-1c91f6c4bf2b.pdf.

"Enterprise Application Software", Gartner, https://www.gartner.com/en/information-technology/glossary/enterprise-application-software.

Eric Johnson, "A Long Tail of Whales: Half of Mobile Games Money Comes From 0.15 Percent of Players", Vox, February 26, 2014, https://www.vox.com/2014/2/26/11623998/a-long-tail-of-whales-half-of-mobile-games-money-comes-from-0-15.

"ESPN to broadcast 30 UFC events per year during 5-year deal", ESPN, May 23, 2018, https://www.espn.com/mma/story/_/id/23581729/espn-ufc-reach-five-year-television-rights-deal.

"FAQs", Cameo Talent Hub, https://talent.cameo.com/?lng=en#talent-calculator.

"Gartner Magic Quadrant for the CRM Customer Engagement Centre", Zendesk, June 15, 2021, https://www.zendesk.co.uk/blog/gartner-magic-quadrant-crm/#.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"G5 Entertainment 2022 Annual Report", G5 Entertainment, April 29, 2023, https://corporate.g5.com/investors/financial-reports/g5-entertainment-ab-publ-publishes-annual-report-2022.

"Game Developers vs Game Publisher: What's Better for Your Game?", Helpshift, September 6, 2023, https://www.helpshift.com/blog/indie-vs-game-publisher-whats-better-for-your-game/.

Glu Mobile Inc., Form 10-K for the fiscal year ended December 31, 2019, https://www.sec.gov/Archives/edgar/data/1366246/000155837020001804/gluu-20191231x10kf63199.htm.

"Google Cloud Pricing", Google Cloud, https://cloud.google.com/pricing/?hl=en.

Grindr Inc., Form 10-K for the fiscal year ended December 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001820144/313128b7-f73d-470c-ab50-66e348042eb3.pdf.

"Hallow", Hallow, https://hallow.com/.

Happy Das, "CPM vs CPC vs CPA vs CPL vs CPI: Which Is Better," headerbidding, December 21, 2023, https://headerbidding.co/cpm-vs-cpc-vs-cpa-vs-cpl-vs-cpi/.

"How do I Earn Revenue From Udemy Business?", Udemy, https://support.udemy.com/hc/en-us/articles/115013221767-How-do-I-Earn-Revenue-From-Udemy-Business.

"How to use Sound Collection for reels and videos on Facebook," Meta Business Help Center, https://www.facebook.com/business/help/880459498798521?id=214359809769375.

"In U.S., Decline of Christianity Continues at Rapid Pace", Pew Research Center, October 17, 2019, https://www.pewresearch.org/religion/2019/10/17/in-u-s-decline-of-christianity-continues-at-rapid-pace/.

"Instructor Revenue Share", Udemy, https://support.udemy.com/hc/en-us/articles/229605008-Instructor-Revenue-Share.

Jeff Comstock, "Microsoft is named a Leader in the 2024 Gartner® Magic Quadrant™ for CRM Customer Engagement Center", Microsoft Dynamics 365, December 17, 2024, https://www.microsoft.com/en-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

us/dynamics-365/blog/business-leader/2024/12/17/microsoft-is-named-a-leader-in-2024-gartner-magic-quadrant-for-crm-customer-engagement-center/.

Jeff Vogel, Michael Stricklen, and Ajay Khandelwal, "Cutting costs in the cloud: six strategies for SaaS companies", EY Parthenon, August 31, 2023, https://www.ey.com/en_us/insights/tmt/cutting-costs-in-the-cloud-six-strategies-for-saas-companies.

Jeffrey Grubb, "Zynga Mobile amps up its third-party publishing with biggest game yet", VentureBeat, April 8, 2013, https://venturebeat.com/games/zynga-mobile-is-ready-to-amp-up-its-third-party-publishing/.

Jennie Lewis, "Building a Habit for Health & Fitness Apps", Airship, December 21, 2022, https://www.airship.com/blog/building-a-habit-for-health-fitness-apps/.

Jennifer B., "Tinder: The dark side of network effects", HBS Digital Innovation and Transformation, October 19, 2015, https://d3.harvard.edu/platform-digit/submission/tinder-the-dark-side-of-network-effects/.

Jessica Abbadia, "How to Choose the Perfect App Category for iOS and Android", Moburst, June 20, 2023, https://www.moburst.com/blog/how-to-choose-the-perfect-app-category/.

Jessica Clement, "Market capitalization of the largest gaming industry companies in the United States as of November 2024", Statista, November 29, 2024, https://www.statista.com/statistics/269844/market-capitalization-of-the-global-games-industry/.

John Zettler, "Software Maintenance Negotiations Best Practices", DoD ESI, February 26, 2015, https://www.esi.mil/contentview.aspx?id=550.

"Joint Content License Agreement", SEC, February 1, 2018, https://www.sec.gov/Archives/edgar/data/1708341/000168316819002657/brac_ex1019.htm.

Julia Stoll, "Content spending of Netflix worldwide from 2012 to 2024", Statista, March 22, 2024, https://www.statista.com/statistics/964789/netflix-content-spend-worldwide/.

Kim Lyons, "Documents show Apple gave Amazon special treatment to get Prime Video into App Store", The Verge, July 30, 2020, https://www.theverge.com/2020/7/30/21348108/apple-amazon-prime-video-app-store-special-treatment-fee-subscriptions.

"Kinaxis positioned highest on Ability to Execute", Kinaxis, https://www.kinaxis.com/en/about-us/gartner-magic-quadrant-supply-chain-planning-solutions.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Kris Holt, "Apple Music pays a penny per stream, double Spotify's rate", Engadget, April 16, 2021, https://www.engadget.com/apple-music-streaming-payment-rate-spotify-162320807.html.

Laura Ceci, "Distribution of free and paid apps in the Apple App Store and Google Play in January 2025", Statista, January 16, 2025, https://www.statista.com/statistics/263797/number-of-applications-for-mobile-phones/.

Laura Ceci, "Frequency of mobile app updates on the Google Play Store as of January 2025", Statista, January 15, 2025, https://www.statista.com/statistics/1404434/google-play-store-app-updates-by-frequency/.

Laura Ceci, "Mobile apps revenue worldwide from 2020 to 2029, by segment", Statista, August, 2024, https://www.statista.com/forecasts/1324000/global-app-market-revenue-monetization-segment.

Lauren Neville, "Satellite Data on the Go: Planet and the onX suite of apps Enable Your Outdoor Adventures", Planet, September 28, 2023, https://www.planet.com/pulse/satellite-data-on-the-go-planet-and-the-onx-suite-of-apps-enable-your-outdoor-adventures/.

Lexi Taciak, "You Should Be Charging Licensing Fees for Publication Use of Your Images", Architectural Photography Almanac, January 17, 2022, https://apalmanac.com/business/you-should-be-charging-licensing-fees-for-publication-use-of-your-images-175345.

"Licensed to sell: The advantages of building video games around established IP", Barclays, December 12, 2021, https://games.creative.barclays/resource-hub/games/funding-and-finance/licensed-to-sell-the-advantages-of-building-video-games-around-established-ip/.

"Licensing and Distribution Agreement", SEC, August 14, 2017, https://www.sec.gov/Archives/edgar/data/1729525/000147793218003108/oi2go_ex6.htm.

"Lifetime value", Optimizely, https://www.optimizely.com/optimization-glossary/lifetime-value/.

Linda Norman, "One year on: Microsoft's acquisition of Activision Blizzard is fueling gaming innovation and competition", Microsoft On the Issues, October 15, 2024, https://blogs.microsoft.com/on-the-issues/2024/10/15/one-year-activision-blizzard/.

Marco Iansiti and Alan MacCormack, "Developing Products on Internet Time", Harvard Business Review, September-October, 1997, https://hbr.org/1997/09/developing-products-on-internet-time.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Mark Raymond, "In-app Advertising: Trends, User Perception, and Challenges", GoodFirms, January 15, 2025, https://www.goodfirms.co/resources/in-app-advertising-trends-perception-challenges.

"Market Share Analysis: Enterprise Software, Worldwide, 2023", Gartner, August 7, 2024, https://www.gartner.com/en/documents/5656823.

Microsoft Corporation, Form 10-K for the fiscal year ended June 30, 2023, https://www.sec.gov/Archives/edgar/data/789019/000095017023035122/msft-20230630.htm#item_8_financial_statements_and_supplem.

"Microsoft to acquire Activision Blizzard to bring the joy and community of gaming to everyone, across every device", Microsoft, January 18, 2022, https://news.microsoft.com/2022/01/18/microsoft-to-acquire-activision-blizzard-to-bring-the-joy-and-community-of-gaming-to-everyone-across-every-device/.

Mike Yi, "A complete guide to box plots", Atlassian, https://www.atlassian.com/data/charts/box-plot-complete-guide.

"Monetization for Creators," YouTube, https://www.youtube.com/howyoutubeworks/product-features/monetization/#overview.

"Monetization in Games: Choosing the Right Approach", StudioKrew, July 31, 2024, https://studiokrew.com/blog/game-monetization-choosing-the-right-approach/.

"Music and streaming Final report", Competition and Markets Authority, November 29, 2022, https://assets.publishing.service.gov.uk/media/6384f43ee90e077898ccb48e/Music_and_streaming_final_report.pdf.

"Nasdaq North America Market Pricing", Nasdaq Data Link, https://data.nasdaq.com/price-list?category=U.S.+Equities#tv.

Netflix, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://s22.q4cdn.com/959853165/files/doc_financials/2021/q4/da27d24b-9358-4b5c-a424-6da061d91836.pdf.

Netflix, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://s22.q4cdn.com/959853165/files/doc_financials/2023/ar/Netflix-10-K-01262024.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Nick Perry, "2024 Spending Benchmarks for Private B2B SaaS Companies", SaaS Capital, July 19, 2024, https://www.saas-capital.com/blog-posts/spending-benchmarks-for-private-b2b-saas-companies/.

Nilay Patel, "Duolingo CEO Luis von Ahn wants you addicted to learning", The Verge, October 14, 2024, https://www.theverge.com/24267841/luis-von-ahn-duolingo-owl-language-learning-gamification-generative-ai-android-decoder.

"onX Hunt: GPS Hunting Maps", Apple App Store Preview, https://apps.apple.com/us/app/onx-hunt-gps-hunting-maps/id672902340.

Oracle Corporation, Form 10-K for the fiscal year ended May 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001341439/9c2ee381-96cc-4e88-b4a9-17e6542147a6.pdf.

Panay Ahlawat, et. Al., "How Software Companies Can Get More Bang for Their R&D Buck", BCG, November 22, 2019, https://www.bcg.com/publications/2019/software-companies-using-research-and-development-more.

Paolo Confino, "Cameo went from $1 billion unicorn with major investors to a $600,000 court settlement it can't afford to pay," Yahoo Finance, July 30, 2024, https://finance.yahoo.com/news/cameo-went-1-billion-unicorn-190110380.html.

"Permissions", Zondervan, https://www.zondervan.com/about-us/permissions/.

"Planes Live - Flight Tracker", Apple App Store Preview, https://apps.apple.com/us/app/planes-live-flight-tracker/id1097815000.

"Pricing and Payment Details", Adobe, January 14, 2025, https://helpx.adobe.com/stock/contributor/help/royalty-details.html.

"Pricing Plans and Packages", Sentinel Hub Pricing, https://www.sentinel-hub.com/pricing/.

Rachyl Jones, "Netflix will spend 'vast majority' of its $17 billion content budget on originals in 2024, despite a deluge of licensed hit shows up for grabs", Fortune, April 25, 2024, https://fortune.com/2024/04/25/netflix-spending-budget-originals-licensing-content-shows-streaming/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Rakesh Patel, "How Much Does Software Maintenance Cost?", Space-O Technologies, August 29, 2024, https://www.spaceo.ca/blog/software-maintenance-cost/.

Rick Porter and Lesley Goldberg, "Netflix Lands 'Seinfeld' Rights in $500M-Plus Deal After Losing 'Friends' and 'The Office'", The Hollywood Reporter, September 16, 2019, https://www.hollywoodreporter.com/tv/tv-news/netflix-lands-seinfeld-rights-losing-friends-office-1239934/.

Roblox Corporation, Form 10-K for the fiscal year ended December 31, 2023, https://s27.q4cdn.com/984876518/files/doc_financials/2023/ar/roblox-2024-proxy-and-2023-annual-report.pdf.

Roblox Corporation, Form-10-K for the fiscal year ended December 31, 2022, https://s27.q4cdn.com/984876518/files/doc_financials/2022/ar/roblox_2023-proxy-and-2022-annual-report_web-ready.pdf.

"Royalty details for contributors", Adobe Pricing and Payment Details, January 14, 2025, https://helpx.adobe.com/stock/contributor/help/royalty-details.html.

Salesforce, Inc., Form 10-K for the fiscal year ended January 31, 2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001108524/8db0202a-351a-4026-909c-da45f1d41758.pdf.

SAP SE, Form 20-F for the fiscal year ended December 31, 2023, https://www.sap.com/investors/en/reports.html?sort=latest_desc&tab=reports&tag=year%3A2023&pdf-asset=12ece1ac-ad7e-0010-bca6-c68f7e60039b&page=183.

Sarah Yoo, "What Is the Typical Royalty Rate for an Author?", Publish Drive, March 11, 2024, https://publishdrive.com/what-is-the-typical-royalty-rate-for-an-author.html.

Scott Ambler, "IT Project Success Rates: 2013 Open Research", Ambysoft, http://www.ambysoft.com/surveys/success2013.html.

Sean M. Kerner, "CrowdStrike outage explained: What caused it and what's next", TechTarget, October 29, 2024, https://www.techtarget.com/whatis/feature/Explaining-the-largest-IT-outage-in-history-and-whats-next.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Spotify paid $9 billion in royalties in 2023. Here's what fueled the growth," AP News, March 19, 2024, https://apnews.com/article/spotify-loud-clear-report-8ddab5a6e03f65233b0f9ed80eb99e0c.

Spotify Technology S.A., Form 20-F for the fiscal year ended December 31, 2023, https://s29.q4cdn.com/175625835/files/doc_financials/2023/ar/26aaaf29-7cd9-4a5d-ab1f-b06277f5f2a5.pdf.

"Spotify Users Statistics 2025: Subscribers & Demographics Data," Demandsage, January 15, 2025, https://www.demandsage.com/spotify-stats/.

Take-Two Interactive Software, Inc., Form 10-K for the fiscal year ended March 31, 2023, https://taketwointeractivesoftwareinc.gcs-web.com/static-files/a8aad461-897e-46d9-988d-777c9450e9dc.

"The Walt Disney Company Reports Fourth Quarter and Full Year Earnings for Fiscal 2024", The Walt Disney Company, November 14, 2024, https://thewaltdisneycompany.com/the-walt-disney-company-reports-fourth-quarter-and-full-year-earnings-for-fiscal-2024/.

"Twitch Affiliate Program FAQ", Twitch, https://help.twitch.tv/s/article/twitch-affiliate-program-faq?language=en_US.

Udemy, Inc., Form 10-K for the fiscal year ended December 31, 2021, https://investors.udemy.com/static-files/f691f11c-e4aa-4195-bd29-6d32528f735a.

Udemy, Inc., Form 10-K for the fiscal year ended December 31, 2023, https://investors.udemy.com/static-files/a8e017e8-b30b-419a-aad4-dc2af8e7c5f7.

"Universal Music, Meta expand music licensing agreement," Reuters, August 12, 2024, https://www.reuters.com/technology/universal-music-meta-expand-music-licensing-agreement-2024-08-12/.

Vineet Kumar, "Making "Freemium" Work", Harvard business Review, May, 2014, https://hbr.org/2014/05/making-freemium-work.

"Waterfall Methodology: A Complete Guide", Adobe Experience Cloud Blog, March 18, 2022, https://business.adobe.com/blog/basics/waterfall.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"What Bibles on Bible Gateway are in the public domain?", Bible Gateway, April 23, 2024, https://support.biblegateway.com/hc/en-us/articles/360001403507-What-Bibles-on-Bible-Gateway-are-in-the-public-domain.

"What's Level II Market Data?", Robinhood Help Centre, https://robinhood.com/us/en/support/articles/level-ii-market-data/.

"Why Agile Methodology Matters Even If You're Not A Project Manager", Rome Business School, March 14, 2024, https://romebusinessschool.com/blog/agile-methodologies/.

Will Kenton, "Standard Error (SE) Definition: Standard Deviation in Statistics Explained", August 9, 2024, https://www.investopedia.com/terms/s/standard-error.asp.

"YouTube partner earnings overview", YouTube Help, https://support.google.com/youtube/answer/72902?hl=en#zippy=%2Cwhats-my-revenue-share.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## APPENDIX E. CURRICULUM VITAE OF ALAN D. MACCORMACK

### ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2011 - now | MBA Class of 1949 Adjunct Professor of Business Administration<br>Co-Chair, MS/MBA Joint Degree Program (with SEAS)<br>*Harvard Business School* |
| 2008 - 2011 | Visiting Associate Professor, TIES Group<br>*MIT Sloan School of Management* |
| 2003 - 2008 | Associate Professor<br>*Harvard Business School* |
| 2000 - 2001 | Lumry Family Assistant Professor (Junior Faculty Chair)<br>*Harvard Business School* |
| 1998 - 2003 | Assistant Professor<br>*Harvard Business School* |

### EDUCATION

DBA, Technology and Operations Management
*Harvard Business School*
George S. Dively Foundation Award for Distinguished Research

M.Sc., Management
*MIT Sloan School of Management*
Kennedy Scholarship Award (Kennedy Memorial Trust, London)

B.Sc., Electrical and Electronic Engineering (1st Class Honors)
*University of Bath (England)*
National Engineering Council Scholarship Award (NEC, London)

### EMPLOYMENT

| | |
|---|---|
| 2013 - now | SILVERTHREAD INC., Co-founder and Board Member<br>*Software Startup Developing Tools to Assess Complex Codebases* |
| 1992 - 1994 | BOOZ•ALLEN & HAMILTON, Inc., Senior Associate<br>*Engineered and Manufactured Goods Practice, London, England* |
| 1987 - 1990 | ERNST & YOUNG, Consultant<br>*Manufacturing and Operations Practice, London, England* |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## RESEARCH AND TEACHING AWARDS

Christer Karlsson Best Paper Award, Runner Up, Intl Prod Dev Mgmt Conf. (2019)
Wickham Skinner Award, Best Paper in Production Operations Management (2016)
Maurice Holland Award, Best Paper in Research Technology Management (2013)
Greenhill Award for Outstanding Contributions to Harvard Business School (2013)
Apgar Award for Innovation in Teaching, Harvard Business School (2011)
Academy of Management, Best Paper Finalist: TIM Division (2010)
Outstanding Teacher Award, MIT Sloan School of Management (2009)
All Time Best Peer-Reviewed Articles, IEEE Software (2009)

## ACADEMIC IMPACT

6470 Citations, h-index 31, i10-index 52 (Sep 2023)

## FACULTY ASSIGNMENTS

| | |
|---|---|
| 2017- | MS/MBA Joint Degree Program (Harvard SEAS/HBS)<br>Co-Chair (2024), Program Designer, Faculty Instructor |
| 2011- | Field Immersion Experiences for Leadership Development<br>Course Designer, Course Head, Course Instructor, HBS |
| 2016-2018 | Customer Discovery in Entrepreneurial Ventures<br>Course Designer, Course Instructor, HBS |
| 2008-2011 | 15.991 Managing Technological Innovation<br>Sloan Fellows Program, MBA Required Course, MIT<br><br>15.399 Entrepreneurship Lab<br>MBA Elective Course, MIT |
| 2003-2007 | Managing Innovation and Product Development,<br>Course Designer, Course Head, MBA Elective Course, HBS |
| 2000-2002 | Managing Technology Ventures<br>Course Designer, MBA Elective Course, HBS |
| 1998-2000 | Technology and Operations Management<br>MBA Required Course, HBS |

*Executive Programs – Custom Clients (Select Examples)*
Qatar Leadership Center, Constellation Brands, Kaiser-Permanente, Suncor Energy, Coca-Cola, Proctor & Gamble, Johnson & Johnson, Ericsson, Innovation Fund of Denmark, Mahindra & Mahindra,

*Executive Programs – Open Enrollment Programs (Select Examples)*
HBS: Leading Product Development, Building and Sustaining Competitive Advantage, Developing & Managing a Technology Strategy, Entrepreneurial Development Program

*Consulting Clients – Select Examples*
Amazon, Facebook, Honeywell, Henkel AG, Pall Corp. (Danaher), Cabot Corp, Kemet Corp, Abraaj Capital

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## PEER-REVIEWED JOURNAL ARTICLES AND PUBLICATIONS

The Power of Modularity Today: 20 years of "Design Rules." With S. Brusoni, J. Henkel, M G Jacobides, S Karim, , P. Puranam, M. Schilling. *Industrial and Corporate Change*, Volume 32, Issue 1, February 2023, Pages 1–10.

Your Company Needs a Space Strategy. Now. With M. Weinzierl, R. Prithwiraj, T. Khanna B. Rosseau. *Harvard Business Review* (Nov–Dec 2022): pp80–91.

Disrupting the Disruptors or Enhancing Them? How Blockchain Re-Shapes Two-Sided Platforms. With Trabucchi, D, A Moretto, T Buganza. *Journal of Product Innovation Management* 37, no. 6 (November 2020): 552–574.

A Methodology for Operationalizing Enterprise IT Architecture and Evaluating its Modifiability, with R. Lagerstrom, D. Dreyfus and C. Baldwin, *Complex Systems Informatics and Modeling Quarterly* (CSIMQ), Issue 19, June/July 2019, pp 75-98.

Technical Debt and System Architecture: The Impact of Coupling on Defect-Related Activity, with D. Sturtevant, *Journal of Systems and Software*, Vol. 120, p170-182, Oct 2016.

Visualizing and Measuring Software Portfolio Architecture: A Power Utility Case, with R. Lagerstrom and C. Baldwin, *Journal of Modern Project Management*, Vol. 3, no. 2, Sep-Dec 2015.

Managing the Performance Tradeoffs from Partner Integration: Implications of Contract Choice in R&D Projects, with A. Mishra, *Production and Operations Management* Vol. 24, no. 10 (Oct 2015): 1552–1569. (Winner of the 2016 Wickham Skinner Award for the Best Paper published in POM).

Collaboration in Multi-Partner R&D Projects: The Impact of Partnering Scale and Scope, with A. Mishra and A. Chandrasekaran, *Journal of Operations Management*, Volumes 33–34, Jan 2015: 1–14.

Hidden Structure: Using Network Methods to Map System Architecture, with C. Baldwin and J. Rusnak, *Research Policy* 43, No. 8, Oct 2014: 1381-1397.

Spurring Innovation through Competitions, with F. Murray and E. Wagner, *Sloan Management Review*, Vol. 55, No. 1, Fall 2013.

Prize-based Contests can provide Solutions to Computational Biology Problems, with K R Lakhani, K J Boudreau, PR Loh, L Backstrom, C Baldwin, E Lonstein, M Lydon, R A Arnaout and E C Guinan, *Nature Biotechnology*, Correspondence, Vol. 31, No. 2, Feb 2013.

Embracing Uncertainty, *MIT Technology Review*, Views, Vol. 116, No. 2, p10-11, 2013.

Grand Innovation Prizes: A theoretical, normative, and empirical evaluation, with F. Murray, S. Stern, G. Campbell, *Research Policy* 41, No. 10, Dec 2012: 1779–1792.

Exploring the Duality Between Product and Organizational Architectures: A Test of the 'Mirroring' Hypothesis, with J. Rusnak and C. Baldwin, *Research Policy* 41, No. 8, Oct, 2012: 1309–1324.

Do you need a New Product-Development Strategy?, with W. Crandall, P. Henderson, P. Toft. *Research-Technology Management*, Jan-Feb 2012. (Winner of the 2013 Maurice Holland Award for the Best Paper published in RTM).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Evaluating the Impact of the Mozilla Software Redesign Effort, with C. Baldwin and J. Rusnak, Book Chapter in *Design Structure Matrix Methods and Applications*, Edited by S.D. Eppinger and T.R. Browning, MIT Press, Cambridge, MA, 2012.

Critical Decisions in Software Development: Updating the State of the Practice, with M. Cusumano, C. Kemerer and W Crandall, *IEEE Software*, Vol. 26, No. 5, Sep-Oct 2009.

Intellectual Property, Architecture, and the Management of Technological Transitions: Evidence from Microsoft Corporation, with M. Iansiti, *The Journal of Product Innovation Management,* Vol. 26, May 2009.

Learning the Fine Art of Collaboration, with T. Forbath, *Harvard Business Review*, Forethought, Vol. 86, No. 1, Jan 2008.

R&D Project Selection and Portfolio Management: A Review of the Past, a Description of the Present, and a Sketch of the Future, with D. Brunner, L. Fleming and D. Zinner, Book Chapter in *The Handbook on Technology and Innovation Management,* Edited by S. Shane, Wiley-Blackwell, London, England, 2008.

Exploring the Structure of Complex Software Designs: An Empirical Study of Open Source and Proprietary Code, with J. Rusnak and C. Baldwin, *Management Science,* Jul 2006.

Management Lessons from Mars, *Harvard Business Review*, Forethought, Vol. 82, No. 5, May 2004.

Software Development Worldwide: The State of the Practice, with M. Cusumano, C. Kemerer, and B. Crandall, *IEEE Software*, Vol. 20, No. 6, Nov-Dec 2003. (Selected as one of top articles published in *IEEE Software* over 25 years).

Trade-offs Between Productivity and Quality in Selecting Software Development Practices, with M. Cusumano, C. Kemerer, and B. Crandall, *IEEE Software*, Vol. 20, No. 5, Sep-Oct 2003.

Managing the Sources of Uncertainty: Matching Process and Context in Software Development, with R. Verganti, *Journal of Product Innovation Management*, Vol. 20, May 2003.

Developing Products on Internet Time: The Anatomy of a Flexible Development Process, with R. Verganti and M. Iansiti, *Management Science*, Vol. 47, No.1, Jan 2001.

Product Development Practices that Work: How Internet Companies Build Software, *Sloan Management Review*, Winter Edition, Jan 2001. Reprinted in "*Strategies for E-Business Success*", Edited by E. Brynjolfsson and G. Urban, Jossey-Bass, Cambridge MA, 2001.

Developing Products on Internet Time, with M. Iansiti, *Harvard Business Review*, 75th Anniversary Edition, Sep-Oct 1997. Reprinted in "*Creating Value in the Network Economy*", Edited by D. Tapscott, HBS Press, Boston MA, 1999.

Developing Products for the Internet, with M. Iansiti, Book Chapter in *Sense and Respond: Capturing Value in the Network Era*, Edited by R. Nolan and S. Bradley, HBS Press, Boston MA, 1997.

The New Dynamics of Global Manufacturing Site Location, with L.J. Newman III and D.B. Rosenfield, *Sloan Management Review*, Vol. 35, No.4, Summer 1994.

**PEER-REVIEWED CONFERENCE PUBLICATIONS**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Disrupting the Disruptors or Enhancing Them? How Blockchain Re-Shapes Two-Sided Platforms, with D. Trabucchi, A. Moretto, T. Buganza, *Proc. of the 26th International Product Development Management Conference,* Leicester, UK, Jun 2019.

Multivariate Unsupervised Machine Learning for Anomaly Detection in Enterprise Applications, with D Elsner, P A Khosroshahi, and R Lagerström, *Proc. of the Hawaii International Conference on System Sciences* (HICSS), Jan. 2019.

Designing an Agile Software Portfolio Architecture: The Impact of Coupling on Performance, *Academy of Management Conference, Best Paper Proceedings,* Aug 2017.

Exploring the Relationship Between Architecture Coupling and Software Vulnerabilities, with Lagerström R., Baldwin C., Sturtevant D., Doolan L. In: Bodden E., Payer M., Athanasopoulos E. (Eds) *Engineering Secure Software and Systems. ESSoS* 2017. Lecture Notes in Computer Science, Vol 10379. Springer.

Visualizing and Measuring Software Portfolio Architecture: A Flexibility Analysis, with R Lagerström, C Baldwin, D Dreyfus, in *Proc. of the 16th International Dependency and Structure Modeling (DSM) conference*, Jul 2014.

Visualizing and Measuring Enterprise Application Architecture: An Exploratory Telecom Case, with R Lagerström, C Baldwin, S Aier, in *Proc. of the 47th Hawaii International Conference on System Sciences (HICSS-47),* Jan 2014.

Visualizing and Measuring Enterprise Architecture: An Exploratory BioPharma Case, with R Lagerström, C Baldwin, D Dreyfus, in *Proc. of the 6th IFIP WG 8.1 working conference on the Practice of Enterprise Modeling (PoEM),* Nov 2013.

A Problem-Solving Perspective on Governance and Product Design in Open Source Software Projects: Conceptual Issues and Exploratory Evidence, with Schaarschmidt, M.; Walsh, G.; Von Kortzfleisch, H. *Proc. of the International Conference on Information Systems (ICIS)*, Milan, Italy, Dec 2013.

Modular Design and Option Value: The Impact of System Architecture on Developer Productivity, with D. Sturtevant, *Academy of Management Conference,* Aug 2013.

System Design and the Cost of Complexity: Putting a Value on Modularity, with D. Sturtevant, *Academy of Management Conference,* Aug 2011.

Managing Technical Debt in Software-Reliant Systems, with N. Brown, Y. Cai, Y. Guo, R. Kazman, M. Kim, P. Kruchten, E. Lim, R. Nord, I. Ozkaya, R. Sangwan, C. Seaman, K. Sullivan, N. Zazworka, *FoSeR '10: Proc. of the FSE/SDP Workshop on the Future of Software Engineering Research*, 47-52, Nov 2010.

The Architecture of Complex Systems: Do Core-Periphery Structures Dominate? *Academy of Management Conference, Best Paper Proceedings*, Aug 2010.

Effects of Technological Discontinuity: When the Incumbents don't Fall, with C Gabriele and T. Buganza, *Proc. of the 17th International Product Development Management Conference,* Murcia, Spain, Jun 2010.

Analyzing the Evolution of Large-Scale Software Systems using Design Structure Matrices and Design Rule Theory: Two Exploratory Cases, with M. J. LaMantia, Y. Cai and J. Rusnak, *Proc. of the 7th Working IEEE/IFIP Conference on Software Architecture (WICSA),* Feb 2008.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Managing the Sources of Uncertainty: Matching Process and Context in New Product Development, with R. Verganti, *Proc. of the* 7th *International Product Development Management Conference*, Leuven, Belgium, May 2000.

Rapid Learning and Adaptation in Product Development: an Empirical Study of the Internet Software Industry, with R. Verganti, M. Iansiti, *Proc. of the 5th Int. Product Development Management Conf.*, Lake Como, Italy, May 1998.

Towards a Contingent Model of the New Product Development Process: A Comparative Empirical Study, *Proceedings of the 5th Int. Product Development Management Conf.*, Lake Como, Italy, May 1998.

## OTHER PUBLICATIONS AND ARTICLES

Creating and Managing the Agile Enterprise, with L. Mazzucchelli and T. Lister, *Cutter Benchmark Review*, Vol. 8, No. 4, Cutter Consortium, Apr 2008.

Unlearning and Learning in the Innovation Economy, with *Innovation & Enterprise Agility*, Vol. 2, No. 1, Cutter Consortium, 2008.

Best Practices of Global Innovators, *HBS Working Knowledge*, November 26th, 2007 (access at www.workingknowledge.hbs.edu).

A Developers Bill of Rights: What Open Source Developers Want in a Software License, AEI-Brookings Joint Center for Regulatory Studies, No. 07-12, May 2007 (access at www.aei.brookings.org).

Mission to Mars: It Really *Is* Rocket Science, *HBS Working Knowledge*, March 1st, 2004 (access at www.workingknowledge.hbs.edu).

Evaluating Total Cost of Ownership for Software Platforms: Comparing Apples, Oranges, & Cucumbers. AEI-Brookings Joint Center for Regulatory Studies, No. 03-7, Apr 2003 (access at www.aei.brookings.org).

The Secret of How Microsoft Stays on Top, with M. Iansiti, *HBS Working Knowledge*, December 2nd, 2002 (access at www.workingknowledge.hbs.edu).

## EDITORIAL ASSIGNMENTS

Production and Operations Management, Editorial Review Board
Ad-hoc Reviewer, Management Science, Research Policy, Strategic Management Review, Journal of Product Innovation Management, Communications of the ACM

## TEACHING CASES AND NOTES (SELECTED TITLES, ALPHABETICALLY)

Activision: The 'Kelly Slater's Pro Surfer' Project, HBS 605-020. Examines the video game development process for a publisher. Teaching Note, HBS 606-130.

America's Cup in 2013: Oracle Team USA versus Emirates Team New Zealand, HBS 616-045. Examines innovation in the 2013 Americas Cup Competition.

AvantGo, HBS 601-095. Examines how a new CEO manages growth at a provider of software for mobile devices.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Barnes & Noble: Managing the e-Book Revolution, HBS 613-073. Describes competition in the E-book market and the options facing Barnes & Noble in 2012.

BYD Company, Ltd, HBS 606-139. Describes how a Chinese battery supplier decides to enter the automobile industry.

D-Wave Systems: Building a Quantum Computer, HBS 604-073, Examines a venture to build a Quantum Computer. Teaching Note, HBS 606-131. Interview with Seth Lloyd, MIT Professor of Quantum Mech. Eng., HBS Video 605-702.

Dialpad Communications (A, B), HBS 601-090, 601-107. Describes the business issues facing a Voice-over-IP communications firm.

Dragon's Teeth Vineyards, HBS 604-069, with S. Voepel, and M. Leibold. Explores using genetically modified technology in wine.

EFrenzy, Inc. (B, C), HBS 601-167, 601-168. Describes the evolution of an Internet start-up after the issues in the A-case have been resolved.

The Fate of the Vasa, HBS 605-026. Examines the failed effort to develop Sweden's most expensive warship in 1625. Teaching Note, HBS 606-102.

Intel Research: Exploring the Future, HBS 605-051. Examines Intel's organization for performing "exploratory" research activities. Teaching Note, HBS 606-119

Le Petit Chef, HBS 602-080. Describes the product portfolio choices facing a manufacturer of microwave ovens. Teaching Note, HBS 602-117.

Linux, Supplement to Epodia, HBS 606-067. Abridged version of Red Hat and the Linux Revolution (600-009), focusing on the development of Linux/open source.

Living on Internet Time, HBS 697-052. Explores the range of flexible development processes emerging in the new environment associated with the World Wide Web.

Managing Innovation in an Uncertain World: Course Design Notes
Course Overview Note: HBS 606-105. Module 1: Innovation and Uncertainty, HBS 606-125. Module 2: Increasing Responsiveness, HBS 606-103. Module 3: Expanding Diversity, HBS 606-126. Module 4: Sensing Opportunity, HBS 606-104.

Managing Technology Ventures, HBS Module Note, 602-139. Describes concepts, cases and pedagogy for a module of this elective course.

Microsoft Office 2000, HBS Multimedia Case, 600-023, 600-097. Describes the development of Microsoft Office 2000. Teaching Note, HBS 602-034

Microsoft.NET, HBS 602-086; Abridged version 605-025. Describes how the .NET initiative emerged within Microsoft. Teaching Note, HBS 606-127. Video of .NET user scenarios from Microsoft, HBS Video 606-175.

Mission to Mars (A, B), HBS 603-083, 603-110. Examines the Faster, Better, Cheaper program and its impact on Mars exploration. Teaching Note, HBS 606-101

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

A Note on Organizational Design at Yahoo!, HBS 602-112. Describes a number of organizational decisions facing Yahoo!'s managers. Teaching Note, HBS 602-151

Red Hat and the Linux Revolution, HBS 600-009. Examines the rise of open-source software and the Linux operating system. Teaching Note, HBS 602-150.

Re-inventing the Automobile: General Motors' Autonomy Project, HBS 604-064. Describes GM's hydrogen fuel-cell vehicle program. Teaching Note, HBS 606-129.

Research In Motion: The Mobile OS Platform War, HBS 613-001. Describes the rise and fall of RIMM's Blackberry phone, and the crisis facing the firm in 2012.

The Rise and Fall of Iridium, HBS 601-040. Describes the evolution of a $5bn venture to build a mobile satellite service business. Teaching Note, HBS 601-106.

Siemens ShareNet: Building a Knowledge Network, HBS 603-036. Describes the development of a knowledge management system. Teaching Note, HBS 606-128.

Silicon Graphics Inc. (B), HBS 697-038. Illustrates how the firm developed an innovative new computer architecture.

Socrates, Inc., HBS 602-115. Describes a new venture in the e-learning space.

Space Data Corporation, HBS 602-121. Describes the evolution of a wireless telecommunications service provider. Teaching Note, HBS 602-149.

Team New Zealand (A, B, C), HBS 697-040 to 042. Highlights the design process of the 1995 Americas Cup winner. Teaching Note, HBS 697-112.

TouchTunes and the Connected Digital Jukebox, HBS 614-030. Describes the development of a digital platform for streaming music and services in bars.

Tyrell Web Developers (A, B), HBS 600-025-026. Interactive exercise that involves student teams developing a retail web site. Teaching Note, HBS 602-140.

Virgin.Com, HBS 601-041. Explores Virgin's approach to managing a portfolio of businesses, through the lens of its .com businesses. Teaching Note, HBS 606-132.

WholesalerDirect, HBS 601-067. Describes the evolution of a B2B exchange in the construction industry.

**SELECTED CONFERENCE PRESENTATIONS (BY DATE)**

Designing an Agile Software Portfolio Architecture: The Impact of Coupling on Performance, Academy of Management, Atlanta GA, August 2017.

Operationalizing Enterprise Architecture and Evaluating Enterprise Flexibility, INFORMS, Philadelphia PA, November 2015.

The Human Cost of Complexity: Linking Product Architecture and Employee Turnover, INFORMS, San Francisco CA, November 2014.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

The Impact of System Design on Developer Productivity, Academy of Management, Orlando FL, 2013.

The Human Cost of Complexity: The Impact of System Architecture on Developer Productivity, INFORMS, Phoenix AZ, October 2012.

Predicting Technical Debts in Complex Software System Development, INFORMS, Charlotte, NC 2011.

The Architecture of Multi-Partner Alliances in R&D Projects: Mapping the Effects of Scale, Focus and Integration on Quality, POMS, Reno NV, May 2011.

The Cost of Complexity and the Benefits of Architectural Redesign, INFORMS, Austin TX, November 2010.

The Architecture of Complex Systems: Do Core-periphery Structures Dominate? Academy of Management, Montreal, Canada, August 2010.

Managing Partnered Product Development Projects: The Impact of Contract Choice and Partner Integration on Cost and Quality, POMS, Vancouver, Canada, May 2010.

Exploring Core-Periphery Structures in Complex Software Systems, INFORMS, San Diego CA, October 2009.

Exploring the Duality between Product and Organizational Architectures:
A Test of the Mirroring Hypothesis. Academy of Management, Chicago IL, August 2009.

Open Source Architecture: Do Products *Mirror* the Organizations that develop them? HBS-MIT User and Open Innovation Conference, Boston MA, August 2008.

Exploring the Duality between Products and Organizations: A Test of the *Mirroring* Hypothesis, Conference on Distributed Innovation, Stanford University, Palo Alto CA, March 2008.

Project Management in an Uncertain World. Symposium on Project Management, Stevens Institute of Technology, Hoboken NJ, June, 2008.

The Impact of Component Modularity on Design Evolution: Evidence from the Software Industry, POMS, La Jolla CA, May 2008.

Organizational Influences on Product Architecture and their Performance Impact, INFORMS, Seattle WA, November 2007.

Teaching the Management of Technology, POMS, Dallas TX, May 2007.

Development Process Design and Software Architecture, International Expert Panel on Product Software, Volendaam, The Netherlands, January 2007.

Exploring the Links between Product and Organizational Architectures: An Empirical Study of Open and Closed Source Software, 13th International Product Development Management Conference, Milan, Italy, June 2006.

Exploring the Relationship between Product Architecture and Organizational Form: A Test of "Conway's Law", POMS, Boston MA, April 2006.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Exploring the Architecture of Complex Software Products, INFORMS, San Francisco CA, November 2005.

Managing Innovation and Product Development… Under Uncertainty, Decision Sciences Institute Conference, Boston MA, November 2004.

Empirical Research in Software Development: Lessons from the Field, INFORMS, Denver CO, October 2004.

Agile Software Development: Evidence from the Field, Agile Development Conference, Salt Lake City UT, June 2003.

Intellectual Property, Architecture and the Management of Technological Transitions: Evidence from Microsoft, The Global Acquisition, Protection, and Leveraging of Technological Competencies Conference, Pittsburgh, October 2002.

Managing the Sources of Uncertainty: Matching Process and Context in New Product Development, 7th International Product Development Management Conference, Leuven, Belgium, May 2000.

A Comparative Study of Product Development Process Design, INFORMS, Cincinnati OH, May 1999.

Responding to Changing Customer Needs: The Design of a Flexible Development Process, INFORMS, Montreal, Canada, April 1998.