# EXHIBIT 39

| | |
|---|---|
| **From:** | Lin, Ramona |
| **To:** | "Rachele Byrd"; Wood, Kyle M. |
| **Cc:** | Richman, Cynthia; Swanson, Daniel G.; Higney, Caeli A.; Craig, Dana Lynn; Lazarus, Eli M.; Phillips, Harry R. S. |
| **Subject:** | [EXTERNAL] Apple App Store - Sample Payor Data Follow-Up |
| **Date:** | Wednesday, July 10, 2024 7:52:47 PM |

<u>Highly Confidential – Attorneys' Eyes Only</u>

Counsel:

We write with additional information about the recently produced sample data set.

The following fields are included in the sample payor data set:



As noted, this sample production includes user-generated data that is received by Apple during its ordinary course of business but is not verified by Apple. Apple therefore provides the data contained in this sample production as it exists and makes no representation as to the data's utility.

By way of non-exhaustive example, some phone number values entered by users appear to not be genuine phone numbers. Further, as with other fields, the phone number field also includes a significant number of empty cells or "null" values. Apple has asked users to provide different kinds of information over the years for account registration and/or making purchases, and users have sometimes had the option to leave different fields blank. Please see below a table decoding the hash of certain phone number values that are null or appear fictitious.

| Phone_Number | Phone_Number_Hashed | Count |
|---|---|---|
| | | |

Please let us know if JND has any questions.

Best,
Ramona

**Ramona Lin**
Associate Attorney

T: +1 202.887.3728 | M: +1 202.207.8047
RLin@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.