# EXHIBIT 40

**From:** Lin, Ramona <RLin@gibsondunn.com>
**Sent:** Wednesday, October 16, 2024 12:15 PM
**To:** Wood, Kyle M. <kwood@kellogghansen.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; 'Rachele Byrd' <byrd@whafh.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G. <DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Burt, Thomas <burt@whafh.com>
**Subject:** [EXTERNAL] RE: Apple App Store Antitrust - Payor Data Production

*Highly Confidential – Attorney Eyes Only*

Counsel:

Regarding the second inquiry in your October 7, 2024 letter, we have obtained the updated "████████████████" value for the potentially invalid entries in the sample data set.

Apple is investigating your first inquiry and will revert as quickly as we can.



| phone_number | phone_number_hashed |
| --- | --- |

Best,
Ramona

**Ramona Lin**

Associate Attorney

T: +1 202.887.3728 | M: +1 202.207.8047
RLin@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Wood, Kyle M. <kwood@kellogghansen.com>
**Sent:** Wednesday, October 16, 2024 8:34 AM
**To:** Lin, Ramona <RLin@gibsondunn.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; 'Rachele Byrd' <byrd@whafh.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G. <DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Burt, Thomas <burt@whafh.com>
**Subject:** RE: Apple App Store Antitrust - Payor Data Production

Counsel,

Plaintiffs need answers to the data questions raised over a week ago, in their October 7 letter, as soon as possible to avoid further jeopardy to their ability to meet the December 12 deadline set forth in the Case Management Order.  Please respond no later than the close of business tomorrow. If you are unable to reply by then, please provide your availability to meet and confer either tomorrow or Friday so that we can accurately convey the reasons for Apple's delay when seeking appropriate relief from the Court early next week.

Regards,

Kyle

**Kyle M. Wood**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Lin, Ramona <RLin@gibsondunn.com>
**Sent:** Wednesday, October 9, 2024 10:03 AM
**To:** Wood, Kyle M. <kwood@kellogghansen.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; 'Rachele Byrd' <byrd@whafh.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G.

<DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Burt, Thomas <burt@whafh.com>
**Subject:** [EXTERNAL] RE: Apple App Store Antitrust - Payor Data Production

Counsel:  Thank you for your letter.  We are investigating these issues and will provide a response as soon as we can.

Best,
Ramona

**Ramona Lin**
Associate Attorney

T: +1 202.887.3728 | M: +1 202.207.8047
RLin@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Wood, Kyle M. <kwood@kellogghansen.com>
**Sent:** Monday, October 7, 2024 10:21 PM
**To:** Lazarus, Eli M. <ELazarus@gibsondunn.com>; Lin, Ramona <RLin@gibsondunn.com>; 'Rachele Byrd' <byrd@whafh.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G. <DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Burt, Thomas <burt@whafh.com>
**Subject:** RE: Apple App Store Antitrust - Payor Data Production

Counsel,

Please see the attached correspondence.

Best,

Kyle

**Kyle M. Wood**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Lazarus, Eli M. <ELazarus@gibsondunn.com>
**Sent:** Monday, September 23, 2024 8:40 PM
**To:** Wood, Kyle M. <kwood@kellogghansen.com>; Lin, Ramona <RLin@gibsondunn.com>; 'Rachele Byrd' <byrd@whafh.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G. <DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Burt, Thomas <burt@whafh.com>
**Subject:** [EXTERNAL] RE: (HC - Payor Data) RE: Apple App Store Antitrust - Payor Data Production

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
Counsel: yes, we can confirm that the numbers you list are the correct numbers of files and payor records that Apple produced and expected JND to receive.

Separately, we appreciate your designation of your email as HIGHLY CONFIDENTIAL – PAYOR DATA. We have designated this message HC-AEO instead because it contains information about the payor data but does not contain any actual payor data that, per the supplemental PO, needs to be kept in the safe room.

Best regards,
Eli


**Eli M. Lazarus**
Of Counsel

T: +1 415.393.8340 | M: +1 650.814.7016
ELazarus@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

**From:** Wood, Kyle M. <kwood@kellogghansen.com>
**Sent:** Monday, September 23, 2024 8:07 AM
**To:** Lin, Ramona <RLin@gibsondunn.com>; 'Rachele Byrd' <byrd@whafh.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G. <DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>; Rifkin, Mark <rifkin@whafh.com>; Burt, Thomas <burt@whafh.com>
**Subject:** (HC - Payor Data) RE: Apple App Store Antitrust - Payor Data Production

**HIGHLY CONFIDENTIAL – PAYOR DATA**

Counsel,

We write with two follow-up questions regarding Apple's September 12 payor data production.

First, JND is in receipt of, and has loaded, 400 files containing ▮▮▮▮▮▮▮ records.  Could you please confirm that this is the correct number that Apple sent and expected JND to receive?

Second, JND's initial analysis has revealed a new data field that was not included in the payor sample data: ▮▮▮▮▮▮▮▮▮▮▮▮".  Can you please provide an explanation of what is reflected in this new field?

Best regards,

Kyle

**Kyle M. Wood**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Lin, Ramona <RLin@gibsondunn.com>
**Sent:** Thursday, September 12, 2024 9:21 PM
**To:** 'Rachele Byrd' <byrd@whafh.com>; Wood, Kyle M. <kwood@kellogghansen.com>
**Cc:** Richman, Cynthia <CRichman@gibsondunn.com>; Swanson, Daniel G. <DSwanson@gibsondunn.com>; Higney, Caeli A. <CHigney@gibsondunn.com>; Craig, Dana Lynn <DCraig@gibsondunn.com>; Lazarus, Eli M. <ELazarus@gibsondunn.com>; Phillips, Harry R. S. <HPhillips@gibsondunn.com>
**Subject:** [EXTERNAL] Apple App Store Antitrust - Payor Data Production Letter

Counsel,

Please see attached Apple's production letter relating to the payor data recently delivered to JND.

You should have received the production slip sheet via ShareFile, and the password is:

▮▮▮▮▮▮▮

Please let us know if you have any questions.

Best,
Ramona

**Ramona Lin**

Associate Attorney

T: +1 202.887.3728 | M: +1 202.207.8047
RLin@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---