# EXHIBIT 44

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | **No. 4:11-cv-06714-YGR** |
| | **Hon. Yvonne Gonzalez Rogers** |

REBUTTAL EXPERT REPORT OF

## JOSEPH E. STIGLITZ, PHD

**JUNE 13, 2025**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## CONTENTS

I. Introduction .................................................................................................................4

    I.A. Assignment ........................................................................................................4

    I.B. Summary of Opinions........................................................................................5

II. Apple's Experts' Opinions on the Relevant Antitrust Market Do Not Comport with Empirical Evidence and Market Realities.........................................................8

    II.A. Other Non-iOS App Sales Channels and Developers' Websites Are Not Close Substitutes to the App Store ........................................................................11

        II.A.1. Other Digital Game App Sales Channels are Not Close Substitutes to the App Store ................................................................................................12

        II.A.2. Other TV and Video Streaming App Sales Channels are Not Close Substitutes to the App Store.................................................................15

        II.A.3. Apple's Control Over the Sale of iOS Apps and In-App Content Justifies a Single Relevant Antitrust Aftermarket.......................................18

        II.A.4. Professor Hitt's Hotfix Event Study Does Not Provide Reliable Information on Consumer Substitution in Response to a SSNIP.........................23

        II.A.5. Apple's Experts Overlook Various Factors that Significantly Limit the Substitutability of Purchasing In-app Content Outside of the App Store ................26

    II.B. Apple's Experts Provide No Direct Evidence to Support the Use of a Two-sided Market Framework to Analyze the App Store ................................................29

    II.C. The Single-Brand Aftermarket Framework is Appropriate Given the Significant Information Frictions and Switching Costs Faced by Consumers .................................37

        II.C.1. Apple's Experts Incorrectly Equate the Availability of Information on Apple's Restrictions with Consumer Awareness.............................................41

        II.C.2. Apple's Experts Fail to Account for the Significant Information Costs Required to Accurately Predict Life-Cycle Costs.................................................41

        II.C.3. Apple's Experts Make Unsupported Assertions About Consumer Lock In ........43

III. Professor Hitt Presents Uninformative and Flawed Evidence Regarding Apple's Ability to Exercise Market Power..........................................................................46

    III.A. Professor Hitt's Market Evidence is Flawed Due to His Overly Broad Market Definition................................................................................................47

    III.B. Professor Hitt's Evidence on Apple's Ability to Exercise Market Power is Uninformative..................................................................................................49

IV. Professor Berger Overstates the Prevalence and Benefits of Apple's Price Tiers While Ignoring Its Harm to Consumers ..........................................................................53

V. Professor Hitt's "Natural Experiments" Fail to Inform the Consumer Prices That Would Likely Prevail in the But-For World .....................................................56

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

V.A. Professor Hitt's "Natural Experiments" Do Not Accurately Reflect the Economic Conditions in the But-For World........................................................................59

V.B. Professor Hitt's Supposed Economic Realities Are Not Grounded in Economic Theory nor the Facts of the Case ...............................................................................63

**VI. Professor Sundararajan's Purported Procompetitive Effects Are Largely Speculative and Can Likely Be Achieved Without Apple's Challenged Conduct ...............................66**

VI.A. Professor Sundararajan's Claims of Procompetitive Effects Related to Encouraging Participation Are Inconsistent with Apple's Pricing Behavior ......................................67

VI.B. Professor Sundararajan Provides No Evidence that the Purported Procompetitive Effects Related to Reducing Transaction Costs Cannot Be Achieved But-For Apple's Challenged Conduct ...................................................................................71

VI.C. Professor Sundararajan Provides No Evidence that the Purported Procompetitive Effects Related to Information Asymmetry Cannot Be Achieved But-For Apple's Challenged Conduct ...................................................................................75

**Appendix A : CV....................................................................................................79**

**Appendix B : Expert Testimony in the Past Four Years............................................80**

**Appendix C : Materials Relied Upon .......................................................................81**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# I. Introduction

## I.A. Assignment

1. I am a University Professor at Columbia University with joint appointments in the Faculty of Arts and Sciences (Department of Economics), the Graduate School of Business (Department of Finance), and the School of International and Public Affairs. I submitted an expert report in this matter on March 7, 2025 (the "Stiglitz Opening Report" or my "Opening Report") that analyzed the economic evidence related to Apple's alleged misconduct.[1] On the same date, Apple's experts submitted seven reports. Counsel for Consumer Plaintiffs asked me to prepare this rebuttal report in response to opinions and critiques expressed by Apple's experts, including the expert reports of Professor Jonah Berger, Professor Lorin Hitt, Professor Ginger Jin, and Professor Arun Sundararajan.[2]

2. My Opening Report contains a full statement of my qualifications. An updated copy of my CV is included in Appendix A. My expert testimony in the past four years is produced as Appendix B. The documents that I, and staff from The Brattle Group working under my direction, relied on in preparing this rebuttal report is listed in Appendix C. My compensation in this matter remains as described in my Opening Report.

3. I have not undertaken to address each and every aspect of Apple's expert reports. This should not be construed as my being in agreement with Apple's experts on these aspects to which I do not respond directly. If new information becomes available to me after this rebuttal report is submitted, including through testimony at trial, I reserve the right to modify my opinions and/or

---

[1] Expert Report of Joseph E. Stiglitz, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Stiglitz Opening Report"). All terms defined in the Stiglitz Opening Report and used herein have the same meaning.

[2] Opening Expert Report and Declaration of Jonah Berger, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Berger Opening Report"); Opening Expert Report and Declaration of Lorin M. Hitt, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Hitt Opening Report"); Opening Expert Report and Declaration of Ginger Jin, Ph.D., *In re Apple iPhone Antitrust Litigation.*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Jin Opening Report"); Opening Expert Report and Declaration of Arun Sundararajan, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Sundararajan Opening Report").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

file a supplemental expert report. If I am called upon to testify, I may prepare demonstrative aids, such as graphs, charts, or tables.

## I.B. Summary of Opinions

4. I have reviewed the expert reports of Professor Berger, Professor Hitt, Professor Jin, and Professor Sundararajan and reached the following conclusions, the basis for which are explained in this report.

5. The relevant antitrust aftermarket I defined in my Opening Report is neither too broad nor too narrow. It is not too broad because Apple's exclusionary conduct has effectively foreclosed all close substitutes to the App Store for the sale of iOS apps and in-app content, regardless of the type of app or in-app content. It is not too narrow because non-iOS app sales channels and developers' websites are not close substitutes to the App Store. Apple's experts fail to consider various factors that severely limit the substitutability of alternative sales channels of iOS in-app content, most notably, Apple's anti-steering provisions. Furthermore, in their analysis of potential substitutes and alternative market boundaries, none of Apple's experts has conducted a formal market definition analysis, such as a Hypothetical Monopolist Test ("HMT"), to justify their assertions, nor have they provided any evidence countering my use of the HMT to validate the conclusion that I have defined a relevant antitrust market.

6. Apple's experts assert that the App Store is a two-sided transactions platform that facilitates "app transactions" on iOS devices. They further argue that a proper market definition analysis should therefore account for indirect network effects and demand substitution by customers on both sides. However, none of Apple's experts have provided qualitative nor quantitative evidence that shows that (1) indirect network effects exist and are substantial enough to affect market definition; (2) Apple accounts for these purported indirect network effects when setting prices on both sides; or (3) when the effects on both sides are taken into consideration, Apple lacks the market power to exert anticompetitive harm on the market as whole. As such, my opinion that Apple has monopolized both sides of the platform, and both consumers and developers have been harmed by Apple's anticompetitive conduct remains unchanged.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

7. The single-brand aftermarket framework is appropriate for the matter at hand. In my Opening Report, I defined the two relevant foremarkets from which aftermarket demand is derived. I also demonstrated Apple's market power in these relevant foremarkets, which provides one of the explanations for why Apple's monopoly power in the aftermarket has not been effectively constrained by foremarket competition. Moreover, contrary to the opinions of Professor Jin and Professor Hitt, I have also found that (1) despite Apple's policies being publicly available, consumers are generally unaware of Apple's challenged restrictions; (2) despite some pricing information being observable, there are significant information frictions that hinder consumer's ability to accurately predict their life-cycle costs; (3) consumers are "locked-in" as they incur significant switching costs when switching to a non-iOS device, and none of the evidence presented by Apple's experts has proven otherwise. These factors further explain why Apple's monopoly power in the aftermarket has not been effectively constrained and support the definition of my relevant antitrust aftermarket as they further prevent competition in the foremarket from effectively disciplining Apple's challenged conduct in the aftermarket.

8. Apple possesses durable monopoly power in the aftermarket as demonstrated by both direct and indirect evidence detailed in my Opening Report. Professor Hitt attempts to show that Apple lacks the ability to exercise monopoly power to charge a supracompetitive commission rate on the App Store citing evidence on market shares, rival entry, and market outcomes. However, Professor Hitt's analysis of Apple's market shares and rival entry is based on his flawed market definition. Moreover, he points to the existence of rival sales channels as evidence of competitive pressure faced by Apple but does not assess the degree to which these alternatives are substitutes to the App Store. His analysis of market outcomes is also uninformative due to a number of misconceptions. In particular, Professor Hitt relies on *historical trends* in Apple's commission rate, the total quantity of iOS app and in-app content sales, as well as Apple's investment in iOS and the App Store, when the relevant comparison should be with market outcomes *in the But-For world*.

9. In my Opening Report, I found that Apple's price tiers can and do limit competition among developers, increase consumer prices, decrease the variety of products available to consumers, and reduce overall market output. I have also concluded that it is unlikely that Apple could sustain these restrictions if faced with meaningful competition. In contrast, Professor Berger

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

asserts that 99-cent pricing is commonplace, would likely emerge absent Apple's restrictions, and lowers cognitive costs for consumers by offering familiar, easy-to-understand prices. Not only does Professor Berger overstate the prevalence and benefits of price tiers, but he also completely ignores the market distortionary effects created by Apple's price tiers and the resulting harm to both consumers and developers, which are confirmed by the empirical analysis of Dr. Minjae Song. He also fails to address why Apple would impose price tier restrictions in the first place if developers would voluntarily choose 99-cent pricing even without such restrictions.

10. Economic theory and real-world examples presented in my Opening Report suggest that consumers and developers both bear the burden of Apple's supracompetitive commission rate. Professor Hitt avers that empirical evidence suggests otherwise. Specifically, he estimates the causal impact of commission rate changes on app prices by analyzing what he refers to as "natural experiments," where Apple reduced its commission rate for certain developers, and claims to find that, on average, there was no impact on consumer prices. Setting aside the technical flaws of his empirical analysis, Professor Hitt's "natural experiments" are uninformative assessments of whether consumers are harmed by Apple's supracompetitive commission rate as they do not accurately reflect the economic conditions of the But-For world where both the timing and scale of the commission rate change would be meaningfully different. Moreover, the "economic realities" Professor Hitt sets out as "potential explanations" of his results are not grounded in economic theory nor the facts in this case.

11. In my Opening Report, I concluded that two-sided market dynamics cannot justify Apple's anticompetitive conduct. To the contrary, Professor Sundararajan posits that the App Store, as a two-sided transaction platform, promotes desired procompetitive outcomes through the challenged conduct, and therefore the challenged conduct does *not* harm competition. However, he has not conducted any empirical analysis nor provided any documentary evidence to support these claims, nor has he shown that the purported procompetitive effects are directly related to two-sided market dynamics. My analysis suggests that these alleged benefits can likely be achieved more effectively through increased competition instead of Apple's challenged conduct.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## II. Apple's Experts' Opinions on the Relevant Antitrust Market Do Not Comport with Empirical Evidence and Market Realities

12. In my Opening Report, I concluded that the sale of iOS apps and in-app content in the United States constitutes a relevant antitrust aftermarket.[3] This is an aftermarket that arises only for users who have already purchased either an iPhone or iPad.[4] I showed that these iOS devices are sold in two distinct foremarkets: respectively, the smartphones sold in the U.S. and the tablets sold in the U.S.[5] Apple's experts, Professor Hitt and Professor Jin, disagree with the characterization of the sale of iOS apps and in-app content in the U.S. as an aftermarket.[6] In addition, Apple's experts, Professor Hitt, Professor Jin, and Professor Sundararajan, assert that market definition has to account for "the two-sided nature of the App Store."[7]

13. Apple's experts offer a number of opinions, many of which rely on unsupported assumptions or flawed economic analysis. First, Professor Jin and Professor Hitt assert that the relevant market should be broadened because "app transaction platforms" and developers' websites are relevant substitutes to the App Store and should be included in the relevant market.[8] However, this claim ignores that the mere existence of alternative channels does *not* establish that they are

---

[3] *See* Stiglitz Opening Report, Section V.B.

[4] *See* Stiglitz Opening Report, ¶ 23.

[5] *See* Stiglitz Opening Report, Sections VI.A.2, VI.B.1.

[6] Hitt Opening Report, ¶ 85 ("Plaintiffs allege that the market relevant to their allegations is a single aftermarket for the distribution of iOS apps and in-app content (defined to include both initial downloads and in-app purchases of digital products) that encompasses all iOS apps but is limited to only iOS app transactions. As I show in this section, such a market definition suffers from being both too broad and too narrow at the same time."), ¶ 92 ("The single-brand aftermarket framework is inappropriate here because the relevant markets in which the App Store competes include other platforms to provide app transactions. They are not single-brand. Moreover, the three conditions required to define a single-brand aftermarket are not satisfied in this setting, also resulting in the conclusion that the App Store does not compete in a single-brand aftermarket."); Jin Opening Report, ¶ 55 ("I conclude that Apple competes for app transactions in multiple app transaction markets, which are not limited to a single market for "iOS applications." In addition, they are not antitrust "aftermarket[s]."").

[7] Sundararajan Opening Report, ¶ 170 ("Failing to account for the two-sided nature of the App Store, as I understand Plaintiffs do, would result in a flawed definition of the relevant product market, rendering any conclusions drawn from this market definition analysis unreliable."); Jin Opening Report, ¶ 39 ("A market definition analysis of multi-sided platforms must consider the interconnected behavior of customers across all sides of the platform to accurately reflect the competitive constraints facing a firm."); Hitt Opening Report ¶ 21, (The App Store is a two-sided platform that facilitates app transactions between app developers and consumers. Market definition for two-sided platforms requires considering substitution from the perspective of customers on both sides of the market. Market definition, therefore, requires the consideration of alternative ways in which app developers and consumers may transact outside the App Store.").

[8] Jin Opening Report, ¶ 81; Hitt Opening Report, ¶ 24 ("These relevant app transaction markets also include many non-iOS app transaction platforms as well as direct distribution by developers.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

sufficiently close substitutes that need to be included in the market I have defined. Neither Professor Jin nor Professor Hitt has conducted any empirical analysis to show that their proposed alternative channels are able to effectively discipline Apple's ability to increase prices above the competitive level for iOS apps and in-app content or in any way undermine my market definition.

14. Second, Professor Jin and Professor Hitt also argue that the relevant market I have defined is "too broad" because different types of apps face different competitive conditions and thus, they should be analyzed in different relevant antitrust markets.[9] However, variation across app types is relevant to market definition only to the extent that it reflects differences in the availability of close substitutes capable of constraining the hypothetical monopolist from profitably imposing a small but significant non-transitory increase in price ("SSNIP"). In this case, Apple has used contractual and technological restrictions to foreclose nearly all alternative channels of iOS app sales and in-app content, regardless of the app type.[10] Indeed, Apple has exercised its market power over the sale of all iOS apps and in-app content in a similar manner. For many years following the launch of the App Store, Apple did not differentiate commissions at all, and the differentiation that has occurred more recently is limited in scope.[11]

15. Third, Professor Hitt proposes two relevant markets, a market for "digital game app transactions" and a market for "video streaming app transactions."[12] These markets include the sale of games/video streaming iOS apps and in-app content from the App Store as well as from other "transaction platforms."[13] However, these proposed markets are not supported by any formal market definition analysis such as the standard HMT, and ignore evidence that transactions on

---

[9] Jin Opening Report, ¶ 22, Section 4.3; Hitt Opening Report, ¶ 85, Section 6.1.

[10] *See, e.g.,* APL-APPSTORE_00492363 at -369 ("Applications developed using the Apple Software may only be distributed if selected by Apple (in its sole discretion) for distribution via the App Store or for limited distribution on Registered Devices (ad hoc distribution) as contemplated in this Agreement."), and at -375 ("Applications developed under this Agreement may be distributed in two ways: (1) through the App Store, if selected by Apple, and (2) distribution for use on a limited number of Registered Devices."), and at -376 ("[N]o other distribution of programs or applications developed using the Apple Software is authorized or permitted hereunder. In the absence of a separate agreement with Apple, You agree not to distribute Your Application to third parties via other distribution methods or to enable or permit others to do so.").

[11] *See* Stiglitz Opening Report, Section II.C.1; and Rebuttal Expert Report of Minjae Song, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025 ("Song Rebuttal Report"), Section II.A.

[12] Hitt Opening Report, Sections 6.2, 6.3.

[13] Hitt Opening Report, Sections 6.2, 6.3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

non-iOS platforms are not sufficiently substitutable for purchases made through the App Store. Professor Hitt also use the removal of Fortnite, a popular online game developed by Epic Games, from the App Store as evidence that iOS users can substitute their iOS spending to non-iOS purchase channels.[14] This removal is more akin to an infinite price increase than the type of small but significant price increase used in the HMT to define relevant antitrust markets. Fortnite's removal does not, accordingly, provide reliable evidence on whether substitution by iOS users in response to a 5 percent price increase would be sufficient to make the price increase unprofitable.

16.  Fourth, Professor Sundararajan claims that the App Store should be analyzed as a two-sided transaction platform, arguing that indirect network effects between consumers and developers, and the resulting substitution on both sides must be accounted for in defining the relevant market.[15] However, Professor Sundararajan's analysis treats the presence of indirect network effects as an automatic consequence of labeling the App Store a "two-sided transaction platform."[16] He provides no empirical evidence that such effects exist, let alone that they are substantial enough to affect market definition or firm behavior. In my Opening Report, I showed that viewing the App Store as a two-sided platform does not alter my analysis. Notably, Professor Sundararajan emphasizes that the App Store should be analyzed as a "two-sided transaction platform," yet fails to present any analysis of market power from a two-sided perspective.

17.  Fifth, Professor Jin and Professor Hitt argue that a single-brand aftermarket framework is inappropriate because consumers are sufficiently informed and can discipline Apple's conduct through foremarket competition.[17] Their arguments overlook substantial evidence of information frictions, switching costs, and consumer unawareness as discussed in my Opening Report and the reports of Professor M. Keith Chen and Professor Wayne Hoyer.[18] They provide no direct

---

[14]  Hitt Opening Report, Section 6.2.2.2.

[15]  Sundararajan Opening Report, Section V.C.1.

[16]  Sundararajan Opening Report, Section V.B.

[17]  Jin Opening Report, Section 4.4. Hitt Opening Report, Section 6.4.

[18]  Stiglitz Opening Report, Section VII; Expert Report of M. Keith Chen, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Chen Opening Report"), Sections III, IV; Rebuttal Expert

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

evidence that competition in the foremarket disciplines Apple's conduct in the aftermarket. By contrast, in my Opening Report, I established that Apple's conduct in the aftermarket is not constrained by any competition Apple faces in the relevant foremarkets.[19]

18. In the subsections that follow, I address each of these opinions in detail. In Section II.A, I explain why developers' websites and other non-iOS app sales channels are not sufficiently close substitutes to constrain Apple's pricing power over iOS apps and in-app content. In Section II.B, I respond to the Professor Sundararajan's assertion that the App Store must be analyzed as a two-sided transaction platform and that failure to do so vitiates my market definition analysis. In Section II.C, I explain why a single-brand aftermarket framework is appropriate in this case, given the significant information frictions and switching costs that prevent foremarket competition from disciplining Apple's conduct in the aftermarket.

## II.A. Other Non-iOS App Sales Channels and Developers' Websites Are Not Close Substitutes to the App Store

19. Professor Jin and Professor Hitt offer the opinion that the relevant antitrust market should be expanded beyond solely the sale of iOS apps and in-app content on the App Store. Professor Jin cites to evidence from Professor Hitt that developers and consumers are "able and willing to use alternative app sales channels and developers' websites" to reach the conclusion that "these app transaction platforms and developers' websites are relevant substitutes to the App Store and should be included in the relevant market(s)."[20] In particular, Professor Jin and Professor Hitt suggest that there are multiple relevant markets, proposing "digital game app transactions" and "TV and video streaming app transactions" as separate markets, each with alternative sales channels that they argue serve as substitutes to the App Store.[21]

20. However, regardless of whether *some* consumers could substitute their purchases within *some* apps to other platforms, the relevant question is whether substitution by this subset of users on

---

Report of M. Keith Chen, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025 ("Chen Rebuttal Report"), Section IV; Expert Report of Wayne D. Hoyer, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Hoyer Opening Report"), Sections III.C and III.D.

[19]  Stiglitz Opening Report, Section VI.

[20]  Jin Opening Report, ¶ 81.

[21]  Hitt Opening Report, Sections 6.2 and 6.3. *See also*, Jin Opening Report, ¶¶ 91, 138.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

this subset of apps would be sufficient to make a SSNIP unprofitable for a hypothetical monopolist *in the market that I have defined*. The HMT presented in my Opening Report shows that Apple is able to profitably impose a SSNIP on consumers through an increase of the commission rate it charges.[22] Notably, neither Professor Hitt nor Professor Jin present any form of HMT that suggests otherwise, either for the market definition that I have defined, or for the alternative markets they proposed. Even if they were able to show that a broader market, in which Apple had a relatively low share, satisfied the HMT, such a test is not informative for assessing Apple's market power. The pivotal question is whether there is a narrower market satisfying the HMT in which Apple has significant market power, and I have shown that to be the case.

21.  In this section, I explain why my opinion that there are no reasonable substitutes for the sale of iOS apps and in-app content through the App Store remains unchanged. The relevant question for my analysis is whether the availability of the additional sales channels identified by Professor Hitt and Professor Jin constrains Apple's ability to exercise substantial market power by raising prices.[23] That is an empirical question, which I have addressed. Professor Jin and Professor Hitt have not addressed that empirical question, and their identification of additional potential substitutes is uninformative of the market definition question I addressed in my Opening Report.

### II.A.1. Other Digital Game App Sales Channels are Not Close Substitutes to the App Store

22.  Professor Hitt proposes an alternative relevant market for "digital game transactions" which includes, among others, digital game app sales channels on the PC and gaming consoles.[24] His

---

[22]  *See* Stiglitz Opening Report, Section V.B.1.

[23]  Note that defining an overly broad antitrust market simply means that the share of any firm with purported market power will be smaller, and therefore the indirect evidence of market power weaker. It biases the analysis towards a finding of a lack of market power. *See, e.g.,* Lawrence J. White, "Market Power and Market Definition in Monopolization Cases: A Paradigm Is Missing," *U.S. Department of Justice*, January 24, 2007, https://www.justice.gov/archives/atr/market-power-and-market-definition-monopolization-cases-paradigm-missing-0. ("A major issue in antitrust monopolization cases (e.g., involving claims of anticompetitive restrictive practices or predatory behavior) is frequently that of market definition (or delineation). The plaintiff will claim that the relevant market is relatively narrow and thus that the defendant had a large market share and was able to exercise market power; the defendant will claim that the relevant market is relatively broad and thus that the defendant had a small market share and could not possibly have exercised market power.").

[24]  Hitt Opening Report, Section 6.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

market definition primarily relies on the fact that many developers offer their games on multiple platforms and that many consumers own more than one of these devices. Notably, none of the evidence he presents show that these alternative sales channels are close substitutes to the App Store for developers in terms of their ability *to reach iOS device users*.[25] Professor Hitt merely uses the fact that some iOS device users concurrently own and use a PC or gaming console, *i.e.*, that iOS device users "multi-home," to suggest that they can and would readily substitute to these sales channels.[26] However, neither Professor Hitt nor Professor Jin has performed any formal market definition analysis (*i.e.*, an HMT) to establish "digital game transactions" as a relevant market.

23. In this section, I explain why digital game app sales channels on these platforms are not close substitutes for the App Store regardless of multi-homing, and do not constrain Apple's ability to exercise substantial market power. First, owning multiple devices does not prove that they are substitutes in terms of usage. Second, consumers tend to make purchases on the device they are currently using and are unlikely to substitute their purchases without substituting usage. Third, many iOS game apps are not offered on other non-mobile game app sales channels.

24. First, while some iOS device users also own a gaming console or a PC that they use for gaming, ownership of multiple devices does not indicate that they are substitutes.[27] Indeed, it does not appear that the growth of iOS game app sales over time has come at the expense of PC or game console app sales; rather each of them expanded as new monetization schemes were developed.[28] As I discuss in my Opening Report, the gaming experience of multiplatform games may be more limited on the device for which the game was not originally designed.[29] Users are more likely to use the mobile version while traveling, or where the mobility of the device is otherwise key, and are more likely to use the console version while engaged in a less casual gaming session at

---

[25]  *See* APL-APPSTORE_00000055, at -075 (Steve Jobs: "the App Store is going to be the exclusive way to distribute iPhone applications directly to every iPhone user.").

[26]  *See* Hitt Opening Report, Section 6.2.2.1. Professor Hitt reports that in 2022, 59 percent of iOS devices users owned a Windows PC laptop or desktop, 34 percent owned a Mac laptop or desktop, and 30 percent owned a gaming console.

[27]  Of course, those that do not own additional devices are not able to substitute their purchases away from the App Store.

[28]  *See*, *e.g.*, Pallavi Rao, "50 Years of Video Game Industry Revenues, by Platform," *Visual Capitalist*, December 31, 2023, https://www.visualcapitalist.com/video-game-industry-revenues-by-platform/.

[29]  *See* Stiglitz Opening Report, Section VI.B.1.d.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

home.[30] This suggests consumers often play the same game on different devices in distinct settings and multi-home because these devices are, in fact, not direct substitutes.

25. Second, consumers that do not substitute between these options for gaming in different settings are also unlikely to substitute their in-app purchases. Because many games are designed to induce in-app purchases while playing, users are unlikely to purchase content on one device and then play on another. For example, Candy Crush Saga is available on both iOS and PC, and generates considerable revenue via "nudging" users, *e.g.* offering additional lives when a player runs out so she can continue playing without interruption.[31] While consumers may play Candy Crush Saga on both devices at different times, they are most likely to make in-app purchases on whichever device they are playing currently, and would therefore be unlikely to substitute those purchases to the other in the event of a SSNIP. Simply put, if consumers do not substitute their usage patterns, and are unlikely to make purchases outside the device they are currently using, then it is unlikely that purchases available on PC or gaming consoles would effectively constrain pricing on iOS in-app purchases. Professor Hitt does not show otherwise.

26. Third, though some high-profile games can be played on iOS devices, PC, or gaming console, many of the games available on iOS devices can be played only on a mobile device.[32] Even some of the most popular games of all time, such as Clash of Clans, which launched in 2012 on iOS, only recently became playable outside of iOS or Android.[33] As I discuss in my Opening Report, many mobile games are designed specifically to take advantage of the mobility and functionality of touchscreen devices like the iPhone and iPad and could not easily be ported to non-mobile

---

[30]   *See* Stiglitz Opening Report, Section VI.B.1.d.

[31]   *See* Chen Opening Report, ¶¶ 120–121.

[32]   *See* Deposition of Shaan Pruden, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715- YGR, February 15, 2021 ("Pruden Deposition, Volume 2"), 331:21-332:6 (noting that a special version of Assassin's Creed had to be designed for mobile platform use); Pruden Deposition, Volume 2, 323:23-324:6 (AAA games are "starting to come to mobile now," but the example of Call of Duty coming to iOS involves a specifically "mobile version" of the game); Deposition of Timothy Cook, Volume 1, Chief Executive Officer at Apple, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021 ("Cook Deposition, Volume 1") 256:16-19 (noting cross-platform functionality is limited by how a game is architected and whether designed for a large or small screen).

[33]   *See* Chen Opening Report, Appendix C. Clash of Clans is the second most popular iOS game of all time. *See also*, "Clash of Clans and Clash Royale Are Now Officially Available on PC!" *Supercell*, October 22, 2023, https://supercell.com/en/news/clash-games-live-on-pc/; and "Clash of Clans – Release Details," *Gamespot.com*, accessed June 10, 2025, https://gamefaqs.gamespot.com/iphone/678942-clash-of-clans/data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

devices.[34] Indeed, in his 2021 deposition testimony, Apple CEO Tim Cook acknowledged that cross platform functionality "would depend on the game and how the game was architected and whether it was made for a big screen or a small one," and that would likely determine where consumers would prefer to play it.[35] This suggests that these sales channels on non-mobile devices are likely not close substitutes to the App Store for consumers of these mobile games.

27. Note that Professor Hitt also includes Android apps in his "digital game transactions" market, but I have already addressed that Android apps and in-app content are not close substitutes for iOS apps and in-app content in my Opening Report.[36] Specifically, co-ownership rates between iOS and Android devices are low, and significant switching costs prevent owners of one device from easily substituting to the other in the event of a SSNIP.[37] Again, Professor Hitt does not show otherwise.

### II.A.2. Other TV and Video Streaming App Sales Channels are Not Close Substitutes to the App Store

28. Professor Hitt also proposes an alternative relevant market for "TV and video streaming app transactions" that includes sales channels on devices such as smart TVs, gaming consoles, or computers.[38] Again, neither Professor Hitt nor Professor Jin have performed any formal analysis, such as an HMT, to show that substitution between purchases on these devices is sufficient to constrain Apple's monopolistic conduct or supracompetitive commission rate.

29. As I have discussed in my Opening Report, consumers are unlikely to view alternative sales channels as close substitutes to the App Store primarily because leaving the App Store to complete a purchase is a hassle, particularly in the presence of Apple's anti-steering restrictions, which *de facto* create unnecessary information barriers and transaction costs, and users may be

---

[34]  *See* Stiglitz Opening Report, Section V.B.2.a.

[35]  Cook Deposition, Volume 1, 256:8-19 ("Q. But you do understand that generally speaking someone will buy a gaming console and kook it up to their TV, correct? A. Yes. Q. Okay. And that would presumably present this immersive experience, you have this nice big screen TV at your house and you're playing whatever game you want to play on it, correct? A. It could. I guess it would depend on the game and how the game was architected and whether it was made for a big screen or a small one, and then –probably not one rule.").

[36]  *See* Hitt Opening Report, Section 6.2.1; Stiglitz Opening Report, Section V.B.2.

[37]  *See* Stiglitz Opening Report, Section V.B.2.

[38]  *See* Hitt Opening Report, Section 6.3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

unwilling to bear this inconvenience.[39] Evidence presented by Professor Chen shows the number of "clicks" a consumer must make on an electronic device can increase the inconvenience of finding relevant purchase information (e.g. prices) and prevent them from doing so.[40] Apple's anti-steering restrictions likely had a similar effect by limiting when and how developers could present purchase options, making it more difficult for users to complete a subscription. In the *Epic v. Apple* ruling, the United States District Court (N.D. Cal.) also found that these restrictions were designed to "decrease the attractiveness of competitive alternatives […] and increase breakage in a purchase flow," thereby obstructing users from making informed purchasing decisions at the moment they were most likely to do so.[41]

30. Professor Hitt argues that because Netflix supposedly did not lose customers after removing the option to purchase their subscriptions from within their iOS app, alternative sales channels, such as smart TVs and content provider websites, must be reasonable substitutes for the App Store.[42] More broadly, Professor Hitt points to Netflix and Spotify, who removed the option to purchase subscriptions directly through the app, as examples of how developers can successfully monetize their iOS apps outside the App Store.[43]

31. However, Spotify's own statements following the injunction ruling in *Epic v. Apple* suggest otherwise.[44] After Apple agreed to comply with the injunction ruling in April 2025, Spotify

---

[39] *See* Stiglitz Opening Report, Sections III.C and V.B.7.

[40] Chen Opening Report, ¶¶ 65, 135. Some users have noted that was "frustrating" or "confus[ing]" trying to figure out how to purchase a Spotify premium subscription outside of the app. *See* "Won't let me buy premium," post on *Spotify Community*, May 30, 2016, https://community.spotify.com/t5/Accounts/Won-t-let-me-buy-premium/td-p/1356734 ("[N]ow when I go to settings in the Spotify app and select account I can usually just click where it says subscription free but it just doesn't do anything. Please help me this is becoming very frustrating."); and APL-APPSTORE_00197293 at -294 ("[T]here are already negative reviews being left on the [Spotify] app by confused IAP subscribers wondering why they can't renew in the app, or why their subscription no longer works; further, the app's App Store description still says you can sign-up via IAP in-app. This is a terrible customer experience for current IAP users.").

[41] *See* Order Granting Epic Games, Inc.'s Motion to Enforce Injunction, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal.), April 30, 2025, ECF No. 1508.

[42] *See* Hitt Opening Report, Section 6.3.4.

[43] *See* Hitt Opening Report, Section 5.3.

[44] *See* Brief of Amicus Curiae Spotify USA Inc. in Support of Appellee Epic Games, Inc.'s Opposition to Appellant Apple Inc.'s Motion for Partial Stay Pending Appeal, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal.), May 19, 2025, ECF No. 23.1. In April 2025, the U.S. District Court held Apple in civil contempt for willfully violating a 2021 injunction in the *Epic v. Apple* case concerning Apple's anti-steering provisions. As a result, the Court issued an order prohibiting Apple from restricting the language or

Continued on next page

updated its iOS app to include basic pricing information for their Premium service and a clearly labeled button that directed users to a checkout page on its website, where they could purchase a Premium subscription.[45] After the update was approved by Apple, Spotify reported that "[i]n the two weeks since Spotify updated its iOS app in accordance with the 2025 Order, the rate of conversion from the Free-to-Premium-tier service has remained constant on Android while conversion among iOS users has increased substantially."[46] These results directly contradict Professor Hitt's analysis that removing in-app purchases had no effect on customer acquisition for Spotify and disprove his opinion that alternative sales channels serve as close substitutes for purchasing iOS in-app content.

32. Moreover, Professor Hitt's examples of substitution to alternative sales channels are from high-profile special cases that are not necessarily generalizable to the vast majority of video streaming apps. Netflix and Spotify are two of the most successful and highly demanded video and music streaming apps, respectively.[47] They each have substantial brand recognition (and thus product differentiation), which makes their users much more likely to substitute to alternative sales channels despite the inconvenience of doing so.[48] Less well-known, or less differentiated apps

---

placement of external links to make purchases outside the app. *See* Order Granting Epic Games, Inc.'s Motion to Enforce Injunction, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal. Apr. 30, 2025), ECF No. 1508. *See also,* Rule 52 Order After Trial on the Merits, *Epic Games, Inc. v. Apple Inc*., No. 4:20-cv-05640-YGR (N.D. Cal.), September 10, 2021, ECF No. 812.

[45] Brief of Amicus Curiae Spotify USA Inc. in Support of Appellee Epic Games, Inc.'s Opposition to Appellant Apple Inc.'s Motion for Partial Stay Pending Appeal, *Epic Games, Inc. v. Apple Inc*., No. 4:20-cv-05640-YGR (N.D. Cal.), May 19, 2025. ECF No. 23.1.

[46] Brief of Amicus Curiae Spotify USA Inc. in Support of Appellee Epic Games, Inc.'s Opposition to Appellant Apple Inc.'s Motion for Partial Stay Pending Appeal, *Epic Games, Inc. v. Apple Inc*., No. 4:20-cv-05640-YGR (N.D. Cal.) May 19, 2025, ECF No. 23.1.

[47] *See, e.g*., Julia Stoll, "Market shares of selected subscription video-on-demand (SVOD) services in the United States in 4th quarter 2024," *Statista*, March 26, 2025, https://www.statista.com/statistics/496011/usa-svod-to-tv-streaming-usage/; Julia Stoll, "Most popular video streaming services in the United States as of September 2019, by mobile reach," *Statista*, May 20, 2025, https://www.statista.com/statistics/910895/us-most-popular-video-streaming-services-by-reach/; Patrick Leu, "Online music services used most frequently in the United States as of January 2025," *Statista*, May 6, 2025, https://www.statista.com/statistics/816313/online-music-services-popular-usa/; Patrick Leu, "Most popular music streaming services in the United States in March 2018 and September 2019, by monthly users," *Statista*, May 20, 2025, https://www.statista.com/statistics/798125/most-popular-us-music-streaming-services-ranked-by-audience/.

[48] *See, e.g.*, "Video-on-Demand brand rankings in the U.S." *Statista*, June 2023, https://www.statista.com/insights/consumer/brand-profiles/2/2/video-on-demand/united-states/#contentBox1 (see chart titled "Video-on-Demand brand awareness ranking in the U.S." showing Netflix as the most recognized brand); Patrick Leu, "Spotify - statistics & facts," *Statista*, https://www.statista.com/topics/2075/spotify/#topicOverview; and Umair Bashir, "Spotify brand awareness,

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

would likely see more significant sales decreases in the event they removed their subscription options from the App Store.

33. Most importantly, the ability of *some* consumers to substitute away from the App Store for *some* apps or in-app content is not sufficient to show that the sale of iOS apps and in-app content is *not* a relevant antitrust aftermarket. Instead, consumers would need to substitute to purchases on smart TVs or gaming consoles in sufficient numbers to render a SSNIP above the competitive price level unprofitable. As I have emphasized repeatedly, the empirical evidence shows that a hypothetical monopolist (or in this case, an actual monopolist) of the sale of iOS apps and in-app content could, and did, profitably raise prices by more than 5 percent over the competitive level. Professor Hitt and Professor Jin have presented no evidence to the contrary. Rather, they focus on substitution patterns of high-profile removals of in-app purchase options from the App Store, which is equivalent to an infinite price increase and likely to elicit a much larger consumer response relative to the 5 percent price increase assumed in the HMT.

### II.A.3. Apple's Control Over the Sale of iOS Apps and In-App Content Justifies a Single Relevant Antitrust Aftermarket

34. Professor Hitt and Professor Jin argue that the relevant market I have defined is "too broad" because different categories of apps face different competitive conditions and should be analyzed in distinct antitrust markets.[49] This overstates the economic relevance of certain differences and overlooks the common competitive constraints that Apple imposes across different types of apps. The crucial question for market definition is whether these observed differences across app types reflect meaningful differences in the availability of close substitutes that constrain Apple's ability to impose a SSNIP. As I have shown in my Opening Report, across different types of apps, consumers and developers face the same fundamental constraint: Apple's control over the sale of iOS apps and in-app content through its contractual and technical restrictions.[50]

---

usage, popularity, loyalty, and buzz among digital music users in the United States in 2022," *Statista*, April 3, 2025, https://www.statista.com/forecasts/1328344/spotify-digital-music-brand-profile-in-the-united-states.

[49]   *See* Hitt Opening Report, Section 6.1; Jin Opening Report, Section 4.3.

[50]   *See* Stiglitz Opening Report, Sections III.A, III.B, III.C..

Written Evidence of Joseph E. Stiglitz, PHD                No. 4:11-cv-06714-YGR | Page 18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

35. Professor Hitt and Professor Jin assert that heterogeneity across different types of apps is evidence of varying competitive conditions.[51] In particular, they point to differences in (i) the degree to which developers monetize their apps in ways that avoid Apple's commissions; (ii) the reliance on subscriptions versus non-subscriptions as a form of monetization; (iii) the effective commission rates paid to Apple; and (iv) the sets of users and developers involved.[52] Professor Hitt and Professor Jin suggest that these differences imply varying competitive conditions that are substantial enough to necessitate defining separate antitrust markets for the analysis of different types of apps, followed by market power analysis for each of these separate submarkets.[53] However, there are many other factors that can contribute to the differences that Professor Hitt and Professor Jin highlight, which I discuss below.

36. Ride-sharing apps, for instance, are not subject to the App Store's commissions.[54] However, this is not because iOS device users making purchases in ride-sharing apps have alternative purchase channels outside of the App Store as close substitutes, but because Apple's commission rate policies explicitly exclude apps that sell physical goods or tangible services.[55] This suggests that at least some of the observed variation in how developers monetize their apps, particularly regarding whether Apple's commission is circumvented, is not necessarily the result of

---

[51]   *See* Hitt Opening Report, ¶ 96. Jin Opening Report, ¶ 91.

[52]   *See* Hitt Opening Report, ¶ 96. Jin Opening Report, ¶ 91.

[53]   *See* Hitt Opening Report, Sections 6.1, 6.2, 7.1; and Jin Opening Report, Sections 4.3, 6.1.

[54]   "App Review Guidelines," *Apple Developer*, accessed June 10, 2025, https://developer.apple.com/app-store/review/guidelines/ ("3.1.3(e) Goods and Services Outside of the App: If your app enables people to purchase physical goods or services that will be consumed outside of the app, you must use purchase methods other than in-app purchase to collect those payments, such as Apple Pay or traditional credit card entry.") *See also*, Alex Baggott, "Every Apple App Store fee, explained: How much, for what, and when," *Apple Insider*, January 8, 2023, https://appleinsider.com/articles/23/01/08/the-cost-of-doing-business-apples-app-store-fees-explained ("App Store fees only apply to digital goods and services, so this excludes physical goods, such as ordering on the Amazon app, food from DoorDash deliveries, and tangible services like Uber rides."). In an internal email, an Apple employee noted that the founder of one app expressed confusion about Apple's policies, stating, "[t]hey also don't understand why Uber is exempted from IAP." *See* APL-APPSTORE_11473443 at -445.

[55]   Uber characterizes its business model as centered through smartphone apps. "How Does Uber Work?," *Uber*, accessed June 11, 2025, https://help.uber.com/en/riders/article/how-does-uber-work?nodeId=738d1ff7-5fe0-4383-b34c-4a2480efd71e. ("Our smartphone apps connect drivers and riders. In cities where Uber operates, use the app to request a ride. When a nearby driver accepts your request, the app displays an estimated time of arrival for the driver heading to your pickup location. The app notifies you when the driver is about to arrive. The app also provides info about the driver with whom you will ride, including first name, vehicle type, and license plate number. This info helps the two of you connect at your pickup location. Use the app to enter your preferred destination anytime before or during the ride.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

differences in competitive conditions across app types, but rather reflects Apple's own policy decisions.

37. Next, consider Apple's Video Partner Program, which offers a reduced commission rate of 15 percent for apps that meet a narrow set of eligibility requirements.[56] To qualify in this program, an app must deliver "premium subscription video entertainment services" and "integrate" with a number of Apple's technologies, including "Universal Search, Siri, AirPlay, and single sign-on or zero sign-on."[57] Additionally, the program participant must enable Apple's in-app purchase payment method to "enjoy these economic benefits."[58] As a result of this "integration," the participating apps are featured on the Apple TV app—an app that allows users to view video content from various streaming services, including Apple's own video subscription service, Apple TV+, and throughout tvOS.[59] Thus, Apple gains substantial value from this arrangement: the requirements improve the functionality of Apple TV app discovery tools, enhance user

---

[56] "Apple Video Partner Program," *Apple Developer*, accessed June 11, 2025, https://developer.apple.com/programs/video-partner/.

[57] "Apple Video Partner Program," *Apple Developer*, accessed June 11, 2025, https://developer.apple.com/programs/video-partner/. ("Participating apps are required to integrate with a number of Apple technologies, such as Universal Search, Siri, AirPlay, and single sign-on or zero sign-on, to ensure a seamless experience for customers.") Universal search allows Apple users to search for "movies, TV shows, live sporting events, and handpicked recommendations from a variety of video services without switching from one app to the next" in the Apple TV App. *See* "Apple TV App and Universal Search Guide," *Apple*, accessed June 12, 2025, https://help.apple.com/itc/tvpumcstyleguide/#/itca078eb36c (under heading "Getting Started Guide for Apple TV App Partners."). Siri is a digital assistant available on Apple devices. *See* "Siri," *Apple*, accessed June 12, 2025, https://www.apple.com/siri/. AirPlay allows Apple users to "share videos, photos, music, and more from Apple devices to your Apple TV, favorite speakers, popular smart TVs[.]" *See* "Airplay," *Apple*, accessed June 12, 2025, https://www.apple.com/airplay/. Single sign-on allows for a "common authentication process […] to access multiple apps or systems —without the user asserting their identity again." *See* "Intro to single sign-on with Apple devices," *Apple Support*, accessed June 12, 2025, https://support.apple.com/en-ca/guide/deployment/depfdbf18f55/web. Zero sign-on allows for "a subscriber to a cable service to immediately unlock its associated apps, without having to sign in to the individual apps at all." *See* David Katzmaier, "Apple TV gains 'zero sign-on' to ease subscription TV app access," *CNET*, June 4, 2018, https://www.cnet.com/tech/home-entertainment/apple-tv-gains-zero-sign-on-to-ease-subscription-tv-app-access/.

[58] "Apple Video Partner Program," *Apple Developer*, accessed June 11, 2025, https://developer.apple.com/programs/video-partner/. ("You may also allow customers who subscribe using your payment method outside of the app to use that payment method for additional video transactions within the app. You must enable in-app purchase to enjoy these economic benefits.").

[59] "Apple Video Partner Program," *Apple Developer*, accessed June 11, 2025, https://developer.apple.com/programs/video-partner/. ("As a result of this integration, these apps are featured on the Apple TV app and throughout tvOS, and their content is discoverable through Universal Search and Siri."). tvOS is Apple's operating system for their digital media player product, Apple TV. Ben Lutkevich, "Definition tvOS," *TechTarget,* December 5, 2022, https://www.techtarget.com/searchmobilecomputing/definition/tvOS.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

experience—thereby increasing the appeal of its brand—and "can also serve as a tool for retaining developers exclusively on Apple IAP."[60]

38. Similarly, Apple's News Partner Program offers a reduced commission rate of 15 percent on qualifying in-app purchases for a limited set of news apps that satisfy a number of eligibility criteria.[61] Specifically, eligibility requires that the primary function of the app must be to deliver "original, professionally-authored news content" and that participating subscription news publications provide their content to Apple News—Apple's own news app that aggregates content from various sources. Apple also offers a subscription service, Apple News+, that

---

[60] "Apple Video Partner Program," *Apple Developer*, accessed June 11, 2025, https://developer.apple.com/programs/video-partner/ ("Since 2016, the Apple Video Partner Program has enabled premium subscription video providers to participate in a new TV watching experience on the Apple TV app, helping customers discover the world's best premium video content in one app, across all their devices. […] Participating apps are required to integrate with a number of Apple technologies, such as Universal Search, Siri, AirPlay, and single sign-on or zero sign-on, to ensure a seamless experience for customers."); APL-APPSTORE_10871989 at -995 ("…[W]e believe [the Video Partner Program and News Partner Program] are a great mode for creating good developer relations and also can serve as a tool for retaining developers exclusively on Apple IAP. We should also note that the VPP and NPP programs specifically result in better customer experiences as the partners are required to provide support across the apple ecosystem.") Deposition of Eddy Cue, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 8, 2021,225:22-226:12 ("Q. And did Apple develop the video partner program as a way to sort of enhance the user experience? A. Yes. We developed the program to get that content into a single app so that users would have a better experience getting to their video. Q. And if I understood your answer correctly, to participate in the program as a developer, the developer had to build out certain functionality that would integrate its app with the Apple ecosystem. Is that a fair way of stating it? A. You had to be a video provider and, yes, you would integrate into the -- into certain things in the system that would make that experience come true."); APL-APPSTORE_07079780 at -782 (noting that the video team has key performance indicators "focused on customer engagement, participation in Apple's video ecosystem, … first/second/third-party subscriptions (Apple originals, Channels and Apps), and Apple TV hardware sales" as well as responsibility to "[n]egotiate, refine, and evolve [Video Partner Program] deal as well as existing service integration agreements" as part of "Business Development.") Key performance indicators are "quantifiable measurements used to gauge a company's overall long-term performance" that "track [a company's] progress on key business objectives." *See* Alexandra Twin, "KPIs: What Are Key Performance Indicators? Types and Examples," *Investopedia*, January 24, 2025, accessed June 13, 2025, https://www.investopedia.com/terms/k/kpi.asp.

[61] "Introducing the News Partner Program," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/apple-news/program/.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

provides access to additional content available within the Apple News app.[62] As with the Video Partner Program, Apple derives significant value from this arrangement.[63]

39. These examples suggest that at least some of the observed variation in effective commission rates or developers' reliance on subscription models can be explained by Apple's discretionary policies and the benefits it derives from specific developer requirements, rather than by differences in competitive constraints across app types.

40. Yet another factor that contributes to the variation in effective commission rates is pressure from antitrust litigation. For example, Apple has acknowledged that the pendency of *Cameron v. Apple* litigation was a factor in its decision to adopt the Small Business Program.[64] In this case, the variation in effective commission rates reflects Apple's response to regulatory pressure and not necessarily differences in the competitive conditions faced by different types of apps.

41. Professor Jin and Professor Hitt argue that differences in the sets of users and developers involved across different types of apps support the definition of separate markets.[65] As evidence,

---

[62] "Introducing the News Partner Program," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/apple-news/program/. *See also*, "Get started with News on iPhone," *Apple Support*, accessed June 12, 2025, https://support.apple.com/guide/iphone/get-started-with-news-iph0a16d1e29/ios ("Subscribe to Apple News+ for more access to hundreds of magazines, popular newspapers, and premium digital publishers, along with recipes, puzzles, and audio stories.").

[63] *See, e.g.,* APL-APPSTORE_10871989 at -995 ("[W]e believe [the Video Partner Program and News Partner Program] are a great mode for creating good developer relations and also can serve as a tool for retaining developers exclusively on Apple IAP. We should also note that the VPP and NPP programs specifically result in better customer experiences as the partners are required to provide support across the apple ecosystem."); "Introducing the News Partner Program," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/apple-news/program/ ("The goal of Apple News is to provide customers access to trusted news and information from many of the world's top publishers."); Evidentiary Hearing, Volume 4, *Epic Games, Inc., v. Apple, Inc*., No. 4:20-cv-05640-YGR, (N.D. Cal.), May 17, 2024, ECF No. 979, 619:21-24 ("A. So the video partner program and news partner programs are unique in terms of their goals compared to the other programs shown on this slide. They are specifically intended to create a differentiated user experience on Apple's platforms.").

[64] Order Granting Motion for Final Approval of Class Action Settlement, *Cameron v. Apple Inc*., No. 4:19-cv-03074-YGR, (N.D. Cal.), June 10, 2022, ECF No. 491, Recitals, ¶ 2.3, pp. 24-25. *Cameron v. Apple* was a class action lawsuit brought by U.S. app developers alleging that Apple's App Store policies violated antitrust laws by monopolizing the iOS app and in-app product distribution services market. "Cameron, et al. v. Apple Inc.," *Small App Developer Assistance*, accessed on June 11, 2025, https://www.smallappdeveloperassistance.com/; "App Store Small Business Program," *Apple Developer*, https://developer.apple.com/app-store/small-business-program/. Under this program, existing developers who earned up to 1 million USD in proceeds in the prior calendar year for all their apps, as well as developers who are new to the App Store can become eligible for a reduced 15 percent commission on paid apps and in-app purchases.

[65] *See* Hitt Opening Report, ¶ 96. Jin Opening Report, ¶ 91.

---

Written Evidence of Joseph E. Stiglitz, PHD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Professor Hitt points to the variation across genres in the degree to which (i) developers specialize in sales for a given app genre and (ii) consumers concentrate in purchases for a given app genre.[66] However, neither expert explains why this indicates that the App Store faces different competitive conditions across genres. Consider the case of a supermarket. It is likely that there would be some variation across sales departments (e.g., grocery, toys, or clothing & accessories) in the set of sellers and consumers that are involved. However, this does not invalidate the definition of a relevant antitrust market (or in this case, a relevant antitrust aftermarket) with one or more one-stop shops. The key question here is whether consumers and developers across app genres have sufficiently close alternatives outside of the App Store that would constrain Apple's ability to profitably impose a SSNIP, and I have concluded that they do not.

42. More generally, in any market consisting of multiple goods (such as various types of soft drinks), there may be some differences in competitive conditions in sub-categories (such as sodas versus fruit-flavored drinks).[67] However, such variations do not vitiate the use of an antitrust market definition analysis using the HMT.[68] Apple's experts have presented neither economic theory nor documentary evidence to explain why this well-accepted principle is not applicable here.

### II.A.4. Professor Hitt's Hotfix Event Study Does Not Provide Reliable Information on Consumer Substitution in Response to a SSNIP

43. Professor Hitt attempts to demonstrate substitution between iOS and non-iOS sales channels using Fortnite's Hotfix update.[69] Fortnite is an online video game developed by Epic Games,

---

[66]   *See* Hitt Opening Report, Sections 6.1.4 and 6.1.5.

[67]   *See Brown Shoe Co. v. United States,* 370 U.S. 294, 325 (1962) ("Because § 7 of the Clayton Act prohibits any merger which may substantially lessen competition 'in any line of commerce', it is necessary to examine the effects of a merger in each such *economically significant* (emphasis added) submarket to determine if there is a reasonable probability that the merger will substantially lessen competition.").

[68]   *See* "Merger Guidelines," *U.S. Department of Justice and Federal Trade Commission*, December 18, 2023, https://www.ftc.gov/system/files/ftc_gov/pdf/2023_merger_guidelines_final_12.18.2023.pdf, p. 40, footnote 77. ("Multiple overlapping markets can be appropriately defined relevant markets. For example, a merger to monopoly for food worldwide would lessen competition in well-defined relevant markets for, among others, food, baked goods, cookies, low-fat cookies, and premium low-fat chocolate chip cookies. Illegality in any of these in any city or town comprising a relevant geographic market would suffice to prohibit the merger, and the fact that one area comprises a relevant market does not mean a larger, smaller, or overlapping area could not as well.").

[69]   *See* Hitt Opening Report, Section 6.2.2.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

which was available on multiple platforms including iOS.[70] On August 13, 2020, Epic Games released an update or a "hotfix" for its Fortnite iOS app that enabled users to purchase its in-game currency directly from the Epic Games website, bypassing Apple's in-app payment system and its 30 percent commission rate.[71] Epic Games offered a 20 percent discount on purchases made through its own website.[72] In response, Apple removed the Fortnite app from the App Store on August 13, 2020, preventing new downloads of the app and disabling updates for users who already have the app downloaded.[73] On August 28, 2020, Epic's developer account was suspended, and iOS users could no longer make in-app purchases through Apple's in-app payment system.[74] Professor Hitt attempts to estimate the extent to which consumer spending shifted from the iOS channel to other sales channels. In particular, he reports diversion ratios, which measure the proportion of reduction in iOS consumer spending on Fortnite that was diverted to non-iOS platforms following the Hotfix event.[75]

44. Professor Hitt finds that 33.2 percent of consumer spending on Fortnite through the iOS channel was diverted to non-iOS channels in the four weeks following the Hotfix.[76] Professor Hitt claims that his Hotfix analysis, "regardless of the specific value of the estimated diversion ratios, provides direct evidence that when circumstances change, a substantial share of consumer spend

---

[70]  *See, e.g.*, "Frequently Asked Questions," *Fortnite*, May 20, 2025, https://www.fortnite.com/faq?lang=en-US.

[71]  Sean Hollister, "Epic v. Google, explained," *The Verge*, November 5, 2023, https://www.theverge.com/23944251/epic-google-antitrust-trial-explainer-monopoly ("[Epic] deployed a hotfix update to Fortnite without either company's knowledge, letting you purchase V-Bucks directly through its own payment processing option at a discount.").

[72]  Andrew Webster, "Epic offers new direct payment in Fortnite on iOS and Android to get around app store fees," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366259/epic-fortnite-vbucks-mega-drop-discount-iphone-android.

[73]  Nick Statt, "Apple just kicked Fortnite off the App Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366438/apple-fortnite-ios-app-store-violations-epic-payments. *See also*, Gene Park, "No more 'Fortnite' on iPhone: Apple vs. Epic legal fight blocks future iOS game updates." *The Washington Post*, August 13, 2020, https://www.washingtonpost.com/video-games/2020/08/13/no-more-fortnite-iphone-apple-vs-epic-legal-fight-blocks-future-ios-game-updates/; APL-APPSTORE_11449596 at -596 ("Fortnite was removed from App Store on 8/13 (Users could not download the game from App Store from the day on).").

[74]  Nick Statt, "Apple just kicked Fortnite off the App Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366438/apple-fortnite-ios-app-store-violations-epic-payments; APL-APPSTORE_11449596 at -596 (" Epic Games' developer account was removed on 8/28 (no billings from the day on).").

[75]  Hitt Opening Report, Exhibit 27.

[76]  Hitt Opening Report, ¶ 157 and Exhibit 27.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

does shift to non-iOS channels," and concludes that "[t]his is direct evidence of economic substitution."[77]

45. I understand that Dr. Song addresses why Professor Hitt's Hotfix analysis does not constitute a reliable natural experiment. Beyond flaws in the analytical design, the Hotfix event does not provide reliable insight into whether the sale of iOS apps and in-app content constitutes a relevant antitrust market.[78] The key question is whether alternative channels are sufficiently close substitutes such that they would constrain a hypothetical monopolist—or Apple as the As-Is monopolist—from profitably imposing a SSNIP. As I explain below, Professor Hitt's Hotfix event study does not provide an informative answer to that question.

46. While Professor Hitt states that Fortnite in-app content sales on iOS "dropped rapidly in the first three weeks" after the event, this decline reflects iOS users losing access to updates and new versions of the game—an outcome more akin to an infinite price increase.[79] One would reasonably expect the lost sales in response to an infinite price increase to be much larger than the lost sales in response to a SSNIP. Therefore, Professor Hitt's analysis utilizing the removal of Fortnite likely overestimates the degree of substitution in response to a SSNIP.

47. Indeed, Professor Jin cautions against this particular type of event study in the context of market definition.[80] As Professor Jin explains, "[o]ften the event studied is not equivalent to a SSNIP [...] and so it requires an additional assumption—that customer substitution patterns would look the same under a SSNIP—to use that event's empirical analysis as the basis for an HMT."[81]

---

[77]    Hitt Opening Report, ¶ 158.

[78]    Dr. Song's rebuttal report addresses the econometric flaws in Professor Hitt's Hotfix analysis. *See* Song Rebuttal Report, Section IV.

[79]    Hitt Opening Report, Appendix 7, ¶ 13.

[80]    Jin Opening Report, ¶ 36 ("Estimates of consumer substitution (also called customer diversion) are typically based on an analysis of market outcomes following a past event such as a structural change (e.g., store closure), price change (e.g., a change in price of one product), or quality change. Often the event studied is not equivalent to a SSNIP (e.g., a firm's exit or switching between products in the absence of a price or quality change) and so it requires an additional assumption—that customer substitution patterns would look the same under a SSNIP— to use that event's empirical analysis as the basis for an HMT. When such an assumption does not hold, it can lead to unreliable conclusions.").

[81]    Jin Opening Report, ¶ 36.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Indeed, she cautions that "when such an assumption does not hold, it can lead to unreliable conclusions."[82]

### II.A.5. Apple's Experts Overlook Various Factors that Significantly Limit the Substitutability of Purchasing In-app Content Outside of the App Store

48. Professor Jin points to the availability of digital content outside the App Store as evidence of competition in the aftermarket. She specifically argues that, because developers can make their apps available to non-iOS devices, the App Store faces competition from non-iOS distribution channels like the Google Play Store, the PlayStation Store, the Microsoft Store, as well as other sales channels like developers' websites.[83] Professor Jin further claims that, because Apple permits users to purchase in-app content outside the App Store for use on iOS devices, Apple faces additional competitive pressure from these alternative distribution channels.[84] Below, I demonstrate that this assessment is incomplete.

49. Most importantly, the mere existence of alternative distribution channels is not the issue. The issue is whether these alternatives are sufficiently close substitutes for enough consumers to discipline the hypothetical monopolist, so that the hypothetical monopolist does not have the power to raise price above the competitive level. In my Opening Report and in the discussion above, I showed that the alternative channels offered by Professor Jin are not close substitutes to the App Store for a sufficient number of consumers to provide adequate competitive discipline, and a hypothetical monopolist maintains the power to profitably impose a SSNIP.[85] Additionally, evidence presented by Professor Alan D. MacCormack further demonstrates that Apple's conduct has effectively limited competition from rival sales channels, and accordingly, developers have no reasonable alternatives to sell their apps to consumers.[86] Professor Jin offers no evidence to refute this conclusion—she merely points to the existence of these alternatives as

---

[82]  Jin Opening Report, ¶ 36.

[83]  Jin Opening Report, ¶¶ 70, 74.

[84]  Jin Opening Report, ¶¶ 71, 74.

[85]  Stiglitz Opening Report, Section V.B.

[86]  *See* Rebuttal Expert Report of Alan D. MacCormack, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025 ("MacCormack Rebuttal Report"), Section V.A.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

evidence of competition. However, she ignores whether these alternatives are effective substitutes for the App Store.

50. Second, Professor Jin completely ignores Apple's anti-steering provisions. As discussed in my Opening Report, for an alternative purchase option to compete with the App Store, consumers must be aware of it.[87] I understand that Apple's anti-steering provisions prevent developers from directing consumers to alternative purchase channels: either by referencing an alternative distribution channel in the app, or by communicating the existence of an alternative directly to the consumer over email, text message, app notification, etc.[88] I understand that Apple's anti-steering provisions prevent developers from directing consumers to alternative purchase channels either by referencing an alternative distribution channel in the app, or by communicating the existence of an alternative directly to the consumer over email, text message, app notification, etc.[89] As further elaborated in my Opening Report, numerous developers have tried to communicate alternative purchase options to consumers, only to have their efforts blocked by Apple.[90] These anti-steering provisions keep consumers in the dark about alternatives to the App Store, thereby limiting competitive pressures from alternative sales channels.[91] Professor MacCormack's analysis further confirms the effectiveness of Apple's anti-steering provisions by

---

[87] Stiglitz Opening Report, Section V.B.7.

[88] *See*, *e.g*., APL-FIG_00004027 (App Store Review Guidelines, June 2022), Section 3.1.1 In-App Purchase ("Apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase, except as set forth in 3.1.3(a).").

As detailed in my Opening Report, reader apps like Kindle, Netflix, and Spotify have been exempt from this requirement since 2021. *See* Stiglitz Opening Report, ¶ 87.

[89] *See*, *e.g*., APL-FIG_00004027 (App Store Review Guidelines, June 2022), Section 3.1.1 In-App Purchase ("Apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase, except as set forth in 3.1.3(a).").

As detailed in my Opening Report, reader apps like Kindle, Netflix, and Spotify have been exempt from this requirement since 2021. *See* Stiglitz Opening Report, ¶ 87.

[90] Notable examples include Spotify and Netflix. *See* Stiglitz Opening Report, Section III.C for detail.

[91] None of Apple's experts have provided a compelling efficiency defense for such Apple's anti-steering provisions. Professor Kirsten Martin and Professor Tadayoshi Kohno have explained why the so-called privacy and security arguments have no validity. *See* Expert Report of Kirsten Martin, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Martin Opening Report"), Section III and Section IV; and Expert Report of Tadayoshi Kohno, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Kohno Opening Report"), Section IV and Section VI. Moreover, the fact that Apple allows consumers to purchase in-app content through other sales channels makes clear that there is not a compelling security or privacy concern stemming from content acquired on these other sales channels.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

demonstrating that, among the apps he analyzed, a relatively small share of in-app content sales come from these alternative sales channels.[92]

51. Third, Professor Jin neglects the extra cost of acquiring in-app content from outside the App Store. As highlighted in my Opening Report, the App Store offers the ability to make in-app purchases with minimal disruption to the app experience.[93] This same accessibility cannot be replicated by developers' websites, partly because of Apple's anti-steering provisions. To acquire content from a developer's website, a consumer would have to: leave the app; navigate to a developer's website; search for, locate, and purchase their desired content; return to the app and activate the newly-acquired content.[94] This process is much more cumbersome than making in-app purchases via the App Store, which Professor Jin does not consider in her analysis.

52. Given these restrictions and the inconvenience of purchasing content from outside the App Store without a direct link, it is no surprise that diverting initial purchases from the App Store to these alternative sales channels has proven challenging for developers. For example, even relatively large developers like Match Group (creators of a number of popular dating services, including Tinder, Match.com, and Hinge) have been unable to entice users to make purchases on other platforms with lower prices.[95] This conclusion is echoed by Professor MacCormack, who determines that, due to Apple forbidding developers from using personal information collected in-app to contact users about alternative payment channels and the increased time and effort required by consumers to complete a purchase outside of the app, directing consumers to purchase in-app content outside of the App Store is a poor alternative to using Apple's IAP for developers.[96]

---

[92]    *See* MacCormack Rebuttal Report, ¶¶ 59-61.

[93]    *See* Stiglitz Opening Report, ¶ 226.

[94]    *See* Stiglitz Opening Report, ¶ 226.

[95]    Rule 52 Order After Trial on the Merits, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR, (N.D. Cal.), September 10, 2021, ECF No. 812, p. 93 ("[B]oth Down Dog and Match Group have testified that they have been unable to entice users to other platforms with lower prices. Match Group has employed marketing campaigns and promotions for web purchases, but the app sales have continued to 'dominate.'").

[96]    I understand that since October 2021, Apple has updated its App Store Guidelines to permit developers to contact customers about other payment methods. However, for a developer to contact a user off-app to encourage them to make transactions via alternative payment platforms would still require a user to consent to their details, e.g., emails address or mobile numbers, being used to receive promotional communications. *See* MacCormack Rebuttal Report, ¶¶ 55–56.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

53. Finally, the availability of in-app content on non-iOS devices is relevant only to consumers who own non-iOS devices. Co-ownership rates presented by Professor Hitt demonstrate that a substantial share of iOS device users do not own multiple devices.[97]  Moreover, Professor Hitt shows that only 35.7 percent of iOS users on the Fortnite app *access* the game from multiple devices, suggesting that the majority of iOS users in fact do not.[98] Further, as discussed in Section II.A.1 as well as my Opening Report, these alternative devices do not offer sales channels that are close substitutes to the App Store.[99] Hence, even if consumers *access* Fortnite from multiple devices, it is not clear that they would necessarily substitute their *purchases* from one device to another.

## II.B. Apple's Experts Provide No Direct Evidence to Support the Use of a Two-sided Market Framework to Analyze the App Store

54. Professor Sundararajan asserts that the App Store is a two-sided transaction platform that displays strong indirect network effects.[100] Professor Sundararajan further claims that the App Store offers services and governance mechanisms designed to encourage participation by consumers and app developers; facilitate discovery of new apps and in-app content; and facilitate trusted and safe interactions.[101] He asserts that the existence of these services and governance mechanisms is consistent with the App Store being a two-sided transaction platform characterized by strong indirect network effects.[102]

---

[97]  In a recent survey of iPhone users, ▮ percent also owned a Windows computer, ▮ percent owned a Mac computer, ▮ percent owned a gaming console, and ▮ percent owned a non-iOS tablet like a Samsung or Amazon tablet. A similar survey of iPad owners found that ▮ percent own a Windows device and ▮ percent also own a Mac computer. *See* Hitt Opening Report, ¶ 145.

[98]  *See* Hitt Opening Report, Exhibit 25. This suggests that, for most iOS users of Fortnite, the App Store is their only means of acquiring in-app content.

[99]  Importantly, consumers cannot easily switch between an iPhone and an Android mobile device, which, of the alternatives mentioned by Professor Jin and Professor Hitt, is the only device that offers the same mobility as an iPhone. *See* Stiglitz Opening Report, Section V.B.

[100]  Sundararajan Opening Report, ¶¶ 146–147. Professor Jin agrees with Professor Sundararajan on these assertions. Jin Opening Report, Sections 4.1.2, 5.5. Professor Hitt also agrees on the App Store being a two-sided transaction platform but does not provide an opinion on whether it exhibits indirect network effects. Hitt Opening Report, ¶ 88.

[101]  Sundararajan Opening Report, Section V.B.

[102]  Sundararajan Opening Report, ¶ 147.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

55. In his discussion of market definition, Professor Sundararajan asserts that the relevant product for two-sided transaction platforms is a transaction, citing the *Amex* decision as support.[103] He contends that the market definition of a two-sided transaction platform must include both sides of the platform due to the presence of indirect network effects.[104] He further asserts that if the App Store commission rate increases, there would be less participation from developers, which would decrease consumer participation, and in turn reduce developer participation further.[105] In his view, ignoring this effect can lead to a market definition that is too narrow.[106]

56. As I discussed in my Opening Report, in two-sided platforms, two groups of economic agents interact with one another through an intermediary or a platform.[107] The demand from each group—whether consumers seeking goods or services, or sellers offering them—is influenced by the participation and size of the other group, a phenomenon known as indirect network effects.[108] In such cases, the interdependence between the groups creates a feedback loop: an increase in the participation of one group enhances the value from participating in the platform for the other group, which in turn, increases the value of participation for the first group, reinforcing the cycle.[109] Conversely, the feedback loop can also work in the opposite direction: a decline in

---

[103] Sundararajan Opening Report, ¶ 168. Professor Jin agrees with Professor Sundararajan on the relevant product definition. Jin Opening Report, ¶ 63.

[104] Sundararajan Opening Report, Section IV.A.

[105] Sundararajan Opening Report, ¶ 168.

[106] Sundararajan Opening Report, ¶ 169.

[107] Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-134, p. 125. *See also*, Stiglitz Opening Report, Section IX.

[108] *See, e.g.,* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, pp. 125 ("In the case of a video game system, the intermediary is the console producer—Sony in the scenario above—while the two sets of agents are consumers and video game developers. Neither consumers nor game developers will be interested in the PlayStation if the other party is not.) and p. 127 ("[A] good exhibits an indirect network effect if demand for the good depends on the provision of a complementary good, which in turn depends on demand for the original good[.]"). *See also*, Stiglitz Opening Report, Section IX.

[109] *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p. 130 ("The low price on one side not only attracts elastic consumers on that side but also, as a result, leads to higher prices or more participation on the other side. The increased value extracted from the other side magnifies the value of having consumers on the first side, which leads to a yet bigger price decrease and quantity increase for the side that experiences the increase in elasticity.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

participation on one side can reduce the value of participating in the platform for the other side, further decreasing the value of participation for the initial group.[110]

57. Economics literature makes clear that many markets are two-sided, but only markets with strong indirect network effects need to be analyzed from a two-sided perspective; and that two-sidedness is a matter of degree.[111] Nearly all markets exhibit some cross-group interaction, but those interactions affect competitive outcomes only when they are quantitatively significant enough in determining the outcomes of interest.[112] Labeling the App Store "two-sided" does not establish that the feedback loop created by indirect network effects exists or that it meaningfully constrains Apple's pricing; the burden lies in showing, with evidence, that substantial indirect network effects both affect pricing and constrain the relevant exercise of market power.

58. Professor Sundararajan erroneously treats indirect network effects as an automatic consequence of labeling a platform "two-sided."[113] He does not provide any evidence that such indirect network effects exist nor that they are substantial enough to affect market definition. Without empirical support, his claim remains a theoretical possibility rather than an economic analysis relevant to the case at hand. While Professor Sundararajan contends that Apple has to encourage consumer and developer participation in the App Store, he does not account for the fact that iOS users have no reasonable alternative but to use the App Store to obtain iOS apps and in-app content, and that developers cannot reach iOS users without the App Store.[114] As explained in detail in my Opening Report, Apple's restrictions eliminate nearly all alternative channels for the

---

[110] *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p. 130 ("[L]owering the consumer price attracts consumers from the competing platform, which degrades the value of the competitor to buyers, and hence leads to a larger increase in buyer interest in the original platform.").

[111] *See*, *e.g.,* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-134.

[112] *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p. 127. ("The interesting question is often not whether a market can be defined as two-sided— virtually all markets might be two-sided to some extent—but how important two-sided issues are in determining outcomes of interest […] That is, although two-sidedness may exist in practically all markets, it is not always quantitatively important.").

[113] Sundararajan Opening Report, ¶ 146.

[114] Sundararajan Opening Report, Section V.B.1.

sale of iOS apps and in-app content.[115] Therefore, Apple does not need to attract consumers to the App Store as it would if there were alternatives. On the contrary, consumers who wish to access apps and in-app content on their iOS devices must use the App Store, regardless of its design, pricing, or governance policies. When participation is compelled because consumers do not have viable substitutes, indirect network effects are substantially weakened.[116]

59. Evidence that Apple strives to create services and governance mechanisms and undertakes other actions to make the App Store attractive is not itself evidence of indirect network effects; at most, it is evidence that Apple wants to attract consumers and developers, as any business would. While Professor Sundararajan points to some examples of services and governance mechanisms provided by other businesses, he does not present any analysis showing these other businesses are "two-sided transaction platforms" exhibiting strong indirect network effects.[117] Nor does he conduct a substantive analysis of how or why having these features in the App Store establish it as a two-sided transaction platform.[118] He instead describes features that reflect standard business practices aimed at improving user and developer experience, which are not necessarily evidence of strong indirect network effects.[119]

---

[115] Stiglitz Opening Report, Section III.A, Section III.B. *See also, e.g.,* APL-APPSTORE_05267651 (discussing the removal of Big Fish Games from the App Store because "[w]e don't allow App Stores within an app in our App Store," and that the developer inaccurately stated in a Bloomberg article that it had "won approval from Apple to become the first to offer users access to dozens of titles[.]"); APL-APPSTORE_07087422 (reiterating that "Big Fish Unlimited is seen as a game store within an app. This is not allowed. Phil and Eddy have been adamant about this" rule, though "we have no clear guidelines" about it); APL-APPSTORE_05267654 at -654 ("If we clearly said to them 'We removed it because we do not allow app stores in an app inside our App Store' why wouldn't we also say this publicly as a statement? […] [W]e don't have a guideline for this.").

[116] *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p. 130 ("If there are multiple competing market intermediaries, the effect of participation of one side on the other has even more bite. Consider two competing platforms pricing to consumers and sellers. As without competition, the consumer price depends on consumer demand, consumer cost, and the mark-up to sellers. But now, lowering the consumer price attracts consumers from the competing platform, which degrades the value of the competitor to buyers, and hence leads to a larger increase in buyer interest in the original platform. Hence, the 'two-sidedness' of pricing can be more pronounced in competitive markets.").

[117] Sundararajan Opening Report, Section IV.

[118] Sundararajan Opening Report, Section IV.

[119] Sundararajan Opening Report, Section IV.C.3. Examples of the standard business practice features described in this section include: implementation of "centralized review processes of varying complexity to ensure that the products and services offered on the platform are authentic, meet minimum quality thresholds, and perform as advertised;" "guidelines that describe what to include and what not to include in a profile or a product posting;" "guidelines or requirements that providers must comply with to meet the minimum standards for transparency, product capability, and quality, thereby mitigating information asymmetry while also lowering search and cognitive costs for participants;" "services and governance mechanisms to lower the likelihood of adverse

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

60. Further, other examples demonstrate that the features highlighted by Professor Sundararajan are standard business practices and therefore do not constitute conclusive evidence that a business is a "two-sided transactions platform" or exhibits substantial indirect network effects. Professor Sundararajan describes several features shared between the App Store and other businesses, such as the presence of a Search Engine and a peer rating system.[120] While he concludes that the App Store offering these features is "[c]onsistent with the actions of other two-sided transaction platforms," he fails to recognize services that are not two-sided platforms can also maintain such features.[121] For example, apparel firms such as *H&M* or *Zara* both have websites that allow users to utilize a search feature to conduct keyword-based searches and to leave peer reviews on products they have purchased.[122] Neither website would be described as a two-sided transactions platform with important indirect network effects of the kind that Professor Sundararajan suggests.[123] Instead, these websites are conventional business websites, attempting to sell the goods of these conventional retailers directly to users.

61. Professor Sundararajan further argues that the App Store uses a revenue-sharing model with developers and emphasizes that "consumers have never been required to pay any fees to access or use the App Store" as evidence that the App Store is a "two-sided transaction platform."[124] This characterization of the App Store commission as a revenue-sharing model wherein commissions are only collected from developers ignores the fundamental economic principle that

---

outcomes for both consumers and providers;" "evidence that providers have the necessary skills and associated certifications for the products or services they offer;" "online feedback or peer rating systems that enhance transparency by aggregating and summarizing information from participants in past transactions;" "reporting mechanisms that participants on both sides can use to report adverse transaction outcomes;" "services and governance mechanisms that proactively seek to identify potential instances of fraudulent or harmful behavior before they lead to adverse transaction outcomes;" and "insurance or refund policies designed to compensate consumers or providers if an adverse outcome occurs after a transaction." *Id*.

[120] Sundararajan Opening Report, ¶¶ 154, 161.

[121] Sundararajan Opening Report, ¶ 164.

[122] *See*, *e.g.*, "Women's Fashion: Clothing, Shoes & Accessories," *H&M*, accessed June 5, 2025, https://www2.hm.com/en_us/index.html; and "View all Best Sellers," *Zara*, accessed June 5, 2025, https://www.zara.com/us/en/woman-best-sellers-l5912.html?v1=2491343&regionGroupId=41.

[123] A platform connects two distinct groups that need to interact with each other. *See* "Two-Sided Markets," *Organisation for Economic Co-operation and Development*, Series Roundtables on Competition Policy No. 97, December 17, 2009, https://www.oecd.org/en/publications/two-sided-markets_1ab6f5f3-en.html. In the case of apparel firms, buyers and manufacturers do not interact with each other.

[124] Sundararajan Opening Report, Section V.A.3.b.

commission rates are typically passed on to consumers through higher prices.[125] Even though consumers do not directly pay Apple a fee to access or use the App Store, developers account for the commission they pay when setting prices for iOS apps and in-app content, leading to inflated prices for consumers.[126] In my Opening Report, I show that Apple could, and has, profitably imposed a SSNIP on iOS apps and in-app content by evaluating the extent to which *consumers* absorb the economic burden of a commission rate increase.[127] Professor Sundararajan does not present any alternative analysis that demonstrates otherwise.

62. Additionally, there are many examples of non-platform businesses that similarly do not charge consumers for access. For example, retailers like Target do not charge consumers for accessing their stores or websites, yet they are not typically considered two-sided businesses.[128] The absence of charges to consumers, therefore, does not inherently suggest that a business exhibits strong indirect network effects.

---

[125] Professor Daniel L. McFadden explains that the App Store commission rate has the same economic effects as an *ad valorem* tax. In this fundamental tax incidence model, consumers and suppliers (in this case app developers) share the burden of the tax regardless of whether the tax is levied on suppliers or consumers. This means that consumers pay more and suppliers receive less due to the tax imposed. *See* Expert Report of Daniel L. McFadden, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("McFadden 2025 Opening Report"), ¶¶ 22–23. I understand that Professor McFadden's estimated in his 2021 report that 81.8 percent of the excessive App Store commission from the Games category were borne by the Consumer Class and 81.9 percent of the excessive App Store commission from the Entertainment and Music category were borne by the Consumer Class. In addition, using real-world examples of apps that charge differential prices on different platforms due to the App Store's commission, Professor McFadden estimated in his 2021 report that consumers would bear 83 percent of the burden in the case of CBS All-Access and 77 percent of the burden for music streaming apps. *See* Expert Report of Daniel L. McFadden in Support of Plaintiff's Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 1, 2021, Sections VI and VII.

[126] McFadden 2025 Opening Report, ¶ 22 ("When firms pay a certain percentage of their revenue to a retailer or distributor, they offset an increase in this component of marginal costs by raising prices. How much they increase prices depends on the impact of the commission on their marginal costs and on the price sensitivity of their consumers, but the economic impact is that consumers pay higher prices as a result of an increased commission. Importantly, Apple's App Store commission has the same economic effects as a sales or ad valorem tax, a tax assessed as a fixed percentage of a sales price.").

[127] Stiglitz Opening Report, Section V.B.1.

[128] Retailers like Target that buy at a wholesale price and resell at a retail price are typically seen as one-sided. *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p. 126 ("For some products, like certain new books, Amazon (basically) buys at a wholesale price and sells for a retail price, which is a one-sided model.") Note that Target does not require a payment to enter their brick-and-mortar stores, and its website is free to access. *See* "Target: Expect More. Pay Less." *Target*, accessed June 12, 2025, https://www.target.com/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

63.  In two-sided platforms, optimal pricing requires a careful balancing of prices charged to each side because the volume of output depends on this balancing.[129] Such balancing reflects the magnitudes of demand and supply elasticities and the marginal costs on each side as well as the magnitude of the indirect network effects.[130] Analyzing this balance requires more than describing how the fees are levied or collected (such as through commissions).[131] What matters is the *economic incidence* of the fees—meaning which side ultimately bears the burden of the fees—as this determines how pricing influences participation and usage on each side of the platform.[132] If Apple had, in fact, accounted for strong indirect network effects when designing the App Store's commission rate and fees, one would expect to see contemporaneous internal business documents reflecting that objective and subsequent analyses of the demand elasticities on both sides and how they are impacted by the other side's participation. In the case of the App Store, to the best of my knowledge, there is no evidence of such balancing, and Apple's experts do not seem to have proffered such evidence. To the contrary, App Store revenues have been raised solely by commissions and fees imposed on developers.[133]

64.  Professor Sundararajan further claims that the App Store is a "two-sided *transaction* platform" of the kind considered by the Supreme Court in the *Amex* case.[134] My understanding of what was found to be critical in the Supreme Court's analysis was the fact that, by definition, a transaction entails a *simultaneous* purchase by one side of the platform and sale by the other; simultaneity is thus an essential feature of a transactions platform.[135] That simultaneity requirement is not

---

[129]  *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p.127. ("Rochet and Tirole (2006) provide a technical definition in which a market is two-sided if the total quantity transacted depends not only on the per-unit fee extracted by the intermediary, but also on how much of the fee is paid by buyers and how much is paid by sellers.").

[130]  *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, pp.130-131. ("[P]rices on both sides of the market depend on the joint set of demand elasticities and marginal costs on each side.").

[131]  McFadden 2025 Opening Report, Section III.

[132]  *See* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125–134, p.127. ("Hence, if the incidence of a transaction fee depends on who the fee is levied on, the market is two-sided.")

[133]  *See* Expert Report of Minjae Song, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Song Opening Report"), Song Opening Report, Figure 9.

[134]  Sundararajan Opening Report, Section V.B.

[135]  *See* Opinion, *Ohio v. American Express Co.*, No. 16–1454, S. Ct., June 25, 2018, pp. 2, 13. ("The key feature of transaction platforms is that they cannot make a sale to one side of the platform without simultaneously making

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

satisfied here. As noted by Professor Sundararajan, the App Store provides a host of services to developers well before the actual transactions. To make a sale on the App Store, I understand that a developer first submits their app to Apple, who then reviews it and eventually makes it available to iOS users, if at all.[136] If the developer wishes to update their app, then they must again pass the App Review process.[137] During the time that this new update is being reviewed, Apple continues to sell the old version of the app it previously acquired.[138] Hence, the developer cannot revise or change the content they are selling to the consumer because Apple *separately* transacts with the developer and consumer. In this regard, the App Store is more akin to a traditional retailer than a credit card company that facilitates simultaneous exchange between the developer and a user.

65. In sum, Professor Sundararajan does not show that (a) two-sided indirect network effects are quantitatively significant; (b) Apple accounts for these indirect network effects and the subsequent effects on substitutability when setting prices on each side; and (c) once the price level is taken into account, the App Store has no market power. To the contrary, I have explained in my Opening Report and above, why analyzing the App Store as a "two-sided transaction platform" does not change my analysis nor my conclusion that the sale of iOS apps and in-app content is a relevant antitrust market. I have also already shown that the price level (in this case, the sum of prices charged to each side) is significantly above the But-For world commission rate calculated by Dr. Rosa M. Abrantes-Metz, which is consistent with my market definition as well as Apple possessing significant market power.[139] Furthermore, I understand that Professor

---

a sale to the other." […] "Because they cannot make a sale unless both sides of the platform simultaneously agree to use their services, two-sided transaction platforms exhibit more pronounced indirect network effects and interconnected pricing and demand.").

[136]   *See* "Developer Program License Agreement," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/ ("If submitted by You and selected by Apple, Your Applications will be digitally signed by Apple and distributed, as applicable.").

[137]   *See* "Developer Program License Agreement," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/ ("Similarly all bug fixes, updates, upgrades, modifications, enhancements, supplements to, revisions, new releases and new versions of Your Application must be submitted to Apple for review in order for them to be considered for distribution via the App Store or Custom App Distribution, except as otherwise permitted by Apple.").

[138]   *See, e.g.,* "Update your app," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/help/app-store-connect/update-your-app/create-a-new-version; and "Developer Program License Agreement," *Apple Developer*, accessed June 12, 2025, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

[139]   *See* Stiglitz Opening Report, Sections IV.B, V.A.1, V.A.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

McFadden's damages model quantifies the impact of Apple's supracompetitive commission rate on both sides and finds that, relative to the competitive But-For world, both consumers and developers are harmed by Apple's anticompetitive conduct.[140]

## II.C. The Single-Brand Aftermarket Framework is Appropriate Given the Significant Information Frictions and Switching Costs Faced by Consumers

66. Professor Jin asserts that "Plaintiffs have not proposed a cognizable approach to foremarkets that supports a foremarket-aftermarket framework" and that "Plaintiffs have not even attempted to allege that such foremarkets are relevant antitrust markets."[141] This is incorrect. In my Opening Report, I concluded that the sale of iOS apps and in-app content within the U.S. constitutes a relevant antitrust aftermarket.[142] The demand in this aftermarket is derived from the purchase of an iPhone or iPad, which are sold in the distinct foremarkets for smartphones and tablets in the U.S.[143] Moreover, I showed that there are well-defined antitrust foremarkets, and that Apple has market power in both foremarkets.[144]

67. Professor Jin states that establishing the foremarket-aftermarket relationship is only the first step to show whether a single-brand aftermarket is appropriate; additionally, "a plaintiff must show that: (1) the challenged aftermarket restrictions are 'not generally known' when consumers make their foremarket purchase; (2) 'significant' information costs prevent accurate life-cycle pricing; (3) 'significant' monetary or non-monetary switching costs exist; and (4) general market-definition principles regarding cross-elasticity of demand do not undermine the proposed single-brand market."[145]

---

[140] *See* McFadden 2025 Opening Report, Section III.A. *See also*, Song Opening Report for the implementation of Professor McFadden's damages model.

[141] *See* Jin Opening Report, ¶¶ 99, 101.

[142] *See* Stiglitz Opening Report, Section V.B.

[143] *See* Stiglitz Opening Report, Sections VI.A.2, VI.B.1.

[144] *See* Stiglitz Opening Report, Section VI.

[145] *See* Jin Opening Report, ¶ 48.

68. As my Opening Report made clear, the critical question is whether competition in the foremarkets can discipline aftermarket market power.[146] And it will not be able to do so if there is imperfect competition in the foremarkets or if the criteria above are met. Professor Jin asserts that none of these conditions apply to this matter, citing to Professor Hitt for some of the evidence she considers.[147] Put differently, Professor Jin and Professor Hitt suggest that consumers are sufficiently well-informed that any attempt to charge supracompetitive prices in the aftermarket would be anticipated and disciplined in the foremarkets.

69. My Opening Report, relying in part on the expert opinions of Professor Chen and Professor Hoyer, indicates the contrary.[148] I showed that (i) it was difficult, if not impossible, for consumers to accurately estimate life-cycle costs; (ii) consumers were not aware of the full range of Apple's challenged conduct; (iii) significant switching costs prevent consumers from freely switching after making their foremarket purchase; (iv) the single-brand aftermarket I defined is a relevant antitrust market that passes the HMT; and (v) even setting aside these conditions above, the foremarkets had far too little competition to effectively discipline Apple's anticompetitive conduct in the aftermarket.[149]

70. Professor Jin claims that "information about the App Store's policies and pricing structure is transparent and readily available."[150] However, she ignores both the limitations of the provided information and the effort required to obtain and interpret it. As Professor Chen explains, the acquisition and processing of information is costly and thus the existence of publicly available information does not mean consumers exert the effort to engage with this information and understand it.[151] This is substantiated by the results of the Hoyer Survey, which finds that most consumers are unaware of Apple's restrictions, including consumers that have purchased multiple iOS devices.[152] Additionally, knowing one has to purchase apps and in-app content

---

[146]   *See* Stiglitz Opening Report, Section VI.

[147]   *See* Jin Opening Report, Section 4.4. Professor Jin also notes that the criteria for significant monetary or non-monetary switching costs is often referred to as lock-in. *See* Jin Opening Report, ¶ 49.

[148]   Stiglitz Opening Report, Section VI.

[149]   Stiglitz Opening Report, Sections VI, VII.

[150]   *See* Jin Opening Report, ¶ 114.

[151]   *See* Chen Opening Report, Section V.

[152]   *See* Hoyer Opening Report, Section III.D. *See also*, Stiglitz Opening Report, Section VII.B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

through the App Store demonstrates an awareness of only one of the restrictions; it does not, for instance, necessarily demonstrate an awareness of Apple's anti-steering provisions.

71. Professor Jin also contends that "information about the App Store policies is similarly available to consumers, who can also observe app developers' pricing for digital content on the App Store."[153] Likewise, Professor Hitt asserts that "[c]onsumers have the ability to determine the lifecycle costs, […] at the time of purchase of an iOS device" and "[t]he prices of digital content sold on the App Store are transparent and available even to users who do not have an iOS device."[154] However, while some pricing information is publicly available, it is neither straightforward nor easy to access this information, particularly for in-app content, as demonstrated in my Opening Report and also by Professor Chen.[155] Neither of Apple's experts have presented evidence to the contrary. In addition, although Professor Jin and Professor Hitt do not address this issue, Professor Chen provides evidence showing that the cognitive costs of acquiring and processing this information are significant, and that consumers are unlikely to engage in such efforts in practice.[156] Neither Professor Jin nor Professor Hitt address the complexity of ascertaining life-cycle costs arising out of the ever-changing array of apps and in-app content and the ever-changing strategies by which developers monetized their apps.[157]

72. Professor Jin asserts that consumers are not locked in because "consumers and developers often multi-home across devices and thus are able to transact using app transaction platforms on other devices as well as on developers' websites."[158] She further claims that consumers "could respond by switching devices, effectively ending any purported lock in" and that lock-in "is inconsistent with evidence that iOS device owners regularly buy new mobile devices and when they do, they can—and often do—purchase non-iOS devices."[159] She cites Professor Hitt's analysis of iOS users' switching rates to Android to conclude that "consumers routinely switch from iOS devices

---

[153]    *See* Jin Opening Report, ¶ 116.
[154]    *See* Hitt Opening Report, ¶ 211.
[155]    *See* Chen Opening Report, Section III.C.2. *See also*, Stiglitz Opening Report, Section VII.A.
[156]    *See* Chen Opening Report, Section III.
[157]    *See* Stiglitz Opening Report, VII.A.2.
[158]    *See* Jin Opening Report, ¶ 104.
[159]    *See* Jin Opening Report, ¶ 105.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

to Android devices."[160] Her reasoning and Professor Hitt's analysis of switching rates are flawed. Both Professor Jin and Professor Hitt overlook the substantial monetary and non-monetary costs consumers face when switching from an iOS device to an Android device. Neither expert provides direct evidence that contradicts my conclusion that switching costs are significant. Additionally, as discussed in Section II.A, other "app transaction platforms" and developer websites are not close substitutes to purchasing iOS apps and in-app content from the App Store.

73. Professor Jin also claims that "developers who monetize via the App Store are also not 'locked in'" because they are "able and willing to transact on other transaction platforms or on their websites, and to switch to other monetization methods."[161] She suggests that developers can adopt alternative monetization methods such as monetizing their apps via the sale of physical goods and services or switching to monetization via in-app advertising, citing evidence presented by Professor Hitt.[162] I understand that Professor MacCormack demonstrates that, contrary to the opinions of Professor Hitt and Professor Jin, developers have no close alternatives to the App Store.[163] Moreover, Professor MacCormack shows that developers cannot easily adjust their monetization strategy to simply avoid Apple's commission due to the significant costs associated with changing an app's design to support a different monetization strategy as well as the likely reduction in users' perceived quality for ad-supported apps.[164]

74. In my Opening Report, I showed that a hypothetical monopolist—or in this case, Apple as the As-Is monopolist—can and *did* profitably impose a 5 percent SSNIP over the prices consumers pay for iOS apps and in-app content, addressing the fourth criterion stated by Professor Jin.[165] Below, I address each of Professor Jin and Professor Hitt's arguments in turn and demonstrate that the first three criteria to establish a single-brand aftermarket are met.

---

[160]   *See* Jin Opening Report, ¶ 108.

[161]   Jin Opening Report, ¶¶ 14, 111.

[162]   Jin Opening Report, ¶ 111.

[163]   *See* MacCormack Rebuttal Report, Section IV.

[164]   *See* MacCormack Rebuttal Report, Section V.B and V.C.

[165]   *See* Stiglitz Opening Report, Section V.B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### II.C.1. Apple's Experts Incorrectly Equate the Availability of Information on Apple's Restrictions with Consumer Awareness

75. As Professor Chen discussed at length in his Opening Report, rational consumers economize on effort.[166] That is, the acquisition and processing of information is costly, and consumers do what they can to minimize these costs when making decisions, such as using rules of thumb, or simplifying or even ignoring certain parts of a problem.[167] Though Apple's policies are publicly available, they are "lengthy, dense, and technical legal documents" and require significant time and effort to understand.[168] Consumers are unlikely to expend this effort to seek out and understand contracts they are not subject to.[169] Even were they to do so, converting the restrictions in these contracts into consequences for consumer pricing would be difficult.

76. Unsurprisingly, this is substantiated by the results of the Hoyer Survey, which finds that most consumers are unaware of Apple's restrictions.[170] As I detailed in my Opening Report, 88 percent of respondents indicated that they did not know of any requirements imposed by Apple on developers, and only 2.8 percent provided answers that related to any of the conduct at issue in this litigation.[171] This is clear evidence that the availability of information regarding Apple's restrictions does not equate to awareness for most consumers.

### II.C.2. Apple's Experts Fail to Account for the Significant Information Costs Required to Accurately Predict Life-Cycle Costs

77. Professor Jin cites to Professor Hitt for evidence that pricing information can be observed by consumers and that consumers, including the Named Plaintiffs, should already have an accurate expectation of the life-cycle costs of owning an iOS device.[172] Both of Apple's experts, however, ignore the limitations of the available pricing information and the effort required to obtain it. While *some* pricing information is available, it is neither straightforward nor easy to find,

---

[166]   *See* Chen Opening Report, Section V.B.

[167]   *See* Chen Opening Report, Section V.B.

[168]   Chen Opening Report, Section V.B, ¶ 239.

[169]   *See* Chen Opening Report, Section V.B.

[170]   *See* Hoyer Opening Report, Section III.D. *See also*, Stiglitz Opening Report, Section VII.B.

[171]   *See* Hoyer Opening Report, Section III.D. *See also*, Stiglitz Opening Report, Section VII.B.

[172]   Jin Opening Report, ¶ 116, citing to Hitt Opening Report, Sections 6.4.2–6.4.3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

especially for in-app content. Professor Chen has discussed in detail the many ways in which pricing information for in-app content are non-transparent.[173]

78.   Moreover, Apple's experts fail to account for the cognitive costs of undertaking these calculations that make consumers unlikely to do so or do so accurately. In fact, as Professor Chen details in his report, the obscurity of App Store pricing information, and the effort required to obtain it, make it very unlikely that consumers would be able to accurately estimate lifecycle costs, even though (some of) this information is publicly available.[174]

79.   Further, repeat buyers still face significant information costs that hinder their ability to accurately forecast lifecycle costs since (1) many consumers may be unaware of their current spending, (2) the iOS apps and in-app content available on the App Store and their prices are continuously changing over time, and (3) there have been significant changes in how developers monetize their apps, and these changes and the consequences for spending would not have been anticipated.[175] In addition, I understand that many apps are monetized in ways that are difficult to predict spending by design, such as those that encourage impulse buys.[176] Together, these factors make accurately predicting lifecycle costs very unlikely, even for consumers who already own iOS devices, and neither Professor Hitt nor Professor Jin provide direct evidence that consumers were able to do so.

80.   Finally, even if in the unlikely event that repeat buyers become aware of Apple's conduct and are able to accurately predict their lifecycle costs after their initial foremarket purchase, many will still be unable to effectively discipline Apple's anticompetitive conduct because they have already become locked-in to the iOS ecosystem.[177] Moreover, such disciplining requires competition in the foremarket, which I have shown is limited.

---

[173]   *See* Chen Opening Report, Section III.C.2.

[174]   *See* Chen Opening Report, Sections III.A. and III.B.

[175]   *See* Chen Opening Report, Section III.C.1. *See also*, Chen Opening Report, Sections III.A and III.D.

[176]   *See* Chen Opening Report, Section III.C.2.a.

[177]   Stiglitz Opening Report, Section VII.C.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### II.C.3. Apple's Experts Make Unsupported Assertions About Consumer Lock In

81. Professor Jin opines that consumers are not locked in, as they are "able and willing to transact with developers on other app transaction platforms and developers' websites, and to purchase an alternative mobile device."[178] Professor Jin cites to Professor Hitt's analysis of switching rates to conclude that "consumers routinely switch from iOS devices to Android devices."[179] Professor Jin also cites to Professor Simonson's survey to show that even if switching rates are low, this is not because of high switching costs but because they are satisfied with Apple's devices and services. I have addressed why alternative sales channels are not close substitutes to the App Store in Section II.A. In this section, I explain why the switching rates Professor Hitt presents are not evidence of low switching costs and discuss why these switching rates cannot be explained solely by consumer satisfaction.

82. First, Professor Jin disputes the evidence that switching rates are low, citing to Professor Hitt's analysis of switching rates from various sources.[180] Professor Hitt cites to Kantar survey data to show that 14 to 19 percent of iPhone owners buying a new phone between Q1 and Q4 of 2019 switched away from iOS, and iPad had analogous switching rates of 30 and 15 percent in Q3 and Q4 of 2020, respectively.[181] From my own review of Kantar survey data, it appears that Professor Hitt chose some of the highest switching rates available in the times series provided. While those numbers may be correct for the specific quarters cited, the overall picture from Kantar's surveys suggest a lower rate of switching. For example, between Q4 2016 and Q4 2019 Kantar reported iPhone switching rates of between 4 and 19 percent, with an average of 12 percent, and in Q4 2020, Kantar reported an iPhone switching rate of only 7 percent.[182] Other

---

[178]   *See* Jin Opening Report, ¶ 14, Section 4.4.2.

[179]   Jin Opening Report, ¶ 108.

[180]   Hitt Opening Report, ¶ 206. *See also,* Jin Opening Report, ¶ 108.

[181]   Hitt Opening Report, ¶ 206. *See also,* Jin Opening Report, ¶ 108.

[182]   APL-APPSTORE_11199156 at -162 ("iOS loyalty among smartphone replacers is at 93% for CQ4'20, up 7% pts."). In fact, quarterly Kantar survey data for each quarter from Q4 of 2016 to Q4 of 2019 find that iPhone loyalty, which Kantar defines as the "% of iPhone owners who acquired another iPhone when they changed their device in that time period" ranged between 81 and 96 percent, and was on average 88 percent during this time. It is worth noting that Kantar reported a loyalty rate of 74 percent during Q1 of 2020, but noted that "[a] smaller base of iPhone owners changing device during … [the start of the Covid-19 pandemic], possibly with a different profile than normal, could have triggered a higher churn." *See* APL-EG_05451569 at -577. Similarly

Continued on next page

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 43

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

switching rates Professor Hitt reports refer only to consumers that *considered* switching, which is not relevant as switching costs may prevent these consumers from ultimately *deciding* to switch.[183]

83. Even taken at face value, it is not clear that the switching rates presented indicate that consumers "routinely" switch between operating systems. Professor Hitt claims that these switching rates are in-line with other industries but does not establish that these industries do not themselves face significant switching costs.[184] For many of the industries listed by Professor Hitt, consumers could plausibly face high switching costs:

- Switching banks often requires consumers to complete time-consuming tasks such as updating their automatic payment and deposit information once they switch accounts.[185]

- Music streaming services like Spotify have features that do not migrate across competitors' platforms, such as saved playlists or personalized recommendations.[186]

- Switching cell phone network providers may be difficult due to installment plans, which "lock" consumers into their chosen carrier for a specified period of time and generally require paying out the remaining balance on the plan before switching.[187]

---

for iPads, quarterly Kantar survey data suggests that in 2019, iPad loyalty rates "[a]mong tablet replacer/repeat owners acquiring in the last 6m/e" were between 85 and 90 percent, in 2020 they were between 70 and 85 percent (as also reported by Professor Hitt), and in Q1-Q3 2021 iPad loyalty rates where between 75 and 84 percent. *See* APL-APPSTORE_10850392 at -434; APL-APPSTORE_11381415 at -458; and APL-APPSTORE_11381338 at -381.

[183] Hitt Opening Report, ¶ 206.

[184] Hitt Opening Report, ¶ 207.

[185] *See*, *e.g.*, Kathryn Pomroy, "Pros and Cons of Switching Banks," *Experian*, April 29, 2023, https://www.experian.com/blogs/ask-experian/pros-and-cons-of-switching-banks/.

[186] *See*, *e.g.*, Adam Speight, "Just Got Apple Music? Here's How to Keep Your Spotify Playlists," *Wired*, January 31, 2022, https://www.wired.com/story/apple-music-spotify-playlists/ (describing how the use of third-party apps are necessary to transfer playlist information.); and "Understanding recommendations on Spotify," *Spotify*, accessed June 5, 2025, https://www.spotify.com/us/safetyandprivacy/understanding-recommendations (describing how Spotify has "people and technology work together to deliver" customized, personalized recommendations) .

[187] Eli Blumenthal, "Switching Phone Carriers in 2025: What to Know Before Changing Wireless Providers," *CNET*, January 5, 2025, https://www.cnet.com/tech/mobile/switching-cellphone-carriers/ ("With these longer timelines you can get a flagship phone for significantly less, but you need to stay on that carrier (and potentially with a pricier unlimited plan) for two or three years. If you leave before that time has passed, you risk needing to pay out the balance owed on the phone, which some providers require before they 'unlock' the device to be used on other networks.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Switching video streaming service subscriptions could lead to consumers losing access to their favorite TV shows and movies, including original content only available on that streaming service.[188]

- Switching video game subscriptions may be difficult for consumers if they are in the middle of a game that is not offered under a different subscription.[189] In the case of PlayStation Plus or Xbox Game Pass, console gamers would also need to purchase a new console to switch from one service to the other.[190]

84. Professor Jin further relies on Professor Simonson's survey results to argue that consumer satisfaction is the reason for low switching rates, and therefore consumers are not locked in.[191] I understand that Professor Wayne Hoyer has identified a number of methodological issues with Professor Simonson's surveys in his rebuttal report.[192] This undermines Professor Jin's primary evidence that switching rates are related to consumer satisfaction rather than switching costs.

85. Moreover, surveys found within Apple's produced documents show that the rate of switching from iOS to Android devices is similar to the rate of switching from Android to iOS devices.[193] This is evidence that the lack of switching is not indicative of iOS devices having higher quality, as one would expect to see a net flow towards iOS devices if this were the case. Instead, these

---

[188] Kourtnee Jackson and Ty Pendlebury, "Best Streaming Services of 2025," *CNET*, April 30, 2025, https://www.cnet.com/tech/services-and-software/best-streaming-service/ (listing content available exclusively on that service under the "Pros" section of each service).

[189] Joe Keeley, "Why I'll Never Use Another Game Subscription Service," *How To Geek*, June 9, 2024, https://www.howtogeek.com/why-i-dont-use-game-subscription-services/ ("[I]f I only plan to subscribe for a month, I need to complete the game before the next billing date.").

[190] Though both services are available on PC, PlayStation Plus is not available on Xbox, and Xbox Game Pass is not available on PlayStation. *See* Sid Shuman, "UPDATE: Your guide to the all-new PlayStation Plus," *PlayStation.Blog*, May 23, 2022, https://blog.playstation.com/2022/05/23/your-guide-to-the-all-new-playstation-plus/; "Game Pass on Your Favorite Devices," *Xbox*, accessed June 10, 2025, https://www.xbox.com/en-US/xbox-game-pass/supported-devices.

[191] *See* Jin Opening Report, Section 4.4.2.

[192] *See* Rebuttal Expert Report of Wayne D. Hoyer, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025, Section III.C. For example, I understand that Professor Hoyer criticizes Professor Simonson's use of open-ended survey questions, and that the survey does not inquire as to how long ago that purchase occurred. Respondents who last purchased a device many years ago may not recall exactly why they did or did not switch between iOS and Android, and are unlikely to recall all of the reasons, especially when answering an open-ended question.

[193] *See* Stiglitz Opening Report, Section V.B.2.d.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 45

similar switching rates suggest that consumers either face significant switching costs or have heterogeneous preferences for one operating system or the other.

86. If the observed switching rates were largely attributable to strong preference heterogeneity for differentiated products, this could generate both high switching costs and highly satisfied consumers.[194] The two are not mutually exclusive. For example, as Professor Chen explained in his Opening Report, there are learning costs associated with using a new operating system.[195] Over time, users develop familiarity with an operating system that increases the utility they derive from that operating system.[196] This means these consumers develop a strong preference for their current operating system, which may manifest as high "satisfaction" and a resistance to switching operating systems, *i.e.*, lock-in. Regardless of the primary source of this lock-in, it prevents consumers from effectively disciplining Apple's conduct in the aftermarket.

# III. Professor Hitt Presents Uninformative and Flawed Evidence Regarding Apple's Ability to Exercise Market Power

87. In my Opening Report, I concluded that Apple possesses durable monopoly power in the aftermarket as demonstrated by both direct and indirect evidence that I have reviewed.[197] Professor Hitt presents evidence which he claims shows that Apple lacks market power. First, using his flawed market definition, he points out aspects of market structure that he asserts are inconsistent with market power, including Apple's low market share and the entry of supposed competitors. He further argues that Apple's market power is constrained by the ability of a few heavy users to substitute away from the App Store. Second, he presents statistics on commission

---

[194] *See* Chi Bo Wong, "Perceptions of Customer Satisfaction, Switching Costs and Customer Retention: An Empirical Study of Basic and Advanced Internet Banking Users in Hong Kong," *Global Journal of Management and Business Research* 11(2) (February 2011) (internet banking users using more sophisticated banking services that fit their needs perceived higher switching costs and reported higher satisfaction); and Minh-Tri Ha, Giang-Do Nguyen, & Bao-Son Doan, "Understanding the mediating effect of switching costs on service value, quality, satisfaction, and loyalty," *Humanities and Social Sciences Communications* 10(288) (2023): 1-14, at p.11 (among private healthcare providers, procedural, financial, and relational switching costs were found to act as moderators in the relationship between service value, customer satisfaction, and customer loyalty).

[195] Chen Opening Report, Section IV.A.2.

[196] Chen Opening Report, Section IV.A.2.

[197] Stiglitz Opening Report, ¶ 24.

rates, sales volumes, and investments made by Apple to improve the quality of iOS devices, the App Store, and iOS apps, all of which he claims demonstrate that the App Store faces competition. In this section, I explain why Professor Hitt's analysis is uninformative of the competitive conditions in the relevant aftermarket and Apple's ability to exercise market power in this market.

## III.A. Professor Hitt's Market Evidence is Flawed Due to His Overly Broad Market Definition

88. Professor Hitt claims to show that Apple lacks market power in his proposed markets. First, he argues that Apple's share of game app sales as well as video streaming sales is relatively low when including sales on non-iOS platforms.[198] Second, he points to the entry of app stores for non-iOS devices—including the Google Play Store, Samsung Galaxy Store, Nintendo eShop, Amazon Appstore, and Microsoft Store—as evidence of low barriers to entry, which, according to Professor Hitt, is inconsistent with Apple maintaining market power.[199] However, both of these arguments rely on Professor Hitt's flawed market definition.

89. By defining a market that is overly broad, Professor Hitt artificially understates Apple's market share. For instance, the entry of alternative sales channels for non-iOS devices—which as I have said, do not compete with the App Store in the sale of iOS apps and in-app content—is irrelevant for determining the barriers to entry for selling iOS apps and in-app content. In fact, as emphasized in my Opening Report, Apple expressly forbids any alternative sales channel for iOS apps and in-app content, meaning there has been virtually no entry in the relevant market since its inception.[200] When calculating Apple's market share, Professor Hitt erroneously includes app sales from non-iOS platforms in both of his proposed antitrust markets.[201] As detailed in Section

---

[198]  Specifically, Professor Hitt argues that Apple accounts for less than ▮ percent of game app sales and less than ▮ percent of video streaming sales when relying on his flawed market definition. *See* Hitt Opening Report, ¶¶ 227–228.

[199]  *See* Hitt Opening Report, ¶ 231.

[200]  *See* Stiglitz Opening Report, Section III.

[201]  Hitt Opening Report, Section 7.1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

II.A as well as my Opening Report, non-iOS sales channels are not close substitutes to the App Store, and therefore should not be included in the relevant antitrust market.[202]

90. Finally, Professor Hitt claims that Apple's market power is constrained by the ability of a few heavy users and developers to switch to alternative sales channels.[203] Notably, Professor Hitt does not present any qualitative or quantitative evidence to demonstrate that these heavy users or larger developers would be likely to switch to other sales channels in the event of a price increase.[204] His assertion is contradicted by the direct evidence I present in my Opening Report illustrating Apple's market power, including its supracompetitive commission rate, and its unwillingness to make concessions to prominent developers like Microsoft, Spotify, and Facebook when they request exemptions from or modifications to Apple's strict contractual terms.[205] Professor Hitt claims that, "[d]evelopers are able to identify their high-value customers and send them targeted content by email or direct messages to try to attract them to the developer's webstore."[206] However, this type of customer outreach was explicitly barred by Apple's anti-steering restrictions until 2021, when legal action compelled Apple to allow direct communications between developers and consumers.[207] Following this modification, Apple used both "scare screens" and cost-prohibitive commissions to hinder developers' ability to steer users to alternative sales channels and maintain its supracompetitive revenue stream, prompting Epic

---

[202] *See* Stiglitz Opening Report, Section V.B.2.

[203] *See* Hitt Opening Report, Section 7.3.

[204] *See* Hitt Opening Report, Section 7.3.

[205] *See* Stiglitz Opening Report, Section V.A. In fact, Apple seemingly considered imposing a "Very Large Developer fee to reflect the value that developers capture as they reach incredible scale and commercial success using our platform technology and services, independent of the App Store's capabilities." APL-APPSTORE_11453251 at -252. Apple's consideration of a "Very Large Developer fee" for very large developers shows that it contemplated price discrimination.

[206] Hitt Opening Report, ¶ 241.

[207] *See* Developer and Plaintiff's Motion for Preliminary Approval of Class Action Settlement with Apple Inc., *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR, (N.D. Cal.), August 26, 2021, ECF No. 396, at 6:9-16. *See also*, "Apple, US developers agree to App Store updates that will support businesses and maintain a great experience for users," *Apple Newsroom*, August 26, 2021, https://www.apple.com/newsroom/2021/08/apple-us-developers-agree-to-app-store-updates/; and Permanent Injunction, *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH (N.D. Cal., September 10, 2021), ECF. No. 813 ("Apple Inc. …[is] hereby permanently restrained and enjoined from prohibiting developers from … communicating with customers through points of contact obtained voluntarily from customers through account registration within the app.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

to seek, and obtain, further relief from the Court.[208] Apple's anti-steering efforts, in addition to the extra costs consumers incur when purchasing outside of the app, render outside sales channels a poor substitute to purchasing in-app content via the App Store, leaving consumers and consequently developers with no close alternative.

91. Most importantly, Apple has been able to profitably raise its commission rate significantly above the competitive level.[209] Regardless of whether these heavy users and large developers have a high price elasticity, their potential (or actual) substitution away from the App Store is clearly not sufficient to discipline Apple's market power.

## III.B. Professor Hitt's Evidence on Apple's Ability to Exercise Market Power is Uninformative

92. Professor Hitt further presents evidence on market outcomes which he claims are inconsistent with Apple's exercise of market power. Specifically, he argues that: (1) Apple's commission rates are in-line with commission rates charged by other, non-iOS app stores, and therefore not supracompetitive; (2) the changes in Apple's commission rate over time are inconsistent with market power; (3) Apple has not suppressed output because the volume of iOS app and in-app content sales has continued to grow over the Class Period; (4) Apple has not degraded the quality of iOS apps, as it continues to make investments in iOS devices and the App Store; and (5)

---

[208] Order Granting Epic Games, Inc.'s Motion to Enforce Injunction, *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH (N.D. Cal.), April 30, 2025, ECF No. 1508, 2:18–22 ("Apple's response: impose *new* barriers and new requirements to increase friction and increase breakage rates with full page 'scare' screens, static URLs, and generic statements. Apple's goal: to dissuade customer usage of alternative purchase opportunities and maintain its anticompetitive revenue stream. In the end, Apple sought to maintain a revenue stream worth billions in direct defiance of this Court's Injunction.") (emphasis original). Note that Apple was recently ordered to remove these additional barriers, as they were found to be anticompetitive. *See Id*., at 1:22–26. Overall, the court noted that "[s]everal aspects" of the Link Entitlement program "violate[d]" the injunction, and that these fall into two groups: "(i) the commission rate, and (ii) design restrictions and purchase-flow friction." *Id*. at 59:13-15. The court found that in setting a 27 percent commission rate on purchases made through external links, "Apple willfully set a commission rate that in practice made all alternatives to IAP economically non-viable" and that Apple did not consider the value of its intellectual property when coming to this decision. *Id*., at 59:16-61:5. The court also found that Apple's restrictions on design and purchase flow were "an ensemble of requirements that significantly reduces developers' ability to steer consumers to any competitive, favorable alternatives." *See Id.,* at 61:6-28. The court also noted that Apple violated the "spirit" of the injunction because "Apple has violated the central mandate of this Court's orders: that Apple not foreclose competitive alternatives to IAP." *See Id.,* at 56:14-59:11, 62:12-15. Note that Epic requested that the court uphold the injunction order. *See Id*., at 11:15-16 ("On March 13, 2024, Epic moved to enforce the injunction and hold Apple in civil contempt, and the latest stage of this saga began"). *See also,* APL-EG_11500162.

[209] *See* Stiglitz Opening Report, Section V.A.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

developers could avoid paying Apple's commission by switching their monetization strategy to revenue streams that are not subject to Apple's commission (*e.g.*, advertisements). Below, I demonstrate that this body of evidence is incomplete and uninformative.

93.  First, Professor Hitt claims that the App Store's headline commission rates are in-line with commissions charged by other digital app stores, including those for Android devices, personal computers, and game consoles.[210] Professor Hitt further argues that if Apple's commission rates were truly supracompetitive, then they should exceed the commissions charged by these other alternatives.[211] However, Professor Hitt does not assess whether these alternative app stores are suitable as competitive benchmarks, or whether they also posses market or monopoly power in their own respective markets. For instance, the Google Play Store was ruled to be a monopoly, and accordingly charged a supracompetitive commission rate.[212] Additionally, Dr. Abrantes-Metz determines that, not only do many of Professor Hitt's benchmarks exhibit market or monopoly power, but their business models also differ greatly from the App Store, making them unsuitable as competitive benchmarks.[213] For these reasons, Professor Hitt's comparison of headline commission rates is uninformative of Apple's market power.

94.  In addition, many of Professor Hitt's comparator stores—including Amazon App Store, Google Play Store, and Samsung Galaxy Store—report much lower *effective* commission rates (the rate that developers actually pay after discounts, promotions, etc.) than the App Store.[214] The fact that other app stores often offered concessions to their headline commission rates while the App Store did to a much more limited extent further corroborates Apple's substantial market power. I

---

[210]  *See* Hitt Opening Report, ¶ 245.

[211]  *See* Hitt Opening Report, ¶¶ 248–249.

[212]  Stiglitz Opening Report, ¶ 144, citing to Verdict Form, *In Re Google Play Store Antitrust Litigation*, MDL Case No. 21-md-02981-JD, Member Case No. 20-cv-05671-JD (N.D. Cal.), December 11, 2023, ECF No. 606, Question Nos. 2-4. *See also,* Sean Hollister, "Epic win: Jury decides Google has illegal monopoly in app store fight," *The Verge*, December, 11, 2023, https://www.theverge.com/23994174/epic-google-trial-jury-verdict-monopoly-google-play ("The jury in *Epic v. Google* has just delivered its verdict — and it found that Google turned its Google Play app store and Google Play Billing service into an illegal monopoly.").

[213]  *See* Rebuttal Expert Report of Rosa M. Abrantes-Metz, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025 ("Abrantes-Metz Rebuttal Report"), Section II.A.

[214]  *See* Hitt Opening Report, Exhibit 9; and Rule 52 Order After Trial on the Merits, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR, (N.D. Cal.), September 10, 2021, ECF No. 812, p. 98 ("For example, the Amazon App Store has a headline rate of 30%, but its effective commission is only 18.1%.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

therefore find Professor Hitt's comparison of headline commission rates across platforms uninformative for assessing Apple's market power.

95. Second, Professor Hitt claims that Apple's 30 percent commission rate was set when the App Store launched in 2008, and in subsequent years, its average effective commission has decreased.[215] He argues that this decrease is evidence of competition. However, Dr. Abrantes-Metz demonstrates that this analysis is flawed due to the inclusion of free apps that pay no commission.[216] As explained by Dr. Abrantes-Metz, the inclusion of free apps artificially lowers the effective commission rate charged by Apple, making it appear much more competitive than it is in reality.[217] Moreover, she demonstrates that Professor Hitt's calculation can be manipulated to support almost any conclusion.[218] As such, Professor Hitt's analysis of Apple's effective commission rate is uninformative of Apple's market power.

96. Professor Hitt highlights a handful of instances in which Apple lowered commissions for certain developers (*e.g.*, video streaming services or small business developers); but still, the App Store's average effective commission rate today remains high at 27 percent.[219] Notably, he does not provide any direct evidence to show that these limited commission rate decreases were in response to competitive pressure. In fact, the ability to change prices independent of costs is indicative of market power.[220] As I note in my Opening Report, this suggests that, prior to the reduction, the commission rate charged was markedly in excess of costs.[221] Even after these reductions, the commission rate remains above the competitive level determined by Dr. Abrantes-Metz.[222]

---

[215] *See* Hitt Opening Report, Exhibit 9 and ¶¶ 247, 250.

[216] *See* Abrantes-Metz Rebuttal Report, Section II.C.

[217] *See* Abrantes-Metz Rebuttal Report, ¶¶ 37–38. *See also,* APL-EG_06216718 at -718 (in response to concerns from Steve Jobs in 2009 about profitability and costs of the App Store given "all the free apps," Eddy Cue says "[w]e are definitely making money so we are fine").

[218] *See* Abrantes-Metz Rebuttal Report, ¶¶ 39–40.

[219] *See* Hitt Opening Report, Exhibit 9; Song Opening Report, Figure 5.

[220] This conclusion is echoed by Dr. Abrantes-Metz. *See* Abrantes-Metz Rebuttal Report, ¶¶ 32–33.

[221] *See* Stiglitz Opening Report, ¶ 147.

[222] *See* Expert Report of Rosa M. Abrantes-Metz, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Abrantes-Metz 2025 Opening Report"), Section I.C.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

97. Third, Professor Hitt shows that the App Store's output—measured as the total number of sales for apps and in-app content on iOS devices—has grown over time, which he interprets as further evidence of Apple not exercising any alleged market power to reduce output.[223] However, this analysis is uninformative to determine whether Apple's conduct has supressed output. The relevant comparison is between output in the As-Is and the But-For world. While output may be expanding in the As-Is world, this growth would likely have been even larger in the absence of Apple's anticompetitive conduct.[224] Hence, Professor Hitt's analysis of output growth in the As-Is world does not offer any meaningful insight into whether Apple possesses market power or whether it has the ability to exercise its market power.

98. Fourth, Professor Hitt claims that Apple has continued to make investments in iOS and the App Store, which have improved the experience of both app users and developers.[225] He further cites these investments as evidence that Apple's conduct has not negatively impacted the quality of iOS apps or the App Store experience.[226] However, he again makes a false comparison by highlighting quality improvements in the As-Is world. As in the case of output on the App Store, the relevant comparison to determine the effect of Apple's conduct on quality is between the As-Is and But-For world. As detailed in my Opening Report, Apple's supracompetitive commissions have likely suppressed the development of new apps and in-app content.[227] Professor Hitt does not at all consider quality in the But-For world, and therefore his analysis is completely uninformative of the impact of Apple's conduct on the quality of apps available.

99. Lastly, Professor Hitt claims that developers are able to avoid Apple's commission simply by switching their monetization strategies, as evidenced by an increasing share of free-to-download

---

[223]  *See* Hitt Opening Report, ¶ 262.

[224]  Anticipating this argument, Professor Hitt states that, because Apple's commission rates are (in his opinion) competitive, then so too is output. Accordingly, he does not expect output to increase in the But-For world. However, this claim relies completely on his assertion that Apple's commission rate is competitive, which runs counter to evidence presented by Dr. Abrantes-Metz in her 2025 Opening Report. *See* Abrantes-Metz 2025 Opening Report, Section II. *See also, e.g.,* APL-APPSTORE_00045793 at -793 ("Kazaa announced a web-based streaming music service for iOS, but that they're not planning to create a native iOS app due to the 30% IAP subscription rev share.").

[225]  Hitt Opening Report, Section 8.5.

[226]  These investments include, enhanced hardware and software features, APIs and toolkits that facilitate app development, and improved access on the App Store, among other features. *See* Hitt Opening Report, ¶ 270.

[227]  *See* Stiglitz Opening Report, Section IV.C.1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

apps.[228] He claims that this ability to switch monetization strategies is additional evidence that Apple is unable to exert market power.[229] However, evidence presented by Professor MacCormack shows that it is very costly for developers to change how they monetize their apps. Specifically, Professor MacCormack notes that shifting an app's revenue stream to include more ads—which are not subject to Apple's commission—could degrade the user's experience and risk alienating users that are particularly important to the generation of developers' revenues.[230] Additionally, Professor MacCormack demonstrates that developers must undertake substantial effort and cost to re-design their apps to accommodate a new monetization strategy.[231] This conclusion is echoed by Dr. Abrantes-Metz. She demonstrates that developers cannot easily switch their monetization strategies, as consumers who make in-app purchases are much less willing to access the same content with ads, and developers who sell in-app content (*e.g.*, extra lives on a game) cannot easily switch to selling physical goods or services.[232] Based on this evidence, it is unsurprising that the availability of alternative monetization strategies has not effectively disciplined Apple's market power.

# IV. Professor Berger Overstates the Prevalence and Benefits of Apple's Price Tiers While Ignoring Its Harm to Consumers

100. As described in my Opening Report, developers are not free to set their own prices for the apps and in-app content on iOS devices. Instead, they must select from Apple's pre-defined price tiers, which list discrete price points ranging from $0.29 up to $9,999.99.[233] Until recently, most of these prices ended in increments of $0.99 (e.g., $0.99, $1.99, and so on).[234] According to Professor Berger, these price tiers lower cognitive costs for consumers by offering familiar, easy-

---

[228]  *See* Hitt Opening Report, Section 8.3. Notably, the share of App Store transactions that come from in-app purchases has risen steadily over time. This suggests that, contrary to Professor Hitt's opinion that developers can simply avoid Apple's commission, developers increasingly rely on in-app purchases that are subject to Apple's commission. *See* Hitt Opening Report, Exhibit 47.

[229]  *See* Hitt Opening Report, ¶ 243.

[230]  *See* MacCormack Rebuttal Report, Section V.C.1.

[231]  *See* MacCormack Rebuttal Report, Section V.C.2.

[232]  *See* Abrantes-Metz Rebuttal Report, Section II.D.

[233]  *See* Stiglitz Opening Report, Section II.D.

[234]  *See* Stiglitz Opening Report, Section II.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

to-understand prices.[235] Moreover, he asserts that this type of pricing is commonplace, would emerge absent Apple's restrictions, and that there are multiple reasons, which are "well established in the academic literature," to explain this phenomenon.[236] I understand from Professor Chen that these arguments are flawed and generally misrepresent the academic consensus regarding 99-cent pricing.[237] Further, I demonstrate below that Professor Berger's argument ignores the fact that Apple's price tiers distort market prices, which could pose harm to both consumers and developers.

101.  As described in my Opening Report, Apple's lowest price tier acts like a binding price floor, which can increase the prices consumers pay for each app, decrease the variety of products available to consumers, and reduce overall market output.[238] Moreover, a wide body of evidence suggests that many developers would have elected a lower price point than those offered by Apple's minimum price tier.[239] Professor Berger never addresses the distortionary effects of this price floor or the consequences to consumers and developers.

102.  Moreover, Apple's price tiers restrict developers from using more than 99 percent of all whole-cent price points in the applicable price range, and Apple's internal documents confirm that these tiers constrain developers' ability to set prices optimally (from the developers' perspective).[240] As highlighted in my Opening Report, an internal presentation from July 2020 explains that, as a consequence of the limited number of price points available, developers of iOS apps and in-app content face the following challenges: (i) limited ability to bundle services and products or change their pricing strategy based on users' purchase history; (ii) limited ability to adjust prices in response to changes in costs stemming from, *e.g.*, tax breaks; and (iii) severely constrained ability to make a coherent pricing strategy across different sales channels, such that iOS users

---

[235]  *See* Berger Opening Report, Section VI.

[236]  *See* Berger Opening Report, ¶¶ 16–18. Professor Berger's theoretical explanations for focal-point pricing include the left-digit effect, wherein consumers place extra importance on the left-most digit in a price and pay less attention to the other digits, as well a preference for prices ending in $0.99. *See* Berger Opening Report, ¶¶ 33, 37.

[237]  *See* Chen Rebuttal Report, Section II.B.

[238]  *See* Stiglitz Opening Report, ¶¶ 124–125.

[239]  *See* Stiglitz Opening Report, ¶¶ 126–134. *See also*, APL-EG_07994884 at -884 ("Here are the top requests from developers regarding new business models they'd like to see for the App Store. […] In-App Purchase items for less than $.99."); and APL-APPSTORE_11236521, at - 522.

[240]  *See* Chen Rebuttal Report, ¶ 21, and Figure 3 for a demonstration of the severity of Apple's price constraints.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

may be treated differently than users on other platforms.[241] In this regard, Apple appears to acknowledge that price tiers lead to distorted and inefficient prices, as well as a "suboptimal shopping experience" for users.[242]

103. I further understand from Professor Chen that Apple's price tiers may directly harm consumers. In particular, as discussed in Professor Chen's Rebuttal Report, multiple academic studies suggest that this type of pricing inhibits price competition and consequently leads consumers to pay higher prices.[243] Further, Professor Chen points out that Professor Berger overlooks the fact that Apple's 99-cent price tiers could encourage users to spend more than they would otherwise by exploiting biases in how consumers interpret and understand prices.[244] Hence, Professor Chen's analysis confirms that Apple's price tiers could lead to even further harm to consumers, beyond their distortion of the equilibrium price.

104. Professor Chen also demonstrates that Professor Berger overstates the supposed prevalence and benefits of price tiers. The academic studies that Professor Berger cites to support his claim that 99-cent pricing is ubiquitous actually demonstrate that the majority of prices do *not* end in $0.99.[245] Moreover, Professor Berger omits large retailers that do not utilize 99-cent pricing like Amazon and Walmart from his analysis.[246] Finally, Professor Chen demonstrates that any cognitive savings that consumers enjoy from 99-cent pricing are limited, and that Professor Berger either misinterprets or overstates the evidence in support of his claims.[247]

105. Despite this evidence, Professor Berger asserts that developers would gravitate towards Apple's 99-cent price tiers of their own accord.[248] If this were the case, then Apple's price tiers would not

---

[241] *See* Stiglitz Opening Report, ¶ 123. *See also*, APL-APPSTORE_10342115, at -159; and APL-APPSTORE_10342947, at -026.

[242] *See* APL-APPSTORE_10342115, at -159; and APL-APPSTORE_10342947, at -026.

[243] *See* Chen Rebuttal Report, Section II.B.3.

[244] Specifically, I understand from Professor Chen that consumers place extra value on the left-most digit in a price. Hence, consumers will tend to interpret a price listed at, *e.g.*, $4.99 as closer to $4 than $5. In this regard, consumers will tend to over-spend when presented with 99-cent pricing. *See* Chen Rebuttal Report, Section II.B.4.

[245] *See* Chen Rebuttal Report, ¶¶ 15-17.

[246] *See* Chen Rebuttal Report, ¶ 20.

[247] *See* Chen Rebuttal Report, Section II.B.4.

[248] *See* Berger Opening Report, Sections V and VII.

be necessary. Professor Berger offers no rationale to explain this logical discrepancy or why Apple should interfere in the setting of prices by developers.

106.   Further, if price tiers could offer the consumer benefits Professor Berger purports and if such benefits could outweigh the consumer harm discussed above, it would suggest that governments more generally should require firms to charge at Apple's price tiers. Professor Berger provides no rationale for why it would be desirable for the App Store to impose these constraints that would not be more generally applicable.

## V. Professor Hitt's "Natural Experiments" Fail to Inform the Consumer Prices That Would Likely Prevail in the But-For World

107.   In my Opening Report, I concluded that Apple's anticompetitive conduct has deprived consumers of additional options for the sale of iOS apps and in-app content, which resulted in "higher prices, reduced output, and lower quality of iOS apps and in-app content."[249] Of particular relevance to this discussion are the higher prices that form the basis of consumer damages, which are a result of consumers bearing part of the costs of Apple's supracompetitive commission rate.[250]

108.   Professor Hitt uses what he refers to as "natural experiments," where Apple reduced its commission rate for certain developers, to examine the impact these rate reductions had on consumer prices. He claims to find that, "on average, a change in Apple's commission rates does not impact the consumer prices set by developers."[251]

109.   Specifically, Professor Hitt studies the six-month period before and after the introduction of three App Store programs that offered 15 percentage point reductions in commission rates for specific subsets of developers and content:[252]

---

[249]   Stiglitz Opening Report, ¶ 96.
[250]   *See* Stiglitz Opening Report, Section IV.B; and McFadden 2025 Opening Report, Section III.
[251]   *See* Hitt Opening Report, Section 9.
[252]   *See* Hitt Opening Report, Section 9.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- The Small Business Program (SBP) in January 2021, which decreased the commission rate for participating developers with less than $1 million in worldwide revenue in the previous year;[253]

- The Auto-Renewing Subscription Policy (ARS) in June 2016, which decreased the commission rate after the first year of subscription for subscriptions that have been automatically renewed;[254]

- The Video Partner Program (VPP) in 2016, which decreased the commission rate for digital video content from enrolled developers.[255]

110. Professor Hitt compares prices before and after the policy changes and finds that the majority of developers subject to reduced commission rates did not reduce their prices within six months.[256] As a robustness check for his main results, Professor Hitt also conducts difference-in-differences analyses for the SBP and ARS by comparing the change in prices for developers subject to the policies with the change in prices for developers not subject to the policies, either because they did not qualify or because they chose not to enroll in the programs.[257] He finds that, on average,

---

[253] Apple announces App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/ ("New program reduces App Store commission to 15 percent for small businesses earning up to $1 million per year. […] The App Store Small Business Program […] will launch on January 1, 2021.").

[254] Lauren Goode, "Apple's new subscription offerings are now available to App Store developers," *The Verge*, September 2, 2016, https://www.theverge.com/2016/9/2/12774758/apple-developers-app-store-new-subscription-rules ("Last June Apple said it would be changing up its rules around subscription services for App Store developers[.] […] The new rules allow for auto-renewable subscriptions, free trials of apps, territory-specific pricing (i.e. offer a different price for users in a different country)."); "Auto-renewable subscriptions," *Apple Developer*, accessed June 5, 2025, https://developer.apple.com/app-store/subscriptions/ ("StoreKit APIs provide a simple, powerful way to implement auto-renewable subscriptions in apps on all Apple platforms and in all App Store categories….The net revenue structure for auto-renewable subscriptions differs from other business models on the App Store. During a subscriber's first year of service, you receive 70% of the subscription price at each billing cycle, minus applicable taxes. After a subscriber accumulates one year of paid service, your net revenue increases to 85% of the subscription price, minus applicable taxes."). Note that consumers are responsible for turning off any auto-renewing subscriptions they may have. *See, e.g.,* Jennifer Allen, "How to Turn Off Auto Renewal on iPhone," *Lifewire*, December 6, 2021, https://www.lifewire.com/turn-off-auto-renewal-iphone-4584235.

[255] "Apple Video Partner Program," *Apple Developer*, accessed June 5, 2025, https://developer.apple.com/programs/video-partner/ ("Since 2016, the Apple Video Partner Program has enabled premium subscription video providers to participate in a new TV watching experience on the Apple TV app[.] […] As a program member, you earn 85% of sales from customers who sign up using Apple's in-app purchase system.").

[256] *See* Hitt Opening Report, Section 9.1. Note that Professor Hitt also studies 1-month, 3-month, and 12-month timeframes, but presents the 6-month timeframe as his main results.

[257] *See* Hitt Opening Report, Sections 9.1.1, and 9.1.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

these commission rate reductions did not result in consumer price reductions.[258] Professor Hitt thus concludes that even if Apple's commission rate is supracompetitive, consumers are unharmed because prices would not be lower in the But-For world.

111. As a description of the long run impact of a change in commissions (particularly of this magnitude), one should approach Professor Hitt's analysis with a high level of incredulity. He seemingly is asserting that a major change in developers' cost has no impact on pricing. Apple's internal documents suggest otherwise. In one such communication, an Apple executive described discussions with Uber about the company's potential launch of a subscription offering.[259] The Apple executive noted that Uber "balked" at the 30 percent commission, initially asked for "workarounds" such as "directing users to subscribe via the web" and ultimately appeared to accept that "they would likely need to pass the 30% along to the consumer."[260] Similarly, Spotify has publicly explained that it declined to use Apple's IAP system because doing so would have required passing Apple's commission on to consumers.[261] This evidence suggest that these developers anticipate raising prices in response to commission rate increases. By symmetry, they likely would have offered lower prices in a But-For world with a lower commission rate.

112. I understand that Professor Hitt's analysis suffers from a multitude of methodological flaws, which Dr. Song discusses in his rebuttal report.[262] In this section, I explain why the "natural experiments" Professor Hitt studied are not valid approximations of the But-For world. I also discuss why some of his justifications for the effects he observes are unfounded.

---

[258] *See* Hitt Opening Report, Sections 9.1.1, 9.1.2, and 9.1.3.

[259] APL-APPSTORE_09801574. *See also,* Sean Hollister, "Sweetheart Deals and Plastic Knives," *The Verge*, August 19, 2021, Item 86, https://www.theverge.com/c/22611236/epic-v-apple-emails-project-liberty-app-store-schiller-sweeney-cook-jobs. The author of the email, Sheree Chang, was the Head of Apps Business of the App Store in 2018. *See* "Sheree Chang," *LinkedIn*, https://www.linkedin.com/in/shereechang/.

[260] APL-APPSTORE_09801574, at -574. *See also,* Sean Hollister, "Sweetheart Deals and Plastic Knives," *The Verge*, August 19, 2021, Item 86, https://www.theverge.com/c/22611236/epic-v-apple-emails-project-liberty-app-store-schiller-sweeney-cook-jobs.

[261] Brief of Amicus Curiae Spotify USA Inc. in Support of Appellee Epic Games, Inc.'s Opposition to Appellant Apple Inc.'s Motion for Partial Stay Pending Appeal, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal.) May 19, 2025, ECF No. 23.1, p. 9 ("Spotify would not have [applied for an external link entitlement] in any event, for the same reason that it opted to forgo IAP in 2016—it was unwilling to pass Apple's unjustified tax onto its consumers, who ultimately bear the costs of Apple's anticompetitive conduct.").

[262] Song Rebuttal Report, Section II.C.

## V.A. Professor Hitt's "Natural Experiments" Do Not Accurately Reflect the Economic Conditions in the But-For World

113. Even setting aside the methodological issues with Professor Hitt's findings of minimal price adjustments, his "natural experiments" are uninformative assessments of consumer harm as they do not accurately reflect the economic conditions of the But-For world. In this case, both the timing and scale of the commission rate changes in Professor Hitt's "natural experiments" are meaningfully different from the But-For world. Whereas Professor Hitt analyzes a sudden, targeted commission rate reduction for only a subset of developers while other anticompetitive constraints remain in place, in the But-For world all developers would have been subject to the 15 percent (or lower) But-For commission rate since the launch of the App Store.[263] The market equilibrium where some developers are subject to a 30 percent commission rate while others receive an unexpected 15 percentage point commission rate reduction is markedly different from an equilibrium where all developers are subject to a 15 percent (or lower) commission rate since the launch of the App Store.

114. First, developers would have more flexibility to adjust their prices in the But-For world, where Apple's price tier restrictions would not apply.[264] Professor Hitt asserts that "[f]ocal point pricing implies that many app developers would not reduce consumer prices in response to lower commission rates[.]"[265] However, Professor Hitt offers no empirical analysis showing that focal point pricing would influence developers' pricing decisions in the absence of Apple's price tier restrictions to such a degree that developers would continue selecting the same price points as those imposed by Apple. His support for this opinion consists entirely of the three "reasons" provided by Professor Berger on "why app developers would be likely to choose prices ending in 99 cents, even absent Apple's price tier requirements."[266]

115. As summarized in Section IV above, Professor Chen has concluded that the three reasons offered by Professor Berger are unsubstantiated.[267] As I have noted, if Professor Berger were correct,

---

[263]  Abrantes-Metz 2025 Opening Report, Section III.

[264]  *See* Stiglitz Opening Report, Section IV.C.3.

[265]  Hitt Opening Report, Section 9.2.2.

[266]  Hitt Opening Report, ¶ 348.

[267]  *See* Chen Rebuttal Report, Section II.B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

there would have been no need to impose the complex set of price tiers. Moreover, I understand that Apple has increased the number of available price points over time, and developers have adopted these new price points.[268] As I discuss in my Opening Report, empirical evidence as well as economic theory strongly suggests that the net effect of price tiers—and especially the minimum price tier—have resulted in higher prices and lower variety for iOS apps and in-app content.[269] This is clear evidence that Apple's price tier restrictions are binding constraints, and developers would have more flexibility to adjust their prices in the But-For world.[270]

116. Second, if the developers that receive the unexpected commission rate reduction primarily compete with developers that are still subject to the 30 percent commission rate, there are weaker incentives to lower prices than if all rivals had lower costs (commissions).[271] Equilibrium prices jointly depend on the costs that competing firms face, and so if only a small percentage of developers receive cost reductions, price adjustments could be small.[272] Again, in the presence of Apple's price tier restrictions in the As-Is world, these small price reductions may not be possible, and so prices would remain unchanged. This would not be the case in the But-For world where the commission rate would be lower for all developers and price tier restrictions would not apply. Further, even if competition from the subset of developers subject to

---

[268]  *See* Stiglitz Opening Report, Section II.D; and Song Opening Report, Appendix F.2. *See also*, APL-APPSTORE_04100703 at -704–705 (recommending to launch new price points of 1 and 3 CNY in China and discussing other "countries at risk" due to the strengthening USD).

[269]  *See* Stiglitz Opening Report, Section IV.C.3.

[270]  *See, e.g.,* APL-APPSTORE_10342115 at -159–160 ("Limited number of price points, especially for apps & in-apps, can be detrimental to developers and/or customers in the following use cases: […] When the App Store is not the developer's main sale channel […] chosen prices & conventions may differ from the App Store's[.] Inability to react to tax changes as desired… [c]an limit developers' ability to choose between absorbing tax changes or changing prices[.] Price points that would enable customers to combine purchases (e.g. service bundle, subscription add-ons, bulk purchase…) might not be available [and] other business models like contingent pricing[] are limited by the discreet number of price points available." The following slide recommends permitting "free-form pricing" even though this will create "potential for 'ugly' price points" in the App Store); APL-APPSTORE_08825075 (presentation informing of Apple's decision to introduce 113 new price tiers, for a total of 200).

[271]  *See, e.g.,* Steven Berry, James Levinsohn, and Ariel Pakes, "Automobile Prices in Market Equilibrium." *Econometrica* 63(4) (1995): pp. 841–890. This paper makes clear that market shares are a function of prices (and costs) at *all* competing firms. Hence, if only a subset experience cost reductions and lower their prices, the effect will be muted relative to if all firms changed prices.

[272]  *See, e.g.,* Steven Berry, James Levinsohn, and Ariel Pakes, "Automobile Prices in Market Equilibrium." *Econometrica* 63(4) (1995): pp. 841–890. *See also*, Song Rebuttal Report, Section II.A. Dr. Song details that the programs Professor Hitt analyzes impact only a relatively small percentage of App Store spending. *See also,* APL-APPSTORE_10871989, at -995.

commission rate reductions were sufficient to lower prices substantially, it often takes a considerable amount of time for a market to reach a new equilibrium after a cost shock.[273] These developers may want to wait and see how their competitors react before committing to any price changes, especially if there are costs associated with changing prices.[274] It may also take time for new apps to enter and compete with incumbent firms to drive prices down.[275]

117. Third, if the commission rate were lower since the launch of the App Store, developers would have entered the market at lower prices than observed in the As-Is world, as no prevailing price had yet been established. This is different from a sudden decrease in commission rates after consumers have formed price expectations. If consumers already expect the high prices they observe in the presence of a 30 percent commission rate, prices may not decrease as substantially, or at least not as quickly, as in the But-For world, despite the commission rate reduction.[276]

118. Fourth, in the case of the reduced commission rate for Auto-Renewing Subscription (ARS), the sudden reduction in commission rates for subscriptions *after the first year* is likely to have a very different impact on prices than a lower commission rate for *all years*. This is because, as Professor Chen discusses in his Opening Report, consumers are often inattentive to the cost of their subscription after their initial purchase.[277] This means developers have little incentive to decrease the price of auto-renewing subscriptions after the first year as it is unlikely to change

---

[273] Lawrence J. Christiano, Martin Eichenbaum, and Charles L. Evans, "Nominal Rigidities and the Dynamic Effects of a Shock to Monetary Policy," *Journal of Political Economy* 113(1) (2005): 1–45.

[274] *See, e.g.,* Eric Maskin and Jean Tirole (1988), "A Theory of Dynamic Oligopoly, II: Price Competition, Kinked Demand Curves, and Edgeworth Cycles," *Econometrica* 56(3): 571-599. *See also,* Eytan Sheshinski and Yoram Weiss, "Inflation and Costs of Price Adjustment," *The Review of Economic Studies* 44 (2) (1977): 287–303.

[275] *See* Timothy F. Bresnahan and Peter C. Reiss, "Entry and Competition in Concentrated Markets," *Journal of Political Economy* 99(5) (1991): 977-1009. This paper shows that while initial entry into a monopolistic or duopolistic market can quickly reduce prices, this effect rapidly reduces after the entry of a third firm, and prices can remain persistently above the competitive price level. *See also*, Amanda Starc and Thomas G. Wollmann, "Does Entry Remedy Collusion? Evidence from the Generic Prescription Drug Cartel." *American Economic Review* 115(5) (2025): 1400–1438. This paper finds that when collusive pricing created large profit opportunities in prescription drug markets, even high levels of entry reduced profits by only 23 percent after over seven years (Figure 5).

[276] *See, e.g.,* Daniel Kahneman, Jack L. Knetsch, and Richard Thaler, "Fairness as a Constraint on Profit Seeking: Entitlements in the Market," *American Economic Review* 76(4) (Sept. 1986): 728-741. *See also*, Erik Eyster, Kristof Madarász, & Pascal Michaillat, "Pricing under Fairness Concerns," *Journal of the European Economic Association* 19(3) (2021): 1853–1898.

[277] *See* Chen Opening Report, Section III.A.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the behavior of consumers who have already subscribed. In contrast, new subscribers are likely more price sensitive, and so a lower first-year commission rate in the But-For world is likely to have a much larger impact on prices than the ARS policy Professor Hitt studies. This is evident in many real-world pricing strategies where firms offer discounts on the *initial* subscription period to attract new customers, with the expectation that consumers will not cancel their subscriptions when the price increases in the future.[278]

119. Finally, Apple marketed the SBP as an opportunity for small developers to reinvest the savings into improving their products.[279] Evidence shows that many small developers did in fact choose to invest in the quality of their app instead of reducing prices.[280] This quality-adjusted decline in prices would not be reflected in Professor Hitt's analysis. Moreover, there could also have been a muted initial response due to some developers expecting the SBP to be temporary given that it was initially introduced as a form of COVID relief.[281] It was not until August 2021 that Apple

---

[278] *See* Stefano DellaVigna and Ulrike Malmendier, "Contract Design and Self-Control: Theory and Evidence," *Quarterly Journal of Economics* 119(2) (2004): 353-402.

[279] "Developers see a world of possibilities with new App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/developers-see-a-world-of-possibilities-with-new-app-store-small-business-program/ ("[S]mall and individual developers who earn up to $1 million in revenue for the calendar year are eligible for a reduced 15 percent commission rate — half of the App Store's standard commission. The savings mean small businesses and developers will have even more funds to invest in their businesses, expand their workforce, and develop new, innovative features for app users around the world").

[280] *See, e.g.*, APL-APPSTORE_10908929, at -933 ("Having more revenue available to Mindful Mamas has given my team a longer runway to invest in app development and deliver personalized experiences to moms,' says Terra LaRock, Founder and CEO of Mindful Mamas. In the last year, this has included new in-app events, programming that helps users reach their goals, and the introduction of a mood tracker that delivers more customized insights."), and at -935 ("The program has helped small and independent developers invest more in many critical areas of their app businesses, including technical development, marketing, and the creation of more job opportunities for a thriving app economy. As a result, participants have seen higher year over-year revenue growth rates — 15 percent — when compared with their peers not enrolled in the program."); APL-APPSTORE_10767225, at -225 (App called Onyx: Home Workout: "Reducing the App Store commission to 15% will help us significantly increase our runway and working capital that we can re-invest in the business."), at -226 (App called SwingVision Tennis: "I'm very excited to be getting this money back that can be used to fund development and other projects like our new Mac app."), and at -227 (App called Apollo for Reddit: "It'll make decisions like hiring on extra help, or acquiring better gear (a new laptop, for instance), going to conferences (when those are a thing again!), doing more advertising, etc., much easier to justify, and it really really means a lot to me that Apple is doing such an awesome thing! It's going to help my business a ton."); APL-APPSTORE_10929194, at -245 ("This affects the vast majority of developers who make these sorts of apps, and we've heard from many of them already that this program is empowering them to invest in and grow their business within the App Store ecosystem.").

[281] *See* Trial Testimony of Tim Cook, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 21, 2021, 3992:4-16. ("THE COURT: The issue with the $1 million Small Business Program, at least from what I've seen

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

announced it would "maintain the [small business] program in its current structure for at least the next three years" as part of the settlement for *Cameron v. Apple Inc.*[282] Generally, if costs or other market conditions are expected to fluctuate, producers prefer to price according to more stable average costs as opposed to making granular price adjustments.[283] In this case, if developers expected commission rates to bounce back after COVID, they would not have reduced prices to avoid the possibility of needing to raise them again, as consumers often respond negatively to frequent price changes.[284]

## V.B. Professor Hitt's Supposed Economic Realities Are Not Grounded in Economic Theory nor the Facts of the Case

120. Professor Hitt proposes a number of what he calls "economic realities" as justification for the lack of price adjustment he finds when he "analyz[es] natural experiments."[285] He proposes five "potential explanations:"[286]

---

thus far, that really wasn't the result of competition. That seemed to be a result of the pressure that you're feeling from investigations, from lawsuits, not competition. THE WITNESS: It was the result of — of feeling like we should do from a COVID point of view, and then electing to, instead of doing something very temporary, just do something permanent. And of course we had those things — the lawsuits and all the rest of the stuff in the back of my head, but the thing that triggered it was we were very worried about small business."). *See also,* "Apple announces App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/ ("The App Store Small Business Program, which will launch on January 1, 2021, comes at an important time as small and independent developers continue working to innovate and thrive *during a period of unprecedented global economic challenge.* Apps have taken on new importance as businesses adapt to a virtual *world during the pandemic*, and many small businesses have launched or dramatically grown their digital presence in order to continue to reach their customers and communities.") (emphasis added). Note that Apple's announcement did not clarify how long this program would last. *See also,* APL-APPSTORE_10871989 at -995 (Apple considered "holding" or "altering" the small business program under the "new business model" in the European Union but decided against it, noting that the impact of the program is "[f]inancially minimal to Apple" and that "altering the program [is] infeasible (at least in the US for the next 3 years due to the Cameron settlement.").

[282] "Apple, US developers agree to App Store updates that will support businesses and maintain a great experience for users," *Apple Newsroom*, August 26, 2021, https://www.apple.com/newsroom/2021/08/apple-us-developers-agree-to-app-store-updates/.

[283] Carlo Altomonte, Alessandro Barattieri, and Susanto Basu, "Average-cost pricing: Some evidence and implications," *European Economic Review* 79 (2015): 281-296.

[284] Eric T. Anderson and Duncan I. Simester, "Price Stickiness and Customer Antagonism," *Quarterly Journal of Economics* 125(2) (2010): 729–765.

[285] Hitt Opening Report, ¶¶ 33, 34, 302.

[286] Hitt Opening Report, ¶¶ 34, 302.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- "App developers with zero or minimal marginal costs would not reduce consumer prices in response to lower commission rates;"[287]

- "Focal point pricing implies that many app developers would not reduce consumer prices in response to lower commission rates;"[288]

- "App developers will likely not reduce consumer prices in response to lower commission rates if they compete with digital content providers that do not pay commissions;"[289]

- "App developers that transact with consumers across multiple channels and prefer employing uniform pricing across channels will likely not reduce prices in response to lower App Store commission rates;"[290] and

- "App developers that monetize using both in-app advertising and in-app purchases may increase prices when commission rates fall."[291]

121. Notably, Professor Hitt does not attempt to test any of these hypotheses. In Section V.A, I discuss why Professor Hitt's assertion that focal pricing may prevent price reductions in the But-For world is unsubstantiated. I understand that Dr. Song addresses the "potential explanations" that developers have zero or minimal marginal costs and that the use of in-app advertising may increase prices in his Rebuttal Report.[292] Dr. Song finds that the set of developers with zero or minimal marginal costs, and for whom in-app advertising revenue is sufficient to induce price-increases is very small, and that these developers are accounted for in the damages model.[293] In this subsection, I detail that Professor Hitt's alleged "economic realities" regarding (1) developers that offer purchases across multiple sales channels may "prefer employing uniform pricing across channels," and (2) iOS app developers "compete with digital content providers that do not pay commissions," are unfounded.[294]

---

[287] Hitt Opening Report, Section 9.2.1.

[288] Hitt Opening Report, Section 9.2.2.

[289] Hitt Opening Report, Section 9.2.3.

[290] Hitt Opening Report, Section 9.2.4.

[291] Hitt Opening Report, Section 9.2.5.

[292] *See* Song Rebuttal Report, Sections III.A and III.E; and Hitt Opening Report, ¶ 34 and Section 9.2.1.

[293] *See* Song Rebuttal Report, Sections III.A and III.E.

[294] *See* Hitt Opening Report, Sections 9.2.3 and 9.2.4.

122. Professor Hitt posits that developers may "prefer employing uniform pricing across channels," but does not provide any economic theory to explain his hypothesis that firms prefer uniform pricing across different sales channels where marginal costs and demand conditions differ.[295] Nor does Professor Hitt conduct any quantitative analysis of the marginal costs and demand elasticities developers face for each sales channel and how these conditions may impact developer pricing.

123. In contrast, there are numerous examples of developers that charge different prices in the App Store than they do on their websites, several of which I discussed in my Opening Report: YouTube, CBS, and Pandora all charge higher prices for users purchasing content through the App Store.[296] In Section II.A.5 above, I also provide the example of Match Group reducing prices on alternative sales channels to try to entice users to purchase content outside the App Store. These examples suggest that at least some developers have no clear preference for uniform pricing.

124. For the subset of developers that do charge the same price across platforms, another explanation, not addressed by Apple's experts, is Apple's anti-steering restrictions. The lack of consumer substitution between sales channels, partly a result of these anti-steering restrictions, likely reduced developers' incentive to charge different prices on different platforms. There is no reason to believe that prices for iOS apps and in-app content would be unchanged in a But-For world with significantly reduced commission rates and anti-steering restrictions lifted.

125. Professor Hitt's argument that developers of iOS apps and in-app content actively compete with developers that are not subject to Apple's commission rate is also flawed. Professor Hitt argues that TV streaming apps like Netflix, which does not pay commission to Apple because they removed purchase options from their iOS app, competes for customers with streaming apps that are subject to Apple's commission rate and therefore have already constrained prices on the App Store to the competitive level.[297] However, I have repeatedly shown that consumers do not

---

[295]    *See* Hitt Opening Report, Section 9.2.4.
[296]    *See* Stiglitz Opening Report, Section IV.B, ¶ 106.
[297]    *See* Hitt Opening Report., Section 9.2.3.

substitute away from the App Store to these alternative sales channels in sufficient numbers to constrain prices.[298]

126. Furthermore, this argument flatly ignores that these apps are highly differentiated by distinct content offerings and, among other things, the ability (or lack thereof) to make purchases from within the App Store. In a standard model of price competition among firms selling differentiated products that are imperfect substitutes, because demand for each product depends on both the price of that product and the prices of competing products, lowering the costs of production for one firm (or one sales channel) will lead to a market equilibrium with lower prices for all firms (or all sales channels).[299] To the extent that commission-free alternatives like Netflix do impose some competitive constraints on apps paying Apple's commission rate, these iOS apps impose reciprocal competitive constraints on Netflix. Therefore, when faced with a lower commission, one would expect a reduction in the equilibrium prices for both iOS apps and Netflix.

# VI. Professor Sundararajan's Purported Procompetitive Effects Are Largely Speculative and Can Likely Be Achieved Without Apple's Challenged Conduct

127. In his analysis of the App Store as a two-sided transactions platform, Professor Sundararajan proposes a number of procompetitive rationales for Apple's anticompetitive conduct. Specifically, he claims that Apple's conduct: (1) encourages participation of app users and developers, thereby increasing the number of transactions that take place on the App Store; (2) reduces transaction costs for consumers by streamlining consumer search as well as data transfers between devices; and (3) reduces information frictions that would otherwise disincentivize users from engaging with the App Store.[300] However, he presents no empirical analysis nor any documentary evidence to support that (1) the purported procompetitive benefits

---

[298] *See* Section II.A above. *See also*, Stiglitz Opening Report, Section V.B.

[299] For example, widely used logit demand models show that demand is a function of both own- and cross-price elasticities, and that equilibrium prices jointly depend on the marginal costs of competing firms. *See, e.g.,* Steven Berry, James Levinsohn, and Ariel Pakes, "Automobile Prices in Market Equilibrium," *Econometrica* 63(4) (1995): 841–890.

[300] Sundararajan Report, Section VI.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

stem from Apple's challenged conduct, (2) the purported procompetitive benefits outweigh the anticompetitive harm created by the challenged conduct, or (3) the purported procompetitive benefits could not have been achieved without engaging in the challenged conduct. In fact, I explain below how competition would create incentives to increase user and developer engagement, lower transaction costs and search frictions, and reduce information barriers.[301]

128.   In this section, I demonstrate that Professor Sundararajan's claims are entirely speculative and, in many cases, contradict conventional economic logic. In particular, he does not explain why these concerns would be more present in the context of consumers choosing iOS apps and in-app content than in other contexts like, *e.g.*, purchasing food from a grocery store or buying clothes from a retail store. The implication of his analysis, were it accepted, is that it would generally be desirable to restrict competition, for doing so enhances consumer participation, reduces transaction costs and search frictions, and lowers information barriers that might otherwise dissuade consumers from making a purchase.

## VI.A. Professor Sundararajan's Claims of Procompetitive Effects Related to Encouraging Participation Are Inconsistent with Apple's Pricing Behavior

129.   Professor Sundararajan's assertion that the App Store is a two-sided transactions platform leads him to conclude that Apple's exclusionary conduct is designed to increase participation on the App Store from both users and developers. Specifically, he argues that Apple's conduct (i) increases user participation by enabling Apple to, "provide consumers with free access to the App Store;" and (ii) incentivizes developer participation by allowing developers to "access and use Apple's IP-protected tools, technologies, and services."[302] Notably, Professor Sundararajan makes these claims without referencing any internal pricing or strategy documents from Apple. In this section, I demonstrate that Professor Sundararajan's claims of procompetitive effects related to market participation among users and developers are inconsistent with how Apple actually sets its commission rate.

---

[301]   Moreover, as I elaborate below, some of the anticompetitive behavior deteriorates the quality of the App Store and the services it can provide, which would ultimately harm the App Store and its profitability But-For Apple's anticompetitive conduct.

[302]   Sundararajan Opening Report, ¶¶ 187–188.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

130. First, Professor Sundararajan claims that, by excluding rival sales channels, Apple is able to provide free access to the App Store, which promotes user participation.[303] However, he provides no evidence demonstrating that in the presence of these rivals, Apple would be forced to levy an access fee on users or would find it desirable to do so. In fact, numerous examples suggest that this outcome is extremely unlikely. For example, in response to the DMA—which mandates that Apple permit alternative distribution channels on iOS devices in the EU—Apple re-designed its commission structure, and in so doing, evaluated various alternative pricing scenarios. Notably, none of these alternatives entailed levying a fee on users for access to the App Store.[304] This evidence directly contradicts Professor Sundararajan's claim that Apple may impose an access fee in the But-For world. Similarly, testimony from Apple executives makes clear that, in designing its original 30 percent commission rate, Apple never considered imposing an access fee on App Store users.[305] Finally, Professor Sundararajan offers no examples of sales channels on other operating systems that impose an access fee on users. In contrast, of the multiple sales channels for apps and in-app content available on Android and PC devices, none charge users an access fee.[306] In light of this evidence, there is no basis for Professor Sundararajan's claim that

---

[303]  Sundararajan Opening Report, ¶ 187.

[304]  APL-APPSTORE_10920956 at -051; APL-APPSTORE_10888104 at -277. This example is not meant to endorse the EU experience post-DMA as a likely model of the But-For world in the U.S. I mention this example simply to highlight that, in a recent scenario in which Apple adjusted its commission in response to increased competition, the pricing and strategy documents that I have reviewed evaluated no scenario in which users pay an access fee.

[305]  Apple executive Eddy Cue describes how Apple originally decided on the 30 percent commission rate for the App Store by examining other firms selling hard goods or software in similar markets. *See* Deposition of Eddy Cue, Senior Vice President of Services at Apple, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 8, 2021 ("Cue Deposition") at 135:8–25 ("Q. How was the 30 percent arrived at? A. Back when we started the App Store, we wanted to look at what the markets were for distributing software and what the commission rates were at those times. And so we looked at the industry that was out there selling mainly hard goods of software. There wasn't really any kind of App Store. Again, we were – something that was brand-new that was created by us, but there were other ways to distribute software before us. And so we looked at those models, and they all tended to be anywhere from 40 to 50 percent, plus there was some significant cost in returns and other things that wouldn't happen in our App Store. And so looking at the different market, we came up with 30 percent, which was a huge decrease to what everyone was paying at the time.") *See also, Id.* at 137:12–139:15 for additional discussion on the process to arrive at the 30 percent commission fee.

[306]  *See, e.g.,* Joe Hindy, "10 best third-party app stores for Android," *Android Authority*, March 10. 2025, https://www.androidauthority.com/best-app-stores-936652/ (listing Amazon Appstore, APKMirror, APKPure, APKUpdater, Aptoide, F-Droid, Uptodown, QooApp, Samsung Galaxy Store, and TapTap as free app stores and app repositories); "Download F-Droid (free) for Android, APK and Web App | Gizmodo," *Gizmodo*, https://gizmodo.com/download/f-droid ("F-Droid itself is also a free and open-source solution"); "What is Aptoide TV?" *Aptoide*, https://en.aptoide.com/company/faq/what-is-aptoide-tv ("Aptoide TV is a free alternative app store for Android smart TVs and set top boxes … and it is completely free to use"); Dinkar

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Apple would charge consumers for access to the App Store, even though it could theoretically do so.

131. Second, Professor Sundararajan contends that the App Store's commission rates reflect the cost of developing tools and technologies like software development toolkits and APIs which attract more developers to the App Store.[307] By contrast, Dr. Abrantes-Metz's analysis shows that the commission rates Apple collected are more than twice the competitive level, which would cover the cost of developing these tools and technologies.[308] Moreover, Dr. Abrantes-Metz demonstrates that the $99 annual fee charged to developers alone is sufficient to cover the variable cost of operating the App Store.[309]

132. In addition to this evidence, Dr. Jonathan Putnam analyzes the historical value of Apple's intellectual property related to the App Store and estimates the spending required to generate and maintain this value.[310] He demonstrates that Apple's likely research and development spending

---

Kamat, "Alternative app store by Amazon," *Amazon*, https://amazonappstore.en.softonic.com/android ("Amazon Appstore is a free utility app for mobile devices developed by Amazon. It's an alternative app store for Android users"); Adamya Sharma, "PSA: Starting today, you'll need a Samsung account to use the Galaxy Store," *Android Authority*, September 25, 2024, https://www.androidauthority.com/samsung-account-galaxy-store-access-3484730/ ("Starting September 25 [2024], users must create a Samsung account to access the Galaxy Store."); "How to create a Samsung account," *Samsung*, November 25, 2022, https://www.samsung.com/ph/support/mobile-devices/how-to-create-a-samsung-account/ ("Samsung Account is a free integrated membership service that enables you to use Samsung service on smartphones, tablets, websites, TVs, and other devices."); "Huawei AppGallery," *Huawei*, https://consumer.huawei.com/uk/campaign/appgallery-faq ("Huawei AppGallery is completely free to use"); "About GetJar App Store and App Marketplace," *GetJar*, https://www.getjar.com/about ("free access to a wide variety of apps and software programs, with direct, secure downloads for your device"); "SlideMe - CNET Download," *CNET*, https://download.cnet.com/developer/slideme/i-10064464/ ("SlideME Market: FREE. Discover and download applications directly to your Android device"). *See also*, Reply Report of Rosa M. Abrantes-Metz, PhD in Support of Plaintiff's Renewed Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, April 28, 2023, ¶ 33 ("In [the Windows PC games marketplace], I observe that developers pay commission rates while consumers are not charged by nor do they receive significant subsidy payments per transaction from the platform."). I again stress that this example is not meant to endorse Android as exemplary of the But-For world, but to highlight that Professor Sundararajan's suggestion of a user access fee on the App Store has no analogue in the real world.

[307] Sundararajan Opening Report, ¶ 188. In making such an argument, Professor Sundararajan exposes an inconsistency in his argumentation that he is either unaware of, or incapable of resolving: while he claims developers' pricing will be unaffected by the costs they incur—namely the high commission—he believes the pricing of Apple in general, and the App Store in particular, reflects costs. Especially relevant in this context is that the commission is more akin to a marginal cost than the cost of the development of tools to which much of his analysis seems to refer.

[308] *See* Stiglitz Opening Report, Section IV.B. *See also*, Abrantes-Metz 2025 Opening Report, Section IV.C.

[309] *See* Abrantes-Metz Rebuttal Report, ¶ 66.

[310] *See* Expert Report of Jonathan D, Putnam, *In re Apple iPhone Antitrust Litigation,* No. 4:11-cv-06714-YGR, June 13, 2025 ("Putnam Report"), Section 4.2.

---

related to the App Store is far less than supposed by Apple's experts.[311] Importantly, he determines that the commission rate required to pay for these investments is much less than the 30 percent rate Apple currently charges.[312] Dr. Putnam's analysis makes clear that Apple's supracompetitive commission cannot be justified by its investment in the App Store.

133. If Apple in fact designed its commission rates based on its investment in tools and technologies on the App Store, I would expect them to be set in consideration with the costs and benefits associated with these tools. However, the pricing documents that I have reviewed have not directly tied commissions to the Apple's cost of providing these tools.[313] For instance, pricing documents evaluating alternative commission structures in Europe following the DMA make no mention of the cost of developing, let alone providing these tools and technologies.[314]

134. Third, Professor Sundararajan further claims that, in the But-For world, Apple would invest less in these tools given its diminished ability to seek compensation, thereby reducing developer participation.[315] He provides no evidence for this assertion.[316] On the contrary, it is well-established in the academic literature that when monopoly power is constrained, firms are induced to exert greater efforts to compete, and increased investments in these dimensions might be one aspect of such competition.[317] Moreover, there is also a large literature suggesting that

---

[311]    *See* Putnam Report, Section 4.2.1.

[312]    *See* Putnam Report, ¶ 31. Dr. Putnam estimates that only 7.4 percent of the App Store's gross billings is necessary to cover Apple's R&D investments in the App Store.

[313]    *See, e.g*., APL-APPSTORE_11443766; APL-APPSTORE_11447988; APL-APPSTORE_11448208; APL-APPSTORE_11448609; Plaintiff Exhibit CX-0274; APL-APPSTORE_11474077; APL-APPSTORE_11470615; *see also*, APL-EG_00138494 (Philip Schiller suggests in order to remain competitive, "once we are making over $1B a year in profit from the App Store, is that enough to then think about a model where we ratchet down from 70/30 to 75/25 or even 80/20 if we can maintain a $1B a year run rate?") which demonstrates that Apple's costs are set according to their desired level of profit.

[314]    For example, following the DMA, Apple introduced the "Core Technology Fee" in the EU as part of its alternative commission structure. This fee is meant to compensate Apple for, among other components, the tools and technologies it makes available to developers. Importantly, internal pricing documents discussing the implementation of this fee do not put a number on how much these tools and technologies actually cost Apple to provide. *See, e.g.,* APL-APPSTORE_11474728; APL-APPSTORE_11477898; APL-APPSTORE_11477157; APL-APPSTORE_11471399; APL-APPSTORE_11470122; APL-APPSTORE_11469380.

[315]    Sundararajan Opening Report, ¶ 189.

[316]    As discussed in Section III.B, it is likely that Apple would invest even more in the App Store in the But-For world to improve the quality of apps available as well as offer an improved user experience on the App Store.

[317]    *See* Richard Gilbert, "Looking for Mr. Schumpeter: Where Are We in the Competition–Innovation Debate?" in *Innovation Policy and the Economy*, (The MIT Press, 2006), 159-215. This work provides a review of the

Continued on next page

monopolization itself reduces incentives for investments in research and development or other productivity enhancements.[318] His argument is inconsistent with not only the academic literature, but also Apple's internal pricing and strategy documents, which, as I have stated, make no explicit connection between the App Store's commission rate and research and development costs. Therefore, I find Professor Sundararajan's assertion that Apple would invest less in the App Store in the But-For world to be entirely speculative.

## VI.B. Professor Sundararajan Provides No Evidence that the Purported Procompetitive Effects Related to Reducing Transaction Costs Cannot Be Achieved But-For Apple's Challenged Conduct

135. Professor Sundararajan asserts that Apple's conduct promotes transactions between iOS app users and developers by reducing "search costs, cognitive and other costs related to transacting, and information asymmetry."[319] In support of this argument, Professor Sundararajan cites certain features of the App Store purportedly designed to reduce transaction costs for app users. Namely, he points to the ability to access content purchased from the App Store on multiple iOS devices, as well as improved user search as procompetitive effects that reduce transaction costs.[320] Below, I demonstrate that these features do not rely on Apple's exclusionary conduct, and in fact could be provided by Apple's rivals in the But-For world.[321]

---

literature on competition and innovation. Broadly, numerous theoretical and empirical studies find that competition tends to increase incentives to develop new or better products. *See also*, Matias Covarrubias, Germán Gutiérrez, and Thomas Philipon, "From Good to Bad Concentration? U.S. Industries over the past 30 years," *NBER Macroeconomics Annual* 34 (2019); Nicholas Bloom, Mirko Draca, and John Van Reenan, "Trade Induced Technical Change? The Impact of Chinese Imports on Innovation, IT and Productivity," *Review of Economic Studies* 83(1) (2016): 87–117.

[318] *See, e.g.*, Kenneth J. Arrow, "Economic Welfare and the Allocation of Resources for Invention," in *The Rate and Direction of Inventive Activity: Economic and Social Factors*, (Princeton University Press, 1962), 609-626; and Joseph E. Stiglitz and Bruce C. Greenwald, *Creating a Learning Society,* (New York: Columbia University Press, 2014). These works demonstrate that the return to research and development investments are related to the scale of output. However, the consequence of the higher prices associated with market power is that output is lower. Hence, innovation becomes less profitable in the presence of market power.

[319] Sundararajan Opening Report, ¶ 196.

[320] Sundararajan Opening Report, ¶¶ 196-198.

[321] I understand from Professor Kohno and Professor Martin that allowing for alternative distribution channels would not significantly compromise user privacy and security on iOS devices. *See* Martin Opening Report, Section V; Kohno Opening Report, Section VII; and Kohno Rebuttal Report, Section III.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

136. As described by Professor Sundararajan, users may access and port across their iOS devices past purchases of apps and in-app content on the App Store.[322] This functionality allows users who own multiple iOS devices—*e.g.*, an iPhone and iPad—to access the same content on each device without having to make multiple purchases. Similarly, users who purchase a new device—*e.g.*, by updating their iPhone to the latest model—can access their entire library of iOS apps and in-app content without having to make any additional purchases.[323] However, this functionality is not unique to the App Store. Numerous sale channels for non-iOS devices—including the Google Play Store, the Samsung Galaxy Store, Steam, and the Epic Games Store—allow users to access past purchases from multiple devices.[324] The availability of this functionality on other sales channels makes clear that there is no technological reason that Apple must be the sole

---

[322] Sundararajan Opening Report, ¶ 197 ("First, the challenged conduct reduces costs related to transacting, thereby encouraging consumer participation and transacting, by enabling consumers to access a repository of all their past purchases, which they can access and port across devices").

[323] Sundararajan Opening Report, ¶ 197. Additionally, Apple's Family Share feature allows users to share paid content with family members. *See* Stiglitz Opening Report, ¶ 182, citing to "Family Sharing," *Apple*, https://www.apple.com/family-sharing/ ("With Family Sharing, your Apple subscriptions are shared with your family members at no extra cost. That includes eligible subscriptions from the App Store, as well as eligible purchases of apps, media, and books when you enable Purchase Sharing.").

[324] *See* "Google Play Help: Reinstall & re-enable apps," *Google*, accessed June 5, 2025, https://support.google.com/googleplay/answer/113410?hl=en&co=GENIE.Platform%3DAndroid ("You can use apps that you bought on Google Play on any Android device without the need to pay again. Each device must be signed in to the same Google Account."); "Frequently asked questions about Samsung accounts," *Samsung*, accessed June 10, 2025, https://www.samsung.com/us/support/answer/ANS00089722/ ("Your Samsung account allows you to use all kinds of convenient services, such as the Galaxy Store, Samsung Pay, Bixby, and SmartThings Find. You can also sign into your account on multiple Galaxy devices…. With your Samsung account, you can use Samsung Galaxy apps in the Galaxy Store, Samsung Pay, Bixby, and Samsung's other main services."); "How to check my purchase history and update apps in the Galaxy Store," *Samsung*, April 13, 2023, https://www.samsung.com/ca/support/apps-services/how-to-check-my-purchase-history-and-update-apps-in-the-galaxy-store/ ("After logging in to Galaxy Store, you can check the apps you have purchased (installed) by tapping 'Menu' and then 'My apps.' From the Galaxy Store menu screen, you can also update your apps or check your purchase history (Receipts)."); "Steam Support: Steam Account Use," *Steam*, accessed June 5, 2025, https://help.steampowered.com/en/faqs/view/71EA-CDCE-FB5C-82B3 ("You may use your Steam account on any machine which can connect to the Steam network - Steam allows you to download and install any games registered to your account as soon as you log in."); "Will I retain my Fortnite purchases and progress across Xbox, PlayStation, PC, Switch, and Mobile platforms?" *Epic Games* accessed June 5, 2025, https://www.epicgames.com/help/en-US/c-Category_Fortnite/c-Fortnite_Accounts/will-i-retain-my-fortnite-purchases-and-progress-across-xbox-playstation-pc-switch-and-mobile-platforms-a000084721 ("As long as you've linked your Xbox, PlayStation, PC, Switch or Mobile account to your Epic Games account, any content you purchased (except V-Bucks) and progress you make is accessible across all platforms."); "How do I get my Fortnite, Fall Guys, or Rocket League progress to sync across all of my devices?" *Epic Games*, accessed June 5, 2025, https://www.epicgames.com/help/en-US/c-Category_EpicAccount/c-ConnectedAccounts/how-do-i-get-my-fortnite-fall-guys-or-rocket-league-progress-to-sync-across-all-of-my-devices-a000094355 ("To sync your progress across all of your devices, you need to have the platform account for each platform you play on linked to an active Epic Games account."). Note that, in some cases, apps may not be available across multiple devices due to hardware restrictions. For example, an app that requires a GPS may only be available to GPS-enabled devices.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

provider of this service on iOS devices.[325] Professor Sundararajan provides no evidence explaining why third-party app stores on iOS devices could not continue to provide this functionality in the But-For world and why Apple's exclusionary conduct is necessary to maintain access to digital content across multiple devices.

137.  Professor Sundararajan further argues that, by excluding rival sales channels, the App Store offers improved search capabilities that lower transaction costs.[326] In the absence of alternative app stores, Professor Sundararajan contends, users need to only learn Apple's search interface, thereby building expertise in Apple's search function while saving the time and effort they would otherwise spend learning how to navigate other app stores.[327] Simultaneously, Apple collects data on consumer searches, with which it forms personalized recommendations for each user. According to Professor Sundararajan, these recommendations will become less accurate in the But-For world, as searches on other app stores would not be visible to Apple.[328] However, as I elaborate below, this assessment of enhanced consumer search stemming from Apple's conduct is incomplete.

138.  First, Professor Sundararajan ignores the value of consumer choice. Consumers are in no way obligated to use rival sales channels in the But-For world. Accordingly, economic logic predicts that consumers will only incur the cost of learning to navigate and search a new sales channel if that channel also offers some compensating value. Said differently, consumers will only pick an alternative to the App Store if it provides, *e.g.*, lower prices for iOS apps and in-app content, digital content that is not available on the App Store, or improved ease-of-use, among other potential factors. Professor Sundararajan's analysis of transaction costs ignores the value that consumers derive from a wider set of choices.

---

[325]  Professor Martin and Professor Kohno also demonstrate that apps procured from other sales channels do not pose a significant security or privacy threat relative to the App Store. *See* Martin Opening Report, Section V; and Kohno Opening Report, Section VII. Accordingly, there is not a compelling security or privacy rationale for Apple to be the sole provider of this service.

[326]  Sundararajan Opening Report, ¶ 198 ("Second, the challenged conduct reduces search and cognitive costs for consumers by increasing the alignment of search results with what consumers want.").

[327]  Sundararajan Opening Report, ¶ 198.

[328]  Sundararajan Opening Report, ¶ 199.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

139. Second, Professor Sundararajan's analysis completely ignores the fact that competition could reduce transaction costs, and that Apple would have the incentive to further improve its search features and accessibility and lower transaction costs to preserve its market position in the But-For world. Indeed, I would expect that competition in the But-For world would put downward pressure on transaction costs for both the App Store and its rivals. Of course, perhaps the most important cost faced by a consumer wishing to make a purchase is price, and competition among stores will lower that cost from its current supracompetitive level.

140. Third, as discussed in my Opening Report, I expect that, absent Apple's exclusionary conduct, specialized app stores that focus on particular genres, *e.g.*, games, business and efficiency, or artistic and creative apps would emerge in the But-For world.[329] These specialized sales channels will further facilitate consumer search in the But-For world by catering to different types of consumers and their heterogeneous demands, thereby lowering transactions costs.

141. Finally, Professor Sundararajan's argument that the App Store may form better recommendations by analyzing each user's complete search and transaction history runs counter to his claims that the App Store protects consumer privacy. Professor Sundararajan asserts that consumers place a high value on privacy and that Apple undertakes numerous efforts to safeguard user privacy in its efforts to increase participation by fostering trust among App Store users.[330] However, I understand that Professor Martin has found that Apple's collection and analysis of search and transaction data on the App Store violates user privacy expectations.[331] In Professor Martin's opinion, Apple cannot claim to protect user privacy while simultaneously collecting, analyzing, and using detailed data on user search histories and purchases.[332] In other words, Apple frequently violates user privacy while claiming to safeguard it from developers.[333] Hence,

---

[329]    *See* Stiglitz Opening Report, Section IV.A.

[330]    *See* Sundararajan Opening Report, ¶¶ 149, 192, 202-203.

[331]    *See* Martin Opening Report, Section II.D; and Rebuttal Expert Report of Kirsten Martin, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025 ("Martin Rebuttal Report"), ¶ 35.

[332]    *See* Martin Opening Report, Section II.D.

[333]    Martin Opening Report, Section IV.C. Additionally, Professor Martin concludes that Apple's current privacy protections provide developers loopholes and even incentives to violate user privacy. *See* Martin Opening Report, Sections IV.A and IV.B; and Martin Rebuttal Report, Section IV.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Professor Sundararajan's claims of improved consumer recommendations stemming from Apple's anticompetitive conduct contradicts his claims of improved privacy.[334]

142. Professor Sundararajan provides no evidence that this abuse of privacy actually leads to higher levels of consumer satisfaction. In fact, Apple's recommendations may distort search outcomes. As described in my Opening Report, Apple's "Search Ads" system allows developers to pay to have their apps listed at the top of search results after a user searches for certain terms in the App Store.[335] Importantly, Apple is paid based on how many users click and/or download an app from a sponsored search result.[336] By listing sponsored search results first, the App Store makes it more likely that users will find the result that is more profitable for Apple, but not necessarily the search result that most closely aligns with the consumer's inquiry or interests. Similarly, Apple appears to promote its own apps in certain search results, even if such apps are less relevant to a search or less popular than alternatives created by a third-party developer.[337] By favoring its own apps, the App Store's search feature again presents results that are more profitable for Apple while not necessarily better for the consumer.

## VI.C. Professor Sundararajan Provides No Evidence that the Purported Procompetitive Effects Related to Information Asymmetry Cannot Be Achieved But-For Apple's Challenged Conduct

143. Professor Sundararajan claims that, by excluding rival sales channels on iOS devices, Apple can adopt practices aimed at "closing the gap between a consumer's perceptions and the actual privacy, security, reliability, and quality of all iOS apps and in-app digital content."[338] In support of this argument, he cites a number of features on the App Store purportedly designed to reduce

---

[334]  As discussed in my Opening Report, Professor Martin and Professor Kohno conclude that Apple's monopolization over the distribution of apps and in-app content is not necessary to safeguard user privacy and security. Accordingly, there is not a privacy or security rationale for Apple's conduct. *See* Stiglitz Opening Report, ¶¶ 78–79.

[335]  *See* Stiglitz Opening Report, Section II.C.2.

[336]  *See* Stiglitz Opening Report, Section II.C.2.

[337]  *See* Jack Nicas and Keith Collins, "How Apple's Apps Topped Rivals in the App Store it Controls," *The New York Times*, September 9, 2019, https://www.nytimes.com/interactive/2019/09/09/technology/apple-app-store-competition.html; and Tripp Mickle, "Apple Dominates App Store Search Results, Thwarting Competitors," *The Wall Street Journal*, July 23, 2019, https://www.wsj.com/articles/apple-dominates-app-store-search-results-thwarting-competitors-11563897221.

[338]  Sundararajan Opening Report, ¶ 201.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 75

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

information frictions, ultimately raising the quality of apps available on the App Store.[339] He further cites the App Review Process as another mechanism designed to enhance consumer trust by maintaining security and privacy on iOS apps.[340] However, as I elaborate below, these supposed benefits are speculative, and do not rely on Apple's anticompetitive conduct.

144. First, Professor Sundararajan ignores the fact that, in the But-For world, other sales channels would face the same incentives to reduce information frictions and assure quality (e.g. security and privacy) as the App Store. A sales channel that garners a reputation for offering content of questionable quality will attract fewer customers, holding all else constant (*e.g.*, commission rates). Therefore, rival sales channels will be forced to either lower their commission rates or improve the perceived quality of apps to compete with the App Store. Further, there are numerous examples of other industries in which firms (including retail stores) take actions to provide more reliable information to consumers, and more broadly, behave in ways which gain the trust of their customers to gain market share. For instance, grocery stores provide "organic," "all natural," or "fair-trade" labelling for consumers who are concerned about the health and sustainability of their food choices, and with competition, firms have an incentive to ensure that their labelling is accurate. Rivals or third-party evaluators have an incentive to investigate the accuracy of any such labelling. In the absence of effective competition, however, the incentive to "cheat" may be greater, with a firm claiming to have some virtue (such as security or privacy) to a greater extent than is in fact the case.

145. Second, I understand from Professor Kohno and Professor Martin that restricting distribution channels is not necessary to protect user security and privacy on the App Store. As described in their opening reports, Professor Kohno and Professor Martin both conclude that the App Store's current security and privacy practices could be replicated or even improved upon by rival sales channels.[341]

---

[339]   Sundararajan Opening Report, ¶ 202.

[340]   Sundararajan Opening Report, ¶¶ 203-205.

[341]   *See* Martin Opening Report, Section V; and Kohno Opening Report, ¶ 17. This opinion is affirmed in their Rebuttal Reports. *See* Martin Rebuttal Report, Sections IV and VI; and Rebuttal Expert Report of Tadayoshi Kohno, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025 ("Kohno Rebuttal Report"), Sections III and VI.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

146. Finally, economic logic indicates that both Apple and rival sales channels would be incentivized to invest further in security and privacy protections in the But-For world. As highlighted numerous times in Professor Sundararajan's report, consumers place a high value on security and privacy.[342] As such, a sales channel that earns a reputation for offering low-quality, malicious, or otherwise untrustworthy apps would, all else equal, attract less demand from consumers. This creates the incentive for these alternative sales channels to invest in privacy and security measures. In response, Apple would have to either lower its commission rates or further invest in security and privacy practices to maintain its market share. Therefore, competition would likely *incentivize* increased security and privacy protections on iOS devices.[343]

147. The same arguments apply equally to developers. While Professor Sundararajan argues that developers depend "on the store being a safe and trusted place where customers want to come and feel good about transacting," he provides little rationale for why Apple's conduct is necessary for the App Store to provide such assurances, and he takes no account of how competition among rival sale channels would, as I have explained, incentivize Apple and its rivals to encourage consumer participation, reduce transaction costs and search frictions, and mitigate information asymmetry.[344]

148. The only argument that Professor Sundararajan provides is that Apple might have greater incentives to do so than another rival store is that, "if an iOS device owner has a negative experience with an iOS app as a result of it not meeting their perceived security, privacy, reliability, or quality expectations, this experience can negatively affect the consumer's perception of not only the app developer and the value of the distribution channel, but also of the value of Apple's devices and brand."[345] The only supporting evidence Professor Sundararajan provides is a citation to Apple's CEO Tim Cook's trial testimony: "the developer depends *on the store* [italics added for emphasis] being a safe and trusted place where customers want to come

---

[342] *See, e.g.,* Sundararajan Opening Report, ¶¶ 149, 192, 203. This conclusion is reinforced by survey evidenced conducted by Professor Hoyer. *See* Hoyer Opening Report, Figures 7-10.

[343] It is also worth emphasizing that this opinion is echoed by Professor Martin, who demonstrated in both her Opening Report and Rebuttal Report that competition generally leads to better privacy outcomes. *See* Martin Opening Report, Section V.E; and Martin Rebuttal Report, Section VI.

[344] Sundararajan Opening Report, footnotes 422, 424, 440, and 466, citing to Trial Testimony of Tim Cook, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 21, 2021, 3885:1-11.

[345] Sundararajan Opening Report, ¶ 206.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

and feel good about transacting."[346] Notably, Cook points out that the developer looks to the *store,* not the device, for accountability.

149. The lack of persuasiveness of Professor Sundararajan's arguments can be assessed by putting them into the context of a more conventional retailer. Having only one store in a market would, indeed, reduce consumer search costs; the consumer needs to search, by definition, only one store. By investing in product testing and the provision of information, the monopolist could attract more customers. By gathering more information from consumers, the monopolist could, if it were in its interests, better tailor recommendations. But the interest of the monopolist is not in enhancing the well-being of the consumer. It is in maximizing its profits. Its pricing and investment strategies are designed to maximize its profits, not to maximize consumer welfare, no matter how elegant its rhetoric about serving consumers.

150. This is consequential. Yes, the monopolist will invest, for instance, in research and development and in reducing transaction costs. But the question is, will it invest as much as would be desirable? And in ways that are desirable? There is a broad consensus among economists that competition (sometimes combined with public regulation)—instead of leaving the matter to the discretion of a monopolist—is the best way to ensure desirable market outcomes. Apple's experts have nowhere provided a rationale for why it is more desirable in this particular instance to leave in place market and monopoly power than in many others in which these issues arise.

_____

Joseph E. Stiglitz
June 13, 2025

---

[346] Trial Testimony of Tim Cook, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 21, 2021, 3884:22–3885:11.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 78

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Appendix A**: CV

# Curriculum Vitae
# Joseph E. Stiglitz

**Address**

Kravis Hall, 5th Floor
Columbia Business School
665 West 130th St.
New York, NY 10027

Phone: (212) 854-0671
Email: jes322@columbia.edu

**Education**

B.A. Amherst College, 1964; Ph.D. in Economics, M.I.T., 1966

Fulbright Scholar, Cambridge University, 1965-1966

**Current Positions**

University Professor, Columbia University. Teaching at the Columbia Business School, Department of Economics, and the School of International and Public Affairs.

Founder and Co-President of the Initiative for Policy Dialogue (IPD)

Co-Chair, Independent Commission for the Reform of International Corporate Taxation (ICRICT)

Chief Economist of The Roosevelt Institute

Research Associate, National Bureau of Economic Research

**Previous Positions**

Co-Chair, Columbia University Committee on Global Thought, 2010-2013; Chair, 2006-2010

Chair, Commission of Experts on Reforms of the International Monetary and Financial System, appointed by the President of the General Assembly of the United Nations, 2009

Chair, International Commission on the Measurement of Economic Performance and Social Progress, appointed by President Sarkozy, 2008-2009

Chair of the Management Board, Brooks World Poverty Institute, University of Manchester, 2006-

Professor of Economics and Senior Fellow, Hoover Institution, Stanford University, 1988–2001; professor emeritus, 2001

Stern Visiting Professor, Columbia University, 2000

Senior Fellow, Brookings Institution, 2000

1

**Senior Vice President and Chief Economist, World Bank, 1997–2000**

**Chairman, Council of Economic Advisers (Member of Cabinet), 1995–1997**

Member, Council of Economic Advisers, 1993–1995

Senior Fellow, Institute for Policy Reform

Professor of Economics, Princeton University, 1979–1988

Oskar Morgenstern Distinguished Fellow and Visiting Professor, Institute for Advanced Studies and Mathematica, 1978-1979

Drummond Professor of Political Economy, Oxford University, 1976-1979

Professor of Economics, Stanford University, 1974-1976

Visiting Fellow, St. Catherine's College, Oxford, 1973-1974

Professor of Economics, Cowles Foundation and Department of Economics, Yale University, 1970-1974

Senior Research Fellow, Social Science Division, Institute for Development Studies, University College, Nairobi (under Rockefeller Foundation Grant), 1969-1971

Associate Professor, Cowles Foundation, 1968-1970

Assistant Professor, Cowles Foundation, 1967-1968

Visiting Professor, Department of Economics, University of Canterbury, Christchurch, New Zealand, June-August, 1967

Tapp Research Fellow, Gonville and Caius College, Cambridge, 1966-1970

Assistant Professor of Economics, M.I.T., 1966-1967

**Honorary doctorates**

D.H.L., Amherst College, 1974

University of Leuven, 1996

Ben Gurion University, 1997

Academia de Studii Economice, Bucharest, December 1999

University of Namur, March 2000

Technical University, Lisbon, June 2000

Northwestern University, Doctor of Laws, June 2000

New School University, February 2001

Bard College, May 2001

University of Toronto, June 2001

Charles University, Prague, June 2001

Glasgow University, July 2001

University of Buenos Aires, November 2001

University of Andes, October 2001

Sofia State University "Saint Clement Ohridski," Bulgaria, 2002

Wirtschafts Universitat, Vienna, January 2002

University of Macau, March 2002

Pomona College, May 2002

Université catholique de Louvain la Neuve Belgium, February 2003

Doshisha University, April 2003

University of Barcelona, May 2003

Azerbaijan State Economic University, 2003

Waseda University, April 2004

Georgetown University, May, 2004

Indiana University, May 2004

Pace University, May, 2004

University of Oxford, June 2004

University of Bergamo, Italy, July 2004

Université d'Antananarivo, Madagascar, August 2004

Drexel University, June 2005

Universidad de La Plata, August 2005

Durham University, September 2005

Lingnan University, Hong Kong, December 2005

University of the Basque Country, May 2006

Università degli Studi di Genova, May 2006

Universidad Mayor de San Andrés, Bolivia, May 2006

Renmin University, China, March 2007

University of Venice, Italy, May 2008

University of Liège, Belgium, May 2008

University of Manchester, UK, October 2008

Luiss Guido Carli University, Rome, February 2010

University of Hyderabad, India, January 2013

University of Córdoba, Argentina, August 2012

University of Hyderabad, India, January 2013

Cambridge University, United Kingdom, June 2013

Université Paris-Dauphine, France, June 2013

Harvard University, May 2014

Arizona State University, May 2014

HEC Paris, January 2015

University of Split, May 2015

University of the Republic of Uruguay, December 2015

3

Chinese University of Hong Kong (CUHK), May 2016

Sant'Anna School of Advanced Studies, University in Pisa, Italy, May 2017

Università Politecnica delle Marche, Ancona, Italy, November 2017

University of Costa Rica, San Jose, April 2018

BI Norwegian Business School, Oslo, May 2018

École Normale Supérieure de Lyon, Lyon, November 2019

Politecnico di Torino, Turin, November 2019

Sciences Po, Paris, November 2019

National and Kapodistrian University of Athens, October 2024

Babeș-Bolyai University, Cluj, Romania, May 2025

**Fellowships and Honors**

National Science Foundation Fellowship, 1964–1965

Fulbright Fellowship, 1965-1966

Social Science Research Council Faculty Fellowship, 1969-1970

Guggenheim Fellowship, 1969-1970

Fellow of the Econometric Society, 1972

**John Bates Clark Award, American Economic Association, 1979**

Fellow, American Academy of Arts and Sciences, 1983

Fellow, National Academy of Science, 1988

International Prize of the Academia Lincei, 1988

UAP Scientific Prize, Paris, France, 1989

Corresponding Fellow of the British Academy, 1993

Rechtenwald Prize, Germany, 1998

Fellow, American Philosophical Society, 1998

**Nobel Prize in Economics, 2001**

Honorary Fellow, Gonville and Caius College, University of Cambridge, 2001

Distinguished Leadership in Government award, Columbia Business School, 2002

Le Prix Europeén du Livre d'Économie, Special Mention for *Globalization and its Discontents*, November 2002

Honorary Professor, Al Farabi Kazakh National University, November 2003

Honorary Fellow, St. Catherine's College, Oxford, 2003

Order of the Gran Cruz con Placa de Oro, Republica de Colombia, 2003

Le Prix Européen du Livre d'Économie, First Prize, for *Roaring Nineties*, Paris, 2003

Bruno Kreisky Prize for Political Books, Vienna, 2003

Ordinary Academician, Pontifical Academy of Social Sciences, May 2003

4

John Kenneth Galbraith Award, American Agricultural Economics Association, August 2004

Serbian Scientific Society, December 2005

Honorary Professorship, Wuhan University, Hubei Province, China, March 2006

Changjiang Scholar, China Center for Economic Research, Peking University, China, March 2006

La Medalla de la Orden Nacional "Al Mérito," Ecuador, July 2006

National Center for Law and Economic Justice Benefit Award, May 2006

Honorary Fellowship, Fitzwilliam College, May 2006

Honorary Professorship, Guizhou University, China, March 2007

Honorary Professorship, Yunnan University, China, March 2007

Honorary Professorship, Central University of Finance and Economics, Beijing, China, March 2007

Honorary Dean, Hanqing School, Renmin University, Beijing, March 2007

Le Prix Manpower for *Making Globalization Work*, October 2007

Honorary Professor, Universidad de San Martin De Porres, Lima, Peru, December 2007

Honorary Professor, Universidad Nacional de San Antonio Abad del Cusco, Peru, December 2007

Lead author and member of the Steering Committee, Working Party 3, of the 1995 (Second Assessment) Report of the Intergovernmental Panel on Climate Change, which shared the **2007 Nobel Peace Prize**

John F. Kennedy Memorial Fellowship, Fulbright New Zealand, March 2008

Honorary Professorship, Tsinghua University, Beijing, China, March 2008

International Labour Organization, Decent Work Research Prize, June 2008

The Royal Society, Foreign Member, May 2009

Gerald Loeb Award, Commentary category, June 2010. (Among the highest honors in journalism, the Loeb Awards recognize the work of journalists whose contributions illuminate the world of business, finance and the economy for readers and viewers around the world.)

Inaugural Rodney Wylie Eminent Visiting Fellow, University of Queensland, July 2010

Francis Perkins Working People's Award, 2010 presented by the Fiscal Policy Institute, October 7, 2010, for recognizing the importance of sound economic analysis to the well-being of working people everywhere; for groundbreaking work on the circumstances under which government can improve market performance; and for vital contributions to public policy at the international, national, and state levels.

The Karel Englis Honorary Medal for Merit in the Social and Economic Sciences, awarded by the Academy of Sciences of the Czech Republic, 2010

100 Years of American Economic Review: The Top 20 Articles, February 2011, for "Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American*

5

*Economic Review*, 67(3), June 1977, pp. 297-308 and "On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408

2011 100 Most Influential People in the World List, Time Magazine, "TIME 100", April 2011

Legion of Honor, rank of Officier, France, February 2012

Economic Theory Fellow, Society for the Advancement of Economic Theory, July 2012

Corresponding Academic, Royal Academy of Economic Sciences and Finance, Spain, September, 2012

Global Economy Prize, Kiel Institute, Germany, June 2013

Robert F. Kennedy Book Award, for *The Price of Inequality*, September 2013

Honorary Patronage of the Society, University Philosophical Society of Trinity College, Dublin, November 2013

Daniel Patrick Moynihan Prize, May 2014

Member, the American Academy of Political and Social Science, 2014

Jean-Jacques Laffont Prize, June 2014

Selected in Economic Journal's 125th Anniversary Issue as a seminal article, March 2015, for "A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578

George S. Eccles Prize for Excellence in Economic Writing, for Creating a Learning Society, Columbia Business School, May 2015

2015 POLITICO 50 List (a "guide to the thinkers, doers and visionaries transforming American politics in 2015"), POLITICO Magazine, September 10, 2015

Columbia University Press, Distinguished Book Prize, for Creating a Learning Society, September 2016

Bloomberg 50 Most Influential People in the World of Finance, September 2016

Progress Medal for Scholarship and Leadership on Fairness and Well-being, Society for Progress, September 2016

National Association of Business Economics (NABE) Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy, March 2017

Estoril Global Issues Distinguished Book Prize, for *The Euro*, May 2017

Sigillum Magnum, University of Bologna, November 2017

Donald Gordon STIAS Fellow, Stellenbosch Institute for Advanced Study, November 2017

Sydney Peace Prize 2018, Sydney Peace Foundation, University of Sydney, November 2017

Schumpeter-Haberler Distinguished Fellow, International Economic Association, May 2018

*The Euro* listed on 8 Best Books on European Politics, The Independent, June 27, 2018

6

Anthony Atkinson Equality Prize, Observatoire Québécois des Inégalités, Blue Metropolis, April 2019

Open Society Prize, Central European University, June 2019

*People, Power, and Profits* named one of the best books of the year for rethinking capitalism. Business Insider, Dec. 1, 2019

Thomas Kettle Award, University College Dublin Economics Society, April 15, 2020

Frances Perkins Center Intelligence and Courage Award, February 23, 2023

The XXXV Catalonia International Prize, May 11, 2023

Doctor Honoris Causa of the Department of Economics, National and Kapodistrian University of Athens, October 15, 2024

Honorary Professor, Nankai University, March 2025

**International Positions, Boards, etc. (selected)**

Chairman, Economic Policy Committee, OECD. 1993-1995

U.S./Israel Joint Economic Decision Group (JEDG), 1993-1996

Member, Mid-east Economic Peace Forum, Amman, 1995

Chair, U. S. Delegation, OECD Ministerial, 1996

Member, U.S. Delegation, G-7 Jobs Summit, France, 1996

Chair, U.S. Delegation, G-7 and Developing Country Telecommunications Conference, South Africa, 1996

Member of the Board, Resources for the Future, 1997-2016

Intergovernmental Panel on Climate Change (Steering Committee, Working Party 3, second assessment, a Lead Author of 1995 Report)

World Bank, Chief Economist's Council of Economic Advisers, 2000-

Member, International Advisory Board, Renault-Nissan, 2000-2004

Member of the Board of Trustees, Amherst College, 2000-2012

Trustee, Folger Library, Washington, 2000-2005

Foreign Member, Russian Academy of Sciences, elected in 2003

ILO World Commission on the Social Dimensions of Globalization, 2003

Member, Board of Governors, Levy Economics Institute of Bard College, 2003-2022

High Level Panel of the African Development Bank, 2006-2007

Member, Barcelona Graduate School of Economics Advisory Scientific Council, 2007-2019

Past President, Eastern Economics Association, 2008

Member, International Advisory Board, Docomo, 2008-2011

Member, Prime Minister's Advisory Committee of Progressive Intellectuals, Spain, 2008-2011

Board Member, Acumen Fund, 2008-2017

7

Chair, SI Commission on Global Financial Issues, 2009

Member, Economic Advisory Panel of the South African Minister of Economic Development, 2010

Board Member, Alliance for Climate Protection, 2011–

Member, International Advisory Board, Statoil, 2011-

President, International Economics Association, 2011-2014; Committee Member, 2014-

Member, Fiscal Commission Working Group, Scotland, 2012-2014

Member of French Government's Independent Council for Growth and Full-Employment, 2014-

Member, Economic Advisory Board, Brennan Center for Justice, 2015-

Commissioner, World Health Organization's High-Level Commission on Health Employment and Economic Growth, 2016

Member, International Advisory Board, Japan International Cooperation Agency (JICA), 2016-2023

Member, High-level Commission on Carbon Prices, 2016-

Center for a New Economy's Growth Commission for Puerto Rico, 2016-

Member, International Advisory Board, China Finance 40 Forum, 2016-

Co-Chair, Institute for New Economic Thinking (INET) Global Economic Transformation Commission, 2017-

Member, Information and Democracy Commission, Reporters Without Borders, 2018-

Member, International Advisory Committee, Bund Summit, China Finance 40 Forum, 2020

Member, Executive Advisory Board, World.Minds, 2020-

Member, Regenerative Crisis Response Committee, 2020-

Member, Commission on Reimagining Our Economy, American Academy of Arts and Sciences, 2020-

Chair, Scientific Advisory Board of the Center of Competence for Sustainable Finance at University of Zurich, 2021-

Member, United Nations High-Level Advisory Board on Economic and Social Affairs 2021-

Member, Advisory Board, Rank the Vote, 2021-

Member, Commission on American Political Economy and the Common Good, American Academy of Arts & Sciences, 2021-

Member, High-Level Advisory Panel of the African Financial Stability Mechanism (AFSM), African Development Bank, 2022-

Member, High-Level Advisory Group for the President of the Democratic Republic of Congo, 2022-

Commissioner, London School of Economics' Global Economic Governance Commission, 2022-

8

Member, Advisory Board, Center for Political Economy, 2022-

Member, Board of Advisors, Levy Economics Institute of Bard College, 2022-

Co-Chair, Advisory Board, Human Development Report, UN Development Programme, 2023

Member, Second Academic Committee, Society for the Analysis of Government and Economics (SAGE), May 2023-April 2026

Member, Advisory Committee, The Next Bretton Woods Group, Peterson Institute for International Economics, 2023-

Co-Chair of the Global Council on Inequality, AIDS and Pandemics, UNAIDS, 2023-

Member, steering committee, Research and Policy Network (RPN) on Artificial Intelligence, CEPR, 2024-

Member, International Commission of Experts on Financing for Development, 2024-2025

Member, High-Level Expert Group on Beyond GDP (UN) 2025-

Chair of the Research Institute for Development, Growth and Economics (RIDGE) Montevideo, Uruguay, 2014-

International Advisory Board, Korea Financial Services Commission

World Bank Delegate, G-22

Head, U.S. Delegations to India, China, Russia,

Ukraine International Advisory Board, Korea Financial Services Commission

Member, Executive Supervisory Committee, CERGE-EI, Prague

Executive Board, Economic Research Forum, Cairo

Honorary Member, Board of Directors, Center for Global Development

Member, CFTC-SEC Advisory Committee on Emerging Regulatory Issues

Member, External Advisory Board, Institute for Global Engagement, University of Houston

**Consulting (selected)**

Ford Foundation Energy Policy Study, 1973

Department of Labor (Pensions and Labor Turnover), 1974

Department of Interior (Offshore Oil Leasing Programs), 1975

Federal Energy Administration (Intertemporal Biases in Market Allocation of Natural Resources), 1975-1976

World Bank

O.E.C.D.

Electrical Power Research Institute

Office of Fair Trading (U.K.) Consumer Protection Legislation

Bell Communications Research

Bell Labs

U.S. State Department - AID

Inter-American Development Bank

State of Louisiana (Attorney General)

State of Texas (Attorney General and Governor's Office)

Office of Tax Analysis, U.S. Treasury

Oxford University, The Smith School, 2022

Federal Reserve Board

Office of Technology Assessment

State of Alaska

Seneca Indian Nation

Micronomics

Department of Justice

Senior Advisor, Sebago Associates

New York State, Attorney General's Office

States of California, Washington, and others on Banking Competition

**Selected Invited Lectures**

Far Eastern Meetings of the Econometric Society, Tokyo, 1970

Association of University Teachers of Economics, Warwick, 1974

Westfalich Academy of Science

Fifth Annual Lecture of the Geneva Association, delivered at Zurich, March 1983

David Kindall Lecture, University of Illinois, 1985

Frank W. Paish Lecture, Association of University Teachers of Economics, Bath, United Kingdom, 1985

Journal of Money, Banking and Credit Lecture, Western Economic Association, Las Vegas, 1985

Invited Plenary Session Lecture, Meetings of the Sociedade Brasileira de Econometria, Belem, Brazil, December 1986

Upjohn Lecture, Western Michigan University, 1986

Johansen Lectures, Oslo, 1986

Frontiers of Economics Lecture, World Bank, 1986

Harry Lyman Hooker Distinguished Visiting Professors Series, McMaster University, 1986

Shepherd Lecture, State University of Iowa, 1986

Shell Lecture, City University, London, 1986

Rand Chair Distinguished Speaker Series, SUNY-Buffalo, 1987

Fisher-Schultz Lecture, European Meetings, Econometric Society, Copenhagen, 1987

10

Jacob Marschak Lecture, Far Eastern Meetings, Econometric Society, Tokyo, 1987

Invited Plenary Lecture, American Accounting Association, Cincinnati, 1987

Central Bank of Uruguay, Annual Conference for South American Economists, 1988

Argentina Economic Association, 1988

NÖG Lecture, Austrian Economic Association, 1988

John Crawford Lecture, Economic Congress of Australia (Joint Meeting of Economic Society, The Econometric Society, The Australian Agricultural Society and The Economic History Society of Australia and New Zealand, Canberra), 1988

Stevenson Lectureship, University of Glasgow, Scotland, December 1988

Plenary Session Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989

Musgrave Lecture, University of California, Santa Cruz, March 1990

AT&T Lecture Series, Notre Dame University, April 1990

Wicksell Lectures, University of Stockholm, May 1990

Institute of Public Administration Annual Conference, Dublin, December 1990

IPR-IRIS Conference, Prague, March 1991

Caffee Lecture on Reformulation of Monetary Theory, Rome, April 1991

Lindhal Lectures on Fiscal and Monetary Policy, Uppsala, Sweden, April 1991

Irish Economic Association Annual Conference, Keynote Lecture, Dublin, May 1991

Federal Reserve Bank of Cleveland, May 1991

Villa Mondrage International Economic Seminar, Rome, June 1991

Far Eastern Meeting of the Econometric Society, Seoul, June 1991

Korea Development Institute, Seoul, June 1991

National Association of Business Economists, Los Angeles, September 1991

Marshall Lecture, European Economic Association Annual Meeting, Cambridge, UK, September 1991

NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991

NBER Taxation Program, Cambridge, MA, October 1991

Institute for Policy Reform 1991 AID Economists' Conference, Raleigh-Durham, November 1991

United Nations Conference on Trade and Development, Geneva, December, 1991

CEPR Conference on Finance and Development in Europe, Santiago, Spain, December 1991

Schumpeter Lecture, Kyoto, 1992

Marshall Lecture, Cambridge, 1996

Wider Lecture, Helsinki, 1997

11

EIB Lecture, Florence, 1997

Indian Development Bank 50th Jubilee Lecture, 1998

Prebisch Lecture, Geneva (UNCTAD), 1998

Annual Lecture, Government Economists Association, Chicago, 1998

University of Pittsburgh McKay Lecture, 1998

Institute of International Finance, Cordoba, Argentina, 1998

American Economic Association, Distinguished Lecture on Economics in Government, 1998

Bangladesh Economic Association, 1999

National Economic Research Institute Jubilee Lecture, 1999

Mattioli Lectures, Milan, 1999

Schwartz Lecture, Northwestern, 1999

McKenzie Lecture, Rochester, 1999

Nobel Symposium in Economics: The Economics of Transition, Saltsjöbaden, Sweden, 1999

Oxford Amnesty Lecture, 1999

Bruno Lecture, Beunos Aires, 1999

Papandreou Lecture, Athens, 1999-2000

Center for Contemporary Arab Studies, Georgetown University, 2000

Calouste Gulbenkian Foundation, Lisbon, 2000

Money, Macro and Finance Research Group Millennium Conference, London, 2000

HKEA First Biennial Conference, Hong Kong, 2000

Fifteenth Annual Henry George Lecture, University of Scranton, 2000

(Keynote speaker, invited lecture, at national or regional economic meetings in Bogota, Montivedeo, Colombo, Manila, Seoul, Tokyo, Bangkok, Marrakech, Cairo, Kampala, Nairobi, Dacca, Kuala Lampur, San Salvador, San Jose (Costa Rica))

Goldman Lecture in Economics, Wellesley University, 2001

Arthur M. Okun Lecture Series, Yale University, 2001

Global Employment Forum, International Labor Office, Geneva, 2001

Fourteenth Annual Emile Grunberg Lecture Series, The University of Akron, 2001

Sixth International Congress, Centro Latinoamericano de Administración para el Desarrollo, 2002

Austrian Federal Ministry for Economic Affairs and Labour discussion forum, Vienna, January 2002

Miliband Lecture, London School of Economics, 2002

Keynote address, New School Graduate Program in International Affairs, "Economic Management and Political Collapse in Argentina" conference, April 2002

National Economic Council, Caracas, 2002

World Knowledge Forum, Seoul, 2002

Cercle de Economistes, Aix en Provence, 2002

Okigbo Memorial Lecture Series, inaugural edition, Enugu, Nigeria, 2002

Brazilian Economic and Social Development Bank fiftieth anniversary seminar, Rio de Janeiro, 2002

Second Prebisch Lecture, Economic Commission for Latin America and the Caribbean, Santiago, Chile, 2002

El Consejo de Economía Nacional conference, Caracas, 2002

Twentieth anniversary of Economics Faculty at the University of Urbino, Italy, 2003

Asian Development Bank Distinguished Speakers Program, Manila, 2003

Clarendon Lecture, Oxford University, 2003

Korean Development Institute, 2003

The Fourth Annual JAMA Lecture, The Elliott School of International Affairs, George Washington University, March 2003

Columbia Business School Distinguished Lecture Series, 2003

Conferencia Internacional Bogotá, 2003

Aaron Wildavsky Forum for Public Policy, Berkeley University, 2004

Second Gunnar Myrdal Lecture, United Nations Economic Commission for Europe, Geneva, 2004

Tanner Lecture, Oxford University, 2004

Keynote Address, Conference on Financial Disintermediation, The Bank Indonesia and Asian Development Bank, Denpasar, Bali, December 2004

Keynote Address, Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization, Seoul, 2004

Keynote Lecture, Seventh National Conference on Economics, A Coruña, Spain, 2005

Nobel Lecture series, Chinese University of Hong Kong, March 2005

Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 2005

Distinguished Lecture in Economics and Public Policy, Clare College, 2006

Yates Lecture, The Murphy Institute, Tulane University, New Orleans, 2006

Jacques de Larosiere Lecture, European Bank for Reconstruction and Development, London, 2006

Takata Yasuma Memorial Lecture, Kyoto University, 2006

Geary Lecture, Economic and Social Research Institute, Dublin, 2006

Keynote Address, University of San Francisco Law School Symposium on Regulatory Federalism, 2006

Fourth Annual KC Basu Lecture, National University of Juridical Science, Calcutta, 2007

13

Keynote Address, Conference on "Welfare State in the International Economy" University of Texas at Austin, 2007

Annual Frey Lecture on International Property, Duke University, 2007

China Development Forum, 2006-2017

Howard University Omicron Delta Epsilon Economic Honors Society Dinner, 2007

Grotius Lecture, 101st Annual Meeting of the American Society for International Law, Washington, DC, 2007

Khazanah National Bank Global Lectures, Kuala Lumpur, Malaysia, 2007

Waseda University 125th Anniversary Celebration, Tokyo, 2007

Foundation Day Lecture, University of Manchester, UK, 2008

Kenneth Arrow Lecture, Columbia University, New York, 2008

Tenth Annual D.T. Lakdawala Memorial Lecture, New Delhi, 2008

Eminent Speakers Series, African Development Bank, Tunis, 2010

Daniel Patrick Moynihan Lecture, Washington, D.C., 2014

HEC Honorary Degree conferral presentation, Paris, 2015

Adana Young Businessmen Association Lecture, Turkey, 2015

WEF Latin America Lecture and Panel, Colombia, 2015

Royal Geographical Society Lecture, London, 2015

Our Common Future under Climate Change Conference, UNESCO, Lecture, Paris, 2015

UN Conference on Financing for Development, Ethiopia, 2015

Jackson Hole Summit Lecture, 2015

Clinton Global Initiative Annual Meeting, New York, 2015

World Bank/IMF Annual and Spring Meetings, Alternative Forum, Lima, 2015

The Center for Public Policy Debate Lecture, Sao Paolo, 2015

4th BRICS International Competition Conference Lecture, South Africa, 2015

Keynote Speaker, UNIDO General Conference, Vienna, 2015

Calouste Gulbenkian Foundation Lecture, Lisbon, 2015

Research Institute for Development, Growth, and Economics Forum Lecture, Buenos Aires, 2015

University of Zurich Lecture, 2016

World Economic Forum Lecture and Panel, Switzerland, 2016

Bank of Japan, Shinzo Abe, and Taro Aso Lecture, Toyko, 2016

Keynote speaker, The University of Ottawa, 2016

High Level Leadership Seminar Lecture, Namibia, 2016

The Chinese University of Hong Kong Lecture, Hong Kong, 2016

Council on Foreign Relations, New York, City, 2016

Advanced Graduate Workshop on Poverty, Development and Globalization Lecture, India, 2016

Annual Meeting of the African Export-Import Bank Lecture, Seychelles, 2016

Keynote speaker, The Biennial Cooperative Economy, Italy, 2016

Keynote speaker, International Summit of Cooperatives, Quebec City, 2016

Keynote speaker, Princeton University's Griswold Center for Economic Policy Studies Conference on Inequality, 2016

Presentation at the European Parliament to present "Overcoming the Shadow Economy," a report on reforming tax secrecy havens with Mark Pieth, published in Friedrich Ebert Stiftung International Policy Analysis Paper, with participation of half of the members of the Parliament, 2016

University of Havana and ANEC (The Cuban Society of Marketing of the National Association of Economists and Accountants of Cuba) Lecture, Cuba, 2016

Annual Meeting of the American Economic Association, Chicago, 2017

World Economic Forum Lectures, Davos, January 2017.

National Association of Business Economics (NABE) Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy Lecture, March 2017

Japan Ministry of the Environment Japan (MOEJ) Vision Committee lecture, Tokyo, March 2017

International Economic Association (IEA) World Congress, Opening Plenary Lecture, Mexico City, June 20, 2017

American Sociological Association (ASA) Annual Meeting Lecture, Montréal, Canada, August 12, 2017

Bank of England Conference, Lecture, October 4, 2017

African Export-Import Bank Conference, Memorial for Babacar Ndiaye, Washington, DC, October 15, 2017

STIAS Lecture Series, Stellenbosch Institute for Advanced Study, South Africa, November 14, 2017

Growth Summit hosted by the Bureau for Economic Research, Economic Research Southern Africa and the Research Project on Employment, Income Distribution and Inclusive Growth, Cape Town, South Africa, November 15, 2017

Hill Briefing: Trade, Legal Experts across the Political Spectrum Agree ISDS Must Be Eliminated from NAFTA, Washington, DC, December 5, 2017

Fragility of Truth, Nobel Week Dialogue, Gothenburg, Sweden, December 9, 2017

AI, Worker-Replacing Technological Change and Income Distribution, 13th Annual Conference on Economic Growth and Development (ISI), New Delhi, India, December 18, 2017

Trump and Globalization; Making Trade Globalization Inclusive; Unemployment, Welfare and Innovation, American Economic Association Annual Meeting, Philadelphia, January 5-7, 2018

Beyond the Paradise Papers; Towards a Better Capitalism, World Economic Forum Annual Meeting 2018, Davos-Klosters, Switzerland, January 23, 2018

Improving the Distribution of Wealth: Lecture in Memory of Anthony Atkinson, London School of Economics and Political Science, February 16, 2018

Keynote for Kerner Fiftieth Forum, February 27, 2018, Washington, DC.

Capitalism, Inequality & Globalization, Cornelson Lecture at Davidson College, Charlotte, North Carolina, March 16, 2018

High Quality Development: Shifting the Focus from Quantity to Quality; Reform: How Did China Succeed?, China Development Forum (CDF), Beijing, China, March 24, 2018

The Macroeconomics of AI, IMF/INET Conference, Washington, DC, April 6, 2018

Capitalism, Social Justice and Globalization, Anne and Bernard Spitzer Lecture in International Relations at City College, New York, NY, April 16, 2018

Cooperatives and the Social Economy:  Key Elements for Economic Balance and The Future and Challenges of Economic Development in Costa Rica and the Region, University of Costa Rica, San Jose, April 26, 2018

From Manufacturing Led Export Growth to a 21st Century Inclusive Growth Strategy for Tanzania; Balancing market, state and community; The Stockholm Statement: New Strategies for Inclusive Development for a Resource Based Economy; Dar es Salaam, Tanzania, April 30 – May 3, 2018

Development, inequality and demagogy in the 21st century, Provincial Council of Gipuzkoa and the Basque Economists Association, San Sebastian, Spain, May 17, 2018

Capitalism, Inequality and Globalization, Public University of Navarre, Pamplona, Spain, May 21, 2018

The Fragility of Truth: Disinformation and Democracy in the Digital Age, Twitter Conference, Granada, Spain, June 14, 2018

Development, Inequality and Demagogy in the 21st Century, Carey Nobel Laureate in Economics Lecture, Colorado Springs, Colorado, August 30, 2018

From Manufacturing Led Export Growth to a 21st Century Inclusive Growth Strategy: Explaining the Demise of a Successful Growth Model and What to Do About It, UNU Wider Conference, Helsinki, Finland, September 15th, 2018

Keynote speech at the University of Utah's The Great Polarization: Economics, Institutions and Policies in the Age of Inequality, Salt Lake City, Utah, September 27, 2018

Multilateralism and Development, G-24 Ministers and Governors Meeting, Bali, Indonesia, October 11, 2018

Sydney Peace Prize, Acceptance Speech, November 15, 2018

Digital Technologies and New Thinking about Inclusive Development, the World Bank Group, Washington, D.C., February 25, 2019

The Development Research Center of the State Council, Beijing, China, March 22, 2019

16

Anthony Atkinson Prize, Acceptance Speech, Montreal, Canada, April 29, 2019

European Trade Union Confederation conference lecture, Vienna, Austria, May 22, 2019

Keynote speech at pre-event for the 7th Tokyo International Conference on African Development, Tokyo, Japan, August 27, 2019

Honorary Doctorate Acceptance Speech, Politecnico di Torino, Turin, Italy, November 7, 2019

Honorary Doctorate Acceptance Speech, École Normale Supérieure de Lyon, Lyon, France, November 5, 2019

Climate Change and Risk, public lecture at the University of Zurich, Switzerland, January 16, 2020

Online talk on the U.S. response to COVID-19 for the Bendheim Center for Finance, Princeton University, April 27, 2020

Online speech on GDP and measuring what counts for Bertelsmann Stiftung, Germany, June 22, 2020

Online speech on trust in multilateralism, Victoria Forum, July 23, 2020

Online masterclass for the Open Diplomacy Institute, France, September 29, 2020

Online keynote for the 14th AFD International Research Conference on Development, Agence Française de Développement, November 9, 2020

Online Schumpeter Innovation in Enterprise Lecture, SME Assembly 2020, November 16, 2020

Keynote in celebration of the 800th anniversary of the Università di Padova, May 20, 2022

Goldsmith Plenary Lecture, Australia National University, July 19, 2022

Public lecture at Central European University, Vienna, Austria, on freedom and coercion, September 28, 2022

Sanjaya Lall Memorial Fund Lecture, University of Oxford, May 3, 2023

Inaugural Joseph E. Stiglitz Lecture on Inequality and the Good Society, Keough School of Global Affairs, University of Notre Dame, April 15, 2024

**Editing**

Co-editor, *Journal of Globalization and Development*

*Previous editing positions*

Founding Editor, *Journal of Economic Perspectives*, 1986-93

Editorial Board, *World Bank Economic Review*

Associate Editor, *Review of Economic Design*

Board of Consulting Editors, *Economic Notes* (Monte dei Paschi Di Siena, Italy)

Member, Scientific Committee, *Assicurazioni*, Rome, Italy

Editorial Board, *The Geneva Papers on Risk and Insurance Theory*

Editorial Board, *Revista de Econometrica*

Associate Editor, *Journal of Economic Theory*, 1968-73

Co-editor, *Journal of Public Economics*, 1980-83

American Editor, *Review of Economic Studies*, 1968-76

Associate Editor, *American Economic Review*, 1968-76

Associate Editor, *Energy Economics*

Associate Editor, *Managerial and Decision Economics*

Editorial Board, *The Review of Industrial Organization*

Co-editor, *The Economists' Voice*


## Other Activities

Counselor of the Academic Committee, National Economics Foundation

International Advisory Committee, Barcelona Graduate School of Economics

International Advisory Board, Open Society Foundations

Committee on Graduate Education in Economics, American Economic Association

Member, M.I.T. Corporation Visiting Committee in Economics, 197l-1983

Member, Committee on Urban Public Economics, 1973

Secretary, Econometric Society, 1972-1975

Council, Econometric Society, 1984–1990

Steering Committee, Conference on Mathematical Economics, NBER

Member, Economics Panel, National Science Foundation, 1972-1976

Executive Committee, American Economic Association, 1982-1984; ex-officio, 1985–

Vice-President, American Economic Association, 1985

Special Review Panel, NSF, 1986

Visiting Committee, University of California, Department of Economics, 1989

Member, Nikkei International Academy, 1991

Member, Center for Economic Studies, 1991

Member, SEC-organized task force on accounting in the new economy, 1999-2001

## Articles

**1966**

"Investment, Income, and Wages," (abstract), with G. A. Akerlof, *Econometrica*, 34(5), Supplementary Issue, 1966, p. 118. (Presented at December meetings of the Econometric Society, New York.)

**1967**

"Allocation of Investment in a Dynamic Economy," with K. Shell, *Quarterly Journal of Economics*, 81, November 1967, pp. 592-609.

"A Two-Sector, Two Class Model of Economic Growth," *Review of Economic Studies*, 34, April 1967, pp. 227-238.

**1968**

"A Note on Technical Choice Under Full Employment in a Socialist Economy," *Economic Journal*, 78(311), September 1968, pp. 603-609.

"Output, Employment and Wages in the Short Run," with R. Solow, *Quarterly Journal of Economics*, 82, November 1968, pp. 537-560.

**1969**

"Allocation of Heterogeneous Capital Goods in a Two Sector Economy," *International Economic Review*, 10, October 1969, pp. 373-390. (Presented at the 1965 Chicago Symposium on the Theory of Economic Growth.)

"Behavior Toward Risk With Many Commodities," *Econometrica*, 37(4), October 1969, pp. 660-667.

"Capital Gains, Income and Savings," with K. Shell and M. Sidrauski, *Review of Economic Studies*, 36, January 1969, pp. 15-26.

"Capital, Wages and Structural Unemployment," with George A. Akerlof, *Economic Journal*, 79(314), June, 1969, pp. 269-281.

"Distribution of Income and Wealth Among Individuals," *Econometrica*, 37(3), July 1969, pp. 382-397. (Presented at the December 1966 meetings of the Econometric Society, San Francisco.)

"The Effects of Income, Wealth and Capital Gains Taxation on Risk-Taking," *Quarterly Journal of Economics*, 83(2), May 1969, pp. 263-283.

"The Implications of Alternative Saving and Expectations Hypotheses for Choices of Technique and Patterns of Growth," with D. Cass, *Journal of Political Economy*, 77, July-August 1969, pp. 586-627. (Presented at the 1967 Chicago Symposium on the Theory of Economic Growth.)

"A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578.

"A Re-Examination of the Modigliani-Miller Theorem," *American Economic Review*, 59(5), December 1969, pp. 784-793. (Presented at the 1967 meetings of the Econometric Society, Washington, D.C.)

"Rural-Urban Migration, Surplus Labor and the Relationship Between Urban and Rural Wages," *East African Economic Review*, 1-2, December 1969, pp. 1-27.

"Theory of Innovation: Discussion," with Evsey D. Domar, *American Economic Review*, AEA Papers and Proceedings, 59(2), May 1969, pp. 44-49.

**1970**

"A Consumption Oriented Theory of the Demand for Financial Assets and the Term Structure of Interest Rates," *Review of Economic Studies*, 37(3), July 1970, pp. 321-351. (Presented at the August 1968 meetings of the Econometric Society, Boulder, Colorado.)

"Factor Price Equalization in a Dynamic Economy," *Journal of Political Economy*, 78(3), May-June 1970, pp. 456-489.

"Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 2(3), September 1970, pp. 225-243. Subsequently published in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992.

"Non-Substitution Theorems with Durable Capital Goods," *Review of Economic Studies*, 37(4), October 1970, pp. 543-553.

"Reply to Mrs. Robinson on the Choice of Technique," *Economic Journal*, 80(318), June 1970, pp. 420-422.

"The Structure of Investor Preferences and Asset Returns, and Separability in Portfolio Allocation: A Contribution to the Pure Theory of Mutual Funds," with D. Cass, *Journal of Economic Theory*, 1, June 1970, pp. 122-160.

**1971**

"Differential Taxation, Public Goods, and Economic Efficiency," with P. Dasgupta, *Review of Economic Studies*, 38(2), April 1971, pp. 151-174.

"Increasing Risk: II. Its Economic Consequences," with M. Rothschild, *Journal of Economic Theory*, 5(1), March 1971, pp. 66-84.

**1972**

"Addendum to Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 5(2), October 1972, p. 306.

"Four Lectures on Portfolio Allocation with Many Risky Assets," *Mathematical Methods in Investment and Finance*, Szege-Shell (eds.), Amsterdam: North-Holland Publishing, 1972, pp. 76-108.

"On Optimal Taxation and Public Production," with P. Dasgupta, *Review of Economic Studies*, 39(1), January 1972, pp. 87-103.

"On the Optimality of the Stock Market Allocation of Investment," *Quarterly Journal of Economics*, 86(1), February 1972, pp. 25-60. (Presented to the Far Eastern Meetings of the Econometric Society, June 1970, Tokyo, Japan.)

"Risk Aversion and Wealth Effects on Portfolios with Many Assets," with D. Cass, *Review of Economic Studies*, 39(3), July 1972, pp. 331-354.

"Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs," *Bell Journal of Economics*, 3(2), Autumn 1972, pp. 458-482.

"The Structure of Indirect Taxation and Economic Efficiency," with A. Atkinson, *Journal of Public Economics*, 1, March 1972, pp. 97-119.

"Taxation, Risk Taking, and the Allocation of Investment in a Competitive Economy," *Studies in the Theory of Capital Markets*, M. Jensen (ed.), New York: Praeger, 1972, pp. 294-361. (Proceedings of a conference at the University of Rochester, August 1969.)

**1973**

"Approaches to the Economics of Discrimination," *American Economic Review*, 62(2), May 1973, pp. 287-295. Reprinted in *Economics and Discrimination*, W. Darity and C. Boshamer (eds.), Edward Elgar Publishing, 1993.

"The Badly Behaved Economy with the Well Behaved Production Function," *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan Publishing Company, 1973, pp. 118-137. (Presented at the International Economic Association Conference on Growth Theory, Jerusalem, 1970.)

"Education and Inequality," *Annals of the American Academy of Political and Social Sciences*, 409, September 1973, pp. 135-145.

"Recurrence of Techniques in a Dynamic Economy," *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan, 1973, pp. 138-161.

"Some Further Results on the Measurement of Inequality," with M. Rothschild, *Journal of Economic Theory*, 6(2), April 1973, pp.188-204.

"Taxation, Corporate Financial Policy and the Cost of Capital," *Journal of Public Economics*, 2, February 1973, pp. 1-34. (Subsequently published in *Modern Public Finance*, 1, International Library of Critical Writings in Economics, No. 15., A. Atkinson (ed.), Elgar, 1991, pp. 96-129.)

**1974**

"Alternative Theories of Wage Determination and Unemployment in L.D.C.'s: The Labor Turnover Model," *Quarterly Journal of Economics*, 88(2), May 1974, pp. 194-227. Subsequently published in *Development Economics*, 1, D. Lal (ed.), Elgar, 1992, pp. 288-321. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 461-487.

"Benefit-Cost Analysis and Trade Policies," with P. Dasgupta, *Journal of Political Economy*, 82(1), January-February 1974, pp. 1-33. (Presented to Conference on Project Evaluation, Nairobi, July, 1971.)

"The Cambridge-Cambridge Controversy in the Theory of Capital; A View From New Haven: A Review Article," *Journal of Political Economy*, 82(4), July-August 1974, pp. 893-904.

"Demand for Education in Public and Private School Systems," *Journal of Public Economics*, 2, November 1974, pp. 349-386.

21

"Growth With Exhaustible Natural Resources: Efficient and Optimal Growth Paths," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 123-137.

"Growth With Exhaustible Resources: The Competitive Economy," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 139-152.

"Incentives and Risk Sharing in Sharecropping," *Review of Economic Studies*, 41(2), April 1974, pp. 219-255. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 361-399; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 545-581

"Increases in Risk and in Risk Aversion," with P. Diamond, *Journal of Economic Theory*, 8(3), July 1974, pp. 337-360. (Presented at a Conference on Decision Rules and Uncertainty, Iowa City, May 1972.)

"On the Irrelevance of Corporate Financial Policy," *American Economic Review*, 64(6), December 1974, pp. 851-866. (Presented at a conference in Hakone, Japan, 1970.)

"Theories of Discrimination and Economic Policy," *Patterns of Racial Discrimination*, G. von Furstenberg, et al. (eds.), D.C. Heath and Company (Lexington Books), 1974, pp. 5-26.

**1975**

"Discussion of 'The Maryland Interindustry Forecasting Model' by Clopper Almon," *The Brookings Model: Perspective and Recent Developments,* Gary Fromm and Lawrence R. Klein (eds.), North-Holland Publishing Company, 1975, pp. 599-603.

"The Efficiency of Market Prices in Long Run Allocations in the Oil Industry," *Studies in Energy Tax Policy*, G. Brannon (ed.), Cambridge: Ballinger Publishing, 1975, pp. 55-99. (Report written for the Ford Foundation Energy Policy Project, August 1973.)

"Incentives, Risk and Information: Notes Toward a Theory of Hierarchy," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 552-579. (Presented at Berlin Symposium on Planning, August 1973.) Reprinted in *The Economics of Modern Business Enterprise*, Elgar Reference Collection: Northampton, MA, 2008. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 383-406.

"Information and Economic Analysis," *Current Economic Problems*, J.M. Parkin and A.R. Nobay (eds.), Cambridge: Cambridge University Press, pp. 27-52. (Proceedings of the Association of University Teachers of Economics, Manchester, England, April 1974.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Colume I: Information and Economic Analysis,* Oxford: Oxford University Press, 2009, pp. 29-52.

"Reply to Mr. Stapleton on 'Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs'," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 711-714.

"The Theory of Screening, Education and the Distribution of Income," *American Economic Review*, 65(3), June 1975, pp. 283-300. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 99-121.

**1976**

"The Corporation Tax," *Journal of Public Economics*, 5, April-May 1976, pp. 303-311.

"The Design of Tax Structure: Direct Versus Indirect Taxation," with A. Atkinson, *Journal of Public Economics*, 6, July-August 1976, pp. 55-75. Subsequently published in *Modern Public Finance, 2*, International Library of Critical Writings in Economics, No. 15, A. Atkinson (ed.), Elgar, 1991, pp. 82-102.

"The Efficiency Wage Hypothesis, Surplus Labor and the Distribution of Income in L.D.C.'s," *Oxford Economic Papers*, 28(2), July 1976, pp. 185-207.

"Equilibrium in Competitive Insurance Markets: An Essay on the Economics of Imperfect Information," with M. Rothschild, *Quarterly Journal of Economics*, 90(4), November 1976, pp. 629-649. Subsequently reprinted in *Industrial Economics*, O.E. Williamson (ed.), Edward Elgar, 1990, pp. 141-61; in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992; in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 141-159; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 582-602.

"Estate Taxes, Growth and Redistribution," *Essays in Honor of W. Vickrey*, R. Grieson (ed.), Lexington: Lexington Publishing Company, 1976, pp. 225-232.

"Information and Competitive Price Systems," with S. Grossman, *American Economic Review*, 66(2), May 1976, pp. 246-253.

"Monopoly and the Rate of Extraction of Exhaustible Resources," *American Economic Review*, 66(4), September 1976, pp. 655-661. Reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp. 184-190.

"Notes on Estate Taxes, Redistribution, and the Concept of Balanced Growth Path Incidence," *Journal of Political Economy*, 86(2), part 2, pp. 137-150. (Paper presented at NBER Conference on Taxation, Stanford University, January 1976.)

**1977**

"Bargains and Ripoffs: A Model of Monopolistically Competitive Price Dispersions," with S. Salop, *Review of Economic Studies*, 44(3), October 1977, pp. 493-510. Reprinted in *The Economics of Information*, S.A. Lippman and D.K. Levine (eds.), Edward Elgar, 1995, pp. 198-215; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 493-515.

"Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American Economic Review*, 67(3), June 1977, pp. 297-308. Republished in *Microeconomics: Theoretical and Applied*, 2, R. Kuenne (ed.), Aldershot, UK: Elgar, 1991, pp. 183-94. Republished in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.70-119.

"Monopoly, Non-Linear Pricing and Imperfect Information: The Insurance Market," *Review of Economic Studies*, 44(3), October 1977, pp. 407-430. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 168- 192.

"On Value Maximization and Alternative Objectives of the Firm," with S. Grossman, *Journal of Finance*, 32(2), May 1977, pp. 389-402.

"Some Further Remarks on Cost-Benefit Analysis," *Social and Economic Dimensions of Project Evaluation*, Schwartz and R. Berney (eds.), Inter-American Development Bank, 1977, pp. 253-282. (Proceedings of the Symposium on Cost-Benefit Analysis, IDB, Washington, March 1973.)

"Some Lessons from the New Public Finance," with M. Boskin, *American Economic Review*, 67(1), February 1977, pp. 295-301.

"Symposium on the Economics of Information: Introduction," *Review of Economic Studies*, 44(3), October 1977, pp. 389-391.

"Tariffs vs. Quotas As Revenue Raising Devices Under Uncertainty," with P. Dasgupta, *American Economic Review*, 67(5), December 1977, pp. 975-981.

"Theory of Local Public Goods," *The Economics of Public Services*, M.S. Feldstein and R.P. Inman (eds.), London: MacMillan Press, 1977, pp. 274-333. (Paper presented to IEA Conference, Turin, 1974.)

**1978**

"Efficiency in the Optimum Supply of Public Goods," with L.J. Lau and E. Sheshinski, *Econometrica*, 46(2), March 1978, pp.269-284.

"Equality, Taxation and Inheritance," *Personal Income Distribution*, W. Krelle and A.F. Shorrocks (eds.), North-Holland Publishing Company, 1978, pp. 271-303. (Proceedings of IEA Conference, Noordwijk aan Zee, Netherlands, April 1977.)

## 1979

"Aggregate Land Rents, Expenditure on Public Goods and Optimal City Size," with R. Arnott, *Quarterly Journal of Economics*, 93(4), November 1979, pp. 471-500.

"Equilibrium in Product Markets with Imperfect Information," *American Economic Review*, 69(2), May 1979, pp. 339-345. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 759-766.

"Intergenerational Transfers and Inequality," with D. Bevan, *The Greek Economic Review*, 1(1), August 1979, pp. 8-26.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review*, 69(5), December 1979, pp. 961-963.

"A Neoclassical Analysis of the Economics of Natural Resources," *Scarcity and Growth Reconsidered*, V.K. Smith (ed.), Baltimore: Johns Hopkins Press, 1979, pp. 36-66. Subsequently reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp.131-161; and in *Natural Resource Economics: A Book of Readings*, C. Gopalakrishnan (ed.), University of California Press, 1992. (Originally presented at Conference of Resources for the Future, October 1976)

"On Search and Equilibrium Price Distributions," *Economics and Human Welfare: Essays in Honor of Tibor Scitovsky*, M. Boskin (ed.), York: Academic Press Inc., 1979, pp. 203-236.

"Sharecropping: Risk Sharing and the Importance of Imperfect Information," with D. Newbery, *Risk, Uncertainty and Agricultural Development*, J.A. Roumasset, et al. (eds.), Southeast Asian Regional Center for Graduate Study and Research in Agriculture (SEARCA) and Agricultural Development Council, 1979, pp. 311-341. (Originally presented at a conference in Mexico City, March 1976.)

"The Theory of Commodity Price Stabilization Rules: Welfare Impacts and Supply Responses," with D. Newbery, *The Economic Journal*, 89(356), December 1979, pp. 799-817. Subsequently published in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 200-218.

## 1980

"Industrial Structure and the Nature of Innovative Activity," with P. Dasgupta, *Economic Journal*, 90(358), June 1980, pp. 266-293. Reprinted in *The Economics of Technical Change,* Elgar Reference Collection, International Library of Critical Writings in Economics, 31, Edwin Mansfield and Elizabeth Mansfield (eds.), Aldershot, UK: Elgar. pp. 133-160.

"On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408. Subsequently reprinted in *Financial Markets and Incomplete Information - Frontiers of Modern Financial Theory*, 2, S. Bhattacharya and G. Constantinides (eds.), Rowman and Littlefield, 1989, pp. 123-136; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 516-536; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 603-618.

"Risk, Futures Markets and the Stabilization of Commodity Prices," *The Proceedings of the First Annual Sponsor's Conference Frontiers in Futures*, Columbia University Center for the Study of Futures Markets, September 1980.

"Stockholder Unanimity in the Making of Production and Financial Decisions," with S. Grossman, *Quarterly Journal of Economics*, 94(3), May 1980, pp. 543-566.

"The Taxation of Exhaustible Resources," with P. Dasgupta and G. Heal, *Public Policy and the Tax System*, G.A. Hughes and G.M. Heal (eds.), London: George Allen and Unwin, 1980, pp. 150-172.

"Uncertainty, Industrial Structure and the Speed of R&D," with P. Dasgupta, *Bell Journal of Economics*, 11(1), Spring 1980, pp. 1-28. Also Princeton University Econometric Research Program Research Memorandum 255.

## 1981

"Aggregate Land Rents and Aggregate Transport Costs," with R. Arnott, *Economic Journal*, 91(362), June 1981, pp. 331-347. Also NBER Working Paper 523.

"Credit Rationing in Markets with Imperfect Information," with A. Weiss, *American Economic Review*, 71(3), June 1981, pp. 393-410. Subsequently reprinted in *New Keynesian Economics*, 2, G. Mankiw and D. Romer (eds.), Cambridge, Mass.: MIT Press, 1991 pp. 247-276. Also Princeton University Econometric Research Program Research Memoranda 267 and 268. (Presented at a meeting of the Western Economic Association, June 1978), subsequently reprinted in *Foundations of the Law*, Barry Adler (ed.), Foundation Press, 2003; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 262-286; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 619-636.

"Energy Resources and Research and Development," with P. Dasgupta and R. Gilbert, *Erschopfbare Ressourcen*, edited by Horst Siebert, Vol. 108, Berlin: Duncker & Humbolt, pp. 85-108. (Presented at a conference in Mannheim, 1979.)

"Entry, Innovation, Exit: Toward a Dynamic Theory of Oligopolistic Industrial Structure," with P. Dasgupta, *European Economic Review,* 15(2), Feb. 1981, pp. 137-158.

"Market Structure and Resource Extraction Under Uncertainty," with P. Dasgupta, *Scandinavian Economic Journal*, 83, 1981, pp. 318-333. Reprinted in *The Impact of Rising Oil Prices on the World Economy*, Mattiessen (ed.), MacMillan, 1982, pp. 178-193. Princeton University Econometric Research Program Research Memorandum 262.

"On the Almost Neutrality of Inflation: Notes on Taxation and the Welfare Costs of Inflation," *Development in an Inflationary World*, M. June Flanders and Assaf Razin (eds.), New York: Academic Press, 1981, pp. 419-457. Also NBER Working Paper 499.

"Pareto Optimality and Competition," *Journal of Finance*, 36(2), May 1981, pp. 235-251.

"Potential Competition May Reduce Welfare," *American Economic Review*, 71(2), May 1981, pp. 184-189. (Papers and Proceedings of the AEA meetings in Denver, CO, September 1980.)

"Project Appraisal and Foreign Exchange Constraints," with C. Blitzer and P. Dasgupta, *Economic Journal*, 91(361), March 1981, pp. 58-74. (Presented at the Econometric Society Meeting, August 1976, Helsinki.)

"Resource Depletion Under Technological Uncertainty," with P. Dasgupta, *Econometrica*, 49(1), January 1981, pp. 85-104.

## 1982

"Alternative Theories of Wage Determination and Unemployment: The Efficiency Wage Model," *The Theory and Experience of Economic Development: Essays in Honor of Sir Arthur W. Lewis*, M. Gersovitz, et al. (eds.), London: George Allen & Unwin, 1982, pp. 78-106. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 488-512.

"The Choice of Techniques and the Optimality of Market Equilibrium with Rational Expectations," with D. Newbery, *Journal of Political Economy*, 90(2), April 1982, pp. 223-246. (Also Princeton University Econometric Research Program Research Memorandum 277.)

"The Inefficiency of the Stock Market Equilibrium," *Review of Economic Studies*, 49(2), April 1982, pp. 241-261. Also Princeton University Econometric Research Program Research Memorandum 256, November 1980. (Paper presented at a Conference on Uncertainty and Insurance in Economic Theory in Honor of Karl Borch, Bergen, April 1979)

"Information and Capital Markets," *Financial Economics: Essays in Honor of Paul Cootner*, William F. Sharpe and Cathryn Cootner (eds.), Prentice Hall, New Jersey, 1982, pp. 118-158. Also NBER Working Paper 678. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 55-84.

27

"Invention and Innovation Under Alternative Market Structures: The Case of Natural Resources," with R. Gilbert and P. Dasgupta, *Review of Economic Studies*, 49(4), 1982, pp. 567-582. Also Princeton University Econometric Research Program Research Memorandum 263.

"Market Structure and Resource Depletion: A Contribution of the Theory of Intertemporal Monopolistic Competition," with P. Dasgupta, *Journal of Economic Theory*, 28(1), October 1982, pp. 128-164. Previously Princeton University Econometric Research Program Research Memorandum 261, March 1980.

"A Model of Employment Outcomes Illustrating the Effect of the Structure of Information on the Level and Distribution of Income," with M. Rothschild, *Economic Letters*, 10, 1982, pp. 231-236. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 122-126.

"On the Impossibility of Informationally Efficient Markets: Reply," with S. Grossman, *American Economic Review,* 72(4), September 1982, p. 875.

"Optimal Commodity Stock-Piling Rules," with D. Newbery, *Oxford Economic Papers*, November 1982, pp. 403-427.

"Ownership, Control and Efficient Markets: Some Paradoxes in the Theory of Capital Markets," *Economic Regulation: Essays in Honor of James R. Nelson,* Kenneth D. Boyer and William G. Shepherd (eds.), Michigan State University Press, 1982, pp. 311-341. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 99-114.

"The Rate of Discount for Cost-Benefit Analysis and the Theory of the Second Best," *Discounting for Time and Risk in Energy Policy*, R. Lind (ed.), Resources for the Future, 1982, pp. 151-204.

"Risk Aversion, Supply Response, and the Optimality of Random Prices: A Diagrammatic Analysis," with D. Newbery, *Quarterly Journal of Economics*, 97(1), February 1982, pp. 1-26. Also Princeton University Econometric Research Program Research Memorandum 276.

"Self-Selection and Pareto Efficient Taxation," *Journal of Public Economics*, 17, 1982, pp. 213-240. Also NBER Working Paper 632.

"Sharecropping and the Interlinking of Agrarian Markets," with A. Braverman, *American Economic Review*, 72(4), September 1982, pp. 695-715. Also Princeton University Econometric Research Program Research Memorandum 299.

"The Structure of Labor Markets and Shadow Prices in L.D.C.'s," *Migration and the Labor Market in Developing Countries*, R. Sabot (ed.), Boulder, CO: Westview, 1982, pp. 13-64. (Presented at World Bank Conference, February 1976.)

"The Theory of Sales: A Simple Model of Equilibrium Price Dispersion with Identical Agents," with S. Salop, *American Economic Review*, 72(5), December 1982, pp. 1121-1130. Also Princeton University Econometric Research Program Research Memorandum 283. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 747-758.

"Utilitarianism and Horizontal Equity: The Case for Random Taxation," *Journal of Public Economics*, 18, 1982, pp. 1-33. Also NBER Working Paper 694.

## 1983

"Alternate Approaches to the Analysis of Markets with Asymmetric Information," with A. Weiss, *American Economic Review*, 73(1), March 1983, pp. 246-249.

"Futures Markets and Risk: A General Equilibrium Approach," *Futures Markets, Modeling, Managing and Monitoring Futures Trading*, Manfred Streit (ed.), Basil Blackwell Publishers, October 1983, pp. 75-106. (Paper presented at a conference at the European Institute, Florence, March 1982.) Subsequently revised as "Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Implicit Contracts and Fixed Price Equilibria," with C. Azariadis, *Quarterly Journal of Economics* Supplement, 98, 1983, pp. 1-22. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 187-210.

"Incentive Effects of Termination: Applications to the Credit and Labor Markets," with A. Weiss, *American Economic Review*, 73(5), December 1983, pp. 912-927. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 141-158.

"Information, Competition and Markets," with B. Nalebuff, *American Economic Review*, 73(2), May 1983, pp. 278-284. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 400-408.

"Money, Credit Constraints and Economic Activity," with A. Blinder, *American Economic Review*, 73(2), May 1983, pp. 297-302.

"On the Relevance or Irrelevance of Public Financial Policy: Indexation, Price Rigidities and Optimal Monetary Policy," *Inflation, Debt and Indexation*, R. Dornbusch and M. Simonsen (eds.), MIT Press, 1983, pp. 183-222. (Presented at a Conference at Rio de Janeiro, December 1981.)

"On the Theory of Social Insurance: Comments on 'The State and the Demand for Security in Contemporary Societies' by Raymond Barre," *The Geneva Papers*, 8(27), Sixth Annual Lecture of the Geneva Association, April 1983, pp. 105-110.

"Preemption, Leapfrogging and Competition in Patent Races," with D. Fudenberg, R. Gilbert and J. Tirole, *European Economic Review*, 22, June 1983, pp. 3-32.

"Prizes and Incentives: Toward a General Theory of Compensation and Competition," with B. Nalebuff, *Bell Journal*, 14(1), Spring 1983, pp. 21-43. Also Princeton University Econometric Research Program Research Memorandum 293. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 407-431.

"Public Goods in Open Economies with Heterogeneous Individuals," *Locational Analysis of Public Facilities*, J.F. Thisse and H.G. Zoller (eds.), Amsterdam: North-Holland, 1983, pp. 55-78.

"Review of 'Samuelson and Neoclassical Economics' by G.R. Feiwel," *Journal of Economic Literature,* 21(3), September 1983, pp. 997-999.

"Risk, Incentives and Insurance: The Pure Theory of Moral Hazard," *Geneva Papers*, 8(26), January 1983, pp. 4-32. Also Princeton University Financial Research Center Memorandum 42. (Fifth Annual Geneva Lecture delivered at Zurich, March 1981.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 611-631.

"Some Aspects of the Taxation of Capital Gains," *Journal of Public Economics*, 21, July 1983, pp. 257-294.

"Strategic Considerations in Invention and Innovation: The Case of Natural Resources," with P. Dasgupta and R. Gilbert, *Econometrica*, 51(5), September 1983, pp. 1430-1448. Subsequently reprinted in *Economic Organizations as Games*, K. Binmore and P. Dasgupta (eds.), New York: Basil Blackwell, 1986, pp. 165-175.

"The Theory of Local Public Goods Twenty-Five Years After Tiebout: A Perspective," *Local Provision of Public Services: The Tiebout Model After Twenty-Five Years*, G.R. Zodrow (ed.), New York: Academic Press, 1983, pp. 17-53.

"Toward a Reconstruction of Keynesian Economics: Expectations and Constrained Equilibria," with P. Neary, *Quarterly Journal of Economics*, 98, Supplement, 1983, pp. 199-228. Reprinted in *The Keynesian Heritage Volumes I*, G.K. Shaw (ed.), in a series: *Schools of Thought in Economics,* Mark Blaug (ed.), Edward Elgar Publishing Ltd. Also NBER Working Paper 376. (Presented at the Athens meeting of the Econometric Society, September 1979.)

**1984**

"Budget Policy and Processes: Where Do We Go From Here?," with M. Boskin, W. Niskanen, and R. Penner, *Contemporary Policy Issues*, Fall, 1984-85, pp. 53-78. (Panel discussion at the meetings of the Western Economic Association, July 1984.)

"The Economics of Price Scissors," with R. Sah, *American Economic Review*, 74(1), March 1984, pp. 125-138.

"Equilibrium Unemployment as a Worker Discipline Device," with Carl Shapiro, *American Economic Review*, 74(3), June 1984, pp. 433-444. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 123-142; in *Macroeconomics and Imperfect Competition,* Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 453-464 and *The Economics of Modern Business Enterprise*, *Volume 3. Incentives and Control,* Elgar Reference Collection: Northampton, MA, 2008; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 287-303; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 637-648.

"Information Externalities in Oil and Gas Leasing," with J. Leitzinger, *Contemporary Economic Policy Issues*, 5, March 1984, pp. 44-57. (Paper presented at the Western Economic Association Meetings, July 1983.)

"Information, Screening and Welfare," *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 209-239.

"Informational Imperfections in the Capital Markets and Macroeconomic Fluctuations," with A. Weiss and B. Greenwald, *American Economic Review*, 74(2), May 1984, pp. 194-199.

"The New Public Finance: A Perspective" (in Spanish), *Hacienda Publica Espanola*, 91, 1984, pp. 341-348.

"A Nonconcavity in the Value of Information," with R. Radner, *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 33-52. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 537-554.

"Pareto Inferior Trade," with D. Newbery, *Review of Economic Studies*, 51(1), January 1984, pp. 1-12.

"Price Rigidities and Market Structure," *American Economic Review*, 74(2), May 1984, pp. 350-356. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 377-388. Also in *Macroeconomics and Imperfect Competition,* Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 221-226.

**1985**

"Can Unemployment be Involuntary? Reply," with C. Shapiro, *American Economic Review*, 75(5), December 1985, pp. 1215-1217.

"The Consumption Expenditure Tax," *The Promise of Tax Reform*, J. Pechman (ed.), Englewood Cliffs: Prentice-Hall, 1985, pp. 107-127.

"Credit Markets and the Control of Capital," *Journal of Money, Banking, and Credit*, 17(2), May 1985, pp. 133-152. Subsequently reprinted in *La Theoria del Mercata Finanziari*, G. Viciago and G.Verga (eds.), Bologna: Societa Editrice il Mulino, 1992; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 444-463.

"Economics of Information and the Theory of Economic Development," *Revista De Econometria*, 5(1), April 1985, pp. 5-32.

"Equilibrium Unemployment as a Worker Discipline Device: Reply," with C. Shapiro, *American Economic Review*, 75(4), September 1985, pp. 892-893.

"Equilibrium Wage Distributions," *Economic Journal*, 95(379), September 1985, pp. 595-618. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 559-580.

"The General Theory of Tax Avoidance," *National Tax Journal*, 38(3), September 1985, pp. 325-338. Also NBER Reprint No. 987.

"Human Fallibility and Economic Organization," with R. Sah, *American Economic Review*, 75(2), May 1985, pp. 292-296. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. pp.409-416.

"Information and Economic Analysis: A Perspective," *Economic Journal*, 95, Supplement: Conference Papers, 1985, pp. 21-41. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp.7-19.

"Labor Turnover, Wage Structure & Moral Hazard: The Inefficiency of Competitive Markets," with R. Arnott, *Journal of Labor Economics*, 3(4), October 1985, pp. 434-462. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 581-600.

"The Social Cost of Labor, and Project Evaluation: A General Approach," with R. Sah, *Journal of Public Economics*, 28, 1985, pp. 135-163. Economic Growth Center Discussion Paper No. 470, Yale University, March 1985.

**1986**

"The Architecture of Economic Systems: Hierarchies and Polyarchies," with R. Sah, *American Economic Review*, 76(4), September 1986, pp. 716-727. Also a shortened version in AEA Papers and Proceedings, also published in *Personnel Economics*, Edward P. Lasear and Robert NcNabb (eds.) 2002.

"Comments on 'Tax Asymmetries and Corporate Tax Reform' by Saman Majd and Stewart C. Myers," *The Effects of Taxation on Capital Formation*, M. Feldstein (ed.), NBER, 1986, pp. 374-376.

32

"Cost Sharing Arrangement Under Sharecropping: Moral Hazard, Incentive Flexibility and Risk," with A. Braverman, *Journal of Agricultural Economics*, 68(3), August 1986, pp. 642-652. (Revised version of "Moral Hazard, Incentive Flexibility & Risk: Cost Sharing Arrangements under Sharecropping," with A. Braveman, Economic Research Program, Research Memorandum 298, Princeton, 1988.)

"Credit Rationing and Collateral," with A. Weiss, *Recent Developments in Corporate Finance*, Jeremy Edwards, et al. (eds.), New York: Cambridge University Press, 1986, pp. 101-135. Also a Bell Communications Research Discussion Paper. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 159-177.

"The Economics of Price Scissors: Reply," with R. Sah, *American Economic Review*, 76(5), December 1986, pp. 1195-1199. Published version of "The Economics of Town-versus-Country Problems," Yale Economic Growth Center Paper 508.

"Externalities in Economies with Imperfect Information and Incomplete Markets," with B. Greenwald, *Quarterly Journal of Economics*, Vol. 101, No. 2, May 1986, pp. 229-264. Reprinted in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 559-588; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 649-684. Originally "Pecuniary and Market Mediated Externalities: Toward a General Theory of the Welfare Economics of Economies with Imperfect Information and Incomplete Markets," NBER Working Paper 1304, 1984.

"Hemmis Hohe Lohne," *Wirtschafts Woche*, 43(17), October 1986, pp. 98-105.

"Introduction to Proceedings of the International Economic Association Roundtable Conference on New Developments in the Theory of Market Structure," *New Developments in the Theory of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan, 1986. (Conference held in Ottawa, Canada, May 10, 1982.)

"Landlords, Tenants and Technological Innovations," with A. Braverman, *Journal of Development Economics*, 23(2), October 1986, pp. 313-332.

"Moral Hazard and Optimal Commodity Taxation," with R. Arnott, *Journal of Public Economics*, 29, 1986, pp. 1-24.

"The New Development Economics," *World Development*, 14(2), 1986, pp. 257-265. Subsequently reprinted in *The Political Economy of Development and Underdevelopment*, C.K. Wilber (ed.), New York: Random House, 1988, pp. 393-407.

"Pure Theory of Country Risk," with J. Eaton and M. Gersovitz, *European Economic Review*, 30(3), June 1986, pp. 481-513. Reprinted in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 241-273. Also NBER Working Paper No. 1864, April 1986 and NBER Reprint 793. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 291-316.

"Theories of Wage Rigidities," *Keynes' Economic Legacy: Contemporary Economic Theories*, J.L. Butkiewicz, et al. (eds.), New York: Praeger Publishers, 1986, pp. 153-206. (Presented at a conference on Keynes' Economic Legacy, University of Delaware, December 1983.)

"Theory of Competition, Incentives and Risk," *New Developments in the Analysis of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan/MIT Press, 1986, pp. 399-449. Also, Princeton University Econometric Research Program Research Memorandum 311.

"Toward a More General Theory of Monopolistic Competition," *Prices, Competition, & Equilibrium*, M. Peston and R. Quandt (eds.), Oxford: Philip Allan/Barnes & Noble Books, 1986, pp. 22-69. Also Princeton University Econometric Research Program Research Memorandum 316.

**1987**

"The Causes and Consequences of the Dependence of Quality on Prices," *Journal of Economic Literature*, 25, March 1987, pp. 1-48. Subsequently reprinted in *Impresa, Instituzione e Informazione*, M. Franzini and M. Messori (eds.), Bologna: Cooperative Libraria Universitaria, 1991; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 304-352.

"Competition and the Number of Firms in a Market: Are Duopolies More Competitive Than Atomistic Markets?" *Journal of Political Economy*, 95(5), 1987, pp. 1041-1061. (Revised version of "Duopolies are More Competitive than Atomistic Markets," Princeton University Econometric Research Program Research Memorandum 310, February 1984.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 767-783.

"Credit Rationing: Reply," with A. Weiss, *American Economic Review*, 77(1), March 1987, pp. 228-231.

"The Design of Labor Contracts: Economics of Incentives and Risk-Sharing," *Incentives, Cooperation and Risk Sharing*, H. Nalbantian (ed.), Totowa, NJ: Rowman & Allanheld, 1987, pp. 47-68. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 432-446.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Imperfect Information, Credit Markets and Unemployment," with B. Greenwald, *European Economic Review*, 31, 1987, pp. 444-456.

"Information and Regulation," with D. Sappington, *Public Regulation*, E. Bailey (ed.), London: MIT Press, 1987, pp. 3-43.

"Information, Welfare and Product Diversity," with S. Salop, *Arrow and the Foundations of the Theory of Economic Policy*, G. Feiwel (ed.), London: MacMillan, 1987, pp. 328-340. (Revised version of a paper presented to a conference on imperfect information at Bell Labs, February 1978.)

"The Invariance of Market Innovation to the Number of Firms," with R. Sah, *Rand Journal of Economics*, 18(1), Spring 1987, pp. 98-108.

"Keynesian, New Keynesian and New Classical Economics," with B. Greenwald, *Oxford Economic Papers*, 39, March 1987, pp. 119-133. Subsequently reprinted in *Price, Quantities, and Expectations*, P.J.N. Sinclair (ed.), Oxford University Press, 1987, pp. 119-133; in the French translation of *Collected Papers on the Current State of Keynesian Theory*, R. Arena and D. Torre (eds.), Les Presses Universitaires de France; in the French translation of *Origins and Prospects of Keynesianism: Some New Developments*, R. Arena and D. Torre (eds.); and in *Keynes et les nouveaux Keynésiens,* R. Arena and D. Torre (eds.), Paris: Les Presses Universitaires de France, 1992, pp. 169-191.

"Learning to Learn, Localized Learning and Technological Progress," *Economic Policy and Technological Performance*, P. Dasgupta and Stoneman (eds.), Cambridge University Press, 1987, pp. 125-153.

"On the Microeconomics of Technical Progress," *Technology Generation in Latin American Manufacturing Industries*, Jorge M. Katz (ed.), New York: St. Martin;s Press, pp. 56-77. (Presented to IDB-CEPAL Meetings, Buenos Aires, November 1978.)

"Pareto Efficient and Optimal Taxation and the New New Welfare Economics," *Handbook on Public Economics*, A. Auerbach and M. Feldstein (eds.), North Holland: Elsevier Science Publishers, 1987, pp. 991-1042. Also NBER Working Paper 2189.

"Price Scissors and the Structure of the Economy," with R. Sah, *Quarterly Journal of Economics*, 102, 1987, pp. 109-134.

"Principal and Agent," *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989.

"Privatization, Information and Incentives," with D. Sappington, *Journal of Policy Analysis and Management*, 6(4), 1987, pp. 567-582. Reprinted in *The Political Economy of Privatization and Deregulation*, E. Baily and J. Hower (eds.), Edward Elgar, 1993. NBER Working Paper No. 2196 and Reprint No. 1021.

35

"Safety, User Fees, and Public Infrastructure," with R. Arnott, *Transportation Deregulation and Safety*, Conference Proceedings, The Transportation Center, Northwestern University, June 1987, pp. 411-445.

"Sharecropping," *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989, pp. 308-315.

"Some Theoretical Aspects of Agriculture Policies," *World Bank Research Observer*, 2(1), January 1987, pp. 43-60. Reprinted as "Algunos Aspectos Teoricos de la Polutica Agraria," *Revista de Analisis del Norte Alternativa*, June 1989, pp. 7-34.

"Tax Reform: Theory and Practice," *The Economics of Tax Reform*, Kalamazoo, MI: Upjohn Institute, 1987.

"Taxation and Pricing of Agricultural and Industrial Goods in Developing Economies," with R. Sah, *The Tax Theory for Developing Countries*, D. Newbery and N. Stern (eds.), Oxford: Oxford University Press, 1987, pp. 430-458.

"Technological Change, Sunk Costs, and Competition," *Brookings Papers on Economic Activity*, 3, 1987, pp.883-947. Also in special issue of *Microeconomics*, M.N. Baily and C. Winston (eds.), 1988.

"The Wage- Productivitiy Hypothesis:  Its Economic Consequences and Policy Implications," *Modern Developments in Public Finance*, Michael  J. Boskin ed., Basil Blackwell, 1987, pp. 130-165.

"Wage Rigidity, Implicit Contracts, Unemployment and Economic Efficiency," with D. Newbery, *Economic Journal*, 97(386), June 1987, pp. 416-430.

**1988**

"The Basic Analytics of Moral Hazard," with R. Arnott, *Scandinavian Journal of Economics*, 90(3), 1988, pp. 383-413. Also NBER Working Paper 2484. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 417-443.

"Comments on Symposium on Monetary Theory," with A. Stockman and M. Woodford, *Symposium on Monetary Theory* (Proceedings of Taipei Symposium on Monetary Theory), Institute of Economics, Acadamia Sinica, 1988, pp. 299-336.

"Committees, Hierarchies and Polyarchies," with R. Sah, *The Economic Journal*, 98(391), June 1988, pp. 451-470.

"Computerized Tax Collecting," Chapter 20 in *Tax Policy in the Twenty-First Century*, Herbert Stein (ed.), John Wiley and Sons, 1988, pp. 278-288. (Originally presented at the Conference on Tax Policy in the Twenty First Century, Washington DC, 1987, as "Technical Change and Taxation.")

"Economic Organization, Information, and Development," *Handbook of Development Economics*, H. Chenery and T.N. Srinivasan (eds.), Elsevier Science Publishers, 1988, pp. 185-201.

"Examining Alternative Macroeconomic Theories," with B. Greenwald, *Brookings Papers on Economic Activity*, 1, 1988, pp. 207-270. Subsequently reprinted in *Recent Developments in Macroeconomics*, Edmund Phelps (ed.), Edward Elgar, 1991, pp. 335-388.

"Financial Intermediaries and the Allocation of Capital," published as "Ruolo dei Fondi de Capitallizzazione Nello Szilluppo dell'Economia di un Paese Industrializzato," *Assicurazioni*, Luglio-Agosto 1988, pp. 1-16. (Originally delivered to Academia de Lincei, May 29, 1988, Rome.)

"Imperfect Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Finance Constraints, Expectations, and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp. 103-140.

"Implicit Contracts, Labor Mobility and Unemployment," with R. Arnott and A. Hosios, *American Economic Review*, 78(5), December 1988, pp. 1046-1066. Also NBER Working Paper 2316.

"Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Symposium on Monetary Theory* (Proceedings of Taipei Symposium on Monetary Theory), Institute of Economics, Academia Sinica, 1988, pp. 299-336.

"Learning by Doing, Market Structure, and Industrial and Trade Policies," with P. Dasgupta, *Oxford Economic Papers*, 40(2), 1988, pp. 246-268.

"Money, Credit, and Business Fluctuations," *Economic Record,* 64(187), December 1988, pp. 62-72. Reprinted as "Dinero, Crédito y Fluctuaciones Economicas," *Revista de Economia*, Banco Central del Uruguay, 3(3), April 1989. Also NBER Working Paper No. 2823 and Reprint No. 1390.

"Money, Imperfect Information and Economic Fluctuations," with B. Greenwald, *Finance Constraints, Expectations and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp.141-165. Also NBER Working Paper 2188.

"On the Market for Principles of Economics Textbooks: Innovation and Product Differentiation," *Journal of Economic Education*, 19(2), Spring 1988, pp. 171-177.

"On the Relevance or Irrelevance of Public Financial Policy," *The Economics of Public Debt,* Proceedings of the 1986 International Economics Association Meeting, edited by Kenneth Arrow and Michael Boskin, London: Macmillan Press, 1988, pp. 4-76.

"Pareto Inefficiency of Market Economies: Search and Efficiency Wage Models," with B. Greenwald, *American Economic Review*, 78(2), May 1988, pp. 351-355.

"Potential Competition, Actual Competition and Economic Welfare," with P. Dasgupta, *European Economic Review,* 32, May 1988, pp. 569-577. Also Princeton University Discussion Paper 8, August 1987.

37

"Qualitative Properties of Profit-Maximizing K-out-of-N Systems Subject to Two Kinds of Failure," with R. Sah, *IEEE Transactions on Reliability*, 37(5), December 1988, pp. 515-520.

"Randomization with Asymmetric Information," with R. Arnott, *Rand Journal of Economics*, 19(3), Autumn 1988, pp. 344-362. Also NBER Working Paper 2507.

"Taxation, Information, and Economic Organization," with M. Wolfson, *Journal of the American Taxation Association*, 9(2), Spring 1988, pp. 7-18. Paper presented to the American Accounting Association, August 1987.

"Technological Change, Sunk Costs and Competition," *Brookings Papers on Economic Activity*, 1988, pp. 883-947.

"The Wage-Productivity Hypothesis: Its Economic Consequences and Policy Implications," *Modern Developments in Public Finance*, M.J. Boskin (ed.), Basil Blackwell, 1988, pp. 130-165. (Paper presented to the American Economic Association, December 1982.)

"Vertical Restraints and Producers' Competition," with P. Rey, *European Economic Review*, 32, March 1988, pp. 561-568. Also NBER Working Paper 2601 and Princeton University Discussion Paper 13.

"Why Financial Structure Matters," *Journal of Economic Perspectives*, 2(4), 1988, pp. 121-126. Reprinted in Spanish as "Razones por las Que Es Relevante la Estructura Financiera," *Revista Asturiana de Economia*, 43, 2009, pp. 49-57.

### 1989

"Congestion Pricing to Improve Air Travel Safety," with R. Arnott, *Transportation Safety in an Age of Deregulation*, L.N. Moses and I. Savage (eds.), Oxford University Press, 1989, pp. 167-185. Also in Princeton University Discussion Paper 27, "Two Essays on Travel Safety," with "The Economics of Transportation Safety and Deregulation."

"Credit Rationing, Tenancy, Productivity and the Dynamics of Inequality," with A. Braverman, P. Bardhan (ed.), *The Economic Theory of Agrarian Institutions*, Oxford: Clarendon Press, 1989, pp. 185-201. Previously World Bank Policy Research Working Paper 176, May 1989; also Princeton University Discussion Paper 23, 1988.

"Dinero, Credito y Fluctuaciones Economicas," *Revista De Econimia,* 3(3), April 1989, pp. 3-36.

"Financial Markets and Development," *Oxford Review of Economic Policy*, 5(4), 1989, pp. 55-68.

"Impact of the Changing Tax Environment on Investments and Productivity," with B. Greenwald, *The Journal of Accounting, Auditing and Finance*, 4(3), Summer 1989, pp. 281-301. (Revised version of paper prepared for a conference on "Tax Policy in a Complex and Dynamic Economic Environment: Challenges and Opportunities," New York University, December 1988.)

"Imperfect Information in the Product Market," *Handbook of Industrial Organization*, 1, Elsevier Science Publishers, 1989, pp. 769-847. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 705-746.

"Incentives, Information and Organizational Design," *Empirica*, 16(1), January 1989, pp. 3-29. Also NBER Working Paper 2979. (NOG Lecture, Austrian Economic Association, September 1988.)

"The Informational Content of Initial Public Offerings," with I. Gale, *Journal of Finance*, 44(2), June 1989, pp. 469-478. Also NBER Working Paper 3259. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 115-121.

"Markets, Market Failures and Development," *American Economic Review*, 79(2), May 1989, pp. 197-203. Subsequently published in *Boletin de Informacion Comercial Espanola*, Madrid.

"Monopolistic Competition and the Capital Market," *The Economics of Imperfect Competition and Employment - Joan Robinson and Beyond*, G. Feiwel (ed.), New York: New York University Press, 1989, pp. 485-507; also published in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.49-67.

"Mutual Funds, Capital Structure, and Economic Efficiency," *Theory of Valuation - Frontiers of Modern Financial Theory*, 1, S. Bhattacharya and G. Constantinides (eds.), Totowa, NJ: Rowman and Littlefield, 1989, pp. 342-356.

"Notes on Stochastic Capital Theory," with W. Brock and M. Rothschild, *Joan Robinson and Modern Economic Theory (Vol 1)*, G. Feiwel (ed.), Macmillan Press, 1989, pp. 591-622. Also NBER Technical Working Paper 23, May 1982 and Social Systems Research Institute Reprint Series 373. (Revised version presented at Conference in Honor of Karl Borch, Bergen, Norway, April 1989.)

"On the Economic Role of the State," *The Economic Role of the State*, A. Heertje, ed. (Bank Insinger de Beaufort NV and Blackwells) 1989. Reprinted as "O Ekonomskoj Ulozi Države," *Izazovi: Modernoj Upravi I Upravljanju*, Belgrade: Timit, 1995, p. 451-207.

"Principal and Agent," *The New Palgrave: Allocation, Information and Markets*, J. Eatwell, et al. (eds.), MacMillan Press, London, 1989, pp. 241-253. Also Princeton University Discussion Paper 18.

"Rational Peasants, Efficient Institutions and the Theory of Rural Organization: Methodological Remarks for Development Economics," *The Economic Theory of Agrarian Institutions*, P. Bardhan (ed.), Oxford: Clarendon Press, 1989, pp. 18-29.

"Reflections on the State of Economics: 1988," *Economic Record*, March 1989, pp. 66-72. (Presented at Australian Economic Meetings, Canberra, August 1988.)

"Sources of Technological Divergence between Developed and Less Developed Countries," with R. Sah, *Debt, Stabilizations and Development: Essays in Memory of Carlos Diaz-Alejandro*, G. Calvo, et al. (eds.), Basil Blackwell, 1989, pp. 423-46. Also Princeton University Discussion Paper 22.

"Technological Learning, Social Learning and Technological Change," with R. Sah, *The Balance between Industry and Agriculture in Economic Development*, S. Chakravarty (ed.), MacMillan Press/IEA, 1989, pp. 285-298. Also Yale University Economic Growth Center Paper 433.

"Toward a Theory of Rigidities," with B. Greenwald, *American Economic Review,* 79(2), May 1989, pp. 364-69. Also NBER Working Paper 2938.

"Using Tax Policy to Curb Speculative Short-Term Trading," *Journal of Financial Services Research*, 3(2/3), December 1989, pp. 101-115. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 85-98.

**1990**

"Asymmetric Information and the New Theory of the Firm: Financial Constraints and Risk Behavior," with B. Greenwald, *American Economic Review*, 80(2), May 1990, pp. 160-65. Also NBER Working Paper No. 3359.

"Banks as Social Accountants and Screening Devices for the Allocation of Credit," with A. Weiss, *Greek Economic Review,* 12, Supplement, Autumn 1990, pp. 85-118. Reprinted in *Financial Intermediaries*, Mervin K. Lewis (ed.), Aldershot, UK: Elgar, 1995, pp. 297-330. Also NBER Working Paper 2710, September 1988. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 237-257.

"Credit Rationing," with D. Jaffee, *Handbook of Monetary Economics*, B. Friedman and F. Hahn (eds.), Amsterdam: Elsevier Science Publishers, 1990, pp. 837-888.

"Financial Market Imperfections and Productivity Growth," with B. Greenwald and M. Kohn, *Journal of Economic Behavior and Organization,* 13(3), June 1990, pp. 321-345. Also NBER Working Paper 2945.

"Imperfect Information and Rural Credit Markets: Puzzles and Policy Perspectives," with K. Hoff, *World Bank Economic Review*, 4(3), September 1990, pp. 235-250. Subsequently revised and reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-52.

"Macroeconomic Models with Equity and Credit Rationing," with B. Greenwald, *Asymmetric Information, Corporate Finance, and Investment,* R. B. Hubbard (ed.), University of Chicago Press, 1990, pp. 15-42.

"Pareto Efficient Tax Structures," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Oxford Economic Papers*, 42, 1990, pp. 61-77. Subsequently reprinted in *Taxation, Private Information and Capital*, P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford: Clarendon Press, 1991, pp. 61-77.

"Peer Monitoring and Credit Markets," *World Bank Economic Review*, 4(3), September 1990, pp. 351-366. Reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, World Bank, 1993, pp. 70-86; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 464-478.

"Remarks on the Occasion of the Presentation of the UAP Prize," *Journées Scientifiques & Prix UAP, 1988, 1989, 1990*, 2, Conseil Scientifique de l'UAP (ed.), December 1990, pp. 23-32.

"Some Retrospective Views on Growth Theory, presented on the occasion of the Celebration of Robert Solow's 65th Birthday," *Growth/Productivity/Unemployment,* P. Diamond (ed.), Cambridge, MA: MIT Press, 1990, pp. 50-68.

"Symposium on Bubbles," *Journal of Economic Perspectives,* 4(2), Spring 1990, pp. 13-18.

"The Welfare Economics of Moral Hazard," with R. Arnott, *Risk, Information and Insurance: Essays in the Memory of Karl H. Borch*, H. Louberge (ed.), Norwell: Kluwer Academic Publishers, 1990, pp. 91-122. Also NBER Working Paper 3316.

**1991**

"Another Century of Economic Science," *Economic Journal* Anniversary Issue, 101(404), January 1991, pp. 134-141. Also published in *The Future of Economics*, J.D. Hey (ed.), Blackwell Publishers, 1992.

"Comments on David Bradford, 'Market Value vs. Accounting Measures of National Saving'," *National Saving and Economic Performance*, B.D. Bernheim and J.B. Shoven (eds.), University of Chicago Press, 1991, pp. 15-48. (Presented at NBER Conference on Savings, Maui, Hawaii, January 1989.)

"Development Strategies: The Roles of the State and the Private Sector," *Proceedings of the World Bank's Annual Conference on Development Economics 1990,* 1991, pp. 430-35.

"Dynamic Optimal Income Taxation With Government Commitment," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Journal of Public Economics*, 44, 1991, pp. 15-35. Also NBER Working Paper 3965.

"The Economic Role of the State: Efficiency and Effectiveness," *Efficiency and Effectiveness in the Public Domain. The Economic Role of the State*, T.P. Hardiman and M. Mulreany (eds.), Dublin: Institute of Public Administration, 1991, pp. 37-59.

41

"Foreword," *Informal Credit Markets and the Institution of Economics,* S. Claro and P. Yotopoulos (eds.), Westview Press, 1991.

"Introduction to Symposium on Organizations and Economics," *Journal of Economic Perspectives*, 5(2), Spring 1991, pp. 15-24

"The Invisible Hand and Modern Welfare Economics," *Information Strategy and Public Policy*, D. Vines and A. Stevenson (eds.), Oxford: Basil Blackwell, 1991, pp. 12-50. Also NBER Working Paper 3641. (Stevenson Lecture given at Glasgow University, December 1988.)

"Moral Hazard and Non-Market Institutions: Dysfunctional Crowding Out or Peer Monitoring," with R. Arnott, *American Economic Review*, 81(1), March 1991, pp. 179-190. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 589-603.

"Pareto Efficient Tax Structures," with Dagobert L. Brito, Jonathan H. Hamilton and Steven M. Slutsky, *Taxation Private Information and Capital,* P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford University Press, 1991, pp. 61-77.

"Public Policy for a Knowledge Economy," Remarks at the Department for Trade and Industry and Center for Economic Policy Research, Vol. 27(3), January 27, 1999, pp. 1-30. Accessible at: http://www.cercetareservicii.ase.ro/resurse/Documente/PUBLIC%20POLICY%20FOR%20A%20KNOWLEDGE%20ECONOMY.pdf

"The Quality of Managers in Centralized Versus Decentralized Organizations," with R. Sah, *Quarterly Journal of Economics*, 106(1), February 1991, pp. 289-295. Also Yale University Economic Growth center Discussion Paper 624, April 1990.

"Some Theoretical Aspects of the Privatization: Applications to Eastern Europe," *Revista di Politica Economica*, December 1991, pp. 179-204. IPR-USAID Working Paper, September 1991. Also in *Privatization Processes in Eastern Europe.* M. Baldassarri, L. Paganetto, and E.S. Phelps (eds.), New York: St Martin's Press, 1993.

"Symposium on Organizations and Economics," *Journal of Economic Perspective,* 5(2), Spring 1991, pp. 15-24.

"Toward a Reformulation of Monetary Theory: Competitive Banking," with B. Greenwald, *Economic and Social Review* 23(1), October 1991, pp. 1-34. Also NBER Working Paper 4117. (Paper prepared for the Irish Economic Association Annual Conference, Dublin, May 1991, and Caffee Lectures presented to the University of Rome and the Bank of Italy, Rome, April 1991.)

**1992**

"Alternative Tactics and Strategies for Economic Development," *New Directions in Development Economics*, K. Jameson, and A. Dutt (eds.), Edward Elgar, 1992, pp. 57-80. (AT&T Lecture presented at Notre Dame, April 1990.)

"Asymmetric Information in Credit Markets and Its Implications for Macroeconomics," with A. Weiss, *Oxford Economic Papers,* 44(4), October 1992, pp. 694-724.

"Banks versus Markets as Mechanisms for Allocating and Coordinating Investment," *The Economics of Cooperation: East Asian Development and the Case for Pro-Market Intervention*, J.A. Roumasset and S. Barr (eds.), Westview Press, Boulder, 1992, pp. 15-38. (Presented at Investment Coordination in the Pacific Century: Lessons from Theory and Practice Conference, given at the University of Hawaii, January 1990.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 258-272.

"Capital Markets and Economic Fluctuations in Capitalist Economies," *European Economic Review*, 36, North-Holland, 1992, pp. 269-306. (Marshall Lecture prepared for the European Economic Association Annual Meeting, Cambridge, UK, August 1991.)

"Contract Theory and Macroeconomic Fluctuations," *Contract Economics,* L. Werin and H. Wijkander (eds.), Basil Blackwell, 1992, pp. 292-322.

"The Design of Financial Systems for the Newly Emerging Democracies of Eastern Europe," *The Emergence of Market Economies in Eastern Europe*, C. Clague and G.C. Rausser (eds.), Cambridge: Basil Blackwell, 1992, pp. 161-184. Also Institute for Policy Reform Working Paper IPR21, 1991.

"Explaining Growth: Competition and Finance," *Rivista di Politica Economica (Italy),* 82(169), November 1992, p. 225. (Paper prepared for the Villa Mondragone International Economic Seminar, Rome, June 1992.)

"Futures Markets and Risk Reduction," with D.M.G. Newbery, *The Theory of Futures Markets,* P. Weller (ed.), Oxford: Basil Blackwell, 1992, pp. 36-55.

"Information, Finance and Markets: The Architecture of Allocative Mechanisms," with B. Greenwald, *Industrial and Corporate Change,* 1(1), 1992, pp. 37-63. Also in *Finance and the Enterprise,* V. Zamagni (ed.), Academic Press, 1992, pp. 11-36. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 219-236.

"Introduction: S&L Bailout," *The Reform of Federal Deposit Insurance: Disciplining the Government and Protecting Taxpayers,* J. Barth and R. Brumbaugh, Jr. (eds.), Harper Collins Publishers, 1992, pp. 1-12.

"The Meanings of Competition in Economic Analysis," *Rivista internazionale de scienze sociali,* 2, April-June 1992, pp. 191-212.

"Methodological Issues and the New Keynesian Economics," *Macroeconomics: A Survey of Research Strategies*, A. Vercelli and N. Dimitri (eds.), Oxford University Press, 1992, pp. 38-86. Also NBER Working Paper No. 3580 and Reprint No. 1801.

43

"Prices and Queues as Screening Devices in Competitive Markets," *Economic Analysis of Markets and Games: Essays in Honor of Frank Hahn*, D. Gale and O. Hart (eds.), Cambridge: MIT Press, 1992, pp. 128-166. Also IMSSS Technical Report No. 212, Stanford University, August 1976. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 193-221.

"Stochastic and Deterministic Fluctuations in a Non-Linear Model with Equity Rationing," with M. Gallegati, *Giornale Degli Economisti e Annali di Economia (Italy),* 60, January-April 1992, pp. 97-108.

**1993**

"Capital market imperfections and regional economic development," with Bruce C. Greenwald and Alec Levinson, *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 65-93.

"Comments on 'Toward a Counter-Counter-Revolution in Development Theory'," *Proceedings of the World Bank's Annual Conference on Development Economics 1992,* Washington, D.C.: World Bank, 1993, pp. 39-49.

"Consequences of Limited Risk Markets and Imperfect Information for the Design of Taxes and Transfers: An Overview," *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-49.

"Financial Market Imperfections and Business Cycles," with B. Greenwald, *Quarterly Journal of Economics,* 108(1), February 1993, pp. 77-114. Also NBER Working Paper 2494. (Paper prepared for the Far-Eastern Meeting of the Econometric Society, Seoul, June 1991.) Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 617-648.

"Incentives, Organizational Structures, and Contractual Choice in the Reform of Socialist Agriculture," *The Agricultural Transition in Central and Eastern Europe and the Former U.S.S.R.*, A. Braverman, K. Brooks, and C. Csaki (eds.), World Bank, 1993, pp. 27-46. (Presented at the World Bank conference "Agricultural Reform in Eastern Europe and the USSR," Budapest, August 1990.)

"Information," *The Fortune Encyclopedia of Economics,* David R. Henderson (ed.), Warner Books, 1993, pp. 16-21.

"International Perspectives in Undergraduate Education," *American Economic Review,* 83(2), May 1993, pp. 27-33.

"Market Socialism and Neoclassical Economics," *Market Socialism: The Current Debate,* P. Bardhan and J. Roemer (eds.), New York: Oxford University Press, 1993, pp. 21-41.

"Measures for Enhancing the Flow of Private Capital to the Less Developed Countries," *Development Issues,* Development Committee, World Bank, 1993, pp. 201-211.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review,* 83(1), March 1993, pp. 301-304

"New and Old Keynesians," with B. Greenwald, *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 23-44, reprinted in *A Macreconomic Reader,* Brian Snowdon and Howard R. Vane (eds.), Routledge, 1997, pp.552-574.

"Overview," *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 343-353.

"Perspectives on the Role of Government Risk-Bearing within the Financial Sector," *Government Risk-bearing,* M. Sniderman (ed.), Norwell, MA: Kluwer Academic Publishers, 1993, pp. 109-130. (Paper prepared for Conference on Government Risk Bearing, Federal Reserve Bank of Cleveland, May 1991.)

"Post Walrasian and Post Marxian Economics," *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 109-114.

"The Role of the State in Financial Markets," *Proceedings of the World Bank Annual Conference on Development Economics*, The World Bank, pp. 19-52.

**1994**

"Economic Growth Revisited," *Industrial and Corporate Change,* 3(1), pp. 65-110, 1994.

"Endogenous Growth and Cycles," *Innovation in Technology, Industries, and Institutions,* Y. Shionoya and M. Perlman (eds.), The University of Michigan Press, 1994, pp. 121-56. Originally presented as the Schumpeter Lecture at the fourth biennial meeting of the International Schumpeter Society, held in Kyoto in August 1992.  Also NBER Working Paper 4286.

"Information and Economic Efficiency," with R. Arnott and B. Greenwald, *Information Economics and Policy,* 6(1), March 1994, pp. 77-88. Also NBER Working Paper 4533. (Paper prepared for the New Orleans Meeting of the American Economic Association, 1992.)

"Reflections on Economics and on Being and Becoming an Economist," *The Makers of Modern Economics*, *Vol. II*, Arnold Heertje (ed.), Harvester Wheatsheaf (Simon & Schuster International Group), May 1994, pp. 140-183.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods/ Replantejament del paper de l'estat a l'economia: els béns privats subministrats públicament," *Anàlisi Econòmica de la Sanitat: Celección els Llibres Dels Fulls Econòmics*, 10, Generalitat de Catalunya Departament de Sanitat I Seguretat Social, Barcelona: Fulls Econòmics del Sistema Sanitari,pp. 19-47.  (Paper originally delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.)

"Sorting Out the Differences Between Signaling and Screening Models," in *Mathematical Models in Economics*, M. O. L. Bacharach, M. A. H. Dempster and J. L. Enos (eds.), Oxford: Oxford University Press with A. Weiss, reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 223-231. Originally NBER Technical Working Paper 93, November 1990.

**1995**

"Discouraging Rivals: Managerial Rent-Seeking and Economic Inefficiencies," with A. Edlin, *American Economic Review,* 85(5), December 1995, pp. 1301-1312. Also NBER Working Paper 4145, 1992. Later published in *40 Years of Research on Rent Seeking 2*, R. Congelton, A. Hillman, and K. Konrad, eds., Berlin: Springer, pp. 609-620. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 317-330.

"Interest Rate Puzzles, Competitive Theory and Capital Constraints," *Economics in a Changing World,* IEA Conference Volume, Economic Growth and Capital and Labour markets, 111(5), Jean-Paul Fitoussi (ed.), New York: St. Martin's Press, 1995, pp. 145-175. (Prepared for the International Economics Association Meetings, Moscow, August 1992.)

"Labor Market Adjustments and the Persistence of Unemployment," with B. Greenwald, *American Economic Review*, 85(2), May 1995, pp. 219-225.

"Randomization in Optimal Income Tax Schedules," with D. Brito, J. Hamilton, and S. Slutsky, *Journal of Public Economics*, 56(189), February 1995, pp. 189-223. Also NBER Working Paper No. 3289

"The Role of Exclusive Territories in Producers' Competition," with P. Rey, *Rand Journal of Economics*, 26(3), Autumn 1995, pp. 431-51. Previously NBER Working Paper: 4618, January 1994.

"Setting Budget Priorities," *Vital Speeches of the Day*, 6(4), December 1, 1995, pp. 121-124.

"Social Absorption Capability and Innovation," *Social Capability and Long-Term Economic Growth,* Bon Ho Koo and D.H. Perkins (eds.), New York: St. Martin's Press, 1995, pp. 48-81.

**1996**

"Deposit Mobilisation Through Financial Restraint," with T. Hellmann and K. Murdock, *Financial Development and Economic Growth,* N. Hermes and R. Lensink (eds.), Routledge, 1996, pp. 219-246. Also in *Banking and Financial Institutions*, 3(5B), February 7, 1996; and Stanford Graduate School of Business Research Paper 1354, July 1995.

"Financial Markets, Public Policy, and the East Asian Miracle," with M. Uy, *World Bank Research Observer,* 11(2), August 1996, pp. 249-276.

46

"Institutional Innovations and the Role of Local Government in Transition Economies: The Case of Guangdong Province of China," with Yingyi Qian, *Reforming Asian Socialism: The Growth of Market Institutions*, John McMillan and Barry Naughton (eds.), Ann Arbor, MI: The University of Michigan Press, 1996, pp. 175-193.

"International Economic Justice and National Responsibility: Strategies for Economic Development in the Post Cold War World," *Oxford Development Studies*, 24(2), June 1996, pp. 101-109.

"Introduction: Scope of the Assessment," with J. Goldemberg, Goldemberg, J., R. Squitieri, A. Amano, X. Shaoxiong, S. Kane, J. Reilly, and T. Teisberg, Chapter 1 in *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 21-51

"Intertemporal Equity and Discounting," with K. Arrow, W.R. Cline, K-G. Maler, M. Munasinghe, and R. Squitieri, *Global Climate Change: Economic and Policy Issues,* M. Munasinghe (ed.), World Bank Environment Paper 12, Washington, D.C. 1995, pp. 1-32. Reprinted in an abbreviated format as "Intertemporal Equity, Discounting, and Economic Efficiency," *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 125-144.

"Some Lessons from the East Asian Miracle," *World Bank Research Observer*, 11(2), August 1996, pp. 151-177. Reprinted as "Algunas ensenanzas del milagro del Este Asiatico (with English summary)," *Desarrollo Economico*, 37(147), Oct.-Dec. 1997, pages 323-349.

**1997**

"Competition and Insurance Twenty Years Later," with Michael Rothschild, *Geneva Papers on Risk and Insurance Theory*, 22(2), December 1997, pages 73-79. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 160-167.

"Defending the Clinton Administration," interview with *Challenge*, 40(3), May/ June 1997, pp. 22-34.

"Dumping on Free Trade: The U.S. Import Trade Laws," *Southern Economic Journal,* 64(2), 1997, pp. 402-424. Also in *Trips, The Uruguay Round and Third World Interests,* Sir Hans Singer, Neelambar Hatti and Rameshwar Tandon (eds.), B.R. Publishing Corporation, 1999, pp. 711-748.

"Financial Restraint: Toward a New Paradigm," with T. Hellmann and K. Murdock, *The Role of Government in East Asian Economic Development*, M. Aoki, H. Kim, and M. Okuna-Fujiwara (eds.), Oxford: Clarendon Press, 1997, pp. 163-207.

"A Framework for a Development Strategy in a Market Economy," with Nicholas Stern, *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 253-295. Also European Bank for Reconstruction and Development Working Paper 20, April 1997.

"Looking out for the National Interest: the Principles of the Council of Economic Advisers," *American Economic Review,* 87(2), May 1997, pp. 109-113. (Speech to American Economic Association. New Orleans. January 5, 1997.)

"Moneylenders and Bankers: Price-increasing Subsidies in a Monopolistically Competitive Market," with Karla Hoff, *Journal of Development Economics* 52, 1997, pp. 429-462. Corrected for printing errors in "Moneylenders and Bankers: Price-Increasing Subsidies with Monopolistic Competition," *Journal of Development Economics*, 55, 1998, pp. 485-518. Previously "Theory of Imperfect Competition in Rural Credit Markets," Institute for Policy Reform Working Paper IPR 49, 1992; and "Moneylenders and Bankers: Fragmented Credit Markets with Monopolistic Competition," Working Paper 93-10, University of Maryland, Department of Economics, 1993.

"Reflections on the Natural Rate Hypothesis," *Journal of Economic Perspectives,* 11(1), Winter 1997, pp. 3-10.

"Reply: Georgescu-Roegen versus Solow/Stiglitz," *Ecological Economics*, Elsevier Science, 1997, pp. 269-270.

"The Role of Government in Economic Development (Keynote Address)," *Annual World Bank Conference on Development Economics 1996*, M. Bruno and B. Pleskovic (eds.), World Bank, 1997, pp. 11-23.

"The Role of Government in the Economies of Developing Countries," *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 61-109.

"The State and Development: Some New Thinking," Report: International Roundtable: "The Capable State," World Bank and German Foundation for International Development. Berlin, October 8. (Transcript available at <http://www.worldbank.org/html/extdr/extme/jssp100897.htm>)

**1998**

"An Agenda for Development in the Twenty-First Century," *Annual World Bank Conference on Development Economics 1997*, J.E. Stiglitz and B. Pleskovic (eds.), World Bank, 1998, pp. 17-31.

"Building Robust Financial Systems," *Central Bank of Barbados Economic Review*, 25(1), June 1998, pp. 49-56.

"Central Banking in a Democratic Society," *De Economist* (Netherlands), 146(2), 1998, pp. 199-226. (Originally presented as 1997 Tinbergen Lecture, Amsterdam, October).

48

"Development Based on Participation – A Strategy for Transforming Societies," *Transition*, 9(6), World Bank and Davidson Institute, December 1998, pp. 1-3.

"Economic Consequences of Income Inequality," with Jason Furman, *Symposium Proceedings – Income Inequality: Issues and Policy Options*, Jackson Hole, Wyoming: Federal Reserve Bank of Kansas City, 1998, pp. 221-263.

"Economic Crises: Evidence and Insights from East Asia," with Jason Furman, *Brookings Papers on Economic Activity*, 1998(2), pp. 1-114. (Presented at Brookings Panel on Economic Activity, Washington, September 3, 1998.)

"Evaluation as an incentive instrument," *Evaluation & Development: The Institutional Dimension, Robert Picciotto and Eduardo Wiesner (eds.)*, Transaction Publishers, 1998, pp. 287-290.

"Financial Restraint and the Market Enhancing View," with T. Hellmann and K. Murdock, *The Institutional Foundations of East Asian Economic Development*, Y. Hayami and M. Aoki (eds.), London: MacMillan, 1998, pp. 255-284.

"Foreword," *Assessing Aid: What Works, What Doesn't, and Why*, World Bank Policy Research Report, New York: Oxford University Press, 1998, pp. ix-x.

"IFIs and the Provision of International Public Goods," *Cahiers Papers*, 3(2), European Investment Bank, 1998, pp. 116-134.

"Inequality and Growth: Implications for Public Finance and Lessons from Experience in the US," *Beyond Tradeoffs: Market Reform and Equitable Growth in Latin America,*" N. Birdsall, C. Graham, R.H. Sabot (ed.), Inter-American Development Bank, 1998, pp. 305-319.

"International Development: Is it Possible?," with Lyn Squire, *Foreign Policy*, 110, Spring 1998, pp. 138-151.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1997*, Pleskovic and Stiglitz (eds.), World Bank, Washington, D.C., 1998, pp. 1-7.

"Knowledge for Development: Economic Science, Economic Policy, and Economic Advice," *Annual World Bank Conference on Development Economics*, B. Pleskovic and J. Stiglitz (eds.), Washington: World Bank, 1998, pp. 9-58.

"The Private Uses of Public Interests: Incentives and Institutions," *Journal of Economic Perspectives,* 12(2), Spring 1998, pp. 3-22. (Originally presented as Society of Government Economists Distinguished Lecture on Economics in Government, ASSA meetings, January 4, 1998.)

"The Role of Government in the Contemporary World," *Income Distribution and High-Quality Growth*, Vito Tanzi and Ke-young Chu (eds.), Cambridge, MA: MIT Press, pp. 21-53. Also Background Paper No. 5 of the 3rd Meeting High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10.

"Road to Recovery: Restoring Growth in the Region Could Be a Long and Difficult Process," *Asiaweek* 24(8), July 17, 1998, pp. 66-67.

"Towards a New Paradigm for Development: Strategies, Policies and Processes," 9th Raul Prebisch Lecture delivered at the Palais des Nations, Geneva, October 19, 1998, UNCTAD. Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 57-93.

**1999**

"Aid Effectiveness and Development Partnership," *Donor Coordination and the Effectiveness of Development Assistance*, UNU Public Lectures, November 1999, pp. 17-30.

"Beggar-Thyself vs. Beggar-Thy-Neighbor Policies: The Dangers of Intellectual Incoherence in Addressing the Global Financial Crisis," *Southern Economic Journal*, 66(1), July 1999, pp. 1-38. (Paper presented to the Annual Meetings of the Southern Economics Association, Baltimore, November 8, 1998.)

"Duality and Development: Some Reflections on Economic Policy," G.R. Saxonhouse and T.N. Srinivasan (eds.), *Development, Duality, and the International Economic Regime: Essays in Honor of Gustav Ranis*, Ann Arbor: University of Michigan Press, pp. 55-84.

"Dumping on Free Trade:  The U.S. Import Trade Laws," *New World Order Series*, 15(part II), *Sir Hans Singer, Neelambar Hatti, and Rameshwar Tandon*(eds.), B.R. Publishing Corporation, 1999, pp.711-748.

"Economia y gobierno: los usos privados de los intereses publicos, incentivos e instituciones," *Planeacion & Desarrollo,* vol.XXX, No. 1, enero – marzo 1999, pp. 127-156.

"Foreword," *The Economics of Saving & Growth: Theory, Evidence, and Implications for Policy, Klaus Schmidt-Hebbel and Luis Servén* (eds.), Cambridge University Press, 1999.

"The Future of the International Financial Architecture," *World Economic Affairs*, 2(3), Winter 1999, pp. 35-38.

"Interest Rates, Risk, and Imperfect Markets: Puzzles and Policies," *Oxford Review of Economic Policy* 15(2), 1999, pp. 59-76.

"Introduction," *Economic Notes*, 28(3), November 1999, pp. 249-254.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1998,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 1999, pp. 1-8.

"Knowledge as a Global Public Good," *Global Public Goods: International Cooperation in the 21st Century*, Inge Kaul, Isabelle Grunberg, Marc A. Stern (eds.), United Nations Development Programme, New York: Oxford University Press, 1999, pp. 308-325. Also published in *International Intellectual Property in an Integrated World Economy,* F. Abbot, T. Cottier, and F. Gurry, eds., Aspen Publishers, 2007.

"Lessons from East Asia," *Journal of Policy Modeling*, 21(3), May 1999, pp. 311-330. (Paper presented at the American Economic Association Annual Meetings, New York, January 4, 1999.)

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," *Development Issues in the 21st Century*, G. Kochendorfer-Lucius and B. Pleskovic (eds.), Berlin: German Foundation for International Development, 1999, pp. 11-39. Also Chapter 1 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 17-56. (Originally presented as the 1998 WIDER Annual Lecture, Helsinki, January 1998; also keynote address at Villa Borsig Winter Workshop, February 1998.)

"Must Financial Crises Be This Frequent and This Painful?" *Policy Options* (Canada), 20(5), June, pp. 23-32. (Paper originally given on September 23, 1998 as University of Pittsburgh McKay Lecture).

"New Perspectives on the Role of the State," *Akademische Reden und Kolloquien* (Academic Lectures and Colloquia), 18, University of Erlangen-Nuernberg, 1999. (Paper initially presented as Recktenwald Prize Acceptance Speech, February 3, 1998)

"The Procyclical Role of Rating Agencies: Evidence from the East Asian Crisis," with G. Ferri and L.-G. Liu, *Economic Notes*, 28(3), 1999, pp. 335-355.

"Public-Private Technology Partnerships: Promises and Pitfalls," with Scott J. Wallsten, *American Behavioral Scientist*, 43(1), September 1999, pp. 52-74. Also published in *Public-Private Policy Partnerships*, P. Rosenau (ed.), Cambridge, MA: MIT Press, 2000, pp. 37-59.

"The Reasons Behind the Crash," *Etruria Oggi*, 17(50), June 1999, pp. 28-31.

"Reforming the Global Economic Architecture: Lessons from Recent Crises." *The Journal of Finance* 54 (4), August 1999, pp. 1508-1521.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," *The Manchester School*, 67(5), Special Issue 1999, pp. 409-427. (Paper presented to North-South Institute, Ottawa, Canada, September 29, 1998.)

"The Role of Participation in Development," *Development Outreach*, 1(1), Summer 1999, pp. 10-13. (Excerpted from presentation delivered at the Conference on Democracy, Market Economy and Development in Seoul, South Korea, February 1999.)

"Taxation, Public Policy and The Dynamics of Unemployment," *International Tax and Public Finance*, 6, pp. 239-262. (Paper presented to the Institute of International Finance, Cordoba, Argentina, August 24, 1998.)

"Toward a General Theory of Wage and Price Rigidities and Economic Fluctuations," *American Economic Review*, 89(2), May 1999, pp. 75-80. Reprinted in *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 31-40.

"Trade and the Developing World: A New Agenda," *Current History*, 98(631), November 1999, pp. 387-393.

"The World Bank and the Overseas Economic Cooperation Fund in the New Millennium," *Journal of Development Assistance*, 5(1), pp. 11-17.

"The World Bank at the Millennium," *Economic Journal*, 109(454), pp. F577-F597.

"The WTO Millennium Round," *Social Development Review*, 3(4), December 1999, pp. 6-9.

**2000**

"Addressing Developing Country Priorities and Needs in the Millennium Round," *Seattle, the WTO, and the Future of the Multilateral Trading System*, R. Porter and P. Sauvé, eds., Cambridge: Harvard University Press, 2000, pp. 31-60

"Capital Market Liberalization, Economic Growth, and Instability," *World Development*, 28(6), 2000, pp. 1075-1086.

"Chinese Reforms from a Comparative Perspective," with Athar Hussain and Nicholas Stern, *Incentives, Organization, and Public Economics: Papers in Honour of Sir James Mirrlees*, Peter J. Hammond and Gareth D. Myles (eds.), Oxford University Press, 2000, pp. 243-277.

"Conclusions," *Economic Notes*, 29(1), Special Issue, The East Asian Crisis: Lessons for Today and for Tomorrow, February 2000, pp. 145-151.

"The Contributions of the Economics of Information to Twentieth Century Economics", *Quarterly Journal of Economics*, 115(4), November 2000, pp. 1441-78.

"Credit and Equity Rationing in Markets with Adverse Selection," with T. Hellmann, *European Economic Review*, 44(2), February 2000, pp. 281-304. Earlier, longer version in "A Unifying Theory of Credit and Equity Rationing in Markets with Adverse Selection," Stanford Graduate School of Business Research Paper 1356, October 1995. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 178-188.

"Democratic Development as the Fruits of Labor," Chapter 9 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 279-315. (Originally Keynote Address at the Industrial Relations Research Association, Boston, January 2000.) Shortened version available in *Perspectives on Work*, 4(1), 2000, pp. 31-38.

"Development Issues: Settled and Open," with Shahid Yusuf, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. 227-268.

"Formal and Informal Institutions," *Social Capital: A Multifaceted Perspective*, P. Dasgupta and I. Serageldin (eds.), Washington: World Bank, 2000, pp. 59-68.

"Introduction" and "Conclusions," with H. de Largentaye, P. Muet, and J. Rischard, *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999*, Conseil d'Analyse economique, Paris, 2000, pp. 9-18 and 237-238. Printed in French in *Revue d'Economie du Developpement*, 0(1-2), June 2000.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1999,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 2000, pp. 1-13.

"Introduction," *The World Bank: Structure and Policies,* Christopher L. Gilbert and David Vines, (eds.), Cambridge University Press, Cambridge, 2000, pp. 1-9.

"Lessons from the Global Financial Crisis," *Global Financial Crises: Lessons from Recent Events*, Joseph R. Bisignano, William C. Hunter, George G. Kaufman (eds.), Boston: Kluwer Academic Publishers, 2000, pp. 89-109. (Originally presented at the Conference on Global Financial Crises, Bank for International Settlements and Federal Reserve Bank of Chicago, May 6, 1999.)

"Liberalization, Moral Hazard in Banking and Prudential Regulation: Are Capital Requirements Enough?" with T. Hellmann and K. Murdock, *American Economic Review*, 90(1), March 2000, pp. 147-165. Also published in *Industrial Organization and Regulation*, 3(17), August 2000; and in *Banking and Financial Institutions*, 5(8), June 2000.

"Mi aprendizaje de la crisi economica mundial," *Nueva Sociedad*, 168, pp.106-115.

"New Bridges Across the Chasm: Macro- and Micro-Strategies for Russia and other Transitional Economies," with David Ellerman, *Zagreb International Review of Economics and Business*, 3(1), 2000, pp. 41-72.

"O Que Eu Aprendi com a Crise Mundial," *Revista de Economia Politica/Brazilian Journal of Political Economy*, 20(3), July-September 2000, pp.169-74.

"Preface" with Gerald M. Meier, *Frontiers of Development Economics: The Future in Perspective*, G. Meiter and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. ix-x.

"Quis custodiet ipsos custodes? Corporate Governance Failures in the Transition," *Governance, Equity and Global Markets*, *Proceedings from the Annual Bank Conference on Development Economics in Europe*, *June 1999,* Pierre-Alain Muet and J.E. Stiglitz (eds.), Conseil d'Analyse economique, Paris, 2000, pp. 51-84. Also published in *Challenge*, 42(6), November/December 1999, pp. 26-67. (Originally presented as keynote address at the Annual Bank Conference on Development Economics in Europe, Paris, June 23, 1999.) French version "Quis custodiet ipsos custodes? Les defaillances du gouvernement d'entreprise dans la transition", *Revue d'Economie du Developpement*, 0(1-2), June 2000, pp. 33-70.

"Reflections on Mobility and Social Justice, Economic Efficiency, and Individual Responsibility," *New Markets, New Opportunities? Economic and Social Mobility in a Changing World*, Nancy Birdsall and Carol Graham (eds.), Washington D.C.: Brookings Institution Press, 2000, pp. 36-65. (Paper prepared for presentation at MacArthur Research Network meeting, Bellagio, Italy, May 6, 1998.)

"Reflections on the Theory and Practice of Reform," *Economic Policy Reform: The Second Stage,* Anne Krueger (ed.), University of Chicago Press, 2000, pp. 551-584.

"Scan Globally, Reinvent Locally: Knowledge Infrastructure and the Localization of Knowledge," *Banking on Knowledge: the Genesis of the Global Development Network,* Diane Stone (ed.), Routledge, 2000, pp. 24-43. Also Chapter 6 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 194-219. (Originally Keynote Address to the First Global Development Network Conference, Bonn, December 1999.)

"Some Elementary Principles of Bankruptcy," *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999,* Conseil d'Analyse economique, Paris, 2000, pp. 605-620.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," *World Economy,* 23(4), pp. 437-54.

"The Underpinnings of a Stable and Equitable Global Financial System: From Old Debates to New Paradigm," with Amar Bhattacharya, *Annual World Bank Conference on Development Economics 1999*, B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 91-130. (Paper presented to the Annual World Bank Conference on Development Economics, April 28-30, 1999.)

"Whither Reform? Ten Years of Transition," *Annual World Bank Conference on Economic Development,* B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 27-56. Also Chapter 4 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 127-171. Summary in *Transition Economics*, 3(12), June 1999. (Originally presented on April 30, 1999.)

## 2001

"Bankruptcy Laws: Basic Economic Principles," *Resolution of Financial Distress: An International Perspective on the Design of Bankruptcy Laws*, S. Claessens, S. Djankov, and A. Mody, eds., Washington, DC: World Bank, pp. 1-23.

"A Comparison of Economic Transition among China and Other Countries," *Economics Information*, 5, May, 2001, pp. 43-46 (in Chinese).

"Challenges in the Analysis of the Role of Institutions in Economic Development," *Villa Borsig Workshop Series 2000: The Institutional Foundations of a Market Economy*, Gudrun Kochendorfer-Lucius and Boris Pleskovic (eds.), German Foundation for (DSE), 2001, pp. 15-28.

"Crisis y Restructuración Financiera: el Papel de la Banca Central," *Cuestiones Económicas*, 17(2), 2001, pp. 3-24.

"Development Theory at a Crossroads," *Proceedings from the Annual Bank Conference on Development Economics in Europe*, June 2000, Jean-Francois Rischard, et al. (eds.), Conseil d'Analyse Economique, 2001, pp. 65-74.

"Development Thinking at the Millennium," *Proceedings from the Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 13-38. (Paper presented to the Annual World Bank Conference on Development Economics, Paris, June 26, 2000.)

"Failure of the Fund: Rethinking the IMF Response", *Harvard International Review*, 23(2), Summer 2001, pp. 14-18.

"Foreword," *The Great Transformation: The Political and Economic Origins of Our Time*," by Karl Polanyi, Boston: Beacon Press, 2001, pp. vii-xvii.

"From Miracle to Crisis to Recovery: Lessons from Four Decades of East Asian Experience," *Rethinking the East Asian Miracle,* J. Stiglitz and S. Yusuf (eds.), Oxford: Oxford University Press, 2001, pp. 509-526.

"Etica, politica economica e paesi in via di sviluppo," *Rivista Internazionale di Scienzea Sociali*, CIX (4), 2001, pp. 391-407. (Also published in "Globalizzazione: nuove ricchezze e nuove poverta," Vita e Pensiero, Milano 2001.)

"Introduction," with Robert Holzmann, *New Ideas about Old Age Security,* Robert Holzmann and Joseph E. Stiglitz (eds.). Washington: World Bank, 2001, pp. 1-16. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Mexico—Five Years After the Crisis," with D. Lederman, A. Menendez, and G. Perry, *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 263-282.

"Modern Economic Theory and Development" with Karla Hoff, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2001, pp. 389-459.

"Not Poles Apart: 'Whither Reform?' and 'Whence Reform?'," with David Ellerman, *The Journal of Policy Reform*, 4(4), 2001, pp. 325-338.

"On Liberty, the Right to Know and Public Discourse: The Role of Transparency in Public Life," Chapter 8 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 250-278. Also published in *Globalizing Rights*, Matthew Gibney (ed.), Oxford: Oxford University Press, 2003, pp. 115-156. (Originally presented as 1999 Oxford Amnesty Lecture, Oxford, January 1999.)

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," *Democracy, Market Economics & Development: An Asian Perspective*, Farrukh Iqbal and Jong-Il You (eds.), World Bank, 2001, pp. 49-72. Also Chapter 7 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 220-249.

"Preface," *The New Russia: Transition Gone Awry,* L. Klein and M. Pomer (eds.), Stanford, CA: Stanford University Press, 2001, pp. xvii-xxiii.

"Principles of Financial Regulation: A Dynamic Approach," *The World Bank Observer,* 16(1), Spring 2001, pp. 1-18. Also Institute for Policy Reform Working Paper IPR 56, 1992.


"Redefining the Role of the State," Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 94-126. (Originally presented on the Tenth Anniversary of MITI Research Institute Tokyo, Japan, March 17, 1998.)

"Rethinking Pension Reform: Ten Myths About Social Security Systems" with Peter Orszag, *New Ideas About Old Age Security*, R. Holman and J. Stiglitz (eds.), Washington: World Bank, 2001, pp. 17-56.  Also in Italial in *Il Pilastro Debole,* 1/2000, pp. 13-62. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Robust Financial Restraint," with P. Honohan, *Financial Liberalization: How Far, How Fast?* G. Caprio, P. Honohan and J. Stiglitz (eds.), Cambridge, UK: Cambridge University Press, 2001, pp. 31-63.

"The Role of International Financial Institutions in the Current Global Economy," Chapter 5 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 172-193. (Originally Address to the Chicago Council on Foreign Relations, Chicago, February 27, 1998.)

"Shaken and Stirred: Explaining Growth Volatility," with William Easterly and Roumeen Islam, *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 191-212.

"Shaken and Stirred: Volatility and Macroeconomic Paradigms for Rich and Poor Countries," with William Easterly and Roumeen Islam, *Advances in Macroeconomic Theory*, Jacques Dreze(ed.), IEA Conference Volume, 133, Houndsmill: Palgrave, 2001, pp. 353-372. (Speech given for Michael Bruno Memorial Lecture, 12th World Congress of IEA, Buenos Aires, August 27, 1999.)

**2002**

"Capital Market Liberalization and Exchange Rate Regimes: Risk without Reward," *The Annals of the American Academy of Political and Social Science*, 579, Jan. 2002, pp. 219-248.

"Competition and Competitiveness in a New Economy," *Competition and Competitiveness in a New Economy*, Heinz Handler and Christina Burger (eds.), Vienna: Austrian Federal Ministry for Economic Affairs and Labour, 2002, pp. 11-22.

"Employment, Social Justice, and Societal Well-Being," *International Labour Review*, 141(1-2), 2002, pp. 9-29. Also published in *Revista Internacional del Trabajo,* 121 (1-2), 2002, pp. 9-31, and *Revue Internationale du Travail,* 141(1-2), 2002, pp. 9-31,.

"Financial Market Stability and Monetary Policy," *Pacific Economic Review*, 7(1), February 2002, pp. 13-30 (Keynote speech at the HKEA First Biennial Conference, Hong Kong, 2000). Reprinted as "Financial Market Stability, Monetary Policy, and the IMF," *Exchange Rate Regimes and Macroeconomic Stability,* Lok-Sang Ho and Chi-Wa Yuen, eds., Norwell, MA: Kluwer Academic Publishers, 2003, pp. 33-54.

"Franchise Value and the Dynamics of Financial Liberalization," with Thomas Hellmann and Kevin Murdock, *Designing Financial Systems in Transition Economies; Strategies for Reform in Central and Eastern Europe,* Anna Meyendorff and Anjan Thakor (eds.), MIT Press, 2002, pp. 111-127.

"Globalization and the Logic of International Collective Action: Re-Examining the Bretton Woods Institutions," *Governing Globalization: Issues and Institutions*, Deepak Nayyar (ed.), UNU/WIDER, New York: Oxford University Press, 2002, pp. 238-253.

"Information and the Change in the Paradigm in Economics," *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 472-540. Also published in *Revista Asturiana De Economia*, 25, December, 2002, pp.95-164 and *Nobel Lectures: Economic Sciences, 2001-2005*, P. Englund, ed., World Scientific: Singapore, 2008, pp. 126-194.

"Information and the Change in the Paradigm in Economics," abbreviated version of Nobel lecture, *American Economic Review*, 92(3), June 2002, pp. 460-501. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 53-98

"Keynesian Economics and Critique of First Fundamental Theorem of Welfare Economics," *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 41-65.

"The Lessons of Argentina for Development in Latin America," *Argentina in Collapse? The Americas Debate*, Michael Cohen and Margarita Gutman (eds.), The New School, 2002, pp. 151-167. (Also published in Spanish in *¿Argentina en Colapso? América Debate*, Buenos Aires: Instituto Internacional de Medio Ambiente y Desarrollo, IIED-AL, 2002.)

57

"Mejorando la eficiencia y la capacidad de respuesta del sector público: lecciones de la experiencia reciente," *Revista del CLAD: Reforma y Democracia*, No. 22, February 2002, pp. 7-68 (Speech given at the VI International Congress of CLAD, Buenos Aires, Argentina, November 2001).

"Minimum Wage Laws and Unemployment Benefits, When Labor Supply is a Household Decision," with K. Basu and Garance Genicot, *Markets and Governments*, K. Basu, P. Nayak, and R. B. Ray (eds.), in Oxford University Press, pp.38-59.

"New Perspectives on Public Finance: Recent Achievements and Future Challenges," *Journal of Public Economics*, 86, 2002, pp. 341-360.

"New Perspectives on the role of the state," *Editing Economics; Essays in honour of Mark Perlman,* H. Lim, Ungsuh K. Park and G.C. Harcourt (eds.), Routledge-Taylor & Francis Group, 2002, p. 216-227.

"Nobel Memoirs," *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 447-471.

"On Liberty, the Right to Know and Public Discourse: the Role of Transparency in Public Life," *Global Law Review*, 24, Autumn 2002, pp. 263-273.

"Optimal Fire Departments: Evaluating Public Policy in the Face of Externalities," with Peter R. Orszag, The Brookings Institution, Jan. 4, 2002. Accessible at: https://www.brookings.edu/articles/optimal-fire-departments-evaluating-public-policy-in-the-face-of-externalities/

"Politicas de desenvolvimento no mundo da globalizacao," *BNDES Desenvolvimento Em Debate: Novos Rumos do Desenvolvimento no Mundo*, Ana Celia Castro (ed.), Rio de Janeiro: Mauad: BNDES, 2002, pp. 333-365.  (Paper presented at the seminar "New International Trends for Economic Development" on the occasion of the fiftieth anniversary of the Brazilian Economic and Social Development Bank, Rio de Janeiro, September 12-13, 2002.)

"Spotlight on Latin America," *The Bretton Woods Committee Critical Issues Forum*, Dec. 2002, pp. 4-5.

"Transparency in Government," *The Right to Tell:  The Role of Mass Media in Economic Development*, R. Islam, ed., WBI Development Studies, Washington, D.C.: World Bank Institute, 2002, pp. 27-44.

"WTO Accession: Opportunities and Challenges for China," *New Economy & Asia: Proceeding of International Think Tank Forum 2001*, Li Luoli (ed.), Scientific and Cultural Publishing Co. H.K., 2002, pp. 267-281.

**2003**

"Challenging the Washington Consensus," Feature Interview in *The Brown Journal of World Affairs*, 9(2), Winter/Spring 2003, pp.33-40.

"Colombia: Políticas para un crecimiento sostenible y equitativo," Hacia Una Economía Sostenible: Conflicto y Posconflicto en Colombia, Fundación Agenda Colombia (ed.), 2003, pp. 65-86 (Presented at the Conferencia Internacional Bogotá, March 6-7, 2003).

"Dealing with Debt:  How to Reform the Global Financial System," *Harvard International Review*,25(1), Spring 2003, pp. 54-59.

"Democratizing the International Monetary Fund and the World Bank: Governance and Accountability," *Governance*, 16(1), January 2003, pp.111-139.

"El desarrollo no sólo es crecimiento del PIB," Papeles: De Cuestiones Internacionales, 81, Spring 2003, pp. 11-26 (Text of speech given at the Corporación Financiera Nacional de Ecuador, 2001).

"El desarrollo económico en el nuevo milenio: visiones y estrategias," Documentos 1, Consejo de Economía Nacional, 2003, pp. 26-64. Abridged version published in *Revista BCV*, 17(2), July-December 2003, pp. 155-157. (Speech given at the Consejo de Economía Nacional, Caracas, Venezuela, 2002).

"Edmund S. Phelps and Modern Macroeconomics," with Philippe Aghion, Roman Frydman, and Michael Woodford, *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp. 3-22

"Ética, asesoría económica y política económica," *Revista Venezolana de Gerencia,* Venezuela Universidad del Zulia, No. 21, pp.129-158, enero-marzo 2003 (presented a conference held by the InterAmerican Development Bank, Washington DC, 2000.)

"Ethics, Market and Government Failure, and Globalisation," *The Governance of Globalisation: the Proceedings of the Ninth Plenary Session of the Pontifical Academy of Social Sciences,* E. Malinvaud and L. Sabourin, eds. The Pontifical Academy of Social Sciences: Vatican City, 2004, pp. 261-279. (presented to the Ninth  Plenary Session, Casina Pio IV, 2-6 May, 2003).

"The Eighth Risk Lecture, 1996: Competition and Insurance," with Michael Rothchild, *Ventures in Insurance Economics and Strategy- 30 Years- The Geneva Association*, Patrick M. Liedtke (ed.), Blackwell Publishing Ltd, 2003, pp.321-349.

"Foreword," *Caspian Oil Windfalls: Who Will Benefit?* by Svetlana Tsalik, New York: Open Society Institute, pp. xi-xii.

"Globalization and Development," *Taming Globalization: Frontiers of Governance*, David Held and Mathias Koenig-Archibugi (eds.), Cambridge: Polity Press, 2003, pp. 47-67. (Presented as part of the  Miliband Lecture Series at the London School of Economics, January 29, 2002).

"Globalization and Growth in Emerging Markets and the New Economy," *Journal of Policy Modeling*, 25(5), July 2003, pp. 505-524.

"Globalization and the Economic Role of the State in the New Millennium," *Industrial and Corporate    Change*, 12(1), 2003, pp.3-26. ( Originally presented as a lecture in Rome, January 2001.)

"Globalization, Technology, and Asian Development," Asian Development Review, 20(2), 2003, pp. 1-18 (Paper delivered in the Asian Development Bank Distinguished Speakers Program, Manila, April 2003.

"Inflation Paranoia," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), Palgrave Macmillan, 2003, pp.42-44.

"Information and the Change in the Paradigm in Economics, Part One," *The American Economist*, Volume 47, 2003, pp. 6-26.

"Japan's Economic Malaise: Causes, Cures & Lessons for the Rest of the World," Columbia Business School Distinguished Lecture Series, *Special Report*, March 26, 2003

"Macroeconomic Fluctuations in an Economy of Phelps-Winter Markets," with Bruce Greenwald, *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp.123-136

"Making Corporations Responsible," *The Responsive Community*,14(1), Winter 2003/2004, pp.4-6.

"Mexican Investment  After the Tequila Crisis: Basic Economics, 'Confidence' Effect or Market Imperfection?" with Daniel Lederman, Ana María Menéndez, and Guillermo Perry, *Journal of International Money and Finance*, 22(2003), pp. 131-151.

"My Book and Its Discontents," *Aspenia International: Is the West Still the West,* 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," *Aspenia: Il Prezo dell'Impero*, 9(20), 2003, pp. 10-28.

"On Liberty, the Right to Know, and Public Discourse: The Role of Transparency in Public Life," *Globalizing Rights: The Oxford Amnesty Lectures 1999*, Mathew J. Gibney (ed.), Oxford University Press, 2003, pp.115-156.

"El rumbo de las reformas. Hacia una nueva agenda para América Latina," *Revista de la CEPAL*, No. 80, August 2003, pp. 7-40.

"Rumors of War," *The Iraq War and Its Consequences: Thoughts of Nobel Peace Laureates and Eminent Scholars,* Irwin Abrams and Wang Gungwu, eds., Singapore: World Scientific Publishing, 2003,  pp. 171-173.

"Slicing and Dicing," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), PALGRAVE MACMILLAN, 2003, pp.45-49.

"Sustainable Development and Neo-Liberalism," Bangladesh Economic Association, August 14, 2003, pg 21-50.

"Towards a New Paradigm of Development," *Making Globalization Good: The Moral Challenges of Global Capitalism,* John H. Dunning (ed.), Oxford: Oxford University Press, 2003, pp. 76-107.

"La Transicion de Una Economia Regulada a una Economia de Mercado," *Revistade Ciencias Empresariales y Economia*, 2(2), 2003, pp. 18-32 (Speech at the Central Bank of Uruguay, November 2001).

"Whither Reform? Towards a New Agenda for Latin America," *CEPAL Review,* No. 80, August 2003, pp. 7-38.

**2004**

"After the Big Bang? Obstacles to the Emergence of the Rule of Law in Post-Communist Societies," with Karla Hoff, *American Economic Review*, 94(3), June 2004, pp. 753 - 763.

"Banking Disintermediation and its Implication to Monetary Policy (Keynote Address)," *Banking Disintermediation and its Implication to Monetary Policy: Theoretical Views and Countries' Experiences,* Charles Joseph (ed.), proceedings of an international seminar sponsored by the Bank Indonesia and Asian Development Bank, in Denpasar, Bali, December 2004, pp. 1-11.

"The Broken Promise of NAFTA," *Rotman, The Alumni Magazine of the Rotman School of Management*, Spring/Summer 2004, pp. 32-35.

"Capital-Market Liberalization, Globalization and the IMF," *Oxford Review of Economic Policy*, Vol. 20, Issue 1, Spring 2004, pp.57-71. (Also published in Spanish as "Liberalización de los mercados de capitales, globalización y el FMI," *Desarrollo Económico – Revista de Ciencias Sociales,* 45(177), April/June 2005, pp. 3- 23.)

"Common Values for the Development Round," with Andrew Charlton, *World Trade Review,* 3(3), 2004, pp. 495-506.

"A Development Round of Trade Negotiations," with Andrew Charlton, *Annual World Bank Conference on Development Economics,* B. Pleskovic, ed., Washington: World Bank, 2004.

"The Doha Round of Trade Negotiations: An Agenda to Promote Development and Facilitate Adjustment," with Andrew Charlton, Commonwealth Finance Ministers Reference Report 2004, pp. 174-183.

"Evaluating Economic Change," *Dædalus*, Summer 2004, pp.18-25.

"Globalization and Growth in Emerging Markets," *Journal of Policy Modeling*, 26, 2004, pp. 465-484.

"Information and the Change in the Paradigm in Economics, Part Two" *The American Economist*, Vol. 48, Spring 2004, pp.17-50.

"Multilateral Strategies to Promote Democracy," with Thomas Carothers, John Cavanagh, Michael Doyle, Sakiko Fukuda-Parr, Andrew Kuper, Adam Przeworski, Mary Robinson, *Carnegie Council on Ethics and International Affairs, First Report of the Empire and Democracy Project*, 2004.

61

"Reflections on the State of the Theory of Monopolistic Competition," *The Monopolistic Competition Revolution in Retrospect*, Steven Brakman and Ben J. Hiejdra (eds.), Cambridge University Press, 2004, Chapter 6, pp. 134-148.

"The Transition Process in Post-Communist Societies: Towards a Political Economy of Property Rights," with K. Hoff, *Toward Pro-Poor Policies: Aid, Institutions and Globalization,* B. Tungodden, N. Stern, and I. Kolstad (eds.), World Bank/Oxford University Press, 2004, pp. 231-245.  Published in Chinese: *Nanjing Business Review* 4 (2005), pp. 22-37 and in French: *Revue d'économie du développement*, 2003/2-3 (Vol. 17).

"A Willing World Can End Child Poverty," *The State of the World's Children 2005*, United Nations Children's Fund (UNICEF), 2004, pp. 96-97.

**2005**

"On Selective Indirect Tax Reform in Developing Countries" with S. Emran, *Journal of Public Economics*, April 2005, Pages 599-623.

"The CDFs Intellectual Structure," *Balancing the Development Agenda: The Transformation of the World Bank under James D. Wolfensohn, 1995-2005*, Ruth Kagia, ed., Washington, DC: World Bank Press, 2005, pp. 150-151

"A Development-friendly Prioritisation of Doha Round Proposals," with Andrew H. Charlton, *The World Economy,* Volume 28, Issue 3, March 2005, pp. 293-312. Also Initiative for Policy Dialogue Working Paper Series, Task Force on Trade, May 18, 2004.

"Development Policies in a World of Globalization," *Putting Development First: The Importance of Policy Space in the WTO and International Financial Institutions*, Kevin P. Gallagher (ed.), New York: St Martin's Press, 2005, pp. 15-32.

"The Ethical Economist," review of *The Moral Consequences of Economic Growth* by Benjamin M. Friedman, *Foreign Affairs*, 84(6), Nov/Dec 2005, pp. 128-134.

"Finance for Development," *Development Dilemmas: The Methods and Political Ethics of Growth Policy* edited by Melvin Ayogu and Don Ross, Great Britain, Routledge, Taylor & Francis Inc, 2005, pp. 15-29.

"Foreword," *Paul Samuelson: On Being an Economist*, Michael Szenberg, Aron A. Gottesman, Lall Ramrattan, eds., New York: Jorge Pinto Books, Inc., 2005, pp. ix-xiii.

"Freedom to Choose?" *Human Rights and the Global Marketplace: Economic, Social, and Cultural Dimensions,* Jeanne M. Woods and Hope Lewis, eds., Transnational Publishers: New York, 2005.

"The Integration of Unemployment Insurance with Retirement Insurance," with Jungyoll Yun, *Journal of Public Economics,* 89 (2005) pp. 2037-2067. (Revised from NBER Working Paper No. w9199).

"Modigliani, the Modigliani-Miller Theorem, and Macroeconomics," paper presented at "Franco Modigliani and the Keynesian Legacy," a conference at the New School, April 14-15, 2005.  Accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/2005_Modigliani_0.pdf

"More Instruments and Broader Goals: Moving toward the Post-Washington Consensus," *WIDER Perspectives on Global Development*, United Nations University –World Institute for Development Economics Research (ed.), Houndmills: Palgrave MacMillan, 2005, pp.16-48 (From the 1998 WIDER Annual Lecture, January 1998.)

"Making Natural Resources into a Blessing rather than a Curse," *Covering Oil: A Reporter's Guide to Energy and Development*, Svetlana Tsalik and Anya Schiffrin, eds., The Open Society Institute: New York, 2005, pp. 13-20.

"The Overselling of Globalization," *Globalization: What's New*, edited by Michael M. Weinstein, Columbia University Press, 2005, pg 228-261.

"The Process of European Integration and the Future of Europe", Economic Analysis Division Occasional Paper No. 3, 2005 (Gunnar Myrdal Lecture, United Nations Publications, Palais des Nations, February 11, 2004).

**2006**

"Aid for Trade," with Andrew Charlton, *International Journal of Development Issues*, 5(2), pp. 1-41  (Reprint of paper prepared for Commonwealth Secretariat).

"Aid for Trade," with Andrew Charlton, *The Swiss Review of International Economic Relations,* vol. 61(2), June 2006 (Abridged version of paper prepared for Commonwealth Secretariat).

"Business Fluctuations in a Credit-Network Economy," with Domenico Delli Gatti, Mauro Gallegati, Bruce Greenwald, and Alberto Russo, *Physica A*, Vol. 370, pp. 68-74.

"China and the Global Economy: Challenges, Opportunities, Responsibilities," *China, Hong Kong and the World Economy,* Lok Sang Ho and Robert Ash, eds., Hampshire, UK: Palgrave Macmillan, 2006, pp. 17-31.

"Civil Strife and Economic and Social Policies," *The Economics of Peace and Security Journal*, 1(1), 2006, pp. 6-9.

"Development and Finance: Insights from the New Paradigm of Monetary Economics," *Economic Theory and Development Options: The Legacy of W. Arthur Lewis*, edited by the Eastern Caribbean Central Bank, Kingston: Ian Randle Publishers, 2006, pp. 191-209. (The Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 1, 2005)

"Encore: Iraq Hemorrhage," with Linda Bilmes, *Milken Institute Review,* 4th Quarter, pp. 76-83.

"Federalism in Securities Regulation: An Economist's Perspective," *University of San Francisco Law Review,* Vol. 40, No. 4, Summer 2006.

"Foreword," *Economic Development and Environmental Sustainability*, R. López and M. Toman, eds., Oxford University Press: Oxford, 2006, pp. xv-xvii.

"Global Public Goods and Global Finance: Does Global Governance Ensure that the Global Public Interest is Served?" *Advancing Public Goods,* Jean-Philippe Touffut, ed., Edward Elgar Publishing, Great Britain, pp. 149-164.

"Globalism's Discontents," *Readings in Comparative Politics: Political Challenges and Changing Agendas,* M. Kesselman and J. Krieger, eds., Houghton Mifflin: Boston, 2006, pp.140-151. (Reprinted with permission from *The American Prospect*, vol. 13, no. 1, January 2002.)

"Globalism's Discontents," *The Politics of Globalization: A Reader,* Mark Kesselman, ed., Houghton Mifflin: Boston, 2007, pp. 86-95. (Reprinted with permission from *The American Prospect,* vol. 13, no. 1, January 2002.)

"Globalization and Its Discontents: The Promise of Global Institutions," *Beyond Borders: Thinking Critically About Global Issues*, Paula S. Rothberg, ed., New York: Worth Publishers, pp.419-431. (Reprinted from Stiglitz, J.E., *Globalization and Its Discontents*, New York: W.W. Norton Company, 2002.)

"Helping Infant Economies Grow: Foundations of Trade Policies for Developing Countries," with B. Greenwald, *American Economic Review: AEA Papers and Proceedings,*Vol. 96, No. 2, May 2006, pp. 141-146.

"Prologue," *The New Public Finance: Responding to Global Challenges*, I. Kaul and P. Conceição, eds., Oxford: Oxford University Press, 2006, pp. xii-xv.

"Samuelson and the Factor Bias of Technological Change," *Samuelsonian Economics and the Twenty-First Century,* M. Szenberg et al, eds., Oxford University Press: New York, 2006, pp. 235-251.

"Scrooge and Intellectual Property Rights," *British Medical Journal*, 333, December 2006, pp. 1279-1280.

"Social Justice and Global Trade," *Far Eastern Economic Review,* 169(2), March 2006, pp. 18-22.

"What is the Appropriate Role of the Federal Government in the Private Markets for Credit and Insurance? What is the Outlook?" Federal Reserve Bank of St. Louis *Review*, July/August 2006, pp. 391-395.

**2007**

"Credit Chains and Bankruptcy Propagation in Production Networks," with S. Battiston, D. Delli Gatti, and B. Greenwald, *Journal of Economic Dynamics and Control*, Volume 31, Issue 6, June 2007, pp. 2061-2084.

"Europa in der Pflicht," *Abendland Unter? Reden über Europa*, Herausgegeben von Henning Schulte-Noelle and Michael M. Thoss, eds., Munich: Diederichs, 2007: pp. 80-89

"Foreword," *The Right to Know: Transparency for an Open World*, A. Florini, ed., Columbia University Press: New York, 2007.

"Future Directions for the Management of Natural Resources," with M. Humphreys and J. Sachs, *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 322-336.

"The Global Economy (interview)," *The Present as History: Critical Perspectives on Global Power,* Nermeen Shaikh, ed., Columbia University Press: New York, 2007, pp.54-67.

"Growth, Initial Conditions, Law and Speed of Privatization in Transition Countries: 11 Years Later," with S. Godoy, *Transition and Beyond*, S. Estrin et al, eds., Palgrave Macmillian: Hampshire, England, 2007, pp. 89-117.

"International Justice and Aid. Do We Need some Scheme of Redistribution of Income at the World Level along the Lines of What Most Countries Have at the National Level?" *Charity and Justice in the Relations Among Peoples and Nations*, Proceedings of the 13th Plenary Session of the Pontifical Academy of Social Sciences, 27 April-1 May, 2007, Mary Ann Glendon, Juan José Llach, and Marcelo Sánchez Sorondo, eds., The Pontifical Academy of Social Sciences: Vatican City, 2007, pp. 221-230.

"Introduction: What is the Problem with Natural Resource Wealth?" with M. Humphreys and J. Sachs, *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 1-20.

"Le 'Shadow G8' 2007," *Revue de l'OFCE* 102, Paris: Observatoire Français de Économiques, pp. 139-154.

"What is the Role of the State?" *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 23-52.

**2008**

"A New Agenda for Global Warming," *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stigliz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, pp. 22-27.

"Aid for Trade," Keynote Address, with Andrew Charlton, *Annual World Bank Conference on Development Economics 2007, Rethinking Infrastructure for Development*, F. Bourguignon and B. Pleskovic, eds., World Bank: Washington, DC, pp. 29-46.

"The Asymmetric Effect of Diffusion Processes: Risk Sharing and Contagion," with M. Gallegati, B. Greenwald, and M. Richiardi, *Global Economy Journal*, Vol. 8, Issue 3, Article 2.

"Capital Flows, Financial Market Stability, and Monetary Policy," *Monetary Policy under Uncertainty*, Proceedings of the 2007 Banco Central de la República Argentina Money and Banking Seminar, J. Carrera, ed., BCRA: Buenos Aires, 2008, pp. 123-134.

"Capital Market Liberalization, Globalization, and the IMF," *Capital Market Liberalization and Development*, J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, 2008, pp.76-100.

"Capital Market Liberalization and Development," with J.A. Ocampo and S. Spiegel, *Capital Market Liberalization and Development,* J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, pp. 1-47.

"China: Towards a New Model for Development," *China Economic Journal* 1(1), pp. 33-52, 2008, pp. 33-52.

"Comment on 'Social Capital and Personal Identity' by Partha Dasgupta," *Pursuing the Common Good: How Solidarity and Subsidiarity Can Work Together*, M. Archer and P. Donati, eds., Proceedings of the 14th Plenary Session of the Pontifical Academy of Social Sciences, held May 2-6, 2008, Vatican City.

"The Economic Foundations of Intellectual Property," sixth annual Frey Lecture in Intellectual Property, Duke University, February 16, 2007, *Duke Law Journal*, Vol. 57, No. 6, April 2008, pp. 1693-1724.

"Edmund Phelps: American Economic Association Luncheon Speech Honoring the 2006 Nobel Laureate in Economics," *Capitalism and Society*, 3(3), Article 4.

"Exiting a Lawless State," with Karla Hoff, *Economic Journal*, 118(531), pp. 1474-1497. An earlier version of this paper was entitled "The creation of the rule of law and the legitimacy of property rights:  The political and economic consequences of a corrupt privatization" (NBER Working Paper 11772).

"Foreword," *Privatization: Success and Failures*, G. Roland, ed., New York: Columbia University Press, 2008, pp. ix-xix.

"Fostering an Independent Media with a Diversity of Views," *Information and Public Choice: From Media Markets to Policymaking*, R. Islam, ed., World Bank: Washington, DC, 2008, pp. 139-152.

"The Future of Global Governance," *The Washington Consensus Reconsidered: Towards a New Global Governance*,  Narcis Serra and Joseph E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 313-327.

"The Future of Globalization: Lessons from Cancún and Recent Financial Crises," *The Future of Globalization: Explorations in Light of Recent Turbulence*, Ernesto Zedillo, ed., New York: Routledge, 2008, pp. 70-81.

"La globalización y los retos de la inmigración," *La inmigración y sus causas*, Alfonso Guerra and José Félix Tezanos, eds., Madrid: Editorial Sistema, 2008. (From a speech delivered at the 6th Forum for Debate about Immigration and its Causes, Fundacion Sistema, Salamanca, Spain, June 2007.)

"Hidden Wounds and Accounting Tricks," with Linda Bilmes, *Lessons from Iraq: Avoiding the Next War*, M. Pemberton and W. Hartung, eds., Boulder, CO: Paradigm, 2008.

"The High Cost of the Iraq War," *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stigliz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, 2008, pp. 80-86.

"Introduction: From the Washington Consensus Towards a New Global Governance," with N. Serra and S. Spiegel, *The Washington Consensus Reconsidered: Towards a New Global Governance*, N. Serra and J.E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 3-13.

"Is there a Post-Washington Consensus Consensus?" *The Washington Consensus Reconsidered: Towards a New Global Governance*, Narcis Serra and Joseph E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 41-56.

"It Doesn't Take Nostradamus," *The Economists' Voice*, 5(8), Article 1.

"Making Globalization Work – The 2006 Geary Lecture," *The Economic and Social Review*, 39(3), Winter, pp. 171-190.

"The Need for an Adequate International Framework for FDI," *The Rise of Transnational Corporations from Emerging Markets: Threat or Opportunity?*, edited by Karl P. Sauvant, Northampton, MA: Edward Elgar, pp. 319-329.

"The Progressive Tariff Reduction Scheme," with Andrew Charlton, *The WTO: Governance, Dispute Settlement, and Developing Countries*, M. Janow, V. Donaldson, and A. Yanovich, eds., New York: Juris Publishing, 2008, pp. 169-183 (from a paper presented at the conference, "WTO at 10" held at Columbia University, April 2006).

"Regulating Multinational Corporations: Towards Principles of Cross-Border Legal Frameworks in a Globalized World Balancing Rights with Responsibilities," *American University International Law Review*, 23(3), pp. 451-558, Grotius Lecture presented at the 101st Annual Meeting of the American Society for International Law, Washington, DC, March 28, 2007.

"Toward a General Theory of Consumerism: Reflections on Keynes' *Economic Possibilities for Our Grandchildren*," *Revisiting Keynes: Economic Possibilities for Our Grandchildren*, G. Piga and L. Pecchi, eds., Cambridge: MIT Press, pp. 41-87.

"Turn Left for Sustainable Growth," *Economists' Voice*, 5(4),

"The World Development Report: Development Theory and Policy," *Development Economics Through the Decades: A Critical Look at 30 Years of the World Development Report*, by Shahid Yusuf, Washington, DC: World Bank, 2008, p. 139-151.

**2009**

"The Anatomy of a Murder: Who Killed America's Economy?" *Critical Review*, 21(2-3), pp. 329-339.

"Business Fluctuations and Bankruptcy Avalanches in an Evolving Network," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Interaction and Coordination,* 4(2), November 2009, pp. 195-212.

"Capitalist Fools," *Best American Political Writing*, R. Flippin, ed, Boulder:Public Affairs, pp.107-115. Originally appeared in *Vanity Fair*, January 2009.

67

"Dividend Taxation and Intertemporal Tax Arbitrage," with Anton Korinek, *Journal of Public Economics*, 93(2009), pp. 142-159.

"The Future of Industrial Policies in the New Millennium: Toward a Knowledge-Centered Development Agenda," with Mario Cimoli and Giovanni Dosi, conclusion to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press, pp. 541-560 (Previously LEM Working Paper Series September 2008).

"The Global Crisis, Social Protection, and Jobs," *International Labour Review*, Vol. 148, No. 1-2, pp. 1-13. Also published as "Crisis mundial, protección social y empleo," *Revista Internacional del Trabajo*, Vol. 128, No. 1-2, pp. 1-15, and "Crise mondiale, emplois et protection sociale," *Revue Internationale du Travail*, Vol. 148, No. 1-2, pp. 1-13. Based on an address to the Governing Body of the International Labour Organization, Geneva, March 12, 2009.

"The Current Economic Crisis and Lessons for Economic Theory," Presidential Lecture to the Eastern Economic Association, *Eastern Economic Journal*, 35(3), June, pp. 281-296.

"Moving Beyond Market Fundamentalism to a More Balanced Economy," *Annals of Public and Cooperative Economics*, 80(3), pp. 345-360.

"Institutions and Policies in Developing Economies," with M. Cimoli, G. Dosi, and R. Nelson, *Handbook of Innovation systems and Developing Countries: Building Domestic Capabilities in a Global Setting*, Cheltenham, UK and Northampton, MA: Edward Elgar, pp. 337-359.

"Keynote Address at Berlin Meeting," *The Global Financial Crisis and International Financial Institutions: Governance Perspectives for Developing Countries,"* Proceedings, International Policy Dialogue, 8-9 March 2009, Berlin and 25 April 2009, Washington, D.C., pp. 21-28.

"The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development," with Mario Cimoli and Giovanni Dosi, preface to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press (Previously LEM Working Paper Series July 2008).

"Preface," *One Billion Rising: Land Law and the Alleviation of Global Poverty*, T. Hanstad, R. Mitchell and R. Prosterman, eds., Amsterdam: Leiden University Press, 2009, pp. 9-15.

"Regulation and Market Failure," *New Perspectives on Regulation*, D. Moss and J. Cisternino, eds., Cambridge, MA: Tobin Project, 2009, pp 11-23.

"Simple Formulae for Optimal Income Taxation and the Measurement of Inequality," *Arguments for a Better World: Essays in Honor of Amartya Sen, Volume I, Ethics, Welfare, and Measurement*, K. Basu and R. Kanbur, eds., Oxford, UK: Oxford University Press, 2009, pp. 535-566.

68

"Two Ideas to Increase Innovation and Reduce Pharmaceutical Costs and Prices," with Arjun Jayadev, *Health Affairs*, 28(1), January/February 2009, pp. 165-168.

"Ownership Changes and Access to External Financing," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance,* 33(10), October 2009, pp. 1804-1816.

**2010**

"Comment on 'The Right to Food,'" *Catholic Social Doctrine and Human Rights*, Proceedings of the 15th Plenary Session of the Pontifical Academy of Social Sciences, R. Minnerath, O.F. Carulli, and V. Possenti, eds., Vatican City: Pontifical Academy of Social Sciences, 2010, pp.336-340.

"Contagion, Liberalization, and the Optimal Structure of Globalization," *Journal of Globalization and Development,* 1(2), Article 2, 45 pages.

"The Dangers of Deficit Reduction," *The Economists' Voice*, 7(1), Article 6.

"Development-Oriented Tax Policy," *Taxation in Developing Countries*, R. H. Gordon, ed., New York: Columbia University Press,  pp. 11-3

"Equilibrium Fictions: A Cognitive Approach to Societal Rigidity," with K. Hoff, *American Economic Review,* 100(2), May 2010, pp. 141-146.  Shortened version of  Policy research Working Paper 5219 (same title), The World Bank Development Research Group, February 2010, accessible at http://elibrary.worldbank.org/docserver/download/5219.pdf?expires=1304012730&id=id&accname=guest&checksum=5428C2B3013CF8ECBB54953BAC3F328C.

"Government Failure vs. Market Failure: Principles of Regulation," *Governments and Markets: Toward a New Theory of Regulation*, E.J. Balleisen and D. Moss, eds., New York: Cambridge University Press, 2010, pp. 13-51.

"Human Rights and Globalization: The Responsibility of States and of Private Actors," *Catholic Social Doctrine and Human Rights*, Proceedings of the 15th Plenary Session of the Pontifical Academy of Social Sciences, R. Minnerath, O.F. Carulli, and V. Possenti, eds., Vatican City: Pontifical Academy of Social Sciences, 2010, pp.341-346.

"Intellectual Property, Dissemination of Innovation, and Sustainable Development," with C. Henry, *Global Policy* 1(1), October, 2010 pp. 237-251.

"Introduction," *Capitalism, Socialism and Democracy,* by Joseph A. Schumpeter, London: Rutledge pp. ix-xiv.

"Introduction," with S. Griffith-Jones and J.A. Ocampo, *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, pp. 1-18, 2010.

"Interpreting the causes of the Great Recession of 2008," *Financial System and Macroeconomic Resilience: Revisited*, BIS Paper No. 53, September, pp. 4-19.

"The Financial Crisis of 2007-2008 and its Macroeconomic Consequences,", *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, pp. 19-49.

"Responding to the Crisis," *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010, pp. 76-100

"A Modest Proposal for International Monetary Reform," with Bruce Greenwald, *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010. pp.314-344

"Introduction," *Debates on the Measurement of Global Poverty,* S. Anand, P. Segal, and J.E. Stiglitz (eds.), New York: Oxford University Press, 2010, pp. 1-24.

"Leverage and Asset Bubbles: Averting Armageddon with Chapter 11?" with Marcus Miller, *Economic Journal*, 120(544), May 2010, pp. 500-518.

"Lessons from the Global Financial Crisis of 2008," *Seoul Journal of Economics*, 23(3), pp. 321-339.

"Medicine for tomorrow: Some Alternative Proposals to Promote Socially Beneficial Research and Development in Pharmaceuticals," with Arjun Jayadev, *Journal of Generic Medicine*, 7(3), pp. 217-226.

"Premio Nobel de Economia," *Es dificil ser joven en america latina: Los Desafios Abiertos,* Bernardo Kliksberg (ed.), pp. 43-65.

"Prepared Joint Statement," with Linda J. Bilmes, *Hearing before the Committee on veterans' affairsn.* 2nd session, Washington: USGovernment Printing Office, 2010.

"Por Qué Estalló la Economía Americana?" *Es Difícil Ser Joven en América Latina: Los Desafíos Abiertos*, B. Kliksberg, ed., Buenos Aires: UNDP, 2010, pp. 43-65.

"The Promise of Global Institutions," *Globalization: The Greatest Hits,* M. B. Steger, ed., Boulder, CO: Paradigm, 2010, pp. 136-152. (Reprinted from Stiglitz, J.E., *Globalization and Its Discontents*, New York: W.W. Norton Company, 2002.)

"Regulación y fallas," *Revista de Economí Institucional*, 12(23), pp.13-28.

"Risk and Global Economic Architecture: Why Full Financial Integration May be Undesirable," *American Economic Review*, 100(2), May 2010, pp. 388-392.

"Robust Growth or Anemic Recovery in the U.S. and Global Economy," *Journal of Policy Modeling*, 32(5), September-October, pp. 632-636.

"Sovereign Debt: Notes on Theoretical Frameworks and Policy Analyses," *Overcoming Developing Country Debt Crises,* B. Herman, J.A. Ocampo, and S. Spiegel, eds., Oxford: Oxford University Press, pp. 35-69.

70

"Towards a New Global Reserves System," with Bruce Greenwald, *Journal of Globalization and Development*, 1(2), Article 10. A different version of the paper with the same title, appears in *The Future Global Reserve System*, J.D. Sachs, M. Kawai, J.-W. Lee, and W.T. Woo, eds., June, Asian Development Bank.

**2011**

"An Analysis of the Japanese Credit Network," with G. De Masi, Y. Fujiwara, M. Gallegati, and B. Greenwald, *Evolutionary and Institutional Economics Review*,7(2), pp, 203-232..

"The Failure of Macroeconomics in America," *China & World Economy*, Volume 19, Issue 5, October, pp. 17-30.

"From Inside Brazil: Vinod Thomas's Vision," *A Vision for Development: Dialogues on the Work of Vinod Thomas*, Ray C. Rist, ed., Washington, DC: Independent Evaluation Group, pp. 201-205.

"Heterogeneous Interacting Agent Models for Understanding Monetary Economies," with M. Gallegati, *Eastern Economic Journal*, 37 (Winter 2011), pp. 6-12.

"The Media and the Crisis:  An Information Theoretic Approach," *Bad News: How America's Business Press Missed the Story of the Century,* A. Schiffrin, ed., New York: The New Press, pp. 22-36.

"The Long-Term Costs of Conflict: the Case of the Iraq War," with Linda Bilimes, *Handbook on the Economics of Conflict*, Keith Hartley and Derek Braddon, eds., Cheltenham, UK: Edward Elgar Publish Ltd, pp. 293-310.

"Preface," *Exiting from the Crisis: Towards a Model of More Equitable Growth and Sustainable Development*, D. Coats (ed.), Brussels, ETUI aisbl, pp. 9-15. Published in French in *Sortir de la Crise: Vers un Modele de Croissance Plus Équitable et Plus Durable*, D. Coats (ed.), Brussels: Institut Syndical Européen (2014).

"Rethinking Development Economics," *The World Bank Research Observer*, 26(2):230-236.

"Rethinking Macroeconomics: What Went Wrong and How to Fix It," *Global Policy*, 2(2): pp. 165-175.

"Rethinking Macroeconomics: What Failed and How to Repair It," *Journal of the European Economic Association*, 9(4), pp. 591-645.

"Should the Government Invest, or Try to Spur Private Investment?" with Michael Cragg, *Economists' Voice*, 8(1), Article 1.

**2012**

"African Development Prospects and Possibilities," with Akbar Noman, in E. Aryeetey et al., eds., *The Oxford Companion to the Economics of Africa*, Oxford: Oxford University Press, pp. 33-40.

71

"Crises and Contagion: A Survey," with A. Knyazeva and D. Knyazeva, *What if Ireland Defaults?*, B. Lucey, C. Larkin and C. Gurdgiev (eds.), Dublin: Orpen Press. Reprinted in *Europe on the Brink: Debt Crisis and Dissent in the European Periphery*, Tony Phillips (ed.), London, Zed Books (2014), pp. 74-110.

"Default Cascades: When Does Risk Diversification Increase Stability?" with S. Battiston, D. Delli Gatti, M. Gallegati, and B. Greenwald, *Journal of Financial Stability*, 8(3), 2012, pp.138-149.

"Essay on Commodity Price Volatility and Inclusive Growth," *Commodity Price Volatility and Inclusive Growth in Low-Income Countries*, Rabah Arezki, Catherine A Pattillo, Marc Quintyn, Min Zhu (eds.), Washington, DC: IMF, pp. xvi-xxiv.

"Estimating the Costs of War: Methodological Issues, with Applications to Iraq, and Afghanistan," with L.J. Bilmes, *The Oxford Handbook of the Economics of Peace and Conflict*, M.R. Garfinkel and Stergios Skaperdas, eds., Oxford University Press, pp. 275-314.

"From the G-20 to a Global Economic Coordination Council," with José Antonio Ocampo, *Journal of Globalization and Development*, 2(2), Article 9.

"Harmony Between Man and Man, and Man and Nature," *The Global Quest for Tranquillitas Ordinis. Pacem in Terris, Fifty Years Later*, M.A. Glendon, R. Hittinger, and M. Sánchez Sorondo (eds.), Vatican City: Pontifical Academy of Social Sciences, Acta 18, pp. 475-483.

"Introduction: The World Wakes," *From Cairo to Wall Street: Voices from the Global Spring,* A. Schiffrin and E. Kircher-Allen, eds., New York: The New Press, pp. 1-22.

"The Journal of Economic Perspectives and the Marketplace of Ideas: A View from the Founding," *Journal of Economic Perspectives,* 25(2): 1-9.

"Liaisons Dangereuses: Increasing Connectivity, Risk Sharing, and Systemic Risk," with Stefano Battiston, Domenico Delli Gatti, Mauro Gallegati, and Bruce Greenwald, *Journal of Economic Dynamics and Control*, 36(8): 1121-1141.

"Macroeconomics, Monetary Policy, and the Crisis," *In the Wake of the Crisis,* O.J. Blanchard, D. Romer, M. Spence, and J.E. Stiglitz (eds.), Cambridge, MA: MIT Press, 2012, pp. 31-42.

"Mobility Constraints, Productivity Trends, and Extended Crises," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Behavior & Organization*, 83(3): 375– 393.

"Macroeconomic Fluctuations, Inequality, and Human Development," *Journal of Human Development and Capabilities*, 13(1), pp. 31-58. Reprinted in *Macroeconomics and Human Development,* Deepak Nayyar (ed.), Taylor and Francis, 2013.

"Preface," with A. Noman, K. Botchwey, and H. Stein, *Good Growth and Global Governance in Africa*, A. Noman, K. Botchwey, H. Stein, J.E. Stiglitz, eds., New York: Oxford University Press, pp. vii-x.

72

"Sectoral Imbalances and Long Run Crises," with D. Delli Gatti, M. Gallegati, B.C. Greenwald and A. Russo, *The Global Macro Economy and Finance*, F. Allen, M. Aoki, J.-P. Fitoussi, N. Kiyotaki, R. Gordon, and J.E. Stiglitz, eds., IEA Conference Volume No. 150-III, Houndmills, UK and New York: Palgrave, 2012, pp. 61-97.

"Strategies for African Development," with Akbar Noman, *Good Growth and Governance for Africa: Rethinking Development Strategies*, A. Noman, K. Botchwey, H. Stein, and J.E. Stiglitz, eds., Oxford, New York: Oxford University Press, pp. 3-47.

"Toward an Analytical Solution for Agent-Based Models: An Application to a Credit Network Economy," *Complexity and Insitutions: Markets, Norms, and Corporations*, Masahiko Aoki, Kenneth Binmore, Simon Deakin, and Herbert Gintis (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 63-80.

**2013**

"Analyzing Legal Formality and Informality: Lessons From Land-Titling and Microfinance Programs," with Antara Haldar, *Law and Economic Development with Chinese Characteristics: Institutions for Promoting Development in the Twenty-First Century*, David Kennedy and Joseph Stiglitz, eds., 2013, New York and Oxford: Oxford University Press, pp.112-148.

"Complex Derivatives," with Stefano Battiston, Guido Caldarelli, Co-Pierre Georg, and Robert May, *Nature Physics*, 9 (March): 123-125.

"Conclusion: Taking Stock—Analytical Challenges and Directions for Future Research," *Sovereign Wealth Funds and Long-Term Investing*, Patrick Bolton, Frederic Samama, and Joseph E. Stiglitz (eds.), New York: Columbia University Press, 2012, pp. 221-224.

"Creating the Institutional Foundations for a Market Economy," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 71-111.

"The Economics Behind Law in a Market Economy: Alternatives to the Neoliberal Orthodoxy," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 153-186.

"Equilibrium in Competitive Insurance Markets with Moral Hazard," with R. Arnott, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 660- 689. Originally Princeton University Discussion Paper 4, 1987. Also NBER Working Paper 3588, 1991.

"Equilibrium Unemployment as a Worker Screening Device," with B. Nalebuff and A. Rodriguez, in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 513-536. (NBER Paper 4357, May

1993. Paper presented as "Equilibrium Unemployment, Testing, and the Pure Theory of Selection" at the NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.)

"Incentives: An Overview," *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 341-382.

"Information and Competition," *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 20-35. Originally the Inaugural Lecture presented at All Souls College, Oxford, June 1978.

"Institutional Design for China's Innovation System," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, 2012 pp. 247-277.

"Introduction," with P. Bolton and F. Samama, *Sovereign Wealth Funds and Long-Term Investing*, with Patrick Bolton and Frederic Samama (eds.), New York: Columbia University Press, 2012, pp. 1-25.

"Introduction," with J. Cortina and E. Ochoa- Reza, *New Perspectives on International Migration and Development*, J. Cortina and E. Ochoa- Reza (eds.), New York: Columbia University Press, pp. xv-xx.

"Introduction," with Mary Kaldor, *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, Mary Kaldor and Joseph E. Stiglitz (eds.), New York: Columbia Unversity Press, pp. 1-16.

"Introduction," with D. Kennedy, *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and  D. Kennedy (eds.), Oxford and New York: Oxford University Press, pp. 1-16.

"Introductory Remarks," Sunil Khilnani and Manmohan Malhoutra, eds., *An Indian Social Democracy: Integrating Markets, Democracy and Social Justice*, v. I, pp. 225-229.

"Learning and Macro-Economic Dynamics," with S. Landini, M. Gallegati, and X. Li, *Nonlinear Economic Dynamics and Financial Modelling*, R. Dieci, X.-Z. He and C. Hommes (eds.), Berlin and Heidelberg: Springer-Verlag, pp. 109-134.

"On the Measurement of Social Progress and Wellbeing: Some Further Thoughts", with Jean-Paul Fitoussi, *Global Policy,* Volume 4, Issue 3, September, pp 290-293 and *The Global Macro Economy and Finance*, Franklin Allen, Masahiko Aoki, Jean-Paul Fitoussi, Nobuhiro Kiyotaki, Roger Gordon, and Joseph E. Stiglitz (eds), International Economic Association Series, Palgrave Macmillan, 2012, pp. 13-24.

"Ownership Change, Institutional Development and Performance," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance.* 37: 2605–2627.

74

"Price Equilibrium, Efficiency, and Decentralizability in Insurance Markets," with R. Arnott, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 632-659. Originally NBER Working Paper 3642, 1991.

"A Revolution in Monetary Policy," (C.D. Deshmukh memorial lecture, January, 2013). in Uma Kapila, ed., *Indian Financial Reforms: Priorities and Policies Post Global Financial Crisis*, New Delhi: Academic Foundation, pp. 159-203.

"The Right to Trade: Rethinking the Aid for Trade Agenda," with Andrew Charlton, *Assessing Aid for Trade: Effectiveness, Current Issues and Future Directions,* Mohammad A. Razzaque and Dirk Willem te Velde (eds.), London: Commonwealth Secretariat, pp. 359-386. Originally published in 2012 online at http://unctad.org/meetings/en/Miscellaneous%20Documents/Right-to-Trade-Report.pdf.

"A Simple Proof that Futures Markets are Almost Always Informationally Imperfect," with I. Gale, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp.122-132. Originally working paper from April 1989. (Revised version of "Futures Markets Are Almost Always Informationally Inefficient," Princeton University Financial Research Center Memorandum No. 57, February 1985.)

"Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development," in Mary Kaldor and Joseph E. Stiglitz, eds., *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia Unversity Press, pp. 161-190.

"Short-term Contracts as a Monitoring Device," with P. Rey, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 273-290. Originally NBER Working Paper 4514, 1993.

"A Social Democratic Agenda for a More Dynamic Indian Economy: Creating an Innovative and Learning Society," Sunil Khilnani and Manmohan Malhoutra, eds., *An Indian Social Democracy: Integrating Markets, Democracy and Social Justice*, v. II, pp. 277-307.

"Social Protection without Protectionism," Mary Kaldor and Joseph E. Stiglitz, eds, *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia Unversity Press, pp. 24-47.

"Sovereign Wealth Funds—Distinguishing Aspects and Opportunities" *Sovereign Wealth Funds and Long-Term Investing*, Patrick Bolton, Frederic Samama, and Joseph E. Stiglitz, (eds.), New York: Columbia University Press, 2012, pp. 26-31.

"Stable Growth in an Era of Crises: Learning from Economic Theory and History," Economi-tek, 2(1): 1-38 (Originally delivered as a keynote to the Turkish Economic Association, Izmir, November, 2012).


## 2014

"Can the Euro Be Saved? An Analysis of the Future of the Currency Union," *Rivista di Politica Economica*, 3, pp. 7-42.

"Crises: Principles and Policies: With an Application to the Eurozone Crisis," *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp.43-79.

"Economies with Heterogeneous Interacting Learning Agents," with S. Landini and M. Gallegati, *Journal of Economic Interaction and Coordination*, January, available online at <http://link.springer.com/article/10.1007%2Fs11403-013-0121-1>.

"Eliminating Extreme Inequality: A Sustainable Development Goal, 2015-2030," with Michael Doyle, *Ethics and International Affairs* 28(1), available online at http://www.ethicsandinternationalaffairs.org/2014/eliminating-extreme-inequality-a-sustainable-development-goal-2015-2030. Condensed and reprinted in *Ministers Reference Book Commonwealth 2015*, London: Henley Media Group, pp. 86-88.

"Income Contingent Loans for the Unemployed: A Prelude to a General Theory of the Efficient Provision of Social Insurance," with Jungyoll Yun, *Income Contingent Loans: Theory, Practice and Prospects*, Bruce Chapman, Timothy Higgins, and J. E. Stiglitz (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp.180-204, 2013.

"Industrial Policies, the Creation of a Learning Society, and Economic Development," with Bruce C. Greenwald, *The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* Joseph E. Stiglitz and Justin Yifu Lin (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 43-71.

"Inequality Is Holding Back the Recovery," *Divided: The Perils of Our Growing Inequality*, New York: The New Press, pp. 44-49. Originally published by *The New York Times* on January 19, 2013.

"Introduction," with Daniel Heymann, *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp. 1-39.

"Introduction: Industrial Policy in the African Context," with Justin Yifu Lin, Célestin Monga, and Ebrahim Patel, *The Industrial Policy Revolution II: Africa in the 21st Century*, Joseph E. Stiglitz, Justin Yifu Lin, and Ebrahim Patel (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 1-22.

"Introduction: The Rejuvenation of Industrial Policy," with Justin Yifu Lin and Célestin Monga, *The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* Joseph E. Stiglitz and Justin Yifu Lin (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 1-15.

"Introduction and Summary," with Bruce Chapman and Timothy Higgins, *Income Contingent Loans: Theory, Practice and Prospects*, Bruce Chapman, Timothy Higgins, and J. E. Stiglitz (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp.1-11.

"Learning and Industrial Policy: Implications for Africa," with Bruce Greenwald, *The Industrial Policy Revolution II: Africa in the 21st Century*, Joseph E. Stiglitz, Justin Yifu Lin, and Ebrahim Patel (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 25-49.

"Learning, Growth, and Development: A Lecture in Honor of Sir Partha Dasgupta," *Environment & Development Economics: Essays in Honor of Sir Partha Dasgupta,* Scott Barret, Karl-Goran Maler, and Eric S. Maskin (eds.), Oxford: Oxford University Press, pp. 31-94. Revised version of paper of same title in *Development Challenges in a Postcrisis World: Annual World Bank Conference on Development Economics 2011*, C. Sepúlveda, A. Harrison, and J.Y. Lin (eds.), Washington: The World Bank, pp. 37-88. Published in French as "Apprentissage, croissance et développement: conférence en l'honneur de Sir Partha Dasgupta," *Revue D'Économie du Développment*, No. 4, December, 2011, pp.19-86.

"The Lessons of the North Atlantic Crisis for Economic Theory and Policy," *What Have We Learned? Macroeconomic Policy after the Crisis*, Geroge Akerlof, Olivier Blanchard, David Romer, and Joseph E. Stiglitz (eds.) Cambridge, Mass. and London: MIT Press, pp. 335-347.

"Reforming Taxation to Promote Growth and Equity," Roosevelt Institute White Paper, May 28.

"Remarks on Income Contingent Loans: How Effective Can They Be at Mitigating Risk?" *Income Contingent Loans: Theory, Practice and Prospects*, Bruce Chapman, Timothy Higgins, and J. E. Stiglitz (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 31-38.

"The Role of Intellectual Property Rights in Developing Countries: Some Conclusions," with Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, and Jerome H. Reichman, *Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, pp. 503-513.

"The Role of Intellectual Property Rights in the Development Process, with Some Lessons from Developed Countries: An Introduction," with Giovanni Dosi, *Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, pp. 1-53.

77

"Tapping the Brakes: Are Less Active Markets Safer and Better for the Economy?" Presented at the Federal Reserve Bank of Atlanta 2014 Financial Markets Conference Tuning Financial Regulation for Stability and Efficiency, April 15, available at http://www.frbatlanta.org/documents/news/conferences/14fmc/Stiglitz.pdf.

"Transition to a Market Economy: Explaining the Successes and Failures," with Shenggen Fan, Ravi Kanbur, Shang-Jin Wei, Xiaobo Zhang (eds.), *The Oxford Companion to the Economics of China*, New York and Oxford: Oxford University Press, 2014, pp. 36-41.

"Un'agenda per salvare l'euro," *Un'altra Europa. Sostenibile, democratica, paritaria, solidale*, S. Zamboni (ed.), Milan: Edizioni Ambiente, 2014, pp. 105-108.


## 2015

"Devolution, Independence, and the Optimal Provision of Public Goods," *Economics of Transportation*, 4, pp. 82–94.

"Economics and Policy: Some Lessons from Africa's Experience," with Akbar Noman, in *The Oxford Handbook of Africa and Economics, Volume II: Policies and Practices*, Célestin Monga and Justin Yifu Lin (eds.), Oxford, UK and New York: Oxford University Press, pp. 830-848.

"Foreword," *What Caused the Crime Decline?,* Oliver Roeder, Lauren-Brooke Eisen, and Julia Bowling, report of the Brennan Center for Justice at the New York University School of Law, pp. 1-2.

"Identifying and Resolving Inter-Creditor and Debtor-Creditor Equity Issues in Sovereign Debt Restructuring," with Skylar Brooks, Martin Guzman and Domenico Lombardi, for the Centre for International Governance Innovation, Policy Brief No. 53, January 2015, available online at https://www.cigionline.org/sites/default/files/pb_no53.pdf. Also published in Spanish in Ensayos Economicos by Banco Central de la Republica Argentina.

"In Praise of Frank Ramsey's Contribution to the Theory of Taxation," *Economic Journal*, 125(583), March 2015, pp. 235-268 and NBER Working Paper 20530, October 2014.

"Inequality in America: A Policy Agenda for a Stronger Future," *The ANNALS of the American Academy of Political and Social Science*, 657(1), January 2015, pp. 8–20, available online at https://doi.org/10.1177/0002716214552784

"Introduction," *Taming Capital Flows: Capital Account Management in an Era of Globalization,* with Refet S. Gurkaynak, IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), New York: Palgrave Macmillan, 2015.

"Introduction and Overview: Economic Transformation and Learning, Industrial, and Technology Policies in Africa," *Industrial Policy and Economic Transformation in Africa*, Akbar Noman and Joseph E. Stiglitz (eds.), New York: Columbia University Press, 2015.

"Leaders and Followers: Perspectives on the Nordic Model and the Economics of Innovation," *Journal of Public Economics*, Volume 127, July 2015, pp 3–16 and NBER Working Paper 20493, September 2014.

"Monetary Policy in a Multipolar World," *Taming Capital Flows: Capital Account Management in an Era of Globalization,* IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2015.

"The Origins of Inequality, and Policies to Contain It," *National Tax Journal* 68(2): 425-448.

"The Price of Inequality: How Today's Divided Society Endangers Our Future," *Sustainable Humanity, Sustainable Nature: Our Responsibility*, P.S. Dasgupta, V. Ramanathan, M. Sanchez Sorondo (eds.), Vatican City: The Pontifical Academy of Sciences, 2015, pp.379-399.

"A Progressive Agenda for the Twenty-First Century," *Progressivism in America: Past, Present and Future*, David B. Woolner and John M. Thompson (eds.), New York: Oxford University Press, 2015, pp. 215-232.

"The Rationale for Industrial and Innovation Policy. Which Industrial Policy does Europe need?" with  Mario Cimoli, Giovanni Dosi et al., *Intereconomics* Vol. 50,(3), pp. 120-155, 2015.

"Reconstructing Macro-Economic Theory to Manage Economic Policy," *Fruitful Economics: Papers in Honour of and by Jean-Paul Fitoussi*, Eloi Laurent and Jacques Le Cacheux (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 20-49.

"Sovereign Debt and Joint Liability: An Economic Theory Model for Amending the Treaty of Lisbon," with Kaushik Basu, *Economic Journal*, 125(586), August 2015, pp. F115-F130 and World Bank Policy Research Working Paper WPS6555, August, 2013.

"The Unfinished Task of Bretton Woods: Creating a Global Reserve System", *Bretton Woods—The Next 70 Years*, Marc Uzan (ed), The Reinventing Bretton Woods Committee, pp. 343-350.

"Wealth and Income Distribution: New Theories Needed for a New Era," with Ravi Kanbur, Vox, August 18, 2015.

"Which Industrial Policy Does Europe Need?" with Mario Cimoli, Giovanni Dosi, Michael A. Landesmann, Mariana Mazzucato, Tim Page, Mario Pianto and Rainer Walz, *Intereconomics*, 50(3), 2015, pp. 120-155.

**2016**

"America's Great Malaise and What To Do About It," *Journal of Policy Modeling*, 38 (2016), pp. 639-648, accessible at https://www.sciencedirect.com/science/article/pii/S0161893816300412. (Paper presented at the American Economic Association Annual Meetings, San Francisco, January 3, 2016.)

"An Agenda for Sustainable and Inclusive Growth for Emerging Markets," *Journal of Policy Modeling*, 38 (2016), pp. 693-710, accessible at https://www.sciencedirect.com/science/article/pii/S0161893816300503. (Paper presented at the American Economic Association Annual Meetings, San Francisco, January 3, 2016.)

"Agent Based-Stock Flow Consistent Macroeconomics: Towards a Benchmark Model," with Alessandro Caiania, Antoine Godinb, Eugenio Caverzasia, Mauro Gallegatia, and Stephen Kinsellac, *Journal of Economic Dynamics and Control,* Volume 69, August, pp. 375–408, accessible at https://www.sciencedirect.com/science/article/pii/S0165188915301020.

"Building the Fairer and Sustainable Social Security System," *CDF Proceedings 2016*, accessible at http://bit.ly/2sfqfdh.  Paper presented at China Development Forum, March 19, 2016.

"Creating a Framework for Sovereign Debt Restructuring that Works," with Martin Guzman, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crisis*, M. Guzman, J.A. Ocampo and J.E. Stiglitz (eds.), New York: Columbia University Press, accessible at http://bit.ly/2BJBs9L and presented at the United Nations General Assembly Ad Hoc Committee on Sovereign Debt Restructuring Processes, July 2015.

"Dynastic Inequality, Mobility and Equality of Opportunity," with Ravi Kanbur, *Journal of Economic Inequality*, Volume 14, Issue 4, December, pp. 419-434, accessible at https://link.springer.com/content/pdf/10.1007%2Fs10888-016-9328-4.pdf, and Centre for  Economic Policy Research Discussion Paper No. 10542, April 2015, accessible at https://cepr.org/active/publications/discussion_papers/dp.php?dpno=10542#.

"Ethics, Economic Advice, and Economic Policy," *The Oxford Handbook of Professional Economic Ethics*, George F. DeMartino and Deirdre N. McCloskey (eds.), Oxford, UK and New York: Oxford University Press, pp. 495-519, accessible at http://bit.ly/2ElCURl.

"Fed Policy, Inequality, and Equality of Opportunity," *Economic Mobility: Research & Ideas on Strengthening Families, Communities & the Economy*, Alexandra Brown David Buchholz Daniel Davis Arturo Gonzalez (eds.), Federal Reserve Bank of St. Louis and the Board of Governors of the Federal Reserve System, pp. 77-94; published by The Roosevelt Institute in August 2015; and presented at the Ninth Biennial Federal Reserve System Community Development Research Conference, April 2015, accessible at https://www.stlouisfed.org/~/media/Files/PDFs/Community%20Development/EconMobilityPapers/EconMobility_Book_508.pdf and http://rooseveltinstitute.org/wp-content/uploads/2015/10/276094823-Fed-Policy-Inequality-and-Equality-of-Opportunity.pdf.

"Group Lending, Joint Liability, and Social Capital: Insights from the Indian Microfinance Crisis," with Antara Haldar, *Politics & Society*, SAGE Publications, Vol. 44(4), pp.459–497, accessible at http://journals.sagepub.com/doi/pdf/10.1177/0032329216674001.

"How to Restore Equitable and Sustainable Economic Growth in the United States," *American Economic Review,* 106(5): 43-47, accessible at https://pubs.aeaweb.org/doi/pdfplus/10.1257/aer.p20161006.

"Income Contingent Loans: Some General Theoretical Considerations, with Applications," *Contemporary Issues in Microeconomics,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No. 155-III, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2ElT5ye. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June, 2014 sponsored by the OECD.)

"Inequality and Economic Growth," *Rethinking Capitalism*: *Economics and Policy for Sustainable and Inclusive Growth,* Michael Jacobs and Mariana Mazzucato (eds.), pp. 134-155, Oxford: Wiley-Blackwell in association with *The Political Quarterly,* accessible at https://gmdconsulting.eu/nykerk/wp-content/uploads/2020/02/Inequality-and-Economic-Growth.pdf and published in Chinese in *Comparative Economic & Social Systems,* accessible at http://bit.ly/2nTZcj4.

"Introduction," with Martin Guzman and Jose Antonio Ocampo, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crisis*, M. Guzman, J.A. Ocampo and J.E. Stiglitz (eds.), New York: Columbia University Press, accessible at http://bit.ly/2H7Zf2C.

"Learning, Industrial, and Technology Policies: An Overview," with Akbar Noman, *Efficiency, Finance, and Varieties of Industrial Policy: Guiding Resources, Learning, and Technology for Sustained Growth,* Joseph E. Stiglitz and Akbar Noman (eds.), New York: Columbia University Press, pp. 1-20, accessible at http://bit.ly/2ElAgep.

"The Measurement of Wealth: Recessions, Sustainability and Inequality," *Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan and NBER Working Paper 21327, July 2015. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June 2014 sponsored by the OECD, accessible at http://www.nber.org/papers/w21327.pdf.)

"Measuring Income Inequality: Comments on 'Do Nations Just Get the Inequality they Deserve? The 'Palma Ratio' Re-examined,'" *Inequality and Growth: Patterns and Policy, Volume II: Regions and Regularities*, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-II, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2Hb3rPl.

"New Theoretical Perspectives on the Distribution of Income and Wealth among Individuals," *Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis*, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016, accessible at http://bit.ly/2nVcQSX.

"Overcoming the Shadow Economy," with Mark Pieth, Friedrich Ebert Stiftung International Policy Analysis Paper, November, accessible at https://library.fes.de/pdf-files/iez/12922.pdf. (Also published in German, accessible at http://library.fes.de/pdf-files/iez/13083.pdf and Portuguese, accessible at http://library.fes.de/pdf-files/bueros/brasilien/13165.pdf.)

"Preface: Inequality and Growth: A Preamble," *Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis and Volume II: Regions and Regularities*, with Kaushik Basu and Vivian Hon, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016, accessible at https://link.springer.com/content/pdf/bfm%3A978-1-137-55459-8%2F1.pdf and http://bit.ly/2nS33gz.

"The Price of Complexity in Financial Networks," with Stefano Battiston, Guido Caldarelli, Robert M. May, and Tarik Roukny, *PNAS (Proceedings of the National Academy of Sciences of the United States of America)*, September 6, Volume 113, No 36, pp. 10031-36, accessible at http://www.pnas.org/content/pnas/113/36/10031.full.pdf.

"Reflections on China's 13th Five Year Plan," *Journal of China Development Forum 2016*. Paper presented at China Development Forum, March 19, 2016, accessible at http://bit.ly/2EmNbsu.

"A Soft Law Mechanism for Sovereign Debt Restructuring Based on the UN Principles," with Martin Guzman, FES International Policy Analysis paper with Initiative for Policy Dialog, October, accessible at http://library.fes.de/pdf-files/iez/12873.pdf (also translated in Spanish, accessible at http://nuso.org/media/documents/guzman_y_stiglitz_2017_FF.pdf and Chinese, accessible at http://library.fes.de/pdf-files/bueros/china/13983.pdf) and presented in seminar "Sovereign Debt Vulnerabilities and the Opportunity for a New Debt Workout Mechanism Building on the UNGA process" at the United Nations

"Stockholm Statement: Towards a Consensus on the Principles of Policymaking for the Contemporary World," with Sabina Alkire (Oxford), Pranab Bardhan (Berkeley), Kaushik Basu (New York), Haroon Bhorat (Cape Town), Francois Bourguignon (Paris), Ashwini Deshpande (Delhi), Ravi Kanbur (Ithaca), Justin Yifu Lin (Beijing), Kalle Moene (Oslo), Jean-Philippe Platteau (Namur), Jaime Saavedra (Lima), and Finn Tarp (Helsinki and Copenhagen), statement issued November, from meeting in Stockholm, Sweden, September 16-17, 2016, hosted by Swedish International Development Cooperation Agency (Sida) and the World Bank, accessible at https://www.sida.se/globalassets/sida/eng/press/stockholm-statement.pdf.

"Striving for Balance in Economics: Towards a Theory of the Social Determination of Behavior," with Karla Hoff, *Journal of Economic Behavior and Organization*, Issue 126 (June), pp. 25–57; World Bank Policy Research Working Paper No. WPS 7537, January; and NBER Working Paper 21823, December 2015, accessible at http://documents.worldbank.org/curated/en/636811468179051978/pdf/WPS7537.pdf.

"A Theory of Pseudo-Wealth," with Martin Guzman, *Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond*, Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2nUyG9l. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June 2014.)

*Towards a General Theory of Deep Downturns*, IEA Conference Volume, 155-VI, Houndmills, UK and New York: Palgrave Macmillan, 2016.   NBER Working Paper 21444, August 2015, accessible at http://www.nber.org/papers/w21444.pdf. Originally presented as Presidential Address to the 17th World Congress of the International Economic Congress, Dead Sea, Jordan, June, 2014, accessible at http://bit.ly/2ECenXO.

**2017**

"Bail-ins and bailouts: Incentives, connectivity, and systemic stability," with Benjamin Bernard and Agostino Capponi, VOXEU, October 18, 2017. Accessible at https://voxeu.org/article/bail-ins-and-bailouts-incentives-connectivity-and-systemic-stability

"The Coming Great Transformation," *Journal of Policy Modeling*, Vol. 39, Issue 4, July–August, pp. 625-638, accessible at http://bit.ly/2EmKurL. (Paper presented at the American Association Annual Meetings, Chicago, January 6, 2017.)

"Countering the Power of Vested Interests: Advancing Rationality in Public Decision-Making," *Journal of Economic Issues,* 51(2), 2017, pp. 359-365, accessible at http://www.tandfonline.com/doi/full/10.1080/00213624.2017.1320907; paper presented at the 2017 ASSA Conference, January 2017.

"From Global Savings Glut to Financing Infrastructure: The Advent of Investment Platforms," with Rabah Arezki, Patrick Bolton, Sanjay Peters, and Frédéric Samama, *Economic Policy*, Vol. 32, Issue 90, pp. 221–261, accessible at https://bit.ly/2RVaiBz. (IMF Working Paper WP/16/18, February 2016, accessible at https://www.imf.org/en/Publications/WP/Issues/2016/12/31/From-Global-Savings-Glut-to-Financing-Infrastructure-The-Advent-of-Investment-Platforms-43689.)

"The Fundamental Flaws in the Euro Zone Framework," *The Euro and the Crisis: Perspectives for the Eurozone as a Monetary and Budgetary Union*, Nazaré da Costa Cabral, José Renato Gonçalves, Nuno Cunha Rodrigues (eds.), New York: Springer, pp. 11-16, accessible at http://bit.ly/2EnIbom; excerpt from "Crises: Principles and Policies: With an Application to the Eurozone Crisis," *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp.43-79.

"Growing Inequality: Laws of Nature or Laws of Men?*" Starmus Beyond the Horizon: A Tribute to Stephen Hawking*, Garik Israelian and Brian May (eds.), Starmus, pp. 188–199, accessible at http://bit.ly/2BEFgER. (Speech at Starmus Festival 2016, Tenerife, Spain.)

"Industrial Policy, Learning and Development," *The Practice of Industrial Policy: Government-Business Coordination in Africa and East Asia,* John Page and Finn Tarp (eds.), Oxford: Oxford University Press, pp. 23-39, accessible at http://bit.ly/2nbsI2w  (WIDER Working Paper 2015/149, UNU-WIDER, and the Korean International Cooperation Agency, Helsinki, Finland, December 2015, accessible at https://www.wider.unu.edu/sites/default/files/wp2015-149.pdf, based on keynote address to 30th Anniversary celebration of WIDER, Helsinki, September 18, 2015.)

"Innovation, Intellectual Property, and Development: A Better Set of Approaches for the 21st Century," with Dean Baker and Arjun Jayadev, paper in series AccessIBSA: Innovation & Access to Medicines in India, Brazil & South Africa, a project supported by the Shuttleworth Foundation, accessible at http://cepr.net/images/stories/reports/baker-jayadev-stiglitz-innovation-ip-development-2017-07.pdf.

84

"Monopolistic Competition, the Dixit–Stiglitz Model, and Economic Analysis," *Research in Economics*, 71 (2017), Special Issue of in Honor of the 40 Years of the Dixit-Stiglitz model, pp. 798-802, accessible at https://www.sciencedirect.com/science/article/pii/S1090944317303265?via%3Dihub.

"Overcoming the Copenhagen Failure with Flexible Commitments," *Global Carbon Pricing: The Path to Climate Cooperation*, Peter Cramton, David JC MacKay, Axel Ockenfels, and Steven Stoft (eds), Cambridge, Mass.: MIT Press, pp. 99–108, accessible at http://bit.ly/2FEfqU1; and in *Economics of Energy and Environmental Policy,* Vol. 4, No. 2, Symposium on International Climate Negotiations, September 2015, pp. 29–36, accessible at http://bit.ly/2rSOUUF; and in Global Carbon Pricing: We Will If You Will, Peter Cramton, David J.C. MacKay, Azel Ockenfels, and Steven Stoft (eds), eBook, December 2015, P 59-66, accessible at http://carbon-price.com/wp-content/uploads/Global-Carbon-Pricing-cramton-mackay-okenfels-stoft.pdf.

"The Overselling of Globalization," *Business Economics*, Vol. 52, No. 3, pp. 129–137, accessible at http://bit.ly/2nw9hCC. (Roosevelt Institute Working Paper, August, accessible at http://rooseveltinstitute.org/oversellingofglobalization/, based on speech for Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy of the National Association of Business Economics.)

"Report of the High-Level Commission on Carbon Prices," with Nicholas Stern and Commission Members, Carbon Pricing Leadership Coalition, International Bank for Reconstruction and Development and International Development Association/ The World Bank, May 29, accessible at https://www.carbonpricingleadership.org/report-of-the-highlevel-commission-on-carbon-prices/.

"Rethinking Globalization in the Trump Era: US-China Relations," *Journal of China Development Forum,* 2017. Paper presented at China Development Forum, March 18, 2017 and published as Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/rethinking-globalization-trump-era-us-china-relations/.

"Tony Atkinson and His Legacy," with Rolf Aaberge, et al., *Review of Income and Wealth*, Vol. 63, No. 3, Sept. 2017, pp. 411–44, accessible at http://onlinelibrary.wiley.com/doi/10.1111/roiw.12335/full.

"Toward a Taxonomy of Media Capture," *In The Service of Power: Media Capture and the Threat to Democracy*, Anya Schiffrin (ed.), Washington, D.C.: Center for Media Assistance, National Endowment for Democracy, accessible at https://www.cima.ned.org/resource/media-capture-toward-taxonomy-media-capture/.

"Towards a Broader View of Competition Policy," *Competition Policy for the New Era: Insights from the BRICS Countries*, Tembinkosi Bonakele, Eleanor Fox, and Liberty Mncube (eds.), Oxford: Oxford University Press, November, pp. 4-21, accessible at https://bit.ly/2ExsVUg, and Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/towards-broader-view-competition-policy/. (Lecture presented to the 4th BRICS International Competition Conference in Durban, November 2015.)

"Wealth and Income Inequality in the Twenty-First Century," presented at the 18th World Congress of the International Economic Association, Mexico City, June 19-23 2017, accessible at http://bit.ly/2DVMdHz.

## 2018

"A Soft Law Mechanism for Sovereign Debt Restructuring Based on the UN Principles," with M. Guzman, Sovereign Debt & Human Rights, Ilias Bantekas and Cephas Lumina (eds.), Oxford: Oxford University Press, pp. 446-457. Accessible at: https://bit.ly/2WFt7el

"Addressing Inequality: Education for the Information Age," (1964) *JFK: The Last Speech*, Neil Bicknell, Roger Mills and Jan Worth-Nelson (eds.), Mascot Books, pp. 323-331, October 2018, accessible at https://bit.ly/2RIeaG6. "Alternatives to Debt-driven Growth: Continuing in China's 40 year of Reform," *Journal of China Development Forum 2018*. Paper presented at China Development Forum, accessible at https://bit.ly/2Gdp7JL.

"An Analysis of Puerto Rico's Debt Relief Needs to Restore Debt Sustainability," with Pablo Gluzmann and Martin Guzman, NBER Working Paper No. 25256, November, 2018, accessible at https://www.nber.org/papers/w25256.pdf and published in *Espacios Abiertos,* January, accessible at http://espaciosabiertos.org/wp-content/uploads/2018/01/Final-Report-DSA-2018.01.pdf.

"Alternatives to Debt-driven Growth: Continuing in China's 40 year of Reform," Journal of China Development Forum 2018. Paper presented at China Development Forum.

"Beyond GDP: Measuring What Counts for Economic and Social Performance," with Jean-Paul Fitoussi and Martine Durand, OECD Publishing, Paris, November 2018, accessible at https://www.oecd.org/social/beyond-gdp-9789264307292-en.htm. Polish language version may be found here.

"Commentary on Partha Dasgupta's Birth and Death," *Time and the Generations*, Partha Dasgupta, New York: Columbia University Press, accessible at https://bit.ly/2RJaOm9.

86

"The Dynamics of Social Inequalities in the Present World," *Towards a Participatory Society: New Roads to Social and Cultural Integration*, Pierpaolo Donati (ed.), Proceedings of the Vatican 2017 Plenary Session *Towards a Participatory Society: New Roads to Social and Cultural Integration*, 28 April - 2 May 2017, Vatican City: Libreria Editrice Vaticana, pp. 115-131, accessible at https://bit.ly/2NP1ESc.

"Economic Justice in America: Fifty Years After the Kerner Report," *Healing Our Divided Society: Investing in America Fifty Years After the Kerner Report,* Fred Harris and Alan Curtis (eds.), Philadelphia: Temple University Press, pp.127-138, accessible at https://bit.ly/2ITIZTR and Roosevelt Institute Working Paper, August 2017, accessible at http://rooseveltinstitute.org/economic-justice-america/.

"For Good Measure: Advancing Research on Well-being Metrics Beyond GDP," with Jean-Paul Fitoussi and Martine Durand, OECD Publishing, Paris, November 2018, accessible at https://www.oecd.org/publications/for-good-measure-9789264307278-en.htm.

"Foreword," *Rewriting the Rules of the Korean Economy*, Won-Soon Park et al. (authors), The Seoul Institute.

"From Manufacturing-Led Export Growth To A Twenty-First-Century Inclusive Growth Strategy: Explaining The Demise Of A Successful Growth Model And What To Do About It," WIDER Working Paper 2018/176  Helsinki: UNU-WIDER, accessible at https://www.wider.unu.edu/publication/manufacturing-led-export-growth-twenty-first-century-inclusive-growth-strategy

"Industrial Policies and Development Cooperation for a Learning Society," Asia-Pacific Review, Vol. 25, No. 2, Nov. 2018, pp. 4-15, accessible at https://www.tandfonline.com/doi/full/10.1080/13439006.2018.1548816?scroll=top&needAccess=true

"Interconnectedness as a Source of Uncertainty in Systemic Risk", with Tarik Roukny and Stefano Battiston, *Journal of Financial Stability,* Vol. 35, pp. 93-106, accessible at https://www.sciencedirect.com/science/article/pii/S1572308916302200?_rdoc=1&_fmt=high&_origin=gateway&_docanchor=&md5=b8429449ccfc9c30159a5f9aeaa92ffb.

"J-nomics and a New Policy Agenda in Korea," Korea *Institute for Industrial Economics and Trade (*KIET*) Monthly Industrial Economics*, May, Vol. 236, pp. 7-36, accessible at https://bit.ly/2CEUUoJ.

"Lessons from the Financial Crisis and their Implications for Global Economic Policy," *The 10 Years After: The End of the Familiar…Reflections on the Great Economic Crisis*, Reinventing Bretton Woods Committee (RBWC), accessible at http://bit.ly/2BEVjmf.

87

"Markets, States and Institutions," *Markets, Governance and Institutions in the Process of Economic Development*:  *A Festschrift in Honour of Kaushik Basu*, Ajit Mishra and Tridip Ray (eds.), Oxford: Oxford University Press, accessible at https://bit.ly/2pMm6K9. (Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/markets-states-and-institutions/.)

"Pareto Efficient Taxation and Expenditures: Pre- and Re-distribution," *Journal of Public Economics Special Issue in Honor of Sir Tony Atkinson (1944-2017)*, Vol. 162, pp. 101-119, Erzo Luttmer and Henrik Kleven (eds.), accessible at https://www.sciencedirect.com/journal/journal-of-public-economics/vol/162. (NBER Working Paper No. 23892, September 2017, Revised October 2017, accessible at http://www.nber.org/papers/w23892.)

"Preface," *Toward a Just Society: Joseph Stiglitz and Twenty-First Century Economics*, Martin Guzman (ed.), New York: Columbia University Press, accessible at https://cup.columbia.edu/book/toward-a-just-society/9780231186728.

"Preface," with Jose Antonio Ocampo, *The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, accessible at https://bit.ly/2E2frj2.

 "Real Exchange Rate Policies for Economic Development," with M. Guzman and J.A. Ocampo, *World Development*, Vol. 110, pp. 51-62, accessible at https://authors.elsevier.com/sd/article/S0305750X18301657. (NBER working paper No. 23868, September 2017, accessible at http://www.nber.org/papers/w23868.)

"Sustainable Development Goals and Measurement of Economic and Social Progress," with Ravi Kanbur and Ebrahim Patel, *For Good Measure: Advancing Research on Well-Being Metrics Beyond GDP*, OECD High Level Group on the Measurement of Economic Performance and Social Progress (HLEG), accessible at https://bit.ly/2EoA0Mj.

"Ten Years Later," *After the Crash: Financial Crises and Regulatory Responses,* Sharyn O'Halloran (ed), New York: Columbia University Press, and Roosevelt Institute Working Paper, September 2018, accessible at http://rooseveltinstitute.org/10-years-after-financial-crisis/.

"The Theory of Credit and Macroeconomic Stability," *Economic Theory and Policy Amidst Global Discontent: Essays in Honour of Deepak Nayyar*, Ananya Ghosh Dastidar, Rajeev Malhotra and Vivek Suneja (eds.), Routledge India, pp. 127-183, accessible at https://bit.ly/2JM9776. (NBER Working Paper No. 22837, November 2016, accessible at http://www.nber.org/papers/w22837.pdf.)

"Towards a Twenty-first Century Investment Agreement," Preface in *Yearbook on International Investment Law and Policy 2015-2016*, Lise Johnson and Lisa Sachs (eds.), pp. xiii-xxviii, Oxford University Press, accessible at http://ccsi.columbia.edu/files/2014/03/YB-2015-16-Front-matter.pdf.

"Trump and Globalization," *Journal of Policy Modeling*, Vol. 40, Issue 3, pp. 515-528, accessible at https://bit.ly/2QPs2NH. (Paper presented at "TrumpEconomics: a First Year Evaluation,"American Economic Association Meetings, Philadelphia, Pennsylvania, January 5, 2018.)

"The Welfare State in the Twenty First Century," *The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, accessible at https://bit.ly/2DXBW8S and Roosevelt Institute Working Paper, June, pp. 1-37, accessible at http://rooseveltinstitute.org/welfare-state-twenty-first-century/.

"Where Modern Macroeconomics Went Wrong," *Oxford Review of Economic Policy*, Vol. 34, Issue 1-2, pp. 70-106, accessible at https://academic.oup.com/oxrep/article/34/1-2/70/4781816. (NBER Working Paper No. 23795, September 2017, revised November 2017 accessible at http://www.nber.org/papers/w23795.)

"Working with a Great Public Intellectual: Remembering Tony Atkinson," *The Economic and Labour Relations Review,* Vol. 29(1) pp. 38–40, accessible at http://journals.sagepub.com/doi/10.1177/1035304618757111.

**2019**

"Addressing Climate Change Through Price and Non-Price Interventions," *European Economic Review,* Vol. 119, pp. 594-612, October 2019. Accessible at: https://www.sciencedirect.com/science/article/pii/S001429211930090X?dgcid=author

"Artificial Intelligence and Its Implications for Income Distribution and Unemployment," with Anton Korinek, in *The Economics of Artificial Intelligence: An Agenda*, Ajay Agrawal, Joshua Gans, and Avi Goldfarb (eds.), NBER/University of Chicago Press, May, pp. 349-390. (NBER Working Paper No. 24174, December 2017. Paper presented in NBER AI conference September 13-14, 2017.) Accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/w24174.pdf

"Commentary on Partha Dasgupta's Birth and Death," in *Time and the Generations*, Partha Dasgupta, New York: Columbia University Press, June 2019, pp. 199-206, accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/Stiglitz_comments%20on%20Birth%20and%20Death.pdf

"Foreword," in *Confronting Inequality: How Societies Can Choose Inclusive Growth*, Jonathan D. Ostry, Prakash Loungani and Andrew Berg, New York: Columbia University Press, January 2019.

"Inequality and finance in a rent economy," with Alberto Botta, Eugenio Caverzasi, Alberto Russo and Mauro Gallegati, Journal of Economic Behavior and Organization, available online April, 2019.

"Mis-measurement of inequality: a critical reflection and new insights," *Journal of Economic Interaction and Coordination*, Vol. 14, Issue 4, pp. 891-921, December, 2019. Accessible at: https://link.springer.com/article/10.1007%2Fs11403-019-00257-2

"Reflections on the Global Financial Crisis Ten Years On," *After the Crash: Financial Crises and Regulatory Responses*, Sharyn O'Halloran and Thomas Groll (eds.), New York: Columbia University Press, pp.167-182, October, 2019. http://cup.columbia.edu/book/ten-years-after-the-crash/9780231192842

"Structural Transformation, Deep Downturns, and Government Policy," *The Oxford Handbook of Structural Transformation*, Célestin Monga and Justin Yifu Lin (eds.), Oxford: Oxford University Press, March, pp. 35-44. Accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/Structural%20 Transformation%2C%20Deep%20Downtur...pdf


## 2020

"Averting Catastrophic Debt Crises in Developing Countries: Extraordinary challenges call for extraordinary measures," with Hamid Rashid, Centre for Economic Policy Research, Policy Insight, July, 2020. Accessible at: https://cepr.org/sites/default/files/policy_insights/PolicyInsight104.pdf

"'Carbon pricing' special issue in the European economic review," editorial, with Cameron Hepburn and Nicholas Stern, *European Economic Review*, Vol. 27, August 2020, accessible at: https://bit.ly/38Syi3a.

"Foreword," *Conviction, Imprisonment, and Lost Earnings: How Involvement with the Criminal Justice System Deepens Inequality*, Brennan Center for Justice at New York University School of Law, September, 2020. Accessible at: https://www.brennancenter.org/sites/default/files/2020-09/EconomicImpactReport_pdf.pdf

"Postscript," *International Labour Organization and Global Social Governance*, Tarja Halonen and Ulla Liukkunen (eds.), Cham, Switzerland: Springer, October 17, 2020. Accessible at: https://link.springer.com/chapter/10.1007/978-3-030-55400-2_7

"Rational Heuristics? Expectations and Behaviors in Evolving Economies with Heterogeneous Interacting Agents," with Giovanni Dosi, Mauro Napoletano, Andrea Roventini and Tania Treibich, *Economic Inquiry*, Vol. 58, Issue 2, April 2020, accessible at: https://onlinelibrary.wiley.com/doi/full/10.1111/ecin.12897. And NBER Working Paper No. 26922.

"Recovering from the Pandemic: An Appraisal of Lessons Learned," Foundation for European Progressive Studies, FEPS Covid Response Papers #10, October 2020. Accessible at: https://www.feps-europe.eu/attachments/publications/feps%20covid%20paper%2010%20stiglitz.pdf

"The Global Pandemic, Sustainable Economic Recovery, and International Taxation," with Edmund Fitzgerald, Eva Joly, Gabriel Zucman, Jayati Ghosh, et al., ICRICT, June 15, 2020. Accessible at: https://static1.squarespace.com/static/5a0c602bf43b5594845abb81/t/5ee79779c63e0b7d057437f8/1592235907012/ICRICT+Global+pandemic+and+international+taxation.pdf.

"The Revolution in Information Economics: The Past and the Future," in *The State of Economics, the State of the World*, Kaushik Basu, David Rosenblatt and Claudia Sepulveda, eds. Cambridge: MIT Press, pp. 101-150, January 2020. https://mitpress.mit.edu/books/state-economics-state-world

"Will COVID-19 fiscal recovery packages accelerate or retard progress on climate change?" with Cameron Hepburn, Brian O'Callaghan, Nicholas Stern, and Dimitri Zenghelis, *Oxford Review of Economic Policy*, Vol. 36, Issue Supplement 1, pp. S359–S381, May 2020. Accessible at: https://academic.oup.com/oxrep/article/36/Supplement_1/S359/5832003

## 2021

"Covid-19 Driven Advances in Automation and Artificial Intelligence Risk Exacerbating Economic Inequality," with Anton Korinek, *British Medical Journal*, March 2021. Accessible at: https://www.bmj.com/content/372/bmj.n367

"Economic Fluctuations and Pseudo-Wealth," with Martin Guzman, *Industrial and Corporate Change*, Vol. 30, Issue 2, April 2021, pp. 297–315. First published August 10, 2021. Accessible at: https://academic.oup.com/icc/article/30/2/297/6347968?login=true

"Foreword," Powering a Learning Society During an Age of Disruption, Education in the Asia-Pacific Region: Issues, Concerns and Prospects series, Vol. 58, pp. ix-xi, Singapore: Springer, Asian Development Bank, June, 2021. Accessible at: https://www.adb.org/sites/default/files/publication/704196/powering-learning-society-during-age-disruption.pdf

"Fiscal Resiliency in a Deeply Uncertain World: The Role of Semiautonomous Discretion," with Peter R. Orszag and Robert E. Rubin, Peterson Institute for International Economics Policy Brief 21-2, January, 2021. Accessible at: https://www.piie.com/publications/policy-briefs/fiscal-resiliency-deeply-uncertain-world-role-semiautonomous-discretion and in *Industrial and Corporate Change*, Vol. 32(2), pp. 281–300, April, 2023.

"Fostering More Competitive Labor Markets," *Inequality and the Labor Market:  The Case for Greater Competition,* Sharon Block and Benjamin Harris (eds.), Washington D.C.:  Brookings Institute, 2021, pp. 1-16. Accessible at: https://www.brookings.edu/wp-content/uploads/2020/08/9780815738800_ch1.pdf

"From Manufacturing Led Export Growth to a Twenty-First Century Inclusive Growth Strategy:  Explaining the Demise of a Successful Growth Model and What to Do About It," *Inequality in the Developing World*, Carlos Gradi, Murray Leibbrandt, and Finn Tarp (eds.), UNU-Wider Studies in Development Economics, Oxford: Oxford University Press, 2021. First published online in April 2021. Accessible at: https://oxford.universitypressscholarship.com/view/10.1093/oso/9780198863960.001.0001/oso-9780198863960-chapter-12

 "Globalization in the Aftermath of the Pandemic and Trump," *Journal of Policy Modeling*, Vol. 43 (4), pp. 794-804, July-August 2021. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0161893821000351?via%3Dihub

"Inequality and finance in a rent economy," with Alberto Botta, Eugenio Caverzasi, Alberto Russo and Mauro Gallegati, *Journal of Economic Behavior & Organization*, Volume 183, Pages 998-1029, March, 2021. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0167268119300447?dgcid=author

"Lessons from COVID-19 and Trump for Theory and Policy," *Journal of Policy Modeling*, Vol. 43 (4), pp.749-760, July–August 2021. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0161893821000314?via%3Dihub

"The Media: Information as a Public Good," presented to The Pontifical Academy of Social Sciences, May 10, 2021. Accessible at: https://business.columbia.edu/sites/default/files-efs/imce-uploads/Joseph_Stiglitz/The%20Media%20Information%20as%20a%20Public%20Good%20PASS.pdf

"Microfinance and Missing Markets," with M. Shahe Emran and A. K. M. Mahbub Morshed, *Canadian Journal of Economics*, Vol. 54 , Issue 1, pp. 34-67, April 26, 2021. First published March 2021. Accessible at: https://onlinelibrary.wiley.com/doi/10.1111/caje.12502

"The Pandemic and the Economic Crisis: A Global Agenda for Urgent Action*," Interim Report on the Global Response to the Pandemic by the Commission on Global Economic Transformation*, Institute for New Economic Thinking, March 11, 2021. Accessible at: https://www.ineteconomics.org/uploads/papers/INET-Commission-Interim-Report.pdf

92

"The Pandemic Economic Crisis, Precautionary Behavior, and Mobility Constraints: An Application of the Dynamic Disequilibrium Model with Randomness," with Martin Guzman, *Industrial and Corporate Change*, Vol. 30(2), pp. 467–497, April 2021. First published March 19, 2021. Accessible at: https://academic.oup.com/icc/article/30/2/467/6178543?guestAccessKey=e7efa094-0020-4172-9b47-7852b617e544

"The Proper Role of the Government in the Market Economy: The Case of the Post-COVID Recovery," *Journal of Government and Economics*, Vol. 1, Spring 2021. Accessible at: https://www.sciencedirect.com/science/article/pii/S2667319321000045#bib0001

"Pseudo-wealth and Consumption Fluctuations," with Martin Guzman, *The Economic Journal*, ueaa102, Vol. 131, (633), January 2021, pp. 372–391. Published online August 2020. Accessible at: https://academic.oup.com/ej/advance article/doi/10.1093/ej/ueaa102/5896947?searchresult=1

"Technological Progress and Artificial Intelligence," with Anton Korinek and Martin Schindler, in *How to Achieve Inclusive Growth*, Valerie Cerra, Barry Eichengreen, Asmaa El-Ganainy and Martin Schindler (eds.), Oxford: Oxford University Press, 2021. Open access and accessible at: https://global.oup.com/academic/product/how-to-achieve-inclusive-growth-9780192846938?cc=gb&lang=en&

"Understanding Consequences of IMF Surcharges: The Need for Reform," Initiative for Policy Dialogue and BU Global Economic Governance Initiative Brief, Number 017, October, 2021. Accessible at: https://www.bu.edu/gdp/files/2021/10/GEGI_PB_017_FIN.pdf

"Towards a dynamic disequilibrium theory with randomness," with Martin Guzman, *Oxford Review of Economic Policy*, Volume 36, Issue 3, pp. 621–674, January 19, 2021.

## 2022

"Alternative Theories of Inequality: Causes, Consequences, and Policies," in *The Great Polarization: How Ideas, Power, and Policies Drive Inequality,* Rudiger L. von Arnim and Joseph Stiglitz (eds.), New York: Columbia University Press, 2022, pp. 33-100. https://cup.columbia.edu/book/the-great-polarization/9780231199261/ In French by Fondation Maison des Sciences de l'Homme.

"Bail-ins and Bail-outs: Incentives, Connectivity, and Systemic Stability," with Benjamin Bernard and Agostino Capponi, *Journal of Political Economy*, 2022, Vol. 130 (7), pp. 1805 – 1859. Accessible at: https://www.journals.uchicago.edu/doi/full/10.1086/719758. Previous versions: NBER Working Paper No. 23747, August 2017, revised November 2021. (Presented to the World Congress of the International Economic Association.

"Collective Moral Hazard and the Interbank Market," with Levent Altinoglu, VoxEU/CEPR, April 18, 2022. Accessible at: https://cepr.org/voxeu/columns/collective-moral-hazard-and-interbank-market

"Dynamic Disequilibrium with Randomness," with Martin Guzman, VoxEU, October 3, 2022. Accessible at: https://cepr.org/voxeu/columns/dynamic-disequilibrium-randomness

"The Economics of Immense Risk, Urgent Action and Radical Change: Towards New Approaches to the Economics of Climate Change," with Nicholas Stern, in collaboration with Charlotte Taylor, *Journal of Economic Methodology*, Vol. 29, Issue 3, 2022, pp. 181-216 Accessible at: https://www.tandfonline.com/doi/full/10.1080/1350178X.2022.2040740

"Fiscal Resiliency in a Deeply Uncertain World: The Role of Semiautonomous Discretion," with Peter R. Orszag and Robert E. Rubin, *Industrial and Corporate Change*, Vol. 31 (2), April, 2022, pp. 281–300. Accessible at: https://doi.org/10.1093/icc/dtac007. Originally issued as Peterson Institute for International Economics Policy Brief 21-2, January, 2021. Accessible at: https://www.piie.com/publications/policy-briefs/fiscal-resiliency-deeply-uncertain-world-role-semiautonomous-discretion

"Foreword," *Going Big: FDR's Legacy, Biden's New Deal, and the Struggle to Save Democracy*, Robert Kuttner. New York: The New Press, 2022, pp. ix-xviii.

"IMF Surcharges: A Lose-Lose Policy for Global Recovery," with Kevin P. Gallagher, VoxEU, February 7, 2022. Accessible at: https://cepr.org/voxeu/columns/imf-surcharges-lose-lose-policy-global-recovery

"Introduction," with Rudiger L. von Arnim, *The Great Polarization: How Ideas, Power, and Policies Drive Inequality*, Rudiger L. von Arnim and Joseph Stiglitz (eds.), New York: Columbia University Press, 2022, pp. 1-30.

"Land Speculation, Booms, and Busts with Endogenous Phase Transitions: A Model of Economic Fluctuations with Rational Exuberance," with Tomohiro Hirano, VoxEU, June 28, 2022. Accessible at: https://voxeu.org/article/land-speculation-booms-and-busts-endogenous-phase-transitions

"Optimal Bailouts and the Doom Loop with a Financial Network," with Agostino Copponi and Felix Corell, *Journal of Monetary Economics,* Vol. 128, May 2022, pp. 35-50. Accessible at: https://www.sciencedirect.com/science/article/pii/S0304393222000356

"Overcoming wealth inequality by capital taxes that finance public investment," with Linus Mattauch, David Klenert and Ottmar Edenhofer, *Structural Change and Economic Dynamics*, Vol. 62, June 6, 2022. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0954349X22000753

"A Social Cost of Carbon Consistent with a Net-Zero Climate Goal," with Nicholas Stern, Kristina Karlsson and Charlotte Taylor, Roosevelt Institute Issue Brief, January 26, 2022. Accessible at: https://rooseveltinstitute.org/wp-content/uploads/2022/01/RI_Social-Cost-of-Carbon_202201-1.pdf

94

"Technical Progress and Artificial Intelligence," with Anton Korinek and Martin Schindler, *How to Achieve Inclusive Growth*, Valerie Cerra, Barry Eichengreen et al. (eds.), Oxford: Oxford University Press, 2022, pp. 163-211. Accessible at: http://fdslive.oup.com/www.oup.com/academic/pdf/openaccess/9780192846938.pdf

"Understanding the Consequences of IMF Surcharges: The Need for Reform," with Kevin Gallagher, *Review of Keynesian Economics*, Vol. 1 (3), Autumn, 2022, pp. 348-354. Accessible at: https://www.elgaronline.com/view/journals/roke/10/3/article-p348.xml

"The World Economy: Where to After the Pandemic? Rethinking Global Cooperation," *Journal of Policy Modeling*, Vol. 44(4), pp. 812-819. Accessible at: https://www.sciencedirect.com/science/article/pii/S0161893822000655

## 2023

"Another World is Possible," Chapter 8 in *Conversations in Peace, v. 2, 2012-2022, Sydney Peace Prize Lectures: Celebrating 25 years,* Lynda-Ann Blanchard and Jane Fulton eds., Sydney:  University of Sydney, 2023, pp. 81-92.

"Bilateral Information Disclosure in Adverse Selection Markets with Nonexclusive Competition," with Andrew Kosenko and Jungyoll Yun, *Journal of Economic Behavior and Organization,* Vol. 205(C), pp. 144-168, January, 2023. Accessible at: https://www.sciencedirect.com/science/article/pii/S0167268122003663

"The Causes of and Responses to Today's Inflation," with Ira Regmi, *Industrial and Corporate Change*, Vol. 32(2), pp. 336–385, April, 2023. Accessible at: https://academic.oup.com/icc/advance-article-abstract/doi/10.1093/icc/dtad009/7071722?redirectedFrom=fulltext. Also published by the Roosevelt Institute, December 2022. Accessible at: https://rooseveltinstitute.org/publications/the-causes-of-and-responses-to-todays-inflation/

"Climate Change and Growth," with Nicholas Stern, *Industrial and Corporate Change*, Vol. 32(2), pp. 277–303, April, 2023. Accessible at: https://academic.oup.com/icc/advance-article/doi/10.1093/icc/dtad008/7043810

"Collective Moral Hazard and the Interbank Market," with Levent Altinoglu, *American Economic Journal: Macroeconomics*, Vol. 15 (2), pp. 35-65, April, 2023. Accessible at: https://www.aeaweb.org/articles?id=10.1257/mac.20210333 (Previous version:  NBER Working Paper No. 29807, February 2022); and VoxEU, April 18, 2022. Accessible at: https://cepr.org/voxeu/columns/collective-moral-hazard-and-interbank-market

"Whither Multilateralism?" *Journal of Policy Modeling*, Vol. 45 (4), pp. 702-712, July-August, 2023. Accessible at: https://www.sciencedirect.com/science/article/pii/S0161893823000819

95

**2024**

"The Godley-Tobin Memorial Lecture: Neoliberalism, Keynesian economics and responding to today's inflation," *Review of Keynesian Economics*, Vol. 12 (1), Spring, 2024, pp. 1-26. Accessible at: https://www.elgaronline.com/view/journals/roke/12/1/article-p1.xml

"A New Growth Strategy for Developing Nations," with Dani Rodrik, January, 2024. Accessible at: https://drodrik.scholar.harvard.edu/publications/new-growth-strategy-developing-nations Forthcoming in *The New Global Economic Order* (eds. Lili Yan Ing and Dani Rodrik), London: Routledge, 2025.

"Post-Neoliberal Globalization: International Trade Rules for Global Prosperity," *Oxford Review of Economic Policy*, Volume 40 (2), Summer 2024, pp. 282–306, June 12, 2024. Accessible at: https://academic.oup.com/oxrep/article-abstract/40/2/282/7691457?redirectedFrom=fulltext&login=false

"The Practice of Sovereign Debt Sustainability Analysis," with Martin Guzmán, Friedrich-Ebert-Stiftung Expert Paper Series, August, 2024. Accessible at: https://library.fes.de/pdf-files/international/21393.pdf

"A Proposal for Russian Asset Seizure," with Andrew Kosenko, Brookings Policy Brief, July 2024. Accessible at: https://www.brookings.edu/wp-content/uploads/2024/07/20240701_StiglitzKosenko_Sanctions.pdf

"Reforming the IMF Surcharge Rate Policy to Avoid Procyclical Lending," with Martin Guzman, Kevin Gallagher and Marilou Uy, T20 Policy Brief, September 11, 2024. Accessible at: https://www.t20brasil.org/media/documentos/arquivos/TF03_ST_01_Reforming_the_IMF_S66e197d09516e.pdf

"Rethinking Global Governance: Cooperation in a World of Power," with Dani Rodrik, March, 2024. Accessible at: https://tinyurl.com/22uzrdex. Forthcoming in *The New Global Economic Order* (eds. Lili Yan Ing and Dani Rodrik), London: Routledge, 2025.

"Robust Theory and Fragile Practice: Information in a World of Disinformation; Part I: Indirect Communication," with Andrew Kosenko, The Elgar Companion to Information Economics, Daphne R. Raban and Julia Włodarczyk (eds.), Northampton: Edward Elgar Publishing, 2024, pp. 20-52.

"Robust Theory and Fragile Practice: Information in a World of Disinformation; Part II: Direct Communication," with Andrew Kosenko, The Elgar Companion to Information Economics, Daphne R. Raban and Julia Włodarczyk (eds.), Northampton: Edward Elgar Publishing, 2024, pp. 53-80.

"Supporting Carbon Pricing When Interest Rates are Higher," with Franziska Funke, Linus Mattauch, Thomas Douenne and Adrian Fabre, *Nature Climate Change*, June 17, 2024. Accessible at: https://www.nature.com/articles/s41558-024-02040-z

## 2025

"Equity Prices, Market Power, and Optimal Corporate Tax Policy," with Juan Montecino and Ignacio González, *European Economic Review*, Vol. 176, July, 2025. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0014292125000893. NBER Working Paper No. 33544, March, 2025. Accessible at: https://www.nber.org/papers/w33544

"New Report: How New York State Lawmakers Can Help Address Debt Crises in the Global South," with Martin Guzman, Initiative for Policy Dialogue, January 16, 2025. Accessible at: https://ipdcolumbia.org/publication/new-report-how-new-york-state-lawmakers-can-help-address-debt-crises-in-the-global-south/

## Books

*An Agenda for the Development Round of Trade Negotiations in the Aftermath of Cancun,* with Andrew Charlton, prepared for the Commonwealth Secretariat, 2004.

*Creating a Learning Society: A New Approach to Growth, Development, and Social* Progress, with Bruce C. Greenwald, New York: Columbia University Press, 2014. Reader's Edition published 2015. Also published Chinese (simplified)/China (mainland PR) by CITIC Publishing Group (Expected December 2016), Czech/World by Nakladatestvi Academia (Expected September 2017), French/World by Editions Les Liens Qui Liberent (Expected Spring 2017), German/World by UllsteBuchverlage GmbH. (Published 10/9/15), Hungarian/World by Napvilag Kidao Kft. (Expected January 2017), Italian/World by Giulio Einaudi Editore (Published 2018), Japanese/World by Toyo Keizai Inc. (Published 2017), Korean/World by The Korea Economic Daily & Business Publications (Published 2016), Portuguese/World ex. Brazil by Bertrand Editora Ltda (Expected 2017), Spanish/LatAmerica and US by Ediciones Culturales Paidos (Published 10/15/15) and Spanish/World ex. LatAmerica and US by La Esfera De Los Libros, S.L. (Published 1/26/16), Vietnamese by National Publishing House of Vietnam (Published 2017)

*An Economic Analysis of the Conservation of Depletable Natural Resources*, with P. Dasgupta, G. Heal, R. Gilbert, and D. Newbery, prepared for the Federal Energy Administration, May 1977.

*The Economic Role of the State*, Oxford, Basil Blackwell, 1989. (Translated in Italian by Marco Da Rin, Società editrice il Mulino, Bologna, 1992)

*The Euro: How a Common Currency Threatens the Future of Europe,* New York: W.W. Norton, August 2016. Published in paperback in 2017. Also published in the UK by Allen Lane/Penguin, in Bulgarian by Iztok-Zapad, in Catalan by Edicions 62, in Chinese complex characters by Business Weekly, in Chinese simplified characters by China Machine Press, in Croatian by Profil, in Czech by Euromedia Group, in Dutch by Athenaeum, in French by Les Liens qui Liberent, in German by Siedler, in Greek by Editions K. Papadapoulos, in Italian by Guilio Einaudi Editore, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., in Polish by Wydawnictwo Krytyki Politycznej, in Portuguese by Bertrand Editoria, in Romanian by Editura Publica, in Serbian by Akademska Knjiga, in Spanish by Taurus, and in Swedish by Atlantis. Audiobook by Audible.

*Effects of Risk on Prices and Quantities of Energy Supplies*, with R. Gilbert, prepared for Electric Power Research Institute, EPRI EA-700, Project 869-1, Final Report, 1-4, May 1978.

*Fair Trade for All*, with Andrew Charlton, New York: Oxford University Press, 2005. Also published in Simplified Chinese by China Renmin University Press, in Croatian by Masmedia, in Czech by Victoria, in French by Fayard, in German by Murmann, in Hungarian by Lexecon, in Italian by Garzanti, in Japanese by Nihon Keizai, in Korean by Nexus, in Polish by PWN, in Portuguese by Elsevier (Brazil) and ASA (Portugal), in Russian by Ves Mir, and in Spanish by Taurus.

*For Good Measure: An Agenda for Moving Beyond GDP*, with J. Fitoussi and M. Durand, New York: The New Press, 2019. Originally pubished as *For Good Measure: Advancing Research on Well-being Metrics Beyond GD*P, Paris: OECD Publishing House, 2018.

*Freefall: America, Free Markets, and the Sinking of the World Economy*, New York: W.W. Norton, 2010. Also published in the UK by Penguin/Allen Lane. Translated in Arabic by Arab Scientific Publishers Inc.,, Bahasa Melayu by Institut Terjemahan Negara, Bulgarian by Info Dar, complex Chinese by Commonwealth, simplified Chinese by China Machine Press, Dutch by Het Spectrum, Estonian by Tänapäev, French by Les Liens qui Liberent, German by Siedler, Greek by Papadopoulos, Italian by Einaudi, Japanese by Tokuma Shoten, Korean by Book 21, Polish by Polish Economic Society, Portuguese (Brazil) by Companhia das Letras, Portuguese (Portugal) by Ana Paula Faria, Romanian by Editura Publica Com Srl, Russian by Eksmo Press, Serbian by Akademska Knjiga, Spanish by Taurus and Debolsillo (by Penguin Random House Grupo Editorial), Swedish by Leopard, Thai by ASTV Manager Co., Turkish by Hiperlink Egtim Iletisim Yay, and Vietnamese by DT Books. Audio version published by Tantor Media.

*Globalization and Its Discontents*, New York: W.W. Norton, 2002. Also published by Penguin Books (UK); Profil (Croatian); Alfa Basim Yayim Dagitm Tic (Turkish); Einaudi (Italian); Radarami (Georgian); ASTVmanager (Thai); Siedler (German); Turiba (Latvian); Youth Publisher (Vietnamese); Monsudar (Mongolian); Ecumenical Institute (Sinhala); Zenith (Albanian); Prophetes Globalizacija

(Slovenian); China Machine Press (Chinese Simplified); PWN (Polish); PT Ina Publikatama (Indonesian); Livani (Greek); Taurus (Spanish); Tokuma Shoten (Japanese); Azerbaijan Center for Economic Reforms (Azeri); D C Books (Malayalam); Dar al-Farabi (Arabic); Editura Economica SRL (Romanian); Empuries (Catalan); Fayard (French); Hakibbutz Hameuchad (Hebrew); Het Spectrum (Dutch); Info Dar (Bulgarian); Kyiv Mohyla (Ukrainian); Leopard (Swedish); Locus (Chinese Complex); Napvilag Kiado (Hungarian); National Public Scientific Foundation (Russian); PT-Kustannus (Finnish); Prostor (Czech); Sejong Books (Korean); Spektrum (Norwegian); Miba Books (Serbian). Audio version published by Audible.

*Globalization and Its Discontents Revisited: Anti-Globalization in the Era of Trump,* New York: W.W. Norton, 2017. Also published in the UK by Allen Lane/Penguin. Published in Chinese simplified characters by China Machine Press/Beijing Huazhang Graphics and Information, in Korean by Sejong Books, Inc., in Serbian by Miba Books, in Turkish by Alfa Basim Yayim and in German by Siedler Verlag.

*Globalizzazione*, Rome: Donzelli, 2011.

*The Great Divide: Unequal Societies and What We Can Do About Them*, New York: W.W. Norton, 2015. Published in paperback in 2016, also by Norton. Also published in the U.K. by Penguin Books and in audio format by Audible. Translated and published in Chinese complex characters by Commonwealth Magazine Group, in Chinese simplified characters by China Machine Press, in French by Les Liens qui Liberent, in German by Siedler, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., in Portuguese by Alta Books (Brazil) and Bertrand Editoria (Portugal), in Romanian by Editura Publica, in Russian by Exem License Limited, in Serbian by Akademska Knjiga, and in Spanish by Taurus.

*Have Recent Crises Affected the State-Market Debate?* Dhaka: University Press Ltd (for the Bangladesh Economic Association), 1999.

*In un mondo imperfetto. Mercato e democrazia nell'era della globalization,* Donzelli: Rome, 2001.

*Informazione, Economia pubblica e Macroeconomia*, edited by A. Boitani and A. Petretto, Bologna: Il Mulino, 2002.

*Joseph Stiglitz for Project Syndicate: The Complete Archive, 2001-2011*, Project Syndicate, 2011 (Kindle eBook).

*Making* Globalization *Work,* New York: WW Norton, 2006. Also published in the UK by Penguin/Allen Lane, in audio format by Audible, in Arabic by Arabic Book Program Cairo, in Catalan by Empuries, in complex Chinese by Commonwealth, in simplified Chinese by China People's Publishing House, in Croatian by Algoritam, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Herbrew by Arieh Nir, in Indonesian by Mizan Pustaka, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Book 21, in Malayalam by Kerala State Institute of Languages, in Norwegian by Pax Forlag, in Polish by PWN, in Portuguese by Companhia das Letras (Brazil) and ASA Editores (Portugal), in Romanian in Editura Polirom, in Serbian by Informatika, in Spanish by Debolsillo and Taurus, in Swedish by Daidalos, in Thai by Suan Nguen Mee Ma Press, in Turkish by Plan B, and in Vietnamese by Youth Publishers.

*Measuring What Counts: The Global Movement for Well-Being,* edited by J. Fitoussi, M. Durand and J. Stiglitz. New York: The New Press, 2019. Originally published as *Beyond GDP: Measuring What Counts for Economic and Social Performance*, Paris: OECD Publishing House, 2018.

*Mismeasuring Our Lives: Why GDP Doesn't Add Up*, with J. Fitoussi and A. Sen, New York: The New Press, 2010. Published in French by Odile Jacob, simplified Chinese by Xinhua, in Italian by Etas, in Korean by Dongnyok, also published in Persian by The House of Rational Culture & Art and in Spanish by RBA.

*The Origins of Inequality, & Policies to Contain It*, Oxford: Oxford University Press, 2025.

*Panemie und Markt:  Ein Gesprach uber eine gerechte Weltwirtschaft*, edited by Thomas Hartmann, Jochen Dahm and Christian Krell, Bonn: Dietz Verlag, 2021. Accessible at: https://dietz-verlag.de/downloads/leseproben/0607.pdf

*Peasants versus City-Dwellers: Taxation and the Burden of Economic Development*, with R. Sah, Oxford and New York: Oxford University Press, 1992. Published in paperback in 2002, also by Oxford University Press.

*People, Power, and Profits: Progressive Capitalism for an Age of Discontent*, New York: W.W. Norton, 2019. Published in paperback in 2020. Also published in the UK by Allen Lane/Penguin. Published in French by Les Liens Qui Liberent, in Dutch by Athenaeum - Polak & Van Gennep, in Spanish by Taurus, in Italian by Einaudi, in Portugese by Bertrand (Portugal) and Editora Record LTDA. (Brazil), in Croatian by Profil Knjiga, in Bulgarian by Ciela, in Russian by Alpina Publisher, in Chinese simplified by China Machine Press, in Japanese by Toyo Keizai, in Korean by Open Books, and in Taiwanese Mandarin by Commonwealth. Published in German by Random House GMBH, in Polish by Wydawnictwo Naukowe PWN, in Arabic by Roueya, in Vietnamese by Knowledge Publishing House, in Catalan by Eicions 62 S.A., and in Serbian by Akademska Knija. Audio published by Tantor Media.

*The Price of Inequality: How Today's Divided Society Endangers Our Future*, New York: W.W. Norton, 2012. Published in paperback in 2013. Also published in the U.K. by Penguin/Allen Lane and in audio format by Tantor Media. Translated in Arabic by National Center for Translation, Egypt, in Bulgarian by Iztok-Zapad, in simplified Chinese by China Machine Press, in complex Chinese by Commonwealth, in French by Les Liens Qui Libèrent, in German by Siedler, in Greek by Papadopoulos, in Hebrew by Calcalist, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Open Books, in Polish by Krytyka Polityczna, in Portuguese by Bertrand Editora, in Romanian by Editura Publica, in Russian by Exem License Limited, in Spanish by Taurus and Penguin Random House Grupo Editorial, in Tamil by Aazhi Publishers, in Thai by Openworlds Publishing House, in Turkish by Iletisim Yayincilik, in Ukranian by Ecem Media, and in Vietnamese by Knowledge Publishing House.

*The Rebel Within: Joseph Stiglitz and the World Bank*, edited by Ha-Joon Chang, Anthem World Economics, London: Wimbledon Publishing Company, UK, 2001. (A collection of papers and lectures written or delivered during tenure as Chief Economist of the World Bank)

*Rewriting the Rules of the American Economy: An Agenda for Growth and Shared Prosperity*, with Nell Abernathy, Adam Hersh, Susan Holmberg and Mike Konczal, A Roosevelt Institute Book, New York: W.W. Norton, 2015. Also published in audio format by Random House Audio. Translated and published in Chinese complex characters by Commerical Press, in Chinese simplified characters by China Machine Press, in Italian by Il Saggiatore, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., and in Portuguese by Bertrand. Available at http://www.rewritetherules.org.

*Rewriting the Rules of the European Economy: An Agenda for Growth and Shared Prosperity*, with Carter Daugherty and the Foundation for European Progressive Studies, New York: W.W. Norton, 2020. Published by the Foundation for European Progressive Studies in Belgium in 2019.

*The Road to Freedom: Economics and the Good Society,* New York: W.W. Norton, 2024. Also published in the UK by Penguin/Allen Lane and in audio format by Tantor Media. Published in Dutch by Querido, in Italian by Einaudi, in Spanish by Taurus, in French by Les Liens Qui Liberent (France) and Madrigall (Canada), in German by Siedler Verlag, in Korean by Book 21 and in Japanese by Toyo Kezai.

*The Roaring Nineties: A New History of the World's Most Prosperous Decade,* New York: W.W. Norton, 2003.  Also published in the U.K. by Penguin/ Allen Lane. Translated in Arabic by Dar al-Farabi, in complex Chinese by Commonwealth, in simplified Chinese by China Financial, in French by Fayard, in German by Siedler, in Greek by Livani, in Hungarian by Napvilag Kiado, in Indonesian by Marjin Kiri, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Sejong, in Polish by PWN, in Portuguese by Editora Schwarcz S/A (Brazil) and Terramar (Portugal), in Romanian by Editura Economica, in Russian by National Public Scientific Foundation, in Spanish by Taurus, and in Turkish by CSA Global.

101

*Selected Works on Economics of Joseph E. Stiglitz* (Chinese), Beijing: China Financial Publishing House, 2006.

*The Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009.

*The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013.

*The Selected Works of Joseph E. Stiglitz, Volume III: Rethinking Microeconomics*, Oxford: Oxford University Press, 2019.

*Stability with Growth: Macroeconomics, Liberalization, and Development*, with José Antonio Ocampo, Shari Spiegel, Ricardo Ffrench-Davis, and Deepak Nayyar, The Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2006.

*The Stiglitz Report: Reforming the International Monetary and Financial Systems in the Wake of the Global Crisis,* with Members of the Commission of Experts on Reforms of the International Monetary and Financial System appointed by the President of the United Nations General Assembly, New York: New Press, 2010. Published in complex Chinese by Commonwealth Magazine Company, in simplified Chinese by Xinhua, in French by Odile Jacob, in India by Orient Black Swan (2011), in Korean by Dongnyok, in Russian by International Relations Publishing, and in Spanish by RBA.

*Sustainable Development and Neo-Liberalism*, Dhaka: Bangladesh Economic Association, 2004.*The Theory of Commodity Price Stabilization,* with D. Newbery, Oxford: Oxford University Press, 1981.

*The Three Trillion Dollar War: The True Cost of the War in Iraq*, with L. Bilmes, New York: W.W. Norton and London: Penguin, 2008. Also published in the UK by Penguin, in Arabic by Dar al Kitab al Arabi, in Chinese simplified characters by China Renmin, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Indonesia by Mizan Pustaka, in Italian by Einaudi,, in Japanese by Tokuma Shoten, in Korean by Strategy and Culture Publishing, in Polish by PWN, in Romanian by Editura Tehnica, in Spanish by Taurus, and in Turkish by ODTU Gelistirme Vakfi.

*Towards a New Paradigm in Monetary Economics,* with Bruce Greenwald, Cambridge: Cambridge University Press, 2003. Also published in complex Chinese by Sci-tech Publishing, in simplified Chinese by CITIC Publishing, in French by Editions Librairie Economica, in Japanese by University of Tokyo Press, and in Portuguese (Brazil) by Editora Francis Ltda.

*Towards a General Theory of Deep Downturns*, IEA Conference Volume, 155-VI, Houndmills, UK and New York: Palgrave Macmillan, 2016. NBER Working Paper 21444, August 2015. Originally presented as Presidential Address to the 17th World Congress of the International Economic Congress, Dead Sea, Jordan, June, 2014.

*Whither Socialism?* Cambridge, MA: MIT Press, 1994. (Expanded from a paper presented at the Wicksell Lectures, May 1990.) Translated into Chinese by Jilin People's Publishing House.

**Textbooks**

*Economics,* 1st Edition, New York: W.W. Norton, 1993. Translated in Catalan by Editorial Ariel. In Chinese simplified by China People's University Press, in French by Edition de Boeck (France) and USIA (Haiti and Africa), in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, in Latvian by The University of Latvia, in Spanish by Editorial Ariel (Spain) and Planeta International (Latin America).

*Economics,* 2nd edition, New York: W.W. Norton, 1997.  Translated in Chinese simplified by China People's University Press and China Renmin, in French by Edition de Boeck (France) and by USIA/Nouveaux Horizons (Haiti and Africa), in German by Oldenbourg Verlag, in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, and in Korean by Hanul.

*Economics,* with Carl Walsh, 3rd edition, New York: W.W. Norton, 2002.  Translated in Chinese (simplified) by China People's University Press and China Renmin, French by Edition de Boeck, in Japanese by Toyokezai Shinposha, in Portuguese by Editora Campus, and in Romanian by Economica.

*Economics*, with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006. Also published in Chinese simplified by China Renmin, in English by Viva Books (India) and Wiley Australia (Australia & New Zealand), in French by de Boeck, and in German by Oldenbourg, in Greek by Papazissis, and in Japanese by Toyokeizai Shinposha.

*Economics and the Canadian Economy,* with R. Boadway, Canadian Edition. New York: W.W. Norton, 1994.

*Economics and the Canadian Economy,* 2nd edition, with R. Boadway, Canadian Edition. New York: W.W. Norton, 1997.

*Economics of the Public Sector*, New York: W.W. Norton, 1986. Translated in Czech by Liberal Institute USIA/ Victoria Publishing, in French by Editions de Boeck, in German by Oldenbourg Verlag, in Italian by Ulrico Hoepli Editore, in Japanese by McGraw Hill Book Co. and Toyokeizai Shinposha, in Norwegian by Norsk-Lyd, in Portuguese by Editora Atlas, in Russian by Moscow University Press, in Spanish by Antoni Bosch, and in Turkish by Marmara University USIA.

*Economics of the Public Sector*, second edition, New York: W.W. Norton, 1988. Translated in Czech by Liberal Institute/USIA/ Victoria Publishing, in Chinese (simplified) by China People's University Press, in Estonian by the Estonian Institute of Public Administration, in Greek by Kritiki, in Hungarian by Kozgazdasagi Ed Jugi Konyvkiado, in Japanese by Toyo Keizai Shinposha, in Spanish by Antoni Bosch, and in Ukranian by Osnovy Publishers.

103

*Economics of the Public Sector*, third edition, New York: W.W. Norton, 2000. Translated in Chinese (simplified) by China People's University Press and China Renmin, in French by Edition de Boeck, in Italian by Ulrico Hoepli Editore, in Japanese by Toyokiezai Shinposha Ltd, in Macedonian by Macedonian Ministry of Finance and Tabernakul Publishing, in Polish by Wydawnictwo Naukowe PWN, in Portuguese by Editora Atlas (Brazil), in Serbian by the University of Belgrage Economic Department and Center for Publishing Activiti, in Spanish by Antoni Bosch..

*Economics of the Public Sector*, fourth edition, with Jay K. Rosengard, New York: W.W. Norton, 2015. Translated in Chinese simplified by China Renmin, in French by De Boeck, in Italian by Hoepli, and in Spanish by Antoni Bosch.

*Lectures on Public Economics*, with A.B. Atkinson, McGraw-Hill Book Company, New York and London, 1980. Reprinted in 2015, with a new introduction, Princeton: Princeton University Press. (Spanish translation 1988, Instituto de Estudios Fiscales; Chinese translation 1991, Shanghai San-Lian Publishing.)

*Principles of Macroeconomics,* New York: W.W. Norton, 1993.

*Principles of Macroeconomics,* 2nd Edition*,* New York: W.W. Norton, 1997.

*Principles of Macroeconomics,* with Carl Walsh, 3rd Edition, New York: W.W. Norton, 2002. Translated in Portuguese by Editora Campus and in Spanish by Editorial Ariel.

*Principles of Macroeconomics,* with Carl Walsh, 4th Edition*,* New York: W.W. Norton, 2006.

*Principles of Macroeconomics and the Canadian Economy,* New York: W.W. Norton, 1993.

*Principles of Microeconomics,* New York: W.W. Norton, 1993. Translated into Spanish by Editorial Ariel.

*Principles of Microeconomics,* 2nd Edition*,* New York: W.W. Norton, 1997.

*Principles of Microeconomics,* with Carl Walsh, 3rd Edition, New York: W.W. Norton, 2002. Translated in Italian by Ulrico Hoepli Editore, in Portuguese by Editora Campus, and in Spanish by Editorial Ariel.

*Principles of Microeconomics,* with Carl Walsh, 4th Edition*,* New York: W.W. Norton, 2006. Translated in French by de boeck.  Translated in Japanese by Toyokeizai Shinposha.


**Edited books**

*The Collected Scientific Papers of P.A. Samuelson*, volumes 1 and 2, M.I.T. Press, 1965; Japanese language edition, 1991.

*Readings in Modern Theory of Economic Growth*, with H. Uzawa, M.I.T. Press, 1969

104

*Capital Market Liberalization and Development*, with Jose Antonio Ocampo (eds.), New York: Oxford University Press, 2008.

*Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond*, with Martin Guzman (eds.), IEA Conference Volume No. 155-II, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Contemporary Issues in Microeconomics*, with Martin Guzman, IEA Conference Volume No. 155-III, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Debates on the Measurement of Global Poverty,* with Sudhir Anand and Paul Segal (eds.), New York: Oxford University Press, 2010.

*The Economics of Rural Organization: Theory, Practice, and Policy,* with K. Hoff and A. Braverman (eds.), New York: Oxford University Press, 1993.

*The Economists' Voice: Top Economists Take on Today's Problems*, with Aaron S. Edlin and J. Bradford DeLong (eds.), New York: Columbia University Press, 2008.

*Efficiency, Finance, and Varieties of Industrial Policy: Guiding Resources, Learning, and Technology for Sustained Growth,* with Akbar Noman (eds.), New York: Columbia University Press, 2016.

*Escaping the Resource Curse*, with Macartan Humphreys and Jeffrey Sachs (eds.), New York: Columbia University Press, 2007.

*Etica y Desarrollo, with B. Kliksberg and A. Sen (eds.), Buenos Aires: El Ateneo, 2002.*

*Financial Liberalization: How Far, How Fast? with Gerard Caprio and Patrick Honohan (eds.), Cambridge, UK: Cambridge University Press, 2001.*

*For Good Measure: An Agenda for Moving Beyond GDP, Report of the OECD High Level Expert Group on the Measurement of Economic Performance and Social Progress,* edited with Jean-Paul Fitoussi and Martine Durand,  New York:  New Press, 2019.  Originally published as *For Good Measure: Advancing Research and Well-being Metrics Beyond GDP.* Paris: OECD Publishing House, 2018.

*Frontiers of Development Economics: the Future in Perspective,* with Gerald M. Meier (eds.), New York: Oxford University Press, 2001.

*The Global Macro Economy and Finance*, with Franklin Allen, Masahiko Aoki, Nobuhiro Kiyotaki, Roger Gordon, and Jean-Paul Fitoussi (eds.), Palgrave Macmillan, 2012.

*Good Growth and Governance in Africa*, with Akbar Noman, Kwesi Botchwey, and Howard Stein (eds.), New York: Oxford University Press, 2012.

*Governance, Equity, and Global Markets,* with Pierre-Alain Muet (eds.), Oxford: Oxford University Press, 2001.

*The Great Polarization: How Ideas, Power, and Policies Drive Inequality,* with Rudiger L. von Arnim (eds.), New York: Columbia University Press, 2022. Published in French by Fondation Maison des Sciences de l'Homme, 2025.

*The G20 and Recovery and Beyond: An Agenda for Global Governance for the Twenty-First Century*, with J.P. Fitoussi (eds), e-book with contributions from The Paris Group, 2011 (available at www.josephstigliz.com).

*In the Wake of the Crisis,* J. Blanchard, David Romer, Michael Spence and J. E. Stiglitz (eds.), Cambridge, MA: MIT Press, 2012, Cambridge, MA: MIT Press, 2012.

*Income Contingent Loans: Theory, Practice and Prospects*, with B. Chapman and T. Higgins (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014.

*Industrial Policy and Development,* with M. Cimoli and G. Dosi (eds.), Oxford: Oxford University Press, 2009.

*Industrial Policy and Economic Transformation in Africa,* with Akbar Noman (eds.), New York: Columbia University Press, 2015.

*The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* with Justin Yifu Lin, Houndmills, UK and New York: Palgrave Macmillan, 2014. Translated in Chinese by Peking University Press.

*The Industrial Policy Revolution II: Africa in the 21st Century*, with Justin Yifu Lin and Ebrahim Patel, Houndmills, UK and New York: Palgrave Macmillan, 2014. Translated in Chinese by Peking University Press.

*Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis*, with Kaushik Basu (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Inequality and Growth: Patterns and Policy, Volume II: Regions and Regularities*, with Kaushik Basu (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Intellectual Property Rights: Legal and Economic Challenges for Development*, with Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman (eds.), Oxford: Oxford University Press, 2014.

*Knowledge, Information and Expectation in Modern Macroeconomics: In Honor of Edmund S. Phelps*, with P. Aghion, R. Frydman, and M, Woodford, Princeton, NJ: Princeton University Press, 2003.

*Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, with David Kennedy (eds.), 2013, Oxford and New York: Oxford University Press.

*Life After Debt: The Origins and Resolutions of Debt Crisis*, with Daniel Heymann, Houndmills, UK and New York: Palgrave Macmillan, 2014. Also published in Spanish by Eudeba.

*New Developments in the Analysis of Market Structure*, with C.F. Mathewson (eds.), London: The Macmillan Press, 1986.

*New Ideas about Old Age Security,* with Robert Holzmann (eds.), Washington, D.C.: World Bank, 2001.

*The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, with Mary Kaldor (eds.), New York: Columbia University Press, 2013. Translated in Spanish as *La Búsqueda de la Seguridad: Protección sin Protecciónsimo y el Desafío de la Gobernanza Global*, Buenos Aires: Paidós, 2013; and in Portuguese by Bertrand Editora, 2015.

*Rethinking the East Asian Miracle,* with S. Yusuf (eds.), World Bank and Oxford University Press, 2001.

*Sovereign Wealth Funds and Long-Term Investing*, with Patrick Bolton and Frederic Samama (eds.), New York: Columbia University Press, 2012.

*Taming Capital Flows: Capital Account Management in an Era of Globalization*, with Refet S. Gurkaynak (eds.), IEA Conference Volume No. 154, Houndmills, UK and New York: Palgrave Macmillan, 2015.

*Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, with S. Griffith-Jones and J.A. Ocampo (eds.), Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010.

*Too Little, Too Late: The Quest to Resolve Sovereign Debt Crises,* with Martin Guzman and J.A. Ocampo (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, 2016.

*The Washington Consensus Reconsidered: Towards a New Global Governance*, with Narcis Serra (eds.), New York: Oxford University Press, 2008.

*The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, 2018

*What Have We Learned? Macroeconomic Policy after the Crisis*, George Akerlof, Olivier Blanchard, David Romer, and J. E. Stiglitz (eds.), Cambridge, Mass. and London: MIT Press, 2014.

## Journalism

## 2025

"Debt is crushing the developing world," Financial Times, June 2, 2025.

"My Brush With Trump's Thought Police," The New York Times, May 13, 2025.

"When illusions of wealth shape the economy: Understanding pseudo-wealth, macroeconomic volatility, and social welfare," with Martin Guzman, Vox EU, CEPR, May 13, 2025.

"Pope Francis and the Path to a Just Economy," with Martin Guzman, Project Syndicate, April 26, 2025.

"America is becoming the world's largest tax haven," Project Syndicate, April 21, 2025.

"Allowing foreign firms to sue governments for lost profits is legal terrorism – it must end," The Guardian, March 7, 2025.

"Europe's Powerful Tool Against Russia," with Andrew Kosenko, Project Syndicate, March 4, 2025.

"The End of Progress?" Project Syndicate, January 21, 2025.

"A No-Brainer for Global Growth and US Jobs," with Mark Weisbrot, Project Syndicate, January 10, 2025.

"Trump Is on a Collision Course With the US Budget," Project Syndicate, January 6, 2025.

## 2024

"The Democrats' Only Option," Project Syndicate, November 27, 2024.

"Harris Is the Freedom Candidate," Project Syndicate, October 22, 2024.

"IMF surcharges saga could threaten its credibility," Financial Times, October 10, 2024.

"The IMF Must End Its Destructive Surcharges," with Kevin Gallagher, Martín Guzmán and Marilou Uy, Project Syndicate, September 16, 2024.

"The Climate Stakes of the US Election," Project Syndicate, September 11, 2024.

"Letters to the Next President," Foreign Policy, September 9, 2024.

"Corporations Help Economy but Need to Pay Fair Share of Taxes," with Juan Montecino and Ignacio González, Bloomberg Tax, August 6, 2024.

"America's shortsighted, lopsided capitalism was never built to last," The Hill, August 1, 2024.

"The Way Forward for Ukraine's Economy," with Andrew Kosenko, Project Syndicate, July 12, 2024.

"There's No Debating Who Would Be Better for the US Economy," Project Syndicate, July 4, 2024.

"The International Tax System Is Broken But the UN Can Fix It--If Washington Gets Out of the Way," Foreign Affairs, July 3, 2024.

"What Comes After Neoliberalism? The Big Question," Project Syndicate, June 4, 2024.

"How to Protect the World from the Next Pandemic," with Winnie Byanyima, Project Syndicate, May 29, 2024.

"Opinion: Time is up for neoliberals," The Washington Post, May 13, 2024.

"A billionaires' tax is justified—and Elon Musk and Jeff Bezos are inspired by more than money," Book Excerpt, Fortune, May 12, 2024.

"Global Elections in the Shadow of Neoliberalism," Project Syndicate, May 1, 2024.

"Where Global Governance Went Wrong—and How to Fix It," Foreign Policy, April 28, 2024.

"Freedom for the Wolves," The Atlantic, April 22, 2024.

"Quality Journalism Is More Important than Ever," with Anya Schiffrin and Dylan W. Groves, Project Syndicate, April 17, 2024.

"Big Tech Is Trying to Prevent Debate About Its Social Harms," Foreign Policy, April 4, 2024.

"A Big Defeat for Big Tech," Project Syndicate, March 18, 2024.
The Biden Administration vs. Climate Youth, Project Syndicate, March 13, 2024.

"How to Enforce Climate Agreements with Trade Measures," with Scott Barrett and Noah Kaufman, Project Syndicate, January 25, 2024.

"The Biden Administration's Recent Antitrust Wins Help Us All," Project Syndicate, January 10, 2024.

"Time for a Victory Lap?" American Prospect, January 4, 2024.

"Seizing Russia's Frozen Assets Is the Right Move, with Andrew Kosenko, Project Syndicate," January 4, 2024.


**2023**

"A Victory Lap for the Transitory Inflation Team," Project Syndicate, November 13, 2023.

"Special-interest privileges threaten to derail Biden's ambitions for the Western Hemisphere," with Lori Wallach, The Hill, November 6, 2023.

"Fixing Global Economic Governance," Project Syndicate, October 23, 2023.

"What Pandemic Preparedness Would Look Like," Project Syndicate, October 4, 2023.

"The global community needs to do more to tackle the inequality crisis," with Michael G. Marmot and First Lady Monica Geingos, the BMJ, No. 382, September 4, 2023.

"Inequality and Democracy," Project Syndicate, August 31, 2023.

"Will Donald Trump's Indictments Have Economic Consequences?" with George Soros, Jeffrey Frankel et al., Project Syndicate, August 18, 2023.

"Unregulated AI Will Worsen Inequality, Warns Nobel-Winning Economist Joseph Stiglitz," Scientific American, August 1, 2023.

"PwC scandal should remind Albanese to stay strong on multinational tax secrecy," The Age and Sydney Morning Herald, July 18, 2023.

"Open Letter to the United Nations Secretary-General and President of the World Bank-Setting Serious Goals to Combat Inequality," Equals, July 17, 2023.

Letter to the editor: "OECD's lobbying points to failure on fair corporate taxation," Financial Times, July 16, 2023.

"The Global Minimum Corporate Tax Needs More Work," with Tommaso Faccio, Project Syndicate, June 19, 2023.

"Our Debt to Future Generations," Project Syndicate, June 14, 2023.

"Western Industrial Policy and International Law," Project Syndicate, May 31, 2023.

"The Debt Ceiling Fight Is a Dire Economic Risk—and a False Debate," Roosevelt Institute, May 19, 2023.

"No Confidence in the Fed, Project Syndicate," April 27, 2023.

"How Models Get the Economy Wrong," The American Prospect, April 3, 2023.

"US is still living with consequences of the Iraq and Afghanistan wars," with Linda J. Bilmes, Boston Globe, March 20, 2023.

"Another Predictable Bank Failure," Project Syndicate, March 13, 2023.

"Who Stands for Freedom?" Project Syndicate, February 24, 2023.

"Australia and the post-neoliberal order," The Monthly (Australia), February 23, 2023.

110

"How Not to Fight Inflation," Project Syndicate, January 26, 2023.

"Opinion: The rich got richer due to Covid and war. Now they should pay their fair share," CNN, January 19, 2023.

**2022**

"Delays on WTO deal for COVID treatments are costing lives in Asia," with Lori Wallach, Nikkei Asia, December 14, 2022.

"All Pain and No Gain from Higher Interest Rates," Project Syndicate, December 8, 2022.

"America's Silent Progressive Majority," Project Syndicate Longer Reads, November 25, 2022.

"The International Community Must Prioritize COVID Treatment and Test Access," with Lori Wallach, Scientific American, November 14, 2022.

"Wars Aren't Won with Peacetime Economies," Project Syndicate, October 17, 2022.

"The Fed Should Wait and See," with Dean Baker, Project Syndicate, September 12, 2022.

"Why the Inflation Reduction Act Is a Big Deal," Project Syndicate, August 8, 2022.

"Fighting Climate Change Through Trade," with Todd N. Tucker and Isabel Estevez, Foreign Affairs, July 25, 2022.

"Inflation Dos and Don'ts," with Dean Baker, Project Syndicate, July 8, 2022.

"How the US Could Lose the New Cold War," Project Syndicate, June 17, 2022.

"WTO Cannot Continue as Barrier to COVID-19 Medicines," with Lori Wallach, Newsweek, June 10, 2022.

"Getting Deglobalization Right," Project Syndicate, May 31, 2022.
Spring cleaning 2022, Washington Post, May 27, 2022.

"The 100 Most Influential People of 2022: Gabriel Boric," TIME, May 23, 2022.

"The IMF Is Still Behind the Times on Capital Controls," with Jonathan D. Ostry, Project Syndicate, May 16, 2022.

"Vaccinating the world against COVID-19 is a no-brainer," PLOS Global Public Health, May 2, 2022.

111

"Shock Therapy for Neoliberals," Project Syndicate, April 5, 2022.

"The IMF's Agreement with Argentina Could Be a Game Changer," with Mark Weisbrot, Project Syndicate, March 10, 2022.

"The IMF's Unfinished Business," with Kevin P. Gallagher, Project Syndicate, March 7, 2022.

"COVID Has Made Global Inequality Much Worse," Scientific American, March, 2022.

"Credit Suisse has allowed the morally bankrupt to steal from the poor for too long," the Guardian, February 21, 2022.

"A Balanced Response to Inflation," Project Syndicate, February 7, 2022.

"Argentina and the IMF Turn Away From Austerity," with Mark Weisbrot, Foreign Policy, February 1, 2022.

**2021**

"If Olaf Scholz is serious about progress, he must back a patent waiver for Covid vaccines," The Guardian, December 15, 2021.

"No Wiggle Room Ahead," Project Syndicate, December 4, 2021.

"Brazil's Pioneering Solution to Vaccine Shortages," with Achal Prabhala and Felipe Carvalho, Project Syndicate, December 2, 2021.

"The pandemic will continue to rage as long as the WTO keeps bickering over vaccine rules," with Lori Wallach, CNN Business, November 30, 2021.

 "Making the international corporate tax system work for all," Progressive Post, Foundation for European Progressive Studies, November 3, 2021.

"It Would Be a Mistake to Grant Him His Wish," with Adam Tooze, Zeit Online, October 27, 2021.

"A Coup Attempt at the IMF," Project Syndicate, September 27, 2021.

"Europe should not return to pre-pandemic fiscal rules," Financial Times, September 23, 2021.

"Ending the Race to the Bottom: The Global Minimum Tax Deal is About More Than Fairness," with Todd N. Tucker and Gabriel Zucman, Foreign Affairs, September 17, 2021.

"COVID 10 and Human Freedom," Project Syndicate, September 7, 2021.

"Are US Corporations Above the Law?" With Geoffrey Heal, Project Syndicate, July 12, 2021.

"Despite diverging economic views, we all support the Biden plan," with Robert Rubin and Felicia Wong, The Hill, June 23, 2021.

"Die deutsche Regierung nimmt die Welt als Geisel," Die Zeit, June 17, 2021. (In German)

"G7 leaders can strike a blow on global corporate tax," Financial Times, June 1, 2021.

"A call to arms to change capitalism," The Lancet, May 15, 2021.

"Will Corporate Greed Prolong the Pandemic?" with Lori Wallach, Project Syndicate, May 6, 2021.

"Corporate America needs to level with investors on climate change," with Peter R. Fisher, USA Today, May 5 2021.

"Opinion: Preserving intellectual property barriers to covid-19 vaccines is morally wrong and foolish, with Lori Wallach," The Washington Post, April 26, 2021.

"President Biden, Support a People's Vaccine, with Gordon Brown, Helen Clark and Richard J. Roberts," Project Syndicate, April 16, 2021.

"Biden's infrastructure plan calls for tax increases, and that's a good thing," Boston Globe, March 31, 2021.

"COVID-19 and the Economic Agenda," Columbia News, March 25, 2021.

"Avoiding a K-Shaped Global Recovery," with Jayati Ghosh, Michael Spence, Dani Rodrik, et al., Project Syndicate, March 24, 2021.

"Stiglitz: Failing to pass Biden's relief package would be irresponsible and reckless," CNN Business, February 23, 2021.

"Getting the Social Cost of Carbon Right," with Nicholas Stern, Project Syndicate, February 15, 2021.

"Biden Goes Big," Project Syndicate, February 1, 2021.

"Whither America?" Project Syndicate, January 12, 2021.

"A Global Recovery's Leading Variables," Project Syndicate, January 4, 2021.

**2020**

"A Chance to Repair the Cracks in Our Democracy," The New York Times, December 8, 2020.

"Australia's new tech code is a road worth exploring," with Anya Schiffrin, the Financial Times, December 2, 2020.

"What Yellen Must Do," Project Syndicate, December 2, 2020.

"Lessons of the American election for Europe and the world," The Progressive Post, November 6, 2020.

"The Republican Threat to the Republic," Project Syndicate, October 2, 2020.

Foreword, *Conviction, Imprisonment, and Lost Earnings: How Involvement with the Criminal Justice System Deepens Inequality,* The Brennan Center for Justice, September 15, 2020.

"Plagued by Trumpism," Project Syndicate, March 9, 2020.

"Solidarity Now," Project Syndicate, February 28, 2020.

"Has Davos Man Changed?" Project Syndicate, January 30, 2020.

"The Truth About the Trump Economy," Project Syndicate, January 17, 2020.

"The Starving State: Why Capitalism's Salvation Depends on Taxation," with Todd N. Tucker and Gabriel Zucman, Foreign Affairs, January/February, 2020.

*Related to COVID-19***:**

"Republicans, Not Biden, Are About to Raise Your Taxes," The New York Times, October 31, 2020.

"The Pandemic Has Only Increased Our Economic Growth Obsession," Bloomberg Markets, October 5, 2020.

"How to Recover Green," Project Syndicate, September 28, 2020.

"Reclaiming American Greatness," Project Syndicate, September 14, 2020.

"Geoeconomic and Geopolitical Implications of the Pandemic, Great Decisions," Foreign Policy Association, September, 2020.

114

"Doesn't Feel Like a Recession? You Should Be Paying More in Taxes," with Kitty Richards, The New York Times, September 3, 2020.

"Conquering the Great Divide," IMF Finance & Development, Fall 2020.

"How to Prevent the Looming Sovereign-Debt Crisis," with Hamid Rashid, Project Syndicate, July 31, 2020.

"Priorities for the COVID-19 Economy," Project Syndicate, July 1, 2020

"Which Economic Stimulus Works?" with Hamid Rashid, Project Syndicate, June 9, 2020.

"Patents vs. the Pandemic," with Arjun Jayadev and Achal Prabhala, Project Syndicate, April 23, 2020.

"A Lasting Remedy for the Covid-19 Pandemic's Economic Crisis," NYR Daily, April 8, 2020.

"Open letter asking 37 WTO Members to declare themselves eligible to import medicines manufactured under compulsory license in another country, under 31bis of TRIPS Agreement, Knowledge Ecology International, Open Letter, April 7, 2020.

"Deficit Lessons for the Pandemic From the 2008 Crisis," American Prospect, April 6, 2020.

"Internationalizing the Crisis," Project Syndicate, April 6, 2020.

"Why inequality could spread COVID-19," The Lancet, Open Letter, April 2, 2020.

"Nobel prize-winning economist: The relief package turned out better than I thought it would," CNN Business, April 1, 2020.

"Why Our Affluent Society is Facing Shortages in the Face of the Coronavirus Pandemic?" Time, March 27, 2020.

"The COVID-19 stimulus can't be a corporate bail-out. We need a new playbook for relief," Salon, March 24, 2020.

"The wrong coronavirus stimulus: We don't need more unbridled aid to corporations," New York Daily News, March 23, 2020.

*Related to Argentina:*

"Sovereign Creditors Must Not Rewrite the Rules During the Pandemic," with Robert Howse and Ann-Marie Slaughter, Project Syndicate, July 9, 2020.

"'You can't ask people to die': Coronavirus woes deepen Argentina's crisis," BBC, May 30, 2020

"Argentina and the Future of Finance Capitalism," The Nation, May 29, 2020.

"Restructuring Argentina's Private Debt is Essential," Project Syndicate, May 6, 2020. In Spanish here.

**2019**

"Argentina's Bright Young Hope," Project Syndicate, December 23, 2019.

"Is Growth Passé?" Project Syndicate, December 9, 2019.

"Nobel laureate economist Joseph Stiglitz: It's time for Congress to do something about the economic mess that private-equity giants have created," Business Insider, Dec. 7, 2019.

It's time to retire metrics like GDP. They don't measure everything that matters, The Guardian, November 24, 2019

"The End of Neoliberalism and the Rebirth of History," Project Syndicate, November 4, 2019.

"Wanted: A Global Green New Deal," Project Syndicate, October 8, 2019.

"No More Half-Measures on Corporate Taxes," Project Syndicate, October 7, 2019.

"Is Stakeholder Capitalism Really Back?" Project Syndicate, August 28, 2019.

"Trump's Deficit Economy," Project Syndicate, August 9, 2019.

"Thumbs Down to Facebook's Cryptocurrency," Project Syndicate, July 2, 2019.

"Capitalism and its discontents," Times Literary Supplement, June 4, 2019.

"Climate change is our World War III. It needs a bold response," The Guardian, June 4, 2019.

"After Neoliberalism," Project Syndicate, May 30, 2019.

"Democracy at risk," The Boston Globe, May 28, 2019

"A 'democratic socialist' agenda is appealing. No wonder Trump attacks it," The Washington Post, May 8, 2019.

116

"Public options are the key to restoring the middle-class life," Financial Times, May 7, 2019.

"The Economy We Need," Project Syndicate, May 3, 2019.

"US trade deals were designed to serve corporations at the expense of workers," CNBC, April 21, 2019.

"Corporate greed is accelerating climate change. But we can still head off disaster," CNN Business, April 21, 2019.

"Progressive Capitalism Is Not an Oxymoron," The New York Times, April 20, 2019.

"Market Concentration Is Threatening the US Economy," Project Syndicate, March 11, 2019.

"Real Exchange Rates for Economic Development," with Martin Guzman and José Antonio Ocampo, VoxEU, Feb. 21, 2019.

"How Can We Tax Footloose Multinationals?" Project Syndicate, February 13, 2019.

"From Yellow Vests to the Green New Deal" Project Syndicate, January 7, 2019.

"A Very Trumpian Year," Project Syndicate, January 3, 2019.

**2018**

"Beyond GDP," Project Syndicate, December 3, 2018.

"Disaster Capitalism Comes to Puerto Rico," with Martin Guzman, Project Syndicate, November 15, 2018.

"Can American Democracy Come Back?" Project Syndicate, November 6, 2018.

"A Rigged Economy and What We Can Do About It", Scientific American, November 2018.

"People vs. Money in America's Midterm Elections," Project Syndicate, October 11, 2018.

"Beyond Secular Stagnation," Project Syndicate, September 5, 2018.

"The Myth of Secular Stagnation," Project Syndicate, August 28, 2018.

"Meet the 'Change Agents' Who are Enabling Inequality, Review of Winners Take All: The Elite Charade of Changing the World," by Anand Giridharadas, New York Times, August 20, 2018.

"The US is at Risk of Losing a Trade War with China," Project Syndicate, July 30, 2018.

"Buzzwords and Tortuous Impact Studies Won't Fix a Broken Aid System," with Sabina Alkire (Oxford Poverty and Human Development Initiative), Florent Bédécarrats )French Development Agency), Angus Deaton (Princeton University, Nobel prize in economics), Gaël Giraud (chief economist, French Development Agency), Isabelle Guérin (French National Research Institute for Sustainable Development), Barbara Harriss-White (Oxford University), James Heckman (University of Chicago, Nobel prize in economics), Jason Hickel Goldsmiths (University of London), Naila Kabeer (London School of Economics and Political Science), Solène Morvant-Roux (University of Geneva), Judea Pearl (Columbia University), Cécile Renouard (Codev-Essec Business School), François Roubaud (French National Research Institute for Sustainable Development), Jean-Michel Servet (Graduate Institute), The Guardian, July 16, 2018.

"American Democracy on the Brink," Project Syndicate, June 29, 2018.***

"How to Exit the Eurozone: Italy is Right to Consider Leaving the EU's Common Currency Area," Politico, June 26, 2018

"Can the Euro Be Saved?" Project Syndicate, June 13, 2018.

"The Roots of Argentina's Surprise Crisis," Project Syndicate, June 5, 2018.

"How Costa Rica Gets It Right," Project Syndicate, May 8, 2018.

"Trump's Trade Confusion," Project Syndicate, April 5, 2018.

"When Shall We Overcome?" Project Syndicate, March 12, 2018.

"Post-Davos Depression," Project Syndicate, February 1, 2018.

"A Fiscal Plan for Puerto Rico Recovery," with Daron Acemoglu, Alan A. Aja, Robert Blecker, José Caraballo Cueto, Hector Cordero-Guzman, William "Sandy" Darity, Jr., Alberto Dávila,Zadia M. Feliciano, José M. Fernández, Richard Freeman, Jason Furman, Jamie Galbraith, Martin Guzman, Darrick Hamilton, Simon Johnson, Thea Lee, José Alameda Lozado, Mario Marazzi Santiago, Marie T. Mora, Francisco L. Rivera-Batiz, Dani Rodrik, Jeffrey Sachs, Gene Sperling, Mark Weisbrot, and Antonio Weiss, January 24, 2018.

"The US Donor Relief Act of 2017," Project Syndicate, January 2, 2018.


## 2017

"The Global Economy's Risky Recovery," Project Syndicate, December 20, 2017.

"Don't Expect Debt Payments from Puerto Rico Any Time Soon," with Martin Guzman and Antonio Weiss, December 11, 2017.

"The Globalization of Our Discontent," Project Syndicate, December 5, 2017.

"In Celebration of Africa's Fine, Upstanding Muckrakers," Sunday Times (South Africa), with Anya Schiffrin, November 12, 2017.

"Has Trump Captured the Fed?," Project Syndicate, November 3, 2017.

"230 Law and Economics Professors Urge President Trump to Remove Investor-State Dispute Settlement (ISDS) from NAFTA and Other Pacts," October 25, 2017.

"America Has a Monopoly Problem—and It's Huge," The Nation, October 23, 2017.

"Intellectual Property for the Twenty First Century Economy," with Dean Baker and Arjun Jayadev, Project Syndicate, October 17, 2017.

"When It Comes to The Economy, Britain Has a Choice: May's 80s Rerun or Corbyn's Bold Rethink," Prospect Magazine, October 9, 2017.

"Déjà Voodoo," Project Syndicate, October 4, 2017.

"PROMESA's Dangerous Premises," with Martin Guzman, Project Syndicate, September 18, 2017.

"Learning from Harvey," Project Syndicate, September 8, 2017.

"Why Tax Cuts for the Rich Solve Nothing," Project Syndicate, July 27, 2017.

"Trump and the Truth About Climate Change," Project Syndicate, July 2, 2017.

"Austerity Has Strangled Britain. Only Labour will Consign it to History," The Guardian, June 7, 2017.

"Trump's Rogue America," Project Syndicate, June 2, 2017.

"Lessons from the Anti-Globalists," Project Syndicate, May 1, 2017.

Janet Yellen Piece for TIME 100, April 20, 2017.

"Le programme antieuropéen de Marine Le Pen dénoncé par 25 Nobel d'économie," Le Monde, April 18, 2017. (The anti-European program of Marine Le Pen denounced by 25 Nobel economics.)

"Illiberal Stagnation," Project Syndicate, April 2, 2017.

"From Bad to Worse for Puerto Rico," with Martin Guzman, Project Syndicate, February 27, 2017.

"Letter to the Editor on Puerto Rico," The New York Times, February 27, 2017.

"How to Survive the Trump Era," Project Syndicate, February 20, 2017.

"Trump's Most Chilling Economic Lie," Vanity Fair, February 17, 2017.

"Nobel Economist: One-Percenters, Pay Your Taxes," CNN.com and on Frankfurter Allgemeine Zeitung, January 16, 2017.

"Trumpian Uncertainty," Project Syndicate, January 9, 2017.


## 2016

"A New Year's Development Resolution," with Kaushik Basu, Francois Bourguignon, and Justin Yifu Lin, Project Syndicate, December 30, 2016.

"Why 2017 Could See the Collapse of the Euro," Fortune, December 30, 2016.

119

"A Nobel Laureate Explains How Trump Could Nuke the Economy," Vanity Fair, December 27, 2016.

"Bad News for America's Workers," Project Syndicate, December 19, 2016.

"How Democrats Can Fix Themselves: The Days of Triangulation Are Toast," Vanity Fair, November 17, 2016.

"What America's Economy Needs from Trump," Project Syndicate, November 13, 2016.

"Would a President Trump Be Good for Business?," Tampa Bay Times, November 1, 2016.

"Why the Economy Has Failed So Many - And Why Donald Trump Has the Wrong Answers," Cleveland Plain Dealer, October 26, 2016.

"The One Thing Our Next President Needs to Know About the Economy," Vanity Fair, October 24, 2016.

"How Trump Happened," Project Syndicate, October 14, 2016.

"The Real Scandal Behind the Panama Papers," Vanity Fair, September 29, 2016.

"The Apple Tax Tussle Shows the Need for a New Way of Taxing Profits," with Erika Siu, in Süddeutsche Zeitung, September 19, 2016.

"A Better Economic Plan for Japan," Project Syndicate, September 14, 2016.

"Reform or Divorce in Europe," Project Syndicate, August 22, 2016.

"Why We Left the Panama Commission," with Mark Pieth, TIME, August 10, 2016.

"Globalization and its New Discontents," Project Syndicate, August 5, 2016.

"Trump and the Damage Done," Boston Globe, August 4, 2016.

"From Brexit to the Future," Project Syndicate, July 6, 2016.

"Learning from Namibia," with Anya Schiffrin, Project Syndicate, June 14, 2016.

"Donald Trump's Biggest Vulnerability," Vanity Fair, June 1, 2016.

"Monopoly's New Era," Project Syndicate, May 13, 2016.

"TTIP and Climate Change: A Tale of Two Cities from Paris to Hannover" and "Mit TTIP zerstören Merkel und Obama ihr eigenes Werk" ("Merkel and Obama destroy their own work with TTIP"), Suddeutsche Zeitung, April 21, 2016.

"What's Wrong With Negative Interest Rates?" Project Syndicate, April 13, 2016.

"How Hedge Funds Held Argentina for Ransom," New York Times, April 1, 2016.

"Tricks of the Trade Deal: Six Big Problems with the Trans-Pacific Partnership," Roosevelt Institute, March 28, 2016.

"The New Generation Gap," Project Syndicate, March 16, 2016.

"Closing Developing Countries' Capital Drain," with Hamid Rashid, Project Syndicate, February 18, 2016.

"What's Holding Back the World Economy?" with Hamid Rashid, Project Syndicate, February 8, 2016.

"China's Bumpy New Normal," Project Syndicate, January 27, 2016, and in Columbia Business School Chazen Global Insights, February 1, 2016.

Article in Economic Report of the President, "Chapter 7: The 70th Anniversary of the Council of Economic Advisors," February 2016.

"Argentina's Uncertain Prospects," with Martin Guzman, Project Syndicate, January 29, 2016.

"Sri Lanka's Rebirth," Project Syndicate, January 25, 2016.

Article for New York Magazine's Beginnings: The Breakthrough Moment, January 12, 2016.

"The New Geo-Economics," Project Syndicate, January 8, 2016.


## 2015

"How to Fix Inequality," Boston Globe, December 10, 2015.

"When Inequality Kills," Project Syndicate, November 9, 2015.

"A Step Forward for Sovereign Debt," with Martin Guzman, Project Syndicate, November 9, 2015.

"Tax avoidance Fuels Global Inequality," CNN, October 9, 2015.

"El Gobierno Debe Exigir un Acuerdo Transpacifico que Beneficie a los Mexicanos," with Adam S. Hersh, La Jornada, October 3, 2015.

"The Trans-Pacific Free-Trade Charade," with Adam S. Hersh, Project Syndicate, October 2, 2015.

"Don't Let TPP Jeopardise Malaysia's Future," with Adam S. Hersh, The Malaysian Insider, October 2, 2015.

"Nobel de Economia a Humala: No Permitan que el TPP Encierre al Peru en Relaciones Comerciales Desiguales," with Adam S. Hersh, La Republica, October 1, 2015.

"Fed Up with the Fed," Project Syndicate, September 7, 2015.

"Joseph Stiglitz Explains Why the Fed Shouldn't Raise Interest Rates," Los Angeles Times, August 27, 2015.

"What the United States Owes Puerto Rico," with Mark Medish, The Wall Street Journal, August 13, 2015.

"America in the Way," Project Syndicate, August 6, 2015.

"Greece, the Sacrificial Lamb," The New York Times, July 25, 2015.

"Joseph E. Stiglitz: The U.S. Must Save Greece," Time.com, July 9, 2015.

"Europe Must Back Away from Greek Austerity Cliff: Joseph Stiglitz," USA Today, July 7, 2015.

"Argentina Shows Greece There May Be Life After Default," with Martin Guzman, Huffington Post, June 30, 2015.

"Europe's Attack on Greek Democracy," Project Syndicate, June 29, 2015.

"A Rule of Law for Sovereign Debt," with Martin Guzman, Project Syndicate, June 15, 2015.

"Europe's Last Act?", Project Syndicate, June 5, 2015.

"Inequality, Wealth, and Capital," FEPS Queries Magazine, Summer 2015.

"The Secret Corporate Takeover," Project Syndicate, May 13, 2015.

"Asia's Multilateralism," op-ed on the AIIB, Project Syndicate April 13, 2015.

"A Fair Hearing for Sovereign Debt," with Martin Guzman, Project Syndicate, March 5, 2015.

"Obama Versus Obamacare," with Dean Baker and Arjun Jayadev, Project Syndicate, February 10, 2015.

"A Greek Morality Tale," Project Syndicate, February 3, 2015.

"Don't Trade Away Our Health," The New York Times, January 31, 2015.

"Europe Will Benefit from Greece Being Given a Fresh Start," letter to the Financial Times, signed with several other scholars, January 22, 2015.

"The Politics of Economic Stupidity," Project Syndicate, January 20, 2015.

"Europe's Lapse of Reason," Project Syndicate, January 8, 2015.

"The Chinese Century," Vanity Fair, January 2015.


## 2014

"Inequality and the American Child," Project Syndicate, December 11, 2014.

"Ebola and Inequality," Project Syndicate, November 20, 2014

"Slow Growth and Inequality Are Political Choices. We Can Choose Otherwise." Washington Monthly, December 2014.

"Fed Can Influence Banks to Spread Opportunity," The New York Times, October 28, 2014.

"The Age of Vulnerability," Project Syndicate, October 13, 2014.

"The World Needs a Sovereign Debt Restructuring Mechanism," Emerging Markets, October 12, 2014.

"Debeaking the Vultures," Project Syndicate, October 1, 2014.

"Europe's Austerity Zombies," Project Syndicate, September 26, 2014.

122

"Comments on wage growth," The Financial Times, September 18, 2014.

"Comments on Scotland," The Sunday Herald, September 14, 2014.

"Democracy in the Twenty-First Century," Project Syndicate, September 1, 2014.

"The Economy Should Serve Society, Finance and Development," September 2014.

"Phony Capitalism," Harper's Magazine, September 2014.

"Argentina's Griesafault," with Martin Guzman, Project Syndicate, August 7, 2014.

"A New U.S. Strategy for Business in Africa," The Financial Times, August 4, 2014.

"A Global System Is Needed for Debt Restructuring," The New York Times, Room for Debate forum on Argentina's default, August 1, 2014.

"The Myth of America's Golden Age," Politico, July/August 2014.

"American Delusions Down Under," Project Syndicate, July 9, 2014.

"Inequality Is Not Inevitable," The New York Times, June 27, 2014.

"Saving a Broken Euro," Queries, June 23, 2014.

"Creating a Learning Society," Project Syndicate, June 3, 2014.

"A Light Unto Cities (lessons from Medellin)," Project Syndicate, May 7, 2014.

"Reforming China's State-Market Balance," Project Syndicate, April 2, 2014.

"Eliminating Extreme Inequality: A Sustainable Development Goal," 2015-2030, with Michael Doyle, Ethics and International Affairs, March 20, 2014.

"On the Wrong Side of Globalization," The New York Times, March 17, 2014.

"The Innovation Enigma," Project Syndicate, March 9, 2014.

"Stagnation by Design," Project Syndicate, February 6, 2014.

"Advanced Malaise," Project Syndicate, January 13, 2014.

"The Great Malaise Drags On," Project Syndicate, January 5, 2014.

"Joint Liability in International Lending: A Proposal for Amending the Treaty of Lisbon," with Kaushik Basu, VOX, January 2, 2014.


## 2013

"In No One We Trust," The New York Times, December 21, 2013.

"An Agenda to Save the Euro," Project Syndicate, December 4, 2013.

"The Insanity of Our Food Policy," The New York Times, November 16, 2013.

"Inequality Is a Choice," The New York Times, October 13, 2013.

"The Global Financial Crisis Has Made Capital Account Management More Important than Ever," Emerging Markets, October 11, 2013.

"Five Years in Limbo," Project Syndicate, October 8, 2013.

123

"How Washington Caved to Wall Street," TIME, September 23, 2013.

"There Is Still Much to Learn from Lehman," The Financial Times, September 18, 2013.

"Why Janet Yellen, Not Larry Summers, Should Lead the Fed," The New York Times, September 6, 2013.

"The Vultures' Victory," Project Syndicate, September 4, 2013.

"Australia, You Don't Know How Good You've Got It," The Sydney Morning Herald, September 2, 2013.

"How Dr. King Shaped My Work in Economics," The New York Times, August 28, 2013.

"The Wrong Lesson From Detroit's Bankruptcy," The New York Times, August 12, 2013.

"The Changing of the Monetary Guard," Project Syndicate, August 5, 2013.

"How Intellectual Property Reinforces Inequality," The New York Times, July 14, 2013.

"The Free-Trade Charade," Project Syndicate, July 4, 2013.

"Sub-Saharan Africa's Subprime Borrowers," with Hamid Rashid, Project Syndicate, June 25, 2013.

"Japan Is a Model, Not a Cautionary Tale," The New York Times, June 9, 2013.

"East Asia's Lessons for Africa," Project Syndicate, June 3, 2013.

"Globalisation Isn't Just About Profits. It's About Taxes, Too," The Guardian, May 27, 2013.

"Student Debt and the Crushing of the American Dream," The New York Times, May 12, 2013.

"Lives versus Profits," Project Syndicate, May 6, 2013.

"The Lessons of the North Atlantic Crisis for Economic Theory and Policy," IMF Direct, May 3, 2013.

"A New World's New Development Bank," with Nicholas Stern, Amar Bhattacharya, Mattia Romani, Project Syndicate, May 1, 2013.

"A Tax System Stacked Against the 99 Percent," The New York Times, April 15, 2013.

"India's Patently Wise Decision," with Arjun Jayadev, Project Syndicate, April 8, 2013.

"The Promise of Abenomics," Project Syndicate, April 5, 2013.

"Singapore's Lessons for an Unequal America," The New York Times, March 18, 2013.

"What Is Italy Saying?" Project Syndicate, March 4, 2013.

"Equality of Opportunity, Our National Myth," The New York Times, February 16, 2013.

"Complacency in a Leaderless World," Project Syndicate, February 6, 2013.

"No US Peace Dividend After Afghanistan," with Linda Bilmes, Financial Times, January 23, 2013.

"Inequality Is Holding Back the Recovery," The New York Times, January 19, 2013.

"The Post-Crisis Crises," Project Syndicate, January 7, 2013.


**2012**

"Joseph Stiglitz: US Setting 'Terrible Example' with Income Inequality," The Global Post, December 27, 2012.

"Some Are More Unequal Than Others," The New York Times, October 26, 2012.

"Political Causes, Political Solutions for Inequality," The New York Times, October 18, 2012.

"Fallacies of Romney's Logic," USA Today, September 19, 2012.

"The One Housing Solution Left: Mass Mortgage Refinancing," with Mark Zandi, The New York Times, August 12, 2012.

"Debt buries American dream," USA Today, July 5, 2012.

"America is no longer a land of opportunity," Financial Times, June 26, 2012.

"To grow again, attack inequality," New York Daily News, June 24, 2012.

"How policy has contributed to the great economic divide," The Washington Post, June 22, 2012.

"An Economic Agenda for the G20, Emerging Markets," June 14, 2012.

"The 99 percent wakes up," The Daily Beast, May 2, 2012.

"The 1 Percent's Problem," Vanity Fair, May, 2012.

"End the monopoly: Let's make it a real World Bank at last," Financial Times, March 18, 2012.

"The US labour market is still a shambles," Financial Times, March 12, 2012.

"The Book of Jobs," Vanity Fair, January 2012.


**2011**

"Achieving the Impossible, Emerging Markets," September 22, 2011.

"America's Costly War Machine," with Linda Bilmes, Los Angeles Times, September 18, 2011.

"How to put America back to work," Politico, September 7, 2011.

"How to make the best of the long malaise," Financial Times, August 9, 2011.

"Europe finally admits its debt problem to save the Euro," Financial Times, July 22, 2010.

"Eurozone's problems are political, not economic," Financial Times, July 20, 2011.

"Europe's travails and our collective fate," The New York Times and International Herald Tribune, July 19, 2011.

Response to PBS story on Fannie Mae, PBS NewsHour Web site, July 1, 2011.

"We must help Tunisia to nurture democracy," Financial Times, May 25, 2011.

"The IMF cannot afford to make a mistake with Strauss-Kahn's successor," The Telegraph, May 21, 2011.

"Of the 1%, by the 1%, for the 1%," Vanity Fair, May 2011.

"ECB-IMF deal is a noose that will strangle economic recovery," with Michael Cragg, Irish Times, April 9, 2011.

"The best alternative to a new global currency," Financial Times, March 31, 2011.

"Why I didn't sign deficit letter," Politico, March 28, 2011.

"A balanced debate about reforming economics," IMF blog, March 22, 2011.

"Turbulence ahead: another year of malaise along the Atlantic," Newsweek, January 23, 2011.


## 2010

"The Economic Outrage of 2010," New York Daily News, December 22, 2010.

"Federal Spending Is a Necessity," Los Angeles Times, November 14, 2010.

"A Currency War Has No Winners," The Guardian, November 1, 2010.

"Why Easier Money Won't Work," The Wall Street Journal, October 23, 2010.

"To Choose Austerity Is to Bet It All on the Confidence Fairy," Guardian, October 19, 2010.

"It Is Folly to Place All Our Trust in the Fed," Financial Times, October 18, 2010.

"Time to Build a Better Stimulus," Politico, September 15, 2010.

"The True Cost of the Iraq War: $3 Trillion and Beyond," with Linda J. Bilmes, The Washington Post, September 5, 2010.

"Needed: a New Economic Paradigm," Financial Times, August 19, 2010.

"Taming Finance in an Age of Austerity," Project Syndicate, July 8, 2010.

"Fiscal Conservatism May Be Good for One Nation, but Threatens Collective Disaster," The Independent, June 15, 2010.

"Reach Equals Grasp on Banking Bill," Politico, June 7, 2010.

"Financial Re-Regulation and Democracy," Project Syndicate, June 4, 2010.

"Protect Taxpayers from Wall Street Risk," CNN.com, May 3, 2010.

"Can the Euro Be Saved?", Project Syndicate, May 2010.

"The Non-Existent Hand," London Review of Books, April 22, 2010.

"The Case Against Gene Patents," with John Sulston, Wall Street Journal, April 16, 2010.

"Build Strong Rules for Finance System," Politico, April 12, 2010.

"No Time for a Trade War," Project Syndicate, April 6, 2010.

"The Dangers of Deficit Reduction," Project Syndicate, March 5, 2010.

"Obama Must Resist "Deficit Fetish"" Politico.com, February 10, 2010.

"Watchdogs Need Not Bark Together," Financial Times, February 10, 2010.

"Obama's Banking Proposals are a Good First Step," LA Times, January 29, 2010.

"Obama's Falling Down on the Job," New York Daily News, January 29, 2010.

"A Principled Europe Would Not Leave Greece to Bleed," The Guardian (UK), January 25, 2010.

"Incentives and the Performance of America's Financial Sector," testimony at the Hearing on Compensation in the Financial Industry, House Committee on Financial Services, January 22, 2010.

"Economics: Facing a Marked Global Reversal," Financial Times, January 3, 2011.

"Overcoming the Copenhagen Failure," Project Syndicate, January 2010.


## 2009

"The Imperative for Improved Global Economic Coordination," Development Outreach, December 2009.

"Too Big to Live," Project Syndicate, December 2009.

"Let a Hundred Theories Bloom," Project Syndicate, November 2009.

"Death Cometh for the Greenback," The National Interest, October 27, 2009.

"For all of Obama's Talk of Overhaul, the US has Failed to Wind in Wall Street," The Guardian (UK), September 14, 2009.

"GDP Seen as Inadequate Measure of Economic Health," by David Jolly, New York Times, September 14, 2009.

"Towards A Better Measure of Well-Being," Financial Times, September 13, 2009.

"Thanks to the Deficit, the Buck Stops Here," Washington Post, August 30, 2009.

"Stimulate or Die," Project Syndicate, August 2009.

"The US in Iraq: An Economics Lesson," LA Times, July 2, 2009.

"The UN Takes Charge," Project Syndicate, July 2009.

"Wall Street's Toxic Message," Vanity Fair, July 2009.

"One Small Step Forward," The Guardian (UK), June 28, 2009.

"A Global Recovery for a Global Recession," The Nation, June 24, 2009.

"America's Socialism for the Rich," Project Syndicate, June 2009.

"The Spring of the Zombies," Project Syndicate, May 2009.

"Obama's Ersatz Capitalism," The New YorkTimes, April 1, 2009.

"Developing Countries and the Global Crisis," Project Syndicate, April 2009.

"Reform is Needed. Reform is in the Air. We Can't Afford to Fail," The Guardian (UK), March 27, 2009.

"A Bank Bailout That Works," The Nation, March 23, 2009.

"Obama's Chance to Lead the Green Recovery," with Nicholas Stern, Financial Times, March 4, 2009.

"How to Fail to Recover," Project Syndicate, March 2009.

"Davos Man's Depression," Project Syndicate, February 2009.

"Give us Bangs for our Bailout Bucks," The Times (London), January 27, 2009.

"How to Rescue the Bank Bailout," CNN.com, January 26, 2009.

"Do Not Squander America's Stimulus on Tax Cuts," Financial Times, January 15, 2009.

"Recommendations for Immediate Action," a statement from the first meeting of the Comission of Experts, January 4-6, 2009, New York.

"The Rocky Road to Recovery," Project Syndicate, January 2009.

"The $10 Trillion Hangover: Paying the Price for Eight Years of Bush," Harper's Magazine, January 2009.


## 2008

"Markets Can't Rule Themselves," Newsweek, December 31, 2008.

"Chapter 11 is the Right Road for America's Carmakers," The Financial Times, December 12, 2008.

"Getting Bang for Your Buck," The Guardian (UK), December 5, 2008.

"The Triumphant Return of John Maynard Keynes," Project Syndicate, December 2008.

"The Seven Deadly Deficits," Mother Jones Magazine, November/December 2008.

"A $1 Trillion Answer," New York Times, November 29, 2008.

"It Doesn't Take Nostradamus," Economists' Voice, November 2008.

"Dealing with the Global Crisis," Q&A for the International Herald Tribune, November 18, 2008.

"Global Crisis, Made in America," Der Spiegel, November 12, 2008.

"Financial Crisis: Europe's Leaders Can Seize This Opportunity to Fill the Leadership Gap," The Daily Telegraph (UK), November 11, 2008.

"More Pain to Come, Even if He's Perfect," Washington Post, November 9, 2008.

"Let's Throw Away the Rule Book," The Guardian (UK), November 6, 2008.

"The Next Bretton Woods," Project Syndicate, November 2008.

"Realign the Interests of Wall Street," Harpers Magazine, November 2008.

"Reversal of Fortune," Vanity Fair, November 2008 issue.

"Dear Mr. President: Advice from Seven Nobel Laureates on Fixing the Economy," Newsweek, October 22, 2008.

"A Crisis of Confidence," The Guardian (UK), October 22, 2008.

Testimony on "The Future of Financial Services Regulation," House Financial Services Committee, October 21, 2008.

Economist.com Online Debate: Con side of "It would be a mistake to regulate the financial system heavily after the crisis," Economist online, October 17, 2008.

"How to Get Out of the Financial Crisis," Time Magazine, October 17, 2008.

"Guided by an Invisible Hand," New Statesman (UK), October 16, 2008.

"Paulson Tries Again," The Guardian, October 16, 2008.

"The Dismal Questions," The New York Times, October 7, 2008.

"Good Day for Democracy," The Guardian (UK), October 1, 2008.

"We Aren't Done Yet: Comments on the Financial Crises and Bailout," The Economists' View, October 2008.

"A Chance to Improve the Bail-out," USA Today, September 30, 2008.

"Bail-out Blues," The Guardian (UK), September 30, 2008.

"A Better Bail-out," The Nation.com, September 26, 2008.

"Dr. Joseph Stiglitz, Interview with Ron Garmon about the Financial Crisis and the Iraq war," LA City Beat, September 24, 2008.

"Commentary: How to Prevent the Next Wall Street Crisis," CNN.com, September 17, 2008.

"Stiglitz: The Fall of Wall Street is to Market Fundamentalism What the Fall of the Berlin Wall Was to Communism," interview with Nathan Gardels, The Huffington Post, September 16, 2008.

"The Fruit of Hypocrisy," The Guardian (UK), September 16, 2008.

Transcript of Interview on the Turmoil on Wall Street, Lou Dobbs Tonight, September 15, 2008.

"Little Risk of Great Depression Repeat," AFP News, September 15, 2008.

129

"Falling Down: No manufacturing. No new ideas. What's our economy based on?" The New Republic, September 10, 2008 issue.

"Kevin Conrad - Heroes of the Environment 2008," Time Magazine, September 2008.

"Learning the Lessons of Iraq," Project Syndicate, September 2008.

"Is this any way to rebuild Iraq?" with Linda Bilmes, The Los Angeles Times, August 15, 2008.

"Turn Left for Growth," Project Syndicate, August 2008.

"Stiglitz on Central Banks and Inflation," Interview on Europe this Week, July 31, 2008.

"Fannie and Freddie Must Not Get a Free Lunch," The Financial Times, July 25, 2008.

"Science is Being Held Back by Outdated Laws," Letter with John Sulston, The Times (London), July 5 2008.

"The End of Neo-Liberalism?" Project Syndicate, July 2008.

"Joseph Stiglitz talks to the Sunday Times," Sunday Times (UK), June 15, 2008.

"Scarcity in an Age of Plenty," The Guardian UK, June 15, 2008.

"Joseph Stiglitz on Recession," interview with James Harris, TruthDig, June 3, 2008.

"Stagflation Redux," Inc. Magazine, June 2008.

"Scarcity in an Age of Plenty," Project Syndicate, June 2008.

"Fair Trade: The Fair Play Debate," The National Interest, Number 95, May/June 2008.

"The Failure of Inflation Targeting," Project Syndicate, May 2008.

"Deficit, Schmeficit," Conde Nast Portfolio, May 2008 Issue.

"A Deficit of Leadership, Comment is Free," The Guardian (UK), April 8, 2008.

"$3 Trillion May Be Too Low, by Joseph Stiglitz and Linda Bilmes, Comment is Free, The Guardian (UK), April 6, 2008.

"Stiglitz on US Economy," interview with Anna Martin, CNBC, April 2, 2008.

"America's War-Torn Economy," Project Syndicate, April 2008.

"The Three Trillion Dollar War," Project Syndicate, April 2008.

"The $3 Trillion War," an excerpt from the book "The Three Trillion Dollar War" by Stiglitz and Linda Bilmes, in Vanity Fair, April 2008 issue.

"Ways We Can Fix This Giant Mess," Newsweek, March 31, 2008.

"Are We in the Worst Financial Crisis and Can We Solve it? You Ask the Questions..." The Independent (UK), March 24, 2008.

"Economist Stiglitz Blames Crunch on 'Flawed' City Bonuses System," by Sean O'Grady, The Independent (UK), March 24, 2008.

"There is no Such Thing as a War for Free, by Joseph Stiglitz and Linda Bilmes, Chicago Tribune, March 20, 2008.

130

"Stiglitz: U.S. Fiscal Measures Too Little Too Late," by Brian Fallow, New Zealand Herald, March 19, 2008.

"The High Cost of Fighting a Losing Battle, by Joseph Stiglitz and Linda Bilmes, The Financial Times, March 18, 2008.

"War's price tag, by Joseph Stiglitz and Linda Bilmes, Los Angeles Times, Sunday, March 16, 2008.

"The Iraq War Will Cost Us $3 Trillion, and Much More, by Joseph Stiglitz and Linda Bilmes, The Washington Post, Sunday, March 9, 2008.

"The Three Trillion Dollar War," Project Syndicate, March 2008.

"Iraq War Caused Slowdown in the US," by Peter Wilson, The Australian, February 28, 2008.

"War at Any Cost? The Total Economic Costs of the War Beyond the Federal Budget," written testimony for the Joint Economic Committee, February 28, 2008.

"The Three Trillion Dollar War," with Linda Bilmes, The Sunday Times (London), February 23, 2008.

"Alpine Schadenfreude," Project Syndicate, February 2008.

"How to Stop the Downturn," The New York Times, January 23, 2008.

"Day of Reckoning in the US Glasshouse," The Times (London), January 21, 2008.

"Stagflation Cometh," The Guardian (UK), January 2, 2008.

"Ask a Question: The Three Trillion Dollar War, readers' questions answered by Joseph Stiglitz and Linda Bilmes, McClatchy Newspapers.


## 2007

"Showdown in Bali," Project Syndicate, December 2007.

"The Economic Consequences of Mr. Bush," Vanity Fair, December 2007.

"Financial Hypocrisy," Project Syndicate, November 2007.

"America's Houses of Cards," Project Syndicate, October 2007.

"Bleakonomics: Review of The Shock Doctrine: The Rise of Disaster Capitalism, by Naomi Klein," New York Times Sunday Book Review, September 30, 2007.

"Q&A with Joseph Stiglitz on economic and climate change," International Herald Tribune, September 26, 2007.

"The Malaysian Miracle," Project Syndicate, September 2007.

"America's Day of Reckoning," Project Syndicate, August 2007.

"The Asian Crisis Ten Years After," Project Syndicate, July 2007.

"Questions for Robert Zoellick," Project Syndicate, June 2007.

131

"The World Bank and Development Assistance Testimony," presentation before the House Financial Services Committee May 22, 2007.

"The Wolfowitz Affair and its Consequences," The Financial Times, May 6, 2007.

"Good Governance Begins at Home," Project Syndicate, May 2007.

"Getting Beyond Balanced Budget Mania and Addressing the Nation's Needs," Transcript of event at "Beyond Balanced Budget Mania," Economic Policy Institute, April 12, 2007.

"China's New Economic Model," Project Syndicate, April 2007.

"The EUs Global Mission," Project Syndicate, March 2007.

"Prizes, Not Patents," Project Syndicate, March 2007.

MBA Podcast: "Making Globalization Work," Times Online, February 18, 2007.

"Managing Globalization, Q&A with Joseph Stiglitz," International Herald Tribune, February 14, 2007.

The Most Global Issue, Our Planet, the magazine of the United Nations Environment Programme, February 2007.

"Will the Dam Break in 2007?" Project Syndicate, January 2007.


**2006**

"John Kenneth Galbraith Understood Capitalism as Lived - not as Theorized," The Christian Science Monitor, December 28, 2006.

"The Phelps Factor," Project Syndicate, December 2006.

"A Cool Calculus of Global Warming," Project Syndicate, November 2006.

"Taking Control of Globalization," The Seattle Post-Intelligencer, October 13, 2006.

"Managing Globalization: Q&A with Joseph Stiglitz," The International Herald Tribune, October 11, 2006.

"Can the World Economy Be Saved?" The Toronto Globe and Mail, October 12, 2006.

"How to Fix the Global Economy," The New York Times, October 3, 2006.

"Good Numbers Gone Bad," Fortune Magazine, October 2, 2006.

"The Tyranny of King Cotton," Project Syndicate, October 2006.

"Corrupting the Fight Against Corruption," Project Syndicate, October 2006.

"How Globalization Could Help Ease Global Warming," The San Francisco Chronicle, September 17, 2006.

"Give Prizes not Patents," The New Scientist, September 16, 2006.

"We Have Become Rich Countries of Poor People," The Financial Times, September 8, 2006.

132

"Making Globalization Work," The Guardian, September 7, 2006.

"Making Globalization Work," Project Syndicate, September 2006.

"The Real Reason You're Held up at the Airport," The London Evening Standard, August 25, 2006.

"An Airport Debacle Worsened by Greed and Neglect," The Financial Times, August 22, 2006.

"The Demise of the Development Round," Project Syndicate, August 2006.

"America's New Trade Hypocrisy," with Hamid Rashid, Project Syndicate, July 2006.

"Who Owns Bolivia?" Project Syndicate, June 2006.

"The IMF's America Problem," Project Syndicate, May 2006.

"A Progressive Response to Globalization," The Nation, "Taming Global Capitalism Anew" forum, April 17, 2006 issue.

"Development in Defiance of the Washington Consensus," The Guardian, April 13, 2006.

"China's Roadmap," Project Syndicate, April 2006.

"Markets and Morals," The Atlantic Monthly, April 2006, pp. 44.

"The High Cost of the Iraq War," The Economists' Voice, Vol.3, Issue 5, March 2006.

"Bush's Bad-Faith Energy Policy," Project Syndicate, March 2006.

"It Takes More than Free Trade to End Poverty," The Independent, February 3, 2006.

"War's Stunning Price Tag," op-ed by Joseph Stiglitz and Linda Bilmes from LA Times, January 17, 2006

"A Tale of Two Deficits," Global Agenda, The Magazine of the World Economic Forum Annual Meeting, 2006, pp. 85-86.


## 2005

"The Doha Round is Missing the Point on Helping Poor Countries," with Andrew Charlton, The Financial Times, December 13, 2005

"Conservation: Analysis: This is a bold initiative that could unite the whole world," The Independent, December 12, 2005

"The Ethical Economist, Review of 'The Moral Consequences of Economic Growth,' by Benjamin M. Friedman," Foreign Affairs, November/December 2005

"The Way to Help Ourselves by Helping Others," with Andrew Charlton, The Daily Telegraph, November 28, 2005

"Progressive Dementia," The Atlantic Monthly, November 2005

"America has Little to Teach China about a Steady Economy," Financial Times, July 27, 2005

"No Old-Age Security in the Private Sector Either," Los Angeles Times, May 22, 2005.

"Global Playing Field: More Level, but It Still Has Bumps," Review of Thomas Friedman's book The World is Flat, The New York Times, April 30, 2005.

"China's Alternative to Revaluation," with Lawrence Lau, The Financial Times, April 25, 2005

"Reforms Take the Security out of Social Security," Financial Times, March 21, 2005

"Securing Social Security for the Future," The Economists' Voice, Special Issue on Social Security, Volume 2, Issue 1, 2005.

## 2004

"It's not the Economy, Stupid," Financial Times, September 28, 2004

"We Can Now Cure Dutch Disease," The Guardian, August 18, 2004

"New Trade Pacts Betray the Poorest Partners," New York Times, July 10, 2004

"It Is Time for a True Development Trade Round," Financial Times, June 20, 2004

"The Social Costs of Globalization," Financial Times, February 25, 2004.

"That Was Then," The American Prospect, February 2004.

"The Broken Promise of NAFTA," New York Times, January 6, 2004

"The Parties' Flip-Flops on Deficit Spending: Economics or Politics?", The Economists' Voice, Volume 1, Issue 1, 2004.

## 2003

"My Book and Its Discontents," Aspenia International: Is the West Still the West, 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," Aspenia: Il Prezo dell'Impero, 9(20), 2003, pp. 10-28.

"A Deficit of Fiscal Smarts," San Francisco Chronicle, December 21, 2003

"Do as the US Says, Not as it Does," The Guardian, October 29, 2003

"The Ideas Exchange: Economic View - How America Lost its Balance," The Independent, October 5, 2003

"Odious Rulers, Odious Debts," The Atlantic Monthly, September 10, 2003.

"Trade Imbalances," The Guardian, August 15, 2003

"Terrorism: There's No Futures in It," The LA Times, July 31, 2003

"Don't Trust Technocrats," The Guardian, July 16, 2003

"Biting the Budget Bullet: Why Raising Taxes is the Least Painful Way Out of the State's Fiscal Crisis," with Peter Orszag, The Boston Globe, April 27, 2003

"The Ruin of Russia," The Guardian, April 9, 2003

134

"Bush's Tax Plan - The Dangers," The New York Review of Books, March 13, 2003.

"Fair Play? Not Always In Fair-Trade Treaties," The Nation, February 18, 2003.

"Economists' Statement Opposing the Bush Tax Cuts," Economic Policy Institute, February 2003.

## 2002

"There Is No Invisible Hand," The Guardian, December 20, 2002

"Rewriting History," The Moscow Times, November 27, 2002

"White House Economic Policies Are Bankrupt," The Los Angeles Times, October 2, 2002

"The Disastrous Consequences of a World Without Balance," Financial Times, September 23, 2002

"A Second Chance for Brazil and the IMF," New York Times, August 14, 2002

"Argentina, Shortchanged: Why the Nation that Followed the Rules Fell to Pieces," Washington Post, May 12, 2002

"Accounting for Options," Wall Street Journal, May 3, 2002

"Overseas Aid is Money Well Spent," Financial Times, April 14, 2002

"Global Greenbacks," Economic Times, March 22, 2002

"Globalism's Discontents," The American Prospect, January 14, 2002.

## 2001

"Thanks for Nothing," Atlantic Monthly, October, 2001

## 2000

"What I Learned at the World Economic Crisis," New Republic, April 17, 2000

## 1998

"Virtue Should be Granted its Reward; Instead of Reducing Foreign Aid to an All-time Low, Donors Should Target it at Developing World's Well-Governed Countries," The Guardian (London), November 16, 1998.

## Online publications, testimonies etc.

"Brief of Joseph E. Stiglitz as *Amicus Curiae* in Support of Petitioners," for *Esther Kiobel, et al. v. Royal Dutch Petroleum Co., et al.,* in the Supreme Court of the United States, December, 2011.

"Brief of Joseph E. Stiglitz as *Amicus Curiae* in Support of Petitioners," for *Republic of Argentina, Petitioner, v. NML Capital Ltd., et al., Respondents*, in the Supreme Court of the United States, March 24, 2014.

"Briefing on Puerto Rico" to U.S. House Financial Services Committee staff members, February 8, 2021.

"Budget Cuts vs. Tax Increases at the State Level: Is One More Counter-Productive than the Other During a Recession?" with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 6, 2001. http://www.cbpp.org/10-30-01sfp.htm.

"Comments on Proposed OMB Circular No. A-4 "Regulatory Analysis" in relation to discounting and risk," with Cameron Hepburn and Nicholas Stern, June 6, 2023. https://www.regulations.gov/comment/OMB-2022-0014-0123

"The Cost of Inaction on Climate Change," testimony by Joseph Stiglitz before the Senate Committee on the Budget, April 15, 2021. https://rooseveltinstitute.org/publications/stiglitz-testimony-senate-budget-committee-cost-of-inaction-climate-change/

"Debt Financing in the Domestic Financial Sector," testimony to the U.S. Senate Committee on Banking, Housing and Urban Affairs, August 3, 2011. https://www.govinfo.gov/app/details/CHRG-112shrg72961/CHRG-112shrg72961

"Declaration of Joseph E. Stiglitz, Ph.D", for ACLU regarding BRCA patents, Case 1:09-cv-04515-RWS, Document 224, Filed 01/20/2010, the United States District Court for the Southern District of New York.

"I Dissent: Unconventional Economic Wisdom," monthly column for Project Syndicate, an association of over 150 newspapers around the world. http://www.project-syndicate.org/series/series_list.php4?id=11.

"Estimates of Lease Payment Deficiencies Salamanca Leases," an exhibit for a Hearing before the Committee on Interior and Insular Affairs House of Representatives, One Hundred First Congress, Second Session on H.R. 5367, Seneca Nation Settlement Act of 1990. https://bit.ly/2YIvNuY, p. 79

"From Rescue To Recovery: Building A Thriving and Inclusive Post-Pandemic Economy," testimony by Joseph Stiglitz before the U.S. House Select Subcommittee on the Coronavirus Crisis, March 17, 2021. https://coronavirus.house.gov/subcommittee-activity/hearings/remote-hearing-rescue-recovery-building-thriving-and-inclusive-post

"The High Cost of High Prices for HIV/AIDS Drugs and the Prize Fund Alternative," statement to the U.S. Senate Committee on Health, Education, Labor and Pensions, May 15, 2012. https://www.govinfo.gov/app/details/CHRG-112shrg74310/CHRG-112shrg74310/summary  "The Impact of Paying for College on Family Finances," with Laura Tyson, Peter Orszag, and Jonathan Orszag, commissioned by UPromise, Inc., November 2000. http://www.upromise.com/pdfs/tysonStiglitzResearch.pdf

"How Sustainable is our National Debt?" Oral evidence given before the UK House of Lords Economic Affairs Committee, March 5, 2024.

https://parliamentlive.tv/event/index/c04e3c45-8dbf-4c3b-bbc3-ce2be885d347

"Implications of the New Fannie Mae and Freddie Mac Risk-based Capital Standard," with Jonathan M. Orszag and Peter R. Orszag, *Fannie Mae Papers*, I(2), March 2002. http://www.sbgo.com/Papers/fmp-v1i2.pdf

"Incentives and the Performance of America's Financial Sector, House Committee on Financial Services, Hearing on Compensation in the Financial Industry," testimony by Joseph E. Stiglitz, January 22, 2010. http://financialservices.house.gov/media/file/hearings/111/stiglitz.pdf

"Making Wall Street Pay Its Fair Share: Raising Revenue, Strengthening Our Economy," testimony before the U.S. Senate Committee on the Budget, June 12, 2024. https://www.budget.senate.gov/hearings/making-wall-street-pay-its-fair-share-raising-revenue-strengthening-our-economy

"On the Need for Increased Capital Requirements for Banks and Further Actions to Improve the Safety and Soundness of America's Banking System," testimony before the Senate Banking Committee, August 3, 2011. http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=97cec3e1-2d1d-44fa-acd9-a0a1bc640bc4

"An Overall Assessment of Tarp and Financial Stability," U.S. Senate Congressional Oversight Panel, March 4, 2011. https://www.govinfo.gov/app/details/CHRG-112shrg65276/CHRG-112shrg65276/summary

"Paycheck Security: Economic Perspectives on Alternative Approaches to Protecting Workers' Pay During Covid-19," testimony to the U.S. House of Representatives Committee on Financial Services, July 7, 2020. https://www.govinfo.gov/app/details/CHRG-116hhrg43193/CHRG-116hhrg43193/summary

"The Role and Effectiveness of the World Bank in Combating Global Poverty," testimony to the U.S. House of Representatives, May 22, 2007. https://www.govinfo.gov/content/pkg/CHRG-110hhrg37209/pdf/CHRG-110hhrg37209.pdf

"The Role of Government in a Digital Age," with Peter Orszag and Jonathan Orszag, study commissioned by the Computer & Communications Industry Association, October 2000.

"The Role of the International Monetary Fund in a Changing Global Landscape," testimony to the U.S. House Committee on Financial Services Subcommittee on National Security, International Development and Monetary Policy, February 17, 2022. https://www.youtube.com/watch?v=AgPxhX-3OsE. Transcript accessible at: https://www.govinfo.gov/content/pkg/CHRG-117hhrg47129/html/CHRG-117hhrg47129.htm

"The Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates Under Executive Order 13990," comments by the Regenerative Crisis Response Committee, to the U.S. Office of Management and Budget. With Stephanie Kelton, Lawrence Baxter and Jay C. Shambaugh, June 21, 2021. https://www.regulations.gov/comment/OMB-2021-0006-0076

"Statement of Joseph Stiglitz at Center on Budget and Policy Priorities Press Conference," Center on Budget and Policy Priorities Report, Oct. 26, 2001. http://www.cbpp.org/10-26-01bud.htm

"Too Big to Fail or Too Big to Save? Examining the Systemic Threats of Large Financial Institutions," testimony at a hearing of the United States Congress's Joint Economic Committee, April 21, 2009. http://www.jec.senate.gov/public/?a=Files.Serve&File_id=6b50b609-89fa-4ddf-a799-2963b31d6f86

"Tax Cuts are not Automatically the Best Stimulus: A Response to Glenn Hubbard," with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 27, 2001. http://www.cbpp.org/11-27-01tax.pdf

"The True Cost of the War," testimony with Linda J. Bilmes at the House Committee on Veterans' Affairs, September 30, 2010, http://veterans.house.gov/hearings/Testimony_Print.aspx?newsid=632&Name=_Linda_J._Bilmes

"U.S. versus Microsoft, Declaration as Part of The Tunney Act Proceeding," with Jason Furman, commissioned by the Computer & Communications Industry Association, Jan. 28, 2002. http://www.sbgo.com/Papers/tunney_jesjf.pdf

"Witness Testimony of Joseph E. Stiglitz," Congressional Oversight Panel, Hearing on Impact of the TARP on Financial Stability, March 4, 2011. http://cybercemetery.unt.edu/archive/cop/20110401230935/http://cop.senate.gov/documents/testimony-030411-stiglitz.pdf

"The World Bank's Disclosure Policy Review and the Role of Democratic Participatory Processes in Achieving Successful Development Outcomes," testimony at a hearing by the Committee on Financial Services, U.S. House of Representatives, September 10, 2009. http://archives-financialservices.house.gov/media/file/hearings/111/111.73.pdf

138

**Other outside activities**

**Speaking engagements at some point during the past five years**

List includes lectures, speeches, and participation in panels. To view a select chronological list of Professor Stiglitz's speeches and links to PowerPoints, videos, and speech texts, please visit his website, www.josephstiglitz.com.
A2A Group; Academy of Contemporary China and World Studies; Adelphi University; Affari & Finanza LIVE; Agence Française de Développement (AFD) Group; Alpbach Forum; Ambrosetti Forum; American College of Greece; American Economic Association (AEA) / Allied Social Science Association; American Express; Amherst College; Aon Insurance; AquaVision-Skretting; Argentine Chamber of Construction; Asia Future Forum (Hankyoreh); Asian Development Bank; Aspen Ideas Festival; Athens Democracy Forum; Australia Institute; Australia Productivity Commission; Australian Commonwealth Treasury; Australian Competition and Consumer Commission; Australian Conference of Economists; Australian National University; Australian National University Crawford School of Public Policy; Austrian Finance Ministry; AXA; Axis Bank India; Babeș-Bolyai University ; Bali Democracy Forum; Bank Danamon; Bank of Singapore; Banque Pictet; Barclays Asia Forum; BearingPoint USA; Beijing Municipal Commission of Education; Beijing Municipal Government; Berggruen Institute; Bertelsmann Stiftung; BOC; Bocconi University; Bolivia Chamber of Commerce; Boston Consulting Group; Boston University; Boston University Business School; BOZAR; BPER Banca; Brazilian Development Bank (BNDES); Brooklyn Public Library; Bruegel; Bund Summit; Business for Peace Foundation; C.D. Howe Institute; CAF - Development Bank of Latin America; Caijing Magazine; Caixin Summit; Carl Schurz Haus; Center for a New Economy (CNE); Center for Economic and Policy Research; Center for Pandemic Research, ISERP Columbia University; Center for Political Economy - Columbia; Center for Public Integrity; Center on Global Economic Governance (CGEG); Center on Global Economic Governance Ukraine; Central Bank of Argentina; Central Bank of Chile; Central European Forum; Central European University; Centro di Formazione Management del Terziario; Cesena Fiera; Charleston to Charleston Literary Festival; Chatham House The Royal Institute of International Affairs; Chey Institute for Advanced Studies; Chilean Government; China Development Forum; China International Finance Society; Chinese Academy of Social Sciences; Chinese Association for Science and Technology (CAST); Chosun Media Group; Ciudadania Inteligente; Claim the Future; ClearlySo; CogX; Colorado College; Columbia Center on Sustainable Development; Columbia Global Centers; Columbia Real Estate Forum; Columbia University Alumni Association (Bangalore); Columbia University Chazen Global Business Forum; Columbia University Committee on Global Thought; Columbia University Institute of Global Politics; Columbia World Leaders Forum; Columbia World Projects; Commonwealth Club; Conexus Financial; Confindustria Romagna; Congreso Futuro; Cornell University; Cour des Comptes; CPTV; D-66 Voorschoten (The Netherlands); DE JURE World Bank; De'Longhi Group; Delphi Economic Forum; Democratic Party of Japan; Dicastery for Promoting Integral Human Development (DPIHD); Economcs for Inclusive Properity; Economic Commission for Latin America and the Caribbean (ECLAC); Economics of Creative Destruction conference; Economist Impact; Economy of Francesco; Edinburgh Book Festival; Epoch Foundation (Taiwan);

139

Espacio Publico (Chile); EURAC Research; EuroFinance; European Association of Environmental and Resource Economists Conference; European Bank for Reconstruction and Development (EBRD); European Central Bank; European Commission's Cohesion Forum; European Commission's Directorate-General for Economic and Financial Affairs; European Forum Alpbach; European Investment Bank; European Parliament; European Parliament Beyond Growth Conference; European Public Health Association; European University Institute; EY Emilia Romagna; Faculty of Economics and Business University of Chile; Federal Reserve Board conference; Fedesarrollo; Feltrinelli Foundation; Financial Times with the United Nations Programme on HIV and AIDS; Fordham University; Foreign Correspondents' Club Hong Kong; Forum New Economy; Forum PA; Foundation for European Progressive Studies (FEPS); Foundation Max van der Stoel; Friedrich-Ebert-Stiftung; Friends of SDG Financing; Fundação Democrito Rocha (Jornal O Povo); Fundação Friedrich Ebert (FES) Brazil; Fundacion Colunga (Chile); Fundación Rafael del Pino; FutureSuper; Georgetown Global Economic Challenges Network; Global Center on Adaptation; Global Forum on Latin America and the Caribbean; Global Risk Forum; Gordon Institute of Business Science (South Africa); Government of Austria; Government of Chile; Greater China Society of Columbia Business School; Green Climate Fund; Green Swan Conference (The Bank for International Settlements, Bank of France, International Monetary Fund and Network for Greening the Financial System); Gyeonggi Province South Korea; Haitong; Haitou Global; Hana Financial Group; Hans-Boeckler-Stiftung; Harvard Kennedy School; Hay Festival Cartegena de Indias; HEC Paris; HKU Business School; Hongqiao Forum; HowTheLightGetsIn Festival (UK); Human International Documentary Film Festival; Human Resources Development Service of Korea; Human Rights Watch; I.S.E.O. Institute Summer School; Iceland Ministry of Culture and Business Affairs; IEJ Debt Paper Series (cohosts: Institute for Economic Justice, South African Government's Department of International Relations and Cooperation, Bretton Woods Project, Center for Economic and Social Rights); IMPACT² Conference (City of Paris, Politico, Alliance of Democracies); Independent Commission for the Reform of International Corporate Taxation (ICRICT); Indonesia Deposit Insurance Corporation (IDIC); Inesc; INET Commission on Global Economic Transformation; Infrastructure Access Manager; Institute for Global Economics (South Korea); Institute for Latin American Studies at Colubmia University; Institute for New Economic Thinking (INET); Institute for New Economic Thinking (INET) Young Scholars Initiative; Institute for Science, Engineering and Public Policy; Institute of Global Economics; Institute of International and European Affairs; Instituto para Reforma das Relações entre Estado e Empresa; Inter American University of Puerto Rico; Inter-American Development Bank (IDB); International and European Public Services Organisation (IPSO); International Economic Association; International Finance Forum; International Monetary Fund; International Social Wellbeing Conference (Malaysia); Istanbul Literature House; Italian Association for the Study of Comparative Economic Systems (AISSEC); J.P. Morgan Global ESG Conference; Jaipur Literary Festival; Janeway Institute (University of Cambridge); Japan International Cooperation Agency (JICA); Japan Society; Jilin University; Joint United Nations Programme on HIV/AIDS (UNAIDS); Jornal de Negócios Conference; Junior Academy of Science of Ukraine; Kerala Dialogues (Government of Kerala, India); Kerala Looks Ahead (Kerala State); Khazanah Megatrends Forum; Korea Importers Association

(KOIMA); Korea Trade-Investment Promotion Agency; Korea Trade-Investment Promotion Agency (KOTRA); Korean Educational Broadcasting System; Korea-South & Southeast Asia Business Coalition; Kyiv International Economic Forum; Kyiv School of Economics; Kyunghyang Daily News; La Repubblica; Labour Party of the UK; Laterza Festival of Economics; Least Developed Country (LDC) Future Forum; Les Entretiens du Tresor; Liberal Democratic Party of Japan; Lindau Nobel Laureate Meetings; Linkontro; L'Institut Open Diplomacy; London School of Economics; London School of Economics (LSE) Grantham Research Institute on Climate Change and the Environment; London School of Economics Global Economic Governance Commission; London School of Economics IDEAS; Loyola Marymount College; Malaysia Economic Association; Mandiri Investment Forum; Mastercard; McGill University; Meharry Medical College; Mexican Institute of Financial Executives (IMEF); Minderoo Foundation; Ministry of Economy, Trade and Industry Japan; Ministry of Education (France); Ministry of Finance (Japan); Misum Forum Stockholm School of Economics; Monash University; Monetary Policy Institute; Morgan Stanley; Nankai University; National Academy of Sciences; National and Kapodistrian University of Athens; National Association of Insurance Companies (ANIA); National Bureau of Economic Research; National Defense University; National Festival of Civil Economy; Naturgy Foundation; New Development Bank; New Economic Foundation; New Press; New Yorker Festival; New Zealand Wellbeing Report Seminar; Nielsen Italia; NMS Management; NN Investment Partners; Nobel Foundation; Nordic Business Forum; Nor-Shipping (Norway); Northeastern University; Notre Dame University; NYU School of Law; Observatoire Quebecois des Inegalites (Canada); OECD; Ontario Chamber of Commerce; Open Society Foundations; Organisation for Economic Co-operation and Development; Ottawa Economics Association ; Our Future in the Balance Conference (British Institute for International and Comparative Law and Hausfeld); Oxfam Brazil; Palestine Economic Policy Research Institute; Paradigm Capital; PayPal; Peking University; Penske Media Corp.; Perth Town Hall; Peterson Institute for International Economics (PIIE); PlattesGroup S.L.; PolicyForum Infrastructure Roundtable; Pontifical Academy of Social Science (PASS); Pordenone Legge Festival (Italy); Presseclub Concordia; Prince Charles Carbon Pricing Roundtable; Project LINK; Puerto de Ideas Valparaíso Festival; Qingdao Municipal Government; Ramsay Foundation (Australia); Reinventing Bretton Woods Committee; Research Institute of Economy, Trade and Industry Japan; Rethink Trade; Rosa Luxemburg Stiftung; Rosso Evolution; Royal Danish Library; Royal Melbourne Institute of Technology; Saint Camillus International University of Health and Medical Sciences; Sarawak Future Forum; Schloss Elmau; Scholas Occurrentes; Science and Technology in Society; Sciences Po; Seoul Business Agency (SBA); Seoul Forum (Seoul Economic Daily); Seoul International Finance Conference; Seoul National University Center for Transnational Migration and Social Inclusion; Sexten; Shenzhen Municipal Government; Simon-Kucher & Partners; Skagen Fund; SOAS University of London ; Social Science Foo Camp; Society for the Analysis of Government and Economics (China); Southern Danish University ; Spanish Government; Stanford University; State Street Global Advisors; Stockholm Resilience Center/Beijer; SUNY Albany; Supreme Federal Court of Brazil; Swiss Economic Forum; Sydney Policy Lab at the University of Sydney; Symi Symposium; Systemiq; Tamer Center; Tax Justice Network; Techonomy; The African Development Bank (AfDB); The ASEAN Culture House; The Australia Institute; The

141

Bellagio Center - The Rockefeller Foundation; The Brookings Institution; The Center on Capitalism and Society at Columbia University; The Chinese University of Hong Kong; The Economic Policy Institute; The Eighth Sustainability Summit for SE Europe and the Mediterranean; The European Money and Finance Forum (SUERF); The Fu Foundation School of Engineering and Applied Science at Columbia University; The Institute for Human Sciences (Austria); The New Press; The Overseas Development Institute; The Rockefeller Foundation; The Royal Academy (Bhutan); Think20 (King Abdullah Petroleum Studies and Research Center [KAPSARC], King Faisal Center for Research and Islamic Studies [KFCRIS]); Tiger Brokers; Tokyo International Conference on African Development; Town Hall Seattle; Trinity College; Tsinghua PBC School of Finance; Tsinghua University; TV Chosun; U.S. Senate Committee on the Budget; UBS; UK House of Lords Economic Affairs Committee; UK Treasury; UNESCO; UNI Global Union; United Nations Conference on Trade and Development; United Nations Development Programme Conference; United Nations Economic and Social Council; United Nations Educational, Scientific and Cultural Organization; United Nations Environment Programme; United Nations General Assembly; United Nations General Assembly Economic and Financial Committee; United Nations High-level Advisory Board on Economic and Social Affairs; United Nations High-Level Panel on Innovation and Access to Medicines; United Nations Human Rights Council; United Nations Industrial Development Organization; United Nations Statistical Commission; United Nations University; United Nations University World Institute for Development Economics Research (UNU-WIDER); United States Government Accountability Office; United States House of Representatives Financial Services Monetary Policy Subcommittee; United States House of Representatives Select Subcommittee on Coronavirus; Universidad del Rosario; Università Cattolica del Sacro Cuore; University College London; University of Birmingham; University of Bologna; University of Buenos Aires; University of California Berkeley; University of Chile; University of Dar es Salaam; University of Florence; University of Havana; University of La Plata; University of Melbourne; University of Oxford; University of Padua; University of Pretoria Gordon Institute of Business Science; University of São Paulo; University of Siena; University of Sydney; University of Technology Sydney; University of Texas Austin; University of Trento; US-UK Fulbright Commission; Vaccine Justice; Victoria State Treasurer; Vienna University of Economics and Business; Villa D'Este; Warwick Economics Summit; Waterfall Asset Management; Weekly Biz; World AI Cannes Festival (IBM; Sensetime; Meta; Microsoft; Huawei; Hewlett Packard Enterprise; Nvidia; Veritone; Collibra; Graphcore; Pangeanic; SAP); World Bank Civil Society Policy Forum; World Bank Treasury Reserve Advisory & Management Partnership (RAMP) Forum; World Economic Forum; World Health Organization; World Technology Network; World.Minds; Yale University; Yomiuri Shimbun Yomiuri International Economic Society; Young Presidents Organization; Zhejiang University

**Additional outside activities (including consulting, advising, paid and unpaid) at some point during last five years:**

CFTC-SEC Advisory Committee on Emerging Regulatory Issues (Member), Acumen Fund (member of the board), Amherst College (member of board of trustees), Resources

142

for the Future (member of board of trustees), Alliance for Climate Projection, Center for Global Development, Economic Research Forum (Cairo), Barcelona Graduate School of Economics Advisory Scientific Council, International Advisory Board, Statoil and Docomo, Scientific Advisory Board, International Economics Association (President, 2011-2013), World Bank (CEAC, Chief Economist's Advisory Council, Eminent Persons), OECD (High Level Expert Group on the Measurement of Economic Performance and Social Progress, co-chair), Commission of Experts on Reforms of the International Monetary and Financial System, appointed by the President of the General Assembly of the United Nations (2009, chair), Economic Advisory Council (South Africa), South African Competitive Council (Expert), Government of South Africa, Fiscal Commission Working Group (Scotland), Roosevelt Institute (Chief Economist), Oxfam, Advisory Board of the Martin School of Oxford, Independent Commission for the Reform of International Corporate Taxation (Commissioner), World Economic Forum (on Latin America, Co-chair and other advisory work), China Development Research Foundation, Research Institute for Development, Growth and Economics (Chairman), Brennan Center for Justice (Member, Economic Advisory Board), Carbon Pricing Leadership Coalition's High-level Commission on Carbon Prices (Co-Chair), Center for a New Economy's Growth Commission for Puerto Rico (Member), Institute for New Economic Thinking (INET, Advisory Board and Co-Chair of Global Economic Transformation Commission), United Nations High-level Advisory Board on Economic and Social Affairs (Chair), Swedish International Development Cooperation Agency (SIDA, consultant), Progressive Economy Forum (Member), School of Public Policy and Management, Tsinghua University (Board Member), Canadian Parliament, Dutch Parliament.

**Litigation support/expert witness**: for merchant plaintiffs in anti-trust litigation concerning alleged anti-competitive restraints imposed by Visa, Mastercard, and American Express and for US Air concerning alleged anti-competitive restraints imposed by Sabre GDS; for plaintiffs in Canada concerning alleged anti-competitive practices of Microsoft and their impacts on consumers and innovation; for plaintiffs involved in litigation involving alleged misconduct by credit rating agency; plaintiffs in litigation alleging collusion in setting of the London InterBank Offered Rate; for Ambac Assurance Corp. and MBIA Insurance Corp. in various litigations adverse to banks regarding underwriting practices; for Epic Games in litigation against Google for allegedly anticompetitive activities regarding smartphones; for Robinson Huron Treaty Litigation Fund, Red Rock First Nation, and Whites and First Nation in litigation adverse to the Canadian and Ontario governments regarding Treaty rights; for defendant the Irish Times in a defamation case; for consumer plaintiffs in antitrust litigation concerning Apple's alleged anti-competitive conduct related to the sale of iOS apps and in-app content; pro-bono expert for Argentina in litigation involving debt restructuring; expert witness on welfare costs associated with exclusionary actions against Intel, Apple, and Hewlett Packard before ITC in case involving alleged patent infringement; pro-bono amicus filings in cases concerning American Express, Alien Torts Act, patentability of human genes (BRAC genes), and debt restructuring (interpretation of pari passu clause), Brattle (work involving financial sector misconduct and anti-trust issues); pro-bono amicus filing for plaintiffs in State of New York et al. v. Facebook, Inc.; pro-bono amicus filing in support of petition of writ of certiorari in Jam v. International Finance Corporation;

143

Facebook, Inc.; pro-bono expert for Atmospheric Trust Litigation Attorneys Group (ATLAG) in Juliana v. United States case.

Informal and unpaid consultations and advice to a variety of governments and government officials, including those in Argentina, Canada, Costa Rica, France, Greece, Guyana, Namibia, Panama, Scotland, South Africa, Spain, and Tanzania; congressional testimony and to the congressional oversight panel on matters relating to reforming the financial sector, the cost of Iraq and Afghanistan wars, climate change, Covid-19 and inequality.


**Working papers and unpublished papers (in categories)**

**1. Economics of Information**

"Bilateral Information Disclosure in Adverse Selection Markets with Nonexclusive Competition," with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 27041, April 2020.

"Characterization, Existence, and Pareto Optimality in Insurance Markets with Asymmetric Information with Endogenous and Asymmetric Disclosures: Revisiting Rothschild-Stiglitz," (update and revision of "Equilibrium in a Competitive Insurance Market Under Adverse Selection with Endogenous Information"), with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 24711, June 2018.

"Contests and Cooperation: Toward a General Theory of Compensation and Competition," presented at a Conference on the Internal Organization of Firms, International Institute of the Internal Organization of Firms, International Institute of Management, Berlin, July 1980; and at a Conference on the Economics of Information, University of Pennsylvania, May 1981.

"Cutting off Credit: An Application of Constraints on Incentive Devices," with A. Weiss, April 1982.

"Dynamic Aggregation of Heterogeneous Interacting Agents and Network: An Analytical Solution for Agent Based Models," with C. Di Guilmi, M. Gallegati, S. Landini.

"The Economics of Information in a World of Disinformation: A Survey Part 1: Indirect Communication," with Andrew Kosenko, NBER Working Paper No. 32049, January 2024.

"The Economics of Information in a World of Disinformation: A Survey Part 2: Direct Communication," with Andrew Kosenko, NBER Working Paper No. 32050, January 2024.


"Equilibrium in a Competitive Insurance Market Under Adverse Selection with Endogenous Information," with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 23556, June 2017.

144

"Equilibrium Unemployment as a Worker Screening Device," with B. Nalebuff and A. Rodriguez, NBER Working Paper 4357, May 1993. (Paper presented as "Equilibrium Unemployment, Testing, and the Pure Theory of Selection" at the NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.)

"Equilibrium Unemployment, Testing, and the Pure Theory of Selection," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.

"The Existence and Characteristics of Competitive Equilibrium," with R. Arnott, revised 1985.

"Existence and Equilibrium in Markets with Imperfect Information," with M. Rothschild, presented to World Congress of Econometric Society, Toronto, 1975.

"Incentives Schemes Under Differential Information Structures: An Application to Trade Policy," with P. Dasgupta, IMSSS Technical Report No. 172, Stanford University, July 1972.

"Information and Exploration Externalities," SEER Technical Report, Stanford University, 1976.

"Information in a Decentralized (Market) Economy," presented at Spoleto Conference on Post Industrial Society, July 1986.

"Information, Planning and Incentives," presented at the CSCCRP Sino-American Conference on Alternative Development Strategies in Wingspread, Racine, WI, November 1980. (Chinese edition published 1982.)

"Knowledge of Technology and the Technology of Knowledge: New Strategies for Development," Background paper for *UNDP Human Report 2001*.

"Moral Hazard and Unemployment in Competitive Equilibrium," with Patrick Rey, October 1993. (Revised July 1996.)

"Moral Hazard and Unemployment in Competitive Equilibrium," with Patrick Rey, NBER Working Paper No. 32700, July 2024.

"Prices and Queues in Screening Services in Competitive Markets," IMSSS Technical Report 212, Stanford University, August 1976.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Unemployment and Efficiency Wages: The Adverse Selection Model," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 17-19 1991.

"Unemployment As a Worker Selection Device," with B. Nalebuff, Princeton University, 1985, (Revision of "Quality and Prices," Princeton University Econometric Research Memorandum No. 297, May 1982.)

### 2. Economics of Uncertainty

"Risk and Trade Policy," with D. Newbery, World Bank Working Paper No. 53, January 1983. (Revised 1985.)

### 3. Risk and Agriculture

"Alternate Stabilization Schemes for Supply Uncertainty," with D. Newbery, Economic Theory Discussion Paper No. 4, University of Cambridge, January 1978.

"Determinants of the Distributional Impact of Commodity Price," with D. Newbery, Economic Theory Discussion Paper 17, University of Cambridge, July 1979.

### 4. Financial Markets

"Collective Moral Hazard and the Interbank Market," with Levent Altinoglu, NBER Working Paper No. 29807, February 2022.

"Economics of Small Business Lending," at "Bank Lending to Small Businesses: A Conference," Office of the Comptroller, November 15, 1991.

"The Effect of Financial Repression in an Economy with Positive Real Interest Rates: Theory and Evidence," with K. Murdock, August 1993.

"Equity Financing for New Firms," with I. Gale, May 1986.

"The Fall: A Chronicle of the Financial Crisis," lecture at IMCA 2010 Annual Conference in Orlando, Florida, May 17, 2010.

"Financial Restraint: Toward a New Paradigm," with Thomas Hellmann and Kevin Murdock, Stanford Graduate School of Business Research Paper: 1355, April 1995. (Prepared for World Bank's EDI Workshop on "Role of Government in Economic Development: Analysis of East Asian Experiences," Kyoto, Japan, September 16-17, 1994.)

"Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Futures Markets Are Almost Always Informationally Inefficient," with I. Gale, Princeton University Financial Research Center Memorandum No. 57, February 1985. (Revised as "A Simple Proof that Futures Markets Are Almost Always Informationally Inefficient," Working Paper, 1989.)

"Inequality and Finance in a Rent Economy," with Alberto Botta, Eugenio Caverzasi, Alberto Russo and Mauro Gallegati, June 1, 2018.

"Multiple Stock Offering and the Financing of New Firms," with I. Gale, Princeton University Financial Research Center Memorandum 73, November 1986.

"Perfect and Imperfect Capital Markets," presented to the Econometric Society Meetings, New Orleans, 1971.

"Optimal Bailouts and the Doom Loop with a Financial Network," with Agostino Capponi and Felix C. Correll, NBER Working Paper No. 27074, May 2020. Revised January 2022.

"Restoring Stability and Confidence in European Sovereign Debt Markets," lecture given at Global ARC in London, May 18, 2010.

"Theory of Liquidity Preference and the Term Structure of Interest Rates," Cowles Foundation Discussion Paper No. 252, August 1968.

## 5. Growth and Capital Theory

"Capital Constraints and Economic Growth," revised version of a paper prepared for a conference at Buffalo, May 1990.

"Imperfect Capital Markets and Productivity Growth," with B. Greenwald and M. Salinger. Paper presented at NBER Conference in Vail, CO, April 1990, revised March 1991 and April 1992.

"Notes on Learning, Capital Constraints, Growth and Efficiency," presented at Conference held by Institute for the Study of Free Enterprise Systems, Buffalo, NY, May 1990.

## 6. Climate Change and Natural Resources

"Climate Change: An Agenda for Global Collective Action," with Joseph E. Aldy and Peter R. Orszag, prepared for the conference on "The Timing of Climate Change Policies," Pew Center on Global Climate Change, October 2001.

"The Economics of Immense Risk, Urgent Action and Radical Change: Towards New Approaches to the Economics of Climate Change," with Nicholas Stern and Charlotte Taylor, NBER Working Paper No. 28472, February, 2022. Previous version, February, 2021.

"The Social Cost of Carbon, Risk, Distribution, Market Failures: An Alternative Approach," with Nicholas Stern, NBER Working Paper No. 28472, February, 2021. Revised February, 2022, with new title, "The Economics of Immense Risk, Urgent Action and Radical Change: Towards New Approaches to the Economics of Climate Change," with Nicholas Stern and Charlotte Taylor.

"Stepping Toward Balance: Addressing Global Climate Change," presented at the Conference on Environmentally and Socially Sustainable Development. Washington, D.C., October 6, 1997.

"Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development," Keynote speech at the meeting of the International Economic Association, Istanbul, June 2008.

## 7. Theory of Market Structure, R&D

"Analysis of Factors Affecting the R&D Choices of Firms," with P. David, Center for Research in Economic Growth Memorandum 232, Stanford University, 1979.

"Creating Competition in Telecommunications," presented at the Conference on Managing the Telecommunications Sector Post-Privatization, George Washington University, Washington, D.C., April 27, 1998.

"Entry, Equilibrium, and Welfare," with R. Gilbert.

147

"Exercises in the Economics of Learning-By-Doing," with P. Dasgupta, Cambridge University, May 1985. (Presented at GTE Conference on Industrial Organization, Cambridge, August 1985.)

"Intellectual Property Rights, the Pool of Knowledge, and Innovation," NBER working paper 20014, March 2014, available at http://www.nber.org/papers/w20014.pdf?new_window=1.

"Some Rough Notes on Diversity of Tastes and Diversity of Commodities," Oxford University, paper presented at Bell Labs Conference on Monopolistic Competition, February 1977.

"Sunk Costs, Competition, and Welfare," with P. Dasgupta, August 1985.

"Unemployment and Innovation," NBER Working Paper 20670, November 2014.

"Welfare and Competition with Sunk Costs," with P. Dasgupta, November 1985.

## 8. Macroeconomics

"An Agenda for Reforming Economic Theory," lecture at Institute for New Economic Thinking Conference in Cambridge, April 10, 2010.

"Artificial Intelligence, Globalization, and Strategies for Economic Development," with Anton Korinek, Centre for Economic Policy Research Discussion Paper 15772, February, 2021.

"Bankruptcy protection against macroeconomic shocks: the case for a 'super chapter 11'," with M. Miller, World Bank Conference on Capital Flows, Financial Crises, and Policies, April 15, 1999.

"Capital Market Imperfections and Labor Market Adjustments," with B. Greenwald, presented to NBER/CEPR Conference on Labor Market Dynamics, Cambridge, October, 1991.

"Credit, Land Speculation, and Long-Run Economic Growth," with Tomohiro Hirano, NBER Working Paper No. 32479, May, 2024.

"Credit, Land Speculation, and Low-Interest-Rate Policy," with Tomohiro Hirano, NBER Working Paper 33661, April, 2025.

"An Economic Analysis of Labor Turnover," Institute for Mathematical Studies in the Social Sciences (ISMMM) Working Paper No. 53, Stanford University, February 1976.

"Economic Fluctuations and Pseudo-Wealth," NBER Working Paper 28415, January 2021.

"Evolutionary Theory and the Current Economic Crisis," presented at the American Economic Association annual meeting, January, 2010.

"Expectations, Asset Accumulation and the Real-Balance Effect," with P. Neary, presented at Dublin Meetings of the Econometric Society, September 1982, Working Paper 1990.

148

"Financially Constrained Fluctuations in an Evolving Network Economy," with D. Delli Gatti, M. Gallegati, B. Greenwald and A. Russo, NBER working paper No. 14112, June 2008.

"From Measuring Production to Measuring Wellbeing," lecture co-hosted by the Economic Society of Australia Victorian Branch and the Productivity Commission in Melbourne, Australia, July 29, 2010.

"Growth and Equity in a World of Deficits: An Alternative to Austerity," lecture given in Copenhagen, Denmark, May 13, 2011.

"Growth and Fluctuations: An Overview," NBER Working Paper No. 33218, December, 2024.

"Growth and Fluctuations Economies with Land Speculation," with Tomohiro Hirano, NBER Working Paper 33589, March, 2025.

"Household Labor Supply, Unemployment, and Minimum Wage Legislation", with Kaushik Basu and Garance Genicot, Policy Research Working Paper 2049, Washington, D.C.: World Bank, 1999.

"Imperfect Information and Macroeconomic Analyses," with B. Greenwald.

"Land Speculation and Wobbly Dynamics with Endogenous Phase Transitions," with Tomohiro Hirano, NBER Working Paper No. 29745, February, 2022.

"The Long Boom? Business Cycles in the 1980s and 1990s," given to CEPR conference "The Long Boom", Stanford University, September 5, 1997.

"Macro-economic Management in an Electronic Credit/Financial System, " NBER Working Paper 23032, January 2017.

"Macroeconomic Dynamics, Heterogeneous Interacting Agents and Network: A Solvable Agent Based Model of a Monetary Economics," with M. Gallegati and S. Landini, 2010.

"Macroeconomic Equilibrium and Credit Rationing," with A. Weiss, NBER Working Paper No. 2164, 1987.

"Macroeconomic Stabilization for a Post-Pandemic World," with Anton Korinek, Hutchins Center Working Paper No. 78, Brookings Institution, August 2022.

"The New Keynesian Economics: Money and Credit," Fisher-Schultz Lecture presented at the Meetings of Econometric Society, Copenhagen, August 1987.

"Principles and Guidelines for Deficit Reduction," The Roosevelt Institute, December 2, 2010, Working Paper No. 6.

"Psuedo-Wealth and Consumption Fluctuations," with Martin Guzman, NBER Working Paper No. 22838, November 2016 and presented at the American Economic Association Meetings, January, 2015.

"Rethinking Macroeconomics: What Went Wrong and How to Fix It," Adam Smith Lecture, European Economic Association, Glasgow, August 24, 2010. Also presented at DIME conference, Budapest, September 8, 2010.

149

"Towards a Dynamic Disequilibrium Theory with Randomness," with Martin Guzman, NBER Working Paper No. 27453, June, 2020.

"A Theorist's View of Policymaking and a Policymaker's View of Theory Perspectives on Modern Macro-economics," Marshall Lectures presented at Cambridge University. April 29-30, 1996.

"The Wobbly Economy: Global Dynamics with Phase and State Transitions," with Tomohiro Hirano, NBER Working Paper No. 29806, February, 2022.


## 9. Monetary Economics

"Adverse Selection, Credit Rationing and Central Bank Policy," Working Paper, 1989.

"Capital Market Imperfections and Regional Economic Development," with B. Greenwald and A. Levinson, prepared for CEPR conference on Finance and Development in Europe, Santiago, Spain, December 1991.

"Consumer and Producer Price-Neutral Tax Reform with an Informal Economy," with M. Shahe Emran, Working Paper, September, 2002.

"Money Neutrality in a Model of Firm Adjustment," with B. Greenwald and K. Clay, Working Paper, Stanford University, 1990.

"Monetary and Exchange Rate Policy in Small Open Economies: The Case of Iceland," Central Bank of Iceland Working Paper Nr. 15. http://www.sedlabanki.is/uploads/files/WP-15.pdf

"Monetary Policy and the Institutional Structure of Banking," with B. Greenwald, June 1991.

"Monetary Policy and the Theory of the Risk-Averse Bank," with B. Greenwald, prepared for the conference "Macroeconomic Stabilization Policy: Lessons for the Future," CEPR, Stanford University and the Federal Reserve Bank of San Francisco, March 5, 1993.

"Net Worth, Exchange Rates, and Monetary Policy: The Effects of a Devaluation in a Financially Fragile Environment," with D. Delli Gatti, M. Gallegati, and B. Greenwald, Stiglitz, NBER working paper No. 13244, July 2007.

## 10. International Economics

"Asia and the Emerging Global Economic System," lecture presented at Institute for New Economic Thinking conference, Bretton Woods, April 10, 2011.

"Back to Basics: Policies and Strategies for Enhanced Growth and Equity in Post-Crisis East Asia," Bangkok, Thailand. July 29, 1999.

"Can We Prevent Another Global Financial Crisis?" public lecture at the University of Hobart in Hobart, Australia, August 2, 2010.

"The Economic Crisis: Towards a New World Order? Towards Sustainable Growth?" lecture given in Mumbai, May 26, 2010.

"Farewell to the Invisible Hand? A Global Financial System for the Twenty-first Century," 2010 David Finch Lecture at the University of Melbourne in Melbourne, Australia, July 28, 2010.

"Freefall: The Sinking of the Global Economy," public lecture at Murdoch University in Perth, Australia, Jul 19, 2010 and at the University of Queensland in Brisbane, Australia on July 26, 2010.

"The Future of the Euro: An Analysis of the Challenges Facing the Currency Union," Columbia University working paper, 2014.

"The Global Financial Crisis: Lessons for Economc and Financial Theory and Policy," presented to Swiss Finance Institute, Zurich, September 20, 2010.

"The Global Financial Crisis: Perspectives and Policies," presented to Stanford Institute for Economic Policy Research, Stanford, March 24, 1999. Also given as talk to Pacific Affairs Council and Pomona College.

"New Economic World Order: Perspectives from the U.S." presented in Flims, Switzerland, September 17, 2010.

"A New Era of Opening Up," lecture at the China Development Forum, March 20, 2011.

"Post-Neoliberal Globalization: International Trade Rules for Global Prosperity," with Martin Guzman, NBER Working Paper No. 32533, June, 2024.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," Stockholm, Sweden, April 12, 1999. Revised and presented to WTO, Geneva, Switzerland, September 21, 1999.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," presented to North-South Institute, Ottawa, Canada, September 29, 1998.

"Responding to the Crisis: Real Estate, Asia, and the Global Economy," MIPIM Asia, Hong Kong, November 11, 2010.

"Road to Ruin?: Financial Instability and the Global Economy," lecture at the Crawford School of Economics in Canberra, Australia, August 3, 2010.

"A Short Note on Surveillance and How Reforms in Surveillance Can Help the IMF to Promote Global Financial Stability," International Monetary Fund, July 2011.

"Towards a New International Architecture: Principles and Policies," presented to European Investment Bank in Fiesole, Italy, October 15, 1995.

## 11. Development

"Allocation of Capital in East Asia," with M. Uy, prepared for *The East Asian Miracle,* World Bank, 1993.

"Artificial Intelligence, Globalization, and Strategies for Economic Development," with Anton Korinek, Centre for Economic Policy Research Discussion Paper 15772, February, 2021.

151

"Artificial Intelligence, Globalization, and Strategies for Economic Development," with Anton Korinek, NBER Working Paper No. 28453, February, 2021.

"Can Aid Facilitate Development? A New Vision for Development Cooperation in the 21st Century," paper presented Tokyo, Japan, September 17, 1997.

"Confronting AIDS in Developing Countries," address to Members of the European Parliament, Brussels, November 25, 1997.

"Development Under Adversity? The Palestinian Economy in Transition," address to the Conference on Development Under Adversity, Gaza, November 22, 1997.

"The Dialectics of Law and Development," with Antara Haldar, presented at the Institute for Policy Dialogue's China Task Force Meeting, June, 2008.

"Distribution, Efficiency and Voice: Designing the Second Generation of Reform," presented at Conference on Asset Distribution, Poverty, and Economic Growth. Ministry of Land Reform, Brazil and the World Bank, Brasília, Brazil, July 14, 1998.

"The East Asian Crisis and Its Implications for India," Commemorative Lecture for the Golden Jubilee Year Celebration of Industrial Finance Corporation of India, New Delhi, India, May 19, 1998.

"Equitable and Sustainable Development," presented at the Conference on "Central Banking and Sustainable Development in the 21st Century," Kuala Lumpur, 28-30 August, 2000.

"Financial Liberalization, Financial Restraint, and Entrepreneurial Development," with Shahe Emran, Institute for International Economic Policy Working Paper Series, Elliott School of International Affairs, The George Washington University, January, 2009.

"From Manufacturing-Led Export Growth To A Twenty-First-Century Inclusive Growth Strategy: Explaining The Demise Of A Successful Growth Model And What To Do About It," WIDER Working Paper 2018/176.  Helsinki: UNU-WIDER. Accessible at https://www.wider.unu.edu/publication/manufacturing-led-export-growth-twenty-first-century-inclusive-growth-strategy

"The Future of China," presented in "China: Challenges and Prospects," at the World Bank Group - International Monetary Fund Annual Meetings Program of Seminars, Hong Kong SAR, China, September 22, 1997.

"Government, Financial Markets, and Economic Development," NBER Working Paper 3669, 1991. (Presented at a conference by the Vargas Foundation, "The Economic Reconstruction of Latin America," Rio de Janeiro, August 1989.)

"Growth with Responsibility in a Globalized World – Findings of the Shadow G-8," with Stephany Griffith-Jones, Friedrich-Ebert-Stiftung *Dialogue on Globalization* Occasional Paper No. 31, May 2007.

"The Impact of Individual Accounts: Piecemeal vs. Comprehensive Approaches," with Mike Orszag, Peter Orszag, and Dennis Snower, presented at the World Bank Annual Development Conference, April 1999.

152

"The Indian Microfinance Crisis," with Antara Haldar, February 2013.

"Introduction," working paper distributed at Fifth Tokyo International Conference on African Development (TICAD), Initiative for Policy Dialogue, Columbia, June 1-3, 2013.

"An Issues Paper on Financial Markets and Policies in East Asian Economies," June 1992.

"Markets and Development," prepared for the American Economic Association Meetings, December 1980.

"Microfinance and Missing Markets," with Shahe Emran and Mahbub Morshed, October 2006.

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," World Institute for Development Economics Research (WIDER) Annual Lectures 2, Helsinki, Finland, January 1998.

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," presented at the International Conference on Democracy, Market Economy, and Development. Seoul, Korea, February 27, 1999.

"Post Financial Crisis: Options for SIDS and Emerging Economies," presentation in Mauritius, February 9, 2011.

"Reducing Poverty: Some Lessons from the Last Quarter Century," presented at BWPI/Chronic Poverty Research Centre International Conference, "Ten years of global poverty reduction: What have we learned and what should we do?" September 8, 2010.

"A Report on the China Trip for the World Bank Project 'Public Policy and the Asian Miracle'," with Y. Qian, January 1993.

"The Role of Cognitive Change in Societal Rigidity and Change," with K. Hoff, March 20, 2011.

"The Role of the Financial System in Development," presentation at the Fourth Annual World Bank Conference on Development in Latin America and the Caribbean (LAC ABCDE), San Salvador, El Salvador, June 29, 1998.

"Second Generation Strategies for Reform for China," presented to Beijing University, Beijing, China, July 20, 1998

"A Social Democratic Agenda for a More Dynamic Indian Economy: Creating an Innovative and Learning Society," The 2010 Jawaharlal Nehru Memorial Lecture, November 18.

"Sound Finance and Sustainable Development in Asia," Keynote Address to the Asia Development Forum Manila, the Philippines, March 12, 1998.

"The State, the Market, and Development," WIDER working paper 2016/1, January 2016, originally presented at UNU-WIDER 30th Anniversary Conference held September 2015 in Helsinki, Finland, accessible at https://www.wider.unu.edu/sites/default/files/wp2016-1.pdf.

"Statement to the Meeting of Finance Ministers of ASEAN plus 6 with the IMF and the World Bank," Kuala Lumpur, Malaysia, December 1, 1997.

"Statement to the Meeting of the Heads of Multilateral Development Banks," Inter-American Development Bank, Washington, D.C., January 15, 1998.

"Survey of the Economics of International Debt," with J. Eaton and M. Gersovitz, 1985.

"Taxes, Prices, and the Balance Between Industry and Agriculture," with R. Sah, presented at 8th International Economic Congress in New Dehli, December 1986.

"Technology, Taxes, Prices, and the Balance between Industry and Agriculture," with R. Sah, prepared in EMBRAPA-Yale Workshop, Brasilia, May 18-22, 1987.

"Theory of Imperfect Competition in Rural Credit Markets," with K. Hoff, Institute for Policy Reform Working Paper IPR 49, October 1992.

"A Theory of Rural Credit Markets with Costly Enforcement," with K. Hoff, October 1992.

"Toward a New Paradigm for Development: Strategies, Policies, and Processes," given as the 1998 Prebisch Lecture at UNCTAD, Geneva, October 19, 1998.

"Towards a Pro-Development and Balanced Intellectual Property Regime," Keynote address presented at the Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization (WIPO), Seoul, October 25, 2004.

## 12. Distribution of Income and Wealth

"Inequality, Stagnation, and Market Power: The Need for a New Progressive Era," Roosevelt Working Paper, November 2017.

"Intergenerational Mobility and Dynastic Inequality," with R. Kanbur, Princeton University Economic Research Program Research memorandum No. 324, April 1986.

"Mobility and Inequality: A Utilitarian Analysis," with R. Kanbur, Economic Theory Discussion Paper 57, University of Cambridge, May 1982.

"New Theoretical Perspectives on the Distribution of Income and Wealth Among Individuals: Parts I-IV" NBER Working Papers 21189-21192, May 2015.

"Overcoming Wealth Inequality by Capital Taxes that Finance Public Investment," with L. Mattauch, D. Klenert, and O. Edenhofer, NBER Working Paper 25126, October 2018.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Simple Formulae for the Measurement of Inequality and the Optimal Linear Income Tax," IMSSS Technical Report No. 215, Stanford University, August 1976.

### 13. Welfare Economics

"The Inefficiency of the Competitive Stock Market and Its Implications for the Depletion of Natural Resources," Studies in the Economics of Energy Resources, Technical Report No. 21, Stanford University, 1977.

"Pareto Inferior Trade and Optimal Trade Policy," with D. Newbery, Princeton University Econometric Research Program Research Memorandum 281, May 1981.

### 14. Comparative Economic Systems / Organization Theory

"Are Supply Networks Efficiently Resilient?" With Agostino Capponi and Chuan Du, The Federal Reserve Finance and Economics Discussion Series (FEDS), May, 2024. Also published as NBER Working Paper 32221, March, 2024, revised January, 2025.

"Economics of Committees," with R. Sah, Center Discussion Paper 486, Economic Growth Center, Yale University, June 1985.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Lessons for Transition Economies from the Experience of the East Asian Tigers," Videorecording of a lecture given in an IMF Institute seminar series, November 7, 1996.

"Managerial Quality in Centralized versus Decentralized Economic Systems," with R. Sah, July 1986.

"Notes on Evolutionary Economics: Imperfect Capital Markets, Organizational Design, Long-run Efficiency." 1995.

"Perpetuation and Self-Reproduction of Organizations: The Selection and Performance of Managers," with R. Sah, presented at World Congress of Econometric Society, Cambridge, August 1985.

"Some Aspects of a General Theory of Economic Organization," lecture presented at the Ninth Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989.

### 15. Political Economy

"Gender and Development: The Role of the State," World Bank Gender and Development Workshop, Washington, D.C., April 2, 1998.

"How Neoliberalism Failed, and What a Better Society Could Look Like," Roosevelt Institute Working Paper, August, 2024.

"Political Economy in a Contestable Democracy: The Case of Dividend Taxation," with A. Korinek, *2008 Meeting Papers*, Society for Economic Dynamics.

"Public Policy for a Knowledge Economy," remarks at the Department for Trade and Industry and Center for Economic Policy Research, London, U.K., January 27, 1999.

155

"Reflections on the Theory and Practice of Reform," presented to Stanford University, September 17, 1998.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods," lecture delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.

## 16. Theory of Taxation / Public Finance

"Equity Prices, Market Power, and Optimal Corporate Tax Policy," with Ignacio Gonzalez and Juan A. Montecino, NBER Working Paper No. 33544, March 2025.

"Financial Structure and the Incidence of the Corporate Income Tax," with B. Greenwald, March 1987.

"Income-Contingent Loans as an Unemployment Benefit," with Jungyoll Yun and Haaris Mateen, NBER Working Paper No. 29198, August 2021.

"Information and Multi-Period Optimal Income Taxation with Government Commitment," with D. Brito, J. Hamilton, and S. Slutsky, NBER Working Paper 2458, December 1987.

"Information and Multi-Period Optimal Taxation With Self-Selection," with D. Brito, J. Hamilton and S. Slutsky, Princeton University, October 1983.

"Local Financing Alternative to the International Incidence of Corporate Income Taxes," with B. Greenwald, presented to NBER Conference on International Aspects of Taxation, September 1991.

"Modelling the Effects of Capital Gains Taxes on the Accrual and Realization of Capital Gains," Report prepared for the Department of the Treasury, October 1981.

"Pareto Efficient Taxation and Expenditure Policies, With Applications to the Taxation of Capital, Public Investment, and Externalities," presented at conference in honor of Agnar Sandmo, Bergen, January 1998.

"Technological Change and Taxation," prepared for Conference on Tax Policy in the Twenty-First Century, Washington, D.C.

"Taxation and Agricultural Pricing Policies, Cost Benefit Analysis, and the Foreign Exchange Constraint," Paper prepared for the World Bank, September 1982.

"The Town-Versus-Country Problem: Optimal Pricing in an Agrarian Economy," with A. Braverman and R. Sah, presented to a Conference at the World Bank, June 1982.

## 17. Theory of Public Expenditures

"Project Appraisal and Foreign Exchange Constraints: A Simple Exposition," with C.R. Blitzer and P. Dasgupta, NBER Working Paper 2165, 1987.

"The Theory of International Public Goods and the Architecture of International Organizations," Background Paper No. 7, Third Meeting, High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10, 1995.

## 18. Miscellaneous

"Bailouts, Regulation or Free Markets? Business and Government in a Small Regional Economy," lecture given to Economic Society of Australia Tasmania Branch and the Tasmanian Chamber of Commerce and Industry in Hobart, Australia, August 2, 2010.

"China: Forging a Third Generation of Reforms," Speech given on July 23, 1999.

"The Impact of Asbestos Liabilities on Workers in Bankrupt Firms," with Jonathan M. Orszag and Peter R. Orszag, commissioned by the American Insurance Association, December 2002.

"Inequality and Capital Taxation," IMSSS Technical Report 457, Stanford University, July 1985.

"Incentives and Institutions in the Provision of Health Care in Developing Countries: Toward an Efficient and Equitable Health Care Strategy," Keynote Address, International Conference in Health and Economic Development, National Institutes of Health, November 15, 1999.

"Optimal Leverage: The Role of Externalities," with S. Battiston, D. Delli Gatti, M. Gallegati, and B. Greenwald.

"Optimal Provision of Loans and Insurance against Unemployment from a Lifetime Perspective," with Jungyoll Yun, National Bureau of Economic Research Working Paper 19064, May 2013.

"Optimality and Equilibrium in a Competitive Insurance Market under Adverse Selection and Moral Hazard," with Jungyoll Yun, NBER Working Paper 19317, August 2013.

## 19. Covid-19 and Post-Pandemic Economies

"Four Priorities for Pandemic Relief Efforts," Roosevelt Institute Working Paper, April, 2020.

"Macroeconomic Stabilization for a Post-Pandemic World," with Anton Korinek, Hutchins Center Working Paper No. 78, Brookings Institution, August 2022.

"The Pandemic Economic Crisis, Precautionary Behavior, and Mobility Constraints: An Application of the Dynamic Disequilibrium Model with Randomness," with Martin Guzman NBER Working Paper 27992, October 2020.

"Report: The Global Pandemic, Sustainable Economic Recovery, and International Taxation," with Edmund Fitzgerald, Eva Joly, Gabriel Zucman, Jayati Ghosh, et al., ICRICT, June 15, 2020.

"Will COVID-19 fiscal recovery packages accelerate or retard progress on climate change?" with Cameron Hepburn, Brian O'Callaghan, Nicholas Stern and Dimitri Zenghelis, Oxford Smith School of Enterprise and the Environment Working Paper No. 20-02, May 2020.

*This CV was last fully updated on June 11, 2025.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Appendix B**: Expert Testimony in the Past Four Years

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## JOSEPH E. STIGLITZ EXPERT TESTIMONY IN THE PAST FOUR YEARS

**Case:** *Red Rock First Nation, et al. v. Canada (Attorney General), et al.,* Court File No.: 2001-0673

**Forum:** Superior Court of Justice of Ontario (Canada)

**Testimony:** Report (2023), Reply Report (2023), Trial Testimony (2023)


**Case:** *Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, v. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., and Bank of America Corp.*, Index No.: 651612/2010

**Forum:** Supreme Court of the State of New York, New York County

**Testimony:** Report (2014), Rebuttal and Reply Report (2015), Deposition (2015), Trial Testimony (2022)


**Case:** *US Airways, Inc., for American Airlines, Inc. as Successor and Real Party in Interest v. Sabre Holdings Corporation, et al.*, Case No. 1:11-cv-02725-(LGS)

**Forum:** United States District Court for the Southern District of New York

**Testimony:** Report (2021), Reply Report (2021), Deposition (2021), Trial Testimony (2022)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Appendix C**: Materials Relied Upon

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## EXPERT REPORTS

Expert Report of Daniel L. McFadden in Support of Plaintiff's Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 1, 2021.

Expert Report of Daniel L. McFadden, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Jonathan D. Putnam, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Expert Report of Joseph E. Stiglitz, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Kirsten Martin, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of M. Keith Chen, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Minjae Song, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Rosa M. Abrantes-Metz, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Tadayoshi Kohno, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Wayne D. Hoyer, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Opening Expert Report and Declaration of Arun Sundararajan, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Opening Expert Report and Declaration of Ginger Jin, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Opening Expert Report and Declaration of Jonah Berger, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Opening Expert Report and Declaration of Lorin M. Hitt, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Rebuttal Expert Report of Alan D. MacCormack, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Rebuttal Expert Report of Kirsten Martin, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Rebuttal Expert Report of M. Keith Chen, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Rebuttal Expert Report of Minjae Song, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Rebuttal Expert Report of Rosa M. Abrantes-Metz, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Rebuttal Expert Tadayoshi Kohno, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Rebuttal Expert Report of Wayne D. Hoyer, PhD, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 13, 2025.

Reply Report of Rosa M. Abrantes-Metz, PhD in Support of Plaintiff's Renewed Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, April 28, 2023.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## DEPOSITIONS

Deposition of Eddy Cue, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 8, 2021.

Deposition of Shaan Pruden, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715- YGR, February 15, 2021.

Deposition of Timothy Cook, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021.

## RELATED CASE MATERIALS

Brief of Amicus Curiae Spotify USA Inc. in Support of Appellee Epic Games, Inc.'s Opposition to Appellant Apple Inc.'s Motion for Partial Stay Pending Appeal, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal.), May 19, 2025, ECF No. 23.1.

*Brown Shoe Co. v. United States*, 370 U.S. 294 (1962). Trial Testimony of Tim Cook, *Epic Games, Inc. v. Apple, Inc*., No. C-20-5640 YGR, May 21, 2021.

Developer and Plaintiff's Motion for Preliminary Approval of Class Action Settlement with Apple Inc., *Donald R. Cameron, et at., v. Apple Inc*., No. 4:19-cv-03074-YGR, (N.D. Cal.), August 26, 2021, ECF No. 396.

Evidentiary Hearing, Volume 4, *Epic Games, Inc., v. Apple, Inc*., No. 4:20-cv-05640-YGR, (N.D. Cal.), May 17, 2024, ECF No. 979.

Opinion, *Ohio et al. v. American Express Co. et al.*, No. 16–1454, Supreme Court of the United States, June 25, 2018.

Order Granting Epic Games, Inc.'s Motion to Enforce Injunction, *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal.), April 30, 2025, ECF No. 1508.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Order Granting Motion for Final Approval of Class Action Settlement, *Cameron et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR, (N.D. Cal.), June 10, 2022, ECF No. 491.

Permanent Injunction, *Epic Games, Inc. v. Apple Inc.*, Case No. 4:20-cv-05640-YGR-TSH (N.D. Cal.), September 10, 2021, ECF. No. 813.

Rule 52 Order After Trial on the Merits, *Epic Games, Inc. v. Apple Inc.,* No. 4:20-cv-05640-YGR, (N.D. Cal.), September 10, 2021, ECF No. 812.

Verdict Form, *In Re Google Play Store Antitrust Litigation*, MDL Case No. 21-md-02981-JD, Member Case No. 20-cv-05671-JD (N.D. Cal.), December 11, 2023, ECF No. 606.

---

## PRODUCED DOCUMENTS

| | |
|---|---|
| APL-APPSTORE_00000055 | APL-APPSTORE_10888104 |
| APL-APPSTORE_00045793 | APL-APPSTORE_10908929 |
| APL-APPSTORE_00197293 | APL-APPSTORE_10920956 |
| APL-APPSTORE_00492363 | APL-APPSTORE_10929194 |
| APL-APPSTORE_04100703 | APL-APPSTORE_11199156 |
| APL-APPSTORE_05267651 | APL-APPSTORE_11236521 |
| APL-APPSTORE_05267654 | APL-APPSTORE_11381338 |
| APL-APPSTORE_07079780 | APL-APPSTORE_11381415 |
| APL-APPSTORE_07087422 | APL-APPSTORE_11428471 |
| APL-APPSTORE_08825075 | APL-APPSTORE_11428477 |
| APL-APPSTORE_09801574 | APL-APPSTORE_11428623 |
| APL-APPSTORE_09924671 | APL-APPSTORE_11429323 |
| APL-APPSTORE_10342115 | APL-APPSTORE_11435669 |
| APL-APPSTORE_10342947 | APL-APPSTORE_11435673 |
| APL-APPSTORE_10767225 | APL-APPSTORE_11436355 |
| APL-APPSTORE_10850392 | APL-APPSTORE_11436583 |
| APL-APPSTORE_10871989 | APL-APPSTORE_11438529 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| APL-APPSTORE_11440312 | APL-APPSTORE_11455031 |
| APL-APPSTORE_11440701 | APL-APPSTORE_11455544 |
| APL-APPSTORE_11443218 | APL-APPSTORE_11455656 |
| APL-APPSTORE_11443572 | APL-APPSTORE_11455987 |
| APL-APPSTORE_11443766 | APL-APPSTORE_11456325 |
| APL-APPSTORE_11447988 | APL-APPSTORE_11458152 |
| APL-APPSTORE_11448152 | APL-APPSTORE_11458230 |
| APL-APPSTORE_11448208 | APL-APPSTORE_11460997 |
| APL-APPSTORE_11448225 | APL-APPSTORE_11462668 |
| APL-APPSTORE_11448599 | APL-APPSTORE_11463707 |
| APL-APPSTORE_11448609 | APL-APPSTORE_11463934 |
| APL-APPSTORE_11448717 | APL-APPSTORE_11464235 |
| APL-APPSTORE_11448769 | APL-APPSTORE_11464516 |
| APL-APPSTORE_11449421 | APL-APPSTORE_11464841 |
| APL-APPSTORE_11449596 | APL-APPSTORE_11464852 |
| APL-APPSTORE_11449672 | APL-APPSTORE_11464937 |
| APL-APPSTORE_11449775 | APL-APPSTORE_11465227 |
| APL-APPSTORE_11450171 | APL-APPSTORE_11465349 |
| APL-APPSTORE_11450223 | APL-APPSTORE_11465356 |
| APL-APPSTORE_11450340 | APL-APPSTORE_11467005 |
| APL-APPSTORE_11450568 | APL-APPSTORE_11467059 |
| APL-APPSTORE_11451401 | APL-APPSTORE_11467362 |
| APL-APPSTORE_11452010 | APL-APPSTORE_11468936 |
| APL-APPSTORE_11452069 | APL-APPSTORE_11468937 |
| APL-APPSTORE_11453251 | APL-APPSTORE_11468938 |
| APL-APPSTORE_11453446 | APL-APPSTORE_11468992 |
| APL-APPSTORE_11453600 | APL-APPSTORE_11469178 |
| APL-APPSTORE_11453837 | APL-APPSTORE_11469187 |
| APL-APPSTORE_11453880 | APL-APPSTORE_11469380 |
| APL-APPSTORE_11454526 | APL-APPSTORE_11470122 |
| APL-APPSTORE_11454699 | APL-APPSTORE_11470255 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

APL-APPSTORE_11470311

APL-APPSTORE_11470402

APL-APPSTORE_11470411

APL-APPSTORE_11470615

APL-APPSTORE_11470667

APL-APPSTORE_11471053

APL-APPSTORE_11471399

APL-APPSTORE_11471728

APL-APPSTORE_11472227

APL-APPSTORE_11472231

APL-APPSTORE_11472236

APL-APPSTORE_11472237

APL-APPSTORE_11472359

APL-APPSTORE_11472950

APL-APPSTORE_11472955

APL-APPSTORE_11473036

APL-APPSTORE_11473037

APL-APPSTORE_11473443

APL-APPSTORE_11473466

APL-APPSTORE_11473539

APL-APPSTORE_11473540

APL-APPSTORE_11474077

APL-APPSTORE_11474728

APL-APPSTORE_11477157

APL-APPSTORE_11477724

APL-APPSTORE_11477748

APL-APPSTORE_11477829

APL-APPSTORE_11477898

APL-APPSTORE_11478393

APL-APPSTORE_11478827

APL-EG_00138494

APL-EG_00312287

APL-EG_00532412

APL-EG_00982923

APL-EG_04806307

APL-EG_05451569

APL-EG_06156110

APL-EG_06216718

APL-EG_07994884

APL-EG_11500162

APL-FIG_00000520

APL-FIG_00004027

EPIC_00579538

Plaintiff Exhibit CX-0014

Plaintiff Exhibit CX-0015

Plaintiff Exhibit CX-0225

Plaintiff Exhibit CX-0266

Plaintiff Exhibit CX-0272

Plaintiff Exhibit CX-0274

Plaintiff Exhibit CX-0281

Plaintiff Exhibit CX-0291

Plaintiff Exhibit CX-0399

Plaintiff Exhibit CX-0464

Plaintiff Exhibit CX-0487

Plaintiff Exhibit CX-1104

Plaintiff Exhibit CX-1211

## ACADEMIC ARTICLES AND BOOKS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Amanda Starc and Thomas G. Wollmann, "Does Entry Remedy Collusion? Evidence from the Generic Prescription Drug Cartel." *American Economic Review* 115(5) (2025): 1400–1438.

Carlo Altomonte, Alessandro Barattieri, and Susanto Basu, "Average-cost pricing: Some evidence and implications," *European Economic Review* 79 (2015): 281-296.

Chi Bo Wong, "Perceptions of Customer Satisfaction, Switching Costs and Customer Retention: An Empirical Study of Basic and Advanced Internet Banking Users in Hong Kong," *Global Journal of Management and Business Research* 11(2) (February 2011).

Daniel Kahneman, Jack L. Knetsch, and Richard Thaler, "Fairness as a Constraint on Profit Seeking: Entitlements in the Market," *American Economic Review* 76(4) (Sept. 1986): 728-741.

Eric Maskin and Jean Tirole (1988), "A Theory of Dynamic Oligopoly, II: Price Competition, Kinked Demand Curves, and Edgeworth Cycles," *Econometrica* 56(3): 571-599.

Eric T. Anderson and Duncan I. Simester, "Price Stickiness and Customer Antagonism," *Quarterly Journal of Economics* 125(2) (2010): 729–765.

Erik Eyster, E., Kristof Madarász, K., & Pascal Michaillat, "Pricing under Fairness Concerns," *Journal of the European Economic Association* 19(3) (2021): 1853–1898.

Eytan Sheshinski and Yoram Weiss, "Inflation and Costs of Price Adjustment," *The Review of Economic Studies* 44(2) (1977): 287–303.

Joseph E. Stiglitz and Bruce C. Greenwald, *Creating a Learning Society*, (New York: Columbia University Press, 2014).

Kenneth J. Arrow, "Economic Welfare and the Allocation of Resources for Invention," in *The Rate and Direction of Inventive Activity: Economic and Social Factors*, (Princeton University Press, 1962), 609-626.

Lawrence J. Christiano, Martin Eichenbaum, and Charles L. Evans, "Nominal Rigidities and the Dynamic Effects of a Shock to Monetary Policy," *Journal of Political Economy* 113(1) (2005): 1–45.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-134.

Matias Covarrubias, Germán Gutiérrez, and Thomas Philipon, "From Good to Bad Concentration? U.S. Industries over the past 30 years," *NBER Macroeconomics Annual* 34 (2019).

Minh-Tri Ha, Minh-Tri, Giang-Do Nguyen, Giang-Do & Bao-Son Doan, "Understanding the mediating effect of switching costs on service value, quality, satisfaction, and loyalty," *Humanities and Social Sciences Communications* 10(288) (2023): 1-14.

Nicholas Bloom, Mirko Draca, and John Van Reenan, "Trade Induced Technical Change? The Impact of Chinese Imports on Innovation, IT and Productivity," *Review of Economic Studies* 83(1) (2016): 87–117.

Richard Gilbert, "Looking for Mr. Schumpeter: Where Are We in the Competition–Innovation Debate?" in *Innovation Policy and the Economy*, (The MIT Press, 2006), 159-215.

Stefano DellaVigna and Ulrike Malmendier, "Contract Design and Self-Control: Theory and Evidence," *Quarterly Journal of Economics* 119(2) (2004): 353-402.

Steven Berry, James Levinsohn, and Ariel Pakes, "Automobile Prices in Market Equilibrium." *Econometrica* 63(4) (1995): 841–890.

Timothy F. Bresnahan and Peter C. Reiss, "Entry and Competition in Concentrated Markets," *Journal of Political Economy* 99(5) (1991): 977-1009.

## PUBLICLY AVAILABLE MATERIALS

"About GetJar App Store and App Marketplace," *GetJar*, https://www.getjar.com/about.

"Airplay," *Apple*, https://www.apple.com/airplay/.

"App Review Guidelines," *Apple Developer*, https://developer.apple.com/app-store/review/guidelines/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"App Store Small Business Program," *Apple Developer*, https://developer.apple.com/app-store/small-business-program/.

"Apple announces App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/.

"Apple TV App and Universal Search Guide," *Apple*, https://help.apple.com/itc/tvpumcstyleguide/#/itca078eb36c.

"Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/.

"Apple, US developers agree to App Store updates that will support businesses and maintain a great experience for users," *Apple Newsroom*, August 26, 2021, https://www.apple.com/newsroom/2021/08/apple-us-developers-agree-to-app-store-updates/.

"Auto-renewable subscriptions," *Apple Developer*, https://developer.apple.com/app-store/subscriptions/.

"Cameron, et al. v. Apple Inc.," *Small App Developer Assistance*, https://www.smallappdeveloperassistance.com/.

"Clash of Clans – Release Details," *Gamespot.com*, https://gamefaqs.gamespot.com/iphone/678942-clash-of-clans/data.

"Clash of Clans and Clash Royale Are Now Officially Available on PC!" *Supercell*, October 22, 2023, https://supercell.com/en/news/clash-games-live-on-pc/.

"Definition tvOS," *TechTarget,* December 5, 2022, https://www.techtarget.com/searchmobilecomputing/definition/tvOS.

"Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Developers see a world of possibilities with new App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/developers-see-a-world-of-possibilities-with-new-app-store-small-business-program/.

"Download F-Droid (free) for Android, APK and Web App | Gizmodo," *Gizmodo*, https://gizmodo.com/download/f-droid.

"Family Sharing," *Apple*, https://www.apple.com/family-sharing/.

"Fortnite FAQ | Answers For Your Fortnite Questions," *Epic Games*, May 20, 2025, https://www.fortnite.com/faq?lang=en-US.

"Frequently asked questions about Samsung accounts," *Samsung*, https://www.samsung.com/us/support/answer/ANS00089722/.

"Game Pass on Your Favorite Devices," *Xbox*, https://www.xbox.com/en-US/xbox-game-pass/supported-devices.

"Get started with News on iPhone," *Apple Support*, https://support.apple.com/guide/iphone/get-started-with-news-iph0a16d1e29/ios.

"Google Play Help: Reinstall & re-enable apps," *Google*, https://support.google.com/googleplay/answer/113410?hl=en&co=GENIE.Platform%3DAndroid

"How do I get my Fortnite, Fall Guys, or Rocket League progress to sync across all of my devices?" *Epic Games*, https://www.epicgames.com/help/en-US/c-Category_EpicAccount/c-ConnectedAccounts/how-do-i-get-my-fortnite-fall-guys-or-rocket-league-progress-to-sync-across-all-of-my-devices-a000094355.

"How Does Uber Work?," *Uber*, https://help.uber.com/en/riders/article/how-does-uber-work?nodeId=738d1ff7-5fe0-4383-b34c-4a2480efd71e.

"How to check my purchase history and update apps in the Galaxy Store," *Samsung*, April 13, 2023, https://www.samsung.com/ca/support/apps-services/how-to-check-my-purchase-history-and-update-apps-in-the-galaxy-store/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"How to create a Samsung account," *Samsung*, November 25, 2022,
https://www.samsung.com/ph/support/mobile-devices/how-to-create-a-samsung-account/.

"Huawei AppGallery," *Huawei*, https://consumer.huawei.com/uk/campaign/appgallery-faq.

"Intro to single sign-on with Apple devices," *Apple Support*, https://support.apple.com/en-ca/guide/deployment/depfdbf18f55/web.

"Introducing the News Partner Program," *Apple Developer*, https://developer.apple.com/apple-news/program/.

"Sheree Chang," *LinkedIn*, https://www.linkedin.com/in/shereechang/.

"Siri," *Apple*, https://www.apple.com/siri/.

"SlideMe - CNET Download," *CNET*, https://download.cnet.com/developer/slideme/i-10064464/.

"Steam Support: Steam Account Use," *Valve Corporation*,
https://help.steampowered.com/en/faqs/view/71EA-CDCE-FB5C-82B3.

"Target: Expect More. Pay Less." *Target*, https://www.target.com/.

"Two-Sided Markets," *Organisation for Economic Co-operation and Development*, Series Roundtables on Competition Policy No. 97, December 17, 2009,
https://www.oecd.org/en/publications/two-sided-markets_1ab6f5f3-en.html.

"Understanding recommendations on Spotify," *Spotify*,
https://www.spotify.com/us/safetyandprivacy/understanding-recommendations.

"Update your app," *Apple Developer*, https://developer.apple.com/help/app-store-connect/update-your-app/create-a-new-version.

"Video-on-Demand brand rankings in the U.S." *Statista*, June 2023,
https://www.statista.com/insights/consumer/brand-profiles/2/2/video-on-demand/united-states/#contentBox1.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"What is Aptoide TV?" *Aptoide*, https://en.aptoide.com/company/faq/what-is-aptoide-tv.

"Will I retain my Fortnite purchases and progress across Xbox, PlayStation, PC, Switch, and Mobile platforms?" *Epic Games*, https://www.epicgames.com/help/en-US/c-Category_Fortnite/c-Fortnite_Accounts/will-i-retain-my-fortnite-purchases-and-progress-across-xbox-playstation-pc-switch-and-mobile-platforms-a000084721.

"Won't let me buy premium," *Spotify Community*, May 30, 2016, https://community.spotify.com/t5/Accounts/Won-t-let-me-buy-premium/td-p/1356734.

Adam Speight, "Just Got Apple Music? Here's How to Keep Your Spotify Playlists," *Wired*, January 31, 2022, https://www.wired.com/story/apple-music-spotify-playlists/.

Adamya Sharma, "PSA: Starting today, you'll need a Samsung account to use the Galaxy Store," *Android Authority*, September 25, 2024, https://www.androidauthority.com/samsung-account-galaxy-store-access-3484730/.

Alex Baggott, "Every Apple App Store fee, explained: How much, for what, and when," *Apple Insider*, January 8, 2023, https://appleinsider.com/articles/23/01/08/the-cost-of-doing-business-apples-app-store-fees-explained.

Alexandra Twin, "KPIs: What Are Key Performance Indicators? Types and Examples," *Investopedia*, January 24, 2025, https://www.investopedia.com/terms/k/kpi.asp.

Andrew Webster, "Epic offers new direct payment in Fortnite on iOS and Android to get around app store fees," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366259/epic-fortnite-vbucks-mega-drop-discount-iphone-android.

David Katzmaier, "Apple TV gains 'zero sign-on' to ease subscription TV app access," *CNET*, June 4, 2018, https://www.cnet.com/tech/home-entertainment/apple-tv-gains-zero-sign-on-to-ease-subscription-tv-app-access/.

Dinkar Kamat, "Alternative app store by Amazon," *Amazon*, https://amazonappstore.en.softonic.com/android.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Eli Blumenthal, "Switching Phone Carriers in 2025: What to Know Before Changing Wireless Providers," *CNET*, January 5, 2025, https://www.cnet.com/tech/mobile/switching-cellphone-carriers/.

Gene Park, "No more 'Fortnite' on iPhone: Apple vs. Epic legal fight blocks future iOS game updates." *The Washington Post*, August 13, 2020, https://www.washingtonpost.com/video-games/2020/08/13/no-more-fortnite-iphone-apple-vs-epic-legal-fight-blocks-future-ios-game-updates/.

"Women's Fashion: Clothing, Shoes & Accessories," *H&M*, https://www2.hm.com/en_us/index.html.

Jack Nicas and Keith Collins, "How Apple's Apps Topped Rivals in the App Store it Controls," *The New York Times*, September 9, 2019, https://www.nytimes.com/interactive/2019/09/09/technology/apple-app-store-competition.html.

Jennifer Allen, "How to Turn Off Auto Renewal on iPhone," *Lifewire*, December 6, 2021, https://www.lifewire.com/turn-off-auto-renewal-iphone-4584235.

Joe Hindy, "10 best third-party app stores for Android," *Android Authority*, March 10. 2025, https://www.androidauthority.com/best-app-stores-936652/.

Joe Keeley, "Why I'll Never Use Another Game Subscription Service," *How To Geek*, June 9, 2024, https://www.howtogeek.com/why-i-dont-use-game-subscription-services/.

Julia Stoll, "Market shares of selected subscription video-on-demand (SVOD) services in the United States in 4th quarter 2024," *Statista*, March 26, 2025, https://www.statista.com/statistics/496011/usa-svod-to-tv-streaming-usage/.

Julia Stoll, "Most popular video streaming services in the United States as of September 2019, by mobile reach," *Statista*, May 20, 2025, https://www.statista.com/statistics/910895/us-most-popular-video-streaming-services-by-reach/.

Kathryn Pomroy, "Pros and Cons of Switching Banks," *Experian*, April 29, 2023, https://www.experian.com/blogs/ask-experian/pros-and-cons-of-switching-banks/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Kourtnee Jackson and Ty Pendlebury, "Best Streaming Services of 2025," *CNET*, April 30, 2025, https://www.cnet.com/tech/services-and-software/best-streaming-service/.

Lauren Goode, "Apple's new subscription offerings are now available to App Store developers," *The Verge*, September 2, 2016, https://www.theverge.com/2016/9/2/12774758/apple-developers-app-store-new-subscription-rules.

Lawrence J. White, "Market Power and Market Definition in Monopolization Cases: A Paradigm Is Missing," *U.S. Department of Justice*, January 24, 2007, https://www.justice.gov/archives/atr/market-power-and-market-definition-monopolization-cases-paradigm-missing-0.

Nick Statt, "Apple just kicked Fortnite off the App Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366438/apple-fortnite-ios-app-store-violations-epic-payments.

Pallavi Rao, "50 Years of Video Game Industry Revenues, by Platform," *Visual Capitalist*, December 31, 2023, https://www.visualcapitalist.com/video-game-industry-revenues-by-platform/.

Patrick Leu, "Most popular music streaming services in the United States in March 2018 and September 2019, by monthly users," *Statista*, May 20, 2025, https://www.statista.com/statistics/798125/most-popular-us-music-streaming-services-ranked-by-audience/.

Patrick Leu, "Online music services used most frequently in the United States as of January 2025," *Statista*, May 6, 2025, https://www.statista.com/statistics/816313/online-music-services-popular-usa/.

Patrick Leu, "Spotify - statistics & facts," *Statista*, https://www.statista.com/topics/2075/spotify/#topicOverview.

Sean Hollister, "Epic v. Google, explained," *The Verge*, November 5, 2023, https://www.theverge.com/23944251/epic-google-antitrust-trial-explainer-monopoly.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Sean Hollister, "Epic win: Jury decides Google has illegal monopoly in app store fight," *The Verge*, December, 11, 2023, https://www.theverge.com/23994174/epic-google-trial-jury-verdict-monopoly-google-play.

Sean Hollister, "Sweetheart Deals and Plastic Knives," *The Verge*, August 19, 2021, https://www.theverge.com/c/22611236/epic-v-apple-emails-project-liberty-app-store-schiller-sweeney-cook-jobs.

Sid Shuman, "UPDATE: Your guide to the all-new PlayStation Plus," *PlayStation.Blog*, May 23, 2022, https://blog.playstation.com/2022/05/23/your-guide-to-the-all-new-playstation-plus/.

Tripp Mickle, "Apple Dominates App Store Search Results, Thwarting Competitors," *The Wall Street Journal*, July 23, 2019, https://www.wsj.com/articles/apple-dominates-app-store-search-results-thwarting-competitors-11563897221.

Umair Bashir, "Spotify brand awareness, usage, popularity, loyalty, and buzz among digital music users in the United States in 2022," *Statista*, April 3, 2025, https://www.statista.com/forecasts/1328344/spotify-digital-music-brand-profile-in-the-united-states.

"Merger Guidelines," *U.S. Department of Justice and Federal Trade Commission*, December 18, 2023, https://www.ftc.gov/system/files/ftc_gov/pdf/2023_merger_guidelines_final_12.18.2023.pdf.

"View all Best Sellers," *Zara*, https://www.zara.com/us/en/woman-best-sellers-l5912.html?v1=2491343&regionGroupId=41.