# EXHIBIT 45

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**

# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | **No. 4:11-cv-06714-YGR**<br><br><br>**Hon. Yvonne Gonzalez Rogers** |

EXPERT REPORT OF
## JOSEPH E. STIGLITZ, PHD

**MARCH 7, 2025**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

CONTENTS

**I. Introduction** ..................................................................................................................1

    I.A. Qualifications ........................................................................................................1

    I.B. Assignment ...........................................................................................................4

    I.C. Summary of Opinions...........................................................................................5

**II. Industry Background** ...................................................................................................8

    II.A. iOS-Installed Mobile Devices ............................................................................8

    II.B. iOS Apps and In-App Content ..........................................................................12

    II.C. Apple's App Store and In-App Purchase ..........................................................15

        II.C.1. Apple's App Store Commissions .............................................................17

        II.C.2. Apple's Developer and Search Ads Fees ..................................................20

    II.D. Apple's Price Tiers............................................................................................22

**III. Apple's Alleged Anticompetitive Conduct**...............................................................28

    III.A. Apple's Restrictions Foreclose Nearly All Alternative Channels of iOS App Sales ...29

    III.B. Apple's App Review Guidelines Foreclose Nearly All Alternative In-App Purchase
        Payment Processing Solutions for In-App Content Sales ...............................................39

    III.C. Apple's Anti-Steering Provisions Insulate the App Store from Potential Competition
        Outside of the App Store ...............................................................................................43

**IV. Apple's Alleged Anticompetitive Conduct Has Harmed Consumers**..............................52

    IV.A. Apple's Anticompetitive Conduct Precluded Alternative Purchase Channels and
        Deprived Consumers of Choice.....................................................................................53

    IV.B. Apple's Anticompetitive Conduct Has Led Consumers to Pay Supracompetitive Prices
        for iOS Apps and In-App Content..................................................................................55

    IV.C. Apple's Anticompetitive Conduct Has Decreased Output, Reduced Quality, and
        Limited Innovation for iOS Apps and In-App Content....................................................58

        IV.C.1. The App Store's Supracompetitive Commission Rate .....................................58

        IV.C.2. Apple's Restrictions on Cloud Steaming Apps and Super Apps........................61

        IV.C.3. Apple's Price Tier Restrictions.....................................................................65

**V. Apple Has Durable Monopoly Power in the Sale of iOS Apps and In-App Content** .......74

    V.A. Direct Evidence of Apple's Significant Market Power or Monopoly Power ................75

        V.A.1. The App Store's Margins Are Substantial and Exceed Competitive Levels.......75

        V.A.2. The App Store Charges Supracompetitive Commissions....................................76

        V.A.3. Apple's Restrictive Contractual Terms with Developers Reduce the Value of the
            App Store.....................................................................................................77

    V.B. The Sale of iOS Apps and In-App Content in the U.S. Constitutes a Relevant Antitrust
        Market..........................................................................................................................79

V.B.1. A Hypothetical Monopolist Selling iOS Apps and In-App Content Could Profitably Impose a SSNIP ..................................................................................80

V.B.2. Non-iOS Apps Are Not Reasonable Substitutes for iOS Apps ..........................84

V.B.3. Web Apps Are Not Reasonable Substitutes for iOS Apps ...............................103

V.B.4. Progressive Web Apps Are Not Reasonable Substitutes for iOS Apps.............110

V.B.5. Jailbreaking Is Not a Reasonable Substitute for Installing Apps and Purchasing In-App Content Through the App Store.................................................................112

V.B.6. Enterprise Apps Installed on iOS Devices Are Not Reasonable Substitutes for iOS Apps and In-App Content ..................................................................................114

V.B.7. Purchasing In-App Content Outside of the App Store Is Not a Reasonable Substitute for Purchasing In-App Content Through the App Store .......................115

V.B.8. The Relevant Geographic Market Is the United States....................................118

V.C. Indirect Evidence of Apple's Monopoly Power...........................................................120

V.C.1. Apple's Share in the Relevant Antitrust Market Is Nearly 100 Percent ............120

V.C.2. Apple Has Established Significant Barriers to Entry into the Relevant Antitrust Market ...............................................................................................................121

**VI. Competition in the Foremarkets Is Insufficient To Discipline Apple's Monopoly Power in the Aftermarket** ........................................................................................................**122**

VI.A. Apple Has Market Power in the Smartphone Market................................................124

VI.A.1. Direct Evidence of Market Power .................................................................124

VI.A.2. Smartphones Sold in the U.S. Constitute a Relevant Antitrust Market ...........127

VI.A.3. Indirect Evidence of Market Power................................................................139

VI.B. Apple Has Market Power in the Tablet Market........................................................139

VI.B.1. Tablets Sold in the U.S. Constitute a Relevant Antitrust Market....................145

VI.B.2. Indirect Evidence of Market Power................................................................155

**VII. Consumers Face Information Frictions and Significant Switching Costs When Purchasing iOS Devices**..........................................................................................................**160**

VII.A. Consumers Cannot Accurately Predict the Costs of Using iOS Devices When Making Their Foremarket Purchasing Decisions ....................................................................161

VII.A.1. The Life-Cycle Cost of Using iOS Devices is Complex and Difficult to Calculate...........................................................................................................161

VII.A.2. The Landscape of Available iOS Apps and In-App Content Evolved Rapidly Over Time .......................................................................................................164

VII.A.3. Economic Evidence Suggests that Consumers Generally Fail to Accurately Forecast the Life-Cycle Costs of Using a Durable Good at the Time of Purchase172

VII.B. Consumers Are Not Aware of Apple's Challenged Conduct When Purchasing iOS Devices ...............................................................................................................177

VII.C. Consumers Cannot Easily Switch from an iOS Device to a Non-iOS Device..........179

**VIII. Apple's Conduct is Economically Equivalent to Anticompetitive Tying**..................**180**

VIII.A. The Smartphone and Tablet Markets as Tying Product Markets ............................181

VIII.B. The Sale of iOS Apps and In-App Content as the Tied Market...............................181

VIII.C. Apple's Conduct Forecloses Competition and Protects Its Monopoly Power in the Market for the Sale of iOS Apps and In-app Content ....................................................181

VIII.D. Apple Can Likely Increase Its Profits Through the Anticompetitive Tie................182

**IX. Analyzing the Apple App Store as a Two-Sided Platform Cannot Justify Its Anticompetitive Conduct** .......................................................................................................**184**

**Appendix A**.............................................................................................................................**188**

**Appendix B**.............................................................................................................................**189**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# I. Introduction

## I.A. Qualifications

1. I am a University Professor at Columbia University with joint appointments in the Faculty of Arts and Sciences (Department of Economics), the Graduate School of Business (Department of Finance), and the School of International and Public Affairs. Prior to assuming this position, I held professorships at Stanford University, Yale University, Princeton University, the Massachusetts Institute of Technology, and the University of Oxford, where I taught a wide variety of graduate and undergraduate courses in economics and finance. I received my Ph.D. in Economics from MIT in 1967.

2. Over the course of my career, I have published hundreds of peer-reviewed articles, written or edited more than 50 academic and popular books, testified several times before Congress, and written numerous opinion pieces for newspapers and magazines. My publications and research have extended into many different areas, including macroeconomics and monetary theory, development economics and trade theory, public and corporate finance, industrial organization and rural organization, welfare economics, and income and wealth distribution, many of which are germane to this case. Oxford University Press is in the process of publishing a six-volume set based on my research, Selected Works of Joseph E. Stiglitz. The first three volumes have been published.

3. I have received numerous fellowships and honors over my career. In 2001, I was awarded the Nobel Memorial Prize in Economics for my work on Information Economics. This work includes the study of how information asymmetries affect economic behavior, the determination of the conditions under which efficient sharing of risk occurs, and the economics of financial markets. In 1979, I was awarded the John Bates Clark Medal by the American Economic Association, given biennially to the economist under 40 who has made the most significant contribution to economics.[1]

---

[1] Since 2010, the John Bates Clark Medal has been awarded annually. "John Bates Clark Metal Winners," *Alfred P. Sloan Foundation*, https://sloan.org/fellowships/john-bates-clark-medal-winners.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

4. I was the founding editor of the *Journal of Economic Perspectives*. I have served or am currently serving on the Editorial Board of numerous journals, including *The Economists' Voice*, the *Journal of Globalization and Development*, the *World Bank Economic Review*, the *Journal of Public Economics*, the *American Economic Review*, the *Journal of Economic Theory*, *The Review of Industrial Organization*, *Managerial and Decision Economics*, *Energy Economics*, the *Review of Economic Design*, and the *Review of Economic Studies*.

5. I served as President of the International Economic Association from 2011–2014 and as President of the Eastern Economic Association in 2008. I also served as Vice President of the American Economic Association in 1985.

6. I have received more than 40 honorary degrees, and have received awards from foreign governments, including the Legion of Honor from France. I have also been elected to numerous academic and scientific societies in the United States and abroad, including the National Academy of Sciences, the Royal Society, the American Academy of Arts and Sciences, the American Philosophical Society, and the British Academy. In 2011, *Time Magazine* included me on their Time 100 list as one of the 100 most influential people in the world.

7. From 1993 to 1997, I served as a member of President Clinton's Council of Economic Advisers, and from 1995 to 1997, as Chairman of the Council and a member of the President's Cabinet. As Chairman and Cabinet Member, I was heavily involved in formulating fiscal policy, sustainable economic policies, financial sector regulation and banking policy, and coordinating policy with the U.S. Treasury.

8. From 1997 to 2000, I served as Chief Economist and Senior Vice President of the World Bank, in which capacity I had the responsibility of advising countries around the world on the design of fiscal, tax, and monetary policies, competition policies, sustainable economic policies, intellectual property regimes, financial regulations, and trade policy.

9. I have served or am serving currently on many commissions and advisory committees addressing a myriad of economic policy issues, both in the U.S. and abroad, including the CFTC-SEC Advisory Committee on Emerging Regulatory Issues, the International Labour Organization

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

World Commission on the Social Dimensions of Globalization, the High Level Panel of the African Development Bank, and the Economic Advisory Panel in South Africa.

10. At the behest of the President of the General Assembly of the United Nations ("U.N."), I served as Chair of the Commission of Experts on Reforms of the International Monetary and Financial System, to review the workings of the global financial system in the wake of the 2008 economic crisis and suggest steps for U.N. member states to secure a sustainable economic future. Our final report was published in September 2009. In addition, I was appointed President of the Commission on the Measurement of Economic Performance and Social Progress by President Sarkozy of France, in 2008. This commission was formed to consider flaws in traditional macroeconomic indicators measuring economic performance and social progress and consider what might be the more relevant metrics. Our final report was released in September 2009.

11. In 2000, I founded the Initiative for Policy Dialogue, for which I continue to serve as President. The Initiative for Policy Dialogue is a global network of academics and practitioners seeking to enhance democratic processes for decision-making in developing countries. I also served as Co-Chair of the High-Level Expert Group on the Measurement of Economic Performance and Social Progress, Organisation for Economic Co-operation and Development ("OECD"). I am also the Chief Economist of, and a Senior Fellow at, the Roosevelt Institute.

12. Previously, I served as Chair of the Management Board at the Brooks World Poverty Institute at the University of Manchester, on the Board of Trustees of Amherst College, my undergraduate *alma mater*, and as Co-Chair of Columbia University's Committee on Global Thought.

13. I have provided expert testimony in various fora throughout the United States, and before foreign courts and international tribunals. I have submitted amicus curiae briefs before the Supreme Court of the United States and before U.S. Circuit Courts of Appeal. My expert testimonies have related broadly to financial markets and derivatives, taxes, antitrust and competition, patent enforcement, and public interest generally (*e.g.*, promotion of efficiency and/or minimization of welfare costs). I have also offered testimony regarding environmental economics.

14. My curriculum vitae, which provides more details of my qualifications, including a list of my publications, is attached as Appendix A. Appendix A also contains a list of my previous expert

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

testimony within the last four years. Appendix B lists the documents that I, and staff from The Brattle Group working under my direction, relied upon in preparing this report.

15. I am being compensated for my work on this case at my standard rate of $2,200 to $2,500 per hour. My compensation is not contingent upon my findings or on the result of this proceeding and I have no present or intended financial interest in the outcome of this matter. My work in this matter is ongoing, and I reserve the right to modify or supplement my conclusions as additional information is made available to me, or as I perform further analysis. If I am called upon to testify, I may prepare demonstrative aids, such as graphs, charts, or tables.

## I.B. Assignment

16. I was retained by Counsel for Plaintiffs ("Counsel") to perform economic analysis and provide expert testimony in the above captioned consumer class action against Apple Inc. ("Apple") regarding the sale of iOS software applications and in-app content. In this matter, the Plaintiffs allege Apple of monopolization and attempted monopolization of the aftermarket for iOS apps and in-app content in a manner that harmed both competition and consumers, directly in violation of Section 2 of the Sherman Act.[2]

17. Counsel has asked me to analyze economic evidence relating to key economic issues in this matter:

   a. *First,* evaluate and define the relevant antitrust markets for analyzing Apple's challenged conduct.

   b. *Second*, assess whether Apple possesses market power or monopoly power in the relevant antitrust markets.

   c. *Third*, analyze whether Apple's alleged misconduct enabled Apple to acquire and maintain its market power or monopoly power.

   d. *Fourth,* analyze whether consumers were harmed as a result of Apple's alleged misconduct.

---

[2] Stipulation and [Proposed] Third Amended Consolidated Class Action Complaint, *In re Apple iPhone Antitrust Litigation*, No. C 11-06714-YGR (N.D. Cal.), September 11, 2020, ECF No. 228 ("Third Amended Consolidated Complaint"), ¶ 19.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

e.  *Fifth,* address whether Apple's monopolization of the sale of apps and in-app content is necessary for the procompetitive justifications Apple put forward in the class certification stage of this case.

18.  I understand that the certified Consumer Class is defined as all persons in the United States who purchased one or more iOS apps from Apple, or who paid Apple for one or more in-app purchases, including, but not limited to, any subscription purchase, for use on an iOS mobile device ("iOS device") at any time since July 10, 2008 (the "Class Period").[3] The Class is limited to those persons who paid more than $10 in total to Apple during the Class Period for iOS apps and in-app purchases from any one Apple ID.[4]

19.  Throughout this report, I will use the terms "As-Is" or "As-Is world" to refer to the economic conditions consumers actually faced during the Class Period and the terms "But-For" or "But-For world" to refer to the economic conditions that consumers would have faced but for Apple's conduct the complaint in this case alleges to be anticompetitive.

## I.C. Summary of Opinions

20.  After analyzing the facts, documents, and data provided to me in this case, I have reached the following conclusions, the bases for which are explained in this report.

21.  Apple has used contractual and technological restrictions to acquire and maintain its monopoly power in the sale of iOS apps and in-app content. Apple's Developer Program License Agreement ("DPLA") and App Review Guidelines have nearly foreclosed all alternative channels of iOS app sales and third-party in-app payment solutions, while Apple's anti-steering provisions have effectively insulated the Apple App Store ("the App Store") from potential competition. In addition, Apple has imposed technological restrictions that prevent consumers from purchasing iOS apps or in-app content outside of the App Store. Furthermore, I understand

---

[3]  Order Denying Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz; and Granting Plaintiff's Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), February 2, 2024, ECF No. 789 ("Second Class Certification Order"), 2:9-13. For the purposes of this report, I have been instructed by Counsel to treat iPhones and iPads, but not the iPod Touch, as iOS devices.

[4]  Second Class Certification Order, 2:9-13.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

from other experts that Apple does not need to foreclose other distribution channels to maintain its current level of user security and privacy. Therefore, these restrictions cannot be justified by Apple's claims regarding security and privacy.

22. Apple has exploited its monopoly power in the sale of iOS apps and in-app content resulting in harm to consumers. First, the restrictions that Apple places on the sale of iOS apps and in-app content preclude rival app stores and iOS in-app payment solutions, depriving consumers of alternative ways of purchasing iOS apps and in-app content. Second, Apple's supracompetitive commission fee has led to higher iOS app and in-app content prices for consumers. Third, Apple's supracompetitive commission and the restrictions it imposes on certain types of apps have decreased output, reduced quality, and hindered innovations for iOS apps and in-app content. Fourth, Apple controls the prices developers can charge by imposing restrictive pricing tiers, which limits competition among iOS app developers and reduces the variety of products available to consumers. In the absence of Apple's alleged misconduct, there likely would have been more competing app stores and in-app payment solutions to drive down the commission rate charged to developers, and consequently, the prices paid by consumers. This competition also likely would have increased output, improved quality, and incentivized greater innovation for iOS apps and in-app content.

23. A consumer must have an iPhone or an iPad to use iOS apps or access in-app content in these apps. Thus, there would be no demand for iOS apps and in-app content if iOS devices were not available. Such situations have been analyzed in the context of a durable good, for which there may be goods or services that complement the durable good but are purchased after the consumer has invested in the durable good. The market for the durable good is referred to as a "foremarket," and the market for the goods and services that are subsequently purchased is referred to as an "aftermarket."[5] In this case, there are two relevant foremarkets: (1) the market

---

[5]    *See, e.g.,* Severin Borenstein, Jeffrey K. MacKie-Mason, and Janet Netz, "Antitrust Policy in Aftermarkets," *Antitrust Law Journal* 63(2) (1995): 455-482; Severin Borenstein, Jeffrey K. Mackie-Mason, and Janet S. Netz, "Exercising Market Power in Proprietary Aftermarkets," *Journal of Economics & Management Strategy* 9(3) (2000): 157-188; Lorenzo Coppi, "Aftermarket Monopolization: The Emerging Consensus in Economics," *The Antitrust Bulletin* 52(1) (2007): 53-71; Gregory T. Gundlach, "Aftermarkets, Systems, and Antitrust: A Primer," *The Antitrust Bulletin* 52(1) (2007): 17-29.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

for smartphones sold in the U.S. and (2) the market for tablets sold in the U.S. The sale of iOS apps and in-app content in the U.S. constitute the aftermarket derived from these foremarkets.

24. Apple possesses durable monopoly power in the aftermarket. This is demonstrated by the App Store's substantial and durable profit margins that exceed competitive levels, supracompetitive commission fees, and its ability to impose restrictive contractual terms on iOS app developers. Apple's near 100 percent market share in the relevant market and the existence of significant barriers that prevent market entry further demonstrate Apple's durable monopoly power.

25. Apple's monopoly power in the aftermarket is not constrained by competition in the foremarket. In fact, Apple has market power in the relevant smartphone and tablet foremarkets, which limits consumers' options when making their foremarket purchases. Apple's market power is demonstrated by its supracompetitive economic returns and substantial and durable profit margins in the smartphone market, as well as its high market shares protected by natural and artificial entry barriers in both smartphone and tablet markets.

26. Exacerbating the problem of constraining Apple's market power in the aftermarket through competition in the foremarkets are what might be called information frictions. When purchasing iOS devices, consumers are generally unaware of Apple's challenged conduct and face significant information costs that likely hinder their ability to accurately predict the life-cycle costs of using iOS devices. The costs of switching from an iOS mobile device to a non-iOS mobile device are significant, further enhancing Apple's ability to engage in monopolistic conduct in the aftermarket, regardless of whether it has market power in the relevant foremarket.

27. Apple forces all iOS mobile device buyers to purchase iOS apps and in-app content through the App Store, effectively tying the sale of iOS apps and in-app content to iOS devices in the foremarkets where Apple has market power. Through this conduct, Apple has leveraged its market power in the relevant smartphone and tablet markets to acquire and preserve monopoly power in the aftermarket by foreclosing competition and excluding rivals offering alternatives to the App Store. But-for this conduct, Apple likely would have faced vigorous competition in the sale of iOS apps and in-app content, leading to lower prices, higher output, and improved quality in the aftermarket.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

28. I understand that Apple argued during the class certification stage that the App Store should be analyzed as a two-sided transactions platform and that Apple would design its business model and set prices to ensure balanced participation from both consumers and developers in the presence of indirect network effects. However, even if the App Store is viewed as a two-sided platform, economic evidence indicates that Apple has monopolized both sides of the platform. Moreover, Apple exerts monopoly power on both sides of the platform, harming both consumers and developers. I thus conclude that two-sided market dynamics or cross-subsidization between the two sides of the platform cannot justify Apple's anticompetitive conduct.

## II. Industry Background

29. In this section, I provide an overview of the relevant background information that is a prerequisite for the analyses in my report. In Section II.A, I discuss the features of iOS-installed mobile devices, namely iPhones and iPads, which consumers need to have in order to access iOS apps and in-app content. In Section II.B, I describe the development history of iOS apps and in-app content, and the different ways developers can monetize iOS apps and in-app content. In Section II.C, I detail the methods through which the App Store can extract revenues, including the App Store commissions, the Apple Developer Program and Apple Developer Enterprise Program, and Search Ads. In Section II.D, I explain the limited set of prices enforced by Apple on developers in the App Store—namely the App Store price tiers.

### II.A. iOS-Installed Mobile Devices

30. Consumers interface with their smartphones through mobile operating systems, with iOS and Android being the two most widely used operating system platforms.[6] The iOS operating system, originally known as iPhone OS, was developed by Apple and launched in 2007 exclusively for the iPhone.[7] The Android operating system for mobile devices was developed starting in 2005

---

[6] "The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

[7] "The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

with Google's acquisition of Android Inc.[8] Starting in 2008, the operating systems were updated to include app stores—the Apple App Store and the Android Market (later named Google Play Store) respectively—to facilitate third-party mobile app distribution.[9] Both iOS and Android devices now come pre-installed with their respective app stores.[10]

31. The mobile devices relevant for this matter are the iPhone and iPad, both of which run on Apple's proprietary iOS operating system.[11] These devices cannot use a different operating system, and iOS is only available on Apple's mobile devices.[12] Likewise, apps developed for non-iOS devices cannot be used on Apple's iOS devices.[13]

32. Since the launch of the iOS devices, Apple has maintained "meticulous control over both hardware and software" through what Apple refers to as its "iOS ecosystem."[14] This has facilitated Apple's control of the software-hardware interactions for the integration of its devices.[15] In simple terms, Apple has designed its various devices (e.g., iPhones, iPads, Mac

---

[8] "The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

[9] "The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

[10] Joe Cason, "Introducing Every Single Pre-Installed App on the iPhone," *Make Use Of*, May 28, 2022, https://www.makeuseof.com/every-pre-installed-app-iphone/; "Find the Google Play Store App," *Google Play Help*, https://support.google.com/googleplay/answer/190860?hl=en.

[11] Third Amended Consolidated Complaint, ¶ 1. While the first generations of Apple's iPad functioned with Apple's mobile iOS, the same OS as the iPhone, since 2019 they run on iPadOS, a version of iOS system optimized for tablets. Abhishek Jariwala, "Everything Announced at the Apple WWDC 2019 Conference: iPadOS, Mac Pro, iOS 13, MacOS Catalina and More…" *True Tech*, June 4, 2019, https://true-tech.net/everything-announced-apple-wwdc-2019-conference-ipados-mac-pro-ios-13-macos-catalina/; *and* "iPadOS," *Apple*, accessed via Internet Archive Wayback Machine captured December 15, 2019, https://web.archive.org/web/20191215132752/https://www.apple.com/ipados/.

[12] Olga Knezevic, "Android vs iPhone security: which is safer?," *Norton*, June 28, 2024, https://us.norton.com/blog/mobile/android-vs-ios-which-is-more-secure.

[13] The only way to install non-iOS apps on iOS devices is through sideloading and/or jailbreaking. *See* David Nield, "How to Install Apps From Outside Your Phone's App Store," *Wired*, August 9, 2020, https://www.wired.com/story/install-apps-outside-app-store-sideload/. I discuss sideloading and jailbreaking in more detail in Section III.A.

[14] "The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04. Apple makes use of the term "iOS ecosystem" across several documents and external websites. *See, e.g*., APL-APPSTORE_09138243 at -243; "Planning your iOS App," *Apple Developer*, https://developer.apple.com/ios/planning/.

[15] Davonte Lee, "Apple Ecosystem Explained: Integration Across All Their Devices," *9 Meters*, November 2, 2024, https://9meters.com/technology/macbooks/apple-ecosystem-explained. *See also*, Deposition of Timothy

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

laptops and personal computers, Apple TV, Apple Watches, AirPods) with the intention to work better together than with similar products offered by rivals.[16]

33. What Apple refers to as the "iOS ecosystem" also allows for networking functions between Apple devices—app and in-app purchases, login credentials, and information like contacts, calendars, and photos are automatically shared across Apple devices. To support this, Apple has introduced several features such as iCloud for storing personal data, iCloud Keychain for managing passwords, location tracking, and Find My iPhone.[17] The close interaction between Apple's hardware, software, and third-party apps reinforces the interconnected nature of the iOS ecosystem.

34. The iPhone is widely regarded as Apple's flagship product.[18] The iPhone generates approximately 55 percent of Apple's total reported revenue from 2009 through 2023, whereas the iPad generates approximately 10 percent of Apple's total reported revenue from 2010 through 2023.[19] The iPhone has also been the central iOS device in generating App Store

---

Cook, Chief Executive Officer at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021 ("Cook Deposition, Volume 1"), 71:15-72:6. In the context of discussing Apple devices and the iOS ecosystem, Mr. Cook states: "And the fact is that they [Apple's devices] work together seamlessly. That's always our objective, is to make them work together."

[16] Cook Deposition, Volume 1, 71:15-72:6. Apple's products working better together than with similar products offered by competitors is also noted by consumer articles. *See* Barclay Sloan, "The Apple Ecosystem," *Medium*, May 10, 2020, https://medium.com/macoclock/the-apple-ecosystem-d75974d09f4b.

[17] Expert Report of Daniel L. McFadden in Support of Plaintiff's Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 1, 2021, ("McFadden 2021 Opening Report"), ¶ 74.

[18] Ahmed Sherif, "Apple – statistics & facts," *Statista*, January 20, 2025, https://www.statista.com/topics/847/apple/ ("[T]he iPhone remains Apple's flagship product[.]"); Jennifer Korn and Marie Barbier, "A look back at every iPhone ever," *CNN*, September 11, 2023, https://www.cnn.com/2023/09/11/tech/iphone-timeline/index.html ("The iPhone redefined the term 'cell phone.' Apple's trademark product revolutionized the mobile phone industry, shifting from flip phones and keyboards to large screens and powerful cameras. With 1.2 billion units reportedly sold, the iPhone is arguably the most popular tech device in the world."); Samuel Nyberg, "What will be Apple's most important product in ten years?" *Macworld*, November 24, 2021, https://www.macworld.com/article/678155/what-will-be-apples-most-important-product-in-ten-years.html ("The iPhone is the single most important reason why Apple became the money machine it is today. … That Apple's single most important product, which accounts for a large part of the company's revenue and which alone is big enough to form its own giant company…"); "Apple Reinvents the Phone with iPhone," *Apple Newsroom,* January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/. In this announcement, Apple's CEO Steve Jobs introduced the iPhone as "a revolutionary and magical product that is literally five years ahead of any other mobile phone." *See also*, APL-APPSTORE_10929922 at -922 ("Our record performance was fueled by iPhone[.]"); APL-EG_08927041 at -043 ("iPhone ... Rest of Products").

[19] *See* Expert Report of Ned S. Barnes, CPA, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Barnes Report"), Section II, Exhibits 22 and 23.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

revenues since its introduction in 2007 with 79 percent of revenues attributed to the iPhone between July 2008 and February 2024.[20] The iPad is of secondary yet still significant importance, accounting for 21 percent of the App Store revenues during the same period.[21] The iPhone is also considered the hub of Apple's ecosystem.[22] For example, users would need to have an iPhone, but not necessarily an iPad, to pair with the Apple Watch.[23]

35. Apple internal documents indicate that co-ownership rates between the two iOS devices are high—roughly 80 to 90 percent of iPad owners own an iPhone and roughly 55 to 65 percent of iPhone owners own an iPad.[24] That is, a majority of iPad owners also own an iPhone and vice versa. Industry reports identify the same phenomenon. For example, a Morgan Stanley report from 2017 finds that 64 percent of iPhone owners also own iPads.[25] Moreover, Apple cites both devices as having a significant "halo effect" where one iOS device purchase often leads to the purchase of the other.[26] Internal documents suggest that Apple values the iPad in particular "beyond simply the number of iPads sold in any given quarter," and views it as "a key door into the larger Apple ecosystem and experience."[27]

---

[20] "Apple Reinvents the Phone with iPhone," *Apple Newsroom*, January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/. Dr. Song estimates App Store gross revenues by device in his report. *See* Expert Report of Minjae Song, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025, ("Song 2025 Report"), Section II.B, Figure 9.

[21] Song 2025 Report, Section II.B., Figure 9.

[22] "Apple's Ecosystem: Uniting Devices for Seamless Connectivity and Enhanced User Experience," *Medium*, July 7, 2023, https://writewrap.medium.com/apples-ecosystem-uniting-devices-for-seamless-connectivity-and-enhanced-user-experience-bbb13ccb84db ("The iPhone is the central hub of Apple's ecosystem. It is the device that most people use to interact with the other products and services in the ecosystem.").

[23] "Set up your Apple Watch," *Apple*, February 28, 2025, https://support.apple.com/en-us/109015 ("To set up and use an Apple Watch, you need iPhone XS or later with iOS 18 or later"); Joseph Hansen, "Can you live with just Apple Watch and iPad (mini) with cellular?" *Medium*, December 17, 2024, https://joseph-m-hansen.medium.com/can-you-live-with-just-apple-watch-and-ipad-mini-with-cellular-8fbbd15de68d.

[24] *See* APL-EG_06384008 at -213; APL-APPSTORE_11109932 at -976; APL-APPSTORE_10339734 at -953. *See also*, APL-APPSTORE_10851575 at -595; APL-APPSTORE_11212908 at -3105; APL-EG_06411491 at -880.

[25] APL-APPSTORE_10851575 at -595. Other public sources reported the co-ownership rate to be even higher at around 80 percent. *See* "iPhone users drawn to iPad but not Mac or Apple's home devices, study finds," *Apple Insider*, August 26, 2021, https://appleinsider.com/articles/21/08/26/iphone-users-drawn-to-ipad-but-not-mac-or-apples-home-devices-study-finds#.

[26] *See, e.g.,* APL-EG_06218185; APL-EG_09278875 at -905.

[27] APL-EG_09278660 at -661.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## II.B. iOS Apps and In-App Content

36. In my report, I use the term "apps" to refer to native applications—applications that interface directly with a device's operating system, as opposed to requiring some form of middleware (such as a browser) that acts as an intermediary between the application and the operating system.[28] These applications allow users to fully realize the potential of smartphones over traditional cellphones. Native apps designed to run on iOS devices are referred to as "iOS apps." In the U.S., for iOS devices, all apps that are preinstalled or downloaded from the Apple App Store are native apps.[29]

37. I use the term "in-app content" to refer to digital content such as subscriptions or in-game items provided within iOS apps.[30] Apple defines four types of in-app content that developers can offer for in-app purchase:

- "Consumable content like lives or gems in a game. After purchase, consumable content depletes as people use it, and people can purchase it again.

- Non-consumable content like premium features in an app. Purchased non-consumable content doesn't expire.

- Auto-renewable subscriptions to virtual content, services, and premium features in your app on an ongoing basis. An auto-renewable subscription continues to automatically renew at the end of each subscription period until people choose to cancel it.

- Non-renewing subscriptions to a service or content that lasts for a limited time, like access to an in-game battle pass. People purchase a non-renewing subscription each time they want to extend their access to the service or content."[31]

---

[28] Technology Tutorial, *United States of America, et al. v. Apple, Inc.*, 2:24-cv-04055-JXN-LDW, (D.N.J.), November 7, 2024 ("Technology Tutorial"), 81:3-82:1.

[29] "Apps by Apple," *Apple*, https://www.apple.com/apps/. Note that apps listed by Apple are developed for iOS and do not require a web browser or any form of middleware to use. *See* Technology Tutorial, 82:17-82:25.

[30] "Buy additional app features with in-app purchases and subscriptions," *Apple Support*, https://support.apple.com/en-ca/108813.

[31] "In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

38. When Apple introduced its first iPhone in January 2007, it did not allow users to download third-party native apps.[32] The only native apps available on the iPhone during its infancy were first-party native apps written by Apple.[33] Instead, Steve Jobs advised developers to create web-based applications that would work through the Safari browser.[34] However, Apple soon abandoned this policy as native apps offered clear benefits to developers and consumers in terms of functionality, performance, and security.[35] In March 2008, Apple launched the software development kit ("SDK"), which enabled developers to create third-party native apps for

---

[32] Deposition of Eddy Cue, Senior Vice President of Services at Apple, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, 47:15-19, February 8, 2021 ("Cue Deposition"); "Apple Reinvents the Phone with iPhone," *Apple Newsroom*, January 30, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/; Scott Gilbertson, "Apple Opens The iPhone To Third Party Apps," *Wired*, October 17, 2007, https://www.wired.com/2007/10/apple-opens-the-iphone-to-third-party-apps/; Mark Coulstring, "iPhone History: From the Original iPhone to iPhone 16," *Seamgen*, October 1, 2024, https://www.seamgen.com/blog/iphone-history-original-iphone-to-current-iphone. First-party apps are developed and released by Apple, while third-party apps are created by developers outside of Apple. Certain first-party apps are "built-in" to iPhone and iPad, for example, Camera, Messages, Facetime, and Wallet. *See, e.g.,* "iPhone 7 – Technical Specifications," *Apple Support*, https://support.apple.com/en-us/111943; "Delete built-in Apple apps from your iPhone, iPad, or Apple Watch," *Apple Support*, https://support.apple.com/en-us/118582.

[33] Cue Deposition, 47:15-49:4.

[34] Mark Rogowsky, "App Store At 6: How Steve Jobs' Biggest Blunder Became One Of Apple's Greatest Strengths," *Forbes*, July 11, 2014, https://www.forbes.com/sites/markrogowsky/2014/07/11/app-store-at-6-how-steve-jobs-biggest-blunder-became-one-of-apples-greatest-strengths/ ("Jobs told developers back in 2007 that they could build software for the iPhone if they wanted, they should just do it inside the web browser."); "Apple makes Internet browser for Microsoft-based machines," *Sydney Morning Herald*, June 12, 2007, https://www.smh.com.au/national/apple-makes-internet-browser-for-microsoft-based-machines-20070612-gdqd5f.html ("Jobs said copies of Apple's Safari web browser software at the heart of the iPhone are available to developers who are free to create programs for it."). Apps that are developed to run on a web browser, rather than for a specific operating system or platform, are referred to as Progressive Web Apps ("PWAs"). *See* Jackie Train, "PWA vs Native App and how to choose between them," *Mage Store*, December 18, 2024, https://www.magestore.com/blog/pwa-vs-native-app-and-how-to-choose-between-them/.

[35] Deposition of Scott Forstall, Former Senior VP of iOS Software at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, March 8, 2021 ("Forstall Deposition, Volume 1"), 84:1-84:6 ("So even though there are arguments people can and did make for using web technologies as the sole way for third parties to build apps, my experience was very clear that those apps would not be as good as native apps, and I wanted to have the best possible apps in the platform we could."), and 85:1-9 ("Q. Fair to say that pretty quickly after the launch of the iPhone, it became pretty clear that there was huge demand from developers for the ability to build native apps for the iPhone? A. Yes. Q. And one of the ways that this became clear was that third party developers approached you and asked whether they could do that; is that right? A. Yes."). *See, e.g.*, an explanation of the benefits of native applications from Clearbridge Mobile, a mobile app developer that has worked with a number of Fortune 500 companies. "5 Key Benefits of Native Mobile App Development," *Clearbridge Mobile*, https://clearbridgemobile.com/benefits-of-native-mobile-app-development/. Internal Apple documents also suggest Apple recognized the superiority of native apps. *See* APL-EG_01832041 at -041.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iPhone.[36] A few months later, Apple introduced its iPhone 3G, and with it, the App Store, allowing users to search for and download third party native applications made for iOS devices.[37]

39. App developers monetize their apps using a variety of business models. A large number of apps are free to download and offer no in-app content for sale via the App Store. These apps may rely solely on advertising for revenue (like some social networking apps), enable the sale of "real-world" goods and services (like the ride-hailing app Lyft, the food delivery app DoorDash, or the online marketplace eBay), or they may be ancillary to the app provider's main business (for instance, apps provided by banks that allow customers to access services on their phone).[38]

40. App developers can monetize their apps directly through the App Store by charging an upfront price to download the app, or by selling in-app content to users who have already downloaded and installed their apps. When the App Store first launched in July 2008, in-app purchases were not available.[39] Users were unable to "pay to unlock different levels and functionality" within apps, limiting transactions only to when apps were installed by users.[40] Apple changed its policy and announced that it planned to allow in-app purchases only for paid apps in June 8, 2009.[41] This policy was later expanded to also include free apps on October 15, 2009.[42] In his report, Professor Song shows that free apps with in-app purchase functionalities have been the main

---

[36]  "Apple Announces iPhone 2.0 Software Beta," *Apple Newsroom*, March 6, 2008, https://www.apple.com/newsroom/2008/03/06Apple-Announces-iPhone-2-0-Software-Beta/. *See also*, APL-EG_00483489.

[37]  "Apple Introduces the New iPhone 3G," *Apple Newsroom*, June 9, 2008, https://www.apple.com/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/.

[38]  If iOS device users downloaded and used apps that are free and offer no in-app content for sale via the App Store, they are not part of the Consumer Class. *See* McFadden 2021 Opening Report, Section B for the definition of the Consumer Class.

[39]  APL-EG_09249976. *See also*, Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

[40]  "The App Store turns 10," *Apple Newsroom*, https://www.apple.com/newsroom/2018/07/app-store-turns-10/ ("With the introduction of in-app purchase (IAP) in 2009, customers could download an app and then pay to unlock different levels and functionality, allowing more people to experience new apps before committing to buying them.").

[41]  Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

[42]  *Ibid.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

source of the App Store revenues since 2012, accounting for 93 percent of all-time revenue within the App Store.[43]

## II.C. Apple's App Store and In-App Purchase

41. The App Store is an app store for iOS apps and in-app content developed and maintained by Apple.[44] The App Store allows users to browse, download, and purchase approved apps developed within Apple's iOS SDK.[45] Since its launch in July 2008, the number of iOS apps available on the App Store has generally increased over time.[46] In May 2023, Apple reported that the App Store offered "nearly 1.8 million" apps—more than 120 times the number of apps that were available at the end of 2008, and by 2024, the App Store offered over 1.8 million apps.[47]

42. Due to Apple's contractual and technological restrictions detailed in Section III.A, the App Store is the only channel available to developers for the sale of iOS apps, and hence, developers' only gateway to access iOS mobile device users.[48] The App Store is also the only viable venue through which iOS device users can download and install iOS apps.[49] The Apple Media Services

---

[43] Song 2025 Report, Section II.A.

[44] "App Store," *Apple*, https://www.apple.com/app-store/.

[45] "App Store," *Apple*, https://www.apple.com/app-store/. *See also*, "Develop – Apple Developer," *Apple*, https://developer.apple.com/develop/; "App Review Guidelines," *Apple Developer*, https://developer.apple.com/app-store/review/guidelines/.

[46] "App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/.

[47] "App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/; "2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

[48] APL-APPSTORE_00000055 at -081; APL-APPSTORE_09811613 at -624-625. *See also,* Jon Porter, "Apple is bringing sideloading and alternate app stores to the iPhone," *The Verge*, January 25, 2024, https://www.theverge.com/2024/1/25/24050200/apple-third-party-app-stores-allowed-iphone-ios-europe-digital-markets-act. The distribution of apps through alternative channels in the App Store was allowed only in the European Union since January 2024, with other regions continuing "Apple App Store's position as the sole distributor of iPhone apps."

[49] This is true for iOS devices that are not "jailbroken." "Jailbreaking" is a process through which an iOS mobile device user can acquire apps through distribution channels other than the App Store. Jailbreaking is very uncommon, is done by only the most sophisticated iOS mobile device users and is *strongly* disincentivized by Apple. *See* Deposition of Matthew Fischer, Vice President of Worldwide App Appstore and Apple Arcade at Apple, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 7, 2021, ("Fischer Deposition, Volume 2"), 247:15-22 ("Q… First, is there anyplace that you know of where a -- where a customer

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Terms and Conditions, which governs the use of Apple's services, including the App Store, requires users to consent to accessing the App Store and other services exclusively through unmodified Apple software and prohibits users from tampering with Apple's security technologies, effectively banning practices like unlocking iPhones to install native apps outside of the App Store, also commonly known as "jailbreaking."[50] Furthermore, as I discuss in Section V.B.5, Apple's end-user software license agreement also prohibits unauthorized modifications to iOS (i.e., jailbreaking).[51]

43. Apple also requires that nearly all transactions on the App Store utilize its own payment processing system, termed "In-App Purchase" or "IAP." IAP was launched in 2009 to facilitate in-app purchases of digital content; it serves as the payment processing solution for all in-app transactions on the App Store in the US.[52] A "payment processing solution," which I use interchangeably with "payment system" and "payment solution," is a method that allows merchants to process a transaction, much like a cash register or card reader in a physical store: users enter their form of payment, receive authorization to make a purchase, and the merchant (in

---

can download an app, download an app on to one of those devices in the ecosystem that we talked about, except the App Store? … THE WITNESS: That is -- that is possible on the Mac, but not on the other devices that we've discussed."); Deposition of Ron Okamoto, Head of Developer Relations at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 16, 2020, 72:8-12 ("Q… The consumers cannot download any iOS Apps from any other forum other than the App Store and we're excluding jailbreaking and web browsers such as the Safari application. A. Yes."); Forstall Deposition, Volume 1, 89:11-25 (THE WITNESS: The danger with jailbreaking is, it breaks down, depending on how it's done, potentially all of the consumer protections build into the operating systems ... it has the very dangerous and significant downsides for consumers of opening their phone up to potential viruses or malware").

50 "You may access our Services only using Apple's software, and may not modify or use modified versions of such software." Note that Apple's definition of "Services" includes the App Store. *See* "Apple Media Services Terms and Conditions," *Apple*, https://www.apple.com/legal/internet-services/itunes/. Note that jailbreaking requires "gaining unauthorized root access to the operating system by modifying the iOS." *See* "iPhone Jailbreaking," *MalwareBytes*, https://www.malwarebytes.com/iphone-jailbreaking ("You may not tamper with or circumvent any security technology included with the Services or Content."). Apple's definition of "Content" includes apps and in-app services. *See* "Apple Media Services Terms and Conditions," *Apple*, https://www.apple.com/legal/internet-services/itunes/.

51 "Unauthorized modification of iOS," *Apple Support*, https://support.apple.com/en-us/guide/iphone/iph9385bb26a/ios ("Unauthorized modifications to iOS (also known as 'jailbreaking') bypass security features and can cause numerous issues such as security vulnerabilities, instability, and shortened battery life to the hacked iPhone. … [U]nauthorized modification of iOS is a violation of the iOS and iPadOS Software License Agreement and because of this, Apple may deny service for an iPhone that has any unauthorized software installed").

52 "The App Store turns 10," *Apple Newsroom*, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

this case, the app developer) receives funds in exchange for the digital content.[53] A wide variety of payment solutions exist, most notably PayPal and Stripe. Apple, however, through its Developer Program License Agreement and later through its App Store Review Guidelines, requires the majority of developers to utilize IAP on the App Store for the sale of iOS apps and in-app content.[54] This requirement allows Apple to maintain control over all in-app transactions and ensures that app developers pay Apple's commission fees.[55]

### II.C.1. Apple's App Store Commissions

44. Apple charges a commission on all purchases of iOS apps and in-app content through the App Store.[56] Generally, Apple collects 30 percent of every app purchase or IAP transaction, with a few exceptions listed below.

---

[53] "Payment processing explained: What it is and how it works," *Stripe*, July 10, 2023, https://stripe.com/en-ca/resources/more/payment-processing-explained.

[54] For an example of a more recent version of the App Store Review Guidelines, *see* APL-APPSTORE_10745991 at -6000 ("If you want to unlock features or functionality within your app, (by way of example: subscriptions, in-game currencies, game levels, access to premium content, or unlocking a full version), you must use in-app purchase. Apps may not use their own mechanisms to unlock content or functionality, such as license keys, augmented reality markers, QR codes, etc. Apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase."). *See also,* APL-APPSTORE_00207407 ("June 2009 In App Purchase introduced with iOS3.0."); APL-APPSTORE_00493726 at -735, Section 3.3.17; APL-APPSTORE_02085400 at -408, Section 3.3.17; APL-APPSTORE_00235423 at -431, Section 3.3.19.

Note also that there are some limited exceptions to the IAP requirement. First, as described in more detail in Section II.C.1, Apple permits video streaming apps like Amazon Prime and Disney+ to utilize alternative payment processors for in-app transactions for existing customers. Those customers can be billed using their original payment method for additional video transactions within the app, bypassing Apple's IAP. However, Apple specifies that the app must also support IAP and new customers who sign up for the service within the app must use IAP. "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/. Second, sales of *physical* goods and services like handmade crafts or grocery delivery are required to use an alternative to IAP as their payment solution. *See* "App Review Guidelines," *Apple Developer*, https://developer.apple.com/app-store/review/guidelines/#payments.

[55] Trial Testimony of Tim Cook, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 21, 2021, 3863:18-3864:2 ("Q. What is IAP's role with respect to the commission? A. IAP helps Apple efficiently collect the commission. The commission is for a number of different things, from developer tools to the APIs and to the customer service that's provided. And one of those things is obviously the payment processing itself. But all of these things, it enables Apple to efficiently do it. If not for IAP, we would have to come up with another system to invoice developers, which I -- I think would be a mess").

[56] The App Store has multiple sources of revenue, which includes commissions from IAP transactions and sales of apps, Search Ads, and Developer Fees. *See* Deposition of Philip Schiller, Apple Fellow, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 11, 2021, ("Schiller Deposition, Volume 1"), 96:4-103:20. Dr. Song has estimated developer fees, by multiplying $99 by the number of app developers in the App Store transactions data, to be approximately ███████ of the App Store commission revenues during the period of July 2008 to February 2024. *See* Song 2025 Report, Section II.B. and Appendix C.1.

---

Written Evidence of Joseph E. Stiglitz, PHD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Starting in June 2016, Apple reduced its commission on subscription renewals after one year to 15 percent.[57]

- Starting in 2016, Apple has allowed certain "premium subscription video entertainment providers" to pay a reduced commission fee of 15 percent on sales generated from "customers who sign up using Apple's in-app purchase system[.]"[58] This commission reduction program has been dubbed the "Apple Video Partner Program" and participants as of Fall 2020 included Amazon Prime Video, HBO Max and Disney+.[59] Apple mandates several eligibility requirements for this program, which includes availability on iOS, Siri integration, and AirPlay support.[60] Apple also gave these providers the ability to allow customers who initially purchased the subscription outside of the app using the provider's own payment method to continue using that payment method for "additional video transactions within the app."[61]

---

[57] Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

[58] "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/.

[59] "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/.Participants in September 2018 included Hulu, Canal, Amazon, and Fubo. *See* APL-APPSTORE_07614902 at -904 ("Don't we already have the commit from Hulu, Canal, Amazon, Fubo for this?").

[60] *Ibid.* The full list of eligibility requirements for the Apple Video Partner Program is listed. "Siri integration" refers to the integration of Siri within the steaming provider's iOS app. *See* "Siri for Developers," *Apple Developers*, https://developer.apple.com/siri/. "AirPlay Support" refers to the ability of the streaming provider's iOS app to function with Apple's AirPlay function, which allows wireless sharing between Apple TV and other Apple devices. *See* "AirPlay," *Apple*, https://www.apple.com/airplay/.

[61] "Apple Video Partner Program," *Apple*, https://developer.apple.com/programs/video-partner/. For example, "[u]sers who have already subscribed to Amazon Prime directly will use Amazon's payment system when purchasing or renting items through the Apple TV or iPhone/iPad Amazon Prime app. Customers who don't have a payment method on file with Amazon directly will automatically be pushed to Apple's in-app purchasing system instead." In other words, Amazon's existing customers can rent or buy movies on the Prime app using their iPhone or iPad without ever using the IAP. New customers, however, who did not have a pre-existing Amazon Prime account and do not have their payment information saved with Amazon, will be directed to IAP. *See* Jesse Hollington, "Apple Finally Explains Its 'Video Partner Program' Deal with Amazon Prime (Here's How it Works)," *iDrop News*, September 25, 2020, https://www.idropnews.com/news/apple-shares-details-on-its-video-partner-program-deal-with-amazon-prime-and-other-providers-heres-how-it-works/143942/. *See also,* Trial Testimony of Philip Schiller, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 17, 2021, 2807:5-15 ("Q. And are there any circumstances where Video Partner Program participants are not required to use IAP? A. Yes. Q. And what are those circumstances? A. When working with a number of these partners and in particular some of the cable providers that were going digital, they had existing movie rental businesses with an install base of customers, and they asked if they could maintain those existing relationships as they moved over to digital distribution, so that,s included as part of the Video Partner Program as well.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Starting in January 2021, small developers with annual App Store post-commission revenues below $1 million can apply to pay a reduced commission fee of 15 percent.[62] The change seemingly was not spurred by competition, but was characterized by Apple CEO Tim Cook as being motivated by a concern for small businesses, especially in the context of the COVID-19 pandemic.[63] The policy was made permanent to continue even after the pandemic.[64]

- Starting in August 2021, Apple made the News Partner Program available to news publications that provide their content to Apple News.[65] In exchange for working with Apple News, news publishers were offered a commission rate of 15 percent on in-app purchase subscriptions from day one.[66]

---

[62]  "Apple announces App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/.

[63]  Trial Testimony of Tim Cook, *Epic Games, Inc. v. Apple, Inc.*,   No. C-20-5640 YGR, May 21, 2021, 3992:4-17.

> THE COURT: The issue with the $1 million Small Business Program, at least from what I've seen thus far, that really wasn't the result of competition. That seemed to be a result of the pressure that you're feeling from investigations, from lawsuits, not competition.

> THE WITNESS: It was the result of -- of feeling like we should do from a COVID point of view, and then electing to, instead of doing something very temporary, just do something permanent.  And of course we had those things -- the lawsuits and all the rest of the stuff in the back of my head, but the thing that triggered it was we were very worried about small business.

> THE COURT: Okay. But it wasn't competition.

[64]  *Ibid.*

[65]  "Introducing the News Partner Program," *Apple Developer*, August 26, 2021, https://developer.apple.com/news/?id=k6kk0gnr.

[66]  "Introducing the News Partner Program," *Apple Developer*, https://developer.apple.com/apple-news/program/. Before the release of the News Partner Program, major US news publishers were discontent with what they viewed as unfavorable terms. This culminated in Digital Content Next, an organization which includes *The New York Times* and *The Washington Post*, sending a letter to Tim Cook, CEO of Apple, requesting for a reduced rate and *The New York Times* pulling out of Apple News in June 2020. *See* Nick Statt, "Major news publishers ask Apple what can get them an App Store deal like Amazon's," *The Verge*, August 20, 2020, https://www.theverge.com/2020/8/20/21378156/apple-news-publishers-subscription-deal-app-store-cut-terms-amazon-letter; Kellen Browning, Jack Nicas, "The New York Times Pulls Out of Apple News," *The New York Times*, June 29, 2020, https://www.nytimes.com/2020/06/29/technology/new-york-times-apple-news-app.html. *The New York Times* later re-partnered with Apple News, but only offered its sports news on Apple News. *See* Todd Spangler, "Apple News+ Adds New York Times' The Athletic Sports Content – but Newspaper's Other Articles Are still Unavailable in the App," *The Variety*, December 19, 2023, https://variety.com/2023/digital/news/apple-news-plus-new-york-times-athletic-sports-1235844012/.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

45. Apple internally records quarterly worldwide revenues earned from App Store.[67] These documents show that worldwide net revenues for the App Store have exceeded $1 billion since Q1 2015 and has grown to $4.5 billion in Q2 2020.[68] These documents additionally record other financial metrics of the App Store such as costs of sales and gross margins.

### II.C.2. Apple's Developer and Search Ads Fees

46. In addition to the App Store commissions, Apple collects a relatively small amount of revenue from a fixed $99 annual fee charged to developers for its Apple Developer Program.[69] Apple also charges organizations seeking to deploy internal-use apps $299 per year for its Apple Developer Enterprise Program.[70]

47. I have not found documents providing information on the App Store's revenues attributable to the fixed annual fee separately from the App Store commissions.[71] Dr. Song has estimated developer fees collected through the Apple Developer Program, by multiplying $99 by the number of app developers in the App Store transactions data, to be approximately ███ of the App Store commission revenues during the period of July 2008 to February 2024.[72]

48. In addition, Apple collects fees from developers to promote their apps through its "Search Ads system." Introduced in September 2016, Search Ads allows developers to pay to have their apps listed at the top of the results screen after a user searches for certain terms in the App Store.[73] Initially, Apple Search Ads operated using a cost-per-tap ("CPT") model, which charged

---

[67]  APL-APPSTORE_10340797; APL-APPSTORE_08856864. I am not aware of any documents in which Apple reports U.S. only App Store net revenues. Dr. Song estimates U.S. only App Store gross revenues, as well as the gross revenues earned exclusively by commissions, in his report. *See* Song 2025 Report, Section II.B., Figure 9.

[68]  APL-APPSTORE_10340797.

[69]  "Choosing a Membership," *Apple Developer*, https://developer.apple.com/support/compare-memberships/ ("Membership includes access to beta OS releases, advanced app capabilities, and tools needed to develop, test, and distribute apps and Safari Extensions.").

[70]  "Apple Developer Enterprise Program," *Apple Developer*, https://developer.apple.com/programs/enterprise/.

[71]  I understand from Dr. Song that the App Store transactions data do not include Apple's revenues attributable to the annual developer fees.

[72]  *See* Song 2025 Report, Section II.B. and Appendix C.1.

[73]  APL-APPSTORE_10195170; "Search Ads Now Available," *Apple Developer*, September 28, 2016, https://developer.apple.com/news/?id=09282016a.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

developers every time an ad was tapped by a user on the App Store.[74] In December 2017, Apple expanded the program to include a secondary cost-per-install ("CPI") model, which charged developers per installation as a result of the ad.[75] The CPT model was branded as Search Ads Advanced, while the CPI model was branded as Search Ads Basic, with the latter created for smaller developers.[76]

49. In Search Ads Advanced, developers select search "keywords and audiences" and place a bid for the highest CPT value they would be willing to pay each time an App Store user taps on their sponsored ad.[77] The actual price paid is determined by the second highest bid (i.e., a second-price auction).[78] The ads continue to run based on the daily budget set by the developer for the ad campaign unless it is paused, removed or the specified end date has been reached.[79] Search Ads Basic is a simplified, largely automated version of Search Ads Advanced. Developers enter a maximum CPI they are willing to pay, and "[i]ntelligent automation matches [their] ad to interested users" to maximize their results.[80] Search Ads Basic targets smaller developers by limiting monthly budgets to $10,000 per app per month and offering a smaller suite of functionalities, such as the number of apps a developer can promote or ability to choose keywords for search results.[81]

---

[74] Sarah Perez, "Apple introduces a new pay-per-install ad product called Search Ads Basic," *TechCrunch*, December 5, 2017, https://techcrunch.com/2017/12/05/apple-introduces-a-new-pay-per-install-ad-product-called-search-ads-basic/ ("[About Search Ads Advanced] Developers paid for these ad placements when users tapped on them."); "Compare Apple Search Ads solutions," *Apple Ads*, https://ads.apple.com/app-store/help/apple-search-ads-basic/0001-compare-apple-search-ads-solutions.

[75] APL-APPSTORE_05442596; Sarah Perez, "Apple introduces a new pay-per-install ad product called Search Ads Basic," *TechCrunch*, December 5, 2017, https://techcrunch.com/2017/12/05/apple-introduces-a-new-pay-per-install-ad-product-called-search-ads-basic/ ("In this case, developers aren't paying for taps, but for actual app installations as a result of the ad").

[76] Sarah Perez, "Apple's Search Ads expand to six more markets in Europe and Asia," *TechCrunch*, July 25, 2018, https://techcrunch.com/2018/07/25/apples-search-ads-expand-to-six-more-markets-in-europe-and-asia/; "Compare Apple Search Ads solutions," *Apple Ads*, https://ads.apple.com/app-store/help/apple-search-ads-basic/0001-compare-apple-search-ads-solutions.

[77] APL-APPSTORE_10175693 at -697-698.

[78] APL-APPSTORE_10175693 at -698.

[79] "Create campaigns," *Apple Search Ads*, https://searchads.apple.com/help/campaigns/0005-create-campaigns.

[80] APL-APPSTORE_10175693 at -697.

[81] APL-APPSTORE_10175693 at -697; "Compare Apple Search Ads solutions," Apple Ads, https://ads.apple.com/app-store/help/apple-search-ads-basic/0001-compare-apple-search-ads-solutions.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

50. Apple tracks the performance of its Search Ads business in weekly summary reports circulated internally.[82] According to these reports, Search Ads revenues in the U.S. were approximately $561 million in Apple's fiscal year of 2018, equal to 16 percent of Apple's revenues from the App Store commissions over the same timeframe.[83]

## II.D. Apple's Price Tiers

51. To offer paid apps or in-app content on the App Store, developers must accept the Paid Apps Agreement.[84] This agreement specifies that all apps must be sold "at prices identified in a price tier and […] from the pricing schedule set forth in the App Store Connect tool, which may be updated from time to time by Apple."[85] Each of Apple's price tiers contain one price for every currency associated with the territories in which the App Store operates.[86] When a developer chooses a price tier at which to offer their paid app or in-app content on the App Store, they are

---

[82] *See, e.g.*, APL-APPSTORE_09530758, the "Search Ads Weekly Business Review" for week 13 of Apple's fiscal fourth quarter of 2018.

[83] Search Ads revenues (reported in thousands of dollars, as indicated by "(K)") from APL-APPSTORE_09653606 at -608 (Q1 2018 Week 13, "Q1 Actuals to Date (K) $138,381"); APL-APPSTORE_09654412 at -414 (Q2 2018 Week 13, "Q2 Actuals to Date (K) $156,297"); APL-APPSTORE_09654616 at -618 (Q3 2018 Week 12, "Q3 Actuals to Date (K) $143,097"); APL-APPSTORE_09530758 at -760 (Q4 2018 Week 13, "Q4 Actuals to Date (K) $123,163"). The report APL-APPSTORE_09654616 is from week 12 of Q3, so I am missing 1 week of search ads revenue for the quarter and am using the actual, rather than forecasted revenue, to be conservative. All others are from the final week of the quarter, and so I use the actual revenue as reported. App Store commission revenues are calculated as gross revenue – royalties for the months October 2017 through to September 2018 from the App Store transactions data produced via hard drive January 15, 2021, APL-APPSTORE_10334265, aligning with Apple's fiscal year. *See* Song 2025 Report, Figure 8, Appendix C, Workpaper Average Commission by Genre. $561 million in Search Ads revenue / $3,472.9 million in App Store commission revenues = 16%.

[84] "Manage app pricing: Set a price," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-app-pricing/set-a-price (The "Paid Apps Agreement" pop-up window states: "The *Paid Apps agreement* allows your organization to sell apps on the App Store. It's an optional part of the Developer Program License Agreement and describes the terms for paid apps contracts. You can still distribute your free apps without entering into the Paid Apps agreement."); "Agreements and Guidelines for Apple Developers," under "Paid Applications Agreement (Schedules 2 and 3 of the Apple Developer Program License Agreement)," *Apple Developer*, https://developer.apple.com/support/terms/.

[85] "Paid Applications Agreement (Schedules 2 and 3 of the Apple Developer Program License Agreement)," *Apple Developer*, https://developer.apple.com/support/downloads/terms/schedules/Schedule-2-and-3-20240610-English.pdf ("All of the Custom Applications shall be marketed by Apple, on Your behalf, to End-User Custom App Distribution Customers at prices identified in a price tier and designated by You, in Your sole discretion, from the pricing schedule set forth in the App Store Connect tool, which may be updated from time to time by Apple.").

[86] *See, e.g.,* APL-APPSTORE_09320458; APL-APPSTORE_04097074 at -077. *See also,* Deposition of Eric Gray, Volume 1, Director of Commerce Subscriptions and Pricing at Apple, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021, ("Gray Deposition, Volume 1"), 195:9-196:2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

simultaneously selecting the price at which that product will be sold in all territories it is offered.[87] They cannot, for example, select one price tier for their app in the US and a wholly different price tier for their app in Europe.[88] Apple updates the non-US price points associated with each price tier on a quarterly basis to reflect currency fluctuations using exchange rates it determines.[89]

52.  Figure 1 below illustrates this choice using a snapshot of three price tiers allowed by Apple in 2013 for the US, Great Britain, Euro area, Japan, and Mexico. Suppose a developer elected to set the price for their paid app consistent with Tier 1. In that case, the app would be priced at $0.99 in the App Store's US storefront, £0.69 in the App Store's British storefront, €0.89 in the App Store's Euro area storefront, and so on. A developer could not, for example, price its app at $0.99 in the App Store's US storefront and £1.49 in the App Store's British storefront because no price tier exists that contains both prices.

**FIGURE 1: EXAMPLE OF APPLE'S FIRST THREE GLOBAL PRICE TIERS IN 2013**

|  |  | USD | GBP | EUR | JPY | MXN |
|---|---|---|---|---|---|---|
|  | Tier 1 | 0.99 | 0.69 | 0.89 | 85 | 13 |
|  | Tier 2 | 1.99 | 1.49 | 1.79 | 170 | 26 |
|  | Tier 3 | 2.99 | 1.99 | 2.69 | 250 | 39 |

Source: Reproduced from APL-APPSTORE_04097074 at -077.

---

[87]  Gray Deposition, Volume 1, 195:9-196:2. *See also,* APL-APPSTORE_10342947 at -953.

[88]  Apple revised its price tier policies for auto-renewing subscriptions in 2016 so that, among other things, "[t]iers are no longer globally equalized…[.]" *See* APL-APPSTORE_09281993. *See also,* Deposition of Eric Gray, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 15, 2021, ("Gray Deposition, Volume 2"), 287:16-24. Similarly, Apple revised its price tier policies in 2023 to allow developers to "override prices for each storefront[.]" *See* APL-APPSTORE_10873725 at -726. I describe these updates in greater detail below.

[89]  APL-APPSTORE_10342947 at -953. *See also,* Gray Deposition, Volume 1, 195:9-196:2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

53. When launching the App Store in 2008, Apple allowed developers to choose from among 85 price tiers and introduced two additional price tiers before its first major update to App Store pricing in 2016.[90] The US dollar price points associated with each of these 87 price tiers fall along a grid with increments between price points that vary based on price ranges: Price points follow dollar increments from $0.99 to $49.99, five dollar increments from $54.99 to $99.99, and hundred-dollar increments from $599.99 to $999.99.[91]

54. In designing its original price tiers, Apple selected price points for the App Store's US storefront consistent with "magic price points" determined by Apple.[92] Apple describes "magic price points" as prices that "generally end in 99 cents," at least in the U.S.[93] Apple has also acknowledged that "magic price points" are just above prices where Apple claims consumers are relatively insensitive to price; and, as a consequence, Apple can "allow for an increase in price" by designing its price tiers to include "magic price points."[94]

55. In June 2016, Apple announced its "subscription 2.0" updates, which included an expansion of the price tiers available for auto-renewing paid subscriptions.[95] In total, Apple increased the number of price tiers available for auto-renewing paid subscriptions from 87 to 200 and allowed developers to select territory-specific price tiers for these subscriptions rather than a single, global price tier.[96] The expanded set of price tiers for subscriptions, which launched in September 1, 2016, adjusted the increments between the U.S. dollar price points associated with each price tier as follows: $0.50 increments between $0.49 and $29.99, $1.00 increments from

---

[90] Gray Deposition, Volume 1, 190:20-191:10. *See also,* APL-APPSTORE_04726360; APL-APPSTORE_10342947 at -953.

[91] APL-APPSTORE_04726360.

[92] Cue Deposition, 250:6-17.

[93] Cue Deposition, 250:6-17.

[94] APL-APPSTORE_10024783.

[95] "What's New in Subscriptions," *Apple Developer*, accessed via Internet Archive Wayback Machine captured June 8, 2016, https://web.archive.org/web/20160608191240/https://developer.apple.com/app-store/subscriptions/whats-new/; Lauren Goode, "App Store 2.0 – The App Store changed the way we buy software. Can Apple do it again?," *The Verge*, June 8, 2016, https://www.theverge.com/2016/6/8/11880730/apple-app-store-subscription-update-phil-schiller-interview ("There will also be new tiered pricing options for app subscriptions, up to 200 of them across different currencies and territories."). *See also,* APL-APPSTORE_09281993; APL-APPSTORE_04726360.

[96] APL-APPSTORE_09281993 at -994. *See also,* APL-APPSTORE_04726360; APL-APPSTORE_06484558 at -560; Gray Deposition, Volume 2, 287:16-24.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

$29.99 to $124.99, $5.00 increments from $124.99 to $299.99, $50.00 increments from $299.99 to $499.99, and $100.00 increments from $499.99 to $999.99.[97]

56. It was not until March 9, 2023 that Apple introduced the "most comprehensive upgrade to pricing capabilities since the App Store first launched" by expanding the set of price tiers for any iOS app or in-app purchase.[98] I understand that this change was part of a settlement agreement between Apple and a class of U.S. app developers to resolve antitrust claims that Apple monopolized the distribution of iOS apps and in-app content.[99] That settlement agreement stipulated "Apple will expand its pricing tiers from 100 to 500 (by March 31, 2023), and maintain those tiers for at least three years from Final Approval."[100]

57. Apple's revised price tier policy includes price points in US dollars ranging from $0.29 at the minimum to $9,999.99 at the maximum.[101] The specific price points in US dollars allowed by Apple's revised price tier policy are summarized in Figure 2 below. In contrast to its prior price tiers, Apple's revised price tier policy now supports specific pricing conventions, e.g., all prices ending in 99-cents, and includes overlapping price increments.

58. Consider as an example the first and second rows of Figure 2. The former indicates that Apple allows prices falling on $0.10 increments between $0.29 and $9.99. The latter indicates that Apple allows prices falling on $0.50 increments between $0.49 and $49.99. That means that Apple's revised price tiers include a price point of $1.79, which falls within the overlapping region of the two price tiers, but not a price of $10.79, which falls above the highest supported price for its $0.10 increments.

---

[97]  APL-APPSTORE_04726360. *See also,* APL-APPSTORE_09281993 at -995; APL-APPSTORE_00199550.

[98]  *See* "App Store pricing upgrades have expanded to all purchase types," *Apple Developer*, March 9, 2023, https://developer.apple.com/news/?id=dbrszv62. *See also,* "App Store Pricing Update," *Apple Newsroom*, https://www.apple.com/newsroom/pdfs/App-Store-Pricing-Update.pdf. The expanded set of price tiers were announced on December 6, 2022. *See* "Apple announces biggest upgrade to App Store pricing, adding 700 new price points," *Apple Developer*, December 6, 2022, https://developer.apple.com/news/?id=qzex35ch.

[99]  Order Granting Motion for Final Approval of Class Action Settlement; Granting in Part and Denying in Part Motion for Attorney's Fees, Costs, and Service Award; and Judgment, *Donald R. Cameron et al. v. Apple Inc.*, No. 19-cv-3074-YGR (N.D. Cal.), June 10, 2022, p. 3.

[100]  Order Granting Motion for Final Approval of Class Action Settlement; Granting in Part and Denying in Part Motion for Attorney's Fees, Costs, and Service Award; and Judgment, *Donald R. Cameron et al. v. Apple Inc.*, No. 19-cv-3074-YGR (N.D. Cal.), June 10, 2022, p. 3.

[101]  "App Store Pricing Update," *Apple Newsroom*, https://www.apple.com/newsroom/pdfs/App-Store-Pricing-Update.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

59. Similarly, consider the last row of Figure 2. That row indicates that, in addition to the increments described in the top panel of the figure, Apple also supports all price points that end in 95-cents. For example, while the 10-cent increments described in the first row of the table exclude $1.95, Apple has added support for that price point because it ends in 95-cents.

**FIGURE 2: APPLE'S REVISED MARCH 2023 US PRICE TIER RESTRICTIONS**

| | Lowest supported price | Highest supported price |
|---|---|---|
| **Price Steps** | | |
| $0.10 | $0.29 | $9.99 |
| $0.50 | $0.49 | $49.99 |
| $1.00 | $0.99 | $199.99 |
| $5.00 | $4.99 | $499.99 |
| $10.00 | $9.99 | $999.99 |
| $100.00 | $99.99 | $9,999.99 |
| **Supported Conventions** | | |
| X.99 | $0.99 | $9,999.99 |
| X.00 | $1.00 | $10,000 |
| X.90 | $0.90 | $99.90 |
| X.95 | $0.95 | $49.95 |

Source: "App Store Pricing Update," *Apple Newsroom*, https://www.apple.com/newsroom/pdfs/App-Store-Pricing-Update.pdf.

60. Apple also updated its price tier policies so that developers can "adjust their base country and override prices for each storefront at any time[.]"[102] In other words, developers can "set a price for the country or region [they're] familiar with as the basis for automatically generating prices" in all other currencies.[103] Alternatively, developers can "manually manage prices on storefronts

---

[102]    APL-APPSTORE_10873725 at -728.

[103]    "Manage App Pricing: Set a Price," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-app-pricing/set-a-price.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

of [their] choice" so that they may select different price tiers in different countries.[104] Apple continues to periodically update prices for developers who do not utilize these pricing overrides "to account for foreign exchange and tax rate changes."[105]

61. In addition to the two major revisions to Apple's price tier restrictions relevant for the App Store in the U.S., Apple has also introduced revisions to its price tier restrictions targeted at non-US currencies. For example, as described above, Apple's original price tier restrictions were designed to be consistent with "magic price points" it determined for the U.S. However, the non-US price points associated with each price tier were not necessarily consistent with "magic price points" for non-US currencies.[106] As a consequence, Apple introduced "new tiers" that added "magic price points" determined by Apple for non-US currencies without impacting the set of price points available in the U.S.[107] Apple's stated intention in implementing these revisions was "to allow for an increase in price to the magic price for certain currencies / markets" so that it could "grow [its] business in terms of revenue and have no (or little) impact on units."[108]

62. Similarly, Apple introduced alternate tiers that reduced the "entry point"—the lowest price point a developer can charge for its paid apps and in-app content—in "emerging markets."[109] In Apple's view, its original "entry point," i.e., the $0.99 equivalent price points, were too high for those in "emerging markets."[110] As with its introduction of magic price points in non-US

---

[104] *See* "App Store pricing upgrades have expanded to all purchase types," *Apple Developer*, March 9, 2023, https://developer.apple.com/news/?id=dbrszv62. Apple will not adjust developers' chosen price tiers to, e.g., account for "changes in taxes and foreign exchange rates" in countries where they have utilized Apple's pricing overrides. *See also,* Manage App Pricing: Set a Price," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-app-pricing/set-a-price.

[105] APL-APPSTORE_10873725 at -727.

[106] Cue Deposition, 250:6-17. *See also,* APL-APPSTORE_10024783.

[107] APL-APPSTORE_10024783. For example, Apple added price tier "C," which would allow developers to maintain a price of $0.99 in the U.S. while increasing their price in euros from the foreign exchange equivalent price, €0.69, to €0.99. *See* APL-APPSTORE_10021426 at -429.

[108] APL-APPSTORE_10024783.

[109] APL-APPSTORE_10024783. *See also,* APL-APPSTORE_09280541; Benjamin Mayo, "New App Store price tiers let developers set very low prices for apps in emerging markets," *9to5Mac*, July 9, 2015, https://9to5mac.com/2015/07/09/app-store-pricing-emerging-markets/.

[110] APL-APPSTORE_09280541. *See also* APL-APPSTORE_10024783.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

currencies, these new entry points did not impact the lowest price point Apple allowed in the US.[111]

## III. Apple's Alleged Anticompetitive Conduct

63. The case at hand is about Apple's alleged anticompetitive conduct associated with the sale of iOS apps and in-app content and the resulting harm to competition and consumers. In this section, I explain Apple's at issue conduct, including (1) Apple's exclusionary restrictions on the sale of iOS apps, (2) Apple's mandate that developers must use Apple's own proprietary in-app payment system ("IAP") for the sale of in-app content within the app, and (3) Apple's anti-steering provisions that prohibit developers from directing users to alternative purchase channels outside of the App Store. I conclude that Apple's conduct has enabled it to gain and maintain its monopoly power in the aftermarket.

64. In Section III.A, I describe Apple's contractual and technological restrictions that precluded alternative channels of iOS app sales, which allowed Apple to acquire and maintain its monopoly power in the sale of iOS apps. Evidence suggests that, in the absence of Apple's conduct, the App Store would likely have faced more competition from alternative purchase channels, and that Apple's current security and privacy safeguards could be replicated or improved upon by alternative app stores.

65. In Section III.B, I detail Apple's foreclosure of alternative in-app purchase payment processing solutions for in-app content sales, which allows Apple to maintain its monopoly over in-app transactions for digital content. In addition, I refer to evidence that the mandatory use of IAP is not required to maintain security and privacy, and in the absence of Apple's IAP restrictions many developers would likely have used alternative processing solutions, increasing competition for in-app payment solutions.

---

[111] For example, Apple added price tier "A," which would allow developers to maintain a price of $0.99 in the U.S. while decreasing their price in India from the foreign exchange equivalent price, ₹55, to ₹10. *See* APL-APPSTORE_10021426 at -430.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

66. In Section III.C, I discuss Apple "anti-steering" restrictions, which limits the ability of developers to direct users to purchase channels outside of the App Store. These restrictions increase the difficulty of consumers discovering lower cost options, and in turn reduce developers' incentive to offer lower prices outside the App Store, further insulating the App Store from potential competition.

## III.A. Apple's Restrictions Foreclose Nearly All Alternative Channels of iOS App Sales

67. In this section, I discuss Apple's restrictions that have foreclosed nearly all alternative channels of iOS app sales. I first explain the restrictions Apple establishes, and the barriers Apple erects to prevent all but the most technologically sophisticated consumers from circumventing the App Store. I subsequently explain why it is likely Apple would have faced competition from alternative app sale channels absent these restrictions and barriers.

68. In order to distribute their apps on the App Store, Apple requires iOS app developers to agree to the DPLA and ensure their apps comply with the App Store Review guidelines. The DPLA, which Apple issued in 2008, is a contractual agreement between Apple and iOS app developers that outlines the terms under which developers may create, distribute, and update applications within the iOS ecosystem, including iOS devices.[112] Among other requirements, it stipulates that iOS app developers cannot distribute their iOS apps outside of the App Store.[113] Since its

---

[112] *See* APL-APPSTORE_06017651 at -665. This version of the DPLA is dated on March 6, 2008. *See also* "Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

[113] APL-APPSTORE_06017651 at -651, Section 1.1 ("In order to use the Apple Software, You must first agree to this License Agreement. If You do not or cannot agree to this License Agreement, You are not permitted to use the Apple Software. Do not download or use the Apple Software in that case.").

"Developer Program License Agreement," *Apple Developer*, Section 7, Distribution of Applications and Libraries, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/#ADPLA7, ("Applications developed under this Agreement for iOS, iPadOS, macOS, tvOS, visionOS, or watchOS can be distributed: (1) through the App Store, if selected by Apple, (2) through Ad Hoc distribution in accordance with Section 7.3, and (3) for beta testing through TestFlight in accordance with Section 7.4. Applications developed for iOS, iPadOS, macOS, and tvOS can additionally be distributed through Custom App Distribution, if selected by Apple."). Among the options provided, only the Apple App Store allows the broad sale of apps and in-app content.

"Developer Program License Agreement," *Apple Developer*, Section 7.6, No Other Distribution Authorized Under this Agreement, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

implementation, Apple has required that developers sign the DPLA to gain "a limited license to use the Apple Software and Services" needed to develop and test iOS applications in accordance with Apple's policies.[114]

69. After creating an iOS app, developers must submit that app to Apple for review before it is listed on the App Store. The App Review Guidelines (previously referred to by Apple as the "App Store Review Guidelines"), which were released in 2010, establish the requirements an app must meet to be approved for distribution on the App Store.[115] These requirements encompass technical, legal, content, and user experience criteria apps must satisfy, and give Apple full discretion over approval and rejection decisions of both apps and their subsequent updates.[116] Notably, Apple uses the App Review Guidelines to reject "[a]pps that look similar to apps bundled on the iPhone, including the App Store, iTunes Store, and iBookstore[.]"[117] In other words, Apple rejects apps that function like an app store.[118]

---

("In the absence of a separate agreement with Apple, You agree not to distribute Your Application for iOS, iPadOS, tvOS, visionOS, or watchOS to third parties via other distribution methods or to enable or permit others to do so. You agree to distribute Your Covered Products only in accordance with the terms of this Agreement.").

[114] *See* APL-APPSTORE_06017651. This version of the DPLA is dated on March 6, 2008. *See also* "Developer Program License Agreement," *Apple Developer*, Purpose, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

[115] Previous versions of the App Review Guidelines were referred to as "App Store Review Guidelines" Those two terms are used interchangeably throughout this report. *See, e.g.*, APL-APPSTORE_09806059; "Statement by Apple on App Store Review Guidelines," *Apple Newsroom*, September 2010, https://www.apple.com/newsroom/2010/09/09Statement-by-Apple-on-App-Store-Review-Guidelines/. App Store Review Guidelines are first published in 2010. *See* APL-APPSTORE_00207407.

[116] "App Review Guidelines," *Apple Developer*, https://developer.apple.com/app-store/review/guidelines/ ("On the following pages you will find our latest guidelines arranged into five clear sections: Safety, Performance, Business, Design, and Legal….You are responsible for making sure everything in your app complies with these guidelines, including ad networks, analytics services, and third-party SDKs, so review and choose them carefully…We hope these guidelines help you sail through the review process, and that approvals and rejections remain consistent across the board. This is a living document; new apps presenting new questions may result in new rules at any time. Perhaps your app will trigger this.").

[117] Nilay Patel, "Apple's App Store Review Guidelines: 'we don't need any more fart apps'," *Engadget*, September 9, 2010, https://www.engadget.com/2010-09-09-apples-app-store-review-guidelines-we-dont-need-any-more-far.html ("Apps that look similar to apps bundled on the iPhone, including the App Store, iTunes Store, and iBookstore, will be rejected."); Harry McCracken, "Apple's Encouraging/Discouraging iPhone App Policy Revisions," *Technologizer*, September 9, 2010, https://www.technologizer.com/2010/09/09/apples-encouragingdiscouraging-iphone-app-policy-revisions/.

[118] "App Review Guidelines," *Apple Developer*, Section 3.2.1, Other Business Model Issues - Acceptable, https://developer.apple.com/app-store/review/guidelines/, ("(ii) Displaying or recommending a collection of third-party apps that are designed for a specific approved need (e.g. health management, aviation, accessibility). Your app should provide robust editorial content so that it doesn't seem like a mere storefront."); "App Review

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

70. Indeed, Apple has rejected numerous apps for violating that provision of the App Store Review Guidelines. For instance, in 2019, Apple contacted Facebook about an "issue" with the live Facebook app because its "design [was] considered store-like" with "tiles [that] look[ed] like the App Store," it contained features, such as "game icons" or "recommending games," that were "very similar to App Store features."[119] Apple has similarly sent Tencent "notice to take down" third-party sellers who have sold digital goods through its WeChat app because apps with "[s]tore-in-store" features are prohibited by the App Store Review guidelines.[120]

71. Together, these restrictions foreclose virtually all alternatives for distributing iOS apps to consumers: The App Review Guidelines prevent the distribution of store-like apps through the App Store, and the DPLA prevents developers who sell their apps through the App Store from distributing their apps, both their store-like apps and others, via an alternative iOS app store if one were to exist.

72. Apple has erected additional barriers to accessing the few remaining alternatives to its App Store. One method consumers could attempt to use is "jailbreaking." Jailbreaking is the process by which iOS device users can access and unlock the iOS operating system to "allow[] the downloading and installation of additional applications…that are unavailable through the official

---

Guidelines," *Apple Developer*, Section 3.2.2, Other Business Model Issues - Unacceptable, https://developer.apple.com/app-store/review/guidelines/, ("(i) Creating an interface for displaying third-party apps, extensions, or plug-ins similar to the App Store or as a general-interest collection.").

[119] EGFB-000574 at -574 ("We've shared this internally and the feedback is that this design is considered store-like. These tiles look like the App Store and aren't going to be appropriate."), at -575 ("The issue is that the game icons in the scrolling interface are considered a store-like presentation. This is very similar to App Store features … So in general, simply presenting a list of games a user has recently played is acceptable, but not in this App Store like layout."), and at -576 ("We wanted to point out an issue the team discovered in the live Facebook app that is not in compliance with the 4.7 App Store Review Guideline."). Facebook Gaming was also rejected for being a store within a store in 2020. *See, e.g.,* APL-EG_01579445 at -446 ("'Suggested for You' list of games which has a different UI but was previously rejected by ERB for being a store-like functionality of game recommendation[.]"); APL-EG_02823984 at -984 ("The current submission of Facebook Gaming is a store-within-a-store and has been rejected by App Review."); APL-EG_06018453 at -453 ("Facebook submitted Facebook Gaming, but it is basically a store-within-a-store and therefore rejected by App Review. The submission went to ERB and was rejected as it is considered to be building a platform for games."); EGFB-001213 at -213 ("While this may be a flat list of games the manner in which it is surfaced in the app isn't acceptable under 4.7, recommending games is a store-like feature.").

[120] APL-APPSTORE_10920955 at tab 'Core List' in cell AR17 ("WeChat: Official 3P sellers of digital goods have previously sold through WeChat, with App Review sending notice to take down these sellers, resulting in business impact to Tencent. Certain features that are not allowed in guidelines e.g. Store-in-store, mini program with payment capabilities").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Apple App Store."[121] I understand from available testimony that this is a technically challenging process and even for the limited number of consumers who are able to jailbreak their iPhone, Apple has issued multiple iOS updates that have further complicated the process.[122] Moreover, Apple may deny customer service—including warranty—for jailbroken devices and may remove developers from its developer program if they promote jailbreaking.[123]

73. Consider the impact of Apple's conduct on Cydia as an example. Cydia, a third-party iOS app distribution channel—i.e., an app store—was founded in February 2008 and available to iOS device users even before Apple introduced its App Store.[124] Cydia offered iOS applications

---

[121] APL-EG_02273420 at -465 ("Jailbreaking permits root access to iOS, allowing the downloading and installation of additional applications, extension, and themes that are unavailable through the official Apple App Store"). *See also,* Lorenzo Franceschi-Bicchierai and Brian Merchant, "The Life, Death, and Legacy of iPhone Jailbreaking," *Vice*, June 28, 2017, https://www.vice.com/en/article/iphone-jailbreak-life-death-legacy/ ("Jailbreaking is the art of hacking into Apple's ultra-secure iOS operating system and unlocking it—and thus allowing users to customize the phone, and write or install any software unimpeded by Apple's restrictions."); Rule 52 Order After Trial on the Merits, *Epic v. Apple*, No. 4:20-cv-05640-YGR, (N.D. Cal., September 10, 2021), ECF No. 812, p. 28 ("Jailbreaking occurs when a developer modifies Apple's iOS to enable the installation of unauthorized software, including applications from other interfaces.").

[122] APL-EG_02273420 at -465 ("But with every new iOS that became available, jailbreaking became harder and harder, and nowadays, it is only an option for the 'very skilled hackers or teams of hackers.'"). *See also,* Deposition of Phillip Shoemaker, Director of App Store Review at Apple, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 14, 2021, 585:2-5 ("It is fair for users to jail break and go through some effort to do it; right? A. Yes. It is a significant amount of work to jail break your phone."); Deposition of Craig Federighi, Senior Vice President at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021, 290:1-4 ("And what are -- I assume -- so Apple undertakes -- does Apple undertake various methods for restricting jailbreaking iOS devices? A Yes, we do."); Section V.B.5.

[123] "Unauthorized modification of iOS" *Apple Support*, June 15, 2018, https://support.apple.com/en-us/guide/iphone/iph9385bb26a/ios ("Unauthorized modifications to iOS (also known as 'jailbreaking') bypass security features and can cause numerous issues such as security vulnerabilities, instability, and shortened battery life to the hacked iPhone. … [U]nauthorized modification of iOS is a violation of the iOS and iPadOS Software License Agreement and because of this, Apple may deny service for an iPhone that has any unauthorized software installed"). *See also,* Deposition of Ron Okamoto, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 17, 2020, 278:7-12 ("Q. Apple doesn't encourage jailbreaking, does it? A. If it does not. Q. In fact jailbreaking would void a warranty on a customer's phone, wouldn't it. A. That's correct."), and 277:24-278:6 ("Q. Sure. If Apple became aware that a developer was encouraging the jailbreaking of iPhones, would Apple permit that developer to remain in its developed program? A. It may not. Q. And that's because Apple doesn't want to encourage jailbreaking, right? A. That's correct.").

[124] Joshua Sherman, "Meet the man running the jailbreaking market Apple doesn't want you to use," *Digital Trends*, January 31, 2022, https://www.digitaltrends.com/mobile/the-man-who-helped-jailbreaking-jay-freeman/ ("After months of development, Freeman released Cydia on February 28th, 2008, giving people the ability to download and install powerful apps five months before Apple's own App Store was released"); Lorenzo Franceschi-Bicchierai and Brian Merchant, "The Life, Death, and Legacy of iPhone Jailbreaking," *Vice*, June 28, 2017, https://www.vice.com/en/article/iphone-jailbreak-life-death-legacy/ ("At its height, Cydia,

Continued on next page

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 32 of 193

including games, productivity, and audio/visual apps.[125] iOS device consumers could access Cydia via the internet, but only if they were to jailbreak their phones.[126] In its attempts to discourage users to jailbreak their phones, Apple claimed in 2009 that jailbreaking constituted a copyright infringement and a violation of the Digital Millenium Copyright Act (DMCA), and Apple also regularly updated its iOS to make jailbreaking progressively more difficult over time.[127] Cydia has alleged that Apple eventually updated its iOS in 2018 to make it "essentially

---

which predated the actual App Store, was a business pulling in millions of dollars in revenue…"). Other examples of discontinued third-party app stores for jailbroken devices include Icy and Rock Your Phone. *See* "Icy," *AlternativeTo*, https://alternativeto.net/software/icy/about/ ("Icy is a discontinued third-party app store for jailbroken iOS devices. Originally created as a faster, lightweight alternative to Cydia…. Icy was closed on October 24, 2009."); Cody Lee, "Icy Cydia Alternative Makes a Comeback," *iDownLoad Blog*, May 1, 2011, https://www.idownloadblog.com/2011/05/01/icy-cydia-alternative-makes-a-comeback/; Sébastien Page, "Breaking: Cydia Acquires Rock," *iDownLoad Blog*, September 10, 2010, https://www.idownloadblog.com/2010/09/10/breaking-cydia-acquires-rock/ ("ModMyI reports that SaurikIT LLC just acquired Rock Your Phone Inc. In other words, Cydia bought Rock. Cydia has always been the installer of choice for most of us, but Rock was slowly getting traction, especially for some of its advanced features like the ability to back up your packages.").

[125] First Amended Complaint Jury Trial Demanded, *Saurikit, LLC v Apple Inc*, Case No. 4:20-cv-08733-YGR (N.D. Cal.), January 19, 2022, ECF No. 72, ("Cydia Complaint"), ¶ 4; Lorenzo Franceschi-Bicchierai and Brian Merchant, "The Life, Death, and Legacy of iPhone Jailbreaking," *Vice*, June 28, 2017, https://www.vice.com/en/article/iphone-jailbreak-life-death-legacy/ ("At its launch in February 2008, Freeman's Cydia allowed users to do a lot more than the current App Store does. Users could download apps, games, and programs, sure. But they could also download 'tweaks' and more drastic overhauls. You could, for instance, redesign the layout of your home screen, download ad-blockers, apps to make non-AT&T calls, and exert more control over data storage."); Joshua Sherman, "Meet the man running the jailbreaking market Apple doesn't want you to use," *Digital Trends*, January 31, 2022, https://www.digitaltrends.com/mobile/the-man-who-helped-jailbreaking-jay-freeman/ ("After months of development, Freeman released Cydia on February 28th, 2008, giving people the ability to download and install powerful apps five months before Apple's own App Store was released").

[126] Cydia Complaint, ¶ 24, ("From its inception, Cydia has always been available to users via the internet; *i.e.*, it has never been distributed through the App Store, and does not need to be. Users wishing to install Cydia on their iPhone must go through certain processes to avoid the technological restrictions Apple throws in the way of third party app store providers like Cydia—a process called 'jailbreaking'").

[127] *See* Lorenzo Franceschi-Bicchierai and Brian Merchant, "The Life, Death, and Legacy of iPhone Jailbreaking," *Vice*, June 28, 2017, https://www.vice.com/en/article/iphone-jailbreak-life-death-legacy/ ("Apple wasn't happy about it, and tried to discourage people from jailbreaking any way it could. In 2009, citing copyright law, Apple declared jailbreaking illegal."); David Kravets, "Apple Says iPhone Jailbreaking is Illegal," *Wired*, February 13, 2009, https://www.wired.com/2009/02/apple-says-ipho/ ("Apple says jailbreaking its iPhone is copyright infringement and a violation of the Digital Millennium Copyright Act. Apple made the assertion in comments (.pdf) to the U.S. Copyright Office as the government reviews proposals for DMCA exemptions."); APL-EG_09290113 at -118 ("Subsequent jailbreaking tools gradually become more complex and harder to use, as Apple cracked down in later versions of iOS."); APL-EG_08165222 at -225 ("Apple's (NASDAQ:AAPL) new iOS 6.1.3 mobile operating system update appears to spell doom for Evasi0n, the popular jailbreak… CNet reports that iOS 6.1.3 patches the holes Evasi0n exploited, meaning consumers who install the Apple update will no longer be allowed to run the jailbreak on their device. (Apple's release notes even credit Evad3rs for uncovering four security holes fixed by the update.)"); APL-APPSTORE_07177293 at -294 ("[H]is iDP violations trump pretty much anyone's. Some major violation points include: owning the jailbreak.me website

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

impossible" for app stores like Cydia to operate on iPhones.[128] As I discuss in Section V.B.5, Apple's actions have made jailbreaking a rare practice over time, and "only an option for 'very skilled hackers or teams of hackers.'"[129]

74. Alternatively, consumers may attempt to sideload apps. In this report, I refer to "sideloading" as any method to obtain a digital content through a website or other source without jailbreaking the mobile device.[130] Apple facilitates sideloading for large organizations to distribute proprietary, internal-use apps directly to employees via its Apple Developer Enterprise program, which is limited in scale.[131] Outside of the Apple Developer Enterprise program, consumers could attempt to download apps from third-party app developers' websites. However, I understand from available evidence that Apple's restrictions prevent this form of sideloading.[132] An Apple-issued

---

(teatherless jailbreaking) - and admitted contributor to the jailbreaks[, and] building, distributing, and hosting the Cydia app store"), and -293 ("The very nature of his Cydia store means he either reverse engineered our software, or he used our SDK to create an alternate App Store, both of which are prohibited."); APL-EG_01419263 at -263 ("Feels to good to destroy someone's spirit. We did something else today which will kill him again :)" in response to a tweet from Freeman, creator of Cydia: "About two weeks ago, Apple made a change to their provisioning service to require a different authentication scheme for 'free' Apple accounts (they return an error that mentions upgrading to 'Xcode 7.3'); this broke Cydia Impactor for users without a paid Apple Developer account.").

*See also,* Deposition of Phillip Shoemaker, Director of App Store Review at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 12, 2021, 316:19-24 ("Q Okay. And it says here that this particular app had been previously rejected for Cydia references. So was it a policy of the App Review team to reject apps for referring to Cydia? A Yes, it was.").

[128] Cydia Complaint, ¶ 6 ("[Apple's] debilitating revisions to iOS became more frequent, and they culminated in a change in 2018 that made it essentially impossible for Cydia or any other competing iOS app distribution service to operate on iPhone XS and later models (i.e., models released September 2018 and later).

[129] APL-EG_02273420 at -465 ("But with every new iOS that became available, jailbreaking became harder and harder, and nowadays, it is only an option for 'very skilled hackers or teams of hackers.'").

[130] Deposition of Craig Federighi, Senior Vice President at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021, 302:10—17.

[131] The Enterprise Certificate is available to members of the Apple Developer Enterprise Program, which allows "large organizations to develop and deploy proprietary, internal-use apps to their employees." To qualify for a Certificate, the enterprise itself must be a legal entity and have 100 or more employees. Apple emphasizes that this program is for private distribution directly to employees within the organization and of limited scale, not intended for general app distribution. *See* "Apple Developer Enterprise Program," *Apple Developer*, https://developer.apple.com/programs/enterprise/. *See also* "Building a Trusted Ecosystem for Millions of Apps: A threat analysis of sideloading," *Apple*, October 2021, https://www.apple.com/privacy/docs/Building_a_Trusted_Ecosystem_for_Millions_of_Apps_A_Threat_Analysis_of_Sideloading.pdf.

[132] *See* David Nield, "Apple is finally going to allow iOS app downloads from the web – but only in the EU," *TechRadar*, March 12, 2024, https://www.techradar.com/phones/iphone/apple-is-finally-going-to-allow-ios-app-downloads-from-the-web-but-only-in-the-eu ("Apple has announced that iPhone (and iPad) users in the EU will soon be able to download apps directly from websites, just as you can on Windows or macOS … None of

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

certificate is needed for developers' apps to function on iOS devices. Developers can receive such a certificate after they are enrolled in the Apple Developer Program, which in turn requires signing the DPLA.[133] However, since the DPLA stipulates that apps cannot be distributed outside of the App Store, obtaining the necessary Apple-issued certificate would preclude developers from distributing their iOS apps through their websites.[134] I understand that the only work-around available to consumers involves a multi-step and technologically challenging process using a software program called "Xcode" to essential copy apps from their Apple computer onto their iOS device.[135] A report from The Netherlands Authority for Consumers and Markets points

---

these changes are coming to the US, Australia, or the UK"). *See also* Deposition of Craig Federighi, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021, 223:6-13 ("Q. So, first, apart from certain exceptions, it's true that Apple technologically does not allow apps to run on iOS devices unless they're downloaded from Apple's iOS app store; is that correct? A. As you say, outside of programs like TestFlight, the Enterprise Program, or ad hoc through Xcode, the other means is -- is the app store"), and 227:22-228:7 ("Q … if the developer just tried to make his app downloadable from the Internet, if it didn't fit into one of these exceptions, it didn't have the app store signature, then the operating system wouldn't run it? A That's the technical mechanism by which it's -- Q That's the technical -- okay. A That's correct.").

[133] "App code signing process in iOS, iPadOS, tvOS, watchOS, and visionOS," *Apple Support*, https://support.apple.com/en-ca/guide/security/sec7c917bf14/web ("On devices with iOS, iPadOS, tvOS, watchOS, and visionOS, Apple offers app security through such things as mandatory code signing, strict developer sign-in, and more. … To help ensure that all apps come from a known and approved source and haven't been tampered with, these operating systems require that all executable code be signed using an Apple-issued certificate … Developers can sign their apps through certificate validation (through the Apple Developer Program)."). *See also,* Deposition of Craig Federighi, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021, 201:17-202:8 ("Q. And then it says (as read and/or reflected:) No unsigned code may run. Correct? A. Yes. Q. And the signature here, that's -- again, this is Apple trying to verify that there is an identifiable person or entity releasing the app; correct? A. Well, in this case, this is on iOS. And so this is actually verifying that the app was signed by the app store. So then, at run time, what the device is checking is not was this run by, you know, developer XYZ; it's checking, was this signed by the app store? And did it go through App Review, effectively?"); "Certificates," *Apple Developer*, https://developer.apple.com/support/certificates/ ("Apple Developer Program membership is required to request, download, and use signing certificates issued by Apple.").

[134] "Apple Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, Section 7, Distribution of Applications and Libraries ("Applications developed under this Agreement for iOS, iPadOS, macOS, tvOS, visionOS, or watchOS can be distributed: (1) through the App Store, if selected by Apple, (2) through Ad Hoc distribution in accordance with Section 7.3, and (3) for beta testing through TestFlight in accordance with Section 7.4. Applications developed for iOS, iPadOS, macOS, and tvOS can additionally be distributed through Custom App Distribution, if selected by Apple. Applications for macOS can additionally be separately distributed as described in this Agreement.").

[135] APL-EG_02273420 at -464, Section 3.3.1 ("To be able to sideload apps in iOS, consumers first need to open a developer account. Then they need an Apple computer, and download the software program Xcode. This program gives the ability to access GitHub, a place where app developers can test their apps. Consumers need to go through a complex process to install the app onto an Apple computer, and then the app can be copied to the iPhone. However, this method comes with a few restrictions. Consumers can only sideload a maximum of ten apps a week in this way, and the certificate of the apps is only valid for 7 days. So after this time period, the app needs to be re-installed. Furthermore, sideloaded apps are not updated. Updating the app is only possible by sideloading the app again. This option might only be realistic for tech-savvy consumers.").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

out that sideloading apps using Xcode is theoretically possible, but "only for tech-savvier consumers."[136]

75. With these barriers in place, developers have effectively no options to distribute their iOS apps to iOS device users, who comprise more than half of the U.S. smartphone and tablet markets, other than to adhere to Apple's restrictive agreements.[137] As a consequence, the App Store is the near-exclusive channel through which developers can sell their iOS apps.

76. Absent these restrictions, the evidence suggests that Apple would face competition from alternative iOS app distribution channels. In addition to the examples provided above, Apple has recognized in internal documents developers' desire for, and willingness to create, alternative app distribution channels.[138] For example, Apple has noted that "[i]f given the option, [Spotify]

---

[136]    APL-EG_02273420 at -464, Section 3.3.1 ("Sideloading is also possible on iOS, but only for tech-savvier consumers."). *See also,* Robert Sheldon, "Sideloading," *TechTarget*, last updated September 2023, https://www.techtarget.com/searchmobilecomputing/definition/sideloading ("Apple makes sideloading much more difficult on its iOS devices, although the process has gotten slightly easier in recent years."); and David Nield, "How to Install Apps From Outside Your Phone's App Store," *Wired*, August 9, 2020, https://www.wired.com/story/install-apps-outside-app-store-sideload/ ("Apple's iOS and iPadOS are *much* more tightly locked down than Android—Apple simply doesn't make it possible to sideload apps on its mobile operating systems in the same way that you can with Android.") (emphasis original).

[137]    APL-APPSTORE_00000081, To a question that asks, "What if a developer doesn't want to distribute through the App Store," Steve Jobs responds "Then they won't be able to distribute their app on the iPhone"; Deposition of C.K. Haun, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 13, 2021, 51:19—52:9 ("Q. Why – today Apple limits a customer's ability to choose to download an application directly from a developer, correct? An iOS application…. So an iOS customer can't choose to directly download an iOS application from a trusted developer, correct? … The Witness: iOS applications are provided to customers through the iPhone, iOS App Store. There is no other methodology available."). *See also,* "Subscriber share held by smartphone operating systems in the United States from 2012 to 2024," *Statista*, December 2024, https://www.statista.com/statistics/266572/market-share-held-by-smartphone-platforms-in-the-united-states/ ("Apple's iOS continues to hold the largest share of the smartphone operating systems market in the United States, claiming more than half of the market as of March 2024."); Alexandra Borgeaud, "Tablet operating systems market share in the United States from January 2016 to January 2025," *Statista*, March 3, 2025, https://www.statista.com/statistics/271293/market-share-held-by-tablet-os-us/ ("Apple's iOS is the leading operating system for tablets in the United States, with a market share of 56.36 percent as of January 2025").

[138]    APL-APPSTORE_10871795; APL-APPSTORE_10871796; APL-APPSTORE_10871797; APL-APPSTORE_10871804; APL-APPSTORE_10871806; APL-APPSTORE_10871807.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

would leave the App Store and distribute through other channels exclusively[.]"[139] Similarly, Apple notes that Amazon "would build their own [s]tore" if they were allowed by Apple.[140]

77. Moreover, functionally similar marketplaces demonstrate how Apple's restrictions foreclose competition. For instance, Microsoft does not impose such restrictions on PC app developers.[141] Instead, consumers can access and purchase apps from multiple app stores of their choosing. As explained by Dr. Abrantes-Metz, PC consumers have access not only to third-party app stores, such as the Epic Games Store and Steam, but also to direct-to-consumer distribution channels (e.g., developers' own websites).[142] Likewise, Apple does not impose similar restrictions for its Mac computers. Instead, MacOS users have access to a multitude of different distribution

---

[139] APL-APPSTORE_10871795; APL-APPSTORE_10871796; APL-APPSTORE_10871797; APL-APPSTORE_10871804; APL-APPSTORE_10871806; APL-APPSTORE_10871807. Apple's questions were on three major categories: Distribution, Commerce, and Other. Under the Other category which records notes and comments not captured in Distribution or Commerce categories, Apple recorded for Spotify that "[i]f given the option, they would leave the App Store and distribute through other channels exclusively."

[140] APL-APPSTORE_10871795; APL-APPSTORE_10871796; APL-APPSTORE_10871797; APL-APPSTORE_10871804; APL-APPSTORE_10871806; APL-APPSTORE_10871807. These are Apple's internal documents where Apple collected qualitative inputs from developers on App Store distribution, IAP, and App Review Guidelines. Apple's questions were on three major categories: Distribution, Commerce, and Other. Under the Distribution category, Apple asked about developers' in-house distribution capabilities and aspirations. ("Developer has tech / expertise distributing directly or standing digital storefronts and App Stores. Developer may have communicated ambition to follow that path. Please provide context (progress / resources)." Apple recorded answer for Amazon as follows: "They would build their own Store and publish channels, etc. and in order to fix retail app, sign up for prime, etc." Under the Other category which records notes and comments not captured in Distribution or Commerce categories, Apple recorded for Amazon that "They would not use our IAP since they have their own PMOF.").

[141] Tom Warren, "Microsoft opens its Windows store up to third-party app stores," *The Verge,* September 28, 2021, https://www.theverge.com/2021/9/28/22698196/microsoft-store-third-party-app-stores-epic-games-amazon.

[142] *See* Expert Report of Rosa M. Abrantes-Metz, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Abrantes-Metz 2025 Report"), ¶ 214 ("In addition to the direct-to-consumer stores mentioned above, other publishers or developers can sell their games directly to consumers through their website."). *See, e.g.*, "Into the Breach," *Subset Games*, https://subsetgames.com/#; "Legend of Grimrock 2," *Grimrock*, https://www.gog.com/en/game/legend_of_grimrock_2; "Square Enix Store," Square Enix, accessed via Internet Archive Wayback Machine captured December 3, 2019, https://web.archive.org/web/20191203103737/https://store.na.square-enix-games.com/en_US/ ("Though available on Steam, Square Enix's PC gaming titles can be downloaded directly from its website."). Square Enix games available for download from its store included the Final Fantasy VII and XIV installments, Dragon Quest Builders 2, and Marvel's Avengers. *See* "Final Fantasy VII Remake," *Square Enix*, https://ffvii-remake.square-enix-games.com/en-us; "Final Fantasy XIV," *Square Enix*, https://na.finalfantasyxiv.com/shadowbringers/.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

channels, including third-party app stores and direct-to-consumer distribution.[143] Options like these are not available to iOS device consumers.[144]

78. I understand that Apple contends that its technological and contractual restrictions are justified to better maintain the privacy and security of iOS devices.[145] For example, Apple argues that it screens every app on the App Store for malware or scams, and if forced to allow alternative distribution channels on iOS devices, malicious apps could enter the iOS ecosystem via these alternative app stores, compromising user privacy and security.[146]

79. However, I understand from Professor Kohno and Professor Martin that Apple's current security and privacy safeguards could be replicated, and in many regards improved upon, by alternative app stores. In particular, Professor Kohno highlights numerous deficiencies in Apple's current security practices, including the failure to accurately assess and model threats on the App Store, as well as an app review process that is overburdened, under-resourced, and frequently fails to identify malware and other fraudulent activity.[147] In light of these deficiencies, it is Professor Kohno's opinion that a rival app store could replicate or even improve upon Apple's current security practices.[148] Professor Kohno has also examined Apple's security practices on macOS— which admits alternative distribution channels as explained earlier—and determined that allowing for alternative app distribution does not harm the security of users.[149] Concurrently, Professor Martin opines that Apple fails to proactively safeguard user data on the App Store,

---

[143] "Distribution Software on macOS," *Apple Developer*, https://developer.apple.com/macos/distribution/; Deposition of C.K. Haun, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 13, 2021, 57:20—58:2 ("Q. But in the end, Apple for MacOS, but not iOS, allows the consumer to make the choice of where they obtain applications? A. Yes. Q. And that consumer choice is not allowed on iOS devices? A. iOS applications are provided through the iOS App Store.")

[144] Additionally, I understand from available testimony that there is not a technological rationale for limiting app distribution on iOS versus macOS, as Apple's app review and developer support processes are similar across these two operating systems. In fact, the same team reviews both iOS and macOS apps for malware or fraud. *See* Deposition of C.K. Haun, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 13, 2021, 17:13-16; 18:8-11; 25:1-12; 27:14-23; 37:5-13; 224:14-225:1.

[145] APL-APPSTORE_11070857 at -864866; APL-APPSTORE_11070870 at -877882.

[146] APL-APPSTORE_11070857 at -864-866; APL-APPSTORE_11070870 at -877-882; Expert Report and Declaration of Aviel D. Rubin, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, August 10, 2021, ¶¶ 150-155.

[147] *See* Expert Report of Tadayoshi Kohno, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Kohno Report"), Section VI.

[148] *See* Kohno Report, Section VII and IX.

[149] *See* Kohno Report, Section VII.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

relying on app developers to self-report their data practices with limited verification, and in some cases creating incentives for developers to violate user privacy.[150] Professor Martin further concludes that allowing alternative distribution channels would incentivize Apple to improve its privacy practices.[151] Finally, Professor Kohno and Professor Martin both conclude that Apple could replicate its current security and user privacy standards through much less restrictive means.[152] Based on this evidence, I conclude that Apple does not need to foreclose other sale channels for iOS apps in order to maintain security and user privacy.

## III.B. Apple's App Review Guidelines Foreclose Nearly All Alternative In-App Purchase Payment Processing Solutions for In-App Content Sales

80. In this subsection, I discuss Apple's foreclosure of alternative iOS in-app payment processing solutions through the Developer Program License Agreement and the App Store Review Guidelines. As discussed in Section II.C, Apple mandates that nearly all in-app transactions for digital content utilize IAP as a payment processing solution; this mandate prevents developers from using alternative payment methods, such as PayPal.[153] As I detail below, the evidence strongly suggests that in the absence of Apple's conduct, app developers would have likely diversified the means of selling iOS in-app content, leading to a more competitive landscape for in-app payment processing solutions.

81. Throughout the Class Period, Apple has identified numerous instances in which developers have attempted to integrate "alternative payment handling."[154] The most prominent example was in

---

[150]   *See* Expert Report of Kirsten Martin, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Martin Report"), Sections III.B, III.D, III.E, and IV.B.

[151]   *See* Martin Report, Section V.C, V.D, and V.E.

[152]   See Kohno Report, Section VII; and Martin Report, Section V.B.

[153]   As discussed in Section II.C, notable exceptions to the IAP requirement include the Video Partner Program, as well as the in-app sale of physical goods and services.

[154]   *See, e.g.,* APL-APPSTORE_10830601 at -611. Apple internal email shows that the "SinCity: Social" app was found to have "direct signs of PayPal chip payments" after "technical investigation" by the App Store review team in November 2018. APL-APPSTORE_11298201 at -207 and -213. In October 2021, Apple's review team recommended to reject the "Ablo – Make friends. Chat." app because a "technical investigation found code elements for PayPal and other alternative credit card payment mechanism support." In addition, "Hawaya: Meet Muslim Singles" was escalated for discussion because it exhibits "direct rejection-worthy signs of alternative payment handling not presented in the app at time of review."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

2020, when Epic Games briefly distributed a version of its popular videogame app Fortnite to iOS users through which they could choose to make in-app purchases without using Apple's IAP to process the transactions. These in-app purchases were available to users at a 20 percent discount as they bypassed the 30 percent fee that Apple typically applied to in-app purchases.[155] Within hours of Epic releasing this updated version of the Fortnite app, Apple removed it from the App Store, noting that Epic had violated the App Store Review Guidelines.[156]

82. In some circumstances, developers have voiced their frustrations with Apple's IAP requirement directly to Apple or a regulatory agency. Numerous app developers—including Spotify and Amazon—have petitioned Apple to allow alternative in-app payment solutions.[157] In some instances, these frustrations have escalated and led developers like Epic Games, Match Group, and Spotify to complain to antitrust authorities in an effort to, among other things, use alternatives to Apple's IAP system.[158] These examples highlight that many developers would utilize an alternative payment solution if given the option.

---

[155] Epic stated that "[c]urrently, there are no savings if players use Apple and Google payment options, where Apple and Google collect an exorbitant 30 percent fee on all payments. … If Apple and Google lower their fees on payments, Epic will pass along the savings to players." Andrew Webster, "Epic offers new direct payment in Fortnite on iOS and Android to get around app store fees," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366259/epic-fortnite-vbucks-mega-drop-discount-iphone-android. The discount also applied to PC and console versions of Fortnite game.

[156] Nick Statt, "Apple just kicked Fortnite off the App Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366438/apple-fortnite-ios-app-store-violations-epic-payments; Dieter Bohn, "Fortnite for Android has also been kicked off the Google Play Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21368079/fortnite-epic-android-banned-google-play-app-store-rule-violation. *See, e.g.*, an example of Fortnite app rejection from App Store, APL-APPSTORE_11075246 at -246-247 ("App Name: Fortnite Developer: Epic Games Price: Free Recommendation: Reject with the same language as previously used for submissions that included 'Epic direct payment' feature Version: 14.00 Notes: 3.1.1, Epic. Update. Cross-platform multiplayer game. Offers 'Epic direct payment' method for in-game currency/items in addition to IAP option. Free on Android.").

[157] *See* APL-APPSTORE_10991276 at -276 ("Apple has informed Spotify of its rejection of the app on grounds that it is out of compliance with Apple's 'business model rules' and stating that '[i]f Spotify wants to use the app to acquire new customers and sell subscriptions, it must use in-app purchase for those sales.' This follows multiple other threats of removal of the Spotify app from Apple's App Store."); APL-APPSTORE_10871795; APL-APPSTORE_10871804, internal Apple documents noting that "[Amazon] would build their own Store and publish channels, etc. and in order to fix retail app, sign up for prime, etc. … They would not use our IAP since they have their own PMOF.").

[158] *See, e.g.,* Opinion, *Epic Games, Inc., v. Apple, Inc.*, D.C. No. 4:20-cv-05640-YGR, (9th Cir.), April 24, 2023, p. 3 (" Epic alleged that Apple acted unlawfully by restricting app distribution on iOS devices to Apple's App Store, requiring in-app purchases on iOS devices to use Apple's in-app payment processor, and limiting the ability of app developers to communicate the availability of alternative payment options to iOS device users."); Brief of *Amici Curiae* Meta Platforms, Inc., Microsoft Corporation, X Corp., and Match Group, LLC in support

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

83. Moreover, alternatives to Apple's IAP system are available and used by developers today, albeit only for those developers that qualify for Apple's exceptions to its IAP requirements. As explained in Section II.C.1, Apple allows its video entertainment partners to use their choice of payment system for in-app transactions made by their existing users.[159] According to Apple, many developers have joined this program since its inception in 2016.[160] However, Apple requires these developers to use IAP to process in-app transactions made by their new customers, though at a discounted commission rate.[161]

---

of Epic Games, Inc.'s Motion to Enforce Injunction, *Epic Games, Inc., v. Apple, Inc.*, 4:20-cv-05640-YGR-TSH, (9th Cir.), March 20, 2024, p. 8 ("First, the Apple Plan violates the express terms of the injunction [by ignoring] the prohibition against Apple's preventing developers from using, within their apps, 'other calls to action' to direct users to purchasing methods other than IAP. Furthermore, Apple's Guidelines retain the explicit anti-steering rules — prohibiting developers from 'encourag[ing] users to use a purchasing method other than in-app purchase' — that the Court previously condemned. Second, the Apple Plan also contravenes the injunction's fundamental purposes. It imposes restrictions and conditions on developers' ability to link to an external payment mechanism. … Collectively, Apple's requirements discourage consumers from using alternatives to IAP, inflate the prices consumers would pay through alternative mechanisms, and allow Apple to maintain the high IAP commissions that the Court found to be excessive."); APL-APPSTORE_09521691 at -694, Spotify Complaint against Apple for Anticompetitive Practices in the EU, ¶ 6(b) ("The mandatory exclusive use of Apple's IAP by digital content apps ('IAP Obligation') is accompanied by a requirement imposed on app developers to leave a sizable share of their in-app revenues to Apple … and limits developers' ability to manage their user relationships directly.").

[159] Existing customers of the video entertainment providers are exempt from the IAP requirement. For example, an existing Amazon Prime customer may purchase Prime Video movies and shows in the Prime iOS app using their existing payment information with Amazon. They do *not* need to transact with IAP. In contrast, a new Amazon customer, who signed up via the iOS app, does need to utilize IAP. *See* "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/.

[160] Dieter Bohn, "Why Amazon got out of the Apple App Store tax, and why other developers won't," *The Verge*, April 3, 2020, https://www.theverge.com/2020/4/3/21206400/apple-tax-amazon-tv-prime-30-percent-developers, ("On qualifying premium video entertainment apps such as Prime Video, Altice One and Canal+, customers have the option to buy or rent movies and TV shows using the payment method tied to their existing video subscription."); "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/ ("Since 2016, the Apple Video Partner Program has enabled premium subscription video providers to participate in a new TV watching experience on the Apple TV app … As of fall 2020, over 130 premium subscription video entertainment providers around the world have signed on to participate in this program, such as Amazon Prime Video, Binge, Canadian Broadcasting Corporation (CBC), Claro Video, C More, DAZN, Disney+, Globo, HBO Max, Joyn, Molotov, MUBI, myCanal, STARZ, and Viaplay.").

[161] *See* "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/, ("As a program member, you earn 85% of sales from customers who sign up using Apple's in-app purchase system. You may also allow customers who subscribe using your payment method outside of the app to use that payment method for additional video transactions within the app. You must enable in-app purchase to enjoy these economic benefits.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

84. Additionally, Apple allows iOS app developers selling physical goods and services to utilize alternatives to Apple's IAP system.[162] These developers have their choice of non-IAP in-app iOS payment solutions. For example, the craft retailer Etsy incorporates both its own bespoke payment system and allows customers to choose among available payment system options, such as PayPal. Amazon similarly uses a proprietary payment solution. The ride-hailing app Uber uses Stripe.[163]

85. Taken together, this evidence demonstrates that alternatives to Apple's IAP exist today, and in the absence of Apple's restrictions, many developers would likely have elected to use these or other alternative payment solutions for in-app purchases in addition to, or in replacement of, Apple's IAP.[164] As I discuss in greater detail in Section IV, this lack of competition has likely resulted in fewer options, higher prices, and lower output for consumers of iOS in-app content.

86. Finally, available evidence suggests that Apple's monopolization of in-app payment solutions is not necessary to safeguard the security and privacy of iOS users. In particular, Professor Kohno concludes that Apple's security practices are easily replicated by third-party payment systems like PayPal, and that its monopolization of payment solutions does not benefit security on iOS devices.[165] Moreover, in Professor Martin's opinion, the use of IAP actually *violates* user privacy, as Apple uses the data collected by IAP, including user search and transaction history, for targeted advertising.[166] Additionally, Apple allows limited exceptions to its IAP mandate— including the Video Partner program and the sale of physical goods and services as discussed earlier in this section. According to Professor Martin, Apple has presented no evidence that these

---

[162] *See* "App Review Guidelines," *Apple*, https://developer.apple.com/app-store/review/guidelines/ ("3.1.3(e) Goods and Services Outside of the App: If your app enables people to purchase physical goods or services that will be consumed outside of the app, you must use purchase methods other than in-app purchase to collect those payments, such as Apple Pay or traditional credit card entry.").

[163] *See* "Etsy Payments Policy," *Etsy*, https://www.etsy.com/legal/etsy-payments/; "Amazon Payment Services: Mobile Integration," *Amazon*, https://paymentservices.amazon.com/docs/EN/23.html; "Uber partners with Stripe to enhance payments performance and reduce costs," *Stripe*, May 3, 2023, https://stripe.com/newsroom/news/stripe-and-uber.

[164] In my opinion, economic logic indicates that if the App Store permitted alternative payment solutions, more payment processors would be incentivized to enter the market, thus offering developers a wider array of choices.

[165] *See* Kohno Report, Section VIII.

[166] *See* Martin Report, Section IV.D.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 42 of 193

exceptions compromise user privacy or security, further suggesting that the IAP requirement is not justified by privacy rationales.[167]

## III.C. Apple's Anti-Steering Provisions Insulate the App Store from Potential Competition Outside of the App Store

87. From the release of the App Review Guidelines in 2010, Apple has imposed "anti-steering provisions" that limit the ability of developers to direct users to payment methods outside of the App Store.[168] Until January 2024, Apple prohibited developers from including "buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than [Apple's In-App Purchase system]."[169] Reader apps were the only exception to Apple's anti-steering provisions. In 2021, following an agreement with the Japan Fair Trade Commission (JFTC), Apple exempted reader apps (e.g., Netflix, Kindle, and Spotify) from the anti-steering restriction

---

[167]  *See* Martin Report, Section IV.D.

[168]  "Commission fines Apple over €1.8 billion over abusive App store rules for music streaming providers," *European Commission*, March 3, 2024, https://ec.europa.eu/commission/presscorner/detail/en/ip_24_1161 ("In particular, the anti-steering provisions ban app developers from: … Including links in their apps leading iOS users to the app developer's website on which alternative subscriptions can be bought."); "Summary of decision on abuse of dominant position by Apple," *Netherlands ACM*, August 24, 2021, https://www.acm.nl/sites/default/files/documents/summary-of-decision-on-abuse-of-dominant-position-by-apple.pdf ("In addition, app providers are not allowed to refer within their own apps to payments options outside the app, for example to alternative payments options that app providers offer on their websites (anti-steering)."). In addition, Apple has also implemented additional anti-steering restrictions that prohibited communication from some developers (e.g., reader apps, multi-platform services) to users about alternative purchase methods. For instance, the App Review Guidelines from 2020 stated "[a]pps in this section cannot, either within the app or through communications sent to points of contact obtained from account registration within the app (like email or text), encourage users to use a purchasing method other than in-app purchase." *See* APL-APPSTORE_10745991 at -6001 (App Store Review Guidelines, November 2020); APL-EG_01484334 at -345 (App Store Review Guidelines, September 2020). This guideline does not appear in earlier versions of the App Review Guidelines and "either…or through communications sent to points of contact obtained from account registration within the app (like email or text)" appears to be edited out starting from the June 2021 guidelines. *See* APL-APPSTORE_09806155 at -166 (App Store Review Guidelines, June 2017); APL-APPSTORE_10859325 at -333 (App Store Review Guidelines, June 2021); APL-APPSTORE_10859338 at -350 (App Store Review Guidelines, June 2021); APL-FIG_00004027 (App Store Review Guidelines, June 2022). *See also,* CMA Mobile Ecosystems Market Study, "Appendix H: in-app purchase rules applied by Apple and Google to app developers distributing apps through Apple's and Google's app stores," *CMA*, September 1, 2022, pp. H11-H12, https://assets.publishing.service.gov.uk/media/61b86a0ce90e070441bcf983/Appendix_H_-_In-app_purchase_rules_in_Apples_and_Googles_app_stores.pdf.

[169]  *See, e.g.*, APL-FIG_00004027, App Store Review Guidelines, October 22, 2022, Section 3.1.1 In-App Purchase ("Apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase, except as set forth in 3.1.3(a).").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

that had been in place for most of the Class Period, allowing these apps to include external links that could direct users to manage accounts and make purchases on developers' websites.[170]

88. All else equal, economic theory predicts that profit-maximizing developers will offer lower prices on their own website where its marginal costs of selling are likely lower without the App Store's commission fee. Some consumers, if made aware of this alternative distribution channel, would switch from the App Store to the developer's own distribution channel where they could benefit from lower prices. Other consumers who previously found the developer's product on the App Store cost prohibitive could now afford to purchase at a lower price from the developer's website, thereby expanding the developer's total output. However, with anti-steering provisions in place, developers may be less incentivized to offer lower prices outside of the App Store as fewer, if any, customers would be aware of the discounts offered through a developer's own distribution channel. Lowering prices thus would not be an effective way of inducing sales. As such, Apple's anti-steering provisions further insulates the App Store from competition that could drive down prices, thereby reinforcing the App Store's monopoly position.

89. A number of developers have sought to direct users to purchase channels outside of the App Store. In 2016, Spotify attempted to remove the option to subscribe via Apple's IAP and direct new users to sign up via its website.[171] This update to the iOS Spotify app was swiftly rejected by Apple.[172] In an email explaining the reasons for the rejection, Ron Okamoto, then Vice

---

[170] "Japan Fair Trade Commission closes App Store investigation," *Apple Newsroom*, September 1, 2021, https://www.apple.com/newsroom/2021/09/japan-fair-trade-commission-closes-app-store-investigation.

[171] Jess Weatherbed, "Spotify is booting legacy subscribers still paying via Apple's App Store," *The Verge*, July 6, 2023, https://www.theverge.com/2023/7/6/23785523/spotify-premium-subscribers-apple-app-store-payments-support ("Spotify stopped accepting Premium subscriptions via the App Store in 2016 to avoid paying up to a 30 percent commission to Apple for in-app purchases, just under two years after the audio streaming company had introduced the payment system to its platform. Customers who subscribed via the App Store were charged an additional $3 per-month to prevent Apple's fee from cutting into Spotify's revenue."); APL-APPSTORE_09521691 at -711, Spotify Complaint against Apple for Anticompetitive Practices in the EU, ¶ 54(c) ("Spotify found it unviable to keep trying to compete with Apple at an artificially uncompetitive price; it ceased use of IAP and has become subject to enforcement of Apple's Marketing Restrictions since May 2016."). Spotify's app update gives users an opportunity to click on a link within the Spotify app to receive email with information about the Premium subscription. *See* APL-APPSTORE_10991276, Letter from Spotify's General Counsel to Apple on June 26, 2016.

[172] Peter Kafka, "Spotify says Apple won't approve a new version of its app because it doesn't want competition for Apple Music," *Vox*, June 30, 2016, https://www.vox.com/2016/6/30/12067578/spotify-apple-app-store-rejection ("Apple turned down a new version of the app while citing 'business model rules' and demanded that Spotify use Apple's billing system if 'Spotify wants to use the app to acquire new customers and sell

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

President of Developer Relations, stated that "developers may not attempt to divert in-app purchase sales to other payment mechanisms simply to avoid Apple's commission, such as by linking out to a website."[173]

90. In 2022, Spotify's attempts to integrate audiobooks into its app without using Apple's IAP led to multiple rejections by Apple, citing violations of rules against steering users toward external purchase channels.[174] In a version that later got rejected by Apple, once a user selected an audiobook for purchase, they would be directed to Spotify's website to complete the transaction, circumventing Apple's IAP entirely.[175] Spotify implemented a number of workarounds after the

---

subscriptions.'"); APL-APPSTORE_09521691 at -714, Spotify Complaint against Apple for Anticompetitive Practices in the EU, ¶ 66 ("Nevertheless, May 2016 marked the start of a series of unjustified rejections of the Spotify iOS app by Apple, which continues unabated until the present day."); APL-APPSTORE_10991276 at -276, Letter from Spotify's General Counsel to Apple on June 26, 2016 ("Apple has informed Spotify of its rejection of the app on grounds that it is out of compliance with Apple's "business model rules" and stating that '[i]f Spotify wants to use the app to acquire new customers and sell subscriptions, it must use in-app purchase for those sales.'").

[173] In an email to Spotify explaining the reasoning for the rejection, Ron Okamoto, then Vice President of Developer Relations, summarized Apple's rule concerning developers' efforts to inform users about alternative methods for purchasing in-app content and clarified the narrow scope of the exception that permits users to access content subscribed to elsewhere on iOS devices. *See* APL-APPSTORE_00045455 at -455 ("But our rules are clear, both in spirit and in letter, that developers may not attempt to divert in-app purchase sales to other payment mechanisms simply to avoid Apple's commission, such as by linking out to a website. Spotify's recent actions clearly violate these rules: it is using the free player app to solicit and sign up new App Store customers and direct them—during and immediately after a free trial period—to sign up for a Spotify subscription on the web.").

[174] APL-APPSTORE_11283369 at -370, Apple internal email discussing a NYT article, Tripp Mickle, "Spotify Wants to Get Into Audiobooks but Says Apple Is in the Way," *The New York Times*, October 5, 2022, https://www.nytimes.com/2022/10/25/business/spotify-apple-audiobooks-app.html ("Over the past month, Apple, the App Store's gatekeeper, has rejected Spotify's app three times, saying that its new audiobooks offering broke Apple's rules governing how developers can communicate with customers about online purchases."); APL-APPSTORE_10890472 at -478, Apple internal email chain with Spotify on their app updates, ("We have completed the evaluation of your latest app version 8.7.76 and found the following issue has not been addressed. While there is no issue with your audiobooks feature in general, including references, calls-to-action or links that provide access to external purchase mechanisms for digital content or services to be used in your app is not appropriate for the App Store. We have now rejected your app for the App Store Review Guideline detailed below. Guideline 3.1.1 - Business - Payments - In-App Purchase.").

[175] Ariel Shapiro, "Spotify now sells audiobooks," *The Verge*, September 20, 2022, https://www.theverge.com/2022/9/20/23362781/spotify-audiobooks-serial-adnan-syed-hot-pod-summit ("Users in the US can buy individual audiobooks from a library of 300,000 titles at prices set by publishers, similar to Apple Books. Listeners can browse and sample audiobooks in the app, and once they select a title they want to buy, they will be directed off-app to make the purchase."); APL-APPSTORE_10890472 at -498-499, Apple internal email chain with Spotify on their app updates ("Spotify recently submitted an update to their app that included content intentionally designed to circumvent our in-app purchase policies outlined under Guideline 3.1.1. — Specifically, the app included instructions and URLs for users to purchase audiobook content via the Spotify website using external payment methods than in-app purchase, which could then be accessed through their app.").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

initial rejection, including removing links to purchase from the app and instead redirecting users via emails that contain links to purchase.[176] In another update, Spotify introduced an alternative approach by displaying their website URL within the app, informing users that audiobooks could be purchased from there.[177] However, despite previously approving it, Apple rejected this feature in a later review, which ultimately resulted in users having to purchase audiobooks from Spotify's website without any directions or instructions from the Spotify app.[178]

91. Another example of developers' failed attempt to direct users out of the App Store for the purchase of in-app content is Netflix. Between 2016 and 2018, Netflix engaged in multiple

---

[176] APL-APPSTORE_11283369, Apple internal email discussing a NYT article, Tripp Mickle, "Spotify Wants to Get Into Audiobooks but Says Apple Is in the Way," *The New York Times*, October 5, 2022, https://www.nytimes.com/2022/10/25/business/spotify-apple-audiobooks-app.html ("They developed a nine-step process for buying an audiobook. When customers clicked on audiobooks, they would land on a screen with a lock icon over the audio play button. Pressing the play button led customers to a page where they could request an email to learn more about buying a book. The subsequent email included the book price and a link to purchase it… It didn't include any information about prices, and it didn't link users out to a website to complete its purchase… In mid-September, Apple approved the audiobook update, Spotify said."); APL-APPSTORE_10890472-498, Apple email chain with Spotify discussing their app updates dated October 19, 2022 ("Spotify's latest app update was rejected on October 14 for two violations of guideline 3.1.1. The app included URLs and a call-to-action for users to purchase audiobooks on the Spotify website. Specifically, the audiobooks section of the app informed users that they cannot purchase audiobooks in the app, but included a button for them to get an email to learn more about audiobooks on Spotify … The app is on the ERB deck for tomorrow as a recommended rejection under guideline 3.1.1.").

[177] APL-APPSTORE_10890472 at -478, Apple email chain with Spotify discussing their app updates dated October 24, 2022 ("We found in our review that your app provides access to mechanisms other than in-app purchase for subscriptions to be used in the app, which does not comply with the App Store Review Guidelines. Specifically: - Your app's audiobooks feature includes the following calls-to-action and URLs that directs users to external mechanisms for purchases or subscriptions to be used in the app: "You can't buy audio books in the app, but titles you have purchased on open.spotify.com can be listened to here" and "Head to open.spotify.com to get started.").

[178] APL-APPSTORE_10890472 at -473, Apple email chain with Spotify discussing their app updates dated October 25, 2022 ("This version includes Audiobook access if users have purchased externally. These will appear in their library. When user tap on an Audiobook they do not own, they are shown a message which prompts them to request an email for more information about purchasing the audiobooks. This may have been missed during review and Felice has brought it to our attention.").
APL-APPSTORE_11283369, Apple internal email discussing a NYT article, Tripp Mickle, "Spotify Wants to Get Into Audiobooks but Says Apple Is in the Way," *The New York Times*, October 5, 2022, https://www.nytimes.com/2022/10/25/business/spotify-apple-audiobooks-app.html ("When Spotify later submitted an app update with features unrelated to audiobooks, Apple rejected it. App Store reviewers told Spotify that the audiobooks offering, which had previously been approved, violated rules requiring apps to use Apple's payment system to unlock new features, according to Spotify… They stripped away Spotify's website and directions for more information about audiobooks, putting the onus on customers to go online and figure out how to complete a purchase. The changes won Apple's approval, Spotify said."); APL-APPSTORE_10890472 at -472, Apple email chain with Spotify discussing their app updates dated October 26, 2022 ("Spotify has resubmitted for Prod review. No ELA, Premium tab is back and in compliance (no links, refs or calls-to-action) and the Audiobooks feature is in compliance as it was in the approved Test Flight submissions.").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

attempts to direct users to external payment methods but faced consistent rejections from Apple. For example, in August 2016, Apple rejected Netflix's app update for displaying links to their website for purchasing in-app content during an IAP system breakdown.[179] Later in December 2016, Apple found and rejected another Netflix update that implemented an actionable link that took users outside of the app to manage their accounts on the website Netflix.com, thereby circumventing Apple's IAP.[180] In addition, in September 2017, Netflix attempted to direct DVD subscribers within its app to Netflix's official website for subscriptions, and in August 2018 included links in the "Help" section of the app that led to external subscription options on Netflix.com.[181] These attempts to include external links were rejected by Apple, which culminated in Netflix withdrawing from Apple's IAP system: first by disabling in-app subscriptions for new customers in December 2018, and ultimately by terminating all legacy in-app subscriptions in February 2024.[182]

---

[179] APL-EG_05171246, Apple internal email rejecting Netflix's app update for displaying a website link when IAP is down, quoting Guidelines Section 3.1.1. of the App Review Guidelines for the rejection, despite Netflix's (disputed) claim that it had received permission; APL-APPSTORE_09709237, Apple email stating Netflix disputed the rejection, with Netflix "assert[ing] that they [had] a previous exception for doing this (obtained through a telephone conversation)," but Apple denied such exception.

[180] APL-APPSTORE_11045202 at -204, Apple rejected Netflix for link-out, stating "[w]e found that a user who is logged in with an active or expired account (the one they provided) taps 'Account' in the menu of the app, they are linked outside the app to the manage accounts page on Netflix.com. In the 'Plan Details' section of that page, if the user taps 'Change Plan' they can tap to an 'Add Payment Method' page where they can add a credit card for payment instead of using iTunes, even if they are an active iTunes subscriber. I believe this would be considered a 3.1.1 violation and not in the spirit of what we have allowed."

[181] APL-APPSTORE_06713744 at -744, in September 2017, an Apple internal email found Netflix in breach of Section 3.1.1 because "[w]hen a user who only has a physical DVD subscription logs in to the app, it upsells them with directions and a link to netflix.com (opens in Safari) to get a streaming account and set up billing for it, which does not use IAP."; In August 2018, Apple rejected Netflix as "Netflix was allowing links out of their iOS app to their web site that easily lead to non-IAP subscriptions; an apparent violation of 3.1.1." Once Netflix removed this feature, it was approved. *See* APL-APPSTORE_02923042 at -043.

[182] Chris Welch, "Netflix stops offering in-app subscriptions for new and returning customers on iOS," *The Verge*, December 28, 2018 https://www.theverge.com/2018/12/28/18159373/netflix-in-app-subscriptions-iphone-ipad-ios-apple ("Netflix is no longer allowing new customers on iOS to pay for the streaming service directly through an in-app subscription…Now, customers will have to begin a subscription through a web browser such as Safari. People who already have an in-app Netflix subscription will be able to continue paying that way — for now — but returning customers who have missed a billing period will be unable to reactivate in-app subscriptions; they'll have to subscribe from the web."); Wes Davis, "Netflix confirms it's cutting off Apple billing for legacy subscribers," *The Verge*, February 26, 2024, https://www.theverge.com/24084173/netflix-refusing-apple-itunes-subscriptions ("Netflix confirms to *The Verge* that it has begun booting longtime subscribers off their Apple iTunes billing plans in some countries and will require them to pay Netflix directly using a credit card or debit card instead.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

92. In another case, the Sony e-reader app included a link that directed users to purchase e-books through Sony's website, thereby circumventing Apple's IAP requirements.[183] In 2011, Apple informed Sony that all transactions within the app must go through the IAP, citing to the anti-steering provisions in its App Store Review Guidelines.[184] Despite attempts to negotiate a compromise, Sony stated that they could not meet Apple's requirements without altering the app's functionality, and the negotiations had "reached an impasse."[185] In 2012, Sony re-launched the e-reader app and removed the in-app purchase option from their iOS reader app, only allowing users to access previously purchased items.[186] Similarly, the iOS Kindle app used to have a "Shop in Kindle Store" link within the app that directed users to the Kindle Store website. However, Apple required Amazon to remove the link and use IAP for e-book purchases within

---

[183] Claire Cain Miller and Miguel Helft, "Apple Moves to Tighten Control of App Store," *The New York Times*, February 1, 2011, https://www.nytimes.com/2011/02/01/technology/01apple.html ("Apple rejected Sony's iPhone application, which would have let people buy and read e-books from the Sony Reader Store… Apps like the Kindle app from Amazon.com and the one that Sony submitted open up a browser window when a user wants to buy something. This allows the app makers to argue that technically the purchase is happening on the Web, not within the app.").

[184] "Apple Rejects Sony App Over Book-buying Options," *CBS News*, February 2, 2011, https://www.cbsnews.com/news/apple-rejects-sony-app-over-book-buying-options-7310909/ ("Apple said this in-app clause was already part of the developer guidelines."); Claire Cain Miller and Miguel Helft, "Apple Moves to Tighten Control of App Store," *The New York Times*, February 1, 2011, https://www.nytimes.com/2011/02/01/technology/01apple.html ("Some application developers, including Sony, say Apple has told them they can no longer sell e-books within their apps unless the transactions go through Apple's system."); APL-APPSTORE_09326767, Apple internal email, January 31, 2011 ("For existing services, like Sony eBook, Amazon, Rhapsody, etc., they: 1. Must use IAP within the app to purchase content (we will not allow any 'dumb' readers) 2. May have an external website where the purchase of content happens for distribution to all of their supported devices, but it cannot be for iOS only, and there cannot be a link within the app. 3. App may have a login process to allow for the app to sync with the external service.").

[185] *See* "Apple Rejects Sony App Over Book-buying Options," *CBS News*, February 2, 2011, https://www.cbsnews.com/news/apple-rejects-sony-app-over-book-buying-options-7310909/ ("Sony protested what it calls a change in the way of enforcing the rules. 'We opened a dialogue with Apple to see if we can come up with an equitable resolution but reached an impasse at this time,' the company said in a statement.").

[186] "Sony brings Reader app to iOS devices," *NBC News*, November 5, 2012, https://www.nbcnews.com/tech/gadgets/sony-brings-reader-app-ios-devices-flna1c6884770 ("The app isn't the same as the one found on Android or elsewhere, but rather is based on the Bluefire reader app already in the App Store. That said, once you log in you'll have full access to your purchased and stored books."); Ben Gilbert, "Sony's 'Reader' App finally re-launches on iOS, purchasing new books not included," *Engadget*, November 5, 2012, https://www.engadget.com/2012-11-05-sony-reader-app-available-ios.html ("Sony's Reader looks an awful lot like the Bluefire iOS e-reader app, though we'd wager Sony's store offers more in the way of literary choice -- sadly, you can't actually purchase e-books through the application directly.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the app instead. Amazon ultimately decided to remove the link but also the option for in-app purchases, forcing customers to purchase their e-books from the Amazon website.[187]

93. These restrictions are costly to consumers, who either bear the inconvenience of having to separately search for and purchase in-app content outside of the app or suffer from paying higher prices for in-app content within the app. By actively policing these rules, Apple further tightens its monopolistic control over the sale of in-app content and prohibits any meaningful competition from outside of the App Store, thereby generating higher revenues for the App Store. However, the steering attempts by Spotify and Sony, for example, strongly suggest that developers would be motivated to attract consumers to alternative purchase channels and bypass the App Store's commission fee if allowed to do so.

94. Apple's anti-steering provisions and its provisions restricting payments mechanisms have been investigated by antitrust agencies across the globe, including the Japan Fair Trade Commission (JFTC), the European Commission and the Netherlands Authority for Consumers and Markets (ACM).[188] In September 2021, Apple reached an agreement with the JFTC to exempt reader apps

---

[187] Gregg Keizer, "Apple's new App Store rules affect Amazon's Kindle," *ComputerWorld*, February 15, 2011, https://www.computerworld.com/article/1536882/apple-s-new-app-store-rules-affect-amazon-s-kindle.html; "Buy Books for Your Kindle App," *Amazon*, https://www.amazon.com/gp/help/customer/display.html?nodeId=GDZF9S2BRW5NWJCW ("The iOS Kindle app, Android Kindle app, and Amazon app for iOS and Android don't support in-app purchasing for Kindle books. Customers must purchase on a web browser.").

[188] In 2020, following complaints from developers, the European Commission started investigating Apple's anti-steering provisions and found that these curtail consumer awareness of more cost-effective options, thereby artificially inflating prices and diminishing competitive dynamics within the digital music streaming market. "Antitrust: Commission opens investigations into Apple's App Store rules," *European Commission*, June 15, 2020, https://ec.europa.eu/commission/presscorner/detail/en/ip_20_1073 ("The investigations follow-up on separate complaints by Spotify and by an e-book/audiobook distributor on the impact of the App Store rules on competition in music streaming and e-books/audiobooks."); "Statement by Executive Vice-President Margrethe Vestager on the Statement of Objections sent to Apple on App Store rules for music streaming providers," *European Commission*, April 30, 2021, SPEECH/21/2093, https://ec.europa.eu/commission/presscorner/detail/en/speech_21_2093 ("Apple's anti-steering rules limit the ability of music streaming providers to inform their users in different ways. Not only are they not allowed to mention their websites or any link to them in their own apps. They are also not allowed to send e-mails to users that created an account in the app in order to inform them about cheaper alternatives. So Apple device users pay significantly higher prices for their music services."); "Closing the Investigation on the Suspected Violation of the Antimonopoly Act by Apple Inc.," *Japan Fair Trade Commission*, September 2, 2021, https://www.jftc.go.jp/en/pressreleases/yearly-2021/September/210902.html.

The Netherlands ACM started an investigation on Apple's anti-steering restrictions and the mandated use of Apple's IAP in dating apps in the Netherlands and in 2021 released a summary of its decision stating that Apple's conduct restricted developers' freedom of choice regarding payment processing. The Netherlands ACM

Continued on next page

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 49 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

from its anti-steering restrictions in an effort to close the JFTC's years-long investigation centering on Apple's mandatory use of IAP for the sale of in-app content and Apple's anti-steering restrictions.[189] While the agreement was reached with the JFTC, Apple applied the change globally and exempted all reader apps from anti-steering provisions that have remained in place for nearly the entire Class Period. The change allowed developers of reader apps to insert a link within their apps to direct users to "manage their accounts" (*e.g.,* make purchases, manage their subscriptions) on the developer's website.[190]

---

also found that Apple's conduct hindered their ability to manage consumer relationships, including processing refunds and ensuring user safety through background checks. In August 2021, the ACM ordered Apple to allow dating-app developers in the Netherlands to choose their own payment processing systems within the app, which Apple complied with on June 10, 2022. *See* "Summary of decision on abuse of dominant position by Apple," *Netherlands ACM*, August 24, 2021, https://www.acm.nl/sites/default/files/documents/summary-of-decision-on-abuse-of-dominant-position-by-apple.pdf ("First, with those conditions, Apple restricts the dating-app providers' freedom of choice with regard to the processing of the payments for the digital content and services they sell. Dating-app providers are not able to have these services handled by another payment system, nor are they able to refer in their apps to payment options outside the app. [suspended]. Moreover, since Apple does not give access to data about customers that have made purchases, app providers are also not able to contact their app users directly for customer service purposes. Dating-app providers are unable to handle any issues regarding invoicing, cancellations, and refunds directly with their customers because they do not have access to the necessary data. In addition, it becomes much harder for dating-app providers to do background checks, which is of significant importance to dating-app providers, considering safety, age checks, and malevolent users… ACM orders Apple to put an end to the violation established by ACM. Apple must adjust its conditions in such a way that, with regard to their dating apps that they offer in the Dutch App Store, dating-app providers are able to choose themselves what market participant they want to process the payments for digital content and services sold within the app. [suspended], and, in addition, they must have the ability to refer within the app to other payment systems outside the app."); "Further updates on StoreKit External Entitlement for dating apps in the Netherlands storefront," *Apple Developer*, June 10, 2022, https://developer.apple.com/news/?id=3bttqj0z&1654894572 ("Following productive conversations with the Netherlands Authority for Consumers and Markets (ACM), today we're introducing additional adjustments to Apple's plan to comply with the regulator's order pertaining to dating apps on the App Store in the Netherlands: Developers of dating apps in the Netherlands can use the StoreKit External Purchase Entitlement, the StoreKit External Purchase Link Entitlement, or both entitlement.").

189  The Japan Fair Trade Commission (JFTC) investigated the App Store Review Guidelines that "stipulates that developers are required to use IAP for sales of digital contents, etc., and prohibits from including external links or buttons within the app to induce consumers into purchase other than using IAP."  The JFTC found that requiring developers to use Apple's in-app purchase system and prohibiting in-app links to external payment methods could "be a problem under the Antimonopoly Act," and that allowing developers to include links to external payment methods could "create price-reduction effects and consequently benefit consumers." "Closing the Investigation on the Suspected Violation of the Antimonopoly Act by Apple Inc.," *Japan Fair Trade Commission*, September 2, 2021, https://www.jftc.go.jp/en/pressreleases/yearly-2021/September/210902.html;

"Japan Fair Trade Commission closes App Store investigation," *Apple Newsroom*, September 1, 2021, https://www.apple.com/newsroom/2021/09/japan-fair-trade-commission-closes-app-store-investigation.

190  "Japan Fair Trade Commission closes App Store investigation," *Apple Newsroom*, September 1, 2021, https://www.apple.com/newsroom/2021/09/japan-fair-trade-commission-closes-app-store-investigation; Todd Spangler, "Apple Will Let Content Apps Like Netflix, Spotify Link to Their Websites to Sign Up Users," *Variety*, March 30, 2022, https://variety.com/2022/digital/news/apple-app-store-netflix-spotify-web-accounts-

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

95. The anti-steering restrictions were subject to further modifications in the U.S. in January 2024, following the *Epic v. Apple* ruling. Apple updated the App Store Review Guidelines to allow iOS apps to include a link to the developer's website for purchases of in-app content.[191] This change, however, was also accompanied by Apple's requirement that developers must pay a 27 percent commission rate (12 percent for participants in the Small Business Program) on proceeds earned from digital purchases made *outside* of the App Store using the external link included in the app, provided that the sale was initiated within seven days from linking out.[192] That is, even if the user returns to that URL via a different mechanism (*i.e.,* not through the app) and makes a purchase, Apple will still earn a 27 percent commission rate on that purchase.[193] The 27 percent commission rate is applied to all transactions that would have been subject to Apple's 30 percent commission rate had they been completed in-app.[194] The use of external links by developers would likely lead to costs greater than 30 percent of sales, because in addition to the 27 percent

---

1235219399/;  Mitchell Clark, "Apple finally lets 'reader' apps like Kindle, Netflix, and Spotify link to their own sites," *The Verge*, March 30, 2022, https://www.theverge.com/2022/3/30/23003503/apple-reader-app-developer-external-link-guidelines-announced-entitlements. The External Link Account Entitlement applies for Reader Apps and it must be the case that these apps do not offer in-app purchases. "Distributing 'reader' apps with a link to your website," *Apple Developer*, https://developer.apple.com/support/reader-apps/.

[191] "StoreKit and review guideline update," *Apple Developer*, January 16, 2024, https://developer.apple.com/news/?id=plt8qzea ("Starting today, because of a recent United States Court decision, App Store Review Guideline 3.1.1 has been updated to introduce the StoreKit Purchase Link Entitlement (US), which allows apps that offer in-app purchases in the iOS or iPadOS App Store on the United States storefront the ability to include a link to the developer's website that informs users of other ways to purchase digital goods or services."). Apple provides a list of requirements that the external link and its display must meet. In addition, Apple requires the app to warn users that they are about to go to an external website. *See* "Distributing apps in the U.S. that provide an external purchase link," *Apple Developer*, https://developer.apple.com/support/storekit-external-entitlement-us/, *see* heading "Understanding app and link requirements."

[192] "Distributing apps in the U.S. that provide an external purchase link," *Apple Developer*, https://developer.apple.com/support/storekit-external-entitlement-us/ ("Apple's commission will be 27% on proceeds you earn from sales ('transactions') to the user for digital goods or services on your website after a link out (i.e., they tap 'Continue' on the system disclosure sheet), provided that the sale was initiated within seven days and the digital goods or services can be used in an app.").

[193] Evidentiary Hearing, Volume 1, *Epic Games, Inc., v. Apple, Inc*., No. 4:20-cv-05640-YGR, (N.D. Cal.), May 8, 2024, ECF No. 976, 120:6-123:23.

[194] Evidentiary Hearing, Volume 1, *Epic Games, Inc., v. Apple, Inc*., No. 4:20-cv-05640-YGR, (N.D. Cal.), May 8, 2024, ECF No. 976, 197:8-12. ("Q: Now, the fee that Apple imposes on linked purchases is 27 percent for any purchase that would be subject to a 30 percent fee if it were completed as an in-app purchase, correct? A. That is correct.").

commission rate collected by Apple, developers would need to pay for alternative payment processing solutions, which could charge a fee higher than 3 percent.[195]

# IV. Apple's Alleged Anticompetitive Conduct Has Harmed Consumers

96. As discussed in the previous section, Apple's alleged anticompetitive conduct has enabled it to monopolize the sale of iOS apps and in-app content. In this section, I explain how Apple has leveraged its monopoly power to charge a supracompetitive commission rate, impose additional constraints on cloud streaming and super apps, and distorts the prices developers can charge by imposing restrictive pricing tiers. As a result, consumers are deprived of purchase options outside of the App Store and have suffered from higher prices, reduced output, and lower quality of iOS apps and in-app content.

97. In Section IV.A, I describe the variety of purchase channels for Windows PC apps available to consumers. Given the functional similarities between the two marketplaces, this evidence strongly suggests that, in the absence of Apple's restrictions, consumers would likely have benefited from a diverse set of purchase options for iOS apps and in-app content.

98. In Section IV.B, I illustrate how Apple's exclusionary conduct has allowed it to charge a supracompetitive commission to extract excessive profits. Real-world examples of developers charging higher prices to iOS device users and Professor McFadden's damages model both indicate that the inflated As-Is commission rate has led to consumers paying higher prices for iOS apps and in-app content.

---

[195] Evidentiary Hearing, Volume 2, *Epic Games, Inc., v. Apple, Inc*., No. 4:20-cv-05640-YGR, (N.D. Cal.), May 10, 2024, ECF No. 977, 271:1-15, 272:3-8 ("Q. Are you aware that Mr. Ben Simon, the CEO of Down Dog, put in a declaration here that said that he pays three-and-a-half percent to six-and-a-half percent to Stripe and PayPal to process payments for transactions that occur on its website? A. I have not seen his declaration. Q. Setting aside his declaration, did you look into the prices of PayPal and Stripe during your work on the price committee deck? A. I did not. Q. Are you aware that in November 2023 while you were working on your deck, in a case between Epic and Google, witnesses from Google testified that even Google, with all its scale, bears a cost between 4 percent and 6 percent to provide payment services to Android developers? A. I was not aware. … Q. So everybody chooses a different payment system maybe, but you understand that Epic and Down Dog and Google and Spotify and Meta and Microsoft and Match all told this Court that developers cannot obtain payment solutions for less than three percent? A. I was not aware.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

99. In Section IV.C, I show that Apple's supracompetitive commissions and restrictions further reduce the total output of iOS apps and in-app content, reduce the quality of available iOS apps and in-app content, and inhibit the innovation for iOS apps and in-app content. In particular, I find that Apple's restrictive price tiers limit competition between iOS app developers and reduce the variety of products available to consumers.

## IV.A. Apple's Anticompetitive Conduct Precluded Alternative Purchase Channels and Deprived Consumers of Choice

100. As I discussed in Section III, Apple's contractual and technological restrictions have effectively excluded competing app stores and in-app payment solutions, and its anti-steering provisions further limit competition from purchase options outside of the App Store. These actions substantially limit consumers' options for downloading apps and in-app content, as well as developer's choice of payment solutions to incorporate into their apps. The evidence I have reviewed strongly suggests that there would have been more options for consumers to purchase iOS apps and in-app content in the But-For world.

101. Both Windows PC and macOS users can access and purchase apps from a number of different channels, such as the Microsoft Store (Microsoft's own PC app store), the Mac App Store (Apple's app store for Mac PCs), specialized third-party stores like Steam (a third-party app store focused on gaming), or direct downloads from developers' websites.[196] Furthermore, I understand that Dr. Abrantes-Metz conducted an analysis of the Windows PC games app marketplace and found that different app purchase channels, such as direct downloads and third-party stores, were popular among Windows PC users.[197] In the absence of Apple's restrictions,

---

[196] "Install and uninstall apps from the internet or a disc on Mac," *Apple Support*, https://support.apple.com/guide/mac-help/install-and-uninstall-other-apps-mh35835/mac; "Download apps from the App Store on your Mac," *Apple Support*, https://support.apple.com/en-us/111105; "About," *Steam*, https://store.steampowered.com/about/; Tom Warren, "Microsoft opens its Windows store up to third-party app stores," *The Verge,* September 28, 2021, https://www.theverge.com/2021/9/28/22698196/microsoft-store-third-party-app-stores-epic-games-amazon.

[197] Expert Report of Rosa M. Abrantes-Metz, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, September 26, 2022, ¶ 19 ("I also conduct a benchmark analysis that uses empirical data from a functionally similar, but more competitive, market—the sale of Windows PC game apps and in-app content. There are both third-party stores (Steam, the Microsoft Store, the Epic Games Store, etc.) and direct-to-consumer stores (Battle.net, Origin, Ubisoft Connect, etc.) in this market.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iOS mobile device users would likely have benefited from a variety of choices between different app purchasing methods.[198]

102. Moreover, marketplaces for apps on Windows or Mac PCs demonstrate that the absence of exclusionary restrictions would foster greater differentiation in app purchasing channels and likely enhance app discovery. For example, GOG.com, a gaming-focused third-party app store, differentiates itself by its curation of games. GOG.com invests in upgrading classic games to ensure compatibility with modern computers, incorporating games for both Windows OS and macOS.[199] Consumers interested in accessing these classic games are able to discover and access them through this platform, as they might otherwise be unavailable due to outdated technology. Similarly, graphic designers may use Adobe Creative Cloud, a third-party app store focused on design, photography, and video, to discover and access specialized tools to manage various aspects of their creative projects on both Windows and Mac PCs.[200]

103. Recent evidence from the European Union further highlights that, absent Apple's restrictions, consumers would likely have benefited from the emergence of specialized third-party app stores that offer curated app selections and improve consumers' app discovery. Following the passage of the Digital Markets Act (DMA), consumers located in the European Union have greater access to third-party app stores.[201] One such app store, Aptoide, allows users to download older versions of apps. This functionality is particularly useful to owners of older iPhones and iPads, whose devices cannot run the newest applications.[202] Importantly, this ability to download older

---

[198] As discussed in Section III, I understand from Professor Kohno and Professor Martin that these alternative payment channels would not present a greater risk to user privacy or security.

[199] "Even if the game is older than you are, we test it thoroughly, fix all the bugs, and apply patches so it runs flawlessly on your next-gen PC and on modern OSs." *See* "About GOG," *GOG.com*, https://www.gog.com/en/about_gog.

[200] *See* "Adobe Creative Cloud," *Adobe*, https://www.adobe.com/creativecloud.html ("20+ creative apps. Infinite possibilities"); "Download the Creative Cloud desktop app," *Adobe*, February 14, 2025, https://helpx.adobe.com/download-install/kb/creative-cloud-desktop-app-download.html. Additionally, I understand from Professor Kohno that Apple's security practices on macOS are just as effective as on iOS, meaning that these marketplaces are similar in terms of security. *See* Kohno Report, Section VII.

[201] "Update on apps distributed in the European Union," *Apple Developer*, https://developer.apple.com/support/dma-and-apps-in-the-eu/.

[202] Juli Clover, "Aptoide App Store Launches in the UE with Access to Older Versions of Games," *MacRumors*, February 18, 2025, https://www.macrumors.com/2025/02/18/aptoide-alternative-app-store/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

versions of apps is not available on the App Store.[203] This evidence underscores that Apple's conduct has substantially constrained the choices available to consumers and inhibited specialized app stores on iOS.[204]

104.  Additionally, Apple's requirement to use IAP to process in-app transactions for digital content has deprived developers of their choice of in-app payment systems. As discussed in Section III.B, apps that are not subject to this IAP requirement incorporate numerous alternative payment systems and, as I understand, present no additional risk to user privacy or security. This evidence highlights that developers would utilize a variety of payment solutions if given the option, including building their own, but Apple's conduct has deprived them of this choice.

## IV.B. Apple's Anticompetitive Conduct Has Led Consumers to Pay Supracompetitive Prices for iOS Apps and In-App Content

105.  Economic theory says that competition generally puts downward pressure on prices. In the But-For world where alternative sales channels of iOS apps and in-app content are likely to have been available to consumers, or where the App Store likely admits alternative payment processing solutions for in-app transactions, Apple's commission rate would likely have been lower, which would have benefited consumers in the form of lower prices.[205] Moreover, But-For Apple's anti-steering restrictions, iOS device users would likely have taken advantage of discounted offers through other purchase channels outside of the app, further exerting downward pressure on the prices charged within the app.

106.  The impact of Apple's higher commission rate on consumer prices is reflected in many real-world examples of developers charging higher prices on iOS devices relative to other platforms and consumers bearing the burden of Apple's supracompetitive commission rate, including but not limited to:

---

[203]  Juli Clover, "Aptoide App Store Launches in the UE with Access to Older Versions of Games," *MacRumors*, February 18, 2025, https://www.macrumors.com/2025/02/18/apptoide-alternative-app-store/.

[204]  In the absence of competition from such alternative marketplaces, Apple is able to extract additional revenue by auctioning off search result placements to developers instead of providing customers with results most likely to be relevant to them. *See* Section II.C.2.

[205]  *See* McFadden 2021 Opening Report, Sections VI.C-VI.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- YouTube charging $679.99 for NFL Sunday Ticket via the YouTube app on iOS devices while charging between $379.99 and $479.99 on YouTube TV.[206]

- Prior to changing the service to Paramount+ in March 2021, CBS charged $6.99 per month for its CBS All-Access subscription service via the CBS app on iOS devices while charging $5.99 on Apple TV where the commission rate is 15 percent.[207]

- Pandora charging $5.99 per month for its Plus subscription and $12.99 per month for its Premium subscription via the Pandora app on iOS devices while charging $4.99 per month for its Plus subscription and $10.99 per month for its Premium subscription on the Pandora website.[208]

- YouTube charging $18.99 per month for its Premium subscription service via the YouTube app on iOS devices while charging $13.99 on the YouTube website.[209]

---

[206] Malcolm McMillan, "NFL Sunday Ticket is $300 more on Apple devices — here's how to get around it," *Tom's Guide*, August 21, 2024, https://www.tomsguide.com/entertainment/sports/dont-buy-nfl-sunday-ticket-on-your-iphone-heres-why; Andrew Bucholtz, "$680 Apple in-app price for NFL Sunday Ticket can easily be avoided," *Awful Announcing*, August 20, 2024, https://awfulannouncing.com/nfl/apple-sunday-ticket-price.html.

[207] "Paramount+ Streaming Service Launches on March 4," *Paramount+*, January 19, 2021, https://www.paramountplus.com/recommended/news/1010144/paramount-streaming-service-launches-on-march-4/ ("The highly anticipated streaming service, Paramount+, will launch in the U.S. on Thursday, March 4, 2021. ViacomCBS' existing subscription video-on-demand and live streaming service, CBS All Access, is being rebranded as Paramount+ as part of the service's expansion to feature content from ViacomCBS' leading portfolio of broadcast, news, sports, and entertainment brands."). Gray Deposition, Volume 1, 177:2-179:9, *discussing* APL-APPSTORE_09924671 ("Q. And he says they get '85/15 on ATV' -- That means Apple TV; right? A. Yes. Q. – 'and 70/30 on iOS.' … Does that refer to the split in revenue between CBS All Access and Apple resulting from the respective condition on the Apple TV app and the iOS app? … THE WITNESS: To be clear, the 15 represents Apple's commission, as does the 30 … Q. Okay. And so the -- then he says, 'As a result, they price a dollar higher on iOS to help offset the delta.' Do you see that? A. I do. Q. So this is an example of a developer pricing higher on iOS than it does on Apple TV; right? A. It is. … Q. And if you look down at Mr. Berkin's e-mail, he says, 'iOS: $6.99 @ 30% = $4.90.' Does the 4.90, does that represent the 70 percent of the revenue that CBS All Access would receive from Apple on the sale of that iOS app? A. Yes. … Then it says, 'Apple: $5.99 @ 15% = $5.09.' Similarly, the 5.09 is the 85 percent that CBS All Access would keep of this purchase? A. Yes.").

[208] "Upgrade to Pandora Plus or Premium," *Pandora*, https://help.pandora.com/s/article/Upgrade-to-Pandora-Plus-or-Pandora-Premium-1519949306612?language=en_US#ios. *See also*, Deposition of Matthew Fischer, Vice President of Worldwide App Appstore and Apple Arcade at Apple, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December, 18 2020, ("Fischer Deposition, Volume 1"), 94:6-11 ("Q: Putting aside communications or conversations you had directly with Pandora, did you ever learn from any source that there might be a price differential mean between Pandora's offering on Google and that on iOS? A. Yes."); APL-APPSTORE_06629008 at -009 ("Due to the 70/30 revenue split, they will be charging $12.99 on iOS at launch and the service will be available for $9.99 on web.").

[209] "Why am I paying more for YouTube premium through Apple?" *Apple Discussions*, https://discussions.apple.com/thread/255471450?sortBy=rank; Chema Carvajal Sarabia, "Streaming Industry

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

107. Competition authorities elsewhere in the world have concluded that Apple's practices have led to higher consumer prices. In the European Commission's investigation of Apple's App Store practices related to music streaming, the Commission found that "all major music streaming service providers in the EEA [European Economic Area] actually increased their subscription prices for transactions concluded through IAP, typically from EUR 9.99 to EUR 12.99 for individual subscriptions, compared to the price they had applied before implementing IAP and/or the price they kept offering through other channels (such as their own website), thus passing on the commission to their iOS users in the form of a higher in-app subscription retail price."[210] During the period when IAP was enabled, several music streaming apps, including Spotify, Deezer, SoundCloud, Napster, YouTube Music, and Tidal, increased their prices, which triggered numerous user complaints.[211] Similarly, the JFTC concluded from their investigation of Apple's anti-steering restrictions that allowing developers to include links to external payment methods could "create price-reduction effect[s], and consequently benefit consumers."[212]

108. Based on Dr. Abrantes-Metz's analysis, the App Store would have charged a single But-For commission rate of 13.6 percent in a competitive But-For world without Apple's alleged misconduct.[213] Professor McFadden's analysis shows that the elevated commission in the As-Is world functions as a sales tax imposed on iOS app developers, and the economic impact is that

---

Shift: Platform Joins Price Increase Bandwagon," *Softonic*, July 20, 2023, https://en.softonic.com/articles/streaming-does-not-stop-raising-another-platform-but-that-decides-to-raise-its-prices ("YouTube Premium now costs 13.99 dollars per month. If you subscribe through the YouTube app for iOS, it costs 18.99 dollars due to the cut that Apple takes from all transactions in its store.").

[210] Antitrust Procedure Council Regulation (EC) 1/2003, CASE AT.40437 – Apple – App Store Practices (music streaming), *European Commission*, March 4, 2024, ¶ 611, https://ec.europa.eu/competition/antitrust/cases1/202419/AT_40437_10026012_3547_4.pdf.

[211] Antitrust Procedure Council Regulation (EC) 1/2003, CASE AT.40437 – Apple – App Store Practices (music streaming), *European Commission*, March 4, 2024, ¶¶ 611-613, https://ec.europa.eu/competition/antitrust/cases1/202419/AT_40437_10026012_3547_4.pdf. *See also,* Nicole Nguyen, "How App Makers Break Their Apps to Avoid Paying Apple," *The Wall Street Journal*, June 28, 2020, https://www.wsj.com/articles/how-app-makers-break-their-apps-to-avoid-paying-apple-11593349200?st=gw7fmdn56uuyw0e&reflink=article_email_share.

[212] "Closing the Investigation on the Suspected Violation of the Antimonopoly Act by Apple Inc.," *Japan Fair Trade Commission*, September 2, 2021, https://www.jftc.go.jp/en/pressreleases/yearly-2021/September/210902.html ("Digital contents, etc. are also distributed outside of apps such as on websites. Therefore, consumers may visit developers' websites where businesses distribute such contents and pay for them. As such, providing sales channel using means of payment other than IAP may create price-reduction effect, and consequently benefit consumers (Note 6). In the situation described above and 3(2), prohibiting developers from including an in-app link could be a problem under the Antimonopoly Act because it gives concerns on developers' sales channel using means of payment other than IAP[.]").

[213] *See* Abrantes-Metz 2025 Report, Section II.

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 57 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

consumers pay more and developers receive less for the same product or service. According to Dr. Song's estimates, the higher As-Is commission rate has resulted in total consumer damages of $20.4 billion.[214]

## IV.C. Apple's Anticompetitive Conduct Has Decreased Output, Reduced Quality, and Limited Innovation for iOS Apps and In-App Content

### IV.C.1. The App Store's Supracompetitive Commission Rate

109.  The elevated prices resulting from Apple's anticompetitive conduct also reduce the market output of iOS apps and in-app content. Simply put, developers would likely have been able to supply more iOS apps and in-app content if their costs (commissions) were lower and consumers likely would have bought more iOS apps and in-app content if their prices were lower and if there was a richer variety of apps. Indeed, Apple's own documents show that it has received complaints from developers, stating that "the revenue split forces them to pass along the 30% cost to customers, making their app unaffordable."[215]

110.  Apple's supracompetitive commission rate shrinks developers' profits, which would be expected to negatively impact innovation for iOS apps and in-app content and their quality and availability. Developers have noted that a 15-30 percent commission in the App Store "represents an enormous portion of their revenue, in many cases an untenably large one."[216] The inflated commissions disincentivize the development of new and improved iOS apps and in-app content, which often requires a sizeable upfront investment.[217] The inflated commission rate reduces the developer's expected return on this investment, thereby reducing the number of apps and in-app content being developed in the As-Is world, and expenditures directed at improving

---

[214]  *See* Song 2025 Report, Section V.B. *See also*, Expert Report of Daniel L. McFadden, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025, Section III.

[215]  APL-APPSTORE_09608255 at -256 ("Q: Many developers have complained the revenue split forces them to pass along the 30% cost to customers, making their app unaffordable[.]").

[216]  EPIC_02281854. *See also,* Schiller Deposition, Volume 1, 130:3-7 ("Q. Okay. And there have been some developers who've actually taken the position that they don't have the margin to support the 30 percent commission; is that right? A. I believe that's been said sometimes, yes").

[217]  *See* Expert Report of Alan D. MacCormack, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025, Section 5.4.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

quality.[218] Apple recognizes the impact its commission rate has on developers, explicitly stating in the context of its small business program that developers will have "more funds to invest in their businesses, expand their workforce, and develop new, innovative features" when commission rates are lower.[219]

111. Moreover, in some cases, there is evidence that inflated commissions deter developers from entering, or force developers to leave the App Store. For example, after Apple announced it would charge a 30 percent commission on subscription purchases, digital book seller iFlowReader announced it would close.[220] Educational services company Follett Corp. also said that it would no longer offer its digital textbook app, Café Scribe, on the App Store anymore.[221]

112. Further, economic theory predicts that there could be other developers and apps that are not attempting to proceed, and possibly whole genres of apps in a state of stunted development, because Apple's supracompetitive commission can be the difference between developers earning a modestly positive and a negative return. Consider a developer investing $10 million to develop an app which he expects will generate $15 million in revenues, and he incurs $1 million of servicing costs. With the 30 percent commission, he only keeps $10.5 million, meaning his total profit after servicing costs is only $9.5 million, and the investment is unprofitable. With a 13.6 percent commission, he nets roughly $12 million after costs, earning a 20 percent return—a profitable undertaking.[222]

113. In addition, as a result of Apple's anti-steering restrictions, some developers have decided to not offer the option for in-app purchases. Spotify and Netflix are two prominent examples, which

---

[218] SPOT-EPIC-00001047, Compass Lexecon, "An economic assessment of the effects of the Apple Agreement in Australia," October 20, 2020, ("Spotify's investment and R&D depend upon its cash-flows and these can be expected to be lower as a result of the Agreement, harming Spotify's dynamic competitiveness and resulting in a less innovative industry.").

[219] "Developers see a world of possibilities with new App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/developers-see-a-world-of-possibilities-with-new-app-store-small-business-program/.

[220] APL-APPSTORE_09142159 at -161.

[221] APL-APPSTORE_09142159 at -161.

[222] This profit calculation follows: $15 million in revenue − (13.6% commission × $15 million) − $1 million in service costs ≈ $12 million. With a $10 million initial investment, his total return is approximately ($12 million − $10 million) / $10 million = 20%.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

instead only provided users with the option to subscribe via their websites.[223] This resulted in consumers not being able to purchase their subscription services within the app, increasing the costs of setting up or managing their subscription and degrading the user experience.

114. In fact, Apple has acknowledged its that anti-steering restrictions have resulted in a decline in premium memberships for Spotify. In a text communication between Apple employees Jeffrey Wilder and Carson Oliver, Wilder stated "Spotify ran some experiments with Android users showing that our anti-circumvention rules result in reduced success recruiting user[s] to their premium membership tier."[224]

115. The European Commission's investigation on music streaming apps similarly concludes that these restrictions cause non-monetary harm to iOS users in the form of reduced quality of service and limit users' ability to subscribe to certain plans.[225]

---

[223] Cue Deposition, 150:5-16 ("Q So a[s] you sit here today, because I want to make sure I move away from what might be possible to what you can actually recall, are you aware of any developers who have said that they would not launch a native iOS app because of the 30 percent commission structure? A Yes. I'm aware that some developers have said that. Q And which developers are you aware have said that? A One that I can recall, I believe, is Microsoft with their X Cloud gaming platform."), 153:2-10, *discussing* Ex. 418 ("[Q] Does this document refresh your recollection at all that Kazaa had indicated to Apple that they would not be launching a native iOS app due to the 30 percent IAP subscription rev share? A Again, based on the document , yes. I don't know whether -- what exact communications or with whom they had any communication with this – to Apple with."), and 155:8-156:6 ("[Q] And then Netflix did eventually pull IAP from its app, did they not? A They did because we wouldn't lower the fee. Q But the ERB allowed Netflix to nonetheless remain in the App Store; is that right? A No, that's not correct. … Q Okay. Tell me, if you could, what the history is after -- strike that. Netflix removes IAP from its app; correct? A Yes. If -- if we want to go through that step when they did, yes. Q Okay. And at some point, did Netflix put IAP back in? A They did in the test ones. In the final one, I don't believe so. Q The -- today there is a Netflix app available through the App Store; is that right? A That's correct. Q And does that Netflix app have IAP? A It does not."); Emily Price, "How Netflix Got Out of Giving Apple up to $700,000 a Day," *Fortune*, January 2, 2019, https://fortune.com/2019/01/02/how-netflix-got-out-of-giving-apple-up-to-700000-a-day/. *See also*, Chris Welch, "Netflix stops offering in-app subscriptions for new and returning customers on iOS," *The Verge*, December 28, 2018, https://www.theverge.com/2018/12/28/18159373/netflix-in-app-subscriptions-iphone-ipad-ios-apple.

[224] APL-APPSTORE_10910069 at -072-073.

[225] *See* Antitrust Procedure Council Regulation (EC) 1/2003, CASE AT.40437 – Apple – App Store Practices (music streaming), European Commission, March 4, 2024, ¶ 681, https://ec.europa.eu/competition/antitrust/cases1/202419/AT_40437_10026012_3547_4.pdf ("Besides monetary harm (see Section 9.3.2.1), the Anti-Steering Provisions also cause non-monetary harm to many iOS users of music streaming services in the form of reduced quality of service and less choice. Specifically, the Anti-Steering Provisions cause: (i) a degraded user experience in the apps of music streaming service providers that have disabled IAP and less choice of subscription plans in some iOS music streaming service apps, and (ii) frustration of iOS users that are not able to subscribe to any or some of the subscription plans of certain music streaming service providers in the respective iOS music streaming app.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## IV.C.2. Apple's Restrictions on Cloud Steaming Apps and Super Apps

116. Cloud streaming games (*e.g.,* Xbox Cloud Gaming, Google Stadia) are those played on users' devices through an internet connection, without the need for specific hardware, extensive local storage, or a local installation.[226] The games are usually stored and run on remote servers, and the results such as video and audio output are received by the users' device.[227] There are key advantages of cloud streaming that include faster load times, particularly helpful for a high-quality gaming experience, and the reduced reliance on powerful and expensive hardware.[228] Apple's restrictions on cloud streaming apps, which I explain below, have led to inferior gaming apps and degraded the users' gaming experience.

117. First, Apple's restrictions force game developers to develop multiple versions of their app (*i.e.,* one for the cloud and one for iOS devices) instead of just one version for the cloud.[229] This increases the costs associated with the development or improvement of any apps or in-app content offered, as developers must spend more resources making different versions of the same app; and should they decide to develop an app or in-app content only for iOS devices, it reduces their expected return.[230] Consequently, product development and innovation are stifled.

---

[226] "What is cloud streaming?," *BytePlus*, November 28, 2024, https://www.byteplus.com/en/topic/53812?title=what-is-cloud-streaming; "Cloud Gaming – Worldwide," *Statista*, Market Definition tab, https://www.statista.com/outlook/amo/media/games/cloud-gaming/worldwide.

[227] "Cloud Gaming – Worldwide," *Statista*, Market Definition tab, https://www.statista.com/outlook/amo/media/games/cloud-gaming/worldwide ("Cloud gaming is a form of video game streaming that allows players to play games on their devices through an internet connection, without the need for dedicated gaming hardware or local installation of games. In cloud gaming, games are stored and run on remote servers, and the player's device only needs to send inputs and receive streaming video and audio output.").

[228] "What is cloud streaming?," *BytePlus*,  November 28, 2024, https://www.byteplus.com/en/topic/53812?title=what-is-cloud-streaming.

[229] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*,  ¶¶ 4, 10, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf, ("Microsoft submitted that cloud gaming technology provides benefits to various stakeholders, as well as to competition, arguing that it: … Benefits game developers by: (i) removing the need to develop, distribute or maintain different versions of their games across operating systems… Some providers additionally pointed to the technical barriers posed by the requirement to publish each game in their catalogue as a standalone app. [One cloud gaming service provider] told us that building, testing and rotating hundreds of iOS apps, as well as maintaining and submitting each update for review for each game was an insurmountable technical hurdle for the company as a developer. It said that any improvements to its client-side services would also require re-publishing each game. [Another] highlighted that Apple's restrictions require developers to spend resources coding two versions of each game, which in some cases may be technologically infeasible.") (footnote omitted).

[230] *See* CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 4, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

118.   Second, instead of allowing users to access a wide selection of games through cloud streaming services, Apple requires that users download the games they want to play separately, as individual apps. Since at least 2020, Apple has mandated that "[a]ll the games included in the catalog app must link to an individual App Store product page" and that "[g]ames offered in a streaming game service subscription must be downloaded directly from the App Store" as individual apps.[231] The first restriction prevents games within the catalog app from being launched directly from the cloud streaming app.[232] The second restriction means that while games can still be run on the cloud, each must be downloaded as a separate app from the App Store.[233] Microsoft has commented on this, stating, "[g]amers want to jump directly into a game from their curated catalog within one app just like they do with movies or songs, and not be forced to download over 100 apps to play individual games from the cloud."[234] These restrictions, together, deprive users of the ability to quickly test and switch between games which would otherwise be facilitated by the nature of the cloud streaming gaming app.[235] This

---

[231]   "App Store Review Guideline updates now available," *Apple Developer*, September 11, 2020, https://developer.apple.com/news/?id=xqk627qu ("4.9.2: Streaming game services may offer a catalog app on the App Store to help users sign up for the service and find the games on the App Store, provided that the app adheres to all guidelines, including offering users the option to pay for a subscription with in-app purchase and use Sign in with Apple. All the games included in the catalog app must link to an individual App Store product page. … 3.1.2(a): Games offered in a streaming game service subscription must be downloaded directly from the App Store, must be designed to avoid duplicate payment by a subscriber, and should not disadvantage non-subscriber customers.").

[232]   Sean Hollister, "Here's what Apple's new rules about cloud gaming actually mean," *The Verge*, September 18, 2020, https://www.theverge.com/2020/9/18/20912689/apple-cloud-gaming-streaming-xcloud-stadia-app-store-guidelines-rules ("You see, we're not even talking about a cloud gaming service anymore, like the visions Google and Microsoft have shared of a portal to instantly hop into any game. Instead, Apple is offering to allow a catalog that merely links to games that live in the App Store, with no ability to launch them any other way.").

[233]   Sean Hollister, "Here's what Apple's new rules about cloud gaming actually mean," *The Verge*, September 18, 2020, https://www.theverge.com/2020/9/18/20912689/apple-cloud-gaming-streaming-xcloud-stadia-app-store-guidelines-rules ("Apple tells us it *doesn't* mean that games have to run locally on the iPhone — they can still be thin-client cloud games harnessing the power of remote servers to produce AAA graphics.") (emphasis original).

[234]   Sean Hollister, "Here's what Apple's new rules about cloud gaming actually mean," *The Verge*, September 18, 2020, https://www.theverge.com/2020/9/18/20912689/apple-cloud-gaming-streaming-xcloud-stadia-app-store-guidelines-rules ("The way Microsoft put it last Friday afternoon: "Gamers want to jump directly into a game from their curated catalog within one app just like they do with movies or songs, and not be forced to download over 100 apps to play individual games from the cloud.").

[235]   CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 10, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf ("[One cloud gaming service provider] submitted that these guidelines effectively prohibit game streaming platforms. It said that downloading each game contradicted the unique selling points of game streaming as users would lose the ability to try out and move between games quickly."); Kellen Browning, "'Crucial Time' for Cloud Gaming,

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

diminishes the users' experience, and hence the demand for cloud streaming gaming apps. The downward shift in the demand curve provides less incentive for the development and improvement of such apps.

119. Documents also show that Microsoft initially planned to release its popular cloud streaming service, xCloud, on iOS devices and invested in developing a native iOS app, Xbox Game Pass.[236] However, Apple rejected the Xbox Game Pass app in 2020, as it did not meet Apple's requirement of one game per app.[237] While Microsoft considered the possibility of making each game its own app, it ultimately decided to launch xCloud as a browser-based web app that is not subject to Apple's restrictions on cloud streaming apps.[238] Web apps tend to be more limited in

---

Which Wants to Change How You Play," *The New York Times*, July 1, 2021, https://www.nytimes.com/2021/07/01/technology/cloud-gaming-latest-wave.html ("Vivek Sharma, the vice president of Facebook Gaming, said cloud gaming made it easier for people to immediately jump into games with their Facebook friends. 'The whole point of cloud is, "Dude, let's chill out, now!"' Mr. Sharma said. 'If things are easy and simple and fast, people will do it.'").

[236] APL-EG_01467499 at -500-501.

[237] Mark Gurman, "Apple's App Store Rules Limit Rival Gaming Services While Arcade Runs Free," *Bloomberg*, March 25, 2020, https://www.bloomberg.com/news/articles/2020-03-25/google-stadia-nvidia-geforce-microsoft-xcloud-not-on-apple-ios; Nick Statt, "Apple confirms cloud gaming services like xCloud and Stadia violate App Store guidelines," *The Verge*, August 6, 2020, https://www.theverge.com/2020/8/6/21357771/apple-cloud-gaming-microsoft-xcloud-google-stadia-ios-app-store-guidelines-violations; APL-APPSTORE_05631962 at -962-963, Apple Email, "Re: How does xCloud differ from Media Streaming Apps?", November 11, 2019 ("And as discussed in the meeting, these games would need to be offered as individual apps to meet the guidelines.").

[238] Apple has internal documents where Apple collected qualitative inputs from developers on App Store distribution, IAP, and App Review Guidelines. Apple's questions cover three major categories: Distribution, Commerce, and Other. *See, e.g.,* APL-APPSTORE_10871807 ("Developer has raised an issue with an App Review guideline and/or decision in the past that significantly impacts their business or growth prospects" and "[Microsoft] Cloud gaming (Xbox cloud) – can't launch it due to AR. Limitations for operating Game Pass on iOS (Hub model)"). *See also,* APL-APPSTORE_10871806; Ashley Stewart, "Microsoft told employees it plans to release a browser-based app for the Xbox Game Pass streaming service next year that will get around Apple App Store rules: 'We absolutely will end up on iOS'," *Business Insider*, October 8, 2020, https://www.businessinsider.com/microsoft-xbox-game-pass-apple-iphone-ipad-2020-10?r=US&IR=T ("Microsoft's gaming boss Phil Spencer told employees at an all-hands meeting on Wednesday the company is planning to bring Game Pass to Apple's iPhone and iPad, targeting 2021 for the potential release of a 'direct browser-based solution,' Business Insider has learned."); Sean Hollister, "Microsoft quietly told Apple it was willing to turn big Xbox-exclusive games into iPhone apps," *The Verge*, December 9, 2021, https://www.theverge.com/2021/12/9/22826297/microsoft-xbox-xcloud-streaming-exclusives-iphone-ipad-gamepas ("Apple's Store policies would have forced us to launch each game as an individual app—while we never favored that approach, we explored it as a possibility in the spirit of finding any solution to bring Cloud Gaming to iOS customers. However between that email in March 2020 and our statement to The Verge in September 2020, Apple rejected our proposals and we were left without the ability to release a cohesive Xbox Game Pass offering through the App Store. We shifted our engineering priorities and have now moved to a browser-based solution making Xbox Cloud Gaming available to iOS customers through web browsers, and will continue to look for viable resolutions that allow us into the App Store.").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

functionality compared to native cloud streaming apps.[239] A report from the Competition and Markets Authority ("CMA") in the UK highlights several limitations of web apps on iOS that significantly impact the user experience of cloud gaming. For example, web apps lack the ability to operate in full-screen mode, a crucial feature for immersive gaming experiences, and web apps also tend to increase battery drain and lack the ability to use Bluetooth to connect with game controllers.[240] The report also states that around 99 percent of cloud gaming users on Android worldwide and in the UK preferred using native apps rather than web apps.[241] This native app option for cloud streaming games was not available on iOS devices in the U.S.[242]

120. Apple has also imposed restrictions on super apps (single apps that run a number of mini programs and offer access to a wide range of physical and digital products as well as online and offline services), prohibiting digital transactions and stripping away the design and visual presentation of their content, such as recommending and categorizing games, because it has a

---

[239] APL-EG_06018533, Apple internal email dated July 17, 2020 ("It probably goes without saying, but if Microsoft sees even reasonable success in browser on iOS - it poses a threat to the App Store. That success is not given, with latency and other technical challenges" and "Realistically, I suspect the browser will provide a proof of concept of cloud gaming on iOS but not an optimal experience"); Trial Testimony of Lori Wright, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 5, 2021, 577:9-14 ("Q. How does streaming xCloud through a web browser compare to streaming xCloud through a native app? A. A web browser is a much more challenged experience, both to build and to maintain than a native app, and it also lacks much of the functionality and benefits that you get through a native app.").

[240] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 28, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf ("Limitations of web apps on iOS that cloud gaming service providers saw as the most impactful upon the user experience of cloud gaming included, among others: the inability to offer full-screen mode; lack of support for push notifications; inability to access hardware-accelerated graphics rendering; increased battery drain; lack of support for persistent storage; not being able to use Bluetooth to connect game controllers; and no access to mouse movement data.").

[241] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 30, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf ("Both worldwide and in the UK, where users had a choice between a provider's native or web app on Android around 99% of users used the native app, with 1% using either the web app or a combination of the web and native app.").

[242] *See, e.g.,* Sean Hollister, "Microsoft quietly told Apple it was willing to turn big Xbox-exclusive games into iPhone apps," *The Verge*, December 9, 2021, https://www.theverge.com/2021/12/9/22826297/microsoft-xbox-xcloud-streaming-exclusives-iphone-ipad-gamepas. Apple began to allow cloud streaming games to launch as native apps in January 2024. "Apple introduces new options worldwide for streaming game services and apps that provide access to mini apps and games," *Apple Developer*, January 25, 2024, https://developer.apple.com/news/?id=f1v8pyay ("Today, Apple is introducing new options for how apps globally can deliver in-app experiences to users, including streaming games and mini-programs. Developers can now submit a single app with the capability to stream all of the games offered in their catalog.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"store-like" resemblance.[243] These restrictions can potentially lead to a reduced number of super app users, similarly disincentivizing developers to invest in the development or quality improvements of super apps.

### IV.C.3. Apple's Price Tier Restrictions

121.  As described in Section II.D, Apple requires developers to select their paid app and in-app content prices from a list of price points that Apple itself pre-determines rather than allow developers to set any price they may otherwise choose. While the exact price points allowed by

---

[243]  Marc Hasselwander, "Digital Platforms' Growth Strategies and the Rise of Super Apps," *Heliyon* 10(5) (2024), https://www.sciencedirect.com/science/article/pii/S2405844024018875 ("Super apps capitalize on smartphones to facilitate connections between various user groups (e.g., seller and buyer, driver and passenger, etc.) for multiple physical/digital products as well as online/offline services in the same app, thus creating a set of integrated platforms."). *See also*, APL-APPSTORE_10909706 at -706 ("Mini-programs have been allowed for several years with limitations on discovery and digital goods and services…. Mini-programs that offer digital goods and services….").

Until January 2024, Apple prohibited developers from selling digital goods or services within mini apps. *See* "Apple introduces new options worldwide for streaming game services and apps that provide access to mini apps and games," *Apple Developer*, January 25, 2024,  https://developer.apple.com/news/?id=f1v8pyay ("Additionally, mini-apps, mini-games, chatbots, and plug-ins will be able to incorporate Apple's In-App Purchase system to offer their users paid digital content or services for the first time, such as a subscription for an individual chatbot.").

*See, e.g.*, APL-APPSTORE_00354792 at -795 ("While this may be a flat list of games the manner in which it is surfaced in the app isn't acceptable under 4.7, recommending games is a store-like feature. In the example screens we sent you, the user is playing a game and then is presented with a list of other recommend[d]ed games when they tap the controller looking button in the upper right, the App Review Board rejected this design as a games recommendation feature. The app is surfacing a list of recommended games from within another game, that's not okay."); APL-APPSTORE_06612196 at -196 ("This 'unit' they are presenting does not lead the user to a simple flat list of more games, but instead launches the individual game. This is store-like since it's recommending another game for the user to play in a store-like format. They are clearly recommending games that your friends have played, as you can see from the screenshot where it shows which friends played. This is a games recommendation feature and a rejection under 4.7, regardless of what title they put on the unit, this feature is recommending a game to the user, not linking the user to a simple, uncategorized list of other games to play."); EGFB-000574 at -574 ("We've shared this internally and the feedback is that this design is considered store-like. These tiles look like the App Store and aren't going to be appropriate…The team suggested that you consider the flat list that is displayed in the fifth screenshot showing the 'see all flat list' in all instances where you want to display recently played games.") and at -575 ("The issue is that the game icons in the scrolling interface are considered a store-like presentation. This is very similar to App Store features. A simple horizontal list of 'recently played' games would be acceptable, but not in this horizontal icon-scrolling carousel design. So in general, simply presenting a list of games a user has recently played is acceptable, but not in this App Store like layout."). *See also*, Lisa Eadiciccio, "Super Apps, Explained: What Are These Apps That Do Everything?," *CNET*, April 15, 2024, https://www.cnet.com/tech/mobile/super-apps-explained-what-are-these-apps-that-do-everything/ ("'[S]uper apps,' or apps that run mini-programs and offer multiple services in one."). Mini programs, in turn, are small and lightweight software programs that can be loaded from inside an app and are written in HTML5. They load quickly and don't require an installation by the user. *See* Kif Leswing, "Three ways to get iPhone software without using Apple's App Store," *CNBC*, September 1, 2020, https://www.cnbc.com/2020/09/01/how-to-get-iphone-software-without-using-apples-app-store.html.

Written Evidence of Joseph E. Stiglitz, PHD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Apple have changed over time, Apple has imposed price tier restrictions since the release of the App Store.[244]

122. Apple's price tier restrictions are a form of price controls in that they limit the set of potential prices for paid apps and in-app content that market forces can achieve. Consequently, developers are limited both in their ability to compete with one another and in the types of products that are profitable to develop and release to consumers. The class representative for the developer class in *Cameron et al. v. Apple*, Mr. Cameron, summarized these effects in a declaration supporting the settlement agreement in that matter. When describing the revisions Apple agreed to implement to its price tier restrictions, Mr. Cameron explained that the expansion of the price points for paid apps and in-app content would improve developers' ability to "fine-tune pricing to determine what is the best price for [their] customers, to compete effectively with similar apps, and to adjust to changes in the market."[245]

123. Apple's internal documents also acknowledge that its price tier restrictions constrain developers' ability to set prices and develop certain products. For example, a July 2020 Apple presentation about Apple's "Vision & Approach" to "App Store Pricing" describes three broad effects of imposing a "[l]imited number of price points":[246]

1. Developers have a "[l]imited ability to sell or market bundled offers at desired price."[247] In other words, "[p]rice points that would enable customers to combine purchases (*e.g.,* service bundle, subscription add-ons, bulk purchase…) might not be available."[248] Similarly, developer business models like "contingent pricing (adapting prices based on customers' purchase history) are limited."[249]

---

[244] Fischer Deposition, Volume 2, 262:14-20 ("Q. So, so how long has it been that Apple only lets developer charges zero or a price that ends in 99 cents for an app on the App Store, when did that start? ... THE WITNESS: I believe that began at the origin of the App Store back in 2008").

[245] Declaration of Donald R. Cameron in Support of Developer Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Apple Inc., *Cameron, et al., v. Apple Inc.*, No. 4:19-cv-03074-YGR, (N.D. Cal.), August 26, 2021, ECF No. 396-3, ¶ 6.

[246] APL-APPSTORE_10342115 at -159.

[247] APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[248] APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[249] APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**2.** Developers have a limited ability "to choose between absorbing tax changes or changing prices."[250] As an example, Apple's analysis showed that the price points needed for certain large developers of streaming apps (*e.g.,* Netflix) to fully pass on COVID-related decreases in value-add-taxes to consumers were not available.[251]

**3.** For developers whose primary sale channel is not the App Store, "chosen prices & conventions may differ" between the App Store and their primary sale channel.[252] In turn, a developer may be forced to treat customers differently across platforms.[253]

Apple concluded that the "limited number of price points" can lead to a "[s]uboptimal shopping experience" for customers.[254]

124. Another aspect of Apple's price tier restrictions is that they impose a minimum price developers can set for their paid apps and in-app content. Price controls like Apple's minimum allowable price are known as price floors, and their negative impacts are well-established by standard economic theory of supply and demand.[255]

125. Specifically, price controls like the price floor Apple imposes via its price tier restrictions can increase the prices consumers pay for each app, decrease the variety of products available to consumers, and reduce overall market output.[256] Consider, for example, an app developer choosing whether to release a new app that is profitable for the developer to sell below, but not above, Apple's price floor. Because Apple's price floor precludes the developer from releasing their new app at a profitable price, that developer may choose to abandon the new app altogether.

---

[250]  APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[251]  APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[252]  APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[253]  APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[254]  APL-APPSTORE_10342115 at -159. *See also,* APL-APPSTORE_10342947 at -026.

[255]  Jeffrey M. Perloff, *Microeconomics*, (Boston: Pearson, 2015), p. 303 ("[P]rice ceilings, and price floors create a gap between the price consumers pay and the price firms receive. These policies force price above marginal cost, which raises the price to consumers and lowers the amount consumed. The wedge between price and marginal cost results in a deadweight loss: The loss of consumer surplus and producer surplus is not offset … by benefits to other groups.").

[256]  Jeffrey M. Perloff, *Microeconomics*, (Boston: Pearson, 2015), p. 303 ([P]rice ceilings, and price floors create a gap between the price consumers pay and the price firms receive. These policies force price above marginal cost, which raises the price to consumers and lowers the amount consumed. The wedge between price and marginal cost results in a deadweight loss: The loss of consumer surplus and producer surplus is not offset … by benefits to other groups.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Consumers in turn have the option to purchase a more limited set of apps, and those remaining apps are priced higher. In total, consumers who continue to purchase apps and in-app content in the presence of a binding price floor like the one described above must pay higher prices and suffer a loss of consumer surplus.[257]

126. It is only when no profit-maximizing developer would have set the prices for their existing and potential apps and in-app content below Apple's price floor even absent Apple's price tier restrictions that the price floor has no impact.[258] However, the evidence available in this case suggests that the price floor Apple imposes on developers does in fact impact the sale of iOS apps and in-app content.

127. Prior to revising its price tiers, including minimum prices, for subscriptions in 2016, Apple analyzed the worldwide distribution of price tiers chosen by developers for their paid subscription products.[259] Figure 3 below reproduces Apple's analysis.

128. The horizontal axis identifies each price tier based on their associated USD price. The left vertical axis corresponds to the grey bars and represents the count of subscription products priced on the given price tier. The right vertical axis corresponds to the yellow line and represents the cumulative fraction of subscription IAP priced at or below the price tier listed on the horizontal axis. The minimum price tier—depicted by the left-most point on the horizontal axis—is $0.99. The maximum price tier—depicted by the right-most point on the horizontal axis—is $999.99. Evidently, the most frequently chosen price tier for subscription IAP was Apple's minimum allowable price: Between 25,000 and 30,000 subscription IAP were priced at Apple's imposed price floor. The bunching of pricing at that minimum suggests that, but for the minimum price, different developers would have chosen different prices, reflecting their respective demand curves and cost structures.

---

[257] Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, (Boston: Pearson, 2013), pp. 328-329 ("Those consumers who still purchase the good [following the implementation of the price floor] must now pay a higher price and so suffer a loss of surplus. … Consumers clearly are worse off as a result of this policy.").

[258] N. Gregory Mankiw, *Principles of Economics,* (Boston: Cengage Learning, 2018), p. 117 ("[B]ecause the equilibrium price is above the floor, the price floor is not binding. Market forces naturally move the economy to the equilibrium, and the price floor has no effect.").

[259] *See* APL-APPSTORE_09281993 at -004.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 3: WORLDWIDE DISTRIBUTION OF PRICE TIERS CHOSEN FOR SUBSCRIPTION IAP (USD)**



Sources: Reproduced from APL-APPSTORE_09281993 at -004.

Notes: Shows the number of worldwide subscription IAP price on each of the 87 price tiers that existed prior to Apple's 2016 revision of subscription IAP price tiers. The horizontal axis identifies each price tier based on their associated USD retail price. The left vertical axis corresponds to the grey bars and represents the count of subscription IAP priced on the given price tier. The right vertical axis corresponds to the yellow line and represents cumulative fraction of subscription IAP priced at or below the price tier listed on the horizontal axis. The minimum price tier—depicted by the left-most point on the horizontal axis—is $0.99. The maximum price tier—depicted by the right-most point on the horizontal axis—is $999.99.

129. Similarly, Apple analyzed the distribution of price tiers chosen by US-based developers for their paid apps and in-app content (excluding auto-renewing subscriptions) in a July 2020 presentation.[260] As a part of their analysis, which I have reproduced in Figure 4 below, Apple calculated the fraction of fiscal year 2020Q1 paid transactions (in blue) and billings (in orange) attributable to apps and non-subscription in-app content priced at each price tier. Apple's analysis shows that apps and in-app content priced at Apple's minimum price tier for those products ($0.99) account for between 15 and 20 percent of transactions, the second largest share

---

[260]  APL-APPSTORE_10342947 at -956.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

of any price tier analyzed. Again, the bunching of pricing at the minimum is consistent with the price tier structure having had a binding effect, and in particular stopping some developers who otherwise would have charged a lower price from doing so.

**FIGURE 4: PRICE DISTRIBUTION FOR APPS AND IN-APP CONTENT OF US-BASED DEVELOPERS IN FISCAL YEAR 2020Q1**



Source: APL-APPSTORE_10342947 at -956.

Notes: Shows the fraction of paid transactions (blue) and App Store billings (orange) attributable to apps and in-app content priced at each price tier (in USD) listed on the horizontal axis. Data limited to US-based developers and transactions in fiscal year 2020Q1. Excludes transactions priced over $100. The minimum price tier—depicted by the left-most point on the horizontal axis—is $0.99. The maximum price tier—depicted by the right-most point on the horizontal axis—is $99.99.

130. Taken together, Apple's internal analyses suggest the price floors Apple imposes as a part of its price tier restrictions skewed some developers' pricing decisions, at least prior to their 2016 and 2023 revisions.

131. Moreover, I understand that Dr. Song has analyzed the relative importance of each of Apple's new price tiers introduced on March 9, 2023 as part of a settlement agreement to resolve antitrust

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

concerns in *Cameron et al. v. Apple*.[261] Specifically, Dr. Song analyzed the share of App Store transactions for new paid apps and in-app content priced on Apple's new price tiers that occurred below Apple's pre-March 2023 price floor.

132. The results of that analysis are reproduced in below. The blue line of the figure shows the within-month fraction of paid App Store transactions for new apps and in-app content priced on Apple's new price tiers that occurred below Apple's prior price floor. The yellow line performs the same calculation except it includes transactions between March 9, 2023 and the month listed on the horizontal axis rather than only those transactions that occurred during the month specified by the horizontal axis. In some months, *e.g.,* July 2023, approximately ▮▮▮▮▮ of transactions occurred below Apple's prior price floor. Since March 9, 2023, approximately ▮▮▮▮▮ of the transactions occurred below Apple's prior price floor.

---

[261]  *See* Song 2025 Report, Section IV.A.3. and Appendix F.2. *See also,* Section II.D.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 71 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 5: PERCENTAGE OF TRANSACTIONS FOR NEW APPS AND IN-APP PURCHASES PRICED ON APPLE'S NEW PRICE TIERS THAT ARE BELOW THE PRIOR MINIMUM PRICE**



Source: Reproduced from Song 2025 Report, Figure 31.

Notes: Analysis includes apps and in-app purchases items (identified in the App Store transactions data by the ▮▮▮▮ field) for which the first transaction occurred on or after March 9, 2023, and is limited to transactions that utilized one of the new price tiers introduced in Apple's March 9, 2023 price tier expansion. The blue line represents the share of such transactions within the given month that occurred at a price below the prior minimum price ($0.99 for app downloads and non-subscription in app purchases, and $0.49 for subscriptions). The yellow line represents the cumulative share of such transactions from March 9, 2023 through the given month that occurred at a price below the prior minimum price.

133.  An internal Apple analysis of revisions to its price tier policies in emerging markets shows similar results. In a 2015 presentation, Apple analyzed the impact of its introduction of two price tiers in China below the minimum price point it had previously allowed.[262] Apple found that the

---

[262]   APL-APPSTORE_09280541. *See also,* APL_APPSTORE_10021426 at -431.

Written Evidence of Joseph E. Stiglitz, PHD          No. 4:11-cv-06714-YGR | Page 72 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

number of paying customers increased by 63 percent, the number of paid app units increased by 523 percent, and new app business models appeared following the introduction of its new price tiers in China.[263] While Apple explained it was "difficult to quantify" the exact magnitude of these changes attributable to the new price points versus other, contemporaneous changes, Apple concluded the price tiers had an "incremental" effect.[264] Apple further concluded they "believe that adding lower price tiers has converted a cohort of customers that wouldn't otherwise have paid."[265]

134. This evidence further supports the conclusion that in the But-For world without Apple's price tiers—in particular, without its price floor—new apps at lower price points would likely have been introduced and, as a result, consumers would likely have been better off.

135. In defense of these restrictive practices, Apple has put forward three arguments. First, it claimed that the notion that Apple's price tier restrictions inhibit competition "contradicts all theory and evidence."[266] As I explained above, however, well-accepted economic theory, Apple's own internal documents, and the empirical evidence in this matter all indicate Apple's price tiers restrict the prices developers can charge consumers, reduce total market output, and decrease the variety of products available to consumers.

136. Further, I understand Apple has previously argued that "Apple's price tiers *benefit* consumers by providing familiar and easy-to-compare price points."[267] At the same time, Apple has argued that the existence of so-called focal point prices ending in 99 cents "is common in competitive markets even where there is no requirement to do so."[268] If Apple were correct, then any

---

[263] APL-APPSTORE_09280541 at -548.

[264] APL-APPSTORE_09280541 at -548.

[265] APL-APPSTORE_09280541 at -547.

[266] Defendant Apple Inc.'s Notice of *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz: Memorandum of Points and Authorities, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), June 23, 2023, 15:2-3.

[267] Defendant Apple Inc.'s Notice of *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz: Memorandum of Points and Authorities, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), June 23, 2023, 15:3-4.

[268] Defendant Apple Inc.'s Opposition to Consumer Plaintiffs' Renewed Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), March 10, 2023, 8:2-3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

supposed consumer benefits from "familiar and easy-to-compare price points" would also be realized without Apple's price tier restrictions.[269]

137. It is unlikely that Apple could sustain these restrictions if faced with meaningful competition. If engaged in competition with, *e.g.,* third party app stores, Apple would need to attract both consumers and developers to its App Store. As demonstrated by the evidence described above, relaxing its price tier restrictions would enhance the attractiveness of the App Store. Apple would either need to provide developers with the same (or similar) flexibility to operate their iOS app business as the third-party app stores, or it would need to reduce its commission rate further than would otherwise be required in the competitive equilibrium.

## V.  Apple Has Durable Monopoly Power in the Sale of iOS Apps and In-App Content

138. As I discussed in Section III, Apple has engaged in alleged anticompetitive conduct that enabled it to acquire and maintain monopoly power in the sale of iOS apps and in-app content. In this section, I discuss the economic evidence that indicates the App Store displays the characteristics of a firm with durable monopoly power.

139. In Section V.A, I begin by presenting direct evidence of the App Store's substantial market power or monopoly power, which does not rely on the formal definition of a relevant antitrust market. I find that the App Store earns profit margins that are above competitive levels, sets prices (i.e., commission rates) that are higher than would prevail in a competitive market, and imposes restrictions on developers of iOS apps and in-app content that reduce the value of the App Store.

140. In Section V.B, I then show that the sale of iOS apps and in-app content constitute a relevant antitrust market, and the United States constitutes a relevant geographic market. The evidence I reviewed also suggests that there are significant switching costs between iOS devices and non-

---

[269]  Defendant Apple Inc.'s Notice of *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz: Memorandum of Points and Authorities, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), June 23, 2023, 15:3-4.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iOS devices, which limit the degree of substitutability between the apps and in-app content on these two types of devices.

141. In Section V.C, I present indirect evidence of the App Store's monopoly power by showing that the App Store's market share in the relevant antitrust market for the sale of iOS apps and in-app content is nearly 100 percent and that the App Store is protected by significant barriers to entry to the iOS apps and in-app content aftermarket.

142. In sum, the direct and indirect evidence I have reviewed strongly suggests that Apple has durable monopoly power in the sale of iOS and in-app content aftermarket.

# V.A. Direct Evidence of Apple's Significant Market Power or Monopoly Power

## V.A.1. The App Store's Margins Are Substantial and Exceed Competitive Levels

143. Evidence suggests that Apple sustained substantial profit margins in the iOS apps and in-app content aftermarket, exceeding the levels one would expect in a competitive market. Mr. Ned Barnes reports gross and operating margins for the App Store. In his analysis, gross profits are defined as the net sales (or revenue) minus the cost of sales.[270] The gross margin percentage is calculated by dividing the nominal amount of gross profit by the nominal amount of net revenue.[271] Operating profits (or operating income), in turn, are calculated by subtracting operating expenses ("OPEX") such as selling, general and administrative expenses, or R&D expenses from the gross profits.[272] The operating margin percentage is computed by dividing the nominal amount of operating profits by the nominal amount of net revenue.[273] Mr. Barnes's results indicate that, from 2013 to 2022, the App Store consistently achieved gross margins of at least 84.9 percent and operating margins of at least 75.3 percent.[274]

---

[270]  *See* Barnes Report, Section III.

[271]  *See* Barnes Report, Section III.

[272]  *See* Barnes Report, Section III.

[273]  *See* Barnes Report, Section III.

[274]  *See* Barnes Report, Exhibit 3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

144. In addition, in a comparative analysis, Mr. Barnes found that the App Store's operating margin percentages exceeded those of the Google Play Store. As discussed in Section II.A, the Google Play Store is an app store that was developed for the Android operating system, but serves a similar functionality to the App Store, i.e., facilitating third-party Android app and in-app content sales. During the period 2013-2020, the Google Play Store's operating margin percentages ranged from 21.3 percent to 57.7 percent, well below Apple's operating margin percentage of at least 75.3 percent.[275] This finding is particularly relevant because the Google Play Store was found to have a monopoly in the distribution of Android apps and in-app content in the *Epic v. Google* proceedings.[276] This evidence supports Apple having monopoly power in the sale of iOS apps and in-app content.

## V.A.2. The App Store Charges Supracompetitive Commissions

145. A firm with market power is often characterized by its ability to set prices above the levels that would prevail in a competitive market, generating the high margins discussed in the previous subsection. Apple currently charges a 30 percent commission rate on the sale of approximately ▮▮▮▮▮ of iOS apps and in-app content in the App Store.[277] Although a reduced commission of 15 percent applies for specific programs and for subscription renewals, the average commission rate is 27.2 percent and has been stable and above 25 percent in every month since the App Store was launched.[278]

---

[275] *See* Barnes Report, Exhibit 4.

[276] *See* Verdict Form, *In Re Google Play Store Antitrust Litigation*, MDL Case No. 21-md-02981-JD, Member Case No. 20-cv-05671-JD (N.D. Cal.), December 11, 2023, ECF No. 606, Question Nos. 2-4. *See also,* Sean Hollister, "Epic win: Jury decides Google has illegal monopoly in app store fight," *The Verge*, December, 11, 2023, https://www.theverge.com/23994174/epic-google-trial-jury-verdict-monopoly-google-play ("The jury in *Epic v. Google* has just delivered its verdict — and it found that Google turned its Google Play app store and Google Play Billing service into an illegal monopoly.").

[277] *See* Song 2025 Report, Section II.B.

[278] "Auto-renewable subscriptions," *Apple Developer*, https://developer.apple.com/app-store/subscriptions/ ("During a subscriber's first year of service, you receive 70% of the subscription price at each billing cycle, minus applicable taxes. After a subscriber accumulates one year of paid service, your net revenue increases to 85% of the subscription price, minus applicable taxes."). These specific programs are the App Store Small Businesses Program, the Video Partner Program, and the News Partner Program. *See* "App Store Small Business Program," *Apple Developer*, https://developer.apple.com/app-store/small-business-program/; "Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/;"Introducing the News Partner Program," *Apple Developer*, https://developer.apple.com/apple-news/program/. *See also*, Song 2025 Report, Section II.B.

Written Evidence of Joseph E. Stiglitz, PHD              No. 4:11-cv-06714-YGR | Page 76 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

146.  I understand that Dr. Abrantes-Metz has estimated that the App Store would have charged a single commission rate of 13.6 percent in a competitive But-For world.[279] Apple's 30 percent commission rate and its average commission rate of 27.2 percent both far exceed Dr. Abrantes-Metz's But-For commission rate estimate and are clearly suggestive of Apple's significant market power or monopoly power.

147.  Another hallmark of market power or monopoly power is Apple's ability to price discriminate independent of cost differences. For example, Apple reduced the commission rate for small business developers and other selected programs to 15 percent. However, these reductions did not occur in the context of a sudden change in marginal costs, implying that before the reductions Apple was charging at least twice the marginal costs—an extraordinary "power to price," which is also evidence of market power.[280]

### V.A.3. Apple's Restrictive Contractual Terms with Developers Reduce the Value of the App Store

148.  In addition to the ability to profitably raise prices above competitive levels, firms with market power can also impose restrictions and conditions on other market participants to protect or enhance their market position. Apple has set forth a number of restrictions in its DPLA, which developers must sign before distributing their apps on the App Store, and in its App Store Review Guidelines, as described in detail in Section III. Apple has also restricted the prices that developers can charge for their apps and in-app content, as described in Section IV.C.

149.  Even app developers with a significant presence in the tech industry could not secure less restrictive conditions and were unable to countervail Apple's bargaining power. Some examples include:

---

[279]  *See* Abrantes-Metz 2025 Report, Section II.

[280]  *See* Thomas G. Krattenmaker, Robert H. Lande, and Steven C. Salop, "Monopoly Power and Market Power in Antitrust Law," *Georgetown Law Journal* 76(2) (1987): 241-269, p. 247 ("Economists use both 'market power' and 'monopoly power' to refer to the power of a single firm or group of firms to price profitably above marginal cost.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

a.  Facebook: in 2019, the Facebook app was rejected because its design was considered "store-like" and had features that were similar to those of the App Store.[281] In 2020, the Facebook Gaming app was rejected for the same reason. (Section III.A).[282]

b.  Epic Games: in 2020, Epic's videogame app Fortnite was removed from the App Store after Epic allowed iOS device users the possibility to make in-app purchases without using Apple to process the transactions (Section III.B).[283]

c.  Sony: in 2011, Sony's e-book reader app was rejected from the App Store because it allowed users to purchase e-books directly through Sony's platform in a browser, bypassing Apple's IAP (Section III.C).[284]

d.  Spotify: in 2016, Spotify decided to remove Apple's IAP from its app; in 2019, Spotify filed a formal complaint with the European Commission alleging that Apple's practices (i.e., mandatory use of Apple's IAP mechanism and restrictions on informing users of alternative purchasing methods) were anticompetitive (Section III.C).[285]

---

[281]  EGFB-000574 at -574 ("We've shared this internally and the feedback is that this design is considered store-like. These tiles look like the App Store and aren't going to be appropriate.") and at -575 ("The issue is that the game icons in the scrolling interface are considered a store-like presentation. This is very similar to App Store features. A simple horizontal list of 'recently played' games would be acceptable, but not in this horizontal icon-scrolling carousel design.").

[282]  See, e.g., APL-APPSTORE_11358010 at -040 ("Facebook Gaming… Has store-like features for games & remote resources downloading & JS bridging."); APL-APPSTORE_11366632 at -659 ("Facebook Gaming… Has store-like features: 'Recently Played' carousel & 'Suggested for You' list.").

[283]  Nick Statt, "Apple just kicked Fortnite off the App Store," The Verge, August 13, 2020, https://www.theverge.com/2020/8/13/21366438/apple-fortnite-ios-app-store-violations-epic-payments; Dieter Bohn, "Fortnite for Android has also been kicked off the Google Play Store," The Verge, August 13, 2020, https://www.theverge.com/2020/8/13/21368079/fortnite-epic-android-banned-google-play-app-store-rule-violation.

[284]  Claire Cain Miller and Miguel Helft, "Apple Moves to Tighten Control of App Store," The New York Times, February 1, 2011, https://www.nytimes.com/2011/02/01/technology/01apple.html ("Some application developers, including Sony, say Apple has told them they can no longer sell e-books within their apps unless the transactions go through Apple's system. … Apps like the Kindle app from Amazon.com and the one that Sony submitted open up a browser window when a user wants to buy something."); "Apple Rejects Sony App Over Book-buying Options," CBS News, February 2, 2011, https://www.cbsnews.com/news/apple-rejects-sony-app-over-book-buying-options-7310909/ ("Sony protested what it calls a change in the way of enforcing the rules. 'We opened a dialogue with Apple to see if we can come up with an equitable resolution but reached an impasse at this time,' the company said in a statement.").

[285]  "Antitrust: Commission opens investigations into Apple's App Store rules," European Commission, June 15, 2020, https://ec.europa.eu/commission/presscorner/detail/en/ip_20_1073; APL-APPSTORE_09521691, Spotify Complaint against Apple for Anticompetitive Practices in the EU, March 11, 2019, ¶¶ 6, 65, 68.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

e. Microsoft: in 2020, Microsoft's new game streaming service, xCloud, could not operate on the iPhone as a native iOS app, due to conflict with the App Store Review Guidelines on cloud streaming (Section IV.C.2).[286]

150. Each of these restrictions functions to constrict the offerings on the App Store. As a result of the restrictions, the App Store does not offer, for example, game streaming functionality, or in-app options for subscriptions or purchases for certain developers, or may have fewer bundled offerings. Keeping these restrictions in place degrades the user experience and limits the total output on the App Store, which reduces the App Store's quality and value. Economic theory implies that these restrictions would not be imposed if there were competition in the form of alternatives to the App Store.

151. In sum, the direct evidence presented in this section suggests that Apple has significant market power or monopoly power in the sale of iOS apps and in-app content. Furthermore, the evidence suggests not only that there has been durable monopoly power, but also that there are underlying barriers to entry (some of which were created by Apple itself), which I discuss in Section V.C.2 below, which help explain its durable market power. In the absence of such barriers, one would normally expect entry or the threat of entry to lower prices, reduce profit margins, and ease the imposed restrictions.

## V.B. The Sale of iOS Apps and In-App Content in the U.S. Constitutes a Relevant Antitrust Market

152. In this section, I explain that general market definition principles support a relevant antitrust market for the sale of iOS apps and in-app content. In Section V.B.1, I establish that a hypothetical monopolist (or in this case, the actual monopolist) of the sale of all iOS apps and in-

---

[286] Todd Haselton, "Microsoft's 'Netflix for video games' service launches, but you can't get it on iPhone," *CNBC*, September 15, 2020, https://www.cnbc.com/2020/09/15/microsoft-xcloud-release-for-android.html; Mark Gurman, "Apple's App Store Rules Limit Rival Gaming Services While Arcade Runs Free," *Bloomberg*, March 25, 2020, https://www.bloomberg.com/news/articles/2020-03-25/google-stadia-nvidia-geforce-microsoft-xcloud-not-on-apple-ios; Chalm Gartenberg, "Apple's new App Store guidelines carve out loopholes for xCloud, Stadia, and other apps that Apple had blocked," *The Verge,* September 11, 2020, https://www.theverge.com/2020/9/11/21432695/apple-new-app-store-guidelines-streaming-game-services-email-purchases; Nick Statt, "Apple confirms cloud gaming services like xCloud and Stadia violate App Store guidelines," *The Verge*, August 6, 2020, https://www.theverge.com/2020/8/6/21357771/apple-cloud-gaming-microsoft-xcloud-google-stadia-ios-app-store-guidelines-violations.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

app content could profitably impose a SSNIP. In Section V.B.2, I explain why non-iOS (native) apps and in-app content are not reasonable substitutes for iOS apps and in-app content, especially given the significant switching costs between iOS and non-iOS devices. In Sections V.B.3–V.B.7, I examine other potential substitutes for the sale of iOS apps and in-app content such as the sale of web apps, progressive web apps, enterprise apps, or jailbreaking of iOS devices and conclude that consumers cannot substitute the sale of iOS apps and in-app content with these alternatives. In Section V.B.8, I establish that the relevant geographic market for the sale of iOS apps and in-app content is the United States.

### V.B.1. A Hypothetical Monopolist Selling iOS Apps and In-App Content Could Profitably Impose a SSNIP

153. A relevant antitrust market is defined as an area of effective competition, comprising product and geographic elements.[287] The aim of the market definition analysis in antitrust is to identify a set of products and areas that might create competitive constraints to the firm under analysis, in particular, to its ability to profitably raise prices.[288] Thus, market definition is not an end goal in itself but serves as a preliminary step towards assessing the indirect evidence of a firm's market power.[289] The key step in the market definition analysis is to identify which other products (or services) consumers would turn to if prices increased. The outer boundaries of a relevant product market are determined by the "reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it."[290] When there are no products providing "reasonable interchangeability," the market would consist of the firm alone, that is, it would be a monopolist. A firm can have monopoly power even when there is more than one firm in the market, if that firm can raise its price significantly above the competitive level.

---

[287]   U.S. Department of Justice and Federal Trade Commission, *Merger Guidelines*, Washington, DC, 2023, https://www.ftc.gov/system/files/ftc_gov/pdf/2023_merger_guidelines_final_12.18.2023.pdf, p. 40 ("2023 Merger Guidelines").

[288]   *See, e.g.,* Massimo Motta, *Competition Policy: Theory and Practice*, (Cambridge: Cambridge University Press, 2003), Chapter 3: Market definition, and the assessment of market power, p. 1.

[289]   However, when there is direct evidence of market power, that evidence by itself can suffice. *See, e.g.,* Massimo Motta, *Competition Policy: Theory and Practice*, (Cambridge: Cambridge University Press, 2003), Chapter 3: Market definition, and the assessment of market power, p. 1.

[290]   2023 Merger Guidelines, p. 40.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

154. Similar to supermarkets that offer consumers a "one-stop shop" for food and other grocery products—many of which are not necessarily substitutable—the App Store constitutes a digital "one-stop shop" in which consumers can purchase a combination of iOS apps and in-app content that may not be directly substitutable, either in a single purchase or in a sequence of purchases.[291] Typically, the markets containing one-stop shops can consist of only one-stop shops or both one-stop shops and specialty shops for particular product categories.[292] However, because Apple's exclusionary conduct has foreclosed nearly all alternative sales channels for iOS apps and in-app content, I show in the subsections below that the relevant antitrust market in this case is a one-stop shop market that is monopolized by the App Store.

155. The Hypothetical Monopolist Test ("HMT") is a tool commonly used by courts, the Department of Justice, and the Federal Trade Commission to define relevant antitrust markets.[293] The HMT asks whether a product or a group of products and an associated geographic region is sufficiently large to constitute a relevant antitrust market.[294] It does so by ascertaining whether a hypothetical profit-maximizing monopolist would undertake a small but significant and non-transitory increase in price ("SSNIP") above the competitive level or other worsening of terms ("SSNIPT") for at least one of the products in the candidate market.[295]

156. Identifying the competitive price is critical but not always easy.[296] In a market where a single firm has significant market power (or monopoly power) and has already raised prices above the competitive level, the current price would be much higher than the competitive price, and so would not be the right benchmark.[297] If the prevailing price in a candidate market is already elevated above the competitive level, then defining a relevant market based on whether this firm

---

[291]  2023 Merger Guidelines, p. 47 ("In some settings, the Agencies may consider a candidate market that includes one or more 'one-stop shops,' where customers can select a combination of products to purchase from a single seller, either in a single purchase instance or in a sequence of purchases. … For example, a relevant market may consist of only one-stop shops, even if there is significant competition from specialty shops; or it may include both one-stop shops and specialty shops.").

[292]  2023 Merger Guidelines, p. 47.

[293]  2023 Merger Guidelines, p. 41.

[294]  2023 Merger Guidelines, pp. 41-42.

[295]  2023 Merger Guidelines, pp. 41-42.

[296]  *See* Steven C. Salop, "The First Principles Approach to Antitrust, Kodak, and Antitrust at the Millennium," *Antitrust Law Journal* 68 (2000): 187-202, pp. 195-199.

[297]  *See* Steven C. Salop, "The First Principles Approach to Antitrust, Kodak, and Antitrust at the Millennium," *Antitrust Law Journal* 68 (2000): 187-202, pp.196-198.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

can profitably impose a SSNIP on prevailing prices leads to the well-known problem of "cellophane fallacy," causing the relevant market to be defined too broadly.[298]

157. I understand that Dr. Abrantes-Metz has established that the As-Is commission rate is supracompetitive and that the App Store can still be profitable when it charges a 13.6 percent commission rate for the sale of iOS apps and in-app content.[299] However, the App Store charges a 30 percent commission rate for most sales of iOS apps and in-app content with some exceptions for which the lowest applicable commission rate is 15 percent.[300] I understand that Dr. Song calculated the average effective commission rate levied on app and in-app content spending to be 27.2 percent and this effective commission rate has been stable and above 25 percent in every month since the App Store was launched.[301]

158. The fact that Apple charges an average effective commission rate of 27.2 percent when it could have charged a commission rate of 13.6 percent and still earned a competitive return indicates that Apple must be more profitable at the prevailing commission rate. Otherwise, it would have lowered its commission rate to 13.6 percent. This suggests that Apple could profitably impose a 5 percent SSNIP on iOS device users (through an increase of the commission rate from 13.6 percent to 27.2 percent), as long as consumers bear at least 35 percent of the burden actually borne of the commission rate increase, which is far below Professor McFadden's estimates of the burden borne by consumers.[302] Therefore, I conclude that Apple could, and has, imposed a price

---

[298] "In the entrenchment context, if the inquiry is being conducted after market or monopoly power has already been exercised, using prevailing prices can lead to defining markets too broadly and thus inferring that dominance does not exist when, in fact, it does. The problem with using prevailing prices to define the market when a firm is already dominant is known as the 'Cellophane Fallacy.'" *See* 2023 Merger Guidelines, pp. 42-43, footnote 83.

[299] Abrantes-Metz 2025 Report, Sections II.C, V.C, IV.B, and Appendix B.A.3. According to Dr. Abrantes-Metz's calculations, Apple remains profitable with a 76.9 percent market share, even when assuming that the total market size under the 13.6 percent commission rate would be the same as the actual-world market size.

[300] *See* Section II.C.1

[301] *See* Song 2025 Report, Section II.B.

[302] To calculate the overcharge associated with the difference between the As-Is and But-For commission rates, I use the following notation:

$P_{AI}$ denotes the price consumers pay in the As-Is world,

$P_{BF}$ denotes the price consumers pay in the But-For world,

$\tau_{AI}$ denotes the average effective App Store commission rate in the As-Is world,

$\tau_{BF}$ denotes the average effective App Store commission rate in the But-For world.

Continued on next page

increase that likely exceeds a 5 percent SSNIP, and that the sale of iOS apps and in-app content thereby constitutes a relevant antitrust product market.

159. As I have noted, a relevant antitrust market is a collection of goods or services that are relatively close substitutes for each other, such that goods and services outside the market are not close substitutes for those in the market. It is this lack of substitutability that allows the hypothetical monopolist to raise prices above the competitive level. If there were close substitutes, sales would decrease so much that raising prices would not be profitable. In the sections that follow, I explain why, for consumers using iOS devices, there is no price-constraining substitute for the App Store for the sale of iOS apps and in-app content.

---

The per-unit total overcharge quantifies the excess amount paid due to the higher App Store commission rate in the As-Is world compared to the But-For world. It is calculated as the difference in the total commissions collected in the As-Is world and the But-For world:

$Per-Unit\ Total\ Overcharge = (P_{AI} \times \tau_{AI}) - (P_{BF} \times \tau_{BF})$.

Consumers bear only the portion of this overcharge that is reflected in the prices they pay. Therefore, the per-unit overcharge amount borne by the consumers is given by:

$Per-Unit\ Consumer\ Overcharge = P_{AI} - P_{BF}$.

Consumers' share of the total overcharge is given by:

$Consumers'\ Share\ of\ the\ Total\ Overcharge = \frac{Per-Unit\ Consumer\ Overcharge}{Per-Unit\ Total\ Overcharge}$.

To simplify the formula for Consumers' Share of the Per-Unit Total Overcharge, I rewrite the expression by multiplying and dividing the right-hand side of the equation by the reciprocal of $P_{AI}$:

$Consumers'\ Share\ of\ the\ Per-Unit\ Total\ Overcharge = \frac{\left(\frac{P_{AI}-P_{BF}}{P_{AI}}\right)}{\left(\tau_{AI}-\left(\frac{P_{BF}}{P_{AI}}\times\tau_{BF}\right)\right)}$.

Note that now the numerator of the formula, $\left(\frac{P_{AI}-P_{BF}}{P_{AI}}\right)$, reflects the percentage change in consumer prices, which is assumed to be 5 percent. This implies that $\left(\frac{P_{BF}}{P_{AI}}\right)$ is equal to 95 percent. Thus,

$Consumers'Share\ of\ the\ Per-Unit\ Total\ Overcharge = \frac{0.05}{0.272-(0.95\times0.136)} = 35$ percent.

*See* Expert Report of Daniel L. McFadden, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025, Section III. I understand that Professor McFadden's estimated in his 2021 report that 81.8 percent of the excessive App Store commission from the Games category were borne by the Consumer Class and 81.9 percent of the excessive App Store commission from the Entertainment and Music category were borne by the Consumer Class. In addition, using real-world examples of apps that charge differential prices on different platforms due to the App Store's commission, Professor McFadden estimated in his 2021 report that consumers would bear 83 percent of the burden in the case of CBS All-Access and 77 percent of the burden for music streaming apps. *See* McFadden 2021 Opening Report, Sections VI and VII.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## V.B.2. Non-iOS Apps Are Not Reasonable Substitutes for iOS Apps

### V.B.2.a. Apps Developed for Non-Mobile Devices Are Not Reasonable Substitutes for Apps Developed for iOS Mobile Devices

160. As I explain in Sections VI.A.2 and VI.B.1, mobile devices are designed to be portable while offering a wide range of technological functionality. In contrast, alternative hardware solutions like laptops, desktops, gaming consoles, and feature phones offer less diverse functionality and, in most cases, limited mobility.[303] These technological differences are reflected in the apps available for these respective platforms.

161. Apps designed for mobile devices take advantage of the mobility and functionality of the smartphone or tablet. For example, the ride-hailing app Uber allows the user to review the pricing and characteristics of potential rides, book a ride with a driver, communicate with the driver via phone or text message, monitor the status and location of the vehicle in real time, pay for the ride, and rate the driver experience, all within the app.[304] Similarly, the popular app Pokémon Go utilizes a mobile device's GPS and camera to create an "augmented reality" experience, in which consumers "catch wild Pokémon."[305] Critically, both of these experiences rely on the mobility and broad functionality of the mobile device. The same experience cannot be replicated on a non-mobile device.[306] Accordingly, apps developed for non-mobile devices are not reasonable substitutes for apps developed for mobile devices.

### V.B.2.b. There Are Significant Switching Costs Between iOS and Non-iOS Mobile Devices

162. A second possible category of substitutes are apps developed for non-iOS mobile devices. Because non-iOS apps cannot be used on iOS devices, substituting between iOS and non-iOS apps requires switching between iOS devices and non-iOS mobile devices. However, there are significant switching costs associated with changing between mobile devices that utilize different operating systems, which severely limits this substitution. As a result, it is unlikely that iOS users

---

[303] *See* Sections VI.A.2 and VI.B.1.

[304] "How to use the Uber app," *Uber*, https://www.uber.com/us/en/about/how-does-uber-work/.

[305] Alex Clough, "The technology behind Pokémon Go," *16i*, July 22, 2016, https://www.16i.co.uk/m-journal/the-technology-behind-pokemon-go/.

[306] *See* Sections VI.A.2 and VI.B.1 for further detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

would or could switch to non-iOS apps even if iOS apps and in-app content experience a SSNIP. In this section, I explain how switching costs prevent substitution between products and then detail the sources of these switching costs for iOS device users.

163. Consumers often face monetary and non-monetary costs to switch from one product to another. Monetary switching costs generally refer to tangible costs that must be paid, in dollar value, in order to switch products. Non-monetary switching costs typically refer to barriers to switching that do not have a directly quantifiable dollar value. As a simple example of the difference, consider the switching costs involved in buying a new house. The fees paid to a moving company are monetary switching costs, while the time it takes to pack and unpack one's belongings is a non-monetary switching cost. These costs may take many different forms, discussed in detail below.

164. Economists have studied the sources and consequences of switching costs in a variety of industries. Significant switching costs have been quantified in air travel, health insurance, cable TV, and many other markets.[307] Typically, the higher the switching costs, the more likely consumers are locked-in to a particular product or brand, giving rise to greater market power.[308] In particular, the academic literature has shown that switching costs are highly significant for consumers of mobile devices. Grzybowski and Nicolle (2021) estimated that the average costs associated with switching smartphone operating systems (excluding the cost of the new device) was €520, over 60 percent higher than the average price of a mobile device in their sample.[309] Notably, the authors find that switching costs are the highest when switching away from iPhones,

---

[307] *See, e.g*., Fredrik Carlsson and Åsa Löfgren, "Airline Choice, Switching Costs and Frequent Flyer Programmes," *Applied Economics* 38(13) (2006): 1469—1475; Coleman Drake, Conor Ryan, and Bryan Dowd, "Sources of inertia in the individual health insurance market," *Journal of Public Economics* 208 (April 2022); Oleksandr Shcherbakov, "Measuring consumer switching costs in the television industry," *The RAND Journal of Economics* 47(2) (Summer 2016): 366-393.

[308] *See, e.g.,* Carl Shapiro and Hal R. Varian, *Information Rules: A Strategic Guide to the Network Economy*, (Boston, Massachusetts: Harvard Business School Press, 1999), pp. 11-12.

[309] The average price of a mobile phone in the authors' sample from 2011-2014 was €318.61. *See* Lukasz Grzybowski and Ambre Nicolle, "Estimating Consumer Inertia in Repeated Choices of Smartphones," *The Journal of Industrial Economics* 69(1) (2021): 33-82, pp. 50, 55, 66. This is slightly above the reported worldwide average smartphone price of roughly $291 in 2014. *See* "Global average selling price of smartphones from 2010 to 2019," *Statista*, June 16, 2015, https://www.statista.com/statistics/484583/global-average-selling-price-smartphones/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

with a cost as high as €833 for consumers switching to Android, or a maximum of €1,068 for consumers switching to an operating system other than Android, Windows, or Blackberry.[310]

165. In the following subsections, I discuss the different costs of switching from iOS to non-iOS mobile devices.

166. In Section V.B.2.b.i, I detail how interoperability issues create tangible monetary switching costs as consumers may need to re-purchase certain hardware, apps, or in-app content to maintain their current level of quality/consumption.

167. In Section V.B.2.b.ii, I describe a number of non-monetary switching costs that arise from the increased time and effort required for switching due to interoperability issues. In addition, consumers may be faced with a loss of functionality from content or features that cannot be transferred. I also review evidence of learning costs associated with switching to an unfamiliar operating system, and other types of cognitive lock-in that Professor Chen also discusses in his expert report.

168. Note that the cost of the device itself also represents a significant switching cost, which contributes to lock-in over the lifecycle of the device, as consumers are hesitant to replace their devices immediately after purchasing and may be locked in by the terms of mobile carrier contracts or payment installment plans. I discuss this type of switching cost separately, in Section V.B.2.c.[311]

### V.B.2.b.i. The Lack of Interoperability Between iOS Devices and Non-iOS Devices Creates Significant Monetary Switching Costs

169. Consumers of iOS devices face significant barriers to switching due to the lack of interoperability of (1) complementary hardware and accessories with non-iOS devices, and (2) paid apps and in-app purchases with non-iOS mobile operating systems. In this subsection, I discuss the monetary switching costs associated with complementary hardware and accessories

---

[310]   Lukasz Grzybowski and Ambre Nicolle, "Estimating Consumer Inertia in Repeated Choices of Smartphones," *The Journal of Industrial Economics* 69(1) (2021): 33-82, p. 66, Figure A.2.

[311]   More precisely, consumers have to compare the (lifetime) costs of the two platforms. The costs of the hardware would only be ignorable at the moment that the individual *had* to purchase a new phone because his old device died or was lost.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

that only work with Apple products, as well as non-transferrable apps and in-app content, as these goods must be repurchased to achieve a comparable consumption bundle if a consumer chooses to leave the iOS ecosystem.

170.   It is common, for instance, for iOS device owners to own other Apple devices that are only compatible with iPhones. One example of such a device is the Apple Watch, a smartwatch that must be paired with an iPhone to start up and function.[312] From 2017 to 2022, 14 percent to 33 percent of iPhone owners in the U.S. also owned an Apple Watch.[313] As of Q4 2023, █████████ ████████████ of iPhone owners in the U.S. own an Apple Watch.[314] These customers would need to purchase an equivalent smartwatch if they chose to switch their smartphone device and wanted to maintain the functionalities of their smartwatch, as I understand that the Apple Watch is not compatible with a non-Apple smartphone.[315] For instance, they would need to purchase a Samsung Galaxy Watch that retails from $199.99 to $649.99 to pair with a new Samsung phone.[316] This cost is between 25 percent and 81 percent of the cost of an iPhone 16.[317]

171.   Evidence from a survey conducted by Professor Hoyer for this matter ("the Hoyer Survey") confirms that owning other Apple devices has a meaningful impact on lock-in. Professor Chen in

---

[312]   The Apple Watch utilizes the same or similar apps as the iPhone but has no app store of its own. Instead, consumers must download these apps to their iPhone to have the watch port them over. *See* "Introducing Apple Watch Series 10," *Apple Newsroom*, September 9, 2024, https://www.apple.com/newsroom/2024/09/introducing-apple-watch-series-10/; "Set up your Apple Watch," *Apple Support*, https://support.apple.com/en-us/109015.

[313]   In 2017 Q1, 14 percent of iPhone owners in the U.S. owned an Apple Watch. *See* APL-EG_07515125 at -433. In 2022 Q2, 33 percent of iPhone owners in the U.S. owned an Apple Watch. *See* APL-APPSTORE_11215156 at -163.

[314]   APL-APPSTORE_11425222 at -227-231. Some external sources also mention higher ownership rates. *See, e.g.,* Michael Levin and Josh Lowitz, "Apple Announced Other Products, Too, and That's Important for Some iPhone Buyers," *CIRP*, September 18, 2024, https://cirpapple.substack.com/p/apple-announced-other-products-too ("We looked at all Apple customers that bought an iPhone in the twelve months ended June 2024. For these iPhone customers, about 60% also own an Apple Watch[.]").

[315]   "Set up your Apple Watch," *Apple Support*, https://support.apple.com/en-us/109015.

[316]   "Galaxy Watch FE," *Samsung*, https://www.samsung.com/us/watches/galaxy-watch-fe/buy/galaxy-watch-fe-40mm-pink-gold-bluetooth-sm-r861nidaxaa/; "Galaxy Watch Ultra," *Samsung*, https://www.samsung.com/us/watches/galaxy-watch-ultra/buy/galaxy-watch-ultra-47mm-titanium-gray-sm-l705udaaxaa/. The Samsung Galaxy Watch FE and Samsung Galaxy Watch Ultra appear to be the most comparable to the cheapest and most expensive Apple Watch offerings, the Apple Watch SE and Apple Watch Ultra. *See, e.g.,* Ted Kristsonis, "Samsung Galaxy Watch FE vs. Apple Watch SE: A wallet-friendly duel," *AndroidPolice*, December 5, 2024, https://www.androidpolice.com/samsung-galaxy-watch-fe-vs-apple-watch-se/; Kyle Barr, "Apple Watch Ultra vs Samsung Galaxy Watch Ultra: They're Both the Best Wearable," *Gizmodo*, July 29, 2024, https://gizmodo.com/apple-watch-ultra-vs-samsung-galaxy-watch-ultra-2000479722.

[317]   "iPhone 16," *Apple*, https://www.apple.com/iphone-16/ ("From $799").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

his report used data from this survey and found that respondents who own an Apple Watch are 34 percent more likely to choose "Apple devices work well together" as a purchase factor that influenced their choice of the iPhone/iPad.[318] Similarly, Apple internal surveys show that repeat iPhone buyers are 82 percent more likely to indicate that integration with other Apple products is the most influential reason they do not switch to an Android smartphone.[319]

172.  iPad owners face a similar switching cost from tablet accessories, such as stylus pens and keyboards. From 2016 to 2021, between 14 percent and 34 percent of iPad users owned an Apple Pencil, a stylus pen that is only compatible with iPads.[320] If these users chose to switch to, for example, a Microsoft Surface Pro tablet, they would incur an additional cost of $129.99 for the Surface Slim Pen, or 13 percent of the cost of an iPad Pro, to purchase a compatible stylus for their new tablet.[321] In addition, 20 percent of iPad users would also need to replace the Apple Magic Keyboard, a keyboard that is also only compatible with iPads.[322] Using the same example of a Microsoft Surface Pro, these consumers would need to purchase a compatible Surface Pro Keyboard, incurring an additional cost of $129.99 to $249.99, which is equivalent to 13 percent to 25 percent of the cost of an iPad Pro.[323]

---

[318] Expert Report of M. Keith Chen, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Chen Report"), Section IV.B., Table 7. 91 percent of Apple Watch owners surveyed considered "Apple devices such as iPhones, iPads, Apple watches, Macbooks, etc. all work well together" as a purchase factor, compared to 68 percent of respondents that did not own an Apple Watch.

[319] APL-EG_07514570 at -630-631. 82 percent is calculated as (20% – 11%)/11% based on 20 percent of repeat iPhone buyers selecting "Integration w/ Apple" as the "[m]ost influential reason for buying an iPhone rather than an Android-based smartphone" compared to 11 percent of first-time smartphone buyers.

[320] Juli Clover, "Everything You Need to Know About the Apple Pencil," *MacRumors*, May 31, 2024, https://www.macrumors.com/guide/apple-pencil/; APL-EG_07514228 at -396; APL-APPSTORE_11109932 at -959. The percent of iPad users who own an Apple Pencil in Q4 2021 is calculated as 10,380/(10,380 + 20,333) from APL-APPSTORE_11109932 at -959.

[321] "Surface Slim Pen," *Microsoft*, https://www.microsoft.com/en-us/d/surface-slim-pen-2/8TB9XW8RWC14?icid=Surface_Acc_Cat_R2CP2_Slimpen; "iPad Pro," *Apple*, https://www.apple.com/ipad-pro/ ("From $999").

[322] *See* "Magic Keyboard for iPad Air 11-inch (M2) – US English – White," *Apple*, https://www.apple.com/shop/product/MJQJ3LL/A/magic-keyboard-for-ipad-air-11-inch-m2-us-english-white ("System Requirements … Compatible iPad models running iPadOS 14.5 or later."). *See also*, "Magic Keyboard for iPad Pro 11-inch (M4) – US English – White," *Apple*, https://www.apple.com/shop/product/MWR03LL/A/magic-keyboard-for-ipad-pro-11%E2%80%91inch-m4-us-english-white ("System Requirements … iPad Pro 11-inch (M4) running iPadOS 17.4 or later."); APL-APPSTORE_11109932 at -969. The percentage of iPad users who own an Apple Magic Keyboard in Q4 2021 is calculated as 1547 / (1547 + 6195) from APL-APPSTORE_11109932 at -969.

[323] "Type covers & keyboards," *Microsoft*, https://www.microsoft.com/en-us/store/collections/surfacekeyboard?icid=Surface_Acc_Cat_R1CP1_ProKeyboard; "iPad Pro," *Apple*, https://www.apple.com/ipad-pro/ ("From $999").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

173. There are also hardware and accessories designed to work *better* with Apple devices than with non-Apple devices, such as Apple AirPods.[324] In addition to the *monetary* switching costs discussed above, these create substantial *non-monetary* switching costs that I discuss in Section V.B.2.b.ii.1.

174. The money consumers spend on acquiring iOS apps and in-app content can also add to their switching costs. As stated in a 2021 New York Times column, "[b]y the time you've used a phone for a couple of years, …you've probably invested a decent amount of money into apps, games, music, or videos that you may have to rebuy if you switch."[325] If consumers switch to a non-iOS device, they would need to repurchase the following: (1) in-app content purchased through Apple-owned apps, such as iTunes and Apple TV, (2) paid apps, which do not transfer to non-iOS mobile devices, and (3) locally-stored in-app purchase content.[326]

175. First, in-app content from Apple-owned apps such as albums on iTunes or books on iBooks would need to be repurchased if the consumer wishes to consume the same content upon switching to a non-iOS mobile device.[327] This has been recognized by Apple executives as one

---

[324] Between Apple devices, AirPods can switch automatically between Apple devices with the same Apple account; for instance, while listening to music on a Mac, you can answer a call on your iPhone. On the other hand, non-Apple devices can't take advantage of automatic switching or other features like Siri, Adaptive Audio, Spatial Audio, Precision Finding with Find My, Hearing Test, Hearing Aid, and Hearing Protection features. "Airpods," *Apple*, https://www.apple.com/airpods/; "Compare AirPods models," *Apple*, https://www.apple.com/airpods/compare/; "Set up AirPods with your Mac and other Bluetooth devices," *Apple Support*, https://support.apple.com/en-us/108786.

[325] Andrew Cunningham, "iPhone vs. Android: Which Is Better for You?," *The New York Times*, January 27, 2021, https://www.nytimes.com/wirecutter/reviews/ios-vs-android/.

[326] Apple does offer the Apple TV app on the Google Play Store, but only on select Android TV devices, such as Roku, Samsung TVs, and Playstation 4 or 5. *See* Shara Tibken and Steven Musil, "Apple bringing iTunes, AirPlay 2 to Samsung's 2019 TVs," *CNET*, January 8, 2019, https://www.cnet.com/tech/home-entertainment/apple-itunes-airplay-2-coming-to-samsung-tvs-2019/; Kishalaya Kundu, "Can You Watch Apple TV On Android? Actually, Yeah, You Can," *ScreenRant*, April 2, 2023, https://screenrant.com/can-you-watch-appletv-on-android/.

[327] *See* JR Raphael, "iPhone to Android: The ultimate switching guide," *Computer World*, November 23, 2023, https://www.computerworld.com/article/3218067/how-to-switch-from-iphone-to-android-ultimate-guide.html ("The main area where you'll run into trouble is with music purchased from iTunes prior to 2009, as such songs were encoded into a proprietary and DRM-protected AAC format. Those files, by design, won't be compatible with any other music service."); "Can ibooks be played on Android devices?," *Apple Community*, August 2014, https://discussions.apple.com/thread/6499976?sortBy=rank ("Most paid for books from the iBooksstore have DRM and can only be read using the iBooks app. Android is not possible for them. The same goes for any books in the interactive .ibooks format, even without DRM."); George Williams, "Easiest Way to Transfer iBooks to Android for Reading iBooks on Android," *Digiarty*, January 25, 2024, https://www.winxdvd.com/ios-android-mobile/transfer-ibooks-to-android.htm ("Can iBooks be played on Android devices? – Not possible unless you remove the DRM of iBooks and convert iBooks to Android supported eBook formats.").

---

Written Evidence of Joseph E. Stiglitz, PHD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

source of switching costs for users. For example, in a 2013 email from Eddy Cue, Apple's Senior Vice President of Services, to Tim Cook and Phil Schiller, Cue recommends offering iTunes gift cards rather than dollar value discounts with sales because "[g]etting customers using our stores (iTunes, App[,] and iBookstore) is one of the best things we can do to get people hooked to the ecosystem."[328] He goes on to question, "[w]ho's going to buy a Samsung phone if they have apps, movies, etc. already purchased? They now need to spend hundreds more to get where they are today."[329]

176. Second, consumers who purchased third-party paid download apps would also need to repurchase these apps if they want to continue using them on their Android devices, as paid apps are not transferrable from iOS to non-iOS devices, even if the app is created by the same developer.[330] This is best explained by Apple's then-CEO Steve Jobs in an interview. When asked whether he would agree with the statement, "when you invest in these apps as a consumer for iPhone [] the switching cost will increase, [] you retain people," Steve Jobs responded:

> "It's just like if you buy a Windows computer and you buy a suite of apps for Windows. It's harder for us to switch it to a Mac because you have to change your software."[331]

It should be noted, however, that while some programs allow you to transfer paid content on a Windows computer to a Mac computer, such as transferring a Microsoft Office one-time paid license, it is not possible to transfer a paid app from iOS to Android, or vice versa.[332] Apple CEO

---

328    APL-APPSTORE_09114427.

329    APL-APPSTORE_09114427.

330    Note that paid download apps are apps that require an upfront payment to download the app. *See* Section II.B *See also,* JR Raphael, "iPhone to Android: The ultimate switching guide," *Computer World*, November 23, 2023, https://www.computerworld.com/article/3218067/how-to-switch-from-iphone-to-android-ultimate-guide.html; "Switching from android to apple and paid apps," *Apple Community*, April 7, 2021, https://discussions.apple.com/thread/252640467?sortBy=rank.

331    APL-APPSTORE_02019237 at -250.

332    "Transfer your Office license to another device or another person," *Microsoft*, https://support.microsoft.com/en-us/office/transfer-your-office-license-to-another-device-or-another-person-8a967fb6-6c65-433e-800e-b9ae3436c2de; "Copy apps & data from an iPhone to a new Android device," *Android Help*, https://support.google.com/android/answer/13626960?hl=en#zippy=%2Cwhat-transfers-to-your-new-device%2Cwhat-wont-transfer-to-your-new-device ("What won't transfer to your new device … Paid apps, in-app purchases, and app data."); "Move from Android to iPhone or iPad," *Apple Support*, https://support.apple.com/en-lamr/118670 ("Here's what gets transferred: contacts, message history, SMS

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Tim Cook has also confirmed in his testimony that this repurchase requirement constitutes a direct, out-of-pocket switching cost for consumers:

> "Q. … If I am an iPhone owner and I spend 2.99 on a paid app and then I decide to transfer to Android phone and I go through this process that you've just described, wouldn't it still be the case that I'd have to pay 2.99 at the Google Play Store to buy that app again? A. I think so."[333]

177.    Third, while some cloud-based apps allow individuals to transfer paid in-app content to non-iOS mobile devices, in-app content from apps that utilize locally-stored data *cannot* be transferred to non-iOS mobile devices.[334] This represents additional switching costs, in terms of both the monetary value of in-app content lost and the effort to recuperate any data.

### V.B.2.b.ii.  There Are Significant Non-Monetary Costs Associated with Switching Between iOS and Non-iOS Mobile Devices

178.    There are also a number of non-monetary switching costs for consumers of iOS devices. In this subsection, I discuss the non-monetary switching costs associated with both the interconnectivity between Apple products, the lack of interoperability between iOS and non-iOS mobile devices, as well as the cognitive switching costs related to learning costs, network effects, and loss aversion. Professor Chen discusses these non-monetary switching costs in more detail in his expert report.

### V.B.2.b.ii.1. Interconnectivity Between iOS Devices and the Lack of Interoperability with non-iOS Mobile Devices Create Significant Non-Monetary Switching Costs

179.    In addition to the monetary costs discussed above, interconnectivity between different iOS devices and the lack of interoperability with non-iOS devices create substantial non-monetary switching costs. These arise in the form of time and effort involved in transferring content

---

messages, camera photos and videos, photo albums, files and folders, accessibility settings, display settings, web bookmarks, mail accounts, WhatsApp messages and media, Voice Memos, call history, and calendars. If they're available on both Google Play and the App Store, some of your free apps will also transfer. After the transfer completes, you can download any free apps that were matched from the App Store.").

[333]    Cook Deposition, Volume 1, 214:1-7.

[334]    "I paid for my apps on the Android PlayStore and do not wish to repay all of them on the Apple Store. What can Apple do for me?," *Apple Community*, January 19, 2015, https://discussions.apple.com/thread/6785026?sortBy=rank.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

between different operating systems, or the loss of certain functionality in complementary hardware after switching.[335] This cost represents an additional non-monetary cost on top of the monetary cost of repurchasing lost content, discussed in Section V.B.2.b.i above.[336]

180. For example, Apple's iCloud service allows users to store their data free of charge or purchase more data storage through a subscription fee.[337] If a user buys a new iOS device, they can use iCloud to transfer their photos, music, saved messages, and all other locally stored data from their old iOS device to their new device.[338] If users whose data is stored in iCloud instead choose to switch to a non-iOS device, they do not have this option. These consumers are not required to repurchase their iCloud subscription as they may simply unsubscribe and begin paying for an alternative storage solution. However, the time and effort involved in transferring content from iCloud to different digital storage services, and then to the new device, represents a substantial switching cost that Apple has acknowledged induces lock-in. In an email from Brian Lu, Apple's VP and General Manager of Sales and Marketing in Greater China, to Tim Cook discussing potential strategies for increasing sales in China, Brian Lu suggests bundling iPhone sales with one year of free iCloud in order to "increase stickiness to iPhone," noting that, "once iPhone users use ~50GB iCloud back-up service, it will be difficult for them to switch out to Android."[339]

181. Similarly, several Apple documents show that multiple apps have been rejected from the App Store on the grounds that these apps are "clearly for moving off the i[P]hone."[340] This suggests

---

[335] The time and effort required to switch is an example of a "transaction cost," which may be monetary or non-monetary. *See* Paul Klemperer, "The Competitiveness of Markets with Switching Costs," *Rand Journal of Economics* 18(1) (1987): 138-150, p. 138. ("[T]here may be transaction costs, such as the costs of closing an account with one bank and opening another with a competitor, of changing one's long-distance telephone service, or of returning rented equipment to one supplier to rent similar equipment from an alternative supplier.").

[336] *See* APL-APPSTORE_06492312 at -312.

[337] "iCloud+ plans and pricing," *Apple Support*, https://support.apple.com/en-us/108047 ("[iCloud includes] 5GB of storage for free. When you upgrade to iCloud+, you can get even more storage along with enhanced privacy features that protect you and your data.").

[338] "Use iCloud to transfer data from your previous iOS or iPadOS device to your new iPhone or iPad," *Apple Support*, https://support.apple.com/en-us/108344.

[339] APL-EG_06396523.

[340] APL-APPSTORE_02748389 at -389 ("Phone book mover tool: reject. We have this already and this is clearly for moving off the i[P]hone."). *See also,* APL-APPSTORE_09810984 at -984 ("Recommendation: Reject

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

that Apple recognizes content transfers as a barrier to switching and has historically prevented the introduction of apps that would reduce this switching cost. It may also be the case that uncertainty about the time and effort required, or even the ability to transfer valued content like music or photo libraries, is itself a barrier to switching.[341] Individuals are generally risk averse, and so are likely to put a premium on this uncertainty.[342] Thus, even when content is freely transferrable and need not be repurchased, the time and effort required to transfer this content to the new device creates a significant switching cost that can lead to consumer lock-in.

182. Interconnectivity between multiple Apple devices also creates or exacerbates non-monetary switching costs as consumers may lose access to this functionality after switching just one device.[343] This decreases the value of the services provided on other Apple devices, thereby increasing the *net* cost (reducing the benefit) of switching. For example, Apple's Family Share feature provides members of the same household the ability to share content such as purchases, storage, and payment methods, while the "Find My" app allows users to track the locations of their own Apple devices, or the Apple devices of contacts with sharing turned on.[344] Owners of multiple Apple devices gain the ability to seamlessly share content between them via AirDrop, or

---

Notes: Amazon, 3.1: iPhone. This app is used to transfer device contacts, photos, and videos from your iOS device to an Amazon Fire phone. Phones are linked and the upload/download process begins. The app is not meant to keep phones in constant sync, but rather for transferring data before migrating devices. I agree not to approve this. Can you check and make sure we don't have any Android apps that do the same?").

341  *See, e.g.,* APL-APPSTORE_06492312 at -320 ("Overall, shifting music from iTunes to an Android device was not as easy as we anticipated, but we eventually completed the process for nearly all of our collection… Unfortunately, you don't know until you try, and our experience was an unpleasant surprise on many levels."); "Copy apps & data from an iPhone to a new Android device," *Android Help*, https://support.google.com/android/answer/13626960?hl=en#zippy=%2Cwhat-wont-transfer-to-your-new-device ("What won't transfer to your new device…Photos and videos on iCloud. Learn how to request a photo transfer from iCloud…Paid apps, in-app purchases, and app data. We suggest you contact the app developer for further help…Files"); "Transfer iCloud® photos and videos to Google Photos," *Google Photos Help*, https://support.google.com/photos/answer/10502587?sjid=10751508919779400839-NC#zippy=%2Cwhat-you-need-for-a-transfer ("Important: Some data and formats available in iCloud® Photos may not work when you transfer your content to Google Photos…request your transfer from iCloud® to Google Photos…The transfer process takes 3–7 days.").

342  *See, e.g.,* Charles A. Holt and Susan K. Laury, "Risk Aversion and Incentive Effects," *American Economic Review* 92(5) (2002): 1644-1655.

343  *See* Chen Report, Section IV.C.

344  "Family Sharing," *Apple*, https://www.apple.com/family-sharing/ ("With Family Sharing, your Apple subscriptions are shared with your family members at no extra cost. That includes eligible subscriptions from the App Store, as well as eligible purchases of apps, media, and books when you enable Purchase Sharing.…If you're sharing an iCloud+ subscription[.]"); "Find Devices," *Apple Support*, https://support.apple.com/find-my ("Find your iPhone, iPad, Mac, Apple Watch, AirPods, or Beats. Or help locate Family Sharing devices.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

perform actions like answering calls or copying text on one device and pasting it on another.[345] Given the high rates of Apple device co-ownership, particularly between iPhone and iPad, this loss in device interconnectivity is likely to be an important switching cost for a large number of iOS device owners.[346] As noted above, between 80 to 90 percent of iPad owners own an iPhone and roughly 55 to 65 percent of iPhone owners own an iPad.[347]

183. Similarly, hardware such as Apple AirPods do not work as well with non-Apple devices as they do with Apple devices, as users can switch automatically between different devices logged in to the same Apple ID, while non-Apple devices must be manually disconnected and reconnected in order to switch.[348] As Professor Chen describes in his expert report, the loss of this functionality represents a significant switching cost, which may be exacerbated by loss aversion.[349]

184. The importance of interconnectivity between Apple devices and the lack of interoperability with non-Apple devices are reflected in the Hoyer Survey results. When asked which factors they considered in making their decision to choose an iPhone or iPad instead of another brand of smartphone or tablet, 76 percent of respondents reported they considered that "Apple devices work well together," while 60 percent considered the "difficulty of moving data from Apple to non-Apple" devices.[350] When asked how influential these factors were when choosing Apple devices, respondents rated "Apple devices work well together" as the most important factor in their decision, ahead of "iPhone/iPad device features," and the difficulty of moving data was

---

[345] "Use Continuity to work across Apple devices," *Apple Support*, https://support.apple.com/en-ca/guide/iphone/iphf5fa30b66/ios ("With Continuity, you can use your iPhone together with your iPad, Mac, and Apple Watch to work smarter and move seamlessly between your devices. … You can easily share content between your devices, whether it's copying text from an iPhone and pasting on your Mac, sharing a file from your iPad to your iPhone, or handing off tasks between them. Quickly share photos, videos, contacts, and anything else, with anyone near you—wirelessly. AirDrop makes sharing to iPhone, iPad, and Mac as simple as dragging and dropping.").

[346] *See,* APL-APPSTORE_11110558 at -566; APL-APPSTORE_11109932 at -976. *See also,* Section II.A.

[347] *See* APL-EG_06384008 at -213; APL-APPSTORE_11109932 at -976; APL-APPSTORE_10339734 at -953. *See also*, APL-APPSTORE_10851575 at -595; APL-APPSTORE_11212908 at -3105; APL-EG_06411491 at -880.

[348] *See* "Airpods," *Apple*, https://www.apple.com/airpods/; "Set up AirPods with your Mac and other Bluetooth devices," *Apple Support*, https://support.apple.com/en-us/108786.

[349] *See* Section V.B.2.b.ii.4. *See also,* Chen Report, Section IV.C.

[350] *See* Expert Report of Wayne D. Hoyer, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025 ("Hoyer Report"), Section III.B, Figure 7.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

rated the third most important factor.[351] This finding is corroborated by Apple's own surveys, which show that over 50 percent of respondents classified "[w]orks well with other Apple products" as "extremely important" in influencing purchase decisions.[352]

*V.B.2.b.ii.2.* The Presence of Network Effects Across Different iOS Device Owners Creates Significant Non-Monetary Switching Costs

185.  Network effects describe a phenomenon where products become more valuable as more people use them.[353] This can be a powerful source of non-monetary switching costs, as the utility a consumer derives from switching is dependent on other users switching.[354] This creates "collective switching costs" as many users must coordinate their purchases for switching to be individually optimal.[355] This also gives early adopters of new technology outsized influence on the future purchases of others.[356] For example, Apple's iMessage app creates significant network effects, as users gain additional chat functionality when other users also have iOS devices.[357] As Professor Chen discusses in more detail, the awareness users have of others' operating system through iMessage's blue and green text bubbles may also create lock-in, as the fear of "green bubble shaming" may prevent users from switching away from iOS.[358]

186.  The presence and importance of network effects is further corroborated by Professor Hoyer's survey results, where 69 percent of respondents reported "[m]ostly communicate with iPhone/iPad users" as a factor they considered when choosing an iOS device instead of another

---

[351]  *See* Hoyer Report, Section III.B, Figure 8.

[352]  APL-APPSTORE_10849713 at -733.

[353]  The previous paragraph described what might be called network effects across devices. In general, network effects are known to give rise to impediments to switching. *See* Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Vol 3, eds. Mark Armstrong and Robert H. Porter (2007): pp. 1967-2072.

[354]  Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Vol. 3, eds. Mark Armstrong and Robert H. Porter (2007): pp. 1967-2072.

[355]  Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Vol. 3, eds. Mark Armstrong and Robert H. Porter (2007): pp. 1967-2072.

[356]  Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Vol. 3, eds. Mark Armstrong and Robert H. Porter (2007): pp. 1967-2072.

[357]  *See* Chen Report, Section IV.C.2.

[358]  *See* Chen Report, Section IV.C.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

brand.[359] This factor was also ranked among the top considerations influencing the choice to purchase an iOS device.[360]

### *V.B.2.b.ii.3.* The Cost of Learning To Use a New Operating System Represents a Significant Non-Monetary Switching Cost

187. The results of Professor Hoyer's survey also suggest that the costs of learning a new operating system are an important barrier to switching for iOS device users—68 percent of respondents cited "[d]id not want to learn a new operating system" as a factor they considered in their decision to choose an iOS device. Among the factors tested by Professor Hoyer, this factor was tied with "Apple's built in apps or functions" as the fifth most influential consideration in choosing an iOS device.[361] Furthermore, up to 60 percent of U.S. respondents in an iPhone and Samsung smartphone owners survey conducted by Apple in April 2014 indicated that "iOS (iPhone OS)" was "[v]ery important in [their] decision to buy iPhone."[362]

188. Professor Chen also describes how learning costs can create lock-in.[363] It takes time and effort to learn to use a new product. This can partly be viewed as a psychological cost that lowers a consumer's utility when they are unfamiliar with a product, but there is a monetary value that can be associated with time as well.[364] Electronic goods like iOS devices have significant learning costs for new users that typically decline with repeated use of the device.[365] Professor Chen shows that consumers face these costs again when switching operating systems, as icons may have different meanings and even simple actions can require very different steps on different operating systems.[366] This creates cognitive lock-in, where consumers are reluctant to switch away from products they know well.[367]

---

[359] *See* Hoyer Report, Section III.B, Figure 7.

[360] *See* Hoyer Report, Section III.B, Figure 8.

[361] *See* Hoyer Report, Section III.B, Figure 7.

[362] APL-APPSTORE_10339469 at -516.

[363] *See* Chen Report, Section IV.A.2.

[364] *See* Chen Report, Section IV.A.

[365] *See* Chen Report, Section IV.A.

[366] *See* Chen Report, Section IV.D.

[367] *See* Chen Report, Section IV.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

*V.B.2.b.ii.4.* Loss Aversion Can Prevent Switching Even to Comparable Products and May Exacerbate Other Switching Costs

189. The sum of the effects described in Sections V.B.2.b.i–V.B.2.b.ii.3 above creates significant switching costs for iOS users, and Professor Chen describes how these costs may be increased by the presence of "loss aversion."[368] This is a phenomenon observed in the behavioral economics literature where individuals feel losses more strongly than gains.[369] This may add to switching costs as, for example, a consumer that loses functionality from their Apple devices but gains a similar functionality from their new, non-Apple device would perceive himself as worse off than if he had not switched.[370] That is, the loss seems more salient than the gain, so that the net effect is negative. But even without the phenomenon of loss aversion described in the behavioral economics literature, uncertainty about the magnitude of the monetary and non-monetary costs associated with switching could also discourage switching.[371]

### V.B.2.c.  The Upfront Cost of Durable Goods Such as the iPhone and iPad Represents a Significant Switching Cost

190. Smartphones are one of "the most expensive things we carry around each day."[372] The high upfront purchase price of the iOS device limits consumers' ability and willingness to frequently switch devices. This is particularly so because the resale value of iOS devices depreciates rapidly and the market for used iOS devices is imperfect.[373] Even recently purchased iPhones have low

---

[368]  *See* Chen Report, Section IV.A.1.

[369]  *See* Chen Report, Section IV.A.1.

[370]  *See* Chen Report, Section IV.A.1.

[371]  See the brief discussion in Section V.B.2.b.ii.1 above of how uncertainty creates a risk premium. *See also,* Charles A. Holt and Susan K. Laury, "Risk Aversion and Incentive Effects," *American Economic Review* 92(5) (2002): 1644-1655.

[372]  APL-APPSTORE_02937803 at -803. *See also,* Lex Friedman, "A $5 app isn't expensive: Customers need to help fix the App Store economy," *Macworld*, April 4, 2013, https://www.macworld.com/article/220707/a-5-app-isnt-expensive-customers-need-to-help-fix-the-app-store-economy.html.

[373]  Steven Knight, "iPhone 14 vs. iPhone 13 Depreciation Report," *SellCell*, September 28, 2022, https://www.sellcell.com/blog/iphone-14-vs-iphone-13-depreciation-report/. While this rapid depreciation could create a more affordable used iOS device market, various market frictions make the buying and selling of used devices challenging. *See* Barry Collins, "Selling Your iPhone? Here's What You Need To Know," *Forbes*, May 5, 2024, https://www.forbes.com/sites/technology/article/selling-iphone/ ("You might fetch a better price if you sell the device on sites such as eBay or Facebook Marketplace, but there are risks here too. First, don't be fooled by the high price people are listing their old iPhones for on such sites—just because someone is asking a high price, doesn't mean they're actually going to get it.").

resale value relative to the cost of the device, which further limits off-cycle switching.[374] For instance, with the release of the iPhone 16 in September 2024, the iPhone 15, released only one year prior in 2023 at $799, has a maximum trade-in value of $400 if the phone is in good condition.[375] This is true regardless of when the device is purchased. That is, a consumer who purchased an iPhone 15 shortly before the launch of the iPhone 16 could see the value of their purchase reduced in half in as little as one month's time.[376] If, of course, the trade-in value was close to the purchase price, it would be as if the individual had just rented the phone for a period of time, and there would be (on this account) little to no lock-in.

191.    Moreover, prior to 2015, the primary way to purchase an iPhone was through a carrier. In 2008, around 70 percent to 80 percent of iPhone users purchased their iPhone through a carrier, and Apple even discouraged individuals from purchasing "unlocked" iPhones (that is, unlocked into a carrier).[377] iPhones sold by carriers were sold at a subsidized upfront price of $199, with the

---

[374]   Note that many customers today opt for monthly financing rather than paying the full cost of the device up front. *See* "Annual Apple iPhone upgrade plan," *Verizon*, March 22, 2018, https://www.verizon.com/about/news/vzw/2015/09/iphone-6s-verizons-new-annual-upgrade-plan; Fred Imbert, "Sprint CEO: Why 'iPhone Forever' plan works," *CNBC*, September 18, 2015, https://www.cnbc.com/2015/09/18/sprint-ceo-why-iphone-forever-plan-works.html; Andrew Orr, "New survey reveals iPhone users more likely to opt for installment plans," *AppleInsider*, November 1, 2023, https://appleinsider.com/articles/23/11/01/new-survey-reveals-iphone-users-more-likely-to-opt-for-installment-plans. Though this smooths the cost of the device over a two-year period, consumers are required to pay the remaining balance of the smartphone if they decide to switch before their phone is fully paid off, which simply shifts the timing of the switching costs from the initial device purchase to the date of switching. For example, a customer financing a new iPhone 16 in 2025 at $799 would face a switching cost of $399.50 if they decide to switch one year after their initial purchase. *See* "Buy iPhone 16," *Apple*, https://www.apple.com/shop/buy-iphone/iphone-16 ("From $799 or $33.29/mo. per for 24 mo. … The last month's payment for each product will be the product's purchase price, less all other payments at the monthly payment amount.").

[375]   Victor Hristov, "Apple iPhone 15 release date, prices, and features," *Phone Arena,* updated February 29, 2024, https://www.phonearena.com/iphone-15-release-date-price-features; "Apple Trade In," *Apple*, https://www.apple.com/shop/trade-in.

[376]   *See* "Buy iPhone 15," *Apple*, accessed via Internet Archive Wayback Machine captured August 3, 2024, https://web.archive.org/web/20240803133421/https://www.apple.com/shop/buy-iphone/iphone-15; "Apple Trade In," *Apple*, https://www.apple.com/shop/trade-in. Some reduction in the price might be expected from the lemons effect described below, but the drop may be greater than can be explained in that way.

[377]   Tom Krazit, "iPhone unlocking explodes despite Apple's countermeasures," *CNET*, January 30, 2008, https://www.cnet.com/tech/tech-industry/iphone-unlocking-explodes-despite-apples-countermeasures/ ("[B]elieving that unlocking couldn't be much more widespread than Apple Chief Operating Officer Tim Cook had estimated back in October, somewhere around 20 percent of all iPhones sold. … Mike Abramsky of RBC Capital Markets estimated that unlocked iPhones account for as many as 30 percent of all iPhones sold in the world last year, and Sacconaghi later upped his estimate to 27 percent, or sales of 1 million unlocked iPhones in 2007."). Note that around 2015, with the release of the iPhone 6S, carriers phased out subsidized phones with required two-year service contracts in favor of two-year financed monthly payment plans. This made customers

Continued on next page

---

caveat that customers were sold a "locked" phone, or a phone that would only work with that carrier, that would be unlocked after a two-year service contract ended.[378] Locked phones were only available with two-year service contracts, so individuals could not switch carriers or cancel their contract without paying a hefty fee.

192. Customers that wanted to switch devices in the middle of a service contract were faced with early termination fees.[379] These early termination fees ranged from $50 to $350 for an iPhone with an unsubsidized price of $649, depending on the carrier and how long the customer had left on the service contract.[380] As such, these carrier contracts effectively formalized consumers' expectations about the durability of the iPhone and generated their own switching costs that locked in customers to their iPhone for a two-year period.

193. This is reflected in Apple's own survey of iPhone buyers, as "I was eligible to upgrade my previous phone," suggesting the end of a contract or payment plan, was the second most important purchase trigger for respondents that upgraded their iPhones.[381] Conversely, "I'm

---

responsible for the full cost of the now unsubsidized iPhone, which at the time ranged from $648 ($27 with 24 monthly payments) to $744 ($31 with 24 monthly payments). *See* Ina Fried, "And the Price of the Apple iPhone 6s Will Be ...", *Vox*, September 6, 2015, https://www.vox.com/2015/9/6/11618330/and-the-price-of-the-apple-iphone-6s-will-be ("The disappearance of two-year contracts and carrier subsidies means most consumers will be paying full price for the new iPhone."); "Apple Introduces iPhone 6s & iPhone 6s Plus," *Apple Newsroom*, September 9, 2015, https://www.apple.com/newsroom/2015/09/09Apple-Introduces-iPhone-6s-iPhone-6s-Plus/ ("iPhone 6s and iPhone 6s Plus will be available … for $0 down with 24 monthly payments starting at $27 (US) and $31 (US), respectively, from Apple's retail stores in the US, Apple.com, select carriers and Apple Authorized Resellers.").

378 The exception to this is the first generation of iPhones, which sold at a retail price starting at $499, though customers were still required to purchase a service contract through AT&T, the only carrier to offer the iPhone at the time. This was expensive for phones at the time. *See* Zak Khan, "iPhone price history: How Apple's pricing changes (inflation included)," *Android Authority*, November 18, 2024, https://www.androidauthority.com/iphone-price-history-3221497/; APL-EG_09504201 at -201 ("An executive with AT&T (T), which has an exclusive multiyear U.S. distribution agreement with Apple for the iPhone[.]").

379 Laura Selby, "Phone early termination fees: How to know what you'd owe," *NBC News*, September 15, 2012, https://www.nbcnews.com/tech/gadgets/phone-early-termination-fees-how-know-what-youd-owe-flna1b5919843.

380 Laura Selby, "Phone early termination fees: How to know what you'd owe," *NBC News*, September 15, 2012, https://www.nbcnews.com/tech/gadgets/phone-early-termination-fees-how-know-what-youd-owe-flna1b5919843. The early termination fee typically dropped for each month on the contract; for example, AT&T early termination fees are $325 with a $10 per month decrease for every month on the contract. Therefore, an AT&T customer that terminates their iPhone contract at the 23rd month of a two-year contract would still owe $95 in early termination fees. *See* John Paczkowski, "AT&T's new early-termination fee for the iPhone: $325," *CNET*, May 21, 2010, https://www.cnet.com/tech/mobile/at-ts-new-early-termination-fee-for-the-iphone-325/.

381 APL-APPSTORE_10849713 at -732. Such remarks may reflect behavioral economics effects noted earlier.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

locked into a contract or monthly payments on my smartphone" was the sixth most common reason respondents reported for not upgrading their iPhones.[382]

194. Even without these real financial costs of switching, survey evidence and academic literature suggest that consumers of durable goods are resistant to switching before the end of the good's expected lifecycle.[383] They do not treat such expenditures as sunk costs—as conventional economics says they should—but rather feel like they have to amortize their purchase before even considering the purchase of a replacement.[384] This creates lock-in for some duration after purchasing the durable good, even when consumers are faced with increased or unexpected aftermarket costs.[385] Empirical data suggests that consumers typically wait two to four years

---

[382]   APL-APPSTORE_10849713 at -724.

[383]   APL-APPSTORE_10849713 at -724. Apple's survey finds that "Price" was the second most common category of reasons survey respondents did not upgrade their iPhones, with "I cannot afford a new smartphone right now" being the top answer within the category. "I recently acquired a new smartphone" and "I'm locked into a contract or monthly payments on my smartphone" were the fifth and sixth most common reasons for not upgrading, respectively. Similarly, APL-APPSTORE_10849713 at -732, this document shows "I was eligible to upgrade my previous phone" as the second most important purchase trigger behind only "I needed to replace my previous phone because it wasn't working well." This is consistent with the academic literature on durable goods theory. For an overview of this literature, *see* Michael Waldman, "Durable Goods Theory for Real World Markets," *Journal of Economic Perspectives*, 17(1) (2003): 131-154. *See also,* Erica Mina Okada, "Trade-ins, Mental Accounting, and Product Replacement Decisions," *Journal of Consumer Research* 27(4) (2001): 433-446. In short, while "rational" consumers in perfect capital markets without constraining contracts would face high switching costs as described earlier, actual purchasers' switching is further impeded by a) mental accounting, which does not treat purchases as sunk costs; b) capital constraints—moving to an alternative ecosystem requires substantial upfront costs; and c) long-term contracts that may not be transferable. Furthermore, the sale of a used iPhone to, say, someone wishing to switch into the iOS operating system may suffer from the lemons problem, arising from asymmetric information about potential defects in any particular iPhone. *See* George A. Akerlof, "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism*," Quarterly Journal of Economics* (1978): 488-500.

[384]   Erica Mina Okada, "Trade-ins, Mental Accounting, and Product Replacement Decisions," *Journal of Consumer Research* 27(4) (2001): 433-446, p. 435.

[385]   *See* Dennis W. Carlton and Michael Waldman, "Robert Bork's Contributions to Antitrust Perspectives on Tying Behavior," *Journal of Law and Economics* 57(S3) (2014): S121-S144, p. S127 ("The logic is that, since the purchase price is paid up front, the unit will not be scrapped even if the aftermarket or maintenance price is raised (not too much) above the level that the consumer anticipated when he or she purchased the durable unit."). The authors also note that "[t]he existence of secondhand markets does not change the argument." Broadly, the aftermarket prices are either passed on to the unsuspecting second-hand purchaser or, in the case of a price increase, are incorporated into the resale value. Dennis W. Carlton and Michael Waldman, "Robert Bork's Contributions to Antitrust Perspectives on Tying Behavior," *Journal of Law and Economics* 57(S3) (2014): S121-S144, p. S127, footnote 10.

---

Written Evidence of Joseph E. Stiglitz, PHD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

before switching to another smartphone and three or more years before switching to another tablet.[386]

195. For the reasons described above, the high upfront cost of iOS devices creates lock-in that prevents consumers from substituting between iOS devices and non-iOS mobile devices. This indicates that most iOS device users would not or could not switch to non-iOS apps even if iOS apps and in-app content experience a SSNIP.

### V.B.2.d. Empirical Evidence Demonstrates Limited Switching Between iOS and Non-iOS Mobile Devices

196. The monetary and non-monetary switching costs described above and in Professor Chen's expert report represent significant barriers to switching away from iOS devices. These high switching costs generate consumer lock-in. This is consistent with low observed rates of switching away from iOS devices that are reported from a number of different sources. Given that consumers must switch to non-iOS mobile devices in order to substitute from iOS apps to non-iOS apps, this lock-in indicates that iOS device users would likely not switch to non-iOS apps even if iOS apps and in-app content experience a SSNIP.

197. The United Kingdom Competition and Markets Authority (CMA) has found that Apple customers typically replace their iOS devices with new iOS devices rather than switch away

---

[386] APL-APPSTORE_10340283 at -319; APL-APPSTORE_10849849 at -921; APL-EG_06596363 at -397. Data in APL-EG_06596363 presented are the "[a]verage length of ownership of previous smartphone [a]mong smartphone owners who changed to another smartphone each 12 m/e quarter," and values are presented for the last two calendar quarters of 2019 and the first three of 2020. *See also,* APL-APPSTORE_10337762 at -783-784 for iPad statistics suggesting that the average expected lifespan of the iPad Original and iPad 2 was three years. It should be noted, however, that, at the time of the survey in 2014, 83 percent of all iPads sold were still in use. *See also,* Abigail Ng, "Smartphone users are waiting longer before upgrading — here's why." *CNBC,* May 17, 2019, https://www.cnbc.com/2019/05/17/smartphone-users-are-waiting-longer-before-upgrading-heres-why.html, citing data from Kantar Worldpanel, a market research firm; SEA_00030572 at -581; Aamir Siddiqui, "How long do iPhones last? How long should you use your iPhone for?" *Android Authority,* February 1, 2025, https://www.androidauthority.com/how-long-do-iphones-last-3359069/; Michael Potuck, "Here's how many years Apple users are keeping their iPads," *9To5Mac,* May 15, 2024, https://9to5mac.com/2024/05/15/heres-how-many-years-users-keep-ipads/; "Additional Questions: More answers to your questions about Apple and the environment," *Apple,* https://www.apple.com/environment/answers/ ("For the purposes of our assessment, years of use, which are based on first owners, are modeled to be … three years for iOS, iPadOS, and watchOS devices. Most Apple products last longer and are often passed along, resold, or returned to Apple by the first owner for others to use."). This data suggests that iPhones are treated as long-term durable goods, with the studies noted in footnote 383 explaining that individuals typically do not switch out of such goods until near the end of their expected life and would not do so even with a price increase of a complementary input (here, the price paid for apps or in-app content).

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

from the iOS ecosystem.[387] The CMA found that just 5 percent of users switch from iOS to Android devices when purchasing a new mobile phone.[388] The CMA also found that 64 percent of iOS users who considered switching and 69 percent of iOS users who did not consider switching mentioned at least one non-price barrier to switching.[389]

198.  Apple's internal research also shows low churn rates, as most consumers repeatedly purchase iOS devices. An internal Apple presentation from 2020 shows that, between Q4 2016 and Q1 2020, quarterly iPhone loyalty rates, that is, the percentage of iPhone owners upgrading their phones that chose to purchase another iPhone, ranged between 74 percent and 96 percent, and were generally above 80 percent amongst U.S. iPhone users who changed their phone.[390]

199.  Similarly, Professor Simonson's survey of iPhone and iPad users found that only 22 percent of respondents even considered switching to an Android at the time of their last iPhone purchase.[391] Professor Simonson found even greater loyalty in tablet choice, as only 11 percent of respondents considered switching to Android at the time of their last tablet purchase.[392] Among respondents who considered switching, but did not, familiarity was the most commonly identified reason for not switching, ahead of product quality or product features.[393]

---

[387]  CMA Mobile Ecosystems Market Study, "Mobile Ecosystems: Market Study Final Report," *CMA*, June 10, 2022, ¶ 3.37, https://assets.publishing.service.gov.uk/media/63f61bc0d3bf7f62e8c34a02/Mobile_Ecosystems_Final_Report_amended_2.pdf. *See also,* Antitrust Procedure Council Regulation (EC) 1/2003, CASE AT.40437 – Apple – App Store Practices (music streaming), European Commission, March 4, 2024, ¶¶ 381-387, https://ec.europa.eu/competition/antitrust/cases1/202419/AT_40437_10026012_3547_4.pdf.

[388]  CMA Mobile Ecosystems Market Study, "Mobile Ecosystems: Market Study Final Report," *CMA*, June 10, 2022, ¶ 3.43, https://assets.publishing.service.gov.uk/media/63f61bc0d3bf7f62e8c34a02/Mobile_Ecosystems_Final_Report_amended_2.pdf.

[389]  CMA Mobile Ecosystems Market Study, "Mobile Ecosystems: Market Study Final Report," *CMA*, June 10, 2022, ¶ 3.90, https://assets.publishing.service.gov.uk/media/63f61bc0d3bf7f62e8c34a02/Mobile_Ecosystems_Final_Report_amended_2.pdf.

[390]  McFadden 2021 Opening Report, ¶ 68, citing to APL-EG_05451569 at -577. APL-EG_05451577 presents the percentage of those users who bought another iPhone ("% of iPhone owners who acquired another iPhone when they changed their device in that time period"). 87 percent is the average across all the quarters in the presentation.

[391]  Expert Report and Declaration of Itamar Simonson, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, August 10, 2021 ("Simonson Report"), ¶ 165.

[392]  Simonson Report, ¶ 167.

[393]  Simonson Report, ¶ 166.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

200. Furthermore, third-party industry analysis shows similar loyalty rates. For example, an October 2017 Morgan Stanley analysis of Apple's stock value reported a loyalty rate of 94 percent.[394] In another example, a consumer survey by CIRP found loyalty rates of 94 percent amongst iPhone users between 2022 and 2023, with only 4 percent of iPhone users switching to Android.[395] Similarly, a 2023 Bloomberg Intelligence survey reported loyalty rates of 93 percent amongst current iPhone users, compared to 80 percent for Android users.[396]

## V.B.3. Web Apps Are Not Reasonable Substitutes for iOS Apps

201. Web-based apps (or "web apps") are widely recognized as poor substitutes for native apps. In this section, I summarize information from publicly available sources as well as testimony from Apple executives that underscore the limitations of web apps relative to native apps and conclude that they are not close substitutes.

202. I understand that web apps are effectively websites designed to mimic the appearance and functionality of native apps.[397] They are hosted on the internet and accessed through a web browser on the user's mobile device; importantly, web apps are never downloaded onto the user's mobile device, which significantly limits their functionality.[398] In contrast, I understand that native apps are built specifically for operating systems such as the iOS or AndroidOS. They are downloaded directly to a user's mobile device and as a result can access hardware features like the camera or GPS.[399] Due to these differences, native apps generally offer consumers a wider range of features, which are available more frequently and at faster speeds than those of

---

[394] APL-APPSTORE_10851575 at -575 and -585.

[395] Michael Potuck, "Here's how many more Android users switch to iPhone than the other way around," *9to5Mac*, June 14, 2023, https://9to5mac.com/2023/06/14/more-android-users-switch-to-iphone/.

[396] "Despite Stagnant Unit Sales, Apple Loyalty and High-End Adoption May See Apple Revenue in the US Grow in FY24, Finds Bloomberg Intelligence," *Bloomberg*, October 5, 2023, https://www.bloomberg.com/company/press/despite-stagnant-unit-sales-apple-loyalty-and-high-end-adoption-may-see-apple-revenue-in-the-us-grow-in-fy24-finds-bloomberg-intelligence/.

[397] *See* Technology Tutorial, 80:22-82:1.

[398] *See* Technology Tutorial, 81:22-81:25. *See also* Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for Your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app;.

[399] *See* Technology Tutorial, 81:3-81:17. *See also* Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for Your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

web apps.[400] Below, I detail the specific reasons why web apps are considered poor substitutes for native iOS apps.

203. First, based on available evidence, I understand that web apps rely on internet connectivity, which means users cannot fully access the app and its contents on their iOS devices without Wi-Fi or mobile data.[401] Consider, for example, the highly popular social media platform Facebook, which utilized a web app for its mobile device users prior to 2012.[402] This app could not be accessed without Wi-Fi or mobile data, meaning it was largely unavailable when a consumer lacked internet access, for example, while travelling.

---

[400] Forstall Deposition, Volume 1, March 8, 2021, 81:2-24, 83:14-20, 84:1-6 ("Q. And you believed that native apps are going to, as you say here, provide a better experience for iPhone users, correct? A. Correct. Q. And looking back 15 years later, do you have any doubt that you were right at the time? A. No. Q. And why did you think that native apps will provide a better experience? A. There are many, many reasons. If you build a native app, you get to use the built-in frameworks as they were intended, as they were designed for a touch interface. You have all the facilities we built to quickly build, iterate, debug these native applications. I mean, I can go on and on and on for the benefits of native application versus a web application, and they are voluminous. They – they are faster. They use less memory. They can take advantage of the native graphics, libraries, in a way that is either not available or would have to be shoehorned in for a web app or a different kind of application. … But because of the architecture, it sits as an extra layer on top of the native layer, and therefore, it's never going to be faster than the native layer. There might be some advantages about how the code loads in a modular fashion or something else. But it just, for us, it wasn't as good as the native ones. … So even though there are arguments people can and did make for using web technologies as the sole way for third parties to build apps, my experience was very clear that those apps would not be as good as native apps, and I wanted to have the best possible apps in the platform we could."); Deposition of C.K. Haun, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 13, 2021, 126:22-127:11 ("Q. Are there limitations on what an iOS web app could do as compared to a native iOS app? A. There are. Q. What are those? A. I am not able to give you an exhaustive list for two reasons. One, because there are quite a few things that a web app may not be able to directly access. Number two, there are continual efforts to, as it makes sense, to allow HTML and web hosted, web view hosted, apps to access additional functions and services. And some of those decisions and actions are simply time based. It takes time to do that. And third, simply some things would never make sense in the context of an HTML 5 application."); Deposition of Phillip Shoemaker, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 12, 2021, 251:2-4 ("Q So at bottom, would you say that a web app is no substitute for a true iOS app? A Yes, I would."). *See also,* Deposition of C.K. Haun Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 13, 2021, 118:1-129:13 for a detailed technical explanation of the differences between native and web apps.

[401] Technology Tutorial, 81:18-81:23; Bridget Poetker, "Web App vs. Mobile App: Which Is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps.

[402] Matt Brian, "Facebook launches native app for iPhone and iPad, rebuilt from ground up to be twice as fast," *The Next Web*, August 23, 2012, https://thenextweb.com/news/facebook-2; Josh Constine, "Facebook For iOS App Is Now 2X Faster: Quicker Launch, Photos, Feed, And Built-In Messenger," *TechCrunch*, August 23, 2012, https://techcrunch.com/2012/08/23/facebook-for-ios-faster/; KS Sandhya Iyer, "Revamped Facebook app for iOS: Review," *Gadgets360*, August 24, 2012, https://gadgets.ndtv.com/apps/reviews/revamped-facebook-app-for-ios-review-258817.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

204. Second, I understand that even with an internet connection, web apps are generally slower than native apps and, as a result, offer a lessened user experience.[403] Consider again the Facebook web app discussed in the previous paragraph. The app was largely derided as "slow" and "terrible"—prompting the platform to introduce a native app to replace the web app.[404]

205. Third, I understand from industry reports that because web apps are not downloaded to a user's device, they lack the capability to leverage certain features that are uniquely or conveniently available on iOS devices, such as Bluetooth, Touch ID, Face ID, and Siri integration, among others.[405] I further understand that many widely-used native apps depend heavily on these integrated features, and thus cannot be replicated via a web app.[406] Consider, for example, the popular native apps Pokémon Go and Snapchat, both of which rely on a device's camera and GPS. In the case of the former, consumers use the app's augmented reality technology to "catch wild Pokémon" based on their location and physical perspective (as determined by the device's GPS and camera); in the case of Snapchat, users share photos or videos of themselves, which they may tie to a specific location.[407] In both instances, the apps' core functions rely on the

---

[403] *See* Forstall Deposition, Volume 1, 83:2-7; Technology Tutorial, 81:10-81:17. *See also,* Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app.

[404] *See* Matt Brian, "Facebook launches native app for iPhone and iPad, rebuilt from ground up to be twice as fast," *The Next Web*, August 23, 2012, https://thenextweb.com/news/facebook-2; Josh Constine, "Facebook For iOS App Is Now 2X Faster: Quicker Launch, Photos, Feed, And Built-In Messenger," *TechCrunch*, August 23, 2012, https://techcrunch.com/2012/08/23/facebook-for-ios-faster/; KS Sandhya Iyer, "Revamped Facebook app for iOS: Review," *Gadgets360*, August 24, 2012, https://gadgets.ndtv.com/apps/reviews/revamped-facebook-app-for-ios-review-258817. Facebook released its native app as an update to its web-based iOS app. Once released, existing users switched to the native app once they downloaded the update from the App Store; new users could only access the native app from the App Store. *See* Matt Brian, "Facebook launches native app for iPhone and iPad, rebuilt from ground up to be twice as fast," *The Next Web*, August 23, 2012, https://thenextweb.com/news/facebook-2; Josh Constine, "Facebook For iOS App Is Now 2X Faster: Quicker Launch, Photos, Feed, And Built-In Messenger," *TechCrunch*, August 23, 2012, https://techcrunch.com/2012/08/23/facebook-for-ios-faster/.

[405] Technology Tutorial, 81:10-81:17; Maximiliano Firtman, "Progressive Web Apps on iOS are here," *Medium*, March 30, 2018, https://medium.com/@firt/progressive-web-apps-on-ios-are-here-d00430dee3a7.

[406] *See* Bridget Poetker, "Web App vs. Mobile App: Which Is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps ("If your app will need access to the device's camera or GPS, you should consider making a native mobile app. While a hybrid mobile app does allow you to utilize some of these features, it probably won't be the best experience for your user. Pokémon Go is a native app that utilizes both the camera and GPS functions of the smart device combined with augmented reality software.").

[407] Alex Clough, "The technology behind Pokémon Go," *16i*, July 22, 2016, https://www.16i.co.uk/m-journal/the-technology-behind-pokemon-go/. *See also*, Christine Elgersma, "Everything you need to know about Snapchat," *phys.org*, June 18, 2018, https://phys.org/news/2018-06-snapchat.html.

---

Written Evidence of Joseph E. Stiglitz, PHD          No. 4:11-cv-06714-YGR | Page 105 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

integrated hardware of the mobile device, meaning the same experience cannot be replicated on a web app.

206. Fourth, web apps must use Apple's Webkit browser framework, which I understand from industry reports imposes significant limitations such as being capped at approximately 50MB in size and having their stored data deleted by iOS after seven days of inactivity.[408] I further understand that the Webkit framework has been criticized among developers as severely compromising web apps' functionality.[409] The assertion that Apple's Webkit framework severely compromises an app's functionality is echoed by a recent report from the U.K.'s Competition and Markets Authority (CMA) in the context of cloud gaming.[410] Specifically, the CMA concluded that web-based games on iOS offer a severely compromised experience, including faster battery drain, no support for mouses, no persistent storage (so a saved game will be erased after a sustained period of non-use), no support for Bluetooth game controllers, and no full-screen mode.[411] The CMA attributed most of these deficiencies to Apple's WebKit browser framework, which it noted, "lags behind other browser engines in functionality."[412] The CMA further found that these limitations were generally not technologically necessary.[413] In summary,

---

[408] "App Review Guidelines," *Apple Developer*, Section 2.5.6, https://developer.apple.com/app-store/review/guidelines/. *See also,* Dieter Bohn and Tom Warren, "Why the bad iPhone web app experience keeps coming up in Epic v. Apple," *The Verge*, May 6, 2021, https://www.theverge.com/2021/5/6/22421912/iphone-web-app-pwa-cloud-gaming-epic-v-apple-safari; Juha Saarinen, "Apple cops flak for deleting local browser storage after 7 days," *iTnews*, March 26, 2020, https://www.itnews.com.au/news/apple-cops-flak-for-deleting-local-browser-storage-after-7-days-539833.

[409] Juha Saarinen, "Apple cops flak for deleting local browser storage after 7 days," *iTnews*, March 26, 2020, https://www.itnews.com.au/news/apple-cops-flak-for-deleting-local-browser-storage-after-7-days-539833. *See also,* Aral Balkan, "Apple just killed Offline Web Apps while purporting to protect your privacy: why that's A Bad Thing and why you should care," March 25, 2020, https://ar.al/2020/03/25/apple-just-killed-offline-web-apps-while-purporting-to-protect-your-privacy-why-thats-a-bad-thing-and-why-you-should-care/.

[410] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶¶ 27-30, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf.

[411] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 28, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf

[412] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 27, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf ("Submissions from cloud gaming service providers suggest that a range of features and functionalities of cloud gaming services were hindered by using a web app over a native app on the App Store. A key reason for this is the limited support of browsers on iOS for web apps due to Apple's restriction that all browsers on iOS have to use Apple's WebKit, browser engine.").

[413] CMA Mobile Ecosystems Market Study, "Mobile Ecosystems: Market Study Final Report," *CMA*, June 10, 2022, ¶ 5.75, https://assets.publishing.service.gov.uk/media/63f61bc0d3bf7f62e8c34a02/Mobile_Ecosystems_Final_Report_amended_2.pdf.

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 106 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the shortcomings of Apple's WebKit framework degrade the user experience of web apps, making them poor substitutes for native apps.

207. Moreover, Apple recognizes these differences. Scott Forstall, former Senior Vice President of iPhone Software, described the many benefits of native apps over web apps in his testimony:

> "Q. And why did you think that native apps will provide a better experience?
> A. There are many, many reasons. If you build a native app, you get to use the built-in frameworks as they were intended, as they were designed for a touch interface…. I mean, I can go on and on and on for the benefits of native application versus a web application, and they are voluminous. … And, in fact, in January of 2007 when we had the keynote and launched the iPhone, those were web-based apps at the time of that launch, and they did not perform well. We could tell using it that they were not as good as performing as the built-in apps."[414]

208. According to Mr. Forstall as well as other industry experts, the following are some of the benefits of native apps over web apps:[415]

  a. "[T]hey are faster."[416]

  b. "They load[] quickly."[417]

  c. "They use less memory."[418]

  d. They allow users to "switch between applications quickly."[419]

---

[414] Forstall Deposition, Volume 1, 81:9-83:7.

[415] Forstall Deposition, Volume 1, 81:9-82:9.

[416] Forstall Deposition, Volume 1, 81:19-20. *See also,* Forstall Deposition, Volume 1, 83:2-17, ("[I]n January of 2007 when we had the keynote and launched the iPhone, those were web-based apps at the time of that launch, and they did not perform well. We could tell using it that they were not as good as performing as the built-in apps. Now, you can always through software start to try to improve things, make its launch a little better, use a little less memory, get a faster processor, get more memory in the next iteration of the iPhone. You can do things to try to make it can better. But because of the architecture, it sits as an extra layer on top of the native layer, and therefore, it's never going to be faster than the native layer."); Bridget Poetker, "Web App vs Mobile App: Which is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps.

[417] Forstall Deposition, Volume 1, 82:7.

[418] Forstall Deposition, Volume 1, 81:20.

[419] Forstall Deposition, Volume 1, 82:7-8.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

e. They are more stable as they are created with "code that uses the native elements of iOS" and "the facilities [Apple] built to quickly build, iterate, debug these native applications."[420]

f. "They can take advantage of the native graphics, libraries, in a way that is either not available or would have to be shoehorned in for a web app or a different kind of application."[421]

g. "Integrated device functionality" allows native apps to access to iPhone hardware, such as the camera, microphone, and GPS.[422]

209. These limitations notwithstanding, I understand that web apps do offer some advantages over native apps. First, both industry reports and testimony of Apple executives state that web apps are typically easier and less expensive to develop and maintain, meaning they are generally cheaper for the consumer.[423] Second, these same sources attest that web apps are easier to distribute than native apps, as they rely only on access to the internet and not integration into a

---

[420] Matt Brian, "Facebook launches native app for iPhone and iPad, rebuilt from ground up to be twice as fast," *The Next Web*, August 23, 2012, https://thenextweb.com/news/facebook-2; Forstall Deposition, Volume 1, 81:14-16.

[421] Forstall Deposition, Volume 1, 81:20-24; *See also,* "Introducing the Mobile W3C Community Group," *Facebook Developers*, February 27, 2012, accessed via Internet Archive Wayback Machine captured May 11, 2012, https://web.archive.org/web/20120511110804/http://developers.facebook.com/html5/blog/post/2012/02/27/introducing-the-mobile-w3c-community-group/ ("[Web apps have] two major issues; performance and feature set. Poor canvas performance [functionality that allows an app to render graphics dynamically], for example, is inhibiting game developers from building on the mobile web.").

[422] Bridget Poetker, "Web App vs. Mobile App: Which is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps. *See also,* "Introducing the Mobile W3C Community Group," *Facebook Developers*, February 27, 2012, accessed via Internet Archive Wayback Machine captured May 11, 2012, https://web.archive.org/web/20120511110804/http://developers.facebook.com/html5/blog/post/2012/02/27/introducing-the-mobile-w3c-community-group/ ("[Web apps have] two major issues; performance and feature set. … And limited feature sets prevent app developers from competing with native applications. Not being able, for example, to use camera functionality in an HTML5 app can result in a sub-optimal user experience—or sometimes no appropriate experience at all.").

[423] Native apps must be individually tailored to their operating system (*e.g.*, iOS or Android); developers wishing to expand their app to a new platform (*e.g.*, from an iPhone to an Android phone) must effectively re-write their code for the new operating system. These distinct code bases also create additional costs in terms of development and maintenance. Web apps, in contrast, rely on one unified code base that is hosted on the web. *See* Technology Tutorial, 82:2-81:10; Bridget Poetker, Web App vs. Mobile App: Which is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps; Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app.

digital marketplace like the App Store.[424] Moreover, this ease of distribution extends across platforms: any device with a web browser—including an iPhone or iPad, an Android phone or tablet, or a personal computer—can access the same web app.[425]

210. Despite these advantages of cost and distribution, there are notable instances of app developers initially creating web apps, only to later transition to native apps due to the sub-optimal user experience provided by web apps or, in some cases, the complete inadequacy of web apps to deliver an appropriate user experience. Prominent web apps that were later replaced by native apps as the primary form of distribution on iOS include the aforementioned example of Facebook, as well as the Financial Times.[426]

211. Finally, the evidence suggests that most consumers opt for native apps if available: data from Android gaming apps suggests that 99 percent of users opt for native apps over web apps when both options are available.[427] This evidence reinforces the conclusion that, due to their technological shortcomings, web apps are generally not viable substitutes for native apps for consumers.[428]

---

[424] Technology Tutorial, 82:2-81:10; Bridget Poetker, Web App vs. Mobile App: Which is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps; Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app.

[425] Technology Tutorial, 82:2-81:10; Bridget Poetker, "Web App vs. Mobile App: Which is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps; Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app.

[426] "Introducing the Mobile W3C Community Group," *Facebook Developers*, February 27, 2012, accessed via Internet Archive Wayback Machine captured May 11, 2012, https://web.archive.org/web/20120511110804/http://developers.facebook.com/html5/blog/post/2012/02/27/introducing-the-mobile-w3c-community-group/; Matt Brian, "Facebook launches native app for iPhone and iPad, rebuilt from ground up to be twice as fast," *The Next Web*, August 23, 2012, https://thenextweb.com/news/facebook-2; Jack Marshall, "Financial Times Returns to Apple's App Store After Six-Year Hiatus," *The Wall Street Journal*, August 7, 2017, https://www.wsj.com/articles/financial-times-returns-to-apples-app-store-after-six-year-hiatus-1502092855; "FT iOS app returns to the Apple App Store," *Financial Times*, August 17, 2017, https://aboutus.ft.com/en-gb/announcements/ft-ios-app-returns-to-the-apple-app-store/.

[427] CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 30, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf.

[428] Additionally, the CMA found that developers of web-based apps face significant hurdles in terms of discoverability and engagement. In conjunction with the above-described technical limitations that limit consumer engagement, web-based apps offer limited distribution channels and cannot send users push notifications to boost engagement. *See* CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, ¶ 22, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## V.B.4. Progressive Web Apps Are Not Reasonable Substitutes for iOS Apps

212.   Progressive web apps ("PWAs") are essentially web apps that deliver a native app-like experience to users while being accessed through a web browser.[429] I understand that PWAs combine the functionality of web pages with the features of native apps, such as push notifications, while requiring no installation via an app store. They are built using standard web technologies (e.g., HTML) and can therefore function across different devices and operating systems with a single codebase.[430] However, a wide range of evidence from both testimony and third-party sources demonstrates that PWAs and native apps are poor substitutes, particularly when considering performance and access to device features.

213.   First, I understand that native apps are developed in a coding language that is *native* to a particular operating system, which means they can typically perform tasks more efficiently than PWAs.[431] As explained in Section V.B.3, evidence from both industry reports and available testimony states that native apps are coded to fully exploit the hardware and software of a device, resulting in better memory management, less battery consumption, and a fully integrated experience. On the other hand, these same sources state that PWAs are essentially web pages run through a browser and coded using web-based technologies rather than the native language of the device.[432] The device must work harder to interpret the foreign code, resulting in slower

---

[429]   "Overview of Progressive Web Apps (PWAs)," *Microsoft*, January 24, 2023, https://learn.microsoft.com/en-us/microsoft-edge/progressive-web-apps-chromium/.

[430]   "progressive web app," *PCMag*, https://www.pcmag.com/encyclopedia/term/progressive-web-app; "Overview of Progressive Web Apps (PWAs)," *Microsoft*, January 24, 2023, https://learn.microsoft.com/en-us/microsoft-edge/progressive-web-apps-chromium/.

[431]   "PWA vs Native App: 5 Key Differences to Consider Before Building Your App," *Medium*, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79; Technology Tutorial, 81:3-81:17.

[432]   Technology Tutorial, 81:3-82:10; "PWA vs Native App: 5 Key Differences to Consider Before Building Your App," *Medium*, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79; "PWA vs Native vs Hybrid App: A Comprehensive Comparison," *Medium*, December 13, 2023, https://medium.com/@zorbisinc/pwa-vs-native-vs-hybrid-app-a-comprehensive-comparison-9b7fbe870d13.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

performance and greater battery usage; this makes native apps better suited for more demanding apps, such as 3D games.[433]

214.  Additionally, available evidence suggests that PWAs cannot fully replicate the functionality of native apps. I understand that, similar to web apps, PWAs have limited access to a device's hardware features. For instance, while PWAs can access basic functions like geolocation and camera, they cannot access more advanced features such as Bluetooth, near-field communication (NFC), advanced camera controls, and biometrics.[434] In contrast, I understand that native apps can integrate seamlessly with all of a device's capabilities, allowing for a richer user experience.[435] Additionally, industry reports emphasize that, because PWAs rely on a webpage, they require an internet connection for full functionality; in contrast, native apps offer a more complete offline experience.[436] Finally, as for web apps, I understand that iOS devices will clear the memory from PWAs if they are not used for several weeks, making it difficult for a user to seamlessly resume usage of an app after a sustained period of non-use.[437] Due to these limitations, PWAs cannot offer the same functionality as native apps.

215.  This lack of substitutability is reflected in the relatively small number of PWAs available. By one estimate, approximately 54 thousand PWAs were available online as of October 2023. In

---

[433]  "PWA vs Native App: 5 Key Differences to Consider Before Building Your App," *Medium*, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79; "PWA vs Native vs Hybrid App: A Comprehensive Comparison," *Medium*, December 13, 2023, https://medium.com/@zorbisinc/pwa-vs-native-vs-hybrid-app-a-comprehensive-comparison-9b7fbe870d13. *See also*, Forstall Deposition, Volume 1, 83:2-17 ("But because of the architecture, [web apps] sit[] as an extra layer on top of the native layer, and therefore, it's never going to be faster than the native layer.").

[434]  "PWA vs Native App: 5 Key Differences to Consider Before Building Your App," *Medium*, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79; "PWA vs Native vs Hybrid App: A Comprehensive Comparison," *Medium*, December 13, 2023, https://medium.com/@zorbisinc/pwa-vs-native-vs-hybrid-app-a-comprehensive-comparison-9b7fbe870d13.

[435]  Technology Tutorial, 81:3-81:17; "PWA vs Native App: 5 Key Differences to Consider Before Building Your App," *Medium*, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79; "PWA vs Native vs Hybrid App: A Comprehensive Comparison," *Medium*, December 13, 2023, https://medium.com/@zorbisinc/pwa-vs-native-vs-hybrid-app-a-comprehensive-comparison-9b7fbe870d13.

[436]  Technology Tutorial, 81:18-81:21; "PWA vs Native App: 5 Key Differences to Consider Before Building Your App," *Medium*, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79.

[437]  Maximiliano Firtman, "Progressive Web Apps on iOS are here," *Medium,* March 30, 2018, https://medium.com/@firt/progressive-web-apps-on-ios-are-here-d00430dee3a7.

---

contrast, the App Store featured over 1.8 million native iOS apps in 2023.[438] This disparity highlights that PWAs cannot currently offer the same variety of apps as is currently available for native apps. Thus, consumers cannot effectively substitute to PWAs when they face a SSNIP imposed on iOS apps and in-app content.

### V.B.5. Jailbreaking Is Not a Reasonable Substitute for Installing Apps and Purchasing In-App Content Through the App Store

216.  It is technically possible to install apps not available through the App Store by a means known as "jailbreaking," which I previously discussed in Section III.A. However, for multiple reasons, consumers cannot reasonably substitute installing iOS apps through jailbreaking for installing iOS apps or purchasing in-app content on iOS devices through the App Store.

217.  First, Apple prohibits unauthorized modifications to iOS (i.e., jailbreaking) in the iOS end-user software license agreement. Apple may deny customer services—including warranty—for iOS devices that have installed any unauthorized software.[439]

218.  Second, I understand from the testimony of Apple executives that jailbreaking is technically challenging, as Apple's iOS security updates include software patches that make jailbreaking increasingly difficult.[440] Accordingly, jailbreaking is a relatively rare phenomenon that has steadily declined over time: in early 2013, less than 5 percent of all iOS devices worldwide were

---

[438]  Julian Neagu, "Progressive Web App (PWA) Statistics 2024," *Medium*, November 14, 2023, https://medium.com/@julianneagu/progressive-web-app-pwa-statistics-2023-46950788b513; "2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

[439]  "Unauthorized modification of iOS" *Apple Support*, https://support.apple.com/en-us/guide/iphone/iph9385bb26a/ios ("Unauthorized modifications to iOS (also known as 'jailbreaking') bypass security features and can cause numerous issues such as security vulnerabilities, instability, and shortened battery life to the hacked iPhone. … [U]nauthorized modification of iOS is a violation of the iOS and iPadOS Software License Agreement and because of this, Apple may deny service for an iPhone that has any unauthorized software installed"). *See also,* Deposition of Ron Okamoto, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 17, 2020, 278:7-12 ("Q. Apple doesn't encourage jailbreaking, does it? A. If it does not. Q. In fact jailbreaking would void a warranty on a customer's phone, wouldn't it. A. That's correct.").

[440]  Deposition of Craig Federighi, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021, 297:14-17 ("[Q] Do you think it's true from your perspective that advancements in iOS security has helped to prevent jailbreaking? A Yes. I think it's made it more difficult.").

jailbroken; by 2017, this share had declined to approximately 0.08 percent; a 2019 article by *Wired* magazine described jailbreaking as "extremely rare."[441]

219.  Third, even if iOS device consumers can successfully install unauthorized apps via jailbreaking, industry reports state that such apps frequently "break" whenever iOS updates, compromising their functionality and potentially making them unusable.[442]

220.  In addition, available evidence suggests that iOS app developers similarly do not consider jailbreaking to be a viable alternative to the App Store. Apple's strict restrictions on jailbreaking, as well as the frequent need to "fix" unauthorized apps following iOS updates create additional costs for developers of these unauthorized apps.[443] Additionally, the relatively small number of consumers with jailbroken iOS devices (less than 0.1 percent of iOS users as discussed earlier) implies that developers gain relatively little benefit from jailbreaking.[444] Hence, most app

---

[441] Dylan Love, "The Latest Jailbreak Statistics Are Jaw-Dropping," *Business Insider*, March 2, 2013, https://www.businessinsider.com/jailbreak-statistics-2013-3; APL-APPSTORE_03068061 at -068; Lily Hay Newman, "You Can Jailbreak Your iPhone Again (But Maybe You Shouldn't): Apple reintroduced a previously fixed bug in iOS 12.4, which has led to a jailbreak revival," *Wired*, August 19, 2019, https://www.wired.com/story/ios-jailbreak-new/. *See also,* APL-EG_09290113 at -118 ("So even at a point of all-time low switching costs, wherein *anybody* could break free of the App Store with less than 10 minutes of effort, only a low single digit percentage ever did. Why? Because for the average consumer, jailbreaking was unfamiliar. The switching costs / hassles were still too high."); Sarah Perez, "'Evasi0n' Overloads Servers As Over 270,000 People Download The New Jailbreak For iOS 6.0/6.1 Devices, Including iPhone 5," *TechCrunch*, February 4, 2013, https://techcrunch.com/2013/02/04/jailbreaking-is-back-new-evasi0n-software-works-on-most-ios-6-06-1-devices-including-iphone-5/.

[442] Joshua Sherman, "Meet the man running the jailbreaking market Apple doesn't want you to use," *Digital Trends*, January 31, 2022, https://www.digitaltrends.com/mobile/the-man-who-helped-jailbreaking-jay-freeman/ ("'When Apple updates iOS almost everything breaks. Every time Apple puts out an update we spend a week of our lives in order to find out how to get an icon back on the screen' Freeman explained, pointing out how a simple OS update to the iPhone and iPad is actually one of the most difficult aspects of running applications underneath Apple's radar."); Yaniv Masjedi, "What Does Jailbreaking an iPhone Do? (Risks and Benefits), *Aura*, February 7, 2024, https://www.aura.com/learn/what-does-jailbreaking-an-iphone-do#6.-Inability-to-update-your-phone ("Inability to update your phone[:] When you update a jailbroken iPhone, you can lose your modified system settings, jailbreak apps, and tweaks. Even your data is at risk because the iOS update may run into problems when restoring the system defaults. For this reason, most jailbreaks disable over-the-air (OTA) updates on your iPhone to prevent any issues.").

[443] Joshua Sherman, "Meet the man running the jailbreaking market Apple doesn't want you to use," *Digital Trends*, January 31, 2022, https://www.digitaltrends.com/mobile/the-man-who-helped-jailbreaking-jay-freeman/; Yaniv Masjedi, "What Does Jailbreaking an iPhone Do? (Risks and Benefits), *Aura*, February 7, 2024, https://www.aura.com/learn/what-does-jailbreaking-an-iphone-do#6.-Inability-to-update-your-phone.

[444] APL-APPSTORE_03068061 at -068.

developers do not advocate for jailbreaking as an alternative distribution channel; in fact, some app developers specifically design their apps to not function on jailbroken devices.[445]

### V.B.6. Enterprise Apps Installed on iOS Devices Are Not Reasonable Substitutes for iOS Apps and In-App Content

221. Apple allows some companies to install their own, custom applications on select iOS devices, which are then distributed to the company's employees.[446] These apps are typically not provided through the App Store, and Apple does not collect a commission on their distribution. Accordingly, these apps are not available to general iOS device users.[447] Available evidence suggests that such enterprise apps are not reasonable substitutes for iOS apps and in-app content for at least two reasons.

222. First, testimony from Mr. Forstall describes enterprise apps as typically accessible to only a limited subset of iOS device users. As explained by Mr. Forstall, Apple permits this enterprise software to be available to only a narrow share of the population: employees of the relevant company. In some cases, only certain employees may have access to the enterprise application.[448] Hence, the overwhelming majority of iOS device users does not even have the option to installing enterprise apps on their devices.

223. Second, I understand that the functions of enterprise apps are specifically tied to employees' work-related tasks. The App Store hosts a vast array of applications, including games, social media, news, banking and personal finance, health and fitness, among others.[449] Enterprise apps,

---

[445] Department of Commerce, "Competition in the Mobile Application Ecosystem," February 2023, footnote 116, https://www.ntia.gov/sites/default/files/publications/mobileappecosystemreport.pdf?_ga=2.84811728.81321692 9.1677623123-2030698341.1675111518, citing to "Mobile Ecosystems: Market Study Final Report," *CMA*, June 10, 2022, footnote 293, https://assets.publishing.service.gov.uk/media/63f61bc0d3bf7f62e8c34a02/Mobile_Ecosystems_Final_Report_ amended_2.pdf.

[446] "Apple Developer Enterprise Program," *Apple Developer*, https://developer.apple.com/programs/enterprise/.

[447] Forstall Deposition, Volume 1, 69:10-24; "Apple Developer Enterprise Program," *Apple Developer*, https://developer.apple.com/programs/enterprise/ ("The Apple Developer Enterprise Program is only for the internal use and distribution of proprietary apps in specific use cases that are not adequately addressed with public apps on the App Store. … Use the program only … to distribute these apps privately and securely to employees within the organization.").

[448] Forstall Deposition, Volume 1, 69:10-24.

[449] *See, e.g.,* "App Store," *Apple*, https://www.apple.com/app-store/; "Categories and Discoverability," *Apple Developer*, https://developer.apple.com/app-store/categories/.

in contrast, are tailored to a very specific business purpose. For example, the social media company Meta uses numerous enterprise apps for a wide variety of company functions, ranging from scheduling and communications to sharing lunch menus to distributing bus schedules.[450] Even if iOS device users can have enterprise apps installed on their iOS devices, they are very unlikely to use them as substitutes for native apps installed through the App Store.[451]

### V.B.7. Purchasing In-App Content Outside of the App Store Is Not a Reasonable Substitute for Purchasing In-App Content Through the App Store

224.  Apple's exclusionary conduct affects not only the sale of iOS apps but also in-app content. Purchasing in-app content outside of the App Store is not a reasonable substitute for purchases made through the App Store. For these alternative purchasing options to be viable substitutes to the App Store, they:

- Need to be available,

- Consumers need to be aware of them, and

- They need to provide similar quality and convenience.

225.  However, prevailing evidence indicates that Apple's policies and strategic measures significantly constrain the availability of these alternatives sources for in-app content. Notably, as explained in Section II.C, Apple mandates that app developers utilize the IAP to process almost all transactions on the App Store. This mandate ensures that nearly all sales of in-app content on iOS devices—such as subscriptions, in-game currencies, and premium content—are subject to the App Store's commission structure, with some exceptions.[452] Further, as discussed in Section

---

[450] Mike Isaac, "Apple Shows Facebook Who Has the Power in an App Dispute," *The New York Times*, February 1, 2019, https://www.nytimes.com/2019/01/31/technology/apple-blocks-facebook.html.

[451] Fischer Deposition, Volume 1, 143:5-13 ("Q. … You are aware that there are entities that can have the ability to download something called an enterprise app directly on to their iPhone. You're aware of that, are you not? A. Yes. Q. All right. And those typically are apps which are limited sort of for instance, to an intracompany function. Are you aware of that? A. Yes.").

[452] "App Store Review Guidelines," *Apple Developer*, Section 3.1.1 In-App Purchase, APL-EG_06595253 at -262 ("If you want to unlock features or functionality within your app, (by way of example: subscriptions, in-game currencies, game levels, access to premium content, or unlocking a full version), you must use in-app purchase. Apps may not use their own mechanisms to unlock content or functionality, such as license keys, augmented

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

III.C, for most of the Class Period, any apps that allow users to procure in-app content from an alternative distribution channel—for example, if a game developer allows players to purchase additional game features or modes on its website—are prohibited from directing users to this alternative distribution channel via linking out.[453] As I discussed in that section, these anti-steering provisions effectively limit the ability of developers to direct users to payment methods outside of the App Store.[454]

226. Moreover, I understand that, for many apps and particularly for games, in-app purchases occur frequently and are integral to the gameplay experience.[455] For example, if consumers playing a video game on an iOS device wanted to purchase some in-app content directly from a developer's website, I understand that they would have to pause their game playing, open an internet browser (on an iOS or non-iOS device), log in to their account on the developer's website, find, select, and purchase the desired in-app content (which may or may not require manually entering credit card information), download the content to their mobile device, and then go back to their game and activate their purchased content.[456]

227. ██████████████████████████████████████████████████████████████████

---

reality markers, QR codes, etc. Apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase."). Exceptions to this policy include the Video Partner program, described in detail in Section II.C.

[453] Generally, content procured via an alternative channel from the App Store is not subject to Apple's requirement to use the IAP or its commission. However, as noted in-text, developers are barred from advertising these alternative distribution channels on any app disseminated via the App Store.

[454] Deposition of Phillip Shoemaker, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 12, 2021, 117:20-22 ("Q And were apps generally prohibited from pointing to their availability on other platforms? A Yes, they were.").

[455] "How In-App Purchases Are driving Mobile Game Revenues?," *SDLC Corp*, August 26, 2024, https://sdlccorp.com/post/how-in-app-purchases-are-driving-mobile-game-revenues/ ("One of the key drivers of this growth is the widespread adoption of in-app purchases (IAPs), which have transformed the way mobile games generate income."); "The rise of in-game purchases," *TaylorWessing*, June 24, 2019, https://www.taylorwessing.com/zh-hant/insights-and-events/insights/2019/06/the-rise-of-in-game-purchases ("For example, … *Fortnite*[] was one of the highest grossing video games of 2018 despite being free to play.").

[456] Deposition of C.K. Haun, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 14, 2021, 343:6-16 ("Q. So I have to leave the [] app and go to either a browser on my phone or a browser on my desktop or a browser on my laptop, buy the content, and then have it downloaded to my mobile device, correct? A. And mobile device, in this case, you are referring to an iPhone. Q. I happen to be, yes, sir. But it could be an iPad just as easily. A. I understand. That is my understanding and my experience in that situation.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



228. Prices for in-app content on iOS apps are typically higher on the App Store than other distribution channels. Many developers assert that these higher prices are largely attributable to Apple's supracompetitive commission rate.[464] For example, as discussed in Section III.B, Epic Games launched a rival App Store that offered discounts as high as 20% for in-app content; similarly, the streaming app Spotify has attempted to direct its users on multiple occasions to

---

[457]  MATCH-00000024, "iOS Account Digital Products" tab.

[458]  MATCH-00000039, "iOS Account Digital Products" tab.

[459]  MATCH-00000039, "iOS Account Digital Products" tab.

[460]  MATCH-00000008; MATCH-00000015. Values are the weighted-average percentage, weighted by the total number of iOS users.

[461]  MATCH-00000001, "iOS User Digital Products" tab.

[462]  MATCH-00000031 ("Match Web Launch Date: April 21, 1995"). *See also,* Deposition of Adrian Ong, *In re Apple iPhone Antitrust Litigation*, No, 4:11-cv-06714-YGR-TSH, February 24, 2021, 72:17-25; MATCH-00000001.

[463]  It should be noted that the preceding analysis cannot assess whether Match Group's customers consider web-distribution to be a reasonable substitute for iOS distribution, as the available data cannot distinguish whether the observed differences are due to substitution or differences in composition of the user base between web and iOS purchasers.

[464]  APL-APPSTORE_09608255 at -256 ("Q: Many developers have complained the revenue split forces them to pass along the 30% cost to customers, making their app unaffordable[.]").

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 117 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

cheaper prices for both the Spotify subscriptions and additional content on its website. Despite the availability of these cheaper alternatives, Apple's commission rate remains at 30 percent for most transactions as described in Section II.C.1. This pattern of consistently higher prices on the App Store reinforces the fact that consumers are not able to easily substitute to purchasing in-app content outside of the App Store.

229. The lack of reasonable substitutes for iOS apps and in-app content purchased through the App Store confirms my conclusion that a hypothetical monopolist (or the real monopolist) could profitably impose a SSNIP on consumers through increasing its commissions, and has already done so.

## V.B.8. The Relevant Geographic Market Is the United States

230. Apple differentiates the United States market by offering a dedicated U.S. App Store and distinct App Store storefronts for foreign markets.[465] Therefore, U.S. customers who designate the U.S. as their home country on their devices, must obtain their apps from the U.S. App Store.[466] There are several reasons why even a significant increase in the price of iOS apps and in-app content from the competitive level in the U.S. would not divert the U.S. consumers to other geographies.

231. First, it is difficult for U.S. consumers to access foreign app stores. Apple's specific geographic App Store offered to a customer is determined by the country or region the customer sets for

---

[465] *See, e.g.,* Anna Zhadan, "How to change App Store country in 2025," *Cybernews*, April 9, 2024, https://cybernews.com/how-to-use-vpn/change-your-apple-app-store-country/. Apple's services (including App Store, Apple Books, Apple Music, etc.) are available for customers in their "Home Country," which is defined to be their country or territory of residence. Thus, it is natural for a U.S. resident to obtain their apps from the U.S. App Store. *See* "Apple Media Services Terms and Conditions," *Apple,* https://www.apple.com/legal/internet-services/itunes/us/terms.html ("Our Services are available for your use in your country or territory of residence ('Home Country'). By creating an account for use of the Services in a particular country or territory you are specifying it as your Home Country.").

[466] Apple's services (including App Store, Apple Books, Apple Music, etc.) are available for customers in their "Home Country," which is defined to be their country or territory of residence. Thus, it is natural for a U.S. resident to obtain their apps from the U.S. App Store. *See* "App Store," *Apple*, https://www.apple.com/app-store/ (Region is indicated in the bottom right-hand corner of the website as "United States"); "Manage availability for your app," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-your-apps-availability/manage-availability-for-your-app/ ("A customer's Apple ID country or region setting determines the App Store storefront where they can purchase apps. For example, an Apple ID set to Japan can only purchase apps from the Japan storefront."); "Apple Media Services Terms and Conditions," *Apple,* https://www.apple.com/legal/internet-services/itunes/us/terms.html ("Our Services are available for your use in your country or territory of residence ('Home Country'). By creating an account for use of the Services in a particular country or territory you are specifying it as your Home Country.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

their Apple ID.[467] While it is possible for consumers to change their country or region to access a different geographic App Store, it is a restrictive process meant for users moving to another country, not for accessing an app from a different region's App Store.[468] For consumers to change their Apple account country or region, Apple requires customers to "spend [their] account balance, cancel [their] subscriptions, and get a payment method for [their] new country or region" before making the change.[469]

232. Second, even if a consumer can access the App Store in a foreign country, content offerings within the App Store and apps can differ by geography.[470] Certain content is restricted by geography, and even the same content downloaded from a foreign App Store may no longer be accessible if a user returns their account region to the United States.[471] Moreover, some apps are only available in the U.S. or offered only in languages specific to the geographic market.[472]

233. Third, U.S. consumers do not have access to third-party app stores that became available in the European Union after January 2024, such as the Epic Games Store.[473] Apple requires that iOS

---

[467] "Manage availability for your app," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-your-apps-availability/manage-availability-for-your-app/.

[468] "Change your Apple Account country or region," *Apple Support*, https://support.apple.com/en-us/118283.

[469] "Change your Apple Account country or region," *Apple Support*, https://support.apple.com/en-us/118283 ("Spend any balance remaining on your Apple Account. … Cancel any subscriptions that block a country or region change, and wait until the end of the subscription period. … Wait for any memberships, pre-orders, movie rentals, or Season Passes to complete, and wait for any pending store credit refunds to process. … Redownload your apps, music, movies, TV shows, and books on any devices that you might use to play or read them in the future. Some types of content might not be available in your new country or region.").

[470] "Availability of Apple Media Services," *Apple Support*, https://support.apple.com/en-us/118205 ("Depending on your country or region, you might not be able to buy, download, or subscribe to certain types of media. The availability and features of certain apps, movies, and more can vary."); "Change your Apple Account country or region," *Apple Support*, accessed October 17, 2024, https://support.apple.com/en-us/118283.

[471] "Availability of Apple Media Services," *Apple Support*, https://support.apple.com/en-us/118205.

[472] "Manage availability for your app," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-your-apps-availability/manage-availability-for-your-app/; "App Store localizations," *Apple Developer*, https://developer.apple.com/help/app-store-connect/reference/app-store-localizations; "Localize app information," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-app-information/localize-app-information/.

[473] "Apple announces changes to iOS, Safari, and the App Store in the European Union," *Apple Newsroom,* January 25, 2024, https://www.apple.com/newsroom/2024/01/apple-announces-changes-to-ios-safari-and-the-app-store-in-the-european-union/ ("In the EU, Apple is making a number of changes to iOS to comply with the DMA. For developers, those changes include new options for distributing apps. The coming changes to iOS in the EU include: New options for distributing iOS apps from alternative app marketplaces — including new APIs and tools that enable developers to offer their iOS apps for download from alternative app marketplaces."); "The Epic Games Store Launches on Mobile," *Epic Games,* August 16, 2024,

Continued on next page

device users must set their Apple ID to an EU country and "physically be located in the European Union" to install apps through alternative app distribution.[474] As a result, even if U.S. consumers attempt to change their account region settings to an EU country, they would still be unable to install alternative app stores like the Epic Games Store while physically located in the United States.[475]

234. For the reasons above, a hypothetical monopolist could profitably impose a SSNIP on all iOS apps and in-app content sold in the United States as there would not be sufficient substitution to purchase channels outside the United States to render the SSNIP unprofitable.

## V.C. Indirect Evidence of Apple's Monopoly Power

### V.C.1. Apple's Share in the Relevant Antitrust Market Is Nearly 100 Percent

235. As I discussed in Section III, Apple has imposed contractual and technological restrictions that nearly foreclose all channels of iOS app and in-app content sales outside of the App Store. Moreover, as I described in Section V.B, iOS device users do not have reasonable substitutes for purchasing iOS apps and in-app content through the App Store. Consequently, Apple holds nearly 100 percent market share in the iOS apps and in-app content aftermarket.[476]

---

https://www.epicgames.com/site/en-US/news/the-epic-games-store-launches-on-mobile ("Today the Epic Games Store is available for download on iPhones in the European Union and on Android devices worldwide.").

[474] "Installing apps through alternative app distribution in the European Union," *Apple Support,* https://support.apple.com/en-us/117767 ("Only users based in the European Union are able to install apps through alternative app distribution. The country or region of your Apple Account must be set to one of the countries or regions of the European Union, and you must physically be located in the European Union.").

[475] *See, e.g.,* "The Epic Games Store Launches on Mobile," *Epic Games,* August 16, 2024, https://www.epicgames.com/site/en-US/news/the-epic-games-store-launches-on-mobile ("We're launching on iOS devices in the European Union thanks to the Digital Markets Act, but Apple is still blocking all other iOS users outside of Europe from accessing Fortnite and Epic Games Store for iOS.").

[476] The reason for holding *nearly* 100 percent market share is that, as discussed in Section II.C.1, Apple has allowed certain video providers that allowed customers who initially purchased subscription services outside of the app to use the providers' own payment method to continue purchasing additional video transactions within the app. These transactions are part of the aftermarket of iOS in-app content but are not subject to the use of Apple's IAP system.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### V.C.2.  Apple Has Established Significant Barriers to Entry into the Relevant Antitrust Market

236.  Entry barriers prevent other competitors from entering the relevant market, allowing an incumbent firm to sustain its dominant position and make excess profits.[477] Apple has established significant artificial barriers to entry for the sale of iOS apps and in-app content. These barriers to entry are easily recognizable in the restrictions and conditions imposed by Apple in its DPLA and App Store Review Guidelines and through Apple's conduct towards past entry attempts in the relevant aftermarket. As I discussed in Section V.A.3, these restrictions limit Apple's offerings, for instance, through the absence of certain subscriptions or applications. In a competitive market, these restrictions would potentially decrease the App Store's value. However, a firm with monopoly power could (and in the case at hand, actually does) impose such restrictions without the fear of losing consumers to its competitors.

237.  As I previously discussed in Section III.A, Apple prohibits iOS app developers from distributing their apps outside of the App Store (e.g., through third-party app stores). Apple also prevents iOS devices from running any app that is not from its own App Store, effectively blocking existing app stores that are available on Android devices from selling apps and in-app content to iOS device users.[478] In addition, Apple has erected and reinforced technological barriers that prevent

---

[477] "The need to exclude competitors arises because a firm exercising market power earns positive economic profits by pricing its output above marginal (and average) cost and these profits attract other competitors into the market. As entry occurs, output increases and prices fall. … Unless the firm can deter entry it will not enjoy positive profits for a period of time longer than that required for new firms to establish production capacity and/or the time required for existing firms to increase output." *See* Richard G. Price, "Market Power and Monopoly Power in Antitrust Analysis," *Cornell Law Review* 75(1) (1989): 190-217, p. 208 footnote 98.

[478] Deposition of Craig Federighi, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021, 223:6-224:15 ("Q So, first, apart from certain exceptions, it's true that Apple technologically does not allow apps to run on iOS devices unless they're downloaded from Apple's iOS app store; is that correct? A As you say, outside of programs like TestFlight, the Enterprise Program, or ad hoc through Xcode, the other means is -- is the app store, correct? Q Okay, yeah. And I'll ask about some of those exceptions later -- A Okay. Q -- but that's the general rule. So can you explain how, you know, Apple technologically blocks apps, except for in these programs, from being downloaded from outside of the iOS app store and successfully running on iOS devices? A Well, it's -- primarily, this is all part of the mechanism of making -- of security protections that block execution of untrusted code. So, as was discussed earlier in this deposition, when iOS is asked to execute code, it wants to make sure that code is from a trusted source, is signed by a trusted source. And iOS does that by seeing whether it was signed by Apple as operating system software, was signed by the app store, or, in the case of things like TestFlight or local provisioning or Enterprise certs, whether it was signed by a certificate that the user had through one of those mechanisms expressly provisioned their device to trust. So it's all mechanisms of verifying that this is trusted code by the definition of trust on the device.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iOS device users from purchasing apps from third-party app stores, such as Cydia, on their iOS devices. Apple's restrictions have essentially foreclosed all alternative app stores, from which users can purchase iOS apps and in-app content. Additionally, in Section III.B I discussed Apple's foreclosure of alternative iOS in-app payment processing methods through the mandate that nearly all in-app transactions for digital content use IAP as a payment processing solution. Lastly, in Section III.C, I presented evidence of Apple's implementation of anti-steering rules that limit the ability of developers to direct users to payment methods outside of the App Store. These rules further increase Apple's control over the sale of in-app content and prevents competition from alternative purchase channels.

238. These artificially erected barriers to entry have eliminated rival entry and insulated Apple from competition in the relevant aftermarket. As a result, Apple was able to maintain its monopoly position for more than a decade.

# VI. Competition in the Foremarkets Is Insufficient To Discipline Apple's Monopoly Power in the Aftermarket

239. In Sections III–V, I showed that Apple exhibits the textbook characteristics of a firm exercising monopoly power in the aftermarket for the sale of iOS apps and in-app content. In this section, I consider whether competition in the foremarkets could discipline Apple's ability to extract excess rents from consumers by leveraging its monopoly power in the aftermarket.

240. In theory, if the durable goods seller faced vigorous competition in the foremarket, and if buyers were perfectly informed and could easily switch between different durable goods in the foremarket, the seller's incentive to exercise its monopoly power in the aftermarket would be weakened. This is because such buyers could accurately calculate the lifetime cost of the product, including the complementary products that they use with it. If the seller exercised its monopoly power in the aftermarket, such buyers would simply add those costs to the total effective price of the seller's durable good and purchase a different durable good in the foremarket if they wanted to avoid the reduction in consumer welfare caused by the seller's aftermarket conduct.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

241. On the other hand, in the absence of vigorous competition in the foremarket, the exercise of market power in the aftermarket may increase profits, even recognizing that it may result in some loss of foremarket sales to the seller's competitor(s). For example, in a foremarket duopoly, it may be desirable for both duopolists to engage in monopolistic rent extraction in the aftermarket.[479] If the seller faces little competition in the foremarket, then consumers have few foremarket options they can switch to even if switching were costless. As a result, the seller has little incentive to refrain from exercising its monopoly power in the derived aftermarket to extract rents from consumers.

242. In this section, I discuss the economic evidence indicating that Apple does in fact have market power in the relevant foremarkets for smartphones and tablets. As such, these relevant foremarkets lack sufficient competitive forces to discipline Apple's monopoly power in the aftermarket.

243. As I discussed in Section II.A, the iPhone is widely regarded as Apple's flagship product and generates significantly more revenue relative to the iPad, both in terms of device sales and aftermarket spending. Moreover, the proportion of iPad owners that also own an iPhone is greater than the proportion of iPhone owners that own an iPad. Therefore, when evaluating whether foremarket competition is sufficient to constrain Apple's monopoly power in the aftermarket, I first turn to the more predominant smartphone foremarket. In Section VI.A.1, I assess the direct evidence of Apple's market power related to iPhones, which is not dependent on the precise definition of the relevant antitrust market.[480] I find that Apple earns excessive economic returns from the iPhone. In addition, I observe that Apple earns substantial and persistent profit margins from the iPhone, which are much larger than those of its competitors. The evidence from economic returns and profit margins strongly suggest that Apple has market power in the smartphone market. In Section VI.A.2, I show that smartphones sold in the U.S. constitute a relevant antitrust market. I detail the distinguishing characteristics of smartphones and explain why feature phone or tablets are not close substitutes for smartphones. In Section

---

[479]  *See, e.g.,* Lorenzo Coppi, "Aftermarket Monopolization: The Emerging Consensus in Economics," *The Antitrust Bulletin* 52(1) (2007): 53-71, p. 60.

[480]  In particular, the economics literature highlights that "direct evidence of anticompetitive effect or market power may be available when market definition is difficult." *See* Jonathan B. Baker, "Market Definition: An Analytical Overview," *Antitrust Law Journal* 74 (2007): 129-173, p. 131.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

VI.A.3, I evaluate the indirect evidence of Apple's market power in the smartphone market, focusing on structural market characteristics during the Class Period. The evidence is indicative of Apple's market power in the form of high market shares and significant entry barriers to the smartphone market.

244. In Section VI.B.1, I show that tablets sold in the U.S. constitute another separate relevant antitrust market. I examine laptop PCs, desktop PCs, and gaming consoles as potential alternatives to tablets and conclude that none of them are sufficiently close substitutes. In Section VI.B.2, I show that Apple has market power in the tablet market as reflected in its near or above 50 percent market shares throughout the Class Period, protected by the barriers to enter the tablet market.

## VI.A. Apple Has Market Power in the Smartphone Market

### VI.A.1. Direct Evidence of Market Power

#### VI.A.1.a. Apple Earns Excessive Economic Returns from iPhones

245. The economic rate of return, typically defined as the return on the capital employed in excess of the opportunity cost of capital, is a measure often used to assess a firm's market power. This is because, in a competitive market, firms would be attracted to enter the market in the presence of positive economic returns, and competition would drive such returns towards zero.[481] As such, the presence of positive economic returns for a considerable period of time could indicate market

---

[481] Michael Cragg, Patrick Holder, David Hutchings, and Bin Zhou, "The Proper Measure of Profits for Assessing Market Power," *Antitrust* 37(2) (2023): 48-52, p. 48 ("In a competitive industry, firms will invest up to the point at which the expected rate of return in a given investment is equal to the expected returns on a firm's other investment opportunities, adjusting for differences in the risks across these opportunities. The 'economic rate of return' is simply the difference between the rate of return of a given investment and that of other investments, or 'the opportunity cost of capital.'…When firms enjoy positive economic returns, the antitrust practitioner should inquire why other firms have not entered to compete away these profits; the practitioner may conclude that these returns are, in fact, due to market power. Furthermore, they may reflect anticompetitive conduct that protects that market or monopoly power. For this reason, excessive economic profits have been interpreted by courts as evidence that the firm has market power or even monopoly power and that it has abused this power.").

power.[482] In this section, I review the evidence of Apple's durable and excessive economic returns from iPhones.

246. Economic returns can be measured by comparing the return on capital employed ("ROCE") and the opportunity cost of capital using the weighted average cost of capital ("WACC").[483] The ROCE measures a firm or a business's earnings generated in proportion to its investment value.[484] Mr. Barnes has analyzed Apple's P&L data, and calculated the ROCE for iPhones by dividing the iPhone's operating income by Apple's total capital employed.[485] The numerator of ROCE, operating income, is defined as net sales minus the cost of sales and operating expenses.[486] The denominator of ROCE represents Apple's total assets minus cash, cash equivalents, marketable securities, and total current liabilities, measured in dollars.[487] As Mr. Barnes reports, this is a conservative measure of the iPhone's ROCE because the denominator includes Apple's total assets instead of limiting to the assets devoted to the iPhone.[488] The opportunity cost of capital employed is "the return an investor would have earned on their next-best opportunity to invest, which the investor foregoes by instead investing in the firm [or

---

[482] "Guidelines for market investigations: Their role, procedures, assessment and remedies," *Competition Commission*, April 2013, https://assets.publishing.service.gov.uk/media/5a7c1b7340f0b645ba3c6bcc/cc3_revised.pdf, p. 28, ¶ 119 ("A situation where a firm with a large market share has earned profits that have been persistently above the competitive level may indicate significant market power[.]").

[483] *See* Barnes Report, Section VII; CMA Mobile Ecosystems Market Study "Appendix C: financial analysis of Apple's and Google's mobile ecosystems," *CMA*, p. C11, https://assets.publishing.service.gov.uk/media/62a1e208e90e07039f799fed/Appendix_C_-_financial_analysis.pdf ("As set out in our Guidelines for market investigations we normally measure profitability using rates of Return on Capital Employed (ROCE), derived using accounting profits which are then adjusted to arrive at an 'economically meaningful measure of profitability'.").

[484] Luis Correia da Silva, Gunnar Niels, Swee Chua, Leonie Bell, Reinder van Dijk, Katherine Vickers, Neil Marshall, Elisa Muzzini and Rupert Booth, "Assessing Profitability in Competition Policy Analysis: Economic Discussion Paper 6," *Office of Fair Trading*, July 2003, https://www.oxera.com/wp-content/uploads/2018/03/OFT-Assessing-profitability-1.pdf, p. 10 ("The ROCE is usually a measure of a company's earnings before interest and taxes (EBIT) in a given period (usually a year), divided by the capital employed in that period.").

[485] *See* Barnes Report, Section VII.

[486] *See* Barnes Report, Section III.

[487] *See* Barnes Report, Section VII.

[488] *See* Barnes Report, Section VII.

business] being studied."[489] This is measured using the firm's WACC, which is a "market-determined rate of return for investments that have the same risk as an investment in the firm."[490]

247.    Mr. Barnes's analysis shows that Apple's economic returns (i.e., ROCE minus WACC) on iPhones are consistently above 10 percent and have increased from 10 percent in 2017 to 25.1 percent in 2023.[491] As previously stated, such high and persistent positive economic returns suggest the presence of market power, as such profits would typically attract new entrants in a competitive market until they are competed away.

### VI.A.1.b. Apple's Margins for iPhones Are Substantial and Durable

248.    Mr. Barnes's analysis also shows that Apple achieved gross margin percentages, defined as net sales minus cost of sales, divided by the nominal amount of revenue, within the range of 36.3 to 55.3 percent for iPhones during the period 2009-2023.[492] Mr. Barnes also computed operating margin percentages, defined as net sales minus the cost of sales and operating expenses, divided by the nominal amount of revenue, and shows that these are within the range of 22.2 to 46.7 percent for iPhones during the period 2009-2023.[493] With the exception of years 2019 and 2020, where margins were 24 and 22.2 percent, respectively, Apple's operating margin percentage for the iPhone consistently remained above 25 percent.[494] Notably, in the earlier years from 2009 until 2012, Apple achieved operating margin percentages exceeding 40 percent.[495]

249.    Industry analyst reports indicate that Apple's operating margins exceed those of its competitors. For instance, a report from Goldman Sachs shows that Apple's operating margin in 2015 was just above 30 percent, which is higher than that of other competitors, including Samsung, LG, Motorola, Microsoft, and Blackberry. Notably, Samsung's operating margin was slightly above

---

[489]    Michael Cragg, Patrick Holder, David Hutchings, and Bin Zhou, "The Proper Measure of Profits for Assessing Market Power," *Antitrust* 37(2) (2023): 48-52, p. 49.

[490]    Michael Cragg, Patrick Holder, David Hutchings, and Bin Zhou, "The Proper Measure of Profits for Assessing Market Power," *Antitrust* 37(2) (2023): 48-52, p. 49. *See also,* Barnes Report, Section VII, ("WACC refers to a company's average after-tax cost of capital from both equity and debt sources and is a commonly used benchmark to analyze profitability").

[491]    *See* Barnes Report, Exhibit 8.

[492]    *See* Barnes Report, Exhibit 5.

[493]    *See* Barnes Report, Exhibit 5.

[494]    *See* Barnes Report, Exhibit 5.

[495]    *See* Barnes Report, Exhibit 5.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

10 percent.[496] Additional industry analyst reports show that while Apple maintained operating margins for mobile devices above 30 percent from 2013 to 2017, Samsung's operating margins generally ranged between 10 and 20 percent during the same period.[497]

250. Industry analysts' reports on Apple iPhone's operating margins are generally consistent with those calculated by Mr. Barnes. According to Mr. Barnes's analysis, the iPhone's operating margin percentages from 2013 to 2017 were typically above 27.7 percent, peaking at 36.0 percent in 2015.[498] These findings collectively indicate that Apple has maintained durable and substantial operating margin percentages over the Class Period.

## VI.A.2. Smartphones Sold in the U.S. Constitute a Relevant Antitrust Market

251. In this report, I define smartphones as electronic devices with cellular capabilities, a screen size generally less than 7 inches, and advanced hardware and software components that allow users to run a variety of functions and applications.[499] These devices allow users to not only make phone calls and send text messages, but perform numerous other tasks such as taking high-quality photos, navigating with GPS, and gaming.[500] Smartphones are able to execute these functions through a wide array of applications, including both pre-installed first-party apps and user-downloadable third-party native apps from the internet.[501]

---

[496] APL-APPSTORE_10810514 at -543. The operating margin of LG was close to zero percent, whereas Lenovo + Motorola, Microsoft, and Blackberry had negative operating margins. APL-APPSTORE_10810514 at -543.

[497] "Company Update: iPhone captures top Q2/C2016 profits; surveys indicate improved Samsung results continue in Q3," *Canaccord*, August 21, 2016, p. 5; "Company Update: Expect steady iPhone sales in 1H/C18; expect 2H/18 new iPhones to drive improved unit sales," *Canaccord*, February 28, 2018; "Mobile devices sales operating margin by original equipment manufacturer from 1Q'15 to 2Q'16," Workbook, *Canaccord*, August 2016. With the exception of Samsung, most of Apple's competitors typically faced negative operating margins during the period 2013-2017. "Company Update: Expect steady iPhone sales in 1H/C18; expect 2H/18 new iPhones to drive improved unit sales," *Canaccord*, February 28, 2018, p. 5.

[498] *See* Barnes Report, Exhibit 5.

[499] The definition I use follows the definition used by IDC, "the premier global market intelligence, data, and events provider for the information technology, telecommunications, and consumer technology markets." *See* "IDC's Worldwide Mobile Phone Tracker Taxonomy, 2021," *IDC*, December 2021, pp. 1-2; "About IDC," *IDC*, https://www.idc.com/about.

[500] Paul Kirvan, "What is a smartphone?," *Tech Target*, April 2023, https://www.techtarget.com/searchmobilecomputing/definition/smartphone.

[501] Paul Kirvan, "What is a smartphone?," *TechTarget*, April 2023, https://www.techtarget.com/searchmobilecomputing/definition/smartphone. I previously discuss the distinction between first party and third-party native apps in footnote 32.

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 127 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

252. Smartphones share several core features and functionalities. First, all smartphones are able to connect to cellular networks, allowing the user to make calls, send messages, and access the internet with or without a Wi-Fi connection.[502] Second, all smartphones offer certain key hardware characteristics. These include internal storage, a rechargeable battery, a camera, and a sufficiently small screen size to allow for ease of portability.[503] Third, all smartphones operate a mobile operating system that allows them to run native applications and programs.[504] The functions and features of apps vary widely and the specific apps that can be run are largely dictated by the individual smartphone's technical capabilities.[505] The precise specifications of these capabilities can vary between models, such as the amount of internal storage or the number of megapixels in the camera, but the aforementioned characteristics are common hallmarks of all smartphones.[506]

253. In Section V.B.1, I discussed how the Hypothetical Monopolist Test can be used to define a relevant antitrust market. In Section VI.A.2.a, I find a relevant antitrust market that consists of all smartphones passes the Hypothetical Monopolist Test. In Sections VI.A.2.b and VI.A.2.c, I explain why feature phones or tablets are not close substitutes for smartphones and establish that substitution from smartphones to feature phones, tablets, or other electronic devices in response to a SSNIP (or equivalent deterioration in quality) on all smartphones would be limited. In Section VI.A.2.d, I review the practical indicia of industry recognition that support smartphones

---

[502] Paul Kirvan, "What is a smartphone?," *TechTarget*, April 2023, https://www.techtarget.com/searchmobilecomputing/definition/smartphone.

[503] "What's Inside My Smartphone? — An In-Depth Look At Different Components Of A Smartphone," *Fossbytes*, September 12, 2024, https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/; "Phones With The Largest Screen Size," *GSMCritic*, https://gsmcritic.com/ranking/all/big-screen/0/2022/2025/all-screens-types/all-water-resistance-types/with-digital-or-optical-zoom/; "The Smallest Phones," *GSMCritic*, https://gsmcritic.com/ranking/all/small-screen/0/2022/2025/all-screens-types/all-water-resistance-types/with-digital-or-optical-zoom/.

[504] Michael Goad, "What is a Mobile Operating System?," *TechTarget*, March 2023, https://www.techtarget.com/searchmobilecomputing/definition/mobile-operating-system. Most smartphones run either iOS or Android as its mobile operating system. *See* Nick Jasuja, "Android vs. iOS – Difference and Comparison," *Diffen*, https://www.diffen.com/difference/Android_vs_iOS.

[505] Katie Terrel Hanna, Ivy Wigmore, "What is a mobile app (mobile application)?," *TechTarget*, February 2023, https://www.techtarget.com/whatis/definition/mobile-app.

[506] *See, e.g.*, "Compare iPhone Models," *Apple*, https://www.apple.com/iphone/compare/; "Compare smartphones," *Samsung*, https://www.samsung.com/us/smartphones/galaxy-s25-ultra/compare/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

as a product market.[507] In Section VI.A.2.e, I show that the relevant geographic market is the United States. That is, consumer substitution to purchasing smartphones outside of the United States would likely be insufficient to defeat a SSNIP among all smartphones sold in the United States. Thus, I conclude that smartphones sold in the U.S. constitute a relevant antitrust market.

### VI.A.2.a. A Hypothetical Monopolist Selling Smartphones Could Profitably Impose A SSNIP

254. In this subsection, I consider whether a hypothetical monopolist controlling all smartphones could profitably increase the price of iPhones—a subset of all smartphones—while keeping the prices of non-iPhone smartphones unchanged.[508] I first show that this SSNIP increases the profits from iPhones, which implies that it also increases the total profit of the hypothetical monopolist from all smartphones. This is because the price increase on iPhones would likely drive some consumers toward non-iPhone smartphones also owned by the hypothetical monopolist, rendering the SSNIP even more profitable.[509]

255. In my analysis, I first calculate an estimate of the demand elasticity of iPhone users based on pricing and demand scenarios that Apple has considered. Then, I calculate a break-even demand elasticity, which is an estimate of the price sensitivity after which a SSNIP would no longer be profitable for the hypothetical monopolist.[510] Finally, I compare the estimated demand elasticity to the break-even demand elasticity to determine whether the SSNIP would be profitable. If the estimated elasticity is lower than the break-even elasticity, it suggests that the hypothetical

---

[507] The 2023 Merger Guidelines, p. 41 ("A relevant market can be identified from evidence on observed market characteristics ('practical indicia'), such as industry or public recognition of the submarket as a separate economic entity").

[508] Note that the Hypothetical Monopolist Test asks whether the hypothetical monopolist can impose a SSNIP for at least one of the products it controls. *See* The 2023 Merger Guidelines, pp. 41-42.

[509] This is referred to as a non-uniform SSNIP in the economics literature. *See* Øystein Daljord, Lars Sørgard, "Single-product Versus Uniform SSNIPs," *International Review of Law and Economics* 31(2) (2011): 142-146.

[510] Another term for the break-even demand elasticity is "critical demand elasticity." Critical demand elasticities are a widely used metric for market delineation. *See, e.g.,* Barry C. Harris, Cento G. Veljanovski. "Critical Loss Analysis: Its Growing use in Competition Law," *European Competition Law Review* 24(5) (2003): 213-218. I note that this break-even elasticity estimate reflects only the demand response for iPhones, but the hypothetical monopolist controls non-Apple smartphones in addition to iPhones. Provided that some consumers who switch away from iPhones in response to the SSNIP would divert to non-Apple smartphones, the hypothetical monopolist would be able to recapture those lost sales and enhance the profitability of the SSNIP.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

monopolist could successfully impose a SSNIP.[511] Conversely, if the estimated elasticity is higher, it indicates that this price increase would drive a sufficient number of consumers to substitute away, undermining the profitability of a SSNIP. My analysis reveals that the estimated demand elasticity of iPhone users is lower than the break-even demand elasticity, indicating that the SSNIP would raise the hypothetical monopolist's profits.

256. To conduct this analysis, I use Apple's internal pricing documents to estimate the price elasticity of demand for iPhones. One such document from July 2019 shows an analysis of different pricing scenarios for certain iPhone models, and calculates the number of subsequent units Apple expects to sell to retailers in fiscal year 2020 and in the first quarter of the 2020 fiscal year.[512] This analysis implies an estimated demand elasticity between 1.49 and 1.78.[513] A higher price elasticity suggests greater consumer sensitivity to price changes, making a SSNIP less likely to be profitable. To be conservative in my analysis, I use the higher price elasticity estimate of 1.78.

---

[511] *See, e.g.,* Gregory Werden, "Demand Elasticities in Antitrust Analysis," *Antitrust Law Journal* 66 (1998): 363-414, p. 388.

[512] APL-EG_05410910 at -915. Since Apple is only considering a price change in two iPhone models, codenamed as sD4x and N104, I am effectively considering a non-uniform SSNIP over iPhones. *See* Øystein Daljord, Lars Sørgard, "Single-Product versus Uniform SSNIPs," *International Review of Law and Economics* 31(2) (2011): 142-146. *See also,* "What is sell-in?," *Indeed*, January 28, 2025, https://www.indeed.com/career-advice/career-development/sell-in-vs-sell-through ("Sell-in is a term that refers to the practice of purchasing goods from a distributor or manufacturer to sell those goods in a retail store.").

[513] Depending on whether the numbers of the first fiscal year quarter or the entire fiscal year is used. In this calculation, I calculate average prices in scenarios labeled "POR" and "Scenario 1" by dividing the "Revenue" with "Sell-In." For the panel labeled "FQ1'20" this implies:

an average price of $\frac{\$53.4\ Billion}{67.5\ Million} = \$791.1$ for scenario "POR," and

an average price of $\frac{\$55.7\ Billion}{75.3\ Million} = \$739.7$ for "Scenario 1."

Therefore, from "Scenario 1" to "POR" the average price increases by $\frac{791.1-739.7}{739.7} = 6.9$ percent.

The quantity sold, denoted by "Sell-In," decreases by $\frac{75.3\ Million-67.5\ Million}{75.3\ Million} = 10.4$ percent.

This implies a price elasticity of $\frac{0.104}{0.069} = 1.49$.

For the panel labeled "FY'20" repeating the same exercise yields:

an average price of $\frac{\$140.4\ Billion}{194.5\ Million} = \$721.8$ for scenario "POR,"

an average price of $\frac{\$148\ Billion}{217\ Million} = \$682$ for "Scenario 1,"

an increase in the average price by $\frac{721.8-682}{682} = 5.8$ percent,

a decrease in quantity by $\frac{217\ Million-194.5\ Million}{217\ Million} = 10.4$ percent, and

an implied price elasticity of $\frac{0.104}{0.058} = 1.78$.

*See* APL-EG_05410910 at -915.

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 130 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

257. Then, I calculate the break-even demand elasticity for the hypothetical monopolist using Apple's gross margins earned on iPhones. I focus on the same time period as the fiscal year outlined in the relevant Apple document, which is the 2020 fiscal year.[514] In that year, according to Mr. Barnes's analysis, the iPhone's gross margin was 36.3 percent, implying a break-even elasticity of 2.42.[515] Since this exceeds the actual price elasticity estimates from Apple's internal documents, I conclude that a hypothetical monopolist could profitably impose a SSNIP over a subset of all smartphones. This suggests that substitution from smartphones to feature phones, tablets, or other electronic devices in response to a SSNIP (or equivalent deterioration in quality) would be limited.

### VI.A.2.b. Feature Phones Are Not Close Substitutes for Smartphones

258. I understand from technology industry publications that feature phones are mobile phones that have a limited and fixed set of functions beyond voice calling and text messaging (for example, web browsing, GPS, and email) and do not offer the same extensive array of functionalities as smartphones.[516] I further understand that, while feature phones are portable and able to support some third-party software, these applications are preloaded on the phone, as opposed to downloaded from an app store, and do not integrate with other features of the phone, such as push notifications, syncing across apps, and a smooth app experience.[517] In contrast, these same sources state that smartphones offer all the functions of a feature phone, along with more advanced capabilities through apps that interact directly with this hardware.[518]

---

[514] *See* APL-EG_05410910 at -915. I also note that 36.3 percent is the lowest gross margin estimate Mr. Barnes has obtained across the 2009-2023 fiscal years. This implies that I am using the highest critical elasticity level that is supported by Mr. Barnes's analysis, making my analysis conservative. *See* Barnes Report, Exhibit 5.

[515] The break-even elasticity is calculated as the reciprocal of the sum of the estimated gross profit margin in 2020 and a 5 percent price change. The calculation carried out in this analysis is given by $1/(0.363 + 0.05) = 2.42$. *See e.g.,* Gregory Werden, "Demand Elasticities in Antitrust Analysis," *Antitrust Law Journal* 66 (1998): 363-414, p. 389.

[516] Nicole Lee, "The 411: Feature phones vs. smartphones," *CNET*, March 1, 2010, https://www.cnet.com/tech/mobile/the-411-feature-phones-vs-smartphones/.

[517] Nicole Lee, "The 411: Feature phones vs. smartphones," *CNET*, March 1, 2010, https://www.cnet.com/tech/mobile/the-411-feature-phones-vs-smartphones/. *See also*, APL-APPSTORE_10810514 at -532 ("Smartphones, whose adoption was catalyzed by the 2007 launch of the iPhone, are distinguished from the older 'feature phones' that they replaced by the fact that they run an operating system with the ability to support third party applications ('apps'), as well as a robust browser.").

[518] Nicole Lee, "The 411: Feature phones vs. smartphones," *CNET*, March 1, 2010, https://www.cnet.com/tech/mobile/the-411-feature-phones-vs-smartphones/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

259. The satisfaction of several practical indicia suggests that feature phones and smartphones are not substitutable to a sufficient degree to constrain a hypothetical monopolist from imposing a SSNIP.

260. First, the price range for a feature phone and smartphone differ markedly, with industry reports stating that the average price of feature phones being much cheaper than the average price of smartphones.[519] In 2019, the worldwide average for feature phones was reported to be $49.92, while the average worldwide price for smartphones was $296.15, representing a nearly six-fold difference.[520]

261. Second, feature phones and smartphones are generally recognized as distinct by manufacturers that produce both devices. Apple, the largest smartphone company by market share in terms of revenue, has never sold a feature phone among its product lines.[521] While Samsung has sold both feature phones and smartphones, it no longer markets feature phones on its website.[522] Other companies that produce both devices, such as Nokia and Aspera, market feature phones and smartphones as distinct products and feature phones are sold at lower price levels than their respective smartphone lines.[523]

262. Third, the type of consumers and their reasons for purchasing the two different devices also indicate a lack of substitutability. With the advancement of smartphones and their superior functionalities, news reports focusing on mobile device usage suggest that feature phones have largely been relegated to a niche market for specific purposes, such as reducing screen time or a

---

[519] Nicole Lee, "The 411: Feature phones vs. smartphones," *CNET*, March 1, 2010, https://www.cnet.com/tech/mobile/the-411-feature-phones-vs-smartphones/.

[520] Federica Laricchia, "Average price of feature phones worldwide from 2019 to 2029," *Statista*, August 26, 2024, https://www.statista.com/forecasts/1401840/worldwide-feature-phone-average-price; Statista Research Department, "Average smartphone price worldwide 2019-2029," *Statista*, July 5, 2024, https://www.statista.com/forecasts/1286704/worldwide-smartphone-average-price. A search for feature phones on Amazon in the US shows the price of feature phone models seldom exceed $100. *See* "Feature Phone,"*Amazon.com*, https://www.amazon.com/Feature-Phone/s?k=Feature+Phone.

[521] The only mobile phone product line Apple has ever sold is the iPhone, a smartphone. *See* "Compare iPhone models," *Apple*, https://www.apple.com/iphone/compare/.

[522] Vincenz Lee, "Samsung's Flip Phone Innovation Over the Years," *GadgetMatch*, October 3, 2022, https://www.gadgetmatch.com/samsung-flip-clamshell-phones-fashion-forward-innovation-galaxy-z-flip4-feature/; "Mobile," *Samsung*, https://www.samsung.com/us/mobile/.

[523] "Feature phones," *HMD*, https://www.hmd.com/en_us/feature-phones; "Smartphones," *HMD,* https://www.hmd.com/en_us/smartphones; "Easy Phones," *Aspera*, https://asperamobile.com/easy-phones/; "Smartphones," *Aspera,* https://asperamobile.com/smart-phones/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

higher degree of parental control.[524] That is, I understand from these news reports that consumers of feature phones make purchase decisions based on a different set of product characteristics relative to smartphone buyers. Rather than considering important smartphone purchase factors such as camera capabilities or battery life, feature phone buyers typically consider the simplicity, or lack of additional features in their decision.[525]

263.    Lastly, there are several industry reports and Apple internal documents that suggest feature phones and smartphones are in separate markets and that the substitution between the two products is unidirectional—that is, most consumers switch from feature phones to smartphones and replace their smartphones only with other smartphones. Many industry reports make note of the large decline of feature phone users as smartphones were introduced into the market, with the declining share of feature phones among mobile phones being consistently identified across these reports.[526] Furthermore, these reports also make note of how many who switch from feature phone to smartphone never switch back.[527] Likewise, the lack of substitution away from smartphones to other devices, including feature phones, has been consistently observed throughout Apple's internal surveys. Surveys conducted among iPhone buyers have repeatedly shown that an overwhelming majority of iPhone buyers sampled are buyers who are replacing an older iPhone model or a competitor's smartphone.[528] This survey evidence agrees with the empirical observation made by analyst reports, that the smartphone market is distinct from the

---

[524]  *See, e.g.*, Brennan Doherty, "People want 'dumbphones'. Will companies make them?," *BBC*, May 20, 2024, https://www.bbc.com/future/article/20240515-the-dumbphones-people-want-are-hard-to-find; Nisha Patel, "Is the flip phone back? Why some people are switching to dumbphones," *CBC*, July 17, 2024, https://www.cbc.ca/news/business/is-the-flip-phone-back-why-some-people-are-switching-to-dumbphones-1.7236222.

[525]  Jide Mbaka, "8 Factors to Consider While Buying a Smartphone," *Carlcare Service*, January 21, 2023, https://www.carlcare.com/ng/tips-detail/factors-to-consider-while-buying-a-smartphone/. *See also,* Brennan Doherty, "People want 'dumbphones'. Will companies make them?," *BBC*, May 20, 2024, https://www.bbc.com/future/article/20240515-the-dumbphones-people-want-are-hard-to-find; Nisha Patel, "Is the flip phone back? Why some people are switching to dumbphones," *CBC*, June 18, 2024, https://www.cbc.ca/news/business/is-the-flip-phone-back-why-some-people-are-switching-to-dumbphones-1.7236222.

[526]  APL-EG_09288721 at -763 (The share of units of feature phones within the mobile handset industry fell from 89 percent in 2007 to 26 percent in 2017.); APL-APPSTORE_10810514 at -516 (The share of feature phone revenue among total cellphone revenue is reported to be only 3 percent in 2015, with 97 percent of revenue attributed to smartphones.); APL-APPSTORE_11246989 at -991.

[527]  *Ibid*.

[528]  *See, e.g*., APL-APPSTORE_11212908 at -944; APL-APPSTORE_11208633 at -643; APL-APPSTORE_11110923 at -928.

feature phone market, with most buyers upgrading or switching between other smartphones instead of feature phones as buyers do not see feature phones as a suitable substitute.

## VI.A.2.c. Tablets Are Not Close Substitutes for Smartphones

264. I understand that a key distinguishing feature between smartphones and tablets is screen size. Tablets generally feature larger display screens compared to smartphones, typically ranging from 7 inches or larger, and as a result, are less portable than smartphones.[529] Figure 6 below depicts the distribution of screen size by smartphone and tablet models in the U.S. from 2010 Q1 to 2024 Q2. The figure shows that during this period in the U.S., 99 percent of smartphone screens are smaller than 7 inches, and 1 percent are between 7 and 8.5 inches. All tablet models in the U.S. during this period have screen sizes of 7 inches or larger. The size difference makes tablets more difficult to use with one hand or to fit in one's pocket, which is how most consumers use their smartphones. Tablets' larger screens make them ideal for tasks such as reading, video streaming, web browsing, and even writing.[530] I further understand that their increased size also allows for larger batteries, providing extended battery life, though this also reduces their portability compared to the more compact smartphone.[531]

---

[529] *See, e.g.*, "Choosing the Best Tablet Based on Size," *CDW*, July 13, 2022, https://www.cdw.com/content/cdw/en/articles/hardware/tablet-size-comparison-chart.html; "Which Tablet Screen Size is Best For You?," *Samsung*, https://www.samsung.com/uk/mobile-phone-buying-guide/tablet-screen-size-guide/?srsltid=AfmBOorMiodZhkezIZAluiAqqbyV19JZEsy-NDsuMIdymr5nqpsq4y2B.

[530] Lance Whitney, "The smartphone or the tablet: Who's using all these devices?", *CNET*, October 29, 2012, https://www.cnet.com/tech/services-and-software/the-smartphone-or-the-tablet-whos-using-all-these-devices/; Fatima Nabeel, "Mobile Phones vs Tablets: Which One Should You Choose?," *Medium*, June 29, 2023, https://medium.com/@fatimanabeel/mobile-phones-vs-tablets-which-one-should-you-choose-9a668725a4ad; "Smartphone vs. Tablets: Some Major Differences," *Creatons*, accessed via Internet Archive Wayback Machine captured September 19, 2024, https://web.archive.org/web/20240919044337/https://www.creatons.com/smartphone-vs-tablets-major-differences/.

[531] Fatima Nabeel, "Mobile Phones vs Tablets: Which One Should You Choose?," *Medium*, June 29, 2023, httpsmedium.com/@fatimanabeel/mobile-phones-vs-tablets-which-one-should-you-choose-9a668725a4ad; "Key Variances: What is The Difference Between Smartphone and Tablet," *Honor*, April 9, 2024, https://www.honor.com/ph/blog/what-is-the-difference-between-smartphone-and-tablet/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 6: SMARTPHONE AND TABLET SCREEN SIZES, U.S., 2010Q1 – 2024Q2**



Source: Song 2025 Report, Appendix F.

Notes: Shares are based on the number of unique device models for each screen size bin in inches for phones and tablets separately. Each bin is inclusive of the bottom limit and exclusive of the upper limit, e.g., the bin labeled 2-2.5 includes screens ≥2 inches and <2.5 inches. In the bins for which both smartphones and tablet models are observed, the bins are stacked upon one another. For example, it is not the case that around 23 percent of smartphone models have a screen size between 7 to 7.5 inches, rather that the share of smartphone models within this screen size range is less than 1 percent of all smartphone models and the share of tablet models is around 23 percent of all tablet models. The share of smartphones with screen sizes larger than 7 inches is less than 1 percent. These models are exceptions that IDC has identified which exceed the screen size threshold they otherwise use when defining smartphone devices. All these models are variations of phones that fold, which are smartphones under Samsung's Fold line, Google's Pixel Fold line, OnePlus's Open line, and Microsoft's Surface Duo line.

265. Furthermore, there are several other indicia of the lack of substitutability between smartphones and tablets. First, available evidence suggests that smartphones and tablets are used for different purposes, with the top apps listed for iPhones and iPads in the U.S. being different for the two

products. The existence of apps made exclusively for the iPhone and not iPad further reinforces the distinct uses for each device. While there is some overlap between the top apps for each product, social media apps such as Threads and TikTok are more dominant on the iPhone relative to the iPad.[532] In contrast, streaming apps such as Netflix and visual editing apps such as Procreate are relatively more popular on the iPad.[533] Furthermore, there are several apps that are made exclusively for the iPhone and not iPad. Exercise apps such as *AllTrails* and *Strava* or dating apps such as *Bumble* and *Hinge* are all popular apps that are available exclusively for the iPhone.[534] The difference in usage across apps is likely reflective of the differences in the physical and technical characteristics of the device and how these characteristics are more suited for certain kinds of activities.

266. Second, the high rate of tablet ownership reported amongst smartphone users noted earlier also suggests a low level of substitutability between the two devices. If they were closely substitutable, consumers would not incur the costs of owning both products. Market reports consistently record a high rate of co-ownership between smartphones and tablets. For example, as noted earlier in Section II.A, a Morgan Stanley report from 2017 finds that 64 percent of iPhone owners also own iPads.[535] Internal market studies conducted by Apple suggest the same phenomenon, with an Apple survey conducted among U.S. iPhone buyers in 2021 Q3 reporting that 61 percent to 69 percent of U.S. iPhone buyers also own iPads.[536] The high rate of co-

---

[532] "iPhone Top Charts on the App Store," *Apple*, accessed February 24, 2025, https://apps.apple.com/us/charts/iphone. The App Store's "Top Charts" are based on several factors which include "[q]uantity of new users added," "[a]pp usage (session frequency and total time spent in-app)," and "[v]elocity of downloads/engagement." *See* Adam Blacker, "App store rank explained: what is an app's Apple & Google store ranking and what impacts it?," *Apptopia*, February 1, 2022, https://apptopia.com/blog/app-store-rank-explained-what-is-an-apps-apple-google-store-ranking-and-what-impacts-it/.

[533] "iPad Top Charts on the App Store," *Apple*, accessed February 24, 2025, https://apps.apple.com/us/charts/ipad.

[534] "App Store Preview, AllTrails: Hike, Bike & Run," *Apple*, https://apps.apple.com/us/app/alltrails-hike-bike-run/id405075943; "App Store Preview, Strava: Run, Bike, Hike," *Apple*, https://apps.apple.com/us/app/strava-run-bike-hike/id426826309; "App Store Preview, Bumble Dating App: Meet & Date," *Apple*, https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707; "App Store Preview, Hinge Dating App: Match & Meet," *Apple*, https://apps.apple.com/us/app/hinge-dating-app-match-meet/id595287172. Each website states that "[t]his app is available only on the App Store for iPhone."

[535] APL-APPSTORE_10851575 at -595. Other public sources reported the co-ownership rate to be even higher at around 80 percent. *See* "iPhone users drawn to iPad but not Mac or Apple's home devices, study finds," *Apple Insider*, August 26, 2021, https://appleinsider.com/articles/21/08/26/iphone-users-drawn-to-ipad-but-not-mac-or-apples-home-devices-study-finds#.

[536] APL-APPSTORE_11110316 at -323-329. The same study conducted in 2018 Q1 reports the co-ownership rate to be at similar levels. *See* APL-EG_06411491 at -880.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

ownership between tablets and smartphones suggests that many consumers do not choose *between* a smartphone or tablet, and instead view the devices as different devices, serving different purposes.

267. Third, the low rate of consumers switching between tablets and smartphones implies a low level of substitutability. A survey of U.S. iPhone buyers conducted by Apple in 2018 Q1 reported that only 6 percent of sampled iPhone buyers considered other devices when buying their smartphone.[537] A similar survey conducted for U.S. iPad buyers in 2018 Q3 reported that only 13 percent considered other devices when purchasing a tablet.[538] The low share of consumers that considered other devices during their purchases further reinforces the existence of a separate and distinct market for the two goods.

### VI.A.2.d. Apple and Industry Analysts Recognize the Existence of a Smartphone Market

268. My definition of a smartphone market is substantiated by Apple's internal documents and industry analyses. Apple regularly records market shares for the U.S. "[s]martphone market," calculated using the same IDC data as in the analysis shown in Section VI.A.3.a. below.[539] Within these documents, Apple reports market shares for tablets separately and excludes feature phones when calculating its market shares.[540] Additionally, Apple frequently identifies other smartphone models as competitors for the iPhone.[541] For example, in July 2019, this included the Google Pixel, Samsung Galaxy, One Plus Pro, and LG V50.[542]

269. External industry analysis also recognizes the smartphone market "as a separate economic entity."[543] For example, industry research reports from Goldman Sachs and J.P. Morgan conduct

---

[537] APL-EG_06411491 at -590. The survey asked "[w]hen you got your [iPhone], did you consider another device instead of the iPhone? (e.g., a tablet, a notebook or laptop computer, etc.)." Only 6 percent of respondents answered "Yes."

[538] APL-APPSTORE_10339734 at -813.

[539] APL-EG_05565764 at -773. *See also,* APL-EG_05542132 at -152; APL-EG_08923773 at -798; APL-EG_06407971 at -974.

[540] *Ibid*. In documents that report Smartphone Shares, Apple only calculates market shares based on Smartphones only. *See* APL-EG_05535959 at -965-970; APL-EG_05542132 at -146-152; APL-EG_07457703 at -723-730.

[541] APL-EG_05410910 at -916-918. *See also,* APL-EG_06291335 at -338; APL-APPSTORE_10850480 at -483-485; APL-EG_09284576 at -579; APL-APPSTORE_11202725 at -728-729.

[542] APL-EG_05410910 at -916-918.

[543] *Brown Shoe Co. v. United States*, 370 U.S. 294, 325 (1962).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

market analysis for smartphones and tablets separately.[544] Furthermore, as previously discussed in Section VI.A.2.b., there are many industry reports that note the displacement of feature phones by smartphones, with many smartphone buyers replacing their feature phone with a smartphone, but rarely the other way around.[545]

### VI.A.2.e. The Relevant Geographic Market for Smartphones is the United States

270. Many foreign smartphone retail outlets do not sell or ship the devices to U.S. consumers. Apple, for example, sells its products through its own, country-specific storefronts that allow products purchased online to be shipped to addresses within the storefront country only.[546] Furthermore, Apple states in its device warranties that any repairs under warranty may be restricted within the country or region where the products were originally purchased.[547]

271. Additionally, I understand that a given phone model can differ on hardware and technical capabilities across geographies. For example, the cellular frequency supported by a phone model can differ geographically to account for different carriers across countries.[548] I understand that only U.S. iPhones operate on the n258 (26 GHz), n260 (39 GHz), and n261 (28 GHz) 5G bands, hence iPhones purchased from abroad are currently unable to operate on these bands in the U.S.[549] This could mean worse connectivity performance for phones bought from abroad in the U.S.[550]

---

[544] APL-EG_09288721; APL-EG_07245574.

[545] *See* Section VI.A.2.a.

[546] *See* "Choose Your Country or Region," Apple, https://www.apple.com/choose-country-region/. The website provides a list of countries and links that takes the user to a country-specific storefront.

[547] "Apple One (1) Year Limited Warranty," *Apple*, https://www.apple.com/legal/warranty/products/ios-warranty-document-us.html. In the agreement, Apple states that they "may restrict warranty service for iPhone, iPad, Apple TV, HomePod, and Apple Vision Pro to the country where Apple or its Authorized Distributors originally sold the device."

[548] *See, e.g.,* "iPhone – Supported 5G and LTE Networks," *Apple*, https://www.apple.com/iphone/cellular/.

[549] "iPhone – Supported 5G and LTE Networks," *Apple*, https://www.apple.com/iphone/cellular/.

[550] John Gieske, "5G mmWave vs. Sub-6: A Comparative Study of Two 5G Frequency Bands," *NYBSYS*, August 18, 2024, https://nybsys.com/5g-mmwave-vs-sub-6/. The article explains how the n258, n260, and n261 bands are all 5G high-frequency bands and lists some benefits of 5G high-frequency bands, which include "Enhanced Speeds," "Ultra-Low Response Times," and "Higher Capacity."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

272. Due to the lack of close substitutes outside the United States, a hypothetical monopolist could profitably impose a SSNIP on all smartphones sold in the United States. I thus conclude that the United States constitutes a relevant geographic market for smartphones.

### VI.A.3. Indirect Evidence of Market Power

#### VI.A.3.a. Apple's Market Share in the Relevant Antitrust Market for Smartphones Has Exceeded 50 Percent Over the Last Decade

273. Market shares are widely used as an indicator of market power.[551] I look at market shares for the smartphone foremarket calculated using revenues (i.e., defined as value of end user spending) as well as units for robustness. As shown in Figure 7, Apple's market share in terms of revenue has exceeded 50 percent in the smartphone foremarket since 2014 and has been relatively stable between 60 and 70 percent since 2017. Figure 8 shows that Apple's market share in units has exceeded 30 percent since 2011 and has varied between 44 percent and 52 percent since 2018. The iPhone's substantial market share and its growth over time are evidence of Apple's market power in the smartphone market.

274. Since 2012, nearly all (or more than 95 percent of) smartphone users in the U.S. have an iOS- or an Android-based mobile device. That is, Apple only has one major competitor—Android-based smartphones—in the U.S. smartphone market. In both the economic literature and in antitrust review, such a duopoly market structure is considered highly concentrated with each duopolist having substantial market power.[552]

---

[551] *See* Jonathan B. Baker, "Market Definition: An Analytical Overview," *Antitrust Law Journal* 74 (2007): 129-173, p. 130.

[552] The Federal Trade Commission and the Department of Justice "generally measure market concentration levels using the Herfindahl-Hirschman Index ("HHI"). The HHI is defined as the sum of the squares of the market shares in a relevant market; it is small when there are many small firms and grows larger as the market becomes more concentrated." 2023 Merger Guidelines, p. 5. According to the 2023 Merger Guidelines, markets with an HHI greater than 1,800 are highly concentrated. 2023 Merger Guidelines, pp. 5-6. For a duopoly with equal market shares, the HHI equals $50^2 + 50^2 = 5,000$. As the market shares of a duopoly become more unequal, the HHI increases. For example, if one of the duopolists has a market share of 25 percent and the other has 75 percent, than the HHI of this market equals $25^2 + 75^2 = 6,250$.

One commonly used measure of market power is the Lerner index, defined as the weighted average of each firm's margin, with weights given by the firms' market shares. The Lerner index is mathematically equivalent to the HHI of the market divided by the price elasticity of demand in the market. Thus, this result generalizes the idea that greater market concentration leads to greater market power. *See, e.g.,* Luís M.B. Cabral, *Introduction to Industrial Organization* (Cambridge, MA: MIT Press, 2002), pp. 154-156.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 7: U.S. SMARTPHONE SHARES BASED ON VALUE BY OPERATING SYSTEM, 2007-2024**

| Operating System [A] | Year | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 [B] | 2008 [C] | 2009 [D] | 2010 [E] | 2011 [F] | 2012 [G] | 2013 [H] | 2014 [I] | 2015 [J] | 2016 [K] | 2017 [L] | 2018 [M] | 2019 [N] | 2020 [O] | 2021 [P] | 2022 [Q] | 2023 [R] | 2024 [S] |
| iOS | 22% | 28% | 28% | 28% | 44% | 53% | 49% | 52% | 57% | 59% | 63% | 66% | 66% | 68% | 68% | 66% | 68% | 63% |
| Android | | 2% | 9% | 39% | 44% | 43% | 48% | 46% | 42% | 41% | 37% | 34% | 34% | 32% | 32% | 34% | 32% | 37% |
| Others | 78% | 70% | 62% | 33% | 11% | 4% | 3% | 2% | 1% | 0% | 0% | | | | | | | |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Source: Song 2025 Report, Section VI.B.

Notes: All shares are calculated based on shipment value. The IDC phone dataset also records mobile phone shipments based on units from 2004 to 2006. These years of data are excluded because the iPhone was released in 2007 and the IDC data do not include data on shipment value prior to 2007. The "Others" OS category is constructed by the IDC itself and consists of all other smartphone operating systems, including BlackBerry OS, Firefox, and the Windows phone. Share estimates are rounded to the nearest whole number. Blank cells represent a zero share.

**FIGURE 8: U.S. SMARTPHONE SHARES BASED ON UNITS BY OPERATING SYSTEM, 2007-2024**

| Operating System [A] | Year | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 [B] | 2008 [C] | 2009 [D] | 2010 [E] | 2011 [F] | 2012 [G] | 2013 [H] | 2014 [I] | 2015 [J] | 2016 [K] | 2017 [L] | 2018 [M] | 2019 [N] | 2020 [O] | 2021 [P] | 2022 [Q] | 2023 [R] | 2024 [S] |
| iOS | 17% | 21% | 22% | 20% | 31% | 40% | 40% | 38% | 39% | 38% | 38% | 44% | 44% | 49% | 48% | 48% | 52% | 45% |
| Android | | 2% | 11% | 41% | 54% | 56% | 57% | 59% | 59% | 62% | 62% | 56% | 56% | 51% | 52% | 52% | 48% | 55% |
| Others | 83% | 77% | 67% | 39% | 14% | 5% | 4% | 3% | 2% | 1% | 0% | | | | | | | |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Source: Song 2025 Report, Appendix E.1.

Notes: All shares are calculated based on units shipped. The IDC phone dataset also records mobile phone shipments based on units from 2004 to 2006. These years of data are excluded because the iPhone was released in 2007. The "Others" OS category is constructed by the IDC itself and consists of all other smartphone operating systems, including BlackBerry OS, Firefox, and the Windows phone. Share estimates are rounded to the nearest whole number. Blank cells represent a zero share.

275. In the early years of the Class Period, from 2007 until 2011, there were a number of other smartphone manufacturers included in the category "Others" in Figure 8, such as Blackberry,

Palm, and HTC. However, these manufacturers lost substantial market share over time.[553] For example, BlackBerry's market share in terms of value decreased from 37 percent in 2007 to 7 percent by 2011, and Palm's market share in terms of value decreased from 15 percent to less than 1 percent by 2011.[554] These early market participants saw a decline in their popularity for various reasons, including the inability to adapt to new trends (such as a touch screen keyboard and an easy way to browse the internet), the inability to afford large marketing campaigns, and a more limited app selection.[555] After 2011, the duopoly between iOS and Android began to take shape.

276. Furthermore, evidence from Apple and third-party analysts suggests the iPhone primarily competes in a market segment that generally excludes the lowest-cost phones.[556] Apple

---

[553] BlackBerry's U.S. smartphone share fell from 37 percent in 2007 to 7 percent in 2011. Palm's US smartphone share fell from 15 percent to less than 1 percent in 2011. While HTC's US smartphone share rose from 4 percent in 2007 to 15 percent in 2011, it quickly fell thereafter to 4 percent in 2012 and less than 1 percent in 2019. All shares discussed are based on value. *See* Song 2025 Report, Workpaper_IDC Shares, 'Shares Analysis.xlsx'.

[554] *See* Song 2025 Report, Workpaper_IDC Shares, 'Shares Analysis.xlsx'.

[555] Matthew Miller, "Crash of the mobile titans: What happened to Palm, BlackBerry, Nokia, and HTC?," *ZDNet*, September 26, 2013, https://www.zdnet.com/article/crash-of-the-mobile-titans-what-happened-to-palm-blackberry-nokia-and-htc/ ("However, Palm, Nokia, HTC, and BlackBerry are either gone or going, or starting over. There are many reasons for the failure of these four smartphone vendors, including failed leadership, stubbornness to adapt, poor marketing, and success from competitors."); Michael Simon, "How the iPhone killed Blackberry (and why it didn't have to happen)," *Macworld*, January 4, 2022, https://www.macworld.com/article/562752/blackberry-devices-software-obsolete-iphone.html ("But instead [BlackBerry] stuck to their keyboard guns while the iPhone and Android phones passed it by."); Trial Testimony of Philip Schiller, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, May 17, 2021, 2720:23-2721:2 ("BlackBerrys … were not very good at the internet. They could do email, they could do messaging, but in terms of web browsing and the internet, those were not experiences that were good on mobile yet."); Georgi Zarkov, "Why did HTC smartphones go from popular to obscure?," *Phone Arena*, February 27, 2019, https://www.phonearena.com/news/why-HTC-smartphones-lost-popularity-market-share_id113614 ("HTC couldn't afford to spend on wide-reaching marketing campaigns …. As a result, HTC's flagships often remained outside people's attention and consequently out of their pockets as well."); Steve Ireland, "What Happened to HTC Phones? The Rise and Fall of a Tech Giant," *ComputerCity*, June 12, 2024, https://computercity.com/phones/what-happened-to-htc-phones ("HTC's marketing efforts were often lackluster[.]"); APL-APPSTORE_00335296 at -296 ("The success of the iPhone and Google's Android platform spotlights the real 'killer app' in the smartphone market: having apps. That's a reality likely to haunt Research in Motion as it tries to generate buyers and buzz for its new BlackBerry Torch, which hits stores next week."). I discuss failed entrants into the smartphone market in more detail in Section VI.A.3.b.

[556] Industry analysts often classify smartphones into different price bands or classes. The more expensive options are premium or flagship smartphones that offer cutting-edge features and "represent the pinnacle of today's mobile technology." Andrew Lanxon, "Shopping for a New Phone? Consider These Things Before You Buy," *CNET*, January 30, 2025, https://www.cnet.com/tech/mobile/buying-a-new-iphone-or-android-phone-consider-these-things-first/. The cost of a premium or flagship smartphone is typically between $999 to $1500. This is in contrast to entry-level or budget smartphones, which are the most affordable options and range between $100 to

Continued on next page

---

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 141 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

repeatedly asserts that they do not compete in this entry-level smartphone market, suggesting that "[m]uch of the growth in the smartphone market today is driven by low-end devices where Apple doesn't compete. In addition to not offering a truly compelling experience, [Apple] believe[s] these low-end devices are not a profitable segment to compete in."[557] They make similar statements in a number of different documents.[558] This suggests it may be possible to define the relevant market more narrowly, but for the purposes of the analysis here, the broader definition (in which Apple still has significant market power) suffices.

### VI.A.3.b.  Potential Entrants in the Relevant Antitrust Market for Smartphones Face Significant Entry Barriers

277.  Market power can be sustained through natural or artificial barriers that raise the cost of entry for potential competitors.[559] In the smartphone foremarket, the barriers to entry may include the significant upfront investments required to enter a particular market and reach a sufficient scale.[560] Such investments can be too high for new entrants to afford. As a result, incumbents are shielded from competition and can exploit this position by charging prices that exceed competitive levels.

278.  A second barrier to entry is the cost of inducing customers to switch—if there are large switching costs, the firm may have to offer a much lower price than that of the competitor to switch. The considerable switching costs that consumers face when switching from an iOS device to a non-

---

$200, and mid-range smartphones, which "aim to provide a balance between performance, features, and price" and cost $400 on average. *See* Andrew Lanxon, "Shopping for a New Phone? Consider These Things Before You Buy," *CNET*, January 30, 2025, https://www.cnet.com/tech/mobile/buying-a-new-iphone-or-android-phone-consider-these-things-first/; Alex Hernadex, "Budget, Mid-Tier, and Flagship Smartphones: What is the Difference?," *Techaeris*, August 15, 2023, https://techaeris.com/2023/08/15/budget-mid-tier-and-flagship-smartphones-what-is-the-difference/.

[557]  APL-EG_09278583 at -600.

[558]  *See, e.g.*, APL-EG_09278875 at -895; APL-EG_07435767 at -783; APL-EG_08920748 at -753.

[559]  *See* Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, 4th ed. (Pearson, 2015), p. 268 ("Theories on competitive and noncompetitive markets hold that the less competition a firm faces, the greater its *market power*: the ability to set price profitably above marginal cost. Thus, market power (and hence price and profits) should be higher in industries with substantial entry barriers that reduce actual and potential competition.").

[560]  *See* Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, 4th ed. (Pearson, 2015), p. 104 ("If large sunk costs are associated with entry and if entry is unsuccessful, the entrant's losses are large. In such a setting, threats of strategic behavior (for example, vigorous price cutting) may prevent new entry. The greater the risk of encountering strategic behavior and the greater the potential loss, the more potent is the threat of strategic entry deterrence. In such a case, the need for large-scale investment that involves large sunk costs could well provide a disincentive for a potential entrant because it would have so much to lose[.]").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iOS device can create a "lock-in" effect that limits the success of new entrants or their expansion. I have already established that there are indeed large switching costs for smartphones in Section V.B.2.b.

279.   A third barrier to entry stems from the indirect network effects between app developers and users. This involves a positive feedback loop where developers are more incentivized to create and improve their apps for a particular operating system as the user base for that operating system expands, and consumers are more attracted to the operating system as the number of available apps increases. A new entrant faces the classic "chicken-and-egg" problem where developers are hesitant to invest in app development for a new operating system without a critical mass of users, while users are reluctant to purchase devices with the new operating system if it lacks an appealing collection of apps.

280.   A number of failed entry attempts from well-established manufacturers provides evidence in support of the entry barriers described above.

- Microsoft entered the smartphone market in 2010 and exited in 2017.[561] Microsoft's phones used an older operating system (Windows CE), which it later upgraded to Windows Phone.[562] However, it was unable to attract developers to the platform or provide access to popular apps such as YouTube, ultimately contributing to its market exit.[563]

---

[561]   Vlad Savov, "Windows Phone was a glorious failure / Looking back on the bumpy road taken by Microsoft's most ambitious mobile OS," *The Verge*, October 10, 2017, https://www.theverge.com/2017/10/10/16452162/windows-phone-history-glorious-failure; Todd Haselton, "Departing Windows chief Terry Myerson explains why Microsoft failed in smartphones," *CNBC*, March 29, 2018, https://www.cnbc.com/2018/03/29/why-microsoft-failed-in-phones.html.

[562]   Todd Haselton, "Departing Windows chief Terry Myerson explains why Microsoft failed in smartphones," *CNBC*, March 29, 2018, https://www.cnbc.com/2018/03/29/why-microsoft-failed-in-phones.html. ("[B]uilding our early versions of Windows Phone on an incomplete Windows CE platform, designed for small embedded systems, left us too hobbled to ever catch up. … By the time Microsoft did all the work necessary to build a modern smartphone platform, Windows Phone[.]").

[563]   APL-APPSTORE_10810514 at -538 ("However, Microsoft has failed to get escape velocity with its smartphone efforts as a result of a vicious cycle: not many developers create apps for its OS because of the low user base, and not many users adopt it because of a limited ecosystem."); Todd Haselton, "Departing Windows chief Terry Myerson explains why Microsoft failed in smartphones," *CNBC*, March 29, 2018, https://www.cnbc.com/2018/03/29/why-microsoft-failed-in-phones.html ("Without a considerable market share, Windows Phone didn't have the same attraction to develop for as iPhone or Android, so popular apps either launched on Windows Phone much later or, in most cases, never at all."); Vlad Savov, "Windows Phone was a glorious failure / Looking back on the bumpy road taken by Microsoft's most ambitious mobile OS," *The Verge*, October 10, 2017, https://www.theverge.com/2017/10/10/16452162/windows-phone-history-glorious-

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- The smartphone Lumia, part of a partnership between Microsoft and Nokia, entered the market in November 2011 but exited five years later in 2016.[564] Industry commentators highlight several contributing factors for Lumia's exit from the market. First, Nokia was unable to attract enough developers to make apps compatible with Lumia's operating system.[565] Second, Nokia did not have the same "scale, marketing budgets, and supply chain leverage" as Apple and Samsung.[566]

- The Amazon Fire phone entered the market in July 2014 and exited just over a year later in September 2015.[567] Among the exit factors is that Amazon was unable to attract developers to make apps for its proprietary app store and operating system, and many popular apps such as Gmail, YouTube, Google Maps, and Dropbox were missing from its app store.[568]

---

failure ("If you're wondering why none of Microsoft's many strenuous Windows Phone efforts ultimately paid off, the key answer lies in the platform's chronic failure to attract third-party app developers" and "[p]erhaps the biggest missing app for Microsoft was YouTube. … Most internet use is now mobile, and YouTube occupies a huge chunk of our time while we're on our phones, so any platform that's missing a proper YouTube app is at a massive disadvantage.").

[564] Syed M. Ismail Quli, "The Rise and Fall of Nokia's Lumia: How Missteps Led to the Downfall of a Mobile Phone Pioneer," *Medium*, January 13, 2024, https://syedmdismailquli.medium.com/the-rise-and-fall-of-nokias-lumia-how-missteps-led-to-the-downfall-of-a-mobile-phone-pioneer-aa3deaf297e8.

[565] Syed M. Ismail Quli, "The Rise and Fall of Nokia's Lumia: How Missteps Led to the Downfall of a Mobile Phone Pioneer," *Medium*, January 13, 2024, https://syedmdismailquli.medium.com/the-rise-and-fall-of-nokias-lumia-how-missteps-led-to-the-downfall-of-a-mobile-phone-pioneer-aa3deaf297e8 ("Windows Phone failed to gain traction due to lack of apps and developer support. … The minority share made it challenging for Nokia to attract app developers, creating a vicious cycle of poor app ecosystems leading to weak adoption.… By 2013, Apple's App Store offered over 900,000 apps while Google Play offered over 1 million. In contrast, the Windows Phone Store only had around 150,000 apps.").

[566] Syed M. Ismail Quli, "The Rise and Fall of Nokia's Lumia: How Missteps Led to the Downfall of a Mobile Phone Pioneer," *Medium*, January 13, 2024, https://syedmdismailquli.medium.com/the-rise-and-fall-of-nokias-lumia-how-missteps-led-to-the-downfall-of-a-mobile-phone-pioneer-aa3deaf297e8.

[567] Lotus Lin, "Fire Phone: The Rise and Fall of Amazon's Smartphone Dream," *Medium*, April 28, 2023, https://medium.com/@lotus.lin/failing-forward-amazon-fire-phone-f88c98c08156.

[568] Victor Luckerson, "4 Reasons Amazon's Fire Phone Was a Flop," *TIME*, October 24, 2014, https://time.com/3536969/amazon-fire-phone-bust/ ("Though Amazon's devices run on Android, they use a proprietary app store tailor-made for the company's phones and tablets. That means developers have to make different versions of their apps specifically for the Fire Phone and Kindle Fire, and many haven't bothered. Amazon's app store has about 240,000 apps, compared to more than 1 million in the Google Play store. Most notably, Amazon's store lacks Google's flagship apps, so Fire Phone owners have no easy access to Gmail, YouTube or Google Maps. Other popular services, like Dropbox, are also absent."); Lotus Lin, "Fire Phone: The Rise and Fall of Amazon's Smartphone Dream," *Medium*, April 28, 2023, https://medium.com/@lotus.lin/failing-forward-amazon-fire-phone-f88c98c08156 ("Similar to Amazon's Kindle Fire tablets, the Fire Phone operated on Amazon's proprietary Fire OS, which was a modified version of Android. … The Fire Phone faced a tough challenge in the highly competitive smartphone market, with exclusive availability on AT&T limiting its potential reach to customers, according to an Engadget review.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- The HTC One smartphone was offered from 2008 to 2017.[569] HTC "lagged" behind competitors when launching new phone models, partly because it could not afford "wide-reaching" marketing campaigns.[570]

281. It is worth noting that several of these failures were associated with big tech companies with ample sources of funding. Entry barriers for less well funded potential competitors are likely even more significant.

# VI.B. Apple Has Market Power in the Tablet Market

## VI.B.1. Tablets Sold in the U.S. Constitute a Relevant Antitrust Market

282. In this report, I define tablets as portable, battery-powered touchscreen devices without a built-in keyboard, and a screen size that is generally larger than 7 inches.[571] While many tablets are sold and operated with keyboards, a keyboard is not necessary for the tablet to have full functionality, and is not permanently attached.[572] Depending on the model, tablets may be able to connect to

---

[569] Steve Ireland, "What Happened to HTC Phones? The Rise and Fall of a Tech Giant," *ComputerCity*, June 12, 2024, https://computercity.com/phones/what-happened-to-htc-phones; Carl Potak, "How HTC Lost its Dominance in the Smartphone Industry," *Startup DevKit*, September 13, 2024, https://startupdevkit.com/how-htc-lost-its-dominance-in-the-smartphone-industry/.

[570] Carl Potak, "How HTC Lost its Dominance in the Smartphone Industry," *Startup DevKit*, September 13, 2024, https://startupdevkit.com/how-htc-lost-its-dominance-in-the-smartphone-industry/ ("Additionally, HTC often lagged behind in launching new models, allowing competitors to capture market share."); Steve Ireland, "What Happened to HTC Phones? The Rise and Fall of a Tech Giant," *ComputerCity*, June 12, 2024, https://computercity.com/phones/what-happened-to-htc-phones ("HTC's marketing efforts were often lackluster. … A lack of consistent marketing strategy and product branding resulted in a fragmented company identity."); Georgi Zarkov, "Why did HTC smartphones go from popular to obscure?," *Phone Arena*, February 27, 2019, https://www.phonearena.com/news/why-HTC-smartphones-lost-popularity-market-share_id113614 ("HTC couldn't afford to spend on wide-reaching marketing campaigns as those Samsung is usually betting on. As a result, HTC's flagships often remained outside people's attention and consequently out of their pockets as well.").

[571] "What is a tablet?," *Lenovo*, https://www.lenovo.com/us/en/glossary/tablet; "Choosing the Best Tablet Based on Size," *CDW*, July 13, 2022, https://www.cdw.com/content/cdw/en/articles/hardware/tablet-size-comparison-chart.html.

[572] Rahul Awati, "What is a tablet (tablet PC)?," *TechTarget*, November 2023, https://www.techtarget.com/searchmobilecomputing/definition/tablet-PC.

Written Evidence of Joseph E. Stiglitz, PHD

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

cellular networks to allow for internet connectivity without a Wi-Fi connection.[573] Similar to smartphones, tablets can run a wide array of applications.[574]

283. Tablets are defined by several core features and functionalities. First, all tablets share many of the same hardware characteristics. These include internal storage for files, a camera, and a rechargeable battery. Due to their larger size, tablets typically provide greater storage and battery capabilities than smartphones. Additionally, as previously mentioned, tablets have a larger screen size, typically ranging "from 7 inches or larger."[575] Second, the standard input method when using tablets is via touch, but the touch interface can be complemented with interoperable accessories such as removable keyboards and styluses to allow for different methods of device operation.[576] Third, most tablets feature a mobile operating system that allows them to run native applications and programs, with iPad iOS and Android as the overwhelmingly dominant operating systems among tablets.[577] In addition, the distinct hardware and software capabilities of tablets allow for apps specifically suited for a tablet, such as Adobe Illustrator for the iPad.[578] These aforementioned features are characteristic of most tablet models. Furthermore, particular attributes such as its larger screen size, various input methods (i.e. touch, keyboard, or pen), and device-specific applications serve to distinguish tablets from other mobile devices.

---

[573] Rahul Awati, "What is a tablet (tablet PC)?," *TechTarget*, November 2023, https://www.techtarget.com/searchmobilecomputing/definition/tablet-PC.

[574] Rahul Awati, "What is a tablet (tablet PC)?," *TechTarget*, November 2023, https://www.techtarget.com/searchmobilecomputing/definition/tablet-PC.

[575] I previously explain the implications of a tablet's larger screen size on its uses and its distinction from smartphones in Section VI.B.1VI.A.2.c.

[576] "Key Variances: What is the Difference Between Smartphone and Tablet," Honor, April 9, 2024, https://www.honor.com/uk/blog/what-is-the-difference-between-smartphone-and-tablet/.

[577] Dan Grabham, "Tablet operating systems compared," *TechRadar*, July 3, 2011, https://www.techradar.com/news/mobile-computing/tablets/tablet-operating-systems-compared-972510. As of 2024, 91 percent of tablets in the U.S. run iOS or Android. *See* Song 2025 Report, Section VI.C., Figure 17. A small minority of tablets run on other operating systems, such as Windows or Chrome OS. Note also that in September 2019, the version of iOS run on iPads was rebranded as iPadOS, but shares most of the same features as iOS, including its user interface. *See* Martyn Casserly, "iOS versions: Every version of iOS from the oldest to the latest," *Macworld,* February 11, 2025, https://www.macworld.com/article/1659017/ios-versions-list.html. There are a subset of tablets that run non-mobile operating systems, such as Microsoft Surface Pro. *See* "Surface supported operating systems," *Windows*, October 17, 2024, https://learn.microsoft.com/en-us/surface/surface-supported-operating-systems.

[578] "Illustrator system requirements," *Adobe*, November 5, 2024, https://helpx.adobe.com/illustrator/system-requirements.html#ai-on-the-ipad.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

284. In Section V.B.1, I discussed how the Hypothetical Monopolist Test can be used to define a relevant antitrust market. As explained earlier, the purpose of market delineation is to identify the set of products and geographic areas that constrain a firm's pricing and competitive behavior by serving as reasonable substitutes.

285. In Section VI.B.1.a, I first conduct the Hypothetical Monopolist Test and show that a hypothetical monopolist of all tablets could profitably impose a five percent SSNIP or an equivalent deterioration in quality. In Sections VI.B.1.b-0, I explain why laptop PCs, desktop PCs, and gaming consoles are not close substitutes to tablets. Then, in Section VI.B.1.e, I show that Apple and industry insiders recognize the existence of a tablet market. Lastly, in Section VI.B.1.f, I discuss that consumer substitution to purchase a tablet outside the U.S. is not sufficient to make the hypothetical monopolist's five percent SSNIP unprofitable. Thus, the relevant geographic market is the U.S. Therefore, I conclude that tablets sold in the U.S. form a relevant antitrust market.

### VI.B.1.a. A Hypothetical Monopolist Selling Tablets Could Profitably Impose A SSNIP

286. As in my analysis of the smartphone market, I test whether a hypothetical monopolist controlling all tablets could profitably increase the price of iPads—a subset of all tablets—while keeping the prices of non-iPad tablets unchanged.[579] As before, I compare the actual price elasticity of demand for iPads to the break-even elasticity implied by Mr. Barnes's analysis.[580] Recall that the break-even elasticity is an estimate of the price sensitivity after which price increases are no longer profitable for the hypothetical monopolist: if consumers exhibit a price elasticity *greater than* this break-even elasticity, any price increase would cause them to purchase substantially fewer tablets, resulting in lower profits for the monopolist. Conversely, actual price elasticities of demand below this threshold suggest that the consumer response will be relatively modest, and a price increase would still be profitable for the hypothetical monopolist.

---

[579] Recall that, according to the Merger Guidelines, a hypothetical monopolist need only be able to raise prices on *one* product in the proposed antitrust market in order to pass the HMT. *See* 2023 Merger Guidelines, pp. 41-42.

[580] Similar to Section VI.A.2.a, this analysis focuses on the break-even elasticity for a subset of products, in this case iPads, as opposed to all tablets. This break-even elasticity does not account for consumers shifting to other, non-Apple tablets. However, since the hypothetical monopolist also owns non-Apple tablets, any such shifts in demand would render the SSNIP even more profitable for the hypothetical monopolist. In this regard, my analysis is conservative.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

287. I reviewed Apple's internal pricing documents to determine the price elasticity of demand for iPads in the United States. One such document shows that, in 2012, Apple found a price elasticity for the iPad 2 of 2.64.[581] In that same year, Mr. Barnes determines that the gross margin percentage for iPads is approximately 28.9 percent, implying a break-even price elasticity under a five percent SSNIP of about 2.95.[582] Similarly, a pricing document from 2017 reports a price elasticity of 2.89 for the iPad Air 2, and a price elasticity of 2.00 for the iPad 9.7-inch.[583] In that year, Mr. Barnes reports an iPad gross margin percentage of approximately 24.3 percent, implying a break-even price-elasticity of about 3.41 under a five percent SSNIP.[584] In summary, all elasticities utilized by Apple in the documents that I have reviewed are below the contemporary break-even elasticity implied by Mr. Barnes's analysis.

288. This evidence suggests that a hypothetical monopolist could profitably impose a SSNIP on iPads while keeping the prices of other tablets unchanged. Similar to my analysis in Section VI.A.2.a, the hypothetical monopolist gains profits from all tablets, not just iPads. Hence, a price increase on iPads would likely drive some consumers toward non-Apple tablets also owned by the hypothetical monopolist, rendering the SSNIP even more profitable. This further shows that tablets constitute a relevant antitrust product market.

---

[581] APL-EG_10018418 at -421. In the documents that I reviewed, Apple estimates price elasticities for specific tablet models, *e.g.*, the iPad 2 or the iPad Air. Mr. Barnes's analysis, however, estimates the gross profit margins for all iPad models collectively. *See* Barnes Report, Exhibit 6. I expect that the price elasticity for a particular iPad model would be greater than the price elasticity for all iPad devices. This is because when the price of any one iPad model increases, consumers can more readily switch to a different iPad model than to a non-Apple tablet due to the significant switching costs discussed in Section VII.C. This conclusion is affirmed by a survey of iPad users conducted by Apple, which found that, among iPad users who subsequently replaced their iPad with another tablet, only 6 percent elected a competing, non-Apple tablet, while the remainder chose another iPad model. *See* APL-APPSTORE_10337762 at -795 ("What replaced iPads no longer owned or used? ... Another iPad … 68% ... NET: OTHER TABLET … 4%"); where 6 percent is calculated as $0.04/(0.68 + 0.04) \approx 6$. Therefore, I expect the demand of iPads to be less elastic than the demand for any specific iPad model.

[582] Recall that the break-even price elasticity is calculated as one over the gross profit margin plus the 5 percent SSNIP. In this case, the break-even price elasticity is calculated as $1/(0.289 + 0.05) \approx 2.95$. Based on Barnes Report, Exhibit 6.

[583] $\frac{58\%}{\frac{(\$399-\$499)}{\$499}} \approx -2.89$. APL-APPSTORE_10850248 at -284-285 ("J71s at $299 … PE 2x lift … Air 2 price drop from $499 to $399 … 58% US [quantity increase]"). The iPads mentioned that are coded as "J71s" are the iPad 9.7-inch released in March 2017. *See* APL-APPSTORE_11247291 at -293.

[584] This break-even price elasticity is calculated as $1/(0.243 + 0.05) \approx 3.41$. Based on Barnes Report, Exhibit 6.

Written Evidence of Joseph E. Stiglitz, PHD    No. 4:11-cv-06714-YGR | Page 148 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## VI.B.1.b. Laptop PCs Are Not Close Substitutes for Tablets

289.    I understand that, generally, portability and processing power are the trade offs made between tablets and laptops, and the difference in their typical hardware characteristics reflects this trade off. For example, available evidence states that laptops generally have more processing power, have more ports for wired connections, and greater storage capacity.[585] This same evidence states that tablets generally forfeit such characteristics in favor of being lightweight and having a longer battery life in order to increase portability.[586] I further understand that the standard input method for both devices also reflect this trade off. All laptops come with a permanently attached keyboard and mousepad for user input, with some devices allowing users to flip back the keyboard and use touch as a secondary interface for user input.[587] Compared to laptops, tablets often lack an integrated keyboard, relying primarily on touchscreen interfaces for user input.[588] While some tablets are sold with proprietary keyboards, they are removable and not permanently attached to the device.[589] I understand from both produced evidence and industry periodicals that having touch as its primary interface and allowing users to remove the keyboard makes it easier to use in a wider range of activities, such as travel and entertainment.[590]

290.    Apps on tablets typically have more limited capabilities than their version for a laptop PC. For example, photo and video editing software for PCs allows consumers to take full advantage of complex editing techniques. The tablet app version of the same photo and video editing software is often more simplified and lacks the full suite of functionality offered by its PC counterpart. For example, Adobe Photoshop, one of the most popular professional photo-editing programs, was not available on iPad until late 2019 and when introduced, lacked many features available on

---

[585]   Zach Cabading, "Tablet vs Laptop: Which One Should You Choose?," *HP*, August 28, 2024, https://www.hp.com/us-en/shop/tech-takes/tablet-vs-laptop.

[586]   Zach Cabading, "Tablet vs Laptop: Which One Should You Choose?," *HP*, August 28, 2024, https://www.hp.com/us-en/shop/tech-takes/tablet-vs-laptop.

[587]   *See, e.g.*, "Zenbook Flip – All Models," *Asus*, https://www.asus.com/laptops/for-home/all-series/filter?SubSeries=Zenbook-Flip.

[588]   Zach Cabading, "Tablet vs Laptop: Which One Should You Choose?," *HP*, August 28, 2024, https://www.hp.com/us-en/shop/tech-takes/tablet-vs-laptop.

[589]   *See, e.g.*, "Surface Pro," *Microsoft*, https://www.microsoft.com/en-ca/surface/devices/surface-pro-11th-edition.

[590]   Mark Kyrnin, "Should You Buy A Tablet or a Laptop?," *LifeWire*, February 20, 2024, https://www.lifewire.com/tablets-vs-laptops-832333. *See also*, APL-APPSTORE_11211983 at -997.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the PC.[591] Similarly, Google Docs and Microsoft Office apps such as Word and Excel also have reduced functionality on tablets and are recommended only for viewing documents or making minor edits.[592]

291. Apple's own internal research has concluded that very little substitution between its Mac and iPad takes place with "customers with an iPad actually hav[ing] higher Mac conversion rates than those without an iPad."[593] Further, Apple reports that as many as 87 percent of U.S. iPad owners in 2019 did not consider any other devices when purchasing their iPad.[594] Within the same survey, 89 percent of iPad owners either replaced an old tablet or bought an iPad for the first time, with only 7 percent of buyers replacing either a Mac Notebook or Windows laptop.[595] These empirical observations suggest these products are not close substitutes.

### VI.B.1.c. Desktop PCs Are Not Close Substitutes for Tablets

292. Based on my review of available evidence, desktop PCs and tablets highlight the trade off between performance and portability even more distinctly. I understand that a desktop PC is a stationary device designed to be used with a keyboard and mouse.[596] It needs to be plugged into a power supply to operate, severely limiting the portability and settings in which it can be used.[597]

---

[591] *See, e.g.*, Frederic Lardinois, "Adobe is bringing Photoshop CC to the iPad," *TechCrunch*, October 15, 2018, https://techcrunch.com/2018/10/15/adobe-is-bringing-photoshop-cc-to-the-ipad/.

[592] "Using Google Docs on a mobile device," *GCF Global*, https://edu.gcfglobal.org/en/googledocuments/using-google-docs-on-a-mobile-device/1/ ("It may be difficult to create a complex document from scratch on the Google Docs [mobile] app. However, it's still a great tool for viewing your documents and doing some quick editing."); Walter Glenn, "What's the Difference Between Microsoft Office's Desktop, Web, and Mobile Apps?," *How-To Geek*, December 2, 2017, https://www.howtogeek.com/334597/whats-the-difference-between-microsoft-offices-desktop-web-and-mobile-apps/ (The Office 365 Mobile Apps "offer a more limited feature set than their full desktop counterparts"); "What are the differences between the Windows and iPad OS versions of Office/Microsoft 360 apps (like ms word, excel, etc)?," *Microsoft Community*, September 7, 2023, https://answers.microsoft.com/en-us/msoffice/forum/all/what-are-the-differences-between-the-windows-and/55513bcf-8038-4c1c-930e-2277c473e3a8.

[593] APL-EG_07351498 at -499. Mac conversion rate is defined as "new Mac purchases by customers who owned Macs, iPADs, iPhone, iPOD or a combination of the above."

[594] APL-EG_05572697 at -713.

[595] APL-EG_05572697 at -701. 89 percent is obtained by summing the percentages reported for "iPad" (43 percent), "Other tablet-not iPad" (7 percent) and "It did not replace any devices" (39 percent). 7 percent is obtained by summing the percentages reported for "Windows laptop (net)" (4 percent) and "Mac notebook (net)" (3 percent).

[596] Manish Kumar Saini, "Difference between Desktop and Tablet," *TutorialsPoint*, March 27, 2023, https://www.tutorialspoint.com/difference-between-desktop-and-tablet.

[597] Manish Kumar Saini, "Difference between Desktop and Tablet," *TutorialsPoint*, March 27, 2023, https://www.tutorialspoint.com/difference-between-desktop-and-tablet.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Depending on its hardware components, I understand that a desktop PC can typically handle much more computationally intensive tasks relative to tablets.[598] In contrast, as discussed in the previous section, tablets are portable devices which allow users to interface via touch and carry a rechargeable battery so that the device need not be plugged in to operate.[599] I understand that their computational capabilities are more limited relative to desktop PCs, but they allow easy use in a wide variety of settings.[600]

293. Internal Apple research also supports the non-substitutability between tablets and desktop PCs. A survey of iPad buyers in June 2019 conducted by Apple reports that among surveyed US iPad buyers in 2019 Q2, only around 1 percent bought an iPad to replace a Mac desktop or Windows desktop.[601] Even among the small share of 13 percent of U.S. consumers who considered other devices when buying an iPad, only 11 percent of such consumers considered Mac or Windows desktops as an alternative device.[602]

---

[598] Manish Kumar Saini, "Difference between Desktop and Tablet," *TutorialsPoint*, March 27, 2023, https://www.tutorialspoint.com/difference-between-desktop-and-tablet. *See also,* "Difference between Desktop and Tablet," *GeeksforGeeks*, March 20, 2024, https://www.geeksforgeeks.org/difference-between-desktop-and-tablet/ ("[A PC] gives better performance as more upgrade options are available.").

[599] Manish Kumar Saini, "Difference between Desktop and Tablet," *TutorialsPoint*, March 27, 2023, https://www.tutorialspoint.com/difference-between-desktop-and-tablet.

[600] Manish Kumar Saini, "Difference between Desktop and Tablet," *TutorialsPoint*, March 27, 2023, https://www.tutorialspoint.com/difference-between-desktop-and-tablet. *See also,* "Difference between Desktop and Tablet," *GeeksforGeeks*, March 20, 2024, https://www.geeksforgeeks.org/difference-between-desktop-and-tablet/ ("[A tablet] is easily portable … [A PC] gives better performance as more upgrade options are available.").

[601] APL-EG_05572697 at -701.

[602] APL-EG_05572697 at -713 and at -714.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### VI.B.1.d. Gaming Consoles Are Not Close Substitutes for Tablets

294. I understand that, while both tablets and gaming consoles allow users to select and play a variety of games, the two devices are not close substitutes for most users due to differences in technical and functional features. Evidence from industry periodicals states that a gaming console is bundled with a gaming controller that allows diverse combinations of inputs from the user.[603] I understand that, while tablets can be connected with gaming controllers, they are often sold separately and are non-proprietary with many tablet games not designed to be played with a controller.[604] I further understand that a console is designed to handle more graphically intensive games with some consoles such as the PlayStation 5 containing graphic processors specially designed for the running of video games.[605] While a tablet allows users to easily access functionalities beyond gaming, I understand that a typical gaming console's functionality is very limited outside of gaming and is typically designed with only gaming in mind.[606] For example, numerous industry publications state that the Nintendo Switch does not easily allow users to surf the web.[607]

295. Survey evidence I have reviewed suggests gaming consoles and tablets also differ by their use and the demographics that choose to play games on each device. According to the NPD Gamer Segmentation report, consumers that have a more casual approach to gaming typically play

---

[603] *See, e.g.*, Dan Ackerman, "Unboxing the PS5: Everything in the box," *CNET*, October 27, 2020, https://www.cnet.com/tech/gaming/unboxing-the-ps5-everything-in-the-box/.

[604] *See, e.g.*, "Gaming Controllers – All Accessories," *Apple*, https://www.apple.com/shop/accessories/all/gaming; and "Mobile vs. Console Gaming: A Detailed Guide," *Juego Studios*, January 24, 2025, https://www.juegostudio.com/blog/mobile-games-vs-console-games.

[605] "Mobile vs. Console Gaming: A Detailed Guide," *Juego Studios*, January 24, 2025, https://www.juegostudio.com/blog/mobile-games-vs-console-games.

[606] "What is a tablet," *Lenovo*, https://www.lenovo.com/us/en/glossary/tablet/?orgRef=https%253A%252F%252Fwww.google.com%252F; "Definition of video game console," *PCMag*, https://www.pcmag.com/encyclopedia/term/video-game-console.

[607] Nikita Achanta, "Your Nintendo Switch has a secret web browser – here's where to find it," *Tom's Guide*, February 23, 2024, https://www.tomsguide.com/gaming/how-to-access-the-nintendo-switch-hidden-web-browser. While other console systems do allow web surfing, they are more functionally limited. For example, Microsoft Edge is available on Xbox but there are "[s]ome features that exist on other versions of Edge [that] aren't supported on the console version." *See* "How to use Microsoft Edge on Xbox," *Microsoft*, https://support.xbox.com/en-CA/help/hardware-network/console/use-microsoft-edge-on-xbox. Likewise, while the PlayStation 4 did have a dedicated web browser app, it was later removed for the PlayStation 5 as "players so rarely used it," forcing players to use a workaround to surf to web. *See* Adam Birney, "How to use the PS5 web browser," *Android Authority*, January 28, 2025, https://www.androidauthority.com/ps5-web-browser-3147042/.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

games through their tablet or phone.[608] However, as a consumer's interest towards gaming increases, they are more likely to adopt consoles as their system of choice.[609]

296.  Public articles within the gaming industry highlight how the most popular games on each device differ, which is reflective of the distinct gaming experiences provided by each device. Some popular titles on Xbox include *Call of Duty*, *Apex Legends*, and *Fortnite*.[610] I understand that these games are graphically intensive and require constant and diverse inputs from the player.[611] In contrast, the most popular game apps on the iPad are *Geometry Dash*, *Bloons TD 6*, and *Stardew Valley*.[612] I understand that these are less graphically demanding games with simple actions required from the player through touchscreen controls to allow ease of play in mobile settings.[613] I further understand that, even for games that are available on both consoles and tablets, the tablet versions tend to be more limited. For example, while *Stardew Valley* is offered for both console and tablet, the tablet version lacks a multiplayer feature, preventing players from playing with others.[614]

### VI.B.1.e. Apple and Industry Analysts Recognize the Existence of a Tablet Market

297.  My definition of a tablet market is corroborated by both Apple internal documents and industry analyses. In ordinary course documents, Apple frequently reports market shares for the U.S. "[t]ablet market" using the same IDC data presented in Section VI.B.2.a below.[615] Moreover, the

---

608   APL-APPSTORE_06131279 at -350-355. Notice the use of Phones/Devices as their preferred gaming system is much higher for "Free & Mobile Gamers" than it is for "Core Console Gamers." "Core Console Gamers" are reported to have the highest weekly average for time spent gaming at 24 hours, while "Free & Mobile Gamers" reported a weekly average for time spent gaming at 7 hours.

609   APL-APPSTORE_06131279 at -350-355. Notice the use of consoles as their preferred gaming system is much higher for "Core Console Gamers" than it is for "Free & Mobile Gamers."

610   "Most played games, Xbox," *Microsoft*, https://www.microsoft.com/en-ca/store/most-played/games/xbox.

611   "Mobile vs. Console Gaming: A Detailed Guide," *Juego Studios*, January 24, 2025, https://www.juegostudio.com/blog/mobile-games-vs-console-games.

612   "iPad Top Charts on the App Store," *Apple*, https://apps.apple.com/us/charts/ipad.

613   "Mobile vs. Console Gaming: A Detailed Guide," *Juego Studios*, January 24, 2025, https://www.juegostudio.com/blog/mobile-games-vs-console-games.

614   Jacquline Zalace and Sam Rawson, "Stardew Valley: 8 Biggest Differences Between The Mobile and PC Versions," *The Gamer*, February 24, 2025, https://www.thegamer.com/stardew-valley-mobile-pc-version-differences/. Stardew Valley uses the same version of the game for PC and consoles.

615   APL-EG_05565764 at -774. *See also* APL-EG_05537453 at -463; APL-EG_05542132 at -161; APL-EG_06407971 at -977-978; APL-APPSTORE_10851208 at -220.

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

tablet market is consistently considered separate from smartphones or PCs.[616] Further, Apple often lists "key tablet competitors" in these internal analyses, which consists of devices classified as tablets by the IDC data. For example, in August 2016, this included the Microsoft Surface, Samsung Galaxy Tab, Google Pixel C, and Amazon Kindle Fire.[617]

298. Similarly, I observe that third-party industry analysts treat the tablet market as its own economic entity, distinct from smartphones and PCs. For example, a research report from J.P. Morgan in September 2018 describes how Apple "created the tablet market" with the launch of the iPad, and reports Apple's share of the tablet market, again using IDC data.[618] An earlier report from Morgan Stanley in February 2011 also states that "Apple *was* the tablet market in 2010" while listing several emerging competitors, including the Blackberry Playbook and the Samsung Galaxy Tab.[619] These documents clearly support that a distinct tablet market is well recognized by both Apple and the industry.

### VI.B.1.f. The Relevant Geographic Market for Tablets is the United States

299. Similar to smartphones, many storefront retail outlets and websites only ship tablets to the designated country of the retail outlet. For example, Apple has a different version of their store website for each country and allows users to only ship to addresses that corresponds to the country of the given website.[620] Furthermore, iPads are subject to the same warranty restrictions as iPhones, where a warranty on an iPad can only be used in the country that it was originally purchased in.[621]

---

[616]   *See, e.g.,* APL-EG_06407971. *See also,* APL-EG_05565764; APL-EG_05537453; APL-EG_05542132; APL-APPSTORE_10851208.

[617]   APL-EG_09281937 at -942-944. *See also,* APL-EG_05534501 at -505-506.

[618]   APL-EG_09288721 at -797.

[619]   APL-EG_02988584 at -597.

[620]   *See, e.g.,* "Apple," *Apple,* https://www.apple.com/; "Apple (Canada)," *Apple,* https://www.apple.com/ca/. When choosing to buy a device from each website, a valid ZIP code from each country is required.

[621]   "Apple One (1) Year Limited Warranty," *Apple,* https://www.apple.com/legal/warranty/products/ios-warranty-document-us.html. In the agreement, Apple states that they "may restrict warranty services for iPhone, iPad, Apple TV, HomePod, and Apple Vision Pro to the country where Apple or its Authorized Distributors originally sold the device."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

300.  Due to the lack of close substitutes outside the United States, a hypothetical monopolist could profitably impose a SSNIP on all tablets sold in the United States. I thus conclude that the United States constitutes a relevant geographic market for tablets.

### VI.B.2. Indirect Evidence of Market Power

#### VI.B.2.a. Apple's Market Share in the Relevant Antitrust Market for Tablets Has Been Near or Above 50 Percent Throughout the Class Period

301.  Similar to the market shares calculated for the smartphones market, I rely on market shares calculated using both revenues and units for the tablet market since 2010, the year the iPad was launched.[622] Apple's U.S. market share by value of end-user spending is generally over 50 percent in the tablet market as depicted in Figure 9.[623] Similarly, Figure 10 shows that Apple's market share in units is generally above 30 percent, and has been above 50 percent the last two years. Apple's substantial and durable market share is supporting evidence of its market power in the tablet market.

**FIGURE 9: U.S. TABLET SHARES BASED ON VALUE BY OPERATING SYSTEM, 2010-2024**

| Operating System | Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] | [P] |
| iOS | 87% | 66% | 66% | 58% | 48% | 45% | 55% | 59% | 56% | 63% | 64% | 66% | 69% | 70% | 68% |
| Android | 10% | 29% | 31% | 33% | 39% | 33% | 29% | 25% | 22% | 19% | 22% | 22% | 22% | 22% | 23% |
| Windows | 3% | 2% | 2% | 8% | 13% | 22% | 17% | 15% | 21% | 18% | 13% | 12% | 9% | 8% | 9% |
| Others | | 3% | 2% | 0% | 0% | 0% | | | 1% | 0% | 1% | 0% | 0% | 0% | 0% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Source: Song 2025 Report, Section VI.C.

Notes: All shares are calculated based on shipment value and include both slate and detachable tablets. The IDC tablet data contain an "Others" OS category constructed by the IDC itself. I add to that category any operating system with a 2024 U.S. tablet share less than 1 percent. These operating systems include Chrome OS and Windows RT. Share estimates are rounded to the nearest whole number. Blank cells represent a zero share.

---

[622]  "Apple Launches iPad," Apple, January 27, 2010, https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

[623]  *See* Song 2025 Report, Section VI.C., Figure 16.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 155 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 10: U.S. TABLET SHARES BASED ON UNITS BY OPERATING SYSTEM, 2010-2024**

| Operating System [A] | Year | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 [B] | 2011 [C] | 2012 [D] | 2013 [E] | 2014 [F] | 2015 [G] | 2016 [H] | 2017 [I] | 2018 [J] | 2019 [K] | 2020 [L] | 2021 [M] | 2022 [N] | 2023 [O] | 2024 [P] |
| iOS | 77% | 47% | 46% | 42% | 35% | 30% | 32% | 34% | 37% | 45% | 39% | 41% | 45% | 52% | 51% |
| Android | 22% | 48% | 51% | 54% | 58% | 58% | 61% | 59% | 54% | 49% | 55% | 54% | 51% | 44% | 45% |
| Windows | 1% | 1% | 1% | 4% | 7% | 12% | 7% | 7% | 8% | 6% | 5% | 5% | 4% | 4% | 4% |
| Others | | 4% | 2% | 0% | 0% | 0% | | | 1% | 0% | 1% | 0% | 0% | 0% | 0% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Source: Song 2025 Report, Appendix E.2.

Notes: All shares are calculated based on units shipped and include both slate and detachable tablets. The IDC tablet data contains an "Others" category constructed by the IDC itself. Any operating system with a 2024 U.S. tablet share less than 1 percent based on value is added to that category. These operating systems include Chrome OS and Windows RT. Share estimates are rounded to the nearest whole number. Blank cells represent a zero share.

302. As in the case for smartphones, Apple has repeatedly stated that it does not believe the iPad competes with entry-level, low-price tablets, stating that "where [Apple] compete[s], [Apple] win[s]: >$200 iPad has significant share: 85%."[624] Apple cites this $200 threshold repeatedly in its discussion of iPad demand and market shares.[625] This suggests it may also be possible to define the relevant tablet foremarket more narrowly, but Apple's substantial market power in the broader market presented in Figure 9 and Figure 10is sufficient for this analysis.

---

[624] Similar to the smartphone market, the prices of tablets can vary considerably depending on the variety of features they offer. For example, an Amazon Fire HD 10 tablet retails for $154.99, while an Apple iPad Pro can retail for up to $2599. *See* "Amazon Fire HD 10 tablet (newest model) built for relaxation, 10.1" vibrant Full HD screen, octa-core processor, 3GB RAM, 32 GB, Black, without lockscreen ads," *Amazon*, https://www.amazon.com/Amazon_Fire_HD_10/dp/B0CCZWKB91/; "Buy iPad Pro," *Apple*, https://www.apple.com/shop/buy-ipad/ipad-pro/13-inch-display-2tb-silver-wifi-cellular-nano-texture-glass. The price assumes 13-inch screen, 2TB of storage, nano-texture glass, cellular capabilities, no pencil, and no keyboard. More expensive tablets typically boast "more sophisticated display technology, strong processing, more storage options, better camera and audio quality," and several other features to warrant the premium consumers pay. *See* "Why Are Some Tablets More Expensive?," *Medium*, October 7, 2024, https://medium.com/@links2media786/why-are-some-tablets-more-expensive-b065851568d4; APL-EG_07452575 at -585.

[625] *See, e.g*., APL-EG_07452575 at -585; APL-EG_09278875 at -897; APL-EG_09281280 at -292; APL-EG_07462474 at -486; and APL-EG_09287894 at -921.

### VI.B.2.b. Potential Entrants in the Relevant Antitrust Market for Tablets Face Significant Entry Barriers

303.  As I explained in Section VI.A.3.b, market power can be maintained through natural or artificial barriers that hinder the entry of potential rivals. These barriers may include significant upfront costs to reach a certain scale, which may be prohibitive for new entrants.[626] The barriers to entry may also include challenges in attracting developers to create apps for operating systems different from iOS and Android. If tablet manufacturers fail to build relationships with developers and, as a result, have a limited selection of apps, their tablets will likely be less attractive to users. In addition, consumers face substantial switching costs when migrating between different operating systems, thus tablet manufacturers face substantial costs inducing customers to switch. These switching costs create "lock-in" effects, as described in Section V.B.2.b.

304.  In the tablet market, there are some examples of failed attempts of entry by other manufacturers that relate to the entry barriers discussed above.

- In 2011, HP launched the TouchPad but withdrew it from the market within the same year.[627] A contributing factor to its failure was the TouchPad's use of the WebOS operating system,

---

[626] *See, e.g*., APL-EG_09470226 at -227 ("Even before the new iPad, rivals were having a hard time matching Apple's prices while still making a profit. ... Because Apple has used its plentiful cash to corner the market on key tablet components—like touch-screen displays—many competitors will find that the only way to make a tablet with comparable features but a lower price is to sell it at a loss. You can't do that unless you have some other way to make money, like a big digital media store."); Jenna Wortham, "So Far Rivals Can't Beat iPad's Price," *The New York Times*, March 7, 2011, https://www.nytimes.com/2011/03/07/technology/07tablet.html ("Apple's deep pockets — a staggering $60 billion in cash reserves — have allowed it to form strategic partnerships with other companies to buy large supplies of components, for example, expensive flash memory. By doing this, the company probably secures a lower price from suppliers, ensuring a lower manufacturing cost. ... Apple has sidestepped high licensing fees for other items it needs, like the A4 and A5 processors within the iPads. Those parts, designed in-house at Apple by a company that Apple bought, are among the costlier components needed to make a tablet computer. … Shelling out billions of dollars to build glossy retail stores or to make investments in chip processors is not an option for a smaller company[.]"); APL-APPSTORE_10810514 at -531 ("Apple, the tablet leader, has a significant hardware cost advantage due to its enormous scale and sourcing agreements. Apple enjoys a manufacturing advantage over competing tablets with similar performance specs, mainly due to its sourcing agreements for displays, NAND flash, and other components. Apple's BOM advantage forces handset and PC OEMs to choose between preserving margins and competing for unit volumes on price — while Apple has done well on both fronts. It will be critical for other tablet vendors to achieve scale if they wish to compete in the tablet market.").

[627] APL-APPSTORE_10810514 at -528; Brian X. Chen, "In Flop of H.P. TouchPad, an Object Lesson for the Tech Sector*," The New York Times*, January 2, 2012, https://www.nytimes.com/2012/01/02/technology/hewlett-packards-touchpad-was-built-on-flawed-software-some-say.html.

---

Written Evidence of Joseph E. Stiglitz, PHD

No. 4:11-cv-06714-YGR | Page 157 of 193

which was unable to attract many developers, thus it had fewer apps than Apple and Android tablets, making it less appealing to users.[628]

- The Motorola Xoom tablet also entered and exited the market in 2011.[629] Its failure can be attributed to multiple factors, including its higher price compared to the iPad, which stems from the lack of scale to buy components at a discount or design more components in-house, leading to higher manufacturing costs.[630]

305. While there has been successful entry into the tablet market, these entries have not eroded Apple's market share in the tablet market, which has remained above 50 percent for most of the

---

[628] Jessica Davis, "Why HP's TouchPad Tablet Failed," *Channel Insider*, August 23, 2011, https://www.channelinsider.com/tech-companies/hp-touchpad-tablet-fails/ ("While Apple's App Store and the Android Marketplace claimed hundreds of thousands of apps, WebOS only had 6,000 to start with."); Brian X. Chen, "In Flop of H.P. TouchPad, an Object Lesson for the Tech Sector," *The New York Times*, January 2, 2012, https://www.nytimes.com/2012/01/02/technology/hewlett-packards-touchpad-was-built-on-flawed-software-some-say.html ("But a former member of the WebOS app development team said the core issue with WebOS was actually Palm's inability to turn it into a platform that could capture the enthusiasm and loyalty of outside programmers. There were neither the right leaders nor the right engineers to do the job, said this person, who declined to be named because he still had some ties to H.P."); Charles Arthur, "HP TouchPad tablet – review," *The Guardian*, June 30, 2011, https://www.theguardian.com/technology/2011/jun/30/hp-touchpad-tablet-review ("The HP app store (called the HP App Catalog) is nearly as empty as the RIM PlayBook's one. There's nothing like the range of apps that you can find on Android – or, of course, in Apple's store.").

[629] Bonnie Cha, "Motorola Xoom available Feb. 24 from Verizon, $600 with contract," *CNET*, February 22, 2011, https://www.cnet.com/tech/mobile/motorola-xoom-available-feb-24-from-verizon-600-with-contract/; Alan Friedman, "Motorola to halt production of XOOM tablet after June?," *Phone Arena*, March 22, 2011, https://www.phonearena.com/news/Motorola-to-halt-production-of-XOOM-tablet-after-June_id17615.

[630] The Xoom may have been more expensive to manufacture than the iPad in part because Apple has the scale to buy components at a discount and designs the processor internally. *See* Jenna Wortham, "So Far Rivals Can't Beat iPad's Price," *The New York Times*, March 7, 2011, https://www.nytimes.com/2011/03/07/technology/07tablet.html ("The Motorola Xoom and the Samsung Galaxy Tab were introduced recently, both to generally good reviews but at higher prices. ... Apple's deep pockets — a staggering $60 billion in cash reserves — have allowed it to form strategic partnerships with other companies to buy large supplies of components, for example, expensive flash memory. By doing this, the company probably secures a lower price from suppliers, ensuring a lower manufacturing cost. ... Apple has sidestepped high licensing fees for other items it needs, like the A4 and A5 processors within the iPads. Those parts, designed in-house at Apple by a company that Apple bought, are among the costlier components needed to make a tablet computer. … Shelling out billions of dollars to build glossy retail stores or to make investments in chip processors is not an option for a smaller company like Motorola, which recently spun its mobile devices business into its own independent sector.").

*See also,* Rob Enderle, "Incomplete and overpriced: How Motorola doomed the Xoom," *Digital Trends,* April 12, 2011, https://www.digitaltrends.com/mobile/incomplete-and-overpriced-how-motorola-doomed-the-xoom/ ("There has been an assumption that the Xoom costs substantially more than the iPad to build, which is why Motorola initially priced it well above the iPad. However, I just saw recent analysis that said it only cost $26 more, making Motorola's high-price strategy even more difficult to understand. Apple sets the premium price point. You can't successfully price above Apple unless you have something that is substantially better, and the Xoom wasn't.").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Class Period.[631] Apple's market share in the tablet market has remained high for a few reasons. First, Apple's substantial financial resources set a higher standard for the level of upfront investments required by existing and potential competitors to remain competitive.[632] Second, the iPad has a "vast selection of high-quality apps optimized for iPads" that helped Apple maintain its market share.[633] Since the iPhone was launched earlier than the iPad, Apple had a first mover advantage in attracting developers to create apps for the iOS.[634] Given the popularity of the iPhone and later iPad, Apple accumulated and continues to accumulate a critical mass of developers for iOS devices. This has contributed to a vast number of apps developed and adapted

---

[631] For example, Samsung successfully entered the tablet market in 2010 and in 2024 had a market share of 15 continued success in the tablet market: Brand Recognition[,]… Ecosystem Integration[,]… App Ecosystem percent, Amazon entered in 2011 and in 2024 had a market share of 2 percent, Microsoft entered in 2012 and in 2024 had a market share of 8 percent, and in 2020 TCL entered the tablet market, and in 2024 had a market share of 3 percent. Market shares based on dollar value of U.S. tablet shipments. *See* Song 2025 Report, Section VI.C., Figure 16. *See also,* Diego Martinez, "iPad Still Has Huge Market Share in the Tablet Industry," *SimplyMac*, July 15, 2024, https://www.simplymac.com/ipad/ipad-market-share ("Several factors contribute to Apple's [,]… Hardware and Software Innovation[, and]… Marketing and Distribution").

[632] *See, e.g*., APL-EG_09470226 at -227 ("Even before the new iPad, rivals were having a hard time matching Apple's prices while still making a profit. ... Because Apple has used its plentiful cash to corner the market on key tablet components—like touch-screen displays—many competitors will find that the only way to make a tablet with comparable features but a lower price is to sell it at a loss. You can't do that unless you have some other way to make money, like a big digital media store."); Jenna Wortham, "So Far Rivals Can't Beat iPad's Price," *The New York Times*, March 7, 2011, https://www.nytimes.com/2011/03/07/technology/07tablet.html ("Apple's deep pockets — a staggering $60 billion in cash reserves — have allowed it to form strategic partnerships with other companies to buy large supplies of components, for example, expensive flash memory. By doing this, the company probably secures a lower price from suppliers, ensuring a lower manufacturing cost. ... Apple has sidestepped high licensing fees for other items it needs, like the A4 and A5 processors within the iPads. Those parts, designed in-house at Apple by a company that Apple bought, are among the costlier components needed to make a tablet computer. … Shelling out billions of dollars to build glossy retail stores or to make investments in chip processors is not an option for a smaller company[.]"); APL-APPSTORE_10810514 at -531 ("Apple, the tablet leader, has a significant hardware cost advantage due to its enormous scale and sourcing agreements. Apple enjoys a manufacturing advantage over competing tablets with similar performance specs, mainly due to its sourcing agreements for displays, NAND flash, and other components. Apple's BOM advantage forces handset and PC OEMs to choose between preserving margins and competing for unit volumes on price — while Apple has done well on both fronts. It will be critical for other tablet vendors to achieve scale if they wish to compete in the tablet market.").

[633] Diego Martinez, "iPad Still Has Huge Market Share in the Tablet Industry," *SimplyMac*, July 15, 2024, https://www.simplymac.com/ipad/ipad-market-share ("App Ecosystem: The App Store offers a vast selection of high-quality apps optimized for iPads, catering to diverse needs and interests."). *See also,* Chris Welch, "Latest IDC numbers reiterate Apple's dominance of tablet market," *The Verge*, July 31, 2021, https://www.theverge.com/2021/7/31/22603371/apple-ipad-tablet-shipments-samsung-amazon-q2-2021.

[634] "Apple Reinvents the Phone with iPhone," *Apple Newsroom*, January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/; "Apple Launches iPad," Apple, January 27, 2010, https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

for iPads.[635] Third, the significant switching costs and iOS ecosystem lock-in, discussed in Section V.B.2.b, further insulate Apple from its competitors.[636]

## VII. Consumers Face Information Frictions and Significant Switching Costs When Purchasing iOS Devices

306. In Section VI, I detailed evidence of Apple's market power in the smartphone and tablet foremarkets and concluded that Apple's market power in the foremarkets prevents consumers from effectively disciplining Apple's anticompetitive conduct in the aftermarket. In the following subsections, I explore two related explanations for the low demand elasticities observed for iPhones and iPads, which enable Apple to exercise monopoly power in the aftermarket without discipline from the foremarket. First, economic evidence indicates that consumers do not or cannot account for all relevant factors affecting their aftermarket spending at the time of their foremarket purchase due to substantial information frictions. Second, even if consumers become aware of Apple's aftermarket restrictions and the associated costs, they face significant switching costs that make it difficult to switch to a non-iOS mobile device.

307. In Section VII.A, I review the evidence on consumers' inability to accurately predict the costs of iOS apps and in-app content at the time of their foremarket purchase. This evidence suggests that they are unlikely to accurately incorporate aftermarket pricing into their foremarket purchase decision.

308. In Section 339, I discuss the evidence on consumers' general unawareness of Apple's anticompetitive restrictions in the aftermarket. As a result, they are unlikely to incorporate this information into their foremarket purchase decision.

---

[635] *See, e.g.*, Charles Arthur, "HP TouchPad tablet – review," *The Guardian*, June 30, 2011, https://www.theguardian.com/technology/2011/jun/30/hp-touchpad-tablet-review ("The HP app store (called the HP App Catalog) is nearly as empty as the RIM PlayBook's one. There's nothing like the range of apps that you can find on Android – or, of course, in Apple's store.").

[636] *See* Diego Martinez, "iPad Still Has Huge Market Share in the Tablet Industry," *SimplyMac*, July 15, 2024, https://www.simplymac.com/ipad/ipad-market-share ("Brand Recognition: Apple's strong brand reputation and loyal customer base play a crucial role in driving iPad sales. Ecosystem Integration: The seamless integration between iPads and other Apple devices, like iPhones and Macs, enhances the user experience and encourages brand loyalty."). I discussed the lack of interoperability between iOS and non-iOS devices above in Section V.B.2.b.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

309. I have already shown that consumers face significant costs to switching from an iOS device to a non-iOS device in Section V.B.2.b. In Section VII.C339, I explain how significant switching costs limit consumers' ability to discipline Apple's conduct even if they discover supracompetitive aftermarket pricing after their initial foremarket purchase.

310. As such, even setting aside Apple's market power in the smartphone or tablet markets, consumers would still be unable to effectively discipline Apple's conduct in the aftermarket because these frictions prevent consumers from jointly maximizing their utility in the foremarkets and aftermarket.

## VII.A. Consumers Cannot Accurately Predict the Costs of Using iOS Devices When Making Their Foremarket Purchasing Decisions

311. In this section I present evidence from the economic literature, analyses performed by Dr. Song, Professor McFadden, and Professor Chen, and the Hoyer Survey to show that, due to significant information costs, it is unlikely consumers are able to accurately predict the life-cycle cost of using their iOS devices at the time of their foremarket purchase.

312. In Section VII.A.1, I review the evidence that the life-cycle cost of using an iOS device is complex and costly to calculate. To accurately forecast the life-cycle costs at the time of the foremarket purchase, consumers would need to know how they will use their iOS device, what apps and in-app content will be available, and how much these apps and in-app content will cost. In Section VII.A.2, I show that the landscape of available apps and in-app content evolved rapidly over time in ways that made it essentially impossible to accurately predict life-cycle costs. In Section VII.A.3, I detail how consumers generally fail to accurately predict the life-cycle costs of using durable goods like the iPhone or iPad, and may not even attempt to calculate them, particularly when these life-cycle costs involve high information and processing costs.

### VII.A.1. The Life-Cycle Cost of Using iOS Devices is Complex and Difficult to Calculate

313. The life-cycle costs of iOS devices include spending on a large number of distinct iOS apps and in-app purchases. Consumers would need to know, at the time of their foremarket purchase,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

which apps they will download and how they will use those apps to predict their spending.[637] Apple reported that there were over 1.8 million apps available on the App Store worldwide as of 2023.[638] Moreover, there are a large number of options for in-app purchases—the App Store transaction data shows that there were over one million different in-app purchase offerings with at least one observed purchase in 2023.[639] As Professor Chen discusses in his expert report, the variety of purchase options available to iOS device users makes it challenging for them to accurately predict which apps they will use and how much they will spend in the aftermarket.[640]

314. This diverse array of iOS apps and in-app content varies substantially in the pricing mechanisms used to monetize them, which makes predicting future spending difficult for consumers whose purchases span multiple apps and app genres.[641] Professor Chen describes how some apps offer recurring subscriptions, such as newspaper apps or TV streaming apps, while others offer a menu of consumable in-app purchases.[642] These include many of the top apps by total revenue, which can involve a large number of irregular, but repeated purchases.[643]

315. Professor Chen details how each of these pricing mechanisms requires a different process for calculating expected costs. For example, accurately predicting spending on subscriptions requires adding together monthly payment prices and accurately predicting the number of months the consumer will remain subscribed.[644] Apps with consumable in-app purchases, such as a "Pile of Gems" for Clash of Clans or "Coins" for TikTok, require a detailed understanding of how often

---

[637] Note that Apple does not appear to provide customers with estimates of these costs. *See* Fischer Deposition, Volume 1, 133:22-134:17 ("Q. Do you know of any information available to a consumer as to what they are likely to spend on apps over any kind of periodic basis … ? … THE WITNESS: No. We don't -- we don't publish or I guess, forward looking behavior around what a consumer would spend"), 136:9-17 ("Q. Are there any -- are you aware of any information that Apple provides to customers, estimating for them what they are likely to spend apps on any kind of periodic basis? … THE WITNESS: I believe I answered that before, but again. No. We don't publish forward looking things, we don't -- we don't read people's minds.").

[638] "2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

[639] *See* Song 2025 Report, Section II.A., Figure 2.

[640] *See* Chen Report, Section III.C.

[641] *See* Chen Report, Section III.C.2.

[642] *See* Chen Report, Section III.C.2.

[643] *See* Chen Report, Section III.C.2. *See also,* APL-APPSTORE_10995716 at -717.

[644] *See* Chen Report, Section III.C.2. ("To predict spending on subscriptions over the life-cycle of the device, a consumer needs to know the set of app services or features to which she will subscribe, the current price of the subscriptions, the price of the subscriptions in the future, and how long she will remain subscribed.").

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the consumer is likely to use these items and needs to repurchase them.[645] This variation makes spending more difficult to predict because future usage involves a number of distinct behaviors, all of which consumers struggle to accurately predict.[646]

316. Even if a consumer were able to accurately predict their usage, the wide array of iOS app and in-app content options on the App Store creates substantial processing costs, as it requires effort and cognitive resources to predict and add together a large number of costs from different sources.[647] Further, as Professor Chen illustrates, accurate pricing for many apps and in-app content can be difficult to determine, as there are often a large number of similar in-app purchase options, inconsistent prices, and offerings where the most cost-effective bundle may not be obvious.[648]

317. Professor Chen also explains how in-app content prices are hidden behind a long series of clicks for non-iPhone users, and how even current iPhone users must scroll to the bottom of the app description page on the App Store and tap to display a submenu to view them.[649] This is consistent with the literature on shrouded add-on prices, which suggests that firms will exploit consumers by obscuring information, which adds to the processing cost of accurately predicting the life-cycle costs of using an iOS device.[650]

318. Furthermore, new iOS apps and in-app content are constantly being created. It is extremely challenging for an individual to accurately anticipate whether there will be a new app or in-app content that he might wish to purchase or how much he might spend on these products. I discuss this point further in the following subsection.

---

[645] *See* Chen Report, Section III.C.2., Figure 8 and Figure 9.

[646] I understand Professor Chen reaches a similar conclusion regarding the added difficulty of predicting a variety of distinct behaviors. *See* Chen Report, Section III.C.2.

[647] *See* Chen Report, Section III.C.2.

[648] *See, e.g.*, Chen Report, Section III.C.2., Figure 8 and Figure 9.

[649] *See, e.g.*, Chen Report, Section III.C.2., Figure 10.

[650] *See* Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## VII.A.2. The Landscape of Available iOS Apps and In-App Content Evolved Rapidly Over Time

319.  In the previous subsection, I discussed how the large number of purchase options and pricing mechanisms make it costly for consumers to calculate the life-cycle costs of using iOS devices, especially at the time of their foremarket purchase. Additionally, the rapidly evolving landscape of available iOS apps and in-app content has made it even more challenging to accurately forecast life-cycle costs at the time of any one particular foremarket purchase. In this subsection, I show that since the inception of the App Store, the availability and costs of iOS apps and in-app content have evolved in ways consumers would likely have had difficulty predicting, which makes estimating their life-cycle costs even more challenging.

320.  First, when Apple introduced the first generation iPhone in 2007, the App Store did not exist. Shortly thereafter, apps quickly became an important source of functionality for iPhone users, and both the number of apps and the spending on those apps experienced significant growth that even Apple's own executives did not predict. In Section VII.A.2.a, I discuss the evidence of this growth and find that it is unlikely that early adopters of the iPhone could have predicted itVII.A.2.a.

321.  Second, different types of iOS apps and in-app content were added to the App Store over time and their popularity changed rapidly, increasing the difficulty for consumers to accurately predict which purchases they were likely to make at the time of their foremarket purchases. This makes it even more unlikely that iOS device users can accurately forecast life-cycle costs. In Section VII.A.2.b, I discuss the evidence for the changing variety of apps in more detailVII.A.2.b.

322.  Third, app developers' monetization strategies evolved over time, shifting spending from mostly paid-to-download apps, with fixed upfront costs, to free-to-download apps with paid in-app content, the costs of which may vary over time and are more likely to be hidden from consumers. In such situations, consumers are even less likely to be able to accurately anticipate future spending. In Section VII.A.2.c, I review the evidence for the shift from apps that require upfront payments towards free-to-download apps with paid in-app contentVII.A.2.c.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### VII.A.2.a. Apple Itself Did Not Envision the Growth of Apps in the Early Years of the iPhone

323. When the first generation of iPhone was introduced in 2007, Apple did not have its own app store.[651] After its initial introduction in 2008, the size and scope of the App Store rapidly expanded. In the first five years after the App Store's introduction, total App Store revenue grew from only $0.2 billion in 2009, the first full year of data, to $4.4 billion by 2014.[652]

324. This increase in scale was accompanied by an expansion in the number of different iOS apps available. The App Store launched with approximately 500 apps, and quickly grew to over one million different apps by 2013.[653] As Professor Chen discusses in his report, the number of different purchase components significantly increases the processing costs required for accurate life-cycle cost calculations.[654] This suggests consumers that already struggled with spending calculations would have even more difficulty as the App Store expanded.

325. Furthermore, this growth would have been difficult to predict for consumers of the first generation of iPhones. Evidence suggests that Apple itself did not envision or foresee the rate at which sales grew for iOS apps and in-app content. According to Scott Forstall, former Senior Vice-President of Software at Apple, Apple's senior executives, including Apple's co-founder, did not foresee the extent to which the App Store would develop or the variety of apps that would become available.[655] He stated:

> "I think it's hard for anyone to imagine something as big as it's become… at the beginning we hoped for hundreds [of apps]. At some point, I started -- Steve [Jobs] started asking me to build things and I kept saying, well, there's an app for that. We don't have to build that, there's an app for that. And -- and

---

[651]  *See* Section II.B.

[652]  *See* Song 2025 Report, Section II.A.

[653]  "The App Store turns 10," *Apple Newsroom*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/; Nathan Ingraham, "Apple announces 1 million apps in the App Store, more than 1 billion songs played on iTunes radio," *The Verge*, October 22, 2013, https://www.theverge.com/2013/10/22/4866302/apple-announces-1-million-apps-in-the-app-store. *See also,* Song 2025 Report, Section II.A., Figure 1.

[654]  *See* Chen Report, Section III.C.1.

[655]  Forstall Deposition, Volume 1, 90:19-90:22.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

> the fact that there are so many apps for so many things now is -- is truly fantastic."[656]

326. If Apple executives did not predict this growth, the owners of the early generations of iPhone could likely not have predicted it either, making accurate forecasts of life-cycle costs difficult. To accurately predict future life-cycle spending at the time of their foremarket purchase, early iOS device users would have to foresee the introduction of the App Store, anticipate which apps would be available, and accurately account for their prices in their predictions, which is extremely unlikely.

### VII.A.2.b. The Variety of Popular Apps and App Genres Has Changed Significantly Over Time

327.

328.

---

656  Forstall Deposition, Volume 1, 124:17-125:7.

657  Figure 11 is reproduced from Professor Chen's Tables 4, 5, and 6, based on Dr. Song's Figure 6.

658  *See* Song 2025 Report, Section II.A., Figure 6 and 9. Percentages are calculated by total spend from top 10 apps from each time period in Figure 6 / (sum of iPhone and iPad gross revenue for the same time period in Figure 9). For 2009 – 2013, $1.1 billion / $6.1 billion = 18%, for 2014 – 2018, $7.8 billion / $40.9 billion = 19%, and for ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 11: TOP 10 APPS BY SPEND, FIVE-YEAR PERIOD**
**2009 TO 2013**



Source: Chen Report Table 4, 5, and 6, based on Song Report Figure 6.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Notes: Blue highlighting has been added to indicate apps that remained in the top ten from the previous period.

329. Similarly, the genres represented in the top ten apps have changed significantly over time. In the first five full years of the App Store, it was almost exclusively gaming apps and one music streaming app, but ███████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ██████████████

330. This variety of new genres encompasses a wider variety of contexts for consumption. iOS devices that originally were used by some individuals primarily for gaming may now be part of a user's consumption of television or their dating life.[659] These new uses for iOS devices may involve different spending opportunities, such as paying to increase the chances of a successful match on Tinder.[660] This new spending would have been very difficult to forecast, as a typical consumer would have to incur significant costs to acquire the information necessary to accurately predict App Store spending through changes in apps, app genres, and content offerings, and consumer preferences.

331. Finally, this diversification of app genres accompanied enormous variability in monetization practices. As the landscape of the most popular apps evolved, there was a marked increase in the number apps being monetized with consumable in-app items or recurring subscriptions, and it became increasingly likely that consumers would be spending on apps with more than one type of monetization.[661] As I discuss in Section VII.A.1 above, and Professor Chen describes in more detail, this increase in the diversity of pricing mechanisms used to monetize apps significantly raises the cost of accurately estimating future spending, which makes it significantly less likely over time that consumers will be able to predict the life-cycle costs of using iOS devices.[662] This likely offsets any additional experience a user gains that might otherwise make life-cycle costs easier to predict on subsequent foremarket purchases.

---

[659]   *See* Chen Report, Section III.C.1.
[660]   *See* Chen Report, Section III.C.2.
[661]   *See* Chen Report, Section III.C.2.
[662]   *See* Chen Report, Section III.C.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### VII.A.2.c. iOS App Monetization Practices Changed in Ways that Reduced Pricing Transparency and Increased Search and Information Costs

332. Beginning in 2010, there was a marked change in app developers' monetization practices.[663] In particular, there was a notable shift from paid-download apps, the majority without in-app purchases, to free-to-download apps with in-app purchases, or the "freemium" model. By 2012, freemium apps overtook paid-download apps, with and without in-app purchases combined, as the largest source of revenue by app type.[664] By 2019, almost all App Store revenue was generated by free-download apps via in-app purchases.[665]

333. The shift in monetization from paid-download apps with only upfront costs to free-download apps with in-app purchases significantly increased the processing costs of forecasting the life-cycle costs of using iOS devices. This is because in-app purchases offer a much larger variety of possible purchases, which I discussed in Section VII.A.1. As Professor Chen details in his report, this is also because the menu of possible purchases and their associated prices are (1) more difficult to find, and (2) more difficult to understand than paid app prices.[666] I summarize this evidence below.

334. First, for a consumer that has not yet downloaded a particular app, a substantial amount of effort is required to find the menu of available in-app content and their prices. Professor Chen shows that while the price of paid apps is visible immediately upon searching for an app or when browsing in the App Store, the available in-app purchases and their prices are hidden behind a submenu near the bottom of the app's description page.[667] Finding these prices involves even more steps for non-iOS device owners, such as a consumer considering their first iPhone purchase who does not have access to the App Store directly.[668]

---

[663]  *See* Song 2025 Report, Section II.A., Figure 4. *See also,* Section II.B

[664]  *See* Song 2025 Report, Section II.A., Figure 4.

[665]  *See* Song 2025 Report, Section II.A., Figure 4.

[666]  *See* Chen Report, Section III.C.2.

[667]  *See* Chen Report, Section III.C.2., Figure 11.

[668]  *See* Chen Report, Section III.C.2., Figure 10.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

335.  Second, even if a consumer undertakes the steps necessary to find the in-app purchase menu, the purchase options listed are often limited and uninformative for inexperienced users of the app. For example, the in-app purchase menu only displays ten items, which may be a small portion of all available purchases, such as for the many games that sell numerous in-app items.[669]

336.  For the ten purchase options that are visible, Professor Chen describes how it is often unclear what these items are or what they are used for. For example, in the popular game Minecraft, seven of the ten purchase options listed simply say "Minecraft Store Item" followed by a number (*e.g.,* "Minecraft Store Item 2" is the first option listed).[670] In some cases it may not even be possible to know exactly what is available for purchase, such as when in-app purchases are offered through intermediary in-app currencies.[671] For example, the popular game Roblox offers only varying quantities of "Robux," which are later exchanged for various forms of in-app content while playing.[672] For iOS device users who have not yet downloaded the app, there is no way to know, from within the App Store, what sort of content this might be.

337.  Furthermore, even for apps with more limited in-app purchases, the menu of available options often contains duplicate listings with seemingly inconsistent pricing, including ████████████ ███████████████████████████[673]██████████████████████████████████████ ███████████████████████.[674]███████████████████████████████████ █████████████████████████████████████████████████████████████████ █████████████████████████████████

338.  Furthermore, these changes highlight that even experienced iOS device users likely struggle to predict their spending. Many of these in-app purchases are designed to induce impulse buys.[675] For example, when Candy Crush Saga users fail a level five times, they are prompted to make an

---

[669]  *See* Chen Report, Section III.C.2., Figure 11.
[670]  *See* Chen Report, Section III.C.2., Figure 11.
[671]  *See* Chen Report, Section III.C.2.
[672]  *See* Chen Report, Section III.C.2. Note that this is a widespread practice, as, for example, nine of the top twenty apps all-time appear to offer in-app currencies among the listed purchase options.
[673]  *See* Chen Report, Section III.C.2.
[674]  *See* Chen Report, Section III.C.2., Figure 8.
[675]  *See* Chen Report, Section III.C.2.

Written Evidence of Joseph E. Stiglitz, PHD                     No. 4:11-cv-06714-YGR | Page 171 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

in-app purchase or are forced to wait thirty minutes before they can continue playing.[676] The likelihood that a user makes these purchases depends on their skill level, available time, and interest in the game, all of which may vary over time.[677] As I discuss in Section VII.A.3 below, consumers consistently have difficulty predicting these behaviors.

339. In sum, the change in monetization practices has made it even more difficult to predict future App Store spending. The shift toward the freemium model is also consistent with the economic literature that suggests firms have incentives to "shroud," or hide add-on prices when at least some consumers are myopic.[678] It is therefore unlikely that consumers would have been able to accurately forecast the life-cycle cost of using an iOS device at the time of their foremarket purchase. Furthermore, given the substantial upfront foremarket purchase price in comparison to the relatively smaller aftermarket costs over the device's lifespan, and the high information and processing costs, most consumers are unlikely to accurately calculate these costs. I discuss this in more detail in the following subsection.[679]

### VII.A.3. Economic Evidence Suggests that Consumers Generally Fail to Accurately Forecast the Life-Cycle Costs of Using a Durable Good at the Time of Purchase

340. As Professor Chen discusses in more detail in his expert report, given high information and processing costs, such as those associated with accurately predicting the life-cycle cost of using iOS devices, consumers typically do a poor job of estimating future spending, if they endeavor to calculate their expected spending at all.[680] In Section VII.A.3.a, I review evidence that most iOS device users do not attempt to calculate life-cycle costs.

---

[676]  *See* Chen Report, Section III.C.2.

[677]  *See* Chen Report, Section III.C.2.

[678]  That is, when some number of consumers do not accurately internalize costs associated with add-ons to durable goods, such as ink for printers, firms can exploit this behavior by making these costs more difficult to determine, such as by hiding the prices of these add-ons in fine print or behind a series of additional clicks on the product website. *See* Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540, pp. 509-510.

[679]  Even if individuals knew the set of iOS apps and in-app content that would be available, they are unlikely to know their own future needs, and so a full incorporation of the future costs in the aftermarket would entail their making a whole variety of decisions today about each possible future scenario—something that is highly unlikely for most consumers to do.

[680]  *See* Chen Report, Sections III.A.1. and III.A.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

341. In Section VII.A.3.b, I review evidence that the minority of users that do attempt to calculate lifecycle costs are unlikely to do so accurately, because consumers generally struggle with predicting future behaviors, such as the App Store purchases they are likely to make.

342. In Section VII.A.3.c, I review evidence that even if consumers could accurately predict the purchases they are likely to make, they would still be unlikely to obtain accurate estimates of life-cycle costs because they generally have difficulty calculating prices when they consist of multiple parts.

### VII.A.3.a. Most iOS Users Do Not Attempt to Calculate their Life-Cycle Costs of Using iOS Devices

343. The economics literature suggests that when information is sufficiently costly to acquire, individuals may optimally make decisions based on limited information, even if they could expend more effort to obtain perfect information.[681] That is, the marginal benefit may not outweigh the costs of finding and processing the information necessary to obtain accurate estimates.[682]

344. There are other reasons, of course, that individuals might not undertake these calculations or, even if they undertook the calculations, would give insufficient weight to the results and devote limited attention to them.[683] For example, "present bias" suggests that the price today matters more than future costs.[684] Therefore, it is possible that the life-cycle costs of using iOS devices,

---

[681] *See, e.g.*, Filip Matějka and Alisdair McKay, "Rational Inattention to Discrete Choices: A New Foundation for the Multinomial Logit Model," *American Economic Review* 105(1) (2015): 272-298, p. 272 ("Before making a choice, one may have an opportunity to study the actions and their payoffs; however, in most cases it is too costly to investigate to the point where the payoffs are known with certainty."); Liran Einav, Benjamin Klopack, and Neale Mahoney, "Selling Subscriptions," *American Economic Review* (*forthcoming*); Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340.

[682] *See, e.g.*, Filip Matějka and Alisdair McKay, "Rational Inattention to Discrete Choices: A New Foundation for the Multinomial Logit Model," *American Economic Review* 105(1) (2015): 272-298, p. 273 ("[R]ationally inattentive agents process information that they find useful and ignore information that is not worth the effort of acquiring and processing.").

[683] *See* Chen Report, Section III.A.1.

[684] *See, e.g.,* David Laibson, "Golden Eggs and Hyperbolic Discounting," *Quarterly Journal of Economics* 112 (2) (1997): 443-477.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

compared to the original cost of purchasing the device, may simply be discounted at a high enough rate to make them of second order importance at the time of the foremarket purchase.[685]

345. The behavior discussed in the literature is consistent with the results of the Hoyer Survey that only 16 percent of iPhone buyers, and only 31 percent of iPad buyers reported attempting to estimate the life-cycle costs of owning their devices.[686] Among the 15 factors tested by Professor Hoyer, he finds that the cost of apps and digital content was the factor that was the second least likely to be considered by respondents when making their foremarket purchase decision.[687] Even among respondents who considered these costs, they were rated as the least influential factor in their decision to choose an iOS device.[688]

### VII.A.3.b. Consumers Generally Fail to Accurately Predict Future Behavior

346. While most consumers do not consider the cost of iOS apps and in-app content, those that do endeavor to predict their spending are unlikely to obtain accurate estimates, as this would require accurately predicting one's own future behavior and a detailed understanding of the options and prices available. However, as Professor Chen discusses in more detail, economics literature suggests that consumers often make systematic errors in predicting their own future behavior, which often results in underestimation of costs.[689]

347. A large number of academic articles have documented the failure of consumers to accurately predict their behavior in a wide variety of contexts, including food consumption, credit card debt, gym membership, and online subscriptions.[690] For example, 73 percent of respondents to a consumer survey in 1983 reported that they "nearly always" or "sometimes" pay off their credit

---

[685] *See* Chen Report, Section III.A.1.

[686] *See* Hoyer Report, Section III.C., Figure 13.

[687] *See* Hoyer Report, Section III.B., Figure 7.

[688] *See* Hoyer Report, Section III.B., Figure 8.

[689] *See* Chen Report, Sections III.A.1. and III.A.2.

[690] *See* Linda Thunström, Jonas Nordström, and Jason F. Shogren, "Certainty and Overconfidence in Future Preferences for Food," *Journal of Economic Psychology* 51 (2015): 101-113. *See also,* Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81; Stefano DellaVigna and Ulrike Malmendier, "Paying Not to Go to the Gym," *American Economic Review* 96(3) (2006): 694-719; Liran Einav, Benjamin Klopack, and Neale Mahoney, "Selling Subscriptions," *American Economic Review* (*forthcoming*).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

card balances in full, while credit card-issuing banks reported that only between 21 and 32 percent of customers actually paid off their outstanding balance between 1979 and 1987.[691] This is despite the fact that these credit cards carry high interest rates, making it very costly to carry a balance forward.[692] This discrepancy indicates that card holders are either unaware of how frequently they successfully pay off their balances, or are overconfident in their ability to do so moving forward.[693] In either case, consumers that cannot accurately estimate contemporaneous or past behavior are unlikely to be able to accurately predict future behavior.

348. Studies from the economics literature also find that firms will sometimes take advantage of consumers' overconfidence in their own ability to predict future usage.[694] One example is cell phone plans, where firms may offer complex pricing schemes, such as a three-part fee structure: a fixed baseline fee, a usage allowance below which no additional fee is charged, and a high variable fee for all usage above the limit.[695] Consumers often choose plans with usage limits that they believe closely match their future usage, expecting to pay low average costs, while in reality, consumers underestimate how much their usage will vary.[696] These consumers end up paying much higher costs than if they selected plans that correctly accounted for future usage patterns.[697]

---

[691] Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81, pp. 70-72, Table 11 ("[T]he 1983 Michigan survey found that 47 percent of all families that use bank or retail cards 'nearly always pay in full,' 26 percent 'sometimes pay in full,' and only 27 percent 'hardly ever pay in full.'").

[692] Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81, p. 71 ("Despite interest rates exceeding 18 percent per year, typically three-quarters of active credit card accounts at major banks are incurring these high finance charges").

[693] Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81, p. 72 ("[T]he 1983 Michigan survey found that 47 percent of all families that use bank or retail cards 'nearly always pay in full,' 26 percent 'sometimes pay in full,' and only 27 percent 'hardly ever pay in full.' … it suggests that a sizeable proportion of consumers who borrow on credit cards are unaware of how frequently they do it or, more likely, deny (to themselves and others) that they do it.").

[694] *See* Chen Report, Section III.A.1; Michael D. Grubb, "Behavioral Consumers in Industrial Organization: An Overview," *Review of Industrial Organization* 47(3) (2015): 247-258, p. 249 ("[F]irms use complicated pricing features to exploit consumer overconfidence even in competitive markets.").

[695] *See* Michael D. Grubb, "Selling to Overconfident Consumers," *American Economic Review* 99(5) (2009): 1770-1807.

[696] Michael D. Grubb, "Selling to Overconfident Consumers," *American Economic Review* 99(5) (2009): 1770-1807, p. 1771 ("[C]onsumers are overly certain that they will choose a tariff with an allowance that closely matches their consumption … but sellers profit ex post when consumers make large revisions in either direction.").

[697] Michael D. Grubb, "Selling to Overconfident Consumers," *American Economic Review* 99(5) (2009): 1770-1807, p. 1799.

### VII.A.3.c. Consumers Generally Struggle to Accurately Calculate Total Prices

349. Even if consumers were able to predict usage patterns, they may still be unable to accurately forecast life-cycle costs because they often fail to accurately calculate prices or even be aware of the prices they pay.[698] Some consumers have been found to be entirely unaware of the prices of goods they purchase, while many others do not correctly identify total costs and systematically underestimate the final price that they pay.[699] I understand Professor Chen discusses this is in greater detail in his expert report.[700]

350. Consumers may underestimate the price they pay even when total costs include only a small number of fees or components. For example, consumers may underestimate the total price of a good when its advertised price does not include sales tax, despite full awareness of the tax.[701] In an experiment where grocery store prices were listed with sales tax included, and labeled as such next to the original price, demand declined by 8 percent.[702] This finding indicates these consumers were not accurately incorporating the tax into their expected costs when the prices were presented as two separate components.[703] This phenomenon has also been observed in a broader population of consumers, where consumption of beer declined significantly more in response to increases in excise taxes, which are included in the listed price, versus sales tax, which is applied separately.[704]

---

[698] *See* Chen Report, Section III.A.2.

[699] *See, e.g.,* Peter R. Dickson and Alan G. Sawyer, "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing* 54(3) (1990): 42-53; B.P.S. Murthi and Ram C. Rao, "Price Awareness and Consumers' Use of Deals in Brand Choice," *Journal of Retailing* 88(1) (2012): 34-46. *See also,* Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340.

[700] *See* Chen Report, Section III.A.2.

[701] *See* Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177.

[702] Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177, p. 1145 ("[U]sing a field experiment in a grocery store, [the authors found] that posting tax-inclusive price tags reduces demand by 8 percent.").

[703] Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177, p. 1165 ("[S]alience matters: individuals know about taxes when their attention is drawn to the subject, but do not pay attention to taxes that are not transparent while deciding what to buy.").

[704] Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177, p. 1165 ("[T]he finding that sales and excise tax elasticities for

Continued on next page

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

351. This failure to accurately calculate total prices when they consist of only two static components, listed price and sales tax, makes it exceedingly unlikely that consumers can accurately predict costs for a large number of distinct purchases with distinct prices that are constantly changing, which is typical of iOS apps and in-app content, as discussed in Sections VII.A.1.and VII.A.2.

## VII.B. Consumers Are Not Aware of Apple's Challenged Conduct When Purchasing iOS Devices

352. In the preceding subsection, I detailed the evidence that consumers cannot accurately predict the life-cycle costs of using their iOS devices. This means consumers cannot incorporate these prices into their choice of device in the foremarket to discipline Apple's aftermarket conduct. In this section, I present evidence that consumers are also generally unaware of Apple's alleged anticompetitive conduct and therefore are unable to incorporate this conduct into their foremarket purchase decisions. In particular, I discuss evidence from the Hoyer Survey that shows consumers are not aware of Apple's challenged conduct.

353. As I discuss in detail in Section III above, the anticompetitive conduct central to this litigation is the set of restrictions Apple has imposed on developers that want to sell iOS apps and in-app content, which, of course, has consequences for the prices that consumers pay for apps and in-app content. The Hoyer Survey assessed whether iOS device users are aware of these restrictions.[705] Respondents were given an open-ended question asking whether they knew of any requirements that Apple imposes on app developers, and if so, to specify them.[706]

354. A significant majority of respondents were not aware of Apple's restrictions imposed on developers, with roughly 88 percent answering that they did not know of any requirements.[707] Roughly 9 percent of respondents indicated that they knew of specific requirements but provided

---

alcohol demand do not converge over time suggests that the underreaction to the sales tax is not caused by delays in acquiring information.").

[705]  *See* Hoyer Report, Section III.D., Figure 15. Note that Professor Hoyer's survey addresses several other questions as well, the results of which are discussed separately in Section V.B.2. and Section VII.A.3.

[706]  The specific question was "[d]o you happen to know what specific requirements, if any, Apple imposes on app developers regarding the sale and distribution of apps and digital content that can be used on iPhones and iPads?" *See* Hoyer Report, Exhibit 28.

[707]  *See* Hoyer Report, Section III.D., Figure 15.

Written Evidence of Joseph E. Stiglitz, PHD                    No. 4:11-cv-06714-YGR | Page 177 of 193

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

open-ended responses that were unrelated to the restrictions at issue. Only 2.8 percent provided answers that were related to any of the restrictions at issue in this litigation.[708]

355.    This is clear evidence that most iOS device users are currently unaware of the restrictions that Apple has imposed on app developers, which resulted in the sale of iOS apps and in-app content being limited to the App Store. These results similarly suggest that iOS device users are generally not aware of Apple's restrictions that prevent app developers from informing them of channels through which they can acquire in-app content, nor are they aware of the restrictions on payment processing solutions used for in-app purchases. If current iOS device users are generally unaware of these restrictions, then it follows that consumers, at the time of their foremarket purchase, are even less likely to have been aware of these restrictions.

356.    For consumers to effectively constrain Apple's ability to extract monopoly rents in the aftermarket through their purchase decisions in the foremarket, they also have to be aware of how such restrictions translate into the prices they pay for iOS apps and in-app content. Undertaking such analysis would require consumers to be aware of and understand Apple's commission structure, and possess sufficient knowledge of economics to recognize how supracompetitive commission rates translate into supracompetitive prices. Based on the evidence from the Hoyer Survey, most consumers are unaware of Apple's commission structure, and so would not be able to draw reliable conclusions about aftermarket prices.[709]

---

[708]    *See* Hoyer Report, Workpaper_Survey Exhibits and Figures, 'Workpaper – Additional Survey Statistics.R'. Note that the 9 percent statistic is calculated as the remaining respondents after accounting for the 88 percent that answered some version of "I don't know" and the 2.8 percent that gave a relevant response. 100% - (88% + 2.8%) = 9.2%

[709]    *See* Hoyer Report, Section III.D., Figure 15. It is unsurprising that consumers would not be aware of Apple's commission structure, given that Apple would prevent developers from referencing it in their marketing. *See* Deposition of Phillip Shoemaker, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 12, 2021, 144:10-23 ("Q Did Apple have a policy against the disclosure to consumers of the 30 percent commission that developers were paying? A I never saw anything in writing in the guidelines, but, yes, that is an accurate statement. We did not like to see that in the marketing text. Q And when you say did not like to see it, that means that an app could get rejected for putting something like that in the marketing text or in an app itself? A Yes. If an app were to say the monthly subscription is 6.99, that's an extra 30 percent because of Apple or something like that, yes. We would absolutely have them remove that.").

## VII.C. Consumers Cannot Easily Switch from an iOS Device to a Non-iOS Device

357. The preceding sections detailed that consumers are not able to discipline Apple's aftermarket conduct in the foremarket because they are not fully aware of the conduct and are not able to accurately predict the life-cycle costs of using their iOS devices at the time of the foremarket purchase. However, even if consumers become aware of Apple's conduct and the resulting supracompetitive aftermarket prices after their initial foremarket purchase, many are unlikely to be able to effectively respond to aftermarket conditions because they have already become locked-in to the iOS ecosystem, meaning that they cannot easily switch to a competing non-iOS device. This is because of the significant costs associated with switching to a non-iOS mobile device, which I detailed in Sections V.B.2.b–V.B.2.d.

358. These switching costs limit iOS device users' ability to respond to supracompetitive prices by switching away from iOS after the purchase of a new iOS device. Consider the sequence of product choices beginning with a typical first-time buyer of an iOS device. At the time of the initial foremarket purchase, this consumer does not, and cannot, accurately predict aftermarket spending. Consequently, he does not, and cannot, respond to anticompetitive prices in the aftermarket by reducing his willingness to pay for the foremarket device. After purchasing his device, this consumer may, to some extent, discover that the App Store is much more costly than expected. However, having just purchased his device, this consumer may be unwilling to incur a large termination fee or another large upfront cost immediately, so this consumer may decide to wait until it is necessary to upgrade to consider switching.

359. Over the course of a device's lifespan, a consumer accumulates several years' worth of photos, music, apps, and in-app content, and experience with iOS, and as a result, the cost of switching to a non-iOS mobile device becomes substantially higher.[710] The switching costs are now likely to outweigh the potential savings from switching to a non-iOS device with more competitive app and in-app content prices, and so this consumer upgrades to another iOS device.[711] Therefore,

---

[710]   I detail these monetary and non-monetary costs in Section V.B.2.b.

[711]   I note that the incentives to switch are even more attenuated when there is in effect a duopoly between iOS and Android devices and when Google was found to have a monopoly in the distribution of Android apps and in-app content. *See* Section V.A.1.

Apple has little to no incentive to "remedy" their aftermarket conduct given its limited impact on foremarket demand.

## VIII. Apple's Conduct is Economically Equivalent to Anticompetitive Tying

360.  Another way to analyze Apple's exclusionary conduct in the relevant aftermarket is through the lens of "tying." Tying is a practice of conditioning access to one product the firm controls on the purchase of another product that the firm also sells.[712] When a firm ties the sale of two products, a consumer wanting to purchase one product ("tying product") is forced to also buy a second product ("tied product"). By requiring consumers to buy one product to access another, a firm with sufficient market power in the tying market can reduce competition in the tied market and disadvantage rivals offering alternatives to the tied product that consumers might prefer.[713]

361.  While tying requires the buyer to purchase the tied product with the tying product, the seller does not typically prevent the consumer from purchasing a rival's tied product.[714] However, in this case, Apple's highly restrictive tie effectively deprives iOS device users of the option to purchase iOS apps and in-app content from rival app stores, ensuring that consumers who purchase the tying product (iPhones and iPads) can only acquire the tied product (iOS apps and in-app content) from Apple.[715]

362.  Throughout this section, I explain that Apple's action of selling iPhones and iPads on the condition that the buyer purchases iOS apps and in-app content *exclusively* through the App Store can be viewed through the lens of tying. Further, I show that Apple's durable monopoly

---

[712] *See, e.g.,* Michael D. Whinston, "Tying, Foreclosure, and Exclusion," *American Economic Review* 80(4) (1990): 837-859, p. 837 ("A firm engages in tying when it makes the sale (or price) of one of its products conditional upon the purchaser also buying some other product from it.").

[713] *See, e.g.,* Michael D. Whinston, "Tying, Foreclosure, and Exclusion," *American Economic Review* 80(4) (1990): 837-859, p. 837 ("[T]ying provides a mechanism whereby a firm with monopoly power in one market can use the leverage provided by this power to foreclose sales in, and thereby monopolize, a second market.").

[714] Tying typically does not preclude the consumer from purchasing the tied product from a rival store. A classic example of this "conventional" tying approach are shoes and shoelaces. While consumers are generally obligated to purchase laces with their shoes from a given retailer, they may subsequently purchase shoelaces from any rival store.

[715] *See* Henry A. DuBeau, "Antitrust Law & The Right to Repair Movement: Why Kodak May Not be Such a Bad Apple," *Syracuse Law Review* 74 (1) (2024): 275-296.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

power in the relevant aftermarket can be viewed as the result of Apple's successful monopolization of the tied market through these restrictions. Lastly, I explain why such tying can be profitable to Apple while harming consumer welfare.[716]

## VIII.A. The Smartphone and Tablet Markets as Tying Product Markets

363. In Section VI.A.2, I established that smartphones sold in the U.S. constitute a relevant antitrust market, and throughout Section VI.A, I showed that Apple has substantial market power in the smartphone market. In what follows, I establish that Apple leverages its market power in the smartphone market to monopolize the market for the sale of iOS apps and in-app content.

364. Likewise, in Section VI.B.1, I showed that tablets sold in the U.S. constitute a relevant antitrust market, and throughout Section VI.A.3, I established that Apple has substantial market power in the tablet market. Below, I show that Apple leverages its market power in the tablet market to monopolize the market for the sale of iOS apps and in-app content.

## VIII.B. The Sale of iOS Apps and In-App Content as the Tied Market

365. In Section V, I showed that the sale of iOS apps and in-app content in the U.S. constitutes a relevant antitrust market, one in which Apple has monopoly power. Through its contractual and technological restrictions, Apple gives iOS mobile device users no effective choice but to purchase iOS apps and in-app content exclusively through the App Store. As such, the sale of iOS apps and in-app content constitutes the tied market.

## VIII.C. Apple's Conduct Forecloses Competition and Protects Its Monopoly Power in the Market for the Sale of iOS Apps and In-App Content

366. The evidence I reviewed in Sections III.A, V.B, VII.A, and 339 strongly indicates that iOS devices and the sale of iOS apps and in-app content constitute distinct products with separate

---

[716] *See, e.g.,* Michael D. Whinston, "Tying, Foreclosure, and Exclusion," *American Economic Review* 80(4) (1990): 837-859, p. 839 ("The loss for consumers arises because, when tied market rivals exit, prices may rise and the level of variety available in the market necessarily falls.").

consumer demand. That is, consumers view their purchasing decisions for iOS apps and in-app content separately from their choice of iOS devices, and in the absence of Apple's restrictions, some iOS mobile device users would purchase iOS apps and in-app content from non-Apple sellers. Moreover, the existence of Apple's anti-steering policies, which I detail in Section III.C, suggests that there is demand from consumers for these channels outside of the App Store. Otherwise, Apple would not deem these restrictions necessary.

367. As I discussed in Section III.A, Apple's restrictions have foreclosed nearly all alternative channels for the sale of iOS apps and in-app content. As demonstrated in Section IV, absent such restrictions, consumers would have benefited from increased competition in the tied market through lower prices, increased output, and higher-quality products.

## VIII.D. Apple Can Likely Increase Its Profits Through the Anticompetitive Tie

368. Tying is sometimes defended by arguing that a monopolist cannot increase its profits by leveraging its monopoly power in one market to gain monopoly power in a complementary market, *i.e.,* there is only one "single monopoly profit."[717] According to this argument, when a monopolist uses tying to leverage its monopoly power in one market into another complementary market, it cannot increase profits because higher prices for the tied product reduce the price the consumer is willing to pay for the tying product, and hence this producer cannot increase its overall profits by tying.[718] Thus, there is no net gain to the monopolist, and correspondingly, there is no net loss to the consumer. This line of argument then concludes the monopolist would only choose to tie these products together if there were additional motivations, other than rent-extraction, for tying.[719] While there are limited conditions under which this result holds, more

---

[717] *See* Dennis W. Carlton and Michael Waldman, "Robert Bork's Contributions to Antitrust Perspectives on Tying Behavior," *Journal of Law and Economics* 57(S3) (2014): S121-S144, pp. S122-S125; Richard A. Posner, "The Chicago School of Antitrust Analysis," *University of Pennsylvania Law Review* 127(4) (1979): 925-948.

[718] *See* Richard A. Posner, "The Chicago School of Antitrust Analysis," *University of Pennsylvania Law Review* 127(4) (1979): 925-948.

[719] In some circumstances tying can benefit consumers by improving or controlling quality of the products. By tying complementary products, a firm can maintain control over the compatibility and performance of the combined product offering, reducing the risk of consumer dissatisfaction due to subpar third-party products. However, as I discussed in Section III.A, Professor Kohno and Professor Martin's analysis suggest that a tie is

Continued on next page

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

generally, a monopolist *can* profitably leverage its monopoly power in the tying market to foreclose rivals in the tied market, thereby increasing its prices and profits in the tied market, as well as its total profits.[720]

369.    The single monopoly profit theory is akin to the argument discussed in Sections VI and VII—that increasing prices in the aftermarket above competitive levels does not harm consumers, because they anticipate this price increase, and decrease their demand for iOS devices accordingly. Consequently, consumers are not harmed as a result of the tie because they can decrease their demand for the iOS devices by switching to substitute products. In the discussion below, I illustrate why this theory does not hold in this case by highlighting two critical conditions relevant to the matter at hand.

370.    First, the single monopoly profit theory presumes that consumers can anticipate what will happen in the tied market and can adjust their purchases in the tying market accordingly. However, as I discussed in Section VII, there are significant information frictions whereby consumers cannot accurately anticipate their demand for iOS apps or in-app content and the life-cycle cost of an iOS device.[721] Second, the theory relies on the assumption that consumers can switch between different products while incurring zero or minimal switching costs. Here, as I showed in Sections V.B.2.b and VII.C, consumers cannot effectively reduce their demand in the tying market to avoid supracompetitive prices in the tied market as there are significant switching costs that prevent consumers from easily switching to a non-iOS mobile device in the tying markets.

371.    In sum, I find that the restrictive conditions under which the single monopoly profit theory applies do not comport with the market realities in this case. I thus conclude that Apple is able to

---

not necessary to maintain security and user privacy. *See* Kohno Report, Sections VI and VII; Martin Report, Section V. *See* Dennis W. Carlton and Michael Waldman, "Robert Bork's Contributions to Antitrust Perspectives on Tying Behavior," *Journal of Law and Economics* 57(S3) (2014): S121-S144, pp. S122-S125. *See also,* Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, 4th ed. (Pearson, 2015), p. 345.

[720]    *See, e.g.,* Michael D. Whinston, "Tying, Foreclosure, and Exclusion," *American Economic Review* 80(4) (1990): 837-859. *See also,* Dennis W. Carlton, Michael Waldman, "Upgrades, Switching Costs and the Leverage Theory of Tying," *The Economic Journal* 122(561) (2012): 675-706; Dennis W. Carlton and Michael Waldman, "The Strategic Use of Tying to Preserve and Create Market Power in Evolving Industries," *RAND Journal of Economics* 33(2) (2002): 194-220.

[721]    Moreover, even under the assumption of perfectly informed consumers, the economics literature finds that the single monopoly profit theory holds only if additional stringent conditions are met. *See* Michael D. Whinston, "Tying, Foreclosure, and Exclusion," *American Economic Review* 80(4) (1990): 837-859. 720.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

increase its overall profits across the tying and tied markets by imposing a tie between iOS devices and the sale of iOS apps and in-app content.

## IX. Analyzing the Apple App Store as a Two-Sided Platform Cannot Justify Its Anticompetitive Conduct

372. Apple argued in the class certification stage of the case that the App Store should be analyzed as a two-sided transactions platform and that Apple would design its business model and set prices to ensure balanced participation from both consumers and developers in the presence of indirect network effects.[722] Regardless of whether the App Store is considered a two-sided market or not, the most relevant question from an economic perspective is whether two-sided market features, and in particular, indirect network effects, can and do effectively constrain Apple's monopolistic conduct in the aftermarket. In this section, I review the available evidence and find two-sided market dynamics cannot justify Apple's rent-seeking behavior. Apple's monopolization of both sides of the platform and the fact that both consumers and developers are harmed by its conduct are inconsistent with what one would expect to observe in a competitive two-sided market. Regardless of whether the App Store is considered a one-sided or two-sided platform, the opinions I expressed in prior sections of this report remain unchanged.

373. In two-sided markets, two groups of economic agents interact with one another through an intermediary or platform.[723] When the presence of economic agents on one side makes the market intermediary either more or less attractive to economic actors on the other side, their interactions create cross-market externalities known as indirect network effects.[724] Unlike the case of one-sided markets, market intermediaries facing indirect network effects are sensitive to

---

[722] Defendant Apple Inc.'s Opposition to Consumer Plaintiffs' Renewed Motion for Class Certification, *In Re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), June 23, 2023, p. 23.

[723] *See, e.g.,* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-134, p. 125.

[724] *See, e.g.,* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-134, pp. 125, 127 ("In the case of a video game system, the intermediary is the console producer— Sony in the scenario above—while the two sets of agents are consumers and video game developers. Neither consumers nor game developers will be interested in the PlayStation if the other party is not..) and p. 127 ("[A] good exhibits an indirect network effect if demand for the good depends on the provision of a complementary good, which in turn depends on demand for the original good[.]").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

how prices or other actions on one side of the market affect demand on the other side, and vice versa.

374. For instance, where agents on each side of the market positively value the presence of those on the other side, the platform's profit-maximizing strategies may involve offering discounts or providing subsidies to the group that is most price sensitive while charging higher prices to the group that is least price sensitive.[725] However, the degree to which the platform employs such strategies depends on the strength of indirect network effects and the difference in demand elasticities between the two groups.[726] Absent indirect network effects, pricing strategies for the market intermediary would be similar in form to firms in one-sided markets.[727]

375. For example, Apple could compete aggressively for agents on one side of the market (say, developers) in order to charge higher prices to the other side (consumers) that is trying to access them. It might even subsidize developers. If there were significant indirect network effects, Apple might use what it collects from one side of the market to subsidize agents on the other side as the value of the platform to consumers increases with the number of iOS apps that are available. Alternatively, Apple might attempt to extract rents from developers to subsidize consumers, since developers are more likely to develop apps for a platform on which there are many consumers.

---

[725] Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125—134, p. 130 ("For example, a platform might charge a price below cost on one side if those agents have a large price elasticity and their participation attracts a large number of participants on the other side who are relatively price inelastic (and hence have a high mark-up.").

[726] *See, e.g.,* Jean-Charles Rochet and Jean Tirole, "Platform Competition in Two-Sided Markets," *Journal of the European Economic Association*, 1(4) (2003): 990-1029, pp. 1010-1012; and E. Glen Weyl, "A Price Theory of Multi-Sided Platforms," *American Economic Review* 100 (September 2010): 1642-1672, pp. 1651-1653.

[727] The degree of network effects, and their importance to market outcomes, is generally the key determinant of whether we define a market as two-sided or one-sided. *See, e.g.,* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives*, 23(3) (2009): 125-134, p. 127 ("The interesting question is often not whether a market can be defined as two-sided – virtually all markets might be two-sided to some extent – but how important two-sided issues are in determining outcomes of interest… the market for autos could be viewed as two-sided because manufacturers must attract both consumers and mechanic expertise. At present, even if such a network effect exists, it seems of little importance either in the minds of market participants or in determining market outcomes. That is, although two-sidedness may exist in practically all markets, it is not always quantitatively important.").

376. Indirect network effects may be more pronounced when there are multiple competing market intermediaries.[728] Consider two competing platforms A and B that are pricing to consumers and sellers. If consumers and sellers have access to both platforms, lowering the consumer price on platform A would attract more consumers to that platform, but more importantly, some of those consumers would come from platform B. This would degrade the value of platform B to sellers, leading to an even larger increase of sellers on platform A, which would then make platform A even more attractive for consumers and so on.[729]

377. However, even if one were to view the App Store as a two-sided platform, Apple has monopolized both sides of the platform through the contractual and technological restrictions detailed in Section III. As I discussed in Section V.B, consumers have no close substitutes to the App Store for purchasing iOS apps and in-app content and are locked-in due to significant switching costs. Similarly, developers have no reasonable alternatives to sell their apps and in-app content to iOS mobile device users. This lack of competition limits the significance of indirect network effects as both consumers and developers have no other platform to turn to.[730]

378. Furthermore, I understand that Professor McFadden's damages model shows that, relative to the competitive But-For world, consumers pay more and developers receive less for the same product, and both consumers and developers are harmed by Apple's anticompetitive conduct. Thus, Apple is exerting monopoly power on both sides of the market. A two-sided market intermediary can have market power or monopoly power just as a conventional one-sided firm can—and the evidence here is overwhelming that Apple has monopoly power, and uses it, regardless of whether Apple is viewed as a one-sided or two-sided platform.[731]

---

[728] *See, e.g.,* Marc Rysman, "The Economics of Two-sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-134, p. 130.

[729] These effects would not arise if there were little cost and no other restrictions to sellers being on both platforms, *e.g.*, if the developer initially made her app for platform A but the cost of adapting it for platform B were negligible, and if there were no other restrictions preventing her from doing so, then she would likely choose to be on both platforms.

[730] *See, e.g.* E. Glen Weyl, "A Price Theory of Multi-Sided Platforms," *American Economic Review* 100 (September 2010): 1642-1672, p. 1643 ("I thereby answer perhaps the oldest open question in the theory of network industries… does a monopolistic platform internalize and therefore neutralize network effects? The answer is yes, but imperfectly given the Spence distortion.").

[731] *See, e.g.,* Marc Rysman, "An Empirical Analysis of Payment Card Usage," *The Journal of Industrial Economics* 55(1) (2007): 1-36; Robin S. Lee, "Vertical Integration and Exclusivity in Platform and Two-Sided Markets," *American Economic Review* 103(7) (2013): 2960-3000.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

_____

Joesph E. Stiglitz

March 7, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Appendix A**: Joseph E. Stiglitz CV

# CURRICULUM VITAE
# JOSEPH E. STIGLITZ

**Address**

Kravis Hall, 5th Floor
Columbia Business School
665 West 130th St.
New York, NY 10027

Phone: (212) 854-0671
Email: jes322@columbia.edu

**Education**

B.A. Amherst College, 1964; Ph.D. in Economics, M.I.T., 1966

Fulbright Scholar, Cambridge University, 1965-1966

**Current Positions**

University Professor, Columbia University. Teaching at the Columbia Business School, Department of Economics, and the School of International and Public Affairs.

Founder and Co-President of the Initiative for Policy Dialogue (IPD)

Co-Chair, Independent Commission for the Reform of International Corporate Taxation (ICRICT)

Chief Economist of The Roosevelt Institute

Research Associate, National Bureau of Economic Research

**Previous Positions**

Co-Chair, Columbia University Committee on Global Thought, 2010-2013; Chair, 2006-2010

Chair, Commission of Experts on Reforms of the International Monetary and Financial System, appointed by the President of the General Assembly of the United Nations, 2009

Chair, International Commission on the Measurement of Economic Performance and Social Progress, appointed by President Sarkozy, 2008-2009

Chair of the Management Board, Brooks World Poverty Institute, University of Manchester, 2006-

Professor of Economics and Senior Fellow, Hoover Institution, Stanford University, 1988–2001; professor emeritus, 2001

Stern Visiting Professor, Columbia University, 2000

Senior Fellow, Brookings Institution, 2000

1

**Senior Vice President and Chief Economist, World Bank, 1997–2000**

**Chairman, Council of Economic Advisers (Member of Cabinet), 1995–1997**

Member, Council of Economic Advisers, 1993–1995

Senior Fellow, Institute for Policy Reform

Professor of Economics, Princeton University, 1979–1988

Oskar Morgenstern Distinguished Fellow and Visiting Professor, Institute for Advanced Studies and Mathematica, 1978-1979

Drummond Professor of Political Economy, Oxford University, 1976-1979

Professor of Economics, Stanford University, 1974-1976

Visiting Fellow, St. Catherine's College, Oxford, 1973-1974

Professor of Economics, Cowles Foundation and Department of Economics, Yale University, 1970-1974

Senior Research Fellow, Social Science Division, Institute for Development Studies, University College, Nairobi (under Rockefeller Foundation Grant), 1969-1971

Associate Professor, Cowles Foundation, 1968-1970

Assistant Professor, Cowles Foundation, 1967-1968

Visiting Professor, Department of Economics, University of Canterbury, Christchurch, New Zealand, June-August, 1967

Tapp Research Fellow, Gonville and Caius College, Cambridge, 1966-1970

Assistant Professor of Economics, M.I.T., 1966-1967

**Honorary doctorates**

D.H.L., Amherst College, 1974

University of Leuven, 1996

Ben Gurion University, 1997

Academia de Studii Economice, Bucharest, December 1999

University of Namur, March 2000

Technical University, Lisbon, June 2000

Northwestern University, Doctor of Laws, June 2000

New School University, February 2001

Bard College, May 2001

University of Toronto, June 2001

Charles University, Prague, June 2001

Glasgow University, July 2001

University of Buenos Aires, November 2001

University of Andes, October 2001

Sofia State University "Saint Clement Ohridski," Bulgaria, 2002

2

Wirtschafts Universitat, Vienna, January 2002

University of Macau, March 2002

Pomona College, May 2002

Université catholique de Louvain la Neuve Belgium, February 2003

Doshisha University, April 2003

University of Barcelona, May 2003

Azerbaijan State Economic University, 2003

Waseda University, April 2004

Georgetown University, May, 2004

Indiana University, May 2004

Pace University, May, 2004

University of Oxford, June 2004

University of Bergamo, Italy, July 2004

Université d'Antananarivo, Madagascar, August 2004

Drexel University, June 2005

Universidad de La Plata, August 2005

Durham University, September 2005

Lingnan University, Hong Kong, December 2005

University of the Basque Country, May 2006

Università degli Studi di Genova, May 2006

Universidad Mayor de San Andrés, Bolivia, May 2006

Renmin University, China, March 2007

University of Venice, Italy, May 2008

University of Liège, Belgium, May 2008

University of Manchester, UK, October 2008

Luiss Guido Carli University, Rome, February 2010

University of Hyderabad, India, January 2013

University of Córdoba, Argentina, August 2012

University of Hyderabad, India, January 2013

Cambridge University, United Kingdom, June 2013

Université Paris-Dauphine, France, June 2013

Harvard University, May 2014

Arizona State University, May 2014

HEC Paris, January 2015

University of Split, May 2015

University of the Republic of Uruguay, December 2015

Chinese University of Hong Kong (CUHK), May 2016

Sant'Anna School of Advanced Studies, University in Pisa, Italy, May 2017

Università Politecnica delle Marche, Ancona, Italy, November 2017

University of Costa Rica, San Jose, April 2018

BI Norwegian Business School, Oslo, May 2018

École Normale Supérieure de Lyon, Lyon, November 2019

Politecnico di Torino, Turin, November 2019

Sciences Po, Paris, November 2019

National and Kapodistrian University of Athens, October 2024

**Fellowships and Honors**

National Science Foundation Fellowship, 1964–1965

Fulbright Fellowship, 1965-1966

Social Science Research Council Faculty Fellowship, 1969-1970

Guggenheim Fellowship, 1969-1970

Fellow of the Econometric Society, 1972

**John Bates Clark Award, American Economic Association, 1979**

Fellow, American Academy of Arts and Sciences, 1983

Fellow, National Academy of Science, 1988

International Prize of the Academia Lincei, 1988

UAP Scientific Prize, Paris, France, 1989

Corresponding Fellow of the British Academy, 1993

Rechtenwald Prize, Germany, 1998

Fellow, American Philosophical Society, 1998

**Nobel Prize in Economics, 2001**

Honorary Fellow, Gonville and Caius College, University of Cambridge, 2001

Distinguished Leadership in Government award, Columbia Business School, 2002

Le Prix Europeén du Livre d'Économie, Special Mention for *Globalization and its Discontents*, November 2002

Honorary Professor, Al Farabi Kazakh National University, November 2003

Honorary Fellow, St. Catherine's College, Oxford, 2003

Order of the Gran Cruz con Placa de Oro, Republica de Colombia, 2003

Le Prix Européen du Livre d'Économie, First Prize, for *Roaring Nineties*, Paris, 2003

Bruno Kreisky Prize for Political Books, Vienna, 2003

Ordinary Academician, Pontifical Academy of Social Sciences, May 2003

John Kenneth Galbraith Award, American Agricultural Economics Association, August 2004

4

Serbian Scientific Society, December 2005

Honorary Professorship, Wuhan University, Hubei Province, China, March 2006

Changjiang Scholar, China Center for Economic Research, Peking University, China, March 2006

La Medalla de la Orden Nacional "Al Mérito," Ecuador, July 2006

National Center for Law and Economic Justice Benefit Award, May 2006

Honorary Fellowship, Fitzwilliam College, May 2006

Honorary Professorship, Guizhou University, China, March 2007

Honorary Professorship, Yunnan University, China, March 2007

Honorary Professorship, Central University of Finance and Economics, Beijing, China, March 2007

Honorary Dean, Hanqing School, Renmin University, Beijing, March 2007

Le Prix Manpower for *Making Globalization Work*, October 2007

Honorary Professor, Universidad de San Martin De Porres, Lima, Peru, December 2007

Honorary Professor, Universidad Nacional de San Antonio Abad del Cusco, Peru, December 2007

Lead author and member of the Steering Committee, Working Party 3, of the 1995 (Second Assessment) Report of the Intergovernmental Panel on Climate Change, which shared the **2007 Nobel Peace Prize**

John F. Kennedy Memorial Fellowship, Fulbright New Zealand, March 2008

Honorary Professorship, Tsinghua University, Beijing, China, March 2008

International Labour Organization, Decent Work Research Prize, June 2008

The Royal Society, Foreign Member, May 2009

Gerald Loeb Award, Commentary category, June 2010. (Among the highest honors in journalism, the Loeb Awards recognize the work of journalists whose contributions illuminate the world of business, finance and the economy for readers and viewers around the world.)

Inaugural Rodney Wylie Eminent Visiting Fellow, University of Queensland, July 2010

Francis Perkins Working People's Award, 2010 presented by the Fiscal Policy Institute, October 7, 2010, for recognizing the importance of sound economic analysis to the well-being of working people everywhere; for groundbreaking work on the circumstances under which government can improve market performance; and for vital contributions to public policy at the international, national, and state levels.

The Karel Englis Honorary Medal for Merit in the Social and Economic Sciences, awarded by the Academy of Sciences of the Czech Republic, 2010

100 Years of American Economic Review: The Top 20 Articles, February 2011, for "Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American Economic Review*, 67(3), June 1977, pp. 297-308 and "On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408

5

2011 100 Most Influential People in the World List, Time Magazine, "TIME 100", April 2011

Legion of Honor, rank of Officier, France, February 2012

Economic Theory Fellow, Society for the Advancement of Economic Theory, July 2012

Corresponding Academic, Royal Academy of Economic Sciences and Finance, Spain, September, 2012

Global Economy Prize, Kiel Institute, Germany, June 2013

Robert F. Kennedy Book Award, for *The Price of Inequality*, September 2013

Honorary Patronage of the Society, University Philosophical Society of Trinity College, Dublin, November 2013

Daniel Patrick Moynihan Prize, May 2014

Member, the American Academy of Political and Social Science, 2014

Jean-Jacques Laffont Prize, June 2014

Selected in Economic Journal's 125th Anniversary Issue as a seminal article, March 2015, for "A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578

George S. Eccles Prize for Excellence in Economic Writing, for Creating a Learning Society, Columbia Business School, May 2015

2015 POLITICO 50 List (a "guide to the thinkers, doers and visionaries transforming American politics in 2015"), POLITICO Magazine, September 10, 2015

Columbia University Press, Distinguished Book Prize, for Creating a Learning Society, September 2016

Bloomberg 50 Most Influential People in the World of Finance, September 2016

Progress Medal for Scholarship and Leadership on Fairness and Well-being, Society for Progress, September 2016

National Association of Business Economics (NABE) Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy, March 2017

Estoril Global Issues Distinguished Book Prize, for *The Euro*, May 2017

Sigillum Magnum, University of Bologna, November 2017

Donald Gordon STIAS Fellow, Stellenbosch Institute for Advanced Study, November 2017

Sydney Peace Prize 2018, Sydney Peace Foundation, University of Sydney, November 2017

Schumpeter-Haberler Distinguished Fellow, International Economic Association, May 2018

*The Euro* listed on 8 Best Books on European Politics, The Independent, June 27, 2018

Anthony Atkinson Equality Prize, Observatoire Québécois des Inégalités, Blue Metropolis, April 2019

Open Society Prize, Central European University, June 2019

6

*People, Power, and Profits* named one of the best books of the year for rethinking capitalism. Business Insider, Dec. 1, 2019

Thomas Kettle Award, University College Dublin Economics Society, April 15, 2020

Frances Perkins Center Intelligence and Courage Award, February 23, 2023

The XXXV Catalonia International Prize, May 11, 2023

**International Positions, Boards, etc. (selected)**

Chairman, Economic Policy Committee, OECD. 1993-1995

U.S./Israel Joint Economic Decision Group (JEDG), 1993-1996

Member, Mid-east Economic Peace Forum, Amman, 1995

Chair, U. S. Delegation, OECD Ministerial, 1996

Member, U.S. Delegation, G-7 Jobs Summit, France, 1996

Chair, U.S. Delegation, G-7 and Developing Country Telecommunications Conference, South Africa, 1996

Member of the Board, Resources for the Future, 1997-2016

Intergovernmental Panel on Climate Change (Steering Committee, Working Party 3, second assessment, a Lead Author of 1995 Report)

World Bank, Chief Economist's Council of Economic Advisers, 2000-

Member, International Advisory Board, Renault-Nissan, 2000-2004

Member of the Board of Trustees, Amherst College, 2000-2012

Trustee, Folger Library, Washington, 2000-2005

Foreign Member, Russian Academy of Sciences, elected in 2003

ILO World Commission on the Social Dimensions of Globalization, 2003

Member, Board of Governors, Levy Economics Institute of Bard College, 2003-2022

High Level Panel of the African Development Bank, 2006-2007

Member, Barcelona Graduate School of Economics Advisory Scientific Council, 2007-2019

Past President, Eastern Economics Association, 2008

Member, International Advisory Board, Docomo, 2008-2011

Member, Prime Minister's Advisory Committee of Progressive Intellectuals, Spain, 2008-2011

Board Member, Acumen Fund, 2008-2017

Chair, SI Commission on Global Financial Issues, 2009

Member, Economic Advisory Panel of the South African Minister of Economic Development, 2010

Board Member, Alliance for Climate Protection, 2011–

Member, International Advisory Board, Statoil, 2011-

President, International Economics Association, 2011-2014; Committee Member, 2014-

Member, Fiscal Commission Working Group, Scotland, 2012-2014

Member of French Government's Independent Council for Growth and Full-Employment, 2014-

Member, Economic Advisory Board, Brennan Center for Justice, 2015-

Commissioner, World Health Organization's High-Level Commission on Health Employment and Economic Growth, 2016

Member, International Advisory Board, Japan International Cooperation Agency (JICA), 2016-2023

Member, High-level Commission on Carbon Prices, 2016-

Member, United Nations High-Level Advisory Board on Economic and Social Affairs

Center for a New Economy's Growth Commission for Puerto Rico, 2016-

Member, International Advisory Board, China Finance 40 Forum, 2016-

Co-Chair, Institute for New Economic Thinking (INET) Global Economic Transformation Commission, 2017-

Member, Information and Democracy Commission, Reporters Without Borders, 2018-

Member, International Advisory Committee, Bund Summit, China Finance 40 Forum, 2020

Member, Executive Advisory Board, World.Minds, 2020-

Member, Regenerative Crisis Response Committee, 2020-

Member, Commission on Reimagining Our Economy, American Academy of Arts and Sciences, 2020-

Chair, Scientific Advisory Board of the Center of Competence for Sustainable Finance at University of Zurich, 2021-

Member, Advisory Board, Rank the Vote, 2021-

Member, Commission on American Political Economy and the Common Good, American Academy of Arts & Sciences, 2021-

Member, High-Level Advisory Panel of the African Financial Stability Mechanism (AFSM), African Development Bank, 2022-

Member, High-Level Advisory Group for the President of the Democratic Republic of Congo, 2022-

Commissioner, London School of Economics' Global Economic Governance Commission, 2022-

Member, Advisory Board, Center for Political Economy, 2022-

Member, Board of Advisors, Levy Economics Institute of Bard College, 2022-

Co-Chair, Advisory Board, Human Development Report, UN Development Programme, 2023

Member, Second Academic Committee, Society for the Analysis of Government and Economics (SAGE), May 2023-April 2026

8

Member, Advisory Committee, The Next Bretton Woods Group, Peterson Institute for International Economics, 2023-

Co-Chair of the Global Council on Inequality, AIDS and Pandemics, UNAIDS, 2023-

Member, steering committee, Research and Policy Network (RPN) on Artificial Intelligence, CEPR, 2024-

Member, International Commission of Experts on Financing for Development, 2024-2025

Chair of the Research Institute for Development, Growth and Economics (RIDGE) Montevideo, Uruguay, 2014-

International Advisory Board, Korea Financial Services Commission

World Bank Delegate, G-22

Head, U.S. Delegations to India, China, Russia,

Ukraine International Advisory Board, Korea Financial Services Commission

Member, Executive Supervisory Committee, CERGE-EI, Prague

Executive Board, Economic Research Forum, Cairo

Honorary Member, Board of Directors, Center for Global Development

Member, CFTC-SEC Advisory Committee on Emerging Regulatory Issues

Member, External Advisory Board, Institute for Global Engagement, University of Houston

**Consulting (selected)**

Ford Foundation Energy Policy Study, 1973

Department of Labor (Pensions and Labor Turnover), 1974

Department of Interior (Offshore Oil Leasing Programs), 1975

Federal Energy Administration (Intertemporal Biases in Market Allocation of Natural Resources), 1975-1976

World Bank

O.E.C.D.

Electrical Power Research Institute

Office of Fair Trading (U.K.) Consumer Protection Legislation

Bell Communications Research

Bell Labs

U.S. State Department - AID

Inter-American Development Bank

State of Louisiana (Attorney General)

State of Texas (Attorney General and Governor's Office)

Office of Tax Analysis, U.S. Treasury

Oxford University, The Smith School, 2022

9

Federal Reserve Board

Office of Technology Assessment

State of Alaska

Seneca Indian Nation

Micronomics

Department of Justice

Senior Advisor, Sebago Associates

New York State, Attorney General's Office

States of California, Washington, and others on Banking Competition

**Selected Invited Lectures**

Far Eastern Meetings of the Econometric Society, Tokyo, 1970

Association of University Teachers of Economics, Warwick, 1974

Westfalich Academy of Science

Fifth Annual Lecture of the Geneva Association, delivered at Zurich, March 1983

David Kindall Lecture, University of Illinois, 1985

Frank W. Paish Lecture, Association of University Teachers of Economics, Bath, United Kingdom, 1985

Journal of Money, Banking and Credit Lecture, Western Economic Association, Las Vegas, 1985

Invited Plenary Session Lecture, Meetings of the Sociedade Brasileira de Econometria, Belem, Brazil, December 1986

Upjohn Lecture, Western Michigan University, 1986

Johansen Lectures, Oslo, 1986

Frontiers of Economics Lecture, World Bank, 1986

Harry Lyman Hooker Distinguished Visiting Professors Series, McMaster University, 1986

Shepherd Lecture, State University of Iowa, 1986

Shell Lecture, City University, London, 1986

Rand Chair Distinguished Speaker Series, SUNY-Buffalo, 1987

Fisher-Schultz Lecture, European Meetings, Econometric Society, Copenhagen, 1987

Jacob Marschak Lecture, Far Eastern Meetings, Econometric Society, Tokyo, 1987

Invited Plenary Lecture, American Accounting Association, Cincinnati, 1987

Central Bank of Uruguay, Annual Conference for South American Economists, 1988

Argentina Economic Association, 1988

NÖG Lecture, Austrian Economic Association, 1988

10

John Crawford Lecture, Economic Congress of Australia (Joint Meeting of Economic Society, The Econometric Society, The Australian Agricultural Society and The Economic History Society of Australia and New Zealand, Canberra), 1988

Stevenson Lectureship, University of Glasgow, Scotland, December 1988

Plenary Session Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989

Musgrave Lecture, University of California, Santa Cruz, March 1990

AT&T Lecture Series, Notre Dame University, April 1990

Wicksell Lectures, University of Stockholm, May 1990

Institute of Public Administration Annual Conference, Dublin, December 1990

IPR-IRIS Conference, Prague, March 1991

Caffee Lecture on Reformulation of Monetary Theory, Rome, April 1991

Lindhal Lectures on Fiscal and Monetary Policy, Uppsala, Sweden, April 1991

Irish Economic Association Annual Conference, Keynote Lecture, Dublin, May 1991

Federal Reserve Bank of Cleveland, May 1991

Villa Mondrage International Economic Seminar, Rome, June 1991

Far Eastern Meeting of the Econometric Society, Seoul, June 1991

Korea Development Institute, Seoul, June 1991

National Association of Business Economists, Los Angeles, September 1991

Marshall Lecture, European Economic Association Annual Meeting, Cambridge, UK, September 1991

NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991

NBER Taxation Program, Cambridge, MA, October 1991

Institute for Policy Reform 1991 AID Economists' Conference, Raleigh-Durham, November 1991

United Nations Conference on Trade and Development, Geneva, December, 1991

CEPR Conference on Finance and Development in Europe, Santiago, Spain, December 1991

Schumpeter Lecture, Kyoto, 1992

Marshall Lecture, Cambridge, 1996

Wider Lecture, Helsinki, 1997

EIB Lecture, Florence, 1997

Indian Development Bank 50th Jubilee Lecture, 1998

Prebisch Lecture, Geneva (UNCTAD), 1998

Annual Lecture, Government Economists Association, Chicago, 1998

University of Pittsburgh McKay Lecture, 1998

11

Institute of International Finance, Cordoba, Argentina, 1998

American Economic Association, Distinguished Lecture on Economics in Government, 1998

Bangladesh Economic Association, 1999

National Economic Research Institute Jubilee Lecture, 1999

Mattioli Lectures, Milan, 1999

Schwartz Lecture, Northwestern, 1999

McKenzie Lecture, Rochester, 1999

Nobel Symposium in Economics: The Economics of Transition, Saltsjöbaden, Sweden, 1999

Oxford Amnesty Lecture, 1999

Bruno Lecture, Beunos Aires, 1999

Papandreou Lecture, Athens, 1999-2000

Center for Contemporary Arab Studies, Georgetown University, 2000

Calouste Gulbenkian Foundation, Lisbon, 2000

Money, Macro and Finance Research Group Millennium Conference, London, 2000

HKEA First Biennial Conference, Hong Kong, 2000

Fifteenth Annual Henry George Lecture, University of Scranton, 2000

 (Keynote speaker, invited lecture, at national or regional economic meetings in Bogota, Montivedeo, Colombo, Manila, Seoul, Tokyo, Bangkok, Marrakech, Cairo, Kampala, Nairobi, Dacca, Kuala Lampur, San Salvador, San Jose (Costa Rica))

Goldman Lecture in Economics, Wellesley University, 2001

Arthur M. Okun Lecture Series, Yale University, 2001

Global Employment Forum, International Labor Office, Geneva, 2001

Fourteenth Annual Emile Grunberg Lecture Series, The University of Akron, 2001

Sixth International Congress, Centro Latinoamericano de Administración para el Desarrollo, 2002

Austrian Federal Ministry for Economic Affairs and Labour discussion forum, Vienna, January 2002

Miliband Lecture, London School of Economics, 2002

Keynote address, New School Graduate Program in International Affairs, "Economic Management and Political Collapse in Argentina" conference, April 2002

National Economic Council, Caracas, 2002

World Knowledge Forum, Seoul, 2002

Cercle de Economistes, Aix en Provence, 2002

Okigbo Memorial Lecture Series, inaugural edition, Enugu, Nigeria, 2002

Brazilian Economic and Social Development Bank fiftieth anniversary seminar, Rio de Janeiro, 2002

Second Prebisch Lecture, Economic Commission for Latin America and the Caribbean, Santiago, Chile, 2002

El Consejo de Economía Nacional conference, Caracas, 2002

Twentieth anniversary of Economics Faculty at the University of Urbino, Italy, 2003

Asian Development Bank Distinguished Speakers Program, Manila, 2003

Clarendon Lecture, Oxford University, 2003

Korean Development Institute, 2003

The Fourth Annual JAMA Lecture, The Elliott School of International Affairs, George Washington University, March 2003

Columbia Business School Distinguished Lecture Series, 2003

Conferencia Internacional Bogotá, 2003

Aaron Wildavsky Forum for Public Policy, Berkeley University, 2004

Second Gunnar Myrdal Lecture, United Nations Economic Commission for Europe, Geneva, 2004

Tanner Lecture, Oxford University, 2004

Keynote Address, Conference on Financial Disintermediation, The Bank Indonesia and Asian Development Bank, Denpasar, Bali, December 2004

Keynote Address, Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization, Seoul, 2004

Keynote Lecture, Seventh National Conference on Economics, A Coruña, Spain, 2005

Nobel Lecture series, Chinese University of Hong Kong, March 2005

Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 2005

Distinguished Lecture in Economics and Public Policy, Clare College, 2006

Yates Lecture, The Murphy Institute, Tulane University, New Orleans, 2006

Jacques de Larosiere Lecture, European Bank for Reconstruction and Development, London, 2006

Takata Yasuma Memorial Lecture, Kyoto University, 2006

Geary Lecture, Economic and Social Research Institute, Dublin, 2006

Keynote Address, University of San Francisco Law School Symposium on Regulatory Federalism, 2006

Fourth Annual KC Basu Lecture, National University of Juridical Science, Calcutta, 2007

Keynote Address, Conference on "Welfare State in the International Economy" University of Texas at Austin, 2007

Annual Frey Lecture on International Property, Duke University, 2007

China Development Forum, 2006-2017

Howard University Omicron Delta Epsilon Economic Honors Society Dinner, 2007

13

Grotius Lecture, 101st Annual Meeting of the American Society for International Law, Washington, DC, 2007

Khazanah National Bank Global Lectures, Kuala Lumpur, Malaysia, 2007

Waseda University 125th Anniversary Celebration, Tokyo, 2007

Foundation Day Lecture, University of Manchester, UK, 2008

Kenneth Arrow Lecture, Columbia University, New York, 2008

Tenth Annual D.T. Lakdawala Memorial Lecture, New Delhi, 2008

Eminent Speakers Series, African Development Bank, Tunis, 2010

Daniel Patrick Moynihan Lecture, Washington, D.C., 2014

HEC Honorary Degree conferral presentation, Paris, 2015

Adana Young Businessmen Association Lecture, Turkey, 2015

WEF Latin America Lecture and Panel, Colombia, 2015

Royal Geographical Society Lecture, London, 2015

Our Common Future under Climate Change Conference, UNESCO, Lecture, Paris, 2015

UN Conference on Financing for Development, Ethiopia, 2015

Jackson Hole Summit Lecture, 2015

Clinton Global Initiative Annual Meeting, New York, 2015

World Bank/IMF Annual and Spring Meetings, Alternative Forum, Lima, 2015

The Center for Public Policy Debate Lecture, Sao Paolo, 2015

4th BRICS International Competition Conference Lecture, South Africa, 2015

Keynote Speaker, UNIDO General Conference, Vienna, 2015

Calouste Gulbenkian Foundation Lecture, Lisbon, 2015

Research Institute for Development, Growth, and Economics Forum Lecture, Buenos Aires, 2015

University of Zurich Lecture, 2016

World Economic Forum Lecture and Panel, Switzerland, 2016

Bank of Japan, Shinzo Abe, and Taro Aso Lecture, Toyko, 2016

Keynote speaker, The University of Ottawa, 2016

High Level Leadership Seminar Lecture, Namibia, 2016

The Chinese University of Hong Kong Lecture, Hong Kong, 2016

Council on Foreign Relations, New York, City, 2016

Advanced Graduate Workshop on Poverty, Development and Globalization Lecture, India, 2016

Annual Meeting of the African Export-Import Bank Lecture, Seychelles, 2016

Keynote speaker, The Biennial Cooperative Economy, Italy, 2016

Keynote speaker, International Summit of Cooperatives, Quebec City, 2016

Keynote speaker, Princeton University's Griswold Center for Economic Policy Studies Conference on Inequality, 2016

Presentation at the European Parliament to present "Overcoming the Shadow Economy," a report on reforming tax secrecy havens with Mark Pieth, published in Friedrich Ebert Stiftung International Policy Analysis Paper, with participation of half of the members of the Parliament, 2016

University of Havana and ANEC (The Cuban Society of Marketing of the National Association of Economists and Accountants of Cuba) Lecture, Cuba, 2016

Annual Meeting of the American Economic Association, Chicago, 2017

World Economic Forum Lectures, Davos, January 2017.

National Association of Business Economics (NABE) Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy Lecture, March 2017

Japan Ministry of the Environment Japan (MOEJ) Vision Committee lecture, Tokyo, March 2017

International Economic Association (IEA) World Congress, Opening Plenary Lecture, Mexico City, June 20, 2017

American Sociological Association (ASA) Annual Meeting Lecture, Montréal, Canada, August 12, 2017

Bank of England Conference, Lecture, October 4, 2017

African Export-Import Bank Conference, Memorial for Babacar Ndiaye, Washington, DC, October 15, 2017

STIAS Lecture Series, Stellenbosch Institute for Advanced Study, South Africa, November 14, 2017

Growth Summit hosted by the Bureau for Economic Research, Economic Research Southern Africa and the Research Project on Employment, Income Distribution and Inclusive Growth, Cape Town, South Africa, November 15, 2017

Hill Briefing: Trade, Legal Experts across the Political Spectrum Agree ISDS Must Be Eliminated from NAFTA, Washington, DC, December 5, 2017

Fragility of Truth, Nobel Week Dialogue, Gothenburg, Sweden, December 9, 2017

AI, Worker-Replacing Technological Change and Income Distribution, 13th Annual Conference on Economic Growth and Development (ISI), New Delhi, India, December 18, 2017

Trump and Globalization; Making Trade Globalization Inclusive; Unemployment, Welfare and Innovation, American Economic Association Annual Meeting, Philadelphia, January 5-7, 2018

Beyond the Paradise Papers; Towards a Better Capitalism, World Economic Forum Annual Meeting 2018, Davos-Klosters, Switzerland, January 23, 2018

Improving the Distribution of Wealth: Lecture in Memory of Anthony Atkinson, London School of Economics and Political Science, February 16, 2018

Keynote for Kerner Fiftieth Forum, February 27, 2018, Washington, DC.

15

Capitalism, Inequality & Globalization, Cornelson Lecture at Davidson College, Charlotte, North Carolina, March 16, 2018

High Quality Development: Shifting the Focus from Quantity to Quality; Reform: How Did China Succeed?, China Development Forum (CDF), Beijing, China, March 24, 2018

The Macroeconomics of AI, IMF/INET Conference, Washington, DC, April 6, 2018

Capitalism, Social Justice and Globalization, Anne and Bernard Spitzer Lecture in International Relations at City College, New York, NY, April 16, 2018

Cooperatives and the Social Economy:  Key Elements for Economic Balance and The Future and Challenges of Economic Development in Costa Rica and the Region, University of Costa Rica, San Jose, April 26, 2018

From Manufacturing Led Export Growth to a 21st Century Inclusive Growth Strategy for Tanzania; Balancing market, state and community; The Stockholm Statement: New Strategies for Inclusive Development for a Resource Based Economy; Dar es Salaam, Tanzania, April 30 – May 3, 2018

Development, inequality and demagogy in the 21st century, Provincial Council of Gipuzkoa and the Basque Economists Association, San Sebastian, Spain, May 17, 2018

Capitalism, Inequality and Globalization, Public University of Navarre, Pamplona, Spain, May 21, 2018

The Fragility of Truth: Disinformation and Democracy in the Digital Age, Twitter Conference, Granada, Spain, June 14, 2018

Development, Inequality and Demagogy in the 21st Century, Carey Nobel Laureate in Economics Lecture, Colorado Springs, Colorado, August 30, 2018

From Manufacturing Led Export Growth to a 21st Century Inclusive Growth Strategy: Explaining the Demise of a Successful Growth Model and What to Do About It, UNU Wider Conference, Helsinki, Finland, September 15th, 2018

Keynote speech at the University of Utah's The Great Polarization: Economics, Institutions and Policies in the Age of Inequality, Salt Lake City, Utah, September 27, 2018

Multilateralism and Development, G-24 Ministers and Governors Meeting, Bali, Indonesia, October 11, 2018

Sydney Peace Prize, Acceptance Speech, November 15, 2018

Digital Technologies and New Thinking about Inclusive Development, the World Bank Group, Washington, D.C., February 25, 2019

The Development Research Center of the State Council, Beijing, China, March 22, 2019

Anthony Atkinson Prize, Acceptance Speech, Montreal, Canada, April 29, 2019

European Trade Union Confederation conference lecture, Vienna, Austria, May 22, 2019

Keynote speech at pre-event for the 7th Tokyo International Conference on African Development, Tokyo, Japan, August 27, 2019

Honorary Doctorate Acceptance Speech, Politecnico di Torino, Turin, Italy, November 7, 2019

Honorary Doctorate Acceptance Speech, École Normale Supérieure de Lyon, Lyon, France, November 5, 2019

Climate Change and Risk, public lecture at the University of Zurich, Switzerland, January 16, 2020

Online talk on the U.S. response to COVID-19 for the Bendheim Center for Finance, Princeton University, April 27, 2020

Online speech on GDP and measuring what counts for Bertelsmann Stiftung, Germany, June 22, 2020

Online speech on trust in multilateralism, Victoria Forum, July 23, 2020

Online masterclass for the Open Diplomacy Institute, France, September 29, 2020

Online keynote for the 14th AFD International Research Conference on Development, Agence Française de Développement, November 9, 2020

Online Schumpeter Innovation in Enterprise Lecture, SME Assembly 2020, November 16, 2020

Keynote in celebration of the 800th anniversary of the Università di Padova, May 20, 2022

Goldsmith Plenary Lecture, Australia National University, July 19, 2022

Public lecture at Central European University, Vienna, Austria, on freedom and coercion, September 28, 2022

Sanjaya Lall Memorial Fund Lecture, University of Oxford, May 3, 2023

Inaugural Joseph E. Stiglitz Lecture on Inequality and the Good Society, Keough School of Global Affairs, University of Notre Dame, April 15, 2024


**Editing**

Co-editor, *Journal of Globalization and Development*


*Previous editing positions*

Founding Editor, *Journal of Economic Perspectives*, 1986-93

Editorial Board, *World Bank Economic Review*

Associate Editor, *Review of Economic Design*

Board of Consulting Editors, *Economic Notes* (Monte dei Paschi Di Siena, Italy)

Member, Scientific Committee, *Assicurazioni*, Rome, Italy

Editorial Board, *The Geneva Papers on Risk and Insurance Theory*

Editorial Board, *Revista de Econometrica*

Associate Editor, *Journal of Economic Theory*, 1968-73

Co-editor, *Journal of Public Economics*, 1980-83

American Editor, *Review of Economic Studies*, 1968-76

Associate Editor, *American Economic Review*, 1968-76

Associate Editor, *Energy Economics*

Associate Editor, *Managerial and Decision Economics*

Editorial Board, *The Review of Industrial Organization*

Co-editor, *The Economists' Voice*


## Other Activities

Counselor of the Academic Committee, National Economics Foundation

International Advisory Committee, Barcelona Graduate School of Economics

International Advisory Board, Open Society Foundations

Committee on Graduate Education in Economics, American Economic Association

Member, M.I.T. Corporation Visiting Committee in Economics, 197l-1983

Member, Committee on Urban Public Economics, 1973

Secretary, Econometric Society, 1972-1975

Council, Econometric Society, 1984–1990

Steering Committee, Conference on Mathematical Economics, NBER

Member, Economics Panel, National Science Foundation, 1972-1976

Executive Committee, American Economic Association, 1982-1984; ex-officio, 1985–

Vice-President, American Economic Association, 1985

Special Review Panel, NSF, 1986

Visiting Committee, University of California, Department of Economics, 1989

Member, Nikkei International Academy, 1991

Member, Center for Economic Studies, 1991

Member, SEC-organized task force on accounting in the new economy, 1999-2001

## Articles

### 1966

"Investment, Income, and Wages," (abstract), with G. A. Akerlof, *Econometrica*, 34(5), Supplementary Issue, 1966, p. 118. (Presented at December meetings of the Econometric Society, New York.)

### 1967

"Allocation of Investment in a Dynamic Economy," with K. Shell, *Quarterly Journal of Economics*, 81, November 1967, pp. 592-609.

"A Two-Sector, Two Class Model of Economic Growth," *Review of Economic Studies*, 34, April 1967, pp. 227-238.

**1968**

"A Note on Technical Choice Under Full Employment in a Socialist Economy," *Economic Journal*, 78(311), September 1968, pp. 603-609.

"Output, Employment and Wages in the Short Run," with R. Solow, *Quarterly Journal of Economics*, 82, November 1968, pp. 537-560.

**1969**

"Allocation of Heterogeneous Capital Goods in a Two Sector Economy," *International Economic Review*, 10, October 1969, pp. 373-390. (Presented at the 1965 Chicago Symposium on the Theory of Economic Growth.)

"Behavior Toward Risk With Many Commodities," *Econometrica*, 37(4), October 1969, pp. 660-667.

"Capital Gains, Income and Savings," with K. Shell and M. Sidrauski, *Review of Economic Studies*, 36, January 1969, pp. 15-26.

"Capital, Wages and Structural Unemployment," with George A. Akerlof, *Economic Journal*, 79(314), June, 1969, pp. 269-281.

"Distribution of Income and Wealth Among Individuals," *Econometrica*, 37(3), July 1969, pp. 382-397. (Presented at the December 1966 meetings of the Econometric Society, San Francisco.)

"The Effects of Income, Wealth and Capital Gains Taxation on Risk-Taking," *Quarterly Journal of Economics*, 83(2), May 1969, pp. 263-283.

"The Implications of Alternative Saving and Expectations Hypotheses for Choices of Technique and Patterns of Growth," with D. Cass, *Journal of Political Economy*, 77, July-August 1969, pp. 586-627. (Presented at the 1967 Chicago Symposium on the Theory of Economic Growth.)

"A New View of Technological Change," with A. Atkinson, *Economic Journal*, 79(315), September 1969, pp. 573-578.

"A Re-Examination of the Modigliani-Miller Theorem," *American Economic Review*, 59(5), December 1969, pp. 784-793. (Presented at the 1967 meetings of the Econometric Society, Washington, D.C.)

"Rural-Urban Migration, Surplus Labor and the Relationship Between Urban and Rural Wages," *East African Economic Review*, 1-2, December 1969, pp. 1-27.

"Theory of Innovation: Discussion," with Evsey D. Domar, *American Economic Review*, AEA Papers and Proceedings, 59(2), May 1969, pp. 44-49.

19

**1970**

"A Consumption Oriented Theory of the Demand for Financial Assets and the Term Structure of Interest Rates," *Review of Economic Studies*, 37(3), July 1970, pp. 321-351. (Presented at the August 1968 meetings of the Econometric Society, Boulder, Colorado.)

"Factor Price Equalization in a Dynamic Economy," *Journal of Political Economy*, 78(3), May-June 1970, pp. 456-489.

"Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 2(3), September 1970, pp. 225-243. Subsequently published in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992.

"Non-Substitution Theorems with Durable Capital Goods," *Review of Economic Studies*, 37(4), October 1970, pp. 543-553.

"Reply to Mrs. Robinson on the Choice of Technique," *Economic Journal*, 80(318), June 1970, pp. 420-422.

"The Structure of Investor Preferences and Asset Returns, and Separability in Portfolio Allocation: A Contribution to the Pure Theory of Mutual Funds," with D. Cass, *Journal of Economic Theory*, 1, June 1970, pp. 122-160.

**1971**

"Differential Taxation, Public Goods, and Economic Efficiency," with P. Dasgupta, *Review of Economic Studies*, 38(2), April 1971, pp. 151-174.

"Increasing Risk: II. Its Economic Consequences," with M. Rothschild, *Journal of Economic Theory*, 5(1), March 1971, pp. 66-84.

**1972**

"Addendum to Increasing Risk: I. A Definition," with M. Rothschild, *Journal of Economic Theory*, 5(2), October 1972, p. 306.

"Four Lectures on Portfolio Allocation with Many Risky Assets," *Mathematical Methods in Investment and Finance*, Szege-Shell (eds.), Amsterdam: North-Holland Publishing, 1972, pp. 76-108.

"On Optimal Taxation and Public Production," with P. Dasgupta, *Review of Economic Studies*, 39(1), January 1972, pp. 87-103.

"On the Optimality of the Stock Market Allocation of Investment," *Quarterly Journal of Economics*, 86(1), February 1972, pp. 25-60. (Presented to the Far Eastern Meetings of the Econometric Society, June 1970, Tokyo, Japan.)

"Risk Aversion and Wealth Effects on Portfolios with Many Assets," with D. Cass, *Review of Economic Studies*, 39(3), July 1972, pp. 331-354.

"Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs," *Bell Journal of Economics*, 3(2), Autumn 1972, pp. 458-482.

"The Structure of Indirect Taxation and Economic Efficiency," with A. Atkinson, *Journal of Public Economics*, 1, March 1972, pp. 97-119.

"Taxation, Risk Taking, and the Allocation of Investment in a Competitive Economy," *Studies in the Theory of Capital Markets*, M. Jensen (ed.), New York: Praeger, 1972, pp. 294-361. (Proceedings of a conference at the University of Rochester, August 1969.)

**1973**

"Approaches to the Economics of Discrimination," *American Economic Review*, 62(2), May 1973, pp. 287-295. Reprinted in *Economics and Discrimination*, W. Darity and C. Boshamer (eds.), Edward Elgar Publishing, 1993.

"The Badly Behaved Economy with the Well Behaved Production Function," *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan Publishing Company, 1973, pp. 118-137. (Presented at the International Economic Association Conference on Growth Theory, Jerusalem, 1970.)

"Education and Inequality," *Annals of the American Academy of Political and Social Sciences*, 409, September 1973, pp. 135-145.

"Recurrence of Techniques in a Dynamic Economy," *Models of Economic Growth*, J. Mirrlees (ed.), MacMillan, 1973, pp. 138-161.

"Some Further Results on the Measurement of Inequality," with M. Rothschild, *Journal of Economic Theory*, 6(2), April 1973, pp.188-204.

"Taxation, Corporate Financial Policy and the Cost of Capital," *Journal of Public Economics*, 2, February 1973, pp. 1-34. (Subsequently published in *Modern Public Finance*, 1, International Library of Critical Writings in Economics, No. 15., A. Atkinson (ed.), Elgar, 1991, pp. 96-129.)

**1974**

"Alternative Theories of Wage Determination and Unemployment in L.D.C.'s: The Labor Turnover Model," *Quarterly Journal of Economics*, 88(2), May 1974, pp. 194-227. Subsequently published in *Development Economics*, 1, D. Lal (ed.), Elgar, 1992, pp. 288-321. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 461-487.

"Benefit-Cost Analysis and Trade Policies," with P. Dasgupta, *Journal of Political Economy*, 82(1), January-February 1974, pp. 1-33. (Presented to Conference on Project Evaluation, Nairobi, July, 1971.)

"The Cambridge-Cambridge Controversy in the Theory of Capital; A View From New Haven: A Review Article," *Journal of Political Economy*, 82(4), July-August 1974, pp. 893-904.

"Demand for Education in Public and Private School Systems," *Journal of Public Economics*, 2, November 1974, pp. 349-386.

21

"Growth With Exhaustible Natural Resources: Efficient and Optimal Growth Paths," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 123-137.

"Growth With Exhaustible Resources: The Competitive Economy," *Review of Economic Studies*, 41, Symposium on the Economics of Exhaustible Resources, March 1974, pp. 139-152.

"Incentives and Risk Sharing in Sharecropping," *Review of Economic Studies*, 41(2), April 1974, pp. 219-255. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 361-399; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 545-581

"Increases in Risk and in Risk Aversion," with P. Diamond, *Journal of Economic Theory*, 8(3), July 1974, pp. 337-360. (Presented at a Conference on Decision Rules and Uncertainty, Iowa City, May 1972.)

"On the Irrelevance of Corporate Financial Policy," *American Economic Review*, 64(6), December 1974, pp. 851-866. (Presented at a conference in Hakone, Japan, 1970.)

"Theories of Discrimination and Economic Policy," *Patterns of Racial Discrimination*, G. von Furstenberg, et al. (eds.), D.C. Heath and Company (Lexington Books), 1974, pp. 5-26.

## 1975

"Discussion of 'The Maryland Interindustry Forecasting Model' by Clopper Almon," *The Brookings Model: Perspective and Recent Developments,* Gary Fromm and Lawrence R. Klein (eds.), North-Holland Publishing Company, 1975, pp. 599-603.

"The Efficiency of Market Prices in Long Run Allocations in the Oil Industry," *Studies in Energy Tax Policy*, G. Brannon (ed.), Cambridge: Ballinger Publishing, 1975, pp. 55-99. (Report written for the Ford Foundation Energy Policy Project, August 1973.)

"Incentives, Risk and Information: Notes Toward a Theory of Hierarchy," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 552-579. (Presented at Berlin Symposium on Planning, August 1973.) Reprinted in *The Economics of Modern Business Enterprise*, Elgar Reference Collection: Northampton, MA, 2008.  Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 383-406.

"Information and Economic Analysis," *Current Economic Problems*, J.M. Parkin and A.R. Nobay (eds.),  Cambridge: Cambridge University Press, pp. 27-52. (Proceedings of the Association of University Teachers of Economics, Manchester, England, April 1974.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Colume I: Information and Economic Analysis,* Oxford: Oxford University Press, 2009, pp. 29-52.

"Reply to Mr. Stapleton on 'Some Aspects of the Pure Theory of Corporate Finance: Bankruptcies and Take-Overs'," *Bell Journal of Economics*, 6(2), Autumn 1975, pp. 711-714.

"The Theory of Screening, Education and the Distribution of Income," *American Economic Review*, 65(3), June 1975, pp. 283-300. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 99-121.

**1976**

"The Corporation Tax," *Journal of Public Economics*, 5, April-May 1976, pp. 303-311.

"The Design of Tax Structure: Direct Versus Indirect Taxation," with A. Atkinson, *Journal of Public Economics*, 6, July-August 1976, pp. 55-75. Subsequently published in *Modern Public Finance, 2*, International Library of Critical Writings in Economics, No. 15, A. Atkinson (ed.), Elgar, 1991, pp. 82-102.

"The Efficiency Wage Hypothesis, Surplus Labor and the Distribution of Income in L.D.C.'s," *Oxford Economic Papers*, 28(2), July 1976, pp. 185-207.

"Equilibrium in Competitive Insurance Markets: An Essay on the Economics of Imperfect Information," with M. Rothschild, *Quarterly Journal of Economics*, 90(4), November 1976, pp. 629-649. Subsequently reprinted in *Industrial Economics*, O.E. Williamson (ed.), Edward Elgar, 1990, pp. 141-61; in *Foundations of Insurance Economics*, G. Dionne and S. Harrington (eds.), Kluwer Academic Publishers, 1992; in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 141-159; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 582-602.

"Estate Taxes, Growth and Redistribution," *Essays in Honor of W. Vickrey*, R. Grieson (ed.), Lexington: Lexington Publishing Company, 1976, pp. 225-232.

"Information and Competitive Price Systems," with S. Grossman, *American Economic Review*, 66(2), May 1976, pp. 246-253.

"Monopoly and the Rate of Extraction of Exhaustible Resources," *American Economic Review*, 66(4), September 1976, pp. 655-661. Reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp. 184-190.

"Notes on Estate Taxes, Redistribution, and the Concept of Balanced Growth Path Incidence," *Journal of Political Economy*, 86(2), part 2, pp. 137-150. (Paper presented at NBER Conference on Taxation, Stanford University, January 1976.)

**1977**

"Bargains and Ripoffs: A Model of Monopolistically Competitive Price Dispersions," with S. Salop, *Review of Economic Studies*, 44(3), October 1977, pp. 493-510. Reprinted in *The Economics of Information*, S.A. Lippman and D.K. Levine (eds.), Edward Elgar, 1995, pp. 198-215; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 493-515.

"Monopolistic Competition and Optimum Product Diversity," with A. Dixit, *American Economic Review*, 67(3), June 1977, pp. 297-308. Republished in *Microeconomics: Theoretical and Applied*, 2, R. Kuenne (ed.), Aldershot, UK: Elgar, 1991, pp. 183-94.  Republished in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.70-119.

"Monopoly, Non-Linear Pricing and Imperfect Information: The Insurance Market," *Review of Economic Studies*, 44(3), October 1977, pp. 407-430. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 168- 192.

"On Value Maximization and Alternative Objectives of the Firm," with S. Grossman, *Journal of Finance*, 32(2), May 1977, pp. 389-402.

"Some Further Remarks on Cost-Benefit Analysis," *Social and Economic Dimensions of Project Evaluation*, Schwartz and R. Berney (eds.), Inter-American Development Bank, 1977, pp. 253-282. (Proceedings of the Symposium on Cost-Benefit Analysis, IDB, Washington, March 1973.)

"Some Lessons from the New Public Finance," with M. Boskin, *American Economic Review*, 67(1), February 1977, pp. 295-301.

"Symposium on the Economics of Information: Introduction," *Review of Economic Studies*, 44(3), October 1977, pp. 389-391.

"Tariffs vs. Quotas As Revenue Raising Devices Under Uncertainty," with P. Dasgupta, *American Economic Review*, 67(5), December 1977, pp. 975-981.

"Theory of Local Public Goods," *The Economics of Public Services*, M.S. Feldstein and R.P. Inman (eds.), London: MacMillan Press, 1977, pp. 274-333. (Paper presented to IEA Conference, Turin, 1974.)

**1978**

"Efficiency in the Optimum Supply of Public Goods," with L.J. Lau and E. Sheshinski, *Econometrica*, 46(2), March 1978, pp.269-284.

"Equality, Taxation and Inheritance," *Personal Income Distribution*, W. Krelle and A.F. Shorrocks (eds.), North-Holland Publishing Company, 1978, pp. 271-303. (Proceedings of IEA Conference, Noordwijk aan Zee, Netherlands, April 1977.)

24

**1979**

"Aggregate Land Rents, Expenditure on Public Goods and Optimal City Size," with R. Arnott, *Quarterly Journal of Economics*, 93(4), November 1979, pp. 471-500.

"Equilibrium in Product Markets with Imperfect Information," *American Economic Review*, 69(2), May 1979, pp. 339-345. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 759-766.

"Intergenerational Transfers and Inequality," with D. Bevan, *The Greek Economic Review*, 1(1), August 1979, pp. 8-26.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review*, 69(5), December 1979, pp. 961-963.

"A Neoclassical Analysis of the Economics of Natural Resources," *Scarcity and Growth Reconsidered*, V.K. Smith (ed.), Baltimore: Johns Hopkins Press, 1979, pp. 36-66. Subsequently reprinted in *The Economics of Exhaustible Resources*, G. Heal (ed.), Brookfield, VT: Edward Elgar, 1993, pp.131-161; and in *Natural Resource Economics: A Book of Readings*, C. Gopalakrishnan (ed.), University of California Press, 1992. (Originally presented at Conference of Resources for the Future, October 1976)

"On Search and Equilibrium Price Distributions," *Economics and Human Welfare: Essays in Honor of Tibor Scitovsky*, M. Boskin (ed.), York: Academic Press Inc., 1979, pp. 203-236.

"Sharecropping: Risk Sharing and the Importance of Imperfect Information," with D. Newbery, *Risk, Uncertainty and Agricultural Development*, J.A. Roumasset, et al. (eds.), Southeast Asian Regional Center for Graduate Study and Research in Agriculture (SEARCA) and Agricultural Development Council, 1979, pp. 311-341. (Originally presented at a conference in Mexico City, March 1976.)

"The Theory of Commodity Price Stabilization Rules: Welfare Impacts and Supply Responses," with D. Newbery, *The Economic Journal*, 89(356), December 1979, pp. 799-817. Subsequently published in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 200-218.

**1980**

"Industrial Structure and the Nature of Innovative Activity," with P. Dasgupta, *Economic Journal*, 90(358), June 1980, pp. 266-293. Reprinted in *The Economics of Technical Change,* Elgar Reference Collection, International Library of Critical Writings in Economics, 31, Edwin Mansfield and Elizabeth Mansfield (eds.), Aldershot, UK: Elgar. pp. 133-160.

"On the Impossibility of Informationally Efficient Markets," with S. Grossman, *American Economic Review*, 70(3), June 1980, pp. 393-408. Subsequently reprinted in *Financial Markets and Incomplete Information - Frontiers of Modern Financial Theory*, 2, S. Bhattacharya and G. Constantinides (eds.), Rowman and Littlefield, 1989, pp. 123-136; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 516-536; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 603-618.

"Risk, Futures Markets and the Stabilization of Commodity Prices," *The Proceedings of the First Annual Sponsor's Conference Frontiers in Futures*, Columbia University Center for the Study of Futures Markets, September 1980.

"Stockholder Unanimity in the Making of Production and Financial Decisions," with S. Grossman, *Quarterly Journal of Economics*, 94(3), May 1980, pp. 543-566.

"The Taxation of Exhaustible Resources," with P. Dasgupta and G. Heal, *Public Policy and the Tax System*, G.A. Hughes and G.M. Heal (eds.), London: George Allen and Unwin, 1980, pp. 150-172.

"Uncertainty, Industrial Structure and the Speed of R&D," with P. Dasgupta, *Bell Journal of Economics*, 11(1), Spring 1980, pp. 1-28. Also Princeton University Econometric Research Program Research Memorandum 255.

**1981**

"Aggregate Land Rents and Aggregate Transport Costs," with R. Arnott, *Economic Journal*, 91(362), June 1981, pp. 331-347. Also NBER Working Paper 523.

"Credit Rationing in Markets with Imperfect Information," with A. Weiss, *American Economic Review*, 71(3), June 1981, pp. 393-410. Subsequently reprinted in *New Keynesian Economics*, 2, G. Mankiw and D. Romer (eds.), Cambridge, Mass.: MIT Press, 1991 pp. 247-276. Also Princeton University Econometric Research Program Research Memoranda 267 and 268. (Presented at a meeting of the Western Economic Association, June 1978), subsequently reprinted in *Foundations of the Law*, Barry Adler (ed.), Foundation Press, 2003; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 262-286; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 619-636.

"Energy Resources and Research and Development," with P. Dasgupta and R. Gilbert, *Erschopfbare Ressourcen*, edited by Horst Siebert, Vol. 108, Berlin: Duncker & Humbolt, pp. 85-108. (Presented at a conference in Mannheim, 1979.)

"Entry, Innovation, Exit: Toward a Dynamic Theory of Oligopolistic Industrial Structure," with P. Dasgupta, *European Economic Review,* 15(2), Feb. 1981, pp. 137-158.

"Market Structure and Resource Extraction Under Uncertainty," with P. Dasgupta, *Scandinavian Economic Journal*, 83, 1981, pp. 318-333. Reprinted in *The Impact of Rising Oil Prices on the World Economy*, Mattiessen (ed.), MacMillan, 1982, pp. 178-193. Princeton University Econometric Research Program Research Memorandum 262.

"On the Almost Neutrality of Inflation: Notes on Taxation and the Welfare Costs of Inflation," *Development in an Inflationary World*, M. June Flanders and Assaf Razin (eds.), New York: Academic Press, 1981, pp. 419-457. Also NBER Working Paper 499.

"Pareto Optimality and Competition," *Journal of Finance*, 36(2), May 1981, pp. 235-251.

"Potential Competition May Reduce Welfare," *American Economic Review*, 71(2), May 1981, pp. 184-189. (Papers and Proceedings of the AEA meetings in Denver, CO, September 1980.)

"Project Appraisal and Foreign Exchange Constraints," with C. Blitzer and P. Dasgupta, *Economic Journal*, 91(361), March 1981, pp. 58-74. (Presented at the Econometric Society Meeting, August 1976, Helsinki.)

"Resource Depletion Under Technological Uncertainty," with P. Dasgupta, *Econometrica*, 49(1), January 1981, pp. 85-104.

**1982**

"Alternative Theories of Wage Determination and Unemployment: The Efficiency Wage Model," *The Theory and Experience of Economic Development: Essays in Honor of Sir Arthur W. Lewis*, M. Gersovitz, et al. (eds.), London: George Allen & Unwin, 1982, pp. 78-106. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 488-512.

"The Choice of Techniques and the Optimality of Market Equilibrium with Rational Expectations," with D. Newbery, *Journal of Political Economy*, 90(2), April 1982, pp. 223-246. (Also Princeton University Econometric Research Program Research Memorandum 277.)

"The Inefficiency of the Stock Market Equilibrium," *Review of Economic Studies*, 49(2), April 1982, pp. 241-261. Also Princeton University Econometric Research Program Research Memorandum 256, November 1980. (Paper presented at a Conference on Uncertainty and Insurance in Economic Theory in Honor of Karl Borch, Bergen, April 1979)

"Information and Capital Markets," *Financial Economics: Essays in Honor of Paul Cootner*, William F. Sharpe and Cathryn Cootner (eds.), Prentice Hall, New Jersey, 1982, pp. 118-158. Also NBER Working Paper 678. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 55-84.

"Invention and Innovation Under Alternative Market Structures: The Case of Natural Resources," with R. Gilbert and P. Dasgupta, *Review of Economic Studies*, 49(4), 1982, pp. 567-582. Also Princeton University Econometric Research Program Research Memorandum 263.

"Market Structure and Resource Depletion: A Contribution of the Theory of Intertemporal Monopolistic Competition," with P. Dasgupta, *Journal of Economic Theory*, 28(1), October 1982, pp. 128-164. Previously Princeton University Econometric Research Program Research Memorandum 261, March 1980.

"A Model of Employment Outcomes Illustrating the Effect of the Structure of Information on the Level and Distribution of Income," with M. Rothschild, *Economic Letters*, 10, 1982, pp. 231-236. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 122-126.

"On the Impossibility of Informationally Efficient Markets: Reply," with S. Grossman, *American Economic Review,* 72(4), September 1982, p. 875.

"Optimal Commodity Stock-Piling Rules," with D. Newbery, *Oxford Economic Papers*, November 1982, pp. 403-427.

"Ownership, Control and Efficient Markets: Some Paradoxes in the Theory of Capital Markets," *Economic Regulation: Essays in Honor of James R. Nelson,* Kenneth D. Boyer and William G. Shepherd (eds.), Michigan State University Press, 1982, pp. 311-341. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 99-114.

"The Rate of Discount for Cost-Benefit Analysis and the Theory of the Second Best," *Discounting for Time and Risk in Energy Policy*, R. Lind (ed.), Resources for the Future, 1982, pp. 151-204.

"Risk Aversion, Supply Response, and the Optimality of Random Prices: A Diagrammatic Analysis," with D. Newbery, *Quarterly Journal of Economics*, 97(1), February 1982, pp. 1-26. Also Princeton University Econometric Research Program Research Memorandum 276.

"Self-Selection and Pareto Efficient Taxation," *Journal of Public Economics*, 17, 1982, pp. 213-240. Also NBER Working Paper 632.

"Sharecropping and the Interlinking of Agrarian Markets," with A. Braverman, *American Economic Review*, 72(4), September 1982, pp. 695-715. Also Princeton University Econometric Research Program Research Memorandum 299.

"The Structure of Labor Markets and Shadow Prices in L.D.C.'s," *Migration and the Labor Market in Developing Countries*, R. Sabot (ed.), Boulder, CO: Westview, 1982, pp. 13-64. (Presented at World Bank Conference, February 1976.)

"The Theory of Sales: A Simple Model of Equilibrium Price Dispersion with Identical Agents," with S. Salop, *American Economic Review*, 72(5), December 1982, pp. 1121-1130. Also Princeton University Econometric Research Program Research Memorandum 283. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 747-758.

"Utilitarianism and Horizontal Equity: The Case for Random Taxation," *Journal of Public Economics*, 18, 1982, pp. 1-33. Also NBER Working Paper 694.

**1983**

"Alternate Approaches to the Analysis of Markets with Asymmetric Information," with A. Weiss, *American Economic Review*, 73(1), March 1983, pp. 246-249.

"Futures Markets and Risk: A General Equilibrium Approach," *Futures Markets, Modeling, Managing and Monitoring Futures Trading*, Manfred Streit (ed.), Basil Blackwell Publishers, October 1983, pp. 75-106. (Paper presented at a conference at the European Institute, Florence, March 1982.) Subsequently revised as "Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Implicit Contracts and Fixed Price Equilibria," with C. Azariadis, *Quarterly Journal of Economics* Supplement, 98, 1983, pp. 1-22. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 187-210.

"Incentive Effects of Termination: Applications to the Credit and Labor Markets," with A. Weiss, *American Economic Review*, 73(5), December 1983, pp. 912-927. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 141-158.

"Information, Competition and Markets," with B. Nalebuff, *American Economic Review*, 73(2), May 1983, pp. 278-284. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 400-408.

"Money, Credit Constraints and Economic Activity," with A. Blinder, *American Economic Review*, 73(2), May 1983, pp. 297-302.

"On the Relevance or Irrelevance of Public Financial Policy: Indexation, Price Rigidities and Optimal Monetary Policy," *Inflation, Debt and Indexation*, R. Dornbusch and M. Simonsen (eds.), MIT Press, 1983, pp. 183-222. (Presented at a Conference at Rio de Janeiro, December 1981.)

"On the Theory of Social Insurance: Comments on 'The State and the Demand for Security in Contemporary Societies' by Raymond Barre," *The Geneva Papers*, 8(27), Sixth Annual Lecture of the Geneva Association, April 1983, pp. 105-110.

"Preemption, Leapfrogging and Competition in Patent Races," with D. Fudenberg, R. Gilbert and J. Tirole, *European Economic Review*, 22, June 1983, pp. 3-32.

"Prizes and Incentives: Toward a General Theory of Compensation and Competition," with B. Nalebuff, *Bell Journal*, 14(1), Spring 1983, pp. 21-43. Also Princeton University Econometric Research Program Research Memorandum 293. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 407-431.

"Public Goods in Open Economies with Heterogeneous Individuals," *Locational Analysis of Public Facilities*, J.F. Thisse and H.G. Zoller (eds.), Amsterdam: North-Holland, 1983, pp. 55-78.

"Review of 'Samuelson and Neoclassical Economics' by G.R. Feiwel," *Journal of Economic Literature,* 21(3), September 1983, pp. 997-999.

"Risk, Incentives and Insurance: The Pure Theory of Moral Hazard," *Geneva Papers*, 8(26), January 1983, pp. 4-32. Also Princeton University Financial Research Center Memorandum 42. (Fifth Annual Geneva Lecture delivered at Zurich, March 1981.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 611-631.

"Some Aspects of the Taxation of Capital Gains," *Journal of Public Economics*, 21, July 1983, pp. 257-294.

"Strategic Considerations in Invention and Innovation: The Case of Natural Resources," with P. Dasgupta and R. Gilbert, *Econometrica*, 51(5), September 1983, pp. 1430-1448. Subsequently reprinted in *Economic Organizations as Games*, K. Binmore and P. Dasgupta (eds.), New York: Basil Blackwell, 1986, pp. 165-175.

"The Theory of Local Public Goods Twenty-Five Years After Tiebout: A Perspective," *Local Provision of Public Services: The Tiebout Model After Twenty-Five Years*, G.R. Zodrow (ed.), New York: Academic Press, 1983, pp. 17-53.

"Toward a Reconstruction of Keynesian Economics: Expectations and Constrained Equilibria," with P. Neary, *Quarterly Journal of Economics*, 98, Supplement, 1983, pp. 199-228. Reprinted in *The Keynesian Heritage Volumes I*, G.K. Shaw (ed.), in a series: *Schools of Thought in Economics,* Mark Blaug (ed.), Edward Elgar Publishing Ltd. Also NBER Working Paper 376. (Presented at the Athens meeting of the Econometric Society, September 1979.)

**1984**

"Budget Policy and Processes: Where Do We Go From Here?," with M. Boskin, W. Niskanen, and R. Penner, *Contemporary Policy Issues*, Fall, 1984-85, pp. 53-78. (Panel discussion at the meetings of the Western Economic Association, July 1984.)

"The Economics of Price Scissors," with R. Sah, *American Economic Review*, 74(1), March 1984, pp. 125-138.

"Equilibrium Unemployment as a Worker Discipline Device," with Carl Shapiro, *American Economic Review*, 74(3), June 1984, pp. 433-444. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 123-142; in *Macroeconomics and Imperfect Competition,* Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 453-464 and *The Economics of Modern Business Enterprise*, *Volume 3. Incentives and Control,* Elgar Reference Collection: Northampton, MA, 2008; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 287-303; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 637-648.

"Information Externalities in Oil and Gas Leasing," with J. Leitzinger, *Contemporary Economic Policy Issues*, 5, March 1984, pp. 44-57. (Paper presented at the Western Economic Association Meetings, July 1983.)

"Information, Screening and Welfare," *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 209-239.

"Informational Imperfections in the Capital Markets and Macroeconomic Fluctuations," with A. Weiss and B. Greenwald, *American Economic Review*, 74(2), May 1984, pp. 194-199.

"The New Public Finance: A Perspective" (in Spanish), *Hacienda Publica Espanola*, 91, 1984, pp. 341-348.

"A Nonconcavity in the Value of Information," with R. Radner, *Bayesian Models in Economic Theory*, Marcel Boyer and Richard Khilstrom (eds.), Elsevier Science Publications, 1984, pp. 33-52. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 537-554.

"Pareto Inferior Trade," with D. Newbery, *Review of Economic Studies*, 51(1), January 1984, pp. 1-12.

"Price Rigidities and Market Structure," *American Economic Review*, 74(2), May 1984, pp. 350-356. Subsequently reprinted in *New Keynesian Economics*, 2, N.G. Mankiw and D. Romer (eds.), MIT Press, 1991, pp. 377-388. Also in *Macroeconomics and Imperfect Competition,* Jean-Pascal Bénassy (ed.), Edward Elgar Publisihing, 1995, pp. 221-226.

**1985**

"Can Unemployment be Involuntary? Reply," with C. Shapiro, *American Economic Review*, 75(5), December 1985, pp. 1215-1217.

"The Consumption Expenditure Tax," *The Promise of Tax Reform*, J. Pechman (ed.), Englewood Cliffs: Prentice-Hall, 1985, pp. 107-127.

"Credit Markets and the Control of Capital," *Journal of Money, Banking, and Credit*, 17(2), May 1985, pp. 133-152. Subsequently reprinted in *La Theoria del Mercata Finanziari*, G. Viciago and G.Verga (eds.), Bologna: Societa Editrice il Mulino, 1992; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 444-463.

"Economics of Information and the Theory of Economic Development," *Revista De Econometria*, 5(1), April 1985, pp. 5-32.

"Equilibrium Unemployment as a Worker Discipline Device: Reply," with C. Shapiro, *American Economic Review*, 75(4), September 1985, pp. 892-893.

"Equilibrium Wage Distributions," *Economic Journal*, 95(379), September 1985, pp. 595-618. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 559-580.

"The General Theory of Tax Avoidance," *National Tax Journal*, 38(3), September 1985, pp. 325-338. Also NBER Reprint No. 987.

"Human Fallibility and Economic Organization," with R. Sah, *American Economic Review*, 75(2), May 1985, pp. 292-296. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. pp.409-416.

"Information and Economic Analysis: A Perspective," *Economic Journal*, 95, Supplement: Conference Papers, 1985, pp. 21-41. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp.7-19.

"Labor Turnover, Wage Structure & Moral Hazard: The Inefficiency of Competitive Markets," with R. Arnott, *Journal of Labor Economics*, 3(4), October 1985, pp. 434-462. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 581-600.

"The Social Cost of Labor, and Project Evaluation: A General Approach," with R. Sah, *Journal of Public Economics*, 28, 1985, pp. 135-163. Economic Growth Center Discussion Paper No. 470, Yale University, March 1985.

**1986**

"The Architecture of Economic Systems: Hierarchies and Polyarchies," with R. Sah, *American Economic Review*, 76(4), September 1986, pp. 716-727. Also a shortened version in AEA Papers and Proceedings, also published in *Personnel Economics*, Edward P. Lasear and Robert NcNabb (eds.) 2002.

"Comments on 'Tax Asymmetries and Corporate Tax Reform' by Saman Majd and Stewart C. Myers," *The Effects of Taxation on Capital Formation*, M. Feldstein (ed.), NBER, 1986, pp. 374-376.

"Cost Sharing Arrangement Under Sharecropping: Moral Hazard, Incentive Flexibility and Risk," with A. Braverman, *Journal of Agricultural Economics*, 68(3), August 1986, pp. 642-652. (Revised version of "Moral Hazard, Incentive Flexibility & Risk: Cost Sharing Arrangements under Sharecropping," with A. Braveman, Economic Research Program, Research Memorandum 298, Princeton, 1988.)

"Credit Rationing and Collateral," with A. Weiss, *Recent Developments in Corporate Finance*, Jeremy Edwards, et al. (eds.), New York: Cambridge University Press, 1986, pp. 101-135. Also a Bell Communications Research Discussion Paper. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 159-177.

"The Economics of Price Scissors: Reply," with R. Sah, *American Economic Review*, 76(5), December 1986, pp. 1195-1199. Published version of "The Economics of Town-versus-Country Problems," Yale Economic Growth Center Paper 508.

"Externalities in Economies with Imperfect Information and Incomplete Markets," with B. Greenwald, *Quarterly Journal of Economics*, Vol. 101, No. 2, May 1986, pp. 229-264. Reprinted in *Economic Theory and the Welfare State*, Nicholas Barr (ed.), Cheltenham, UK: Edward Elgar, 2000; in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 559-588; and in Howard R. Vane and Chris Mulhearn, eds., *Pioneering Papers of the Nobel Memorial Laureates in Economics Series*, Elgar, Edward Publishing, Inc., 2010, v. 6, pp. 649-684. Originally "Pecuniary and Market Mediated Externalities: Toward a General Theory of the Welfare Economics of Economies with Imperfect Information and Incomplete Markets," NBER Working Paper 1304, 1984.

"Hemmis Hohe Lohne," *Wirtschafts Woche*, 43(17), October 1986, pp. 98-105.

"Introduction to Proceedings of the International Economic Association Roundtable Conference on New Developments in the Theory of Market Structure," *New Developments in the Theory of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan, 1986. (Conference held in Ottawa, Canada, May 10, 1982.)

"Landlords, Tenants and Technological Innovations," with A. Braverman, *Journal of Development Economics*, 23(2), October 1986, pp. 313-332.

"Moral Hazard and Optimal Commodity Taxation," with R. Arnott, *Journal of Public Economics*, 29, 1986, pp. 1-24.

"The New Development Economics," *World Development*, 14(2), 1986, pp. 257-265. Subsequently reprinted in *The Political Economy of Development and Underdevelopment*, C.K. Wilber (ed.), New York: Random House, 1988, pp. 393-407.

"Pure Theory of Country Risk," with J. Eaton and M. Gersovitz, *European Economic Review*, 30(3), June 1986, pp. 481-513. Reprinted in *Development Economics*, 4, D. Lal (ed.), Elgar, 1992, pp. 241-273. Also NBER Working Paper No. 1864, April 1986 and NBER Reprint 793. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 291-316.

"Theories of Wage Rigidities," *Keynes' Economic Legacy: Contemporary Economic Theories*, J.L. Butkiewicz, et al. (eds.), New York: Praeger Publishers, 1986, pp. 153-206. (Presented at a conference on Keynes' Economic Legacy, University of Delaware, December 1983.)

"Theory of Competition, Incentives and Risk," *New Developments in the Analysis of Market Structure*, J.E. Stiglitz and F. Mathewson (eds.), MacMillan/MIT Press, 1986, pp. 399-449. Also, Princeton University Econometric Research Program Research Memorandum 311.

"Toward a More General Theory of Monopolistic Competition," *Prices, Competition, & Equilibrium*, M. Peston and R. Quandt (eds.), Oxford: Philip Allan/Barnes & Noble Books, 1986, pp. 22-69. Also Princeton University Econometric Research Program Research Memorandum 316.

**1987**

"The Causes and Consequences of the Dependence of Quality on Prices," *Journal of Economic Literature*, 25, March 1987, pp. 1-48. Subsequently reprinted in *Impresa, Instituzione e Informazione*, M. Franzini and M. Messori (eds.), Bologna: Cooperative Libraria Universitaria, 1991; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp 304-352.

"Competition and the Number of Firms in a Market: Are Duopolies More Competitive Than Atomistic Markets?" *Journal of Political Economy*, 95(5), 1987, pp. 1041-1061. (Revised version of "Duopolies are More Competitive than Atomistic Markets," Princeton University Econometric Research Program Research Memorandum 310, February 1984.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 767-783.

"Credit Rationing: Reply," with A. Weiss, *American Economic Review*, 77(1), March 1987, pp. 228-231.

"The Design of Labor Contracts: Economics of Incentives and Risk-Sharing," *Incentives, Cooperation and Risk Sharing*, H. Nalbantian (ed.), Totowa, NJ: Rowman & Allanheld, 1987, pp. 47-68. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 432-446.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

"Imperfect Information, Credit Markets and Unemployment," with B. Greenwald, *European Economic Review*, 31, 1987, pp. 444-456.

"Information and Regulation," with D. Sappington, *Public Regulation*, E. Bailey (ed.), London: MIT Press, 1987, pp. 3-43.

"Information, Welfare and Product Diversity," with S. Salop, *Arrow and the Foundations of the Theory of Economic Policy*, G. Feiwel (ed.), London: MacMillan, 1987, pp. 328-340. (Revised version of a paper presented to a conference on imperfect information at Bell Labs, February 1978.)

"The Invariance of Market Innovation to the Number of Firms," with R. Sah, *Rand Journal of Economics*, 18(1), Spring 1987, pp. 98-108.

"Keynesian, New Keynesian and New Classical Economics," with B. Greenwald, *Oxford Economic Papers*, 39, March 1987, pp. 119-133. Subsequently reprinted in *Price, Quantities, and Expectations*, P.J.N. Sinclair (ed.), Oxford University Press, 1987, pp. 119-133; in the French translation of *Collected Papers on the Current State of Keynesian Theory*, R. Arena and D. Torre (eds.), Les Presses Universitaires de France; in the French translation of *Origins and Prospects of Keynesianism: Some New Developments*, R. Arena and D. Torre (eds.); and in *Keynes et les nouveaux Keynésiens,* R. Arena and D. Torre (eds.), Paris: Les Presses Universitaires de France, 1992, pp. 169-191.

"Learning to Learn, Localized Learning and Technological Progress," *Economic Policy and Technological Performance*, P. Dasgupta and Stoneman (eds.), Cambridge University Press, 1987, pp. 125-153.

"On the Microeconomics of Technical Progress," *Technology Generation in Latin American Manufacturing Industries*, Jorge M. Katz (ed.), New York: St. Martin;s Press, pp. 56-77. (Presented to IDB-CEPAL Meetings, Buenos Aires, November 1978.)

"Pareto Efficient and Optimal Taxation and the New New Welfare Economics," *Handbook on Public Economics*, A. Auerbach and M. Feldstein (eds.), North Holland: Elsevier Science Publishers, 1987, pp. 991-1042. Also NBER Working Paper 2189.

"Price Scissors and the Structure of the Economy," with R. Sah, *Quarterly Journal of Economics*, 102, 1987, pp. 109-134.

"Principal and Agent," *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989.

"Privatization, Information and Incentives," with D. Sappington, *Journal of Policy Analysis and Management*, 6(4), 1987, pp. 567-582. Reprinted in *The Political Economy of Privatization and Deregulation*, E. Baily and J. Hower (eds.), Edward Elgar, 1993. NBER Working Paper No. 2196 and Reprint No. 1021.

"Safety, User Fees, and Public Infrastructure," with R. Arnott, *Transportation Deregulation and Safety*, Conference Proceedings, The Transportation Center, Northwestern University, June 1987, pp. 411-445.

"Sharecropping," *The New Palgrave: A Dictionary of Economics*, MacMillan Press, 1987. Subsequently reprinted in *The New Palgrave: Economic Development*, J. Eatwell, et al. (eds.), Macmillan, 1989, pp. 308-315.

"Some Theoretical Aspects of Agriculture Policies," *World Bank Research Observer*, 2(1), January 1987, pp. 43-60. Reprinted as "Algunos Aspectos Teoricos de la Polutica Agraria," *Revista de Analisis del Norte Alternativa*, June 1989, pp. 7-34.

"Tax Reform: Theory and Practice," *The Economics of Tax Reform*, Kalamazoo, MI: Upjohn Institute, 1987.

"Taxation and Pricing of Agricultural and Industrial Goods in Developing Economies," with R. Sah, *The Tax Theory for Developing Countries*, D. Newbery and N. Stern (eds.), Oxford: Oxford University Press, 1987, pp. 430-458.

"Technological Change, Sunk Costs, and Competition," *Brookings Papers on Economic Activity*, 3, 1987, pp.883-947. Also in special issue of *Microeconomics*, M.N. Baily and C. Winston (eds.), 1988.

"The Wage- Productivitiy Hypothesis:  Its Economic Consequences and Policy Implications," *Modern Developments in Public Finance*, Michael  J. Boskin ed., Basil Blackwell, 1987, pp. 130-165.

"Wage Rigidity, Implicit Contracts, Unemployment and Economic Efficiency," with D. Newbery, *Economic Journal*, 97(386), June 1987, pp. 416-430.

**1988**

"The Basic Analytics of Moral Hazard," with R. Arnott, *Scandinavian Journal of Economics*, 90(3), 1988, pp. 383-413. Also NBER Working Paper 2484. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 417-443.

"Comments on Symposium on Monetary Theory," with A. Stockman and M. Woodford, *Symposium on Monetary Theory* (Proceedings of Taipei Symposium on Monetary Theory), Institute of Economics, Acadamia Sinica, 1988, pp. 299-336.

"Committees, Hierarchies and Polyarchies," with R. Sah, *The Economic Journal*, 98(391), June 1988, pp. 451-470.

"Computerized Tax Collecting," Chapter 20 in *Tax Policy in the Twenty-First Century*, Herbert Stein (ed.), John Wiley and Sons, 1988, pp. 278-288. (Originally presented at the Conference on Tax Policy in the Twenty First Century, Washington DC, 1987, as "Technical Change and Taxation.")

"Economic Organization, Information, and Development," *Handbook of Development Economics*, H. Chenery and T.N. Srinivasan (eds.), Elsevier Science Publishers, 1988, pp. 185-201.

"Examining Alternative Macroeconomic Theories," with B. Greenwald, *Brookings Papers on Economic Activity*, 1, 1988, pp. 207-270. Subsequently reprinted in *Recent Developments in Macroeconomics*, Edmund Phelps (ed.), Edward Elgar, 1991, pp. 335-388.

"Financial Intermediaries and the Allocation of Capital," published as "Ruolo dei Fondi de Capitallizzazione Nello Szilluppo dell'Economia di un Paese Industrializzato," *Assicurazioni*, Luglio-Agosto 1988, pp. 1-16. (Originally delivered to Academia de Lincei, May 29, 1988, Rome.)

"Imperfect Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Finance Constraints, Expectations, and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp. 103-140.

"Implicit Contracts, Labor Mobility and Unemployment," with R. Arnott and A. Hosios, *American Economic Review*, 78(5), December 1988, pp. 1046-1066. Also NBER Working Paper 2316.

"Information, Finance Constraints and Business Fluctuations," with B. Greenwald, *Symposium on Monetary Theory* (Proceedings of Taipei Symposium on Monetary Theory), Institute of Economics, Academia Sinica, 1988, pp. 299-336.

"Learning by Doing, Market Structure, and Industrial and Trade Policies," with P. Dasgupta, *Oxford Economic Papers*, 40(2), 1988, pp. 246-268.

"Money, Credit, and Business Fluctuations," *Economic Record,* 64(187), December 1988, pp. 62-72. Reprinted as "Dinero, Crédito y Fluctuaciones Economicas," *Revista de Economia*, Banco Central del Uruguay, 3(3), April 1989. Also NBER Working Paper No. 2823 and Reprint No. 1390.

"Money, Imperfect Information and Economic Fluctuations," with B. Greenwald, *Finance Constraints, Expectations and Macroeconomics*, M. Kohn and S.C. Tsiang (eds.), Oxford: Oxford University Press, 1988, pp.141-165. Also NBER Working Paper 2188.

"On the Market for Principles of Economics Textbooks: Innovation and Product Differentiation," *Journal of Economic Education*, 19(2), Spring 1988, pp. 171-177.

"On the Relevance or Irrelevance of Public Financial Policy," *The Economics of Public Debt,* Proceedings of the 1986 International Economics Association Meeting, edited by Kenneth Arrow and Michael Boskin, London: Macmillan Press, 1988, pp. 4-76.

"Pareto Inefficiency of Market Economies: Search and Efficiency Wage Models," with B. Greenwald, *American Economic Review*, 78(2), May 1988, pp. 351-355.

"Potential Competition, Actual Competition and Economic Welfare," with P. Dasgupta, *European Economic Review,* 32, May 1988, pp. 569-577. Also Princeton University Discussion Paper 8, August 1987.

"Qualitative Properties of Profit-Maximizing K-out-of-N Systems Subject to Two Kinds of Failure," with R. Sah, *IEEE Transactions on Reliability*, 37(5), December 1988, pp. 515-520.

"Randomization with Asymmetric Information," with R. Arnott, *Rand Journal of Economics*, 19(3), Autumn 1988, pp. 344-362. Also NBER Working Paper 2507.

"Taxation, Information, and Economic Organization," with M. Wolfson, *Journal of the American Taxation Association*, 9(2), Spring 1988, pp. 7-18. Paper presented to the American Accounting Association, August 1987.

"Technological Change, Sunk Costs and Competition," *Brookings Papers on Economic Activity*, 1988, pp. 883-947.

"The Wage-Productivity Hypothesis: Its Economic Consequences and Policy Implications," *Modern Developments in Public Finance*, M.J. Boskin (ed.), Basil Blackwell, 1988, pp. 130-165. (Paper presented to the American Economic Association, December 1982.)

"Vertical Restraints and Producers' Competition," with P. Rey, *European Economic Review*, 32, March 1988, pp. 561-568. Also NBER Working Paper 2601 and Princeton University Discussion Paper 13.

"Why Financial Structure Matters," *Journal of Economic Perspectives*, 2(4), 1988, pp. 121-126. Reprinted in Spanish as "Razones por las Que Es Relevante la Estructura Financiera," *Revista Asturiana de Economia*, 43, 2009, pp. 49-57.

**1989**

"Congestion Pricing to Improve Air Travel Safety," with R. Arnott, *Transportation Safety in an Age of Deregulation*, L.N. Moses and I. Savage (eds.), Oxford University Press, 1989, pp. 167-185. Also in Princeton University Discussion Paper 27, "Two Essays on Travel Safety," with "The Economics of Transportation Safety and Deregulation."

"Credit Rationing, Tenancy, Productivity and the Dynamics of Inequality," with A. Braverman, P. Bardhan (ed.), *The Economic Theory of Agrarian Institutions*, Oxford: Clarendon Press, 1989, pp. 185-201. Previously World Bank Policy Research Working Paper 176, May 1989; also Princeton University Discussion Paper 23, 1988.

"Dinero, Credito y Fluctuaciones Economicas," *Revista De Econimia,* 3(3), April 1989, pp. 3-36.

"Financial Markets and Development," *Oxford Review of Economic Policy*, 5(4), 1989, pp. 55-68.

"Impact of the Changing Tax Environment on Investments and Productivity," with B. Greenwald, *The Journal of Accounting, Auditing and Finance*, 4(3), Summer 1989, pp. 281-301. (Revised version of paper prepared for a conference on "Tax Policy in a Complex and Dynamic Economic Environment: Challenges and Opportunities," New York University, December 1988.)

"Imperfect Information in the Product Market," *Handbook of Industrial Organization*, 1, Elsevier Science Publishers, 1989, pp. 769-847. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 705-746.

"Incentives, Information and Organizational Design," *Empirica*, 16(1), January 1989, pp. 3-29. Also NBER Working Paper 2979. (NOG Lecture, Austrian Economic Association, September 1988.)

"The Informational Content of Initial Public Offerings," with I. Gale, *Journal of Finance*, 44(2), June 1989, pp. 469-478. Also NBER Working Paper 3259. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 115-121.

"Markets, Market Failures and Development," *American Economic Review*, 79(2), May 1989, pp. 197-203. Subsequently published in *Boletin de Informacion Comercial Espanola*, Madrid.

"Monopolistic Competition and the Capital Market," *The Economics of Imperfect Competition and Employment - Joan Robinson and Beyond*, G. Feiwel (ed.), New York: New York University Press, 1989, pp. 485-507; also published in *The Monopolstic Competition Revolution in Retrospect*, Brakman, S. and Heijdra, B, Cambridge: Cambridge University Press, 2004, pp.49-67.

"Mutual Funds, Capital Structure, and Economic Efficiency," *Theory of Valuation - Frontiers of Modern Financial Theory*, 1, S. Bhattacharya and G. Constantinides (eds.), Totowa, NJ: Rowman and Littlefield, 1989, pp. 342-356.

"Notes on Stochastic Capital Theory," with W. Brock and M. Rothschild, *Joan Robinson and Modern Economic Theory (Vol 1)*, G. Feiwel (ed.), Macmillan Press, 1989, pp. 591-622. Also NBER Technical Working Paper 23, May 1982 and Social Systems Research Institute Reprint Series 373. (Revised version presented at Conference in Honor of Karl Borch, Bergen, Norway, April 1989.)

"On the Economic Role of the State," *The Economic Role of the State*, A. Heertje, ed. (Bank Insinger de Beaufort NV and Blackwells) 1989. Reprinted as "O Ekonomskoj Ulozi Države," *Izazovi: Modernoj Upravi I Upravljanju*, Belgrade: Timit, 1995, p. 451-207.

"Principal and Agent," *The New Palgrave: Allocation, Information and Markets*, J. Eatwell, et al. (eds.), MacMillan Press, London, 1989, pp. 241-253. Also Princeton University Discussion Paper 18.

"Rational Peasants, Efficient Institutions and the Theory of Rural Organization: Methodological Remarks for Development Economics," *The Economic Theory of Agrarian Institutions*, P. Bardhan (ed.), Oxford: Clarendon Press, 1989, pp. 18-29.

"Reflections on the State of Economics: 1988," *Economic Record*, March 1989, pp. 66-72. (Presented at Australian Economic Meetings, Canberra, August 1988.)

"Sources of Technological Divergence between Developed and Less Developed Countries," with R. Sah, *Debt, Stabilizations and Development: Essays in Memory of Carlos Diaz-Alejandro*, G. Calvo, et al. (eds.), Basil Blackwell, 1989, pp. 423-46. Also Princeton University Discussion Paper 22.

"Technological Learning, Social Learning and Technological Change," with R. Sah, *The Balance between Industry and Agriculture in Economic Development*, S. Chakravarty (ed.), MacMillan Press/IEA, 1989, pp. 285-298. Also Yale University Economic Growth Center Paper 433.

"Toward a Theory of Rigidities," with B. Greenwald, *American Economic Review,* 79(2), May 1989, pp. 364-69. Also NBER Working Paper 2938.

"Using Tax Policy to Curb Speculative Short-Term Trading," *Journal of Financial Services Research*, 3(2/3), December 1989, pp. 101-115. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 85-98.

### 1990

"Asymmetric Information and the New Theory of the Firm: Financial Constraints and Risk Behavior," with B. Greenwald, *American Economic Review*, 80(2), May 1990, pp. 160-65. Also NBER Working Paper No. 3359.

"Banks as Social Accountants and Screening Devices for the Allocation of Credit," with A. Weiss, *Greek Economic Review,* 12, Supplement, Autumn 1990, pp. 85-118. Reprinted in *Financial Intermediaries*, Mervin K. Lewis (ed.), Aldershot, UK: Elgar, 1995, pp. 297-330. Also NBER Working Paper 2710, September 1988. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 237-257.

"Credit Rationing," with D. Jaffee, *Handbook of Monetary Economics*, B. Friedman and F. Hahn (eds.), Amsterdam: Elsevier Science Publishers, 1990, pp. 837-888.

"Financial Market Imperfections and Productivity Growth," with B. Greenwald and M. Kohn, *Journal of Economic Behavior and Organization,* 13(3), June 1990, pp. 321-345. Also NBER Working Paper 2945.

"Imperfect Information and Rural Credit Markets: Puzzles and Policy Perspectives," with K. Hoff, *World Bank Economic Review*, 4(3), September 1990, pp. 235-250. Subsequently revised and reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-52.

"Macroeconomic Models with Equity and Credit Rationing," with B. Greenwald, *Asymmetric Information, Corporate Finance, and Investment,* R. B. Hubbard (ed.), University of Chicago Press, 1990, pp. 15-42.

"Pareto Efficient Tax Structures," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Oxford Economic Papers*, 42, 1990, pp. 61-77. Subsequently reprinted in *Taxation, Private Information and Capital*, P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford: Clarendon Press, 1991, pp. 61-77.

"Peer Monitoring and Credit Markets," *World Bank Economic Review*, 4(3), September 1990, pp. 351-366. Reprinted in *The Economics of Rural Organization: Theory, Practice, and Policy*, World Bank, 1993, pp. 70-86; and in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 464-478.

"Remarks on the Occasion of the Presentation of the UAP Prize," *Journées Scientifiques & Prix UAP, 1988, 1989, 1990*, 2, Conseil Scientifique de l'UAP (ed.), December 1990, pp. 23-32.

"Some Retrospective Views on Growth Theory, presented on the occasion of the Celebration of Robert Solow's 65th Birthday," *Growth/Productivity/Unemployment,* P. Diamond (ed.), Cambridge, MA: MIT Press, 1990, pp. 50-68.

"Symposium on Bubbles," *Journal of Economic Perspectives,* 4(2), Spring 1990, pp. 13-18.

"The Welfare Economics of Moral Hazard," with R. Arnott, *Risk, Information and Insurance: Essays in the Memory of Karl H. Borch*, H. Louberge (ed.), Norwell: Kluwer Academic Publishers, 1990, pp. 91-122. Also NBER Working Paper 3316.

**1991**

"Another Century of Economic Science," *Economic Journal* Anniversary Issue, 101(404), January 1991, pp. 134-141. Also published in *The Future of Economics*, J.D. Hey (ed.), Blackwell Publishers, 1992.

"Comments on David Bradford, 'Market Value vs. Accounting Measures of National Saving'," *National Saving and Economic Performance*, B.D. Bernheim and J.B. Shoven (eds.), University of Chicago Press, 1991, pp. 15-48. (Presented at NBER Conference on Savings, Maui, Hawaii, January 1989.)

"Development Strategies: The Roles of the State and the Private Sector," *Proceedings of the World Bank's Annual Conference on Development Economics 1990,* 1991, pp. 430-35.

"Dynamic Optimal Income Taxation With Government Commitment," with D.L. Brito, J.H. Hamilton and S.M. Slutsky, *Journal of Public Economics*, 44, 1991, pp. 15-35. Also NBER Working Paper 3965.

"The Economic Role of the State: Efficiency and Effectiveness," *Efficiency and Effectiveness in the Public Domain. The Economic Role of the State*, T.P. Hardiman and M. Mulreany (eds.), Dublin: Institute of Public Administration, 1991, pp. 37-59.

"Foreword," *Informal Credit Markets and the Institution of Economics,* S. Claro and P. Yotopoulos (eds.), Westview Press, 1991.

"Introduction to Symposium on Organizations and Economics," *Journal of Economic Perspectives*, 5(2), Spring 1991, pp. 15-24

"The Invisible Hand and Modern Welfare Economics," *Information Strategy and Public Policy*, D. Vines and A. Stevenson (eds.), Oxford: Basil Blackwell, 1991, pp. 12-50. Also NBER Working Paper 3641. (Stevenson Lecture given at Glasgow University, December 1988.)

"Moral Hazard and Non-Market Institutions: Dysfunctional Crowding Out or Peer Monitoring," with R. Arnott, *American Economic Review*, 81(1), March 1991, pp. 179-190. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 589-603.

"Pareto Efficient Tax Structures," with Dagobert L. Brito, Jonathan H. Hamilton and Steven M. Slutsky, *Taxation Private Information and Capital,* P.J.N. Sinclair and M.D.E. Slater (eds.), Oxford University Press, 1991, pp. 61-77.

"Public Policy for a Knowledge Economy," Remarks at the Department for Trade and Industry and Center for Economic Policy Research, Vol. 27(3), January 27, 1999, pp. 1-30. Accessible at: http://www.cercetareservicii.ase.ro/resurse/Documente/PUBLIC%20POLICY%20FOR%20A%20KNOWLEDGE%20ECONOMY.pdf

"The Quality of Managers in Centralized Versus Decentralized Organizations," with R. Sah, *Quarterly Journal of Economics*, 106(1), February 1991, pp. 289-295. Also Yale University Economic Growth center Discussion Paper 624, April 1990.

"Some Theoretical Aspects of the Privatization: Applications to Eastern Europe," *Revista di Politica Economica*, December 1991, pp. 179-204. IPR-USAID Working Paper, September 1991. Also in *Privatization Processes in Eastern Europe.* M. Baldassarri, L. Paganetto, and E.S. Phelps (eds.), New York: St Martin's Press, 1993.

"Symposium on Organizations and Economics," *Journal of Economic Perspective,* 5(2), Spring 1991, pp. 15-24.

"Toward a Reformulation of Monetary Theory: Competitive Banking," with B. Greenwald, *Economic and Social Review* 23(1), October 1991, pp. 1-34. Also NBER Working Paper 4117. (Paper prepared for the Irish Economic Association Annual Conference, Dublin, May 1991, and Caffee Lectures presented to the University of Rome and the Bank of Italy, Rome, April 1991.)

**1992**

"Alternative Tactics and Strategies for Economic Development," *New Directions in Development Economics*, K. Jameson, and A. Dutt (eds.), Edward Elgar, 1992, pp. 57-80. (AT&T Lecture presented at Notre Dame, April 1990.)

42

"Asymmetric Information in Credit Markets and Its Implications for Macroeconomics," with A. Weiss, *Oxford Economic Papers,* 44(4), October 1992, pp. 694-724.

"Banks versus Markets as Mechanisms for Allocating and Coordinating Investment," *The Economics of Cooperation: East Asian Development and the Case for Pro-Market Intervention*, J.A. Roumasset and S. Barr (eds.), Westview Press, Boulder, 1992, pp. 15-38. (Presented at Investment Coordination in the Pacific Century: Lessons from Theory and Practice Conference, given at the University of Hawaii, January 1990.) Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 258-272.

"Capital Markets and Economic Fluctuations in Capitalist Economies," *European Economic Review*, 36, North-Holland, 1992, pp. 269-306. (Marshall Lecture prepared for the European Economic Association Annual Meeting, Cambridge, UK, August 1991.)

"Contract Theory and Macroeconomic Fluctuations," *Contract Economics,* L. Werin and H. Wijkander (eds.), Basil Blackwell, 1992, pp. 292-322.

"The Design of Financial Systems for the Newly Emerging Democracies of Eastern Europe," *The Emergence of Market Economies in Eastern Europe*, C. Clague and G.C. Rausser (eds.), Cambridge: Basil Blackwell, 1992, pp. 161-184. Also Institute for Policy Reform Working Paper IPR21, 1991.

"Explaining Growth: Competition and Finance," *Rivista di Politica Economica (Italy),* 82(169), November 1992, p. 225. (Paper prepared for the Villa Mondragone International Economic Seminar, Rome, June 1992.)

"Futures Markets and Risk Reduction," with D.M.G. Newbery, *The Theory of Futures Markets,* P. Weller (ed.), Oxford: Basil Blackwell, 1992, pp. 36-55.

"Information, Finance and Markets: The Architecture of Allocative Mechanisms," with B. Greenwald, *Industrial and Corporate Change,* 1(1), 1992, pp. 37-63. Also in *Finance and the Enterprise,* V. Zamagni (ed.), Academic Press, 1992, pp. 11-36. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 219-236.

"Introduction: S&L Bailout," *The Reform of Federal Deposit Insurance: Disciplining the Government and Protecting Taxpayers,* J. Barth and R. Brumbaugh, Jr. (eds.), Harper Collins Publishers, 1992, pp. 1-12.

"The Meanings of Competition in Economic Analysis," *Rivista internazionale de scienze sociali,* 2, April-June 1992, pp. 191-212.

"Methodological Issues and the New Keynesian Economics," *Macroeconomics: A Survey of Research Strategies*, A. Vercelli and N. Dimitri (eds.), Oxford University Press, 1992, pp. 38-86. Also NBER Working Paper No. 3580 and Reprint No. 1801.

43

"Prices and Queues as Screening Devices in Competitive Markets," *Economic Analysis of Markets and Games: Essays in Honor of Frank Hahn*, D. Gale and O. Hart (eds.), Cambridge: MIT Press, 1992, pp. 128-166. Also IMSSS Technical Report No. 212, Stanford University, August 1976. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 193-221.

"Stochastic and Deterministic Fluctuations in a Non-Linear Model with Equity Rationing," with M. Gallegati, *Giornale Degli Economisti e Annali di Economia (Italy),* 60, January-April 1992, pp. 97-108.

**1993**

"Capital market imperfections and regional economic development," with Bruce C. Greenwald and Alec Levinson, *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 65-93.

"Comments on 'Toward a Counter-Counter-Revolution in Development Theory'," *Proceedings of the World Bank's Annual Conference on Development Economics 1992,* Washington, D.C.: World Bank, 1993, pp. 39-49.

"Consequences of Limited Risk Markets and Imperfect Information for the Design of Taxes and Transfers: An Overview," *The Economics of Rural Organization: Theory, Practice, and Policy*, K. Hoff, A. Braverman, and J. Stiglitz (eds.), New York: Oxford University Press for the World Bank, 1993, pp. 33-49.

"Financial Market Imperfections and Business Cycles," with B. Greenwald, *Quarterly Journal of Economics,* 108(1), February 1993, pp. 77-114. Also NBER Working Paper 2494. (Paper prepared for the Far-Eastern Meeting of the Econometric Society, Seoul, June 1991.) Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 617-648.

"Incentives, Organizational Structures, and Contractual Choice in the Reform of Socialist Agriculture," *The Agricultural Transition in Central and Eastern Europe and the Former U.S.S.R.*, A. Braverman, K. Brooks, and C. Csaki (eds.), World Bank, 1993, pp. 27-46. (Presented at the World Bank conference "Agricultural Reform in Eastern Europe and the USSR," Budapest, August 1990.)

"Information," *The Fortune Encyclopedia of Economics,* David R. Henderson (ed.), Warner Books, 1993, pp. 16-21.

"International Perspectives in Undergraduate Education," *American Economic Review,* 83(2), May 1993, pp. 27-33.

"Market Socialism and Neoclassical Economics," *Market Socialism: The Current Debate,* P. Bardhan and J. Roemer (eds.), New York: Oxford University Press, 1993, pp. 21-41.

"Measures for Enhancing the Flow of Private Capital to the Less Developed Countries," *Development Issues,* Development Committee, World Bank, 1993, pp. 201-211.

"Monopolistic Competition and Optimum Product Diversity: Reply," with A. Dixit, *American Economic Review,* 83(1), March 1993, pp. 301-304

"New and Old Keynesians," with B. Greenwald, *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 23-44, reprinted in *A Macreconomic Reader,* Brian Snowdon and Howard R. Vane (eds.), Routledge, 1997, pp.552-574.

"Overview," *Finance and Development: Issues and Experience,* Alberto Giovannini (ed.), Cambridge University Press, 1993, pp. 343-353.

"Perspectives on the Role of Government Risk-Bearing within the Financial Sector," *Government Risk-bearing,* M. Sniderman (ed.), Norwell, MA: Kluwer Academic Publishers, 1993, pp. 109-130. (Paper prepared for Conference on Government Risk Bearing, Federal Reserve Bank of Cleveland, May 1991.)

"Post Walrasian and Post Marxian Economics," *Journal of Economic Perspectives,* 7(1), Winter 1993, pp. 109-114.

"The Role of the State in Financial Markets," *Proceedings of the World Bank Annual Conference on Development Economics*, The World Bank, pp. 19-52.

## 1994

"Economic Growth Revisited," *Industrial and Corporate Change,* 3(1), pp. 65-110, 1994.

"Endogenous Growth and Cycles," *Innovation in Technology, Industries, and Institutions,* Y. Shionoya and M. Perlman (eds.), The University of Michigan Press, 1994, pp. 121-56. Originally presented as the Schumpeter Lecture at the fourth biennial meeting of the International Schumpeter Society, held in Kyoto in August 1992.   Also NBER Working Paper 4286.

"Information and Economic Efficiency," with R. Arnott and B. Greenwald, *Information Economics and Policy,* 6(1), March 1994, pp. 77-88. Also NBER Working Paper 4533. (Paper prepared for the New Orleans Meeting of the American Economic Association, 1992.)

"Reflections on Economics and on Being and Becoming an Economist," *The Makers of Modern Economics*, *Vol. II*, Arnold Heertje (ed.), Harvester Wheatsheaf (Simon & Schuster International Group), May 1994, pp. 140-183.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods/ Replantejament del paper de l'estat a l'economia: els béns privats subministrats públicament," *Anàlisi Econòmica de la Sanitat: Celección els Llibres Dels Fulls Econòmics*, 10, Generalitat de Catalunya Departament de Sanitat I Seguretat Social, Barcelona: Fulls Econòmics del Sistema Sanitari,pp. 19-47.  (Paper originally delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.)

"Sorting Out the Differences Between Signaling and Screening Models," in *Mathematical Models in Economics*, M. O. L. Bacharach, M. A. H. Dempster and J. L. Enos (eds.), Oxford: Oxford University Press with A. Weiss, reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 223-231. Originally NBER Technical Working Paper 93, November 1990.

**1995**

"Discouraging Rivals: Managerial Rent-Seeking and Economic Inefficiencies," with A. Edlin, *American Economic Review,* 85(5), December 1995, pp. 1301-1312. Also NBER Working Paper 4145, 1992. Later published in *40 Years of Research on Rent Seeking 2*, R. Congelton, A. Hillman, and K. Konrad, eds., Berlin: Springer, pp. 609-620. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 317-330.

"Interest Rate Puzzles, Competitive Theory and Capital Constraints," *Economics in a Changing World,* IEA Conference Volume, Economic Growth and Capital and Labour markets, 111(5), Jean-Paul Fitoussi (ed.), New York: St. Martin's Press, 1995, pp. 145-175. (Prepared for the International Economics Association Meetings, Moscow, August 1992.)

"Labor Market Adjustments and the Persistence of Unemployment," with B. Greenwald, *American Economic Review*, 85(2), May 1995, pp. 219-225.

"Randomization in Optimal Income Tax Schedules," with D. Brito, J. Hamilton, and S. Slutsky, *Journal of Public Economics*, 56(189), February 1995, pp. 189-223. Also NBER Working Paper No. 3289

"The Role of Exclusive Territories in Producers' Competition," with P. Rey, *Rand Journal of Economics*, 26(3), Autumn 1995, pp. 431-51. Previously NBER Working Paper: 4618, January 1994.

"Setting Budget Priorities," *Vital Speeches of the Day*, 6(4), December 1, 1995, pp. 121-124.

"Social Absorption Capability and Innovation," *Social Capability and Long-Term Economic Growth,* Bon Ho Koo and D.H. Perkins (eds.), New York: St. Martin's Press, 1995, pp. 48-81.

**1996**

"Deposit Mobilisation Through Financial Restraint," with T. Hellmann and K. Murdock, *Financial Development and Economic Growth,* N. Hermes and R. Lensink (eds.), Routledge, 1996, pp. 219-246. Also in *Banking and Financial Institutions*, 3(5B), February 7, 1996; and Stanford Graduate School of Business Research Paper 1354, July 1995.

"Financial Markets, Public Policy, and the East Asian Miracle," with M. Uy, *World Bank Research Observer,* 11(2), August 1996, pp. 249-276.

"Institutional Innovations and the Role of Local Government in Transition Economies: The Case of Guangdong Province of China," with Yingyi Qian, *Reforming Asian Socialism: The Growth of Market Institutions*, John McMillan and Barry Naughton (eds.), Ann Arbor, MI: The University of Michigan Press, 1996, pp. 175-193.

"International Economic Justice and National Responsibility: Strategies for Economic Development in the Post Cold War World," *Oxford Development Studies*, 24(2), June 1996, pp. 101-109.

"Introduction: Scope of the Assessment," with J. Goldemberg, Goldemberg, J., R. Squitieri, A. Amano, X. Shaoxiong, S. Kane, J. Reilly, and T. Teisberg, Chapter 1 in *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 21-51

"Intertemporal Equity and Discounting," with K. Arrow, W.R. Cline, K-G. Maler, M. Munasinghe, and R. Squitieri, *Global Climate Change: Economic and Policy Issues,* M. Munasinghe (ed.), World Bank Environment Paper 12, Washington, D.C. 1995, pp. 1-32. Reprinted in an abbreviated format as "Intertemporal Equity, Discounting, and Economic Efficiency," *Climate Change 1995: Economic and Social Dimensions of Climate Change,* J. Bruce, H. Lee, and E. Haites (eds.), Cambridge: Cambridge University Press, 1996, pp. 125-144.

"Some Lessons from the East Asian Miracle," *World Bank Research Observer*, 11(2), August 1996, pp. 151-177. Reprinted as "Algunas ensenanzas del milagro del Este Asiatico (with English summary)," *Desarrollo Economico*, 37(147), Oct.-Dec. 1997, pages 323-349.

**1997**

"Competition and Insurance Twenty Years Later," with Michael Rothschild, *Geneva Papers on Risk and Insurance Theory*, 22(2), December 1997, pages 73-79. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 160-167.

"Defending the Clinton Administration," interview with *Challenge*, 40(3), May/ June 1997, pp. 22-34.

"Dumping on Free Trade: The U.S. Import Trade Laws," *Southern Economic Journal,* 64(2), 1997, pp. 402-424. Also in *Trips, The Uruguay Round and Third World Interests,* Sir Hans Singer, Neelambar Hatti and Rameshwar Tandon (eds.), B.R. Publishing Corporation, 1999, pp. 711-748.

"Financial Restraint: Toward a New Paradigm," with T. Hellmann and K. Murdock, *The Role of Government in East Asian Economic Development*, M. Aoki, H. Kim, and M. Okuna-Fujiwara (eds.), Oxford: Clarendon Press, 1997, pp. 163-207.

"A Framework for a Development Strategy in a Market Economy," with Nicholas Stern, *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 253-295. Also European Bank for Reconstruction and Development Working Paper 20, April 1997.

"Looking out for the National Interest: the Principles of the Council of Economic Advisers," *American Economic Review,* 87(2), May 1997, pp. 109-113. (Speech to American Economic Association. New Orleans. January 5, 1997.)

"Moneylenders and Bankers: Price-increasing Subsidies in a Monopolistically Competitive Market," with Karla Hoff, *Journal of Development Economics* 52, 1997, pp. 429-462. Corrected for printing errors in "Moneylenders and Bankers: Price-Increasing Subsidies with Monopolistic Competition," *Journal of Development Economics*, 55, 1998, pp. 485-518. Previously "Theory of Imperfect Competition in Rural Credit Markets," Institute for Policy Reform Working Paper IPR 49, 1992; and "Moneylenders and Bankers: Fragmented Credit Markets with Monopolistic Competition," Working Paper 93-10, University of Maryland, Department of Economics, 1993.

 "Reflections on the Natural Rate Hypothesis," *Journal of Economic Perspectives,* 11(1), Winter 1997, pp. 3-10.

"Reply: Georgescu-Roegen versus Solow/Stiglitz," *Ecological Economics*, Elsevier Science, 1997, pp. 269-270.

"The Role of Government in Economic Development (Keynote Address)," *Annual World Bank Conference on Development Economics 1996*, M. Bruno and B. Pleskovic (eds.), World Bank, 1997, pp. 11-23.

"The Role of Government in the Economies of Developing Countries," *Development Strategy and the Management of the Market Economy*, E. Malinvaud and A.K. Sen (eds.), Oxford: Clarendon Press, 1997, pp. 61-109.

"The State and Development: Some New Thinking," Report: International Roundtable: "The Capable State," World Bank and German Foundation for International Development. Berlin, October 8. (Transcript available at <http://www.worldbank.org/html/extdr/extme/jssp100897.htm>)

**1998**

"An Agenda for Development in the Twenty-First Century," *Annual World Bank Conference on Development Economics 1997*, J.E. Stiglitz and B. Pleskovic (eds.), World Bank, 1998, pp. 17-31.

"Building Robust Financial Systems," *Central Bank of Barbados Economic Review*, 25(1), June 1998, pp. 49-56.

"Central Banking in a Democratic Society," *De Economist* (Netherlands), 146(2), 1998, pp. 199-226. (Originally presented as 1997 Tinbergen Lecture, Amsterdam, October).

"Development Based on Participation – A Strategy for Transforming Societies," *Transition*, 9(6), World Bank and Davidson Institute, December 1998, pp. 1-3.

"Economic Consequences of Income Inequality," with Jason Furman, *Symposium Proceedings – Income Inequality: Issues and Policy Options*, Jackson Hole, Wyoming: Federal Reserve Bank of Kansas City, 1998, pp. 221-263.

"Economic Crises: Evidence and Insights from East Asia," with Jason Furman, *Brookings Papers on Economic Activity*, 1998(2), pp. 1-114. (Presented at Brookings Panel on Economic Activity, Washington, September 3, 1998.)

"Evaluation as an incentive instrument," *Evaluation & Development: The Institutional Dimension, Robert Picciotto and Eduardo Wiesner (eds.)*, Transaction Publishers, 1998, pp. 287-290.

"Financial Restraint and the Market Enhancing View," with T. Hellmann and K. Murdock, *The Institutional Foundations of East Asian Economic Development*, Y. Hayami and M. Aoki (eds.), London: MacMillan, 1998, pp. 255-284.

"Foreword," *Assessing Aid: What Works, What Doesn't, and Why*, World Bank Policy Research Report, New York: Oxford University Press, 1998, pp. ix-x.

"IFIs and the Provision of International Public Goods," *Cahiers Papers*, 3(2), European Investment Bank, 1998, pp. 116-134.

"Inequality and Growth: Implications for Public Finance and Lessons from Experience in the US," *Beyond Tradeoffs: Market Reform and Equitable Growth in Latin America,*" N. Birdsall, C. Graham, R.H. Sabot (ed.), Inter-American Development Bank, 1998, pp. 305-319.

"International Development: Is it Possible?," with Lyn Squire, *Foreign Policy*, 110, Spring 1998, pp. 138-151.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1997*, Pleskovic and Stiglitz (eds.), World Bank, Washington, D.C., 1998, pp. 1-7.

"Knowledge for Development: Economic Science, Economic Policy, and Economic Advice," *Annual World Bank Conference on Development Economics*, B. Pleskovic and J. Stiglitz (eds.), Washington: World Bank, 1998, pp. 9-58.

"The Private Uses of Public Interests: Incentives and Institutions," *Journal of Economic Perspectives,* 12(2), Spring 1998, pp. 3-22. (Originally presented as Society of Government Economists Distinguished Lecture on Economics in Government, ASSA meetings, January 4, 1998.)

"The Role of Government in the Contemporary World," *Income Distribution and High-Quality Growth*, Vito Tanzi and Ke-young Chu (eds.), Cambridge, MA: MIT Press, pp. 21-53. Also Background Paper No. 5 of the 3rd Meeting High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10.

"Road to Recovery: Restoring Growth in the Region Could Be a Long and Difficult Process," *Asiaweek* 24(8), July 17, 1998, pp. 66-67.

"Towards a New Paradigm for Development: Strategies, Policies and Processes," 9th Raul Prebisch Lecture delivered at the Palais des Nations, Geneva, October 19, 1998, UNCTAD. Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 57-93.

**1999**

"Aid Effectiveness and Development Partnership," *Donor Coordination and the Effectiveness of Development Assistance*, UNU Public Lectures, November 1999, pp. 17-30.

"Beggar-Thyself vs. Beggar-Thy-Neighbor Policies: The Dangers of Intellectual Incoherence in Addressing the Global Financial Crisis," *Southern Economic Journal*, 66(1), July 1999, pp. 1-38. (Paper presented to the Annual Meetings of the Southern Economics Association, Baltimore, November 8, 1998.)

"Duality and Development: Some Reflections on Economic Policy," G.R. Saxonhouse and T.N. Srinivasan (eds.), *Development, Duality, and the International Economic Regime: Essays in Honor of Gustav Ranis*, Ann Arbor: University of Michigan Press, pp. 55-84.

"Dumping on Free Trade:  The U.S. Import Trade Laws," *New World Order Series*, 15(part II), *Sir Hans Singer, Neelambar Hatti, and Rameshwar Tandon*(eds.), B.R. Publishing Corporation, 1999, pp.711-748.

"Economia y gobierno: los usos privados de los intereses publicos, incentivos e instituciones," *Planeacion & Desarrollo,* vol.XXX, No. 1, enero – marzo 1999, pp. 127-156.

"Foreword," *The Economics of Saving & Growth: Theory, Evidence, and Implications for Policy, Klaus Schmidt-Hebbel and Luis Servén* (eds.), Cambridge University Press, 1999.

"The Future of the International Financial Architecture," *World Economic Affairs*, 2(3), Winter 1999, pp. 35-38.

"Interest Rates, Risk, and Imperfect Markets: Puzzles and Policies," *Oxford Review of Economic Policy* 15(2), 1999, pp. 59-76.

"Introduction," *Economic Notes*, 28(3), November 1999, pp. 249-254.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1998,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 1999, pp. 1-8.

"Knowledge as a Global Public Good," *Global Public Goods: International Cooperation in the 21st Century*, Inge Kaul, Isabelle Grunberg, Marc A. Stern (eds.), United Nations Development Programme, New York: Oxford University Press, 1999, pp. 308-325. Also published in *International Intellectual Property in an Integrated World Economy,* F. Abbot, T. Cottier, and F. Gurry, eds., Aspen Publishers, 2007.

"Lessons from East Asia," *Journal of Policy Modeling*, 21(3), May 1999, pp. 311-330. (Paper presented at the American Economic Association Annual Meetings, New York, January 4, 1999.)

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," *Development Issues in the 21st Century*, G. Kochendorfer-Lucius and B. Pleskovic (eds.), Berlin: German Foundation for International Development, 1999, pp. 11-39. Also Chapter 1 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 17-56. (Originally presented as the 1998 WIDER Annual Lecture, Helsinki, January 1998; also keynote address at Villa Borsig Winter Workshop, February 1998.)

"Must Financial Crises Be This Frequent and This Painful?" *Policy Options* (Canada), 20(5), June, pp. 23-32. (Paper originally given on September 23, 1998 as University of Pittsburgh McKay Lecture).

"New Perspectives on the Role of the State," *Akademische Reden und Kolloquien* (Academic Lectures and Colloquia), 18, University of Erlangen-Nuernberg, 1999. (Paper initially presented as Recktenwald Prize Acceptance Speech, February 3, 1998)

"The Procyclical Role of Rating Agencies: Evidence from the East Asian Crisis," with G. Ferri and L.-G. Liu, *Economic Notes*, 28(3), 1999, pp. 335-355.

"Public-Private Technology Partnerships: Promises and Pitfalls," with Scott J. Wallsten, *American Behavioral Scientist*, 43(1), September 1999, pp. 52-74. Also published in *Public-Private Policy Partnerships*, P. Rosenau (ed.), Cambridge, MA: MIT Press, 2000, pp. 37-59.

"The Reasons Behind the Crash," *Etruria Oggi*, 17(50), June 1999, pp. 28-31.

"Reforming the Global Economic Architecture: Lessons from Recent Crises." *The Journal of Finance* 54 (4), August 1999, pp. 1508-1521.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," *The Manchester School*, 67(5), Special Issue 1999, pp. 409-427. (Paper presented to North-South Institute, Ottawa, Canada, September 29, 1998.)

"The Role of Participation in Development," *Development Outreach*, 1(1), Summer 1999, pp. 10-13. (Excerpted from presentation delivered at the Conference on Democracy, Market Economy and Development in Seoul, South Korea, February 1999.)

"Taxation, Public Policy and The Dynamics of Unemployment," *International Tax and Public Finance*, 6, pp. 239-262. (Paper presented to the Institute of International Finance, Cordoba, Argentina, August 24, 1998.)

"Toward a General Theory of Wage and Price Rigidities and Economic Fluctuations," *American Economic Review*, 89(2), May 1999, pp. 75-80. Reprinted in *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 31-40.

"Trade and the Developing World: A New Agenda," *Current History*, 98(631), November 1999, pp. 387-393.

"The World Bank and the Overseas Economic Cooperation Fund in the New Millennium," *Journal of Development Assistance*, 5(1), pp. 11-17.

"The World Bank at the Millennium," *Economic Journal*, 109(454), pp. F577-F597.

"The WTO Millennium Round," *Social Development Review*, 3(4), December 1999, pp. 6-9.

**2000**

"Addressing Developing Country Priorities and Needs in the Millennium Round," *Seattle, the WTO, and the Future of the Multilateral Trading System*, R. Porter and P. Sauvé, eds., Cambridge: Harvard University Press, 2000, pp. 31-60

"Capital Market Liberalization, Economic Growth, and Instability," *World Development*, 28(6), 2000, pp. 1075-1086.

"Chinese Reforms from a Comparative Perspective," with Athar Hussain and Nicholas Stern, *Incentives, Organization, and Public Economics: Papers in Honour of Sir James Mirrlees*, Peter J. Hammond and Gareth D. Myles (eds.), Oxford University Press, 2000, pp. 243-277.

"Conclusions," *Economic Notes*, 29(1), Special Issue, The East Asian Crisis: Lessons for Today and for Tomorrow, February 2000, pp. 145-151.

"The Contributions of the Economics of Information to Twentieth Century Economics", *Quarterly Journal of Economics*, 115(4), November 2000, pp. 1441-78.

"Credit and Equity Rationing in Markets with Adverse Selection," with T. Hellmann, *European Economic Review*, 44(2), February 2000, pp. 281-304. Earlier, longer version in "A Unifying Theory of Credit and Equity Rationing in Markets with Adverse Selection," Stanford Graduate School of Business Research Paper 1356, October 1995. Reprinted in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 178-188.

"Democratic Development as the Fruits of Labor," Chapter 9 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 279-315. (Originally Keynote Address at the Industrial Relations Research Association, Boston, January 2000.) Shortened version available in *Perspectives on Work*, 4(1), 2000, pp. 31-38.

"Development Issues: Settled and Open," with Shahid Yusuf, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. 227-268.

"Formal and Informal Institutions," *Social Capital: A Multifaceted Perspective*, P. Dasgupta and I. Serageldin (eds.), Washington: World Bank, 2000, pp. 59-68.

"Introduction" and "Conclusions," with H. de Largentaye, P. Muet, and J. Rischard, *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999*, Conseil d'Analyse economique, Paris, 2000, pp. 9-18 and 237-238. Printed in French in *Revue d'Economie du Developpement*, 0(1-2), June 2000.

"Introduction," with Boris Pleskovic, *Annual World Bank Conference on Development Economics 1999,* Boris Pleskovic and Joseph E. Stiglitz (eds.), World Bank, Washington, D.C., 2000, pp. 1-13.

"Introduction," *The World Bank: Structure and Policies,* Christopher L. Gilbert and David Vines, (eds.), Cambridge University Press, Cambridge, 2000, pp. 1-9.

"Lessons from the Global Financial Crisis," *Global Financial Crises: Lessons from Recent Events*, Joseph R. Bisignano, William C. Hunter, George G. Kaufman (eds.), Boston: Kluwer Academic Publishers, 2000, pp. 89-109. (Originally presented at the Conference on Global Financial Crises, Bank for International Settlements and Federal Reserve Bank of Chicago, May 6, 1999.)

"Liberalization, Moral Hazard in Banking and Prudential Regulation: Are Capital Requirements Enough?" with T. Hellmann and K. Murdock, *American Economic Review*, 90(1), March 2000, pp. 147-165. Also published in *Industrial Organization and Regulation*, 3(17), August 2000; and in *Banking and Financial Institutions*, 5(8), June 2000.

"Mi aprendizaje de la crisi economica mundial," *Nueva Sociedad*, 168, pp.106-115.

"New Bridges Across the Chasm: Macro- and Micro-Strategies for Russia and other Transitional Economies," with David Ellerman, *Zagreb International Review of Economics and Business*, 3(1), 2000, pp. 41-72.

"O Que Eu Aprendi com a Crise Mundial," *Revista de Economia Politica/Brazilian Journal of Political Economy*, 20(3), July-September 2000, pp.169-74.

"Preface" with Gerald M. Meier, *Frontiers of Development Economics: The Future in Perspective*, G. Meiter and J. Stiglitz (eds.), Oxford: Oxford University Press, 2000, pp. ix-x.

"Quis custodiet ipsos custodes? Corporate Governance Failures in the Transition," *Governance, Equity and Global Markets*, *Proceedings from the Annual Bank Conference on Development Economics in Europe*, *June 1999,* Pierre-Alain Muet and J.E. Stiglitz (eds.), Conseil d'Analyse economique, Paris, 2000, pp. 51-84. Also published in *Challenge*, 42(6), November/December 1999, pp. 26-67. (Originally presented as keynote address at the Annual Bank Conference on Development Economics in Europe, Paris, June 23, 1999.) French version "Quis custodiet ipsos custodes? Les defaillances du gouvernement d'entreprise dans la transition", *Revue d'Economie du Developpement*, 0(1-2), June 2000, pp. 33-70.

"Reflections on Mobility and Social Justice, Economic Efficiency, and Individual Responsibility," *New Markets, New Opportunities? Economic and Social Mobility in a Changing World*, Nancy Birdsall and Carol Graham (eds.), Washington D.C.: Brookings Institution Press, 2000, pp. 36-65. (Paper prepared for presentation at MacArthur Research Network meeting, Bellagio, Italy, May 6, 1998.)

"Reflections on the Theory and Practice of Reform," *Economic Policy Reform: The Second Stage,* Anne Krueger (ed.), University of Chicago Press, 2000, pp. 551-584.

"Scan Globally, Reinvent Locally: Knowledge Infrastructure and the Localization of Knowledge," *Banking on Knowledge: the Genesis of the Global Development Network,* Diane Stone (ed.), Routledge, 2000, pp. 24-43. Also Chapter 6 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 194-219. (Originally Keynote Address to the First Global Development Network Conference, Bonn, December 1999.)

"Some Elementary Principles of Bankruptcy," *Governance, Equity and Global Markets: Proceedings from the Annual Bank Conference on Development Economics in Europe, June 1999,* Conseil d'Analyse economique, Paris, 2000, pp. 605-620.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," *World Economy,* 23(4), pp. 437-54.

"The Underpinnings of a Stable and Equitable Global Financial System: From Old Debates to New Paradigm," with Amar Bhattacharya, *Annual World Bank Conference on Development Economics 1999*, B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 91-130. (Paper presented to the Annual World Bank Conference on Development Economics, April 28-30, 1999.)

"Whither Reform? Ten Years of Transition," *Annual World Bank Conference on Economic Development,* B. Pleskovic and J.E. Stiglitz (eds.), Washington: World Bank, 2000, pp. 27-56. Also Chapter 4 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 127-171. Summary in *Transition Economics*, 3(12), June 1999. (Originally presented on April 30, 1999.)

## 2001

"Bankruptcy Laws: Basic Economic Principles," *Resolution of Financial Distress: An International Perspective on the Design of Bankruptcy Laws*, S. Claessens, S. Djankov, and A. Mody, eds., Washington, DC: World Bank, pp. 1-23.

"A Comparison of Economic Transition among China and Other Countries," *Economics Information*, 5,  May, 2001, pp. 43-46 (in Chinese).

"Challenges in the Analysis of the Role of Institutions in Economic Development," *Villa Borsig Workshop Series 2000: The Institutional Foundations of a Market Economy*, Gudrun Kochendorfer-Lucius and Boris Pleskovic (eds.), German Foundation for  (DSE), 2001, pp. 15-28.

"Crisis y Restructuración Financiera: el Papel de la Banca Central," *Cuestiones Económicas*, 17(2), 2001, pp. 3-24.

"Development Theory at a Crossroads," *Proceedings from the Annual Bank Conference on Development Economics in Europe*, June 2000, Jean-Francois Rischard, et al. (eds.), Conseil d'Analyse Economique, 2001, pp. 65-74.

"Development Thinking at the Millennium," *Proceedings from the Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 13-38. (Paper presented to the Annual World Bank Conference on Development Economics, Paris, June 26, 2000.)

"Failure of the Fund: Rethinking the IMF Response", *Harvard International Review*, 23(2), Summer 2001, pp. 14-18.

"Foreword," *The Great Transformation: The Political and Economic Origins of Our Time*," by Karl Polanyi, Boston: Beacon Press, 2001, pp. vii-xvii.

"From Miracle to Crisis to Recovery: Lessons from Four Decades of East Asian Experience," *Rethinking the East Asian Miracle,* J. Stiglitz and S. Yusuf (eds.), Oxford: Oxford University Press, 2001, pp. 509-526.

"Etica, politica economica e paesi in via di sviluppo," *Rivista Internazionale di Scienzea Sociali*, CIX (4), 2001, pp. 391-407. (Also published in "Globalizzazione: nuove ricchezze e nuove poverta," Vita e Pensiero, Milano 2001.)

"Introduction," with Robert Holzmann, *New Ideas about Old Age Security,* Robert Holzmann and Joseph E. Stiglitz (eds.). Washington: World Bank, 2001, pp. 1-16. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Mexico—Five Years After the Crisis," with D. Lederman, A. Menendez, and G. Perry, *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 263-282.

"Modern Economic Theory and Development" with Karla Hoff, *Frontiers of Development Economics: The Future in Perspective*, G. Meier and J. Stiglitz (eds.), Oxford: Oxford University Press, 2001, pp. 389-459.

"Not Poles Apart: 'Whither Reform?' and 'Whence Reform?'," with David Ellerman, *The Journal of Policy Reform*, 4(4), 2001, pp. 325-338.

"On Liberty, the Right to Know and Public Discourse: The Role of Transparency in Public Life," Chapter 8 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 250-278. Also published in *Globalizing Rights*, Matthew Gibney (ed.), Oxford: Oxford University Press, 2003, pp. 115-156. (Originally presented as 1999 Oxford Amnesty Lecture, Oxford, January 1999.)

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," *Democracy, Market Economics & Development: An Asian Perspective*, Farrukh Iqbal and Jong-Il You (eds.), World Bank, 2001, pp. 49-72. Also Chapter 7 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 220-249.

"Preface," *The New Russia: Transition Gone Awry,* L. Klein and M. Pomer (eds.), Stanford, CA: Stanford University Press, 2001, pp. xvii-xxiii.

"Principles of Financial Regulation: A Dynamic Approach," *The World Bank Observer,* 16(1), Spring 2001, pp. 1-18. Also Institute for Policy Reform Working Paper IPR 56, 1992.

"Redefining the Role of the State," Chapter 2 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 94-126. (Originally presented on the Tenth Anniversary of MITI Research Institute Tokyo, Japan, March 17, 1998.)

"Rethinking Pension Reform: Ten Myths About Social Security Systems" with Peter Orszag, *New Ideas About Old Age Security*, R. Holman and J. Stiglitz (eds.), Washington: World Bank, 2001, pp. 17-56. Also in Italial in *Il Pilastro Debole,* 1/2000, pp. 13-62. (Presented at the conference on "New Ideas About Old Age Security," World Bank, Washington, DC, September 14-15, 1999.)

"Robust Financial Restraint," with P. Honohan, *Financial Liberalization: How Far, How Fast?* G. Caprio, P. Honohan and J. Stiglitz (eds.), Cambridge, UK: Cambridge University Press, 2001, pp. 31-63.

"The Role of International Financial Institutions in the Current Global Economy," Chapter 5 in *The Rebel Within*, Ha-Joon Chang (ed.), London: Wimbledon Publishing Company, 2001, pp. 172-193. (Originally Address to the Chicago Council on Foreign Relations, Chicago, February 27, 1998.)

"Shaken and Stirred: Explaining Growth Volatility," with William Easterly and Roumeen Islam, *Annual Bank Conference on Development Economics 2000*, Washington: World Bank, 2001, pp. 191-212.

"Shaken and Stirred: Volatility and Macroeconomic Paradigms for Rich and Poor Countries," with William Easterly and Roumeen Islam, *Advances in Macroeconomic Theory*, Jacques Dreze(ed.), IEA Conference Volume, 133, Houndsmill: Palgrave, 2001, pp. 353-372. (Speech given for Michael Bruno Memorial Lecture, 12th World Congress of IEA, Buenos Aires, August 27, 1999.)

**2002**

"Capital Market Liberalization and Exchange Rate Regimes: Risk without Reward," *The Annals of the American Academy of Political and Social Science*, 579, Jan. 2002, pp. 219-248.

"Competition and Competitiveness in a New Economy," *Competition and Competitiveness in a New Economy*, Heinz Handler and Christina Burger (eds.), Vienna: Austrian Federal Ministry for Economic Affairs and Labour, 2002, pp. 11-22.

"Employment, Social Justice, and Societal Well-Being," *International Labour Review*, 141(1-2), 2002, pp. 9-29. Also published in *Revista Internacional del Trabajo,* 121 (1-2), 2002, pp. 9-31, and *Revue Internationale du Travail,* 141(1-2), 2002, pp. 9-31,.

"Financial Market Stability and Monetary Policy," *Pacific Economic Review*, 7(1), February 2002, pp. 13-30 (Keynote speech at the HKEA First Biennial Conference, Hong Kong, 2000). Reprinted as "Financial Market Stability, Monetary Policy, and the IMF," *Exchange Rate Regimes and Macroeconomic Stability,* Lok-Sang Ho and Chi-Wa Yuen, eds., Norwell, MA: Kluwer Academic Publishers, 2003, pp. 33-54.

"Franchise Value and the Dynamics of Financial Liberalization," with Thomas Hellmann and Kevin Murdock, *Designing Financial Systems in Transition Economies; Strategies for Reform in Central and Eastern Europe,* Anna Meyendorff and Anjan Thakor (eds.), MIT Press, 2002, pp. 111-127.

"Globalization and the Logic of International Collective Action: Re-Examining the Bretton Woods Institutions," *Governing Globalization: Issues and Institutions*, Deepak Nayyar (ed.), UNU/WIDER, New York: Oxford University Press, 2002, pp. 238-253.

"Information and the Change in the Paradigm in Economics," *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 472-540. Also published in *Revista Asturiana De Economia*, 25, December, 2002, pp.95-164 and *Nobel Lectures: Economic Sciences, 2001-2005*, P. Englund, ed., World Scientific: Singapore, 2008, pp. 126-194.

"Information and the Change in the Paradigm in Economics," abbreviated version of Nobel lecture, *American Economic Review*, 92(3), June 2002, pp. 460-501. Reprinted in *Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009, pp. 53-98

"Keynesian Economics and Critique of First Fundamental Theorem of Welfare Economics," *Market Failure or Success – The New Debate*, Cowen, T. and E. Crampton (eds.), Edward Elgar, 2002, pp. 41-65.

"The Lessons of Argentina for Development in Latin America," *Argentina in Collapse? The Americas Debate*, Michael Cohen and Margarita Gutman (eds.), The New School, 2002, pp. 151-167. (Also published in Spanish in *¿Argentina en Colapso? América Debate*, Buenos Aires: Instituto Internacional de Medio Ambiente y Desarrollo, IIED-AL, 2002.)

"Mejorando la eficiencia y la capacidad de respuesta del sector público: lecciones de la experiencia reciente," *Revista del CLAD: Reforma y Democracia*, No. 22, February 2002, pp. 7-68 (Speech given at the VI International Congress of CLAD, Buenos Aires, Argentina, November 2001).

"Minimum Wage Laws and Unemployment Benefits, When Labor Supply is a Household Decision," with K. Basu and Garance Genicot, *Markets and Governments*, K. Basu, P. Nayak, and R. B. Ray (eds.), in Oxford University Press, pp.38-59.

"New Perspectives on Public Finance: Recent Achievements and Future Challenges," *Journal of Public Economics*, 86, 2002, pp. 341-360.

"New Perspectives on the role of the state," *Editing Economics; Essays in honour of Mark Perlman,* H. Lim, Ungsuh K. Park and G.C. Harcourt (eds.), Routledge-Taylor & Francis Group, 2002, p. 216-227.

"Nobel Memoirs," *Les Prix Nobel; The Nobel Prizes 2001,* Tore Frangsmyr (ed.), The Nobel Foundation, 2002, pp. 447-471.

"On Liberty, the Right to Know and Public Discourse: the Role of Transparency in Public Life," *Global Law Review*, 24, Autumn 2002, pp. 263-273.

"Optimal Fire Departments: Evaluating Public Policy in the Face of Externalities," with Peter R. Orszag, The Brookings Institution, Jan. 4, 2002. Accessible at: https://www.brookings.edu/articles/optimal-fire-departments-evaluating-public-policy-in-the-face-of-externalities/

"Politicas de desenvolvimento no mundo da globalizacao," *BNDES Desenvolvimento Em Debate: Novos Rumos do Desenvolvimento no Mundo*, Ana Celia Castro (ed.), Rio de Janeiro: Mauad: BNDES, 2002, pp. 333-365.  (Paper presented at the seminar "New International Trends for Economic Development" on the occasion of the fiftieth anniversary of the Brazilian Economic and Social Development Bank, Rio de Janeiro, September 12-13, 2002.)

"Spotlight on Latin America," *The Bretton Woods Committee Critical Issues Forum*, Dec. 2002, pp. 4-5.

"Transparency in Government," *The Right to Tell:  The Role of Mass Media in Economic Development*, R. Islam, ed., WBI Development Studies, Washington, D.C.: World Bank Institute, 2002, pp. 27-44.

"WTO Accession: Opportunities and Challenges for China," *New Economy & Asia: Proceeding of International Think Tank Forum 2001*, Li Luoli (ed.), Scientific and Cultural Publishing Co. H.K., 2002, pp. 267-281.

**2003**

"Challenging the Washington Consensus," Feature Interview in *The Brown Journal of World Affairs*, 9(2), Winter/Spring 2003, pp.33-40.

"Colombia: Políticas para un crecimiento sostenible y equitativo," Hacia Una Economía Sostenible: Conflicto y Posconflicto en Colombia, Fundación Agenda Colombia (ed.), 2003, pp. 65-86 (Presented at the Conferencia Internacional Bogotá, March 6-7, 2003).

"Dealing with Debt:  How to Reform the Global Financial System," *Harvard International Review*,25(1), Spring 2003, pp. 54-59.

"Democratizing the International Monetary Fund and the World Bank: Governance and Accountability," *Governance*, 16(1), January 2003, pp.111-139.

"El desarrollo no sólo es crecimiento del PIB," Papeles: De Cuestiones Internacionales, 81, Spring 2003, pp. 11-26 (Text of speech given at the Corporación Financiera Nacional de Ecuador, 2001).

"El desarrollo económico en el nuevo milenio: visiones y estrategias," Documentos 1, Consejo de Economía Nacional, 2003, pp. 26-64. Abridged version published in *Revista BCV*, 17(2), July-December 2003, pp. 155-157. (Speech given at the Consejo de Economía Nacional, Caracas, Venezuela, 2002).

"Edmund S. Phelps and Modern Macroeconomics," with Philippe Aghion, Roman Frydman, and Michael Woodford, *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp. 3-22

"Ética, asesoría económica y política económica," *Revista Venezolana de Gerencia,* Venezuela Universidad del Zulia, No. 21, pp.129-158, enero-marzo 2003 (presented a conference held by the InterAmerican Development Bank, Washington DC, 2000.)

"Ethics, Market and Government Failure, and Globalisation," *The Governance of Globalisation: the Proceedings of the Ninth Plenary Session of the Pontifical Academy of Social Sciences,* E. Malinvaud and L. Sabourin, eds. The Pontifical Academy of Social Sciences: Vatican City, 2004, pp. 261-279. (presented to the Ninth  Plenary Session, Casina Pio IV, 2-6 May, 2003).

"The Eighth Risk Lecture, 1996: Competition and Insurance," with Michael Rothchild, *Ventures in Insurance Economics and Strategy- 30 Years- The Geneva Association*, Patrick M. Liedtke (ed.), Blackwell Publishing Ltd, 2003, pp.321-349.

"Foreword," *Caspian Oil Windfalls: Who Will Benefit?* by Svetlana Tsalik, New York: Open Society Institute, pp. xi-xii.

"Globalization and Development," *Taming Globalization: Frontiers of Governance*, David Held and Mathias Koenig-Archibugi (eds.), Cambridge: Polity Press, 2003, pp. 47-67. (Presented as part of the  Miliband Lecture Series at the London School of Economics, January 29, 2002).

"Globalization and Growth in Emerging Markets and the New Economy," *Journal of Policy Modeling*, 25(5), July 2003, pp. 505-524.

"Globalization and the Economic Role of the State in the New Millennium," *Industrial and Corporate   Change*, 12(1), 2003, pp.3-26. ( Originally presented as a lecture in Rome, January 2001.)

"Globalization, Technology, and Asian Development," Asian Development Review, 20(2), 2003, pp. 1-18 (Paper delivered in the Asian Development Bank Distinguished Speakers Program, Manila, April 2003.

"Inflation Paranoia," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), Palgrave Macmillan, 2003, pp.42-44.

"Information and the Change in the Paradigm in Economics, Part One," *The American Economist*, Volume 47, 2003, pp. 6-26.

"Japan's Economic Malaise: Causes, Cures & Lessons for the Rest of the World," Columbia Business School Distinguished Lecture Series, *Special Report*, March 26, 2003

"Macroeconomic Fluctuations in an Economy of Phelps-Winter Markets," with Bruce Greenwald, *Knowledge, Information, and Expectations in Modern Macroeconomics: In Honor of Edmund S. Phelps*, Philippe Aghion, Roman Frydman, Joseph Stiglitz, and Michael Woodford (eds.), Princeton University Press, 2003, pp.123-136

"Making Corporations Responsible," *The Responsive Community*,14(1), Winter 2003/2004, pp.4-6.

"Mexican Investment  After the Tequila Crisis: Basic Economics, 'Confidence' Effect or Market Imperfection?" with Daniel Lederman, Ana María Menéndez, and Guillermo Perry, *Journal of International Money and Finance*, 22(2003), pp. 131-151.

"My Book and Its Discontents," *Aspenia International: Is the West Still the West,* 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," *Aspenia: Il Prezo dell'Impero*, 9(20), 2003, pp. 10-28.

"On Liberty, the Right to Know, and Public Discourse: The Role of Transparency in Public Life," *Globalizing Rights: The Oxford Amnesty Lectures 1999*, Mathew J. Gibney (ed.), Oxford University Press, 2003, pp.115-156.

"El rumbo de las reformas. Hacia una nueva agenda para América Latina," *Revista de la CEPAL*, No. 80, August 2003, pp. 7-40.

"Rumors of War," *The Iraq War and Its Consequences: Thoughts of Nobel Peace Laureates and Eminent Scholars,* Irwin Abrams and Wang Gungwu, eds., Singapore: World Scientific Publishing, 2003,  pp. 171-173.

"Slicing and Dicing," *Realworld Economic Outlook the Legacy of Globalization: Debt and Deflation*, Ann Pettifor (ed.), PALGRAVE MACMILLAN, 2003, pp.45-49.

"Sustainable Development and Neo-Liberalism," Bangladesh Economic Association, August 14, 2003, pg 21-50.

60

"Towards a New Paradigm of Development," *Making Globalization Good: The Moral Challenges of Global Capitalism,* John H. Dunning (ed.), Oxford: Oxford University Press, 2003, pp. 76-107.

"La Transicion de Una Economia Regulada a una Economia de Mercado," *Revistade Ciencias Empresariales y Economia*, 2(2), 2003, pp. 18-32 (Speech at the Central Bank of Uruguay, November 2001).

"Whither Reform? Towards a New Agenda for Latin America," *CEPAL Review,* No. 80, August 2003, pp. 7-38.

**2004**

"After the Big Bang? Obstacles to the Emergence of the Rule of Law in Post-Communist Societies," with Karla Hoff, *American Economic Review*, 94(3), June 2004, pp. 753 - 763.

"Banking Disintermediation and its Implication to Monetary Policy (Keynote Address)," *Banking Disintermediation and its Implication to Monetary Policy: Theoretical Views and Countries' Experiences,* Charles Joseph (ed.), proceedings of an international seminar sponsored by the Bank Indonesia and Asian Development Bank, in Denpasar, Bali, December 2004, pp. 1-11.

"The Broken Promise of NAFTA," *Rotman, The Alumni Magazine of the Rotman School of Management*, Spring/Summer 2004, pp. 32-35.

"Capital-Market Liberalization, Globalization and the IMF," *Oxford Review of Economic Policy*, Vol. 20, Issue 1, Spring 2004, pp.57-71. (Also published in Spanish as "Liberalización de los mercados de capitales, globalización y el FMI," *Desarrollo Económico – Revista de Ciencias Sociales,* 45(177), April/June 2005, pp. 3- 23.)

"Common Values for the Development Round," with Andrew Charlton, *World Trade Review,* 3(3), 2004, pp. 495-506.

"A Development Round of Trade Negotiations," with Andrew Charlton, *Annual World Bank Conference on Development Economics,* B. Pleskovic, ed., Washington: World Bank, 2004.

"The Doha Round of Trade Negotiations: An Agenda to Promote Development and Facilitate Adjustment," with Andrew Charlton, Commonwealth Finance Ministers Reference Report 2004, pp. 174-183.

"Evaluating Economic Change," *Dædalus*, Summer 2004, pp.18-25.

"Globalization and Growth in Emerging Markets," *Journal of Policy Modeling*, 26, 2004, pp. 465-484.

"Information and the Change in the Paradigm in Economics, Part Two" *The American Economist*, Vol. 48, Spring 2004, pp.17-50.

"Multilateral Strategies to Promote Democracy," with Thomas Carothers, John Cavanagh, Michael Doyle, Sakiko Fukuda-Parr, Andrew Kuper, Adam Przeworski, Mary Robinson, *Carnegie Council on Ethics and International Affairs, First Report of the Empire and Democracy Project*, 2004.

"Reflections on the State of the Theory of Monopolistic Competition," *The Monopolistic Competition Revolution in Retrospect*, Steven Brakman and Ben J. Hiejdra (eds.), Cambridge University Press, 2004, Chapter 6, pp. 134-148.

"The Transition Process in Post-Communist Societies: Towards a Political Economy of Property Rights," with K. Hoff, *Toward Pro-Poor Policies: Aid, Institutions and Globalization,* B. Tungodden, N. Stern, and I. Kolstad (eds.), World Bank/Oxford University Press, 2004, pp. 231-245.  Published in Chinese: *Nanjing Business Review* 4 (2005), pp. 22-37 and in French: *Revue d'économie du développement*, 2003/2-3 (Vol. 17).

"A Willing World Can End Child Poverty," *The State of the World's Children 2005*, United Nations Children's Fund (UNICEF), 2004, pp. 96-97.

**2005**

"On Selective Indirect Tax Reform in Developing Countries" with S. Emran, *Journal of Public Economics*, April 2005, Pages 599-623.

"The CDFs Intellectual Structure," *Balancing the Development Agenda: The Transformation of the World Bank under James D. Wolfensohn, 1995-2005*, Ruth Kagia, ed., Washington, DC: World Bank Press, 2005, pp. 150-151

"A Development-friendly Prioritisation of Doha Round Proposals," with Andrew H. Charlton, *The World Economy,* Volume 28, Issue 3, March 2005, pp. 293-312. Also Initiative for Policy Dialogue Working Paper Series, Task Force on Trade, May 18, 2004.

"Development Policies in a World of Globalization," *Putting Development First: The Importance of Policy Space in the WTO and International Financial Institutions*, Kevin P. Gallagher (ed.), New York: St Martin's Press, 2005, pp. 15-32.

"The Ethical Economist," review of *The Moral Consequences of Economic Growth* by Benjamin M. Friedman, *Foreign Affairs*, 84(6), Nov/Dec 2005, pp. 128-134.

"Finance for Development," *Development Dilemmas: The Methods and Political Ethics of Growth Policy* edited by Melvin Ayogu and Don Ross, Great Britain, Routledge, Taylor & Francis Inc, 2005, pp. 15-29.

"Foreword," *Paul Samuelson: On Being an Economist*, Michael Szenberg, Aron A. Gottesman, Lall Ramrattan, eds., New York: Jorge Pinto Books, Inc., 2005, pp. ix-xiii.

"Freedom to Choose?" *Human Rights and the Global Marketplace: Economic, Social, and Cultural Dimensions,* Jeanne M. Woods and Hope Lewis, eds., Transnational Publishers: New York, 2005.

"The Integration of Unemployment Insurance with Retirement Insurance," with Jungyoll Yun, *Journal of Public Economics,* 89 (2005) pp. 2037-2067. (Revised from NBER Working Paper No. w9199).

"Modigliani, the Modigliani-Miller Theorem, and Macroeconomics," paper presented at "Franco Modigliani and the Keynesian Legacy," a conference at the New School, April 14-15, 2005.  Accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/2005_Modigliani_0.pdf

"More Instruments and Broader Goals: Moving toward the Post-Washington Consensus," *WIDER Perspectives on Global Development*, United Nations University –World Institute for Development Economics Research (ed.), Houndmills: Palgrave MacMillan, 2005, pp.16-48 (From the 1998 WIDER Annual Lecture, January 1998.)

"Making Natural Resources into a Blessing rather than a Curse," *Covering Oil: A Reporter's Guide to Energy and Development*, Svetlana Tsalik and Anya Schiffrin, eds., The Open Society Institute: New York, 2005, pp. 13-20.

"The Overselling of Globalization," *Globalization: What's New*, edited by Michael M. Weinstein, Columbia University Press, 2005, pg 228-261.

"The Process of European Integration and the Future of Europe", Economic Analysis Division Occasional Paper No. 3, 2005 (Gunnar Myrdal Lecture, United Nations Publications, Palais des Nations, February 11, 2004).

**2006**

"Aid for Trade," with Andrew Charlton, *International Journal of Development Issues*, 5(2), pp. 1-41  (Reprint of paper prepared for Commonwealth Secretariat).

"Aid for Trade," with Andrew Charlton, *The Swiss Review of International Economic Relations,* vol. 61(2), June 2006 (Abridged version of paper prepared for Commonwealth Secretariat).

"Business Fluctuations in a Credit-Network Economy," with Domenico Delli Gatti, Mauro Gallegati, Bruce Greenwald, and Alberto Russo, *Physica A*, Vol. 370, pp. 68-74.

"China and the Global Economy: Challenges, Opportunities, Responsibilities," *China, Hong Kong and the World Economy,* Lok Sang Ho and Robert Ash, eds., Hampshire, UK: Palgrave Macmillan, 2006, pp. 17-31.

"Civil Strife and Economic and Social Policies," *The Economics of Peace and Security Journal*, 1(1), 2006, pp. 6-9.

"Development and Finance: Insights from the New Paradigm of Monetary Economics," *Economic Theory and Development Options: The Legacy of W. Arthur Lewis*, edited by the Eastern Caribbean Central Bank, Kingston: Ian Randle Publishers, 2006, pp. 191-209. (The Tenth Sir Arthur Lewis Memorial Lecture, Basseterre, St. Kitts and Nevis, November 1, 2005)

"Encore: Iraq Hemorrhage," with Linda Bilmes, *Milken Institute Review,* 4th Quarter, pp. 76-83.

"Federalism in Securities Regulation: An Economist's Perspective," *University of San Francisco Law Review,* Vol. 40, No. 4, Summer 2006.

"Foreword," *Economic Development and Environmental Sustainability*, R. López and M. Toman, eds., Oxford University Press: Oxford, 2006, pp. xv-xvii.

"Global Public Goods and Global Finance: Does Global Governance Ensure that the Global Public Interest is Served?" *Advancing Public Goods,* Jean-Philippe Touffut, ed., Edward Elgar Publishing, Great Britain, pp. 149-164.

"Globalism's Discontents," *Readings in Comparative Politics: Political Challenges and Changing Agendas,* M. Kesselman and J. Krieger, eds., Houghton Mifflin: Boston, 2006, pp.140-151. (Reprinted with permission from *The American Prospect*, vol. 13, no. 1, January 2002.)

"Globalism's Discontents," *The Politics of Globalization: A Reader,* Mark Kesselman, ed., Houghton Mifflin: Boston, 2007, pp. 86-95. (Reprinted with permission from *The American Prospect,* vol. 13, no. 1, January 2002.)

"Globalization and Its Discontents: The Promise of Global Institutions," *Beyond Borders: Thinking Critically About Global Issues*, Paula S. Rothberg, ed., New York: Worth Publishers, pp.419-431. (Reprinted from Stiglitz, J.E., *Globalization and Its Discontents*, New York: W.W. Norton Company, 2002.)

"Helping Infant Economies Grow: Foundations of Trade Policies for Developing Countries," with B. Greenwald, *American Economic Review: AEA Papers and Proceedings,* Vol. 96, No. 2, May 2006, pp. 141-146.

"Prologue," *The New Public Finance: Responding to Global Challenges*, I. Kaul and P. Conceição, eds., Oxford: Oxford University Press, 2006, pp. xii-xv.

"Samuelson and the Factor Bias of Technological Change," *Samuelsonian Economics and the Twenty-First Century,* M. Szenberg et al, eds., Oxford University Press: New York, 2006, pp. 235-251.

"Scrooge and Intellectual Property Rights," *British Medical Journal*, 333, December 2006, pp. 1279-1280.

"Social Justice and Global Trade," *Far Eastern Economic Review,* 169(2), March 2006, pp. 18-22.

"What is the Appropriate Role of the Federal Government in the Private Markets for Credit and Insurance? What is the Outlook?" Federal Reserve Bank of St. Louis *Review*, July/August 2006, pp. 391-395.

**2007**

"Credit Chains and Bankruptcy Propagation in Production Networks," with S. Battiston, D. Delli Gatti, and B. Greenwald, *Journal of Economic Dynamics and Control*, Volume 31, Issue 6, June 2007, pp. 2061-2084.

"Europa in der Pflicht," *Abendland Unter? Reden über Europa*, Herausgegeben von Henning Schulte-Noelle and Michael M. Thoss, eds., Munich: Diederichs, 2007: pp. 80-89

"Foreword," *The Right to Know: Transparency for an Open World*, A. Florini, ed., Columbia University Press: New York, 2007.

64

"Future Directions for the Management of Natural Resources," with M. Humphreys and J. Sachs, *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 322-336.

"The Global Economy (interview)," *The Present as History: Critical Perspectives on Global Power,* Nermeen Shaikh, ed., Columbia University Press: New York, 2007, pp.54-67.

"Growth, Initial Conditions, Law and Speed of Privatization in Transition Countries: 11 Years Later," with S. Godoy, *Transition and Beyond*, S. Estrin et al, eds., Palgrave Macmillian: Hampshire, England, 2007, pp. 89-117.

"International Justice and Aid. Do We Need some Scheme of Redistribution of Income at the World Level along the Lines of What Most Countries Have at the National Level?" *Charity and Justice in the Relations Among Peoples and Nations*, Proceedings of the 13th Plenary Session of the Pontifical Academy of Social Sciences, 27 April-1 May, 2007, Mary Ann Glendon, Juan José Llach, and Marcelo Sánchez Sorondo, eds., The Pontifical Academy of Social Sciences: Vatican City, 2007, pp. 221-230.

"Introduction: What is the Problem with Natural Resource Wealth?" with M. Humphreys and J. Sachs, *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 1-20.

"Le 'Shadow G8' 2007," *Revue de l'OFCE* 102, Paris: Observatoire Français de Économiques, pp. 139-154.

"What is the Role of the State?" *Escaping the Resource Curse*, M. Humphreys, J. Sachs, and J.E. Stiglitz, eds., New York: Columbia University Press, 2007, pp. 23-52.

**2008**

"A New Agenda for Global Warming," *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stigliz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, pp. 22-27.

"Aid for Trade," Keynote Address, with Andrew Charlton, *Annual World Bank Conference on Development Economics 2007, Rethinking Infrastructure for Development*, F. Bourguignon and B. Pleskovic, eds., World Bank: Washington, DC, pp. 29-46.

"The Asymmetric Effect of Diffusion Processes: Risk Sharing and Contagion," with M. Gallegati, B. Greenwald, and M. Richiardi, *Global Economy Journal*, Vol. 8, Issue 3, Article 2.

"Capital Flows, Financial Market Stability, and Monetary Policy," *Monetary Policy under Uncertainty*, Proceedings of the 2007 Banco Central de la República Argentina Money and Banking Seminar, J. Carrera, ed., BCRA: Buenos Aires, 2008, pp. 123-134.

"Capital Market Liberalization, Globalization, and the IMF," *Capital Market Liberalization and Development*, J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, 2008, pp.76-100.

"Capital Market Liberalization and Development," with J.A. Ocampo and S. Spiegel, *Capital Market Liberalization and Development,* J.E. Stiglitz and J.A. Ocampo (eds.), New York: Oxford University Press, pp. 1-47.

"China: Towards a New Model for Development," *China Economic Journal* 1(1), pp. 33-52, 2008, pp. 33-52.

"Comment on 'Social Capital and Personal Identity' by Partha Dasgupta," *Pursuing the Common Good: How Solidarity and Subsidiarity Can Work Together*, M. Archer and P. Donati, eds., Proceedings of the 14th Plenary Session of the Pontifical Academy of Social Sciences, held May 2-6, 2008, Vatican City.

"The Economic Foundations of Intellectual Property," sixth annual Frey Lecture in Intellectual Property, Duke University, February 16, 2007, *Duke Law Journal*, Vol. 57, No. 6, April 2008, pp. 1693-1724.

"Edmund Phelps: American Economic Association Luncheon Speech Honoring the 2006 Nobel Laureate in Economics," *Capitalism and Society*, 3(3), Article 4.

"Exiting a Lawless State," with Karla Hoff, *Economic Journal*, 118(531), pp. 1474-1497. An earlier version of this paper was entitled "The creation of the rule of law and the legitimacy of property rights: The political and economic consequences of a corrupt privatization" (NBER Working Paper 11772).

"Foreword," *Privatization: Success and Failures*, G. Roland, ed., New York: Columbia University Press, 2008, pp. ix-xix.

"Fostering an Independent Media with a Diversity of Views," *Information and Public Choice: From Media Markets to Policymaking*, R. Islam, ed., World Bank: Washington, DC, 2008, pp. 139-152.

"The Future of Global Governance," *The Washington Consensus Reconsidered: Towards a New Global Governance*, Narcis Serra and Joseph E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 313-327.

"The Future of Globalization: Lessons from Cancún and Recent Financial Crises," *The Future of Globalization: Explorations in Light of Recent Turbulence*, Ernesto Zedillo, ed., New York: Routledge, 2008, pp. 70-81.

"La globalización y los retos de la inmigración," *La inmigración y sus causas*, Alfonso Guerra and José Félix Tezanos, eds., Madrid: Editorial Sistema, 2008. (From a speech delivered at the 6th Forum for Debate about Immigration and its Causes, Fundacion Sistema, Salamanca, Spain, June 2007.)

"Hidden Wounds and Accounting Tricks," with Linda Bilmes, *Lessons from Iraq: Avoiding the Next War*, M. Pemberton and W. Hartung, eds., Boulder, CO: Paradigm, 2008.

"The High Cost of the Iraq War," *The Economists' Voice: Top Economists Take on Today's Problems*, J.E. Stigliz, A. Edlin, and J.B. DeLong, eds., Columbia University Press: New York, 2008, pp. 80-86.

66

"Introduction: From the Washington Consensus Towards a New Global Governance," with N. Serra and S. Spiegel, *The Washington Consensus Reconsidered: Towards a New Global Governance*, N. Serra and J.E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 3-13.

"Is there a Post-Washington Consensus Consensus?" *The Washington Consensus Reconsidered: Towards a New Global Governance*, Narcis Serra and Joseph E. Stiglitz (eds.), New York: Oxford University Press, 2008, pp. 41-56.

"It Doesn't Take Nostradamus," *The Economists' Voice*, 5(8), Article 1.

"Making Globalization Work – The 2006 Geary Lecture," *The Economic and Social Review*, 39(3), Winter, pp. 171-190.

"The Need for an Adequate International Framework for FDI," *The Rise of Transnational Corporations from Emerging Markets: Threat or Opportunity?*, edited by Karl P. Sauvant, Northampton, MA: Edward Elgar, pp. 319-329.

"The Progressive Tariff Reduction Scheme," with Andrew Charlton, *The WTO: Governance, Dispute Settlement, and Developing Countries*, M. Janow, V. Donaldson, and A. Yanovich, eds., New York: Juris Publishing, 2008, pp. 169-183 (from a paper presented at the conference, "WTO at 10" held at Columbia University, April 2006).

"Regulating Multinational Corporations: Towards Principles of Cross-Border Legal Frameworks in a Globalized World Balancing Rights with Responsibilities," *American University International Law Review*, 23(3), pp. 451-558, Grotius Lecture presented at the 101st Annual Meeting of the American Society for International Law, Washington, DC, March 28, 2007.

"Toward a General Theory of Consumerism: Reflections on Keynes' *Economic Possibilities for Our Grandchildren*," *Revisiting Keynes: Economic Possibilities for Our Grandchildren*, G. Piga and L. Pecchi, eds., Cambridge: MIT Press, pp. 41-87.

"Turn Left for Sustainable Growth," *Economists' Voice*, 5(4),

"The World Development Report: Development Theory and Policy," *Development Economics Through the Decades: A Critical Look at 30 Years of the World Development Report*, by Shahid Yusuf, Washington, DC: World Bank, 2008, p. 139-151.

**2009**

"The Anatomy of a Murder: Who Killed America's Economy?" *Critical Review*, 21(2-3), pp. 329-339.

"Business Fluctuations and Bankruptcy Avalanches in an Evolving Network," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Interaction and Coordination,* 4(2), November 2009, pp. 195-212.

"Capitalist Fools," *Best American Political Writing*, R. Flippin, ed, Boulder:Public Affairs, pp.107-115. Originally appeared in *Vanity Fair*, January 2009.

"Dividend Taxation and Intertemporal Tax Arbitrage," with Anton Korinek, *Journal of Public Economics*, 93(2009), pp. 142-159.

"The Future of Industrial Policies in the New Millennium: Toward a Knowledge-Centered Development Agenda," with Mario Cimoli and Giovanni Dosi, conclusion to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press, pp. 541-560 (Previously LEM Working Paper Series September 2008).

"The Global Crisis, Social Protection, and Jobs," *International Labour Review*, Vol. 148, No. 1-2, pp. 1-13. Also published as "Crisis mundial, protección social y empleo," *Revista Internacional del Trabajo*, Vol. 128, No. 1-2, pp. 1-15, and "Crise mondiale, emplois et protection sociale," *Revue Internationale du Travail*, Vol. 148, No. 1-2, pp. 1-13. Based on an address to the Governing Body of the International Labour Organization, Geneva, March 12, 2009.

"The Current Economic Crisis and Lessons for Economic Theory," Presidential Lecture to the Eastern Economic Association, *Eastern Economic Journal*, 35(3), June, pp. 281-296.

"Moving Beyond Market Fundamentalism to a More Balanced Economy," *Annals of Public and Cooperative Economics*, 80(3), pp. 345-360.

"Institutions and Policies in Developing Economies," with M. Cimoli, G. Dosi, and R. Nelson, *Handbook of Innovation systems and Developing Countries: Building Domestic Capabilities in a Global Setting*, Cheltenham, UK and Northampton, MA: Edward Elgar, pp. 337-359.

"Keynote Address at Berlin Meeting," *The Global Financial Crisis and International Financial Institutions: Governance Perspectives for Developing Countries,"* Proceedings, International Policy Dialogue, 8-9 March 2009, Berlin and 25 April 2009, Washington, D.C., pp. 21-28.

"The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development," with Mario Cimoli and Giovanni Dosi, preface to *The Political Economy of Capabilities Accumulation: the Past and Future of Policies for Industrial Development*, M. Cimoli, G. Dosi, and J.E. Stiglitz, eds., Oxford University Press (Previously LEM Working Paper Series July 2008).

"Preface," *One Billion Rising: Land Law and the Alleviation of Global Poverty*, T. Hanstad, R. Mitchell and R. Prosterman, eds., Amsterdam: Leiden University Press, 2009, pp. 9-15.

"Regulation and Market Failure," *New Perspectives on Regulation*, D. Moss and J. Cisternino, eds., Cambridge, MA: Tobin Project, 2009, pp 11-23.

"Simple Formulae for Optimal Income Taxation and the Measurement of Inequality," *Arguments for a Better World: Essays in Honor of Amartya Sen, Volume I, Ethics, Welfare, and Measurement*, K. Basu and R. Kanbur, eds., Oxford, UK: Oxford University Press, 2009, pp. 535-566.

"Two Ideas to Increase Innovation and Reduce Pharmaceutical Costs and Prices," with Arjun Jayadev, *Health Affairs*, 28(1), January/February 2009, pp. 165-168.

"Ownership Changes and Access to External Financing," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance,* 33(10), October 2009, pp. 1804-1816.

**2010**

"Comment on 'The Right to Food,'" *Catholic Social Doctrine and Human Rights*, Proceedings of the 15th Plenary Session of the Pontifical Academy of Social Sciences, R. Minnerath, O.F. Carulli, and V. Possenti, eds., Vatican City: Pontifical Academy of Social Sciences, 2010, pp.336-340.

"Contagion, Liberalization, and the Optimal Structure of Globalization," *Journal of Globalization and Development,* 1(2), Article 2, 45 pages.

"The Dangers of Deficit Reduction," *The Economists' Voice*, 7(1), Article 6.

"Development-Oriented Tax Policy," *Taxation in Developing Countries*, R. H. Gordon, ed., New York: Columbia University Press,  pp. 11-3

"Equilibrium Fictions: A Cognitive Approach to Societal Rigidity," with K. Hoff, *American Economic Review,* 100(2), May 2010, pp. 141-146.  Shortened version of  Policy research Working Paper 5219 (same title), The World Bank Development Research Group, February 2010, accessible at http://elibrary.worldbank.org/docserver/download/5219.pdf?expires=1304012730 &id=id&accname=guest&checksum=5428C2B3013CF8ECBB54953BAC3F328 C.

"Government Failure vs. Market Failure: Principles of Regulation," *Governments and Markets: Toward a New Theory of Regulation*, E.J. Balleisen and D. Moss, eds., New York: Cambridge University Press, 2010, pp. 13-51.

"Human Rights and Globalization: The Responsibility of States and of Private Actors," *Catholic Social Doctrine and Human Rights*, Proceedings of the 15th Plenary Session of the Pontifical Academy of Social Sciences, R. Minnerath, O.F. Carulli, and V. Possenti, eds., Vatican City: Pontifical Academy of Social Sciences, 2010, pp.341-346.

"Intellectual Property, Dissemination of Innovation, and Sustainable Development," with C. Henry, *Global Policy* 1(1), October, 2010 pp. 237-251.

"Introduction," *Capitalism, Socialism and Democracy,* by Joseph A. Schumpeter, London: Rutledge pp. ix-xiv.

"Introduction," with S. Griffith-Jones and J.A. Ocampo, *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, pp. 1-18, 2010.

"Interpreting the causes of the Great Recession of 2008," *Financial System and Macroeconomic Resilience: Revisited*, BIS Paper No. 53, September, pp. 4-19.

"The Financial Crisis of 2007-2008 and its Macroeconomic Consequences,", *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, pp. 19-49.

"Responding to the Crisis," *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010, pp. 76-100

"A Modest Proposal for International Monetary Reform," with Bruce Greenwald, *Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, S. Griffith-Jones, J.A. Ocampo, and J.E. Stiglitz, eds., Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010. pp.314-344

"Introduction," *Debates on the Measurement of Global Poverty,* S. Anand, P. Segal, and J.E. Stiglitz (eds.), New York: Oxford University Press, 2010, pp. 1-24.

"Leverage and Asset Bubbles: Averting Armageddon with Chapter 11?" with Marcus Miller, *Economic Journal*, 120(544), May 2010, pp. 500-518.

"Lessons from the Global Financial Crisis of 2008," *Seoul Journal of Economics*, 23(3), pp. 321-339.

"Medicine for tomorrow: Some Alternative Proposals to Promote Socially Beneficial Research and Development in Pharmaceuticals," with Arjun Jayadev, *Journal of Generic Medicine*, 7(3), pp. 217-226.

"Premio Nobel de Economia," *Es dificil ser joven en america latina: Los Desafios Abiertos,* Bernardo Kliksberg (ed.), pp. 43-65.

"Prepared Joint Statement," with Linda J. Bilmes, *Hearing before the Committee on veterans' affairsn.* 2nd session, Washington: USGovernment Printing Office, 2010.

"Por Qué Estalló la Economía Americana?" *Es Difícil Ser Joven en América Latina: Los Desafíos Abiertos*, B. Kliksberg, ed., Buenos Aires: UNDP, 2010, pp. 43-65.

"The Promise of Global Institutions," *Globalization: The Greatest Hits,* M. B. Steger, ed., Boulder, CO: Paradigm, 2010, pp. 136-152. (Reprinted from Stiglitz, J.E., *Globalization and Its Discontents*, New York: W.W. Norton Company, 2002.)

"Regulación y fallas," *Revista de Economí Institucional*, 12(23), pp.13-28.

"Risk and Global Economic Architecture: Why Full Financial Integration May be Undesirable," *American Economic Review*, 100(2), May 2010, pp. 388-392.

"Robust Growth or Anemic Recovery in the U.S. and Global Economy," *Journal of Policy Modeling*, 32(5), September-October, pp. 632-636.

"Sovereign Debt: Notes on Theoretical Frameworks and Policy Analyses," *Overcoming Developing Country Debt Crises,* B. Herman, J.A. Ocampo, and S. Spiegel, eds., Oxford: Oxford University Press, pp. 35-69.

70

"Towards a New Global Reserves System," with Bruce Greenwald, *Journal of Globalization and Development*, 1(2), Article 10. A different version of the paper with the same title, appears in *The Future Global Reserve System*, J.D. Sachs, M. Kawai, J.-W. Lee, and W.T. Woo, eds., June, Asian Development Bank.

**2011**

"An Analysis of the Japanese Credit Network," with G. De Masi, Y. Fujiwara, M. Gallegati, and B. Greenwald, *Evolutionary and Institutional Economics Review*,7(2), pp, 203-232..

"The Failure of Macroeconomics in America," *China & World Economy*, Volume 19, Issue 5, October, pp. 17-30.

"From Inside Brazil: Vinod Thomas's Vision," *A Vision for Development: Dialogues on the Work of Vinod Thomas*, Ray C. Rist, ed., Washington, DC: Independent Evaluation Group, pp. 201-205.

"Heterogeneous Interacting Agent Models for Understanding Monetary Economies," with M. Gallegati, *Eastern Economic Journal*, 37 (Winter 2011), pp. 6-12.

"The Media and the Crisis:  An Information Theoretic Approach," *Bad News: How America's Business Press Missed the Story of the Century,* A. Schiffrin, ed., New York: The New Press, pp. 22-36.

"The Long-Term Costs of Conflict: the Case of the Iraq War," with Linda Bilimes, *Handbook on the Economics of Conflict*, Keith Hartley and Derek Braddon, eds., Cheltenham, UK: Edward Elgar Publish Ltd, pp. 293-310.

"Preface," *Exiting from the Crisis: Towards a Model of More Equitable Growth and Sustainable Development*, D. Coats (ed.), Brussels, ETUI aisbl, pp. 9-15. Published in French in *Sortir de la Crise: Vers un Modele de Croissance Plus Équitable et Plus Durable*, D. Coats (ed.), Brussels: Institut Syndical Européen (2014).

"Rethinking Development Economics," *The World Bank Research Observer*, 26(2):230-236.

"Rethinking Macroeconomics: What Went Wrong and How to Fix It," *Global Policy*, 2(2): pp. 165-175.

"Rethinking Macroeconomics: What Failed and How to Repair It," *Journal of the European Economic Association*, 9(4), pp. 591-645.

"Should the Government Invest, or Try to Spur Private Investment?" with Michael Cragg, *Economists' Voice*, 8(1), Article 1.

**2012**

"African Development Prospects and Possibilities," with Akbar Noman, in E. Aryeetey et al., eds., *The Oxford Companion to the Economics of Africa*, Oxford: Oxford University Press, pp. 33-40.

71

"Crises and Contagion: A Survey," with A. Knyazeva and D. Knyazeva, *What if Ireland Defaults?*, B. Lucey, C. Larkin and C. Gurdgiev (eds.), Dublin: Orpen Press. Reprinted in *Europe on the Brink: Debt Crisis and Dissent in the European Periphery*, Tony Phillips (ed.), London, Zed Books (2014), pp. 74-110.

"Default Cascades: When Does Risk Diversification Increase Stability?" with S. Battiston, D. Delli Gatti, M. Gallegati, and B. Greenwald, *Journal of Financial Stability*, 8(3), 2012, pp.138-149.

"Essay on Commodity Price Volatility and Inclusive Growth," *Commodity Price Volatility and Inclusive Growth in Low-Income Countries*, Rabah Arezki, Catherine A Pattillo, Marc Quintyn, Min Zhu (eds.), Washington, DC: IMF, pp. xvi-xxiv.

"Estimating the Costs of War: Methodological Issues, with Applications to Iraq, and Afghanistan," with L.J. Bilmes, *The Oxford Handbook of the Economics of Peace and Conflict*, M.R. Garfinkel and Stergios Skaperdas, eds., Oxford University Press, pp. 275-314.

"From the G-20 to a Global Economic Coordination Council," with José Antonio Ocampo, *Journal of Globalization and Development*, 2(2), Article 9.

"Harmony Between Man and Man, and Man and Nature," *The Global Quest for Tranquillitas Ordinis. Pacem in Terris, Fifty Years Later*, M.A. Glendon, R. Hittinger, and M. Sánchez Sorondo (eds.), Vatican City: Pontifical Academy of Social Sciences, Acta 18, pp. 475-483.

"Introduction: The World Wakes," *From Cairo to Wall Street: Voices from the Global Spring,* A. Schiffrin and E. Kircher-Allen, eds., New York: The New Press, pp. 1-22.

"The Journal of Economic Perspectives and the Marketplace of Ideas: A View from the Founding," *Journal of Economic Perspectives,* 25(2): 1-9.

"Liaisons Dangereuses: Increasing Connectivity, Risk Sharing, and Systemic Risk," with Stefano Battiston, Domenico Delli Gatti, Mauro Gallegati, and Bruce Greenwald, *Journal of Economic Dynamics and Control*, 36(8): 1121-1141.

"Macroeconomics, Monetary Policy, and the Crisis," *In the Wake of the Crisis,* O.J. Blanchard, D. Romer, M. Spence, and J.E. Stiglitz (eds.), Cambridge, MA: MIT Press, 2012, pp. 31-42.

"Mobility Constraints, Productivity Trends, and Extended Crises," with D. Delli Gatti, M. Gallegati, B. Greenwald, and A. Russo, *Journal of Economic Behavior & Organization*, 83(3): 375– 393.

"Macroeconomic Fluctuations, Inequality, and Human Development," *Journal of Human Development and Capabilities*, 13(1), pp. 31-58. Reprinted in *Macroeconomics and Human Development,* Deepak Nayyar (ed.), Taylor and Francis, 2013.

"Preface," with A. Noman, K. Botchwey, and H. Stein, *Good Growth and Global Governance in Africa*, A. Noman, K. Botchwey, H. Stein, J.E. Stiglitz, eds., New York: Oxford University Press, pp. vii-x.

72

"Sectoral Imbalances and Long Run Crises," with D. Delli Gatti, M. Gallegati, B.C. Greenwald and A. Russo, *The Global Macro Economy and Finance*, F. Allen, M. Aoki, J.-P. Fitoussi, N. Kiyotaki, R. Gordon, and J.E. Stiglitz, eds., IEA Conference Volume No. 150-III, Houndmills, UK and New York: Palgrave, 2012, pp. 61-97.

"Strategies for African Development," with Akbar Noman, *Good Growth and Governance for Africa: Rethinking Development Strategies*, A. Noman, K. Botchwey, H. Stein, and J.E. Stiglitz, eds., Oxford, New York: Oxford University Press, pp. 3-47.

"Toward an Analytical Solution for Agent-Based Models: An Application to a Credit Network Economy," *Complexity and Insitutions: Markets, Norms, and Corporations*, Masahiko Aoki, Kenneth Binmore, Simon Deakin, and Herbert Gintis (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 63-80.

**2013**

"Analyzing Legal Formality and Informality: Lessons From Land-Titling and Microfinance Programs," with Antara Haldar, *Law and Economic Development with Chinese Characteristics: Institutions for Promoting Development in the Twenty-First Century*, David Kennedy and Joseph Stiglitz, eds., 2013, New York and Oxford: Oxford University Press, pp.112-148.

"Complex Derivatives," with Stefano Battiston, Guido Caldarelli, Co-Pierre Georg, and Robert May, *Nature Physics*, 9 (March): 123-125.

"Conclusion: Taking Stock—Analytical Challenges and Directions for Future Research," *Sovereign Wealth Funds and Long-Term Investing*, Patrick Bolton, Frederic Samama, and Joseph E. Stiglitz (eds.), New York: Columbia University Press, 2012, pp. 221-224.

"Creating the Institutional Foundations for a Market Economy," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 71-111.

"The Economics Behind Law in a Market Economy: Alternatives to the Neoliberal Orthodoxy," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and  D. Kennedy (eds.), New York and Oxford: Oxford University Press, pp. 153-186.

"Equilibrium in Competitive Insurance Markets with Moral Hazard," with R. Arnott, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 660- 689. Originally  Princeton University Discussion Paper 4, 1987. Also NBER Working Paper 3588, 1991.

"Equilibrium Unemployment as a Worker Screening Device," with B. Nalebuff and A. Rodriguez, in *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 513-536.  (NBER Paper 4357, May

1993. Paper presented as "Equilibrium Unemployment, Testing, and the Pure Theory of Selection" at the NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.)

"Incentives: An Overview," *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 341-382.

"Information and Competition," *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 20-35. Originally the Inaugural Lecture presented at All Souls College, Oxford, June 1978.

"Institutional Design for China's Innovation System," *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and D. Kennedy (eds.), New York and Oxford: Oxford University Press, 2012 pp. 247-277.

"Introduction," with P. Bolton and F. Samama, *Sovereign Wealth Funds and Long-Term Investing*, with Patrick Bolton and Frederic Samama (eds.), New York: Columbia University Press, 2012, pp. 1-25.

"Introduction," with J. Cortina and E. Ochoa- Reza, *New Perspectives on International Migration and Development*, J. Cortina and E. Ochoa- Reza (eds.), New York: Columbia University Press, pp. xv-xx.

"Introduction," with Mary Kaldor, *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, Mary Kaldor and Joseph E. Stiglitz (eds.), New York: Columbia Unversity Press, pp. 1-16.

"Introduction," with D. Kennedy, *Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, J.E. Stiglitz and  D. Kennedy (eds.), Oxford and New York: Oxford University Press, pp. 1-16.

"Introductory Remarks," Sunil Khilnani and Manmohan Malhoutra, eds., *An Indian Social Democracy: Integrating Markets, Democracy and Social Justice*, v. I, pp. 225-229.

"Learning and Macro-Economic Dynamics," with S. Landini, M. Gallegati, and X. Li, *Nonlinear Economic Dynamics and Financial Modelling*, R. Dieci, X.-Z. He and C. Hommes (eds.), Berlin and Heidelberg: Springer-Verlag, pp. 109-134.

"On the Measurement of Social Progress and Wellbeing: Some Further Thoughts", with Jean-Paul Fitoussi, *Global Policy,* Volume 4, Issue 3, September, pp 290-293 and *The Global Macro Economy and Finance*, Franklin Allen, Masahiko Aoki, Jean-Paul Fitoussi, Nobuhiro Kiyotaki, Roger Gordon, and Joseph E. Stiglitz (eds), International Economic Association Series, Palgrave Macmillan, 2012, pp. 13-24.

"Ownership Change, Institutional Development and Performance," with A. Knyazeva and D. Knyazeva, *Journal of Banking and Finance.* 37: 2605–2627.

"Price Equilibrium, Efficiency, and Decentralizability in Insurance Markets," with R. Arnott, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 632-659. Originally NBER Working Paper 3642, 1991.

"A Revolution in Monetary Policy," (C.D. Deshmukh memorial lecture, January, 2013). in Uma Kapila, ed., *Indian Financial Reforms: Priorities and Policies Post Global Financial Crisis*, New Delhi: Academic Foundation, pp. 159-203.

"The Right to Trade: Rethinking the Aid for Trade Agenda," with Andrew Charlton, *Assessing Aid for Trade: Effectiveness, Current Issues and Future Directions,* Mohammad A. Razzaque and Dirk Willem te Velde (eds.), London: Commonwealth Secretariat, pp. 359-386. Originally published in 2012 online at http://unctad.org/meetings/en/Miscellaneous%20Documents/Right-to-Trade-Report.pdf.

"A Simple Proof that Futures Markets are Almost Always Informationally Imperfect," with I. Gale, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp.122-132. Originally working paper from April 1989. (Revised version of "Futures Markets Are Almost Always Informationally Inefficient," Princeton University Financial Research Center Memorandum No. 57, February 1985.)

"Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development," in Mary Kaldor and Joseph E. Stiglitz, eds., *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia Unversity Press, pp. 161-190.

"Short-term Contracts as a Monitoring Device," with P. Rey, *The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013, pp. 273-290. Originally NBER Working Paper 4514, 1993.

"A Social Democratic Agenda for a More Dynamic Indian Economy: Creating an Innovative and Learning Society," Sunil Khilnani and Manmohan Malhoutra, eds., *An Indian Social Democracy: Integrating Markets, Democracy and Social Justice*, v. II, pp. 277-307.

"Social Protection without Protectionism," Mary Kaldor and Joseph E. Stiglitz, eds, *The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, New York: Columbia Unversity Press, pp. 24-47.

"Sovereign Wealth Funds—Distinguishing Aspects and Opportunities" *Sovereign Wealth Funds and Long-Term Investing*, Patrick Bolton, Frederic Samama, and Joseph E. Stiglitz, (eds.), New York: Columbia University Press, 2012, pp. 26-31.

"Stable Growth in an Era of Crises: Learning from Economic Theory and History," Economi-tek, 2(1): 1-38 (Originally delivered as a keynote to the Turkish Economic Association, Izmir, November, 2012).


**2014**

"Can the Euro Be Saved? An Analysis of the Future of the Currency Union," *Rivista di Politica Economica*, 3, pp. 7-42.

"Crises: Principles and Policies: With an Application to the Eurozone Crisis," *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp.43-79.

"Economies with Heterogeneous Interacting Learning Agents," with S. Landini and M. Gallegati, *Journal of Economic Interaction and Coordination*, January, available online at <http://link.springer.com/article/10.1007%2Fs11403-013-0121-1>.

"Eliminating Extreme Inequality: A Sustainable Development Goal, 2015-2030," with Michael Doyle, *Ethics and International Affairs* 28(1), available online at http://www.ethicsandinternationalaffairs.org/2014/eliminating-extreme-inequality-a-sustainable-development-goal-2015-2030. Condensed and reprinted in *Ministers Reference Book Commonwealth 2015*, London: Henley Media Group, pp. 86-88.

"Income Contingent Loans for the Unemployed: A Prelude to a General Theory of the Efficient Provision of Social Insurance," with Jungyoll Yun, *Income Contingent Loans: Theory, Practice and Prospects*, Bruce Chapman, Timothy Higgins, and J. E. Stiglitz (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp.180-204, 2013.

"Industrial Policies, the Creation of a Learning Society, and Economic Development," with Bruce C. Greenwald, *The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* Joseph E. Stiglitz and Justin Yifu Lin (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 43-71.

"Inequality Is Holding Back the Recovery," *Divided: The Perils of Our Growing Inequality*, New York: The New Press, pp. 44-49. Originally published by *The New York Times* on January 19, 2013.

"Introduction," with Daniel Heymann, *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp. 1-39.

"Introduction: Industrial Policy in the African Context," with Justin Yifu Lin, Célestin Monga, and Ebrahim Patel, *The Industrial Policy Revolution II: Africa in the 21st Century*, Joseph E. Stiglitz, Justin Yifu Lin, and Ebrahim Patel (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 1-22.

"Introduction: The Rejuvenation of Industrial Policy," with Justin Yifu Lin and Célestin Monga, *The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* Joseph E. Stiglitz and Justin Yifu Lin (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 1-15.

"Introduction and Summary," with Bruce Chapman and Timothy Higgins, *Income Contingent Loans: Theory, Practice and Prospects*, Bruce Chapman, Timothy Higgins, and J. E. Stiglitz (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp.1-11.

"Learning and Industrial Policy: Implications for Africa," with Bruce Greenwald, *The Industrial Policy Revolution II: Africa in the 21ˢᵗ Century*, Joseph E. Stiglitz, Justin Yifu Lin, and Ebrahim Patel (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 25-49.

"Learning, Growth, and Development: A Lecture in Honor of Sir Partha Dasgupta," *Environment & Development Economics: Essays in Honor of Sir Partha Dasgupta,* Scott Barret, Karl-Goran Maler, and Eric S. Maskin (eds.), Oxford: Oxford University Press, pp. 31-94. Revised version of paper of same title in *Development Challenges in a Postcrisis World: Annual World Bank Conference on Development Economics 2011*, C. Sepúlveda, A. Harrison, and J.Y. Lin (eds.), Washington: The World Bank, pp. 37-88. Published in French as "Apprentissage, croissance et développement: conférence en l'honneur de Sir Partha Dasgupta," *Revue D'Économie du Développment*, No. 4, December, 2011, pp.19-86.

"The Lessons of the North Atlantic Crisis for Economic Theory and Policy," *What Have We Learned? Macroeconomic Policy after the Crisis*, Geroge Akerlof, Olivier Blanchard, David Romer, and Joseph E. Stiglitz (eds.) Cambridge, Mass. and London: MIT Press, pp. 335-347.

"Reforming Taxation to Promote Growth and Equity," Roosevelt Institute White Paper, May 28.

"Remarks on Income Contingent Loans: How Effective Can They Be at Mitigating Risk?" *Income Contingent Loans: Theory, Practice and Prospects*, Bruce Chapman, Timothy Higgins, and J. E. Stiglitz (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 31-38.

"The Role of Intellectual Property Rights in Developing Countries: Some Conclusions," with Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, and Jerome H. Reichman, *Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, pp. 503-513.

"The Role of Intellectual Property Rights in the Development Process, with Some Lessons from Developed Countries: An Introduction," with Giovanni Dosi, *Intellectual Property Rights: Legal and Economic Challenges for Development*, Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman, and Joseph E. Stiglitz (eds.), Oxford, UK and New York: Oxford University Press, pp. 1-53.

77

"Tapping the Brakes: Are Less Active Markets Safer and Better for the Economy?" Presented at the Federal Reserve Bank of Atlanta 2014 Financial Markets Conference Tuning Financial Regulation for Stability and Efficiency, April 15, available at http://www.frbatlanta.org/documents/news/conferences/14fmc/Stiglitz.pdf.

"Transition to a Market Economy: Explaining the Successes and Failures," with Shenggen Fan, Ravi Kanbur, Shang-Jin Wei, Xiaobo Zhang (eds.), *The Oxford Companion to the Economics of China*, New York and Oxford: Oxford University Press, 2014, pp. 36-41.

"Un'agenda per salvare l'euro," *Un'altra Europa. Sostenibile, democratica, paritaria, solidale*, S. Zamboni (ed.), Milan: Edizioni Ambiente, 2014, pp. 105-108.

## 2015

"Devolution, Independence, and the Optimal Provision of Public Goods," *Economics of Transportation*, 4, pp. 82–94.

"Economics and Policy: Some Lessons from Africa's Experience," with Akbar Noman, in *The Oxford Handbook of Africa and Economics, Volume II: Policies and Practices*, Célestin Monga and Justin Yifu Lin (eds.), Oxford, UK and New York: Oxford University Press, pp. 830-848.

"Foreword," *What Caused the Crime Decline?,* Oliver Roeder, Lauren-Brooke Eisen, and Julia Bowling, report of the Brennan Center for Justice at the New York University School of Law, pp. 1-2.

"Identifying and Resolving Inter-Creditor and Debtor-Creditor Equity Issues in Sovereign Debt Restructuring," with Skylar Brooks, Martin Guzman and Domenico Lombardi, for the Centre for International Governance Innovation, Policy Brief No. 53, January 2015, available online at https://www.cigionline.org/sites/default/files/pb_no53.pdf. Also published in Spanish in Ensayos Economicos by Banco Central de la Republica Argentina.

"In Praise of Frank Ramsey's Contribution to the Theory of Taxation," *Economic Journal*, 125(583), March 2015, pp. 235-268 and NBER Working Paper 20530, October 2014.

"Inequality in America: A Policy Agenda for a Stronger Future," *The ANNALS of the American Academy of Political and Social Science*, 657(1), January 2015, pp. 8–20, available online at https://doi.org/10.1177/0002716214552784

"Introduction," *Taming Capital Flows: Capital Account Management in an Era of Globalization,* with Refet S. Gurkaynak, IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), New York: Palgrave Macmillan, 2015.

"Introduction and Overview: Economic Transformation and Learning, Industrial, and Technology Policies in Africa," *Industrial Policy and Economic Transformation in Africa*, Akbar Noman and Joseph E. Stiglitz (eds.), New York: Columbia University Press, 2015.

"Leaders and Followers: Perspectives on the Nordic Model and the Economics of Innovation," *Journal of Public Economics*, Volume 127, July 2015, pp 3–16 and NBER Working Paper 20493, September 2014.

"Monetary Policy in a Multipolar World," *Taming Capital Flows: Capital Account Management in an Era of Globalization,* IEA Conference Volume No. 154, Joseph E. Stiglitz and Refet S. Gurkaynak (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2015.

"The Origins of Inequality, and Policies to Contain It," *National Tax Journal* 68(2): 425-448.

"The Price of Inequality: How Today's Divided Society Endangers Our Future," *Sustainable Humanity, Sustainable Nature: Our Responsibility*, P.S. Dasgupta, V. Ramanathan, M. Sanchez Sorondo (eds.), Vatican City: The Pontifical Academy of Sciences, 2015, pp.379-399.

"A Progressive Agenda for the Twenty-First Century," *Progressivism in America: Past, Present and Future*, David B. Woolner and John M. Thompson (eds.), New York: Oxford University Press, 2015, pp. 215-232.

"The Rationale for Industrial and Innovation Policy. Which Industrial Policy does Europe need?" with  Mario Cimoli, Giovanni Dosi et al., *Intereconomics* Vol. 50,(3), pp. 120-155, 2015.

"Reconstructing Macro-Economic Theory to Manage Economic Policy," *Fruitful Economics: Papers in Honour of and by Jean-Paul Fitoussi*, Eloi Laurent and Jacques Le Cacheux (eds.), Houndmills, UK and New York: Palgrave Macmillan, pp. 20-49.

"Sovereign Debt and Joint Liability: An Economic Theory Model for Amending the Treaty of Lisbon," with Kaushik Basu, *Economic Journal*, 125(586), August 2015, pp. F115-F130 and World Bank Policy Research Working Paper WPS6555, August, 2013.

"The Unfinished Task of Bretton Woods: Creating a Global Reserve System", *Bretton Woods—The Next 70 Years*, Marc Uzan (ed), The Reinventing Bretton Woods Committee, pp. 343-350.

"Wealth and Income Distribution: New Theories Needed for a New Era," with Ravi Kanbur, Vox, August 18, 2015.

"Which Industrial Policy Does Europe Need?" with Mario Cimoli, Giovanni Dosi, Michael A. Landesmann, Mariana Mazzucato, Tim Page, Mario Pianto and Rainer Walz, *Intereconomics*, 50(3), 2015, pp. 120-155.

**2016**

"America's Great Malaise and What To Do About It," *Journal of Policy Modeling*, 38 (2016), pp. 639-648, accessible at https://www.sciencedirect.com/science/article/pii/S0161893816300412. (Paper presented at the American Economic Association Annual Meetings, San Francisco, January 3, 2016.)

"An Agenda for Sustainable and Inclusive Growth for Emerging Markets," *Journal of Policy Modeling*, 38 (2016), pp. 693-710, accessible at https://www.sciencedirect.com/science/article/pii/S0161893816300503. (Paper presented at the American Economic Association Annual Meetings, San Francisco, January 3, 2016.)

"Agent Based-Stock Flow Consistent Macroeconomics: Towards a Benchmark Model," with Alessandro Caiania, Antoine Godinb, Eugenio Caverzasia, Mauro Gallegatia, and Stephen Kinsellac, *Journal of Economic Dynamics and Control,* Volume 69, August, pp. 375–408, accessible at https://www.sciencedirect.com/science/article/pii/S0165188915301020.

"Building the Fairer and Sustainable Social Security System," *CDF Proceedings 2016*, accessible at http://bit.ly/2sfqfdh.  Paper presented at China Development Forum, March 19, 2016.

"Creating a Framework for Sovereign Debt Restructuring that Works," with Martin Guzman, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crisis*, M. Guzman, J.A. Ocampo and J.E. Stiglitz (eds.), New York: Columbia University Press, accessible at http://bit.ly/2BJBs9L and presented at the United Nations General Assembly Ad Hoc Committee on Sovereign Debt Restructuring Processes, July 2015.

"Dynastic Inequality, Mobility and Equality of Opportunity," with Ravi Kanbur, *Journal of Economic Inequality*, Volume 14, Issue 4, December, pp. 419-434, accessible at https://link.springer.com/content/pdf/10.1007%2Fs10888-016-9328-4.pdf, and Centre for  Economic Policy Research Discussion Paper No. 10542, April 2015, accessible at https://cepr.org/active/publications/discussion_papers/dp.php?dpno=10542#.

"Ethics, Economic Advice, and Economic Policy," *The Oxford Handbook of Professional Economic Ethics*, George F. DeMartino and Deirdre N. McCloskey (eds.), Oxford, UK and New York: Oxford University Press, pp. 495-519, accessible at http://bit.ly/2ElCURl.

"Fed Policy, Inequality, and Equality of Opportunity," *Economic Mobility: Research & Ideas on Strengthening Families, Communities & the Economy*, Alexandra Brown David Buchholz Daniel Davis Arturo Gonzalez (eds.),  Federal Reserve Bank of St. Louis and the Board of Governors of the Federal Reserve System, pp. 77-94; published by The Roosevelt Institute in August 2015; and presented at the Ninth Biennial Federal Reserve System Community Development Research Conference, April 2015, accessible at https://www.stlouisfed.org/~/media/Files/PDFs/Community%20Development/EconMobilityPapers/EconMobility_Book_508.pdf and http://rooseveltinstitute.org/wp-content/uploads/2015/10/276094823-Fed-Policy-Inequality-and-Equality-of-Opportunity.pdf.

"Group Lending, Joint Liability, and Social Capital: Insights from the Indian Microfinance Crisis," with Antara Haldar, *Politics & Society*, SAGE Publications, Vol. 44(4), pp.459–497, accessible at http://journals.sagepub.com/doi/pdf/10.1177/0032329216674001.

"How to Restore Equitable and Sustainable Economic Growth in the United States," *American Economic Review,* 106(5): 43-47, accessible at https://pubs.aeaweb.org/doi/pdfplus/10.1257/aer.p20161006.

"Income Contingent Loans: Some General Theoretical Considerations, with Applications," *Contemporary Issues in Microeconomics,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No. 155-III, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2ElT5ye. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June, 2014 sponsored by the OECD.)

"Inequality and Economic Growth," *Rethinking Capitalism*: *Economics and Policy for Sustainable and Inclusive Growth,* Michael Jacobs and Mariana Mazzucato (eds.), pp. 134-155,  Oxford: Wiley-Blackwell in association with *The Political Quarterly,* accessible at https://gmdconsulting.eu/nykerk/wp-content/uploads/2020/02/Inequality-and-Economic-Growth.pdf and published in Chinese in *Comparative Economic & Social Systems,* accessible at http://bit.ly/2nTZcj4.

"Introduction," with Martin Guzman and Jose Antonio Ocampo, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crisis*, M. Guzman, J.A. Ocampo and J.E. Stiglitz (eds.), New York: Columbia University Press, accessible at http://bit.ly/2H7Zf2C.

"Learning, Industrial, and Technology Policies: An Overview," with Akbar Noman, *Efficiency, Finance, and Varieties of Industrial Policy: Guiding Resources, Learning, and Technology for Sustained Growth,* Joseph E. Stiglitz and Akbar Noman (eds.), New York: Columbia University Press, pp. 1-20, accessible at http://bit.ly/2ElAgep.

"The Measurement of Wealth: Recessions, Sustainability and Inequality," *Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond,* Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan and NBER Working Paper 21327, July 2015. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June 2014 sponsored by the OECD, accessible at http://www.nber.org/papers/w21327.pdf.)

"Measuring Income Inequality: Comments on 'Do Nations Just Get the Inequality they Deserve? The 'Palma Ratio' Re-examined,'" *Inequality and Growth: Patterns and Policy, Volume II: Regions and Regularities*, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-II, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2Hb3rPl.

"New Theoretical Perspectives on the Distribution of Income and Wealth among Individuals," *Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis*, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016, accessible at http://bit.ly/2nVcQSX.

"Overcoming the Shadow Economy," with Mark Pieth, Friedrich Ebert Stiftung International Policy Analysis Paper, November, accessible at https://library.fes.de/pdf-files/iez/12922.pdf. (Also published in German, accessible at http://library.fes.de/pdf-files/iez/13083.pdf and Portuguese, accessible at http://library.fes.de/pdf-files/bueros/brasilien/13165.pdf.)

"Preface: Inequality and Growth: A Preamble," *Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis and Volume II: Regions and Regularities*, with Kaushik Basu and Vivian Hon, Kaushik Basu and Joseph E. Stiglitz (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016, accessible at https://link.springer.com/content/pdf/bfm%3A978-1-137-55459-8%2F1.pdf and http://bit.ly/2nS33gz.

"The Price of Complexity in Financial Networks," with Stefano Battiston, Guido Caldarelli, Robert M. May, and Tarik Roukny, *PNAS (Proceedings of the National Academy of Sciences of the United States of America)*, September 6, Volume 113, No 36, pp. 10031-36, accessible at http://www.pnas.org/content/pnas/113/36/10031.full.pdf.

"Reflections on China's 13th Five Year Plan," *Journal of China Development Forum 2016*. Paper presented at China Development Forum, March 19, 2016, accessible at http://bit.ly/2EmNbsu.

"A Soft Law Mechanism for Sovereign Debt Restructuring Based on the UN Principles," with Martin Guzman, FES International Policy Analysis paper with Initiative for Policy Dialog, October, accessible at http://library.fes.de/pdf-files/iez/12873.pdf (also translated in Spanish, accessible at http://nuso.org/media/documents/guzman_y_stiglitz_2017_FF.pdf and Chinese, accessible at http://library.fes.de/pdf-files/bueros/china/13983.pdf) and presented in seminar "Sovereign Debt Vulnerabilities and the Opportunity for a New Debt Workout Mechanism Building on the UNGA process" at the United Nations

"Stockholm Statement: Towards a Consensus on the Principles of Policymaking for the Contemporary World," with Sabina Alkire (Oxford), Pranab Bardhan (Berkeley), Kaushik Basu (New York), Haroon Bhorat (Cape Town), Francois Bourguignon (Paris), Ashwini Deshpande (Delhi), Ravi Kanbur (Ithaca), Justin Yifu Lin (Beijing), Kalle Moene (Oslo), Jean-Philippe Platteau (Namur), Jaime Saavedra (Lima), and Finn Tarp (Helsinki and Copenhagen), statement issued November, from meeting in Stockholm, Sweden, September 16-17, 2016, hosted by Swedish International Development Cooperation Agency (Sida) and the World Bank, accessible at https://www.sida.se/globalassets/sida/eng/press/stockholm-statement.pdf.

"Striving for Balance in Economics: Towards a Theory of the Social Determination of Behavior," with Karla Hoff, *Journal of Economic Behavior and Organization*, Issue 126 (June), pp. 25–57; World Bank Policy Research Working Paper No. WPS 7537, January; and NBER Working Paper 21823, December 2015, accessible at http://documents.worldbank.org/curated/en/636811468179051978/pdf/WPS7537.pdf.

"A Theory of Pseudo-Wealth," with Martin Guzman, *Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond*, Joseph E. Stiglitz and Martin Guzman (eds.), IEA Conference Volume, No.155-II, Houndmills, UK and New York: Palgrave Macmillan, accessible at http://bit.ly/2nUyG9l. (Paper presented at a special session of the International Economic Association World Congress, Dead Sea, Jordan, June 2014.)

*Towards a General Theory of Deep Downturns*, IEA Conference Volume, 155-VI, Houndmills, UK and New York: Palgrave Macmillan, 2016.   NBER Working Paper 21444, August 2015, accessible at http://www.nber.org/papers/w21444.pdf. Originally presented as Presidential Address to the 17th World Congress of the International Economic Congress, Dead Sea, Jordan, June, 2014, accessible at http://bit.ly/2ECenXO.

**2017**

"Bail-ins and bailouts: Incentives, connectivity, and systemic stability," with Benjamin Bernard and Agostino Capponi, VOXEU, October 18, 2017. Accessible at https://voxeu.org/article/bail-ins-and-bailouts-incentives-connectivity-and-systemic-stability

"The Coming Great Transformation," *Journal of Policy Modeling*, Vol. 39, Issue 4, July–August, pp. 625-638, accessible at http://bit.ly/2EmKurL. (Paper presented at the American Association Annual Meetings, Chicago, January 6, 2017.)

"Countering the Power of Vested Interests: Advancing Rationality in Public Decision-Making," *Journal of Economic Issues,* 51(2), 2017, pp. 359-365, accessible at http://www.tandfonline.com/doi/full/10.1080/00213624.2017.1320907; paper presented at the 2017 ASSA Conference, January 2017.

"From Global Savings Glut to Financing Infrastructure: The Advent of Investment Platforms," with Rabah Arezki, Patrick Bolton, Sanjay Peters, and Frédéric Samama, *Economic Policy*, Vol. 32, Issue 90, pp. 221–261, accessible at https://bit.ly/2RVaiBz. (IMF Working Paper WP/16/18, February 2016, accessible at https://www.imf.org/en/Publications/WP/Issues/2016/12/31/From-Global-Savings-Glut-to-Financing-Infrastructure-The-Advent-of-Investment-Platforms-43689.)

"The Fundamental Flaws in the Euro Zone Framework," *The Euro and the Crisis: Perspectives for the Eurozone as a Monetary and Budgetary Union*, Nazaré da Costa Cabral, José Renato Gonçalves, Nuno Cunha Rodrigues (eds.), New York: Springer, pp. 11-16, accessible at http://bit.ly/2EnIbom; excerpt from "Crises: Principles and Policies: With an Application to the Eurozone Crisis," *Life After Debt: The Origins and Resolutions of Debt Crisis*, Joseph E. Stiglitz and Daniel Heymann (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014, pp.43-79.

"Growing Inequality: Laws of Nature or Laws of Men?*" Starmus Beyond the Horizon: A Tribute to Stephen Hawking*, Garik Israelian and Brian May (eds.), Starmus, pp. 188–199, accessible at http://bit.ly/2BEFgER. (Speech at Starmus Festival 2016, Tenerife, Spain.)

"Industrial Policy, Learning and Development," *The Practice of Industrial Policy: Government-Business Coordination in Africa and East Asia,* John Page and Finn Tarp (eds.), Oxford: Oxford University Press, pp. 23-39, accessible at http://bit.ly/2nbsI2w  (WIDER Working Paper 2015/149, UNU-WIDER, and the Korean International Cooperation Agency, Helsinki, Finland, December 2015, accessible at https://www.wider.unu.edu/sites/default/files/wp2015-149.pdf, based on keynote address to 30th Anniversary celebration of WIDER, Helsinki, September 18, 2015.)

"Innovation, Intellectual Property, and Development: A Better Set of Approaches for the 21st Century," with Dean Baker and Arjun Jayadev, paper in series AccessIBSA: Innovation & Access to Medicines in India, Brazil & South Africa, a project supported by the Shuttleworth Foundation, accessible at http://cepr.net/images/stories/reports/baker-jayadev-stiglitz-innovation-ip-development-2017-07.pdf.

84

"Monopolistic Competition, the Dixit–Stiglitz Model, and Economic Analysis," *Research in Economics*, 71 (2017), Special Issue of in Honor of the 40 Years of the Dixit-Stiglitz model, pp. 798-802, accessible at https://www.sciencedirect.com/science/article/pii/S1090944317303265?via%3Dihub.

"Overcoming the Copenhagen Failure with Flexible Commitments," *Global Carbon Pricing: The Path to Climate Cooperation*, Peter Cramton, David JC MacKay, Axel Ockenfels, and Steven Stoft (eds), Cambridge, Mass.: MIT Press, pp. 99–108, accessible at http://bit.ly/2FEfqU1; and in *Economics of Energy and Environmental Policy,* Vol. 4, No. 2, Symposium on International Climate Negotiations, September 2015, pp. 29–36, accessible at http://bit.ly/2rSOUUF; and in Global Carbon Pricing: We Will If You Will, Peter Cramton, David J.C. MacKay, Azel Ockenfels, and Steven Stoft (eds), eBook, December 2015, P 59-66, accessible at http://carbon-price.com/wp-content/uploads/Global-Carbon-Pricing-cramton-mackay-okenfels-stoft.pdf.

"The Overselling of Globalization," *Business Economics*, Vol. 52, No. 3, pp. 129–137, accessible at http://bit.ly/2nw9hCC. (Roosevelt Institute Working Paper, August, accessible at http://rooseveltinstitute.org/oversellingofglobalization/, based on speech for Paul A. Volcker Lifetime Achievement Award for Economic and Monetary Policy of the National Association of Business Economics.)

"Report of the High-Level Commission on Carbon Prices," with Nicholas Stern and Commission Members, Carbon Pricing Leadership Coalition, International Bank for Reconstruction and Development and International Development Association/ The World Bank, May 29, accessible at https://www.carbonpricingleadership.org/report-of-the-highlevel-commission-on-carbon-prices/.

"Rethinking Globalization in the Trump Era: US-China Relations," *Journal of China Development Forum,* 2017. Paper presented at China Development Forum, March 18, 2017 and published as Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/rethinking-globalization-trump-era-us-china-relations/.

"Tony Atkinson and His Legacy," with Rolf Aaberge, et al., *Review of Income and Wealth*, Vol. 63, No. 3, Sept. 2017, pp. 411–44, accessible at http://onlinelibrary.wiley.com/doi/10.1111/roiw.12335/full.

"Toward a Taxonomy of Media Capture," *In The Service of Power: Media Capture and the Threat to Democracy*, Anya Schiffrin (ed.), Washington, D.C.: Center for Media Assistance, National Endowment for Democracy, accessible at https://www.cima.ned.org/resource/media-capture-toward-taxonomy-media-capture/.

"Towards a Broader View of Competition Policy," *Competition Policy for the New Era: Insights from the BRICS Countries*, Tembinkosi Bonakele, Eleanor Fox, and Liberty Mncube (eds.), Oxford: Oxford University Press, November, pp. 4-21, accessible at https://bit.ly/2ExsVUg, and Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/towards-broader-view-competition-policy/. (Lecture presented to the 4th BRICS International Competition Conference in Durban, November 2015.)

"Wealth and Income Inequality in the Twenty-First Century," presented at the 18th World Congress of the International Economic Association, Mexico City, June 19-23 2017, accessible at http://bit.ly/2DVMdHz.


**2018**


"A Soft Law Mechanism for Sovereign Debt Restructuring Based on the UN Principles," with M. Guzman, Sovereign Debt & Human Rights, Ilias Bantekas and Cephas Lumina (eds.), Oxford: Oxford University Press, pp. 446-457. Accessible at: https://bit.ly/2WFt7el

"Addressing Inequality: Education for the Information Age," (1964) *JFK: The Last Speech*, Neil Bicknell, Roger Mills and Jan Worth-Nelson (eds.), Mascot Books, pp. 323-331, October 2018, accessible at https://bit.ly/2RIeaG6. "Alternatives to Debt-driven Growth: Continuing in China's 40 year of Reform," *Journal of China Development Forum 2018*. Paper presented at China Development Forum, accessible at https://bit.ly/2Gdp7JL.

"An Analysis of Puerto Rico's Debt Relief Needs to Restore Debt Sustainability," with Pablo Gluzmann and Martin Guzman, NBER Working Paper No. 25256, November, 2018, accessible at https://www.nber.org/papers/w25256.pdf and published in *Espacios Abiertos,* January, accessible at http://espaciosabiertos.org/wp-content/uploads/2018/01/Final-Report-DSA-2018.01.pdf.

"Alternatives to Debt-driven Growth: Continuing in China's 40 year of Reform," Journal of China Development Forum 2018. Paper presented at China Development Forum.

"Beyond GDP: Measuring What Counts for Economic and Social Performance," with Jean-Paul Fitoussi and Martine Durand, OECD Publishing, Paris, November 2018, accessible at https://www.oecd.org/social/beyond-gdp-9789264307292-en.htm. Polish language version may be found here.

"Commentary on Partha Dasgupta's Birth and Death," *Time and the Generations*, Partha Dasgupta, New York: Columbia University Press, accessible at https://bit.ly/2RJaOm9.

"The Dynamics of Social Inequalities in the Present World," *Towards a Participatory Society: New Roads to Social and Cultural Integration*, Pierpaolo Donati (ed.), Proceedings of the Vatican 2017 Plenary Session *Towards a Participatory Society: New Roads to Social and Cultural Integration*, 28 April - 2 May 2017, Vatican City: Libreria Editrice Vaticana, pp. 115-131, accessible at https://bit.ly/2NP1ESc.

"Economic Justice in America: Fifty Years After the Kerner Report," *Healing Our Divided Society: Investing in America Fifty Years After the Kerner Report,* Fred Harris and Alan Curtis (eds.), Philadelphia: Temple University Press, pp.127-138, accessible at https://bit.ly/2ITIZTR and Roosevelt Institute Working Paper, August 2017, accessible at http://rooseveltinstitute.org/economic-justice-america/.

"For Good Measure: Advancing Research on Well-being Metrics Beyond GDP," with Jean-Paul Fitoussi and Martine Durand, OECD Publishing, Paris, November 2018, accessible at https://www.oecd.org/publications/for-good-measure-9789264307278-en.htm.

"Foreword," *Rewriting the Rules of the Korean Economy*, Won-Soon Park et al. (authors), The Seoul Institute.

"From Manufacturing-Led Export Growth To A Twenty-First-Century Inclusive Growth Strategy: Explaining The Demise Of A Successful Growth Model And What To Do About It," WIDER Working Paper 2018/176  Helsinki: UNU-WIDER, accessible at https://www.wider.unu.edu/publication/manufacturing-led-export-growth-twenty-first-century-inclusive-growth-strategy

"Industrial Policies and Development Cooperation for a Learning Society," Asia-Pacific Review, Vol. 25, No. 2, Nov. 2018, pp. 4-15, accessible at https://www.tandfonline.com/doi/full/10.1080/13439006.2018.1548816?scroll=top&needAccess=true

"Interconnectedness as a Source of Uncertainty in Systemic Risk", with Tarik Roukny and Stefano Battiston, *Journal of Financial Stability,* Vol. 35, pp. 93-106, accessible at https://www.sciencedirect.com/science/article/pii/S1572308916302200?_rdoc=1&_fmt=high&_origin=gateway&_docanchor=&md5=b8429449ccfc9c30159a5f9aeaa92ffb.

"J-nomics and a New Policy Agenda in Korea," Korea *Institute for Industrial Economics and Trade (*KIET*) Monthly Industrial Economics*, May, Vol. 236, pp. 7-36, accessible at https://bit.ly/2CEUUoJ.

"Lessons from the Financial Crisis and their Implications for Global Economic Policy," *The 10 Years After: The End of the Familiar…Reflections on the Great Economic Crisis*, Reinventing Bretton Woods Committee (RBWC), accessible at http://bit.ly/2BEVjmf.

"Markets, States and Institutions," *Markets, Governance and Institutions in the Process of Economic Development*:  *A Festschrift in Honour of Kaushik Basu*, Ajit Mishra and Tridip Ray (eds.), Oxford: Oxford University Press, accessible at https://bit.ly/2pMm6K9. (Roosevelt Institute Working Paper, June, accessible at http://rooseveltinstitute.org/markets-states-and-institutions/.)

"Pareto Efficient Taxation and Expenditures: Pre- and Re-distribution," *Journal of Public Economics Special Issue in Honor of Sir Tony Atkinson (1944-2017)*, Vol. 162, pp. 101-119, Erzo Luttmer and Henrik Kleven (eds.), accessible at https://www.sciencedirect.com/journal/journal-of-public-economics/vol/162. (NBER Working Paper No. 23892, September 2017, Revised October 2017, accessible at http://www.nber.org/papers/w23892.)

"Preface," *Toward a Just Society: Joseph Stiglitz and Twenty-First Century Economics*, Martin Guzman (ed.), New York: Columbia University Press, accessible at https://cup.columbia.edu/book/toward-a-just-society/9780231186728.

"Preface," with Jose Antonio Ocampo, *The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, accessible at https://bit.ly/2E2frj2.

 "Real Exchange Rate Policies for Economic Development," with M. Guzman and J.A. Ocampo, *World Development*, Vol. 110, pp. 51-62, accessible at https://authors.elsevier.com/sd/article/S0305750X18301657. (NBER working paper No. 23868, September 2017, accessible at http://www.nber.org/papers/w23868.)

"Sustainable Development Goals and Measurement of Economic and Social Progress," with Ravi Kanbur and Ebrahim Patel, *For Good Measure: Advancing Research on Well-Being Metrics Beyond GDP*, OECD High Level Group on the Measurement of Economic Performance and Social Progress (HLEG), accessible at https://bit.ly/2EoA0Mj.

"Ten Years Later," *After the Crash: Financial Crises and Regulatory Responses,* Sharyn O'Halloran (ed), New York: Columbia University Press, and Roosevelt Institute Working Paper, September 2018, accessible at http://rooseveltinstitute.org/10-years-after-financial-crisis/.

"The Theory of Credit and Macroeconomic Stability," *Economic Theory and Policy Amidst Global Discontent: Essays in Honour of Deepak Nayyar*, Ananya Ghosh Dastidar, Rajeev Malhotra and Vivek Suneja (eds.), Routledge India, pp. 127-183, accessible at https://bit.ly/2JM9776. (NBER Working Paper No. 22837, November 2016, accessible at http://www.nber.org/papers/w22837.pdf.)

"Towards a Twenty-first Century Investment Agreement," Preface in *Yearbook on International Investment Law and Policy 2015-2016*, Lise Johnson and Lisa Sachs (eds.), pp. xiii-xxviii, Oxford University Press, accessible at http://ccsi.columbia.edu/files/2014/03/YB-2015-16-Front-matter.pdf.

"Trump and Globalization," *Journal of Policy Modeling*, Vol. 40, Issue 3, pp. 515-528, accessible at https://bit.ly/2QPs2NH. (Paper presented at "TrumpEconomics: a First Year Evaluation,"American Economic Association Meetings, Philadelphia, Pennsylvania, January 5, 2018.)

"The Welfare State in the Twenty First Century," *The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, accessible at https://bit.ly/2DXBW8S and Roosevelt Institute Working Paper, June, pp. 1-37, accessible at http://rooseveltinstitute.org/welfare-state-twenty-first-century/.

"Where Modern Macroeconomics Went Wrong," *Oxford Review of Economic Policy*, Vol. 34, Issue 1-2, pp. 70-106, accessible at https://academic.oup.com/oxrep/article/34/1-2/70/4781816. (NBER Working Paper No. 23795, September 2017, revised November 2017 accessible at http://www.nber.org/papers/w23795.)

"Working with a Great Public Intellectual: Remembering Tony Atkinson," *The Economic and Labour Relations Review,* Vol. 29(1) pp. 38–40, accessible at http://journals.sagepub.com/doi/10.1177/1035304618757111.

**2019**

"Addressing Climate Change Through Price and Non-Price Interventions," *European Economic Review,* Vol. 119, pp. 594-612, October 2019. Accessible at: https://www.sciencedirect.com/science/article/pii/S001429211930090X?dgcid=author

"Artificial Intelligence and Its Implications for Income Distribution and Unemployment," with Anton Korinek, in *The Economics of Artificial Intelligence: An Agenda*, Ajay Agrawal, Joshua Gans, and Avi Goldfarb (eds.), NBER/University of Chicago Press, May, pp. 349-390. (NBER Working Paper No. 24174, December 2017. Paper presented in NBER AI conference September 13-14, 2017.) Accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/w24174.pdf

"Commentary on Partha Dasgupta's Birth and Death," in *Time and the Generations*, Partha Dasgupta, New York: Columbia University Press, June 2019, pp. 199-206, accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/Stiglitz_comments%20on%20Birth%20and%20Death.pdf

"Foreword," in *Confronting Inequality: How Societies Can Choose Inclusive Growth*, Jonathan D. Ostry, Prakash Loungani and Andrew Berg, New York: Columbia University Press, January 2019.

"Inequality and finance in a rent economy," with Alberto Botta, Eugenio Caverzasi, Alberto Russo and Mauro Gallegati, Journal of Economic Behavior and Organization, available online April, 2019.

"Mis-measurement of inequality: a critical reflection and new insights," *Journal of Economic Interaction and Coordination*, Vol. 14, Issue 4, pp. 891-921, December, 2019. Accessible at: https://link.springer.com/article/10.1007%2Fs11403-019-00257-2

"Reflections on the Global Financial Crisis Ten Years On," *After the Crash: Financial Crises and Regulatory Responses*, Sharyn O'Halloran and Thomas Groll (eds.), New York: Columbia University Press, pp.167-182, October, 2019. http://cup.columbia.edu/book/ten-years-after-the-crash/9780231192842

"Structural Transformation, Deep Downturns, and Government Policy," *The Oxford Handbook of Structural Transformation*, Célestin Monga and Justin Yifu Lin (eds.), Oxford: Oxford University Press, March, pp. 35-44. Accessible at: https://www8.gsb.columbia.edu/faculty/jstiglitz/sites/jstiglitz/files/Structural%20 Transformation%2C%20Deep%20Downtur...pdf


**2020**

"Averting Catastrophic Debt Crises in Developing Countries: Extraordinary challenges call for extraordinary measures," with Hamid Rashid, Centre for Economic Policy Research, Policy Insight, July, 2020. Accessible at: https://cepr.org/sites/default/files/policy_insights/PolicyInsight104.pdf

"'Carbon pricing' special issue in the European economic review," editorial, with Cameron Hepburn and Nicholas Stern, *European Economic Review*, Vol. 27, August 2020, accessible at: https://bit.ly/38Syi3a.

"Foreword," *Conviction, Imprisonment, and Lost Earnings: How Involvement with the Criminal Justice System Deepens Inequality*, Brennan Center for Justice at New York University School of Law, September, 2020. Accessible at: https://www.brennancenter.org/sites/default/files/2020-09/EconomicImpactReport_pdf.pdf

"Postcript," *International Labour Organization and Global Social Governance*, Tarja Halonen and Ulla Liukkunen (eds.), Cham, Switzerland: Springer, October 17, 2020. Accessible at: https://link.springer.com/chapter/10.1007/978-3-030-55400-2_7

"Rational Heuristics? Expectations and Behaviors in Evolving Economies with Heterogeneous Interacting Agents," with Giovanni Dosi, Mauro Napoletano, Andrea Roventini and Tania Treibich, *Economic Inquiry*, Vol. 58, Issue 2, April 2020, accessible at: https://onlinelibrary.wiley.com/doi/full/10.1111/ecin.12897. And NBER Working Paper No. 26922.

"Recovering from the Pandemic: An Appraisal of Lessons Learned," Foundation for European Progressive Studies, FEPS Covid Response Papers #10, October 2020. Accessible at: https://www.feps-europe.eu/attachments/publications/feps%20covid%20paper%2010%20stiglitz.pdf

 "The Global Pandemic, Sustainable Economic Recovery, and International Taxation," with Edmund Fitzgerald, Eva Joly, Gabriel Zucman, Jayati Ghosh, et al., ICRICT, June 15, 2020. Accessible at: https://static1.squarespace.com/static/5a0c602bf43b5594845abb81/t/5ee79779c63e0b7d057437f8/1592235907012/ICRICT+Global+pandemic+and+international+taxation.pdf.

"The Revolution in Information Economics: The Past and the Future," in *The State of Economics, the State of the World*, Kaushik Basu, David Rosenblatt and Claudia Sepulveda, eds. Cambridge: MIT Press, pp. 101-150, January 2020. https://mitpress.mit.edu/books/state-economics-state-world

"Will COVID-19 fiscal recovery packages accelerate or retard progress on climate change?" with Cameron Hepburn, Brian O'Callaghan, Nicholas Stern, and Dimitri Zenghelis, *Oxford Review of Economic Policy*, Vol. 36, Issue Supplement 1, pp. S359–S381, May 2020. Accessible at: https://academic.oup.com/oxrep/article/36/Supplement_1/S359/5832003

### 2021

"Covid-19 Driven Advances in Automation and Artificial Intelligence Risk Exacerbating Economic Inequality," with Anton Korinek, *British Medical Journal*, March 2021. Accessible at:  https://www.bmj.com/content/372/bmj.n367

"Economic Fluctuations and Pseudo-Wealth," with Martin Guzman, *Industrial and Corporate Change*, Vol. 30, Issue 2, April 2021, pp. 297–315. First published August 10, 2021. Accessible at: https://academic.oup.com/icc/article/30/2/297/6347968?login=true

"Foreword," Powering a Learning Society During an Age of Disruption, Education in the Asia-Pacific Region: Issues, Concerns and Prospects series, Vol. 58, pp. ix-xi, Singapore: Springer, Asian Development Bank, June, 2021. Accessible at: https://www.adb.org/sites/default/files/publication/704196/powering-learning-society-during-age-disruption.pdf

"Fiscal Resiliency in a Deeply Uncertain World: The Role of Semiautonomous Discretion," with Peter R. Orszag and Robert E. Rubin, Peterson Institute for International Economics Policy Brief 21-2, January, 2021. Accessible at: https://www.piie.com/publications/policy-briefs/fiscal-resiliency-deeply-uncertain-world-role-semiautonomous-discretion and in *Industrial and Corporate Change*, Vol. 32(2), pp. 281–300, April, 2023.

"Fostering More Competitive Labor Markets," *Inequality and the Labor Market:  The Case for Greater Competition,* Sharon Block and Benjamin Harris (eds.), Washington D.C.:  Brookings Institute, 2021, pp. 1-16. Accessible at: https://www.brookings.edu/wp-content/uploads/2020/08/9780815738800_ch1.pdf

"From Manufacturing Led Export Growth to a Twenty-First Century Inclusive Growth Strategy:  Explaining the Demise of a Successful Growth Model and What to Do About It," *Inequality in the Developing World*, Carlos Gradi, Murray Leibbrandt, and Finn Tarp (eds.), UNU-Wider Studies in Development Economics, Oxford: Oxford University Press, 2021. First published online in April 2021. Accessible at: https://oxford.universitypressscholarship.com/view/10.1093/oso/9780198863960.001.0001/oso-9780198863960-chapter-12

"Globalization in the Aftermath of the Pandemic and Trump," *Journal of Policy Modeling*, Vol. 43 (4), pp. 794-804, July-August 2021. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0161893821000351?via%3Dihub

"Inequality and finance in a rent economy," with Alberto Botta, Eugenio Caverzasi, Alberto Russo and Mauro Gallegati, *Journal of Economic Behavior & Organization*, Volume 183, Pages 998-1029, March, 2021. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0167268119300447?dgcid=author

"Lessons from COVID-19 and Trump for Theory and Policy," *Journal of Policy Modeling*, Vol. 43 (4), pp.749-760, July–August 2021. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0161893821000314?via%3Dihub

"The Media: Information as a Public Good," presented to The Pontifical Academy of Social Sciences, May 10, 2021. Accessible at: https://business.columbia.edu/sites/default/files-efs/imce-uploads/Joseph_Stiglitz/The%20Media%20Information%20as%20a%20Public%20Good%20PASS.pdf

"Microfinance and Missing Markets," with M. Shahe Emran and A. K. M. Mahbub Morshed, *Canadian Journal of Economics*, Vol. 54 , Issue 1, pp. 34-67, April 26, 2021. First published March 2021. Accessible at: https://onlinelibrary.wiley.com/doi/10.1111/caje.12502

"The Pandemic and the Economic Crisis: A Global Agenda for Urgent Action*," Interim Report on the Global Response to the Pandemic by the Commission on Global Economic Transformation*, Institute for New Economic Thinking, March 11, 2021. Accessible at: https://www.ineteconomics.org/uploads/papers/INET-Commission-Interim-Report.pdf

"The Pandemic Economic Crisis, Precautionary Behavior, and Mobility Constraints: An Application of the Dynamic Disequilibrium Model with Randomness," with Martin Guzman, *Industrial and Corporate Change*, Vol. 30(2), pp. 467–497, April 2021. First published March 19, 2021. Accessible at: https://academic.oup.com/icc/article/30/2/467/6178543?guestAccessKey=e7efa094-0020-4172-9b47-7852b617e544

"The Proper Role of the Government in the Market Economy: The Case of the Post-COVID Recovery," *Journal of Government and Economics*, Vol. 1, Spring 2021. Accessible at: https://www.sciencedirect.com/science/article/pii/S2667319321000045#bib0001

"Pseudo-wealth and Consumption Fluctuations," with Martin Guzman, *The Economic Journal*, ueaa102, Vol. 131, (633), January 2021, pp. 372–391. Published online August 2020. Accessible at: https://academic.oup.com/ej/advance article/doi/10.1093/ej/ueaa102/5896947?searchresult=1

"Technological Progress and Artifical Intelligence," with Anton Korinek and Martin Schindler, in *How to Achieve Inclusive Growth*, Valerie Cerra, Barry Eichengreen, Asmaa El-Ganainy and Martin Schindler (eds.), Oxford: Oxford University Press, 2021. Open access and accessble at: https://global.oup.com/academic/product/how-to-achieve-inclusive-growth-9780192846938?cc=gb&lang=en&

"Understanding Consequences of IMF Surcharges: The Need for Reform," Initiative for Policy Dialogue and BU Global Economic Governance Initiative Brief, Number 017, October, 2021. Accessible at: https://www.bu.edu/gdp/files/2021/10/GEGI_PB_017_FIN.pdf

"Towards a dynamic disequilibrium theory with randomness," with Martin Guzman, *Oxford Review of Economic Policy*, Volume 36, Issue 3, pp. 621–674, January 19, 2021.

**2022**

"Alternative Theories of Inequality: Causes, Consequences, and Policies," in *The Great Polarization: How Ideas, Power, and Policies Drive Inequality,* Rudiger L. von Arnim and Joseph Stiglitz (eds.), New York: Columbia University Press, 2022, pp. 33-100.

"Bail-ins and Bail-outs: Incentives, Connectivity, and Systemic Stability," with Benjamin Bernard and Agostino Capponi, *Journal of Political Economy*, 2022, Vol. 130 (7), pp. 1805 – 1859. Accessible at: https://www.journals.uchicago.edu/doi/full/10.1086/719758. Previous versions: NBER Working Paper No. 23747, August 2017, revised November 2021. (Presented to the World Congress of the International Economic Association.

"Collective Moral Hazard and the Interbank Market," with Levent Altinoglu, VoxEU/CEPR, April 18, 2022. Accessible at: https://cepr.org/voxeu/columns/collective-moral-hazard-and-interbank-market

"Dynamic Disequilibrium with Randomness," with Martin Guzman, VoxEU column, October 3, 2022. Accessible at: https://cepr.org/voxeu/columns/dynamic-disequilibrium-randomness

"The Economics of Immense Risk, Urgent Action and Radical Change: Towards New Approaches to the Economics of Climate Change," with Nicholas Stern, in collaboration with Charlotte Taylor, *Journal of Economic Methodology*, Vol. 29, Issue 3, 2022, pp. 181-216 Accessible at: https://www.tandfonline.com/doi/full/10.1080/1350178X.2022.2040740

"Fiscal Resiliency in a Deeply Uncertain World: The Role of Semiautonomous Discretion," with Peter R. Orszag and Robert E. Rubin, *Industrial and Corporate Change*, Vol. 31 (2), April, 2022, pp. 281–300. Accessible at: https://doi.org/10.1093/icc/dtac007. Originally issued as Peterson Institute for International Economics Policy Brief 21-2, January, 2021. Accessible at: https://www.piie.com/publications/policy-briefs/fiscal-resiliency-deeply-uncertain-world-role-semiautonomous-discretion

"Foreword," *Going Big: FDR's Legacy, Biden's New Deal, and the Struggle to Save Democracy*, Robert Kuttner. New York: The New Press, 2022, pp. ix-xviii.

"IMF Surcharges: A Lose-Lose Policy for Global Recovery," with Kevin P. Gallagher, VoxEU, February 7, 2022. Accessible at: https://cepr.org/voxeu/columns/imf-surcharges-lose-lose-policy-global-recovery

"Introduction," with Rudiger L. von Arnim, *The Great Polarization: How Ideas, Power, and Policies Drive Inequality*, Rudiger L. von Arnim and Joseph Stiglitz (eds.), New York: Columbia University Press, 2022, pp. 1-30.

"Land Speculation, Booms, and Busts with Endogenous Phase Transitions: A Model of Economic Fluctuations with Rational Exuberance," with Tomohiro Hirano, VoxEU, June 28, 2022. Accessible at: https://voxeu.org/article/land-speculation-booms-and-busts-endogenous-phase-transitions

"Optimal Bailouts and the Doom Loop with a Financial Network," with Agostino Copponi and Felix Corell, *Journal of Monetary Economics,* Vol. 128, May 2022, pp. 35-50. Accessible at: https://www.sciencedirect.com/science/article/pii/S0304393222000356

"Overcoming wealth inequality by capital taxes that finance public investment," with Linus Mattauch, David Klenert and Ottmar Edenhofer, *Structural Change and Economic Dynamics*, Vol. 62, June 6, 2022. Accessible at: https://www.sciencedirect.com/science/article/abs/pii/S0954349X22000753

"A Social Cost of Carbon Consistent with a Net-Zero Climate Goal," with Nicholas Stern, Kristina Karlsson and Charlotte Taylor, Roosevelt Institute Issue Brief, January 26, 2022. Accessible at: https://rooseveltinstitute.org/wp-content/uploads/2022/01/RI_Social-Cost-of-Carbon_202201-1.pdf

"Technical Progress and Artificial Intelligence," with Anton Korinek and Martin Schindler, *How to Achieve Inclusive Growth*, Valerie Cerra, Barry Eichengreen et al. (eds.), Oxford: Oxford University Press, 2022, pp. 163-211. Accessible at: http://fdslive.oup.com/www.oup.com/academic/pdf/openaccess/9780192846938.pdf

"Understanding the Consequences of IMF Surcharges: The Need for Reform," with Kevin Gallagher, *Review of Keynesian Economics*, Vol. 1 (3), Autumn, 2022, pp. 348-354. Accessible at: https://www.elgaronline.com/view/journals/roke/10/3/article-p348.xml

"The World Economy: Where to After the Pandemic? Rethinking Global Cooperation," *Journal of Policy Modeling*, Vol. 44(4), pp. 812-819. Accessible at: https://www.sciencedirect.com/science/article/pii/S0161893822000655

## 2023

"Another World is Possible," Chapter 8 in *Conversations in Peace, v. 2, 2012-2022, Sydney Peace Prize Lectures: Celebrating 25 years,* Lynda-Ann Blanchard and Jane Fulton eds., Sydney:  University of Sydney, 2023, pp. 81-92.

"Bilateral Information Disclosure in Adverse Selection Markets with Nonexclusive Competition," with Andrew Kosenko and Jungyoll Yun, *Journal of Economic Behavior and Organization,* Vol. 205(C), pp. 144-168, January, 2023. Accessible at: https://www.sciencedirect.com/science/article/pii/S0167268122003663

"The Causes of and Responses to Today's Inflation," with Ira Regmi, *Industrial and Corporate Change*, Vol. 32(2), pp. 336–385, April, 2023. Accessible at: https://academic.oup.com/icc/advance-article-abstract/doi/10.1093/icc/dtad009/7071722?redirectedFrom=fulltext. Also published by the Roosevelt Institute, December 2022. Accessible at: https://rooseveltinstitute.org/publications/the-causes-of-and-responses-to-todays-inflation/

"Climate Change and Growth," with Nicholas Stern, *Industrial and Corporate Change*, Vol. 32(2), pp. 277–303, April, 2023. Accessible at: https://academic.oup.com/icc/advance-article/doi/10.1093/icc/dtad008/7043810

"Collective Moral Hazard and the Interbank Market," with Levent Altinoglu, *American Economic Journal: Macroeconomics*, Vol. 15 (2), pp. 35-65, April, 2023. Accessible at: https://www.aeaweb.org/articles?id=10.1257/mac.20210333 (Previous version:  NBER Working Paper No. 29807, February 2022); and VoxEU, April 18, 2022. Accessible at: https://cepr.org/voxeu/columns/collective-moral-hazard-and-interbank-market

"Whither Multilateralism?" *Journal of Policy Modeling*, Vol. 45 (4), pp. 702-712, July-August, 2023. Accessible at: https://www.sciencedirect.com/science/article/pii/S0161893823000819

## 2024

"The Godley-Tobin Memorial Lecture: Neoliberalism, Keynesian economics and responding to today's inflation," *Review of Keynesian Economics*, Vol. 12 (1), Spring, 2024, pp. 1-26. Accessible at: https://www.elgaronline.com/view/journals/roke/12/1/article-p1.xml

"A New Growth Strategy for Developing Nations," with Dani Rodrik, January, 2024. Accessible at: https://drodrik.scholar.harvard.edu/publications/new-growth-strategy-developing-nations "Post-Neoliberal Globalization: International Trade Rules for Global Prosperity," with Martin Guzman, *Oxford Review of Economic Policy*, Volume 40 (2), Summer 2024, pp. 282–306. Accessible at: https://academic.oup.com/oxrep/article/40/2/282/7691457?login=false

"Post-Neoliberal Globalization: International Trade Rules for Global Prosperity," *Oxford Review of Economic Policy*, Volume 40 (2), Summer 2024, pp. 282–306, June 12, 2024. Accessible at: https://academic.oup.com/oxrep/article-abstract/40/2/282/7691457?redirectedFrom=fulltext&login=false

"The Practice of Sovereign Debt Sustainability Analysis," with Martin Guzmán, Friedrich-Ebert-Stiftung Expert Paper Series, August, 2024. Accessible at: https://library.fes.de/pdf-files/international/21393.pdf

"A Proposal for Russian Asset Seizure," with Andrew Kosenko, Brookings Policy Brief, July 2024. Accessible at: https://www.brookings.edu/wp-content/uploads/2024/07/20240701_StiglitzKosenko_Sanctions.pdf

"Reforming the IMF Surcharge Rate Policy to Avoid Procyclical Lending," with Martin Guzman, Kevin Gallagher and Marilou Uy, T20 Policy Brief, September 11, 2024. Accessible at: https://www.t20brasil.org/media/documentos/arquivos/TF03_ST_01_Reforming_the_IMF_S66e197d09516e.pdf

"Rethinking Global Governance: Cooperation in a World of Power," with Dani Rodrik, March, 2024. Accessible at: https://tinyurl.com/22uzrdex

"Robust Theory and Fragile Practice: Information in a World of Disinformation; Part I: Indirect Communication," with Andrew Kosenko, The Elgar Companion to Information Economics, Daphne R. Raban and Julia Włodarczyk (eds.), Northampton: Edward Elgar Publishing, 2024, pp. 20-52.

"Robust Theory and Fragile Practice: Information in a World of Disinformation; Part II: Direct Communication," with Andrew Kosenko, The Elgar Companion to Information Economics, Daphne R. Raban and Julia Włodarczyk (eds.), Northampton: Edward Elgar Publishing, 2024, pp. 53-80.

"Supporting Carbon Pricing When Interest Rates are Higher," with Franziska Funke, Linus Mattauch, Thomas Douenne and Adrian Fabre, Nature Climate Change, June 17, 2024. Accessible at: https://www.nature.com/articles/s41558-024-02040-z

**Books**

*An Agenda for the Development Round of Trade Negotiations in the Aftermath of Cancun,* with Andrew Charlton, prepared for the Commonwealth Secretariat, 2004.

*Creating a Learning Society: A New Approach to Growth, Development, and Social* Progress, with Bruce C. Greenwald, New York: Columbia University Press, 2014. Reader's Edition published 2015. Also published Chinese (simplified)/China (mainland PR) by CITIC Publishing Group (Expected December 2016), Czech/World by Nakladatestvi Academia (Expected September 2017), French/World by Editions Les Liens Qui Liberent (Expected Spring 2017), German/World by UllsteBuchverlage GmbH. (Published 10/9/15), Hungarian/World by Napvilag Kidao Kft. (Expected January 2017), Italian/World by Giulio Einaudi Editore (Published 2018), Japanese/World by Toyo Keizai Inc. (Published 2017), Korean/World by The Korea Economic Daily & Business Publications (Published 2016), Portuguese/World ex. Brazil by Bertrand Editora Ltda (Expected 2017), Spanish/LatAmerica and US by Ediciones Culturales Paidos (Published 10/15/15) and Spanish/World ex. LatAmerica and US by La Esfera De Los Libros, S.L. (Published 1/26/16), Vietnamese by National Publishing House of Vietnam (Published 2017)

*An Economic Analysis of the Conservation of Depletable Natural Resources*, with P. Dasgupta, G. Heal, R. Gilbert, and D. Newbery, prepared for the Federal Energy Administration, May 1977.

*The Economic Role of the State*, Oxford, Basil Blackwell, 1989. (Translated in Italian by Marco Da Rin, Società editrice il Mulino, Bologna, 1992)

*The Euro: How a Common Currency Threatens the Future of Europe,* New York: W.W. Norton, August 2016. Published in paperback in 2017. Also published in the UK by Allen Lane/Penguin, in Bulgarian by Iztok-Zapad, in Catalan by Edicions 62, in Chinese complex characters by Business Weekly, in Chinese simplified characters by China Machine Press, in Croatian by Profil, in Czech by Euromedia Group, in Dutch by Athenaeum, in French by Les Liens qui Liberent, in German by Siedler, in Greek by Editions K. Papadapoulos, in Italian by Guilio Einaudi Editore, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., in Polish by Wydawnictwo Krytyki Politycznej, in Portuguese by Bertrand Editoria, in Romanian by Editura Publica, in Serbian by Akademska Knjiga, in Spanish by Taurus, and in Swedish by Atlantis. Audiobook by Audible.

*Effects of Risk on Prices and Quantities of Energy Supplies*, with R. Gilbert, prepared for Electric Power Research Institute, EPRI EA-700, Project 869-1, Final Report, 1-4, May 1978.

97

*Fair Trade for All*, with Andrew Charlton, New York: Oxford University Press, 2005. Also published in Simplified Chinese by China Renmin University Press, in Croatian by Masmedia, in Czech by Victoria, in French by Fayard, in German by Murmann, in Hungarian by Lexecon, in Italian by Garzanti, in Japanese by Nihon Keizai, in Korean by Nexus, in Polish by PWN, in Portuguese by Elsevier (Brazil) and ASA (Portugal), in Russian by Ves Mir, and in Spanish by Taurus.

*For Good Measure: An Agenda for Moving Beyond GDP*, with J. Fitoussi and M. Durand, New York: The New Press, 2019. Originally pubished as *For Good Measure: Advancing Research on Well-being Metrics Beyond GD*P, Paris: OECD Publishing House, 2018.

*Freefall: America, Free Markets, and the Sinking of the World Economy*, New York: W.W. Norton, 2010. Also published in the UK by Penguin/Allen Lane. Translated in Arabic by Arab Scientific Publishers Inc.,, Bahasa Melayu by Institut Terjemahan Negara, Bulgarian by Info Dar, complex Chinese by Commonwealth, simplified Chinese by China Machine Press, Dutch by Het Spectrum, Estonian by Tänapäev, French by Les Liens qui Liberent, German by Siedler, Greek by Papadopoulos, Italian by Einaudi, Japanese by Tokuma Shoten, Korean by Book 21, Polish by Polish Economic Society, Portuguese (Brazil) by Companhia das Letras, Portuguese (Portugal) by Ana Paula Faria, Romanian by Editura Publica Com Srl, Russian by Eksmo Press, Serbian by Akademska Knjiga, Spanish by Taurus and Debolsillo (by Penguin Random House Grupo Editorial), Swedish by Leopard, Thai by ASTV Manager Co., Turkish by Hiperlink Egtim Iletisim Yay, and Vietnamese by DT Books. Audio version published by Tantor Media.

*Globalization and Its Discontents*, New York: W.W. Norton, 2002. Also published by Penguin Books (UK); Profil (Croatian); Alfa Basim Yayim Dagitm Tic (Turkish); Einaudi (Italian); Radarami (Georgian); ASTVmanager (Thai); Siedler (German); Turiba (Latvian); Youth Publisher (Vietnamese); Monsudar (Mongolian); Ecumenical Institute (Sinhala); Zenith (Albanian); Prophetes Globalizacija (Slovenian); China Machine Press (Chinese Simplified); PWN (Polish); PT Ina Publikatama (Indonesian); Livani (Greek); Taurus (Spanish); Tokuma Shoten (Japanese); Azerbaijan Center for Economic Reforms (Azeri); D C Books (Malayalam); Dar al-Farabi (Arabic); Editura Economica SRL (Romanian); Empuries (Catalan); Fayard (French); Hakibbutz Hameuchad (Hebrew); Het Spectrum (Dutch); Info Dar (Bulgarian); Kyiv Mohyla (Ukrainian); Leopard (Swedish); Locus (Chinese Complex); Napvilag Kiado (Hungarian); National Public Scientific Foundation (Russian); PT-Kustannus (Finnish); Prostor (Czech); Sejong Books (Korean); Spektrum (Norwegian); Miba Books (Serbian). Audio version published by Audible.

*Globalization and Its Discontents Revisited: Anti-Globalization in the Era of Trump,* New York: W.W. Norton, 2017. Also published in the UK by Allen Lane/Penguin. Published in Chinese simplified characters by China Machine Press/Beijing Huazhang Graphics and Information, in Korean by Sejong Books,

98

Inc., in Serbian by Miba Books, in Turkish by Alfa Basim Yayim and in German by Siedler Verlag.

*Globalizzazione*, Rome: Donzelli, 2011.

*The Great Divide: Unequal Societies and What We Can Do About Them*, New York: W.W. Norton, 2015. Published in paperback in 2016, also by Norton. Also published in the U.K. by Penguin Books and in audio format by Audible. Translated and published in Chinese complex characters by Commonwealth Magazine Group, in Chinese simplified characters by China Machine Press, in French by Les Liens qui Liberent, in German by Siedler, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., in Portuguese by Alta Books (Brazil) and Bertrand Editoria (Portugal), in Romanian by Editura Publica, in Russian by Exem License Limited, in Serbian by Akademska Knjiga, and in Spanish by Taurus.

*Have Recent Crises Affected the State-Market Debate?* Dhaka: University Press Ltd (for the Bangladesh Economic Association), 1999.

*In un mondo imperfetto. Mercato e democrazia nell'era della globalization,* Donzelli: Rome, 2001.

*Informazione, Economia pubblica e Macroeconomia*, edited by A. Boitani and A. Petretto, Bologna: Il Mulino, 2002.

*Joseph Stiglitz for Project Syndicate: The Complete Archive, 2001-2011*, Project Syndicate, 2011 (Kindle eBook).

*Making* Globalization *Work,* New York: WW Norton, 2006. Also published in the UK by Penguin/Allen Lane, in audio format by Audible, in Arabic by Arabic Book Program Cairo, in Catalan by Empuries, in complex Chinese by Commonwealth, in simplified Chinese by China People's Publishing House, in Croatian by Algoritam, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Herbrew by Arieh Nir, in Indonesian by Mizan Pustaka, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Book 21, in Malayalam by Kerala State Institute of Languages, in Norwegian by Pax Forlag, in Polish by PWN, in Portuguese by Companhia das Letras (Brazil) and ASA Editores (Portugal), in Romanian in Editura Polirom, in Serbian by Informatika, in Spanish by Debolsillo and Taurus, in Swedish by Daidalos, in Thai by Suan Nguen Mee Ma Press, in Turkish by Plan B, and in Vietnamese by Youth Publishers.

*Measuring What Counts: The Global Movement for Well-Being,* edited by J. Fitoussi, M. Durand and J. Stiglitz. New York: The New Press, 2019. Originally published as *Beyond GDP: Measuring What Counts for Economic and Social Performance*, Paris: OECD Publishing House, 2018.

*Mismeasuring Our Lives: Why GDP Doesn't Add Up*, with J. Fitoussi and A. Sen, New York: The New Press, 2010. Published in French by Odile Jacob, simplified Chinese by Xinhua, in Italian by Etas, in Korean by Dongnyok, also published in Persian by The House of Rational Culture & Art and in Spanish by RBA.

*Panemie und Markt:  Ein Gesprach uber eine gerechte Weltwirtschaft*, edited by Thomas Hartmann, Jochen Dahm and Christian Krell, Bonn: Dietz Verlag, 2021. Accessible at: https://dietz-verlag.de/downloads/leseproben/0607.pdf

*Peasants versus City-Dwellers: Taxation and the Burden of Economic Development*, with R. Sah, Oxford and New York: Oxford University Press, 1992. Published in paperback in 2002, also by Oxford University Press.

*People, Power, and Profits: Progressive Capitalism for an Age of Discontent*, New York: W.W. Norton, 2019. Published in paperback in 2020. Also published in the UK by Allen Lane/Penguin. Published in French by Les Liens Qui Liberent, in Dutch by Athenaeum - Polak & Van Gennep, in Spanish by Taurus, in Italian by Einaudi, in Portugese by Bertrand (Portugal) and Editora Record LTDA. (Brazil), in Croatian by Profil Knjiga, in Bulgarian by Ciela, in Russian by Alpina Publisher, in Chinese simplified by China Machine Press, in Japanese by Toyo Keizai, in Korean by Open Books, and in Taiwanese Mandarin by Commonwealth. Published in German by Random House GMBH, in Polish by Wydawnictwo Naukowe PWN, in Arabic by Roueya, in Vietnamese by Knowledge Publishing House, in Catalan by Eicions 62 S.A., and in Serbian by Akademska Knija. Audio published by Tantor Media.

*The Price of Inequality: How Today's Divided Society Endangers Our Future*, New York: W.W. Norton, 2012. Published in paperback in 2013. Also published in the U.K. by Penguin/Allen Lane and in audio format by Tantor Media. Translated in Arabic by National Center for Translation, Egypt, in Bulgarian by Iztok-Zapad, in simplified Chinese by China Machine Press, in complex Chinese by Commonwealth, in French by Les Liens Qui Libèrent, in German by Siedler, in Greek by Papadopoulos, in Hebrew by Calcalist, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Open Books, in Polish by Krytyka Polityczna, in Portuguese by Bertrand Editora, in Romanian by Editura Publica, in Russian by Exem License Limited, in Spanish by Taurus and Penguin Random House Grupo Editorial, in Tamil by Aazhi Publishers, in Thai by  Openworlds Publishing House, in Turkish by Iletisim Yayincilik, in Ukranian by Ecem Media, and in Vietnamese by Knowledge Publishing House.

*The Rebel Within: Joseph Stiglitz and the World Bank*, edited by Ha-Joon Chang, Anthem World Economics, London: Wimbledon Publishing Company, UK, 2001. (A collection of papers and lectures written or delivered during tenure as Chief Economist of the World Bank)

*Rewriting the Rules of the American Economy: An Agenda for Growth and Shared Prosperity*, with Nell Abernathy, Adam Hersh, Susan Holmberg and Mike Konczal, A Roosevelt Institute Book, New York: W.W. Norton, 2015. Also published in audio format by Random House Audio. Translated and published in Chinese complex characters by Commerical Press, in Chinese simplified characters by China Machine Press, in Italian by Il Saggiatore, in Japanese by Tokuma Shoten, in Korean by The Open Books Co., and in Portuguese by Bertrand. Available at http://www.rewritetherules.org.

100

*Rewriting the Rules of the European Economy: An Agenda for Growth and Shared Prosperity*, with Carter Daugherty and the Foundation for European Progressive Studies, New York: W.W. Norton, 2020. Published by the Foundation for European Progressive Studies in Belgium in 2019.

*The Road to Freedom: Economics and the Good Society,* New York: W.W. Norton, 2024. Also published in the UK by Penguin/Allen Lane and in audio format by Tantor Media. Published in Dutch by Querido, in Italian by Einaudi, in Spanish by Taurus, and in French by Les Liens Qui Liberent.

*The Roaring Nineties: A New History of the World's Most Prosperous Decade,* New York: W.W. Norton, 2003. Also published in the U.K. by Penguin/ Allen Lane. Translated in Arabic by Dar al-Farabi, in complex Chinese by Commonwealth, in simplified Chinese by China Financial, in French by Fayard, in German by Siedler, in Greek by Livani, in Hungarian by Napvilag Kiado, in Indonesian by Marjin Kiri, in Italian by Einaudi, in Japanese by Tokuma Shoten, in Korean by Sejong, in Polish by PWN, in Portuguese by Editora Schwarcz S/A (Brazil) and Terramar (Portugal), in Romanian by Editura Economica, in Russian by National Public Scientific Foundation, in Spanish by Taurus, and in Turkish by CSA Global.

*Selected Works on Economics of Joseph E. Stiglitz* (Chinese), Beijing: China Financial Publishing House, 2006.

*The Selected Works of Joseph E. Stiglitz, Volume I: Information and Economic Analysis*, Oxford: Oxford University Press, 2009.

*The Selected Works of Joseph E. Stiglitz, Volume II: Information and Economic Analysis: Applications to Capital, Labor, and Product Markets*, Oxford: Oxford University Press, 2013.

*The Selected Works of Joseph E. Stiglitz, Volume III: Rethinking Microeconomics*, Oxford: Oxford University Press, 2019.

*Stability with Growth: Macroeconomics, Liberalization, and Development*, with José Antonio Ocampo, Shari Spiegel, Ricardo Ffrench-Davis, and Deepak Nayyar, The Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2006.

*The Stiglitz Report: Reforming the International Monetary and Financial Systems in the Wake of the Global Crisis,* with Members of the Commission of Experts on Reforms of the International Monetary and Financial System appointed by the President of the United Nations General Assembly, New York: New Press, 2010. Published in complex Chinese by Commonwealth Magazine Company, in simplified Chinese by Xinhua, in French by Odile Jacob, in India by Orient Black Swan (2011), in Korean by Dongnyok, in Russian by International Relations Publishing, and in Spanish by RBA.

*Sustainable Development and Neo-Liberalism*, Dhaka: Bangladesh Economic Association, 2004.*The Theory of Commodity Price Stabilization,* with D. Newbery, Oxford: Oxford University Press, 1981.

*The Three Trillion Dollar War: The True Cost of the War in Iraq*, with L. Bilmes, New York: W.W. Norton and London: Penguin, 2008. Also published in the UK by Penguin, in Arabic by Dar al Kitab al Arabi, in Chinese simplified characters by China Renmin, in Dutch by Het Spectrum, in French by Fayard, in German by Siedler, in Indonesia by Mizan Pustaka, in Italian by Einaudi,, in Japanese by Tokuma Shoten, in Korean by Strategy and Culture Publishing, in Polish by PWN, in Romanian by Editura Tehnica, in Spanish by Taurus, and in Turkish by ODTU Gelistirme Vakfi.

*Towards a New Paradigm in Monetary Economics,* with Bruce Greenwald, Cambridge: Cambridge University Press, 2003. Also published in complex Chinese by Sci-tech Publishing, in simplified Chinese by CITIC Publishing, in French by Editions Librairie Economica, in Japanese by University of Tokyo Press, and in Portuguese (Brazil) by Editora Francis Ltda.

*Towards a General Theory of Deep Downturns*, IEA Conference Volume, 155-VI, Houndmills, UK and New York: Palgrave Macmillan, 2016. NBER Working Paper 21444, August 2015. Originally presented as Presidential Address to the 17th World Congress of the International Economic Congress, Dead Sea, Jordan, June, 2014.

*Whither Socialism?* Cambridge, MA: MIT Press, 1994. (Expanded from a paper presented at the Wicksell Lectures, May 1990.) To be translated into Chinese simplified characters by China Renmin University Press.

**Textbooks**

*Economics,* 1st Edition, New York: W.W. Norton, 1993. Translated in Catalan by Editorial Ariel. In Chinese simplified by China People's University Press, in French by Edition de Boeck (France) and USIA (Haiti and Africa), in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, in Latvian by The University of Latvia, in Spanish by Editorial Ariel (Spain) and Planeta International (Latin America).

*Economics,* 2nd edition, New York: W.W. Norton, 1997. Translated in Chinese simplified by China People's University Press and China Renmin, in French by Edition de Boeck (France) and by USIA/Nouveaux Horizons (Haiti and Africa), in German by Oldenbourg Verlag, in Italian by Bollati Boringhieri Editore, in Japanese by Toyo Kiezai Shinposha Ltd, and in Korean by Hanul.

*Economics,* with Carl Walsh, 3rd edition, New York: W.W. Norton, 2002. Translated in Chinese (simplified) by China People's University Press and China Renmin, French by Edition de Boeck, in Japanese by Toyokezai Shinposha, in Portuguese by Editora Campus, and in Romanian by Economica.

*Economics*, with Carl Walsh, 4th Edition, New York: W.W. Norton, 2006. Also published in Chinese simplified by China Renmin, in English by Viva Books (India) and Wiley Australia (Australia & New Zealand), in French by de Boeck, and in German by Oldenbourg, in Greek by Papazissis, and in Japanese by Toyokeizai Shinposha.

102

*Economics and the Canadian Economy,* with R. Boadway, Canadian Edition. New York: W.W. Norton, 1994.

*Economics and the Canadian Economy,* 2nd edition, with R. Boadway, Canadian Edition. New York: W.W. Norton, 1997.

*Economics of the Public Sector*, New York: W.W. Norton, 1986. Translated in Czech by Liberal Institute USIA/ Victoria Publishing, in French by Editions de Boeck, in German by Oldenbourg Verlag, in Italian by Ulrico Hoepli Editore, in Japanese by McGraw Hill Book Co. and Toyokeizai Shinposha, in Norwegian by Norsk-Lyd, in Portuguese by Editora Atlas, in Russian by Moscow University Press, in Spanish by Antoni Bosch, and in Turkish by Marmara University USIA.

*Economics of the Public Sector*, second edition, New York: W.W. Norton, 1988. Translated in Czech by Liberal Institute/USIA/ Victoria Publishing, in Chinese (simplified) by China People's University Press, in Estonian by the Estonian Institute of Public Administration, in Greek by Kritiki, in Hungarian by Kozgazdasagi Ed Jugi Konyvkiado, in Japanese by Toyo Keizai Shinposha, in Spanish by Antoni Bosch, and in Ukranian by Osnovy Publishers.

*Economics of the Public Sector*, third edition, New York: W.W. Norton, 2000. Translated in Chinese (simplified) by China People's University Press and China Renmin, in French by Edition de Boeck, in Italian by Ulrico Hoepli Editore, in Japanese by Toyokiezai Shinposha Ltd, in Macedonian by Macedonian Ministry of Finance and Tabernakul Publishing, in Polish by Wydawnictwo Naukowe PWN, in Portuguese by Editora Atlas (Brazil), in Serbian by the University of Belgrage Economic Department and Center for Publishing Activiti, in Spanish by Antoni Bosch..

*Economics of the Public Sector*, fourth edition, with Jay K. Rosengard, New York: W.W. Norton, 2015. Translated in Chinese simplified by China Renmin, in French by De Boeck, in Italian by Hoepli, and in Spanish by Antoni Bosch.

*Lectures on Public Economics*, with A.B. Atkinson, McGraw-Hill Book Company, New York and London, 1980. Reprinted in 2015, with a new introduction, Princeton: Princeton University Press. (Spanish translation 1988, Instituto de Estudios Fiscales; Chinese translation 1991, Shanghai San-Lian Publishing.)

*Principles of Macroeconomics,* New York: W.W. Norton, 1993.

*Principles of Macroeconomics,* 2nd Edition*,* New York: W.W. Norton, 1997.

*Principles of Macroeconomics,* with Carl Walsh, 3rd Edition, New York: W.W. Norton, 2002. Translated in Portuguese by Editora Campus and in Spanish by Editorial Ariel.

*Principles of Macroeconomics,* with Carl Walsh, 4th Edition*,* New York: W.W. Norton, 2006.

*Principles of Macroeconomics and the Canadian Economy,* New York: W.W. Norton, 1993.

*Principles of Microeconomics,* New York: W.W. Norton, 1993. Translated into Spanish by Editorial Ariel.

*Principles of Microeconomics,* 2nd Edition*,* New York: W.W. Norton, 1997.

*Principles of Microeconomics,* with Carl Walsh, 3rd Edition, New York: W.W. Norton, 2002. Translated in Italian by Ulrico Hoepli Editore, in Portuguese by Editora Campus, and in Spanish by Editorial Ariel.

*Principles of Microeconomics,* with Carl Walsh, 4th Edition*,* New York: W.W. Norton, 2006. Translated in French by de boeck.  Translated in Japanese by Toyokeizai Shinposha.


**Edited books**

*The Collected Scientific Papers of P.A. Samuelson*, volumes 1 and 2, M.I.T. Press, 1965; Japanese language edition, 1991.

*Readings in Modern Theory of Economic Growth*, with H. Uzawa, M.I.T. Press, 1969

*Capital Market Liberalization and Development*, with Jose Antonio Ocampo (eds.), New York: Oxford University Press, 2008.

*Contemporary Issues in Macroeconomics: Lessons from The Crisis and Beyond*, with Martin Guzman (eds.), IEA Conference Volume No. 155-II, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Contemporary Issues in Microeconomics*, with Martin Guzman, IEA Conference Volume No. 155-III, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Debates on the Measurement of Global Poverty,* with Sudhir Anand and Paul Segal (eds.), New York: Oxford University Press, 2010.

*The Economics of Rural Organization: Theory, Practice, and Policy,* with K. Hoff and A. Braverman (eds.), New York: Oxford University Press, 1993.

*The Economists' Voice: Top Economists Take on Today's Problems*, with Aaron S. Edlin and J. Bradford DeLong (eds.), New York: Columbia University Press, 2008.

*Efficiency, Finance, and Varieties of Industrial Policy: Guiding Resources, Learning, and Technology for Sustained Growth,* with Akbar Noman (eds.), New York: Columbia University Press, 2016.

*Escaping the Resource Curse*, with Macartan Humphreys and Jeffrey Sachs (eds.), New York: Columbia University Press, 2007.

*Etica y Desarrollo, with B. Kliksberg and A. Sen (eds.), Buenos Aires: El Ateneo, 2002.*

*Financial Liberalization: How Far, How Fast? with Gerard Caprio and Patrick Honohan (eds.), Cambridge, UK: Cambridge University Press, 2001.*

*For Good Measure: An Agenda for Moving Beyond GDP, Report of the OECD High Level Expert Group on the Measurement of Economic Performance and Social Progress,* edited with Jean-Paul Fitoussi and Martine Durand,  New York:  New

Press, 2019.  Originally published as *For Good Measure: Advancing Research and Well-being Metrics Beyond GDP.* Paris: OECD Publishing House, 2018.

*Frontiers of Development Economics: the Future in Perspective,* with Gerald M. Meier (eds.), New York: Oxford University Press, 2001.

*The Global Macro Economy and Finance*, with Franklin Allen, Masahiko Aoki, Nobuhiro Kiyotaki, Roger Gordon, and Jean-Paul Fitoussi (eds.), Palgrave Macmillan, 2012.

*Good Growth and Governance in Africa*, with Akbar Noman, Kwesi Botchwey, and Howard Stein (eds.), New York: Oxford University Press, 2012.

*Governance, Equity, and Global Markets,* with Pierre-Alain Muet (eds.), Oxford: Oxford University Press, 2001.

*The Great Polarization: How Ideas, Power, and Policies Drive Inequality,* with Rudiger L. von Arnim (eds.), New York: Columbia University Press, 2022.

*The G20 and Recovery and Beyond: An Agenda for Global Governance for the Twenty-First Century*, with J.P. Fitoussi (eds), e-book with contributions from The Paris Group, 2011 (available at www.josephstigliz.com).

*In the Wake of the Crisis,* J. Blanchard, David Romer, Michael Spence and J. E. Stiglitz (eds.), Cambridge, MA: MIT Press, 2012, Cambridge, MA: MIT Press, 2012.

*Income Contingent Loans: Theory, Practice and Prospects*, with B. Chapman and T. Higgins (eds.), Houndmills, UK and New York: Palgrave Macmillan, 2014.

*Industrial Policy and Development,* with M. Cimoli and G. Dosi (eds.), Oxford: Oxford University Press, 2009.

*Industrial Policy and Economic Transformation in Africa,* with Akbar Noman (eds.), New York: Columbia University Press, 2015.

*The Industrial Policy Revolution I: The Role of Government Beyond Ideology,* with Justin Yifu Lin, Houndmills, UK and New York: Palgrave Macmillan, 2014. Translated in Chinese by Peking University Press.

*The Industrial Policy Revolution II: Africa in the 21st Century*, with Justin Yifu Lin and Ebrahim Patel, Houndmills, UK and New York: Palgrave Macmillan, 2014. Translated in Chinese by Peking University Press.

*Inequality and Growth: Patterns and Policy, Volume I: Concepts and Analysis*,  with Kaushik Basu (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Inequality and Growth: Patterns and Policy, Volume II: Regions and Regularities*, with Kaushik Basu (eds.), IEA Conference Volume No. 156-I, Houndmills, UK and New York: Palgrave Macmillan, 2016.

*Intellectual Property Rights: Legal and Economic Challenges for Development*, with Mario Cimoli, Giovanni Dosi, Keith E. Maskus, Ruth L. Okediji, Jerome H. Reichman (eds.), Oxford: Oxford University Press, 2014.

105

*Knowledge, Information and Expectation in Modern Macroeconomics: In Honor of Edmund S. Phelps*, with P. Aghion, R. Frydman, and M, Woodford, Princeton, NJ: Princeton University Press, 2003.

*Law and Economic Development with Chinese Characteristics: Institutions for the 21st Century*, with David Kennedy (eds.), 2013, Oxford and New York: Oxford University Press.

*Life After Debt: The Origins and Resolutions of Debt Crisis*, with Daniel Heymann, Houndmills, UK and New York: Palgrave Macmillan, 2014. Also published in Spanish by Eudeba.

*New Developments in the Analysis of Market Structure*, with C.F. Mathewson (eds.), London: The Macmillan Press, 1986.

*New Ideas about Old Age Security,* with Robert Holzmann (eds.), Washington, D.C.: World Bank, 2001.

*The Quest for Security: Protection without Protectionism and the Challenge of Global Governance*, with Mary Kaldor (eds.), New York: Columbia University Press, 2013. Translated in Spanish as *La Búsqueda de la Seguridad: Protección sin Protecciónsimo y el Desafío de la Gobernanza Global*, Buenos Aires: Paidós, 2013; and in Portuguese by Bertrand Editora, 2015.

*Rethinking the East Asian Miracle,* with S. Yusuf (eds.), World Bank and Oxford University Press, 2001.

*Sovereign Wealth Funds and Long-Term Investing*, with Patrick Bolton and Frederic Samama (eds.), New York: Columbia University Press, 2012.

*Taming Capital Flows: Capital Account Management in an Era of Globalization*, with Refet S. Gurkaynak (eds.), IEA Conference Volume No. 154, Houndmills, UK and New York: Palgrave Macmillan, 2015.

*Time for a Visible Hand: Lessons from the 2008 World Financial Crisis*, with S. Griffith-Jones and J.A. Ocampo (eds.), Initiative for Policy Dialogue Series, Oxford: Oxford University Press, 2010.

*Too Little, Too Late: The Quest to Resolve Sovereign Debt Crises,* with Martin Guzman and J.A. Ocampo (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, 2016.

*The Washington Consensus Reconsidered: Towards a New Global Governance*, with Narcis Serra (eds.), New York: Oxford University Press, 2008.

*The Welfare State Revisited*, Jose Antonio Ocampo and Joseph E. Stiglitz (eds.), Initiative for Policy Dialogue at Columbia, New York: Columbia University Press, 2018

*What Have We Learned? Macroeconomic Policy after the Crisis*, George Akerlof, Olivier Blanchard, David Romer, and J. E. Stiglitz (eds.), Cambridge, Mass. and London: MIT Press, 2014.

**Journalism**

106

**2025**

"Trump Is on a Collision Course With the US Budget," Project Syndicate, January 6, 2025.

**2024**

"The Democrats' Only Option," Project Syndicate, November 27, 2024.

"Harris Is the Freedom Candidate," Project Syndicate, October 22, 2024.

"IMF surcharges saga could threaten its credibility," Financial Times, October 10, 2024.

"The IMF Must End Its Destructive Surcharges," with Kevin Gallagher, Martín Guzmán and Marilou Uy, Project Syndicate, September 16, 2024.

"The Climate Stakes of the US Election," Project Syndicate, September 11, 2024.

"Letters to the Next President," Foreign Policy, September 9, 2024.

"Corporations Help Economy but Need to Pay Fair Share of Taxes," with Juan Montecino and Ignacio González, Bloomberg Tax, August 6, 2024.

"America's shortsighted, lopsided capitalism was never built to last," The Hill, August 1, 2024.

"The Way Forward for Ukraine's Economy," with Andrew Kosenko, Project Syndicate, July 12, 2024.

"There's No Debating Who Would Be Better for the US Economy," Project Syndicate, July 4, 2024.

"The International Tax System Is Broken But the UN Can Fix It--If Washington Gets Out of the Way," Foreign Affairs, July 3, 2024.

"What Comes After Neoliberalism? The Big Question," Project Syndicate, June 4, 2024.

"How to Protect the World from the Next Pandemic," with Winnie Byanyima, Project Syndicate, May 29, 2024.

"Opinion: Time is up for neoliberals," The Washington Post, May 13, 2024.

"A billionaires' tax is justified—and Elon Musk and Jeff Bezos are inspired by more than money," Book Excerpt, Fortune, May 12, 2024.

107

"Global Elections in the Shadow of Neoliberalism," Project Syndicate, May 1, 2024.

"Where Global Governance Went Wrong—and How to Fix It," Foreign Policy, April 28, 2024.

"Freedom for the Wolves," The Atlantic, April 22, 2024.

"Quality Journalism Is More Important than Ever," with Anya Schiffrin and Dylan W. Groves, Project Syndicate, April 17, 2024.

"Big Tech Is Trying to Prevent Debate About Its Social Harms," Foreign Policy, April 4, 2024.

"A Big Defeat for Big Tech," Project Syndicate, March 18, 2024.
The Biden Administration vs. Climate Youth, Project Syndicate, March 13, 2024.

"How to Enforce Climate Agreements with Trade Measures," with Scott Barrett and Noah Kaufman, Project Syndicate, January 25, 2024.

"The Biden Administration's Recent Antitrust Wins Help Us All," Project Syndicate, January 10, 2024.

"Time for a Victory Lap?" American Prospect, January 4, 2024.

"Seizing Russia's Frozen Assets Is the Right Move, with Andrew Kosenko, Project Syndicate," January 4, 2024.


## 2023

"A Victory Lap for the Transitory Inflation Team," Project Syndicate, November 13, 2023.

"Special-interest privileges threaten to derail Biden's ambitions for the Western Hemisphere," with Lori Wallach, The Hill, November 6, 2023.

"Fixing Global Economic Governance," Project Syndicate, October 23, 2023.

"What Pandemic Preparedness Would Look Like," Project Syndicate, October 4, 2023.

"The global community needs to do more to tackle the inequality crisis," with Michael G. Marmot and First Lady Monica Geingos, the BMJ, No. 382, September 4, 2023.

"Inequality and Democracy," Project Syndicate, August 31, 2023.

"Will Donald Trump's Indictments Have Economic Consequences?" with George Soros, Jeffrey Frankel et al., Project Syndicate, August 18, 2023.

"Unregulated AI Will Worsen Inequality, Warns Nobel-Winning Economist Joseph Stiglitz," Scientific American, August 1, 2023.

"PwC scandal should remind Albanese to stay strong on multinational tax secrecy," The Age and Sydney Morning Herald, July 18, 2023.

"Open Letter to the United Nations Secretary-General and President of the World Bank-Setting Serious Goals to Combat Inequality," Equals, July 17, 2023.

Letter to the editor: "OECD's lobbying points to failure on fair corporate taxation," Financial Times, July 16, 2023.

"The Global Minimum Corporate Tax Needs More Work," with Tommaso Faccio, Project Syndicate, June 19, 2023.

"Our Debt to Future Generations," Project Syndicate, June 14, 2023.

"Western Industrial Policy and International Law," Project Syndicate, May 31, 2023.

"The Debt Ceiling Fight Is a Dire Economic Risk—and a False Debate," Roosevelt Institute, May 19, 2023.

"No Confidence in the Fed, Project Syndicate," April 27, 2023.

"How Models Get the Economy Wrong," The American Prospect, April 3, 2023.

"US is still living with consequences of the Iraq and Afghanistan wars," with Linda J. Bilmes, Boston Globe, March 20, 2023.

"Another Predictable Bank Failure," Project Syndicate, March 13, 2023.

"Who Stands for Freedom?" Project Syndicate, February 24, 2023.

"Australia and the post-neoliberal order," The Monthly (Australia), February 23, 2023.

"How Not to Fight Inflation," Project Syndicate, January 26, 2023.

"Opinion: The rich got richer due to Covid and war. Now they should pay their fair share," CNN, January 19, 2023.

**2022**

"Delays on WTO deal for COVID treatments are costing lives in Asia," with Lori Wallach, Nikkei Asia, December 14, 2022.

"All Pain and No Gain from Higher Interest Rates," Project Syndicate, December 8, 2022.

"America's Silent Progressive Majority," Project Syndicate Longer Reads, November 25, 2022.

"The International Community Must Prioritize COVID Treatment and Test Access," with Lori Wallach, Scientific American, November 14, 2022.

"Wars Aren't Won with Peacetime Economies," Project Syndicate, October 17, 2022.

"The Fed Should Wait and See," with Dean Baker, Project Syndicate, September 12, 2022.

"Why the Inflation Reduction Act Is a Big Deal," Project Syndicate, August 8, 2022.

"Fighting Climate Change Through Trade," with Todd N. Tucker and Isabel Estevez, Foreign Affairs, July 25, 2022.

"Inflation Dos and Don'ts," with Dean Baker, Project Syndicate, July 8, 2022.

"How the US Could Lose the New Cold War," Project Syndicate, June 17, 2022.

"WTO Cannot Continue as Barrier to COVID-19 Medicines," with Lori Wallach, Newsweek, June 10, 2022.

"Getting Deglobalization Right," Project Syndicate, May 31, 2022.
Spring cleaning 2022, Washington Post, May 27, 2022.

"The 100 Most Influential People of 2022: Gabriel Boric," TIME, May 23, 2022.

"The IMF Is Still Behind the Times on Capital Controls," with Jonathan D. Ostry, Project Syndicate, May 16, 2022.

"Vaccinating the world against COVID-19 is a no-brainer," PLOS Global Public Health, May 2, 2022.

"Shock Therapy for Neoliberals," Project Syndicate, April 5, 2022.

"The IMF's Agreement with Argentina Could Be a Game Changer," with Mark Weisbrot, Project Syndicate, March 10, 2022.

"The IMF's Unfinished Business," with Kevin P. Gallagher, Project Syndicate, March 7, 2022.

"COVID Has Made Global Inequality Much Worse," Scientific American, March, 2022.

"Credit Suisse has allowed the morally bankrupt to steal from the poor for too long," the Guardian, February 21, 2022.

"A Balanced Response to Inflation," Project Syndicate, February 7, 2022.

"Argentina and the IMF Turn Away From Austerity," with Mark Weisbrot, Foreign Policy, February 1, 2022.

**2021**

"If Olaf Scholz is serious about progress, he must back a patent waiver for Covid vaccines," The Guardian, December 15, 2021.

"No Wiggle Room Ahead," Project Syndicate, December 4, 2021.

"Brazil's Pioneering Solution to Vaccine Shortages," with Achal Prabhala and Felipe Carvalho, Project Syndicate, December 2, 2021.

"The pandemic will continue to rage as long as the WTO keeps bickering over vaccine rules," with Lori Wallach, CNN Business, November 30, 2021.

 "Making the international corporate tax system work for all," Progressive Post, Foundation for European Progressive Studies, November 3, 2021.

"It Would Be a Mistake to Grant Him His Wish," with Adam Tooze, Zeit Online, October 27, 2021.

"A Coup Attempt at the IMF," Project Syndicate, September 27, 2021.

"Europe should not return to pre-pandemic fiscal rules," Financial Times, September 23, 2021.

"Ending the Race to the Bottom: The Global Minimum Tax Deal is About More Than Fairness," with Todd N. Tucker and Gabriel Zucman, Foreign Affairs, September 17, 2021.

"COVID 10 and Human Freedom," Project Syndicate, September 7, 2021.

"Are US Corporations Above the Law?" With Geoffrey Heal, Project Syndicate, July 12, 2021.

"Despite diverging economic views, we all support the Biden plan," with Robert Rubin and Felicia Wong, The Hill, June 23, 2021.

"Die deutsche Regierung nimmt die Welt als Geisel," Die Zeit, June 17, 2021. (In German)

"G7 leaders can strike a blow on global corporate tax," Financial Times, June 1, 2021.

"A call to arms to change capitalism," The Lancet, May 15, 2021.

"Will Corporate Greed Prolong the Pandemic?" with Lori Wallach, Project Syndicate, May 6, 2021.

"Corporate America needs to level with investors on climate change," with Peter R. Fisher, USA Today, May 5 2021.

"Opinion: Preserving intellectual property barriers to covid-19 vaccines is morally wrong and foolish, with Lori Wallach," The Washington Post, April 26, 2021.

"President Biden, Support a People's Vaccine, with Gordon Brown, Helen Clark and Richard J. Roberts," Project Syndicate, April 16, 2021.

"Biden's infrastructure plan calls for tax increases, and that's a good thing," Boston Globe, March 31, 2021.

"COVID-19 and the Economic Agenda," Columbia News, March 25, 2021.

"Avoiding a K-Shaped Global Recovery," with Jayati Ghosh, Michael Spence, Dani Rodrik, et al., Project Syndicate, March 24, 2021.

"Stiglitz: Failing to pass Biden's relief package would be irresponsible and reckless," CNN Business, February 23, 2021.

"Getting the Social Cost of Carbon Right," with Nicholas Stern, Project Syndicate, February 15, 2021.

"Biden Goes Big," Project Syndicate, February 1, 2021.

"Whither America?" Project Syndicate, January 12, 2021.

"A Global Recovery's Leading Variables," Project Syndicate, January 4, 2021.

**2020**

"A Chance to Repair the Cracks in Our Democracy," The New York Times, December 8, 2020.

"Australia's new tech code is a road worth exploring," with Anya Schiffrin, the Financial Times, December 2, 2020.

"What Yellen Must Do," Project Syndicate, December 2, 2020.

"Lessons of the American election for Europe and the world," The Progressive Post, November 6, 2020.

"The Republican Threat to the Republic," Project Syndicate, October 2, 2020.

Foreword, *Conviction, Imprisonment, and Lost Earnings: How Involvement with the Criminal Justice System Deepens Inequality,* The Brennan Center for Justice, September 15, 2020.

"Plagued by Trumpism," Project Syndicate, March 9, 2020.

"Solidarity Now," Project Syndicate, February 28, 2020.

"Has Davos Man Changed?" Project Syndicate, January 30, 2020.

"The Truth About the Trump Economy," Project Syndicate, January 17, 2020.

"The Starving State: Why Capitalism's Salvation Depends on Taxation," with Todd N. Tucker and Gabriel Zucman, Foreign Affairs, January/February, 2020.

*Related to COVID-19***:**

"Republicans, Not Biden, Are About to Raise Your Taxes," The New York Times, October 31, 2020.

"The Pandemic Has Only Increased Our Economic Growth Obsession," Bloomberg Markets, October 5, 2020.

"How to Recover Green," Project Syndicate, September 28, 2020.

"Reclaiming American Greatness," Project Syndicate, September 14, 2020.

"Geoeconomic and Geopolitical Implications of the Pandemic, Great Decisions," Foreign Policy Association, September, 2020.

"Doesn't Feel Like a Recession? You Should Be Paying More in Taxes," with Kitty Richards, The New York Times, September 3, 2020.

"Conquering the Great Divide," IMF Finance & Development, Fall 2020.

113

"How to Prevent the Looming Sovereign-Debt Crisis," with Hamid Rashid, Project Syndicate, July 31, 2020.

"Priorities for the COVID-19 Economy," Project Syndicate, July 1, 2020

"Which Economic Stimulus Works?" with Hamid Rashid, Project Syndicate, June 9, 2020.

"Patents vs. the Pandemic," with Arjun Jayadev and Achal Prabhala, Project Syndicate, April 23, 2020.

"A Lasting Remedy for the Covid-19 Pandemic's Economic Crisis," NYR Daily, April 8, 2020.

"Open letter asking 37 WTO Members to declare themselves eligible to import medicines manufactured under compulsory license in another country, under 31bis of TRIPS Agreement, Knowledge Ecology International, Open Letter, April 7, 2020.

"Deficit Lessons for the Pandemic From the 2008 Crisis," American Prospect, April 6, 2020.

"Internationalizing the Crisis," Project Syndicate, April 6, 2020.

"Why inequality could spread COVID-19," The Lancet, Open Letter, April 2, 2020.

"Nobel prize-winning economist: The relief package turned out better than I thought it would," CNN Business, April 1, 2020.

"Why Our Affluent Society is Facing Shortages in the Face of the Coronavirus Pandemic?" Time, March 27, 2020.

"The COVID-19 stimulus can't be a corporate bail-out. We need a new playbook for relief," Salon, March 24, 2020.

"The wrong coronavirus stimulus: We don't need more unbridled aid to corporations," New York Daily News, March 23, 2020.

*Related to Argentina:*

"Sovereign Creditors Must Not Rewrite the Rules During the Pandemic," with Robert Howse and Ann-Marie Slaughter, Project Syndicate, July 9, 2020.

"'You can't ask people to die': Coronavirus woes deepen Argentina's crisis," BBC, May 30, 2020

"Argentina and the Future of Finance Capitalism," The Nation, May 29, 2020.

114

"Restructuring Argentina's Private Debt is Essential," Project Syndicate, May 6, 2020. In Spanish here.

**2019**

"Argentina's Bright Young Hope," Project Syndicate, December 23, 2019.

"Is Growth Passé?" Project Syndicate, December 9, 2019.

"Nobel laureate economist Joseph Stiglitz: It's time for Congress to do something about the economic mess that private-equity giants have created," Business Insider, Dec. 7, 2019.

It's time to retire metrics like GDP. They don't measure everything that matters, The Guardian, November 24, 2019

"The End of Neoliberalism and the Rebirth of History," Project Syndicate, November 4, 2019.

"Wanted: A Global Green New Deal," Project Syndicate, October 8, 2019.

"No More Half-Measures on Corporate Taxes," Project Syndicate, October 7, 2019.

"Is Stakeholder Capitalism Really Back?" Project Syndicate, August 28, 2019.

"Trump's Deficit Economy," Project Syndicate, August 9, 2019.

"Thumbs Down to Facebook's Cryptocurrency," Project Syndicate, July 2, 2019.

"Capitalism and its discontents," Times Literary Supplement, June 4, 2019.

"Climate change is our World War III. It needs a bold response," The Guardian, June 4, 2019.

"After Neoliberalism," Project Syndicate, May 30, 2019.

"Democracy at risk," The Boston Globe, May 28, 2019

"A 'democratic socialist' agenda is appealing. No wonder Trump attacks it," The Washington Post, May 8, 2019.

"Public options are the key to restoring the middle-class life," Financial Times, May 7, 2019.

"The Economy We Need," Project Syndicate, May 3, 2019.

"US trade deals were designed to serve corporations at the expense of workers," CNBC, April 21, 2019.

"Corporate greed is accelerating climate change. But we can still head off disaster," CNN Business, April 21, 2019.

"Progressive Capitalism Is Not an Oxymoron," The New York Times, April 20, 2019.

"Market Concentration Is Threatening the US Economy," Project Syndicate, March 11, 2019.

"Real Exchange Rates for Economic Development," with Martin Guzman and José Antonio Ocampo, VoxEU, Feb. 21, 2019.

"How Can We Tax Footloose Multinationals?" Project Syndicate, February 13, 2019.

"From Yellow Vests to the Green New Deal" Project Syndicate, January 7, 2019.

"A Very Trumpian Year," Project Syndicate, January 3, 2019.

**2018**

"Beyond GDP," Project Syndicate, December 3, 2018.

"Disaster Capitalism Comes to Puerto Rico," with Martin Guzman, Project Syndicate, November 15, 2018.

"Can American Democracy Come Back?" Project Syndicate, November 6, 2018.

"A Rigged Economy and What We Can Do About It", Scientific American, November 2018.

"People vs. Money in America's Midterm Elections," Project Syndicate, October 11, 2018.

"Beyond Secular Stagnation," Project Syndicate, September 5, 2018.

"The Myth of Secular Stagnation," Project Syndicate, August 28, 2018.

"Meet the 'Change Agents' Who are Enabling Inequality, Review of Winners Take All: The Elite Charade of Changing the World," by Anand Giridharadas, New York Times, August 20, 2018.

"The US is at Risk of Losing a Trade War with China," Project Syndicate, July 30, 2018.

"Buzzwords and Tortuous Impact Studies Won't Fix a Broken Aid System," with Sabina Alkire (Oxford Poverty and Human Development Initiative), Florent Bédécarrats )French Development Agency), Angus Deaton (Princeton University, Nobel prize in economics), Gaël Giraud (chief economist, French Development Agency), Isabelle Guérin (French National Research Institute for Sustainable Development), Barbara Harriss-White (Oxford University), James Heckman (University of Chicago, Nobel prize in

116

economics), Jason Hickel Goldsmiths (University of London), Naila Kabeer (London School of Economics and Political Science), Solène Morvant-Roux (University of Geneva), Judea Pearl (Columbia University), Cécile Renouard (Codev-Essec Business School), François Roubaud (French National Research Institute for Sustainable Development), Jean-Michel Servet (Graduate Institute), The Guardian, July 16, 2018.

"American Democracy on the Brink," Project Syndicate, June 29, 2018.***

"How to Exit the Eurozone: Italy is Right to Consider Leaving the EU's Common Currency Area," Politico, June 26, 2018

"Can the Euro Be Saved?" Project Syndicate, June 13, 2018.

"The Roots of Argentina's Surprise Crisis," Project Syndicate, June 5, 2018.

"How Costa Rica Gets It Right," Project Syndicate, May 8, 2018.

"Trump's Trade Confusion," Project Syndicate, April 5, 2018.

"When Shall We Overcome?" Project Syndicate, March 12, 2018.

"Post-Davos Depression," Project Syndicate, February 1, 2018.

"A Fiscal Plan for Puerto Rico Recovery," with Daron Acemoglu, Alan A. Aja, Robert Blecker, José Caraballo Cueto, Hector Cordero-Guzman, William "Sandy" Darity, Jr., Alberto Dávila,Zadia M. Feliciano, José M. Fernández, Richard Freeman, Jason Furman, Jamie Galbraith, Martin Guzman, Darrick Hamilton, Simon Johnson, Thea Lee, José Alameda Lozado, Mario Marazzi Santiago, Marie T. Mora, Francisco L. Rivera-Batiz, Dani Rodrik, Jeffrey Sachs, Gene Sperling, Mark Weisbrot, and Antonio Weiss, January 24, 2018.

"The US Donor Relief Act of 2017," Project Syndicate, January 2, 2018.


## 2017

"The Global Economy's Risky Recovery," Project Syndicate, December 20, 2017.

"Don't Expect Debt Payments from Puerto Rico Any Time Soon," with Martin Guzman and Antonio Weiss, December 11, 2017.

"The Globalization of Our Discontent," Project Syndicate, December 5, 2017.

"In Celebration of Africa's Fine, Upstanding Muckrakers," Sunday Times (South Africa), with Anya Schiffrin, November 12, 2017.

"Has Trump Captured the Fed?," Project Syndicate, November 3, 2017.

"230 Law and Economics Professors Urge President Trump to Remove Investor-State Dispute Settlement (ISDS) from NAFTA and Other Pacts," October 25, 2017.

"America Has a Monopoly Problem—and It's Huge," The Nation, October 23, 2017.

"Intellectual Property for the Twenty First Century Economy," with Dean Baker and Arjun Jayadev, Project Syndicate, October 17, 2017.

"When It Comes to The Economy, Britain Has a Choice: May's 80s Rerun or Corbyn's Bold Rethink," Prospect Magazine, October 9, 2017.

"Déjà Voodoo," Project Syndicate, October 4, 2017.

"PROMESA's Dangerous Premises," with Martin Guzman, Project Syndicate, September 18, 2017.

"Learning from Harvey," Project Syndicate, September 8, 2017.

"Why Tax Cuts for the Rich Solve Nothing," Project Syndicate, July 27, 2017.

"Trump and the Truth About Climate Change," Project Syndicate, July 2, 2017.

"Austerity Has Strangled Britain. Only Labour will Consign it to History," The Guardian, June 7, 2017.

"Trump's Rogue America," Project Syndicate, June 2, 2017.

"Lessons from the Anti-Globalists," Project Syndicate, May 1, 2017.

Janet Yellen Piece for TIME 100, April 20, 2017.

"Le programme antieuropéen de Marine Le Pen dénoncé par 25 Nobel d'économie," Le Monde, April 18, 2017. (The anti-European program of Marine Le Pen denounced by 25 Nobel economics.)

"Illiberal Stagnation," Project Syndicate, April 2, 2017.

"From Bad to Worse for Puerto Rico," with Martin Guzman, Project Syndicate, February 27, 2017.

"Letter to the Editor on Puerto Rico," The New York Times, February 27, 2017.

"How to Survive the Trump Era," Project Syndicate, February 20, 2017.

"Trump's Most Chilling Economic Lie," Vanity Fair, February 17, 2017.

"Nobel Economist: One-Percenters, Pay Your Taxes," CNN.com and on Frankfurter Allgemeine Zeitung, January 16, 2017.

"Trumpian Uncertainty," Project Syndicate, January 9, 2017.


## 2016

"A New Year's Development Resolution," with Kaushik Basu, Francois Bourguignon, and Justin Yifu Lin, Project Syndicate, December 30, 2016.

"Why 2017 Could See the Collapse of the Euro," Fortune, December 30, 2016.

"A Nobel Laureate Explains How Trump Could Nuke the Economy," Vanity Fair, December 27, 2016.

"Bad News for America's Workers," Project Syndicate, December 19, 2016.

"How Democrats Can Fix Themselves: The Days of Triangulation Are Toast," Vanity Fair, November 17, 2016.

"What America's Economy Needs from Trump," Project Syndicate, November 13, 2016.

"Would a President Trump Be Good for Business?," Tampa Bay Times, November 1, 2016.

"Why the Economy Has Failed So Many - And Why Donald Trump Has the Wrong Answers," Cleveland Plain Dealer, October 26, 2016.

"The One Thing Our Next President Needs to Know About the Economy," Vanity Fair, October 24, 2016.

"How Trump Happened," Project Syndicate, October 14, 2016.

"The Real Scandal Behind the Panama Papers," Vanity Fair, September 29, 2016.

"The Apple Tax Tussle Shows the Need for a New Way of Taxing Profits," with Erika Siu, in Süddeutsche Zeitung, September 19, 2016.

"A Better Economic Plan for Japan," Project Syndicate, September 14, 2016.

"Reform or Divorce in Europe," Project Syndicate, August 22, 2016.

"Why We Left the Panama Commission," with Mark Pieth, TIME, August 10, 2016.

"Globalization and its New Discontents," Project Syndicate, August 5, 2016.

"Trump and the Damage Done," Boston Globe, August 4, 2016.

"From Brexit to the Future," Project Syndicate, July 6, 2016.

"Learning from Namibia," with Anya Schiffrin, Project Syndicate, June 14, 2016.

"Donald Trump's Biggest Vulnerability," Vanity Fair, June 1, 2016.

"Monopoly's New Era," Project Syndicate, May 13, 2016.

"TTIP and Climate Change: A Tale of Two Cities from Paris to Hannover" and "Mit TTIP zerstören Merkel und Obama ihr eigenes Werk" ("Merkel and Obama destroy their own work with TTIP"), Suddeutsche Zeitung, April 21, 2016.

"What's Wrong With Negative Interest Rates?" Project Syndicate, April 13, 2016.

"How Hedge Funds Held Argentina for Ransom," New York Times, April 1, 2016.

"Tricks of the Trade Deal: Six Big Problems with the Trans-Pacific Partnership," Roosevelt Institute, March 28, 2016.

"The New Generation Gap," Project Syndicate, March 16, 2016.

"Closing Developing Countries' Capital Drain," with Hamid Rashid, Project Syndicate, February 18, 2016.

"What's Holding Back the World Economy?" with Hamid Rashid, Project Syndicate, February 8, 2016.

"China's Bumpy New Normal," Project Syndicate, January 27, 2016, and in Columbia Business School Chazen Global Insights, February 1, 2016.

Article in Economic Report of the President, "Chapter 7: The 70th Anniversary of the Council of Economic Advisors," February 2016.

119

"Argentina's Uncertain Prospects," with Martin Guzman, Project Syndicate, January 29, 2016.

"Sri Lanka's Rebirth," Project Syndicate, January 25, 2016.

Article for New York Magazine's Beginnings: The Breakthrough Moment, January 12, 2016.

"The New Geo-Economics," Project Syndicate, January 8, 2016.


**2015**

"How to Fix Inequality," Boston Globe, December 10, 2015.

"When Inequality Kills," Project Syndicate, November 9, 2015.

"A Step Forward for Sovereign Debt," with Martin Guzman, Project Syndicate, November 9, 2015.

"Tax avoidance Fuels Global Inequality," CNN, October 9, 2015.

"El Gobierno Debe Exigir un Acuerdo Transpacifico que Beneficie a los Mexicanos," with Adam S. Hersh, La Jornada, October 3, 2015.

"The Trans-Pacific Free-Trade Charade," with Adam S. Hersh, Project Syndicate, October 2, 2015.

"Don't Let TPP Jeopardise Malaysia's Future," with Adam S. Hersh, The Malaysian Insider, October 2, 2015.

"Nobel de Economia a Humala: No Permitan que el TPP Encierre al Peru en Relaciones Comerciales Desiguales," with Adam S. Hersh, La Republica, October 1, 2015.

"Fed Up with the Fed," Project Syndicate, September 7, 2015.

"Joseph Stiglitz Explains Why the Fed Shouldn't Raise Interest Rates," Los Angeles Times, August 27, 2015.

"What the United States Owes Puerto Rico," with Mark Medish, The Wall Street Journal, August 13, 2015.

"America in the Way," Project Syndicate, August 6, 2015.

"Greece, the Sacrificial Lamb," The New York Times, July 25, 2015.

"Joseph E. Stiglitz: The U.S. Must Save Greece," Time.com, July 9, 2015.

"Europe Must Back Away from Greek Austerity Cliff: Joseph Stiglitz," USA Today, July 7, 2015.

"Argentina Shows Greece There May Be Life After Default," with Martin Guzman, Huffington Post, June 30, 2015.

"Europe's Attack on Greek Democracy," Project Syndicate, June 29, 2015.

"A Rule of Law for Sovereign Debt," with Martin Guzman, Project Syndicate, June 15, 2015.

"Europe's Last Act?", Project Syndicate, June 5, 2015.

"Inequality, Wealth, and Capital," FEPS Queries Magazine, Summer 2015.

"The Secret Corporate Takeover," Project Syndicate, May 13, 2015.

"Asia's Multilateralism," op-ed on the AIIB, Project Syndicate April 13, 2015.

"A Fair Hearing for Sovereign Debt," with Martin Guzman, Project Syndicate, March 5, 2015.

"Obama Versus Obamacare," with Dean Baker and Arjun Jayadev, Project Syndicate, February 10, 2015.

"A Greek Morality Tale," Project Syndicate, February 3, 2015.

"Don't Trade Away Our Health," The New York Times, January 31, 2015.

"Europe Will Benefit from Greece Being Given a Fresh Start," letter to the Financial Times, signed with several other scholars, January 22, 2015.

"The Politics of Economic Stupidity," Project Syndicate, January 20, 2015.

"Europe's Lapse of Reason," Project Syndicate, January 8, 2015.

"The Chinese Century," Vanity Fair, January 2015.


## 2014

"Inequality and the American Child," Project Syndicate, December 11, 2014.

"Ebola and Inequality," Project Syndicate, November 20, 2014

"Slow Growth and Inequality Are Political Choices. We Can Choose Otherwise." Washington Monthly, December 2014.

"Fed Can Influence Banks to Spread Opportunity," The New York Times, October 28, 2014.

"The Age of Vulnerability," Project Syndicate, October 13, 2014.

"The World Needs a Sovereign Debt Restructuring Mechanism," Emerging Markets, October 12, 2014.

"Debeaking the Vultures," Project Syndicate, October 1, 2014.

"Europe's Austerity Zombies," Project Syndicate, September 26, 2014.

"Comments on wage growth," The Financial Times, September 18, 2014.

"Comments on Scotland," The Sunday Herald, September 14, 2014.

"Democracy in the Twenty-First Century," Project Syndicate, September 1, 2014.

"The Economy Should Serve Society, Finance and Development," September 2014.

"Phony Capitalism," Harper's Magazine, September 2014.

"Argentina's Griesafault," with Martin Guzman, Project Syndicate, August 7, 2014.

"A New U.S. Strategy for Business in Africa," The Financial Times, August 4, 2014.

"A Global System Is Needed for Debt Restructuring," The New York Times, Room for Debate forum on Argentina's default, August 1, 2014.

"The Myth of America's Golden Age," Politico, July/August 2014.

"American Delusions Down Under," Project Syndicate, July 9, 2014.

"Inequality Is Not Inevitable," The New York Times, June 27, 2014.

"Saving a Broken Euro," Queries, June 23, 2014.

"Creating a Learning Society," Project Syndicate, June 3, 2014.

"A Light Unto Cities (lessons from Medellin)," Project Syndicate, May 7, 2014.

"Reforming China's State-Market Balance," Project Syndicate, April 2, 2014.

"Eliminating Extreme Inequality: A Sustainable Development Goal," 2015-2030, with Michael Doyle, Ethics and International Affairs, March 20, 2014.

"On the Wrong Side of Globalization," The New York Times, March 17, 2014.

"The Innovation Enigma," Project Syndicate, March 9, 2014.

"Stagnation by Design," Project Syndicate, February 6, 2014.

"Advanced Malaise," Project Syndicate, January 13, 2014.

"The Great Malaise Drags On," Project Syndicate, January 5, 2014.

"Joint Liability in International Lending: A Proposal for Amending the Treaty of Lisbon," with Kaushik Basu, VOX, January 2, 2014.


## 2013

"In No One We Trust," The New York Times, December 21, 2013.

"An Agenda to Save the Euro," Project Syndicate, December 4, 2013.

"The Insanity of Our Food Policy," The New York Times, November 16, 2013.

"Inequality Is a Choice," The New York Times, October 13, 2013.

"The Global Financial Crisis Has Made Capital Account Management More Important than Ever," Emerging Markets, October 11, 2013.

"Five Years in Limbo," Project Syndicate, October 8, 2013.

"How Washington Caved to Wall Street," TIME, September 23, 2013.

"There Is Still Much to Learn from Lehman," The Financial Times, September 18, 2013.

"Why Janet Yellen, Not Larry Summers, Should Lead the Fed," The New York Times, September 6, 2013.

"The Vultures' Victory," Project Syndicate, September 4, 2013.

"Australia, You Don't Know How Good You've Got It," The Sydney Morning Herald, September 2, 2013.

"How Dr. King Shaped My Work in Economics," The New York Times, August 28, 2013.

"The Wrong Lesson From Detroit's Bankruptcy," The New York Times, August 12, 2013.

"The Changing of the Monetary Guard," Project Syndicate, August 5, 2013.

"How Intellectual Property Reinforces Inequality," The New York Times, July 14, 2013.

"The Free-Trade Charade," Project Syndicate, July 4, 2013.

"Sub-Saharan Africa's Subprime Borrowers," with Hamid Rashid, Project Syndicate, June 25, 2013.

"Japan Is a Model, Not a Cautionary Tale," The New York Times, June 9, 2013.

"East Asia's Lessons for Africa," Project Syndicate, June 3, 2013.

"Globalisation Isn't Just About Profits. It's About Taxes, Too," The Guardian, May 27, 2013.

"Student Debt and the Crushing of the American Dream," The New York Times, May 12, 2013.

"Lives versus Profits," Project Syndicate, May 6, 2013.

"The Lessons of the North Atlantic Crisis for Economic Theory and Policy," IMF Direct, May 3, 2013.

"A New World's New Development Bank," with Nicholas Stern, Amar Bhattacharya, Mattia Romani, Project Syndicate, May 1, 2013.

"A Tax System Stacked Against the 99 Percent," The New York Times, April 15, 2013.

"India's Patently Wise Decision," with Arjun Jayadev, Project Syndicate, April 8, 2013.

"The Promise of Abenomics," Project Syndicate, April 5, 2013.

"Singapore's Lessons for an Unequal America," The New York Times, March 18, 2013.

"What Is Italy Saying?" Project Syndicate, March 4, 2013.

"Equality of Opportunity, Our National Myth," The New York Times, February 16, 2013.

"Complacency in a Leaderless World," Project Syndicate, February 6, 2013.

"No US Peace Dividend After Afghanistan," with Linda Bilmes, Financial Times, January 23, 2013.

"Inequality Is Holding Back the Recovery," The New York Times, January 19, 2013.

"The Post-Crisis Crises," Project Syndicate, January 7, 2013.

123

**2012**

"Joseph Stiglitz: US Setting 'Terrible Example' with Income Inequality," The Global Post, December 27, 2012.

"Some Are More Unequal Than Others," The New York Times, October 26, 2012.

"Political Causes, Political Solutions for Inequality," The New York Times, October 18, 2012.

"Fallacies of Romney's Logic," USA Today, September 19, 2012.

"The One Housing Solution Left: Mass Mortgage Refinancing," with Mark Zandi, The New York Times, August 12, 2012.

"Debt buries American dream," USA Today, July 5, 2012.

"America is no longer a land of opportunity," Financial Times, June 26, 2012.

"To grow again, attack inequality," New York Daily News, June 24, 2012.

"How policy has contributed to the great economic divide," The Washington Post, June 22, 2012.

"An Economic Agenda for the G20, Emerging Markets," June 14, 2012.

"The 99 percent wakes up," The Daily Beast, May 2, 2012.

"The 1 Percent's Problem," Vanity Fair, May, 2012.

"End the monopoly: Let's make it a real World Bank at last," Financial Times, March 18, 2012.

"The US labour market is still a shambles," Financial Times, March 12, 2012.

"The Book of Jobs," Vanity Fair, January 2012.


**2011**

"Achieving the Impossible, Emerging Markets," September 22, 2011.

"America's Costly War Machine," with Linda Bilmes, Los Angeles Times, September 18, 2011.

"How to put America back to work," Politico, September 7, 2011.

"How to make the best of the long malaise," Financial Times, August 9, 2011.

"Europe finally admits its debt problem to save the Euro," Financial Times, July 22, 2010.

"Eurozone's problems are political, not economic," Financial Times, July 20, 2011.

"Europe's travails and our collective fate," The New York Times and International Herald Tribune, July 19, 2011.

Response to PBS story on Fannie Mae, PBS NewsHour Web site, July 1, 2011.

"We must help Tunisia to nurture democracy," Financial Times, May 25, 2011.

"The IMF cannot afford to make a mistake with Strauss-Kahn's successor," The Telegraph, May 21, 2011.

 "Of the 1%, by the 1%, for the 1%," Vanity Fair, May 2011.

"ECB-IMF deal is a noose that will strangle economic recovery," with Michael Cragg, Irish Times, April 9, 2011.

"The best alternative to a new global currency," Financial Times, March 31, 2011.

"Why I didn't sign deficit letter," Politico, March 28, 2011.

"A balanced debate about reforming economics," IMF blog, March 22, 2011.

"Turbulence ahead: another year of malaise along the Atlantic," Newsweek, January 23, 2011.


## 2010

 "The Economic Outrage of 2010," New York Daily News, December 22, 2010.

"Federal Spending Is a Necessity," Los Angeles Times, November 14, 2010.

"A Currency War Has No Winners," The Guardian, November 1, 2010.

"Why Easier Money Won't Work," The Wall Street Journal, October 23, 2010.

"To Choose Austerity Is to Bet It All on the Confidence Fairy," Guardian, October 19, 2010.

"It Is Folly to Place All Our Trust in the Fed," Financial Times, October 18, 2010.

"Time to Build a Better Stimulus," Politico, September 15, 2010.

"The True Cost of the Iraq War: $3 Trillion and Beyond," with Linda J. Bilmes, The Washington Post, September 5, 2010.

"Needed: a New Economic Paradigm," Financial Times, August 19, 2010.

"Taming Finance in an Age of Austerity," Project Syndicate, July 8, 2010.

"Fiscal Conservatism May Be Good for One Nation, but Threatens Collective Disaster," The Independent, June 15, 2010.

"Reach Equals Grasp on Banking Bill," Politico, June 7, 2010.

 "Financial Re-Regulation and Democracy," Project Syndicate, June 4, 2010.

 "Protect Taxpayers from Wall Street Risk," CNN.com, May 3, 2010.

"Can the Euro Be Saved?", Project Syndicate, May 2010.

"The Non-Existent Hand," London Review of Books, April 22, 2010.

"The Case Against Gene Patents," with John Sulston, Wall Street Journal, April 16, 2010.

"Build Strong Rules for Finance System," Politico, April 12, 2010.

"No Time for a Trade War," Project Syndicate, April 6, 2010.

"The Dangers of Deficit Reduction," Project Syndicate, March 5, 2010.

"Obama Must Resist "Deficit Fetish"" Politico.com, February 10, 2010.

"Watchdogs Need Not Bark Together," Financial Times, February 10, 2010.

"Obama's Banking Proposals are a Good First Step," LA Times, January 29, 2010.

"Obama's Falling Down on the Job," New York Daily News, January 29, 2010.

"A Principled Europe Would Not Leave Greece to Bleed," The Guardian (UK), January 25, 2010.

"Incentives and the Performance of America's Financial Sector," testimony at the Hearing on Compensation in the Financial Industry, House Committee on Financial Services, January 22, 2010.

"Economics: Facing a Marked Global Reversal," Financial Times, January 3, 2011.

"Overcoming the Copenhagen Failure," Project Syndicate, January 2010.


**2009**

"The Imperative for Improved Global Economic Coordination," Development Outreach, December 2009.

"Too Big to Live," Project Syndicate, December 2009.

"Let a Hundred Theories Bloom," Project Syndicate, November 2009.

"Death Cometh for the Greenback," The National Interest, October 27, 2009.

"For all of Obama's Talk of Overhaul, the US has Failed to Wind in Wall Street," The Guardian (UK), September 14, 2009.

"GDP Seen as Inadequate Measure of Economic Health," by David Jolly, New York Times, September 14, 2009.

"Towards A Better Measure of Well-Being," Financial Times, September 13, 2009.

"Thanks to the Deficit, the Buck Stops Here," Washington Post, August 30, 2009.

"Stimulate or Die," Project Syndicate, August 2009.

"The US in Iraq: An Economics Lesson," LA Times, July 2, 2009.

"The UN Takes Charge," Project Syndicate, July 2009.

"Wall Street's Toxic Message," Vanity Fair, July 2009.

"One Small Step Forward," The Guardian (UK), June 28, 2009.

"A Global Recovery for a Global Recession," The Nation, June 24, 2009.

"America's Socialism for the Rich," Project Syndicate, June 2009.

"The Spring of the Zombies," Project Syndicate, May 2009.

"Obama's Ersatz Capitalism," The New YorkTimes, April 1, 2009.

126

"Developing Countries and the Global Crisis," Project Syndicate, April 2009.

"Reform is Needed. Reform is in the Air. We Can't Afford to Fail," The Guardian (UK), March 27, 2009.

"A Bank Bailout That Works," The Nation, March 23, 2009.

"Obama's Chance to Lead the Green Recovery," with Nicholas Stern, Financial Times, March 4, 2009.

"How to Fail to Recover," Project Syndicate, March 2009.

"Davos Man's Depression," Project Syndicate, February 2009.

"Give us Bangs for our Bailout Bucks," The Times (London), January 27, 2009.

"How to Rescue the Bank Bailout," CNN.com, January 26, 2009.

"Do Not Squander America's Stimulus on Tax Cuts," Financial Times, January 15, 2009.

"Recommendations for Immediate Action," a statement from the first meeting of the Comission of Experts, January 4-6, 2009, New York.

"The Rocky Road to Recovery," Project Syndicate, January 2009.

"The $10 Trillion Hangover: Paying the Price for Eight Years of Bush," Harper's Magazine, January 2009.


**2008**

"Markets Can't Rule Themselves," Newsweek, December 31, 2008.

"Chapter 11 is the Right Road for America's Carmakers," The Financial Times, December 12, 2008.

"Getting Bang for Your Buck," The Guardian (UK), December 5, 2008.

"The Triumphant Return of John Maynard Keynes," Project Syndicate, December 2008.

"The Seven Deadly Deficits," Mother Jones Magazine, November/December 2008.

"A $1 Trillion Answer," New York Times, November 29, 2008.

"It Doesn't Take Nostradamus," Economists' Voice, November 2008.

"Dealing with the Global Crisis," Q&A for the International Herald Tribune, November 18, 2008.

"Global Crisis, Made in America," Der Spiegel, November 12, 2008.

"Financial Crisis: Europe's Leaders Can Seize This Opportunity to Fill the Leadership Gap," The Daily Telegraph (UK), November 11, 2008.

"More Pain to Come, Even if He's Perfect," Washington Post, November 9, 2008.

"Let's Throw Away the Rule Book," The Guardian (UK), November 6, 2008.

"The Next Bretton Woods," Project Syndicate, November 2008.

"Realign the Interests of Wall Street," Harpers Magazine, November 2008.

"Reversal of Fortune," Vanity Fair, November 2008 issue.

"Dear Mr. President: Advice from Seven Nobel Laureates on Fixing the Economy," Newsweek, October 22, 2008.

"A Crisis of Confidence," The Guardian (UK), October 22, 2008.

Testimony on "The Future of Financial Services Regulation," House Financial Services Committee, October 21, 2008.

Economist.com Online Debate: Con side of "It would be a mistake to regulate the financial system heavily after the crisis," Economist online, October 17, 2008.

"How to Get Out of the Financial Crisis," Time Magazine, October 17, 2008.

"Guided by an Invisible Hand," New Statesman (UK), October 16, 2008.

"Paulson Tries Again," The Guardian, October 16, 2008.

"The Dismal Questions," The New York Times, October 7, 2008.

"Good Day for Democracy," The Guardian (UK), October 1, 2008.

"We Aren't Done Yet: Comments on the Financial Crises and Bailout," The Economists' View, October 2008.

"A Chance to Improve the Bail-out," USA Today, September 30, 2008.

"Bail-out Blues," The Guardian (UK), September 30, 2008.

"A Better Bail-out," The Nation.com, September 26, 2008.

"Dr. Joseph Stiglitz, Interview with Ron Garmon about the Financial Crisis and the Iraq war," LA City Beat, September 24, 2008.

"Commentary: How to Prevent the Next Wall Street Crisis," CNN.com, September 17, 2008.

"Stiglitz: The Fall of Wall Street is to Market Fundamentalism What the Fall of the Berlin Wall Was to Communism," interview with Nathan Gardels, The Huffington Post, September 16, 2008.

"The Fruit of Hypocrisy," The Guardian (UK), September 16, 2008.

Transcript of Interview on the Turmoil on Wall Street, Lou Dobbs Tonight, September 15, 2008.

"Little Risk of Great Depression Repeat," AFP News, September 15, 2008.

"Falling Down: No manufacturing. No new ideas. What's our economy based on?" The New Republic, September 10, 2008 issue.

"Kevin Conrad - Heroes of the Environment 2008," Time Magazine, September 2008.

"Learning the Lessons of Iraq," Project Syndicate, September 2008.

"Is this any way to rebuild Iraq?" with Linda Bilmes, The Los Angeles Times, August 15, 2008.

"Turn Left for Growth," Project Syndicate, August 2008.

"Stiglitz on Central Banks and Inflation," Interview on Europe this Week, July 31, 2008.

"Fannie and Freddie Must Not Get a Free Lunch," The Financial Times, July 25, 2008.

"Science is Being Held Back by Outdated Laws," Letter with John Sulston, The Times (London), July 5 2008.

"The End of Neo-Liberalism?" Project Syndicate, July 2008.

"Joseph Stiglitz talks to the Sunday Times," Sunday Times (UK), June 15, 2008.

"Scarcity in an Age of Plenty," The Guardian UK, June 15, 2008.

"Joseph Stiglitz on Recession," interview with James Harris, TruthDig, June 3, 2008.

"Stagflation Redux," Inc. Magazine, June 2008.

"Scarcity in an Age of Plenty," Project Syndicate, June 2008.

"Fair Trade: The Fair Play Debate," The National Interest, Number 95, May/June 2008.

"The Failure of Inflation Targeting," Project Syndicate, May 2008.

"Deficit, Schmeficit," Conde Nast Portfolio, May 2008 Issue.

"A Deficit of Leadership, Comment is Free," The Guardian (UK), April 8, 2008.

"$3 Trillion May Be Too Low, by Joseph Stiglitz and Linda Bilmes, Comment is Free, The Guardian (UK), April 6, 2008.

"Stiglitz on US Economy," interview with Anna Martin, CNBC, April 2, 2008.

"America's War-Torn Economy," Project Syndicate, April 2008.

"The Three Trillion Dollar War," Project Syndicate, April 2008.

"The $3 Trillion War," an excerpt from the book "The Three Trillion Dollar War" by Stiglitz and Linda Bilmes, in Vanity Fair, April 2008 issue.

"Ways We Can Fix This Giant Mess," Newsweek, March 31, 2008.

"Are We in the Worst Financial Crisis and Can We Solve it? You Ask the Questions..." The Independent (UK), March 24, 2008.

"Economist Stiglitz Blames Crunch on 'Flawed' City Bonuses System," by Sean O'Grady, The Independent (UK), March 24, 2008.

"There is no Such Thing as a War for Free, by Joseph Stiglitz and Linda Bilmes, Chicago Tribune, March 20, 2008.

"Stiglitz: U.S. Fiscal Measures Too Little Too Late," by Brian Fallow, New Zealand Herald, March 19, 2008.

"The High Cost of Fighting a Losing Battle, by Joseph Stiglitz and Linda Bilmes, The Financial Times, March 18, 2008.

"War's price tag, by Joseph Stiglitz and Linda Bilmes, Los Angeles Times, Sunday, March 16, 2008.

"The Iraq War Will Cost Us $3 Trillion, and Much More, by Joseph Stiglitz and Linda Bilmes, The Washington Post, Sunday, March 9, 2008.

"The Three Trillion Dollar War," Project Syndicate, March 2008.

"Iraq War Caused Slowdown in the US," by Peter Wilson, The Australian, February 28, 2008.

"War at Any Cost? The Total Economic Costs of the War Beyond the Federal Budget," written testimony for the Joint Economic Committee, February 28, 2008.

"The Three Trillion Dollar War," with Linda Bilmes, The Sunday Times (London), February 23, 2008.

"Alpine Schadenfreude," Project Syndicate, February 2008.

"How to Stop the Downturn," The New York Times, January 23, 2008.

"Day of Reckoning in the US Glasshouse," The Times (London), January 21, 2008.

"Stagflation Cometh," The Guardian (UK), January 2, 2008.

"Ask a Question: The Three Trillion Dollar War, readers' questions answered by Joseph Stiglitz and Linda Bilmes, McClatchy Newspapers.


**2007**

"Showdown in Bali," Project Syndicate, December 2007.

"The Economic Consequences of Mr. Bush," Vanity Fair, December 2007.

"Financial Hypocrisy," Project Syndicate, November 2007.

"America's Houses of Cards," Project Syndicate, October 2007.

"Bleakonomics: Review of The Shock Doctrine: The Rise of Disaster Capitalism, by Naomi Klein," New York Times Sunday Book Review, September 30, 2007.

"Q&A with Joseph Stiglitz on economic and climate change," International Herald Tribune, September 26, 2007.

"The Malaysian Miracle," Project Syndicate, September 2007.

"America's Day of Reckoning," Project Syndicate, August 2007.

"The Asian Crisis Ten Years After," Project Syndicate, July 2007.

"Questions for Robert Zoellick," Project Syndicate, June 2007.

"The World Bank and Development Assistance Testimony," presentation before the House Financial Services Committee May 22, 2007.

"The Wolfowitz Affair and its Consequences," The Financial Times, May 6, 2007.

"Good Governance Begins at Home," Project Syndicate, May 2007.

 "Getting Beyond Balanced Budget Mania and Addressing the Nation's Needs," Transcript of event at "Beyond Balanced Budget Mania," Economic Policy Institute, April 12, 2007.

"China's New Economic Model," Project Syndicate, April 2007.

"The EUs Global Mission," Project Syndicate, March 2007.

"Prizes, Not Patents," Project Syndicate, March 2007.

MBA Podcast: "Making Globalization Work," Times Online, February 18, 2007.

"Managing Globalization, Q&A with Joseph Stiglitz," International Herald Tribune, February 14, 2007.

The Most Global Issue, Our Planet, the magazine of the United Nations Environment Programme, February 2007.

"Will the Dam Break in 2007?" Project Syndicate, January 2007.


## 2006

 "John Kenneth Galbraith Understood Capitalism as Lived - not as Theorized," The Christian Science Monitor, December 28, 2006.

"The Phelps Factor," Project Syndicate, December 2006.

"A Cool Calculus of Global Warming," Project Syndicate, November 2006.

 "Taking Control of Globalization," The Seattle Post-Intelligencer, October 13, 2006.

"Managing Globalization: Q&A with Joseph Stiglitz," The International Herald Tribune, October 11, 2006.

 "Can the World Economy Be Saved?" The Toronto Globe and Mail, October 12, 2006.

"How to Fix the Global Economy," The New York Times, October 3, 2006.

"Good Numbers Gone Bad," Fortune Magazine, October 2, 2006.

"The Tyranny of King Cotton," Project Syndicate, October 2006.

"Corrupting the Fight Against Corruption," Project Syndicate, October 2006.

"How Globalization Could Help Ease Global Warming," The San Francisco Chronicle, September 17, 2006.

"Give Prizes not Patents," The New Scientist, September 16, 2006.

 "We Have Become Rich Countries of Poor People," The Financial Times, September 8, 2006.

"Making Globalization Work," The Guardian, September 7, 2006.

"Making Globalization Work," Project Syndicate, September 2006.

"The Real Reason You're Held up at the Airport," The London Evening Standard, August 25, 2006.

"An Airport Debacle Worsened by Greed and Neglect," The Financial Times, August 22, 2006.

"The Demise of the Development Round," Project Syndicate, August 2006.

"America's New Trade Hypocrisy," with Hamid Rashid, Project Syndicate, July 2006.

"Who Owns Bolivia?" Project Syndicate, June 2006.

"The IMF's America Problem," Project Syndicate, May 2006.

"A Progressive Response to Globalization," The Nation, "Taming Global Capitalism Anew" forum, April 17, 2006 issue.

"Development in Defiance of the Washington Consensus," The Guardian, April 13, 2006.

"China's Roadmap," Project Syndicate, April 2006.

"Markets and Morals," The Atlantic Monthly, April 2006, pp. 44.

"The High Cost of the Iraq War," The Economists' Voice, Vol.3, Issue 5, March 2006.

"Bush's Bad-Faith Energy Policy," Project Syndicate, March 2006.

"It Takes More than Free Trade to End Poverty," The Independent, February 3, 2006.

"War's Stunning Price Tag," op-ed by Joseph Stiglitz and Linda Bilmes from LA Times, January 17, 2006

"A Tale of Two Deficits," Global Agenda, The Magazine of the World Economic Forum Annual Meeting, 2006, pp. 85-86.


## 2005

"The Doha Round is Missing the Point on Helping Poor Countries," with Andrew Charlton, The Financial Times, December 13, 2005

"Conservation: Analysis: This is a bold initiative that could unite the whole world," The Independent, December 12, 2005

"The Ethical Economist, Review of 'The Moral Consequences of Economic Growth,' by Benjamin M. Friedman," Foreign Affairs, November/December 2005

"The Way to Help Ourselves by Helping Others," with Andrew Charlton, The Daily Telegraph, November 28, 2005

"Progressive Dementia," The Atlantic Monthly, November 2005

"America has Little to Teach China about a Steady Economy," Financial Times, July 27, 2005

"No Old-Age Security in the Private Sector Either," Los Angeles Times, May 22, 2005.

"Global Playing Field: More Level, but It Still Has Bumps," Review of Thomas Friedman's book The World is Flat, The New York Times, April 30, 2005.

"China's Alternative to Revaluation," with Lawrence Lau, The Financial Times, April 25, 2005

"Reforms Take the Security out of Social Security," Financial Times, March 21, 2005

"Securing Social Security for the Future," The Economists' Voice, Special Issue on Social Security, Volume 2, Issue 1, 2005.

## 2004

"It's not the Economy, Stupid," Financial Times, September 28, 2004

"We Can Now Cure Dutch Disease," The Guardian, August 18, 2004

"New Trade Pacts Betray the Poorest Partners," New York Times, July 10, 2004

"It Is Time for a True Development Trade Round," Financial Times, June 20, 2004

"The Social Costs of Globalization," Financial Times, February 25, 2004.

"That Was Then," The American Prospect, February 2004.

"The Broken Promise of NAFTA," New York Times, January 6, 2004

"The Parties' Flip-Flops on Deficit Spending: Economics or Politics?", The Economists' Voice, Volume 1, Issue 1, 2004.

## 2003

"My Book and Its Discontents," Aspenia International: Is the West Still the West, 9(19-20), 2003, pp.9-25. Also in Italian under "Tutti gli Errori del Fondo Monetario Internazionale," Aspenia: Il Prezo dell'Impero, 9(20), 2003, pp. 10-28.

"A Deficit of Fiscal Smarts," San Francisco Chronicle, December 21, 2003

"Do as the US Says, Not as it Does," The Guardian, October 29, 2003

"The Ideas Exchange: Economic View - How America Lost its Balance," The Independent, October 5, 2003

"Odious Rulers, Odious Debts," The Atlantic Monthly, September 10, 2003.

"Trade Imbalances," The Guardian, August 15, 2003

"Terrorism: There's No Futures in It," The LA Times, July 31, 2003

"Don't Trust Technocrats," The Guardian, July 16, 2003

"Biting the Budget Bullet: Why Raising Taxes is the Least Painful Way Out of the State's Fiscal Crisis," with Peter Orszag, The Boston Globe, April 27, 2003

"The Ruin of Russia," The Guardian, April 9, 2003

"Bush's Tax Plan - The Dangers," The New York Review of Books, March 13, 2003.

"Fair Play? Not Always In Fair-Trade Treaties," The Nation, February 18, 2003.

"Economists' Statement Opposing the Bush Tax Cuts," Economic Policy Institute, February 2003.

**2002**

"There Is No Invisible Hand," The Guardian, December 20, 2002

"Rewriting History," The Moscow Times, November 27, 2002

"White House Economic Policies Are Bankrupt," The Los Angeles Times, October 2, 2002

"The Disastrous Consequences of a World Without Balance," Financial Times, September 23, 2002

"A Second Chance for Brazil and the IMF," New York Times, August 14, 2002

"Argentina, Shortchanged: Why the Nation that Followed the Rules Fell to Pieces," Washington Post, May 12, 2002

"Accounting for Options," Wall Street Journal, May 3, 2002

"Overseas Aid is Money Well Spent," Financial Times, April 14, 2002

"Global Greenbacks," Economic Times, March 22, 2002

"Globalism's Discontents," The American Prospect, January 14, 2002.

**2001**

"Thanks for Nothing," Atlantic Monthly, October, 2001

**2000**

"What I Learned at the World Economic Crisis," New Republic, April 17, 2000

**1998**

"Virtue Should be Granted its Reward; Instead of Reducing Foreign Aid to an All-time Low, Donors Should Target it at Developing World's Well-Governed Countries," The Guardian (London), November 16, 1998.

**Online publications, testimonies etc.**

"Brief of Joseph E. Stiglitz as *Amicus Curiae* in Support of Petitioners," for *Esther Kiobel, et al. v. Royal Dutch Petroleum Co., et al.,* in the Supreme Court of the United States, December, 2011.

"Brief of Joseph E. Stiglitz as *Amicus Curiae* in Support of Petitioners," for *Republic of Argentina, Petitioner, v. NML Capital Ltd., et al., Respondents*, in the Supreme Court of the United States, March 24, 2014.

"Briefing on Puerto Rico" to U.S. House Financial Services Committee staff members, February 8, 2021.

"Budget Cuts vs. Tax Increases at the State Level: Is One More Counter-Productive than the Other During a Recession?" with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 6, 2001. http://www.cbpp.org/10-30-01sfp.htm.

"Comments on Proposed OMB Circular No. A-4 "Regulatory Analysis" in relation to discounting and risk," with Cameron Hepburn and Nicholas Stern, June 6, 2023. https://www.regulations.gov/comment/OMB-2022-0014-0123

"The Cost of Inaction on Climate Change," testimony by Joseph Stiglitz before the Senate Committee on the Budget, April 15, 2021. https://rooseveltinstitute.org/publications/stiglitz-testimony-senate-budget-committee-cost-of-inaction-climate-change/

"Debt Financing in the Domestic Financial Sector," testimony to the U.S. Senate Committee on Banking, Housing and Urban Affairs, August 3, 2011. https://www.govinfo.gov/app/details/CHRG-112shrg72961/CHRG-112shrg72961

"Declaration of Joseph E. Stiglitz, Ph.D", for ACLU regarding BRCA patents, Case 1:09-cv-04515-RWS, Document 224, Filed 01/20/2010, the United States District Court for the Southern District of New York.

"I Dissent: Unconventional Economic Wisdom," monthly column for Project Syndicate, an association of over 150 newspapers around the world. http://www.project-syndicate.org/series/series_list.php4?id=11.

"Estimates of Lease Payment Deficiencies Salamanca Leases," an exhibit for a Hearing before the Committee on Interior and Insular Affairs House of Representatives, One Hundred First Congress, Second Session on H.R. 5367, Seneca Nation Settlement Act of 1990. https://bit.ly/2YIvNuY, p. 79

"From Rescue To Recovery: Building A Thriving and Inclusive Post-Pandemic Economy," testimony by Joseph Stiglitz before the U.S. House Select Subcommittee on the Coronavirus Crisis, March 17, 2021. https://coronavirus.house.gov/subcommittee-activity/hearings/remote-hearing-rescue-recovery-building-thriving-and-inclusive-post

"The High Cost of High Prices for HIV/AIDS Drugs and the Prize Fund Alternative," statement to the U.S. Senate Committee on Health, Education, Labor and Pensions, May 15, 2012. https://www.govinfo.gov/app/details/CHRG-112shrg74310/CHRG-112shrg74310/summary  "The Impact of Paying for College on Family Finances," with Laura Tyson, Peter Orszag, and Jonathan Orszag, commissioned by UPromise, Inc., November 2000. http://www.upromise.com/pdfs/tysonStiglitzResearch.pdf

"How Sustainable is our National Debt?" Oral evidence given before the UK House of Lords Economic Affairs Committee, March 5, 2024.

https://parliamentlive.tv/event/index/c04e3c45-8dbf-4c3b-bbc3-ce2be885d347

"Implications of the New Fannie Mae and Freddie Mac Risk-based Capital Standard," with Jonathan M. Orszag and Peter R. Orszag, *Fannie Mae Papers*, I(2), March 2002.
http://www.sbgo.com/Papers/fmp-v1i2.pdf

"Incentives and the Performance of America's Financial Sector, House Committee on Financial Services, Hearing on Compensation in the Financial Industry," testimony by Joseph E. Stiglitz, January 22, 2010.
http://financialservices.house.gov/media/file/hearings/111/stiglitz.pdf

"Making Wall Street Pay Its Fair Share: Raising Revenue, Strengthening Our Economy," testimony before the U.S. Senate Committee on the Budget, June 12, 2024.
https://www.budget.senate.gov/hearings/making-wall-street-pay-its-fair-share-raising-revenue-strengthening-our-economy

"On the Need for Increased Capital Requirements for Banks and Further Actions to Improve the Safety and Soundness of America's Banking System," testimony before the Senate Banking Committee, August 3, 2011.
http://www.banking.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=97cec3e1-2d1d-44fa-acd9-a0a1bc640bc4

"An Overall Assessment of Tarp and Financial Stability," U.S. Senate Congressional Oversight Panel, March 4, 2011. https://www.govinfo.gov/app/details/CHRG-112shrg65276/CHRG-112shrg65276/summary

"Paycheck Security: Economic Perspectives on Alternative Approaches to Protecting Workers' Pay During Covid-19," testimony to the U.S. House of Representatives Committee on Financial Services, July 7, 2020.
https://www.govinfo.gov/app/details/CHRG-116hhrg43193/CHRG-116hhrg43193/summary

"The Role and Effectiveness of the World Bank in Combating Global Poverty," testimony to the U.S. House of Representatives, May 22, 2007.
https://www.govinfo.gov/content/pkg/CHRG-110hhrg37209/pdf/CHRG-110hhrg37209.pdf

"The Role of Government in a Digital Age," with Peter Orszag and Jonathan Orszag, study commissioned by the Computer & Communications Industry Association, October 2000.

"The Role of the International Monetary Fund in a Changing Global Landscape," testimony to the U.S. House Committee on Financial Services Subcommittee on National Security, International Development and Monetary Policy, February 17, 2022. https://www.youtube.com/watch?v=AgPxhX-3OsE. Transcript accessible at: https://www.govinfo.gov/content/pkg/CHRG-117hhrg47129/html/CHRG-117hhrg47129.htm

"The Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates Under Executive Order 13990," comments by the Regenerative Crisis Response Committee, to the U.S. Office of Management and Budget. With Stephanie Kelton, Lawrence Baxter and Jay C. Shambaugh, June 21, 2021. https://www.regulations.gov/comment/OMB-2021-0006-0076

"Statement of Joseph Stiglitz at Center on Budget and Policy Priorities Press Conference," Center on Budget and Policy Priorities Report, Oct. 26, 2001. http://www.cbpp.org/10-26-01bud.htm

"Too Big to Fail or Too Big to Save? Examining the Systemic Threats of Large Financial Institutions," testimony at a hearing of the United States Congress's Joint Economic Committee, April 21, 2009. http://www.jec.senate.gov/public/?a=Files.Serve&File_id=6b50b609-89fa-4ddf-a799-2963b31d6f86

"Tax Cuts are not Automatically the Best Stimulus: A Response to Glenn Hubbard," with Peter Orszag, Center on Budget and Policy Priorities Report, Nov. 27, 2001. http://www.cbpp.org/11-27-01tax.pdf

"The True Cost of the War," testimony with Linda J. Bilmes at the House Committee on Veterans' Affairs, September 30, 2010, http://veterans.house.gov/hearings/Testimony_Print.aspx?newsid=632&Name=_Linda_J._Bilmes

"U.S. versus Microsoft, Declaration as Part of The Tunney Act Proceeding," with Jason Furman, commissioned by the Computer & Communications Industry Association, Jan. 28, 2002. http://www.sbgo.com/Papers/tunney_jesjf.pdf

"Witness Testimony of Joseph E. Stiglitz," Congressional Oversight Panel, Hearing on Impact of the TARP on Financial Stability, March 4, 2011. http://cybercemetery.unt.edu/archive/cop/20110401230935/http://cop.senate.gov/documents/testimony-030411-stiglitz.pdf

"The World Bank's Disclosure Policy Review and the Role of Democratic Participatory Processes in Achieving Successful Development Outcomes," testimony at a hearing by the Committee on Financial Services, U.S. House of Representatives, September 10, 2009. http://archives-financialservices.house.gov/media/file/hearings/111/111.73.pdf

137

**Other outside activities**

**Speaking engagements at some point during the past five years**

List includes lectures, speeches, and participation in panels. To view a select chronological list of Professor Stiglitz's speeches and links to PowerPoints, videos, and speech texts, please visit his website, www.josephstiglitz.com.

A2A Group; Academy of Contemporary China and World Studies; Adelphi University; Aegon; African Union Commission (AUC); Agence Française de Développement (AFD) Group; Alpbach Forum; Ambrosetti Forum; American College of Greece; American Economic Association (AEA) / Allied Social Science Association; American Express; Amherst College; Aon Insurance; AquaVision-Skretting; Argentine Chamber of Construction; Asia Future Forum (Hankyoreh); Asian Development Bank; Aspen Ideas Festival; Athens Democracy Forum; Australia Institute; Australia Productivity Commission; Australian Commonwealth Treasury; Australian Competition and Consumer Commission; Australian Conference of Economists; Australian National University; Australian National University Crawford School of Public Policy; Austrian Finance Ministry; AXA; Axis Bank India; Azim Premji University; Bali Democracy Forum; Bank Danamon; Bank of Singapore; Banque Pictet; Barclays Asia Forum; BearingPoint USA; Beijing Municipal Commission of Education; Beijing Municipal Government; Berggruen Institute; Bertelsmann Stiftung; Blue Metropolis Foundation (Canada); Board of the Democratic Business Council for Northern Virginia; BOC; Bocconi University; Bolivia Chamber of Commerce; Boston Consulting Group; Boston University; Boston University Business School; BOZAR; Bper Banca; Brazilian Development Bank (BNDES); Brooklyn Public Library; Bruegel; Bund Summit; Business for Peace Foundation; C.D. Howe Institute; CAF - Development Bank of Latin America; Caijing Magazine; Caixin Summit; Carl Schurz Haus; Center for a New Economy (CNE); Center for Economic and Policy Research; Center for Pandemic Research, ISERP Columbia University; Center for Political Economy - Columbia; Center for Public Integrity; Center on Global Economic Governance (CGEG); Center on Global Economic Governance Ukraine; Central Bank of Argentina; Central Bank of Chile; Central European Forum; Central European University; Centro di Formazione Management del Terziario; Cesena Fiera; Chamber of Commerce of Rome; Charleston to Charleston Literary Festival; Chatham House The Royal Institute of International Affairs; Chey Institute for Advanced Studies; Chilean Government; China Development Forum; China Development Research Foundation; China Institute; China Institute for Innovation and Development Strategy; China International Finance Society; Chinese Academy of Social Sciences; Chinese Association for Science and Technology (CAST); Chosun Media Group; Ciudadania Inteligente; Claim the Future; ClearlySo; Clinton Global Initiative; CogX; Colorado College; Columbia Center on Sustainable Development; Columbia Club of New York; Columbia Global Centers; Columbia Real Estate Forum; Columbia University Alumni Association (Bangalore); Columbia University Chazen Global Business Forum; Columbia University Committee on Global Thought; Columbia University Institute of Global Politics; Columbia World Leaders Forum; Columbia World Projects; Commonwealth Club; Conexus Financial; Confindustria Romagna; Congreso Futuro; Cornell University; Cour des Comptes; CPTV; Credit Suisse; D-66 Voorschoten

(The Netherlands); DE JURE World Bank; De'Longhi Group; Delphi Economic Forum; Democratic Party of Japan; Dicastery for Promoting Integral Human Development (DPIHD); Dip. Scienze Economiche, Università di Bologna; Economcs for Inclusive Property; Economia Come; Economic and Social Research Foundation (ESRF); Economic Commission for Latin America and the Caribbean (ECLAC); Economics of Creative Destruction conference; Economist Impact; Economy of Francesco; Edinburgh Book Festival; Epoch Foundation (Taiwan); Espacio Publico (Chile); EURAC Research; EuroFinance; European Association of Environmental and Resource Economists Conference; European Bank for Reconstruction and Development (EBRD); European Central Bank; European Commision's Cohesion Forum; European Commission's Directorate General for Financial Markets and Financial Stability (DG FISMA); European Commission's Directorate-General for Economic and Financial Affairs; European Forum Alpbach; European Investment Bank; European Parliament; European Parliament Beyond Growth Conference; European Public Health Association; European University Institute; EY Emilia Romagna; Fabian Society; Faculty of Economics and Business University of Chile; Federal Reserve Board conference; Fedesarrollo; Feltrinelli Foundation; Financial Times with the United Nations Programme on HIV and AIDS; FINEXUS: Center for Financial Networks and Sustainability; Five Star Movement; Fondation Jean Jaurès; Fondazione Ermanno Gorrieri per gli Studi Sociali; Fonds de recherche du Québec – Société et culture (FRQSC) (Government of Quebec); Fordham University; Fordham University The School of Law (The Brattle Group; Compass Lexecon; Allen & Overy; Linklaters; Rucellai & Raffaelli); Foreign Correspondents' Club Hong Kong; Forum New Economy; Forum PA; Foundation for European Progressive Studies (FEPS); Foundation Max van der Stoel; Freshfields Bruckhaus Deringer LLP; Friedrich-Ebert-Stiftung; Friends of SDG Financing; Frontiers of Thought; Fundação Democrito Rocha (Jornal O Povo); Fundação Friedrich Ebert (FES) Brazil; Fundacion Colunga (Chile); Fundación Rafael del Pino; FutureSuper; Gabon Special Economic Zone (GSEZ); Georgetown Global Economic Challenges Network; Global Center on Adaptation; Global Forum on Latin America and the Caribbean; Global Risk Forum; Gordon Institute of Business Science (South Africa); Government of Austria; Government of Chile; Greater China Society of Columbia Business School; Green Climate Fund; Green Swan Conference (The Bank for International Settlements, Bank of France, International Monetary Fund and Network for Greening the Financial System); Gyeonggi Province South Korea; Haitong; Haitou Global; Hana Financial Group; Hans-Boeckler-Stiftung; Harvard Kennedy School; Hay Festival Cartegena de Indias; HEC Paris; HKU Business School; Hongqiao Forum; HowTheLightGetsIn Festival (UK); Human International Documentary Film Festival; Human Resources Development Service of Korea; Human Rights Watch; I.S.E.O. Institute Summer School; Iceland Ministry of Culture and Business Affairs; Independent Commission for the Reform of International Corporate Taxation (ICRICT); Indonesia Deposit Insurance Corporation (IDIC); Inesc; INET Commission on Global Economic Transformation; Infrastructure Access Manager; Institute for Global Economics (South Korea); Institute for Latin American Studies at Colubmia University; Institute for New Economic Thinking (INET); Institute for New Economic Thinking (INET) Young Scholars Initiative; Institute for Science, Engineering and Public Policy; Institute of Global Economics; Institute of International and European Affairs; Instituto para Reforma das

139

Relações entre Estado e Empresa; Inter American University of Puerto Rico; Inter-American Development Bank (IDB); International and European Public Services Organisation (IPSO); International Economic Association; International Finance Forum; International Monetary Fund; International Social Wellbeing Conference (Malaysia); Istanbul Literature House; Italian Association for the Study of Comparative Economic Systems (AISSEC); J.P. Morgan Global ESG Conference; Jaipur Literary Festival; Janeway Institute (University of Cambridge); Japan International Cooperation Agency (JICA); Japan Regional Strategy Group; Japan Society; Jilin University; Johns Hopkins University SAIS Europe; Joint United Nations Programme on HIV/AIDS (UNAIDS); Jornal de Negócios Conference; Junior Academy of Science of Ukraine; Keizai Koho Center (Japan Institue for Social and Economic Affairs); Kentucky Author Forum; Kerala Dialogues (Government of Kerala, India); Kerala Looks Ahead (Kerala State); Khazanah Megatrends Forum; Korea Importers Association (KOIMA); Korea Trade-Investment Promotion Agency; Korea Trade-Investment Promotion Agency (KOTRA); Korean Educational Broadcasting System; Korea-South & Southeast Asia Business Coalition; Kyiv International Economic Forum; Kyiv School of Economics; Kyunghyang Daily News; Labour Party of the UK; Laterza Festival of Economics; Least Developed Country (LDC) Future Forum; Les Entretiens du Tresor; Liberal Democratic Party of Japan; Lindau Nobel Laureate Meetings; L'Institut Open Diplomacy; London School of Economics; London School of Economics (LSE) Grantham Research Institute on Climate Change and the Environment; London School of Economics Global Economic Governance Commission; London School of Economics IDEAS; Lotos Club; Loyola Marymount College; Mandiri Investment Forum; Mastercard; Meharry Medical College; Messe München; Mexican Institute of Financial Executives (IMEF); Minderoo Foundation; Ministry of Economy and Finance (Mozambique); Ministry of Economy, Trade and Industry Japan; Ministry of Education (France); Ministry of Finance (Ethiopia); Ministry of Finance (Japan); Misum Forum Stockholm School of Economics; Monash University; Monetary Policy Institute; Morgan Stanley; Museum of American Finance; National Academy of Sciences; National and Kapodistrian University of Athens; National Association of Insurance Companies (ANIA); National Bureau of Economic Research; National Defense University; National Festival of Civil Economy; National Press Club; Naturgy Foundation; New Development Bank; New Economic Foundation; New Press; New Zealand Wellbeing Report Seminar; Nielsen Italia; NMS Management; NN Investment Partners; Nobel Foundation; Nordic Business Forum; Nor-Shipping (Norway); Northeastern University; Notre Dame University; NYU School of Law; Observatoire Quebecois des Inegalites (Canada); OECD; Ontario Chamber of Commerce; Open Society Foundations; openDemocracy; Organisation for Economic Co-operation and Development; Our Future in the Balance Conference (British Institute for International and Comparative Law and Hausfeld); Oxfam Brazil; Palestine Economic Policy Research Institute; Paradigm Capital; Party of European Socialists (PES); Paypal; Pearson; Peking University; Penske Media Corp.; Perth Town Hall; Peterson Institute for International Economics (PIIE); PlattesGroup S.L.; PolicyForum Infrastructure Roundtable; Pontifical Academy of Social Science (PASS); Pordenone Legge Festival (Italy); Presseclub Concordia; Prince Charles Carbon Pricing Roundtable; Project LINK; Puerto de Ideas Valparaíso Festival; Qingdao Municipal Government; Ramsay Foundation (Australia); Ravin; Reinventing Bretton Woods Committee; Research

140

Institute for Development, Growth and Economics (RIDGE); Research Institute of Economy, Trade and Industry Japan; Rethink Trade; Rosa Luxemburg Stiftung; Rosso Evolution; Royal Danish Library; Royal Melbourne Institute of Technology; Saint Camillus International University of Health and Medical Sciences; Sarawak Future Forum; Schloss Elmau; Scholas Occurrentes; School of International and Public Affairs at Columbia University; Science and Technology in Society; Sciences Po; Scuola Superiore Sant'Anna; Seoul Business Agency (SBA); Seoul Forum (Seoul Economic Daily); Seoul International Finance Conference; Seoul National University Center for Transnational Migration and Social Inclusion; Sexten; Shenzhen Municipal Government; Simon-Kucher & Partners; Skagen Fund; Social Science Foo Camp; Society for the Analysis of Government and Economics (China); South Korean Economic and Social Development Commission; Spanish Government; Stanford University; State Street Global Advisors; Stockholm Resilience Center/Beijer; SUNY Albany; Supreme Federal Court of Brazil; Sydney Policy Lab at the University of Sydney; Symi Symposium; Systemiq; Tamer Center; TATA; Tax Justice Network; Techonomy; The African Development Bank (AfDB); The ASEAN Culture House; The Australia Institute; The Bellagio Center - The Rockefeller Foundation; The Bill & Melinda Gates Foundation; The Brookings Institution; The Center on Capitalism and Society at Columbia University; The Chinese University of Hong Kong; The Consulate General of Sweden in New York; The Economic Policy Institute; The Eighth Sustainability Summit for SE Europe and the Mediterranean; The European Money and Finance Forum (SUERF); The Fu Foundation School of Engineering and Applied Science at Columbia University; The Institute for Human Sciences (Austria); The New Press; The New Yorker Festival; The Overseas Development Institute; The Rockefeller Foundation; The Royal Academy (Bhutan); Think20 (King Abdullah Petroleum Studies and Research Center [KAPSARC], King Faisal Center for Research and Islamic Studies [KFCRIS]); Tiger Brokers; Tokyo International Conference on African Development; Town Hall Seattle; Trento Festival of Economics; Trilateral Commission; Trinity College; Tsinghua PBC School of Finance; Tsinghua University; TV Chosun; U.S. Senate Committee on the Budget; UBS; UK House of Lords Economic Affairs Committee; UK Treasury; UNESCO; UNI Global Union; United Nations; United Nations Conference on Trade and Development; United Nations Department of Economic and Social Affairs; United Nations Development Programme Conference; United Nations Economic and Social Council; United Nations Educational, Scientific and Cultural Organization; United Nations Environment Programme; United Nations General Assembly; United Nations General Assembly Economic and Financial Committee; United Nations High-level Advisory Board on Economic and Social Affairs; United Nations High-Level Panel on Innovation and Access to Medicines; United Nations Human Rights Council; United Nations Industrial Development Organization; United Nations Statistical Commission; United Nations University; United Nations University World Institute for Development Economics Research (UNU-WIDER); United States Congress; United States Government Accountability Office; United States House of Representatives Financial Services Monetary Policy Subcommittee; United States House of Representatives Select Subcommittee on Coronavirus; Universidad del Rosario; Università Cattolica del Sacro Cuore; University College London; University of Birmingham; University of Bologna; University of Buenos Aires; University of California Berkeley; University of Chile;

141

University of Dar es Salaam; University of Florence; University of Havana; University of La Plata; University of Melbourne; University of Oxford; University of Padua; University of Pretoria Gordon Institute of Business Science; University of São Paulo; University of Siena; University of Sydney; University of Technology Sydney; University of Texas Austin; University of Trento; US Department of Justice and Federal Trade Commission; US-UK Fulbright Commission; Vaccine Justice; Victoria State Treasurer; Vienna University of Economics and Business; Villa D'Este; Warwick Economics Summit; Waterfall Asset Management; Weekly Biz; White House Office of Science and Technology Policy; World AI Cannes Festival (IBM; Sensetime; Meta; Microsoft; Huawei; Hewlett Packard Enterprise; Nvidia; Veritone; Collibra; Graphcore; Pangeanic; SAP); World Bank Civil Society Policy Forum; World Bank Treasury Reserve Advisory & Management Partnership (RAMP) Forum; World Economic Forum; World Health Organization; World Technology Network; World.Minds; Yahoo Finance Invest; Yale University; Yomiuri Shimbun Yomiuri International Economic Society; Young Presidents Organization; Zhejiang University

**Additional outside activities (including consulting, advising, paid and unpaid) at some point during last five years:**

CFTC-SEC Advisory Committee on Emerging Regulatory Issues (Member), Acumen Fund (member of the board), Amherst College (member of board of trustees), Resources for the Future (member of board of trustees), Alliance for Climate Projection, Center for Global Development, Economic Research Forum (Cairo), Barcelona Graduate School of Economics Advisory Scientific Council, International Advisory Board, Statoil and Docomo, Scientific Advisory Board, International Economics Association (President, 2011-2013), World Bank (CEAC, Chief Economist's Advisory Council, Eminent Persons), OECD (High Level Expert Group on the Measurement of Economic Performance and Social Progress, co-chair), Commission of Experts on Reforms of the International Monetary and Financial System, appointed by the President of the General Assembly of the United Nations (2009, chair), Economic Advisory Council (South Africa), South African Competitive Council (Expert), Government of South Africa, Fiscal Commission Working Group (Scotland), Roosevelt Institute (Chief Economist), Oxfam, Advisory Board of the Martin School of Oxford, Independent Commission for the Reform of International Corporate Taxation (Commissioner), World Economic Forum (on Latin America, Co-chair and other advisory work), China Development Research Foundation, Research Institute for Development, Growth and Economics (Chairman), Brennan Center for Justice (Member, Economic Advisory Board), Carbon Pricing Leadership Coalition's High-level Commission on Carbon Prices (Co-Chair), Center for a New Economy's Growth Commission for Puerto Rico (Member), Institute for New Economic Thinking (INET, Advisory Board and Co-Chair of Global Economic Transformation Commission), United Nations High-level Advisory Board on Economic and Social Affairs (Chair), Swedish International Development Cooperation Agency (SIDA, consultant), Progressive Economy Forum (Member), School of Public Policy and Management, Tsinghua University (Board Member), Canadian Parliament, Dutch Parliament.

**Litigation support/expert witness**: for merchant plaintiffs in anti-trust litigation concerning alleged anti-competitive restraints imposed by Visa, Mastercard, and

142

American Express and for US Air concerning alleged anti-competitive restraints imposed by Sabre GDS; for plaintiffs in Canada concerning alleged anti-competitive practices of Microsoft and their impacts on consumers and innovation; for plaintiffs involved in litigation involving alleged misconduct by credit rating agency; plaintiffs in litigation alleging collusion in setting of the London InterBank Offered Rate; for Ambac Assurance Corp. and MBIA Insurance Corp. in various litigations adverse to banks regarding underwriting practices; for Epic Games in litigation against Google for allegedly anticompetitive activities regarding smartphones; for Robinson Huron Treaty Litigation Fund, Red Rock First Nation, and Whites and First Nation in litigation adverse to the Canadian and Ontario governments regarding Treaty rights; for defendant the Irish Times in a defamation case; pro-bono expert for Argentina in litigation involving debt restructuring; expert witness on welfare costs associated with exclusionary actions against Intel, Apple, and Hewlett Packard before ITC in case involving alleged patent infringement; pro-bono amicus filings in cases concerning American Express, Alien Torts Act, patentability of human genes (BRAC genes), and debt restructuring (interpretation of pari passu clause), Brattle (work involving financial sector misconduct and anti-trust issues); pro-bono amicus filing for plaintiffs in State of New York et al. v. Facebook, Inc.; pro-bono amicus filing in support of petition of writ of certiorari in Jam v. International Finance Corporation; Facebook, Inc.; pro-bono expert for Atmospheric Trust Litigation Attorneys Group (ATLAG) in Juliana v. United States case.

Informal and unpaid consultations and advice to a variety of governments and government officials, including those in Argentina, Canada, Costa Rica, France, Greece, Guyana, Namibia, Panama, Scotland, South Africa, Spain, and Tanzania; congressional testimony and to the congressional oversight panel on matters relating to reforming the financial sector, the cost of Iraq and Afghanistan wars, climate change, Covid-19 and inequality.

**Working papers and unpublished papers (in categories)**

**1. Economics of Information**

"Bilateral Information Disclosure in Adverse Selection Markets with Nonexclusive Competition," with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 27041, April 2020.

"Characterization, Existence, and Pareto Optimality in Insurance Markets with Asymmetric Information with Endogenous and Asymmetric Disclosures: Revisiting Rothschild-Stiglitz," (update and revision of "Equilibrium in a Competitive Insurance Market Under Adverse Selection with Endogenous Information"), with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 24711, June 2018.

"Contests and Cooperation: Toward a General Theory of Compensation and Competition," presented at a Conference on the Internal Organization of Firms, International Institute of the Internal Organization of Firms, International Institute of Management, Berlin, July 1980; and at a Conference on the Economics of Information, University of Pennsylvania, May 1981.

"Cutting off Credit: An Application of Constraints on Incentive Devices," with A. Weiss, April 1982.

"Dynamic Aggregation of Heterogeneous Interacting Agents and Network: An Analytical Solution for Agent Based Models," with C. Di Guilmi, M. Gallegati, S. Landini.

"The Economics of Information in a World of Disinformation: A Survey Part 1: Indirect Communication," with Andrew Kosenko, NBER Working Paper No. 32049, January 2024.

"The Economics of Information in a World of Disinformation: A Survey Part 2: Direct Communication," with Andrew Kosenko, NBER Working Paper No. 32050, January 2024.

"Equilibrium in a Competitive Insurance Market Under Adverse Selection with Endogenous Information," with Jungyoll Yun and Andrew Kosenko, NBER Working Paper No. 23556, June 2017.

"Equilibrium Unemployment as a Worker Screening Device," with B. Nalebuff and A. Rodriguez, NBER Working Paper 4357, May 1993. (Paper presented as "Equilibrium Unemployment, Testing, and the Pure Theory of Selection" at the NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.)

"Equilibrium Unemployment, Testing, and the Pure Theory of Selection," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 1991.

"The Existence and Characteristics of Competitive Equilibrium," with R. Arnott, revised 1985.

"Existence and Equilibrium in Markets with Imperfect Information," with M. Rothschild, presented to World Congress of Econometric Society, Toronto, 1975.

"Incentives Schemes Under Differential Information Structures: An Application to Trade Policy," with P. Dasgupta, IMSSS Technical Report No. 172, Stanford University, July 1972.

"Information and Exploration Externalities," SEER Technical Report, Stanford University, 1976.

"Information in a Decentralized (Market) Economy," presented at Spoleto Conference on Post Industrial Society, July 1986.

"Information, Planning and Incentives," presented at the CSCCRP Sino-American Conference on Alternative Development Strategies in Wingspread, Racine, WI, November 1980. (Chinese edition published 1982.)

"Knowledge of Technology and the Technology of Knowledge: New Strategies for Development," Background paper for *UNDP Human Report 2001*.

144

"Moral Hazard and Unemployment in Competitive Equilibrium," with Patrick Rey, October 1993. (Revised July 1996.)

"Moral Hazard and Unemployment in Competitive Equilibrium," with Patrick Rey, NBER Working Paper No. 32700, July 2024.

"Prices and Queues in Screening Services in Competitive Markets," IMSSS Technical Report 212, Stanford University, August 1976.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Unemployment and Efficiency Wages: The Adverse Selection Model," with A. Rodriguez, presented at NBER/CEPR Conference on Unemployment and Wage Determination, Boston, October 17-19 1991.

"Unemployment As a Worker Selection Device," with B. Nalebuff, Princeton University, 1985, (Revision of "Quality and Prices," Princeton University Econometric Research Memorandum No. 297, May 1982.)

## 2. Economics of Uncertainty

"Risk and Trade Policy," with D. Newbery, World Bank Working Paper No. 53, January 1983. (Revised 1985.)

## 3. Risk and Agriculture

"Alternate Stabilization Schemes for Supply Uncertainty," with D. Newbery, Economic Theory Discussion Paper No. 4, University of Cambridge, January 1978.

"Determinants of the Distributional Impact of Commodity Price," with D. Newbery, Economic Theory Discussion Paper 17, University of Cambridge, July 1979.

## 4. Financial Markets

"Collective Moral Hazard and the Interbank Market," with Levent Altinoglu, NBER Working Paper No. 29807, February 2022.

"Economics of Small Business Lending," at "Bank Lending to Small Businesses: A Conference," Office of the Comptroller, November 15, 1991.

"The Effect of Financial Repression in an Economy with Positive Real Interest Rates: Theory and Evidence," with K. Murdock, August 1993.

"Equity Financing for New Firms," with I. Gale, May 1986.

"The Fall: A Chronicle of the Financial Crisis," lecture at IMCA 2010 Annual Conference in Orlando, Florida, May 17, 2010.

"Financial Restraint: Toward a New Paradigm," with Thomas Hellmann and Kevin Murdock, Stanford Graduate School of Business Research Paper: 1355, April 1995. (Prepared for World Bank's EDI Workshop on "Role of Government in Economic Development: Analysis of East Asian Experiences," Kyoto, Japan, September 16-17, 1994.)

"Futures Markets and Risk: A General Equilibrium Approach," Princeton University Financial Research Center Memorandum 47, April 1984.

"Futures Markets Are Almost Always Informationally Inefficient," with I. Gale, Princeton University Financial Research Center Memorandum No. 57, February 1985. (Revised as "A Simple Proof that Futures Markets Are Almost Always Informationally Inefficient," Working Paper, 1989.)

"Inequality and Finance in a Rent Economy," with Alberto Botta, Eugenio Caverzasi, Alberto Russo and Mauro Gallegati, June 1, 2018.

"Multiple Stock Offering and the Financing of New Firms," with I. Gale, Princeton University Financial Research Center Memorandum 73, November 1986.

"Perfect and Imperfect Capital Markets," presented to the Econometric Society Meetings, New Orleans, 1971.

"Optimal Bailouts and the Doom Loop with a Financial Network," with Agostino Capponi and Felix C. Correll, NBER Working Paper No. 27074, May 2020. Revised January 2022.

"Restoring Stability and Confidence in European Sovereign Debt Markets," lecture given at Global ARC in London, May 18, 2010.

"Theory of Liquidity Preference and the Term Structure of Interest Rates," Cowles Foundation Discussion Paper No. 252, August 1968.

## 5. Growth and Capital Theory

"Capital Constraints and Economic Growth," revised version of a paper prepared for a conference at Buffalo, May 1990.

"Imperfect Capital Markets and Productivity Growth," with B. Greenwald and M. Salinger. Paper presented at NBER Conference in Vail, CO, April 1990, revised March 1991 and April 1992.

"Notes on Learning, Capital Constraints, Growth and Efficiency," presented at Conference held by Institute for the Study of Free Enterprise Systems, Buffalo, NY, May 1990.

## 6. Climate Change and Natural Resources

"Climate Change: An Agenda for Global Collective Action," with Joseph E. Aldy and Peter R. Orszag, prepared for the conference on "The Timing of Climate Change Policies," Pew Center on Global Climate Change, October 2001.

"The Economics of Immense Risk, Urgent Action and Radical Change: Towards New Approaches to the Economics of Climate Change," with Nicholas Stern and Charlotte Taylor, NBER Working Paper No. 28472, February, 2022. Previous version, February, 2021.

"The Social Cost of Carbon, Risk, Distribution, Market Failures: An Alternative Approach," with Nicholas Stern, NBER Working Paper No. 28472, February, 2021. Revised February, 2022, with new title, "The Economics of Immense Risk, Urgent Action and Radical Change: Towards New Approaches to the Economics of Climate Change," with Nicholas Stern and Charlotte Taylor.

"Stepping Toward Balance: Addressing Global Climate Change," presented at the Conference on Environmentally and Socially Sustainable Development. Washington, D.C., October 6, 1997.

"Sharing the Burden of Saving the Planet: Global Social Justice for Sustainable Development," Keynote speech at the meeting of the International Economic Association, Istanbul, June 2008.

## 7. Theory of Market Structure, R&D

"Analysis of Factors Affecting the R&D Choices of Firms," with P. David, Center for Research in Economic Growth Memorandum 232, Stanford University, 1979.

"Creating Competition in Telecommunications," presented at the Conference on Managing the Telecommunications Sector Post-Privatization, George Washington University, Washington, D.C., April 27, 1998.

"Entry, Equilibrium, and Welfare," with R. Gilbert.

"Exercises in the Economics of Learning-By-Doing," with P. Dasgupta, Cambridge University, May 1985. (Presented at GTE Conference on Industrial Organization, Cambridge, August 1985.)

"Intellectual Property Rights, the Pool of Knowledge, and Innovation," NBER working paper 20014, March 2014, available at http://www.nber.org/papers/w20014.pdf?new_window=1.

"Some Rough Notes on Diversity of Tastes and Diversity of Commodities," Oxford University, paper presented at Bell Labs Conference on Monopolistic Competition, February 1977.

"Sunk Costs, Competition, and Welfare," with P. Dasgupta, August 1985.

"Unemployment and Innovation," NBER Working Paper 20670, November 2014.

"Welfare and Competition with Sunk Costs," with P. Dasgupta, November 1985.

## 8. Macroeconomics

"An Agenda for Reforming Economic Theory," lecture at Institute for New Economic Thinking Conference in Cambridge, April 10, 2010.

"Artificial Intelligence, Globalization, and Strategies for Economic Development," with Anton Korinek, Centre for Economic Policy Research Discussion Paper 15772, February, 2021.

"Bankruptcy protection against macroeconomic shocks: the case for a 'super chapter 11'," with M. Miller, World Bank Conference on Capital Flows, Financial Crises, and Policies, April 15, 1999.

147

"Capital Market Imperfections and Labor Market Adjustments," with B. Greenwald, presented to NBER/CEPR Conference on Labor Market Dynamics, Cambridge, October, 1991.

"Credit, Land Speculation, and Long-Run Economic Growth," with Tomohiro Hirano, NBER Working Paper No. 32479, May, 2024.

"An Economic Analysis of Labor Turnover," Institute for Mathematical Studies in the Social Sciences (ISMMM) Working Paper No. 53, Stanford University, February 1976.

"Economic Fluctuations and Pseudo-Wealth," NBER Working Paper 28415, January 2021.

"Evolutionary Theory and the Current Economic Crisis," presented at the American Economic Association annual meeting, January, 2010.

"Expectations, Asset Accumulation and the Real-Balance Effect," with P. Neary, presented at Dublin Meetings of the Econometric Society, September 1982, Working Paper 1990.

"Financially Constrained Fluctuations in an Evolving Network Economy," with D. Delli Gatti, M. Gallegati, B. Greenwald and A. Russo, NBER working paper No. 14112, June 2008.

"From Measuring Production to Measuring Wellbeing," lecture co-hosted by the Economic Society of Australia Victorian Branch and the Productivity Commission in Melbourne, Australia, July 29, 2010.

"Growth and Equity in a World of Deficits: An Alternative to Austerity," lecture given in Copenhagen, Denmark, May 13, 2011.

"Growth and Fluctuations: An Overview," NBER Working Paper No. 33218, December, 2024.

"Household Labor Supply, Unemployment, and Minimum Wage Legislation", with Kaushik Basu and Garance Genicot, Policy Research Working Paper 2049, Washington, D.C.: World Bank, 1999.

"Imperfect Information and Macroeconomic Analyses," with B. Greenwald.

"Land Speculation and Wobbly Dynamics with Endogenous Phase Transitions," with Tomohiro Hirano, NBER Working Paper No. 29745, February, 2022.

"The Long Boom? Business Cycles in the 1980s and 1990s," given to CEPR conference "The Long Boom", Stanford University, September 5, 1997.

"Macro-economic Management in an Electronic Credit/Financial System, " NBER Working Paper 23032, January 2017.

"Macroeconomic Dynamics, Heterogeneous Interacting Agents and Network: A Solvable Agent Based Model of a Monetary Economics," with M. Gallegati and S. Landini, 2010.

148

"Macroeconomic Equilibrium and Credit Rationing," with A. Weiss, NBER Working Paper No. 2164, 1987.

"Macroeconomic Stabilization for a Post-Pandemic World," with Anton Korinek, Hutchins Center Working Paper No. 78, Brookings Institution, August 2022.

"The New Keynesian Economics: Money and Credit," Fisher-Schultz Lecture presented at the Meetings of Econometric Society, Copenhagen, August 1987.

"Principles and Guidelines for Deficit Reduction," The Roosevelt Institute, December 2, 2010, Working Paper No. 6.

"Psuedo-Wealth and Consumption Fluctuations," with Martin Guzman, NBER Working Paper No. 22838, November 2016 and presented at the American Economic Association Meetings, January, 2015.

"Rethinking Macroeconomics: What Went Wrong and How to Fix It," Adam Smith Lecture, European Economic Association, Glasgow, August 24, 2010. Also presented at DIME conference, Budapest, September 8, 2010.

"Towards a Dynamic Disequilibrium Theory with Randomness," with Martin Guzman, NBER Working Paper No. 27453, June, 2020.

"A Theorist's View of Policymaking and a Policymaker's View of Theory Perspectives on Modern Macro-economics," Marshall Lectures presented at Cambridge University. April 29-30, 1996.

"The Wobbly Economy: Global Dynamics with Phase and State Transitions," with Tomohiro Hirano, NBER Working Paper No. 29806, February, 2022.

## 9. Monetary Economics

"Adverse Selection, Credit Rationing and Central Bank Policy," Working Paper, 1989.

"Capital Market Imperfections and Regional Economic Development," with B. Greenwald and A. Levinson, prepared for CEPR conference on Finance and Development in Europe, Santiago, Spain, December 1991.

"Consumer and Producer Price-Neutral Tax Reform with an Informal Economy," with M. Shahe Emran, Working Paper, September, 2002.

"Money Neutrality in a Model of Firm Adjustment," with B. Greenwald and K. Clay, Working Paper, Stanford University, 1990.

"Monetary and Exchange Rate Policy in Small Open Economies: The Case of Iceland," Central Bank of Iceland Working Paper Nr. 15. http://www.sedlabanki.is/uploads/files/WP-15.pdf

"Monetary Policy and the Institutional Structure of Banking," with B. Greenwald, June 1991.

"Monetary Policy and the Theory of the Risk-Averse Bank," with B. Greenwald, prepared for the conference "Macroeconomic Stabilization Policy: Lessons for the Future," CEPR, Stanford University and the Federal Reserve Bank of San Francisco, March 5, 1993.

"Net Worth, Exchange Rates, and Monetary Policy: The Effects of a Devaluation in a Financially Fragile Environment," with D. Delli Gatti, M. Gallegati, and B. Greenwald, Stiglitz, NBER working paper No. 13244, July 2007.

## 10. International Economics

"Asia and the Emerging Global Economic System," lecture presented at Institute for New Economic Thinking conference, Bretton Woods, April 10, 2011.

"Back to Basics: Policies and Strategies for Enhanced Growth and Equity in Post-Crisis East Asia," Bangkok, Thailand. July 29, 1999.

"Can We Prevent Another Global Financial Crisis?" public lecture at the University of Hobart in Hobart, Australia, August 2, 2010.

"The Economic Crisis: Towards a New World Order? Towards Sustainable Growth?" lecture given in Mumbai, May 26, 2010.

"Farewell to the Invisible Hand? A Global Financial System for the Twenty-first Century," 2010 David Finch Lecture at the University of Melbourne in Melbourne, Australia, July 28, 2010.

"Freefall: The Sinking of the Global Economy," public lecture at Murdoch University in Perth, Australia, Jul 19, 2010 and at the University of Queensland in Brisbane, Australia on July 26, 2010.

"The Future of the Euro: An Analysis of the Challenges Facing the Currency Union," Columbia University working paper, 2014.

"The Global Financial Crisis: Lessons for Economc and Financial Theory and Policy," presented to Swiss Finance Institute, Zurich, September 20, 2010.

"The Global Financial Crisis: Perspectives and Policies," presented to Stanford Institute for Economic Policy Research, Stanford, March 24, 1999. Also given as talk to Pacific Affairs Council and Pomona College.

"New Economic World Order: Perspectives from the U.S." presented in Flims, Switzerland, September 17, 2010.

"A New Era of Opening Up," lecture at the China Development Forum, March 20, 2011.

"Post-Neoliberal Globalization: International Trade Rules for Global Prosperity," with Martin Guzman, NBER Working Paper No. 32533, June, 2024.

"Two Principles for the Next Round or, How to Bring Developing Countries in from the Cold," Stockholm, Sweden, April 12, 1999. Revised and presented to WTO, Geneva, Switzerland, September 21, 1999.

"Responding to Economic Crises: Policy Alternatives for Equitable Recovery and Development," presented to North-South Institute, Ottawa, Canada, September 29, 1998.

"Responding to the Crisis: Real Estate, Asia, and the Global Economy," MIPIM Asia, Hong Kong, November 11, 2010.

"Road to Ruin?: Financial Instability and the Global Economy," lecture at the Crawford School of Economics in Canberra, Australia, August 3, 2010.

"A Short Note on Surveillance and How Reforms in Surveillance Can Help the IMF to Promote Global Financial Stability," International Monetary Fund, July 2011.

"Towards a New International Architecture: Principles and Policies," presented to European Investment Bank in Fiesole, Italy, October 15, 1995.

**11. Development**

"Allocation of Capital in East Asia," with M. Uy, prepared for *The East Asian Miracle,* World Bank, 1993.

"Artificial Intelligence, Globalization, and Strategies for Economic Development," with Anton Korinek, Centre for Economic Policy Research Discussion Paper 15772, February, 2021.

"Artificial Intelligence, Globalization, and Strategies for Economic Development," with Anton Korinek, NBER Working Paper No. 28453, February, 2021.

"Can Aid Facilitate Development? A New Vision for Development Cooperation in the 21st Century," paper presented Tokyo, Japan, September 17, 1997.

"Confronting AIDS in Developing Countries," address to Members of the European Parliament, Brussels, November 25, 1997.

"Development Under Adversity? The Palestinian Economy in Transition," address to the Conference on Development Under Adversity, Gaza, November 22, 1997.

"The Dialectics of Law and Development," with Antara Haldar, presented at the Institute for Policy Dialogue's China Task Force Meeting, June, 2008.

"Distribution, Efficiency and Voice: Designing the Second Generation of Reform," presented at Conference on Asset Distribution, Poverty, and Economic Growth. Ministry of Land Reform, Brazil and the World Bank, Brasília, Brazil, July 14, 1998.

"The East Asian Crisis and Its Implications for India," Commemorative Lecture for the Golden Jubilee Year Celebration of Industrial Finance Corporation of India, New Delhi, India, May 19, 1998.

"Equitable and Sustainable Development," presented at the Conference on "Central Banking and Sustainable Development in the 21st Century," Kuala Lumpur, 28-30 August, 2000.

151

"Financial Liberalization, Financial Restraint, and Entrepreneurial Development," with Shahe Emran, Institute for International Economic Policy Working Paper Series, Elliott School of International Affairs, The George Washington University, January, 2009.

"From Manufacturing-Led Export Growth To A Twenty-First-Century Inclusive Growth Strategy: Explaining The Demise Of A Successful Growth Model And What To Do About It," WIDER Working Paper 2018/176.  Helsinki: UNU-WIDER. Accessible at https://www.wider.unu.edu/publication/manufacturing-led-export-growth-twenty-first-century-inclusive-growth-strategy

"The Future of China," presented in "China: Challenges and Prospects," at the World Bank Group - International Monetary Fund Annual Meetings Program of Seminars, Hong Kong SAR, China, September 22, 1997.

"Government, Financial Markets, and Economic Development," NBER Working Paper 3669, 1991. (Presented at a conference by the Vargas Foundation, "The Economic Reconstruction of Latin America," Rio de Janeiro, August 1989.)

"Growth with Responsibility in a Globalized World – Findings of the Shadow G-8," with Stephany Griffith-Jones, Friedrich-Ebert-Stiftung *Dialogue on Globalization* Occasional Paper No. 31, May 2007.

"The Impact of Individual Accounts: Piecemeal vs. Comprehensive Approaches," with Mike Orszag, Peter Orszag, and Dennis Snower, presented at the World Bank Annual Development Conference, April 1999.

"The Indian Microfinance Crisis," with Antara Haldar, February 2013.

"Introduction," working paper distributed at Fifth Tokyo International Conference on African Development (TICAD), Initiative for Policy Dialogue, Columbia, June 1-3, 2013.

"An Issues Paper on Financial Markets and Policies in East Asian Economies," June 1992.

"Markets and Development," prepared for the American Economic Association Meetings, December 1980.

"Microfinance and Missing Markets," with Shahe Emran and Mahbub Morshed, October 2006.

"More Instruments and Broader Goals: Moving Toward the Post-Washington Consensus," World Institute for Development Economics Research (WIDER) Annual Lectures 2, Helsinki, Finland, January 1998.

"Participation and Development: Perspectives from the Comprehensive Development Paradigm," presented at the International Conference on Democracy, Market Economy, and Development. Seoul, Korea, February 27, 1999.

"Post Financial Crisis: Options for SIDS and Emerging Economies," presentation in Mauritius, February 9, 2011.

"Reducing Poverty: Some Lessons from the Last Quarter Century," presented at BWPI/Chronic Poverty Research Centre International Conference, "Ten years of global poverty reduction: What have we learned and what should we do?" September 8, 2010.

"A Report on the China Trip for the World Bank Project 'Public Policy and the Asian Miracle'," with Y. Qian, January 1993.

"The Role of Cognitive Change in Societal Rigidity and Change," with K. Hoff, March 20, 2011.

"The Role of the Financial System in Development," presentation at the Fourth Annual World Bank Conference on Development in Latin America and the Caribbean (LAC ABCDE), San Salvador, El Salvador, June 29, 1998.

"Second Generation Strategies for Reform for China," presented to Beijing University, Beijing, China, July 20, 1998

"A Social Democratic Agenda for a More Dynamic Indian Economy: Creating an Innovative and Learning Society," The 2010 Jawaharlal Nehru Memorial Lecture, November 18.

"Sound Finance and Sustainable Development in Asia," Keynote Address to the Asia Development Forum Manila, the Philippines, March 12, 1998.

"The State, the Market, and Development," WIDER working paper 2016/1, January 2016, originally presented at UNU-WIDER 30th Anniversary Conference held September 2015 in Helsinki, Finland, accessible at https://www.wider.unu.edu/sites/default/files/wp2016-1.pdf.

"Statement to the Meeting of Finance Ministers of ASEAN plus 6 with the IMF and the World Bank," Kuala Lumpur, Malaysia, December 1, 1997.

"Statement to the Meeting of the Heads of Multilateral Development Banks," Inter-American Development Bank, Washington, D.C., January 15, 1998.

"Survey of the Economics of International Debt," with J. Eaton and M. Gersovitz, 1985.

"Taxes, Prices, and the Balance Between Industry and Agriculture," with R. Sah, presented at 8th International Economic Congress in New Dehli, December 1986.

"Technology, Taxes, Prices, and the Balance between Industry and Agriculture," with R. Sah, prepared in EMBRAPA-Yale Workshop, Brasilia, May 18-22, 1987.

"Theory of Imperfect Competition in Rural Credit Markets," with K. Hoff, Institute for Policy Reform Working Paper IPR 49, October 1992.

"A Theory of Rural Credit Markets with Costly Enforcement," with K. Hoff, October 1992.

"Toward a New Paradigm for Development: Strategies, Policies, and Processes," given as the 1998 Prebisch Lecture at UNCTAD, Geneva, October 19, 1998.

"Towards a Pro-Development and Balanced Intellectual Property Regime," Keynote address presented at the Ministerial Conference on Intellectual Property for Least Developed Countries, World Intellectual Property Organization (WIPO), Seoul, October 25, 2004.

**12. Distribution of Income and Wealth**

"Inequality, Stagnation, and Market Power: The Need for a New Progressive Era," Roosevelt Working Paper, November 2017.

"Intergenerational Mobility and Dynastic Inequality," with R. Kanbur, Princeton University Economic Research Program Research memorandum No. 324, April 1986.

"Mobility and Inequality: A Utilitarian Analysis," with R. Kanbur, Economic Theory Discussion Paper 57, University of Cambridge, May 1982.

"New Theoretical Perspectives on the Distribution of Income and Wealth Among Individuals: Parts I-IV" NBER Working Papers 21189-21192, May 2015.

"Overcoming Wealth Inequality by Capital Taxes that Finance Public Investment," with L. Mattauch, D. Klenert, and O. Edenhofer, NBER Working Paper 25126, October 2018.

"Remarks on Inequality, Agency Costs, and Economic Efficiency," prepared for a workshop in "Economic Theories of Inequality," Stanford Institute for Theoretical Economics, Stanford University, March 11-13, 1993.

"Simple Formulae for the Measurement of Inequality and the Optimal Linear Income Tax," IMSSS Technical Report No. 215, Stanford University, August 1976.

**13. Welfare Economics**

"The Inefficiency of the Competitive Stock Market and Its Implications for the Depletion of Natural Resources," Studies in the Economics of Energy Resources, Technical Report No. 21, Stanford University, 1977.

"Pareto Inferior Trade and Optimal Trade Policy," with D. Newbery, Princeton University Econometric Research Program Research Memorandum 281, May 1981.

**14. Comparative Economic Systems / Organization Theory**

"Are Supply Networks Efficiently Resilient?" With Agostino Capponi and Chuan Du, The Federal Reserve Finance and Economics Discussion Series (FEDS), May, 2024. Also published as NBER Working Paper 32221, March, 2024, revised January, 2025.

"Economics of Committees," with R. Sah, Center Discussion Paper 486, Economic Growth Center, Yale University, June 1985.

"Human Nature and Economic Organization," Jacob Marashak Lecture, presented at Far Eastern Meetings of the Econometric Society, October 1987.

154

"Lessons for Transition Economies from the Experience of the East Asian Tigers," Videorecording of a lecture given in an IMF Institute seminar series, November 7, 1996.

"Managerial Quality in Centralized versus Decentralized Economic Systems," with R. Sah, July 1986.

"Notes on Evolutionary Economics: Imperfect Capital Markets, Organizational Design, Long-run Efficiency." 1995.

"Perpetuation and Self-Reproduction of Organizations: The Selection and Performance of Managers," with R. Sah, presented at World Congress of Econometric Society, Cambridge, August 1985.

"Some Aspects of a General Theory of Economic Organization," lecture presented at the Ninth Latin American Meeting of the Econometric Society, Santiago, Chile, August 1989.

**15. Political Economy**

"Gender and Development: The Role of the State," World Bank Gender and Development Workshop, Washington, D.C., April 2, 1998.

"How Neoliberalism Failed, and What a Better Society Could Look Like," Roosevelt Institute Working Paper, August, 2024.

"Political Economy in a Contestable Democracy: The Case of Dividend Taxation," with A. Korinek, *2008 Meeting Papers*, Society for Economic Dynamics.

"Public Policy for a Knowledge Economy," remarks at the Department for Trade and Industry and Center for Economic Policy Research, London, U.K., January 27, 1999.

"Reflections on the Theory and Practice of Reform," presented to Stanford University, September 17, 1998.

"Rethinking the Economic Role of the State: Publicly Provided Private Goods," lecture delivered at Universitat Pompeu Fabra, Barcelona, November 15, 1992.

**16. Theory of Taxation / Public Finance**

"Financial Structure and the Incidence of the Corporate Income Tax," with B. Greenwald, March 1987.

"Income-Contingent Loans as an Unemployment Benefit," with Jungyoll Yun and Haaris Mateen, NBER Working Paper No. 29198, August 2021.

"Information and Multi-Period Optimal Income Taxation with Government Commitment," with D. Brito, J. Hamilton, and S. Slutsky, NBER Working Paper 2458, December 1987.

"Information and Multi-Period Optimal Taxation With Self-Selection," with D. Brito, J. Hamilton and S. Slutsky, Princeton University, October 1983.

155

"Local Financing Alternative to the International Incidence of Corporate Income Taxes," with B. Greenwald, presented to NBER Conference on International Aspects of Taxation, September 1991.

"Modelling the Effects of Capital Gains Taxes on the Accrual and Realization of Capital Gains," Report prepared for the Department of the Treasury, October 1981.

"Pareto Efficient Taxation and Expenditure Policies, With Applications to the Taxation of Capital, Public Investment, and Externalities," presented at conference in honor of Agnar Sandmo, Bergen, January 1998.

"Technological Change and Taxation," prepared for Conference on Tax Policy in the Twenty-First Century, Washington, D.C.

"Taxation and Agricultural Pricing Policies, Cost Benefit Analysis, and the Foreign Exchange Constraint," Paper prepared for the World Bank, September 1982.

"The Town-Versus-Country Problem: Optimal Pricing in an Agrarian Economy," with A. Braverman and R. Sah, presented to a Conference at the World Bank, June 1982.

## 17. Theory of Public Expenditures

"Project Appraisal and Foreign Exchange Constraints: A Simple Exposition," with C.R. Blitzer and P. Dasgupta, NBER Working Paper 2165, 1987.

"The Theory of International Public Goods and the Architecture of International Organizations," Background Paper No. 7, Third Meeting, High Level Group on Development Strategy and Management of the Market Economy, UNU/WIDER, Helsinki, Finland, July 8-10, 1995.

## 18. Miscellaneous

"Bailouts, Regulation or Free Markets? Business and Government in a Small Regional Economy," lecture given to Economic Society of Australia Tasmania Branch and the Tasmanian Chamber of Commerce and Industry in Hobart, Australia, August 2, 2010.

"China: Forging a Third Generation of Reforms," Speech given on July 23, 1999.

"The Impact of Asbestos Liabilities on Workers in Bankrupt Firms," with Jonathan M. Orszag and Peter R. Orszag, commissioned by the American Insurance Association, December 2002.

"Inequality and Capital Taxation," IMSSS Technical Report 457, Stanford University, July 1985.

"Incentives and Institutions in the Provision of Health Care in Developing Countries: Toward an Efficient and Equitable Health Care Strategy," Keynote Address, International Conference in Health and Economic Development, National Institutes of Health, November 15, 1999.

"Optimal Leverage: The Role of Externalities," with S. Battiston, D. Delli Gatti, M. Gallegati, and B. Greenwald.

"Optimal Provision of Loans and Insurance against Unemployment from a Lifetime Perspective," with Jungyoll Yun, National Bureau of Economic Research Working Paper 19064, May 2013.

"Optimality and Equilibrium in a Competitive Insurance Market under Adverse Selection and Moral Hazard," with Jungyoll Yun, NBER Working Paper 19317, August 2013.

## 19. Covid-19 and Post-Pandemic Economies

"Four Priorities for Pandemic Relief Efforts," Roosevelt Institute Working Paper, April, 2020.

"Macroeconomic Stabilization for a Post-Pandemic World," with Anton Korinek, Hutchins Center Working Paper No. 78, Brookings Institution, August 2022.

"The Pandemic Economic Crisis, Precautionary Behavior, and Mobility Constraints: An Application of the Dynamic Disequilibrium Model with Randomness," with Martin Guzman NBER Working Paper 27992, October 2020.

"Report: The Global Pandemic, Sustainable Economic Recovery, and International Taxation," with Edmund Fitzgerald, Eva Joly, Gabriel Zucman, Jayati Ghosh, et al., ICRICT, June 15, 2020.

"Will COVID-19 fiscal recovery packages accelerate or retard progress on climate change?" with Cameron Hepburn, Brian O'Callaghan, Nicholas Stern and Dimitri Zenghelis, Oxford Smith School of Enterprise and the Environment Working Paper No. 20-02, May 2020.

*This CV was last fully updated on January 09, 2025.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Appendix B**: Materials Relied Upon

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# Materials Relied Upon

## CASE MATERIALS

Declaration of Donald R. Cameron in Support of Developer Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Apple Inc., *Cameron, et al., v. Apple Inc*., No. 4:19-cv-03074-YGR, (N.D. Cal.), August 26, 2021, ECF No. 396-3.

Defendant Apple Inc.'s Notice of *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz: Memorandum of Points and Authorities, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), June 23, 2023.

Defendant Apple Inc.'s Opposition to Consumer Plaintiffs' Renewed Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. C 11-06714-YGR (N.D. Cal.), March 10, 2023.

Order Denying Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abranes-Metz; and Granting Plaintiff's Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal,), February 2, 2024, ECF No. 789.

Stipulation and [Proposed] Third Amended Consolidated Class Action Complaint,Plaintiffs' Proposed Third Amended Consolidated Class Action Complaint, *In re Apple iPhone Antitrust Litigation*, No. C 11-06714-YGR (N.D. Cal.), September 11, 2020, ECF No. 228.

## EXPERT REPORTS

Expert Report and Declaration of Aviel D. Rubin, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, August 10, 2021.

Expert Report and Declaration of Itamar Simonson, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, August 10, 2021.

Expert Report of Alan D. MacCormack, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Daniel L. McFadden in Support of Plaintiff's Motion for Class Certification, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, June 1, 2021.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Expert Report of Daniel L. McFadden, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Kirsten Martin, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of M. Keith Chen, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Minjae Song, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Ned S. Barnes, CPA, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Rosa M. Abrantes-Metz, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, September 26, 2022.

Expert Report of Rosa M. Abrantes-Metz, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Tadayoshi Kohno, Ph.D., *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

Expert Report of Wayne D. Hoyer, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR, March 7, 2025.

## DEPOSITIONS

Deposition of Adrian Ong, *In re Apple iPhone Antitrust Litigation*, No, 4:11-cv-06714-YGR-TSH, February 24, 2021.

Deposition of C.K. Haun, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 14, 2021.

Deposition of C.K. Haun, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-CV-06714-YGR, January 13, 2021.

Deposition of Craig Federighi, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 10, 2021.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Deposition of Eddy Cue, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, 47:15-19, February 8, 2021.

Deposition of Eric Gray, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021.

Deposition of Eric Gray, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 15, 2021.

Deposition of Matthew Fischer, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 18, 2020.

Deposition of Matthew Fischer, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 7, 2021.

Deposition of Philip Schiller, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 11, 2021.

Deposition of Phillip Shoemaker, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 12, 2021

Deposition of Phillip Shoemaker, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, January 14, 2021.

Deposition of Ron Okamoto, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 16, 2020.

Deposition of Ron Okamoto, Volume 2, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, December 17, 2020.

Deposition of Scott Forstall, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, March 8, 2021.

Deposition of Timothy Cook, Volume 1, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06715-YGR, February 12, 2021.

RELATED CASE MATERIALS

Brief of *Amici Curiae* Meta Platforms, Inc., Microsoft Corporation, X Corp., and Match Group, LLC in support of Epic Games, Inc.'s Motion to Enforce Injunction, *Epic Games, Inc., v. Apple, Inc.*, 4:20-cv-05640-YGR-TSH, (9th Cir.), March 20, 2024.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Evidentiary Hearing, Volume 1, *Epic Games, Inc., v. Apple, Inc.*, No. 4:20-cv-05640-YGR, (N.D. Cal.), May 8, 2024, ECF No. 976.

Evidentiary Hearing, Volume 2, *Epic Games, Inc., v. Apple, Inc.*, No. 4:20-cv-05640-YGR, (N.D. Cal.), May 10, 2024, ECF No. 977.

First Amended Complaint Jury Trial Demanded, *Saurikit, LLC v Apple Inc*, Case No. 4:20-cv-08733-YGR, (N.D. Cal.), January 19, 2022, ECF No. 72.

Opinion, *Epic Games, Inc., v. Apple, Inc.*, D.C. No. 4:20-cv-05640-YGR, (9th Cir.), April 24, 2023.

Order Granting Motion for Final Approval of Class Action Settlement; Granting in Part and Denying in Part Motion for Attorney's Fees, Costs, and Service Award; and Judgment, *Donald R. Cameron et al. v. Apple Inc.*, No. 19-cv-3074-YGR, (N.D. Cal.), June 10, 2022.

Rule 52 Order After Trial on the Merits, *Epic v. Apple*, No. 4:20-cv-05640-YGR, (N.D. Cal.), September 10, 2021, ECF No. 812.

Technology Tutorial, *United States of America, et al. v. Apple, Inc.*, 2:24-cv-04055-JXN-LDW, (D.N.J.), November 7, 2024.

Trial Testimony of Lori Wright, *Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 5, 2021.

Trial Testimony of Philip Schiller*, Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 17, 2021.

Trial Testimony of Tim Cook*, Epic Games, Inc. v. Apple, Inc.*, No. C-20-5640 YGR, (N.D. Cal.), May 21, 2021.

Verdict Form, *In re Google Play Store Antitrust Litigation*, MDL Case No. 21-md-02981-JD, Member Case No. 20-cv-05671-JD, (N.D. Cal.), December 11, 2023, ECF No. 606.

---

## PRODUCED DOCUMENTS

| | | |
|---|---|---|
| APL_APPSTORE_10021426 | APL-APPSTORE_00207407 | APL-APPSTORE_02019237 |
| APL-APPSTORE_00000055 | APL-APPSTORE_00235423 | APL-APPSTORE_02085400 |
| APL-APPSTORE_00000081 | APL-APPSTORE_00335296 | APL-APPSTORE_02748389 |
| APL-APPSTORE_00045455 | APL-APPSTORE_00354792 | APL-APPSTORE_02923042 |
| APL-APPSTORE_00199550 | APL-APPSTORE_00493726 | APL-APPSTORE_02937803 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| APL-APPSTORE_03068061 | APL-APPSTORE_10340797 | APL-APPSTORE_11246989 |
| APL-APPSTORE_04097074 | APL-APPSTORE_10342115 | APL-APPSTORE_11247291 |
| APL-APPSTORE_04726360 | APL-APPSTORE_10342947 | APL-APPSTORE_11283369 |
| APL-APPSTORE_05442596 | APL-APPSTORE_10745991 | APL-APPSTORE_11298201 |
| APL-APPSTORE_05631962 | APL-APPSTORE_10810514 | APL-APPSTORE_11358010 |
| APL-APPSTORE_06017651 | APL-APPSTORE_10830601 | APL-APPSTORE_11366632 |
| APL-APPSTORE_06131279 | APL-APPSTORE_10849713 | APL-APPSTORE_11425222 |
| APL-APPSTORE_06484558 | APL-APPSTORE_10849849 | APL-EG_00483489 |
| APL-APPSTORE_06492312 | APL-APPSTORE_10850248 | APL-EG_00985738 |
| APL-APPSTORE_06612196 | APL-APPSTORE_10850480 | APL-EG_01419263 |
| APL-APPSTORE_06629008 | APL-APPSTORE_10851208 | APL-EG_01467499 |
| APL-APPSTORE_06713744 | APL-APPSTORE_10851575 | APL-EG_01484334 |
| APL-APPSTORE_07177293 | APL-APPSTORE_10859325 | APL-EG_01579445 |
| APL-APPSTORE_08856864 | APL-APPSTORE_10859338 | APL-EG_01832041 |
| APL-APPSTORE_07614902 | APL-APPSTORE_10871795 | APL-EG_02273420 |
| APL-APPSTORE_09114427 | APL-APPSTORE_10871796 | APL-EG_02823984 |
| APL-APPSTORE_09138243 | APL-APPSTORE_10871797 | APL-EG_02988584 |
| APL-APPSTORE_09142159 | APL-APPSTORE_10871804 | APL-EG_05171246 |
| APL-APPSTORE_09280541 | APL-APPSTORE_10871806 | APL-EG_05410910 |
| APL-APPSTORE_09281993 | APL-APPSTORE_10871807 | APL-EG_05451569 |
| APL-APPSTORE_09320458 | APL-APPSTORE_10873725 | APL-EG_05451577 |
| APL-APPSTORE_09326767 | APL-APPSTORE_10890472 | APL-EG_05534501 |
| APL-APPSTORE_09521691 | APL-APPSTORE_10909706 | APL-EG_05535959 |
| APL-APPSTORE_09530758 | APL-APPSTORE_10910069 | APL-EG_05537453 |
| APL-APPSTORE_09608255 | APL-APPSTORE_10920955 | APL-EG_05542132 |
| APL-APPSTORE_09653606 | APL-APPSTORE_10929489 | APL-EG_05565764 |
| APL-APPSTORE_09654412 | APL-APPSTORE_10929922 | APL-EG_05572697 |
| APL-APPSTORE_09709237 | APL-APPSTORE_10991276 | APL-EG_06018453 |
| APL-APPSTORE_09806059 | APL-APPSTORE_10995716 | APL-EG_06018533 |
| APL-APPSTORE_09806155 | APL-APPSTORE_11045202 | APL-EG_06218185 |
| APL-APPSTORE_09810984 | APL-APPSTORE_11070857 | APL-EG_06291335 |
| APL-APPSTORE_09811613 | APL-APPSTORE_11070870 | APL-EG_06384008 |
| APL-APPSTORE_09924671 | APL-APPSTORE_11075246 | APL-EG_06396523 |
| APL-APPSTORE_10021426 | APL-APPSTORE_11109932 | APL-EG_06407971 |
| APL-APPSTORE_10024783 | APL-APPSTORE_11110316 | APL-EG_06411491 |
| APL-APPSTORE_10175693 | APL-APPSTORE_11110558 | APL-EG_06595253 |
| APL-APPSTORE_10195170 | APL-APPSTORE_11110923 | APL-EG_06596363 |
| APL-APPSTORE_10334265 | APL-APPSTORE_11202725 | APL-EG_07245574 |
| APL-APPSTORE_10337762 | APL-APPSTORE_11208633 | APL-EG_07351498 |
| APL-APPSTORE_10339469 | APL-APPSTORE_11211983 | APL-EG_07435767 |
| APL-APPSTORE_10339734 | APL-APPSTORE_11212908 | APL-EG_07452575 |
| APL-APPSTORE_10340283 | APL-APPSTORE_11212944 | APL-EG_07457703 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| APL-EG_07462474 | APL-EG_09278875 | EGFB-000574 |
| APL-EG_07514228 | APL-EG_09281280 | EGFB-001213 |
| APL-EG_07514570 | APL-EG_09281937 | EPIC_02281854 |
| APL-EG_07515125 | APL-EG_09284576 | MATCH-00000001 |
| APL-EG_08165222 | APL-EG_09287894 | MATCH-00000008 |
| APL-EG_08920748 | APL-EG_09288721 | MATCH-00000015 |
| APL-EG_08923773 | APL-EG_09290113 | MATCH-00000024 |
| APL-EG_08927041 | APL-EG_09470226 | MATCH-00000031 |
| APL-EG_09249976 | APL-EG_09504201 | MATCH-00000039 |
| APL-EG_09278583 | APL-EG_10018418 | SEA_00030572 |
| APL-EG_09278660 | APL-FIG_00004027 | SPOT-EPIC-00001047 |

---

## ACADEMIC ARTICLES AND BOOKS

B.P.S. Murthi and Ram C. Rao, "Price Awareness and Consumers' Use of Deals in Brand Choice," *Journal of Retailing* 88(1) (2012): 34-46.

Barry C. Harris, Cento G. Veljanovski. "Critical Loss Analysis: Its Growing use in Competition Law," *European Competition Law Review* 24(5) (2003): 213-218.

Carl Shapiro and Hal R. Varian, *Information Rules: A Strategic Guide to the Network Economy*, (Boston, Massachusetts: Harvard Business School Press, 1999).

Charles A. Holt and Susan K. Laury, "Risk Aversion and Incentive Effects," *American Economic Review* 92(5) (2002): 1644-1655.

Coleman Drake, Conor Ryan, and Bryan Dowd, "Sources of inertia in the individual health insurance market," *Journal of Public Economics* 208 (April 2022).

David Laibson, "Golden Eggs and Hyperbolic Discounting," *Quarterly Journal of Economics* 112 (2) (1997): 443-477.

Dennis W Carlton and Jeffrey M Perloff, *Modern Industrial Organization*, 4th ed. (Pearson, 2015).

Dennis W. Carlton and Michael Waldman, "Robert Bork's Contributions to Antitrust Perspectives on Tying Behavior," *Journal of Law and Economics* 57(S3) (2014): S121-S144.

Dennis W. Carlton and Michael Waldman, "The Strategic Use of Tying to Preserve and Create Market Power in Evolving Industries," *RAND Journal of Economics* 33(2) (2002): 194—220.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Dennis W. Carlton and Michael Waldman, "Upgrades, Switching Costs and the Leverage Theory of Tying," *The Economic Journal* 122(561) (2012): 675-706.

E. Glen Weyl, "A Price Theory of Multi-Sided Platforms," *American Economic Review* 100 (September 2010): 1642-1672.

Erica Mina Okada, "Trade-ins, Mental Accounting, and Product Replacement Decisions," *Journal of Consumer Research* 27(4) (2001): 433-446.

Filip Matějka and Alisdair McKay, "Rational Inattention to Discrete Choices: A New Foundation for the Multinomial Logit Model," *American Economic Review* 105(1) (2015): 272-298.

Fredrik Carlsson and Åsa Löfgren, "Airline Choice, Switching Costs and Frequent Flyer Programmes," *Applied Economics* 38 (13) (2006): 1469-1475.

George A. Akerlof, "The Market for 'Lemons': Quality Uncertainty and the Market Mechanism*," Quarterly Journal of Economics* (1978): 488-500.

Gregory T. Gundlach, "Aftermarkets, Systems, and Antitrust: A Primer," *The Antitrust Bulletin* 52(1) (2007): 17-29.

Gregory Werden, "Demand Elasticities in Antitrust Analysis," *Antitrust Law Journal* 66 (1998): 363-414.

Henry A. DuBeau, "Antitrust Law & The Right to Repair Movement: Why Kodak May Not be Such a Bad Apple,", *Syracuse Law Review* 74 (1) (2024): 275—296.

Jean-Charles Rochet and Jean Tirole, "Platform Competition in Two-Sided Markets," *Journal of the European Economic Association*, 1(4) (2003): 990-1029.

Jeffrey M. Perloff, *Microeconomics*, (Boston: Pearson, 2015).

Jonathan B. Baker, "Market Definition: An Analytical Overview," *Antitrust Law Journal* 74 (2007): 129–173.

Joseph Farrell and Paul Klemperer, "Coordination and Lock-In: Competition with Switching Costs and Network Effects," in *Handbook of Industrial Organization*, Vol 3, eds. Mark Armstrong and Robert H. Porter (2007): pp. 1967-2072.

Lawrence M. Ausubel, "The Failure of Competition in the Credit Card Market," *American Economic Review* 81(1) (1991): 50-81.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Linda Thunström, Jonas Nordström, and Jason F. Shogren, "Certainty and Overconfidence in Future Preferences for Food," *Journal of Economic Psychology* 51 (2015): 101-113.

Liran Einav, Benjamin Klopack, and Neale Mahoney, "Selling Subscriptions," *American Economic Review* (*forthcoming*).

Lorenzo Coppi, "Aftermarket Monopolization: The Emerging Consensus in Economics," *The Antitrust Bulletin* 52(1) (2007): 53-71.

Luís M.B. Cabral, *Introduction to Industrial Organization* (Cambridge, MA: MIT Press, 2002).

Lukasz Grzybowski and Ambre Nicolle, "Estimating Consumer Inertia in Repeated Choices of Smartphones," *The Journal of Industrial Economics* 69(1) (2021): 33-82.

Marc Rysman, "An Empirical Analysis of Payment Card Usage," *The Journal of Industrial Economics* 55(1) (2007): 1-36.

Marc Rysman, "The Economics of Two-Sided Markets," *Journal of Economic Perspectives* 23(3) (2009): 125-143.

Massimo Motta, *Competition Policy: Theory and Practice*, (Cambridge: Cambridge University Press, 2003).

Michael Cragg, Patrick Holder, David Hutchings, and Bin Zhou, "The Proper Measure of Profits for Assessing Market Power," *Antitrust* 37(2) (2023): 48-52.

Michael D. Grubb, "Behavioral Consumers in Industrial Organization: An Overview," *Review of Industrial Organization* 47(3) (2015): 247–258.

Michael D. Grubb, "Failing to Choose the Best Price: Theory, Evidence, and Policy," *Review of Industrial Organization* 47(3) (2015): 303-340.

Michael D. Grubb, "Selling to Overconfident Consumers," *American Economic Review* 99(5) (2009): 1770—1807.

Michael D. Whinston, "Tying, Foreclosure, and Exclusion," *American Economic Review* 80(4) (1990): 837-859.

Michael Waldman, "Durable Goods Theory for Real World Markets," *Journal of Economic Perspectives*, 17(1) (2003): 131-154.

N. Gregory Mankiw, *Principles of Economics,* (Boston: Cengage Learning, 2018).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Oleksandr Shcherbakov, "Measuring consumer switching costs in the television industry," *The RAND Journal of Economics* 47(2) (Summer 2016): 366—393.

Øystein Daljord, Lars Sørgard, "Single-product Versus Uniform SSNIPs," *International Review of Law and Economics* 31(2) (2011): 142-146.

Paul Klemperer, "The Competitiveness of Markets with Switching Costs," *Rand Journal of Economics* 18 (1) (1987): 138 – 150.

Peter R. Dickson and Alan G. Sawyer, "The Price Knowledge and Search of Supermarket Shoppers," *Journal of Marketing* 54(3) (1990): 42-53.

Raj Chetty, Adam Looney, and Kory Kroft, "Salience and Taxation: Theory and Evidence," *American Economic Review* 99(4) (2009): 1145-1177.

Richard A. Posner, "The Chicago School of Antitrust Analysis," *University of Pennsylvania Law Review* 127(4) (1979): 925-948.

Richard G. Price, "Market Power and Monopoly Power in Antitrust Analysis," *Cornell Law Review* 75(1) (1989): 190-217.

Robert S. Pindyck and Daniel L. Rubinfeld, *Microeconomics*, (Boston: Pearson, 2013).

Robin S. Lee, "Vertical Integration and Exclusivity in Platform and Two-Sided Markets," *American Economic Review* 103(7) (2013): 2960-3000.

Severin Borenstein, Jeffrey K. MacKie-Mason, and Janet Netz, "Antitrust Policy in Aftermarkets," *Antitrust Law Journal* 63(2) (1995): 455-482.

Severin Borenstein, Jeffrey K. Mackie-Mason, and Janet S. Netz, "Exercising Market Power in Proprietary Aftermarkets," *Journal of Economics & Management Strategy* 9(3) (2000): 157-188.

Stefano DellaVigna and Ulrike Malmendier, "Paying Not to Go to the Gym," *American Economic Review* 96(3) (2006): 694-719.

Steven C. Salop, "The First Principles Approach to Antitrust, Kodak, and Antitrust at the Millennium," *Antitrust Law Journal* 68 (2000): 187-202.

Thomas G. Krattenmaker, Robert H. Lande, and Steven C. Salop, "Monopoly Power and Market Power in Antitrust Law," *Georgetown Law Journal* 76(2) (1987).

Xavier Gabaix and David Laibson, "Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets," *Quarterly Journal of Economics* 121(2) (2006): 505-540.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## INDUSTRY REPORTS

"Company Update: Expect steady iPhone sales in 1H/C18; expect 2H/18 new iPhones to drive improved unit sales," *Canaccord*, February 28, 2018.

"Company Update: iPhone captures top Q2/C2016 profits; surveys indicate improved Samsung results continue in Q3," *Canaccord*, August 21, 2016.

"Mobile devices sales operating margin by original equipment manufacturer from 1Q'15 to 2Q'16," Workbook, *Canaccord*, August 2016.

## PUBLICLY AVAILABLE MATERIALS

"2021 Black Fire 10 HD 10 Tablet, 1010p Display & 32GB," *Amazon*, https://www.amazon.com/Fire-HD-10-tablet/dp/B08BX7FV5L.

"2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

"5 Key Benefits of Native Mobile App Development," *Clearbridge Mobile*, https://clearbridgemobile.com/benefits-of-native-mobile-app-development/.

"About GOG," *GOG.com*, https://www.gog.com/en/about_gog.

"About IDC," *IDC*, https://www.idc.com/about.

"About," *Steam*, https://store.steampowered.com/about/.

"Additional Questions: More answers to your questions about Apple and the environment," *Apple*, https://www.apple.com/environment/answers/.

"Adobe Creative Cloud," *Adobe*, https://www.adobe.com/creativecloud.html.

"Advantages and Disadvantages of Android & iOS," *VirtuBox*, https://www.virtubox.io/blog/advantages-and-disadvantages-of-android-and-ios.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Agreements and Guidelines for Apple Developers," *Apple Developer*, https://developer.apple.com/support/terms/.

"AirPlay," *Apple*, https://www.apple.com/airplay/.

"Airpods," *Apple*, https://www.apple.com/airpods/.

"Amazon Fire HD 10 tablet (newest model) built for relaxation, 10.1" vibrant Full HD screen, octa-core processor, 3GB RAM, 32 GB, Black, without lockscreen ads," *Amazon*, https://www.amazon.com/Amazon_Fire_HD_10/dp/B0CCZWKB91/.

"Amazon Payment Services: Mobile Integration," *Amazon*, https://paymentservices.amazon.com/docs/EN/23.html.

"Annual Apple iPhone upgrade plan," *Verizon*, March 22, 2018, https://www.verizon.com/about/news/vzw/2015/09/iphone-6s-verizons-new-annual-upgrade-plan.

"Antitrust: Commission opens investigations into Apple's App Store rules," *European Commission*, June 15, 2020, https://ec.europa.eu/commission/presscorner/detail/en/ip_20_1073.

"Antitrust: Commission sends Statement of Objections to Apple on App Store rules for music streaming providers," *European Commission*, April 29, 2021, https://ec.europa.eu/commission/presscorner/detail/en/ip_21_2061.

"App code signing process in iOS, iPadOS, tvOS, watchOS, and visionOS," *Apple Support*, https://support.apple.com/en-ca/guide/security/sec7c917bf14/web.

"App Review Guidelines," *Apple Developer*, https://developer.apple.com/app-store/review/guidelines/.

"App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/.

"App Store localizations," *Apple Developer*, https://developer.apple.com/help/app-store-connect/reference/app-store-localizations.

"App Store Preview, AllTrails: Hike, Bike & Run," *Apple*, https://apps.apple.com/us/app/alltrails-hike-bike-run/id405075943.

"App Store Preview, Bumble Dating App: Meet & Date," *Apple*, https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707.

"App Store Preview, Hinge Dating App: Match & Meet," *Apple*, https://apps.apple.com/us/app/hinge-dating-app-match-meet/id595287172.

"App Store Preview, Strava: Run, Bike, Hike," *Apple*, https://apps.apple.com/us/app/strava-run-bike-hike/id426826309.

"App Store Pricing Update," *Apple Newsroom*, https://www.apple.com/newsroom/pdfs/App-Store-Pricing-Update.pdf.

"App Store pricing upgrades have expanded to all purchase types," *Apple Developer*, March 9, 2023, https://developer.apple.com/news/?id=dbrszv62.

"App Store Review Guideline updates now available," *Apple Developer*, September 11, 2020, https://developer.apple.com/news/?id=xqk627qu.

"App Store Small Business Program," *Apple Developer*, https://developer.apple.com/app-store/small-business-program/.

"App Store," *Apple*, https://www.apple.com/app-store/.

"Apple (Canada)," *Apple*, https://www.apple.com/ca/.

"Apple announces App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/.

"Apple announces biggest upgrade to App Store pricing, adding 700 new price points," *Apple Developer*, December 6, 2022, https://developer.apple.com/news/?id=qzex35ch.

"Apple announces changes to iOS, Safari, and the App Store in the European Union," *Apple Newsroom,* January 25, 2024, https://www.apple.com/newsroom/2024/01/apple-announces-changes-to-ios-safari-and-the-app-store-in-the-european-union/.

"Apple Announces iPhone 2.0 Software Beta," *Apple Newsroom*, March 6, 2008, https://www.apple.com/newsroom/2008/03/06Apple-Announces-iPhone-2-0-Software-Beta/.

"Apple Developer Enterprise Program," *Apple Developer*, https://developer.apple.com/programs/enterprise/.

"Apple Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Apple Introduces iPhone 6s & iPhone 6s Plus," *Apple Newsroom*, September 9, 2015, https://www.apple.com/newsroom/2015/09/09Apple-Introduces-iPhone-6s-iPhone-6s-Plus/.

"Apple introduces new options worldwide for streaming game services and apps that provide access to mini apps and games," *Apple Developer*, January 25, 2024, https://developer.apple.com/news/?id=f1v8pyay.

"Apple Introduces the New iPhone 3G," *Apple Newsroom*, June 9, 2008, https://www.apple.com/ca/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/.

"Apple Launches iPad," Apple, January 27, 2010, https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

"Apple makes Internet browser for Microsoft-based machines," *Sydney Morning Herald*, June 12, 2007, https://www.smh.com.au/national/apple-makes-internet-browser-for-microsoft-based-machines-20070612-gdqd5f.html.

"Apple Media Services Terms and Conditions," *Apple*, https://www.apple.com/legal/internet-services/itunes/.

"Apple One (1) Year Limited Warranty," *Apple*, https://www.apple.com/legal/warranty/products/ios-warranty-document-us.html.

"Apple Reinvents the Phone with iPhone," *Apple Newsroom*, January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/.

"Apple Rejects Sony App Over Book-buying Options," *CBS News*, February 2, 2011, https://www.cbsnews.com/news/apple-rejects-sony-app-over-book-buying-options-7310909/.

"Apple Trade In," *Apple*, https://www.apple.com/shop/trade-in.

"Apple Video Partner Program," *Apple Developer*, https://developer.apple.com/programs/video-partner/.

"Apple," *Apple*, https://www.apple.com/.

"Apple's Ecosystem: Uniting Devices for Seamless Connectivity and Enhanced User Experience," *Medium*, July 7, 2023, https://writewrap.medium.com/apples-ecosystem-uniting-devices-for-seamless-connectivity-and-enhanced-user-experience-bbb13ccb84db.

"Apps by Apple," *Apple*, https://www.apple.com/apps/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Auto-renewable subscriptions," *Apple Developer*, https://developer.apple.com/app-store/subscriptions/.

"Availability of Apple Media Services," *Apple Support*, https://support.apple.com/en-us/118205.

"Building a Trusted Ecosystem for Millions of Apps: A threat analysis of sideloading," *Apple*, October 2021, https://www.apple.com/privacy/docs/Building_a_Trusted_Ecosystem_for_Millions_of_Apps_A_Threat_Analysis_of_Sideloading.pdf.

"Buy additional app features with in-app purchases and subscriptions," *Apple Support*, https://support.apple.com/en-ca/108813.

"Buy Books for Your Kindle App," *Amazon*, https://www.amazon.com/gp/help/customer/display.html?nodeId=GDZF9S2BRW5NWJCW.

"Buy iPad Pro," *Apple*, https://www.apple.com/shop/buy-ipad/ipad-pro/13-inch-display-2tb-silver-wifi-cellular-nano-texture-glass.

"Buy iPhone 15," *Apple*, accessed via Internet Archive Wayback Machine captured August 3, 2024, https://web.archive.org/web/20240803133421/https:/www.apple.com/shop/buy-iphone/iphone-15.

"Buy iPhone 16," *Apple*, https://www.apple.com/shop/buy-iphone/iphone-16.

"Can ibooks be played on Android devices?" *Apple Community*, August 2014, https://discussions.apple.com/thread/6499976?sortBy=rank.

"Categories and Discoverability," *Apple Developer*, https://developer.apple.com/app-store/categories/.

"Certificates," *Apple Developer*, https://developer.apple.com/support/certificates/.

"Change your Apple Account country or region," *Apple Support*, https://support.apple.com/en-us/118283.

"Choose Your Country or Region," Apple, https://www.apple.com/choose-country-region/.

"Choosing a Membership," *Apple Developer*, https://developer.apple.com/support/compare-memberships/.

"Choosing the Best Tablet Based on Size," CDW, July 13, 2022, https://www.cdw.com/content/cdw/en/articles/hardware/tablet-size-comparison-chart.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Closing the Investigation on the Suspected Violation of the Antimonopoly Act by Apple Inc.," *Japan Fair Trade Commission*, September 2, 2021, https://www.jftc.go.jp/en/pressreleases/yearly-2021/September/210902.html.

"Cloud Gaming – Worldwide," *Statista*, Market Definition tab, https://www.statista.com/outlook/amo/media/games/cloud-gaming/worldwide.

"Commission fines Apple over €1.8 billion over abusive App store rules for music streaming providers," *European Commission*, March 3, 2024, https://ec.europa.eu/commission/presscorner/detail/en/ip_24_1161.

"Compare AirPods models," *Apple*, https://www.apple.com/airpods/compare/.

"Compare Apple Search Ads solutions," *Apple Ads*, https://ads.apple.com/app-store/help/apple-search-ads-basic/0001-compare-apple-search-ads-solutions.

"Compare iPhone Models," *Apple*, https://www.apple.com/iphone/compare/.

"Compare smartphones," *Samsung*, https://www.samsung.com/us/smartphones/galaxy-s25-ultra/compare/.

"Copy apps & data from an iPhone to a new Android device," *Android Help*, https://support.google.com/android/answer/13626960?hl=en#zippy=%2Cwhat-transfers-to-your-new-device%2Cwhat-wont-transfer-to-your-new-device.

"Create campaigns," *Apple Search Ads*, https://searchads.apple.com/help/campaigns/0005-create-campaigns.

"Definition of video game console," *PCMag*, https://www.pcmag.com/encyclopedia/term/video-game-console.

"Delete built-in Apple apps from your iPhone, iPad, or Apple Watch," *Apple Support*, https://support.apple.com/en-us/118582.

"Despite Stagnant Unit Sales, Apple Loyalty and High-End Adoption May See Apple Revenue in the US Grow in FY24, Finds Bloomberg Intelligence," *Bloomberg*, October 5, 2023, https://www.bloomberg.com/company/press/despite-stagnant-unit-sales-apple-loyalty-and-high-end-adoption-may-see-apple-revenue-in-the-us-grow-in-fy24-finds-bloomberg-intelligence/.

"Develop – Apple Developer," *Apple*, https://developer.apple.com/develop/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Developer Program License Agreement," *Apple Developer*, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

"Developers see a world of possibilities with new App Store Small Business Program," *Apple Newsroom*, November 18, 2020, https://www.apple.com/newsroom/2020/11/developers-see-a-world-of-possibilities-with-new-app-store-small-business-program/.

"Difference between Desktop and Tablet," *GeeksforGeeks*, March 20, 2024, https://www.geeksforgeeks.org/difference-between-desktop-and-tablet/.

"Distributing 'reader' apps with a link to your website," *Apple Developer*, https://developer.apple.com/support/reader-apps/.

"Distributing apps in the U.S. that provide an external purchase link," *Apple Developer*, https://developer.apple.com/support/storekit-external-entitlement-us/.

"Distribution Software on macOS," *Apple Developer*, https://developer.apple.com/macos/distribution/.

"Download apps from the App Store on your Mac," *Apple Support*, https://support.apple.com/en-us/111105.

"Download the Creative Cloud desktop app," *Adobe*, February 14, 2025, https://helpx.adobe.com/download-install/kb/creative-cloud-desktop-app-download.html.

"Easy Phones," *Aspera*, https://asperamobile.com/easy-phones/.

"Etsy Payments Policy," *Etsy*, https://www.etsy.com/legal/etsy-payments/.

"Family Sharing," *Apple*, https://www.apple.com/family-sharing/.

"Feature Phone," *PC Mag Encyclopedia*, https://www.pcmag.com/encyclopedia/term/feature-phone.

"Feature Phone,", *Amazon.com*, https://www.amazon.com/Feature-Phone/s?k=Feature+Phone.

"Feature phones," *HMD*, https://www.hmd.com/en_us/feature-phones.

"Final Fantasy VII Remake," *Square Enix*, https://ffvii-remake.square-enix-games.com/en-us.

"Final Fantasy XIV," *Square Enix*, https://na.finalfantasyxiv.com/shadowbringers/.

"Find Devices," *Apple Support*, https://support.apple.com/find-my.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Find the Google Play Store App," *Google Play Help*,
https://support.google.com/googleplay/answer/190860?hl=en.

"FT iOS app returns to the Apple App Store," *Financial Times*, August 17, 2017,
https://aboutus.ft.com/en-gb/announcements/ft-ios-app-returns-to-the-apple-app-store/.

"Further updates on StoreKit External Entitlement for dating apps in the Netherlands storefront,"
*Apple Developer*, June 10, 2022, https://developer.apple.com/news/?id=3bttqj0z&1654894572.

"Galaxy Watch FE," *Samsung*, https://www.samsung.com/us/watches/galaxy-watch-fe/buy/galaxy-watch-fe-40mm-pink-gold-bluetooth-sm-r861nidaxaa/.

"Galaxy Watch Ultra," *Samsung*, https://www.samsung.com/us/watches/galaxy-watch-ultra/buy/galaxy-watch-ultra-47mm-titanium-gray-sm-l705udaaxaa/.

"Gaming Controllers – All Accessories," *Apple*,
https://www.apple.com/shop/accessories/all/gaming.

"Global average selling price of smartphones from 2010 to 2019," *Statista*, June 16, 2015,
https://www.statista.com/statistics/484583/global-average-selling-price-smartphones/.

"Guidelines for market investigations: Their role, procedures, assessment and remedies,"
*Competition Commission*, April 2013,
https://assets.publishing.service.gov.uk/media/5a7c1b7340f0b645ba3c6bcc/cc3_revised.pdf.

"How In-App Purchases Are driving Mobile Game Revenues?," *SDLC Corp*, August 26, 2024,
https://sdlccorp.com/post/how-in-app-purchases-are-driving-mobile-game-revenues/.

"How to use Microsoft Edge on Xbox," *Microsoft*, https://support.xbox.com/en-CA/help/hardware-network/console/use-microsoft-edge-on-xbox.

"How to use the Uber app," *Uber*, https://www.uber.com/us/en/about/how-does-uber-work/.

"I paid for my apps on the Android PlayStore and do not wish to repay all of them on the Apple
Store. What can Apple do for me?" *Apple Community*, January 19, 2015,
https://discussions.apple.com/thread/6785026?sortBy=rank.

"iCloud+ plans and pricing," *Apple Support*, https://support.apple.com/en-us/108047.

"Icy," *AlternativeTo*, https://alternativeto.net/software/icy/about/.

"IDC's Worldwide Mobile Phone Tracker Taxonomy, 2021," *IDC*, December 2021.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Illustrator system requirements," *Adobe*, November 5, 2024, https://helpx.adobe.com/ca/illustrator/system-requirements.html#ai-on-the-ipad.

"In-app purchase," *Apple Developer*, https://developer.apple.com/design/human-interface-guidelines/in-app-purchase.

"Install and uninstall apps from the internet or a disc on Mac," *Apple Support*, https://support.apple.com/guide/mac-help/install-and-uninstall-other-apps-mh35835/mac.

"Installing apps through alternative app distribution in the European Union," *Apple Support,* https://support.apple.com/en-us/117767.

"Into the Breach," *Subset Games*, https://subsetgames.com/#.

"Introducing Apple Watch Series 10," *Apple Newsroom*, September 9, 2024, https://www.apple.com/newsroom/2024/09/introducing-apple-watch-series-10/.

"Introducing Search Ads Basic," *Apple Developer*, December 5, 2017, https://developer.apple.com/news/?id=12052017a.

"Introducing the Mobile W3C Community Group," *Facebook Developers*, February 27, 2012, accessed via Internet Archive Wayback Machine captured May 11, 2012, https://web.archive.org/web/20120511110804/http://developers.facebook.com/html5/blog/post/2012/02/27/introducing-the-mobile-w3c-community-group/.

"Introducing the News Partner Program," *Apple Developer*, August 26, 2021, https://developer.apple.com/news/?id=k6kk0gnr.

"Introducing the News Partner Program," *Apple Developer*, https://developer.apple.com/apple-news/program/.

"iPad Pro," *Apple*, https://www.apple.com/ipad-pro/.

"iPad Top Charts on the App Store," *Apple*, https://apps.apple.com/us/charts/ipad.

"iPadOS," *Apple*, accessed via Internet Archive Wayback Machine captured December 15, 2019, https://web.archive.org/web/20191215132752/https://www.apple.com/ipados/.

"iPhone – Supported 5G and LTE Networks," *Apple*, https://www.apple.com/iphone/cellular/.

"iPhone 16," *Apple*, https://www.apple.com/iphone-16/.

"iPhone 7 – Technical Specifications," *Apple Support*, https://support.apple.com/en-us/111943.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"iPhone Jailbreaking," *MalwareBytes*, https://www.malwarebytes.com/iphone-jailbreaking.

"iPhone Top Charts on the App Store," *Apple*, accessed February 24, 2025, https://apps.apple.com/us/charts/iphone.

"iPhone users drawn to iPad but not Mac or Apple's home devices, study finds," *Apple Insider*, August 26, 2021, https://appleinsider.com/articles/21/08/26/iphone-users-drawn-to-ipad-but-not-mac-or-apples-home-devices-study-finds#.

"Japan Fair Trade Commission closes App Store investigation," *Apple Newstoom*, September 1, 2021, https://www.apple.com/newsroom/2021/09/japan-fair-trade-commission-closes-app-store-investigation.

"John Bates Clark Metal Winners," *Alfred P. Sloan Foundation*, https://sloan.org/fellowships/john-bates-clark-medal-winners.

"Key Variances: What is The Difference Between Smartphone and Tablet," *Honor*, April 9, 2024, https://www.honor.com/ph/blog/what-is-the-difference-between-smartphone-and-tablet/.

"Legend of Grimrock 2," *Grimrock*, https://www.gog.com/en/game/legend_of_grimrock_2.

"Localize app information," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-app-information/localize-app-information/.

"Magic Keyboard for iPad Air 11-inch (M2) – US English – White," *Apple*, https://www.apple.com/shop/product/MJQJ3LL/A/magic-keyboard-for-ipad-air-11-inch-m2-us-english-white.

"Magic Keyboard for iPad Pro 11-inch (M4) - US English – White," *Apple*, https://www.apple.com/shop/product/MWR03LL/A/magic-keyboard-for-ipad-pro-11%E2%80%91inch-m4-us-english-white.

"Manage app pricing: Set a price," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-app-pricing/set-a-price.

"Manage availability for your app," *Apple Developer*, https://developer.apple.com/help/app-store-connect/manage-your-apps-availability/manage-availability-for-your-app/.

"Mobile vs. Console Gaming: A Detailed Guide," *Juego Studios*, January 24, 2025, https://www.juegostudio.com/blog/mobile-games-vs-console-games.

"Mobile," *Samsung*, https://www.samsung.com/us/mobile/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Most played games, Xbox," *Microsoft*, https://www.microsoft.com/en-ca/store/most-played/games/xbox.

"Move from Android to iPhone or iPad," *Apple Support*, https://support.apple.com/en-lamr/118670.

"Overview of Progressive Web Apps (PWAs)," *Microsoft*, January 24, 2023, https://learn.microsoft.com/en-us/microsoft-edge/progressive-web-apps-chromium/.

"Paid Applications Agreement (Schedules 2 and 3 of the Apple Developer Program License Agreement)," *Apple Developer*, https://developer.apple.com/support/downloads/terms/schedules/Schedule-2-and-3-20240610-English.pdf.

"Paramount+ Streaming Service Launches on March 4," *Paramount+*, January 19, 2021, https://www.paramountplus.com/recommended/news/1010144/paramount-streaming-service-launches-on-march-4/.

"Payment processing explained: What it is and how it works," *Stripe*, July 10, 2023, https://stripe.com/en-ca/resources/more/payment-processing-explained.

"Phones With The Largest Screen Size," *GSMCritic*, https://gsmcritic.com/ranking/all/big-screen/0/2022/2025/all-screens-types/all-water-resistance-types/with-digital-or-optical-zoom/.

"Planning your iOS App," *Apple Developer*, https://developer.apple.com/ios/planning/.

"Progressive web app," *PCMag*, https://www.pcmag.com/encyclopedia/term/progressive-web-app.

"PWA vs Native App: 5 Key Differences to Consider Before Building Your App," Medium, September 12, 2024, https://medium.com/@marketing_18039/pwa-vs-native-app-5-key-differences-to-consider-before-building-your-app-bc0500daaf79.

"PWA vs Native vs Hybrid App: A Comprehensive Comparison," *Medium*, December 13, 2023, https://medium.com/@zorbisinc/pwa-vs-native-vs-hybrid-app-a-comprehensive-comparison-9b7fbe870d13.

"Search Ads Now Available," *Apple Developer*, September 28, 2016, https://developer.apple.com/news/?id=09282016a.

"Set up AirPods with your Mac and other Bluetooth devices," *Apple Support*, https://support.apple.com/en-us/108786.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Set up your Apple Watch," *Apple Support*, https://support.apple.com/en-us/109015.

"Sideloading or Jailbreaking," *Builds.IO*, October 9, 2023, https://builds.io/blog/technologies/sideloading-or-jailbreaking/.

"Siri for Developers," *Apple Developers*, https://developer.apple.com/siri/.

"Smartphone vs. Tablets: Some Major Differences," *Creatons*, accessed via Internet Archive Wayback Machine captured September 19, 2024, https://web.archive.org/web/20240919044337/https://www.creatons.com/smartphone-vs-tablets-major-differences/.

"Smartphones," *Aspera,* https://asperamobile.com/smart-phones/.

"Smartphones," *HMD,* https://www.hmd.com/en_us/smartphones.

"Sony brings Reader app to iOS devices," *NBC News*, November 5, 2012, https://www.nbcnews.com/tech/gadgets/sony-brings-reader-app-ios-devices-flna1c6884770.

"Square Enix Store," Square Enix, accessed via Internet Archive Wayback Machine captured December 3, 2019, https://web.archive.org/web/20191203103737/https://store.na.square-enix-games.com/en_US/.

"Statement by Apple on App Store Review Guidelines," Apple Newsroom, September 2010, https://www.apple.com/newsroom/2010/09/09Statement-by-Apple-on-App-Store-Review-Guidelines/.

"Statement by Executive Vice-President Margrethe Vestager on the Statement of Objections sent to Apple on App Store rules for music streaming providers," *European Commission,* April 30, 2021, SPEECH/21/2093, https://ec.europa.eu/commission/presscorner/detail/en/speech_21_2093.

"StoreKit and review guideline update," *Apple Developer*, January 16, 2024, https://developer.apple.com/news/?id=plt8qzea.

"Subscriber share held by smartphone operating systems in the United States from 2012 to 2024," *Statista*, December 2024, https://www.statista.com/statistics/266572/market-share-held-by-smartphone-platforms-in-the-united-states/.

"Summary of decision on abuse of dominant position by Apple," *Netherlands ACM*, August 24, 2021, https://www.acm.nl/sites/default/files/documents/summary-of-decision-on-abuse-of-dominant-position-by-apple.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Surface Pro," *Microsoft*, https://www.microsoft.com/en-ca/surface/devices/surface-pro-11th-edition.

"Surface Slim Pen," *Microsoft*, https://www.microsoft.com/en-us/d/surface-slim-pen-2/8TB9XW8RWC14?icid=Surface_Acc_Cat_R2CP2_Slimpen.

"Surface supported operating systems," *Windows*, October 17, 2024, https://learn.microsoft.com/en-us/surface/surface-supported-operating-systems.

"Switching from android to apple and paid apps," *Apple Community*, April 7, 2021, https://discussions.apple.com/thread/252640467?sortBy=rank.

"The App Store turns 10," *Apple Newsroom*, https://www.apple.com/ca/newsroom/2018/07/app-store-turns-10/.

"The Epic Games Store Launches on Mobile," *Epic Games,* August 16, 2024, https://www.epicgames.com/site/en-US/news/the-epic-games-store-launches-on-mobile.

"The Evolution of Mobile Operating Systems: Android vs iOS," *Medium*, July 27, 2023, https://devxhub.medium.com/the-evolution-of-mobile-operating-systems-android-vs-ios-dc852a960a04.

"The rise of in-game purchases," *TaylorWessing*, June 24, 2019, https://www.taylorwessing.com/zh-hant/insights-and-events/insights/2019/06/the-rise-of-in-game-purchases.

"The Smallest Phones," *GSMCritic*, https://gsmcritic.com/ranking/all/small-screen/0/2022/2025/all-screens-types/all-water-resistance-types/with-digital-or-optical-zoom/.

"Transfer iCloud® photos and videos to Google Photos," *Google Photos Help*, https://support.google.com/photos/answer/10502587?sjid=10751508919779400839-NC#zippy=%2Cwhat-you-need-for-a-transfer.

"Transfer your Office license to another device or another person," *Microsoft*, https://support.microsoft.com/en-us/office/transfer-your-office-license-to-another-device-or-another-person-8a967fb6-6c65-433e-800e-b9ae3436c2de.

"Type covers & keyboards," *Microsoft*, https://www.microsoft.com/en-us/store/collections/surfacekeyboard?icid=Surface_Acc_Cat_R1CP1_ProKeyboard.

"Uber partners with Stripe to enhance payments performance and reduce costs," *Stripe*, May 3, 2023, https://stripe.com/newsroom/news/stripe-and-uber.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Unauthorized modification of iOS" *Apple Support*, June 15, 2018, https://support.apple.com/en-us/guide/iphone/iph9385bb26a/ios.

"Update on apps distributed in the European Union,", *Apple Developer*, https://developer.apple.com/support/dma-and-apps-in-the-eu/.

"Upgrade to Pandora Plus or Premium," *Pandora*, https://help.pandora.com/s/article/Upgrade-to-Pandora-Plus-or-Pandora-Premium-1519949306612?language=en_US#ios.

"Use Continuity to work across Apple devices," *Apple Support*, https://support.apple.com/en-ca/guide/iphone/iphf5fa30b66/ios.

"Use iCloud to transfer data from your previous iOS or iPadOS device to your new iPhone or iPad," *Apple Support*, https://support.apple.com/en-us/108344https://support.apple.com/en-us/108344.

"Using Google Docs on a mobile device," *GCF Global*, https://edu.gcfglobal.org/en/googledocuments/using-google-docs-on-a-mobile-device/1/.

"What are the differences between the Windows and iPad OS versions of Office/Microsoft 360 apps (like ms word, excel, etc)?," *Microsoft Community*, September 7, 2023, https://answers.microsoft.com/en-us/msoffice/forum/all/what-are-the-differences-between-the-windows-and/55513bcf-8038-4c1c-930e-2277c473e3a8.

"What is a tablet?" *Lenovo*, https://www.lenovo.com/usca/en/glossary/tablet.

"What is cloud streaming?," *BytePlus*, November 28, 2024, https://www.byteplus.com/en/topic/53812?title=what-is-cloud-streaming.

"What is sell-in?," *Indeed*, January 28, 2025, https://www.indeed.com/career-advice/career-development/sell-in-vs-sell-through.

"What's Inside My Smartphone? — An In-Depth Look At Different Components Of A Smartphone," *Fossbytes*, September 12, 2024, https://fossbytes.com/whats-inside-smartphone-depth-look-parts-powering-everyday-gadget/.

"What's New in Subscriptions," *Apple Developer*, accessed via Internet Archive Wayback Machine captured June 8, 2016, https://web.archive.org/web/20160608191240/https://developer.apple.com/app-store/subscriptions/whats-new/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"Which Tablet Screen Size is Best For You?," *Samsung*, https://www.samsung.com/uk/mobile-phone-buying-guide/tablet-screen-size-guide/?srsltid=AfmBOorMiodZhkezIZAluiAqqbyV19JZEsy-NDsuMIdymr5nqpsq4y2B.

"Why am I paying more for YouTube premium through Apple?" *Apple Discussions*, https://discussions.apple.com/thread/255471450?sortBy=rank.

"Why Are Some Tablets More Expensive?," *Medium*, October 7, 2024, https://medium.com/@links2media786/why-are-some-tablets-more-expensive-b065851568d4.

"Zenbook Flip – All Models," *Asus*, https://www.asus.com/laptops/for-home/all-series/filter?SubSeries=Zenbook-Flip.

Aamir Siddiqui, "How long do iPhones last? How long should you use your iPhone for?" *Android Authority*, February 1, 2025, https://www.androidauthority.com/how-long-do-iphones-last-3359069/.

Abhishek Jariwala, "Everything Announced at the Apple WWDC 2019 Conference: iPadOS, Mac Pro, iOS 13, MacOS Catalina and More…" *True Tech*, June 4, 2019, https://true-tech.net/everything-announced-apple-wwdc-2019-conference-ipados-mac-pro-ios-13-macos-catalina/.

Abigail Ng, "Smartphone users are waiting longer before upgrading — here's why." *CNBC*, May 17, 2019, https://www.cnbc.com/2019/05/17/smartphone-users-are-waiting-longer-before-upgrading-heres-why.html.

Adam Birney, "How to use the PS5 web browser," *Android Authority*, January 28, 2025, https://www.androidauthority.com/ps5-web-browser-3147042/.

Adam Blacker, "App store rank explained: what is an app's Apple & Google store ranking and what impacts it?," *Apptopia*, February 1, 2022, https://apptopia.com/blog/app-store-rank-explained-what-is-an-apps-apple-google-store-ranking-and-what-impacts-it/.

Adnan Ghayas, "Smartphone, cell phone, mobile phone and feature phone," *Commsbrief*, September 19, 2019, https://commsbrief.com/smartphone-cell-phone-mobile-phone-and-feature-phone/.

Ahmed Sherif, "Apple – statistics & facts," *Statista*, January 20, 2025, https://www.statista.com/topics/847/apple/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Alan Friedman, "Motorola to halt production of XOOM tablet after June?," *Phone Arena*, March 22, 2011, https://www.phonearena.com/news/Motorola-to-halt-production-of-XOOM-tablet-after-June_id17615.

Alex Clough, "The technology behind Pokémon Go," *16i*, July 22, 2016, https://www.16i.co.uk/m-journal/the-technology-behind-pokemon-go/.

Alex Hernadex, "Budget, Mid-Tier, and Flagship Smartphones: What is the Difference?," *Techaeris*, August 15, 2023, https://techaeris.com/2023/08/15/budget-mid-tier-and-flagship-smartphones-what-is-the-difference/.

Alexandra Borgeaud, "Tablet operating systems market share in the United States from January 2016 to January 2025," *Statista*, March 3, 2025, https://www.statista.com/statistics/271293/market-share-held-by-tablet-os-us/.

Andrew Bucholtz, "$680 Apple in-app price for NFL Sunday Ticket can easily be avoided," *Awful Announcing*, August 20, 2024, https://awfulannouncing.com/nfl/apple-sunday-ticket-price.html.

Andrew Cunningham, "iPhone vs. Android: Which Is Better for You?" *The New York Times*, January 27, 2021, https://www.nytimes.com/wirecutter/reviews/ios-vs-android/.

Andrew Lanxon, "Shopping for a New Phone? Consider These Things Before You Buy," *CNET*, January 30, 2025, https://www.cnet.com/tech/mobile/shopping-for-a-new-phone-consider-these-things-before-you-buy/.

Andrew Orr, "New survey reveals iPhone users more likely to opt for installment plans," *AppleInsider*, November 1, 2023, https://appleinsider.com/articles/23/11/01/new-survey-reveals-iphone-users-more-likely-to-opt-for-installment-plans.

Andrew Webster, "Epic offers new direct payment in Fortnite on iOS and Android to get around app store fees," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366259/epic-fortnite-vbucks-mega-drop-discount-iphone-android.

Anna Zhadan, "How to change App Store country in 2025," *Cybernews*, April 9, 2024, https://cybernews.com/how-to-use-vpn/change-your-apple-app-store-country/.

Antitrust Procedure Council Regulation (EC) 1/2003, CASE AT.40437 – Apple – App Store Practices (music streaming), *European Commission*, March 4, 2024, https://ec.europa.eu/competition/antitrust/cases1/202419/AT_40437_10026012_3547_4.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Aral Balkan, "Apple just killed Offline Web Apps while purporting to protect your privacy: why that's A Bad Thing and why you should care," March 25, 2020, https://ar.al/2020/03/25/apple-just-killed-offline-web-apps-while-purporting-to-protect-your-privacy-why-thats-a-bad-thing-and-why-you-should-care/.

Ariel Shapiro, "Spotify now sells audiobooks," *The Verge*, September 20, 2022, https://www.theverge.com/2022/9/20/23362781/spotify-audiobooks-serial-adnan-syed-hot-pod-summit.

Ashley Stewart, "Microsoft told employees it plans to release a browser-based app for the Xbox Game Pass streaming service next year that will get around Apple App Store rules: 'We absolutely will end up on iOS'," *Business Insider*, October 8, 2020, https://www.businessinsider.com/microsoft-xbox-game-pass-apple-iphone-ipad-2020-10?r=US&IR=T.

Barclay Sloan, "The Apple Ecosystem," *Medium*, May 10, 2020, https://medium.com/macoclock/the-apple-ecosystem-d75974d09f4b.

Barry Collins, "Selling Your iPhone? Here's What You Need To Know," *Forbes*, May 5, 2024, https://www.forbes.com/sites/technology/article/selling-iphone/.

Ben Gilbert, "Sony's 'Reader' App finally re-launches on iOS, purchasing new books not included," *Engagdet*, November 5, 2012, https://www.engadget.com/2012-11-05-sony-reader-app-available-ios.html.

Benjamin Mayo, "New App Store price tiers let developers set very low prices for apps in emerging markets," *9to5Mac*, July 9, 2015, https://9to5mac.com/2015/07/09/app-store-pricing-emerging-markets/.

Bonnie Cha, "Motorola Xoom available Feb. 24 from Verizon, $600 with contract," *CNET*, February 22, 2011, https://www.cnet.com/tech/mobile/motorola-xoom-available-feb-24-from-verizon-600-with-contract/.

Brennan Doherty, "People want 'dumbphones'. Will companies make them?," *BBC*, May 20, 2024, https://www.bbc.com/future/article/20240515-the-dumbphones-people-want-are-hard-to-find.

Brian X. Chen, "In Flop of H.P. TouchPad, an Object Lesson for the Tech Sector*," The New York Times*, January 2, 2012, https://www.nytimes.com/2012/01/02/technology/hewlett-packards-touchpad-was-built-on-flawed-software-some-say.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Bridget Poetker, "Web App vs. Mobile App: Which Is the Better Option?," *Learn Hub*, October 17, 2024, https://learn.g2.com/web-apps-vs-mobile-apps.

*Brown Shoe Co. v. United States*, 370 U.S. 294 (1962).

Callum Rivett, "10 years of iPhone: How has the Apple flagship changed?" *Technology Magazine*, May 17, 2020, https://technologymagazine.com/digital-transformation/10-years-iphone-how-has-apple-flagship-changed.

Calvin Wankhede, "Is iPhone jailbreaking still a thing? What the community looks like in 2023," *Android Authority*, April 13, 2023, https://www.androidauthority.com/is-jailbreaking-still-a-thing-3244318/.

Carl Potak, "How HTC Lost its Dominance in the Smartphone Industry," *Startup DevKit*, September 13, 2024, https://startupdevkit.com/how-htc-lost-its-dominance-in-the-smartphone-industry/.

Chalm Gartenberg, "Apple's new App Store guidelines carve out loopholes for xCloud, Stadia, and other apps that Apple had blocked," *The Verge,* September 11, 2020, https://www.theverge.com/2020/9/11/21432695/apple-new-app-store-guidelines-streaming-game-services-email-purchases.

Charles Arthur, "HP TouchPad tablet – review," *The Guardian*, June 30, 2011, https://www.theguardian.com/technology/2011/jun/30/hp-touchpad-tablet-review.

Chema Carvajal Sarabia, "Streaming Industry Shift: Platform Joins Price Increase Bandwagon," *Softonic*, July 20, 2023, https://en.softonic.com/articles/streaming-does-not-stop-raising-another-platform-but-that-decides-to-raise-its-prices.

Chris Welch, "Latest IDC numbers reiterate Apple's dominance of tablet market," *The Verge*, July 31, 2021, https://www.theverge.com/2021/7/31/22603371/apple-ipad-tablet-shipments-samsung-amazon-q2-2021.

Chris Welch, "Netflix stops offering in-app subscriptions for new and returning customers on iOS," *The Verge*, December 28, 2018 https://www.theverge.com/2018/12/28/18159373/netflix-in-app-subscriptions-iphone-ipad-ios-apple.

Christine Elgersma, "Everything you need to know about Snapchat," *phys.org*, June 18, 2018, https://phys.org/news/2018-06-snapchat.html.

Claire Cain Miller and Miguel Helft, "Apple Moves to Tighten Control of App Store," *The New York Times*, February 1, 2011, https://www.nytimes.com/2011/02/01/technology/01apple.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

CMA Mobile Ecosystems Market Study "Appendix C: financial analysis of Apple's and Google's mobile ecosystems," *CMA*, p. C11, https://assets.publishing.service.gov.uk/media/62a1e208e90e07039f799fed/Appendix_C_-_financial_analysis.pdf.

CMA Mobile Ecosystems Market Study, "Appendix H: in-app purchase rules applied by Apple and Google to app developers distributing apps through Apple's and Google's app stores," *CMA*, September 1, 2022, https://assets.publishing.service.gov.uk/media/61b86a0ce90e070441bcf983/Appendix_H_-_In-app_purchase_rules_in_Apples_and_Googles_app_stores.pdf.

CMA Mobile Ecosystems Market Study, "Appendix I: Apple's restrictions on cloud gaming," *CMA*, https://assets.publishing.service.gov.uk/media/62a2087fd3bf7f037097be79/Appendix_I_.pdf.

CMA Mobile Ecosystems Market Study, "Mobile Ecosystems: Market Study Final Report," *CMA*, June 10, 2022, https://assets.publishing.service.gov.uk/media/63f61bc0d3bf7f62e8c34a02/Mobile_Ecosystems_Final_Report_amended_2.pdf.

Cody Lee, "Icy Cydia Alternative Makes a Comeback," *iDownLoad Blog*, May 1, 2011, https://www.idownloadblog.com/2011/05/01/icy-cydia-alternative-makes-a-comeback/.

Dan Ackerman, "Unboxing the PS5: Everything in the box," *CNet*, October 27, 2020, https://www.cnet.com/tech/gaming/unboxing-the-ps5-everything-in-the-box/.

Dan Grabham, "Tablet operating systems compared," *TechRadar*, July 3, 2011, https://www.techradar.com/news/mobile-computing/tablets/tablet-operating-systems-compared-972510.

Daniel Shvartsman, "Apple Inc.: Facts and Statistics (2024)," *Investing.com*, November 4, 2024, https://www.investing.com/academy/statistics/apple-facts/.

David Kravets, "Apple Says iPhone Jailbreaking is Illegal," *Wired*, February 13, 2009, https://www.wired.com/2009/02/apple-says-ipho/.

David Nield, "Apple is finally going to allow iOS app downloads from the web – but only in the EU," *TechRadar*, March 12, 2024, https://www.techradar.com/phones/iphone/apple-is-finally-going-to-allow-ios-app-downloads-from-the-web-but-only-in-the-eu.

David Nield, "How to Install Apps From Outside Your Phone's App Store," *Wired*, August 9, 2020, https://www.wired.com/story/install-apps-outside-app-store-sideload/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Davonte Lee, "Apple Ecosystem Explained: Integration Across All Their Devices," *9 Meters*, November 2, 2024, https://9meters.com/technology/macbooks/apple-ecosystem-explained.

Department of Commerce, "Competition in the Mobile Application Ecosystem," February 2023, footnote 116, https://www.ntia.gov/sites/default/files/publications/mobileappecosystemreport.pdf?_ga=2.84811728.813216929.1677623123-2030698341.1675111518.

Diego Martinez, "iPad Still Has Huge Market Share in the Tablet Industry," *SimplyMac*, July 15, 2024, https://www.simplymac.com/ipad/ipad-market-share.

Dieter Bohn and Tom Warren, "Why the bad iPhone web app experience keeps coming up in Epic v. Apple," *The Verge*, May 6, 2021, https://www.theverge.com/2021/5/6/22421912/iphone-web-app-pwa-cloud-gaming-epic-v-apple-safari.

Dieter Bohn, "Fortnite for Android has also been kicked off the Google Play Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21368079/fortnite-epic-android-banned-google-play-app-store-rule-violation.

Dieter Bohn, "The Apple App Store: a brief history of major policy changes," *The Verge*, September 10, 2021, https://www.theverge.com/22667242/apple-app-store-major-policy-changes-history.

Dieter Bohn, "Why Amazon got out of the Apple App Store tax, and why other developers won't," *The Verge*, April 3, 2020, https://www.theverge.com/2020/4/3/21206400/apple-tax-amazon-tv-prime-30-percent-developers.

Dylan Love, "The Latest Jailbreak Statistics Are Jaw-Dropping," *Business Insider*, March 2, 2013, https://www.businessinsider.com/jailbreak-statistics-2013-3.

Emily Price, "How Netflix Got Out of Giving Apple up to $700,000 a Day," *Fortune*, January 2, 2019, https://fortune.com/2019/01/02/how-netflix-got-out-of-giving-apple-up-to-700000-a-day/.

Fatima Nabeel, "Mobile Phones vs Tablets: Which One Should You Choose?," *Medium*, June 29, 2023, https://medium.com/@fatimanabeel/mobile-phones-vs-tablets-which-one-should-you-choose-9a668725a4ad.

Federica Laricchia, "Average price of feature phones worldwide from 2019 to 2029," *Statista*, August 26, 2024, https://www.statista.com/forecasts/1401840/worldwide-feature-phone-average-price.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Fred Imbert, "Sprint CEO: Why 'iPhone Forever' plan works," *CNBC*, September 18, 2015, https://www.cnbc.com/2015/09/18/sprint-ceo-why-iphone-forever-plan-works.html.

Frederic Lardinois, "Adobe is bringing Photoshop CC to the iPad," *TechCrunch*, October 15, 2018, https://techcrunch.com/2018/10/15/adobe-is-bringing-photoshop-cc-to-the-ipad/.

George Williams, "Easiest Way to Transfer iBooks to Android for Reading iBooks on Android," *Digiarty*, January 25, 2024, https://www.winxdvd.com/ios-android-mobile/transfer-ibooks-to-android.htm.

Georgi Zarkov, "Why did HTC smartphones go from popular to obscure?" *Phone Arena*, February 27, 2019, https://www.phonearena.com/news/why-HTC-smartphones-lost-popularity-market-share_id113614.

Gregg Keizer, "Apple's new App Store rules affect Amazon's Kindle," *ComputerWorld*, February 15, 2011, https://www.computerworld.com/article/1536882/apple-s-new-app-store-rules-affect-amazon-s-kindle.html.

Harry McCracken, "Apple's Encouraging/Discouraging iPhone App Policy Revisions," *Technologizer*, September 9, 2010, https://www.technologizer.com/2010/09/09/apples-encouragingdiscouraging-iphone-app-policy-revisions/.

Ina Fried, "And the Price of the Apple iPhone 6s Will Be ...", *Vox*, September 6, 2015, https://www.vox.com/2015/9/6/11618330/and-the-price-of-the-apple-iphone-6s-will-be.

Jack Marshall, "Financial Times Returns to Apple's App Store After Six-Year Hiatus," *The Wall Street Journal*, August 7, 2017, https://www.wsj.com/articles/financial-times-returns-to-apples-app-store-after-six-year-hiatus-1502092855.

Jackie Train, "PWA vs Native App and how to choose between them," *Mage Store*, December 18, 2024, https://www.magestore.com/blog/pwa-vs-native-app-and-how-to-choose-between-them/.

Jacquline Zalace and Sam Rawson, "Stardew Valley: 8 Biggest Differences Between The Mobile and PC Versions," *The Gamer*, February 24, 20254, https://www.thegamer.com/stardew-valley-mobile-pc-version-differences/.

Jenna Wortham, "So Far Rivals Can't Beat iPad's Price," *The New York Times*, March 7, 2011, https://www.nytimes.com/2011/03/07/technology/07tablet.html.

Jennifer Korn and Marie Barbier, "A look back at every iPhone ever," *CNN*, September 11, 2023, https://www.cnn.com/2023/09/11/tech/iphone-timeline/index.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Jess Weatherbed, "Spotify is booting legacy subscribers still paying via Apple's App Store," *The Verge*, July 6, 2023, https://www.theverge.com/2023/7/6/23785523/spotify-premium-subscribers-apple-app-store-payments-support.

Jesse Hollington, "Apple Finally Explains Its 'Video Partner Program' Deal with Amazon Prime (Here's How it Works)," *iDrop News*, September 25, 2020, https://www.idropnews.com/news/apple-shares-details-on-its-video-partner-program-deal-with-amazon-prime-and-other-providers-heres-how-it-works/143942/.

Jessica Davis, "Why HP's TouchPad Tablet Failed," *Channel Insider*, August 23, 2011, https://www.channelinsider.com/tech-companies/hp-touchpad-tablet-fails/.

Jessica Dolcourt, "Your next phone could have USB Type-C (and that's a good thing)" *CNET*, October 26, 2016, https://www.cnet.com/tech/mobile/what-is-usb-type-c-phones/.

Jide Mbaka, "8 Factors to Consider While Buying a Smartphone," *Carlcare Service*, January 21, 2023, https://www.carlcare.com/ng/tips-detail/factors-to-consider-while-buying-a-smartphone/.

Joe Cason, "Introducing Every Single Pre-Installed App on the iPhone," *Make Use Of*, May 28, 2022, https://www.makeuseof.com/every-pre-installed-app-iphone/.

John Gieske, "5G mmWave vs. Sub-6: A Comparative Study of Two 5G Frequency Bands," *NYBSYS*, August 18, 2024, https://nybsys.com/5g-mmwave-vs-sub-6/.

John Paczkowski, "AT&T's new early-termination fee for the iPhone: $325," *CNET*, May 21, 2010, https://www.cnet.com/tech/mobile/at-ts-new-early-termination-fee-for-the-iphone-325/.

Jon Porter, "Apple is bringing sideloading and alternate app stores to the iPhone," *The Verge*, January 25, 2024, https://www.theverge.com/2024/1/25/24050200/apple-third-party-app-stores-allowed-iphone-ios-europe-digital-markets-act.

Jonathan Tarud, "Mobile Apps Vs Web Apps: What's The Difference?," *Koombea*, updated January 3, 2025, https://www.koombea.com/blog/difference-between-mobile-apps-and-web-apps/.

Joseph Hansen, "Can you live with just Apple Watch and iPad (mini) with cellular?" *Medium*, December 17, 2024, https://joseph-m-hansen.medium.com/can-you-live-with-just-apple-watch-and-ipad-mini-with-cellular-8fbbd15de68d.

Josh Constine, "Facebook For iOS App Is Now 2X Faster: Quicker Launch, Photos, Feed, And Built-In Messenger," *TechCrunch*, August 23, 2012, https://techcrunch.com/2012/08/23/facebook-for-ios-faster/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Joshua Sherman, "Meet the man running the jailbreaking market Apple doesn't want you to use," *Digital Trends*, January 31, 2022, https://www.digitaltrends.com/mobile/the-man-who-helped-jailbreaking-jay-freeman/.

JR Raphael, "iPhone to Android: The ultimate switching guide," *Computer World*, November 23, 2023, https://www.computerworld.com/article/3218067/how-to-switch-from-iphone-to-android-ultimate-guide.html.

Juha Saarinen, "Apple cops flak for deleting local browser storage after 7 days," *iTnews*, March 26, 2020, https://www.itnews.com.au/news/apple-cops-flak-for-deleting-local-browser-storage-after-7-days-539833.

Juli Clover, "Apple''s USB-C iPhone: Everything You Need to Know," *MacRumors,* November 14, 2023, https://www.macrumors.com/guide/usb-c-iphone/.

Juli Clover, "Aptoide App Store Launches in the UE with Access to Older Versions of Games," *MacRumors*, February 18, 2025, https://www.macrumors.com/2025/02/18/apptoide-alternative-app-store/.

Juli Clover, "Everything You Need to Know About the Apple Pencil," *MacRumors*, May 31, 2024, https://www.macrumors.com/guide/apple-pencil/.

Julian Neagu, "Progressive Web App (PWA) Statistics 2024," *Medium*, November 14, 2023, https://medium.com/@julianneagu/progressive-web-app-pwa-statistics-2023-46950788b513.

Katie Terrel Hanna, Ivy Wigmore, "What is a mobile app (mobile application)?," *TechTarget*, February 2023, https://www.techtarget.com/whatis/definition/mobile-app.

Kellen Browning, "'Crucial Time' for Cloud Gaming, Which Wants to Change How You Play," *The New York Times*, July 1, 2021, https://www.nytimes.com/2021/07/01/technology/cloud-gaming-latest-wave.html.

Kellen Browning, Jack Nicas, "The New York Times Pulls Out of Apple News," *The New York Times*, June 29, 2020, https://www.nytimes.com/2020/06/29/technology/new-york-times-apple-news-app.html.

Kif Leswing, "Three ways to get iPhone software without using Apple's App Store," *CNBC*, September 1, 2020, https://www.cnbc.com/2020/09/01/how-to-get-iphone-software-without-using-apples-app-store.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Kishalaya Kundu, "Can You Watch Apple TV On Android? Actually, Yeah, You Can," *ScreenRant*, April 2, 2023, https://screenrant.com/can-you-watch-appletv-on-android/.

KS Sandhya Iyer, "Revamped Facebook app for iOS: Review," *Gadgets360*, August 24, 2012, https://gadgets.ndtv.com/apps/reviews/revamped-facebook-app-for-ios-review-258817.

Kyle Barr, "Apple Watch Ultra vs Samsung Galaxy Watch Ultra: They're Both the Best Wearable," *Gizmodo*, July 29, 2024, https://gizmodo.com/apple-watch-ultra-vs-samsung-galaxy-watch-ultra-2000479722.

Kyle Johnson, "How to sideload iOS apps and why it's dangerous," *TechTarget*, April 26, 2022, https://www.techtarget.com/searchmobilecomputing/opinion/Did-you-know-how-easy-it-is-to-sideload-iOS-apps-to-your-iPhone.

Lance Whitney, "The smartphone or the tablet: Who's using all these devices?", *CNET*, October 29, 2012, https://www.cnet.com/tech/services-and-software/the-smartphone-or-the-tablet-whos-using-all-these-devices/.

Laura Selby, "Phone early termination fees: How to know what you'd owe," *NBC News*, September 15, 2012, https://www.nbcnews.com/tech/gadgets/phone-early-termination-fees-how-know-what-youd-owe-flna1b5919843.

Lauren Goode, "App Store 2.0 – The App Store changed the way we buy software. Can Apple do it again?," *The Verge*, June 8, 2016, https://www.theverge.com/2016/6/8/11880730/apple-app-store-subscription-update-phil-schiller-interview.

Letter to Secretary Gina Raimondo from Edward J. Markey, Elizabeth Warren, and Bernard Sanders, United States Senate, June 16, 2022, https://www.markey.senate.gov/imo/media/doc/letter_to_department_of_commerce_on_e-waste.pdf.

Lex Friedman, "A $5 app isn't expensive: Customers need to help fix the App Store economy," *Macworld*, April 4, 2013, https://www.macworld.com/article/220707/a-5-app-isnt-expensive-customers-need-to-help-fix-the-app-store-economy.html.

Lily Hay Newman, "You Can Jailbreak Your iPhone Again (But Maybe You Shouldn't): Apple reintroduced a previously fixed bug in iOS 12.4, which has led to a jailbreak revival," *Wired*, August 19, 2019, https://www.wired.com/story/ios-jailbreak-new/.

Lisa Eadicicio, "Super Apps, Explained: What Are These Apps That Do Everything?," *CNET*, April 15, 2024, https://www.cnet.com/tech/mobile/super-apps-explained-what-are-these-apps-that-do-everything/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Lorenzo Franceschi-Bicchierai and Brian Merchant, "The Life, Death, and Legacy of iPhone Jailbreaking," *Vice*, June 28, 2017, https://www.vice.com/en/article/iphone-jailbreak-life-death-legacy/.

Lotus Lin, "Fire Phone: The Rise and Fall of Amazon's Smartphone Dream," *Medium*, April 28, 2023, https://medium.com/@lotus.lin/failing-forward-amazon-fire-phone-f88c98c08156.

Luis Correia da Silva, Gunnar Niels, Swee Chua, Leonie Bell, Reinder van Dijk, Katherine Vickers, Neil Marshall, Elisa Muzzini and Rupert Booth, "Assessing Profitability in Competition Policy Analysis: Economic Discussion Paper 6," *Office of Fair Trading*, July 2003, https://www.oxera.com/wp-content/uploads/2018/03/OFT-Assessing-profitability-1.pdf.

Malcolm McMillan, "NFL Sunday Ticket is $300 more on Apple devices — here's how to get around it," *Tom's Guide*, August 21, 2024, https://www.tomsguide.com/entertainment/sports/dont-buy-nfl-sunday-ticket-on-your-iphone-heres-why.

Manish Kumar Saini, "Difference between Desktop and Tablet," *TutorialsPoint*, March 27, 2023, https://www.tutorialspoint.com/difference-between-desktop-and-tablet.

Marc Hasselwander, "Digital Platforms' Growth Strategies and the Rise of Super Apps," *Heliyon*, 10(5) (2024), https://www.sciencedirect.com/science/article/pii/S2405844024018875.

Mark Coulstring, "iPhone History: From the Original iPhone to iPhone 16," *Seamgen*, October 1, 2024, https://www.seamgen.com/blog/iphone-history-original-iphone-to-current-iphone.

Mark Gurman, "Apple's App Store Rules Limit Rival Gaming Services While Arcade Runs Free," *Bloomberg*, March 25, 2020, https://www.bloomberg.com/news/articles/2020-03-25/google-stadia-nvidia-geforce-microsoft-xcloud-not-on-apple-ios.

Mark Kyrnin, "Should You Buy A Tablet or a Laptop?," *LifeWire*, February 20, 2024, https://www.lifewire.com/tablets-vs-laptops-832333.

Mark Rogowsky, "App Store At 6: How Steve Jobs' Biggest Blunder Became One Of Apple's Greatest Strengths," *Forbes*, July 11, 2014, https://www.forbes.com/sites/markrogowsky/2014/07/11/app-store-at-6-how-steve-jobs-biggest-blunder-became-one-of-apples-greatest-strengths/.

Martyn Casserly, "iOS versions: Every version of iOS from the oldest to the latest," *Macworld,* February 11, 2025, https://www.macworld.com/article/1659017/ios-versions-list.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Matt Brian, "Facebook launches native app for iPhone and iPad, rebuilt from ground up to be twice as fast," *The Next Web*, August 23, 2012, https://thenextweb.com/news/facebook-2.

Matthew Miller, "Crash of the mobile titans: What happened to Palm, BlackBerry, Nokia, and HTC?," *ZDNet*, September 26, 2013, https://www.zdnet.com/article/crash-of-the-mobile-titans-what-happened-to-palm-blackberry-nokia-and-htc/.

Maximiliano Firtman, "Progressive Web Apps on iOS are here," *Medium*, March 30, 2018, https://medium.com/@firt/progressive-web-apps-on-ios-are-here-d00430dee3a7.

Michael Goad, "What is a Mobile Operating System?," *TechTarget*, March 2023, https://www.techtarget.com/searchmobilecomputing/definition/mobile-operating-system.

Michael Levin and Josh Lowitz, "Apple Announced Other Products, Too, and That's Important for Some iPhone Buyers," *CIRP*, September 18, 2024, https://cirpapple.substack.com/p/apple-announced-other-products-too.

Michael Montecuollo, "Native or Web-Based? Selecting the Right Approach for Your Mobile App," *UX Magazine*, January 29, 2014, https://uxmag.com/articles/native-or-web-based-selecting-the-right-approach-for-your-mobile-app.

Michael Potuck, "Here's how many years Apple users are keeping their iPads," *9To5Mac*, May 15, 2024, https://9to5mac.com/2024/05/15/heres-how-many-years-users-keep-ipads/.

Michael Simon, "How the iPhone killed Blackberry (and why it didn't have to happen)," *Macworld*, January 4, 2022, https://www.macworld.com/article/562752/blackberry-devices-software-obsolete-iphone.html.

Mike Isaac, "Apple Shows Facebook Who Has the Power in an App Dispute," *The New York Times*, February 1, 2019, https://www.nytimes.com/2019/01/31/technology/apple-blocks-facebook.html.

Mitchell Clark, "Apple finally lets 'reader' apps like Kindle, Netflix, and Spotify link to their own sites," *The Verge*, March 30, 2022, https://www.theverge.com/2022/3/30/23003503/apple-reader-app-developer-external-link-guidelines-announced-entitlements.

Monika Grigutytė, "How to change the app store country on your Apple devices," *NordVPN*, December 17, 2023, https://nordvpn.com/blog/change-app-store-country/.

Nathan Ingraham, "Apple announces 1 million apps in the App Store, more than 1 billion songs played on iTunes radio," *The Verge*, October 22, 2013,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

https://www.theverge.com/2013/10/22/4866302/apple-announces-1-million-apps-in-the-app-store.

Nick Jasuja, "Android vs. iOS – Difference and Comparison," *Diffen*, https://www.diffen.com/difference/Android_vs_iOS.

Nick Statt, "Apple confirms cloud gaming services like xCloud and Stadia violate App Store guidelines," *The Verge*, August 6, 2020, https://www.theverge.com/2020/8/6/21357771/apple-cloud-gaming-microsoft-xcloud-google-stadia-ios-app-store-guidelines-violations.

Nick Statt, "Apple just kicked Fortnite off the App Store," *The Verge*, August 13, 2020, https://www.theverge.com/2020/8/13/21366438/apple-fortnite-ios-app-store-violations-epic-payments.

Nick Statt, "Major news publishers ask Apple what can get them an App Store deal like Amazon's," *The Verge*, August 20, 2020, https://www.theverge.com/2020/8/20/21378156/apple-news-publishers-subscription-deal-app-store-cut-terms-amazon-letter.

Nicole Lee, "The 411: Feature phones vs. smartphones," *CNET*, March 1, 2010, https://www.cnet.com/tech/mobile/the-411-feature-phones-vs-smartphones/.

Nicole Nguyen, "How App Makers Break Their Apps to Avoid Paying Apple," *The Wall Street Journal*, June 28, 2020, https://www.wsj.com/articles/how-app-makers-break-their-apps-to-avoid-paying-apple-11593349200?st=gw7fmdn56uuyw0e&reflink=article_email_share.

Nikita Achanta, "Your Nintendo Switch has a secret web browser – here's where to find it," *Tom's Guide*, February 23, 2024, https://www.tomsguide.com/gaming/how-to-access-the-nintendo-switch-hidden-web-browser.

Nilay Patel, "Apple's App Store Review Guidelines: 'we don't need any more fart apps'," *Engadget*, September 9, 2010, https://www.engadget.com/2010-09-09-apples-app-store-review-guidelines-we-dont-need-any-more-far.html.

Nisha Patel, "Is the flip phone back? Why some people are switching to dumbphones," *CBC*, June 18, 2024, https://www.cbc.ca/news/business/is-the-flip-phone-back-why-some-people-are-switching-to-dumbphones-1.7236222.

Olga Knezevic, "Android vs iPhone security: which is safer?," *Norton*, June 28, 2024, https://us.norton.com/blog/mobile/android-vs-ios-which-is-more-secure.

Paul Kirvan, "What is a smartphone?," *Tech Target*, April 2023, https://www.techtarget.com/searchmobilecomputing/definition/smartphone.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Peter Kafka, "Spotify says Apple won't approve a new version of its app because it doesn't want competition for Apple Music," *Vox*, June 30, 2016, https://www.vox.com/2016/6/30/12067578/spotify-apple-app-store-rejection.

Rahul Awati, "What is a tablet (tablet PC)?," *TechTarget*, November 2023, https://www.techtarget.com/searchmobilecomputing/definition/tablet-PC.

Rob Enderle, "Incomplete and overpriced: How Motorola doomed the Xoom," *Digital Trends,* April 12, 2011, https://www.digitaltrends.com/mobile/incomplete-and-overpriced-how-motorola-doomed-the-xoom/.

Robert Sheldon, "Sideloading," *TechTarget*, last updated September 2023, https://www.techtarget.com/searchmobilecomputing/definition/sideloading.

Samuel Nyberg, "What will be Apple's most important product in ten years?" *Macworld*, November 24, 2021, https://www.macworld.com/article/678155/what-will-be-apples-most-important-product-in-ten-years.html..

Sarah Perez, "'Evasi0n' Overloads Servers As Over 270,000 People Download The New Jailbreak For iOS 6.0/6.1 Devices, Including iPhone 5," *TechCrunch*, February 4, 2013, https://techcrunch.com/2013/02/04/jailbreaking-is-back-new-evasi0n-software-works-on-most-ios-6-06-1-devices-including-iphone-5/.

Sarah Perez, "Apple introduces a new pay-per-install ad product called Search Ads Basic," *TechCrunch*, December 5, 2017, https://techcrunch.com/2017/12/05/apple-introduces-a-new-pay-per-install-ad-product-called-search-ads-basic/.

Sarah Perez, "Apple's Search Ads expand to six more markets in Europe and Asia," *TechCrunch*, July 25, 2018, https://techcrunch.com/2018/07/25/apples-search-ads-expand-to-six-more-markets-in-europe-and-asia/.

Scott Gilbertson, "Apple Opens The iPhone To Third Party Apps," *Wired*, October 17, 2007, https://www.wired.com/2007/10/apple-opens-the-iphone-to-third-party-apps/.

Sean Hollister, "Epic win: Jury decides Google has illegal monopoly in app store fight," *The Verge*, December, 11, 2023, https://www.theverge.com/23994174/epic-google-trial-jury-verdict-monopoly-google-play.

Sean Hollister, "Here's what Apple's new rules about cloud gaming actually mean," *The Verge*, September 18, 2020, https://www.theverge.com/2020/9/18/20912689/apple-cloud-gaming-streaming-xcloud-stadia-app-store-guidelines-rules.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Sean Hollister, "Microsoft quietly told Apple it was willing to turn big Xbox-exclusive games into iPhone apps," *The Verge*, December 9, 2021, https://www.theverge.com/2021/12/9/22826297/microsoft-xbox-xcloud-streaming-exclusives-iphone-ipad-gamepas.

Sébastien Page, "Breaking: Cydia Acquires Rock," *iDownLoad Blog*, September 10, 2010, https://www.idownloadblog.com/2010/09/10/breaking-cydia-acquires-rock/.

Shara Tibken and Steven Musil, "Apple bringing iTunes, AirPlay 2 to Samsung's 2019 TVs," *CNET*, January 8, 2019, https://www.cnet.com/tech/home-entertainment/apple-itunes-airplay-2-coming-to-samsung-tvs-2019/.

Shikhar Mehrotra, "Which iPad Models Have A USB-C Port? Here's The Complete List," *ScreenRant,* updated May 28, 2023, https://screenrant.com/ipad-models-with-usb-c-port-list/.

Statista Research Department, "Average smartphone price worldwide 2019-2029," *Statista*, July 5, 2024, https://www.statista.com/forecasts/1286704/worldwide-smartphone-average-price.

Steve Ireland, "What Happened to HTC Phones? The Rise and Fall of a Tech Giant," *ComputerCity*, June 12, 2024, https://computercity.com/phones/what-happened-to-htc-phones.

Steven Knight, "iPhone 14 vs. iPhone 13 Depreciation Report," *SellCell*, September 28, 2022, https://www.sellcell.com/blog/iphone-14-vs-iphone-13-depreciation-report/..

Syed M. Ismail Quli, "The Rise and Fall of Nokia's Lumia: How Missteps Led to the Downfall of a Mobile Phone Pioneer," *Medium*, January 13, 2024, https://syedmdismailquli.medium.com/the-rise-and-fall-of-nokias-lumia-how-missteps-led-to-the-downfall-of-a-mobile-phone-pioneer-aa3deaf297e8.

Ted Kristsonis, "Samsung Galaxy Watch FE vs. Apple Watch SE: A wallet-friendly duel," *AndroidPolice*, December 5, 2024, https://www.androidpolice.com/samsung-galaxy-watch-fe-vs-apple-watch-se/.

Thomas Alsop, "Share of new smartphone models released by Samsung, Huawei, LG and Xiaomi capable of being charged with USB-C from 2015 to 2019," *Statista*, June 22, 2020, https://www.statista.com/statistics/1122068/share-of-new-smartphone-models-with-usb-c-charger/.

Todd Haselton, "Departing Windows chief Terry Myerson explains why Microsoft failed in smartphones," *CNBC*, March 29, 2018, https://www.cnbc.com/2018/03/29/why-microsoft-failed-in-phones.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Todd Haselton, "Microsoft's 'Netflix for video games' service launches, but you can't get it on iPhone," *CNBC*, September 15, 2020, https://www.cnbc.com/2020/09/15/microsoft-xcloud-release-for-android.html.

Todd Spangler, "Apple News+ Adds New York Times' The Athletic Sports Content – but Newspaper's Other Articles Are still Unavailable in the App," *The Variety*, December 19, 2023, https://variety.com/2023/digital/news/apple-news-plus-new-york-times-athletic-sports-1235844012/.

Todd Spangler, "Apple Will Let Content Apps Like Netflix, Spotify Link to Their Websites to Sign Up Users," *Variety*, March 30, 2022, https://variety.com/2022/digital/news/apple-app-store-netflix-spotify-web-accounts-1235219399/.

Tom Krazit, "iPhone unlocking explodes despite Apple's countermeasures," CNET, January 30, 2008, https://www.cnet.com/tech/tech-industry/iphone-unlocking-explodes-despite-apples-countermeasures/.

Tom Warren, "Microsoft opens its Windows store up to third-party app stores," *The Verge,* September 28, 2021, https://www.theverge.com/2021/9/28/22698196/microsoft-store-third-party-app-stores-epic-games-amazon.

Tripp Mickle, "Spotify Wants to Get Into Audiobooks but Says Apple Is in the Way," *The New York Times*, October 5, 2022, https://www.nytimes.com/2022/10/25/business/spotify-apple-audiobooks-app.html.

U.S. Department of Justice and Federal Trade Commission, *Merger Guidelines*, Washington, DC, 2023, https://www.ftc.gov/system/files/ftc_gov/pdf/2023_merger_guidelines_final_12.18.2023.pdf.

Victor Hristov, "Apple iPhone 15 release date and features," *Phone Arena,* updated February 29, 2024, https://www.phonearena.com/iphone-15-release-date-price-features.

Victor Luckerson, "4 Reasons Amazon's Fire Phone Was a Flop," *TIME*, October 24, 2014, https://time.com/3536969/amazon-fire-phone-bust/.

Vincenz Lee, "Samsung's Flip Phone Innovation Over the Years," *GadgetMatch*, October 3, 2022, https://www.gadgetmatch.com/samsung-flip-clamshell-phones-fashion-forward-innovation-galaxy-z-flip4-feature/.

Vlad Savov, "Windows Phone was a glorious failure / Looking back on the bumpy road taken by Microsoft's most ambitious mobile OS," *The Verge*, October 10, 2017, https://www.theverge.com/2017/10/10/16452162/windows-phone-history-glorious-failure.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Walter Glenn, "What's the Difference Between Microsoft Office's Desktop, Web, and Mobile Apps?," *How-To Geek*, December 2, 2017, https://www.howtogeek.com/334597/whats-the-difference-between-microsoft-offices-desktop-web-and-mobile-apps/.

Wes Davis, "Netflix confirms it's cutting off Apple billing for legacy subscribers," *The Verge*, February 26, 2024, https://www.theverge.com/24084173/netflix-refusing-apple-itunes-subscriptions.

Yaniv Masjedi, "What Does Jailbreaking an iPhone Do? (Risks and Benefits), *Aura*, February 7, 2024, https://www.aura.com/learn/what-does-jailbreaking-an-iphone-do#6.-Inability-to-update-your-phone.

Zach Cabading, "Tablet vs Laptop: Which One Should You Choose?," *HP*, August 28, 2024, https://www.hp.com/us-en/shop/tech-takes/tablet-vs-laptop.

Zak Khan, "iPhone price history: How Apple's pricing changes (inflation included)," *Android Authority*, May 23, 2024, https://www.androidauthority.com/iphone-price-history-3221497/.