# EXHIBIT 52

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

**IN RE APPLE IPHONE
ANTITRUST LITIGATION**

**No. 4:11-cv-06714-YGR**

**Hon. Yvonne Gonzalez Rogers**

SUPPLEMENTAL EXPERT REPORT OF

# DARRYL THOMPSON

**APRIL 16, 2025**

HIGHLY CONFIDENTIAL – PAYOR DATA
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## CONTENTS

**I. Introduction** ................................................................................................................1

    I.A. Qualifications ................................................................................................1

    I.B. Assignment ....................................................................................................2

**II. Summary of Results** .................................................................................................3

**III. Methodology** ..........................................................................................................3

**IV. Deduplication of Apple Payors** ............................................................................6

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# I. Introduction

## I.A. Qualifications

1.  I am the Chief Information Officer and Chief Operating Officer for JND Legal Administration. JND is a legal administration services provider with its headquarters located in Seattle, Washington.  JND is one of the country's largest legal administrators and has extensive experience with all aspects of legal administration and has administered settlements in thousands of class action cases.

2.  In my role as Chief Information Officer and Chief Operating Officer, I plan the development and lead the implementation of all information technology initiatives at JND. In that capacity, I design and implement enterprise IT systems that enable and support all of JND divisions, including Claims Administration Processing and Distributions for JND's Government Services and Class Action Administration Services Divisions.

3.  I have worked as a data specialist for over 25 years.  I have worked in the class action settlement administration business for 14 of those years.  I personally have performed data analysis work on billions of lines of data in my career and performed or oversaw deduplication analysis for thousands of projects.  In recent years, I have overseen the development and delivery of matching and deduplication solutions similar to the services I performed in this case for some of the largest projects in the legal administration industry, including in connection with JND's settlement administration work for the Blue Cross Blue Shield ("BCBS") $2.7 billion antitrust settlement and the Equifax Data Breach settlement, the largest data breach class action settlement ever.

4.  ███████████████████████████████████████
    ███████████████████████████████████████████
    █████████████████████████████████████████
    ███████████████████████████████████████████
    ███████████████████████████████████████

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

5. Prior to being hired for this engagement, JND worked on previous class action settlements involving Apple and Apple data.  On those engagements, data specialists from JND performed standard cleansing and deduplication analysis, under my supervision, to effectuate class notice. In the MacBook Keyboard Settlement, JND analyzed millions of purchase and repair records to identify the purchaser contact information for each Class Computer using an agreed upon data hierarchy. JND then categorized Settlement Class Members by Settlement group, removed duplicates, sanitized inappropriate entries, validated email addresses, and performed address research to obtain the most current mailing addresses.

6. My curriculum vitae is attached as Appendix A. A non-exhaustive list of class action settlement administrations for which I reviewed or oversaw the review of data in the last four years is contained in Appendix B.  I have not been called to testify at a deposition or trial in any matter in the last four years.

7. I am being compensated for my work in this matter at an hourly rate of ■■■.  My compensation is not dependent on the results of my deduplication analysis, any of my opinions, or the outcome of this or any other case.

## I.B. Assignment

8. In this case, JND was requested to evaluate a large data set produced by Apple containing information that it collects from "payors"—individuals that purchase apps and in-app content on Apple iPhones and iPads ("iOS Devices").  The data set—which I will refer to as the Apple Payor Data—was purported to contain information such as the name, address, phone number, and credit card information for every payor between July 2008 and February 2, 2024.

9. Specifically, Counsel requested that I determine whether there exists a reliable means by which to consolidate duplicative payor records that all relate to the same person and associate those

HIGHLY CONFIDENTIAL – PAYOR DATA
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

names to a unique person.  If such a means exists, Counsel further requested that I proceed with deduplicating those records and create an anonymized identifier for each unique payor, and then match those payor identifiers to create a primary person ID.  I understand that each unique payor could be a potential Class member, depending on whether they meet the requirements for Class membership.

## II. Summary of Results

10. First, applying well-accepted methods of consolidating contact data in the claims administration field, including proprietary methods that JND has developed over the past nine years, to a random sample of approximately 13 million payor records, JND determined that the Apple Payor Data could be reliably deduplicated to remove the vast majority of duplicate entities.

11. Once I confirmed that deduplicating the records could be done using well-accepted methods of consolidating contact data in the claims administration field and JND's proprietary methods, I applied those deduplication methods to the raw Apple Payor Data (which included duplicate records) for approximately 1.69 billion records.

12. By applying those well-accepted methods of consolidating contact data in the claims administration field and JND's proprietary methods, JND has eliminated duplicate payors to reduce the number of payor records from approximately 1.69 billion to approximately 246 million records.

## III. Methodology

13. .[1]

---

[1] *See* Stipulated Supplemental Protective Order Governing Payor Data ¶ 5(c), *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.), June 14, 2024, ECF No. 882.

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The sample Apple Payor Data received by JND included two files.[2]  The first file contained approximately 1.19 million records.  The second file contained approximately 12 million records.  The files included ███████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████

14.  I applied well-accepted methods of consolidating payor data in the claims administration field and JND's proprietary methods to the sample Apple Payor Data to determine whether those records could be deduplicated reliably.

15.  Once I determined and communicated to Plaintiffs' Counsel that JND could reliably reduce duplication in the Apple data, Apple then arranged to transfer the full set of data to us. Again, via hand-delivery, Apple provided approximately 1.69 billion records that we loaded onto the same computer in JND's air-gapped room that was established specifically, and only, for this matter.[3]

16.  After receiving such data, we first needed to review the data submission to confirm its completeness.  Through this review we determined that the data set was missing the Person ID for some 350 million records.  Apple rectified this issue by supplying another data set.[4]  However, this set was still missing approximately 38 million records.  Apple submitted yet another file once alerted to this shortfall.

17.  As we waited for Apple to provide additional ████████, we commenced our processes of deduplicating the data to the fullest extent possible.  In doing so, we employed at least the following steps, as an iterative process, which are the steps we would take in any large-scale deduplication analysis:

a.  I evaluated the entire data set to determine what data quality issues exist.  This stage is a necessary precursor to creating any code or process to work with the data.

---

[2] APL-APPSTORE_10767813; *see* Letter from E. Lazarus to R. Byrd & K. Wood (July 10, 2024).

[3] APL-APPSTORE_10809581; *see* Letter from E. Lazarus to R. Byrd & K. Wood (Sept. 12, 2024).

[4] APL-APPSTORE_10864885; *see* Letter from E. Lazarus to R. Byrd & K. Wood (Nov. 7, 2024).

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

b.  I developed a data cleansing algorithm to address any data issues in an attempt to leave usable data for future matching.  The code I used for data cleansing constitutes JND's proprietary work and is extremely valuable in the highly competitive claims administration industry.

c.  I ran the data cleansing algorithm against the sample Apple Payor Data. I used additional layers of proprietary data cleansing code to address remaining data quality issues and repeated the process again until the marginal returns were very low.

d.  The deduplication process also involved writing new code for this project based on my experience in prior data deduplication efforts.

e.   The multiple tiers of the deduplication algorithm are based on the data available to perform the deduplication, and my years of experience performing data analysis and deduplication.  Each tier of the deduplication algorithm ██████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████████ ███████████████████████████████ ████████████████████████████████████ ████████████████████████████████ █████████████████████████████████████ █████████████████████████████████████ ██████████████████████████████████ ██████████████████████████████████ ██████ .

f.  From there, the process was similar to the data cleansing process. I ran the deduplication algorithm against the data and reviewed the outcome, evaluated records that are potential matches that did not match in Version 1, I then wrote more code to apply additional matching logic to records that could not be matched during the first round, and repeated that iterative process continuously until I felt the marginal returns were outweighed by the time and effort required to continue.

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

g. Because large populations like the one included in the Apple Payor Data move frequently (my understanding is that anywhere from 12 to 15 percent of the population moves every year, and that rate is typically higher in younger populations), and because Apple's Payor Data included address information covering a period of 16 years, I cross-checked the address information against publicly available data obtained through an NCOA (National Change of Address) search from the United States Postal Service.  This is standard industry practice when working with older data, such as portions of the Apple Payor Data, to determine whether any particular name that has multiple addresses is actually the same person.

h. Following the NCOA search, I reapplied the iterative process of deduplication and continued to do so until there were no additional improvements in the results.

# IV. Deduplication of Apple Payors

18. As a result of the deduplication efforts described in the preceding section, JND deduplicated the Apple Payor Data to reduce the number of potential Class members from approximately 1.69 billion to approximately ▮▮▮ million unique individuals. Those ▮▮▮ million unique individuals were listed in a Final Payor Database that I stored on the air gapped PC in the secure data room.

19. It is my opinion, based on my considerable experience and the methods I applied here, that the final number of approximately ▮▮▮ million records in the Final Payor Database is a reliable determination of unique individuals based on the instructions provided by counsel, the methodologies employed, and the time spent on this endeavor.

20. Pursuant to a protocol that I understand was agreed upon by counsel for the parties, Apple retrieved the Final Payor Data in person from the air gapped PC on January 3, 2025.  The Final Payor Database contained three fields: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ and JND_Assigned_ID.

21. I reserve the right to further supplement, update, or revise my opinions and analyses based on any information, documents, or data that are made available to me.  I may prepare demonstrative aids if I am called to testify.

HIGHLY CONFIDENTIAL – ~~PAYOR DATA~~
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

_Darryl Thompson_

Darryl Thompson

# Appendix A

# Darryl Thompson

## CHIEF OPERATING OFFICER
## CHIEF INFORMATION OFFICER



Accomplished IT Executive with over 20 years' experience with data management, building enterprise applications and assembling strong technical teams. Demonstrated history of leading teams through complex projects and deliver solutions to clients.

## EDUCATION

**Washington State University**
**Bachelor of Arts**
1996 – Management Information Systems

## SKILLS

- Data Management
- Executive Management
- Data Architecture
- Application Development
- Strategic Planning
- Product Ownership

 **206.923.8099**

✉ **darryl.thompson@jndla.com**

## EXPERIENCE

● **Chief Operating Officer**
**Chief Information Officer**
**JND Legal Administration**
January 2017 – Present
- Personally analyzed data on largest cases JND administered. Built standards and processes for data preparation.
- Drove delivery of enterprise claims administration system in record time.
- Utilizing a combination of resources, delivered continuous enhancements to the core application that supports hundreds of projects and billions of records of data.
- Provide a collaborative team environment that encourages enhanced processes and procedures. \
- As Product Owner, worked closely with Senior Operation team to design solutions.
- Provided a system and infrastructure that supported a start-up growing to a leader in it's space.

● **Senior Vice President,**
**Information Technology**
**Garden City Group**
October 2010 – June 2016
- Oversaw data organization during tenure at GCG. Oversaw and worked on data for some of the largest cases in the company's history.
- Built a development organization and delivered the first version of an enterprise application in 9 months.
- Implemented changes in tools and process that generated millions in revenue. Interfaced with high profile clients to provide IT context and information in support of the sales organization.
- Built a collaborative team that worked across the organization.

● **Managing Director,**
**Information Technology**
**Adaptis**
September 1998 – July 2010
- Ran and worked with a team that executed a data migration of 100's of millions of lines of data from a legacy application to a new enterprise application.
- Built IT Tactical plan and road map that supported organization strategic plan and enterprise direction.
- Product sponsor and owner for enterprise application.
- Acted as client liaison when issues arose, and multiple organizations were required to resolve situations.
- Evolved SDLC by integrating the end user and client in proof-of-concepts, unit test and validation, decreasing re-work.

# Appendix B

**Appendix B**

**Case Name**

Aaland v. Contractors.com and One Planet Ops

Aberin, et al. v. American Honda Motor Company, Inc.

Advance Trust & Life Escrow Services, LTA, as securities intermediary for *Life Partners Position Holder Trust  v. Security Life of Denver Insurance Company*

Aiken v Swedish

Air Force Veterans Settlement

Alemu v. Imperial Parking

Alexander v. DC

Allen v. Apache

Alta Mesa Resources, Inc. Securities Litigation

American National Insurance COI Litigation

Ameritrade Merger Litigation

Amneal Securities Litigation

Anderson v Boyne

Archer v. Defenders, Inc.

Armstrong v. Taco Bell

Arnold v. State Farm Fire and Casualty Company

Array Biopharma Securities Litigation

Arvest Bank - Deposits Late Fees

Arvest Bank - Kansas Late Fees

Arvest Bank - Late Fees

Arvest Bank - NSF Fees

Athira Derivative Settlement Notice

Atuogu v. Regeis Care Center, LLC

Aurora Cannabis Securities Litigation

AVX Corporation Stockholders Litigation

Ayala v. Chiawana

Bankhead v. Pacesetter Steel Service

Banks v. R.C. Bigelow, Inc.

Barbanell v. One Medical

Barker v. CDR Maguire, Inc.

Beaucage v. Ticketmaster Canada

Becerra v. Ametek, et al.

Becton, Dickinson and Company Securities Litigation

Belin, et al. v. Health Insurance Innovations, Inc., et al.

Belle Meade Labor Depreciation Settlement

Benecol Spreads Settlement

Bennett v. Providence Settlement

Benson v. Double Down Interactive, LLC

Bernstein v Cengage Learning, Inc. Matter

Binance Cryptocurrency Exchange Settlement

Bird v. Three Z Printing Co.

Blackbaud Inc Customer Data Security Breach Litigation
BNP Paribas Sudanese Matter
Bosch v. PeaceHealth
Boyle v. Harbor Freight Tools USA
Brasch v. K. Hovnanian
Briggs v Slatton Hodges
Bromley, et al. v. SXSW, LLC et al.
Bruzek, et al. v. Husky Energy Inc., et al.
Bryant Buescher, et al. v. Brenntag North America, Inc., et al.
Bumble Securities Litigation
Bunch v. Prinsco
Burlington FLSA Collective Settlement
Butler v. City of Baltimore
C&K Trucking Settlement
Cabot Oil Securities Litigation
Caldwell v UnitedHealthcare (Lipedema)
California DOJ Wedgewood Remediation Matter
Callister v. Swedish Health Services
Canadian Emissions Matter
Carillo v. Wells Fargo Bank, N.A.
Cavallaro v. USAA
Cesar v Pacifica of the Valley
Champion Homes Recall Notification
Charles River Associates Matter
Chase, et al. v. Gordon, Aylworth & Tami, PC, et al.
Chicas v. New Chimera
Chieftain Royalty Company v. BP America Production Company
Chieftain v. SM Energy
Chieftain v. Unit Petroleum Company
Christopher Williams v. Barrilleaux, Inc.
Citrix Systems Merger Settlement
City of Philadelphia v. Bank of Am. Corp.
Clayborne v. Chevron
Clover Health Securities Litigation
Cockerell v. Unit Petroleum Company
Colombian Housekeeper Settlement
Comscore Inc and Serge Matta Fair Fund
Conrad v. Sun Coast Resources
Convergent Restitution Project
Cook Childrens v. Diamondback
Cooper Clark Foundation v. Oxy USA
Cowan v. Devon
Cowan v. Triumph
Credit Acceptance Securities Litigation

Cruz v. Jame Roll Form Products
Cruze Bosch Settlement
Cuenca v Kaiser Permanente
Curtis Markson, Mark McGeorge, Clois McLendon, and Eric Clark vs. CRST International, Inc., CRST
Custode v. Ross, Supplemental Belaire Notice
Dahy v. FedEx Ground Package System, Inc.
D'Amario v. University of Tampa
Dargoltz v. Fashion Marketing & Merchandising Group
Davies v. PeaceHealth
Davis v. GEICO
DC 16 v. Sutter Health
DDL Oil & Gas LLC v. Tapstone Energy
Deitrich v. Enerfin
Del Rivero v. Centex
Diaz, et al. v. Griffin Health Services, et al.
Dinsmore v OK Petroleum
Dinsmore v Staghorn Settlement
Dinsmore v. ONEOK
Dinsmore v. Phillips 66
Dinsmore v. Scissortail
Dobbins, et al. v. Bank of America, N.A., et al.
Doe v. CDPH
Don Brokop v. Farmland Partners Inc., et al.
Drowatsky v. ADT
Duarte v. US Metals Refining Company
Dye Copper Pipe Class Action
Eagle Bancorp Inc Fair Fund
Earth Rated Compostable Settlement
Echard v. Wells Fargo
EEOC v Groupon
EEOC v. Cardinal Health
EEOC v. Circle K
EEOC v. MVM, Inc.
El Dorado Minerals v. Coffeyville
Electrical Welfare Trust Fund
Elinknan v. RP Field Services
Ellis v. Terminal Operations Management, Inc.
Energy Transfer Securities Litigation
Epstein Mental Health Fund
Escorza v. Contract Metal Products
Estate of Palazzo v The Polyclinic et al
ExamSoft Worldwide BIPA Settlement
Farris v. Carlinville Rehab and Health Care Center
Fast Acquisition Corp Stockholders Litigation

Felicia Dance v. First Data Corporation
Fernandez v. RentGrow, Inc.
Ferrando v. Zynga
Fiat Fair Fund
FibroGen Securities Litigation
Fiduciary Claymore Merger Litigation
Figueroa v. Molina Healthcare
Fishon v. Premier Nutrition Corporation
Fleming v. Impax Laboratories Inc., et al.
Florida All X-Ray Settlement
Fluor Fair Fund
Fluor Securities Settlement
Four Seasons Heating and AC Settlement
Fraud Shield Settlement
FTC v Credit Karma LLC
FTC v Fashion Nova
FTC v LCA-Vision Inc.
FTC v Nexway SASU
FTC v Nudge, LLC
FTC v Tate's Auto Center
FTC v WealthPress Holdings LLC
FTC v.  AT&T Mobility, LLC
FTC v. 8 Figure Lifestyle LLC
FTC v. ACRO BlueSnap & Tri Star
FTC v. American Financial Support Services Inc.
FTC v. Career Education Corp.
FTC v. Damian Kutzner
FTC v. Educare Centre Services, Inc.
FTC v. First American Payment Systems, LP
FTC v. GDP Network LLC
FTC v. Hey Dude Shoes
FTC v. Hylan Asset Management LLC
FTC v. Life Management Defendants
FTC v. Mission Hills Federal
FTC v. Preferred Law
FTC v. RagingBull.com LLC
FTC v. Resident Home, LLC
FTC v. Saint James School of Medicine
FTC v. Seed Consulting, LLC
FTC v. Student Advocates Team, LLC
FTC v. Teami, LLC
FTC v. Traffic and Funnels, LLC.,
FTC v. Vantage Point Services
FTC v. Warrior Trading, Inc.

FTC v. Zurixx LLC
FTX Cryptocurrency Exchange Collapse Settlement
Gallaway v. Great Western Pacific
GAP Refund Settlement
Gateway 2014 Customer Remediation
Geico Georgia Settlement
Geico Louisiana Settlement
GEICO Texas Settlement
General Electric Securities Litigation
Genworth COI Settlement
Gibbons v Weltman
Gifford v. Pets Global
Githieya, et al. v. Global Tel*Link Co.
Gjonbalaj v. Volkswagen Group of America, Inc.
GM Canada Ignition Switch Economic Settlement
GM Fuel Injection Pump Defect Litigation
GM Fuel Pump Settlement
GM Shift Quality Defect Litigation
Goldstein v. Houlihan Lawrence
Gomez v Harley-Davidson
Gonzalez and Gutierrez v Roche Fruit
Gonzalez, et al v. Banner Bank
Google CA Pay Settlement
Grady v RCM Technologies
Graf v. Orbit Machining Company
Graham v. University of Michigan
Grand Canyon Education Inc Securities Litigation
Gray v. Peacehealth Settlement
GTV Media Group Inc. et al Fair Fund
Hadden Settlement Fund
Haines v. Washington Trust Bank
Hanks v. Voya Retirement Insurance and Annuity Co
HAPO Overdraft Fee Settlement
Harding, et al. v. Southcoast Hospital Group, Inc., et al.
Hartnett v. Washington Federal Bank
Hawker v. Pekin Insurance Company
Hay Creek Royalties, LLC v. Roan Resources LLC
Hay Creek v Mewbourne
Heathcote v. SpinX Games Limited
Heller vs. Curaleaf
Hercules Laundry Card Settlement
Hernandez, et al. v. Wells Fargo Bank, N.A.
Hicks v. State Farm Fire and Casualty Company
Hill v. Valli Produce of Evanston, Inc.

Hino Motors Settlement

Hodges v. 77 Grandville

Holloway, et al. v. Parke & Son, Inc. d/b/a Parke Warehouses

Holt v. Cooperative Bank of Cape Cod

Hoog v. Trinity Operating

Horton v. Love's Travel Stops

HRG Securities Litigation

Huckaby v. CRST Expedited

Humphries v. Onni Contracting

Hunichen v. Atonomi LLC

Hyundai-Kia Airbag Control Unit Settlement

IKEA Kitchen Cabinet Inspection

Immunomedics Securities Settlement

In re Arizona Theranos, Inc. Litigation

In re BofI Holding, Inc. Securities Litigation

In re Boston Scientific Corporation Securities Litigation

In re Broiler Chicken Antitrust Litigation

In re Celgene Corporation, Inc. Securities Litigation

In re Cognizant Technology Solutions Corporation Securities Litigation

In re Conduent Inc. Securities Litigation

In Re FinServ Acquisition Corp SPAC Litigation

In re Hertz Corporation, et al. (Aiyekusibe)

In re Hertz Corporation, et al. (Kemal)

In re Mattel, Inc. Securities Litigation

In re Resideo Technologies, Inc. Sec. Litig

In re Stellantis N.V. v. Securities Litigation

In re: Red Robin International, Inc.

In re: Subaru Battery Drain Products Liability Litigation

Indianola v. Calyx

Irving v. Container Store

Jake and Doreen Miller v. Guenther Management LLC

James v. Mado Healthcare

Jeffrey O Freidland Fair Fund

Jenkins v. DentaQuest LLC

Jenkins v. Morley Companies, Inc

John Franklin v. Equity Residential, et al.

Johns Hopkins University Settlement

Jones Total Loss Settlement

Jordan v. WP Company LLC, d/b/a The Washington Post

Joye v. Richemont North America

Judd v. KeyPoint Government Solutions

Juul Labs Altria Subclass

Kasiotis v. NY Black Car Fund

Katapult Securities Litigation

Katz v. Equinox Holdings, Inc.

Kernen v. Casillas Operating LLC, et al.

Kernen-Citizen II Settlement

Kidwell v. Ruby IV, LLC et al.

Kimball v. Volkswagen Group Of America, Inc. et al

Kiplinger Settlement

Kohari v. Metlife Group

Koshman v. MultiCare Health Systems

Kraft Heinz Securities Litigation

Kristal Khan, et al. v. PTC, Inc.

KSE Magazine Settlement

Kunneman Properties v. Marathon

Land O'Lakes ERISA Settlement

Langer v. CME

Las Flores Pipeline System Settlement

Lawson v. Love's Travels & Country Stores, Inc.

Lee v. Trinity Operating

Lenders LIBOR Settlement (Credit Suisse and MUFG)

Leonard, et al. v. John Hancock Life Insurance Company of New York and John Lee Hancock Life

Lerman v. Apple Inc.

Levy v. Dolgencorp, LLC

Lewis v. Trident Manufacturing

Lexington Law Matter

Liang v. WA

Lincoln National COI Settlement

Lindenwood University COVID Tuition Settlement

Local TV Advertising Antitrust Litigation

Loftus v. Outside Integrated Media

London Terrace Gardens

Lordstown Motors Corp Stockholders Litigation

LSIMC v. American General Settlement

Lytle v. Revance Therapeutics, Inc.

MacBook Keyboard Settlement

Macias, et al. v. Los Angeles County Department of Water and Power

Magallon v. Robert Half International Inc.

Malone et al. v. Western Digital Corporation

Mamboleo v. Pacific Life Insurance Company

Mancilla v. Advanced Drainage Systems

Marical, et al. v. Boeing Employees' Credit Union

Massachusetts AGO Notice Mailing

Mazda Infotainment Settlement

Mazda Valve Stem Seal Settlement

McCoy v. GEICO

McKnight v. Bravo Arkoma

Meegan v. NFI Industries, Inc.

Mendez v. Steelscape Washington

Mendiola v. Kingspan Light & Air

Messner, et al. v. Cambridge Real Estate Services, Inc., et al.

Microsoft Consent Decree

Microsoft PAGA/Class Settlement

Miller-DCP Settlement

Mindbody Stockholder Litigation

MindGeek Class Action Litigation

Misti Brashear-Finney v. Mid-Am Building Supply, Inc.

Mitchell v. Murray Energy Corporation

Mitchell v. Red Bluff

Mitsubishi Airbag Control Unit Settlement

Mohawk Industries Inc. Securities Litigation

Moore v. Robinhood Financial LLC

Moses v. The New York Times Company

Moss v. Eugene Mobile Village, LLC

MSU Counseling & Mental Health Services Fund

Nash v. Deca Dental Management

National Association of Realtors Settlements

Navarette-Acosta v. National Vision, Inc.

Navy Federal Credit Union CFPB Settlement Fund

NC v. Hain Celestial Group

Nesbeth, et. al. v. Icon Clinical Research

NFL Sunday Ticket Antitrust Litigation

North American Company COI Litigation

Northpointe Association v. State Farm Fire and Casualty Co.

NY Student Health Insurance Refund

Oak Street Health Securities Settlement

Ocana/Nemore PACE L.A. Settlement

OGP v Contango

Orange County Oil Spill Settlement

Orange County Oil Spill Shipping Defendants Settlement

Oxnard and Pleasant Valley Ground Water Basins Adjudication Noticing

PacifiCorp Fire Litigation

Parker v. Maverick Tube Corporation

Parsons v MVP

Patrick v. Volkswagen Group of America, Inc.

Pauper v. Kaiser Francis

Payton Fernandez v Burlington

Pearlstein et al. v. BlackBerry Ltd. et al

Pease v. Kadlec

PHL Variable Insurance COI Litigation

PHT Holding I LLC and Alice Curtis, et al. v. ReliaStar Life Insurance Company

Piazza v. Jewel-Osco
Pine Manor Investors v. FPI Management, Inc.
Pivotal Software Stockholders Litigation
Plains Oil Spill Settlement
Plantronics, Inc. Securities Litigation
Plavin v. GHI
Porsche Gasoline Settlement
Portfolio Recovery Associates CFPB Redress Matter
Powell v. Subaru of America, Inc.
Prince-Cooke v Providence
ProPetro Securities Litigation
Providence Health Washington Consent Decree
Pruitt v. Par-A-Dice Casino
Quezada, et al. v. ArbiterSports, LLC
Quinnipiac University Settlement
R1 Securities Litigation
Radisson Blu Biometrics Settlement
Rae et al v. MultiCare
Ramirez v. Rite Aid Corporation
Raymo v. FCA et al
RCC, P.S. v. Unigard Insurance Company
Redmond v. GameStop
Reed v. Scientific Games Corp.
Rice v. Burlington Resources
Rieger v Volkswagen Group of America
Riley v General Motors LLC
Rilla Jefferson v. General Motors, LLC
Ritter v. Foundation Energy
Rizzo v. Randhurst Deli
Robinhood Financial LLC SEC Settlement
Rocchio, et al. v. Rutgers, The State University of New Jersey
Rosado v. Barry University, Inc.
Rosenberg v GEICO
Rotthoff v. New York State Catholic Health Plan Inc.
Rounds v. FourPoint/Unbridled
Rowe v. Shari's Management Corporation
Ryder System Securities Litigation
Ryder, et al. v. Wells Fargo Bank, N.A.
Sagacity v Cimarex
Sahlin v. Hospital Housekeeping Systems
Salgado v. UPMC Jameson
Salmon Direct Purchaser Settlement
Sampson v Subaru
Sanchez v Travelers Insurance

Sanchez v. Visual Pak

Sanith v State Farm

Schumacher v. Bank of Hope Settlement

Sea Limited Securities Settlement

SEB Investment Management AB et al v. Align Technology, Inc. et al

SEC v. O'Rourke, et al.

Seffern v. United Site Services of Nevada, Inc.

Senne v. Office of the Commissioner of Baseball

Sherrod v. Volkswagen Group of America

Shuman v Squaretrade Inc.

Silverstein v. Genworth Life Insurance Company

Singletary v AECOM and AMENTUM Services

Six Flags Securities Litigation

Solberg, et al. v. Victim Services, Inc, et al.

Solorio v. Fresno Community Hospital

Sonneveldt v Mazda

Spencer v. City of Mount Vernon

SpinX Games Settlement

State of Washington v. PreHired, LLC

State v. PeaceHealth

Staunton Lodge v. Pekin Insurance Company

Stein v. Eagle Bancorp LLC

Steuart, et al. v. Squaw Valley Resort, LLC, et al.

Steven D. Marcrum v. Hobby Lobby Stores, Inc.

Stewart v. Kaiser Permanente

Stout v. The GEO Group Settlement Phase

Strohm v. MAWC

Suaverdez v. Circle K Stores

Subaru CVT Settlement

Subaru Fuel Pumps Settlement

Swafford v. Ovintiv

Swetz v. GSK Consumer Health, Inc.

Sylvain v. Longwood Auto Acquisitions

Taro Pharmaceutical Industries Ltd. Securities Litigation

Tempoe LLC Redress CFPB Order

Tershakovec, et al. v. Ford Motor Company

Ticketmaster Settlement

Tijerina v. Volkswagen Group of America Inc.

Tither-Kaplan, et al. v. James Franco, et al.

Toland v. Nationstar Mortgage

Torres, et al. v. National Payment Systems OR, LLC

Toy v. City of San Francisco (Public Utility Commission)

TransUnion Rental Screening FCRA Litigation

Tuna DPP - Starkist/Lion Settlement

Tuna EPP - Starkist/Lion Settlement
Turkish Airlines Settlement
UMR Insurance Settlement
Underwood v. NGL Energy Partners
University of New Haven Settlement
USC Kelley State Court Litigation Consent Notice Project
USC Student Health Center Litigation
Van Jacobs v. New World Van Lines, Inc.
Vance v. Mazda
Vasser v. Mapco Express, Inc.
Venator Securities Litigation
VGW Games Settlement
Vida Longevity Fund v. Lincoln NY
Voyager Cryptocurrency Exchange Partial Settlements
Vybe Patient Refund Distribution
Wadding v Mott
Wake Energy v. EOG
Wake v BCE Mach
Wake v Devon Settlement
Wake v Mustang
Watson v. Checkr, Inc.
Weiner v. Ocwen Financial Corp. Settlement
Wells Fargo CFPB Enforcement Matter
Wells Fargo Lockbox Remediation
Welsh v. Hartford
White Family Minerals v. EOG Resources
Wills v. Seattle Children's Hospital
Wilner v. Leopold & Associates, PLLC
Wilson v. Santander Consumer USA
Woodard v Navient Solutions
Woods v. FleetPride
Wright v. Devon Energy Production Company
Wright v. Southern New Hampshire University
Wynn Securities Litigation
Youssef v Navient Solutions
Z.B., et al. v. Birmingham Community Charter High School, et al.
Zakinov v. Ripple Labs, Inc. Litigation
Zaslavskiy v. Weltman
Zindel v. El Gaucho
Zissa v. County of Los Angeles
Zwicky v. Diamond Resorts International