# EXHIBIT 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Case No. 4:11-cv-06714-YGR

- - - - - - - - - - - - - - - - - - x

In re: Apple iPhone Antitrust

Litigation

- - - - - - - - - - - - - - - - - - x

July 11, 2025

9:00 a.m.

CONTINUED CONFIDENTIAL VIDEO RECORDED

DEPOSITION of ROSA ABRANTES-METZ, Ph.D., an

Expert Witness for the Plaintiffs herein, taken

by the Defendant, held remotely via Zoom vide

conference before Sara K. Killian, a Registered

Professional Reporter, Realtime Certified

Reporter and Notary Public.

Page 131

CONFIDENTIAL

R. Abrantes-Metz, Ph.D.

observation that even if it is 20% and the                11:50:31

rival does not exit, that means that it is                11:50:34

not too low to exit.                                       11:50:36

Q.    If the rival as a -- if the                   11:50:42

rival is not profitable and does not exit,                11:50:55

in that scenario, does that mean that the                 11:51:02

unprofitable -- strike that.                               11:51:08

Okay.  Let's move on.                         11:51:21

Does the 13.63 commission rate                11:51:26

reflect the value of Apple's tools,                        11:51:29

technology and IP?                                         11:51:32

A.    For what purpose?                              11:51:38

Q.    Does it reflect the value?  Do              11:51:41

you understand that Apple makes tools,                     11:51:43

technology and IP available to developers?                 11:51:49

A.    Yes, that is a cost.  It is not              11:51:53

a valuation.  I didn't value Apple's IP.  I               11:51:55

included any costs of development that                      11:52:01

Apple -- Apple's App Store had in the                      11:52:06

calculation.                                               11:52:12

Q.    Did you consider the value of               11:52:12

Apple's tools, technology and IP to                        11:52:14

developers?                                                11:52:18

A.    As I said earlier, I did not                 11:52:21

Page 236

CERTIFICATION

I, SARA K. KILLIAN, RPR, RCR, CCR, do hereby certify that ROSA ABRANTES-METZ, Ph.D., the witness whose examination under oath is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I FURTHER CERTIFY that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of July, 2025.

SARA K. KILLIAN, RPR, RCR, CCR

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127