# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Case No. 4:11-cv-06714-YGR

- - - - - - - - - - - - - - - - - x

In re: Apple iPhone Antitrust

Litigation

- - - - - - - - - - - - - - - - - x

July 11, 2025

9:00 a.m.

CONTINUED CONFIDENTIAL VIDEO RECORDED

DEPOSITION of ROSA ABRANTES-METZ, Ph.D., an

Expert Witness for the Plaintiffs herein, taken

by the Defendant, held remotely via Zoom vide

conference before Sara K. Killian, a Registered

Professional Reporter, Realtime Certified

Reporter and Notary Public.

Page 131

R. Abrantes-Metz, Ph.D.

App Store.                                                   10:47:08

Q.       Do you describe that difference                    10:47:09
in your report?                                             10:47:10

A.       No, because for a variety of                       10:47:13
reasons, I explain that Steam is not an                     10:47:14
appropriate benchmark.                                      10:47:18

Q.       Exactly.                                           10:47:22
And that is one of the reasons                              10:47:23
that you view Steam as not an appropriate                   10:47:24
benchmark.                                                  10:47:27
Correct?                                                    10:47:28

A.       The reasons I view Steam as not                    10:47:31
an appropriate benchmark are summarized in                  10:47:32
paragraph 188A and B.  They are for the most                10:47:36
part the incumbency advantage and second,                   10:47:40
the concerns that there may have been                       10:47:44
alleged misconduct and as I explained, even                 10:47:47
if that was not the case, the fact that the                 10:47:51
MFNs, even if determined not illegal                        10:47:51
prevent, developers from price                              10:47:58
differentiating and moving prices down to                   10:48:00
platforms with lower commission rates, that                 10:48:03
is not the but-for world that I postulate.                  10:48:05
So those are the reasons why Steam is not                   10:48:08

Page 200

CONFIDENTIAL

R. Abrantes-Metz, Ph.D.

appropriate.                                          10:48:14

But I was just answering to                10:48:15

another point you made earlier when you said          10:48:16

that I was saying these were the only                 10:48:17

differences between App -- the Apple App              10:48:19

Store and Steam and I don't believe I ever            10:48:22

said that.                                            10:48:24

Q.      Okay.                                  10:48:33

On page 103 at the very top,                10:48:34

you say:  In the but-for world, Apple would           10:48:36

likely have faced competition from rival app          10:48:40

stores from the start exerting downward               10:48:43

pressure on commission rates.                         10:48:48

Correct?                                   10:48:49

A.      Yes.  In fact, there was           10:48:50

already another way of dealing with apps,             10:48:51

downloading apps at the time that the App             10:48:55

Store started, there was Cydia.  So somebody          10:48:57

was already there before Apple.  So it's a            10:49:01

complete speculation that somebody else               10:49:04

could have remained as an available source            10:49:07

within iOS.                                           10:49:11

Q.      Cydia was distributing iOS apps     10:49:15

before Apple launched the App Store?                  10:49:19

Page 201

R. Abrantes-Metz, Ph.D.

A.      My recollection is that Cydia    10:49:21
was available as something sideloaded in    10:49:23
iPhones before the App Store.    10:49:28

Q.      In your -- strike that.    10:49:34

You assume that the App Store    10:49:38
would have immediately faced competition    10:49:40
from a rival in the but-for world.    10:49:42

Correct?    10:49:44

A.      It is a simplifying assumption.    10:49:45
As I mentioned earlier, somebody else could    10:49:50
have entered before Apple.  Apple could have    10:49:52
entered before the Apple App Store, so I    10:49:55
just want to make clear when I'm talking    10:49:57
about Apple here, I'm always talking about    10:50:01
its App Store.    10:50:06

Somebody else could have    10:50:07
entered before, Apple could have entered    10:50:08
before, or commonly assumed when you have a    10:50:10
long run equillibrium, which is what I    10:50:11
calculate for the but-for world, that they    10:50:12
may have entered more or less at the same    10:50:15
time, yes.    10:50:17

Q.      If Apple had entered first with    10:50:18
the App Store, would it have charged a 30%    10:50:20

Page 202

R. Abrantes-Metz, Ph.D.

commission initially?                                    10:50:24

MR. RIFKIN:  Objection to form.         10:50:26

A.      The but-for world that I          10:50:28

postulate is one in which there is                      10:50:29

competition and therefore under competition,            10:50:32

I don't think that Apple would have charged             10:50:39

a 30%.                                                  10:50:42

Q.      Your model -- strike that.         10:50:48

Your model allows for the              10:50:56

possibility that Apple entered before the               10:50:58

rival app store.                                        10:51:00

Correct?                               10:51:02

A.      It does allow in the sense that    10:51:03

there could be one justification why the App            10:51:07

Store has a much larger market share than               10:51:09

the rival.                                              10:51:13

Q.      And in the scenario where Apple    10:51:14

enters first with the App Store, does it                10:51:18

enter with a commission rate of 13.63%?                 10:51:23

A.      It could have entered with an      10:51:28

even smaller commission rate because if it              10:51:30

knows that it enters first and it's likely              10:51:34

to attract entry, then it's going to want to            10:51:38

try and grab as many of developers as                   10:51:42

Page 203

CONFIDENTIAL

CERTIFICATION

I, SARA K. KILLIAN, RPR, RCR, CCR, do hereby certify that ROSA ABRANTES-METZ, Ph.D., the witness whose examination under oath is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I FURTHER CERTIFY that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of July, 2025.

SARA K. KILLIAN, RPR, RCR, CCR

Page 338