# EXHIBIT 24



# iPad Buyer Survey

FY18-Q3 Report

US, UK, France, Germany, China, and Japan

Apple Market Research and Analysis



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339734

# Why this report?

The purpose of this study is to better understand iPad buyers in 6 countries: US, UK, France, Germany, China, and Japan.

Apple Market Research conducts monthly surveys of iPad buyers. This report summarizes the results of the surveys fielded during FY18-Q3. Where appropriate and helpful, trended data for the last quarter and year is provided.

Major areas of analysis include:

- Acquisition
- Purchase influencers
- Buy Mix
- Satisfaction
- Use
- Purchase experience
- Demographics

APPLE CONFIDENTIAL    2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339735

# Methodology

## iPad Buyer survey

### Who did we survey?
Recent iPad buyers (16+ years old)

### When did they buy?
FY18-Q3 (April 1, 2018, to June 30, 2018)

### Which products?

  

12.9-inch iPad Pro    10.5-inch iPad Pro    9.7-inch iPad Pro

  

iPad (6th generation)    iPad (5th generation)    iPad mini 4

### Where?
US, UK, France, Germany, China, and Japan.

### How did we reach them?
Customers were randomly selected from the Apple Customer Database and invited to participate in a 10-minute web survey.

### Other notes
Results were weighted to represent the actual sales distribution by model, configuration and purchase channel (Apple Retail, Apple Online, Other retailer or carrier) for each country.

Statistical testing was conducted at a $p<0.05$ significance level. If data reported for the current quarter are higher/lower than the corresponding value for the comparison group, they are indicated with a upward/downward arrow (↑↓). To simplify reporting, results of statistical testing may not be shown for values under 5%. Data for which the base of respondents is less than 50 are not reported and noted as "small base." To simplify reporting, chart labels for values under 3% may not be shown. The term "Top-2 box" refers to the total of the top 2 results in a 5-point scale. Totals, sub-totals, and nets may be off by a point or two due to rounding.

Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

Survey question wording and order was revised in FY15-Q1. If data are not comparable with prior quarters, trended data are not shown. In base descriptions, "iPad owners" refers to respondents who purchased the iPad for themselves or received it as a gift, from work, or from school. "iPad buyers" refers to those who purchased the iPad for themselves or got it as a gift for someone else.

APPLE CONFIDENTIAL    3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339736

# Acquisition

APPLE CONFIDENTIAL    4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339737

# Acquisition method

## All models



Base: iPad Pro, iPad, and iPad mini buyers and owners
Q4: Did you...?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL   5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339738

# Acquisition method

## Bought for self

### iPad models



Base: iPad Pro, iPad, and iPad mini buyers and owners
Q4: Did you...?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE
CONFIDENTIAL    6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339739

# Acquisition trends

## Bought for self

### All models



Base: iPad Pro, iPad, and iPad mini buyers and owners
Q4: Did you...?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Acquisition trends

## Received as a gift

All models



Base: iPad Pro, iPad, and iPad mini buyers and owners
Q4: Did you...?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339741

# Age of person iPad was purchased for

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Under 5 | | | 6% | 1% | 10% | 5% |
| 5 to 9 | | | 7% | 4% | 20% | 18% |
| 10 to 13 | | | 8% | 5% | 9% | 16% |
| 14 to 17 | | | 6% | 8% | 4% | 9% |
| 18 to 24 | | | 5% | 4% | 11% | 2% |
| 25 to 34 | | | 8% | 0% | 14% | 5% |
| 35 to 44 | | | 11% | 19% | 4% | 5% |
| 45 to 54 | | | 21% | 15% | 17% | 8% |
| 55 to 64 | | | 10% | 19% | 12% | 13% |
| 65 and above | | | 24% | 26% | 7% | 19% |
| Don't know | | | 0% | 0% | 0% | 3% |
| n= | small base | small base | 71 | 51 | 188 | 76 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: Bought iPad Pro, iPad, or iPad mini as gift for someone else
Q7: What is the age of the person (or people) you bought the [MODEL] for? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Purposes for buying the iPad

APPLE CONFIDENTIAL    8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339743

# Purposes for buying the iPad

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | 87% | 91% | 85% | 84% | 79% | 84% ↑ |
| To use while on vacation | 27% | 28% | 24% | 38% | 23% | 20% |
| For work | 24% | 21% | 26% | 34% ↓ | 34% ↑ | 29% ↑ |
| For school or other education | 14% | 8% ↑ | 9% | 23% ↑ | 49% ↑ | 9% |
| To use on business trips | 10% | 8% | 7% | 16% | 18% | 10% |
| For my children to use | 5% | 6% | 7% | 7% | 15% ↓ | 11% |
| Other | 4% | 4% | 5% | 4% | 1% | 4% |
| n= | 3410 | 4623 | 4247 | 5406 | 6927 | 5274 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Purposes for buying the iPad

12.9-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | 78% | 82% | 73% | 77% | 75% | 79% |
| To use while on vacation | 25% | 30% ↑ | 22% | 30% | 22% | 23% |
| For work | 41% | 41% | 50% | 52% | 54% | 41% |
| For school or other education | 20% | 12% | 10% | 24% | 63% | 10% |
| To use on business trips | 16% | 16% | 13% | 20% ↓ | 18% | 14% |
| For my children to use | 3% | 5% | 4% | 3% | 12% | 7% |
| Other | 5% | 4% | 5% | 5% | 1% | 6% |
| n= | 339 | 411 | 338 | 490 | 71 | 253 |

% 10 20 30 40 50 60 70 80 90 100

Base: 12.9-inch iPad Pro buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339745

# Purposes for buying the iPad

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | 86% | 87% | 74% | 79% | 79% | 85% |
| To use while on vacation | 34% ↑ | 32% | 25% | 42% | 28% | 25% |
| For work | 39% | 39% | 47% | 50% | 52% | 44% |
| For school or other education | 20% | 12% | 9% | 22% | 60% | 14% |
| To use on business trips | 17% | 17% | 16% | 27% | 26% | 16% |
| For my children to use | 5% | 3% | 3% ↓ | 5% | 11% | 7% |
| Other | 4% | 4% | 7% | 5% | 2% | 3% |
| n= | 633 | 599 | 429 | 700 | 592 | 848 |

% | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100

Base: 10.5-inch iPad Pro buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

# Purposes for buying the iPad

iPad (6th generation)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | 88% | 92% | 88% | 86% | 79% | 86% |
| To use while on vacation | 26% | 27% | 25% | 39% | 22% | 21% |
| For work | 22% | 18% | 25% | 32% | 35% | 28% |
| For school or other education | 13% | 8% | 11% | 25% | 52% | 9% |
| To use on business trips | 8% | 7% | 6% | 14% | 17% | 10% |
| For my children to use | 5% | 6% | 7% | 8% | 14% | 12% |
| Other | 5% | 4% | 5% | 4% | 1% | 3% |
| n= | 1870 | 2968 | 2743 | 3721 | 5169 | 3161 |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339747

# Purposes for buying the iPad

iPad (5th generation)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | 89% | 94% | 89% | 87% | 77% | 80% |
| To use while on vacation | 24% | 24% | 19% | 33% | 23% | 14% ↓ |
| For work | 17% | 11% | 16% | 21% | 28% | 25% |
| For school or other education | 9% | 6% | 5% ↓ | 16% | 43% | 7% |
| To use on business trips | 6% | 4% | 4% | 11% | 16% | 7% |
| For my children to use | 4% | 5% | 8% | 9% | 19% | 14% |
| Other | 3% | 3% | 4% | 4% | 1% | 4% |
| n= | 324 | 404 | 582 | 409 | 565 | 489 |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (5th generation) buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339748

# Purposes for buying the iPad


iPad mini 4

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | 86% | 92% | 73% | 77% | 80% | 87% |
| To use while on vacation | 29% | 38% | 26% | 34% | 24% | 20% |
| For work | 16% | 14% | 21% | 28% | 26% | 25% |
| For school or other education | 7% | 3% | 4% | 15% | 38% | 6% |
| To use on business trips | 9% | 9% | 10% | 22% | 22% | 14% |
| For my children to use | 4% | 6% | 6% | 2% | 16% | 8% |
| Other | 5% | 6% | 16% ↑ | 10% | 1% | 4% |
| n= | 244 | 241 | 155 | 86 | 530 | 523 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Purposes for buying the iPad

## 12.9-inch iPad Pro vs. 10.5-inch iPad Pro

|  | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | + |  |  |  |  | + |
| To use while on vacation | + |  |  | ++ | + |  |
| For work |  |  |  |  |  |  |
| For school or other education |  |  |  |  |  |  |
| To use on business trips |  |  |  | + | + |  |
| For my children to use |  |  |  |  |  |  |
| Other |  |  |  |  |  |  |
| 12.9-inch iPad Pro n= | 339 | 411 | 338 | 490 | 71 | 253 |
| 10.5-inch iPad Pro n= | 633 | 599 | 429 | 700 | 592 | 848 |

+ 5% pts. higher than other model    ++ 10% pts. higher than other model    +++ 15%+ pts. higher than other model

12.9-inch iPad Pro    10.5-inch iPad Pro

Base: 12.9-inch iPad Pro and 10.5-inch iPad Pro buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339750

# Purposes for buying the iPad

First time iPad owners vs. repeat owners

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | | | | | | |
| To use while on vacation | | | | | | |
| For work | | | | | | + |
| For school or other education | + | | | ++ | + | |
| To use on business trips | | | | | + | |
| For my children to use | | | | | | |
| Other | | | | | | |
| First time owner n= | 985 | 1255 | 1860 | 2340 | 4821 | 2899 |
| Repeat owner n= | 2380 | 3322 | 2316 | 3015 | 1918 | 2299 |

+ 5% pts. higher than other group    ++ 10% pts. higher than other group    +++ 15%+ pts. higher than other group

First time owner | Repeat owner

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339751

# Purposes for buying the iPad

## Male vs. female

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| For personal use | | | | | | |
| To use while on vacation | | + | + | + | | + |
| For work | ++ | ++ | ++ | ++ | | ++ |
| For school or other education | | | | + | + | |
| To use on business trips | + | + | + | + | + | + |
| For my children to use | | | | | | |
| Other | | | | | | |
| Male n= | 1598 | 2523 | 2431 | 3860 | 4589 | 3447 |
| Female n= | 1799 | 2090 | 1806 | 1511 | 2290 | 1810 |

+ 5% pts. higher than other group    ++ 10% pts. higher than other group    +++ 15%+ pts. higher than other group



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339752

# US: Purposes for buying the iPad trends

## For work

### iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL     10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339753

# UK: Purposes for buying the iPad trends

For work

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# France: Purposes for buying the iPad trends

## For work

### iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in France. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Germany: Purposes for buying the iPad trends

For work

iPad models

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339756

# China: Purposes for buying the iPad trends

For work

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL   11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339757

# Japan: Purposes for buying the iPad trends

## For work

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q74: For what purposes did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Japan. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339758

# Planned activities

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | 76% | 83% | 72% | 73% | 17% | 25% |
| Browse the web | 72% | 79% | 80% | 84% | 50% | 64% |
| Shop online | 58% | 70% | 45% | 53% ↓ | 31% | 28% |
| View photos | 54% | 64% | 51% | 52% | 28% | 29% |
| Watch video | 52% | 41% ↑ | 49% ↑ | 51% ↑ | 70% | 27% |
| Read e-books, magazines or newspapers | 51% | 43% ↑ | 34% | 44% | 43% ↑ | 30% |
| Check social media | 48% | 50% ↑ | 44% ↑ | 34% | 31% | 21% |
| Play games | 47% | 45% | 42% | 38% | 56% | 31% |
| Instant messaging or texting | 41% | 40% | 29% | 12% | 11% | 5% |
| Read PDFs | 38% ↑ | 37% | 39% | 55% | 38% ↑ | 25% |
| FaceTime or video calling | 38% | 44% | 31% | 23% ↓ | 9% | 6% |
| Take photos | 37% | 48% | 29% ↓ | 18% | 14% ↓ | 23% |
| Take notes | 35% | 33% | 37% ↑ | 49% | 16% ↑ | 24% ↑ |
| Create or edit documents, presentations or spreadsheets | 27% | 26% | 23% | 41% | 25% ↑ | 14% |
| Edit photos | 23% | 28% | 17% | 27% | 16% | 14% |
| Mark up or annotate PDFs | 19% ↑ | 14% ↑ | 19% | 34% ↑ | 24% ↑ | 9% ↑ |
| Draw, sketch or paint | 18% ↑ | 18% ↑ | 16% ↑ | 31% ↑ | 22% ↑ | 15% ↑ |
| Scan documents | 13% | 15% ↑ | 17% | 23% | 13% ↑ | 9% ↑ |
| Capture or edit video | 13% | 13% ↑ | 8% | 10% | 14% | 9% |
| Other | 7% | 5% | 7% | 5% | 3% ↓ | 7% |
| n= | 3410 | 4623 | 4247 | 5406 | 6927 | 5274 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    12

# Planned activities

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | 73% | 84% | 67% | 74% | 24% | 29% |
| Browse the web | 70% | 79% ↑ | 72% | 78% | 54% | 57% |
| Shop online | 52% | 66% | 40% | 49% | 26% | 26% ↓ |
| View photos | 57% | 64% | 59% ↑ | 55% | 41% | 25% ↓ |
| Watch video | 52% ↓ | 56% ↑ | 55% ↑ | 50% | 60% | 33% |
| Read e-books, magazines or newspapers | 44% ↓ | 44% | 33% | 44% | 54% | 36% |
| Check social media | 40% | 44% | 39% | 27% | 33% | 23% |
| Play games | 38% | 39% ↑ | 29% | 28% | 48% | 20% |
| Instant messaging or texting | 44% | 37% | 29% | 14% | 16% | 5% |
| Read PDFs | 43% ↓ | 51% | 48% | 62% | 58% ↑ | 30% ↓ |
| FaceTime or video calling | 36% | 40% | 28% | 24% | 8% | 6% |
| Take photos | 33% | 37% | 24% | 23% ↑ | 14% ↓ | 18% |
| Take notes | 47% | 44% | 53% | 57% | 24% | 31% |
| Create or edit documents, presentations or spreadsheets | 47% | 45% | 44% | 52% | 32% | 21% |
| Edit photos | 28% | 40% | 36% | 41% ↑ | 19% | 20% |
| Mark up or annotate PDFs | 32% | 30% | 38% | 44% ↓ | 43% | 15% ↓ |
| Draw, sketch or paint | 30% ↓ | 38% | 44% ↑ | 48% | 58% ↑ | 33% |
| Scan documents | 23% | 23% | 33% | 32% | 21% | 15% |
| Capture or edit video | 19% | 19% | 19% ↑ | 15% | 16% | 10% |
| Other | 7% | 6% | 8% | 6% | 2% | 9% |
| n= | 339 | 411 | 338 | 490 | 71 | 253 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339760

# Planned activities

**10.5-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | 78% | 82% | 74% | 80% | 23% ↓ | 34% |
| Browse the web | 75% | 76% | 80% | 82% | 51% | 65% |
| Shop online | 63% ↑ | 70% | 45% | 51% | 29% ↓ | 31% |
| View photos | 59% | 65% | 56% | 57% | 36% | 35% |
| Watch video | 61% ↑ | 49% | 50% | 50% | 61% | 31% |
| Read e-books, magazines or newspapers | 57% | 49% | 39% | 50% | 47% ↓ | 37% |
| Check social media | 45% | 50% | 40% | 34% | 35% | 27% |
| Play games | 40% | 40% | 36% | 34% | 57% | 34% ↑ |
| Instant messaging or texting | 48% ↑ | 42% | 27% ↓ | 16% | 16% | 8% |
| Read PDFs | 54% ↑ | 53% | 52% | 65% | 51% | 38% |
| FaceTime or video calling | 43% ↑ | 48% | 32% | 26% | 10% | 6% ↓ |
| Take photos | 37% | 44% | 33% | 25% | 19% | 25% |
| Take notes | 53% | 50% | 53% ↓ | 58% ↓ | 24% | 37% ↓ |
| Create or edit documents, presentations or spreadsheets | 46% | 46% | 39% | 55% | 35% | 24% |
| Edit photos | 35% | 40% | 32% | 37% | 28% | 20% |
| Mark up or annotate PDFs | 34% | 32% | 33% ↓ | 47% | 39% | 20% |
| Draw, sketch or paint | 32% | 33% | 30% | 42% | 43% | 34% ↑ |
| Scan documents | 22% | 25% ↑ | 24% ↓ | 32% | 20% | 16% |
| Capture or edit video | 22% | 23% ↑ | 16% | 16% | 24% | 13% |
| Other | 5% | 4% | 9% ↑ | 4% | 1% ↓ | 5% |
| n= | 633 | 599 | 429 | 700 | 592 | 848 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL   X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Planned activities

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | 75% | 84% | 73% | 73% | 17% | 24% |
| Browse the web | 72% | 80% | 81% | 85% | 51% | 65% |
| Shop online | 58% | 70% | 46% | 55% | 31% | 29% |
| View photos | 53% | 65% | 52% | 51% | 28% | 30% |
| Watch video | 51% | 40% | 50% | 53% | 70% | 28% |
| Read e-books, magazines or newspapers | 50% | 42% | 35% | 44% | 44% | 33% |
| Check social media | 49% | 50% | 44% | 34% | 32% | 20% |
| Play games | 48% | 46% | 44% | 39% | 56% | 31% |
| Instant messaging or texting | 39% | 40% | 29% | 12% | 11% | 5% |
| Read PDFs | 36% | 35% | 40% | 54% | 41% | 25% |
| FaceTime or video calling | 38% | 44% | 31% | 23% | 9% | 6% |
| Take photos | 36% | 47% | 28% | 17% | 13% | 21% |
| Take notes | 34% | 31% | 37% | 49% | 17% | 25% |
| Create or edit documents, presentations or spreadsheets | 25% | 23% | 22% | 40% | 27% | 14% |
| Edit photos | 22% | 27% | 16% | 26% | 16% | 13% |
| Mark up or annotate PDFs | 18% | 12% | 19% | 34% | 27% | 10% |
| Draw, sketch or paint | 17% | 16% | 15% | 30% | 24% | 17% |
| Scan documents | 12% | 14% | 17% | 23% | 13% | 9% |
| Capture or edit video | 12% | 12% | 7% | 9% | 14% | 8% |
| Other | 6% | 4% | 6% | 4% | 3% | 6% |
| n= | 1870 | 2968 | 2743 | 3721 | 5169 | 3161 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339762

# Planned activities

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | 77% | 80% | 69% | 68% | 15% | 17% ↓ |
| Browse the web | 71% | 79% | 80% | 84% | 48% | 62% |
| Shop online | 59% | 70% | 45% | 52% ↓ | 31% | 21% ↓ |
| View photos | 53% | 59% | 47% | 51% | 26% | 24% |
| Watch video | 48% | 33% | 46% | 51% | 72% | 23% ↓ |
| Read e-books, magazines or newspapers | 45% | 38% | 25% | 35% | 39% | 19% ↓ |
| Check social media | 49% | 50% | 46% | 36% | 30% | 19% |
| Play games | 51% | 46% | 44% | 41% | 56% | 31% |
| Instant messaging or texting | 38% | 40% | 27% | 11% | 12% | 4% |
| Read PDFs | 29% | 29% | 31% | 44% | 30% | 15% |
| FaceTime or video calling | 37% | 41% | 29% | 22% | 10% | 4% |
| Take photos | 43% | 53% | 33% | 20% | 15% | 21% |
| Take notes | 19% ↓ | 23% | 25% | 35% | 11% | 11% |
| Create or edit documents, presentations or spreadsheets | 15% | 15% | 17% | 26% | 20% | 7% |
| Edit photos | 18% | 19% | 9% | 22% | 15% | 12% |
| Mark up or annotate PDFs | 9% | 6% | 12% | 16% | 15% | 3% |
| Draw, sketch or paint | 7% | 6% | 6% ↑ | 11% | 14% | 3% |
| Scan documents | 8% | 10% | 10% | 13% | 10% | 6% |
| Capture or edit video | 10% | 10% | 6% | 9% | 13% | 9% |
| Other | 6% | 6% | 6% | 6% | 3% | 9% |
| n= | 324 | 404 | 582 | 409 | 565 | 489 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339763

# Planned activities



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | 74% | 82% | 68% | 64% | 15% | 33% |
| Browse the web | 73% | 75% | 73% | 72% ↓ | 43% | 61% ↓ |
| Shop online | 55% | 68% | 37% | 42% | 32% | 32% |
| View photos | 50% | 67% | 47% | 58% | 27% | 32% |
| Watch video | 47% | 35% | 39% | 34% | 68% | 19% |
| Read e-books, magazines or newspapers | 55% ↑ | 45% | 31% ↓ | 39% ↓ | 38% | 31% |
| Check social media | 51% | 53% | 42% | 25% | 29% | 24% |
| Play games | 50% | 52% | 40% | 22% ↓ | 52% | 34% |
| Instant messaging or texting | 40% | 42% | 27% | 11% | 10% | 4% ↓ |
| Read PDFs | 33% | 34% | 34% | 43% | 27% | 23% |
| FaceTime or video calling | 32% | 46% | 34% | 20% | 10% | 7% |
| Take photos | 41% | 58% | 34% | 22% | 14% | 37% |
| Take notes | 26% | 25% | 24% ↓ | 41% | 12% | 20% |
| Create or edit documents, presentations or spreadsheets | 13% | 15% | 13% | 24% | 18% | 10% |
| Edit photos | 18% | 23% | 10% | 16% | 14% | 13% |
| Mark up or annotate PDFs | 5% | 7% | 9% | 19% | 11% | 4% |
| Draw, sketch or paint | 6% | 5% | 4% | 3% | 10% | 5% |
| Scan documents | 7% | 10% | 16% | 17% | 8% | 6% |
| Capture or edit video | 7% | 9% | 7% | 6% | 14% | 9% |
| Other | 13% | 6% | 15% | 19% | 4% | 10% |
| n= | 244 | 241 | 155 | 86 | 530 | 523 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (5th generation) buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-APPSTORE_10339764

# Planned activities

## 12.9-inch iPad Pro vs. 10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | + | | + | + | | + |
| Browse the web | + | | + | | | + |
| Shop online | ++ | | | | | |
| View photos | | | | | + | + |
| Watch video | + | + | | | | |
| Read e-books, magazines or newspapers | ++ | | + | + | + | |
| Check social media | + | + | | + | | |
| Play games | | | + | + | + | ++ |
| Instant messaging or texting | | | | | | |
| Read PDFs | ++ | | | | + | + |
| FaceTime or video calling | + | + | | | | |
| Take photos | | + | + | | | + |
| Take notes | + | + | | | | + |
| Create or edit documents, presentations or spreadsheets | | | | | | |
| Edit photos | + | | | | + | |
| Mark up or annotate PDFs | | | | | | |
| Draw, sketch or paint | | + | ++ | + | +++ | |
| Scan documents | | | + | | | |
| Capture or edit video | | | | | + | |
| Other | | | | | | |
| 12.9-inch iPad Pro n= | 339 | 411 | 338 | 490 | 71 | 253 |
| 10.5-inch iPad Pro n= | 633 | 599 | 429 | 700 | 592 | 848 |

+ 5% pts. higher than other model    ++ 10% pts. higher than other model    +++ 15%+ pts. higher than other model

**12.9-inch iPad Pro**  **10.5-inch iPad Pro**

Base: 12.9-inch iPad Pro and 10.5-inch iPad Pro buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE CONFIDENTIAL    13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339765

# Planned activities

## First time iPad owners vs. repeat owners

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | ++ | + | + | ++ | | ++ |
| Browse the web | + | + | | + | | + |
| Shop online | ++ | + | ++ | ++ | | ++ |
| View photos | ++ | ++ | + | ++ | | + |
| Watch video | + | | | | | |
| Read e-books, magazines or newspapers | ++ | + | + | + | | ++ |
| Check social media | + | + | | | | + |
| Play games | + | + | + | | | |
| Instant messaging or texting | + | + | | | | |
| Read PDFs | + | + | | + | | ++ |
| FaceTime or video calling | + | + | + | + | | |
| Take photos | + | + | | | | |
| Take notes | + | + | | | | + |
| Create or edit documents, presentations or spreadsheets | | | | | | |
| Edit photos | | | | | | |
| Mark up or annotate PDFs | | | | | | |
| Draw, sketch or paint | | | | | | |
| Scan documents | | | | | | |
| Capture or edit video | | | | | | |
| Other | | | | | | |
| First time owner n= | 985 | 1255 | 1860 | 2340 | 4821 | 2899 |
| Repeat owner n= | 2380 | 3322 | 2316 | 3015 | 1918 | 2299 |

+ 5% pts. higher than other group    ++ 10% pts. higher than other group    +++ 15%+ pts. higher than other group

First time owner | Repeat owner

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339766

# Planned activities

## Male vs. female

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Email | | | | + | + | + |
| Browse the web | | | | + | + | + |
| Shop online | + | + | | | | |
| View photos | | | | | + | |
| Watch video | + | ++ | + | | | |
| Read e-books, magazines or newspapers | | | + | | | + |
| Check social media | ++ | ++ | | | | |
| Play games | +++ | ++ | + | | ++ | |
| Instant messaging or texting | + | + | | | | |
| Read PDFs | ++ | ++ | ++ | ++ | | +++ |
| FaceTime or video calling | + | + | | | | |
| Take photos | ++ | +++ | ++ | + | | + |
| Take notes | + | + | ++ | | | + |
| Create or edit documents, presentations or spreadsheets | + | + | + | | | |
| Edit photos | | | | | | |
| Mark up or annotate PDFs | + | + | + | | | + |
| Draw, sketch or paint | | + | + | | | |
| Scan documents | + | | | | | |
| Capture or edit video | | | | | | |
| Other | | | | | | |
| Male n= | 1598 | 2523 | 2431 | 3860 | 4589 | 3447 |
| Female n= | 1799 | 2090 | 1806 | 1511 | 2290 | 1810 |

+ 5% pts. higher than other group    ++ 10% pts. higher than other group    +++ 15%+ pts. higher than other group

Male  Female

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339767

# US: Planned activities trends

Productivity (includes Read PDFs, Markup or annotate PDFs, Take notes, Create/edit documents, Scan documents)

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339768

# UK: Planned activities trends

Productivity (includes Read PDFs, Markup or annotate PDFs, Take notes, Create/edit documents, Scan documents)

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339769

# France: Planned activities trends

Productivity (includes Read PDFs, Markup or annotate PDFs, Take notes, Create/edit documents, Scan documents)

iPad models



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Germany: Planned activities trends

Productivity (includes Read PDFs, Markup or annotate PDFs, Take notes, Create/edit documents, Scan documents)

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Germany. Data not shown if n<50.

APPLE CONFIDENTIAL          X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Planned activities trends

Productivity (includes Read PDFs, Markup or annotate PDFs, Take notes, Create/edit documents, Scan documents)

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339772

# Japan: Planned activities trends

Productivity (includes Read PDFs, Markup or annotate PDFs, Take notes, Create/edit documents, Scan documents)

iPad models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q75: And for which of these activities did you get an [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Japan. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Importance of aspects in iPad purchase

APPLE CONFIDENTIAL     16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339774

# Important aspects in iPad purchase (select up to three)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | 46% | 47% | 46% | 47% | 30% | 30% ↓ |
| Ease of use | 34% | 39% ↓ | 35% | 30% | 19% | 36% |
| Works well with other Apple products and services | 31% ↓ | 31% | 30% | 34% ↓ | 16% ↑ | 17% ↓ |
| Screen size | 28% | 28% ↓ | 25% ↓ | 19% ↓ | 20% ↓ | 33% ↓ |
| Value for the price paid | 23% | 18% ↑ | 20% ↑ | 25% ↑ | 32% ↑ | 18% ↑ |
| Specific [MODEL] features or functionality | 21% | 19% | 26% | 25% | 30% ↑ | 27% ↑ |
| Battery life | 12% ↑ | 14% ↑ | 13% | 16% | 14% | 8% |
| Physical appearance and design | 11% | 13% | 17% | 20% | 26% | 16% |
| Promotions or financing alternatives for the [MODEL] | 11% | 4% ↑ | 5% | 6% | 11% ↑ | 4% |
| Security and privacy of your information | 10% | 15% | 11% | 17% | 8% | 5% |
| Variety of apps available | 10% | 11% | 9% | 11% | 12% ↑ | 7% |
| Recommendations from friends, family or colleagues | 8% | 10% | 10% | 8% | 7% ↓ | 8% ↑ |
| Product warranties and support | 5% | 7% | 8% | 5% | 5% | 3% |
| Bad experience with other tablet brand(s) | 3% | 3% ↑ | 4% | 6% | 7% | 5% |
| Other | 4% | 3% | 3% | 3% | 2% | 6% ↑ |
| n= | 3410 | 4623 | 4247 | 5406 | 6927 | 5274 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339775

# Important aspects in iPad purchase (select up to three)

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | 45% | 42% | 38% | 45% | 39% | 20% ↓ |
| Ease of use | 26% | 27% | 30% | 26% | 20% | 28% |
| Works well with other Apple products and services | 29% | 27% | 28% | 32% | 18% | 10% ↓ |
| Screen size | 58% | 63% | 65% | 59% | 52% | 73% |
| Value for the price paid | 8% | 4% | 4% ↑ | 4% ↑ | 11% | 6% |
| Specific [MODEL] features or functionality | 29% | 29% | 36% | 30% | 33% | 40% |
| Battery life | 13% | 14% | 12% | 15% | 8% | 9% |
| Physical appearance and design | 12% | 13% | 17% | 16% | 33% | 15% |
| Promotions or financing alternatives for the [MODEL] | 4% | 6% | 4% | 3% | 5% | 6% |
| Security and privacy of your information | 11% | 12% | 11% | 13% | 7% | 3% |
| Variety of apps available | 10% | 10% | 6% | 11% | 8% | 6% |
| Recommendations from friends, family or colleagues | 10% | 9% | 6% | 9% | 5% | 8% |
| Product warranties and support | 6% | 6% | 8% | 3% | 2% | 2% |
| Bad experience with other tablet brand(s) | 1% | 1% | 2% | 4% | 6% | 6% |
| Other | 2% | 2% | 1% | 5% | 3% | 5% |
| n= | 339 | 411 | 338 | 490 | 71 | 253 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 12.9-inch iPad Pro buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339776

# Important aspects in iPad purchase (select up to three)

**10.5-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | 46% | 47% ↓ | 44% ↓ | 49% | 36% | 31% ↓ |
| Ease of use | 32% | 27% ↓ | 38% ↑ | 29% | 18% | 34% |
| Works well with other Apple products and services | 35% | 36% | 35% | 37% | 22% | 17% ↓ |
| Screen size | 35% | 34% ↑ | 36% | 33% ↑ | 26% | 36% |
| Value for the price paid | 9% | 6% | 3% ↓ | 5% | 10% | 5% |
| Specific [MODEL] features or functionality | 34% | 34% | 37% | 36% | 43% | 44% |
| Battery life | 15% | 14% | 13% | 15% | 10% | 9% |
| Physical appearance and design | 15% | 19% | 19% | 23% | 39% ↑ | 19% |
| Promotions or financing alternatives for the [MODEL] | 9% ↑ | 5% ↑ | 3% | 5% | 8% | 5% |
| Security and privacy of your information | 11% | 14% | 13% ↑ | 16% | 6% | 4% |
| Variety of apps available | 8% | 11% | 12% | 11% | 12% | 9% |
| Recommendations from friends, family or colleagues | 10% | 8% | 6% | 6% | 5% | 7% |
| Product warranties and support | 7% | 6% | 6% | 4% | 4% | 3% |
| Bad experience with other tablet brand(s) | 2% | 3% | 2% | 5% | 7% | 6% ↑ |
| Other | 4% | 3% | 2% | 4% | 3% | 7% |
| n= | 633 | 599 | 429 | 700 | 592 | 848 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 10.5-inch iPad Pro buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339777

# Important aspects in iPad purchase (select up to three)

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | 47% | 47% | 48% | 47% | 30% | 33% |
| Ease of use | 34% | 42% | 34% | 30% | 19% | 37% |
| Works well with other Apple products and services | 32% | 31% | 30% | 34% | 17% | 18% |
| Screen size | 22% | 22% | 19% | 12% | 16% | 27% |
| Value for the price paid | 26% | 22% | 24% | 32% | 35% | 25% |
| Specific [MODEL] features or functionality | 19% | 17% | 27% | 24% | 33% | 27% |
| Battery life | 11% | 14% | 13% | 16% | 14% | 8% |
| Physical appearance and design | 10% | 12% | 16% | 20% | 25% | 17% |
| Promotions or financing alternatives for the [MODEL] | 14% | 3% | 3% | 6% | 11% | 3% |
| Security and privacy of your information | 10% | 16% | 11% | 17% | 8% | 6% |
| Variety of apps available | 9% | 11% | 9% | 11% | 14% | 7% |
| Recommendations from friends, family or colleagues | 8% | 9% | 10% | 8% | 6% | 7% |
| Product warranties and support | 5% | 8% | 8% | 6% | 4% | 3% |
| Bad experience with other tablet brand(s) | 2% | 3% | 4% | 6% | 8% | 5% |
| Other | 3% | 3% | 3% | 3% | 2% | 5% |
| n= | 1870 | 2968 | 2743 | 3721 | 5169 | 3161 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339778

# Important aspects in iPad purchase (select up to three)

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | 44% | 45% | 42% | 42% | 29% | 23% ↓ |
| Ease of use | 35% | 41% | 36% | 33% | 17% | 37% |
| Works well with other Apple products and services | 22% ↓ | 24% ↓ | 25% | 32% | 15% | 17% |
| Screen size | 25% | 28% | 23% | 16% | 21% | 32% |
| Value for the price paid | 30% | 26% ↑ | 18% ↑ | 19% ↑ | 30% | 12% |
| Specific [MODEL] features or functionality | 13% | 12% | 16% ↓ | 14% | 29% | 17% |
| Battery life | 14% ↑ | 12% | 13% | 19% | 15% | 8% |
| Physical appearance and design | 8% | 11% | 16% | 18% | 27% | 9% ↓ |
| Promotions or financing alternatives for the [MODEL] | 8% ↓ | 2% | 13% ↑ | 12% ↑ | 8% | 6% |
| Security and privacy of your information | 12% | 14% | 10% | 20% | 10% | 6% |
| Variety of apps available | 10% | 10% | 7% | 12% | 10% | 6% |
| Recommendations from friends, family or colleagues | 12% | 15% | 16% | 9% | 10% | 10% ↑ |
| Product warranties and support | 6% | 6% | 8% | 5% | 6% | 3% |
| Bad experience with other tablet brand(s) | 5% ↑ | 4% ↑ | 6% | 8% | 6% | 4% |
| Other | 5% ↑ | 3% | 2% | 4% | 2% | 6% ↑ |
| n= | 324 | 404 | 582 | 409 | 565 | 489 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339779

# Important aspects in iPad purchase (select up to three)

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | 51% | 54% | 49% | 52% | 28% | 28% ↓ |
| Ease of use | 38% | 42% | 37% | 22% ↓ | 21% | 35% |
| Works well with other Apple products and services | 27% | 33% | 26% | 35% | 9% | 16% |
| Screen size | 36% | 35% | 41% ↓ | 48% ↑ | 39% | 49% |
| Value for the price paid | 23% | 10% | 12% | 8% | 27% ↑ | 9% |
| Specific [MODEL] features or functionality | 13% | 12% | 17% | 13% | 10% | 18% ↑ |
| Battery life | 10% | 9% | 13% | 11% | 9% | 5% |
| Physical appearance and design | 17% | 22% | 18% | 26% | 29% | 22% |
| Promotions or financing alternatives for the [MODEL] | 6% | 4% | 1% | 5% | 15% ↑ | 3% |
| Security and privacy of your information | 5% | 10% | 8% | 8% | 6% | 5% |
| Variety of apps available | 11% | 8% | 8% | 10% | 7% | 4% |
| Recommendations from friends, family or colleagues | 3% | 8% | 4% | 8% | 9% | 8% ↑ |
| Product warranties and support | 5% | 9% | 7% | 4% | 4% | 4% |
| Bad experience with other tablet brand(s) | 4% | 1% | 1% | 3% | 4% | 6% |
| Other | 4% | 3% | 6% | 6% | 3% | 5% |
| n= | 244 | 241 | 155 | 86 | 530 | 523 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339780

# Important aspects in iPad purchase (select up to three)

## 12.9-inch iPad Pro vs. 10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | | + | + | | | ++ |
| Ease of use | + | | + | | | + |
| Works well with other Apple products and services | + | + | + | + | | + |
| Screen size | +++ | +++ | +++ | +++ | +++ | +++ |
| Value for the price paid | | | | | | |
| Specific [MODEL] features or functionality | | | | + | ++ | |
| Battery life | | | | | | |
| Physical appearance and design | | + | | + | + | |
| Promotions or financing alternatives for the [MODEL] | | | | | | |
| Security and privacy of your information | | | | | | |
| Variety of apps available | | | + | | | |
| Recommendations from friends, family or colleagues | | | | | | |
| Product warranties and support | | | | | | |
| Bad experience with other tablet brand(s) | | | | | | |
| Other | | | | | | |
| 12.9-inch iPad Pro n= | 339 | 411 | 338 | 490 | 71 | 253 |
| 10.5-inch iPad Pro n= | 633 | 599 | 429 | 700 | 592 | 848 |

+ 5% pts. higher than other model    ++ 10% pts. higher than other model    +++ 15%+ pts. higher than other model

12.9-inch iPad Pro   10.5-inch iPad Pro

Base: 12.9-inch iPad Pro and 10.5-inch iPad Pro buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339781

# Important aspects in iPad purchase (select up to three)

## First time iPad owners vs. repeat owners

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | +++ | +++ | +++ | +++ | ++ | +++ |
| Ease of use | + | + | + | | | |
| Works well with other Apple products and services | + | ++ | | + | | |
| Screen size | | | | | | |
| Value for the price paid | | | | + | | |
| Specific [MODEL] features or functionality | | | | | | |
| Battery life | | | | | | |
| Physical appearance and design | | | | + | | |
| Promotions or financing alternatives for the [MODEL] | + | | | | | |
| Security and privacy of your information | | | | | | |
| Variety of apps available | | | | | | |
| Recommendations from friends, family or colleagues | ++ | +++ | +++ | ++ | | + |
| Product warranties and support | | | | | | |
| Bad experience with other tablet brand(s) | | | + | | | |
| Other | | | | | | |
| First time owner n= | 985 | 1255 | 1860 | 2340 | 4821 | 2899 |
| Repeat owner n= | 2380 | 3322 | 2316 | 3015 | 1918 | 2299 |

+ 5% pts. higher than other group    ++ 10% pts. higher than other group    +++ 15%+ pts. higher than other group

First time owner | Repeat owner

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339782

# Important aspects in iPad purchase (select up to three)

## Male vs. Female

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Past experience with Apple products | | | | | | |
| Ease of use | + | ++ | + | | | |
| Works well with other Apple products and services | | | | | | |
| Screen size | | | | | | |
| Value for the price paid | | | | | | + |
| Specific [MODEL] features or functionality | | + | + | | | + |
| Battery life | | | | + | | |
| Physical appearance and design | | | | | | |
| Promotions or financing alternatives for the [MODEL] | | | | | | |
| Security and privacy of your information | | | | | | |
| Variety of apps available | + | | | | + | |
| Recommendations from friends, family or colleagues | | | + | | | + |
| Product warranties and support | | | | | | |
| Bad experience with other tablet brand(s) | | | | | | |
| Other | | | | | | |
| Male n= | 1598 | 2523 | 2431 | 3860 | 4589 | 3447 |
| Female n= | 1799 | 2090 | 1806 | 1511 | 2290 | 1810 |

+ 5% pts. higher than other group  ++ 10% pts. higher than other group  +++ 15%+ pts. higher than other group


Male / Female

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q124: Which of these aspects were most important in your decision to get the [MODEL]? (select up to three)
Note: + represent absolute differences that have not been tested for statistical significance.

APPLE CONFIDENTIAL  X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Reasons for choosing 10.5-inch iPad Pro over iPad (6th generation)

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| More storage capacity (256GB/512GB)* | 54% | 58% | 56% | 58% | 42% | 50% |
| Prefer the 10.5-inch screen size | 54% | 62% | 50% | 49% | 41% | 48% |
| Better performance | 42% | 47% | 58% | 56% | 61% | 46% |
| Wanted the Rose Gold finish* | 35% | 43% | small | small | 30% | 32% |
| Faster cellular (LTE) connectivity* | 25% | 15% | 9% | 27% | small | 14% |
| Better suited for work | 24% | 25% | 34% | 29% | 38% | 24% |
| Thinner | 23% | 27% | 22% | 20% | 30% | 23% |
| Better suited for travel or commuting | 22% | 18% | 22% | 21% | 11% | 14% |
| Wanted to use the Smart Keyboard | 22% | 25% | 13% | 22% | 15% | 17% |
| Wanted four speaker audio | 17% | 22% | 16% | 25% | 37% | 21% |
| Wanted a wide color display | 16% | 23% | 22% | 32% | 37% | 12% |
| Wanted a True Tone display | 16% | 23% | 16% | 25% | 40% | 7% |
| Better value for the price | 15% | 9% | 4% | 4% | 15% | 10% |
| Better camera (rear-facing) | 14% | 20% | 15% | 15% | 18% | 10% |
| Wanted a display with antireflective coating | 12% | 17% | 18% | 26% | 29% | 8% |
| Better suited for school or other education | 12% | 7% | 7% | 14% | 28% | 10% |
| Better FaceTime HD camera (rear-facing) | 10% | 15% | 13% | 9% | 12% | 3% |
| Friend or family recommendation | 9% | 7% | 7% | 6% | 5% | 7% |
| Salesperson recommendation | 8% | 5% | 3% | 2% | 2% | 8% |
| Embedded Apple SIM* | 6% | 13% | 27% | 9% | small | 4% |
| Other | 7% | 7% | 7% | 5% | 4% | 7% |
| Not sure | 5% | 3% | 1% | 4% | 1% | 3% |
| n= | 633 | 599 | 429 | 700 | 592 | 848 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 10.5-inch iPad Pro owners who purchased or had a say in the purchase decision
Q131: And why did you choose the 10.5-inch iPad Pro over the iPad (6th generation)? (select all that apply)
Note: *Sample size varies.

APPLE CONFIDENTIAL

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339784

# Reasons for choosing iPad (6th generation) over 10.5-inch iPad Pro

iPad (6th generation)



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Lower cost | 45% | 46% | 57% | 63% | 57% | 49% |
| I don't need the extra features on the iPad Pro | 40% | 44% | 40% | 42% | 23% | 23% |
| Better value for the price | 32% | 34% | 33% | 49% | 58% | 38% |
| Prefer the 9.7-inch screen size | 22% | 28% | 19% | 20% | 23% | 24% |
| Wanted the latest iPad model available | 16% | 23% | 22% | 18% | 21% | 21% |
| Salesperson recommendation | 12% | 6% | 7% | 4% | 2% | 20% |
| Friend or family recommendation | 7% | 8% | 7% | 6% | 4% | 6% |
| Other | 6% | 4% | 3% | 4% | 2% | 5% |
| Not sure | 3% | 2% | 1% | 2% | 1% | 2% |
| n= | 1870 | 2968 | 2743 | 3721 | 5169 | 3161 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) owners who purchased or had a say in the purchase decision
Q132: And why did you choose the iPad (6th generation) over the 10.5-inch iPad Pro? (select all that apply)

APPLE CONFIDENTIAL    19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339785

# Size perceptions

## All models



Base: iPad Pro, iPad, and iPad mini owners
Q47: Do you feel the overall size of your [MODEL] is...?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339786

# Size perceptions



Base: 12.9-inch iPad Pro owners
Q47: Do you feel the overall size of your [MODEL] is...?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    20

# Size perceptions



Base: 10.5-inch iPad Pro owners
Q47: Do you feel the overall size of your [MODEL] is...?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339788



# Size perceptions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339789

# Size perceptions



Base: iPad (5th generation) owners
Q47: Do you feel the overall size of your [MODEL] is...?
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339790



## Size perceptions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Consideration of other iPad models, tablet brands and devices

APPLE CONFIDENTIAL    23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Considered other iPad models

## All models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q30: When you got your [MODEL], did you consider buying a different iPad, iPad mini or iPad Pro model?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339793

# Considered other iPad models

**iPad models**



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q30: When you got your [MODEL], did you consider buying a different iPad, iPad mini or iPad Pro model?
Note: Arrows denote significant difference from 12.9-inch iPad Pro.

APPLE
CONFIDENTIAL    25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPad models considered

(among those who considered other iPad models)

12.9-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | | | | | | |
| 10.5-inch iPad Pro | 76% | 82% | 58% | 73% | | 78% |
| 9.7-inch iPad Pro | 26% | 28% | 10% | 19% | | 26% ↑ |
| iPad (6th generation) | 15% | 20% | 13% | 16% | | 24% |
| iPad (5th generation) | 0% ↓ | 1% ↓ | 0% | 1% ↓ | | 0% ↓ |
| iPad Air 2 | 2% | 9% | 7% | 8% | | 3% |
| iPad Air | 0% | 2% | 0% | 3% | | 2% |
| iPad mini 4 | 3% | 2% | 9% | 2% | | 7% |
| iPad mini 3 | 0% | 0% | 0% | 1% | | 0% |
| iPad mini 2 | 0% | 0% | 0% | 1% | | 0% |
| iPad mini | 0% | 1% | 0% | 1% | | 1% |
| Other | 3% | 1% | 9% | 1% | | 3% |
| Not sure | 4% | 0% | 9% | 3% | | 2% |
| n= | 103 | 124 | 54 | 172 | small base | 108 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 12.9-inch iPad Pro buyers (or had a say in the purchase decision) who considered other iPad models
Q33: Which other iPad model(s) did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPad models considered
## (among those who considered other iPad models)

**10.5-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 56% | 61% | 51% | 48% | 42% ↓ | 45% ↓ |
| 10.5-inch iPad Pro | | | | | | |
| 9.7-inch iPad Pro | 26% | 30% ↑ | 20% | 19% | 30% | 20% ↓ |
| iPad (6th generation) | 34% | 31% | 42% | 43% | 41% | 51% |
| iPad (5th generation) | 1% ↓ | 1% ↓ | 2% ↓ | 2% ↓ | 2% ↓ | 3% ↓ |
| iPad Air 2 | 2% ↓ | 4% ↓ | 1% | 6% ↓ | 12% | 4% ↓ |
| iPad Air | 2% | 2% | 0% | 1% ↓ | 2% | 1% |
| iPad mini 4 | 7% | 5% | 4% | 6% ↓ | 20% | 18% |
| iPad mini 3 | 1% | 0% | 1% | 0% | 0% | 0% |
| iPad mini 2 | 0% | 0% | 0% | 0% | 0% | 0% |
| iPad mini | 1% | 0% | 1% | 2% | 1% | 2% |
| Other | 2% | 1% | 2% | 2% | 2% | 1% |
| Not sure | 4% | 1% | 5% | 2% | 4% | 2% |
| n= | 273 | 262 | 114 | 325 | 367 | 436 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro buyers (or had a say in the purchase decision) who considered other iPad models
Q33: Which other iPad model(s) did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339796

# iPad models considered
(among those who considered other iPad models)

| iPad (6th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 29% | 26% | 28% | 27% | 28% | 20% |
| 10.5-inch iPad Pro | 47% | 46% | 46% | 51% | 42% | 46% |
| 9.7-inch iPad Pro | 26% | 27% | 22% | 26% | 29% | 30% |
| iPad (6th generation) | | | | | | |
| iPad (5th generation) | 4% | 5% | 5% | 7% | 6% | 6% |
| iPad Air 2 | 5% | 4% | 4% | 6% | 8% | 4% |
| iPad Air | 2% | 1% | 1% | 2% | 1% | 2% |
| iPad mini 4 | 16% | 15% | 14% | 14% | 30% | 24% |
| iPad mini 3 | 0% | 1% | 1% | 0% | 0% | 1% |
| iPad mini 2 | 0% | 1% | 0% | 1% | 1% | 0% |
| iPad mini | 2% | 3% | 1% | 1% | 1% | 2% |
| Other | 2% | 1% | 3% | 1% | 0% | 1% |
| Not sure | 6% | 5% | 4% | 3% | 4% | 4% |
| n= | 645 | 1031 | 696 | 1600 | 3733 | 1519 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) buyers (or had a say in the purchase decision) who considered other iPad models
Q33: Which other iPad model(s) did you consider? (select all that apply)

APPLE CONFIDENTIAL    28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339797

# iPad models considered
(among those who considered other iPad models)

iPad (5th generation)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 26% | 31% | 33% | 22% | 31% | 19% |
| 10.5-inch iPad Pro | 29% ↓ | 27% ↓ | 24% | 32% | 22% ↓ | 25% ↓ |
| 9.7-inch iPad Pro | 17% ↓ | 26% | 17% | 22% | 26% | 22% ↓ |
| iPad (6th generation) | 21% | 13% | 15% | 15% | 14% | 27% |
| iPad (5th generation) | | | | | | |
| iPad Air 2 | 9% | 11% | 7% | 11% | 12% | 9% |
| iPad Air | 3% | 6% ↑ | 0% | 3% | 2% | 3% |
| iPad mini 4 | 22% | 21% | 18% | 12% | 35% | 14% ↓ |
| iPad mini 3 | 2% | 1% | 1% | 0% | 0% | 1% |
| iPad mini 2 | 2% | 1% | 1% | 2% | 2% ↑ | 1% |
| iPad mini | 5% | 7% | 2% | 4% | 2% | 8% ↑ |
| Other | 3% | 4% ↑ | 7% | 2% | 1% | 2% ↑ |
| Not sure | 10% | 7% | 5% | 10% ↑ | 8% | 12% ↑ |
| n= | 123 | 126 | 120 | 153 | 398 | 160 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) buyers (or had a say in the purchase decision) who considered other iPad models
Q33: Which other iPad model(s) did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               APL-APPSTORE_10339798

# iPad models considered
(among those who considered other iPad models)

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 18% | 16% | | | 19% | 15% |
| 10.5-inch iPad Pro | 42% | 31% | | | 16% ↓ | 30% |
| 9.7-inch iPad Pro | 29% | 26% | | | 36% | 35% |
| iPad (6th generation) | 19% | 18% | | | 25% | 30% |
| iPad (5th generation) | 3% ↓ | 3% ↓ | | | 4% ↓ | 6% ↓ |
| iPad Air 2 | 10% | 11% | | | 17% | 9% |
| iPad Air | 5% | 7% | | | 3% | 5% |
| iPad mini 4 | | | | | | |
| iPad mini 3 | 5% | 7% | | | 3% | 2% |
| iPad mini 2 | 0% ↓ | 5% | | | 3% | 2% |
| iPad mini | 0% | 3% | | | 1% | 4% |
| Other | 3% | 2% | | | 3% ↑ | 2% |
| Not sure | 13% | 6% | | | 9% | 8% |
| n= | 76 | 58 | small base | small base | 351 | 186 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 buyers (or had a say in the purchase decision) who considered other iPad models
Q33: Which other iPad model(s) did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339799

# Considered other tablet brands

### All models



n=    3410    4623    4247    5406    6927    5274

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q31: When you got your [MODEL], did you consider buying a different brand of tablet?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Considered other tablet brands

iPad models



Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered other tablet brands
Q31: When you got your [MODEL], did you consider buying a different brand of tablet?
Note: Arrows denote significant difference from 12.9-inch iPad Pro.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339801

# Other brands considered
(among those who considered other brands)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | 53% | 67% | 66% | 61% | 22% | 4% |
| Microsoft (Surface) | 31% | 23% | 21% | 28% | 18% ↑ | 21% |
| Kindle | 14% ↓ | 13% | 2% | 8% | 7% | 13% ↓ |
| Google | 9% | 12% | 6% | 7% | 6% | 6% |
| Lenovo | 6% | 12% | 6% | 17% | 15% | 9% |
| ASUS | 6% | 9% | 12% | 8% | 8% | 24% |
| LG | 5% | | | | | 3% |
| Acer | 4% | 7% | 5% | 8% | 3% | 8% |
| Sony | 3% | 6% | 5% | 6% | 6% | 16% |
| nook | 1% | | | | | |
| HTC | 0% ↓ | 2% | 1% | 2% | 2% | 3% |
| HP | | 3% | 3% | 4% | | |
| Archos | | 1% | 1% | 1% | | |
| Haier | | | 0% | | | |
| Huawei | | | | | 65% ↑ | |
| Teclast | | | | | 4% | |
| ZTE | | | | | 2% | |
| Fujitsu | | | | | | 13% |
| E Fun | | | | | | |
| Other | 5% | 3% | 6% | 13% ↑ | 6% | 11% ↑ |
| Not sure | 10% | 7% ↓ | 10% | 5% | 9% | 20% |
| n= | 326 | 499 | 352 | 856 | 1979 | 738 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL  32

# Considered Samsung
## (among those who considered other brands)

iPad models



Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote significant difference from 12.9-inch iPad Pro. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339803

# Considered Samsung trends
## (among those who considered other brands)

All models



Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL     33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339804

# Considered Kindle trends
## (among those who considered other brands)

All models



Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Considered Google trends
(among those who considered other brands)



All models

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339806

# Considered Huawei trends
(among those who considered other brands)

All models



Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL    34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339807

# Other brands considered
## (among those who considered other brands)

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | | | 47% | | |
| Microsoft (Surface) | | | | 62% | | |
| Kindle | | | | 5% | | |
| Google | | | | 3% | | |
| Lenovo | | | | 12% | | |
| ASUS | | | | 8% ↑ | | |
| LG | | | | | | |
| Acer | | | | 6% | | |
| Sony | | | | 2% | | |
| nook | | | | | | |
| HTC | | | | 2% | | |
| HP | | | | 4% | | |
| Archos | | | | 2% | | |
| Haier | | | | | | |
| Huawei | | | | | | |
| Teclast | | | | | | |
| ZTE | | | | | | |
| Fujitsu | | | | | | |
| E Fun | | | | | | |
| Other | | | | 4% | | |
| Not sure | | | | 5% | | |
| n= | small base | small base | small base | 57 | small base | small base |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339808

# Other brands considered
(among those who considered other brands)

| 10.5-inch iPad Pro | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | 54% | 56% | | 49% | 21% | 4% |
| Microsoft (Surface) | 41% | 36% | | 40% | 39% | 34% |
| Kindle | 17% | 3% | | 3% | 4% | 10% |
| Google | 11% | 15% | | 3% | 7% | 9% |
| Lenovo | 6% | 6% | | 13% | 13% | 12% |
| ASUS | 5% | 9% | | 6% | 4% | 26% |
| LG | 8% | | | | | 2% |
| Acer | 5% | 5% | | 6% | 0% ↓ | 7% |
| Sony | 2% | 6% | | 4% | 9% ↑ | 26% |
| nook | 2% | | | | | |
| HTC | 0% | 1% | | 3% | 1% | 3% |
| HP | | 3% | | 4% | | |
| Archos | | 0% | | 3% | | |
| Haier | | | | | | |
| Huawei | | | | | 47% ↑ | |
| Teclast | | | | | 1% | |
| ZTE | | | | | 1% | |
| Fujitsu | | | | | | 9% |
| E Fun | | | | | | |
| Other | 2% | 0% | | 17% ↑ | 3% | 5% |
| Not sure | 6% | 10% | | 4% | 7% | 16% |
| n= | 70 | 58 | small base | 82 | 128 | 92 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_10339809

# Other brands considered
(among those who considered other brands)

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | 52% | 70% | 70% | 63% | 20% | 4% |
| Microsoft (Surface) | 31% | 23% | 16% | 28% | 20% | 21% |
| Kindle | 15% | 16% | 3% | 8% | 7% | 15% |
| Google | 10% | 12% | 4% | 8% | 6% | 6% |
| Lenovo | 6% | 14% | 6% | 18% | 14% | 11% |
| ASUS | 6% | 9% | 13% | 8% | 8% | 29% |
| LG | 4% | | | | | 3% |
| Acer | 3% | 7% | 5% | 9% | 3% | 9% |
| Sony | 3% | 7% | 5% | 7% | 5% | 14% |
| nook | 1% | | | | | |
| HTC | 0% | 2% | 1% | 2% | 1% | 3% |
| HP | | 3% | 3% | 3% | | |
| Archos | | 1% | 2% | 1% | | |
| Haier | | | 1% | | | |
| Huawei | | | | | 64% | |
| Teclast | | | | | 5% | |
| ZTE | | | | | 1% | |
| Fujitsu | | | | | | 11% |
| E Fun | | | | | | |
| Other | 5% | 3% | 6% | 14% | 7% | 14% |
| Not sure | 11% | 8% | 10% | 4% | 9% | 16% |
| n= | 172 | 313 | 220 | 625 | 1498 | 463 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339810

# Other brands considered
(among those who considered other brands)

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | 68% | 74% | 61% | 29% | 0% |
| Microsoft (Surface) | | 13% | 11% | 14% | 10% | 8% |
| Kindle | | 8% | 2% | 5% | 7% | 7% |
| Google | | 12% | 6% | 2% | 6% | 4% |
| Lenovo | | 14% | 8% | 16% | 17% | 3% ↓ |
| ASUS | | 14% | 19% | 7% | 8% | 15% |
| LG | | | | | | 0% |
| Acer | | 12% | 10% | 9% | 4% | 8% |
| Sony | | 2% | 7% | 3% | 8% | 22% |
| nook | | | | | | |
| HTC | | 2% | 0% | 3% | 3% ↑ | 0% |
| HP | | 4% | 2% | 1% | | |
| Archos | | | | | | |
| Haier | | | | | | |
| Huawei | | | | | 69% | |
| Teclast | | | | | 4% | |
| ZTE | | | | | 3% | |
| Fujitsu | | | | | | 18% |
| E Fun | | | | | | |
| Other | | 1% | 2% | 13% ↑ | 6% | 4% |
| Not sure | | 8% | 12% | 8% | 10% | 36% ↑ |
| n= | small base | 64 | 58 | 79 | 195 | 62 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (5th generation) buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-APPSTORE_10339811

# Other brands considered
## (among those who considered other brands)

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | | | | 18% | 9% |
| Microsoft (Surface) | | | | | 11% | 18% |
| Kindle | | | | | 4% | 14% |
| Google | | | | | 4% | 6% |
| Lenovo | | | | | 18% | 7% |
| ASUS | | | | | 10% | 18% |
| LG | | | | | | 4% |
| Acer | | | | | 2% | 9% |
| Sony | | | | | 6% | 15% |
| nook | | | | | | |
| HTC | | | | | 1% | 4% |
| HP | | | | | | |
| Archos | | | | | | |
| Haier | | | | | | |
| Huawei | | | | | 67% | |
| Teclast | | | | | 3% | |
| ZTE | | | | | 2% | |
| Fujitsu | | | | | | 13% |
| E Fun | | | | | | |
| Other | | | | | 3% | 9% |
| Not sure | | | | | 9% | 22% |
| n= | small base | small base | small base | small base | 141 | 78 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad mini 4 buyers (or had a say in the purchase decision) who considered other tablet brands
Q34: Which other tablet brands did you consider? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339812

# Considered other devices

## All models



Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q32: When you got your [MODEL], did you consider buying another device instead of a tablet? (e.g., a smartphone, a notebook or laptop computer, an iPod touch, etc.)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    35

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339813

# Considered other devices



iPad models

**Legend:**
- 12.9-inch iPad Pro
- 10.5-inch iPad Pro
- iPad (6th generation)
- iPad (5th generation)
- iPad mini 4

**US:** 24%, 17%↓, 13%, 10%↓
**UK:** 19%, 16%, 9%↓, 7%↓
**France:** 21%, 18%, 12%↓, 8%↓
**Germany:** 20%, 19%, 15%↓, 11%
**China:** 35%, 34%, 32%, 29%
**Japan:** 25%, 20%, 20%↓

Base: iPad Pro, iPad, and iPad mini buyers or had a say in the purchase decision
Q32: When you got your [MODEL], did you consider buying another device instead of a tablet? (e.g., a smartphone, a notebook or laptop computer, an iPod touch, etc.)
Note: Arrows denote significant difference from 12.9-inch iPad Pro.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Other devices considered
(among those who considered other devices)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Mac (net) | 42% | 44% | 53% | 48% | 37% | 28% |
| Mac notebook | 36% | 39% | 47% | 46% | 35% | 26% |
| Mac desktop | 10% | 9% | 10% | 6% | 6% | 4% |
| Windows laptop | 24% | 26% | 13% | 27% | 23% | 14% |
| 2-in-1 laptop | 22% | 28% | 15% | 27% | 26% | 15% |
| iPhone | 19% | 14% | 31% | 15% | 36% | 36% ↓ |
| Chromebook | 11% | 8% | 1% | 3% | 1% | 1% |
| Smartphone (not iPhone) | 7% | 3% ↓ | 4% | 5% | 18% ↑ | 18% ↑ |
| Windows desktop | 5% | 7% ↑ | 2% | 4% | 8% | 8% ↑ |
| iPod touch | 3% | 1% | 2% | 1% | 4% | 3% |
| e-book reader | 2% | 1% ↓ | 1% | 2% | 8% ↑ | 2% |
| iPod nano, shuffle or classic | 0% | 0% | 1% | 1% | 1% | 2% |
| Other | 6% | 4% | 4% | 4% | 2% | 2% |
| n= | 447 | 483 | 547 | 873 | 2228 | 1031 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_10339815

# Other devices considered
(among those who considered other devices)

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Mac (net) | 64% | 59% | 76% | 59% | | 41% ↓ |
| Mac notebook | 56% | 54% | 64% | 54% | | 39% |
| Mac desktop | 10% | 9% | 19% | 12% | | 8% |
| Windows laptop | 23% | 27% | 16% | 24% | | 13% |
| 2-in-1 laptop | 16% | 27% | 25% | 25% | | 19% |
| iPhone | 8% | 6% | 12% | 7% | | 20% |
| Chromebook | 10% | 4% | 0% | 4% | | 0% |
| Smartphone (not iPhone) | 5% ↑ | 0% | 2% | 3% ↑ | | 4% |
| Windows desktop | 8% | 4% | 3% | 6% | | 9% |
| iPod touch | 0% | 0% | 0% | 0% | | 0% |
| e-book reader | 1% | 0% | 0% | 0% | | 0% ↓ |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 0% | | 0% |
| Other | 6% | 3% | 6% | 5% | | 10% |
| n= | 78 | 82 | 69 | 100 | small base | 60 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Other devices considered
(among those who considered other devices)

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Mac (net) | 60% | 59% | 52% | 57% | 38% ↓ | 44% |
| Mac notebook | 52% | 51% | 49% ↓ | 56% | 37% ↓ | 39% |
| Mac desktop | 18% | 16% | 3% | 3% | 4% | 11% ↑ |
| Windows laptop | 22% | 23% | 23% ↑ | 23% | 22% | 22% |
| 2-in-1 laptop | 33% | 28% | 14% | 30% | 33% | 19% |
| iPhone | 13% | 12% | 17% | 15% | 26% | 21% |
| Chromebook | 6% | 4% | 2% | 1% | 0% | 1% |
| Smartphone (not iPhone) | 2% | 1% | 2% | 4% | 13% | 10% |
| Windows desktop | 7% ↑ | 4% | 3% | 2% | 8% | 11% ↑ |
| iPod touch | 3% | 0% | 0% | 0% | 1% | 1% |
| e-book reader | 0% | 2% | 2% | 1% | 8% | 4% |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 0% | 1% | 1% |
| Other | 7% | 4% | 3% | 3% | 3% | 4% |
| n= | 101 | 95 | 74 | 137 | 203 | 161 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

# Other devices considered
(among those who considered other devices)

| iPad (6th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Mac (net) | 32% | 41% | 51% | 46% | 37% | 28% |
| Mac notebook | 29% | 38% | 46% | 44% | 35% | 26% |
| Mac desktop | 6% | 7% | 9% | 6% | 6% | 4% |
| Windows laptop | 26% | 28% | 11% | 28% | 23% | 15% |
| 2-in-1 laptop | 23% | 28% | 15% | 28% | 26% | 15% |
| iPhone | 22% | 14% | 33% | 15% | 34% | 37% |
| Chromebook | 13% | 10% | 1% | 3% | 1% | 1% |
| Smartphone (not iPhone) | 8% | 5% | 4% | 5% | 18% | 17% |
| Windows desktop | 4% | 8% | 1% | 4% | 8% | 7% |
| iPod touch | 3% | 1% | 1% | 1% | 4% | 4% |
| e-book reader | 2% | 1% | 1% | 2% | 8% | 2% |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 1% | 1% | 1% |
| Other | 7% | 5% | 3% | 4% | 2% | 3% |
| n= | 202 | 262 | 322 | 558 | 1659 | 604 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Other devices considered
## (among those who considered other devices)

| iPad (5th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Mac (net) | | | 44% | 37% | 36% | 21% |
| Mac notebook | | | 43% | 34% | 34% | 21% |
| Mac desktop | | | 8% | 10% | 6% | 1% |
| Windows laptop | | | 11% | 23% ↓ | 23% | 10% |
| 2-in-1 laptop | | | 14% | 23% | 22% | 11% |
| iPhone | | | 37% | 27% | 43% | 41% |
| Chromebook | | | 0% | 1% | 1% | 0% |
| Smartphone (not iPhone) | | | 4% | 5% | 20% | 24% ↑ |
| Windows desktop | | | 3% | 5% | 10% | 11% |
| iPod touch | | | 6% | 4% | 2% | 3% |
| e-book reader | | | 0% | 1% | 9% | 2% |
| iPod nano, shuffle or classic | | | 2% | 1% | 2% | 3% |
| Other | | | 5% | 6% | 2% | 0% |
| n= | small base | small base | 71 | 69 | 185 | 98 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (5th generation) buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     APL-APPSTORE_10339819

# Other devices considered
(among those who considered other devices)

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Mac (net) | | | | | 38% | 12% |
|   Mac notebook | | | | | 35% | 12% |
|   Mac desktop | | | | | 6% | 3% |
| Windows laptop | | | | | 19% | 10% |
| 2-in-1 laptop | | | | | 26% | 10% |
| iPhone | | | | | 41% | 54% |
| Chromebook | | | | | 1% | 0% |
| Smartphone (not iPhone) | | | | | 16% | 26% ↑ |
| Windows desktop | | | | | 3% | 5% |
| iPod touch | | | | | 5% | 6% |
| e-book reader | | | | | 9% | 2% |
| iPod nano, shuffle or classic | | | | | 1% | 1% |
| Other | | | | | 1% | 1% |
| n= | small base | small base | small base | small base | 155 | 108 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Considered an iPhone
## (among those who considered other devices)

### All models



Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL      X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339821

# Considered other smartphones
(among those who considered other devices)

All models



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| n= | 447 | 483 | 547 | 873 | 2228 | 1031 |

Base: iPad Pro, iPad, and iPad mini buyers (or had a say in the purchase decision) who considered another device
Q36: What other types of devices did you consider buying instead of your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Buy Mix

APPLE CONFIDENTIAL    37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Buy mix

## All models



Base: iPad Pro, iPad, and iPad mini owners
Q17: Is this [MODEL] your first tablet?/Q22: Is this [MODEL]...
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339824

# Buy mix

## First tablet

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q17: Is this [MODEL] your first tablet?/Q22: Is this [MODEL]...
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE CONFIDENTIAL    39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Buy mix trends

## First tablet

### All models



Base: iPad Pro, iPad, and iPad mini owners
Q17: Is this [MODEL] your first tablet?/Q22: Is this [MODEL]...
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to
FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339826

# Buy mix

## Replacing another device

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q17: Is this [MODEL] your first tablet?/Q22: Is this [MODEL]...
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339827

# Buy mix

## Additional device

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q17: Is this [MODEL] your first tablet?/Q22: Is this [MODEL]...
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# First iPad

## All models



Base: iPad Pro, iPad, and iPad mini owners
Q19: Is this [MODEL] your first iPad?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    41

# First iPad

## iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q19: Is this [MODEL] your first iPad?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE CONFIDENTIAL    42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339830

# First iPad trends

## All models



Base: iPad Pro, iPad, and iPad mini owners
Q19: Is this [MODEL] your first iPad?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL    43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339831

# US: First iPad trends

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q19: Is this [MODEL] your first iPad?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339832

# UK: First iPad trends



iPad models

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339833

# France: First iPad trends



iPad models

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Germany: First iPad trends



iPad models

Base: iPad Pro, iPad, and iPad mini owners
Q19: Is this [MODEL] your first iPad?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Germany. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# China: First iPad trends

iPad models

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Japan: First iPad trends



## iPad models

Base: iPad Pro, iPad, and iPad mini owners
Q19: Is this [MODEL] your first iPad?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Japan. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339837

# First Apple product

## All models



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| No | 91% | 88% | 86% | 90% | 75% | 79%↓ |
| Yes | 9% | 12% | 14% | 10% | 25% | 21%↑ |
| n= | 3643 | 4872 | 4631 | 5648 | 6779 | 5302 |

Base: iPad Pro, iPad, and iPad mini owners
Q18: Is this [MODEL] your first Apple product?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339838

# First Apple product

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q18: Is this [MODEL] your first Apple product?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339839

# First Apple product trends



All models

Base: iPad Pro, iPad, and iPad mini owners
Q18: Is this [MODEL] your first Apple product?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339840

# Replaced a device

## All models



Base: iPad Pro, iPad, and iPad mini owners
Q22: Is this [MODEL]...?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339841

# Replaced a device

## iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q22: Is this [MODEL]...?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339842

# Device replaced
(among those who replaced a device)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any iPad (net) | 81% ↑ | 81% | 68% | 68% | 51% | 60% ↓ |
| iPad | 57% ↑ | 57% ↓ | 50% | 50% | 28% | 34% |
| iPad mini | 21% | 21% ↑ | 17% ↑ | 15% | 22% | 23% ↓ |
| iPad Pro | 5% | 4% | 2% | 4% | 2% | 4% |
| Tablet (not iPad) | 9% | 9% | 16% | 16% ↑ | 15% | 19% |
| Any computer (net) | 6% | 6% | 13% | 11% ↓ | 17% | 9% |
| Any Windows PC (net) | 4% | 5% | 9% | 8% ↓ | 13% | 7% |
| Windows laptop | 3% | 4% | 7% | 7% ↓ | 9% | 3% |
| Windows desktop | 1% | 1% | 2% | 2% ↓ | 5% | 4% ↓ |
| Any Mac (net) | 2% ↓ | 1% | 4% | 3% | 4% | 3% |
| Mac notebook | 2% | 1% | 4% | 3% | 3% | 2% |
| Mac desktop | 0% | 0% | 1% | 1% | 1% | 1% |
| e-book reader | 1% | 0% | 0% | 1% ↓ | 4% | 0% |
| iPhone | 1% | 1% | 1% | 2% | 12% | 9% |
| 2-in-1 laptop | 1% | 1% | 1% | 2% | 3% | 1% |
| iPod touch | 1% | 0% | 0% | 0% ↓ | 1% ↓ | 2% ↑ |
| Smartphone (not iPhone) | 0% | 0% | 1% | 1% | 7% | 5% ↑ |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 0% | 0% | 1% |
| Chromebook | 0% | 0% | 0% | 0% | 0% | 0% |
| Other | 3% ↓ | 4% | 3% | 4% | 3% | 2% |
| n= | 2030 | 2987 | 2192 | 2565 | 1138 | 2406 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-APPSTORE_10339843

# Device replaced
## (among those who replaced a device)

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any iPad (net) | 82% | 77% | 63% ↓ | 70% | | 71% |
| iPad | 57% | 60% | 51% | 54% | | 46% |
| iPad mini | 11% | 7% | 3% ↓ | 6% | | 11% |
| iPad Pro | 14% | 13% ↓ | 9% | 11% | | 19% |
| Tablet (not iPad) | 3% | 7% | 9% | 9% | | 22% |
| Any computer (net) | 14% | 12% | 29% ↑ | 23% | | 15% |
| Any Windows PC (net) | 5% | 7% | 12% | 16% | | 7% |
| Windows laptop | 3% | 5% | 9% | 12% | | 2% |
| Windows desktop | 3% | 3% | 4% | 7% | | 5% |
| Any Mac (net) | 9% | 4% | 18% ↑ | 8% | | 8% |
| Mac notebook | 9% | 4% | 14% | 8% | | 6% |
| Mac desktop | 2% | 1% | 5% | 2% | | 2% |
| e-book reader | 1% | 0% | 0% | 1% | | 1% |
| iPhone | 1% | 1% | 1% | 1% | | 1% |
| 2-in-1 laptop | 1% | 1% | 2% | 3% | | 1% |
| iPod touch | 0% | 1% | 0% | 0% | | 1% |
| Smartphone (not iPhone) | 0% | 1% | 0% | 0% | | 1% |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 0% | | 1% |
| Chromebook | 1% | 0% | 0% | 0% | | 0% |
| Other | 2% | 6% | 1% | 3% | | 0% |
| n= | 178 | 196 | 134 | 219 | small base | 93 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Device replaced
(among those who replaced a device)

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any iPad (net) | 83% | 80% ↓ | 76% | 78% | 72% | 74% ↓ |
| iPad | 58% | 57% ↓ | 58% | 60% | 48% | 42% |
| iPad mini | 15% | 12% | 7% | 9% | 23% | 24% |
| iPad Pro | 11% | 12% | 11% ↑ | 9% | 3% | 8% |
| Tablet (not iPad) | 6% | 6% | 10% | 10% | 6% | 16% ↑ |
| Any computer (net) | 10% | 10% ↑ | 14% | 11% | 16% | 6% |
| Any Windows PC (net) | 7% | 6% | 7% | 8% | 12% | 4% |
| Windows laptop | 6% ↑ | 5% | 6% | 8% | 7% | 2% |
| Windows desktop | 1% | 1% | 1% | 2% | 5% | 2% |
| Any Mac (net) | 3% | 4% ↑ | 7% | 3% | 4% | 2% |
| Mac notebook | 3% | 3% ↑ | 7% | 3% | 4% | 2% |
| Mac desktop | 0% | 0% | 0% | 1% | 1% | 1% |
| e-book reader | 1% | 0% | 0% | 1% | 5% | 1% |
| iPhone | 0% | 2% ↑ | 2% | 0% | 4% | 6% |
| 2-in-1 laptop | 1% | 2% | 3% | 2% | 3% | 1% |
| iPod touch | 0% | 0% | 0% | 0% | 1% | 1% |
| Smartphone (not iPhone) | 0% | 0% | 0% | 0% | 3% | 2% |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 0% | 0% | 1% |
| Chromebook | 0% | 0% | 0% | 0% | 0% | 0% |
| Other | 3% | 3% | 0% | 3% ↑ | 1% | 1% |
| n= | 371 | 390 | 210 | 381 | 126 | 355 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 10.5-inch iPad Pro owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     APL-APPSTORE_10339845

# Device replaced
(among those who replaced a device)

| iPad (6th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any iPad (net) | 81% | 82% | 70% | 67% | 52% | 63% |
| iPad | 62% | 61% | 52% | 50% | 28% | 38% |
| iPad mini | 17% | 20% | 16% | 16% | 24% | 23% |
| iPad Pro | 3% | 2% | 1% | 2% | 1% | 2% |
| Tablet (not iPad) | 10% | 9% | 16% | 17% | 15% | 18% |
| Any computer (net) | 5% | 5% | 12% | 10% | 16% | 10% |
| Any Windows PC (net) | 4% | 4% | 8% | 7% | 13% | 7% |
| Windows laptop | 4% | 4% | 7% | 6% | 9% | 4% |
| Windows desktop | 1% | 0% | 2% | 1% | 5% | 4% |
| Any Mac (net) | 1% | 1% | 3% | 3% | 4% | 3% |
| Mac notebook | 1% | 1% | 3% | 2% | 3% | 2% |
| Mac desktop | 0% | 0% | 0% | 0% | 1% | 1% |
| e-book reader | 1% | 0% | 0% | 0% | 4% | 0% |
| iPhone | 1% | 0% | 1% | 2% | 11% | 8% |
| 2-in-1 laptop | 1% | 1% | 1% | 3% | 3% | 1% |
| iPod touch | 1% | 1% | 0% | 0% | 1% | 2% |
| Smartphone (not iPhone) | 0% | 0% | 1% | 1% | 7% | 4% |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 0% | 1% | 1% |
| Chromebook | 0% | 0% | 0% | 0% | 0% | 0% |
| Other | 3% | 3% | 3% | 4% | 2% | 2% |
| n= | 1140 | 1963 | 1487 | 1769 | 830 | 1464 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339846

# Device replaced

## (among those who replaced a device)

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any iPad (net) | 74% | 70% ↓ | 54% ↓ | 51% ↓ | 32% | 43% ↓ |
| iPad | 63% | 54% ↓ | 44% ↓ | 36% | 18% | 27% ↓ |
| iPad mini | 9% ↓ | 15% | 9% | 13% | 11% | 12% ↓ |
| iPad Pro | 4% | 3% | 1% | 2% | 4% ↑ | 5% ↑ |
| Tablet (not iPad) | 14% | 17% ↑ | 25% | 29% ↑ | 20% | 21% |
| Any computer (net) | 3% | 5% | 16% | 14% | 22% | 11% |
| Any Windows PC (net) | 3% | 5% | 13% | 13% | 17% | 9% |
| Windows laptop | 2% | 5% | 11% | 9% | 11% | 5% ↑ |
| Windows desktop | 1% | 1% | 3% | 4% | 6% | 5% |
| Any Mac (net) | 0% | 0% | 3% | 2% | 5% | 2% |
| Mac notebook | 0% | 0% | 3% | 2% | 2% | 2% |
| Mac desktop | 0% | 0% | 1% | 0% | 3% | 1% |
| e-book reader | 1% | 0% | 0% | 1% | 3% | 0% |
| iPhone | 3% ↑ | 1% | 2% | 7% ↑ | 19% | 17% |
| 2-in-1 laptop | 0% | 0% | 2% | 0% | 4% | 1% |
| iPod touch | 2% | 0% | 0% | 0% | 0% | 1% |
| Smartphone (not iPhone) | 0% | 0% | 0% | 1% | 6% | 8% ↑ |
| iPod nano, shuffle or classic | 0% | 0% | 0% | 1% | 0% | 0% |
| Chromebook | | | | | | |
| Other | 5% | 7% ↑ | 5% | 2% | 4% | 4% ↑ |
| n= | 181 | 276 | 271 | 159 | 78 | 208 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339847

# Device replaced
(among those who replaced a device)



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any iPad (net) | 88% | 89% | 85% ↑ | | 65% | 64% ↓ |
| iPad | 24% | 21% | 22% | | 30% | 18% |
| iPad mini | 64% | 66% | 65% ↑ | | 29% | 46% ↓ |
| iPad Pro | 1% | 2% | 0% | | 7% | 2% |
| Tablet (not iPad) | 7% | 3% | 10% | | 10% | 24% ↑ |
| Any computer (net) | 3% | 5% | 7% | | 8% | 4% |
| Any Windows PC (net) | 1% | 3% ↑ | 3% | | 7% | 2% |
| Windows laptop | 0% | 3% ↑ | 3% | | 7% | 0% |
| Windows desktop | 1% | 0% | 0% | | 0% ↓ | 2% |
| Any Mac (net) | 1% | 1% | 3% | | 0% | 2% |
| Mac notebook | 1% | 1% | 1% | | 0% | 2% |
| Mac desktop | 0% | 0% | 2% | | 0% | 0% |
| e-book reader | 3% | 1% | 0% | | 0% | 0% |
| iPhone | 0% | 1% | 2% | | 11% | 7% |
| 2-in-1 laptop | 0% | 0% | 1% | | 0% | 0% |
| iPod touch | 0% | 1% | 0% | | 0% | 2% |
| Smartphone (not iPhone) | 0% | 0% | 0% | | 7% | 5% ↑ |
| iPod nano, shuffle or classic | 0% | 0% | 0% | | 0% | 1% |
| Chromebook | 1% | 0% | 0% | | 1% | 0% |
| Other | 1% | 4% | 0% | | 2% | 1% |
| n= | 160 | 162 | 90 | small base | 84 | 286 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Device replaced trends

## Any iPad model

### All models



Base: iPad Pro, iPad, and iPad mini owners who replaced a device
Q23: What device(s) is the [MODEL] replacing? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPad model replaced
## (among those who replaced an iPad)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 2% | 1% | 1% | 2% | 1% | 1% |
| 10.5-inch iPad Pro | 1% | 1% | 0% | 1% | 1% | 1% |
| 9.7-inch iPad Pro | 2% | 2% | 1% | 3% | 1% | 3% |
| iPad (6th generation) | 1% | 1% | 1% | 1% | 3% | 1% |
| iPad (5th generation) | 3% | 2% ↑ | 2% ↑ | 2% | 4% | 3% ↑ |
| iPad Air 2 | 11% | 10% | 10% | 16% | 12% | 15% |
| iPad Air | 9% | 10% | 11% | 15% | 11% | 11% |
| iPad with Retina display (4th generation) | 6% ↑ | 6% ↑ | 7% | 8% | 6% | 3% |
| iPad (3rd generation) | 6% | 7% | 7% | 10% | 5% | 6% |
| iPad 2 | 16% ↓ | 17% ↓ | 22% | 15% | 12% | 8% |
| iPad (original) | 6% | 5% ↓ | 3% ↓ | 3% | 1% ↓ | 4% |
| iPad mini 4 | 3% | 3% | 2% | 3% | 5% | 9% |
| iPad mini 3 | 2% | 1% | 2% ↑ | 2% | 2% | 5% |
| iPad mini 2 | 5% | 4% ↑ | 5% | 7% | 21% | 7% |
| iPad mini | 8% | 9% | 9% | 8% | 11% | 10% |
| An iPad Pro, but not sure of the model | 1% | 1% | 1% | 0% | 2% | 1% ↑ |
| An iPad, but not sure of the model | 8% | 8% ↓ | 9% | 4% ↓ | 2% | 6% |
| An iPad mini, but not sure of the model | 6% | 7% | 5% ↑ | 3% | 4% | 7% |
| Not sure | 7% | 6% | 4% | 2% | 1% | 4% ↑ |
| n= | 1693 | 2434 | 1520 | 1776 | 616 | 1517 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini owners who replaced an iPad Pro, iPad or iPad mini
Q25: Which iPad model(s) are you replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    46

# iPad model replaced
## (among those who replaced an iPad)

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 7% | 6% | 8% | 7% | | 16% |
| 10.5-inch iPad Pro | 4% | 2% | 2% | 4% | | 1% |
| 9.7-inch iPad Pro | 6% | 8% ↓ | 4% | 6% | | 9% |
| iPad (6th generation) | 2% | 1% | 1% | 2% | | 0% |
| iPad (5th generation) | 3% | 4% | 2% | 2% | | 7% ↑ |
| iPad Air 2 | 16% | 23% | 21% | 21% | | 21% |
| iPad Air | 8% | 13% | 8% | 21% | | 18% |
| iPad with Retina display (4th generation) | 5% | 7% | 11% | 8% | | 1% |
| iPad (3rd generation) | 8% | 6% | 6% | 7% | | 1% |
| iPad 2 | 14% | 15% | 22% | 15% | | 3% ↓ |
| iPad (original) | 6% | 6% | 2% | 2% ↓ | | 9% ↑ |
| iPad mini 4 | 1% | 0% | 2% | 2% | | 3% |
| iPad mini 3 | 2% | 2% | 2% | 3% | | 2% |
| iPad mini 2 | 3% | 1% | 2% | 3% | | 3% |
| iPad mini | 2% | 1% | 0% | 2% | | 1% |
| An iPad Pro, but not sure of the model | 0% | 1% | 1% | 1% | | 0% |
| An iPad, but not sure of the model | 6% | 2% | 6% | 3% | | 5% |
| An iPad mini, but not sure of the model | 2% | 3% | 0% | 1% | | 5% |
| Not sure | 8% ↑ | 2% | 2% | 1% | | 1% |
| n= | 144 | 150 | 85 | 152 | small base | 65 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro owners who replaced an iPad Pro, iPad or iPad mini
Q25: Which iPad model(s) are you replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL   X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPad model replaced
(among those who replaced an iPad)

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 3% | 4% | 1% | 2% | 0% | 2% |
| 10.5-inch iPad Pro | 1% | 1% | 2% | 0% | 0% | 1% |
| 9.7-inch iPad Pro | 8% | 9% | 10% ↑ | 9% | 4% | 8% |
| iPad (6th generation) | 1% | 0% | 1% | 1% | 3% | 1% |
| iPad (5th generation) | 2% | 1% | 2% | 3% | 6% | 2% |
| iPad Air 2 | 19% | 16% | 23% | 28% | 20% | 27% |
| iPad Air | 13% | 14% | 13% | 18% | 14% | 10% ↓ |
| iPad with Retina display (4th generation) | 9% | 6% | 4% | 6% | 10% | 1% |
| iPad (3rd generation) | 4% | 8% | 6% | 5% ↓ | 8% | 5% |
| iPad 2 | 13% | 13% | 15% | 12% | 8% | 6% |
| iPad (original) | 3% | 3% | 1% | 2% ↓ | 0% | 4% |
| iPad mini 4 | 5% | 3% | 1% | 2% | 6% | 11% |
| iPad mini 3 | 1% | 2% | 1% | 1% | 1% | 5% |
| iPad mini 2 | 5% | 3% | 2% | 3% | 11% | 6% |
| iPad mini | 3% | 5% | 4% | 4% | 9% | 7% |
| An iPad Pro, but not sure of the model | 1% | 1% | 2% | 0% | 0% | 0% |
| An iPad, but not sure of the model | 8% | 7% | 13% ↑ | 4% | 2% ↓ | 4% |
| An iPad mini, but not sure of the model | 2% | 3% | 1% | 2% | 2% | 3% |
| Not sure | 2% ↓ | 3% | 1% | 3% ↑ | 1% | 1% |
| n= | 309 | 314 | 153 | 293 | 89 | 261 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro owners who replaced an iPad Pro, iPad or iPad mini
Q25: Which iPad model(s) are you replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339852

# iPad model replaced
## (among those who replaced an iPad)

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 1% | 0% | 1% | 1% | 1% | 0% |
| 10.5-inch iPad Pro | 1% | 1% | 0% | 0% | 1% | 0% |
| 9.7-inch iPad Pro | 1% | 1% | 0% | 2% | 0% | 2% |
| iPad (6th generation) | 1% | 1% | 1% | 1% | 3% | 1% |
| iPad (5th generation) | 3% | 3% | 2% | 2% | 4% | 2% |
| iPad Air 2 | 11% | 9% | 10% | 14% | 11% | 14% |
| iPad Air | 8% | 10% | 11% | 14% | 11% | 13% |
| iPad with Retina display (4th generation) | 6% | 7% | 7% | 9% | 7% | 4% |
| iPad (3rd generation) | 7% | 8% | 7% | 12% | 5% | 8% |
| iPad 2 | 18% | 18% | 24% | 15% | 10% | 10% |
| iPad (original) | 6% | 6% | 3% | 3% | 2% | 3% |
| iPad mini 4 | 3% | 3% | 2% | 3% | 6% | 8% |
| iPad mini 3 | 2% | 1% | 2% | 2% | 2% | 4% |
| iPad mini 2 | 4% | 5% | 5% | 7% | 24% | 9% |
| iPad mini | 6% | 7% | 9% | 8% | 11% | 10% |
| An iPad Pro, but not sure of the model | 0% | 1% | 1% | 0% | 0% | 1% |
| An iPad, but not sure of the model | 9% | 9% | 9% | 4% | 3% | 6% |
| An iPad mini, but not sure of the model | 6% | 6% | 5% | 3% | 4% | 6% |
| Not sure | 9% | 7% | 5% | 2% | 1% | 2% |
| n= | 962 | 1634 | 1064 | 1215 | 439 | 922 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) owners who replaced an iPad Pro, iPad or iPad mini
Q25: Which iPad model(s) are you replacing?

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339853

# iPad model replaced
(among those who replaced an iPad)

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 1% | 1% | 0% | 2% | | 1% |
| 10.5-inch iPad Pro | 2% | 1% ↑ | 0% | 1% | | 2% |
| 9.7-inch iPad Pro | 1% | 1% | 1% | 1% | | 1% |
| iPad (6th generation) | 1% | 1% | 1% | 0% | | 0% |
| iPad (5th generation) | 4% | 2% | 2% ↑ | 0% | | 8% ↑ |
| iPad Air 2 | 8% | 7% | 7% | 6% | | 15% |
| iPad Air | 9% | 12% | 10% | 8% | | 9% |
| iPad with Retina display (4th generation) | 8% ↑ | 3% | 13% ↑ | 11% | | 2% |
| iPad (3rd generation) | 9% | 6% | 12% ↑ | 13% | | 2% |
| iPad 2 | 25% | 23% | 19% | 18% | | 5% |
| iPad (original) | 8% | 4% ↓ | 5% | 8% | | 4% |
| iPad mini 4 | 2% | 3% | 0% | 1% | | 3% |
| iPad mini 3 | 0% | 1% | 2% | 0% | | 5% |
| iPad mini 2 | 2% | 1% | 3% | 10% | | 1% |
| iPad mini | 2% ↓ | 8% | 8% | 8% | | 5% |
| An iPad Pro, but not sure of the model | 1% | 2% | 0% | 0% | | 4% ↑ |
| An iPad, but not sure of the model | 10% | 15% | 14% | 4% | | 11% |
| An iPad mini, but not sure of the model | 3% | 6% | 4% | 6% | | 12% |
| Not sure | 6% | 8% | 3% | 4% | | 13% ↑ |
| n= | 136 | 192 | 140 | 88 | small base | 90 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) owners who replaced an iPad Pro, iPad or iPad mini
Q25: Which iPad model(s) are you replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_10339854

# iPad model replaced
(among those who replaced an iPad)



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 12.9-inch iPad Pro | 1% | 0% | 0% | | 5% | 2% |
| 10.5-inch iPad Pro | 0% | 1% | 0% | | 3% | 0% |
| 9.7-inch iPad Pro | 0% | 2% | 0% | | 0% | 1% |
| iPad (6th generation) | 1% | 0% | 0% | | 0% | 1% |
| iPad (5th generation) | 0% | 1% | 0% | | 2% | 2% |
| iPad Air 2 | 1% | 2% | 1% | | 7% | 6% |
| iPad Air | 5% | 1% ↓ | 5% | | 7% | 2% |
| iPad with Retina display (4th generation) | 2% | 0% | 0% | | 7% | 0% |
| iPad (3rd generation) | 3% | 3% | 4% | | 7% | 1% |
| iPad 2 | 6% | 10% | 7% | | 18% | 7% |
| iPad (original) | 3% | 2% | 1% | | 0% | 6% |
| iPad mini 4 | 5% | 11% | 11% | | 4% | 21% ↑ |
| iPad mini 3 | 5% | 5% | 7% | | 0% | 9% |
| iPad mini 2 | 14% | 8% | 14% | | 26% | 12% ↓ |
| iPad mini | 35% | 31% | 28% | | 11% | 21% |
| An iPad Pro, but not sure of the model | 0% | 0% | 0% | | 4% | 1% |
| An iPad, but not sure of the model | 5% | 4% | 6% | | 2% | 2% |
| An iPad mini, but not sure of the model | 14% | 18% | 16% | | 5% | 10% |
| Not sure | 4% | 2% | 3% | | 0% | 3% |
| n= | 142 | 144 | 78 | small base | 54 | 179 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 owners who replaced an iPad Pro, iPad or iPad mini
Q25: Which iPad model(s) are you replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Tablet brand replaced
(among those who replaced a competitor tablet)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | 34% ↓ | 48% | 54% | 54% | 18% | 4% ↓ |
| Kindle | 17% ↑ | 10% | 1% | 5% | 1% | 3% |
| LG | 11% | | | | | 1% |
| Google | 3% | 3% | 2% | 5% | 1% | 2% |
| ASUS | 3% | 2% | 11% | 3% ↓ | 4% | 10% |
| Microsoft (Surface) | 3% | 0% | 3% | 2% | 2% | 2% |
| Acer | 2% | 5% | 6% | 3% | 1% ↓ | 1% |
| E Fun | 1% | | | | | |
| Lenovo | 1% | 6% | 5% | 5% | 16% | 7% |
| HTC | 1% | 0% | 0% | 0% | 1% | 1% |
| nook | 1% | | | | | |
| Sony | 0% | 2% | 2% | 3% | 1% | 19% |
| HP | | 1% | 1% | 0% | | |
| BlackBerry | 0% | 1% | 0% | 0% | 0% | 0% |
| Archos | | 1% | 3% | 1% | | |
| Huawei | | | | | 13% | |
| Teclast | | | | | 11% | |
| ZTE | | | | | 1% | |
| Fujitsu | | | | | | 10% |
| Other | 11% | 16% | 7% | 14% | 21% ↑ | 18% |
| Not sure | 12% | 5% | 4% | 5% | 8% ↓ | 22% |
| n= | 146 | 259 | 331 | 396 | 157 | 448 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad Pro, iPad, and iPad mini owners who replaced a competitor tablet
Q26: What is the brand of the tablet you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339856

# Tablet brand replaced
## (among those who replaced a competitor tablet)

| 12.9-inch iPad Pro | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | | | | | |
| Kindle | | | | | | |
| LG | | | | | | |
| Google | | | | | | |
| ASUS | | | | | | |
| Microsoft (Surface) | | | | | | |
| Acer | | | | | | |
| E Fun | | | | | | |
| Lenovo | | | | | | |
| HTC | | | | | | |
| nook | | | | | | |
| Sony | | | | | | |
| HP | | | | | | |
| BlackBerry | | | | | | |
| Archos | | | | | | |
| Huawei | | | | | | |
| Teclast | | | | | | |
| ZTE | | | | | | |
| Fujitsu | | | | | | |
| Other | | | | | | |
| Not sure | | | | | | |
| n= | small base | small base | small base | small base | small base | small base |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro owners who replaced a competitor tablet.
Q26: What is the brand of the tablet you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339857

# Tablet brand replaced

(among those who replaced a competitor tablet)

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | | | | | 2% |
| Kindle | | | | | | 2% |
| LG | | | | | | 2% |
| Google | | | | | | 3% |
| ASUS | | | | | | 7% |
| Microsoft (Surface) | | | | | | 0% |
| Acer | | | | | | 0% |
| E Fun | | | | | | |
| Lenovo | | | | | | 5% |
| HTC | | | | | | |
| nook | | | | | | |
| Sony | | | | | | 28% |
| HP | | | | | | |
| BlackBerry | | | | | | |
| Archos | | | | | | |
| Huawei | | | | | | |
| Teclast | | | | | | |
| ZTE | | | | | | |
| Fujitsu | | | | | | 9% |
| Other | | | | | | 20% |
| Not sure | | | | | | 22% ↑ |
| n= | small base | small base | small base | small base | small base | 57 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 10.5-inch iPad Pro owners who replaced a competitor tablet.
Q26: What is the brand of the tablet you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_10339858

# Tablet brand replaced
(among those who replaced a competitor tablet)

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | 28% | 49% | 54% | 55% | 12% | 3% |
| Kindle | 15% | 9% | 0% | 5% | 2% | 3% |
| LG | 15% | | | | | 1% |
| Google | 4% | 5% | 3% | 6% | 2% | 3% |
| ASUS | 3% | 2% | 9% | 3% | 2% | 12% |
| Microsoft (Surface) | 1% | 0% | 4% | 1% | 3% | 1% |
| Acer | 2% | 5% | 7% | 3% | 1% | 2% |
| E Fun | 1% | | | | | |
| Lenovo | 1% | 1% | 5% | 6% | 14% | 3% |
| HTC | 1% | 0% | 1% | 1% | 1% | 1% |
| nook | 1% | | | | | |
| Sony | 0% | 2% | 2% | 2% | 2% | 20% |
| HP | | 1% | 1% | 0% | | |
| BlackBerry | 0% | 1% | 0% | 0% | 0% | 0% |
| Archos | | 1% | 3% | 0% | | |
| Huawei | | | | | 16% | |
| Teclast | | | | | 10% | |
| ZTE | | | | | 2% | |
| Fujitsu | | | | | | 13% |
| Other | 11% | 19% | 7% | 13% | 25% | 17% |
| Not sure | 15% | 5% | 5% | 4% | 10% | 21% |
| n= | 88 | 172 | 218 | 289 | 122 | 262 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) owners who replaced a competitor tablet
Q26: What is the brand of the tablet you're replacing?

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339859

# Tablet brand replaced
(among those who replaced a competitor tablet)

iPad (5th generation)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | | 48% | | | |
| Kindle | | | 2% | | | |
| LG | | | | | | |
| Google | | | 0% | | | |
| ASUS | | | 17% | | | |
| Microsoft (Surface) | | | 2% | | | |
| Acer | | | 3% | | | |
| E Fun | | | | | | |
| Lenovo | | | 7% | | | |
| HTC | | | | | | |
| nook | | | | | | |
| Sony | | | 2% | | | |
| HP | | | 1% | | | |
| BlackBerry | | | | | | |
| Archos | | | 7% | | | |
| Huawei | | | | | | |
| Teclast | | | | | | |
| ZTE | | | | | | |
| Fujitsu | | | | | | |
| Other | | | 9% | | | |
| Not sure | | | 3% | | | |
| n= | small base | small base | 72 | small base | small base | small base |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) owners who replaced a competitor tablet
Q26: What is the brand of the tablet you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339860

# Tablet brand replaced
(among those who replaced a competitor tablet)

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Samsung | | | | | | 0% |
| Kindle | | | | | | 2% |
| LG | | | | | | 3% |
| Google | | | | | | 1% |
| ASUS | | | | | | 16% |
| Microsoft (Surface) | | | | | | 7% |
| Acer | | | | | | 3% |
| E Fun | | | | | | |
| Lenovo | | | | | | 6% |
| HTC | | | | | | 1% |
| nook | | | | | | |
| Sony | | | | | | 12% |
| HP | | | | | | |
| BlackBerry | | | | | | |
| Archos | | | | | | |
| Huawei | | | | | | |
| Teclast | | | | | | |
| ZTE | | | | | | |
| Fujitsu | | | | | | 8% |
| Other | | | | | | 22% |
| Not sure | | | | | | 21% |
| n= | small base | small base | small base | small base | small base | 64 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad mini 4 owners who replaced a competitor tablet
Q26: What is the brand of the tablet you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Length of ownership of replaced tablet

## All models



n= US 1834, UK 2683, France 1845, Germany 2168, China 768, Japan 1947

Base: iPad Pro, iPad, and iPad mini owners who replaced an iPad Pro, iPad, iPad mini or competitor tablet
Q73: For how long did you own the [iPad/tablet] that you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

APL-APPSTORE_10339862

# Length of ownership of replaced tablet
(among those who replaced an iPad)

All models



Base: iPad Pro, iPad, and iPad mini owners who replaced an iPad Pro, iPad, or iPad mini
Q73: For how long did you own the iPad that you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339863

# Length of ownership of replaced tablet
## (among those who replaced a competitor tablet)

### Replacing a competitor tablet



APPLE CONFIDENTIAL    X

Base: iPad Pro, iPad, and iPad mini owners who replaced a competitor tablet
Q73: For how long did you own the tablet that you're replacing?
Note: Arrows denote comparisons to FY18-Q2.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Satisfaction

APPLE CONFIDENTIAL    47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339865

# Overall satisfaction



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339866

# Overall satisfaction

Very or somewhat satisfied

**iPad models**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339867

# Overall satisfaction

## Very satisfied

### iPad models



**US:** 80% 78% 78% 76% 75%
**UK:** 82% 81% 80% 75%
**France:** 63% 62% 60% 59% 56%
**Germany:** 79% 78% 74% 71%
**China:** 37% 33% 22%↓ 19%↓
**Japan:** 65% 61% 52%↓ 45%↓ 37%↓

Legend:
- 12.9-inch iPad Pro
- 10.5-inch iPad Pro
- iPad (6th generation)
- iPad (5th generation)
- iPad mini 4

Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE CONFIDENTIAL    50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339868



# Overall satisfaction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overall satisfaction



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339870

# Overall satisfaction



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339871

# Overall satisfaction



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overall satisfaction



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339873



# Overall satisfaction trends

Very or somewhat satisfied

All models

Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL    51

# US: Overall satisfaction trends

Very or somewhat satisfied

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339875

# UK: Overall satisfaction trends

Very or somewhat satisfied

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# France: Overall satisfaction trends

Very or somewhat satisfied

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in France. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Germany: Overall satisfaction trends

Very or somewhat satisfied

## iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Germany. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Overall satisfaction trends

Very or somewhat satisfied

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Japan: Overall satisfaction trends

Very or somewhat satisfied

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Japan. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339880

# Overall satisfaction trends

Very satisfied

All models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL    52

APL-APPSTORE_10339881

# US: Overall satisfaction trends

## Very satisfied

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UK: Overall satisfaction trends

## Very satisfied

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339883

# France: Overall satisfaction trends

Very satisfied

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in France. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339884

# Germany: Overall satisfaction trends

Very satisfied

iPad models



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Overall satisfaction trends

## Very satisfied

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339886

# Japan: Overall satisfaction trends

Very satisfied

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4, F17-Q1, or FY17-Q2 in Japan. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overall satisfaction

## Very satisfied

### First time iPad owners vs. repeat owners



US — 80% / 73%↓
UK — 82% / 76%↓
France — 66% / 58%↓
Germany — 77% / 72%↓
China — 27% / 20%↓
Japan — 55% / 46%↓

Legend:
● First time owner
● Repeat owner

Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote significant difference from repeat owners.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339888

# Overall satisfaction

Very satisfied

Age



Base: iPad Pro, iPad, and iPad mini owners.
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote significant difference from 45+.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339889

# Overall satisfaction

Very satisfied

Gender



Base: iPad Pro, iPad, and iPad mini owners
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote significant difference from female.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overall satisfaction

Very satisfied

Replacing iPad vs. other tablet



Base: Tablet replacers
Q12: Overall, how satisfied are you with your [MODEL]?
Note: Arrows denote significant difference from those replacing an iPad.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339891

# US: Top reasons for not being satisfied
(Comments were coded into categories)

## All models



| | US |
|---|---|
| General functionality issues (net) | 42% |
| With iOS | 14% |
| Not easy to use or intuitive (general) | 12% |
| With iCloud or Apple ID | 6% |
| With other functionality | 7% |
| Performance issues (net) | 23% |
| Freezes, crashes, reboots, stopped working | 17% |
| Slow or lagging performance | 7% |
| Hardware issues (net) | 19% |
| App issues (net) | 17% |
| With other apps | 14% |
| Design issues (net) | 8% |
| Other (net) | 26% |
| With customer service, including carrier/reseller complaints | 13% |
| Instructions, how-to's | 11% |
| With pricing | 7% |
| n= | 145 |

% 10 20 30 40 50 60 70 80 90 100

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339892

# US: Top reasons for not being satisfied
(Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With iOS | *"My ringtones for my contacts has not synced…"*<br>*"…I would guess some kind of software issue as button works fine once logged in."*<br>*"Stopped working in middle of program but wouldn't shut down in spite of multiple attempts."*<br>*"Thought I could text from my iPad, but can only text if the person I'm texting has an iPad."*<br>*"…i do not know much about computers and i am locked out m screen is all black and wont turn on"*<br>*"…It will not perform the functions I need which I was able to do with my old MacBook Pro…"*<br>*"Horrible install experience and horrible technical …"*<br>*"…To restrictive."*<br>*"… I bought the iPad 6th generation as an upgrade, but iPad 6th generation user's experience is worst comparing*<br>*to Air 2"* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-APPSTORE_10339893

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Not easy to use or intuitive (general) | *"Not too easy to use."*<br>*"It is very hard to operate."*<br>*"Much is NOT intuitive."*<br>*"Too complicated for me to figure out."*<br>*"… Buying a book complicated"*<br>*"The device is not intuitive, nor is it user friendly. "*<br>*"Technically is very hard to learn"*<br>*"It's hard to transfer my iPod to iPad with different ITunes owner…"* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With iCloud or Apple ID | *"Confusion and iCloud"*<br><br>*"Went back to Best Buy and even the tech there had a hard time getting me started. Specially with Apple ID…"*<br><br>*"My wife is an I user and it connected to her immediately. Her contacts n emails. It's for me and I want my*<br><br>*contacts not hers!"*<br><br>*"Was supposed to be activated…"*<br><br>*"Two step account code verification is nearly inscrutable…."*<br><br>*"…iCloud is full and didn't transfer all of my music and photos…"*<br><br>*"…I forgot my password and am still locked out…"* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339895

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| **With other functionality** | *"I do not like not being able move between the windows without not closing out the current program."*<br><br>*"It doesn't pair with my other devices or update changes as it should"*<br>*"I bought it to use with my ne Brother DesignNCut machine,…"*<br><br>*"…if you have google pages open and try to toggle back and forth ONLY the last page opens…"*<br><br>*"…Siri is constantly showing up on my screen even though I never prompted her…"*<br><br>*"The settings button is not very good at helping you decide what you need and don't need…."*<br><br>*"…It doesn't pair with my other devices or update changes as it should"*<br><br>*"…wish it had a hdmi hookup to or a built in screen share option outside of apple only devices"*<br><br>*"…And a way to change my settings using a quick pulldown would be a VERY welcome addition."* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Freezes, crashes, reboots, stopped working | "Freezes up and the touch screen is less responsive"<br><br>"It shuts itself off about once an hour. It freezes up regularly and I have to push home and the on/off button to<br><br>restart! Very annoying"<br><br>"For being a brand new Ipad it freezes often."<br><br>"The screen keeps freezing, requiring me to restart frequently"<br><br>"Random restarts And sluggish response"<br><br>"It shuts off and takes me back to page for my password…."<br><br>"It did not work- it froze and needed a download - It never worked…"<br><br>"It sometimes just shuts down for no reason" |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339897

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Slow or lagging performance | *"It's a bit laggy"*<br>*"Random restarts And sluggish response"*<br>*"…the screen is often slow to respond to my touch."*<br>*"It's slow,…"*<br>*"Too slow"*<br>*"Getting slow"*<br>*" It's slow compared to my AIR2"*<br>*"Slow lack of keyboard cases"* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339898

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With other apps | " Don't care for all the advertisements that come with some apps…"<br><br>"Can not maneuver through my Nook books"<br><br>"…weird icons appear on the screen while FaceTiming, the books on my kindle keep unloading and I have to<br><br>redownload them…"<br><br>"You can't donlow from a flash??…"<br><br>"I bought it so I could check weather and stocks. So disappointed to find out it does not have either app"<br><br>"…Final Cut Pro or adobe premiere pro cannot be used, so it was pointless for me to have."<br><br>"App architecture has radically changed from previous versions, the yahoo mail app for example is unusable…"<br><br>"I cannot watch my live wreath videos because it doesn't accept flash player download…." |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339899

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With customer service, including carrier/reseller complaints | "The salesman did not explain that there were extra charges that applied…." <br><br> "They sent me to Apple at Cumberland Mall. Those folks refused the warranty…." <br><br> "…I guess this is not a dissatisfaction with the iPad as much as with the technicians…" <br><br> "I sent a request for help to Appel and they gave me a date and time 3 weeks later @ 8.03 at night .help or an e mail never showed up" <br><br> "Because I have been to your Apple Store 3 times trying to move pictures from my phone to my iPad with no success…" <br><br> "…Rep suggested this one due to my use. I'm not liking it as much?…" <br><br> "The Verizon person lied and said it was free then added it to the next monthly payment" <br><br> "…and horrible technical support experience." |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Instructions, how-to's | *"Didn't come with a set of directions so I'll have to go to a Verizon store to get it activated"*<br><br>*"…Was not shown how to use the pen…"*<br><br>*"That was on Monday, today is Thursday, and I still have not received a text or email instructing me what to do…."*<br><br>*"Needed instructions on how to use the product…"*<br><br>*"In many ways it is not user friendly.  NO instruction book was supplied."*<br><br>*"I really do know how to use it. …"*<br><br>*"How come no directions, written on how to operate theses things??…"*<br><br>*"I cannot use it because it is so different from my other iPad…"* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With pricing | *"Not what it was advertised to do and need to pay for apps to transition to my PC"*<br><br>*"…Except that i only paid $99 for the $400 plus ipad, plus set up cost. Then to find out i have to pay $10 per*<br><br>*month…"*<br><br>*"The gig att said that every time I use it the say my one gig is up and thy wount 15 dollar so I can use it not*<br><br>*happy …"*<br><br>*"It's a lot like the apple air 2 just a little bigger and overpriced."*<br><br>*"The salesman did not explain that there were extra charges that applied…*<br><br>*"…It not only costs a lot of money to buy the item, you pay for learning how to use it…"* |

Base: iPad owners in US who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339902

# China: Top reasons for not being satisfied
(Comments were coded into categories)

## All models

| | China |
|---|---|
| Performance issues (net) | 55% |
|     Freezes, crashes, reboots, stopped working | 37% |
|     Slow or lagging performance | 23% |
| Hardware issues (net) | 34% |
|     With display quality | 8% |
|     With battery including battery life and charging | 8% |
|     With buttons (e.g. home, volume, side, power button) | 6% |
|     Touchscreen not responsive or not working properly | 5% |
| General functionality issues (net) | 32% |
|     With iOS | 7% |
|     With other functionality | 7% |
|     With watching videos | 6% |
| App issues (net) | 28% |
|     With other apps | 20% |
|     With games | 8% |
| Design issues (net) | 8% |
| Other (net) | 13% |
|     With customer service, including carrier/reseller complaints | 6% |
|     With pricing | 6% |

n=                                                                      457

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE
CONFIDENTIAL    54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339903

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Freezes, crashes, reboots, stopped working | "It always crashes and automatically restarts, affecting the user experience." <br><br> "It often crashes and I need to force shut down or restart it." <br><br> "The screen always goes black when Game issues and apps flash quit…" <br><br> "Three days after I bought it, the screen would suddenly go black when I was watching TV shows. I could not even force restart it…" <br><br> "It often unexpectedly crashes when I am using it. For example, when watching videos, the screen will suddenly go black and the loading wheel appears…" <br><br> "Apps often flash quit." <br><br> "It often crashes and restarts." <br><br> "It often crashes and will not respond for several minutes." |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Slow or lagging performance | *"The response is insensitive and not as smooth as previous Apple devices. It often lags."*<br><br>*"When sending WeChat voice messages, they do not send when I release my finger and the device lags."*<br><br>*"It lags when switching between applications."*<br><br>*"The software update made it slower."*<br><br>*"It lags and does not run smoothly."*<br><br>*"It often lags and crashes."*<br><br>*"The product gets extremely hot and videos lag. "*<br><br>*"The response speed is very slow."* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339905

# China: Top reasons for not being satisfied
(Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With display quality | *"The resolution is not very high."*<br>*"The resolution is not high. "*<br>*"The screen aspect ratio does not keep up with the times…."*<br>*"The screen suddenly flashes,…"*<br>*"The resolution is poor."*<br>*"…and resolution are poor."*<br>*"The screen display is mediocre…."*<br>*"The screen suddenly dims when I am using it…"*<br>*"The screen leaks light."* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With battery including battery life and charging | *"The battery is not disabled and it drains too fast."*<br>*"…It does not charge quickly…"*<br>*"The battery drains fast …"*<br>*"The day after I received the product, it would suddenly stop charging…"*<br>*"20 days after I bought the iPad, the battery capacity was reduced by 3%."*<br>*"The chassis is bent and the battery life is short."*<br>*"…The battery drains extremely rapidly…"*<br>*"The battery life is poor."* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339907

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With buttons for eg. (Home, volume, side, power button, etc). | *"It sometimes lags and the Home button is uncomfortable to press."*<br>*"…The lack of a Back button means I often have to use two hands to go back…"*<br>*"The volume button broke in less than a month…."*<br>*"When I press buttons there is often no response!…"*<br>*"The volume buttons are loose."*<br>*"…The Home button does not respond…"*<br>*"Sometimes, the screen shuts off for no reason and the back button does not work…."*<br>*"The buttons do not respond…"* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339908

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| Touchscreen not responsive or not working properly | *"The touchscreen does not work well…"*<br>*"The screen always has a layer of dust and it is not sensitive…."*<br>*"…and the screen is not sensitive."*<br>*"…and the screen response lags"*<br>*"…The touchscreen is not sensitive."*<br>*"The touchscreen does not feel very good."*<br>*"It does not have a 3D touch function."*<br>*"The screen is not good and operations lag."* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339909

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With iOS | "…and the operating system needs to be optimized."<br><br>"There are too many restrictions"<br><br>"The system is too closed…"<br><br>"The software updates are mandatory and you cannot use the software without updating it."<br><br>"Its functions are limited."<br><br>"…This shows the system is not compatible with the software."<br><br>"…the system is not very smooth…"<br><br>"System operations are not sensitive and there are not many functions…." |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With other functionality | *"Many apps are not compatible with the screen."*<br>*"After the upgrade, the function bar moved to the right side. I am not used to this."*<br>*"It lags when switching between applications."*<br>*"The screen functions are actually incompatible with many video apps. …"*<br>*"…and you basically cannot use it when charging."*<br>*"…screen rotation lags, or the main screen rotates but the program dock does not rotate."*<br>*"…Many apps are not optimized for the iPad, so the font is too large…"*<br>*"…but its software compatibility is lacking."* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339911

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With watching videos | "…Ripples appear when watching Baidu Cloud videos…"<br>"…when watching videos, the screen will suddenly go black and the loading wheel appears."<br>"It lags when I play 4k videos."<br>"The education videos I bought on Taobao are too fuzzy to watch."<br>"The product gets extremely hot and videos lag."<br>"It flash quits when I watch videos and the program does not respond."<br>"Videos often flash quit and the price dropped quickly after it was released"<br>"Videos often flash quit (no matter what video player app I use). " |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL]
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Top reasons for not being satisfied
(Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With other apps | "When sending WeChat voice messages, they do not send when I release my finger…"<br><br>"There are a lot of problems, such as app bugs…"<br><br>"The screen always goes black when Game issues and apps flash quit…"<br><br>"When the network connection is poor, apps often flash quit…"<br><br>"Apps always quit for no reason…"<br><br>"I cannot use the Taobao HD version in landscape mode."<br><br>"The apps do not work well and I cannot edit audio files.…"<br><br>"Apps often flash quit." |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With games | *"…However, it is inconvenient to view documents and play games"*<br><br>*"The screen always goes black when Game issues and apps flash quit…"*<br><br>*"…I cannot play games with other people…."*<br><br>*"When Game issues without headphones, my friends cannot hear what I say…"*<br><br>*"…Popups appear during games."*<br><br>*"…It restarts when I am Game issues…"*<br><br>*"When playing a game, it will suddenly flash quit and go to the desktop as if I just turned it on…."*<br><br>*"It gets very hot and crashes when I play games."* |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# China: Top reasons for not being satisfied
## (Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With customer service, including carrier/reseller complaints | "…the aftersales service did not handle the issue satisfactorily."<br><br>"Apple customer service insults people…"<br><br>"The aftersales staff has a terrible attitude…"<br><br>"…but the customer service staff from both Suning and Taobao were very unprofessional and the aftersales<br><br>service was a mess."<br><br>"…the aftersales service is useless, and the three warranties are not honored."<br><br>"The aftersales service is poor…"<br><br>"…The customer service attitude is very cold." |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL   X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339915

# China: Top reasons for not being satisfied
(Comments were coded into categories)

Example comments for top categories (5% or higher)

| Category | Example comments |
|---|---|
| With pricing | "…and the price is expensive."<br>"A 3000+ RMB device should not have such poor sound quality"<br>"I bought the 128 GB silver version for around 3000 RMB…."<br>"The price fell by 400 RMB in less than a month. You should at least refund the difference."<br>"…and the price dropped quickly after it was released."<br>"…The price is too expensive."<br>"The 4G version is too expensive!"<br>"I bought this iPad for over 3000 RMB, but cannot use it for anything." |

Base: iPad owners in China who are somewhat or very dissatisfied with their iPad
Q13: Tell us why you're not satisfied with your [MODEL].
Note: Respondents' comments to open ended questions were manually coded into categories. Some of these categories are predetermined, others are added as new themes receive a sufficient number of mentions. The percentages reported are calculated based on the number of mentions provided (a respondent may not provide a comment or may have provided more than one comment) divided by the number of respondents who were shown the question.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339916



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339917

# Personal vs. work or school use

## All models



Legend:
- Only for work or school
- Mostly for work or school
- Mostly for personal use
- Only for personal use

Base: iPad Pro, iPad, and iPad mini owners
Q57: How do you use your [MODEL]?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    56

# Personal vs. work or school use



Base: 12.9-inch iPad Pro owners
Q57: How do you use your [MODEL]?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

APL-APPSTORE_10339919

# Personal vs. work or school use



10.5-inch iPad Pro

Legend:
- Only for work or school (yellow)
- Mostly for work or school (green)
- Mostly for personal use (light blue)
- Only for personal use (blue)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Only for work or school | 4% | | 3% | 4% | 3% | 3% |
| Mostly for work or school | 19% | 16% | 23% | 29% | 46% | 21% |
| Mostly for personal use | 38%↑ | 34% | 35% | 41%↑ | 28% | 32% |
| Only for personal use | 40%↓ | 48% | 38% | 26% | 24% | 44% |
| n= | 679 | 630 | 464 | 750 | 594 | 855 |

Base: 10.5-inch iPad Pro owners
Q57: How do you use your [MODEL]?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Personal vs. work or school use

Only or mostly for personal use

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q57: How do you use your [MODEL]?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Personal vs. work or school use

Only or mostly for work or school use

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q57: How do you use your [MODEL]?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE
CONFIDENTIAL     57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339922

# Accessories

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any case (net) | 73% | 71% ↓ | 76% ↓ | 77% ↓ | 82% ↓ | 63% ↓ |
| Any stylus (net) | 25% ↑ | 24% ↑ | 21% ↑ | 38% ↑ | 24% ↑ | 24% ↑ |
| Any keyboard (net) | 21% | 15% | 12% ↓ | 18% ↓ | 17% ↑ | 13% |
| Any keyboard case (net) | 15% | 10% ↓ | 7% ↓ | 12% ↓ | 11% ↑ | 10% |
| Other third-party case | 36% | 37% | 30% | 34% | 37% | 38% ↓ |
| Apple Smart Keyboard* | 26% | 22% | 18% ↓ | 25% | 13% | 21% |
| Apple Pencil* | 25% ↓ | 24% ↓ | 23% ↓ | 39% ↓ | 25% ↓ | 32% ↓ |
| Headphones or earphones | 24% ↓ | 27% ↓ | 23% | 26% | 20% ↓ | 17% |
| Screen protector | 19% | 18% | 15% ↓ | 15% | 35% | 11% |
| Apple Smart Cover | 19% | 18% | 19% | 18% | 29% | 18% |
| Third-party keyboard case | 10% | 6% | 5% | 7% | 10% ↑ | 7% |
| Car accessories | 7% ↓ | 4% | 4% ↓ | 3% | 1% ↓ | 4% |
| Wireless keyboard | 7% | 5% | 6% | 7% | 9% ↑ | 3% |
| Sleeve or clutch | 7% | 9% | 23% | 19% | 22% | 1% |
| Apple Leather Smart Cover (a leather cover that protects the front of your iPad)* | 6% | 6% | 7% | 7% | 11% | 7% |
| Stand | 6% | 6% | 2% | 7% ↓ | 11% | 7% |
| Additional power adapter | 5% | 3% | 3% | 4% | 3% | 6% |
| Third-party stylus | 5% ↓ | 5% ↓ | 3% | 3% ↓ | 6% | 2% |
| Apple Silicone Case* | 5% | 5% | 7% | 5% | 20% | 6% |
| External speakers or clock radio | 5% | 4% | 6% | 8% | 3% | 3% |
| Apple Leather Sleeve (a leather sleeve that protects the front and back of your iPad and stores the Apple | 4% | 5% | 8% | 7% | 9% | 5% |
| Apple Pencil Case (a leather case that stores and protects the Apple Pencil)* | 3% | 2% ↓ | 2% | 4% | 6% | 5% |
| Charging dock | 3% | 3% | 1% | 5% ↓ | 7% | 2% |
| Lightning to SD Card Camera Reader | 2% | 3% | 2% | 3% ↓ | 1% | 1% |
| Lightning to USB Camera Adapter | 1% | 1% | 1% | 2% | 1% | 1% |
| Other | 2% | 1% | 2% | 2% | 0% | 1% |
| None of the above | 13% | 14% | 11% | 9% | 6% | 20% |
| n= | 3643 | 4872 | 4631 | 5648 | 6779 | 5302 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2. *Sample size varies.

APPLE CONFIDENTIAL

58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339923

# Accessories

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any case (net) | 86% | 82% | 81% | 83% | 77% | 79% |
| Any stylus (net) | 49% | 44% ↓ | 52% | 63% | 61% | 57% |
| Any keyboard (net) | 48% | 36% | 39% | 40% ↓ | 33% | 31% |
| Any keyboard case (net) | 41% | 32% ↓ | 33% | 36% | 26% | 28% |
| Other third-party case | 31% | 30% | 22% | 27% ↑ | 24% | 33% |
| Apple Smart Keyboard | 28% | 21% ↓ | 23% | 28% | 22% | 23% |
| Apple Pencil | 44% | 41% ↓ | 50% | 60% | 61% | 55% |
| Headphones or earphones | 20% | 28% ↑ | 17% ↓ | 20% | 16% | 14% |
| Screen protector | 20% | 14% | 11% | 14% | 18% | 10% |
| Apple Smart Cover | 12% | 13% | 13% | 11% | 15% | 16% |
| Third-party keyboard case | 13% | 11% | 11% | 8% ↓ | 5% | 5% |
| Car accessories | 6% | 2% | 1% ↓ | 4% ↑ | 1% | 4% |
| Wireless keyboard | 8% | 5% | 7% | 6% | 9% | 4% |
| Sleeve or clutch | 4% | 5% | 6% | 10% | 9% | 2% |
| Apple Leather Smart Cover (a leather cover that protects the front of your iPad) | 6% | 8% | 5% | 4% | 18% | 9% |
| Stand | 8% ↑ | 6% | 2% | 6% | 8% | 9% |
| Additional power adapter | 5% | 3% | 2% | 6% | 5% | 3% |
| Third-party stylus | 4% | 3% | 2% | 3% | 0% | 2% |
| Apple Silicone Case | 4% | 3% | 4% | 3% | 3% | 1% ↓ |
| External speakers or clock radio | 4% | 6% | 6% | 5% | 1% | 2% |
| Apple Leather Sleeve (a leather sleeve that protects the front and back of your iPad and stores the Apple | 3% | 5% | 10% ↑ | 9% | 6% | 5% |
| Apple Pencil Case (a leather case that stores and protects the Apple Pencil) | 4% | 2% | 3% | 4% | 6% | 3% ↓ |
| Charging dock | 1% | 1% | 0% ↓ | 4% | 1% | 0% |
| Lightning to SD Card Camera Reader | 2% | 3% | 5% | 4% | 0% | 1% |
| Lightning to USB Camera Adapter | 1% | 2% | 1% | 4% | 2% | 1% |
| Other | 4% | 1% | 2% | 3% | 0% | 3% |
| None of the above | 5% ↓ | 10% | 5% | 4% | 6% | 7% |
| n= | 355 | 421 | 355 | 519 | 71 | 252 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339924

# Accessories

**10.5-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any case (net) | 81% | 79% ↓ | 81% | 82% | 77% ↓ | 76% |
| Any stylus (net) | 45% | 42% | 44% | 56% | 54% | 47% |
| Any keyboard (net) | 39% | 37% | 24% ↓ | 37% | 27% | 31% |
| Any keyboard case (net) | 34% | 31% | 19% ↓ | 31% | 20% | 29% |
| Other third-party case | 34% | 34% ↓ | 33% ↑ | 26% | 28% | 34% |
| Apple Smart Keyboard | 24% | 22% | 14% ↓ | 22% | 11% | 20% |
| Apple Pencil | 41% | 39% | 43% | 55% | 49% | 46% |
| Headphones or earphones | 25% | 26% ↓ | 21% | 22% | 17% | 16% ↓ |
| Screen protector | 20% | 16% | 12% | 13% | 27% | 11% |
| Apple Smart Cover | 15% | 13% | 13% | 16% | 19% | 14% |
| Third-party keyboard case | 11% | 9% | 6% | 9% | 9% | 9% |
| Car accessories | 6% | 4% | 3% ↓ | 3% | 0% | 3% |
| Wireless keyboard | 7% | 7% | 5% ↓ | 8% | 9% | 2% ↓ |
| Sleeve or clutch | 2% ↓ | 5% | 10% | 13% | 10% ↓ | 2% |
| Apple Leather Smart Cover (a leather cover that protects the front of your iPad) | 7% | 5% | 7% ↑ | 9% ↑ | 9% | 7% |
| Stand | 5% | 7% ↑ | 1% ↓ | 5% | 7% | 5% |
| Additional power adapter | 6% | 5% | 3% | 3% ↓ | 3% | 6% |
| Third-party stylus | 4% | 3% | 1% | 2% | 5% | 2% |
| Apple Silicone Case | | | | | | |
| External speakers or clock radio | 4% | 4% | 5% | 6% | 2% | 2% |
| Apple Leather Sleeve (a leather sleeve that protects the front and back of your iPad and stores the Apple | 4% | 4% | 6% | 6% | 10% | 5% |
| Apple Pencil Case (a leather case that stores and protects the Apple Pencil) | 4% | 3% | 2% | 4% | 8% | 4% ↓ |
| Charging dock | 3% | 3% | 2% | 4% | 5% | 1% |
| Lightning to SD Card Camera Reader | 2% | 3% | 6% ↑ | 4% ↓ | 1% | 2% |
| Lightning to USB Camera Adapter | 1% | 2% | 2% | 3% | 1% | 2% |
| Other | 2% | 2% | 3% | 2% | 0% | 2% |
| None of the above | 8% | 8% | 8% | 5% | 6% | 9% |
| n= | 679 | 630 | 464 | 750 | 594 | 855 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 10.5-inch iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Accessories

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any case (net) | 69% | 69% | 77% | 76% | 82% | 62% |
| Any stylus (net) | 24% | 24% | 21% | 38% | 28% | 29% |
| Any keyboard (net) | 16% | 11% | 10% | 14% | 17% | 11% |
| Any keyboard case (net) | 11% | 6% | 4% | 7% | 10% | 7% |
| Other third-party case | 35% | 38% | 32% | 36% | 39% | 41% |
| Apple Smart Keyboard | | | | | | |
| Apple Pencil | 19% | 20% | 18% | 35% | 23% | 27% |
| Headphones or earphones | 24% | 28% | 23% | 27% | 20% | 18% |
| Screen protector | 19% | 17% | 15% | 15% | 34% | 11% |
| Apple Smart Cover | 21% | 19% | 22% | 19% | 29% | 18% |
| Third-party keyboard case | 11% | 6% | 4% | 7% | 10% | 7% |
| Car accessories | 7% | 4% | 4% | 3% | 1% | 3% |
| Wireless keyboard | 7% | 6% | 6% | 7% | 9% | 4% |
| Sleeve or clutch | 7% | 10% | 24% | 20% | 22% | 1% |
| Apple Leather Smart Cover (a leather cover that protects the front of your iPad) | | | | | | |
| Stand | 5% | 7% | 3% | 7% | 10% | 7% |
| Additional power adapter | 5% | 3% | 3% | 4% | 2% | 6% |
| Third-party stylus | 5% | 5% | 3% | 3% | 6% | 2% |
| Apple Silicone Case | | | | | | |
| External speakers or clock radio | 5% | 4% | 7% | 9% | 3% | 3% |
| Apple Leather Sleeve (a leather sleeve that protects the front and back of your iPad and stores the Apple | | | | | | |
| Apple Pencil Case (a leather case that stores and protects the Apple Pencil) | 3% | 2% | 2% | 4% | 6% | 6% |
| Charging dock | 2% | 3% | 1% | 5% | 6% | 2% |
| Lightning to SD Card Camera Reader | 1% | 3% | 2% | 3% | 1% | 1% |
| Lightning to USB Camera Adapter | 1% | 1% | 1% | 2% | 1% | 1% |
| Other | 2% | 1% | 2% | 2% | 1% | 1% |
| None of the above | 15% | 15% | 10% | 9% | 6% | 19% |
| n= | 1978 | 3107 | 2985 | 3824 | 5045 | 3163 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339926

# Accessories

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any case (net) | 68% | 65% ↓ | 71% ↓ | 76% | 85% | 52% ↓ |
| Any stylus (net) | 7% | 3% ↓ | 6% ↑ | 6% | 9% ↑ | 0% ↓ |
| Any keyboard (net) | 15% | 8% | 10% | 11% | 16% | 9% |
| Any keyboard case (net) | 9% | 5% | 4% | 6% | 11% | 8% |
| Other third-party case | 35% | 33% ↓ | 25% | 34% | 35% ↓ | 29% ↓ |
| Apple Smart Keyboard | | | | | | |
| Apple Pencil | | | | | | |
| Headphones or earphones | 20% ↓ | 23% ↓ | 24% | 25% | 22% | 18% |
| Screen protector | 22% | 23% | 16% | 20% ↑ | 41% | 8% |
| Apple Smart Cover | 21% | 19% | 13% ↓ | 13% ↓ | 31% | 22% |
| Third-party keyboard case | 9% | 5% | 4% | 6% | 11% | 8% |
| Car accessories | 7% | 4% | 3% ↓ | 4% | 1% | 5% |
| Wireless keyboard | 8% | 4% | 6% ↑ | 6% | 8% | 2% |
| Sleeve or clutch | 10% | 13% | 32% | 29% ↑ | 26% | 0% |
| Apple Leather Smart Cover (a leather cover that protects the front of your iPad) | | | | | | |
| Stand | 7% | 6% | 2% | 7% ↓ | 14% ↑ | 7% |
| Additional power adapter | 6% | 3% | 3% | 4% | 3% | 6% |
| Third-party stylus | 7% | 3% ↓ | 6% ↑ | 6% | 9% ↑ | 0% ↓ |
| Apple Silicone Case | | | | | | |
| External speakers or clock radio | 2% | 4% | 6% | 7% | 3% ↑ | 2% |
| Apple Leather Sleeve (a leather sleeve that protects the front and back of your iPad and stores the Apple | | | | | | |
| Apple Pencil Case (a leather case that stores and protects the Apple Pencil) | | | | | | |
| Charging dock | 3% | 3% | 1% | 7% | 10% ↑ | 2% |
| Lightning to SD Card Camera Reader | 1% | 2% | 1% | 1% ↓ | 1% | 0% ↓ |
| Lightning to USB Camera Adapter | 1% | 2% | 1% | 1% | 1% | 1% |
| Other | 2% | 1% | 2% | 2% | 0% | 1% |
| None of the above | 16% | 17% | 17% ↑ | 14% | 5% | 30% ↑ |
| n= | 368 | 458 | 656 | 465 | 556 | 506 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Accessories



iPad mini 4

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any case (net) | 81% | 81% | 82% | 76% | 83% | 68% ↓ |
| Any stylus (net) | 6% | 6% | 4% | 7% | 5% | 1% |
| Any keyboard (net) | 10% | 7% | 4% | 8% | 12% | 3% ↓ |
| Any keyboard case (net) | 6% | 4% | 3% | 5% | 6% | 2% ↓ |
| Other third-party case | 53% | 48% | 29% | 32% | 32% | 45% ↓ |
| Apple Smart Keyboard | | | | | | |
| Apple Pencil | | | | | | |
| Headphones or earphones | 28% | 31% | 23% | 24% | 22% | 16% ↓ |
| Screen protector | 21% | 16% ↓ | 18% | 6% ↓ | 35% | 12% |
| Apple Smart Cover | 18% | 20% | 27% | 25% | 27% | 20% |
| Third-party keyboard case | 6% | 4% | 3% | 5% | 6% | 2% ↓ |
| Car accessories | 9% ↓ | 5% | 4% | 5% | 1% | 7% |
| Wireless keyboard | 4% ↓ | 3% | 3% | 3% | 7% | 1% ↓ |
| Sleeve or clutch | 7% | 11% | 23% | 11% | 21% | 3% |
| Apple Leather Smart Cover (a leather cover that protects the front of your iPad) | | | | | | |
| Stand | 10% ↑ | 3% | 2% | 4% | 12% | 6% |
| Additional power adapter | 6% | 2% | 2% | 3% | 3% | 7% |
| Third-party stylus | 6% | 6% | 4% | 7% | 5% | 1% |
| Apple Silicone Case | 5% | 7% | 10% | 10% | 23% | 9% |
| External speakers or clock radio | 6% | 5% | 8% | 8% | 2% | 2% |
| Apple Leather Sleeve (a leather sleeve that protects the front and back of your iPad and stores the Apple | | | | | | |
| Apple Pencil Case (a leather case that stores and protects the Apple Pencil) | | | | | | |
| Charging dock | 4% | 6% | 2% | 4% | 9% | 2% |
| Lightning to SD Card Camera Reader | 2% | 4% | 1% | 2% | 1% | 1% |
| Lightning to USB Camera Adapter | 1% | 2% | 2% | 4% | 1% | 1% |
| Other | 2% | 1% | 2% | 4% | 0% | 1% |
| None of the above | 10% | 11% | 11% | 12% | 8% | 20% ↑ |
| n= | 263 | 256 | 171 | 90 | 513 | 526 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad mini 4 owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

# Accessories trends

Any keyboard

All models



Base: iPad Pro, iPad, and iPad mini owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339929

# Accessories trends

Any keyboard

## iPad Pro models



Base: iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL    59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339930

# Accessories trends

## Any stylus

### All models



Base: iPad Pro, iPad, and iPad mini owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL     X

# Accessories trends

## Any stylus

### iPad Pro models



Base: iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339932

# Accessories trends

## Any keyboard case

### All models



Base: iPad Pro, iPad, and iPad mini owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339933

# Accessories trends

Any keyboard case

iPad Pro models



Base: iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339934

# Accessories trends

## Apple Pencil

### iPad Pro models



Base: iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL     60



# Accessories trends

## Apple Pencil

**12.9-inch iPad Pro**

[Line chart showing Apple Pencil accessory usage trends for 12.9-inch iPad Pro owners across quarters FY16-Q2 through FY18-Q3, by country]

Countries legend (right side): FY18-Q3 vs. prior year (↑↓)
- China (orange)
- Germany (yellow)
- Japan (red)
- France (↑) (green)
- US (dark blue)
- ↓ UK (cyan)

X-axis: FY16-Q2, FY16-Q3, FY16-Q4 (Not fielded), FY17-Q1, FY17-Q2 (Not fielded), FY17-Q3, FY17-Q4, FY18-Q1, FY18-Q2, FY18-Q3

Y-axis: 0% to 100%

Base: 12.9-inch iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339936

# Accessories trends

## Apple Pencil

 10.5-inch and 9.7-inch iPad Pro ~~ro~~



FY18-Q3
vs. prior
year
(↑ ↓)

Germany
China (↑)
Japan
France (↓)
US (↓)
UK

Base: 10.5-inch iPad Pro and 9.7-inch iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to
FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Accessories trends

## Apple Smart Keyboard

### iPad Pro models



Base: iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL       X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Accessories trends

## Apple Smart Keyboard

12.9-inch iPad Pro



Base: 12.9-inch iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Accessories trends

## Apple Smart Keyboard


10.5-inch and 9.7-inch iPad Pro ro

FY18-Q3
vs. prior
year
(↑ ↓)

US
Germany
UK
Japan
↓ France (↓)
China

FY16-Q2  FY16-Q3  FY16-Q4 (Not fielded)  FY17-Q1  FY17-Q2 (Not fielded)  FY17-Q3  FY17-Q4  FY18-Q1  FY18-Q2  FY18-Q3

Base: 10.5-inch iPad Pro and 9.7-inch iPad Pro owners
Q68: Which accessories do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. There are differences in how this question was asked prior to FY15-Q1. Data not shown if n<50.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Type of headphones or earphones used
(among those who use headphones or earphones)

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Apple (net) | 58% ↑ | 46% | 50% ↓ | 59% | 54% | 34% |
| EarPods with 3.5mm Headphone Plug | 19% | 21% | 23% | 24% | 24% ↓ | 4% |
| EarPods with Lightning Connector | 18% ↑ | 12% ↑ | 10% | 15% | 8% | 5% |
| AirPods | 14% | 9% | 13% ↓ | 15% ↓ | 12% | 11% |
| Other Apple headphones | 13% | 10% ↓ | 11% | 10% | 18% | 16% |
| Third-party (net) | 43% | 52% | 51% ↑ | 46% | 53% | 54% |
| Wireless headphones or earphones | 23% | 24% | 27% | 24% | 26% ↑ | 29% ↓ |
| 3.5mm headphone plug connector headphones or earphones | 22% | 32% | 27% | 26% | 36% | 24% |
| Lightning connector headphones or earphones | 3% | 2% | 2% | 1% ↓ | 3% | 6% |
| Beats (net) | 13% | 12% | 15% | 13% | 19% | 11% |
| Wireless headphones or earphones | 10% | 8% | 9% | 8% | 12% | 8% |
| 3.5mm headphone plug connector headphones or earphones | 3% | 4% | 6% | 4% | 7% | 2% |
| Lightning connector headphones or earphones | 1% | 0% ↓ | 1% | 1% | 1% | 2% |
| None of the above | 6% | 4% | 5% | 1% | 3% | 11% |
| n= | 881 | 1325 | 1083 | 1434 | 1339 | 938 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini owners who use headphones or earphones
Q121: What type(s) of headphones or earphones do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339941

# Type of headphones or earphones used
(among those who use headphones or earphones)

12.9-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Apple (net) | 63% ↑ | 52% | 52% | 60% | | |
| EarPods with 3.5mm Headphone Plug | 20% ↑ | 22% | 12% | 19% | | |
| EarPods with Lightning Connector | 24% | 13% | 9% | 9% | | |
| AirPods | 25% | 15% ↓ | 19% | 28% | | |
| Other Apple headphones | 6% | 7% | 13% | 11% | | |
| Third-party (net) | 51% | 49% | 57% | 43% | | |
| Wireless headphones or earphones | 35% | 23% | 38% | 21% | | |
| 3.5mm headphone plug connector headphones or earphones | 19% | 29% | 22% | 25% | | |
| Lightning connector headphones or earphones | 1% | 6% | 0% | 0% ↓ | | |
| Beats (net) | 19% | 15% | 20% | 13% | | |
| Wireless headphones or earphones | 16% | 12% | 17% | 13% | | |
| 3.5mm headphone plug connector headphones or earphones | 3% | 3% | 4% | 1% | | |
| Lightning connector headphones or earphones | 1% | 0% | 2% | 1% | | |
| None of the above | 1% | 1% | 0% | 2% | | |
| n= | 75 | 120 | 62 | 101 | small base | small base |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro owners who use headphones or earphones
Q121: What type(s) of headphones or earphones do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339942

# Type of headphones or earphones used
(among those who use headphones or earphones)

**10.5-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Apple (net) | 56% | 48% | 42% ↓ | 62% | 54% | 34% |
| EarPods with 3.5mm Headphone Plug | 18% | 17% | 21% | 19% | 20% | 4% |
| EarPods with Lightning Connector | 14% | 17% | 7% | 14% | 13% | 5% |
| AirPods | 18% | 15% | 16% ↓ | 26% | 18% | 15% |
| Other Apple headphones | 12% ↑ | 7% | 4% | 7% | 16% | 12% |
| Third-party (net) | 45% | 56% | 64% ↑ | 43% | 50% | 54% |
| Wireless headphones or earphones | 28% | 28% | 38% | 25% | 16% ↓ | 31% |
| 3.5mm headphone plug connector headphones or earphones | 19% | 32% | 27% | 21% | 43% | 21% |
| Lightning connector headphones or earphones | 1% | 3% | 4% | 3% | 4% | 6% |
| Beats (net) | 19% | 16% ↑ | 11% | 14% | 25% | 13% |
| Wireless headphones or earphones | 14% | 11% ↑ | 7% | 11% | 23% | 10% |
| 3.5mm headphone plug connector headphones or earphones | 4% | 5% | 3% | 5% | 5% | 1% |
| Lightning connector headphones or earphones | 1% | 0% | 0% | 2% | 2% | 2% |
| None of the above | 2% | 3% | 3% | 1% | 2% | 8% |
| n= | 165 | 158 | 106 | 170 | 98 | 138 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 10.5-inch iPad Pro owners who use headphones or earphones
Q121: What type(s) of headphones or earphones do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Type of headphones or earphones used
(among those who use headphones or earphones)

**iPad (6th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Apple (net) | 61% | 46% | 52% | 59% | 51% | 32% |
| EarPods with 3.5mm Headphone Plug | 20% | 22% | 24% | 25% | 24% | 6% |
| EarPods with Lightning Connector | 18% | 11% | 12% | 15% | 9% | 5% |
| AirPods | 14% | 8% | 11% | 14% | 11% | 10% |
| Other Apple headphones | 13% | 10% | 10% | 10% | 15% | 14% |
| Third-party (net) | 42% | 52% | 50% | 46% | 56% | 58% |
| Wireless headphones or earphones | 23% | 24% | 26% | 25% | 27% | 30% |
| 3.5mm headphone plug connector headphones or earphones | 21% | 32% | 29% | 27% | 38% | 29% |
| Lightning connector headphones or earphones | 4% | 2% | 1% | 1% | 2% | 5% |
| Beats (net) | 11% | 12% | 15% | 12% | 16% | 12% |
| Wireless headphones or earphones | 8% | 8% | 9% | 7% | 9% | 8% |
| 3.5mm headphone plug connector headphones or earphones | 3% | 5% | 6% | 5% | 7% | 2% |
| Lightning connector headphones or earphones | 1% | 1% | 1% | 1% | 1% | 3% |
| None of the above | 6% | 5% | 5% | 1% | 3% | 10% |
| n= | 489 | 858 | 715 | 1033 | 993 | 585 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) owners who use headphones or earphones
Q121: What type(s) of headphones or earphones do you use with your [MODEL]? (select all that apply)

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339944

# Type of headphones or earphones used
(among those who use headphones or earphones)

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Apple (net) | 53% | 46% | 48% | 58% | 56% | 41% |
| EarPods with 3.5mm Headphone Plug | 19% | 21% | 25% | 21% | 20% | 0% |
| EarPods with Lightning Connector | 22% | 9% | 6% | 14% | 6% | 5% |
| AirPods | 6% | 4% | 11% | 10% ↓ | 13% | 12% |
| Other Apple headphones | 16% | 15% | 13% | 15% | 26% | 25% |
| Third-party (net) | 32% | 51% | 51% ↑ | 41% | 50% | 40% ↓ |
| Wireless headphones or earphones | 11% ↓ | 20% | 24% | 18% | 26% ↑ | 26% |
| 3.5mm headphone plug connector headphones or earphones | 22% | 33% | 29% | 23% | 33% | 11% ↓ |
| Lightning connector headphones or earphones | 2% | 3% | 4% ↑ | 3% | 6% | 6% |
| Beats (net) | 17% | 12% | 13% | 17% | 25% ↑ | 10% |
| Wireless headphones or earphones | 13% | 7% | 5% | 11% | 16% | 7% |
| 3.5mm headphone plug connector headphones or earphones | 4% | 5% | 7% | 5% | 9% | 1% |
| Lightning connector headphones or earphones | 0% | 0% | 1% | 1% | 1% | 1% |
| None of the above | 12% | 4% | 6% | 2% | 1% | 16% |
| n= | 79 | 111 | 157 | 109 | 121 | 90 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) owners who use headphones or earphones
Q121: What type(s) of headphones or earphones do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339945

# Type of headphones or earphones used
(among those who use headphones or earphones)

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Apple (net) | 51% | 41% | | | 63% | 20% |
| EarPods with 3.5mm Headphone Plug | 17% | 17% | | | 35% | 4% |
| EarPods with Lightning Connector | 16% ↑ | 14% | | | 5% | 3% |
| AirPods | 10% | 5% | | | 16% | 8% |
| Other Apple headphones | 14% | 8% | | | 18% | 8% |
| Third-party (net) | 49% | 55% | | | 46% | 68% |
| Wireless headphones or earphones | 23% | 22% | | | 22% | 33% |
| 3.5mm headphone plug connector headphones or earphones | 28% | 36% | | | 26% | 34% |
| Lightning connector headphones or earphones | 3% | 2% | | | 2% | 8% |
| Beats (net) | 15% | 3% ↓ | | | 23% | 7% |
| Wireless headphones or earphones | 13% | 1% | | | 18% | 2% |
| 3.5mm headphone plug connector headphones or earphones | 2% | 2% | | | 6% ↓ | 2% |
| Lightning connector headphones or earphones | 0% | 0% | | | 1% | 2% |
| None of the above | 4% | 8% | | | 5% | 13% |
| n= | 73 | 78 | small base | small base | 114 | 87 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 owners who use headphones or earphones
Q121: What type(s) of headphones or earphones do you use with your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Number of iPads in household

(includes new iPad)

## All models



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Number of iPads in household

2 or more

iPad models



Base: iPad Pro, iPad, and iPad mini owners
Excluding the [PRODUCT] you just got, how many other iPads (i.e., iPad Air, iPad mini or iPad Pro) are in your household?
Note: Arrows denote significant difference from 12.9-inch iPad Pro. [Data above includes iPad they just got].

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Number of iPads in household trends

2 or more

All models



Base: iPad Pro, iPad, and iPad mini owners
Excluding the [PRODUCT] you just got, how many other iPads (i.e., iPad Air, iPad mini or iPad Pro) are in your household?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. [Data above includes iPad they just got]. There are differences in how this question was asked prior to FY15-Q1 and beginning in FY15-Q4. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339949

# Who else uses iPad

## All models



| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| I am the only user | 71% | 64% | 57% | 56% | 39% | 56% |
| Spouse/partner/significant other | 20% | 27% | 32% ↓ | 36% | 39% | 21% |
| Children | 9% | 10% | 16% | 14% | 13% ↓ | 19% |
| Other family members | 6% ↓ | 8% | 7% | 5% | 24% | 6% |
| Friends | 1% | 1% | 2% | 4% | 15% | 7% |
| Co-workers | 1% | 1% | 1% | 3% | 5% | 7% |
| Other | 1% | 0% | 0% | 0% | 1% | 1% |
| n= | 3643 | 4872 | 4631 | 5648 | 6779 | 5302 |

% 10 20 30 40 50 60 70 80 90 100

Base: iPad Pro, iPad, and iPad mini owners
Q59: Who else uses your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339950

# Who else uses iPad

12.9-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| I am the only user | 71% | 65% | 64% | 62% | 41% | 59% |
| Spouse/partner/significant other | 23% | 29% | 28% | 32% | 47% | 19% |
| Children | 8% | 12% | 10% | 11% | 18% | 13% |
| Other family members | 4% | 7% | 4% | 3% | 18% | 6% |
| Friends | 1% | 2% | 1% | 2% | 8% | 7% |
| Co-workers | 2% | 0% ↓ | 2% | 3% | 2% | 10% |
| Other | 1% | 0% | 1% | 1% | 0% | 0% |
| n= | 355 | 421 | 355 | 519 | 71 | 252 |



| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 12.9-inch iPad Pro owners
Q59: Who else uses your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339951

# Who else uses iPad

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| I am the only user | 77% | 72% | 67% | 61% | 44% | 64% |
| Spouse/partner/significant other | 17% | 21% | 28% | 33% | 37% | 15% |
| Children | 5% | 7% | 10% | 11% | 10% | 11% |
| Other family members | 5% | 5% | 3% | 4% | 19% | 4% |
| Friends | 1% | 0% ↓ | 2% | 3% | 14% | 8% |
| Co-workers | 0% ↓ | 1% | 0% | 3% | 5% | 8% |
| Other | 0% | 0% | 0% | 0% | 0% | 1% |
| n= | 679 | 630 | 464 | 750 | 594 | 855 |



% 10 20 30 40 50 60 70 80 90 100

Base: 10.5-inch iPad Pro owners
Q59: Who else uses your [MODEL]? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL     X

# Other Apple products owned

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone | 79% | 69% | 72% | 81% | 70% | 64% ↓ |
| iPad | 44% ↑ | 34% ↓ | 29% | 34% ↓ | 14% ↓ | 18% ↓ |
| Any Mac (net) | 36% | 28% | 40% | 41% | 12% | 19% |
|   MacBook Pro | 17% | 11% | 17% ↑ | 20% | 5% | 8% |
|   iMac | 12% | 11% | 14% | 13% | 1% | 6% |
|   MacBook Air | 9% | 6% | 11% | 9% | 5% | 6% ↓ |
|   MacBook | 7% | 5% | 6% | 7% | 2% | 3% |
|   Mac mini | 3% | 2% | 3% | 4% | 0% | 2% |
|   iMac Pro | 1% | 1% | 1% | 1% | 0% | 0% |
|   Mac Pro | 1% | 0% ↓ | 1% | 1% | 0% | 0% |
| iPad mini | 18% | 17% | 13% | 13% | 12% ↑ | 14% |
| iPod nano, shuffle or classic | 18% | 18% | 13% | 18% ↑ | 7% | 15% |
| Apple TV | 18% | 12% | 14% | 22% | 1% | 5% |
| Apple Watch | 17% | 10% | 12% ↑ | 19% ↑ | 5% | 5% |
| iPod touch | 13% ↓ | 13% | 9% | 12% ↑ | 7% | 12% |
| First Apple product | 9% | 12% | 14% | 10% | 25% | 21% ↑ |
| iPad Pro | 6% | 5% | 4% | 4% ↓ | 3% | 3% ↑ |
| AirPods* | 6% | 3% | 6% | 8% | 6% | 3% |
| HomePod | 1% | 1% | 0% | 1% ↑ | 0% | 0% |
| Other | 5% | 5% | 5% | 6% ↑ | 2% | 3% |
| None of the above | 3% | 6% | 4% | 2% | 1% | 4% ↑ |
| n= | 3643 | 4872 | 4631 | 5648 | 6779 | 5302 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini owners
Q20: What other Apple products do you own? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2. *AirPods added in FY18-Q3.

APPLE CONFIDENTIAL    X

    APL-APPSTORE_10339953

# Other Apple products owned

**12.9-inch iPad Pro**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone | 87% | 79% | 77% | 87% | 67% | 71% ↓ |
| iPad | 63% ↑ | 57% | 51% | 51% | 45% | 37% ↓ |
| Any Mac (net) | 52% | 40% | 51% | 47% | 32% | 28% ↓ |
| MacBook Pro | 28% | 19% | 25% | 23% | 16% | 14% |
| iMac | 19% | 16% ↓ | 21% | 18% | 3% | 9% ↓ |
| MacBook Air | 15% | 9% | 12% | 8% | 10% | 9% |
| MacBook | 9% | 7% | 8% | 7% | 5% | 3% |
| Mac mini | 4% | 3% | 3% | 4% | 0% | 3% |
| iMac Pro | 3% | 0% ↓ | 2% | 2% | 0% | 1% |
| Mac Pro | 2% | 1% ↓ | 2% | 2% | 0% | 0% ↓ |
| iPad mini | 24% | 22% | 16% | 16% | 22% | 18% |
| iPod nano, shuffle or classic | 22% | 18% | 14% | 18% | 10% | 14% ↓ |
| Apple TV | 29% | 22% | 22% | 26% ↓ | 0% | 6% ↓ |
| Apple Watch | 25% | 22% | 17% | 22% | 7% | 8% |
| iPod touch | 15% | 16% | 9% | 13% | 11% | 14% |
| First Apple product | 7% | 8% ↑ | 13% | 6% | 21% | 13% ↑ |
| iPad Pro | | | | | | |
| AirPods* | 13% | 7% | 9% | 9% | 9% | 7% |
| HomePod | 2% | 3% | 0% | 1% | 0% | 0% |
| Other | 3% | 3% | 3% | 3% | 2% | 2% |
| None of the above | 1% | 1% | 1% | 1% | 1% | 1% |
| n= | 355 | 421 | 355 | 519 | 71 | 252 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: 12.9-inch iPad Pro owners
Q20: What other Apple products do you own? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2. *AirPods added in FY18-Q3.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339954

# Other Apple products owned

10.5-inch iPad Pro

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone | 84% | 79% | 84% | 88% | 75% | 72% ↓ |
| iPad | 48% | 45% | 46% | 46% | 35% | 28% ↓ |
| Any Mac (net) | 48% | 41% | 53% ↑ | 50% | 24% | 28% ↓ |
| MacBook Pro | 30% | 22% | 31% | 26% | 12% | 14% |
| iMac | 14% | 15% | 19% | 16% | 3% | 8% ↓ |
| MacBook Air | 12% | 8% | 11% | 10% ↓ | 9% | 8% ↓ |
| MacBook | 9% | 6% | 4% | 9% | 4% ↑ | 4% ↓ |
| Mac mini | 5% | 4% | 6% | 5% | 0% | 3% |
| iMac Pro | 3% | 1% | 1% ↓ | 1% | 1% | 0% |
| Mac Pro | 2% | 1% | 1% | 1% | 0% | 1% |
| iPad mini | 19% | 18% | 15% | 15% | 19% | 19% ↓ |
| iPod nano, shuffle or classic | 24% | 19% | 15% | 18% | 13% | 20% |
| Apple TV | 26% | 19% | 21% | 31% | 1% | 6% ↓ |
| Apple Watch | 26% | 19% | 20% ↑ | 26% ↑ | 12% | 8% |
| iPod touch | 16% | 14% | 11% | 12% | 11% | 14% |
| First Apple product | 6% | 9% | 8% | 8% | 18% | 15% ↑ |
| iPad Pro | | | | | | |
| AirPods* | 10% | 8% | 9% | 13% | 12% | 6% |
| HomePod | 3% | 2% | 1% ↑ | 1% ↑ | 0% | 0% |
| Other | 3% | 2% | 3% | 4% | 2% | 2% |
| None of the above | 1% | 1% | 1% | 1% | 1% | 2% |
| n= | 679 | 630 | 464 | 750 | 594 | 855 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro owners
Q20: What other Apple products do you own? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2. *AirPods added in FY18-Q3.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339955

# Other Apple products owned

| iPad (6th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone | 80% | 68% | 72% | 81% | 71% | 66% |
| iPad | | | | | | |
| Any Mac (net) | 34% | 27% | 41% | 41% | 11% | 21% |
| MacBook Pro | 15% | 10% | 17% | 21% | 5% | 9% |
| iMac | 12% | 11% | 14% | 12% | 1% | 7% |
| MacBook Air | 8% | 5% | 11% | 10% | 4% | 7% |
| MacBook | 6% | 5% | 7% | 6% | 2% | 4% |
| Mac mini | 3% | 2% | 3% | 3% | 1% | 3% |
| iMac Pro | 1% | 0% | 1% | 0% | 0% | 0% |
| Mac Pro | 1% | 0% | 1% | 1% | 0% | 1% |
| iPad mini | 18% | 18% | 13% | 12% | 13% | 15% |
| iPod nano, shuffle or classic | 17% | 18% | 14% | 18% | 8% | 17% |
| Apple TV | 16% | 11% | 15% | 22% | 1% | 6% |
| Apple Watch | 16% | 9% | 13% | 19% | 5% | 5% |
| iPod touch | 12% | 13% | 10% | 13% | 7% | 13% |
| First Apple product | 8% | 12% | 13% | 10% | 24% | 19% |
| iPad Pro | 7% | 4% | 3% | 4% | 3% | 3% |
| AirPods* | 6% | 3% | 5% | 7% | 6% | 4% |
| HomePod | 1% | 1% | 0% | 1% | 0% | 0% |
| Other | 6% | 6% | 6% | 6% | 2% | 5% |
| None of the above | 3% | 7% | 4% | 3% | 1% | 4% |
| n= | 1978 | 3107 | 2985 | 3824 | 5045 | 3163 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (6th generation) owners
Q20: What other Apple products do you own? (select all that apply)
Note: *AirPods added in FY18-Q3.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Other Apple products owned

**iPad (5th generation)**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone | 65% ↓ | 58% ↓ | 66% | 74% ↓ | 65% | 58% ↓ |
| iPad | | | | | | |
| Any Mac (net) | 18% ↓ | 17% | 24% ↓ | 30% | 10% | 10% ↓ |
| MacBook Pro | 7% ↓ | 5% | 8% | 10% | 4% | 3% ↓ |
| iMac | 7% ↓ | 6% | 8% ↓ | 9% | 2% | 3% ↓ |
| MacBook Air | 5% ↓ | 3% | 7% | 8% | 5% | 4% |
| MacBook | 5% | 3% | 4% | 5% | 2% | 1% |
| Mac mini | 2% | 1% | 1% | 3% | 0% | 1% |
| iMac Pro | 1% | 1% | 1% | 0% | 0% | 0% |
| Mac Pro | 0% | 0% | 1% | 0% | 0% | 0% |
| iPad mini | 16% | 13% | 9% | 11% | 10% | 8% ↓ |
| iPod nano, shuffle or classic | 12% | 14% | 10% | 13% | 2% ↓ | 8% ↓ |
| Apple TV | 10% | 6% | 6% ↓ | 12% ↓ | 1% | 1% ↓ |
| Apple Watch | 10% | 5% | 7% | 11% | 4% | 2% |
| iPod touch | 8% ↓ | 12% | 8% | 10% | 5% | 5% ↓ |
| First Apple product | 17% ↑ | 20% ↑ | 22% ↑ | 16% | 30% | 29% ↑ |
| iPad Pro | 5% | 5% | 3% | 3% ↓ | 3% | 3% |
| AirPods* | 2% | 1% | 4% | 3% | 4% | 0% |
| HomePod | 0% | 0% | 0% | 0% | 1% | 0% |
| Other | 6% | 4% ↓ | 5% | 3% | 2% | 1% |
| None of the above | 6% ↑ | 8% | 4% | 2% | 2% | 5% ↑ |
| n= | 368 | 458 | 656 | 465 | 556 | 506 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) owners
Q20: What other Apple products do you own? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2. *AirPods added in FY18-Q3.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Other Apple products owned

**iPad mini 4**

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone | 79% | 71% | 71% | 82% | 72% | 52% ↓ |
| iPad | 54% ↑ | 44% | 49% ↑ | 41% | 33% | 32% |
| Any Mac (net) | 37% | 32% | 42% | 48% | 15% | 15% ↓ |
|     MacBook Pro | 17% | 11% | 15% ↓ | 17% | 6% | 6% |
|     iMac | 11% | 12% | 19% | 19% | 2% | 6% |
|     MacBook Air | 11% | 9% | 11% | 12% | 6% | 7% |
|     MacBook | 11% | 8% | 7% | 16% | 4% | 3% ↓ |
|     Mac mini | 2% | 2% | 3% | 7% | 1% | 3% |
|     iMac Pro | 1% | 1% | 0% | 0% | 1% | 1% |
|     Mac Pro | 2% | 0% | 0% | 2% | 0% | 1% |
| iPad mini | | | | | | |
| iPod nano, shuffle or classic | 19% | 17% | 16% | 27% ↑ | 8% | 15% |
| Apple TV | 18% | 9% | 12% | 25% | 1% | 2% |
| Apple Watch | 12% | 6% | 14% | 19% | 7% | 3% |
| iPod touch | 13% | 14% | 6% | 9% | 7% | 13% |
| First Apple product | 6% | 5% ↓ | 10% | 11% | 22% | 22% ↑ |
| iPad Pro | 8% | 7% | 11% | 5% | 5% | 4% |
| AirPods* | 5% | 1% | 9% | 7% | 6% | 3% |
| HomePod | 1% | 0% | 0% | 0% | 0% | 0% |
| Other | 5% | 1% | 2% | 9% ↑ | 1% | 3% |
| None of the above | 3% | 7% | 3% ↑ | 1% | 1% | 6% |
| n= | 263 | 256 | 171 | 90 | 513 | 526 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad mini 4 owners
Q20: What other Apple products do you own? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2. *AirPods added in FY18-Q3.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339958

# iPhone model

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| iPhone X | 15% ↑ | 9% ↑ | 10% | 13% ↑ | 9% | 14% |
| iPhone 8 | 11% | 7% ↑ | 6% | 10% ↑ | 5% ↑ | 21% |
| iPhone 8 Plus | 15% ↑ | 6% ↑ | 4% ↑ | 4% | 6% ↑ | 7% |
| iPhone 7 | 12% | 14% ↓ | 16% | 18% | 13% | 18% |
| iPhone 7 Plus | 11% | 8% | 5% ↓ | 7% ↓ | 11% | 7% |
| iPhone 6s | 11% ↓ | 14% | 14% ↓ | 15% | 15% ↓ | 11% |
| iPhone 6s Plus | 6% ↓ | 6% | 5% | 3% ↓ | 10% | 3% |
| iPhone 6 | 6% | 8% | 12% | 10% | 12% | 5% |
| iPhone 6 Plus | 2% | 1% ↓ | 2% | 1% | 5% | 1% |
| Phone SE | 3% ↓ | 10% | 9% ↓ | 10% ↑ | 4% | 7% ↑ |
| iPhone 5s | 3% | 8% | 8% | 4% | 4% | 2% ↓ |
| iPhone 5c | 1% | 1% | 2% | 0% | 0% | 0% |
| iPhone 5 | 1% | 3% | 2% | 1% | 1% | 1% |
| iPhone 4s | 1% | 1% ↓ | 2% | 1% | 2% | 0% |
| iPhone 4 | 0% | 1% | 1% | 1% | 1% ↓ | 0% |
| iPhone 3GS | 0% | 0% | 0% | 0% | 0% | 0% |
| iPhone 3G | 0% | 0% | 0% | 0% | 0% | 0% |
| iPhone (original) | 0% | 0% | 0% | 0% | 0% | 0% |
| Not sure | 1% | 2% | 1% ↑ | 1% | 3% | 1% ↑ |
| n= | 2900 | 3350 | 3415 | 4618 | 4779 | 3443 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad Pro, iPad, and iPad mini owners who own an iPhone
Q21: Which iPhone model do you own and currently use?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Non-Apple device ownership

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Any Windows PC (net) | 58% | 58% | 61% | 62% | 81% | 60% ↓ |
| Windows laptop | 42% | 44% | 45% | 48% ↑ | 66% | 31% ↓ |
| Windows desktop | 33% | 26% | 29% | 31% | 49% | 38% |
| High Definition TV (HDTV) | 55% | 45% | 49% | 36% ↑ | 26% | 15% |
| Streaming media player | 21% | 17% ↑ | 9% ↑ | 17% | 13% | 4% |
| Fitness tracker | 20% | 18% | 5% ↑ | 11% | 7% ↑ | 2% |
| Voice-activated smart speaker | 16% | 14% ↑ | 6% ↑ | 11% ↑ | 8% ↑ | 3% |
| Smartphone (non-iPhone) | 15% | 19% | 22% | 18% ↑ | 48% ↑ | 24% ↑ |
| Amazon Fire tablet | 13% | 13% ↑ | 1% | 4% | 1% | 4% |
| Samsung tablet | 9% | 8% | 10% | 7% | 3% | 1% ↓ |
| Other tablet | 7% | 7% | 7% | 5% | 8% | 11% |
| Smartwatch | 4% | 4% | 3% | 6% ↑ | 11% | 2% |
| Chromebook | 4% | 2% ↑ | 1% | 0% | 0% | 0% |
| Virtual Reality (VR) headset | 3% | 3% | 3% | 3% | 5% | 2% |
| Sports watch | 3% | 5% | 7% | 7% | 12% | 2% |
| None of the above | 14% | 16% | 16% | 19% | 8% | 25% |
| n= | 3643 | 4872 | 4631 | 5648 | 6779 | 5302 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad Pro, iPad, and iPad mini owners
Q71: Which of these other types of devices do you own and use? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339960

# Computer ownership
## (includes Mac, Windows PC and Chromebook)

All models



Base: iPad Pro, iPad, and iPad mini owners
Q20: What other Apple products do you own?/Q71: Which of these other types of devices do you own and use? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339961

# Computer ownership
## (includes Mac, Windows PC and Chromebook)

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q20: What other Apple products do you own?/Q71: Which of these other types of devices do you own and use? (select all that apply)
Note: Arrows denote significant difference from 12.9-inch iPad Pro.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339962



# Smartphone ownership
(includes iPhone and non-iPhone smartphone)

All models

Base: iPad Pro, iPad, and iPad mini owners
Q20: What other Apple products do you own?/Q71: Which of these other types of devices do you own and use? (select all that apply)
Note: Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339963

# Smartphone ownership
## (includes iPhone and non-iPhone smartphone)

**First Apple product**



Base: iPad Pro, iPad, and iPad mini owners
Q20: What other Apple products do you own?/Q71: Which of these other types of devices do you own and use? (select all that apply)
Note: Arrows denote significant difference from new Apple customers.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Apple Pencil

APPLE CONFIDENTIAL    63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339965

# Planning to buy Apple Pencil
(among those who don't use Apple Pencil)



12.9-inch iPad Pro/10.5-inch iPad Pro/iPad (6th gen)

Base: iPad Pro or iPad (6th generation) owners who do not use the Apple Pencil
Q133: Are you planning to buy the Apple Pencil in the future?

APPLE
CONFIDENTIAL    64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339966

# Satisfaction with Apple Pencil



### 12.9-inch iPad Pro/10.5-inch iPad Pro/iPad (6th gen)

Base: iPad Pro or iPad (6th generation) owners who use or have an Apple Pencil
Q134: How satisfied are you with the Apple Pencil?

APPLE
CONFIDENTIAL    65

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339967

# Uses for Apple Pencil

## 12.9-inch iPad Pro/10.5-inch iPad Pro/iPad (6th gen)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Take notes | 64% | 58% | 68% | 83% | 50% | 66% |
| Draw, sketch or paint | 53% | 56% | 49% | 63% | 54% | 45% |
| Mark up, edit or annotate documents | 47% | 41% | 56% | 68% | 70% | 44% |
| Coloring | 30% | 30% | 21% | 14% | 19% | 18% |
| Add an electronic signature to a document or form | 27% | 24% | 33% | 34% | 24% | 12% |
| Edit or retouch photos | 18% | 23% | 23% | 22% | 18% | 18% |
| Graphic design, web design, desktop publishing or prepress | 13% | 11% | 15% | 14% | 19% | 9% |
| For my children to use | 4% | 6% | 7% | 5% | 6% | 4% |
| Animation or 3D graphics | 4% | 5% | 5% | 4% | 13% | 3% |
| Other | 5% | 5% | 5% | 3% | 2% | 2% |
| I don't use the Apple Pencil | 6% | 9% | 5% | 2% | 4% | 3% |
| n= | 933 | 1129 | 1086 | 2209 | 1615 | 1529 |

% | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100

Base: iPad Pro or iPad (6th generation) owners who use or have an Apple Pencil
Q136: What have you used the Apple Pencil for? (select all that apply)

APPLE CONFIDENTIAL

66

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Uses for Apple Pencil among children
(among those who selected 'for my children to use')

12.9-inch iPad Pro/10.5-inch iPad Pro/iPad (6th gen)

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Draw, sketch or paint | | 89% | 66% | 92% | 76% | 70% |
| Coloring | | 79% | 74% | 35% | 46% | 52% |
| Mark up, edit or annotate documents | | 6% | 6% | 8% | 18% | 8% |
| Take notes | | 6% | 8% | 8% | 19% | 7% |
| Use education or learning apps | | 1% | 3% | 2% | 6% | 21% |
| Other | | 1% | 5% | 2% | 1% | 0% |
| They don't use the Apple Pencil | | 1% | 4% | 2% | 7% | 0% |
| Not sure | | 3% | 2% | 0% | 10% | 1% |
| n= | small base | 62 | 75 | 106 | 92 | 63 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad Pro or iPad (6th generation) owners who use or have an Apple Pencil for their children to use
Q137: What have your children used the Apple Pencil for? (select all that apply)

APPLE
CONFIDENTIAL    67

# Demographics

APPLE CONFIDENTIAL     68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339970

# Age

## All models



Base: iPad Pro, iPad, and iPad mini owners
Q1: What is your age?
Note: Arrows denote comparisons to FY18-Q2. *Ages 14-15 suppressed beginning FY18-Q3.

APPLE CONFIDENTIAL    69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339971

# Age

45+

## iPad models

**US**
- 81% ↑
- 78%
- 74%
- 71%
- 66% ↓

**UK**
- 79% ↑
- 78% ↑
- 74% ↑
- 66%

**France**
- 67%
- 59%
- 58%
- 57%

**Germany**
- 59%
- 52%
- 48%
- 47%
- 38% ↓

**China**
- 7%
- 4%
- 2% ↓

**Japan**
- 68% ↑
- 66% ↑
- 57%
- 51%
- 48%

Legend:
- 12.9-inch iPad Pro
- 10.5-inch iPad Pro
- iPad (6th generation)
- iPad (5th generation)
- iPad mini 4

Base: iPad Pro, iPad, and iPad mini owners
Q1: What is your age?
Note: Arrows denote significant difference from 12.9-inch iPad Pro. *Ages 14-15 suppressed beginning FY18-Q3.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339972

# Age trends

## 45+

### All models



Base: iPad Pro, iPad, and iPad mini owners
Q1: What is your age?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. [Data above includes iPad they just got]. There are differences in how this question was asked prior to FY15-Q1 and beginning in FY15-Q4. *Ages 14-15 suppressed beginning FY18-Q3. Data not shown if n<50.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339973

# Age trends

## Less than 25*

### All models



Base: iPad Pro, iPad, and iPad mini owners
Q1: What is your age?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. [Data above includes iPad they just got]. There are differences in how this question was asked prior to FY15-Q1 and beginning in FY15-Q4. *Ages 14-15 suppressed beginning FY18-Q3. Data not shown if n<50.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339974

# Age

## Less than 25*

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
Q1: What is your age?
Note: Arrows denote significant difference from 12.9-inch iPad Pro. *Ages 14-15 suppressed beginning FY18-Q3.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Gender

## All models



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339976

# Gender

## Male

### iPad models



Base: iPad Pro, iPad, and iPad mini owners
DEM_GEN: Are you...?
Note: Arrows denote significant difference from 12.9-inch iPad Pro

APPLE CONFIDENTIAL    71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339977

# Gender trends

## Male

### All models



Base: iPad Pro, iPad, and iPad mini owners
DEM_GEN: Are you...?
Note: Arrows denote comparisons to FY17-Q3 and FY18-Q2. Survey not fielded in FY16-Q4 or FY17-Q2. [Data above includes iPad they just got]. There are differences in how this question was asked prior to FY15-Q1 and beginning in FY15-Q4. Data not shown if n<50.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339978

# Student status

## All models



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339979

# Number of children in household

## All models

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| None | 75% | 77% | 69% | 66% | 56% ↑ | 70% ↑ |
| 1+ children in household (net) | 23% | 21% | 29% | 30% | 38% ↓ | 28% ↓ |
| 1 | 10% | 10% | 14% | 16% | 26% | 13% ↓ |
| 2 | 8% | 8% ↑ | 11% | 11% | 7% ↓ | 11% ↓ |
| 3 | 3% | 2% | 3% | 2% | 2% | 3% |
| 4 | 1% | 1% | 1% | 0% | 1% | 1% |
| 5 or more | 1% | 0% | 0% ↓ | 0% | 1% ↓ | 0% |
| Prefer not to say | 2% | 2% | 3% | 3% | 6% | 2% |
| n= | 3643 | 4872 | 4631 | 5648 | 6779 | 5302 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad Pro, iPad, and iPad mini owners
DEM_HH: How many adults and children live in your household? - Number of children
Note: This question changed in FY15-Q4. See appendix for details. Arrows denote comparisons to FY18-Q2.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339980

# Appendix: Purchase experience

APPLE CONFIDENTIAL          x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339981

# Purchase method

## All models



Base: iPad Pro, iPad, and iPad mini buyers
Q9: How did you buy your [MODEL]?
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

# Purchase method

Retail

## First time iPad owners vs. repeat owners



Base: iPad Pro, iPad, and iPad mini buyers (bought for self)
Q9: How did you buy your [MODEL]?
Note: Arrows denote significant difference from repeat owners.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Appendix: iPad Model Mix

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339984

# iPad model

## All models



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339985

# 12.9-inch iPad Pro color



12.9-inch iPad Pro

Legend:
- Rose Gold
- Space Gray
- Silver
- Gold

| | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| Space Gray | 64% | 62% | 62% | 67% | 60%↑ | 51% |
| Silver | 15% | 17% | 20% | 22% | 20%↓ | 19% |
| Gold | 21% | 21% | 18% | 11% | 20% | 30% |
| n= | 356 | 424 | 362 | 521 | 72 | 254 |

Base: 12.9-inch iPad Pro buyers and owners
COLOR
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 10.5-inch iPad Pro color



Base: 10.5-inch iPad Pro buyers and owners
COLOR
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339987

# iPad (6th generation) color



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339988

# iPad (5th generation) color



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339989

# iPad mini 4 color



Base: iPad mini 4 buyers and owners
COLOR
Note: Arrows denote comparisons to FY18-Q2.

APPLE CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339990

# 12.9-inch iPad Pro capacity and color



| 12.9-inch iPad Pro | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 32GB Space Gray | | | | | | |
| 64GB Space Gray | 21% | 28% | 19% | 26% | 17% | 28% |
| 128GB Space Gray | | | | | | |
| 256GB Space Gray | 33% | 26% | 30% | 32% | 36% ↑ | 17% |
| 512GB Space Gray | 11% | 9% | 13% | 9% | 6% | 6% |
| 32GB Silver | | | | | | |
| 64GB Silver | 5% | 9% | 7% | 8% | 10% | 7% |
| 128GB Silver | | | | | | |
| 256GB Silver | 7% | 5% | 10% | 11% | 10% ↓ | 8% |
| 512GB Silver | 2% | 2% | 3% | 3% | 0% | 4% |
| 32GB Gold | | | | | | |
| 64GB Gold | 8% ↑ | 12% | 7% ↑ | 5% | 8% | 14% |
| 128GB Gold | | | | | | |
| 256GB Gold | 9% | 7% | 9% | 4% | 11% | 11% |
| 512GB Gold | 3% ↓ | 2% | 2% | 2% | 1% | 5% |
| 64 GB Rose Gold | | | | | | |
| 256GB Rose Gold | | | | | | |
| 512GB RoseGold | | | | | | |
| n= | 356 | 424 | 362 | 521 | 72 | 254 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 12.9-inch iPad Pro buyers and owners
CAPACITY AND COLOR
Note: Arrows denote comparisons to FY18-Q2. Data weighted to sales data for capacity in FY18-Q3.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 10.5-inch iPad Pro capacity and color



| 10.5-inch iPad Pro | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 32GB Space Gray | | | | | | |
| 64GB Space Gray | 28% | 33% | 27% | 35% | 19% | 16% |
| 128GB Space Gray | | | | | | |
| 256GB Space Gray | 29% | 19% | 34% ↑ | 31% | 21% | 12% |
| 512GB Space Gray | 5% | 2% | 6% | 3% | 1% | 3% |
| 32GB Silver | | | | | | |
| 64GB Silver | 7% | 10% | 8% ↓ | 10% | 9% | 16% |
| 128GB Silver | | | | | | |
| 256GB Silver | 4% | 6% | 8% | 9% | 9% | 9% |
| 512GB Silver | 1% | 2% | 1% | 2% ↑ | 1% ↓ | 1% |
| 32GB Gold | | | | | | |
| 64GB Gold | 4% | 5% | 4% ↓ | 3% | 6% ↓ | 10% |
| 128GB Gold | | | | | | |
| 256GB Gold | 3% | 3% | 5% | 2% | 10% | 9% |
| 512GB Gold | 0% | 1% | 0% | 1% | 0% | 2% |
| 64 GB Rose Gold | 9% | 13% | 4% | 2% | 12% | 13% |
| 256GB Rose Gold | 8% | 6% | 2% ↓ | 2% | 12% | 8% |
| 512GB RoseGold | 1% | 1% | 0% | 0% | 1% | 1% |
| n= | 682 | 634 | 468 | 753 | 597 | 862 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: 10.5-inch iPad Pro buyers and owners
CAPACITY AND COLOR
Note: Arrows denote comparisons to FY18-Q2. Data weighted to sales data for capacity in FY18-Q3.

APPLE CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339992

# iPad (6th generation) capacity and color



| iPad (6th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 32GB Space Gray | 44% | 34% | 28% | 37% | 10% | 22% |
| 64GB Space Gray | | | | | | |
| 128GB Space Gray | 16% | 16% | 19% | 24% | 12% | 9% |
| 256GB Space Gray | | | | | | |
| 512GB Space Gray | | | | | | |
| 32GB Silver | 12% | 15% | 20% | 15% | 12% | 22% |
| 64GB Silver | | | | | | |
| 128GB Silver | 4% | 7% | 11% | 11% | 17% | 7% |
| 256GB Silver | | | | | | |
| 512GB Silver | | | | | | |
| 32GB Gold | 16% | 21% | 14% | 8% | 20% | 28% |
| 64GB Gold | | | | | | |
| 128GB Gold | 7% | 7% | 8% | 5% | 29% | 12% |
| 256GB Gold | | | | | | |
| 512GB Gold | | | | | | |
| 64 GB Rose Gold | | | | | | |
| 256GB Rose Gold | | | | | | |
| 512GB RoseGold | | | | | | |
| n= | 2011 | 3137 | 3029 | 3863 | 5189 | 3214 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

Base: iPad (6th generation) buyers and owners
CAPACITY AND COLOR
Note: Data weighted to sales data for capacity in FY18-Q3.

APPLE
CONFIDENTIAL    X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPad (5th generation) capacity and color



| iPad (5th generation) | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 32GB Space Gray | 37% ↓ | 40% | 26% ↓ | 38% | 8% | 22% ↑ |
| 64GB Space Gray | | | | | | |
| 128GB Space Gray | 11% ↓ | 9% | 13% | 10% ↓ | 5% ↓ | 6% |
| 256GB Space Gray | | | | | | |
| 512GB Space Gray | | | | | | |
| 32GB Silver | 17% ↑ | 19% | 32% ↑ | 31% ↑ | 14% | 29% |
| 64GB Silver | | | | | | |
| 128GB Silver | 6% | 6% | 7% | 6% | 13% ↓ | 13% ↑ |
| 256GB Silver | | | | | | |
| 512GB Silver | | | | | | |
| 32GB Gold | 23% ↑ | 22% | 17% | 13% ↑ | 36% ↑ | 22% ↓ |
| 64GB Gold | | | | | | |
| 128GB Gold | 6% | 5% | 5% | 3% | 23% ↓ | 8% |
| 256GB Gold | | | | | | |
| 512GB Gold | | | | | | |
| 64 GB Rose Gold | | | | | | |
| 256GB Rose Gold | | | | | | |
| 512GB RoseGold | | | | | | |
| n= | 371 | 464 | 669 | 471 | 574 | 517 |

| % | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|

Base: iPad (5th generation) buyers and owners
CAPACITY AND COLOR
Note: Arrows denote comparisons to FY18-Q2. Data weighted to sales data for capacity in FY18-Q3.

APPLE
CONFIDENTIAL     X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339994

# iPad mini 4 capacity and color



| iPad mini 4 | US | UK | France | Germany | China | Japan |
|---|---|---|---|---|---|---|
| 32GB Space Gray | | | | | | |
| 64GB Space Gray | | | | | | |
| 128GB Space Gray | 47% ↓ | 49% ↓ | 49% | 64% | 22% | 18% |
| 256GB Space Gray | | | | | | |
| 512GB Space Gray | | | | | | |
| 32GB Silver | | | | | | |
| 64GB Silver | | | | | | |
| 128GB Silver | 18% | 28% | 28% | 19% | 31% | 35% |
| 256GB Silver | | | | | | |
| 512GB Silver | | | | | | |
| 32GB Gold | | | | | | |
| 64GB Gold | | | | | | |
| 128GB Gold | 35% | 22% | 24% | 17% | 46% | 47% |
| 256GB Gold | | | | | | |
| 512GB Gold | | | | | | |
| 64 GB Rose Gold | | | | | | |
| 256GB Rose Gold | | | | | | |
| 512GB RoseGold | | | | | | |
| n= | 268 | 259 | 174 | 91 | 535 | 531 |

% 10 20 30 40 50 60 70 80 90 100

Base: iPad mini 4 buyers and owners
CAPACITY AND COLOR
Note: Arrows denote comparisons to FY18-Q2. Data weighted to sales data for capacity in FY18-Q3.

APPLE
CONFIDENTIAL      X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# iPad Buyer Survey

The information in this and related documents is strictly
Apple Confidential · Internal Use Only · Need to Know Basis

For further information on this presentation, contact:

Diego Jimenez                    Casey Jue
d_jimenez@apple.com              cjue@apple.com

Apple Market Research and Analysis

APPLE CONFIDENTIAL      73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339996



APPLE CONFIDENTIAL     74

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-APPSTORE_10339997