# EXHIBIT 40

| | |
|---|---|
| **Subject:** | Fwd: Earnings materials |
| **From:** | "Nancy Paxton" <paxton1@apple.com> |
| **Received(Date):** | Sat, 24 Jan 2015 03:59:29 +0000 |
| **To:** | "Tim Cook" <tcook@apple.com> |
| **Attachment:** | Q&A Q1'15.docx |
| **Attachment:** | Q115 Earnings Press Release.docx |
| **Attachment:** | Q115 Executive script.pages |
| **Date:** | Sat, 24 Jan 2015 03:59:29 +0000 |

> Begin forwarded message:
>
> Subject: Re: Earnings materials
> From: Steve Dowling <dowling@apple.com>
> Date: January 23, 2015 at 5:38:41 PM PST
> Cc: Luca Maestri <maestri@apple.com>, Joan Hoover <hoover1@apple.com>, Kristin Huguet Quayle <khuguet@apple.com>
> To: Nancy Paxton <paxton1@apple.com>
>
> Here's an add for the Android apps Q&A:
>
>
> The absolute numbers might be close, but when we look at the quality of apps available for Android there's just no comparison to iOS. From what we've seen, Google Play and the other Android stores are a haven for malware and spam.
>
> When you look across the charts of most popular apps on each platform, you start to understand what a dismal experience Android customers are having when measured against iOS. For example, last month (Source: App Annie) two of the hottest apps on Google Play were antivirus and anti-malware apps which claims to have a combined 320 million active users.
>
> Compare that to just a few of the incredible apps which are exclusive to iOS:
> - Shadowmatic, a stunning and inventive 3D puzzle game
> - Spring, a shopping app changing how people buy clothes and leveraging the convenience and security of Apple Pay
> - Khan Academy, which offers over 150,000 exercises with instant feedback exclusively on iPad.
>
>
>> On Jan 23, 2015, at 5:17 PM, Nancy Paxton <paxton1@apple.com> wrote:
>>
>> Here are the latest versions of earnings materials.  I will send Tim a separate note with his Q&A carve-out in addition to the script and press release.
>>
>>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

>>
>>
>>
>

Begin forwarded message:

**Subject: Re: Earnings materials**

**From:** Steve Dowling < dowling@apple.com >

**Date:** January 23, 2015 at 5:38:41 PM PST

**Cc:** Luca Maestri < maestri@apple.com >, Joan Hoover < hoover1@apple.com >, Kristin Huguet Quayle < khuguet@apple.com >

**To:** Nancy Paxton < paxton1@apple.com >

Here's an add for the Android apps Q&A:

The absolute numbers might be close, but when we look at the quality of apps available for Android there's just no comparison to iOS. From what we've seen, Google Play and the other Android stores are a haven for malware and spam.

When you look across the charts of most popular apps on each platform, you start to understand what a dismal experience Android customers are having when measured against iOS. For example, last month (Source: App Annie) two of the hottest apps on Google Play were antivirus and anti-malware apps which claims to have a combined 320 million active users.

Compare that to just a few of the incredible apps which are exclusive to iOS:

- Shadowmatic, a stunning and inventive 3D puzzle game

- Spring, a shopping app changing how people buy clothes and leveraging the convenience and security of Apple Pay

- Khan Academy, which offers over 150,000 exercises with instant feedback exclusively on iPad.

On Jan 23, 2015, at 5:17 PM, Nancy Paxton <paxton1@apple.com> wrote:

Here are the latest versions of earnings materials.  I will send Tim a separate note with his Q&A carve-out in addition to the script and press release.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278863

# Apple Reports Record First Quarter Results

**Highest-ever revenue & earnings drive 48% increase in EPS**

**Growth led by record revenue from iPhone, Mac and App Store***

CUPERTINO, California—January 27, 2015—Apple® today announced financial results for its fiscal 2015 first quarter ended December 27, 2014. The Company posted record quarterly revenue of $74.6 billion and record quarterly net profit of $18 billion, or $3.06 per diluted share. These results compare to revenue of $57.6 billion and net profit of $13.1 billion, or $2.07 per diluted share, in the year-ago quarter. Gross margin was 39.9 percent compared to 37.9 percent in the year-ago quarter. International sales accounted for 65 percent of the quarter's revenue.

The results were fueled by all-time record revenue from iPhone and Mac sales as well as record performance of the App Store*. iPhone unit sales of 74.5 million also set a new record.

"We'd like to thank our customers for an incredible quarter, which saw demand for Apple products soar to an all-time high," said Tim Cook, Apple's CEO. "Our revenue grew 30% over last year to $74.6 billion, and the execution by our teams to achieve these results was simply phenomenal."

"Our exceptional results produced EPS growth of 48% over last year, and $33.7 billion in operating cash flow during the quarter, an all-time record," said Luca Maestri, Apple's CFO. "We spent over $8 billion on our capital return program, bringing total returns to investors to almost $103 billion, over $57 billion of which occurred in just the last 12 months."

Apple is providing the following guidance for its fiscal 2015 second quarter:

• revenue between $52 billion and $55 billion
• gross margin between 38.5 percent and 39.5 percent
• operating expenses between $5.4 billion and $5.5 billion
• other income/(expense) of $300 million
• tax rate of 26.3 percent

Apple's board of directors has declared a cash dividend of $.47 per share of the Company's common stock. The dividend is payable on February 12, 2015, to shareholders of record as of the close of business on February 9, 2015.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278864

Apple will provide live streaming of its Q1 2015 financial results conference call beginning at 2:00 p.m. PST on January 27, 2015 at www.apple.com/quicktime/qtv/earningsq115. This webcast will also be available for replay for approximately two weeks thereafter.

This press release contains forward-looking statements including without limitation those about the Company's estimated revenue, gross margin, operating expenses, other income/(expense), and tax rate. These statements involve risks and uncertainties, and actual results may differ. Risks and uncertainties include without limitation the effect of competitive and economic factors, and the Company's reaction to those factors, on consumer and business buying decisions with respect to the Company's products; continued competitive pressures in the marketplace; the ability of the Company to deliver to the marketplace and stimulate customer demand for new programs, products, and technological innovations on a timely basis; the effect that product introductions and transitions, changes in product pricing or mix, and/or increases in component costs could have on the Company's gross margin; the inventory risk associated with the Company's need to order or commit to order product components in advance of customer orders; the continued availability on acceptable terms, or at all, of certain components and services essential to the Company's business currently obtained by the Company from sole or limited sources; the effect that the Company's dependency on manufacturing and logistics services provided by third parties may have on the quality, quantity or cost of products manufactured or services rendered; risks associated with the Company's international operations; the Company's reliance on third-party intellectual property and digital content; the potential impact of a finding that the Company has infringed on the intellectual property rights of others; the Company's dependency on the performance of distributors, carriers and other resellers of the Company's products; the effect that product and service quality problems could have on the Company's sales and operating profits; the continued service and availability of key executives and employees; war, terrorism, public health issues, natural disasters, and other circumstances that could disrupt supply, delivery, or demand of products; and unfavorable results of other legal proceedings. More information on potential factors that could affect the Company's financial results is included from time to time in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of the Company's public reports filed with the SEC, including the Company's Form 10-K for the fiscal year ended September 27, 2014, and its Form 10-Q for the fiscal quarter ended December 27, 2014 to be filed with the SEC. The Company assumes no obligation to update any forward-looking statements or information, which speak as of their respective dates.

Apple designs Macs, the best personal computers in the world, along with OS X,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278865

iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

**Press Contact:**
Kristin Huguet
Apple
khuguet@apple.com
(408) 974-2414

**Investor Relations Contacts:**
Nancy Paxton
Apple
paxton1@apple.com
(408) 974-5420

Joan Hoover
Apple
hoover1@apple.com
(408) 974-4570

NOTE TO EDITORS: For additional information visit Apple's PR website (www.apple.com/pr), or call Apple's Media Helpline at (408) 974-2042.

-30-

© 2015 Apple Inc. All rights reserved. Apple, the Apple logo, Mac, Mac OS and Macintosh are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                  APL-EG_09278866

Executive Remarks
Q1'15 Earnings Announcement
January 26, 2015
CONFIDENTIAL DRAFT – RESTRICTED

**Tim:**

Good afternoon, everyone, and thanks for joining us. Today we are thrilled to report an historic quarter. I'm incredibly proud of everyone at Apple for delivering the amazing results you're about to hear.

Interest in Apple products is at an all-time high, with over half a billion customer visits to our physical and online stores during the quarter. Demand for iPhone has been staggering, with sales of over 74 million units, driven by the unprecedented popularity of iPhone 6 and iPhone 6 Plus.  This volume is hard to imagine. On average, we sold over 34 thousand iPhones every hour, 24 hours a day, every day of the quarter.

The execution by our operations and sales teams to achieve these results was awesome. By the end of the quarter, our new iPhones were available in 130 countries, making this our fastest and most successful rollout ever.

The App Store and the Mac also had great results, each producing record quarterly revenue. Mac units were up 14% to 5.5 million as the rest of the PC market continues to decline, and App Store revenue was up 41%.

There were many, many iPhones and iPads under the tree this holiday season. As you've probably heard, Flurry estimated that Apple products accounted for over half of all mobile device activations around the world from the 19th to the 25th of December.

It was a momentous quarter for iOS. On November 22, we shipped our 1 billionth iOS device. It was a space-gray, 64 gigabyte iPhone 6 Plus, which we have saved here at Apple headquarters in Cupertino.

One billion devices is an almost unfathomable milestone, and we are all incredibly proud to be a part of it.

Apple's mission is to make the greatest products on earth, and through the success of iOS we have provided hundreds of millions of people with powerful personal technology that is simple and fun to use. Our customers are using Apple products to transform education, discover new ideas for business, and express

1

4/17/14   2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              APL-EG_09278867

their creativity in ways no one could have imagined when we sold the first iPhone less than eight years ago.

It's amazing to watch, and it reminds us that people and great ideas are the reason we make the things we make.

Our strong overall performance in the December quarter resulted in total company revenue of $74.6 billion and earnings of $18 billion.  Both of these numbers are all-time records for us, with revenue up 30% and earnings up 38% over last year.  And thanks to the continued capital return activities, EPS was up 48% to $3.06, also an all-time quarterly record. Our results would have been even stronger absent significant foreign exchange headwinds.

We've also made great progress on a number of very exciting new initiatives for our ecosystem.

We have been blown away by the reaction to **Swift**, our new programming language.  Swift became available in September as part of the Xcode tools, and in the first month those tools were downloaded over 11 million times.  A recent report from Redmonk showed that Swift has had unprecedented growth and is quickly climbing the list of most popular programming languages.  We've seen many of our developers choosing Swift as they build significant new projects, including the new Khan Academy app, and Duolingo's new app which was written from scratch using Swift. And we are seeing fantastic work with Swift going on in education. Very recently, Stanford University released their "Developing iOS 8 Apps With Swift" course which was posted to iTunes U, making this amazing resource available to everyone.

There's also been incredible interest in **HealthKit,** with over 600 developers now integrating it into their apps.  Consumers can now choose to securely share their health and wellness metrics with these apps, and this has led to some great new and innovative experiences in fitness and wellness, food and nutrition, and healthcare.

For example, with apps such as American Well, users can securely share data such as blood pressure, weight or activity directly with physicians.  And leading hospitals such as Duke Medicine, Stanford Children's, and Penn Medicine are integrating data from HealthKit into their Electronic Medical Records so that physicians can reach out to patients when they see a problem that needs attention.

With HealthKit and the iOS Health app, we believe we're just at the beginning of amazing new health and wellness solutions for our customers.

As you know we introduced two new categories in the fall, and we're making great progress on both.

2

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-EG_09278868

**Apple Pay** is off to a very strong start, and the feedback we are getting from both individuals and institutions is extremely positive. Today about 750 banks and credit unions have signed on to bring Apple Pay to their customers, and just three months after launch, Apple Pay makes up more than two out of every three dollars spent on NFC payments across the three major U.S. card networks. In merchants who already accept Apple Pay, the rates are even higher, with many saying that Apple Pay is far and away the largest mobile payments system being used. Panera Bread tells us Apple Pay represents nearly 80% of their mobile payment transactions, and since the launch of Apple Pay Whole Foods Market has seen mobile payments increase by more than 400 percent.

You can use Apple Pay up and down Main Street — to pick up a prescription at Walgreens or Duane Reade, get office or school supplies at Office Depot and Staples, and shop for groceries at national and regional stores from coast to coast, including Albertson's, which is rolling out Apple Pay support nationwide.

We're working hard to bring Apple Pay to as many merchants as possible. Just today, USA Technologies announced they made Apple Pay available at about 200,000 places where everyday payments happen, including vending machines in businesses, airports and schools; commercial laundry machines in colleges, universities and laundromats; and parking meters and payment kiosks in lots across the country.

Customers, banks and merchants simply love this new service and we are more convinced than ever that Apple Pay is the future of mobile payments.

Development for **Apple Watch** is right on schedule, and we expect to begin shipping in April. Developers are already hard at work on apps, notifications and information summaries we call Glances — all designed specifically for the watch's user interface. The creativity and software innovation going on around Apple Watch is incredibly exciting, and we can't wait for our customers to experience them when Apple Watch becomes available.

We're also making great progress in our partnership with **IBM**, and our collaboration is winning over new customers.

In December we delivered the first 10 MobileFirst for iOS apps for banking, retail, insurance, financial services, telecommunications, governments and airlines, making iPhone and iPad even more productive for enterprises by providing app and cloud services with IBM's big data and analytics capabilities. Another 12 apps will be released this quarter, including three new industries: Healthcare, Energy and Utilities, and Industrial Products. This will bring us to a total of 22 apps, and we're on track to have over 100 by the end of 2015.

3

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278869

In just over a month, more than a dozen enterprise customers have signed on as Foundation Clients to transform their companies with iPhone, iPad, and IBM MobileFirst for iOS solutions, including Duke Energy, the country's largest electric power holding company, and Miami-Dade County, the seventh-largest county in the United States by population.

And, the list of new customers is expanding rapidly – IBM is engaged with more than 130 additional companies looking to empower their employees with MobileFirst for iOS solutions, and the list keeps growing. We couldn't be more pleased with the partnership.

In addition to all these initiatives, we have a robust product and services pipeline that we are very excited about, and we look forward to sharing more about them with you soon.

Delivering the results we're reporting today reflects months and years of focus and determination from teams across Apple as well as our amazing developers and business partners.  I'd like to thank all of them for their commitment and performance, and I'd also like to thank our incredible customers for their ongoing loyalty and enthusiasm.

With that, I'd like to turn the call over to Luca to discuss our December quarter results in more detail.


**Luca:**

Thank you, Tim, and good afternoon everyone.

In the December quarter we generated all-time record **revenue** of $74.6 billion, an increase of $17 billion or 30% year-over-year. At $17 billion, our revenue growth in 90 days was larger than the annual revenue of a Fortune 200 company. We generated this exceptional performance despite significant foreign exchange headwinds from many currencies. Our growth was broad-based across the world, with revenue from developed countries up 20% and revenue from emerging countries up 58%.  The performance of our Greater China segment was particularly impressive, with revenue up 70%.

Sales were well ahead of our expectations in a number of areas.  The unprecedented demand for iPhone 6 and 6 Plus, combined with our tremendously successful production ramp, allowed us to build and ship several million more iPhones than we had expected when we provided guidance back in October.  And also Mac revenue and Services revenue reached all-time highs.

**Gross margin** was 39.9%, above our guidance range, and **operating margin**

4

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278870

was $24.2 billion, representing 32.5% of revenue and our highest operating margin percentage in 10 quarters.

**Net income** was $18 billion, surpassing our previous all-time record by almost $5 billion. This translated to diluted **earnings per share** of $3.06, a 48% year-over-year increase.  Cash flow from operations was exceptional at $33.7 billion, also a new all-time record.

For details by product, I will start with **iPhone**.  We sold 74.5 million iPhones, an increase of 23.4 million over last year, representing 46% growth.

iPhone sales grew strongly in both developed and emerging markets.  Among many great results around the world, unit sales were up 44% in the U.S., and up 97% in the BRIC countries.  Sales doubled year-over-year in China, our second largest iPhone market, as well as in Brazil and Singapore.

Thanks to the popularity of iPhone 6 Plus, and the increased value customers saw in our higher storage capacity offerings, iPhone ASPs were $687, an increase of $50 over the year-ago quarter.  This led to iPhone **revenue** growth of 57% year-over-year, with quarterly sales exceeding 50 billion **dollars** for the first time ever.

We had a 200 thousand unit decline in **iPhone channel inventory** during the December quarter this year, compared to an increase of about a million iPhones during the year-ago period, and we were not able to reach supply/demand balance until this month. This left us below our target range of 5 to 7 weeks of channel inventory on a look-forward basis.

We're now working with about 375 carriers, representing 72% of the world's mobile phone subscriber base, and we have over 210 thousand points of sale for iPhone across the globe.

Our customers love their iPhones.  A December ChangeWave survey measured a 97% customer satisfaction rating for iPhone.  A study published by Chitika Insights last month indicated that iPhone accounts for 53% of North American smartphone web traffic, almost twice the level of the next closest brand.  And in the corporate market, ChangeWave found that among IT buyers planning to purchase smartphones in the March quarter this year, 77% intend to purchase iPhones.

Next I'd like to talk about the **Mac.**

We sold 5.5 million Macs, an increase of almost 700 thousand units over last year,  a 14% growth rate.  Thanks to the popularity of our stunning new iMac with

5

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278871

Retina 5K Display, Mac ASPs increased by $58 sequentially, driving all-time record revenue for Mac of $6.9 billion.

We achieved double-digit year-over-year unit growth in both desktops and portables. These results are truly remarkable given the contraction in the global PC market, which IDC estimates declined by 3% in the quarter. We have now gained market share for 34 of the last 35 quarters.

We ended the quarter with **Mac channel inventory** slightly below our 4 to 5 week target range.

Turning to **iPad**, we sold 21.4 million units compared to 26 million in the December quarter last year.  Given the introduction of new iPads in October, we increased iPad channel inventory by 1.1 million units during the quarter, compared to an increase of about 2.1 million in the December quarter last year. This left us within our 5 to 7 week target range of channel inventory on a look-forward basis.

Customer experience and usage data for iPad continue to be excellent. In a November survey,  ChangeWave measured a 98% customer satisfaction rate for iPad Air, and also found that among people planning to purchase a tablet within 90 days, 60% planned to purchase an iPad.  And among businesses planning to purchase tablets, the intent was even stronger, at 78%.

Chitika Insights' most recent report indicated that iPad users in North America generate 80% of web traffic, 4 times the web traffic of all other tablet users combined.  And Custora's latest E-Commerce Report indicates that iPad accounts for 82% of all U.S. e-commerce transactions from tablets.

All these results are consistent with usage data from the holiday shopping season. IBM's Digital Analytics Benchmark service found that iOS devices accounted for more than twice the online traffic and almost four times the e-commerce sales on Android devices during November and December.

The Apple **ecosystem** continues to thrive. Combining all of our **services,** revenue grew to $4.8 billion in the December quarter, a new all-time high and an increase of 9% year-over-year.

This record performance was driven primarily by the tremendous momentum of the App Store, with revenue growing 41% in the December quarter. Our iOS developers have earned over $25 billion from the App Store to date, and we are thrilled with their success.  Total sales of media and software from iTunes were $2.6 billion compared to $2.4 billion in the year-ago quarter.

6

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-EG_09278872

Our **direct channel** performance was outstanding. We welcomed more visitors than ever before, and generated record revenue in both our physical and online stores.  We opened 10 new retail stores during the quarter, bringing us to a total of 447, 182 of which are outside the United States.  We've opened two new stores this month in Greater China and plan to open three more before Chinese New Year, which will bring us to 20, and we are targeting to double this number in Greater China by mid-2016.

Let me now turn to our **cash** position.  We ended the quarter with $178 billion in cash plus marketable securities, a sequential increase of $22.7 billion.  We completed our first international debt offering, issuing 2.8 billion Euro-denominated notes at very attractive interest rates, and greatly diversifying our debt investor base. We spent $5 billion to repurchase 46 million Apple shares through open market transactions, paid $2.8 billion in dividends and equivalents, and utilized over $500 million to net share settle vesting employee RSUs.  We also retired an additional 8 million shares in connection with our accelerated share repurchase programs.

We've now taken action on almost $103 billion of our $130 billion capital return program, including $73 billion in share repurchases, with four quarters remaining to its completion.  In the last 12 months alone, we have returned over $57 billion to our investors.

We review our capital return program on an ongoing basis, we continue to solicit feedback from a broad base of investors, and we're on track to announce an update to the program in April, when we report our second quarter results.

**Now, as we move ahead into the March quarter, I'd like to review our outlook, which includes the types of forward-looking information that Nancy referred to at the beginning of the call.**

We expect revenue to be between $52 billion and $55 billion, compared to $45.6 billion in the year-ago quarter.  This represents a very significant revenue increase despite growing F/X headwinds from the continued strengthening of the U.S. dollar against most currencies.

We expect **gross margin** to be between 38.5% and 39.5%.

We expect **OPEX** to be between $5.4 billion and $5.5 billion.

We expect **OI&E** to be about $300 million, and we expect the **tax rate** to be about 26.3%.

7

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278873

Also, today, our Board has declared a dividend of $.47 per common share, payable on February 12, 2015 to shareholders of record as of February 9, 2015.

With that, let's open the call to questions…

8

4/17/14    2:43 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278874

**Q115  Q & A 1/27/15**
**Confidential -Restricted**

# RESULTS –FINANCIAL (Luca)

**What drove revenue growth of $17B Y/Y (30%), $8B above the high end of your guidance range?**
- We set new all-time revenue records for iPhone, Mac and Services, well ahead of our expectations.
- Incredible demand for iPhone 6/6 Plus combined with a very successful production ramp allowed us to build and ship millions more iPhones than we had expected when we guided in October.
- iPhone ASPs were also up $50 Y/Y thanks to a richer mix of products and storage capacity
- Mac sales grew double-digit both for portables and desktops, which is remarkable given the 3% contraction in the PC market.  MB Air in particular continued to be very popular with our customers and units were up 37% Y/Y.
- Within Services, which were up 9%, the iOS App Store continues to grow at a very fast pace, up 41% Y/Y

| Year/Year +$17B | | Guidance | |
|---|---|---|---|
| $57.6B | Q1'14 actual | $66.5B | Q1'15 High Guidance |
| $14.6B | volume | $7.6B | volume |
| $4.1B | mix/price | $.9B | mix/price |
| -$1.7B | FX | -$.4B | FX/share |
| $74.6B | Q1'15 actual | $74.6B | Q1'15 actual |

**What drove gross margin above the high end of your guidance range (37.5-38.5%)?**
Gross margin of 39.9% came in above the high end of our guidance range mainly due to stronger-than-expected iPhone results and favorable cost performance.

| | |
|---|---|
| 38.0% | guidance mid-point |
| +.8% | guidance judgment |
| +.7% | mix/leverage/price |
| +.2% | cost (warranty, commodity, offset by Onyx) |
| +.2% | FX |
| 39.9% | Q1'15 actual |

**Has your learning curve improved this cycle?**
Yes, we are getting better at ramping production on new products.

**Why did gross margin increase by 190 bps sequentially?**
The sequential increase was driven by:

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278875

- leverage from higher revenue
- favorable mix of products
- favorable commodity costs

partially offset by:
- higher cost structures of new products
- FX

| | |
|---|---|
| 38.0% | Q4'14 actual |
| +2.2% | leverage |
| -.2% | mix/price |
| +.2% | cost (commodity, warranty, offset by Onyx) |
| -.2% | FX |
| 39.9% | Q1'15 actual |

### Why was gross margin not higher given the strong iPhone results?
- GM was 140 to 240 bps higher than our guidance range
- Highest GM we've had in 9 quarters and we're very happy with the sequential increase
- Like other multi-nationals, it was a very challenging quarter for foreign exchange rates and we faced significant headwinds across the world
- In October we expected a stronger mix of iPhones, leverage from higher revenue, and a continued favorable commodity cost environment to be more or less offset by higher cost structures, transition costs related to new products and the significant impact from the appreciation of the U.S. dollar against most currencies in the December quarter.

### Why did OPEX grow 25% Y/Y?
- OPEX came within our guidance range, even though revenue greatly exceeded our expectations.
- Achieved an E-to-R ratio of 7.4%, our lowest rate in 8 quarters
- This was the first full quarter of Beats expenses in OPEX.
- Growth in OPEX comes primarily from R&D, given our expanded product portfolio and investments we are making ahead of the revenue generated in the future (e.g. Apple Watch)
- We continue to be very confident in our pipeline of products and services and we will not underinvest in the business.

| | Q1'14 | Q1'15 | Y/Y |
|---|---|---|---|
| R&D | $1,330 | $1,895 | 42% |
| SG&A | $3,053 | $3,600 | 18% |
| Total OPEX | $4,383 | $5,495 | 25% |

### Why was the tax rate lower than you guided at 26.2%
The U.S. federal research tax credit was retroactively reinstated for 2014 tax year. Keep in mind that the vast majority of our R&D is here in Cupertino.

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                        APL-EG_09278876

# ASPs (Luca)

**iPhone**
**Y/Y:**    +$50 or 8% increase was due the addition of the iPhone 6 Plus combined with higher capacity mix on new iPhones partially offset by FX [-$13]

**Q/Q:**    +$84 or 14% increase was mainly due to a full quarter of iPhone 6 Plus partially offset by FX [-$8]

| Q1'14 | **Q1'15** | Y/Y |
|---|---|---|
| $637 | **$687** | +$50 |

| Q4'14 | **Q1'15** | Q/Q |
|---|---|---|
| $603 | **$687** | +$84 |

**iPad**
**Y/Y:**    -$21 or 5% decrease was due to a different product mix and negative FX [-$9]

**Q/Q:**    -$12 or 3% decrease was mainly due to negative FX [$8] and a different product mix

| Q1'14 | **Q1'15** | Y/Y |
|---|---|---|
| $440 | **$419** | -$21 |

| Q4'14 | **Q1,15** | Q/Q |
|---|---|---|
| $432 | **$419** | -$12 |

**Mac**
**Y/Y:** -$64 or 5% decrease was primarily due to the $100 price cuts we took on our portables and negative FX [-$28]

**Q/Q:** +$58 or 5% increase was primarily due to a richer mix of products including our recently launched iMac Retina 5K partially offset by negative FX [-$25]

| Q1'14 | **Q1'15** | Y/Y |
|---|---|---|
| $1,322 | **$1,258** | -$64 |

| Q4'14 | **Q1,15** | Q/Q |
|---|---|---|
| $1,200 | **$1,258** | +$58 |

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                APL-EG_09278877

# SHARE REPURCHASE ACTIVITY (Luca)

| | #Shares | Avg Price | Spend |
|---|---|---|---|
| Q1'13 ASR 1 launch | 18.1M | | $2B |
| Q3'13 ASR 1 settlement | 10.5M | | |
| ASR 1 Total | 28.5M | $68 | $2B |
| | | | |
| Q3'13 ASR 2 launch | 164.6M | | $12B |
| Q2'14 ASR 2 settlement | 8.0M | | |
| ASR 2 Total | 172.5M | $70 | $12B |
| | | | |
| Q2'14 ASR 3 launch | 134.2M | | $12B |
| Q1'15 ASR 3 settlement | 0.0M | | |
| ASR 3 Total | 134.2M | $89 | $12B |
| | | | |
| Q4'14 ASR 4 launch | 59.9M | | $9B |
| Q1'15 ASR 4 second delivery net | 8.3M | | |
| ASR 4 Total | 68.3M | | $9B |
| | | | |
| ASRs to date | 403.6M | | $35B |
| | | | |
| Q3'13 open market | 62.7M | $64 | $4B |
| Q4'13 open market | 73.1M | $68 | $5B |
| Q1'14 open market | 66.8M | $75 | $5B |
| Q2'14 open market | 79.7M | $75 | $6B |
| Q3'14 open market | 58.7M | $85 | $5B |
| Q4'14 open market | 81.3M | $98 | $8B |
| Q1'15 open market | 45.7M | $109 | $5B |
| Open Market Total | 468.0M | $81 | $38B |
| | | | |
| Cumulative | 871.6M | * | $73B |

*Average price of open market purchases + **completed** ASRs is $80.

**What was share repurchase activity in the December quarter?**
Open market purchases          $5B spend, 45.7M shares retired

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278878

ASR #3 settlement                          no additional shares retired
ASR #4 second delivery                     8.3M net shares retired
Cumulative spend                           $73B of $90B program w/4 quarters to completion
Cumulative share retirement                13% of shares O/S at program start (Q4'12 ending)
Q1 net diluted share change                90.3M shares**

**Sequential diluted share count roll-forward:
 5,972.1M    September Q diluted EPS shares
   -41.2M    additional impact of September quarter open market purchases
   -24.8M    weighted impact of December quarter open market purchases
   -38.9M    additional impact of ASR #4 first delivery
    -4.3M    weighted impact of ASR #3 completion and ASR #4 second delivery
   +18.9M    RSU grants, exercises + other
 =5,881.8M   December Q diluted EPS shares

**Q2'15 impact:** the weighted impact of the December quarter activities will reduce the diluted share count by an additional ~25M shares in the March quarter.  This doesn't include the impact of any new grants or repurchases in Q2.

**With $73B (81%) of the $90B stock buyback program already completed, do you plan to increase it further?**
We're very proud of our capital return program, which is the largest in history, and we've executed the program aggressively and opportunistically.  We review our program on an ongoing basis, and have established an annual cadence to determine possible revisions.  We continue to solicit input from a broad base of investors, and we take into account all the most current information available to us.  We expect to announce an update to the program when we announce our second quarter results.

**Why are you buying back stock at all-time-high prices?**
We believe our stock is a great value.  The customer response to the new products and services we have launched in recent months has been fantastic, and we're very confident in the pipeline of new products and services we are working on.

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        APL-EG_09278879

# CASH & OI&E (Luca)

**OI&E**

| Q1'14 actual | Q4'14 actual | Q1'15 guide | Q1'15 actual |
|---|---|---|---|
| $246M | $307 | $325M | $170M |

OI&E was $170M:

- $155M <u>below guidance</u> due to higher-than-expected FX-related expenses.
- $137M <u>below Q4</u> due to higher FX-related expenses caused by extreme FX volatility in the quarter, partially offset by higher investment income.
- $76M <u>below Q1'14</u> due to higher FX-related expenses and higher interest expense, partially offset by higher investment income.

**Why do you expect OI&E to be $300M in the March quarter?**
- $130M higher sequentially due to higher investment income and lower FX-related expenses.
- $75M higher Y/Y due to higher investment income, partially offset by higher interest expense.

**What is the MTM on the investment portfolio?**
- At quarter end the net MTM on our investment portfolio was ($833M) compared to ($93M) at the end of the September quarter.
- We are very comfortable with the overall duration, credit quality, sector allocations, and diversity of the portfolio.
- The MTM on our debt portfolio, net of swaps, was a positive $123M at the end of the quarter.

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-EG_09278880

# CURRENCY (Luca)

**How did currencies, especially the Yen and Ruble, impact December quarter revenue?**
We saw unprecedented movements in currencies during Q1 and FX was a significant headwind to revenue and margin. Revenue growth would have been 4 percentage points higher on a constant currency basis. Our hedging program partially mitigated the impact on profitability. The Yen and Ruble caused the most impact on our results in Q1, but almost every currency devalued against the USD with some significant movements in the Euro, AUD, and CAD and we continue to see very significant movements in recent weeks.

**Will you raise prices in countries where the dollar has strengthened significantly?**
We prefer to adjust local pricing at the time of new product launches, however when currencies move as much as they have in places like Russia, we sometimes need to take mid-cycle action to realign pricing.

**How did currencies impact December quarter gross margin?**
Relative to the September quarter GM of 38%, currency movements were a significant headwind that was partially mitigated by our hedging program. On a Y/Y basis, the movement of all currencies against the USD has been very significant.

| Currency Movement in Q1 | YY | Q/Q | Q215 QTD |
|---|---|---|---|
| Brazilian Real | -8.7% | -8.6% | -0.6% |
| Mexican Peso | -3.8% | -3.1% | -2.0% |
| Russian Ruble | -24.1% | -17.6% | -11.2% |
| Turkish Lira | -9.7% | -3.4% | -0.4% |
| Indian Rupee | +0.9% | -1.8% | 0.0% |
| Chinese Renminbi | -0.4% | +1.0% | +0.1% |
| Euro | -6.8% | -5.3% | -2.3% |
| GB Pound | 0.0% | -4.4% | -1.8% |
| Japanese Yen | -10.8% | -7.8% | +0.8% |
| Australian Dollar | -6.1% | -6.5% | -0.6% |
| Canadian Dollar | -6.4% | -2.9% | -1.1% |

**How do you expect currencies to impact the March quarter sequentially?**
FX headwinds will be stronger in Q2 than in Q1 due to the continued weakening of foreign currencies and the fact that hedges expire and get replaced by new contracts at current levels. We've factored the impact into the guidance we've provided you. While we have a comprehensive FX hedging program in place, we do not hedge all of our exposures either because hedging instruments are not available or the cost is prohibitive.

**How do you expect currencies to impact results beyond the March quarter?**
We generally hedge 3 to 12 months out. At current USD levels, we expect FX to be a very significant headwind as existing hedges expire and get replaced by new contracts.

With the extreme volatility in FX markets in recent weeks, there appears to be more risk in the environment. It is not clear how this will affect consumer sentiment, but we remain very confident in our portfolio of products and services.

# CHANNEL INVENTORY (Tim)

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        APL-EG_09278881

| Q1'15 (M) | Sell-In | Sell-Thru | EOH | Seq Inv | Y/Y Inv | Weeks Back | Weeks Forward* |
|---|---|---|---|---|---|---|---|
| **iPhone** | 74.5 | 74.7 | 16.1 | -.2 | -1.2 | 3.2 | 4.2 |
| **iPad** | 21.4 | 20.3 | 5.2 | +1.1 | -.9 | 2.9 | 6.4 |
| **Mac** | 5.5 | 5.4 | .95 | .1 | NM | 2.9 | 3.9 |

*Based on "likely reseller guidance as of 1/20"

**Why was iPhone channel inventory down 200K units?**
Demand for iPhone 6/6 Plus was so strong that we were unable to build more channel inventory and ended the quarter below our targeted range of 5-7 weeks.

**Why did you increase iPad channel inventory by 1.1M sequentially when sales are down?**
iPad sales were up 74% sequentially and the increase in iPad channel inventory was related to the products we introduced in the December quarter (Air 2, mini 3), partially offset by decreases in earlier generation iPads. We exited the quarter within our target range of 5 to 7 weeks of iPad channel inventory.

iPad channel inventory increased sequentially by 1.1M units, 1M below last year's sequential increase of 2.1M units.

**Why have you increased your target range for weeks of inventory for iPhone and iPad to 5-7 weeks?**
Our business has become much more global over the years with a higher percentage of our revenue coming from emerging markets (27% in FY14; 32% in Q1'15 vs. 10% in FY10) where the channels of distribution are longer and require more inventory to operate optimally compared to the U.S. or W. Europe. We've determined that an average of 5-7 weeks for iPhone and iPad channel inventory is more appropriate to meet the needs of our various channel partners around the world.

**How do you measure channel inventory weeks – forward or backward?**
When we talk about weeks of inventory this quarter, we are referring to forward weeks. But we measure both. Depending on the season and/or the timing of product launches, it may be more relevant to focus on one versus the other. As we exit the high-volume holiday quarter, measuring our products' channel inventory on a look-back basis is not really relevant. All channel inventory ranges mentioned this quarter are on a look-forward basis.

**Will there be an extra week of iPhone revenue in the March quarter as you move to your new channel inventory target range?**
We do not envision a one-time channel inventory adjustment. This will happen gradually over time.

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278882

# WARRANTY and COMMITMENTS (Post 10-Q) (Luca)

**Warranty as disclosed in 10-Q/10-K**

|  | Q1'15 | Q4'14 | Q1'14 |
|---|---|---|---|
| Beginning balance | $4,159 | $4,242 | $2,967 |
| Claims | ($1,044) | ($949) | ($1,064) |
| Accrual | $2,080 | $866 | $2,077 |
| Ending Balance | $5,195 | $4,159 | $3,980 |
| | | | |
| Accrual as a % of Revenue | 2.8% | 2.1% | 3.6% |

|  | FY14 | FY13 | FY12 |
|---|---|---|---|
| Beginning balance | $2,967 | $1,638 | $1,240 |
| Claims | ($3,760) | ($3,703) | ($1,786) |
| Accrual | $4,952 | $5,032 | $2,184 |
| Ending Balance | $4,159 | $2,967 | $1,638 |
| | | | |
| Accrual as a % of Revenue | 2.7% | 2.9% | 1.4% |

**Why are accruals so much bigger than claims?**
- installed base is growing, there is a timing difference between the accrual and the claim.
- very happy with the quality of our products
- on an annual basis, the accrual rate as % of revenue is similar to FY13 and FY14

**Purchase commitments of $21.6B are down sequentially $2.9B: up $5.5B Y/Y?  how to interpret?**
The sequential reduction is related to the seasonality of our business, with Q1 being historically our largest quarter.  On a Y/Y basis, we have just guided to a significant revenue increase over Q2'14.

But please keep in mind, that our supply chain is very complex and there are many reasons why our purchase commitments can vary over time, including product mix, component lead times, supplier capacity and concentration, and commodity market conditions.

**Is "Bendgate" behind us?  Any reserves that have been made?**
The "bent enclosure" issue represents a very small share of returns and if any customer feels they have a problem, they should contact AppleCare.  Warranty provisions for all Apple products follow our accounting and reporting procedures.

# RESULTS –GEO (Luca)

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278883

**Why was revenue in the Americas segment up 23% Y/Y?**
- Strong iPhone (+42%) and Mac (+7%) unit growth and iOS App Store revenue growth (+26%) was partially offset by iPad (-17%) and FX
- Growth in U.S. and Brazil was especially strong thanks to tremendous iPhone results (U.S. +44%; Brazil +119%)
- Services revenue was up 6% Y/Y due to continued strong sales from the iOS App Store, partially offset by lower media sales

| Q1'15 Y/Y unit growth | | Americas IDC | |
|---|---|---|---|
| iPhone | +42% | Market | +14% |
| iPad | -17% | Market | +7% |
| Mac | +7% | Market | -5% |

**Why was U.S. revenue up 26% YY?**
- Very strong iPhone (+44%) and Mac (+7%) unit growth and iOS App Store revenue growth (+27%) was partially offset by iPad (-15%).

| Q1'15 Y/Y unit growth | | U.S. IDC | | NPD U.S. Retail( Dec Q) |
|---|---|---|---|---|
| iPhone | +44% | Market | +7% | |
| iPad | -15% | Market | +8% | -11% |
| Mac | +7% | Market | +5% | |

**What drove EMEIA's performance of 20% revenue growth?**
- Strong iPhone (+33%) and Mac (+24%) unit growth and iOS App Store revenue growth (+29%) partially offset by iPad (-16%) and FX
- In virtually all countries, we set a new record for revenue
- On a constant currency basis, the region's revenue growth would have been 28%
- Experienced very healthy revenue growth in both mature and emerging markets within the segment, with double-digit growth in the U.K., Germany, France, Italy and Spain and especially strong growth in Eastern Europe, the Middle East, Turkey and India

| Q1'15 Y/Y unit growth | | W. Europe IDC | |
|---|---|---|---|
| iPhone | +33% | Market | +10% |
| iPad | -16% | Market | -1% |
| Mac | +24% | Market | +11% |

**What drove the 33% Y/Y growth in Rest of Asia Pacific?**
- Strong iPhone (+56%) and Mac (+18%) unit growth and iOS App Store revenue growth (+8%) was partially offset by iPad (-21%) and FX.
- In virtually all countries, we set new quarterly revenue records including Korea which topped $1B

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278884

- On a constant currency basis, the region's revenue growth would have been 37%.
- Revenue growth was especially strong in Korea and Singapore, where iPhone unit sales almost doubled or more, as well as Malaysia, Australia and Viet Nam.

[Note:  Services revenue declined 2% Y/Y and other products revenue declined 4%.]

Q1'15 Y/Y growth        Asia/Pacific (ex India)

| | | IDC | |
|---|---|---|---|
| iPhone | +56% | Market | +41% |
| iPad | -21% | Market | +17% |
| Mac | +18% | Market | +6% |

**Why did Japan grow by only 8%, well below the corporate average?**
- In local currency, revenue was up 20% compared to reported revenue growth of 8%, with the Yen depreciating about 14% Y/Y
- Japan revenue was an all-time record
- We gained significant market share across all of our products
- We had a record iPad quarter with units up 28%
- Our ecosystem continues to thrive with iOS App Store revenue up 66%.
- We're very happy with our iPhone sales which were up 11% in a smartphone market IDC believes contracted by 11%.   iPhone market share was 68%, up 1% Y/Y (GfK Oct+Nov)
- The year-ago quarter included the first full quarter of DoCoMo
- While Mac units were down 4%, we feel very good with this result compared to the forecasted PC market decline of 34%.

Q1'15 Y/Y growth

| iPhone | +11% | Market | -11% |
|---|---|---|---|
| iPad | +28% | Market | +5% |
| Mac | -4% | Market | -34% |

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-EG_09278885

# CHINA (Tim)

**What drove the very strong revenue growth in Greater China (+70%)**
- Revenue of over $16B was all-time record
- I was in China in October just after the launch and customer <u>excitement around the iPhone 6/6 Plus was sensational/phenomenal/staggering</u>
- iPhone units up 83% Y/Y despite new iPhones launching a few weeks later in Mainland China this year
- <u>Mac had a great quarter with units up 19%</u> and this is a great result especially considering IDC's estimate of a 4% market contraction in the quarter
- Our <u>ecosystem continues to grow</u> at a fast pace in China with iOS App Store revenue up 104%
- Partially offsetting this growth, sales of iPad declined this quarter [-28%], as the entire tablet market is forecasted to contract in Greater China by 9%

Q1'15 Y/Y growth

| | | | |
|---|---|---|---|
| Revenue | +70% | | |
| iPhone | +83% | Market | +18% |
| iPad | -28% | Market | -9% |
| Mac | +19% | Market | -4% |

**How can you compete with sub $150 smartphones and larger screen sizes?**
- I think we're <u>competing very well</u> and we're very happy with our iPhone performance in China.
- We believe that there are <u>lots of customers in China who want the best products</u> and the best experiences and we remain focused on delivering only high-quality, non-compromised devices to these users.
- The fact that <u>iPhone grew at more than 4X the market</u> growth in Greater China is a resounding reinforcement of that belief.
- So many of the <u>low-end Chinese smartphones</u> should really be <u>classified as feature phones</u>. They're limited in capability and experience – and used more like a feature phone than a smartphone, with many not even connected to a data plan.
- I want to <u>compete like crazy for customers who want the best experience</u> and convince them that the iPhone is the best product for them.  Our strategy seems to be working very well for us.
- 

**What will be the impact of the Chinese government curtailing smartphone promotions and subsidies?**
So far, we believe it has had little impact on our sales.  Today in China, 9 out of every 10 iPhones we sell are without a traditional subsidy.  We have seen in China and in countries all over the world, the iPhone can succeed in both subsidized and unsubsidized markets.

**What are you doing in China to expand your business? Ecosystem? Retail? Online?**
We are doing a lot to bring our <u>ecosystem</u> to China including working with local partners to

12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-EG_09278886

integrate deeply into our operating systems. With iOS, Chinese customers can talk to Siri in Mandarin and Cantonese, take advantage of Baidu and Weibo integration and use advanced Chinese character input.  And in iOS 8, Maps users in China have a new interface for smoother panning and zooming and turn-by-turn navigation.  QuickType supports simplified and traditional Chinese and with support for third-party keyboards, Chinese customers will be able to choose their favorite input method.

- We've added UnionPay as a payment option for customers who can now easily link their Apple ID with a UnionPay debit or credit card for one-tap purchases
- We've almost doubled (+92%) our iPhone POS Y/Y to 40K in GC providing more presence in more cities
- We have 17 stores in GC today and plan to open 3 more before the Chinese New Year.  Our goal is to have 40 stores by the middle of 2016.
- We've expanded our reach with the online store covering 319 cities now.
- China online generated more revenue ($2.6B) in Q1'15, than in the prior 5 fiscal years combined ($2.4B)
- We added the capability of the App Store to use local currency and local payments.
- iCloud is also available for Mac and iOS customers as are iMessage, FaceTime, and PhotoStream
- The iOS App Store in China is growing tremendously: revenue more than doubled Y/Y (104%)
- We have more than 800K (up from 500K at CY2013 end) China-based developers who have created ~175K apps on the App Store

**Are you losing share in the Chinese tablet market?  Are Phablets taking share?**
Last fiscal year iPads were up 28% in Mainland China well ahead of the tablet market growth of 23%, so we gained share.  In the current December quarter, iPads contracted, consistent with the overall tablet market forecast.

**FYI:** GC tablet market: -9% Y/Y (December quarter)
    PRC tablet market -5% Y/Y (December quarter)

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278887

# EMERGING MARKETS (Tim)

**How are you approaching emerging markets?**
We've seen great success in emerging markets with revenue of almost $50B last fiscal year, up 16% Y/Y, representing 27% of our business.  BRIC countries within that generated $25B in revenue last year, up 20% Y/Y.

In Q1, revenue from emerging markets was $23.6B representing 32% of total company revenue and up 58% Y/Y;  within that, BRIC countries were up 88%.  The tremendous success of our new iPhones drove this result with EM iPhone units up 69% and BRIC iPhone units up 97%.

EM growth would have been even stronger if it wasn't for the FX headwinds (62% vs 58%).

We've invested a lot of energy in growing our business in China, Brazil and Russia and we're seeing very strong results. We've learned a lot about what works and we're taking our experience to the next round of emerging markets including India, Eastern Europe, Turkey and the Middle East.

|  | FY11 | FY12 | FY13 | FY14 | FY14 Y/Y | Q115 | Y/Y |
|---|---|---|---|---|---|---|---|
| **Greater China** | 330% | 78% | 14% | $31.9B | 18% | $16.1B | 70% |
| **Mainland China** | 465% | 94% | 21% | $20.2B | 20% | $10.9B | 96% |
| **Central + EE** | 128% | 52% | 26% | $3.5B | 31% | $1.7B | 59% |
| **Russia** | N/A | 70% | 44% | $2.2B | 33% | $1.1B | 54% |
| **ME/Africa** | 191% | 13% | 26% | $4.2B | 28% | $1.9B | 52% |
| **India** | 141% | 56% | 45% | $827M | 35% | $415M | 83% |
| **Brazil** | 118% | 44% | 16% | $1.6B | 6% | $678M | 44% |
| **Latin America** | 127% | 65% | 12% | $5.3B | 3% | $2.0B | 13% |
| **TTL Developing\*** | 238% | 65% | 16% | $48.6B | 16% | $23.6B | 58% |

*GC, South Asia, India, LA, ME, Africa, Russia, Central & Eastern Europe

**How is iPhone doing in emerging markets?**
Response to the iPhone 6/6 Plus in emerging markets was very strong with units up 69%. We experienced some of the strongest growth in EM countries like Brazil (119%), China (100%), India (79%), ME (70%), Russia (63%)

**How is iPad doing in emerging markets?**
iPad sales were down more than the company average (27%) in emerging markets however iPhones were up 69%, quite a bit higher than the company average.

**Is it true that you're expanding distribution in India?**
India is one of the emerging markets where we see strong growth potential. Our sales in India were up 21% in FY14 and up 83% in Q1.  We're continuing to invest in marketing and distribution.

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      APL-EG_09278888

# iPHONE -DEMAND (Tim)

| Q1'15 Y/Y unit growth | iPhone | Market |
|---|---|---|
| WW | 46% | 24% |
| US | 44% | 7% |
| EMEIA | 33% | 38% |
| EMEI | 33% | 30% |
| W. Euro | 24% | 10% |
| GC | 83% | 18% |
| Japan | 11% | -11% |
| ROAP | 56% | 41% |
| | | |
| Brazil | 119% | 33% |
| Singapore | 103% | 12% |
| PRC | 100% | 19% |
| Korea | 93% | -11% |
| India | 79% | 59% |
| Russia | 63% | 29% |
| Australia | 57% | 13% |
| Germany | 38% | 11% |
| France | 27% | 6% |
| Canada | 23% | 17% |
| Bel/Lux | 22% | 12% |
| Turkey | 12% | 8% |
| Mexico | -4% | 10% |

**What drove iPhone unit sales ahead of expectations?  Is this a 1-quarter blow out?**
We firmly believe that iPhone can continue to capture significant growth:
- We've provided very strong March quarter guidance
- The iPhone 6/6 Plus is the best smartphone in the world
- We have seen more Android switchers with the iPhone 6 cycle (Art 1/26)
- iPhone 6/6 Plus customer satisfaction is even higher (Art 1/26)
- Since the launch of iPhone 6/6Plus, the iPhone family has attracted more new-to-iPhone customers [absolute number] than in any prior launch periods, especially in emerging markets
- Apple Pay is a primary [important] reason for purchasing an iPhone 6/6 Plus in the U.S.  (Art 1/26)
- We have the broadest portfolio of iPhones in our history; TAM is much bigger and are able to address more of the market (6/6 Plus) and address affordability issues (4s, 5c)
- 69% iPhone growth in EM countries where we have lower share* opportunity for more
- Only a small fraction [13%] of our IB has upgraded to 6/6 Plus *plenty of upgrade headroom
- Early upgrade programs are accelerating the upgrade cycles for our loyal customers

Our objective is to make the best smartphone in the world.  And we believe there will always be a healthy and vibrant market for the best products.

**When will you be in supply/demand balance on the iPhone 6/6 Plus?**
Throughout the December quarter, demand outpaced supply.  We have been working hard to

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278889

catch up with demand and achieved supply/demand balance in the vast majority of countries this month.

**What was the 6/6 Plus mix and capacity mix and the impact to ASPs?**
While we don't disclose unit sales by SKU, iPhone 6 drove the majority of iPhone sales, and iPhone 6 Plus represented a meaningful [31%] percentage of the 6/6 Plus family mix. Many customers found great value in the higher-capacity configurations of both models and we did see a mix up to the 64GB and 128GB versions which contributed to the higher ASP. But until we experience a sustained period of supply/demand balance, we won't get a true sense of what the screen-size and capacity demand mix is.

**Did you see a different mix of 6/6 Plus by country?**
We did, (GC and South Asian countries had stronger mix of 6 Plus sales) but until we experience a sustained period of supply demand balance, we won't get a true sense of what the screen-size demand mix is.

**Did demand for 5s and 5c remain strong?**
Yes, we continue to experience good demand for both models, which offer customers a more affordable way to join our ecosystem.  [FYI:  non-hero SKUs were flat Y/Y]

**Are you continuing to manufacture and sell iPhone 4s?  Where and for how long?**
We are continuing to offer iPhone 4s in certain markets.

**FYI only**

| | |
|---|---|
| iPhone 4s | 1% |
| iPhone 5c | 5% |
| iPhone 5s | 13% |

16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278890

iPhone 6            55%
iPhone 6 Plus       24%
Refurb              1%

| Sell in mix | Q1'15<br>iPhone 6 | Q1'15<br>iPhone 6 Plus | Q1'14<br>iPhone 5s |
|---|---|---|---|
| 16GB | 56% | 48% | 70% |
| 32GB | | | 21% |
| 64GB | 37% | 41% | 9% |
| 128GB | 7% | 11% | |

17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278891

# iPhone PRODUCT (Tim)

**Why did it take you 2 years to come out with a larger-screen iPhone?**
We could have shipped a larger-screen iPhone years earlier but we wanted to ship a phone that was better in every way.  Display is more than screen size and iPhone 6/6 Plus are more than iPhones with larger displays.

We were not willing to make the trade-offs our competitors have just to ship a larger display. We will only create mobile devices that deliver the best displays without compromise.  The Retina HD display is the thinnest, most advanced Multi-Touch display we've ever made.

-Higher contrast:  we developed an advanced process of photo alignment using UV light to precisely position the display's liquid crystals so they lie exactly where they should, delivering a superior viewing experience with deeper blacks and sharper text.

-Wide-angle viewing:  has dual-domain pixels for more accurate color at wider viewing angles.

**The tear-down cost of the iPhone 6 and 6 Plus would suggest that the gross margin on these models is higher than the iPhone 5s.  Are these reports directionally correct?**
We do not disclose gross margin at a product level, but let me remind you that these kinds of tear-down reports typically not only underestimate what it costs to build products like iPhone 6 and 6 Plus, but they also ignore costs such as warranty, technical support, packaging, freight and duty etc.

Also, when we launch new products, they come with innovative new features that increase the cost structures compared to the predecessor products.

**Why no sapphire displays?**
We appreciate the benefits of sapphire crystal and use it in our Touch ID home button and camera lens and we also plan to use it for 2 of our Apple Watch collections.

18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278892

# iPhone COMPETITION (Tim)

**Is Xiaomi a credible competitor/threat to Apple in China? India?  Elsewhere?**
iPhone units were up 100% in Mainland China last quarter.  That's over 5X the smartphone market rate of growth (19%).

Our objective is to make the best smartphone in the world.  And we believe there will always be a healthy and vibrant market for the best products.

**Are iPhone 6 and 6 Plus going to help you stop Samsung and Android's advance?**
We just shipped over 74M iPhones and did not reach supply/demand balance until this month.  iPhone sales growth of 46% outpaced the market by almost 2X, so we gained share.

We engineer our platforms, services and devices together, so we are able to create a seamless experience for our users across all our products. Our approach delivers the best user experience and avoids the fragmentation that is an ever-increasing pain point for Android customers.  This is not a sprint, it's a marathon and I believe over the longer-arc of time, our integrated HW/SW/Services offering and incredible ecosystem will be successful.

**How can you differentiate iPhone in the future?**
Each new iPhone has represented the gold standard for which all other smartphones are compared. We are able to achieve this because Apple is in a unique position in the market.  We are able to integrate world class HW design with world class SW design to create an experience that our competitors cannot match.  We believe that this is a huge and enduring point of differentiation.

Further, no one else owns a mainstream desktop OS and a mainstream mobile OS. So, we're in a unique position to make all of our ecosystem of products and services work together seamlessly.  You see this with our new Continuity features that allow iPhones, iPads, and Macs to work together in powerful yet simple to use ways.

**Are you concerned about Samsung flexible displays?**
The Retina HD display is THE best smartphone display on the market and strikes the right balance between pixel density, power, performance, battery life.

19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-EG_09278893

# iPHONE STRATEGY (Tim)

**How can you be successful in emerging markets?  How are you addressing the prepaid market?**

First, we have been very successful in emerging markets and have found that there is a significant customer base in these markets that cares about the best product experience.  In Q1'15, iPhone grew 69% in EM and 97% in BRIC countries and outpaced the global smartphone market by almost 2X.

Our objective is to make the best smartphone in the world.  And we believe there will always be a healthy and vibrant market for the best products.

|  | iPhone Q1'15 | Smartphone Market |
|---|---|---|
| EM countries: | +69% | +34% |
| BRIC countries: | +97% | +26% |

Second, our products have also become more affordable over time, without becoming cheap. We've taken actions to improve the affordability in certain markets and have been thrilled with the results.  Our market research shows that iPhone 4s and 5c have a materially higher mix of first-time smartphone and first-time iPhone owners than 5s, so it's clearly helping us attract new customers.   In China, for example, 79% of iPhone 4s buyers are new to iPhone.

*Note:  the following is based on September quarter data:*

|  | First Smartphone Owned | | | First iPhone Owned | | |
|---|---|---|---|---|---|---|
|  | 4s | 5c | 5s | 4s | 5c | 5s |
| U.S. | 27% | 17% | 7% | 59% | 43% | 27% |
| CDA | 20% | 10% | 5% | 70% | 46% | 34% |
| UK | 16% | 6% | 4% | 71% | 39% | 28% |
| FR | 11% | 4% | 3% | 61% | 25% | 24% |
| GR | 22% | 12% | 5% | 69% | 43% | 33% |
| IT | 14% | 8% | 5% | 77% | 53% | 38% |
| JP |  | 26% | 15% |  | 54% | 42% |
| PRC | 4% | 1% | 1% | 79% | 61% | 58% |
| KOR |  | 3% | 2% |  | 47% | 64% |
| AUS | 25% | 8% | 3% | 64% | 30% | 23% |

Lastly, many of our carrier and retail partners have created new ways to lower the "out-the-door" cost of an unsubsidized iPhone through installment financing and reverse subsidy models.

**Are the price bands that you're competing in becoming saturated?**
- From a growth point of view, our key catalysts will always be new products and new services. We're very happy with the overwhelming customer response to iPhone 6/6 Plus helping iPhone

20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                APL-EG_09278894

- outpace the smartphone market rate of growth by almost 2X last quarter.
- Our objective is to make the best smartphone in the world.  There will always be a market for that, so if we achieve our objective we can gain share.
- We have untapped growth opportunities through <u>carrier expansion</u>.  We are doing business with 375 carriers today, representing 72% of worldwide subscribers.  In addition to carrier expansion, we are also continuing to increase the number of third-party locations where we sell the iPhone and are now over 212K (+18% Y/Y).
- The low end of the smartphone market is being flooded with commoditized, cheap hardware combined with 2-year old OS software.  That's not where Apple competes.  <u>We're not a commodity player, never have been</u>.  The iPhone is a differentiated smartphone with features, performance and an ecosystem unlike any other on the market today.  We compete for customers who want the best smartphone experience.
- We're also having very good <u>success attracting first-time smartphone buyers</u> to our platform with the iPhone 4s and the iPhone 5c where we've lowered the price to make it more affordable in many markets around the world.  And we're getting a very significant and growing number of <u>Android switchers who are looking for a better experience</u> with iPhone.

**Don't you need a lower cost iPhone in the market to address the affordability issue in emerging markets?**
- It's important that we grow, and we're really happy with global iPhone units up 46% in Q1, ~2X the market rate of growth.   iPhone grew even faster in EM (69%) and BRIC (97%) countries.
- We don't measure our success by unit market share alone.  We look at <u>usage</u>, <u>customer satisfaction</u>, and customer <u>loyalty</u> as being just as important.
- Our objective is to make the best smartphone in the world.  And we believe there will always be a healthy and vibrant market for the best products.
- We are addressing the affordability issue with a broader selection of lower-priced iPhones
- But we will never compromise the product/user experience to hit a price point.
- We don't believe we can deliver a customer experience that we can be proud of below certain price points nor do we believe there is an attractive financial business model there.

21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-EG_09278895

# iPhone CARRIER RELATIONSHIPS (Tim)

**How are subsidy trends in the U.S. and China impacting iPhone demand?**
- Financing by the U.S. carriers has become a very popular option for customers

- We believe increased competition and $0-out-the-door offers are attractive to consumers and stimulate more richly featured/configured iPhone purchases.

- Accelerated upgrade plans are also a positive and very popular with customers

- In China, traditional subsidized phones represented only about 10% of our sales last quarter. We have not seen this negatively impact demand for the iPhone.  iPhones sales were up 79% in Greater China last quarter.

- On a WW basis, only about a quarter (24% Q1'15) of iPhones last quarter were sold through a traditional subsidy-pricing model.  This is down from 36% in Q1'14 and 49% in Q1'13.

- We believe we can be successful with both traditional subsidies and financing models, and are excited to work with our carrier partners to help them succeed while ensuring a compelling offer for consumers.

**Is China Mobile's base station rollout on schedule?**
As of September, China Mobile had built out 500K base stations and had 4G coverage in 340 cities.

**Did you add any new, big carriers in the quarter?**
We added 34 carriers including LG in Korea bringing our total to 375, which represents about 72% of the world's subscribers.

22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                APL-EG_09278896

# iPad DEMAND (Tim)

**iPad continues to contract.  Is there a bottom? Can iPad ever grow again?**
iPad sales in the December quarter were a little ahead of what we were expecting.  But let me share with you what we're seeing and why we're still optimistic about this market:

- The fist-time tablet buy rates among iPad buyers are very high which tells us that the market is far from saturated. (U.S. 48%, JP 49%, GR 52%, BR 53%, UK 54%, FR 62%, PRC 73%)
- iPad is the 1st Apple product for many customers*halo  (1 in 5 in UK and BR; 1 in 3 in PRC)
- When iPad replaces a personal computer, it most often replaces a Windows PC
- iPad app sales are growing significantly
- Customer satisfaction among iPad users is practically off the charts (98%)
- Usage is 4X all other tablets combined.  (Chitika U.S.+Cda web traffic 9/14)
- E-Commerce is moving to mobile devices, particularly tablets and iPad is way ahead of any other tablet by a mile.  (>80% of tablet e-commerce orders:  Custora: important holiday days)
- Where we compete, we win: > $200 iPad has significant share (81%). (NPD Dec Q)

    Up Y/Y from 65% to 75% in $200-$299;  #2 Samsung 20%
    Up Y/Y from 64% to 85% in $300-$399;  #2 Samsung 9%; #3 MSFT 4%
    Down Y/Y from 92% to 85% in $400+;            #2 MSFT 8%; #3 Samsung 7%

- The IBM partnership is just getting started and I'm very optimistic about our ability to further penetrate enterprise with iPads and MobileFirst solutions
- Stepping back, if you add up all the iPads we've sold in the LTM (63M), that number is greater than any of the biggest PC OEMs across their entire product lines! (Lenovo 59M)

So that's the good news.  But we also see some things pressuring the tablet market overall:

- The upgrade cycle is somewhere between an iPhone and a PC
- iPads don't die, they get handed down*thriving 2nd hand market*good for ecosystem
- The quality of the iPad is very high reinforcing the longer upgrade cycle
- It is still early, but we believe we're seeing some level of cannibalization from other products (6 Plus, MB Air).

We've been in the tablet business less than 5 years and we're still learning.  But when I step back and look at all the positives in the iPad business, usage, commerce, share, customer sat, loyalty, I feel pretty good.  And the negatives, really aren't competitive threats when you look at them, they're just market dynamics.  We'd be concerned if we saw what our competitors are seeing:  relatively high sales but low usage and low customer satisfaction.

While it will take some time for these market dynamics to work themselves through, I'm very bullish on where we can take iPad*we're continuing to invest and have a great pipeline of new products that we're working on.

**Why was the iPad mini refresh so underwhelming?**

23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278897

Last year, iPad mini 2 achieved an unprecedented 100% customer satisfaction rating.  So our goal this Fall was twofold:  add the most requested new feature, Touch ID into the mini 3; and make the mini 2 more affordable at $299.  The mini 2 and mini 3 continue to be recognized as the best small tablets you can buy.

**Why did iPad ASPs go down sequentially (-3%) and Y/Y (-5%)?**
The ASP decline, both sequential and Y/Y was due to a different product mix and negative FX.

**Do you think the iPhone 6 Plus is cannibalizing the iPad mini?**
- Cannibalization is something that's difficult to predict or measure
- still early days to assess long-term effect of larger iPhones on iPad
- we do assume some cannibalization is happening from both iPhone and Mac
- we're not concerned about it
- staying focused on making the best products and let our customer choose the ones that make the most sense for them

24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278898

**Tim's response to iPad weakness on October call:**

For iPad, if I take a step back on iPad and I know that there's a lot of negative commentary in the markets on this, but I have a little different perspective on it. Here is sort of my simple perspective. If you look at – instead of looking at this thing each 90 days, if you back up and look at it, we've sold 237 million in just over four years. That's about twice the number of iPhones that we sold over the first four years of iPhone. If you look at the last 12 months of iPad, we sold 68 million. In fiscal year 2013, we sold 71 million. So we were down but we were down 4% on sell-in and the sell-through was a bit better than the negative 4% because we took down channel inventory some.

And so, to me, I view it as a speed bump, not a huge issue. That said, we want to grow. We don't like negative numbers on these things. And so looking further in the data, I know that there's a popular view that the market is saturated. But we don't see that. I can't speak to the – to other people, but I do look at our data deeply, and in the last market research data we have is in the June quarter, and let me give you some of the real data that we've got. If you look at our top six revenue countries, in the country that has sold the lowest percentage of iPads to people who had never bought an iPad before, that number is 50%. And the range goes from 50% to over 70%. And so when I look at first-time buyer rates in that area, saturated – that's not a saturated market. You never have first-time buyer rates at 50% and 70%.

What you do see is that people hold onto their iPad longer than they do a phone. And because we've only been in this business four years, we don't really know what the upgrade cycle will be for people. And so that's a difficult thing to call. What we do know is that people always respond for us doing great products, and we feel really great about what we introduced last week. We also know that the deeper the apps go in the enterprise, the more it opens up avenues in enterprise. And that's a key part of the IBM partnership and what I think customers will get out of that, which is more important than us selling. It's changing the way people work. And so I see catalysts going forward. There are obvious cannibalization things that are occurring. I'm sure that some people look at a Mac and an iPad and decided on a Mac. I don't have research to demonstrate that, but I'm sure of that just looking at the numbers. And I'm fine with that, by the way. I'm sure that some people will look at an iPad and an iPhone and decide just to get an iPhone, and I'm fine with that as well.

But over the long arc of time, my own judgment is that iPad has a great future. How the individual 90-day clicks work out, I don't know. But I'm very bullish on where we can take iPad over time, and so we're continuing to invest in the product pipeline. We're continuing to invest in distribution. If you look at how we did in emerging markets, like BRIC countries as an example, we were up 20% for the full year of 2014. And so these numbers are impressive, and obviously the BRIC countries are growing as a percentage of our total as is developing markets is. And so it looks a bit different

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278899

geography-to-geography. And so that's a long answer to your question, but I thought it was important for you to at least hear my perspective, and you can judge it as you will.

# Android COMPETITION (Tim)

**Apple has been losing market share to Android.  Are you concerned?**
We work to create the best devices, not the most devices.  Android fragmentation is a growing problem for both users and developers. It's wrong to think of Android as one platform.  With forked versions with completely new names, there's no single platform, no single experience and no single ecosystem.  And it's a growing problem with the growth of forked Android (AOSP) far outpacing Android One last year (93% growth to 34% growth  - ABI Research).  So the importance of the Android platform is overplayed. Today 68% of Apple devices are running iOS 8.  In fact, only 39% of Android users are on KitKat and it's been available for over a year.

**Large and Loyal Installed Base**:  we have shipped over 1B iOS devices, almost half of which (48%) have shipped in the last 8 quarters.

**Thriving Ecosystem**:  while both Android and iOS have a lot of apps, iOS has most of the commerce.  We've created a platform that developers love:  our tools, including the new Swift programming language, make it efficient and easier for developers to write apps for iPhone and iPad;  we take care of all the details like FX, credit card fees;  we curate the App Store and protect IP which developers really appreciate.  Developers love the iOS platform. You can see that from the momentum of our ecosystem.

•>725K apps optimized for iPad vs. a fraction of that for apps in GooglePlay that are described as "designed for tablets" but a significant number are scaled up phone apps.
•App developers earn 60% more revenue from iOS than GooglePlay (App Annie Sept. quarter)

**Highest Usage** : customers use our products more than competitor products.
•iPad accounts for 80% share of tablet web usage (Chitika, U.S. + CDA, 11/14)
•iPhone accounts for 53% share of smartphone web usage (Chitika, U.S.+CDA, 12/3 – 12/9)

**Highest Customer Satisfaction**:
•iPhone:  97%(ChangeWave 12/14); iPad Air 98% (ChangeWave – 11/14)
JD Power iPhone 9 consecutive times.

**Highest Mobile Commerce**:  the data is clear and consistent.
•According to IBM, in the U.S., iOS devices drive the lion's share of mobile commerce with >2X the traffic and almost 4X the sales over Android. (November + December)

|  | iOS | Android |
|---|---|---|
| Traffic | 30% | 14% |
| Sales | 18% | 5% |
| Order size | $111 | $87 |

•According to Custora's E-Commerce Report (Holiday.), iPhone accounts for 50% of all e-commerce purchases from smartphones (Samsung 25%) and iPad accounts for 83% of e-

26

commerce purchases from tablets (Samsung 6%).

27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278901

# MAC RESULTS (Tim)

**What drove the very strong Mac result of 5.5M units, up 14%?**
We are thrilled to be reporting a great Mac quarter with units up 14% Y/Y and revenue setting a new all-time record, especially given the backdrop of a contracting PC market.  IDC is forecasting the PC market to contract by 3% Y/Y, which if correct would imply that we gained a little over a point of market share in the quarter (+1.1% implied to 6.9%).

Mac share of PCs sold at retail in the U.S. remained flat at 17% Y/Y (NPD Dec Q).
$700-$999 was up from 12% to 51% Y/Y
$1000+ share was down from 82% to 73% Y/Y.

**Are the Intel supported Ultrabooks having an impact on your sales?**
When Apple first introduced the MacBook Air almost 7 years ago, it defined the future of personal computers.  The competition has tried its hardest to copy our success, but customer response to their efforts has been lackluster at best.  According to NPD, only 3% of notebooks sold in the U.S. at retail were Ultrabooks (Dec Q).

**How is the Mac doing in the enterprise?**
We're seeing CIOs much more comfortable making Mac a standard choice for employees and/or allowing employees to bring their own Macs to work.  Consumerization of IT and BYOD trends, not to mention we have a very compelling TCO story, are clearly benefiting Mac in the enterprise.

**ChromeBooks are doing better. Are they a threat to your Mac notebooks?**
No.  ChromeBooks are a completely different category of device, very similar to NetBooks.  ChromeBooks are a weak alternative to either the iPad with its hundreds of thousands of apps or to the MacBook Air with its 12-hour battery life and OS X with its advanced feature set.  Gartner doesn't even count ChromeBooks as a PC in their numbers because of their limited functionality.

NPD:  ChromeBooks accounted for 10% of portables sold (Dec Q), up from 7% LY.

**Can you continue to gain PC share?**
All the reasons we have been gaining share for the past 8+ years haven't changed.
-Great hardware products                          -Great new OS (stable, scalable, secure, FREE)
-Great compatibility                                  -Great FREE apps (iLife, iWork)
-Great retail buying experience                -Great after sales learning/support experience
-Great for the environment                    -Halo from other Apple products
-iCloud, iCloud Drive                                -Continuity feature in Mac OS and iOS

28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278902

# APPLE WATCH  (Tim)

**Is Apple Watch on schedule to ship this quarter?**
We are on schedule and we expect to begin shipping Apple Watch in April.

**What are the killer features that will make the Apple Watch a success?**
There are many innovations, but it all starts with the revolutionary user interface and the jaw-dropping apps that will be available.  We couldn't just take a phone user interface and place it on Apple Watch.  We had to pioneer all-new but intuitive ways to select, navigate and communicate suited to a smaller device worn on the wrist, with inventions such as the Digital Crown, the Taptic Engine and Force Touch.  We're the only ones who take the time, sweat the details and have the expertise in HW and SW to perfect how we interact with our various devices.  You've seen us do this with the UIs for the Mac, iPhone, iPad, Apple TV etc.

**What is unique about the Watch that cannot be done on the iPhone?**
The revolutionary Apple Watch UI enables us to bring unique experiences to the wrist that are accessible, glanceable and incredibly convenient.  We built in powerful capabilities so users can communicate in new, fun, and very personal ways.  Receive a gentle tap on your wrist and simply glance at your Apple Watch to see an important message, a phone call from a friend, or even the heartbeat from a loved one.

We also see an amazing opportunity for Apple Watch to help people live healthier lives. Because Apple Watch is something you wear throughout the day we included a comprehensive fitness experience that's designed for everyone – from the novice to expert. It motivates you to do three simple things: move more, sit less, and get some exercise.

And the developer community is going to come up with some killer apps in every category, just like they have for iPhone and iPad.  In November we released our WatchKit SDK, and we've already seen some phenomenal apps being developed.

Developers can create notifications that allow users to take action or respond right from their wrist such as turning the lights off after they've left the house, quickly accessing flight details at the airport, and rerouting their transit when a train or bus is late. Developers can incorporate Glances, which quickly show users information they care about most, such as the latest news and sports scores, alarm system status or the next step of a favorite recipe.

**What can my Apple Watch do when it's not near my iPhone?**
Apple Watch is the perfect companion to your iPhone and can also work independently. For example, when going for a run you can record your Workout and Activity measurements, and listen to music stored locally on your Apple Watch. Once you authenticate your Apple Watch for Apple Pay, you don't need your iPhone nearby to use it to make purchases (as long as it has not been removed from your wrist).

29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-EG_09278903

# APPLE PAY (Tim)

**How is Apple Pay adoption going? Why will people use it over other solutions?**
- Apple Pay is <u>transforming mobile payments</u>. We built Apple Pay with the customer in mind every step of the way and our team worked incredibly hard to make Apple Pay private and secure, with the simplicity of a single touch of your finger.
- Apple Pay is off to a very strong start with about 750 banks and credit unions signed on
- Just 3 months after launch, Apple Pay makes up more than 2 out of every 3 dollars spent on NFC payments across the 3 major U.S. card networks. (V/MC/AMEX)
- Panera Bread tells us Apple Pay represents nearly 80% of their mobile payment transactions
- At Whole Foods, mobile payments are up >400% since the launch of Apple Pay
- Some of the most popular apps (HotelTonight, OpenTable, Target, Ticketmaster) are also supporting Apple Pay, making it easier to make secure purchases.
- Just today, USA Technologies announced support for Apple Pay at 200K places (vending machines in businesses and schools, laundromats, parking lots, parking meters)
- Feedback from customers and retailers is overwhelmingly positive and enthusiastic

**Update on POS that accept Apple Pay?  International expansion?**
We are working hard to bring Apple Pay to even more countries as soon as possible.

**Why isn't Apple Pay available for online purchases through a browser?**
Unlike regular e-commerce transactions, Apple Pay uniquely integrates hardware, software and services to provide an easy, secure and private way to pay. As part of this, making purchases within iOS apps requires the combination of the security and convenience of Touch ID and the embedded Secure Element, an industry-standard and certified chip designed to store your payment information safely.  Today, we bring the ease, security and privacy of Apple Pay to iOS apps and in-store payments and we will continue to innovate how users can make payments with Apple Pay.

**Can Apple Pay move the needle in terms of contribution down the road?**
<u>Apple Pay is first and foremost about the user experience</u>. Customers and merchants love the easy, secure, private and fast check out with Apple Pay.  It's just one more reason to love your iPhone. We have commercial terms with the issuing banks, but are not disclosing what those terms are. We believe that over time Apple Pay can contribute financially.

**Any questions about extending Apple Pay to loyalty cards, private label cards, etc.**
There are many ways to imagine this going but <u>we don't have anything to announce today.</u>

**What about MCX? CVS? Rite-Aid?**
Leading merchants including Bloomingdale's, Disney Store, Duane Reade and Walgreens are letting their customers enjoy the ease of use, security and privacy of Apple Pay. Some of the most popular apps (HotelTonight, OpenTable, Target, Ticketmaster) are also enjoying the convenience and privacy of Apple Pay, making it even easier to make secure purchases.

# <u>SERVICES/ECOSYSTEM</u> (Tim)

**Why did Services revenue only grow 9%?**

30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   APL-EG_09278904

Media sales were down 7%, but our iOS App Store revenue was up very strongly, 41% Y/Y.

**How can you grow your services revenue more?**
We have over 800M (891M) iTunes and App Store accounts, most with credit cards (or with store balance). In the December quarter gross billings were a record $5.9B, up 25% Y/Y. We also set an all-time record for App Store revenue thanks to the tremendous momentum and ongoing success of our developer community. So we feel pretty good about the size and the growth potential of services.

**Are you concerned there are more Android apps than iOS and that will cause developers to focus on Android and hurt your ecosystem?**
- No, with >1.4M apps and >725K of them optimized for iPad, we're very happy with the success of the App Store.
- While both Android and iOS have a lot of apps, iOS has most of the commerce with billings up 50% Y/Y and generating over $10B in revenue for developers last year
- This compares to Google's disclosure in June that they had paid developers $5B over the prior 13-month period which would imply that Android's ARPU is a fraction of an iOS user.
- Top developers launch their apps first or exclusively on the App Store since they have a guaranteed revenue stream with the residual benefit of our platform being known as the place to create buzz, momentum and a loyal user base
- iOS is easier to support from a HW and OS standpoint (68% of devices already running iOS 8)
- Developers are launching the most innovative ideas exclusively on iOS.
- Thriving hardware developer community rallying around iOS with innovative products like Nike Fuel Band and Anki Drive, just 2 examples of the many that are only available to iOS users.
- Securely purchase apps through their iTunes account.
- The App Store is the best place to find high-quality apps that will be free from malware and spam (due to having a curated experience and App Review process). Cisco's Annual Security Report documents that 99% of all mobile malware in 2013 was targeted at Android devices typically via repackaged copies of apps.
- This is the difference between a curated experience and a free-for-all, anything goes marketplace.

**How do you measure the halo effect? What happens to customers once they get into the ecosystem? Do they tend to buy more HW and services over time?**
The halo effect is very real and we are able to measure how ownership of an iPhone for example, influences the purchase of an iPad over time.

**Does Apple plan to monetize [HomeKit, HealthKit, CarPlay, iBeacon] or is it more to help developers and make things easier for users?**
It's all about strengthening the ecosystem.

**Is services revenue per user going up over time?**
Every quarter, we have more accounts transacting across our iTunes stores and billings per (paid) users have been growing.
For internal only:  Q1'14: $43.59 —> Q1'15: $50.44   +16% Y/Y

31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278905

**What are the dynamics between storage on device and iCloud storage?**
iCloud storage accounts are growing (19.5M up 26% Q/Q), but we're also selling more higher-capacity devices.  The more favorable pricing on the 64GB and 128GB iPhones was very popular last quarter.  We're happy to be able to offer our customers both more affordable cloud storage and more affordable device storage.

**Google says that 93% of its users are on the latest version of Google Play.  Does that mean there's just as much user integration for Android as there is for iOS?**
No, Google's number only pertains to users who own devices that run Google Play Services and Google Apps, a subset of the total Android user base worldwide. We measure adoption at the operating system level.  96% of our global user base is running either iOS 7 (29%) or iOS 8 (68%), and this is 7 months since the launch of iOS 8!  This allows us to deliver updates, including important security fixes, on a global scale quickly. This also benefits developers when creating new apps to support our latest devices. With Android, only 39% of users are running the latest version of the operating system, which speaks to the larger issues Google faces with fragmentation and lack of control over its Android ecosystem.

**Do you have a problem building core services?**
No, in fact, we have some of the largest and most popular services in the world.  In FY14, we had >$18B of services revenue which is greater than the annual sales of 2/3 of the companies in the F500.  We have a huge services business today and it's growing.

- The App Store with >1.4M apps, >85B downloads; 155 countries
- iTunes is the most popular seller of digital content on the planet with the largest library:
>45M songs, 106K movies, 391K TV episodes
- iCloud:  over 600M (613M) accounts
- iMessage: daily average 3.3B;  cumulative: 2.4T
- Notifications: daily average 63B; cumulative: 32.2T
- Game Center:  390M registered users (up from 360M in Q414)
- Photo Stream:  daily average >1.1B;  cumulative: 586B
- FaceTime:  daily average 19M calls;  cumulative 11.1B video + 689M audio

32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# MUSIC/BEATS (Tim)

**Did iTunes music sales decline again in the December quarter?**
Yes, media sales were down Y/Y.

**What was the Beats contribution to Q1 results?  Accretive in FY15?**
We're very happy with the integration of Beats into Apple and the synergies we are starting to see both on the revenue and the cost side.  Beats headphone and speaker products had a great holiday quarter, significantly outpacing the market and gained share according to NPD.

**How many subscribers does Beats Music have?**
Beats Music has received positive reviews and customer feedback has been great.
**Internal only:** Beats has over 400K paid users (295K paid accounts)    = family accounts.

**Will Beats Music continue to offer its service on Android and Windows Mobile?**
We're going to continue to be cross-platform with Beats Music.

**How will Beats enable Apple to deliver distinctive consumer experiences relative to competitors such as Spotify, Pandora, Google, Netflix or Amazon?**
We think Beats Music is the first subscription service to really get it right. Beats Music delivers highly personalized music recommendations through algorithms combined with unrivaled human curation. When you listen to Beats Music you can feel a human touch curating and personalizing the experience and creating context for the music you're listening to. Beats Music also has a deep respect for both music and those who make it, built from the ground up with artist input. With the addition of Beats Music we have a full lineup of options for our customers, whether buying music from iTunes, listening to iTunes Radio for free, or now using Beats Music.

**Is Beats Music enough to turn around sagging music sales?**
Today we have 3 ways to enjoy music:  iTunes, iTunes Radio and Beats Music.  We have teams working on the integration of all of our offerings and we'll have more to talk about soon.

**What is the future of iTunes Radio?**
iTunes Radio is a great way for people to listen to music for free. We're continuing to bring new features to iTunes Radio and will continue to expand to more countries.

**Why would a customer choose iTunes Radio over Pandora?**
iTunes Radio is the best way to discover new music.  It makes better recommendations to customers since it can use their library, purchases, and play history. We also work very closely with record labels to break new artists allowing us to premier new songs, which is what radio has been all about. Our music programing team will also make hundreds of stations available to customers built into their music player for convenience. And customers will be able to purchase songs from iTunes Radio with one click to add to their library and stations and play history are synced across all of their devices.

# OPERATIONS (Tim)

33

**Did component costs come in as expected during Q1?**
In the December quarter, NAND, mobile DRAM, and LCD pricing each declined and contributed to the stronger-than-expected gross margin.

**Where do you see component pricing heading in the March quarter?**
Pricing for NAND, DRAM and LCDs are all expected to decline in the March quarter. Other commodity markets are in supply/demand balance and pricing is expected to decline at historical rates.

**What do you make of reports that you've cut orders in the supply chain?**
We don't comment on rumor and speculation. And I'll remind you that our supply chain is very complex and there are many reasons why our purchase commitments can vary over time, including product mix, component lead times, supplier capacity and concentration, and commodity market conditions.

**What are the ramifications of the GTAT bankruptcy to Apple? Write off? (Luca)**
The bankruptcy court approved our settlement with GTAT in December and the impact of the bankruptcy is reflected in our Q1 results. The bankruptcy had no impact on production in Q1, nor will it have any impact on production in the future.

**Did you take on too much risk with GTAT? (Luca)**
We worked with GTAT on a new idea and process. If we never take risks, we may not be pushing hard enough on the innovation front. The GTAT bankruptcy had no impact on our production in Q1, nor will it have any impact on production in the future.

**Who is currently providing your sapphire?**
We have a number of sapphire suppliers.

34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278908

# GENERAL – HOT TOPICS (Tim)

**Does Google's entry into the MVNO space concern you?  Competitive threat?**
It's hard to comment on rumors and speculation.  But I can tell you that when we created the iPhone, we forged a new kind of relationship with carriers compared to what was done before.  This relationship was built upon us doing what we do best – the product.  And carriers doing what they do best – the network.  This has worked tremendously well for both us and for our carrier partners.  And today we are proud to have relationships with >370 carriers in 134 countries.

**Now more government officials in the US and abroad are claiming your encryption policy is "an issue of public safety" for law enforcement. Where do you stand?**
From the outset we design our products such that we collect a minimum of data. This is different from most other companies.  We place a very high value on customer privacy.

Many features in the Mac, iPhone and iPad have been encrypted for years including iMessage, FaceTime and FileVault. We decided to encrypt additional information such as photos and contacts on devices running iOS 8 to protect our customers. So much of our digital lives are now on our devices and in the cloud, and Apple is going to continue making our products and services as secure as possible for our customers.

You can't leave a key under the mat without expecting the bad guys to use it, or at least try to get their hands on it.

**Do you think the new device level encryption is preventing law enforcement from doing their job and do you plan to change it?**
No, this is between law enforcement and the accused. We believe law enforcement should go directly to the accused to get the passcode information they need to unlock the device. Apple is deeply committed to protecting our customer's privacy and we continue to increase the security protections in our products out of a deep respect for our customers' data. Many features in the Mac, iPhone and iPad have been encrypted for years including iMessage, FaceTime and FileVault. We decided to encrypt additional information such as photos and contacts on devices running iOS 8 to protect our customers. So much of our digital lives are now on our devices and in the cloud, and Apple is going to continue making our products and services as secure as possible for our customers.

**What do you consider core technologies that you want to bring in-house?**
We want to own and control the technologies and IP that makes a meaningful difference in the user experience, that create a competitive advantage, and that potentially provide efficiencies and cost savings.  Historical examples:
-sensor technology: e.g. Touch ID, Force Touch
-silicon: core differentiation for performance of our products
-NAND flash controllers (Anobit) more customization for our designs
-camera technology: best cameras on the market

# GENERAL – HOT TOPICS (Luca)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                       APL-EG_09278909

**What will be the impact of the changes in the Irish tax laws to Apple?  Over what time frame?**
Ireland has enacted legislation to change its corporate residency requirements, that is partially effective January 1, 2015 and final after 2021.  Ireland has also announced its intent to change its tax treatment of intellectual property that will become clearer over the next year. We will continue to study the implications of Ireland's enacted and announced policy changes and their potential impact to Apple.  Meanwhile, we will continue to comply with Irish tax law and pay all of the taxes that are owed.  We expect that Apple's Irish tax will increase over time, although modestly initially.  As a reminder, Apple provides for U.S. tax on approximately half of our international earnings already, so any impact from Irish rule changes would only affect the tax expense we provide on half of our foreign earnings.

**What are your thoughts on the economy?**
There has been increased volatility in the financial and foreign exchange markets in recent weeks.  We do not know to what extent this is going to affect consumer confidence during this quarter.  Based on customer demand for our products and services, we remain optimistic and we have just provided strong revenue guidance for the March quarter.  Obviously, a strong dollar has a negative impact on our international business.

**What's your response to the latest ACSI survey in which Samsung customers reported higher customer satisfaction than iPhone customers?**
This is a very dated report (surveyed at the time of Galaxy S5 launch but recently reported).

The survey data has been very clear and consistent:  iOS customers have the highest customer satisfaction.

36

   APL-EG_09278910

# LITIGATION (Tim)

**Any comment on Monster lawsuit?   iOS 8 storage lawsuit? Ericsson lawsuit?**
We prefer not to comment on pending litigation.

**Why did you settle the eBooks litigation?**
We are continuing to fight this case on appeal.  We believe the first finding was wrong. The iBooks Store has been good for consumers and the publishing industry as a whole, from well-known authors to first-time novelists. We expect the appellate courts will clarify the law in this area and once that is done there will be no reason to continue with the case, so we have agreed to a resolution which is contingent on the outcome of the appeals.

**What is the financial impact of the eBook judgment?**
We won't know the answer to that until we hear from the Second Circuit Court of Appeals.

**Why can't you and Samsung settle?  What is the status of the domestic litigation?**
Apple and Samsung did recently agree to narrow the focus of our dispute to the United States where Apple has obtained 3 substantial victories and, collectively damages above $1B. Those wins are now on appeal by Samsung.  We continue to look for common ground, but so far the companies have been unable to work out a friendly resolution to the problem of Samsung's persistent infringement of Apple's intellectual property.

**Has your litigation with Samsung resulted in higher prices?**
No, we haven't seen any impact to our pricing or supply as a result of the IP disputes.

**What is the financial impact of the no-poaching settlement?**
This matter is now before Judge Koh and we will know the specific number when she rules on the settlement proposal.  We have accrued what we believe will be our portion of the settlement.

37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278911

# OUTLOOK –Revenue (Luca)

**Why are you guiding revenue down sequentially by 26% to 30%?  Why a steeper decline this year compared to past years?**
We are guiding to 20% Y/Y growth at the top end of the range, which we feel very good about. We're coming off an all-time record quarter and huge Y/Y growth, and we expect seasonally lower sales of iPhone, iPad and Mac in the March quarter.

There are a number of differences in the sequential dynamics this year vs. last year making the expected decline a bit stronger:

This year:
-stronger FX headwinds [~2% pt impact]
-faster new product ramp rolling out to more countries/carriers in Q1

Last year Q2:
-CMCC launched + channel fill [~2% pt impact]
-very strong Japan driven by carrier wars + anticipated consumption tax hike [~1% pt impact]

**Why are you guiding revenue up Y/Y by 14% to 20%?**
Given the very strong customer response to our iPhone lineup, we expect to see strong Y/Y growth in iPhone sales.  We also expect strong growth in Mac and continued share gains.

**What do you expect iPhone, iPad, Mac unit sales trends to be in the March quarter?**
iPhone- We expect seasonally lower sales sequentially but strong Y/Y growth.
iPad – We expect significantly lower sales sequentially coming off the holiday quarter. Also, in the year-ago quarter, we were still catching up with iPad mini demand . . . therefore we expect a larger sequential decline this year than last (which was -37% sequentially last year)
Mac – We expect seasonally lower sales sequentially but solid Y/Y growth and continued share gains.

Historical Q1 to Q2 sequential comparisons (FY15e based on mid-point Q2'15 SI $53.5B)

| | | | | | |
|---|---|---|---|---|---|
| **iPhone**: Seq: | FY15e: -25% | FY14: -14% | FY13: -22% | FY12: -5% |
| **iPad**: Seq: | FY15e: -46% | FY14: -37% | FY13: -15% | FY12: -24% |
| **Mac**: Seq | FY15e: -14% | FY14: -14% | FY13: -3% | FY12: -23% |
| **Revenue:** Seq: | FY15e: -28% | FY14: -21 % | FY13: -20% | FY12: -15% |

Historical Q2 to Q2 Y/Y comparisons (FY15e based on mid-point of Q2'15 SI $53.5B)

| | | | | | |
|---|---|---|---|---|---|
| **iPhone**: Y/Y: | FY15e: +27% | FY14: +17% | FY13: +7% | FY12: +88% |
| **iPad**: Y/Y: | FY15e: -30% | FY14: -16% | FY13: +65% | FY12: +151% |
| **Mac**: Y/Y: | FY15e: +15% | FY14: +5% | FY13: -2% | FY12: +7% |
| **Revenue:** Y/Y: | FY15e: +17% | FY14: +5% | FY13: +11% | FY12: +59% |

38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      APL-EG_09278912

# OUTLOOK-Gross Margin (Luca)

**Why are you guiding gross margin to 38.5% to 39.5% compared to 39.9% in Q1'15?**
We expect gross margin to decline sequentially due to loss of leverage on lower revenue, and FX headwinds.  We expect these factors to be partially offset by more favorable costs.

| | |
|---|---|
| 39.9% | Q1'15 actual |
| -1.5% | leverage |
| -1.1% | FX |
| +0.3% | mix/price/other |
| +2.3% | cost |
| 39.0% | Q2'15 mid-point |

**Why is gross margin declining sequentially this year, when it increased 140 bps sequentially last year?**
We feel very good about providing GM guidance of 38.5% to 39.5% despite the loss of leverage and FX headwinds.

**Do you expect warranty accrual as a percent of revenue to improve across the year?**
We are constantly working on improving the quality of our products and made good progress in FY14.  We have factored our best estimates into our gross margin guidance and we'll report to you our actual results in April.

[currently expect sequential increase from 2.8% in Q115 to 3.0% in Q215]

39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-EG_09278913

# OUTLOOK –OPEX/OTHER (Luca)

**Why are you guiding Y/Y OPEX growth of 24% to 26% vs. Y/Y revenue growth of 14% to 20%?  Can we see sustained OPEX leverage?**
We expect the majority of the Y/Y increase in OPEX to continue to come from R&D, given our expanded product portfolio and our investments ahead of revenue to be generated in the future.  We also expect to continue to invest in marketing and advertising as we expand distribution and take our brand to more places around the world.  And we will have a full quarter of Beats expenses this year.  Finally, we continue to open new retail stores around the world.

Our guidance implies an E/R of 10.2% at the mid-point, which we believe is extremely competitive.

**Why do you expect your OPEX to be down to flat sequentially?**
This is relatively consistent with the sequential trend we saw between Q1 and Q2 last year.  We expect seasonally lower revenue, but we continue to invest heavily in R&D given our expanded product portfolio and our investments ahead of revenue to be generated in the future.  We also expect to continue to invest in marketing and advertising as we expand distribution and take our brand to more places around the world.

As a percentage of revenue, we expect OPEX to be ~10.2% at the mid-point, which we believe is very competitive.

**Why do you expect your operating margin to be in the range of 28.1% to 29.5%?**
As a percentage of revenue, we expect OPEX to be about 10.2% at the mid-point, which we believe is very competitive (E/R in Q1'15 was 7.4% and in Q2'14 was 9.5%).

**Why are you guiding your tax rate in FY15 to 26.3%?**
The expected tax rate is similar to what we reported in FY14 and in Q1'15.
**If pressed:**  the recent changes in tax legislation in Ireland are fully reflected in our guidance.

**Is $13B still your FY15 CAPEX target?**
Yes, we expect CAPEX to be $13B for FY15, up $2B Y/Y as we make investments in the supply chain, data centers, engineering activities, retail and other facilities.

The majority of our CAPEX spend comes from investments in the supply chain and in data centers to support our products and services.  The FY15 CAPEX budget also includes expenditures related to our second corporate campus.  The increase relative to FY14 is primarily the result of increased investment in data centers to support the growing needs of our business.

40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-EG_09278914

# GUIDANCE PHILOSOPHY (Luca)

**You exceeded the high-end of your Q1 revenue guidance range by over $8B.  Are you still providing guidance within which you expect actual results to fall?**
Our guidance philosophy has not changed.  At the beginning of a quarter we guide to a range that we believe we will fall within, based on the information available to us at that point in time.

During Q1, a number of things went better than we had anticipated. The unprecedented demand for the iPhone 6/6 Plus combined with a smoother production ramp allowed us to build and ship millions more iPhones than we expected when we provided our guidance back in October. Mac and iOS App Store revenue also exceeded our expectations in the quarter.

41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278915

# OUTLOOK FUTURE (Tim)

**What kind of top-line growth can we expect from Apple?  mid-single-digit or higher?**
We don't guide beyond the current quarter, but we're incredibly optimistic about our future.
We have a great lineup of products today, including 2 new categories, Apple Pay and Apple
Watch. We have other great things in the pipeline. I don't want to give hints about what we're
working but let me highlight some things that are visible to you where we see excellent growth
opportunities:

-Apple Watch:  a category-defining product

-Apple Pay: a new service category that is transforming mobile payments.  We are in the very
early days but customer, merchant and industry interest is very high. Working to get it
launched in international markets as fast as we can.

-Enterprise:  huge opportunity with IBM partnership; we expect to grow our iOS penetration.

-Emerging markets:  great momentum + huge pent-up demand for a larger-screen iPhone.

-Mac: It was a ~$25B business last year and grew 12%, (units up16%).  Record Mac revenue
in Q1. We make the best PCs in the world with plenty of room to continue to grow.

-Apple ecosystem services: fastest growing category last year, up 13%, with potential to
monetize more in the future.

**Where do you see future GM?  Can you raise prices?**
I'm really pleased with our December quarter gross margin at 39.9% which was higher than we
expected due to the unprecedented demand for the new iPhone 6/6 Plus combined with superb
execution to build and ship millions more units than we expected back in October. Looking back
over the last several years, we have made very good business decisions balancing units,
revenue, and the bottom line. We think about all 3, and we are willing to trade off short-term
profits where we see long-term potential.

**Can you maintain your high iPhone pricing and GM with increased competition?**
We don't have high iPhone pricing.  We price our products for the superior value we are
delivering.  Here's what is important to us: we will only make great products, and this precludes
us from making cheap products that don't deliver a great experience. We believe deeply that
there are people in every part of the world that want great products. We will continue to make
thoughtful pricing decisions.

42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                        APL-EG_09278916

# OUTLOOK FUTURE (Luca)

**Your Q2'15 guidance implies an OPEX/Revenue ratio of ~10.0% to 10.4%.   Is this the new normal? Was Q1's improved leverage a one-time thing?**
We are very proud of how we have managed OPEX over the years, creating leverage while investing in R&D to create our products and platform, great advertising to build our brand, opening almost 450 retail stores, and expanding our third-party distribution. We will not under invest in our business and expect there will continue to be periods where our OPEX growth rate exceeds our revenue growth rate, especially as we have been investing heavily in R&D ahead of future revenue streams.

We ran OPEX at 10% of revenue in FY14 and we believe that is a very competitive result relative to other tech companies (e.g. GOOG: >30%;   MSFT: >35%;  HPQ: 15%)  We are managing our OPEX well while making R&D investments ahead of the revenue that new products and services will generate in the future.

We are very happy that our revenue growth during Q1 exceeded our OPEX growth, in spite of the significant R&D investments we are making ahead of the revenue that new products and services will generate in the future.

43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278917

# APPENDIX

Accounting & Reporting
Apple TV
Cash Flow
Distribution
Education
Enterprise
iAd
iPad Demand -Supplemental
Retail

Facts & Figures

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        APL-EG_09278918

# ACCOUNTING & REPORTING
**How much revenue are you deferring for software updates and iCloud?**

|  | Unspecified | | | Specified | |
|---|---|---|---|---|---|
|  | **Updates** | **Services** | **Current Total** | **Updates** | **Prior Total** |
| iPhone | $8-15 | $7-10 | $15-25 |  | $15-25 |
| iPad | $8-15 | $7-10 | $15-25 |  | $20-25 |
| iPod touch | $8-10 | $5-10 | $13-20 |  | $13-20 |
| AppleTV | $5 | N/A | $5 |  | $ 5 |
| Mac | $25 | $15 | $40 | $1* | $40 |

*effective 6/2/14 related to the announcement of Photos in OS X, a feature of Yosemite, at WWDC. As of Q1'15, Photos in OS X remains undelivered.

**How did the iOS deferral change as a result of iWork and iLife suites going to free?**
Upon release of iOS 7 in September of 2013, we began deferring between $15-25 on iPhones and iPads depending on the product which represented up to a $5 increase per unit for the updates and the services.

**How did the Mac deferral change as a result of Mavericks and iWork going to free?**
Upon release of Mavericks last year, we began deferring a total $40 which represents a $20 increase for the updates and the services.

**How did you determine the amount to defer on each device for software upgrades?**
Our revenue deferral on each device for providing future software upgrades considers several factors including among others the pricing of competitive offerings, the nature of the upgrade right and the relative deferral for the upgrade right as compared to the total selling price of the product.

**How did you determine the amount to defer on each device for services?**
Our revenue deferral on each device for non-software services, including iCloud, Siri and Maps considers several factors including our estimated annual cost to provide the free services with a reasonable profit margin, the estimated useful life of the device, the estimated number of devices per user, and general market conditions for cloud services.

**Where on the Data Summary is iCloud revenue recorded?**
Amortization of revenue deferrals for embedded software upgrade rights and non-software services, including iCloud and Siri, is recognized in revenue in the related device categories over the estimated useful life of the device. Revenue from the sale of additional storage is reported in Services.

45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# APPLE TV (Tim)

**How many Apple TV units did you sell in Q1?**
Q1'15:   2.4M, down 5% Y/Y
FY14  :   7.0M, up 5% YY


**How will Apple play a bigger part in the TV market?**
As you know, we don't talk about future product plans. However, while we dub Apple TV a "hobby" compared to our other very large businesses, it is doing very well and continues to be very popular with users. For $99, Apple TV offers a gorgeous UI and design, combined with great programming options including iTunes, Netflix, Hulu Plus, HBO Go, SHOWTIME ANYTIME, WatchESPN and more.

Apple TV users can choose from an incredible selection of programming including 106K movies and 391K TV episodes, as well as the largest collection of music on the iTunes Store.


**Is Google's set-top-box a threat to Apple TV?**
This will be Google's third major effort into the living room.  Their previous attempts with Google TV, launched in 2010 never took off and the Nexus Q launched in 2012 never made it to the mass market.  They are again relying on third-party hardware OEMs to manufacture and sell the boxes.  We'll have to see.  In the meantime, our billion-dollar hobby continues to delight our customers.


**Is Apple TV still a hobby?**
Apple TV is doing very well, and cumulatively we've sold over 25M to date, but yes, it remains a hobby compared to our other 4 very large businesses, albeit a more interesting hobby! In FY14 we sold 7.0M (+5% Y/Y).  Combining hardware and video sales/rentals that go through it, Apple TV was <u>over a 1.2B dollar business</u> for us last fiscal year. (FY14:  $641M ATV + $587M Video = $1.2B)

46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278920

# CASH FLOW

**Why was operating cash flow of $33.7 billion so much higher than net income of $18 billion?**

- Biggest driver was seasonally strong working capital generation. Net change in A/P, A/R and inventory drove $9.6 billion in cash flow.
- D&A, SBC, and deferred income taxes (non-cash items) added another $5.7 billion to the difference.
- We had seasonally higher accruals for certain taxes, warranty and other items and were a net receiver of collateral related to our FX contracts.
- Positive drivers were partially offset by several items including larger vendor non-trade receivables due to the high volume of activity through our buy-sell program.

**Q115 v. Q114**

**Depreciation and Amortization**
**Q115 $2.575 billion source**
**Q114 $2.144 billion source**
Expense has increased Y/Y as fixed assets have grown.

**Deferred income tax expense**
**Q115 $2.197 billion source**
**Q114 $1.253 billion source**
Primarily the results of larger foreign earnings Y/Y.

**Accounts receivable**
**Q115 $751 million source**
**Q114 $1.098 billion use**
DSO dropped from 38 days to 20 days from the end of Q4 to the end of Q1 this year on a $32 billion sequential increase in revenue, whereas the decline was from 32 days to 22 days last year on a $20 billion sequential increase.

**Vendor non-trade receivables**
**Q115 $3.508 billion use**
**Q114 $3.459 billion use**
Buy/sell program continues to be used extensively.

**Other current and non-current assets**
**Q115 $1.648 billion use**
**Q114 $319 million use**
Y/Y difference driven by multiple factors including increases in treasury-related accounts, VAT receivables, and other deposits partially offset by lower component prepayments and other items.

**Accounts payable**
**Q115 $9.003 billion source**

47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     APL-EG_09278921

**Q114 $8.191 billion source**
A/P was seasonally strong due to the high volume of business in the December quarter. DPO declined by 26 days from the end of Q4 to Q1 this year, compared to a decline of 11 days from Q4 to Q1 last year; otherwise the Y/Y difference would have been greater.

**Other current and non-current liabilities**
**Q115 $4.667 billion source**
**Q114 $1.195 billion source**
Biggest drivers of the difference Y/Y were higher accruals for items including certain taxes and warranty and increases in FX-related accounts.

48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-EG_09278922

# DISTRIBUTION

|          |         | Y/Y   | Seq  | Seq delta # |
|----------|---------|-------|------|-------------|
| iPhone:  | ~212K   | +18%  | +6%  | +11.3K      |
| iPad:    | ~115K   | +5%   | +1%  | +1.6K       |
| Mac:     | ~26K    | +3%   | -2%  | -.4K        |

**Greater China POS**

|          |        | Y/Y   | Seq  |
|----------|--------|-------|------|
| iPhone:  | ~40K   | +92%  | +1%  |
| iPad:    | ~6K    | 0%    | -2%  |
| Mac:     | ~2K    | +9%   | 0%   |

**BRIC Total POS**

|          | Y/Y   | Seq   |
|----------|-------|-------|
| iPhone:  | +45%  | +6%   |
| iPad:    | -11%  | -11%  |
| Mac:     | +39%  | -5%   |

| **iPhone** |     | **iPhone 6/6 Plus** |
|------------|-----|----------------------|
| Country    | 134 | 130                  |
| Carrier    | 375 | 362                  |

**Number of stores WW:**

| iTunes: | 119 countries                                        |
|---------|------------------------------------------------------|
| Apps:   | 155 countries                                        |
| Books:  | 51 countries (for sale)  155 countries (for sale + free) |
| AOS:    | 44 stores in 39 countries                            |

49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          APL-EG_09278923

# EDUCATION (Tim)

**How did your U.S. education business perform?**
•The December quarter is seasonally light for education, however Mac units were up 2% driven by the MB Air as it continues to be the device of choice in large student deployments while iPad units were down 12%.

•iPad to Mac ratio:  2.7:1

•We had a number of large iPad deals in the quarter:

        LAUSD: 22.9K iPad Air
        Mansfield ISD:  5.3K iPad mini 2

**What is Apple's share of tablets in U.S. Education market?**
September quarter:  86% (IDC) down 2% Y/Y.

**Are ChromeBooks a threat to iPad in Education?**
ChromeBooks remind me of NetBooks:  about all they have going for them is they are cheap. ChromeBooks are a weak alternative to either the iPad with its hundreds of thousands of apps and curriculum or to the MacBook Air with its 12-hour battery life and OS X with its advanced feature set.

**Is the iPad mini a viable product in the classroom?**
A large proportion (Q1'15 73%) of U.S. Ed iPad volume comes from the 10-inch models.

**Facts & Figures**
-- >10K public iTunes U courses
-- nearly 1M public media files on iTunes U
-- 1.3B downloads of iTunes U content
-- >45K books made with iBooks Author by educators in iTunes U

50

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278924

# ENTERPRISE (Tim)

**How is the IBM partnership going?**
We couldn't be more pleased with the partnership with IBM.

•In December we delivered the first 10 MobileFirst for iOS apps for banking, retail, insurance, financial services, telecommunications, governments and airlines.

•Another 12 apps will be released this quarter, including three new industries: Healthcare, Energy and Utilities, and Industrial Products. This will bring us to a total of 22 apps, and we're on track to have over 100 by the end of 2015.

•These apps can be customized for any organization and easily deployed, managed and upgraded via cloud services from IBM specifically for iOS devices, with security across the data, app and device.

•In addition to the set of customer announcements in December, Miami-Dade County and Duke Energy have also signed on as industry innovation Foundation clients.

**What is your penetration of iPhone and iPad into the Fortune 500?/Global 500?**
**iPhone: F500**: 98%;  **G500**:  91%
U.S. commercial share per IDC 75% (LTM through Sept 2014) and 56% (Sept quarter)

**iPad: F500**:  99%; **G500**:  94%
U.S. commercial share per IDC 76% (LTM through Sept 2014) and 76% (Sept quarter)

**Large iPhone Deployments (approved for public mention)**

| | | | | | |
|---|---|---|---|---|---|
| Deloitte | >50K | GE | >50K | Nestle | >25K |
| Cisco | 34K | Siemens | 30K | Deutsche | 20K |
| SAP | 30K | NASA | >26K | Medtronic | >16K |
| DuPont | >18K | | | | |

**Large iPad Deployments (approved for public mention)**

| | | | |
|---|---|---|---|
| Luxottica | >10K | Gov't of Sweden | >100K |
| Qantas | >15K | Sanofi | >25K |

**How is iPhone doing in the corporate market?**
<u>Great momentum:</u>  Good Technologies (September quarter):  iOS had 69% of all device activations by its corporate customers, and iPad accounted for 89% of all tablet activations. And the most compelling statistic of all is that 88% of app activations were on iOS! (June Q).

51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278925

# <u>iAD</u> <span style="color:red">(Tim)</span>

**Should we expect iAd to become a meaningful part of Apple's revenue stream?  Or is it more about the ecosystem?**
- We are building a place for brands to participate in the <u>digital mobile market in a high quality way</u>
- iAd primarily <u>focuses on its network of hundreds of thousands of developers</u> as well as Apple's own iTunes Radio experience where ads are the primary way that we are able to offer free music streaming to consumers in the U.S. and Australia.
- While it is still in its infancy, we are encouraged by the <u>early organic activity within iAd Workbench</u>
- We look forward to <u>seeing this new channel develop</u> as we reach into new areas of the advertising market and seek new ways to create value for consumers on our devices


**How did iAd do in the December quarter? How is iAd doing in general?**
- Number of ad <u>campaigns continues to grow</u> reaching >2K in Q1: 30% growth Y/Y
- Launched iAd Workbench in an <u>additional 77 countries in Q1</u>, aggressively expanding our global footprint (up from 25 countries).
- Released a new iOS feature called "<u>My Audiences</u>" that enables developers and advertisers to seamlessly create customer segments from their Apps and use them for re-targeting ad campaigns on iAd Workbench, while adhering to Apple's commitment to consumer privacy.
- Made it easier for marketers to create and manage campaigns in iAd Workbench thru <u>secure APIs</u> for <u>campaign creation</u>, <u>bid management</u> and <u>reporting</u>.   This is the preferred mode of buying and we anticipate what the industry refers to as programmatic bidding, to increase monetization for our developers.

**How many countries is iAd in?**
iAd is currently available in 102 countries.

52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# iPad DEMAND Supplemental (Tim)

## 1. Customer Satisfaction/Usage
Customers love their iPads and use them heavily:
- ChangeWave just measured a 98% customer satisfaction rate for the iPad Air (Nov 2014)
- ChangeWave found that 60% of people planning a tablet purchase within 90 days plan to purchase iPad (Nov 2014)
- Chitika Insights found that iPad users in North America generate 80% of web traffic, 4X the web traffic of all other tablet users combined.  (Sept 2014 U.S. + Canada)
- Custora's E-Commerce Report (Sept) indicates that iPad accounts for 82% of U.S. e-commerce transactions from tablets (Samsung 8%).

## 2. Share/Traction
iPad has incredible traction in very important markets:
- We have 40% share of the U.S. retail market (NPD Dec Q)
- Share where we compete:  $200-$299:  75%;  $300-399:  85%;  $400+: 85%
- We have 86% share of the U.S. Education tablet market [IDC Sept quarter]
- We have strong penetration of the enterprise market.  99% of the F500 are using iPad, and 89% of Good Technologies' client tablet activations were iPad in the Sept. quarter.
- iPad is leading the post-PC revolution in emerging markets.  In FY14, emerging markets accounted for 35% of total iPad sales:  that's about the same as the emerging market mix for iPhone sales (34%) and much bigger than the emerging market mix for Mac (22%) and iPod (15%).

## 3. PC Opportunity
We also think that we have more opportunity to win over current and prospective PC owners. Increasingly we hear that iPad customers are using their PCs less as they use their iPads more, and new customers, whose first device may be an iPhone, find that they can be more creative and productive by adding an iPad, while skipping the cost and complexity of a PC altogether.

We think that our partnership with IBM will be one catalyst for future enterprise iPad growth. We've already seen broad adoption of iPad in enterprise, not only replacing PCs and paper-based workflows, but also creating all-new workflows which enhance mobility, speed and efficiency. We think a new generation of mobile enterprise applications, designed with iPad's legendary ease of use and backed by IBM's cloud services and data analytics will accelerate this trend.

## 4. Halo
The iPad also enjoys a halo effect from the iPhone. We've found that among iPhone customers who are new to Apple, the Apple product they're most likely to buy next is an iPad.

## 5. Beginning of the iPad revolution
We don't provide long-term guidance, but these factors demonstrate the strong foundation we have for the future. Every day, around the world, we see more and more evidence of individuals, businesses and educational institutions using iPads in new, amazing game-changing ways. This gives us confidence that we still have much more opportunity to grow the iPad business. I believe we are just at the very beginning of the iPad revolution, and I'm

53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-EG_09278927

confident that we can continue to bring significant innovation to this category through HW, SW and Services.

**Are you concerned that all the growth in the tablet space is in the low-cost tier where you don't compete?**
No. Flooding the market with cheap junk is something we saw with netbooks a few years ago, and it's not something that's ultimately good for the customer or the industry. When you look at the high usage and customer satisfaction we see from iPad customers, and the momentum we're seeing in both education and enterprise, you can see we're focused on creating a great business built on great products that are changing lives and transforming industries.

These disposable tablets are more toys than tools, and if they're being used at all, they're being used in very different ways from iPad. We don't want to sell the most, we want to sell the best, and this "junk" segment of the market isn't one we're interested in participating in.

iPad unlocks new capabilities and functionality not available on a PC or a phone with the largest collection of tablet optimized apps. iPad makes users more productive, it's a force multiplier for the PC and phone users already own. A tablet that doesn't run tablet apps isn't a tablet.

Remember that one of the key things driving tablet ASPs down in the market is fire sale closeouts of a number of products that failed to gain traction in the market. That doesn't suggest to us that what we're seeing is sustainable.

Folks like IDC are already beginning to see some signs that the low-cost tablet boom is fading, and we're not surprised. We've said it before, a product that ends up in the drawer isn't a bargain at any price.

We remain focused on consistently delivering quality products with increasing capability and utility. Our current iPad line is our strongest and best-reviewed line ever. iPad continues to dominate web tablet usage share, which says to us that no matter how many tablets are getting made and/or sold, iPad remains the only one is actually getting used. Customers ultimately want a quality product that does more and helps them get more done. When you look at the reviews and the usage data, that product is iPad.

**Do you think the tablet market is becoming saturated already?**
According to our most recent internal market research, about half to 3/4 of the iPads we're selling are to first-time tablet buyers, which would suggest that the market is not saturated.

*Note: the following is based on **September** quarter sales.*

| iPad is First Tablet Owned | | iPad is First Apple Product Owned | |
|---|---|---|---|
| China: | 73% | China: | 35% |
| France: | 62% | France: | 17% |
| UK: | 54% | UK: | 23% |
| Brazil: | 53% | Brazil: | 24% |
| Germany: | 52% | Germany: | 14% |

54

Japan:49%                        Japan:14%
U.S.              48%            U.S.              12%

**How do you see the tablet market developing?  How big do you think it is?**
IDC estimates the tablet market to be 236M units in CY14 and for the first time, tablets shipments are expected to have out-numbered PCs in the December quarter (82M to 79M).  IDC is forecasting the tablet market to grow and the PC market to contract, reflecting some of the shift we are seeing in tablet usage away from PCs in enterprise, education and general computing.

In CY14, we shipped 63M iPads in a market IDC estimates at 236M (implied 27% share).

IDC believes that the tablet market will be 286M units by 2018, almost as big as the PC market (292M).  We're very bullish about the future of the tablet market.  We're confident that we can continue to bring significant innovation to this market through HW, SW and Services.  That's what we've done with our most recent iPad and iOS announcements, and we plan to keep on innovating this way.  There is more to come.

55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        APL-EG_09278929

# RETAIL  (Luca)

|  | Q1'14 | Q1'15 | Y/Y |
|---|---|---|---|
| **Revenue $B** | **$12.5** | **$16.6** | **33%** |
| Stores | $7.0 | $8.6 | 23% |
| Online | $5.5 | $8.0 | 46% |
|  |  |  |  |
| **Traffic M** | **471** | **546** | **16%** |
| Stores | 115 | 121 | 5% |
| Online | 356 | 425 | 19% |
| Mobile | 134 | 192 | 43% |
| Desktop | 222 | 233 | 5% |

## Store openings and CAPEX

| FY | New stores | Cumulative New | Replacement | CAPEX (accrual basis) |
|---|---|---|---|---|
| FY12 | 33 | 390 | 14 | $865M |
| FY13 | 26 | 416 | 23 | $499M |
| FY14 | 21 | 437 | 14 | $491M |
| Q1'15 | 10 | 447 | 3 | $121M |
|  |  |  |  |  |
| *FY15e* | *25* | *462* | *5* | *$600M* |

## Store count by country

| | |
|---|---|
| U.S. | 265 |
| UK: | 38 |
| Canada: | 29 |
| Australia: | 21 |
| France: | 18 |
| G. China | 15 |
| Italy: | 15 |
| Germany: | 14 |
| Spain: | 11 |
| Japan: | 8 |
| Switzerland | 4 |
| Sweden: | 3 |
| Netherlands: | 3 |
| Brazil | 1 |
| Turkey | 2 |
| Total | 447 |

Q2'15 update:  Zhengzhou in the Henan Province and West Lake in the PRC, with 3 more by Chinese New Year, bringing Greater China count to 20.

56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_09278930

# FACTS & FIGURES

**Acquisitions**

|       | FY'12  | FY'13  | FY'14    | Q1'15 |
|-------|--------|--------|----------|-------|
| Count | 4      | 15     | 20       | 3     |
| Cost  | $423M  | $636M  | $4,230M  | $49M  |

**CAPEX**

|               | FY'12  | FY'13 | FY'14 | Q1'15 |
|---------------|--------|-------|-------|-------|
| Accrual basis | $10.3B | $7.0  | $11B  | $2.1B |
| Cash basis    | $8.3B  | $8.2  | $9.6B | $3.2B |

**Cash Conversion Cycle (days)**

| Q1'13 | Q2'13 | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| -47   | -31   | -32   | -47   | -48   | -38   | -51   | -58   | -52   |

**Direct Sales Mix**

We define direct sales as direct education sales, online sales to individuals, Apple retail store sales, iTunes Store sales and revenue from licensing.

| Q1'13 | Q2'13 | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 27%   | 27%   | 29%   | 30%   | 28%   | 28%   | 28%   | 29%   | 28%   |

**Headcount (k)**

|        | Q1'14 | Q1'15 | Y/Y   |        | Q1'14 | Q1'15 | Y/Y   |
|--------|-------|-------|-------|--------|-------|-------|-------|
| Retail | 43.6  | 44.0  | +1%   | Int'l  | 31.8  | 35.0  | +10%  |
| Other  | 42.7  | 52.0  | +22%  | U.S.   | 54.5  | 61.0  | +12%  |
| Total  | 86.3  | 96.0  | +11%  | Total  | 86.3  | 96.0  | +11%  |

**International Sales Mix**

| Q1'13 | Q2'13 | Q3'13 | Q4'13 | Q1'14 | Q2'14 | Q3'14 | Q4'14 | Q1'15 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 61%   | 66%   | 57%   | 60%   | 63%   | 66%   | 59%   | 60%   | 65%   |

57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                APL-EG_09278931