# EXHIBIT 48

# GIBSON DUNN

Eli M. Lazarus
Of Counsel
T: +1 415.393.8340
M: +1 650.814.7016
elazarus@gibsondunn.com

July 10, 2024

Rachele R. Byrd
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101

Kyle M. Wood
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3215

*Re:*    *In re iPhone Antitrust Litig.*, No. 4:11-cv-06714-YGR (N.D. Cal.)
Apple's Sample Payor Data Production Letter

**HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY**

Dear Ms. Byrd and Mr. Wood:

Pursuant to the January 21, 2021 Stipulated Amended Protective Order (Dkt. 274) and the June 14, 2024 Stipulated Supplemental Protective Order ("Supplemental Payor Data Protective Order") (Dkt. 882), each entered in *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR (N.D. Cal.), Defendant Apple Inc. ("Apple") produces to JND Legal Administration ("JND"), consultants for Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence ("Plaintiffs"), as Highly Confidential—Payor Data a sample data set relating to payors for App Store transactions.  Representatives of Apple are delivering the sample data set by hand to the Seattle, Washington facility of JND; those Apple representatives may observe JND's transfer of the data sample onto a secure computer and inspect that secure computer as described more fully in the Supplemental Payor Data Protective Order.  Decryption instructions for the data will be provided separately.

We are also providing via ShareFile a document production containing a slip sheet bearing the Bates number that has been assigned to the payor data sample and its confidentiality designation as follows:

> **Bates number:  APL-APPSTORE_10767813**
>
> **Confidentiality designation:  Highly Confidential—Payor Data**
>
> **Password for slip sheet production:  to be provided separately**

This production is made subject to and without waiver of Apple's Responses and Objections to the Consumer Plaintiffs' First Set of Requests for Production, served on November 12, 2019; Apple's Responses and Objections to Developer Plaintiffs' First Set of Requests for Production, served on November 18, 2019; Apple's Amended Responses and Objections to the Consumer

# GIBSON DUNN

Plaintiffs' Second Set of Requests for Production, served on November 2, 2020; and Apple's Responses and Objections to Consumer Plaintiffs' Third – Fifth Sets of Requests for Production, served on May 12, 2022, April 25, 2024, and May 13, 2024, respectively.  Apple further provides notice that this sample production includes user-generated data that is received by Apple during its ordinary course of business but is not verified by Apple.  For example, Apple device users supply data concerning their street addresses, phone numbers, and similar information—or users may on occasion omit such data in submissions to Apple or submit fictitious values.  As a result, not all data fields are populated for all payor data records, and those that are populated may contain data that is not reliable.  A small number of values in the sample payor records relating to a small number of transactions have been substituted with generic placeholder values pursuant to Apple's standard privacy-protection policies.  In all cases, Apple provides the data contained in this sample production as it exists and without representation as to the utility of the data.

Apple reminds Plaintiffs of the grave privacy concerns associated with the data included in this production and the importance of abiding by the Supplemental Payor Data Protective Order.

Please let us know if JND has any questions or any difficulty accessing the data included in this sample production.

Sincerely,

Eli M. Lazarus
Of Counsel