# EXHIBIT 51

| | |
|---|---|
| **From:** | Wood, Kyle M. <kwood@kellogghansen.com> |
| **Sent:** | Wednesday, April 2, 2025 5:41 PM |
| **To:** | Freeborn, Logan; Rifkin, Mark |
| **Cc:** | *** AppleCounsel-Pepper - (External); dfrederick@kellogghansen.com; Panner, Aaron M.; Schiffman, Kelley C.; Link, Anna K.; Burt, Thomas; 'Rachele Byrd' |
| **Subject:** | RE: Pepper - Thompson Declaration |

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Thank you for your letter dated March 28. Apple should treat Mr. Thompson as an expert witness under Rule 26(a)(2)(A). We will follow up soon with supplemental materials and amended expert disclosures.

Best regards,

Kyle

**Kyle M. Wood**

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7806

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Freeborn, Logan
**Sent:** Friday, March 28, 2025 6:31 PM
**To:** Wood, Kyle M. ; Rifkin, Mark
**Cc:** *** AppleCounsel-Pepper - (External) ; Frederick, David C. ; Panner, Aaron M. ; Schiffman, Kelley C. ; Link, Anna K. ; Burt, Thomas ; 'Rachele Byrd'
**Subject:** [EXTERNAL] Pepper - Thompson Declaration

Counsel:

Please see the attached correspondence.

Best,

Logan

**Logan Freeborn**
Associate Attorney

T: +1 415.393.4616 | M: +1 415.635.6623
LFreeborn@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.