# EXHIBIT 58

# Genre Groups Analyzed by Professor MacCormack

| Genre Grouping | Number of Developers Analyzed by Professor MacCormack | Number of Developers in the App Store Transaction Data | Developer Submissions Analyzed by Professor MacCormack |
|---|---|---|---|
| Business + Finance | 5 | 6,769 | Invoice2Go, LinkedIn, Mobile Data Labs, Real Estate Portal USA, TelTech Systems - TapeACall |
| Education | 3 | 11,547 | Age Of Learning, Duolingo, Kiddopia |
| Games | 6 | 21,108 | Big Fish Games, Glu Mobile, Niantic, Pocket Gems, Roblox, Zynga |
| Health & Fitness + Medical | 9 | 2,166 | FitNow, Flo Health, Headspace, Higher Learning, Peloton, Pocket Prep, Strava, Under Armour, Verv |
| Imaging | 8 | 7,871 | AIBY, Baron (Cameo), Canva, Circular (PixelCut), Google (Youtube), Instasize, Oringe (Word Swag), VSCO |
| Music + Entertainment | 5 | 12,594 | Disney+, Disney (Hulu), iHeartMedia, Spotify, Tidal |
| Navigation + Travel | 3 | 3,614 | Route4Me, TelTech Systems – Planes Live, Tom Tom |
| Others | 3 | 15,466 | eMeals, Hindsight, Shawn Kolodgie |
| Reading | 10 | 4,215 | Audible, Dwell, Fox News, Gospel Technologies, Hallow, MyHeritage, New York Post, New York Times, Scribd, Telepathic (Hooked) |
| Social Networking + Lifestyle | 5 | 12,814 | Bumble, Coffee Meets Bagel, Grindr, Life360, Match Group |
| Sports | 2 | 3,730 | GameChanger, The Athletic |
| Weather | 4 | 906 | Aviation Data Systems, ForeFlight, Surfline WaveTrak, TelTech Systems – Weather |
| Workflow Tools | 8 | 22,048 | Ad Hoc Labs, BP Mobile, Callpod, Dropbox, Norton, Pango (Anchor Free), Parallax Dynamics, Teltech Systems - Robokiller |

**Source**: Ex. 30 (Expert Report of Professor Alan D. MacCormack, March 6, 2025) Appendix B (Table 11, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36); Ex. 26 (Rebuttal Expert Report and Declaration of Professor Lorin M. Hitt, June 13, 2025) Exhibit 29