# EXHIBIT 60

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | **CIVIL ACTION NO. 4:11-CV-06714-YGR**<br><br>**JUDGE: HON. YVONNE GONZALEZ ROGERS** |

## OPENING EXPERT REPORT AND DECLARATION OF
## J. ALEX HALDERMAN, PH.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE PROTECTIVE ORDER

**TABLE OF CONTENTS**

I.    INTRODUCTION ..........................................................................................................1

    A.    EXPERT QUALIFICATIONS ....................................................................................... 1

    B.    SUMMARY OF OPINIONS AND CONCLUSIONS ........................................................ 4

II.   SECURITY AND THE ORIGINS OF IOS ............................................................ 11

    A.    USERS FACE MANY KINDS OF THREATS FROM HARMFUL APPS .......................... 11

    B.    SYSTEM DESIGN AFFECTS USERS' SECURITY ...................................................... 17

    C.    APPLE DESIGNED IOS TO ACHIEVE BETTER SECURITY THAN PREEXISTING SYSTEMS ................ 19

III.  HOW IOS PROTECTS AGAINST HARMFUL APPS .......................................... 26

    A.    IOS FACES SIGNIFICANT SECURITY THREATS ..................................................... 26

    B.    IOS MEETS THESE THREATS WITH A DEFENSE-IN-DEPTH APPROACH .................. 29

        1.    App Review ............................................................................................. 31

        2.    Apple's App Review Process .................................................................. 39

        3.    Centralized Distribution Through the App Store .................................. 47

        4.    On-Device Protections ........................................................................... 52

    C.    SECURING IOS AGAINST "JAILBREAKING" PROTECTS VULNERABLE USERS ............ 59

IV.   ALTERNATIVES TO CENTRALIZED DISTRIBUTION WOULD MAKE IOS LESS SECURE ....................................................................................................... 64

    A.    SUPPORT FOR SIDELOADING WOULD SIGNIFICANTLY REDUCE IOS SECURITY ........... 64

        1.    Relying on Users to Determine Whether Apps are Safe is Risky and Burdensome ................... 69

        2.    Alternatives to Centralized Distribution Carry Serious Risks ............. 73

        3.    iOS Devices Are Empirically Safer Than Devices That Allow Sideloading ............. 81

    B.    APPLE'S OWN EXPERIENCES HIGHLIGHT THE SECURITY RISKS OF DECENTRALIZED DISTRIBUTION ............................................................................. 86

        1.    Apple's Enterprise and Test Programs Have Been Abused to Spread Malware ................. 88

        2.    macOS Does Not Indicate that Centralized Distribution Is Unnecessary for Security on iOS . 92

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

## I.    INTRODUCTION

1.     I, J. Alex Halderman, Ph.D., declare as follows:

2.     Attorneys representing Apple have retained me as an expert in this litigation to provide opinions regarding centralized application ("app") distribution through the App Store with respect to security, privacy, and reliability, including the role that Apple's App Review process plays in contributing to that security, privacy, and reliability. I also have been asked to opine on the relative security, privacy, and reliability of iOS[1], including the potential security implications of jailbreaking and the likely effect if Apple were to move away from its current model of app distribution.

3.     Since my work on this matter is ongoing, I may review additional materials produced after the issuance of this report, or conduct further analysis. I reserve the right to update, refine, or revise my opinions, or form additional opinions, including in response to other experts' reports and any additional information I may receive.

### A.     Expert Qualifications

4.     I am the Bredt Family Professor of Computer Science and Engineering at the University of Michigan. I serve as Director of the Michigan Systems Laboratory, a collection of 30 faculty members whose research spans distributed systems, operating systems, security, cyber physical systems, networking, databases, and software engineering. I also serve as Director of Michigan's Center for Computer Security and Society, an interdisciplinary research center dedicated to the investigation of emerging threats to critical systems and networks and the impact of cybersecurity on the public. I have been a faculty member at Michigan since 2009, and I was

---

[1] For ease of explication only, throughout this report I use the term "iOS" to refer collectively to iOS and iPadOS—which are distinct operating systems running on iPhones and iPads, respectively—unless otherwise noted.

1

Case No. 4:11-cv-06714-YGR                         Opening Expert Report and Declaration
                                                              of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

promoted to full professor in 2016 and to a named chair in 2023. I hold a Ph.D. (2009), a master's degree (2005), and a bachelor's degree (2003), all in computer science, from Princeton University.

5.      My research focuses on computer security and privacy, with an emphasis on problems that broadly impact society and public policy. Among my areas of specialization are software security, network security, security measurement, privacy and anonymity, election cybersecurity, censorship resistance, computer forensics, and online crime. I have authored more than 100 articles and books on these topics, including more than 85 peer-reviewed papers. Nine of my publications have been recognized with "best paper" awards from the venues where they appeared. My work has been cited in approximately 18,500 scholarly publications. I have served as a peer reviewer for 35 security-related research conferences and workshops and for the National Academies of Science and Engineering. I have given over 100 talks and presentations about computer security topics, including 19 major invited talks and keynotes.

6.      I teach courses on security and related subjects at the graduate and undergraduate levels. For instance, I created and regularly teach the University of Michigan's main undergraduate computer security course, which is taken by about 700 students per year. I also regularly supervise research on security topics by undergraduates, Masters students, and Ph.D. students. I have served on 35 doctoral committees on topics spanning security, cryptography, and systems.

7.      Much of my research relates to the empirical study of attacks and defenses, including measuring real-world threats and quantifying the effects of security countermeasures. The title of my doctoral dissertation was, "Investigating Security Failures and their Causes: An Analytic Approach to Computer Security." I have introduced methodologies for studying security using large-scale empirical data that have been adopted by thousands of research groups. These include software tools such as the ZMap Internet-wide scanner. I have applied these methodologies myself to investigate security problems affecting billions of users, including cryptographic flaws

Case No. 4:11-cv-06714-YGR                     Opening Expert Report and Declaration
                                                       of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

in core Internet protocols, vulnerabilities in widely used client and server software, and criminal activity such as Botnets.

8.      I also study cybersecurity risks and defenses for critical infrastructure, such as election systems. I serve as co-chair of the State of Michigan's Election Security Advisory Commission, by appointment of the Michigan Secretary of State, and I have performed security testing of voting systems for the State of California. I testified about election cybersecurity before the U.S. Senate Select Committee on Intelligence in 2017 and before the U.S. House Appropriations Subcommittee on Financial Service and General Government in 2019. I have conducted seven briefings about cybersecurity topics for members of Congress and their staff.

9.      I am a founder of three security companies. ISRG, which I co-founded in 2013, is a not-for-profit company that operates the world's largest HTTPS certificate authority under the name "Let's Encrypt." ISRG's technology helps secure more than 500 million websites, including Whitehouse.gov and Wikipedia. In 2017, I founded Censys, Inc., a leading Internet intelligence platform for threat hunting and attack surface management. Censys continuously maps the Internet to discover exposed or infected devices and help organizations mitigate security risks. In 2024, I founded a third company, BallotIQ, LLC. BallotIQ serves state and local governments by applying scientific advances to make election administration more efficient, accurate, and secure.

10.     I have received the Andrew Carnegie Fellowship from the Carnegie Corporation of New York, the Alfred P. Sloan Foundation Research Fellowship, the IRTF Applied Networking Research Prize, the USENIX/Meta Internet Defense Prize, the Merit Network Eric Aupperle Innovation Award, the Levchin Prize for contributions to real world cryptography from the International Association for Cryptologic Research, the University of Michigan College of Engineering 1938E Award for Teaching and Scholarship, the University of Michigan College of Engineering H. Scott Fogler Award for Professional Leadership and Service, and the University of Michigan President's Award for National and State Leadership.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                       of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

11.     Additional details of my background, qualifications, and professional activities can be found in my curriculum vitae, which is attached to this report as **Exhibit 1**.

12.     I have previously provided expert testimony in civil and criminal matters on a range of computer science topics, including computer intrusions, privacy, data breaches, and the security of election systems. I have testified in depositions, hearings, and at trial, as set forth in **Exhibit 2** attached to this report.

13.     In forming my opinions in this matter, I have relied on my knowledge, training, and experience described above and on materials cited in the body of this report. I am being compensated for my work at a rate of $1000 per hour. My compensation is not contingent on my findings or other testimony or on the outcome of this litigation.

**B.      Summary of Opinions and Conclusions**

14.     My overall conclusion is that App Review, centralized distribution through the App Store, and Apple's on-device protections are each an essential part of iOS's approach to security. These components work together as part of an integrated, multi-layer defense that makes iOS safer and more secure than other devices, and iOS would be substantially less secure without all three of these components. Removing any one of them would undermine the effectiveness of these defenses. Systems that permit distribution of apps via multiple app stores or via sideloading expose their users to more risk of malware infection and other security harms than iOS.

15.     In the body of this report, I explain the basis for my overall conclusion, and I reach additional opinions and conclusions, including the following:

a.   **Opinion 1.** The field of computer security is concerned with how systems behave when faced with an adversary, i.e., an opposing person or group. In the context of mobile apps, users face a broad range of adversarial threats, which include not only apps that are malicious or contain exploitable vulnerabilities but also scams, privacy violations, threats to the reliability of users' devices, and apps that pose safety risks or are

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                          of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

inappropriate for children. Keeping a system safe from harmful apps requires addressing these broad security threats. (pp. 11-17.)

b. **Opinion 2.** Apple designed iOS to achieve better protection from harmful apps than preexisting devices such as Macs. Securing iOS was appropriately a major design consideration for Apple when it chose to launch the App Store and enable the installation of native third-party apps on iPhones. The solution Apple developed involves multiple layers of defense, or "defense-in-depth:" all apps available to all iOS device users are vetted through the App Review process, monitored and easy to update through the App Store, and limited by on-device protections in their ability to cause harm. This security design has been effective, as demonstrated by the fact that there are more than a billion iOS devices and nearly two million apps, while iOS devices suffer from less risk from harmful apps than other commonly used smartphones and computers. (pp. 17-26.)

c. **Opinion 3.** System designers such as Apple can use threat modeling to identify potential security threats and develop appropriate defenses. Threat modeling shows that iOS faces, and would be expected to face, significant threats. If not strongly defended, iOS devices would provide vast opportunities and incentives for adversaries to reach users with harmful apps. Harmful apps could be very invasive and dangerous, due to the sensitive, high-value, and life-critical ways people use iOS devices. (pp. 26-29.)

d. **Opinion 4.** Defending iOS against the heightened threats it faces from harmful apps calls for a defense-in-depth strategy, in which multiple defensive layers must all be breached for an attack to succeed. iOS's layers of defense include the App Review process, Apple's centralized App Store, and on-device protections implemented by the operating system and device hardware. These layers are designed to work together, and working together increases their effectiveness as a defense. In combination, they form

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

an integrated defense system that effectively protects iOS devices and their users. Without iOS's defense-in-depth security strategy, iOS devices could serve as a highly attractive target for attackers and thus endanger their users. (pp. 29-63.)

e. **Opinion 5.** Apple subjects every app distributed through the App Store to App Review, a rigorous screening process that includes both automated computer analysis and evaluation by human experts. App Review helps protect against malware, scams, privacy violations, vulnerable apps, and apps that are dangerous or inappropriate, among other threats. The App Review process provides an effective layer of defense for iOS by screening for harmful apps before they enter distribution. It is safer to prevent harmful apps from being installed in the first place than to attempt to detect and remove them after they are installed on a user's device and have already potentially caused harm. (pp. 31-46.)

f. **Opinion 6.** Review by trained human reviewers is essential to the effectiveness of App Review. Although computer analysis plays a critical role in the App Review process, human participation enables the review process to spot threats that automated computer analysis cannot reliably detect and makes App Review more robust to novel threats and to attempts to evade automated computer detection. Human reviewers can apply judgment and understand an app's overall purpose and functionality, which helps App Review block apps that, for example, are deceptively marketed as part of scams or social engineering attacks. Human reviewers are also typically better suited than computer tools to spot suspicious requests for access to user data or device capabilities beyond an app's apparent needs. By applying expertise, judgment, and common sense, human reviewers can recognize apps that are dangerous, manipulative, or inappropriate for children. Automated computer techniques, such as machine learning, have not been

6

Case No. 4:11-cv-06714-YGR

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

able to fully replace human participation in an effective App Review process. (pp. 32-38.)

g. **Opinion 7.** App Review relies on proprietary software tools developed by Apple to complement and enhance the effectiveness and efficiency of Apple's human reviewers. Apple's review tools incorporate the company's internal proprietary knowledge of its own products and technology as well as data and experience Apple has amassed from its commitment to reviewing the tens of millions of app submissions made since 2007. It would be very difficult for third parties to create similarly effective automated review tools for iOS apps that have the benefits of all of Apple's proprietary knowledge, data, and experience, particularly in view of Apple's commitment to App Review and security. (pp. 39-46.)

h. **Opinion 8.** Centralized distribution through the App Store is another crucial layer of iOS's security design. It strengthens and complements the defenses provided by App Review and on-device protections. For instance, centralized distribution of apps through the App Store is what enforces that all apps must undergo App Review before reaching users—and that all apps will continue to be subject to App Review even after becoming available for distribution to users. It also provides the App Review team visibility into how apps will be presented to users at the time of purchase, which helps Apple protect against social engineering, scams, and other threats. The App Store also provides visibility into customer feedback and other signals that help Apple detect harmful apps that manage to enter distribution, and it lets Apple halt further distribution of a harmful app simply by removing it from the store. Centralized distribution also helps keep users safe when legitimate apps have vulnerabilities, as it provides an easy and efficient mechanism for security updates to reach every iOS device with the

Case No. 4:11-cv-06714-YGR                          Opening Expert Report and Declaration
                                                             of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

vulnerable app installed. App Review and iOS on-device protections would be less effective if app distribution were not centralized through the App Store. (pp. 47-51.)

i.  **Opinion 9.** As another line of defense against harmful apps, iOS implements on-device protections through the operating system and hardware, including sandboxing and enforcement of code signing and entitlements. Apple's on-device protections are designed to work in conjunction with App Review and the App Store, which they complement. The strength of each of these defensive layers is amplified by their combination, and they would each be inadequate alone to defend iOS without these other layers. For instance, iOS devices do not perform malware scanning, since they are able to rely on App Review to detect malicious apps. This approach improves device performance and battery life, improves the strength of other on-device protections such as sandboxing, and reduces iOS's attack surface, but would be less effective if apps were routinely distributed outside the App Store and could thereby avoid App Review. (pp. 52-59.)

j.  **Opinion 10.** Jailbreaking on iOS is a process that exploits vulnerabilities in iOS devices to bypass their on-device security features. Some users willingly jailbreak their devices to install apps from outside the App Store, but the vulnerabilities that enable jailbreaking also can be exploited by bad actors to infect unwilling victims with malware. Attackers have used jailbreaking to target vulnerable users, including stalking victims and human rights activists. As jailbreaking involves circumventing an iOS device's security features in order to modify the device's behavior, jailbreaking carries risk to the integrity and security of the device, including potentially rendering the device unreliable or inoperable, degrading performance of battery life, and increasing susceptibility to malware and other attacks. (pp. 59-63.)

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                          of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

k.  **Opinion 11.** Apple's centralized approach to app distribution makes iOS safer than devices that allow users to sideload by installing apps from third-party stores or via direct downloads, such as Android and Windows devices. Empirical data demonstrates that sideloading inherently entails serious risks. Android, macOS, and Windows devices that permit distribution of apps through third-party stores or directly from a developer have been shown to be more susceptible to malware infection and risks of scams, privacy violations, and other harms than iOS devices. These contrasts in real-world security reinforce the conclusion that Apple's approach to defending iOS makes it safer against harmful apps than these other devices. (pp. 81-84.)

l.  **Opinion 12.** Individual users are not always well equipped to detect apps that are harmful or app stores that are untrustworthy, and they do not always want to take the time and effort to evaluate apps for potential risks. This can be difficult even for security experts. Apps that contain malware may look and outwardly behave identically to legitimate apps, and even when there are warning signs that an app is untrustworthy, attackers frequently employ social engineering to trick users into ignoring them. iOS reduces these risks by requiring every app to be scrutinized by Apple's App Review, which employs its sophisticated proprietary analysis software, years of data about past attacks, and trained human experts, and thus iOS relieves users from the burden of making high-risk trust decisions every time they want to install an app. (pp. 69-71.)

m.  **Opinion 13.** Centralized app distribution offers greater security than an alternative distribution model with multiple app stores, each with its own review policies and processes. Security is only as strong as its weakest link, and under this alternative distribution model, harmful apps could simply migrate to app stores with weaker testing or lower incentives to identify harmful apps. Having multiple stores would also fragment user feedback and other signals that can indicate an app is misbehaving,

9

Case No. 4:11-cv-06714-YGR

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE PROTECTIVE ORDER

which would make detecting harmful apps more difficult for everyone, including Apple, thereby reducing the effectiveness of app review for even those entities committed to offering safe apps. These risks are demonstrated by Android, where studies have found that third-party app stores are the source of 90% of harmful apps and that in some third-party stores up to 25% of apps were found to be malicious. iOS thus would be less secure under an alternative distribution model than with its present model of centralized distribution, in which every app distributed through the App Store undergoes App Review. (pp. 64-67, 73-80.)

n. **Opinion 14.** Apple's experience with its Enterprise and test programs for in-house app distribution and software testing, respectively, further illustrates the risks of distributing apps outside of the App Store and App Review protections. These programs offer very limited and specialized circumstances for distributing apps to particular populations. Yet despite tight limitations and controls that Apple has placed on these programs, they have been abused by attackers to distribute harmful apps to users. (pp. 86-90.)

o. **Opinion 15.** macOS also does not indicate that centralized distribution is unnecessary for security on iOS. Apple has endeavored to make macOS devices safe, including by developing an array of security technologies such as notarization and client-side malware scanning. However, despite these efforts, the fewer number of macOS devices than iOS devices, and the differences in user expectations and usage of these devices, macOS devices have suffered from higher rates of malware infection than iOS devices. This experience with macOS demonstrates that the stronger defense-in-depth security approach that Apple has built for iOS is critical to the security of iOS (a larger and more attractive target than macOS). (pp. 92-99.)

10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

submissions in the future. These signals are also applied retroactively for review of apps that are already in the App Store, so that any similarly malicious apps can be removed.[166] Apple also uses data and experience from fighting harmful apps to improve its automated tools, including to train machine learning models, and to improve its reviewer training and manual review processes.[167] As a result, the data and experience that Apple has accumulated during the 17 years it has operated App Review significantly strengthens the security and effectiveness of the App Review process.

### 3.    Centralized Distribution Through the App Store

83.    With limited exceptions, Apple requires iOS apps that are distributed to consumers to be distributed through the App Store. Centralizing app distribution has proven to be a successful approach to protecting users against harmful apps.[168]

84.    Centralized app distribution is a crucial layer of the iOS security design that complements and reinforces the defenses provided by App Review and on-device protections. For instance, central distribution through the App Store is what enforces that all apps must undergo App Review before reaching consumers—and that all apps will continue to be subject to App Review even after becoming available for distribution to users. Unlike other mobile platforms, iOS does not allow users to install unvetted apps from websites or third-party app stores.[169] Instead, under most circumstances, iOS apps may only be distributed through the App Store. The App Store's policies require apps to comply with the App Review Guidelines and to undergo manual and automated App Review testing prior to distribution.[170] By requiring apps to be distributed

---

[166] Epic Trial Tr. (Kosmynka) at 1121:1-17.

[167] *Id.* at 1108:1-1109:11.

[168] Acar, Y., Backes, M., Bugiel, S., Fahl, S., McDaniel, P., & Smith, M., "SoK: Lessons Learned from Android Security Research for Appified Software Platforms," *Proceedings of the IEEE Symposium on Security and Privacy* (2016), p. 447, *available at* https://doi.org/10.1109/sp.2016.33.

[169] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, p. 133.

[170] *See* https://developer.apple.com/distribute/app-review/.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                        of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

through the App Store, iOS ensures that all apps typical consumers install will be subjected to App Review. Absent this policy, harmful apps that would fail App Review testing could reach consumers simply by relocating to a different distribution channel that had less stringent vetting or no vetting at all.

85.     Limiting app distribution to the App Store also helps protect users from scams and social engineering attacks that try to trick them into installing malware. On the macOS and Windows platforms, which allow software to be installed from any source, attackers frequently use social engineering to fool users into bypassing security protections and unwittingly installing harmful software. For example, tech support scams are a widespread form of fraud that has affected hundreds of thousands of victims, especially people over 60.[171] In these attacks, a scammer contacts the victim posing as a representative of a tech company such as Apple or Microsoft. The scammer claims there is an urgent problem with the victim's computer, and, after gaining the victim's trust, walks them through a series of on-screen steps that are purported to fix the issue.[172] Users commonly do not understand the effect of the instructions they are following, which, unbeknownst to the user, is typically to install malware that gives the scammer remote access to the user's passwords, bank accounts, and other sensitive data.[173] Social engineering attacks such as tech support scams are difficult to defend against. If a platform provides *any* way for users to bypass its software security protections, attackers have proven to be motivated to try to fool unsophisticated users into doing so to infect them with malware. Apple protects iOS users from this threat by not providing an option to install software from outside the protection of the App Store.

---

[171] https://www.forbes.com/sites/nextavenue/2022/06/30/boom-in-tech-support-fraud-targets-older-adults/.

[172] https://support.microsoft.com/en-us/windows/protect-yourself-from-tech-support-scams-2ebf91bd-f94c-2a8a-e541-f5c800d18435.

[173] https://www.ftc.gov/business-guidance/small-businesses/cybersecurity/tech-support-scams.

Case No. 4:11-cv-06714-YGR                     Opening Expert Report and Declaration
                                                         of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

86.    Centralized distribution through the App Store provides further protections against malware and scams by enabling Apple to review that the way apps are presented in the store—at the point where the user selects the app for download—accurately describes them. During App Review, reviewers inspect the app's marketing description, including the text and screenshots that will appear in the App Store.[174] This helps guard against forms of malware and scams that are common on other platforms, such as apps that are counterfeits or Trojans or that fail to provide promised features. Similarly, Apple's review of in-app purchases of digital content and services, which must be made using Apple's In-App Purchase ("IAP") functionality, also helps guard against fraud, scams, and other harms.[175] In 2023, App Review rejected 248,000 submissions for being "spam, blatantly copying other apps, or otherwise misleading users."[176] Apple can provide this safeguard because apps are required to be distributed through the App Store, which gives the App Review team visibility into how apps are presented to users at the time of purchase.

87.    Distribution through the App Store also works together with App Review and the iOS operating system to help keep kids safe when using the platform, by giving parents tools to ensure apps are age-appropriate, and to manage the children's in-app purchases, privacy preferences, and screen time.[177] For instance, the App Review Guidelines require apps targeted at younger children to implement "parental gates"—tasks that children cannot easily perform—to prevent children from engaging in commerce or following links to websites or other apps without their parents' knowledge.[178] App Review also requires apps to declare what age groups they are appropriate for, and on-device controls allow parents to restrict children from accessing apps with

---

[174] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, p. 133.

[175] https://developer.apple.com/documentation/appstoreconnectapi/managing-in-app-purchases.

[176] https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/.

[177] https://developer.apple.com/support/downloads/Helping-Protect-Kids-Online-2025.pdf, p. 2.

[178] https://developer.apple.com/app-store/kids-apps/.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

an older age rating or from making purchases in the App Store.[179] Centralized distribution allows Apple to provide these controls to parents in one place and have them be available for and work across every app.

88.     Furthermore, centralized distribution gives App Review visibility into every app available to all consumers on the iOS platform, increasing its effectiveness. This gives App Review more data about patterns of harmful conduct, which can be used, for example, to more effectively block pirated or copycat apps. Apple stores a "signature" of every app submitted for App Review, which the company's automated review tools use to flag future submissions that appear similar.[180] Where original iOS apps are only published outside of the App Store without being submitted to Apple, it would be challenging for App Review to automatically recognize submissions that copied them. This protection is important for users' security, since pirated and copycat apps often contain malware.[181] It also benefits iOS developers by protecting their brands and intellectual property.

89.     Centralized distribution also enhances Apple's ability to detect harmful apps that do manage to enter the App Store. The App Store provides several sources of data that facilitate such detection. For instance, Apple monitors user reviews in the App Store for reports of fraud or malicious activity.[182] Apple also monitors for manipulation of ratings, charts, and search results.[183] App Store user ratings and the rate of refund requests for paid apps provide further signals that can alert Apple to problems. App Store product pages also display a "Report a Problem" link that lets

---

[179] https://developer.apple.com/help/app-store-connect/reference/age-ratings; https://support.apple.com/en-us/105121.

[180] Epic Trial Tr. (Kosmynka) at 1098:2-7.

[181] *See supra* Sec. II.A ¶26; https://www.welivesecurity.com/en/mobile-security/attack-copycats-fake-messaging-apps-app-mods/.

[182] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, p. 133.

[183] https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                       of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

users privately report concerns about apps.[184] These reports are investigated by the App Review team and Apple anti-fraud teams. Crucially, because distribution is centralized through the App Store, Apple has access to these detection signals for every app available to all iOS device users. Centralized distribution protects against malicious apps that could evade detection by simply relocating to a distribution channel that Apple could not monitor as well.

90.    Moreover, when an app is found to be harming users, centralized distribution allows Apple to take effective countermeasures. For instance, Apple can immediately halt further distribution of the app by removing it from the App Store. In 2023, Apple removed more than 116,000 apps from the App Store for guidelines violations, including 35,245 due to fraud and 1156 for intellectual property infringement.[185] In the most dangerous cases, it is theoretically possible for Apple to warn all of the users who installed a harmful app, since the App Store knows which users those are.[186] Centralized distribution also enables Apple to take action against developers who create harmful apps, who face termination from the Apple Developer Program. This prevents them from submitting further apps to the App Store, which has the effect of blocking their apps across nearly the whole iOS platform. Apple expelled 117,843 developer accounts from the program for security-related reasons in 2023.[187]

91.    Centralized distribution also plays an important role in keeping iOS users safe from apps that contain exploitable vulnerabilities. Even non-malicious apps can cause security problems if they contain unpatched vulnerabilities. When new vulnerabilities are discovered, app developers typically create software updates that correct them. However, many platforms do not have a

---

[184] https://developer.apple.com/news/?id=j5uyprul.

[185] https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf; *see also* https://www.apple.com/legal/zip/2023-Supplemental-Data-File.zip.

[186] https://support.apple.com/en-ge/guide/security/secb8f887a15/web.

[187] https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                          of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

reliable way to distribute app security updates to users. This leaves users who have older versions of the apps installed at risk of being compromised. By contrast, on iOS, apps are both distributed and kept up to date through the App Store, which (by default) installs app updates on users' devices automatically.[188] This centralized approach offers a way to quickly and comprehensively distribute app security updates to every iOS device where a vulnerable app is installed.

### 4. On-Device Protections

92.    As another line of defense against harmful software, Apple implements on-device protections through the iOS operating system and device hardware. iOS on-device protections are designed to work together with App Review and the centralized App Store, which they completement. The strength of each of these three defensive layers is amplified by their combination, which provides strong protection against harmful apps. However, iOS on-device protections would be far less effective if they were used without App Review or the centralized App Store. For example, App Review reviews for how an app interacts with Apple's operating system and hardware, and Apple's on-device protections help implement and enforce developer decisions submitted to App Review.

93.    One of the on-device protections that iOS implements is mandatory code signing. Before devices will run any third-party code, they verify that the code has been cryptographically signed by a developer who is a member of the Apple Developer Program.[189] Code signing allows iOS devices to ensure that all apps come from a known and approved source. This allows Apple to hold developers who create harmful apps accountable, for instance by terminating their membership in the Apple Developer Program, which blocks them from submitting further apps to

---

[188] https://support.apple.com/guide/iphone/update-apps-iph98709f167/ios.

[189] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf at p. 131.

Case No. 4:11-cv-06714-YGR                          Opening Expert Report and Declaration
                                                                of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

the App Store.[190] Code signing also strengthens the protection provided by App Review, as it prevents developers from distributing a version of an app that is different from the version that underwent App Review and, accordingly, impedes tampering and the introduction of harmful behavior during distribution.

94.    While code signing is valuable when used together with App Review and the centralized App Store, its benefits are reduced when used without Apple's other defensive layers. Apple is responsible for vetting developers and issuing certificates with which they can sign code. If instead anyone could obtain a code signing certificate anonymously, the signatures would be meaningless. Moreover, apps that appear to come from approved developers are not necessarily trustworthy or free of security problems, so the defense-in-depth provided by App Review and centralized distribution remains necessary even though iOS devices enforce code signing. Some developers behave maliciously even at the risk of termination from the Apple Developer Program, as demonstrated by the fact that Apple removes tens of thousands of developers from the program for misbehavior every year.[191] Moreover, if an attacker breaks into a developer's computer, they can steal the developer's code signing keys and use them to falsely sign malicious code so that it appears to come from that developer. Attackers can also introduce malware into apps surreptitiously, before they are signed by developers, through software supply-chain attacks.

95.    For example, in 2015, many app developers fell victim to a software supply-chain attack carried out using a Trojan called XcodeGhost that posed as Apple's Xcode compiler.[192] When the Trojan compiler was used to build and sign apps, it added hidden malicious functionality

---

[190] https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/.

[191] https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

[192] https://unit42.paloaltonetworks.com/novel-malware-xcodeghost-modifies-xcode-infects-apple-ios-apps-and-hits-app-store/.

53

Case No. 4:11-cv-06714-YGR                Opening Expert Report and Declaration
                                                  of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

without the developer's knowledge. The attack reportedly affected over 4,000 apps.[193] Apple responded by removing the infected apps from the App Store and developing additional malware scanning tools that are now part of App Review.[194] More recently, in 2024, security researchers uncovered vulnerabilities in CocoaPods, a repository of software components that are widely used in iOS apps.[195] The CocoaPods vulnerabilities would have facilitated software supply-chain attacks that could have introduced malware into "thousands to millions of apps."[196] These problems illustrate why the strength of code signing increases when paired with other defenses, such as the scrutiny that comes from App Review and the detection and response capabilities provided by the centralized App Store.

96.    Other iOS on-device protections include sandboxing and entitlements. On iOS, all apps are "sandboxed," which means they are restricted from accessing data from other apps, making changes to the system, or utilizing sensitive device capabilities, such as the camera or network access.[197] The ability to access device capabilities or data is subject to entitlements and other required consent procedures from the user, which act as a checkpoint for deciding what the app is allowed to do. Entitlements must be explicitly requested by the app developer, and they are reviewed during App Review to evaluate whether they are appropriate for the app's purpose.[198] iOS on-device protections can enforce what information or capabilities an app can access based on the app's entitlements, which are permissions for specific kinds of access.[199]

---

[193] https://web.archive.org/web/20151120052258/https://www.fireeye.com/blog/executive-perspective/2015/09/protecting_our_custo.html.

[194] Epic Trial Tr. (Kosmynka) at 995:13-996:19.

[195] https://arstechnica.com/security/2024/07/3-million-ios-and-macos-apps-were-exposed-to-potent-supply-chain-attacks/.

[196] https://www.evasec.io/blog/eva-discovered-supply-chain-vulnerabities-in-cocoapods.

[197] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, p. 135.

[198] Epic Trial Tr. (Kosmynka) at 1102:10-1103:24.

[199] https://developer.apple.com/documentation/bundleresources/entitlements.

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

97.    Sandboxing and entitlements strengthen security by reducing the device's attack surface. Apps are limited to accessing data and features that are permitted by their entitlements, which limits the opportunities for attackers to cause damage if they somehow manage to introduce malicious code into the app, whether through concealed malware or by exploiting vulnerabilities in the app at runtime. As with code signing, the protection of sandboxing and entitlements is stronger when used together with Apple's other layers of defense. For instance, without App Review, developers could opt into whatever entitlements they wanted, including potentially dangerous capabilities such requesting to access the device's microphone or location. Likewise, apps can still be extremely harmful even if sandboxed. Sandboxing does not, for instance, prevent social engineering. For example, sandboxing would not prevent a malicious app from mimicking an app from a user's bank and stealing their login credentials, but such an app could be caught by App Review or detected and removed by the App Store.[200] Bad actors often prefer this kind of simple social engineering attack to more complicated attacks that would require technically circumventing on-device protections.[201] Moreover, sandboxing can only protect user privacy and enforce consent at a coarse mechanical level. For example, based on an app's entitlements, it will be granted or denied the ability to request the device's location, but whether this access is harmful depends on what the app *does* with the location data. Scrutiny such as that provided during App Review can determine whether the app contains spyware or whether user consent for location access is fraudulently obtained. For these reasons, iOS's other defensive layers, such as automated and manual scrutiny during App Review, remain critical even with sandboxing.

---

[200] *See* https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/.

[201] Epic Trial Tr. (Federighi) at 3380:10-13.

Case No. 4:11-cv-06714-YGR

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

98.    Malicious code can also attempt to circumvent iOS's sandboxing by exploiting vulnerabilities in the operating system or hardware.[202] iOS includes on-device protections that make these attacks more difficult, such as address-space layout randomization (ASLR), which randomly arranges the locations of code and data to guard against memory corruption attacks; data execution prevention (using the processor's Execute Never feature), which complicates the process of injecting malicious code through an exploitable vulnerability; and kernel integrity protection, which helps prevent malware from modifying the system code.[203] Apple device hardware incorporates further security features that add an additional layer of defense. For instance, iOS utilizes a Secure Enclave, a dedicated secure subsystem that is integrated into the CPU or another chip.[204] The Secure Enclave is isolated from the main processor and designed to keep sensitive data (such as passwords and cryptographic keys) secure even if the rest of the device becomes compromised.[205]

99.    Although these security features make it more difficult to exploit vulnerabilities in the iOS system or in apps, they do not prevent such exploitation entirely. For example, widely known techniques can be used to bypass protections such as ASLR and DEP, and operating system flaws can allow attackers to bypass kernel integrity protection.[206] Moreover, the iOS platform faces extremely sophisticated adversaries, including hostile nation-states that invest tremendous resources into compromising the iOS devices of high-value targets. On-device protections

---

[202] *See, e.g.*, https://lp.zimperium.com/hubfs/MAPS_MTD/REPORT/GEN/Global_Mobile_Threat_Report_2023.pdf at p. 53-54.

[203] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, pp. 70, 135-136.

[204] *Id.* at p. 10.

[205] *Id.*

[206] https://www.inversecos.com/2022/06/guide-to-reversing-and-exploiting-ios.html; https://www.bankinfosecurity.com/apple-fixes-ios-kernel-zero-days-being-exploited-in-wild-a-24535.

56

Case No. 4:11-cv-06714-YGR                                    Opening Expert Report and Declaration
                                                                        of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

complicate the work of such attackers, but they cannot provide complete protection.[207] Attackers have managed to circumvent iOS's on-device protections.

100.     While on-device protections are an important layer of defense, users are safest if malicious code never has an opportunity to run on their devices in the first place. This philosophy is reflected in iOS's approach to malware scanning. Apple scans for iOS malware as part of the App Review process, rather than using on-device antivirus software as Android and Windows do. This allows Apple to block malware before it reaches the user's device and has other security and performance advantages compared to on-device malware scanning, including, for example, avoiding undermining the sandbox protections.

101.     On-device malware detection tools work primarily by scanning for malware that was previously detected on other systems. This technique, called signature-based detection, requires clients to be regularly updated with signatures of new malware, and it is vulnerable to malware that has not been previously detected or disclosed.[208] Some tools also apply heuristics to detect suspicious activity, in what is known as behavioral detection. Behavioral detection can be imprecise, resulting in false negatives, where malware eludes the detector, and false positives, where innocuous apps are flagged as threats.[209] False positives can block legitimate apps from running and alarm users by incorrectly making them think their devices are infected.

102.     App Review and centralized distribution through the App Store enable Apple to implement a stronger version of these protections server-side. One reason that server-side detection is superior is that it avoids the problem that on-device scanning software might be outdated and therefore use out-of-date signatures and fail to detect recently discovered malware. Since all apps must pass App Review before being installed, Apple can scan every app submission with its most

---

[207] *See, e.g.*, https://securityaffairs.com/167797/apt/apt29-nso-group-and-intellexa-mobile-exploits.html.

[208] https://usa.kaspersky.com/resource-center/threats/combating-antivirus.

[209] https://www.cyfirma.com/research/malware-detection-evasion-techniques/.

Case No. 4:11-cv-06714-YGR                           Opening Expert Report and Declaration
                                                          of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

up-to-date signatures without having to deliver those signatures to every device. Moreover, when Apple learns about a new kind of malware, it can scan for its signature in every app available in the App Store. Apple's server-side approach also enhances behavioral detection. App Review's dynamic analysis tools run every app and monitor for signs of harmful behavior. Since this happens as part of App Review rather than on a user's device, behavioral detection results can be reviewed by human experts. In the case of a false positive, Apple's human reviewers can allow the app into the store following investigation. This avoids blocking access to an innocent app and spares users from being needlessly worried by a false alarm. If there is a false negative and a malicious app is not flagged by Apple's automated systems, human experts sometimes still uncover the problem, as can reports from other users that Apple receives through its various feedback channels in the App Store.

103.    In addition to being less effective than Apple's process, scanning for malware "client-side," or on the device, would carry security, reliability, and performance risks. Client-side malware scanning tools are complex software that processes potentially malicious data (such as untrusted apps that they scan), and they require highly elevated system privileges to operate, such as the ability to read every app's memory and files. These factors would entail breaking sandbox protections and give malware scanning tools a large attack surface and make them prone to exploitable vulnerabilities. Researchers regularly discover vulnerabilities in popular client-side antivirus products, and these vulnerabilities tend to be more severe than flaws in typical app software.[210] A study I performed in 2017 tested 20 popular client-side security products and found that all but two weakened the security of systems where they are installed.[211] Bugs in client-side

---

[210] https://www.cyberark.com/resources/threat-research-blog/anti-virus-vulnerabilities-who-s-guarding-the-watch-tower.

[211] Durumeric, Z., Ma, Z., Springall, D., Barnes, R., Sullivan, N., Bursztein, E., Bailey, M., Halderman, J. A., & Paxson, V., "The Security Impact of HTTPS Interception," *Proceedings of the Network and Distributed System Security Symposium* (2017), *available at* https://doi.org/10.14722/ndss.2017.23456.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                   of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

malware scanning tools can also cause reliability problems. For example, in July 2024, a bug in client-side security software made by CrowdStrike caused more than 8.5 million Windows systems to crash and fail to boot.[212] The incident disrupted business operations at major airlines and hospitals and was estimated to cause economic damage exceeding $10 billion. In addition to security and reliability risks, client-side scanning is processor intensive and reduces device performance.[213] This is an especially significant concern for mobile platforms like iOS, as it causes reduced battery life.[214]

104.    For these reasons, scanning for malware during App Review and in the App Store provides substantial benefits over scanning for malware on users' devices, because Apple requires apps to pass App Review and be distributed through the App Store. By contrast, Android and Windows devices that allow users to install software from untrusted sources need to perform malware scanning client-side, since otherwise they cannot ensure that all apps will be scanned.

### C.    Securing iOS Against "Jailbreaking" Protects Vulnerable Users

105.    "Jailbreaking" is the process of circumventing a device's security features to modify the device's behavior. On iOS, jailbreaking has been used to modify the iOS device's security features to modify the device's behavior or install apps from outside the App Store.[215] Users have been observed to jailbreak their own devices to customize iOS or to install unauthorized or pirated apps. However, jailbreaking carries risks, including potentially rendering the device unreliable or inoperable, degrading its performance or battery life, and increasing susceptibility to

---

[212] https://www.businessinsider.com/businesses-claiming-losses-crowdstrike-outage-insurance-billions-losses-cyber-policies-2024-7.

[213] https://www.tomsguide.com/us/av-software-least-system-impact,review-6276.html.

[214] https://link.springer.com/chapter/10.1007/978-3-030-11890-7_33.

[215] https://www.malwarebytes.com/iphone-jailbreaking.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                         of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

malware and other attacks.[216] Apple warns users against jailbreaking their devices for these reasons.[217]

106.    One reason that jailbreaking impairs security is that users who jailbreak their devices often avoid installing iOS security updates, since such updates can make jailbreaking techniques stop working.[218] Many iOS updates include fixes for critical security flaws, so running an out-of-date version leaves the user's device at greater risk of being exploited. Currently, there are no widely available jailbreaking techniques for most iOS devices that work with iOS versions more recent than 16.5.1, which was released in June 2023.[219] Since then, Apple has published more than 30 security-related iOS updates to correct vulnerabilities or introduce new security features.[220] Among these are patches that correct zero-day vulnerabilities that were being actively exploited by attackers.[221] Users who want to continue using their devices in a jailbroken state are unable to install these critical security updates, which leaves their devices open to compromise.

107.    Jailbreaking can also introduce security flaws, as it involves modifying some of the device's most security-critical functionality in unvetted and dangerous ways.[222] This can include disabling the on-device protections that protect users' data from being stolen by malicious apps and that prevent iOS from being modified by an attacker.[223] Jailbroken devices are also exposed to more malware than devices that are not jailbroken. There are numerous strains of malware that exclusively target jailbroken devices and exploit the weakened iOS protections caused by

---

[216] https://www.microsoft.com/en-us/microsoft-365-life-hacks/privacy-and-safety/what-is-jailbreaking-a-phone.

[217] https://support.apple.com/en-us/guide/iphone/iph9385bb26a/ios.

[218] http://forum.3u.com/topic/How-to-Disable-OTA-Updates-on-a-Jailbroken-Device--11-13013.

[219] https://theapplewiki.com/wiki/Jailbreak.

[220] https://support.apple.com/en-us/100100.

[221] *See, e.g.*, https://support.apple.com/en-us/106354.

[222] https://www.ncsc.gov.uk/files/Threat-report-on-application-stores-web-v2.pdf, p. 11; https://info.lookout.com/rs/051-ESQ-475/images/lookout-jailbreak-threats-whitepaper-UKv2.2.pdf.

[223] https://info.lookout.com/rs/051-ESQ-475/images/lookout-jailbreak-threats-whitepaper-UKv2.2.pdf at p. 3.

60

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                       of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

jailbreaking.[224] Underground app stores that are accessed via jailbreaking often host pirated or Trojan apps that contain malware.[225]

108.    Users typically jailbreak their devices by using software tools distributed online by anonymous developers.[226] These tools work by exploiting unpatched vulnerabilities in iOS or in Apple device firmware to bypass platform security features.[227] Although some users willingly exploit these flaws to jailbreak devices they own, the same tools and vulnerabilities are also used by attackers to target unwitting victims. Zimperium, a mobile security company, recently reported that 41% of iOS devices that it detected to be compromised were under the control of an attacker and not merely jailbroken by their users.[228]

109.    Attacks that involve jailbreaking can be extremely dangerous, as they bypass not only App Review and the App Store's protections but also Apple's on-device protections. For instance, the process of jailbreaking can affect iOS's sandboxing mechanisms, so that apps that are installed through jailbreaking can bypass iOS's sandboxing mechanisms to access data from other apps, and they can bypass iOS's privacy controls to activate the device's camera without the user's knowledge.[229] This makes jailbreaking attractive to attackers seeking to conduct covert surveillance, including nation-state actors. For instance, an Italian company named HackingTeam sold iOS-based surveillance software that repressive governments used to spy on dissidents and journalists.[230] The company instructed its customers to use publicly available jailbreaking tools to

---

[224] *See, e.g.*, https://unit42.paloaltonetworks.com/keyraider-ios-malware-steals-over-225000-apple-accounts-to-create-free-app-utopia/.

[225] Garcia, L., & Rodriguez, R. J., "A Peek under the Hood of iOS Malware," *11th International Conference on Availability, Reliability and Security* (2016), pp. 590, 593 *available at* https://doi.org/10.1109/ares.2016.15.

[226] https://info.lookout.com/rs/051-ESQ-475/images/lookout-jailbreak-threats-whitepaper-UKv2.2.pdf.

[227] *Id.*

[228] https://lp.zimperium.com/hubfs/MAPS_MTD/REPORT/GEN/Global_Mobile_Threat_Report_2023.pdf, p. 57.

[229] https://www.group-ib.com/blog/pegasus-spyware/.

[230] https://www.wired.com/2014/06/remote-control-system-phone-surveillance/.

Case No. 4:11-cv-06714-YGR                              Opening Expert Report and Declaration
                                                              of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

install the spyware on target devices.[231] Another surveillance software company, NSO Group, sells sophisticated spyware called Pegasus that is also installed via jailbreaking.[232] Hostile governments have used Pegasus to target activists, journalists, politicians, diplomats, and others.[233] NSO Group has repeatedly created methods to remotely jailbreak iOS devices using zero-day vulnerabilities to implant them with its spyware.[234] Apple has responded by patching the vulnerabilities NSO Group is known to have exploited, introducing new iOS security features, and taking legal action against the company.[235]

110.    Jailbreaking attacks are not limited to users who are targets of hostile governments. For instance, jailbreaking is also sometimes used to further intimate partner violence and abuse.[236] An abusive partner with access to a victim's device can jailbreak it and install spyware that covertly tracks the victim's location or remotely activates the microphone and camera.[237] One example is a commercial product called FlexiSPY, which advertises the ability to listen in on phone calls, remotely activate the microphone and camera, track the device's location, view files, record keystrokes, and monitor email, messenger apps, and Internet activity, all while being hidden from the user.[238] FlexiSPY for iOS is only compatible with jailbroken devices due to Apple's platform

---

[231] *See, e.g.*, https://wikileaks.org/hackingteam/emails/fileid/42899/19734.

[232] https://www.britannica.com/topic/Pegasus-spyware.

[233] https://www.hrw.org/news/2022/01/26/human-rights-watch-among-pegasus-spyware-targets.

[234] https://citizenlab.ca/2016/08/million-dollar-dissident-iphone-zero-day-nso-group-uae/; https://citizenlab.ca/2020/12/the-great-ipwn-journalists-hacked-with-suspected-nso-group-imessage-zero-click-exploit/; https://citizenlab.ca/2021/09/forcedentry-nso-group-imessage-zero-click-exploit-captured-in-the-wild/.

[235] https://www.apple.com/newsroom/2021/11/apple-sues-nso-group-to-curb-the-abuse-of-state-sponsored-spyware/.

[236] Harkin, D., & Molnar, A., "Operating-System Design and Its Implications for Victims of Family Violence: The Comparative Threat of Smart Phone Spyware for Android Versus iPhone Users," *Violence Against Women*, Vol. 27, Issue 6-7 (2020), *available at* https://doi.org/10.1177/1077801220923731.

[237] Liu, E., Rao, S., Havron, S., Ho, G., Savage, S., Voelker, G. M., & McCoy, D., "No Privacy Among Spies: Assessing the Functionality and Insecurity of Consumer Android Spyware Apps," *Proceedings on Privacy Enhancing Technologies* (2023), *available at* https://doi.org/10.56553/popets-2023-0013.

[238] https://www.flexispy.com/en/iphone-tracker-spy-on-iphone.htm.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

security measures.[239] There are many similar "stalkerware" products, and the antivirus maker Kaspersky reports that such spyware affected 31,000 of its users in 2023.[240] The Federal Trade Commission has warned the public about stalkerware threats and advises people who think they might be victims to check whether their devices are jailbroken.[241]

111.    When a jailbreaking technique becomes public, Apple studies it to understand the security flaws it exploits, then typically issues a software update to correct them.[242] The company also works proactively to strengthen its on-device protections and make vulnerabilities more difficult to exploit, for instance through the introduction of features such as secure boot, signed system volumes, and kernel integrity protection, which help prevent tampering with the operating system or device firmware; and BlastDoor, which helps protect iMessage against exploitation.[243] These changes have the effect of making jailbreaking more difficult. Mr. Federighi has testified that Apple's security efforts are directed towards protecting users from malicious exploitation, not at limiting user choice.[244] In light of the threats I have discussed that arise from jailbreaking exploits and related vulnerabilities, I find that Apple's security efforts are necessary to keep iOS safe for everyone, including for the most vulnerable iOS device users.

---

[239] https://www.flexispy.com/en/compatibility.htm.

[240] https://media.kasperskycontenthub.com/wp-content/uploads/sites/43/2024/03/07160820/The-State-of-Stalkerware-in-2023.pdf, p. 4.

[241] https://consumer.ftc.gov/articles/stalkerware-what-know.

[242] *See* Deposition of Craig Federighi, Feb. 10, 2021 ("Federighi Dep. Tr.") at 295:9-23.

[243] https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, pp. 36, 63, 70, 77.

[244] Federighi Dep. Tr. at 299:17-25.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

## IV.  ALTERNATIVES TO CENTRALIZED DISTRIBUTION WOULD MAKE IOS LESS SECURE

### A. Support for Sideloading Would Significantly Reduce iOS Security

112.    In contrast to Apple's centralized distribution model that requires all apps to be screened by App Review and distributed through the App Store, Android and Windows allow apps to be distributed to their devices through third-party app stores and via direct downloads. Installing apps via these methods is sometimes called **sideloading**.[245] Allowing sideloading on these devices comes at a cost to users' security, as these additional distribution channels provide malicious actors with expanded opportunities to disseminate malware and harmful apps. While the App Store and App Review provide a trustworthy source for vetted apps, sideloading puts the risk and corresponding burden of determining whether apps are safe to install squarely on individual users—a task for which they are not always well equipped or willing to take the time to perform.

113.    Empirical data demonstrates that sideloading inherently entails serious risks. Third-party app stores on Android and Windows sometimes apply little, if any, security review, and direct downloads on those devices are not necessarily required to undergo any security review at all, resulting in expanded opportunities for attackers. Accordingly, studies have repeatedly shown that iOS is safer than devices that allow sideloading.

114.    Requiring Apple to broadly support sideloading on iOS would make iOS devices less secure and expose users to greater risks from scams, malware, and other harmful apps. As I discuss further below, studies show that users of devices that allow sideloading encounter harmful apps far more often than iOS device users do. For instance, researchers at Zimperium found that users who engage in sideloading are 200% more likely to have malware running on their devices

---

[245] *See* https://www.zimperium.com/blog/the-hidden-risks-of-sideloading-apps/.

64

Case No. 4:11-cv-06714-YGR                         Opening Expert Report and Declaration
                                                                of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

than those who do not.[246] An academic research team reported that 97.8% of malicious repackaged Android apps they uncovered were distributed via sideloading.[247] A 2020 study by Nokia found that Android devices were 46 times more likely to be infected with malware than iOS devices, which Nokia attributed to Android's support for sideloading and third-party app stores.[248] In 2021 and 2023, Nokia detected negligible numbers of infected iOS devices, while Android devices were found to make up 50.31% of the infected devices in 2021 detected in mobile and fixed networks where Nokia's NetGuard Endpoint Security solution is deployed and 30% or 49% of infected devices detected in fixed and mobile networks, respectively, in 2023.[249]

115.    Cybersecurity assessments by government agencies have likewise found that support for sideloading poses serious risks. The U.K. Government's National Cyber Security Center (NCSC) observed that in third-party app stores, such as those permitted on Android, "a lack of robust vetting processes means that users are especially vulnerable to threat actors uploading malware."[250] A study by the U.S. Department of Homeland Security (DHS) found that "reliability and security of apps from [third-party app stores] may vary widely and the vetting process may be opaque or less robust than is the case for the public stores of OS vendors."[251] The U.S. National Institutes of Standards and Technology (NIST) states that sideloading "poses significant security

---

[246]https://lp.zimperium.com/hubfs/MAPS_MTD/REPORT/GEN/Global%20Mobile%20Threat%20Report%20202024%20FINAL%20(1).pdf, p. 20.

[247] Li, L., Li, D., Bissyande, T. F., Klein, J., Le Traon, Y., Lo, D., & Cavallaro, L., "Understanding Android App Piggybacking: A Systematic Study of Malicious Code Grafting," *IEEE Transactions on Information Forensics and Security*, Vol. 12, No. 6 (2017), p. 1272, *available at* https://doi.org/10.1109/tifs.2017.2656460.

[248] *See infra*, Sec. IV.3.

[249] https://onestore.nokia.com/asset/210088; https://onestore.nokia.com/asset/213316.

[250] https://www.ncsc.gov.uk/files/Threat-report-on-application-stores-web-v2.pdf, p. 11.

[251]https://www.dhs.gov/sites/default/files/publications/DHS%20Study%20on%20Mobile%20Device%20Security%20-%20April%202017-FINAL.pdf, p. 27.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                           of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

risks, especially for mobile device platforms and app stores that do not place security restrictions or other limitations on third-party app publishing."[252]

116.    Due to these risks, security experts and government agencies routinely advise against sideloading. For instance, the U.S. National Security Agency (NSA) recommends that users "[i]nstall a minimal number of applications and only ones from official application stores."[253] The U.S. Cybersecurity and Infrastructure Security Agency (CISA) advises users to avoid potentially harmful apps (PHAs) by "limiting your download sources to official app stores, such as your device's manufacturer or operating system app store."[254] Guidance from DHS states, "users should avoid (and enterprises should prohibit on their devices) sideloading of apps and the use of unauthorized app stores."[255]

117.    Sideloading is sometimes positioned as a matter of individual user choice, on the theory that users can be informed about the risks and decide for themselves whether to assume them. This view is inaccurate, because allowing sideloading on iOS would create risks that fall on others in addition to the users who chose to sideload. For instance, 70% of organizations have a Bring Your Own Device (BYOD) policy that allows employees to use their mobile devices at work.[256] Malware designed to infect an individual's device through sideloading can attempt to infiltrate an employer network or steal corporate data.[257] Furthermore, many apps available for

---

[252] https://nvlpubs.nist.gov/nistpubs/SpecialPublications/NIST.SP.800-124r2.pdf, p. 12.

[253] https://media.defense.gov/2020/Jul/28/2002465830/-1/-1/0/MOBILE_DEVICE_BEST_PRACTICES_FINAL_V3%20-%20COPY.PDF.

[254] https://www.cisa.gov/news-events/news/privacy-and-mobile-device-apps.

[255] https://www.dhs.gov/sites/default/files/publications/DHS%20Study%20on%20Mobile%20Device%20Security%20-%20April%202017-FINAL.pdf, p. 37.

[256] https://pages.bitglass.com/rs/418-ZAL-815/images/CDFY21Q2BYOD2021.pdf, pp. 2,4.

[257] https://nvlpubs.nist.gov/nistpubs/SpecialPublications/NIST.SP.800-124r2.pdf, p. 12.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                          of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

sideloading are pirated and repackaged versions of popular legitimate apps.[258] These apps not only serve as a vector for malware but also reduce revenue for legitimate app developers. Giving iOS device users the option to sideload would harm even users who prefer not to take the risk. With multiple iOS distribution channels, some developers might make their apps available exclusively via sideloading. Users who wanted those apps badly enough, or who were required to use them for work or school, would be forced to go outside of the protections of the App Store to install them.[259] Other users would likely be tricked by attackers into sideloading malicious apps without understanding what they are doing, for instance through Tech Support scams and similar forms of social engineering I have discussed.

118.    Moreover, allowing sideloading would attract a greater population of financially motivated bad actors to launch attacks against iOS devices, since they would have more opportunities to reach users at lower cost. Online crime is organized, industrialized, highly specialized, and constantly evolving.[260] Different groups of criminals specialize in different functions, such as finding vulnerabilities, creating and distributing malware, and monetizing stolen information.[261] Some of these functions require platform-specific skills and infrastructure, which require investment from attackers. For instance, creating iOS malware can require learning different programming languages and APIs than Android malware, and it utilizes different libraries of malicious code. Sideloading would spur greater investment among criminals in these skills and

---

[258] https://www.forbes.com/sites/johnkoetsier/2018/02/02/app-publishers-lost-17-5b-to-piracy-in-the-last-5-years-says-tapcore/.

[259] https://learn.microsoft.com/en-us/mem/intune/user-help/enroll-device-android-company-portal (Documentation from a Microsoft product for creating school and corporate internet portals tells Android users to enable sideloading "[b]efore you try to install a school or work app" through the system.).

[260] *See* Moore, T., Clayton, R., & Anderson, R., "The Economics of Online Crime," *Journal of Economic Perspectives*, Vol. 23, No. 3 (2009), *available at* https://doi.org/10.1257/jep.23.3.3.

[261] *See* Wall, D., *Cybercrime* (2nd ed., 2024). Cambridge, UK: Polity Press, Ch. 7, *available at* https://www.wiley.com/en-us/Cybercrime%3A+The+Transformation+of+Crime+in+the+Information+Age%2C+2nd+Edition-p-9781509563135.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                           of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

infrastructure, which would ultimately lower the cost of attacking iOS devices. These skills and infrastructure could be applied to attempt attacks through any distribution channel, not merely through sideloading, so there would likely be more attempts to distribute malware and commit scams through the App Store as well. This would make the iOS platform riskier for all users, not just those who choose to sideload.

119.    In addition, sideloading would reduce the efficacy of App Review in detecting harmful apps, as it would inherently mean that App Review is no longer seeing, reviewing, and learning from all apps available to consumers, nor all apps submitted for distribution to consumers. App Review and users would lose the benefits of all of the App Store protections and other channels of information through which harmful apps are discovered post-distribution. Moreover, permitting sideloading would make App Review a less effective deterrent. Apps that were rejected by App Review and prevented from entering the App Store could simply relocate to third-party stores with weaker review processes.

120.    Users currently have a choice of mobile devices with different levels of software security. They can opt for iOS devices with a stronger security model and less flexibility about where apps come from, or they can opt for something like an Android device that offers fewer constraints on app distribution but requires users to shoulder more responsibility and risk about what they install. Apple's ability to enforce the limits it places on app distribution is largely responsible for the far lower incidence of malware on iOS compared to Android. Weakening the requirements for App Review and centralized distribution would increase the burden on individual users and reduce Apple's ability to differentiate iOS from other devices based on security. It would also attract a larger population of malicious actors to iOS, which would expose all iOS users, including those who choose not to sideload, to greater security risks.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE PROTECTIVE ORDER

### 1. Relying on Users to Determine Whether Apps are Safe is Risky and Burdensome

121. On platforms that support sideloading, individual users are forced to play a more active role in assessing whether apps are safe to install. Users are not always as equipped to make this determination, nor do they always want to take the time and effort to make this determination. While the App Review process can vet apps effectively by using sophisticated proprietary analysis software, years of data about past attacks, and trained human experts, typical users do not have all of these resources and knowledge. For this reason, many experts and government authorities advise consumers not to sideload apps, and if they do, to at least look out for crude warning signs that an app might be untrustworthy.[262] These are not dependable indicators, as there may be no user-visible signs that an app is malicious. For instance, repackaged apps that contain Trojan malware can look and outwardly behave identically to a legitimate app.[263] Moreover, many users are unaware of security advice for avoiding harmful apps or do not follow it consistently,[264] and even security professionals can have difficulty spotting and averting malicious downloads.[265]

122. One reason that users have difficulty avoiding harmful apps is that attackers are adept at using social engineering to trick users into installing them. Because social engineering exploits human psychology, nobody is immune. Tech-savvy young people and even trained

---

[262] *See, e.g.*, https://www.cisa.gov/news-events/news/privacy-and-mobile-device-apps; https://www.riskiq.com/wp-content/uploads/2021/01/RiskIQ-2020-Mobile-App-Threat-Landscape-Report.pdf, p. 9.

[263] *See supra,* Sec. II.A ¶20.

[264] Watson, B., & Zheng, J., "On the User Awareness of Mobile Security Recommendations," *Proceedings of the ACM Southeast Conference* (2017), *available at* https://doi.org/10.1145/3077286.3077563.

[265] Onarlioglu, K., Yilmaz, U., Kirda, E., & Balzarotti, D., "Insights into User Behavior in Dealing with Internet Attacks," *Proceedings of the ISOC Network & Distributed Systems Symposium* (2012), p. 8, *available at* https://www.ndss-symposium.org/wp-content/uploads/2017/09/08_1.pdf

Case No. 4:11-cv-06714-YGR

Opening Expert Report and Declaration of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

security experts have been fooled into installing malware by social engineering attacks.[266] Attackers have learned many effective techniques for manipulating users. For instance, users are at elevated risk of making security mistakes when they are under cognitive load or stress, for instance when they are in a hurry to install an app for a particular purpose.[267] Such pressure can lead users to apply less scrutiny to what they are downloading or to overlook warning signs that an app is untrustworthy. Attackers exploit this by creating some false pretense that gives the user a false sense of urgency, for instance by making them think they need to install the app to remove a virus that has infected their device.[268] Such human fallibility increases the risk of relying on users to make good security decisions.[269]

123.    Relying on consumers to scrutinize every app they install is not only risky but burdensome. The burden is evident from complicated and lengthy steps that government agencies and security experts advise users to take before they install a potentially untrustworthy app.[270] For instance, CISA advises users to "avoid malicious apps" by only downloading apps from their device's official app store, examining the permissions an app is requesting to see whether they are excessive, considering the app's privacy policy, researching the developer's reputation, and examining user reviews for signs that the app may be illegitimate.[271] The security firm RiskIQ offers similar guidance and urges users to protect themselves by being "discerning and skeptical

---

[266] https://www.cnbc.com/2021/08/10/tech-savvy-teens-falling-prey-to-online-scams-faster-than-their-grandparents.html; https://www.techtarget.com/searchsecurity/news/252495750/How-a-social-engineering-campaign-fooled-infosec-researchers.

[267] Chowdhury, N. H., Adam, M. T. P., & Skinner, G., "The Impact of Time Pressure on Cybersecurity Behaviour: A Systematic Literature Review," *Behaviour & Information Technology*, Vol. 38, Issue 12 (2019), *available at* https://doi.org/10.1080/0144929x.2019.1583769.

[268] *See* Ngo, F. T., Agarwal, A., Govindu, R., & MacDonald, C., "Malicious Software Threats," *The Palgrave Handbook of International Cybercrime and Cyberdeviance* (2020), p. 802, *available at* https://doi.org/10.1007/978-3-319-78440-3_35.

[269] *See* Schneier, *Secrets and Lies*, pp. 288-306, *supra* n.57.

[270] *See* https://www.cisa.gov/news-events/news/privacy-and-mobile-device-apps.

[271] *Id*.

70

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

when downloading anything."[272] Since these checks are not foolproof, RiskIQ further advises users that if they accidentally install a malicious app, they should "wipe the phone and restore it to a safe state" from a backup.[273] These checks take time and effort every time the user wants to install an app, and even if a user is aware of them and applies them diligently, they offer only weak protection. For example, restoring the device from a backup will not undo the damage from an attack if the user's banking credentials or other sensitive personal data have been stolen.

124.    Third-party antivirus software cannot substitute for the security provided by the App Store and App Review. Only about 17% of U.S. adults say they use third-party antivirus products on their mobile devices.[274] Even for those that do, commercial antivirus products have limited effectiveness. In one recent study, 76% of repackaged Android malware instances created by the experimenters were not detected by any of 70 tested antivirus products, and more than 90% of antivirus products failed to detect even a single one of the malware samples.[275]

125.    Replicating the stronger protections available from App Review and the App Store is beyond the resources of individual consumers (and even third-party app stores or other entities). This is illustrated by guidance published by NIST for organizations that need to vet apps on their own, independently of official app stores.[276] Large enterprises and government agencies are sometimes required to do this for compliance reasons. NIST's vetting guidance is 55 pages long and states that to complete the vetting process, "it is critical for the organization to hire personnel

---

[272] https://www.riskiq.com/wp-content/uploads/2021/01/RiskIQ-2020-Mobile-App-Threat-Landscape-Report.pdf, p. 9.

[273] *Id*.

[274] https://www.security.org/antivirus/antivirus-consumer-report-annual/.

[275] Piccione, A., Bernardinetti, G., Pellegrini, A. & Bianchi, G. (2023), "Is Your Smartphone Really Safe? A Wake-up Call on Android Antivirus Software Effectiveness," In F. Buccafurri, E. Ferrari & G. Lax (eds.), ITASEC, pp. 1, 8, *available at* https://ceur-ws.org/Vol-3488/paper27.pdf.

[276] *See* https://nvlpubs.nist.gov/nistpubs/SpecialPublications/NIST.SP.800-163r1.pdf.

71

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

with appropriate expertise" in software security, information assurance, and mobile security.[277] It further notes that "costs may be significant and can include licensing costs for test tools and salaries for analysts, approvers, and administrators."[278]

126.    Apple applies strong protective measures on the iOS device user's behalf by integrating them into App Review, the App Store, and complementary iOS device protections. Apple's approach relieves consumers from the burden of applying scrutiny and making complex trust decisions every time they want to install an app, and it protects them more effectively, as App Review's sophisticated computer and manual human analysis can identify harmful apps more effectively than typical users can. Moreover, studies have shown that many users are unfamiliar with recommended practices for avoiding harmful apps,[279] and even those who are may not follow them consistently.[280] For instance, in one study, more than 10% of users who answered on a security questionnaire that they would "never" download apps from an unofficial app store were nonetheless observed to sideload apps, perhaps without understanding what they were doing.[281] Centralized distribution for iOS avoids these problems, since it prevents users from unknowingly obtaining apps from unofficial app stores along with ensuring that every app available to iOS device users has been reviewed by Apple's App Review. Due to Apple's security measures, there is less need for iOS users to be "discerning and skeptical" when obtaining apps from the App Store, which frees users to install beneficial apps that they might otherwise pass over.

---

[277] *Id.* at 25.

[278] *Id.*

[279] *See* Koyuncu, M., & Pusatli, T., "Security Awareness Level of Smartphone Users: An Exploratory Case Study," *Mobile Information Systems* (2019), *available at* https://doi.org/10.1155/2019/2786913.

[280] Bitton, R., Boymgold, K., Puzis, R., & Shabtai, A., "Evaluating the Information Security Awareness of Smartphone Users," *Proceedings of the 2020 CHI Conference on Human Factors in Computing Systems* (2020), p. 10, *available at* https://doi.org/10.1145/3313831.3376385.

[281] *Id.*

72

Case No. 4:11-cv-06714-YGR

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

### 2. Alternatives to Centralized Distribution Carry Serious Risks

127. The security provided by centralized distribution is critical to maintaining iOS as safe and trustworthy. Moving away from centralized distribution to permit sideloading, for example either via direct distribution or through third-party app stores, would reduce to users' security and safety. For instance, the risks of sideloading that I discuss above would arise.

128. In addition, and moreover, consider the consequences if Apple were forced to adopt the direct distribution model on Android and Windows, where users could obtain iOS apps directly from developers or websites without undergoing review by Apple. On both platforms, direct distribution has been commonly used to spread Trojans and other types of malicious or harmful apps.[282] Supporting direct distribution for iOS devices would introduce such risks as well. Where apps are obtained directly from developers, they may not be subjected to App Review, and, regardless, it would be much easier to distribute apps that were malicious or fraudulent. Without App Review and the App Store enforcing the accuracy of apps' marketing descriptions at the point where users choose to obtain the apps, users would have less trustworthy information about apps prior to downloading them. For example, websites could fraudulently describe an app's functionality to fool users into downloading Trojan malware or purchasing a non-functional app, or they could mislead users about what data the app collects or whether it is safe for children. Moreover, without user feedback from the App Store, such as through user reviews, Apple would be unable to as effectively monitor whether apps were harming users, which would make attackers more difficult to combat.

129. Also of concern is that third-party app stores each have their own independent review policies and processes. Android, macOS, and Windows permit such third-party stores. Devices that can download apps from third-party app stores, even with no distribution through

---

[282] *See* https://www.the420.in/fraud-via-apk-android-package-kit-a-growing-cyber-threat/.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

direct downloads, are exposed to far more risk from harmful apps than iOS devices with centralized distribution through the App Store. Moreover, supporting third-party iOS app stores would make App Review a less effective deterrent. Apps that were blocked by App Review and prevented from entering the App Store could simply relocate to third-party stores with weaker review processes.

130.    This threat is demonstrated by empirical studies of malware on third-party Android app stores. Researchers at RiskIQ measured the prevalence of malware across iOS and Android app stores, including the Apple App Store, the Google Play Store, and more than 120 third-party app stores.[283] They uncovered 102,312 harmful apps across iOS and Android of which nearly 90% were distributed through third-party app stores.[284] RiskIQ observed that "hundreds of less reputable app stores represent a murky mobile underworld outside of the relative safety of reputed stores."[285] Exposing users to these third party stores, as users of Android devices are, exposes those users to a multitude of untrustworthy stores.

131.    Some Android app stores are more dangerous than others, reflecting variations in the quality of their review processes. In contrast, RiskIQ assesses that "Apple treats its App Store like Fort Knox and rarely hosts dangerous apps," which reflects the effectiveness of App Review and centralized distribution for securing iOS devices.[286]

132.    Third-party stores also have not been observed to match App Review's ability to detect harmful apps, and do not have the same benefits and resources as Apple's App Review. App Review benefits from Apple's many years of data and experience from running the App Store, its

---

[283] https://www.riskiq.com/wp-content/uploads/2021/01/RiskIQ-2020-Mobile-App-Threat-Landscape-Report.pdf, p. 3.

[284] *Id*. at 5.

[285] *Id.* at 3.

[286] *Id.* at 5.

74

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

knowledge of its own, proprietary devices' hardware and software, its extensive technical resources, and the sophisticated proprietary analysis tools it has built.[287]

133.    In addition, some third-party stores may intentionally permit high-risk illicit apps as a means of attracting users. For instance, some third-party app stores specialize in pirated apps or apps for pornography.[288] As I discussed above, these app categories frequently contain malware.[289]

134.    Competition for ad revenue could prompt even legitimate app stores to adopt or maintain weaker privacy standards than Apple's. Companies like Facebook and Google that are heavily dependent on ad revenue, which requires apps to be able to track user behavior and have been observed to implement less protective privacy features and less control over user privacy than Apple. This is demonstrated by Google's response to App Tracking Transparency, a feature Apple introduced in 2020 that requires iOS apps to obtain users' consent before tracking them.[290] It took nearly two years after Apple introduced App Tracking Transparency for Google to announce that it was working on an initiative to give Android users more protection from in-app tracking.[291] This new Android feature, called Privacy Sandbox, still has not been released more than three years after Google's announcement.[292]

135.    By contrast, centralized distribution has allowed Apple to establish and maintain strongly protective policies. In some cases, Apple has leveraged this ability to raise the bar for

---

[287] *See supra*, Sec. III.B.2., ¶69.

[288] https://www.theverge.com/2019/2/20/18232140/apple-tutuapp-piracy-ios-apps-developer-enterprise-program-misuse; https://finance.yahoo.com/news/adult-gaming-nutaku-unveils-android-213500103.html.

[289] *See supra*, Sec. II.A, ¶26.

[290] https://www.apple.com/newsroom/2021/01/data-privacy-day-at-apple-improving-transparency-and-empowering-users/.

[291] https://www.forbes.com/sites/johnkoetsier/2022/02/19/apples-att-burned-facebook-bad-googles-privacy-sandbox-is-a-kiss-in-comparison/.

[292] https://privacysandbox.com/intl/en_us/android/.

75

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

security and privacy throughout its platform by establishing uniform, platform-wide policies that give users greater transparency and control over privacy.[293] In addition to App Tracking Transparency, the App Store displays app privacy labels ("nutrition labels"), which summarize an app's data collection and tracking practices in an easy-to-read format.[294] Consumers' response to privacy labels demonstrates that they make different choices about the apps they install when they are better informed about apps' privacy practices. After Apple began requiring privacy labels, the average iOS app experienced a 14% decrease in weekly downloads, with higher drops for more privacy-intrusive apps.[295] This suggests that many app developers would prefer to be distributed through app stores that did not require such disclosures. If there were multiple app stores, competition for these developers could lead to a "race to the bottom" on privacy, where stores would be put under pressure to relax protections (for example, against tracking or intrusive advertising) to keep app developers from migrating their apps to other stores.

136.    Apple has strong incentives to keep harmful apps off iOS devices. Security and privacy are key selling points for Apple devices, and they are an important factor in iOS device purchasing decisions for most users.[296] Moreover, apps can harm a user or their device in ways that are difficult for users to attribute to the app.[297] For example, attacks that steal the user's credentials or credit card number are rarely transparent in origin. Users may not even be aware that their information was stolen until fraudulent purchases appear on their bank statements.

---

[293] https://developer.apple.com/app-store/user-privacy-and-data-use/.

[294] https://developer.apple.com/app-store/app-privacy-details/.

[295] Bian, B., Ma, X., & Tang, H., "The Supply and Demand for Data Privacy: Evidence from Mobile Apps" (July 2023), p. 1, *available at* https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3987541.

[296] *See* Epic Trial Tr. (Cook) at 3845:7-3849:7; https://www.apple.com/safari/privacy/; Apple ads *available at* https://www.youtube.com/watch?v=0HjDpPnxcP0; Apple's 2018 WWDC Keynote Presentation at 1:51:00, https://www.youtube.com/watch?v=UThGcWBIMpU&t=6660s.

[297] Dunn, B., Jensen, M. L., & Ralston, R., "Attribution of Responsibility after Failures within Platform Ecosystems," *Journal of Management Information Systems*, Vol. 38, Issue 2 (2021), p. 547, *available at* https://doi.org/10.1080/07421222.2021.1912937.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                        of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

Similarly, apps can degrade device performance in ways that are hard for users to trace back to the app, as when an app running in the background causes the device to lock up or the battery to drain quickly. Research has found that when responsibility for such problems is ambiguous, users place blame on the platform provider—Apple.[298] Apple is therefore motivated to protect its platform to uphold its own reputation and that of iOS devices. Third-party app stores (which users may not even realize have a role in screening apps) do not share these powerful pro-security incentives.

137.    The security risks caused by third-party app stores can be further demonstrated by Android's experience with third-party app stores in China. Although China has a significant number of Android devices, the Google Play Store is banned within the country, so users are forced to rely on alternative app stores permitted by the Chinese government.[299] To assess these stores' security practices, researchers conducted a large-scale study that examined 16 leading Chinese app stores, which collectively had distributed more than 560 billion downloads.[300] These third-party app stores include stores operated by the top five mobile device vendors in China and the top three web companies.[301] The researchers found that "the presence of malicious and repackaged apps in the majority of Chinese app stores is significant and prevalent over time."[302] In 11 of the 16 app stores, more than 10% of apps available for download were malicious, and in one store 24% of apps were malicious.[303] Moreover, while all 16 stores claimed to apply automated analysis as part of their vetting processes, only half said they also incorporated human review, as App Review

---

[298] *Id.* at 563.

[299] https://www.nytimes.com/2025/02/04/technology/china-google-antitrust-investigation.html

[300] Wang, H., Liu, Z., Liang, J., Vallina-Rodriguez, N., Guo, Y., Li, L., Tapiador, J., Cao, J., & Xu, G., "Beyond Google Play: A Large-Scale Comparative Study of Chinese Android App Markets," *Proceedings of the Internet Measurement Conference* (2018), p. 295, *available at* https://doi.org/10.1145/3278532.3278558.

[301] *Id.* at 294.

[302] *Id.*

[303] *Id.* at 303.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                            of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

does.[304] As I have explained, human review is particularly critical to the effectiveness of App Review, such as for safeguarding against deceptive or coercive malicious apps and for detecting apps that request excessive entitlements. The China study found that 82% of apps in Chinese app stores had excessive entitlements, and in some stores the number was greater than 95%.[305] This illustrates the magnitude of the risks that can result from review that is inferior and/or more inconsistently performed by Apple's App Review. Where device users can obtain apps from a variety of app stores with varying security measures and quality of app review—which can be referred to as a "fragmented distribution model—bad actors only need to find one app store with inadequate security measures (whether those are intentional or the result of lack of resources) to be able to jeopardize the safety of all users of those devices. An attacker could submit the same harmful app to multiple stores, and if at least one distributed the app, that app would be available for download.

138.    The app marketplace in China also demonstrates that having competition among app stores is not sufficient to protect users from harmful apps. Some of the Chinese Android app stores had amassed hundreds of millions of downloads even though a large portion of the apps they carried contained malware.[306] Stores have been seen to compete through any number of strategies unrelated to the quality of their vetting, such as clever marketing or by making exclusive deals with developers of popular apps.

139.    The authors of the Chinese app store study also tracked how long malicious apps remained available in each store to assess how well the stores detected and removed harmful apps. As a baseline, they examined the Google Play Store (outside of China) and found that only 16% of malicious apps detected there were still available in the Play Store eight months later. In contrast,

---

[304] *Id.* at 295.

[305] *Id.* at 303.

[306] *Id.* at 295, 303.

78

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

over 70% of malicious apps found in Chinese app stores were still hosted by at least one Chinese app store after eight months.[307] This illustrates that a decentralized app distribution model can be significantly less effective at policing harmful apps as Apple's centralized approach. With centralized distribution, Apple can cut off distribution of an app that is found to be malicious simply by removing it from the App Store. When there are multiple app stores, each policing apps independently, harmful apps detected and blocked from one store can remain in distribution in other stores indefinitely. This means bad actors have more ways to get their apps into distribution, and their apps can remain in distribution for longer, both of which magnify the opportunities for harmful apps to reach users.

140.    The history of Android also illustrates that third-party app stores may lack the resources necessary to sustain the security of their marketplaces in response to evolving threats. While Google has considerably enhanced the Play Store's security over the past decade, these improvements have been challenging for third-party Android app stores to match. This is illustrated by data from AndroZoo, a research effort that continuously crawls several Android marketplaces and tests the apps they contain with a suite of antivirus tools.[308] In 2016, the AndroZoo researchers reported that 22% of apps they downloaded from the Play Store were flagged by at least one antivirus product as malware, compared to 50% of apps from the Chinese Android marketplace AppChina.[309] More recent AndroZoo data shows that in 2023, only 3% of apps downloaded from the Play Store were flagged as malware, versus 59% from AppChina.[310]

---

[307] *Id.* at 304.

[308] *See* https://androzoo.uni.lu/.

[309] Allix, K., Bissyandé, T. F., Klein, J., & Le Traon, Y., "AndroZoo: Collecting Millions of Android Apps for the Research Community," *Proceedings of the 13th International Conference on Mining Software Repositories* (2016), p. 471, *available at* https://doi.org/10.1145/2901739.2903508.

[310] *See* https://androzoo.uni.lu/lists.

79

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

This demonstrates that third-party app stores cannot be relied on to keep up with the level of security provided by first-party stores as threats evolve over time.

141.    Decentralizing iOS app distribution would also reduce Apple's ability to police harmful apps within its own App Store. As I have explained, Apple relies on a variety of "signals" from the App Store, such as user reviews and support requests, to detect potentially harmful apps, which it can then subject to further review and remove from the store if necessary.[311] Where app distribution is decentralized, users' feedback regarding apps would also be spread across multiple app stores. This fragmentation would make it more difficult for any of the store operators, including Apple, to detect when an app was causing problems. Fragmentation of app distribution channels would also reduce the amount of data available to App Review for use in its review, including to train its computer analysis review tools, which could make them less effective at detecting threats. Moreover, third-party stores that did detect and remove a harmful app would not necessarily share that information with Apple, in which case the app would persist in the App Store until Apple independently detected it. Fragmentation would also make it harder for Apple to get an overall view of malicious activity on iOS devices. Unlike third-party stores, Apple can remove developers from the Apple Developer Program if they attempt to distribute malware, which ensures that all their apps are removed from the App Store and stops them from submitting further harmful apps.[312] Apple cannot take this effective countermeasure if harmful apps in third-party stores remain unreported.

142.    Apple's centralized approach to app vetting and distribution avoids these problems. It allows Apple to apply uniform policies and a high-quality review process to every app. This prevents the "weakest link" problem, in which malware simply migrates to stores with less

---

[311] *See supra*, Sec. III.B.3, ¶89.

[312] *See, e.g.*, https://developer.apple.com/app-store/review/guidelines/, Guidelines 2.3(b), 2.5.3. 4.1(b), 5.1.2(i).

80

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

effective protections. It also lets Apple invest more in its technology and processes for detection, as these costs can be amortized across a greater number of apps and users. Centralized review avoids fragmentation of user feedback signals, making for better and more rapid detection of harmful apps. Apps that are found to be malicious can be rapidly and effectively blocked, and Apple can monitor all developers' reputations to weed out bad actors. Moreover, Apple's approach allows App Review, the App Store, and on-device protections to operate together as designed, making for a stronger, layered defense.

### 3.    iOS Devices Are Empirically Safer Than Devices That Allow Sideloading

143.    Numerous data-driven studies by security researchers and third-party firms show that iOS devices are safer from malware and other harmful apps compared to other commonly used devices that broadly support decentralized app distribution, such as Android and Windows devices. Real-world data shows that Android app stores carry large numbers of malicious apps, whereas Apple's App Store hosts malware so rarely that it has been likened to "Fort Knox."[313] Studies further find that Android devices are targeted by many times more harmful apps and are many times more likely to be infected with malware than are iOS devices. One peer-reviewed study found that more than 10% of Android devices have malicious apps installed.[314] These stark empirical contrasts between iOS and Android show that Apple's approach to security achieves significantly better protection. They also demonstrate the magnitude of the additional risk iOS users would face if Apple were only able to defend its devices as well as Google defends Android.

---

[313] https://www.riskiq.com/wp-content/uploads/2021/01/RiskIQ-2020-Mobile-App-Threat-Landscape-Report.pdf, p. 5.

[314] Kotzias, P., Caballero, J., & Bilge, L., "How Did That Get In My Phone? Unwanted App Distribution on Android Devices," *Proceedings of the IEEE Symposium on Security and Privacy* (2021), p. 58, *available at* https://doi.org/10.1109/sp40001.2021.00041.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

144.    For instance, a 2020 study by Nokia compared the prevalence of malware across different platforms by analyzing the network activity of more than 200 million devices.[315] The study found that 26.6% of infected devices ran Android, while only 1.72% ran iOS.[316] In other words, there were about *15 times* more infected Android devices than iOS devices. This data can be used to estimate the relative likelihood that an individual device has malware. Android's share of the mobile market in 2020 was approximately 74% compared to approximately 25% for iOS.[317] After accounting for these relative market shares, Nokia's data implies that Android devices are about *46 times* more likely than iOS devices to be running malware. Nokia attributes this vastly greater incidence of infected Android devices to the fact that Android permits apps to be distributed through third-party stores. As the study observes, "[t]he fact that Android applications can be downloaded from just about anywhere still represents a huge problem, as users are free to download apps from third-party app stores, where many of the applications, while functional, are Trojanized. iPhone applications, on the other hand, are for the most part limited to one source, the Apple Store."[318]

145.    Subsequent reports demonstrate that third-party stores continue to put Android at elevated risk. A 2021 Nokia study found that Android accounted for 50.31% of infected devices on mobile networks that year, noting that "Android devices remain the most targeted by malware due to the open environment and availability of third-party app stores."[319] The number of infected iOS devices was apparently so negligible that it was not individually reported, and instead was at

---

[315] https://onestore.nokia.com/asset/210088, p. 8.

[316] *Id.*

[317] https://gs.statcounter.com/os-market-share/mobile/worldwide/2020.

[318] https://onestore.nokia.com/asset/210870 at p. 8.

[319] *Id.*

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

most a fraction of the 3.73% of devices that Nokia categorizes as "other."[320] The report further states that Nokia observed 33.4 million unique varieties of Android malware, and that Android malware threats were becoming both more numerous and more severe.[321] For instance, "[t]he number of Trojans targeting banking information through Android mobile devices has skyrocketed, putting millions of users around the world at financial risk."[322] Once again, Nokia attributes Android's much higher rate of malware infection to the contrast between Android's approach to app distribution and iOS's: "While Google has taken an open approach to app development and distribution, Apple has always maintained a proprietary approach, allowing downloads only through the official App Store. As a result, Apple products have generally been considered the most secure mobile computing platform."[323]

146.    A study by McAfee reinforces this picture of the relative security of iOS as compared to Android. McAfee Labs reports that in the first quarter of 2021 (the most recent quarter for which McAfee has reported such statistics), it detected 2.34 million new samples of mobile malware, of which only 389 targeted iOS—a ratio of *6000 to 1* in iOS's favor.[324] That quarter was not an anomaly. McAfee's data shows that during the preceding 18 months, iOS malware accounted for less than 0.1% of mobile malware the company detected.[325]

147.    A 2023 Nokia study, again based on data collected from 200 million devices, reports that the number of infected devices running Android remained steadily high: "Not surprisingly, Android-based systems continue to be the most targeted by mobile malware, accounting for nearly

---

[320] *Id.*

[321] *Id.* at 5-6.

[322] *Id.* at 17.

[323] *Id.* at 18.

[324] https://partners.trellix.com/enterprise/en-us/assets/reports/rp-threats-jun-2021.pdf, p. 16.

[325] *Id.*

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                        of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

half (49%) of all infections."[326] The report notes that during the years 2021-23, "almost all" observed Android malware was distributed as Trojans, which trick users into downloading an infected app.[327] As I have explained, Apple's App Review process and centralized distribution model are well suited for defending against Trojans, due in part to Apple's emphasis on manual human review and its efforts to prevent misleading marketing of apps in the App Store. Once again, Nokia attributes Android's high rate of malware to the platform's support for decentralized app distribution, which leaves users particularly vulnerable to Trojan apps: "Android based devices are not inherently insecure. However, most smartphone malware is distributed as [T]rojanized applications, and since Android users can load application from just about anywhere, it's much easier to trick them into installing applications that are infected with malware."[328] Nokia recommends that Android users take precautions including installing apps only from "secure and trusted app stores" and installing antivirus products, but it cautions that these steps only "somewhat mitigate[]" Android malware risks.[329] Nokia's data also indicates that infected Windows PCs are nearly as common as infected Android devices on fixed broadband networks, where 30% of infected devices ran Android and 20% ran Windows, which, like Android, allows sideloading via direct downloads and third-party stores.[330] Nokia's data also indicated that Macs, which similarly allow sideloading via direct downloads and third-party stores, experienced a number of infections:

---

[326] https://onestore.nokia.com/asset/213316, p. 14. A further 11% of infected devices on mobile networks ran Windows, 7% ran macOS, 9% were Internet-of-things ("IOT") devices, and the remaining 24% were infected with "[m]alware that is platform independent (i.e., it can affect Windows, Linux and a variety of smartphones)." *Id.* Nokia did not report identifying any infected devices as running iOS. *Id.*

[327] *Id.* at 15.

[328] *Id.*

[329] *Id.*

[330] *Id.* at 12.

84

Opening Expert Report and Declaration
of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE PROTECTIVE ORDER

16% on fixed broadband networks and 7% on mobile networks.[331] The percentage of infected iOS devices was again apparently so negligible that it was not reported separately.[332]

148.     The prevalence of malicious apps on Android devices has also been confirmed by peer-reviewed research. A study published at the 2021 IEEE Symposium on Security and Privacy found that 11% of Android devices had installed malicious apps.[333] The study further found that apps installed from some leading third-party Android stores were up to 19 times more likely to be harmful than apps installed from the Play Store.[334] These weakly protected third-party stores limit Google's ability to effectively police malicious apps. The result, as the study observes, is that "despite many security improvements provided by the Android ecosystem, the security posture of Android devices with respect to unwanted apps is not better than that of Windows hosts."[335]

149.     Further evidence of iOS's superior protection from vulnerable and malicious apps comes from the security firm Lookout, which produces threat detection products for mobile devices. According to Lookout's most recent Mobile Threat Landscape Report, which covers the third quarter of 2024, the company detected 106,000 malicious apps on enterprise devices, a 32% increase from the preceding quarter.[336] Lookout's report shows that the company encountered ***seven times*** more new threats for Android than for iOS during the period.[337] All ten of the most frequently encountered malware families were threats that only affected Android, as were the ten

---

[331] *Id.* at 12, 14. In 2021, Nokia's data had reported that Mac devices comprised 9.2% of infected devices.https://onestore.nokia.com/asset/210870, p. 8.

[332] https://onestore.nokia.com/asset/213316, p. 12, 14.

[333] Kotzias et al., 2021, p. 58, *supra* n.314.

[334] *Id.* at 62.

[335] *Id.* at 54.

[336] https://security.lookout.com/threat-intelligence/report/q3-2024-mobile-landscape-threat-report-copy.

[337] *Id.*

Case No. 4:11-cv-06714-YGR                                    Opening Expert Report and Declaration
                                                                         of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

most frequently targeted mobile browser vulnerabilities. Of the five most common mobile app vulnerabilities, one affected both iOS and Android and the others affected only Android.[338]

**B.    Apple's Own Experiences Highlight the Security Risks of Decentralized Distribution**

150.    Apple offers very limited and specialized circumstances for distributing apps to particular populations outside of the App Store. For instance, the Apple Developer Enterprise Program ("Enterprise Program") allows organizations that develop iOS apps for their own internal use to distribute these apps directly to their employees. This has been used, for example, when internal corporate apps contain trade secrets and both should not be available to all iOS device users and cannot go through App Review for confidentiality reasons.[339] Apple has placed tight controls and limitations on the Enterprise and test programs to deter abuse. For instance, the Enterprise Program is only available to organizations that are legal entitles with 100 or more employees. These organizations are vetted by Apple through a "verification interview and continuous evaluation process."[340] Moreover, organizations must seek manual renewal of their membership each year and explain as part of that process why they continue to require enterprise distribution.[341] Apple issues each Enterprise Program participant a digital certificate that enables it to sign apps for direct distribution. Enterprise Program participants are prohibited from using their enterprise distribution certificates to distribute apps beyond their organizations.[342] Apple also mandates that organizations have systems in place to protect against unauthorized access to their

---

[338] *Id.*

[339] Epic Trial Tr. (Federighi) at 3411:20-3412:12.

[340] https://developer.apple.com/programs/enterprise/.

[341] https://developer.apple.com/programs/enterprise/; https://developer.apple.com/support/switching-to-the-apple-developer-program/.

[342] Epic Trial Tr. (Federighi) at 3412:20-3413:17.

86

Case No. 4:11-cv-06714-YGR                         Opening Expert Report and Declaration
                                                          of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

Enterprise Program credentials and to the signing keys associated with their enterprise distribution certificates.[343]

151.    Limiting the Enterprise Program to situations where there is an employer/employee trust relationship reduces the security risks compared to unrestricted distribution. Businesses have a strong incentive to avoid distributing harmful apps to their own workers, and it is easier for users to confirm that an organization is their trusted employer than it would be for them to determine whether a third-party app store or website was trustworthy. Before users can install apps through the Enterprise Program, they must go into their device settings in order to set their device to be able to install such apps.[344] During this process, iOS asks the user to confirm that they trust the organization to manage and access their device.

152.    Apple also allows iOS developers to distribute pre-release versions of their apps to a limited number of test devices as part of the development process for those apps.[345] This is necessary to allow developers to test their apps prior to being ready to publish them on the App Store. One mode of testing, called "ad hoc distribution," lets a developer install apps written on their own test devices without any form of review. As with the Enterprise Program, Apple has placed limits on ad hoc distribution to reduce the potential for abuse. For instance, all test devices must be registered in the developer's Apple account, and each account can only register a limited number of test devices.[346] Furthermore, unless the user has a paid Apple Developer Program membership, apps distributed via ad hoc distribution stop working after seven days, after which they must be deleted or reinstalled.[347] In addition to these limitations, ad hoc distribution is a

---

[343] *Id.*

[344] https://support.apple.com/guide/deployment/device-enrollment-and-mdm-depd1c27dfe6/web.

[345] https://developer.apple.com/documentation/xcode/distributing-your-app-to-registered-devices.

[346] https://developer.apple.com/support/compare-memberships/.

[347] *Id.*

87

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

relatively complex process that typical users who are not software developers likely would have difficulty performing by themselves.

153.    Developers can also distribute test versions of their iOS apps via Apple's TestFlight service, which allows them to distribute apps to up to 10,000 users.[348] Before apps are distributed to test users outside of the developer's organization, TestFlight requires the app to pass an initial round of App Review. However, since TestFlight is intended for apps that are under active development and are rapidly changing, developers can update the app without undergoing full App Review testing—although they must inform Apple if they substantively update the app.[349]

154.    These programs do not, however, demonstrate that Apple could safely support distribution outside the App Store for all iOS users. On the contrary, even these narrowly scoped programs have attracted attackers, and Apple has been forced to engage in a cat-and-mouse game with bad actors who misuse these programs to spread malware to consumers. Apple's experience fighting abuse of the Enterprise and test programs is further evidence that permitting alternative distribution mechanisms on iOS more broadly would jeopardize users' security.

### 1.    Apple's Enterprise and Test Programs Have Been Abused to Spread Malware

155.    Despite Apple's restrictions and technical controls, the Enterprise Program has been abused to distribute harmful apps to consumers. Bad actors have been able to sign and distribute apps using Enterprise Program certificates that have been illicitly obtained from legitimate organizations.[350] There are several ways that Enterprise Program certificates can end up in the wrong hands. An organization's certificate can be stolen by hackers or sold by a rogue employee. Alternatively, bad actors might set up fake companies purely to fool Apple's verification

---

[348] https://developer.apple.com/testflight/.

[349] https://developer.apple.com/help/app-store-connect/test-a-beta-version/testflight-overview/.

[350] https://arstechnica.com/gadgets/2019/02/google-and-facebook-werent-the-only-ones-breaking-apples-rules-to-distribute-apps/.

Case No. 4:11-cv-06714-YGR                    Opening Expert Report and Declaration
                                                                      of J. Alex Halderman, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY SUBJECT TO THE
PROTECTIVE ORDER

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of March, 2025 in Ann Arbor, Michigan.

_____

J. ALEX HALDERMAN

100