# EXHIBIT 66

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | **No. 4:11-cv-06714-YGR** <br><br><br><br> **Hon. Yvonne Gonzalez Rogers** |

REBUTTAL EXPERT REPORT OF
## WAYNE D. HOYER, PH.D.

**JUNE 13, 2025**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

CONTENTS

**I. Introduction** ..................................................................................................................1

    I.A. Qualification and Assignments..................................................................................1

    I.B. Summary of Opinions.............................................................................................2

**II. Summary of Simonson Report** ....................................................................................4

**III. Assessment of Simonson Report** ................................................................................6

    III.A. Surveys 1, 2, and 3 Rely on Unsubstantiated Assumptions About an Alternative App Store............................................................................................................................6

    III.B. Prof. Simonson's Use of Open- and Closed-Ended Questions is Inconsistent Across Multiple Surveys .......................................................................................................10

    III.C. Methodological Flaws in Individual Surveys .........................................................15

        III.C.1. Design for Survey 1 is Demonstrably Flawed ........................................15

        III.C.2. Prof. Simonson's Results in Survey 2 are Driven by the Assumption of an Inferior Competitor App Store .........................................................................18

        III.C.3. Key Questions in Survey 3 are Leading .................................................24

        III.C.4. Survey 6 Includes Multiple Design Flaws...............................................25

Figure 1: Question Q8 From Survey 1...........................................................................7

Figure 2: Question Cell a_1 From Survey 3 ...................................................................8

Figure 3: Comparing Responses in Q5 & Q6 of Survey 1 ...............................................16

Figure 4: Responses to Q9 & Q10 in Survey 1...............................................................17

Figure 5: Preference for App Stores Offering Same Features and Price ............................21

Figure 6: Preference for App Stores Offering Same Features and a 15% Price Difference.........22

Figure 7: Preference for App Stores Offering Same Features and a 25% Price Difference.........23

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# I. Introduction

## I.A. Qualification and Assignments

1. My name is Wayne D. Hoyer, and I am a Professor of Marketing at the McCombs School of Business at the University of Texas at Austin. I previously submitted an expert report in the above-captioned consumer class action against Apple Inc. ("Apple") on March 7, 2025 (henceforth referred to as the "Hoyer Opening Report" or my "Opening Report").[1] My Opening Report includes statements detailing my qualifications and curriculum vitae and a list of cases in which I have testified in the last four years.[2]

2. On March 7, 2025, experts on behalf of Apple submitted multiple reports, including one authored by Prof. Simonson.[3] I have been asked by counsel for Plaintiffs ("Counsel") to review and evaluate the methodology and questions in the six surveys conducted by Prof. Simonson in his expert report.

3. My findings are based on information available to me at the time this report was prepared. In preparing this report, I considered all the information previously relied upon in forming the opinions expressed in my Opening Report. A list of additional materials I relied upon in connection with this report is provided in Appendix A. I reserve the right to supplement my opinions and conclusions should data, documents, testimony, or other materials become available after filing this report.

4. My compensation in this matter remains as described in my Opening Report.[4] Part of the work in this matter was conducted under my direction by employees of The Brattle Group and GBK Collective.

---

[1]  Expert Report of Wayne D. Hoyer, Ph.D., March 7, 2025 ("Opening Report").
[2]  Hoyer Opening Report, Appendix A and B.
[3]  Opening Expert Report and Declaration of Itamar Simonson, Ph.D., March 7, 2025 ("Simonson Report").
[4]  Hoyer Opening Report, ¶ 14.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## I.B. Summary of Opinions

5.   Upon reviewing Prof. Simonson's report and surveys, I have concluded that they contain significant methodological flaws that undermine both the reliability of his results and the validity of the conclusions he draws from them. In particular:

a. Prof. Simonson's Surveys 1, 2, and 3 are biased by the unsupported assumption that the alternative app store would be unfamiliar and inferior to the Apple App Store. When this assumption is relaxed, evidence from a modified survey shows significantly greater consumer interest in the alternative app store, particularly when it offers lower prices.

b. Prof. Simonson's inconsistent use of open- and closed-ended questions across his surveys lacks methodological justification and introduces bias that undermines the reliability of specific findings.

   i. In Survey 5, Prof. Simonson cannot disentangle whether his observed differences between awareness and usage of different Android app stores stem from genuine behavioral differences or from his decision to use a closed-ended question to measure awareness and an open-ended question to measure usage.

   ii. In Survey 6, Prof. Simonson's use of open-ended questions provides an incomplete picture of consumer decision-making, as the format introduces recall bias and fails to capture less salient but still important factors. Importantly, based solely on open-ended questions, Prof. Simonson cannot reliably answer whether respondents considered specific factors when choosing their iOS mobile devices.

c. In addition to methodological flaws that appear across multiple surveys, Survey 1 contains its own survey-specific issues, including the following:

   i. Respondents in Survey 1 gave contradictory answers across different questions, suggesting that Prof. Simonson's survey may have been too cognitively demanding to produce reliable results.

   ii. The design of Q8 in Survey 1 likely introduced bias by forcing respondents to choose only one app store, ignoring the realistic possibility of using both. This limitation likely suppressed reported interest in the alternative app store, as shown by the stark contrast

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

with Survey 2, where nearly half of respondents expressed willingness to use both app stores when given that option.

d.  Based on my modified version of Prof. Simonson's Survey 2, which assumes that a competing App Store B has the same attributes as the Apple App Store, I find significantly higher consumer interest for the alternative app store. When all attributes of the app stores, including price, are identical, fewer respondents choose to rely exclusively on the Apple App Store, and more indicate they would use both stores equally. When the alternative app store offers lower prices while maintaining the same features, even more respondents shift away from exclusive reliance on the Apple App Store, with a greater share preferring to use App Store B exclusively.

e.  Prof. Simonson's Survey 3 suffers from a key design flaw: Although Survey 1 identifies 13 relevant app store attributes, Survey 3 includes only two meaningful attributes, without specific guidance on how respondents should treat the omitted attributes. This inconsistency introduces ambiguity and interpretive uncertainty, as respondents are given no guidance on how to treat the omitted attributes. As a result, Prof. Simonson cannot reliably determine whether choices in Survey 3 reflect true preferences or assumptions about unmentioned features. Moreover, the limited attribute set increases the risk of focalism bias, potentially overstating the importance of the few included attributes and distorting the survey's reflection of real-world consumer decision-making.

f.  The reliability of Survey 6 is undermined by critical flaws in its screening criteria.

    i.  First, even though the main questions in the survey are asked in reference to respondents' last purchase, the screener for the survey fails to account for when the last device purchase occurred. This omission is significant because memory degrades over time, making it much less likely that respondents who bought their devices several years ago— especially more than two years ago—can accurately recall all relevant considerations.

    ii.  Second, the screener does not exclude respondents who may not have purchased their device—respondents who received their device as a gift or whose device was provided by their employers. Because Prof. Simonson's survey fails to screen for this possibility, it is unclear how many responses reflect considerations of actual purchasers versus passive recipients.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

iii. Third, the screener fails to confirm whether respondents were the actual decision-makers in purchasing their device. As a result, an unknown number of responses in Survey 6 may reflect the views of those who were not purchase decision makers.

## II. Summary of Simonson Report

6. As part of his report, Prof. Simonson designed and implemented six surveys. His stated objective for each of the six surveys are as follows:

- Survey 1 assesses "the relative value of various app store attributes for compensatory decisions (using the constant-sum technique) and non-compensatory decisions (i.e., 'must-have' vs. 'willing-to-compromise' features)" as well as "preference and decision criteria heterogeneity" and "the impact of app store features and price differences."[5]

- Survey 2 assesses "the tradeoffs consumers make between paid app prices and other features (e.g., privacy and malware protection) in a but-for world consisting of the Apple App Store and App Store B (with the Apple App Store charging the same or higher prices for paid apps but offering superior values on select features)" as well as "preference and criteria heterogeneity."[6]

- Survey 3 assesses "the impact on respondents' app store preferences of differences in (i) price (for paid apps, without mentioning free apps), (ii) malware protection, (iii) privacy, and (iv) quality control in a but-for world consisting of the Apple App Store and App Store B" as well as "preference and criteria heterogeneity."[7]

- Survey 4 assesses "(a) similarity/heterogeneity in free app preferences; (b) the relative value of different free app categories; and (c) the value respondents place on free apps relative to paid apps."[8]

---

[5]    Simonson Report, ¶ 36.
[6]    Simonson Report, ¶ 65.
[7]    Simonson Report, ¶ 85.
[8]    Simonson Report, ¶ 110.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Survey 5 assesses "(a) Android users' app store usage/choice, and (b) Android users' awareness of Android app stores."[9]

- Survey 6 assesses "(a) whether, when they last purchased a new phone/tablet, iPhone/iPad owners considered switching to Android devices; (b) reasons why they did not consider switching; and (c) reasons why they considered switching and, if applicable, ultimately chose not to switch."[10]

7. Based on the survey responses, Prof. Simonson's stated survey-specific conclusions include:

- Survey 1 "…results show that, even with lower prices of paid apps and in-app purchases in the alternative stores…the great majority of respondents would choose the Apple App Store. Survey 1 also identified the features (e.g., malware protection, privacy, and app descriptions and details) that consumers perceive as 'must-haves' …".[11]

- Survey 2 "…demonstrated that the preferences of the great majority of respondents for the Apple App Store (as compared to a hypothetical alternative app store on their device) are quite insensitive to price differences. This finding again indicates that, if competing with a lower-priced alternative app store, Apple would not capture significantly more consumers by lowering its prices."[12]

- Survey 3, "…consistent with the findings of Surveys 1 and 2," shows that "the magnitude of app price differences (i.e., differences in the prices of paid apps as well as in-app-purchases) has very little impact on choices between the Apple App Store and an alternative app store on the iPhone and/or iPad."[13]

- Survey 4 "shows that, overall, free apps are about three times more valuable than paid apps (i.e., apps for which the respondent paid to download or made in-app purchases)."[14]

---

[9]    Simonson Report, ¶ 127.

[10]   Simonson Report, ¶ 149.

[11]   Simonson Report, ¶ 20.

[12]   Simonson Report, ¶ 21.

[13]   Simonson Report, ¶ 22.

[14]   Simonson Report, ¶ 23.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Survey 5 shows "that many Android users are aware of the Samsung Galaxy and Amazon app stores on their devices (and to a lesser extent, additional stores), but notwithstanding this awareness, the great majority of Android users continue to buy their apps from the Google Play store. … This conclusion reflects respondents' preferences and priorities that underlie their choice of the leading, most established app store."[15]

- Survey 6 shows that "by far the most common reasons of current iPhone/iPad users for not switching and, in most cases, not considering switching from iPhone/iPad to Android devices reflect their perceptions and preferences for Apple devices' features and Apple more generally as compared with alternative Android devices. By contrast, the fact that users own other Apple devices or the anticipated difficulty of making a transition were not mentioned by many of the respondents as reasons for not switching."[16]

# III. Assessment of Simonson Report

8. In responding to the Simonson Report, I begin by addressing methodological flaws that appear across multiple surveys, followed by flaws specific to individual surveys. These flaws are important because they directly undermine the reliability of the survey responses and the validity of the conclusions Prof. Simonson draws from them. To this end, in Section III.A, I focus on Prof. Simonson's treatment of the competing app store as an inferior product in Surveys 1, 2, and 3. In Section III.B, I address the notable inconsistences in Prof. Simonson's use of open- and closed-ended questions across multiple surveys and explain why these inconsistencies matter. Finally in Section III.C, I detail survey-specific methodological flaws and present evidence of these flaws in Surveys 1, 2, 3, and 6.

## III.A. Surveys 1, 2, and 3 Rely on Unsubstantiated Assumptions About an Alternative App Store

9. In this section I address Prof. Simonson's treatment of the competing app store in Surveys 1, 2, and 3. Specifically, his assumption that a new app store would be both unfamiliar and inferior to

---

[15]    Simonson Report, ¶ 24.
[16]    Simonson Report, ¶ 25.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the Apple App Store lacks empirical support and introduces bias into his survey design. His surveys do not allow for the possibility that a rival app store could offer comparable features—or even superior features—thereby biasing results in favor of the Apple App Store. When the assumption of an inferior alternative app store is relaxed, the evidence from a modified version of Prof. Simonson's Survey 2 indicates substantially more consumer interest in the alternative app store, especially when it offers lower prices.

10. In Surveys 1, 2, and 3, respondents were asked to choose between the Apple App Store and an alternative app store, called "App Store B." In Survey 1, respondents evaluated the Apple App Store and App Store B[17] based on seven attributes: "Company that operates the store," "Typical (median) price of paid apps," "Number of free apps," "Malware protection," "Privacy," "App variety," and "App-by-app quality control."[18] In Survey 2, respondents evaluated the two app stores on six of these attributes, with "Number of free apps" excluded.[19] For example, Figure 1 below is a re-production of Q8 in Survey 1 asking respondents which of the two app stores with their listed attributes respondents would use to purchase/download apps on their iPhone and/or iPad.

**FIGURE 1: QUESTION Q8 FROM SURVEY 1**

Given the information you learned on the previous screens, if these were your only options, which of the following app stores would you use to purchase/download apps for your iPhone and/or iPad?

You can hover over any of app store features to re-read its definition.

*Select only one option*

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| App-by-app quality control | High | Unknown at this time |
| App variety | High | Lower variety |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.60 (per paid download) $3.37 (per in-app purchase) |
| Number of free apps | High | Unknown at this time |
| Privacy | High | Unknown at this time |
| Company that operates the store | Apple App Store | App Store B |
| Malware protection | High | Unknown at this time |
| | ○ | ○ |
| Don't know / Unsure | | ☐ |

Source and Notes: Simonson Report, Appendix E, at E.2-46.

---

[17]    Simonson Report, Section IV.A.2.b.2.
[18]    Simonson Report, Section IV.A.2.b.2.
[19]    Simonson Report, Section IV.B.1.b.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

11. In Survey 3, respondents evaluated the two app stores based on typical (median) price and one additional attribute at a time—either "Malware protection," "Privacy," or "App-by-app quality control."[20] As an example, Figure 2 below is a re-production of one these questions from Survey 3.

**FIGURE 2: QUESTION CELL A_1 FROM SURVEY 3**

Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

| App Store Feature | App Store B | Apple App Store |
|---|---|---|
| Typical (median) price of paid apps | $1.68 (per paid download) $3.37 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Company that operates the store | App Store B | Apple App Store |
| Malware protection | 1 out of every 300 apps would be a harmful app | 1 out of every 2,000 apps would be a harmful app |

Which of the following statements do you expect will apply to you?
*Select only one option*

○ I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store.

○ I would download/purchase my paid apps and make my in-app purchases about equally from both stores.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B.

○ I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B.

○ Don't know / Unsure

Source and Notes: Simonson Report, Appendix G, at G.2-23.

12. While the specific questions and response formats vary across Surveys 1, 2, and 3, Prof. Simonson consistently characterizes the alternative App Store B as inferior to the Apple App Store. In Survey 3, as shown in Figure 2, he explicitly presents App Store B as having a lower quality attribute—for example, lower malware protection. In Surveys 1 and 2, as shown in Figure 1 he presents the Apple App Store as having "High" ratings on all app store attributes, while App Store B is described as having either "Low" or "Unknown at this time" ratings.[21] Across different choice sets, App Store B is also presented as having the same or lower average prices than the Apple App Store.[22]

---

[20] Simonson Report, Section IV.B.2.b.2.

[21] Simonson Report, ¶¶ 52, 75.

[22] Simonson Report, ¶¶ 52, 75, and Appendix G.1.

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.              Case no. 4:11-cv-06714-YGR | Page 8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

13. From a questionnaire design perspective, presenting respondents with attributes labeled as "unknown," coupled with lower prices, implicitly signals that the product is inferior—thereby biasing responses in favor of the Apple App Store.[23] Prof. Simonson's reported results from Surveys 1, 2, and 3—unfavorable to App Store B—are therefore entirely unsurprising. Moreover, given the biased responses, Prof. Simonson's conclusion from Surveys 1, 2, and 3— "that … consumers' preferences for the Apple App Store tend to be insensitive to the magnitude of the price and other key feature differences between the Apple App Store and a hypothetical alternative store" —is not reliable.[24]

14. Although Prof. Simonson characterizes App Store B as an inferior product, he offers no reliable basis for this assumption. Instead, he speculates that it is a "[g]iven … likelihood that a new, alternative app store on the iPhone/iPad would be unfamiliar to most consumers for some time…".[25] Elsewhere, Prof. Simonson asserts that he is "[b]uilding on a likely scenario in which consumers would have less information about the features of an alternative store as compared with the Apple App Store."[26] Based on these speculations alone, it is not reasonable to conclude that App Store B would be inferior to the Apple App Store.

15. Nowhere in his report does Prof. Simonson state that he was instructed to assume that an alternative app store would have unknown or inferior features. Yet this assumption shapes the design and outcome of his surveys, rendering them incomplete at best, and biased and unreliable at worst. At most, Prof. Simonson's results might apply to his undefined initial period of consumer adjustment—described only as "some time"[27]—but his surveys do not examine how consumer perceptions or choices might evolve as they gain information about the alternative store over time, nor do they examine consumer perceptions or choices if both app stores entered

---

[23] Itamar Simonson and Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, eds. Shari Seidman Diamond and Jerre B. Swann, (Chicago, IL: American Bar Association, 2012), p. 243 ("Demand effects (also referred to as demand artifacts) are produced when respondents use cues provided by the survey procedures and questions to figure out the purpose of the survey and to identify the "correct" answers to the questions they are asked.").

[24] Simonson Report, ¶ 19.

[25] Simonson Report, ¶ 52.

[26] Simonson Report, ¶ 20.

[27] Simonson Report, ¶ 52.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the market at the same time. This omission is significant because Prof. Simonson is assuming consumer awareness and market dynamics will remain static in the real-world.

16. To the extent that Prof. Simonson claims to be conducting a hypothetical exercise,[28] the choices presented to survey respondents in Surveys 1,2, and 3 are incomplete, because none offer the possibility of an alternative app store that provides equal or superior attributes. As part of my rebuttal report, I was asked by Counsel to replicate Prof. Simonson's Survey 2 but to reduce the bias in Prof. Simonson's survey by assuming a competing App Store B that has the same attributes as the Apple App Store. I describe the details of this modified survey and results in Section III.C.2. The findings of the modified survey show that when a competing app store— even a new entrant—offers comparable features, there is substantially more consumer demand for the alternative app store. That demand increases further when the alternative app store also offers lower prices.

## III.B. Prof. Simonson's Use of Open- and Closed-Ended Questions is Inconsistent Across Multiple Surveys

17. Prof. Simonson's use of open- and closed-ended questions across his six surveys reflects notable inconsistencies. As I detail below, in some instances, he provides no explanation for his choice of question format, while in others, his approach contradicts the rationale he offers elsewhere in his report. Below, I begin by summarizing the academic literature on the guiding principles for selecting between open- and closed-ended questions. I then identify specific inconsistencies in Prof. Simonson's surveys and explain how these inconsistencies introduce bias and undermine the reliability of Prof. Simonson's findings.

18. According to survey methodology research, the choice between open- and closed-ended questions depends on the type of information being collected. As stated in a widely-cited treatise on survey methodology, "…closed-ended questions are more suitable for assessing choices between well-identified options or obtaining ratings on a clear set of alternatives."[29]

---

[28]    Simonson Report, ¶ 18.

[29]    Shari Seidman Diamond, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, 3rd ed., (Washington, DC: The National Academies Press, 2011), p. 394 ("Diamond (2011)") ("…the value of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Furthermore, closed-ended questions are preferable for structured assessments of usage or preference involving well-defined alternatives because they are easier to administer, simplify coding and analysis, and reduce ambiguity in interpretation.[30]

19. In contrast, open-ended questions are more suitable for testing recall, or eliciting spontaneous, unaided responses. In the context of assessing knowledge, "[t]he key is to ask knowledge-related questions in a way that one gets the most accurate assessment of knowledge, not the highest assessment of knowledge."[31] Open-ended questions achieve this by minimizing potential bias introduced by the researcher's choice of response categories. Specifically, "[t]he advantage of open-ended questions is that they give the respondent fewer hints about expected or preferred answers," thereby allowing respondents to articulate their own answers without influence. Moreover, open-ended questions "are more appropriate when the survey is attempting to gauge what comes first to a respondent's mind,"[32] making them particularly valuable for assessing recall and spontaneous responses.

20. Prof. Simonson's surveys reveal notable departures from the above guiding principles for choosing between open- and closed-ended questions. For example, in Survey 5, Prof. Simonson uses an open-ended question to ask respondents which app stores they have used to download or purchase apps on their Android devices.[33] Prof. Simonson justifies this choice by stating that open-ended questions are preferable for usage-related inquiries because closed-ended formats

---

any open-ended or closed-ended question depends on the information it conveys in the question and, in the case of closed-ended questions, in the choices provided. Open-ended questions are more appropriate when the survey is attempting to gauge what comes first to a respondent's mind, but closed-ended questions are more suitable for assessing choices between well-identified options or obtaining ratings on a clear set of alternatives.").

[30] *See* Norman Bradburn, Seymour Sudman, and Brian Wansink, *Asking Questions- The Definitive Guide to Questionnaire Design* (San Francisco, CA: Jossey-Bass, 2004), p. 152 ("Bradburn, et al. (2004)") ("Closed-ended questions are more difficult to construct, but they are easier to analyze and generate less unwanted interviewer and coder variance…").

[31] Bradburn, et al. (2004), p. 202. Use of an open-ended question to assess knowledge is consistent with Apple's internal surveys. *See, for example,* APL-EG_01486054-068, at -062.

[32] *See* Diamond (2011), p. 394 ("…the value of any open-ended or closed-ended question depends on the information it conveys in the question and, in the case of closed-ended questions, in the choices provided. Open-ended questions are more appropriate when the survey is attempting to gauge what comes first to a respondent's mind, but closed-ended questions are more suitable for assessing choices between well-identified options or obtaining ratings on a clear set of alternatives.").

[33] Simonson Report, Appendix I, at I.1-10.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

may produce false positives.[34] However, in Surveys 1, 2, 3, 4, and 5, when asking a similar usage-related question—specifically, about the types of apps respondents use—he relies exclusively on closed-ended questions, without offering any explanation for his inconsistent approach.

21.  Prof. Simonson's inconsistent survey design has significant implications for the reliability and interpretation of his findings, particularly in Survey 5. In Survey 5, Prof. Simonson uses an open-ended question (Q4a) to assess app store usage. He then relies on a closed-ended question (Q4) to measure app store awareness despite the fact that both questions address closely related constructs. Prof. Simonson then concludes that "while many respondents are aware of alternative Android app stores, especially the Samsung Galaxy Store and the Amazon Appstore, the vast majority of respondents do not use these alternative stores to download/purchase apps and instead use the Google Play Store."[35] This conclusion, however, is undermined by the inconsistent question formats. Prof. Simonson cannot disentangle whether the observed differences between awareness and usage stem from genuine behavioral differences or from the differing cognitive demands of open- versus closed-ended questions.

22.  In Survey 5, the use of an open-ended format for usage likely leads to underreporting due to recall bias, as it relies on respondents' ability to spontaneously name alternative app stores, rather than capturing their actual behavior. Prof. Simonson could have used the same question format for both the usage and awareness questions to enable a more meaningful and valid comparison. Notably, he acknowledges in his report that false positives in closed-ended questions can be mitigated by including decoy responses—an approach he uses for Q4 and could have employed for Q4a as well.[36]

23.  More inconsistencies in Prof. Simonson's use of open- and closed-ended question formats appear in Surveys 1 and 6. Specifically, in Survey 1 Prof. Simonson uses a closed-ended question (Q5) to ask respondents to allocate 100 points across 13 app store attributes (excluding "Company that Operates the Store" and "Typical (median) price of paid apps") in an attempt to reflect the

---

[34]  Simonson Report, ¶ 129 ("In particular, unlike open-ended (free response) questions, close-ended (multiple-choice) questions often generate 'false positive' answers …").

[35]  Simonson Report, ¶ 145.

[36]  Simonson Report, ¶ 129.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

relative importance of each attribute in their choice of app store.[37] In a subsequent closed-ended question (Q6), he asks respondents to identify which of those features were "must-haves" and which they would be "willing to compromise."[38] Prof. Simonson provides no explanation for why a closed-ended format is appropriate for eliciting these types of judgments.

24.  By contrast, in Survey 6, Prof. Simonson uses exclusively open-ended questions to explore why respondents did or did not consider switching to Android devices—again without offering any rationale for the change in format. Specifically, he asks respondents whether, at the time of their last iPhone purchase, they considered switching to an Android phone as their "primary or only smartphone."[39] Based on their answers, he then asks respondents—in an open-ended question— to provide "the main reason or reasons" they "considered" or "did not consider" switching.[40]

25.  This second set of inconsistencies is significant because Prof. Simonson draws broad conclusions from the open-ended responses in Survey 6, some of which directly contradict findings from my consumer survey described in my Opening Report. Specifically, based on his open-ended questions, Prof. Simonson concludes that "by far the most common reasons of current iPhone/iPad users for not switching… reflect their preferences for the Apple devices' features and for Apple more generally as compared with alternative Android devices."[41] He further states that "[b]y contrast, the fact that users own other Apple devices or a difficulty or cost of making a transition were not mentioned by many of the respondents as reasons for not switching."[42] However, as previously stated, while open-ended questions may reveal what comes first to mind, they are not well-suited for reliably answering whether respondents considered specific factors. Prof. Simonson has no basis to claim that his open-ended responses reflect a complete picture of consumers' decision-making. The format he chose inherently limits respondents to recalling and

---

[37]  Simonson Report, Section IV.A.2.b.1.
[38]  Respondents also had the option to select "Don't know/Unsure." Simonson Report, Section IV.A.2.b.1.
[39]  Simonson Report, Section VII.B.2.a.
[40]  Simonson Report, ¶ 155.
[41]  Simonson Report, ¶ 171.
[42]  Simonson Report, ¶ 171.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

articulating factors unaided. This introduces recall bias and results in underreporting of less salient but influential considerations.[43]

26. In contrast, and consistent with widely accepted survey methodology documented in the academic literature, my consumer survey used a structured, closed-ended format specifically designed to test for the consideration and relative influence of a predefined set of six "Focal Factors," supplemented by nine control factors to validate the results. [44] As noted in my Opening Report, in addition to iOS device features, the fact that Apple devices work well together and difficulty of moving data from Apple to non-Apple devices both emerged as commonly considered and highly influential.[45] Prof. Simonson's implication that these were not important factors for consumers is not supported by the design of his own survey. Notably, in Survey 1, where he seeks to "[a]ssess the relative value of various app store attributes," [46] he relies on closed-ended questions to ensure a structured evaluation of defined attributes. That choice reflects a recognition—at least in that context—of the value of closed-ended formats for capturing relative importance. Prof. Simonson's decision to abandon that approach in Survey 6, without explanation, undermines the reliability of his conclusions from Survey 6.

---

[43]  *See, for example*, Jon A. Krosnick and Stanley Presser, "Question and Questionnaire Design," in *Handbook of Survey Research*, eds. Peter V. Marsden and James D. Wright, 2nd Edition (United Kingdom: Emerald Group Publishing, 2010), p. 288 ("Krosnick & Presser (2010)") ("When information is encoded in memory, its retrieval is strongly affected by both the information's salience and the elapsed time since the information was encoded. Unless the information is both recent and salient, it may not come quickly to mind. Thus, time spent recalling is often related to accurate reporting."); Bradburn, et al. (2004), p. 76 ("…respondents may not be able to recall previous behavior. Anything that can be done to make this task easier should lead to improved quality of data... The techniques suggested for helping jog the respondent's memory of an event and for reducing telescoping included the following: (1) include aided recall, (2) make the question specific, (3) select an appropriate time period to ask about…"); Diamond (2011), p. 394 ("…the value of any open-ended or closed-ended question depends on the information it conveys in the question and, in the case of closed-ended questions, in the choices provided. Open-ended questions are more appropriate when the survey is attempting to gauge what comes first to a respondent's mind, but closed-ended questions are more suitable for assessing choices between well-identified options or obtaining ratings on a clear set of alternatives.")

[44]  *See* Diamond (2011), p. 394 ("Only when control groups or control questions are added to the survey design can this question format [closed-ended] provide reasonable response estimates").

[45]  Hoyer Opening Report, Figures 7 & 8.

[46]  Simonson Report, ¶ 36.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## III.C. Methodological Flaws in Individual Surveys

27. In addition to the methodological flaws common across multiple surveys, Prof. Simonson's surveys also contain survey-specific issues. In Section III.C.1, I explain why Prof. Simonson's questions in Survey 1 may have been too cognitively burdensome or unrealistic to yield reliable results. In Section III.C.2, I describe the modified version of Survey 2 that I conducted, which demonstrates that, once the biased assumption of an inferior competing app store is removed, there is substantial demand among iOS device users for an alternative app store. In Section III.C.3, I describe why a key question in Survey 3 is likely to introduce bias and produce unreliable responses. Finally, in Section III.C.4, I explain why the screening criteria for Survey 6 undermine the reliability of the data by introducing uncertainty not only about what respondents recalled, but also about the relevance and validity of their responses.

### III.C.1. Design for Survey 1 is Demonstrably Flawed

28. Participants in Survey 1 were randomly assigned into two groups: Cell A or Cell B. Each group answered a different main question, which addressed the relative importance of app store features.[47]

29. In Cell A, respondents allocated 100 points across 13 app store attributes and then categorized each attribute as "Must-Have," "Willing to Compromise," or "Don't know/ Unsure." In Cell B, respondents were asked to choose between the Apple App Store—presented with its median price of paid apps and "High" ratings across five attributes—and a hypothetical App Store B, which offered approximately 15% lower average prices but was rated as having "Unknown at this time" for all attributes except "App variety," which was labelled "Lower variety." As detailed below, the response patterns in both Cell A and Cell B indicate flaws in Prof. Simonson's survey design. Moreover, the structure of the choice task presented to respondents in Cell B is itself demonstrably flawed.

30. Based on survey methodology research and my experience, when questions are cognitively burdensome or fail to reflect actual consumer experiences, respondents may contradict

---

[47]     Simonson Report, Section IV.A.2.b.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

themselves across different questions within the same survey.[48] The responses to Survey 1 contain several of these internal contradictions. In Cell A, for example, some respondents assigned the highest number of points to one or more attributes in Q5 but then categorized one or more of the same attributes as "Willing to Compromise" in Q6. Other respondents assigned the lowest number of points in Q5 but then labeled one or more of these attributes as a "Must-Have" in Q6. As shown in Figure 3, approximately one in four respondents categorized one or more of their most highly valued attribute as "Willing to Compromise," and over half categorized one or more of their least valued attribute as a "Must-Have." These contradictory responses suggest that Prof. Simonson's survey questions were cognitively burdensome and undermine the validity of the survey responses and Prof. Simonson's conclusions.

**FIGURE 3: COMPARING RESPONSES IN Q5 & Q6 OF SURVEY 1**

| | Count [A] | Share [B] |
|---|---|---|
| Most Valued Attribute but Willing to Compromise | 72 | 24% |
| Least Valued Attribute but Reported as Must-Have | 152 | 51% |

**Source and Notes:**

Simonson Survey 1 Backup Materials

Analysis only compares the 297 respondents who answered both Q5 and Q6 in Survey 1.

[A]: Count of responses who made each type of contradictory response.

[B]: Count divided by the total number of respondents who answered Q5 and Q6.

31. The questions in Cell B appear even more demanding. In Q9 and Q10, Prof. Simonson asked respondents to allocate 100 points across the differences in app store features—specifically, the perceived value of the differences between the Apple App Store and App Store B. This task

---

[48]  Krosnick & Presser (2010), p. 265 ("Rather than expend the effort necessary to provide optimal answers, respondents may take subtle or dramatic shortcuts. […] Instead of attempting the most accurate answers, respondents settle for merely satisfactory answers."); Jon A. Krosnick, "Survey Research," *Annual Review of Psychology* 50 (1999): 547-548 ("…respondents may satisfy their desires to provide high-quality data after answering a few questions, and become increasingly fatigued and distracted as a questionnaire progresses. […] Satisficing is more likely to occur (a) the greater the task difficulty, (b) the lower the respondent's ability, and (c) the lower the respondent's motivation to optimize."); Bradburn, et al. (2004), p. 234 ("The type of question being asked will typically determine the type of closed-ended responses the survey designer can provide. … if appropriate responses do not match each question, incongruous and unreliable responses will result.").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

differs meaningfully from Q5, where respondents were asked to allocate 100 points across individual attributes themselves, not differences between them. This shift in framing increases cognitive load and risks respondent confusion. The results summarized in Prof. Simonson's report and reproduced below as Figure 4, illustrate the problem. For instance, based on the mean points allocated to each feature, respondents who chose the lower-priced App Store B—despite its lower app variety and unknown feature levels—identified app variety and the number of free apps as their two most important app store attributes.[49] Similarly, among respondents who selected App Store B, price was ranked as only the third least important feature, undermining the respondents' stated rationale for choosing the lower-cost option. These inconsistencies call into question the validity of the survey responses and suggest that respondents may have struggled to interpret and respond meaningfully to the task as designed.

**FIGURE 4: RESPONSES TO Q9 & Q10 IN SURVEY 1**

| Feature[30] | Apple App Store Selectors (N=231) | | App Store B Selectors (N=25) | |
| --- | --- | --- | --- | --- |
| | Mean | Median | Mean | Median |
| Malware protection | 21.17 | 20 | 14.64 | 15 |
| Privacy | 19.73 | 20 | 13.64 | 10 |
| Number of free apps | 14.35 | 10 | 15.00 | 10 |
| App variety | 12.45 | 10 | 17.44 | 10 |
| App-by-app quality control | 11.75 | 10 | 10.64 | 10 |
| Company that operates the store | 11.37 | 10 | 14.64 | 10 |
| Typical (median) price of paid apps | 9.18 | 10 | 14.00 | 10 |

Source and Notes:

Simonson Report, ¶ 62 (the table immediately following the paragraph).

32. Finally, as previously noted, Cell B respondents evaluated the Apple App Store and App Store B[50] based on seven attributes: "Company that operates the store," "Typical (median) price of paid apps," "Number of free apps," "Malware protection," "Privacy," "App variety," and "App-by-app quality control."[51] However, as shown in Figure 1, the answer options for Q8 in Survey 1 present respondents with an unrealistic choice by forcing them to select only one app store, without the option to use both. This design choice introduces bias by failing to reflect a more realistic consumer context, in which individuals may choose to use both app stores rather than just one. In Cell B, only 9.4% of respondents said they would use App Store B to download or

---

[49]    Simonson Report, ¶ 62 (the table immediately following the paragraph).
[50]    Simonson Report, Section IV.A.2.b.2.
[51]    Simonson Report, Section IV.A.2.b.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

purchase apps (Q8).[52] By contrast, in Survey 2—where respondents were allowed to split their usage—approximately 47% indicated some willingness to use an alternative app store.[53] This stark difference highlights how restricting respondents to an exclusive choice in Survey 1 suppressed measured interest in the alternative store.

### III.C.2. Prof. Simonson's Results in Survey 2 are Driven by the Assumption of an Inferior Competitor App Store

33. As previously stated, in Survey 2, respondents evaluated the Apple App Store and a hypothetical "App Store B" based on six attributes: "Company that operates the store," "Typical (median) price of paid apps," "Malware protection," "Privacy," "App variety," and "App-by-app quality control."[54] For the last four attributes, across questions Q5-Q7, the Apple App Store is described as having "High" ratings, while App Store B is described as having either "Lower variety" or "Unknown at this time" ratings.[55] Across the same questions, App Store B is also presented as having the same or lower average prices than the Apple App Store.[56] In answering these questions, respondents selected from the following statements that they expected would apply to them:[57]

- I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>Apple App Store</u>.

- I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>Apple App Store</u>.

- I would download/purchase my paid apps and make my in-app purchases <u>about equally from both stores</u>.

- I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>App Store B</u>.

- I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>App Store B</u>.

---

52    Simonson Report, ¶ 61.

53    The 47% estimate is based on the percentages reported for Q6 in Survey 2—summing up the percentages for categories "Most from Apple App Store," "About equally from both stores," "Most from App Store B," and "All from App Store B." Simonson Report, ¶ 80 (the table immediately following the paragraph).

54    Simonson Report, Appendix F, at F.1-13-15.

55    Simonson Report, ¶ 52.

56    Simonson Report, ¶¶ 52, 73, 95.

57    Simonson Report Appendix F, at F.1-13-15.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- Don't know / Unsure

34. As noted in Section III.A, although Prof. Simonson characterizes App Store B as an inferior product, he offers no reliable basis for this assumption. I was asked by Counsel to replicate Prof. Simonson's Survey 2 but to assume that a competing App Store B has the same attributes as the Apple App Store.

35. In replicating Prof. Simonson's Survey 2, I made the following key modifications:

   a. I updated the device models listed as examples for different types of phones and tablets in QS7 to QS9 to reflect more recent models. For example, I updated the list of iPhone models listed for QS7 from "*e.g.* iPhone X, iPhone SE, iPhone 11, iPhone 12, etc." to "*e.g.* iPhone 14, iPhone 15, iPhone 16, etc.".[58]

   b. I revised the introduction to Q5 to say "Next, you will be presented with information about the Apple App Store and a potential competitor app store ('App Store B'). You will be asked to make a few choices. Please review the presented options in each exercise very carefully."[59]

   c. In Q5, Q6, and Q7, I set the App Store B ratings for Malware Protection, Privacy, App Variety, and App-by-App Quality Control to "High," matching those of the Apple App Store.[60]

   d. In Survey 2, Prof. Simonson instructs that questions Q5, Q6, and Q7 be fully randomized,[61] despite these questions having a clear ordinal structure, with price differences progressing from 0% to 15% to 25%. Randomizing questions with an inherent order is methodologically

---

[58]  Simonson Report, Appendix F, C and E, at F.1-5, C-4, and E-4.

[59]  Appendix C-11 and E-11. The language in the original introduction reads "Next, you will be presented with information about the Apple App Store and a potential other app store ('App Store B'), which differ across the features you just reviewed. You will be asked to make a few choices. Please review the presented options in each exercise very carefully." Simonson Report, Appendix F, at F.1-12.

[60]  Appendix C-12–C-14 and Appendix E-12–E-14. In Survey 2, Prof. Simonson characterizes malware protection, privacy, and app-by-app quality control for App Store B as "Unknown at this time," and app variety as "Lower variety." Simonson Report, Appendix F, at F.1-13–F.1-15.

[61]  Simonson Report, Appendix F, at F.1-12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

inappropriate.[62] In contrast, in my modified survey I applied limited randomization: respondents saw Q5, Q6, and Q7 either in ascending or descending order, preserving the logical structure while mitigating order effects.

36. Figure 5 through Figure 7 below summarize the main findings of my modified survey.[63] Together, these figures show that, relative to Prof. Simonson's findings in Survey 2, when a competing app store—even a new entrant—offers comparable features, there is substantial consumer demand for the alternative app store. That demand only increases when the store also offers lower prices. As shown in Figure 5, when both app stores are presented with identical attributes (including price) there is a marked decline—from 50.4% in Simonson's survey to 39.9% in my modified survey—in the number of respondents who report they would only purchase apps and in-app content from the Apple App Store. That decline is accompanied by a marked increase in those who say they would use both stores about equally (from 11.0% to 22.9%) in my modified survey estimates.

---

[62] While methodological guidelines for nominal closed-ended questions specifically recommend randomizing response options to mitigate order effects, the same does not apply to ordinal closed-ended questions. *See, for example*, Don A. Dillman, Jolene D. Smyth, and Leah Melani Christian, *Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method*, 4th ed., (Hoboken, NJ: Wiley, 2014), pp. 150-151 ("Ordinal questions are one of the most commonly used types of survey questions because they can measure gradations of a variety of opinions, attitudes, behaviors, and attributes. There are two general types of closed-ended ordinal scales—those that offer vague quantifier response options (e.g., very satisfied, somewhat satisfied, etc., or always, often, occasionally, etc.) and those that offer response options using a natural metric (e.g., once, twice, three times, etc., or none, 1 to 5 hours, 6 to 10 hours, etc.)."); and "List of Guidelines" on p. 168.

[63] Excluding the specific modifications noted above, the design and implementation of my modified Survey 2 replicated those made by Prof. Simonson on his Survey 2. I have included the additional details regarding the implementation and results for my modified Survey 2 in Appendix B.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**FIGURE 5: PREFERENCE FOR APP STORES OFFERING SAME FEATURES AND PRICE**



**Sources and Notes:**

Original Survey 2 Estimates are as reported in Exhibit 22 of the March 2025 Simonson report.
Modified Survey 2 Estimates are based on Hoyer Modified Survey Question Q5: "Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below," using only respondents in the analytical sample.

Q5 presents respondents with the Apple App Store and a competing App Store B with the same features and same average prices.

37. When both app stores are presented with identical attributes and App Store B offers prices approximately 15% lower, there are several notable shifts—relative to Prof. Simonson's Survey 2 estimates. As shown in Figure 6, these are:

(1) a decline in respondents who say they would purchase apps and in-app content exclusively from the Apple App Store (from 45.2% to 22.9%);

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

(2) an increase in those who say they would purchase mostly from App Store B (from 8.1% to 23.7%); and

(3) an increase in those who say they would purchase exclusively from App Store B (from 7.3% to 17.1%).

**FIGURE 6: PREFERENCE FOR APP STORES OFFERING SAME FEATURES AND A 15% PRICE DIFFERENCE**

**Source and Notes:**

Original Survey 2 Estimates are as reported in Exhibit 22 of the March 2025 Simonson report.

Modified Survey 2 Estimates are based on Hoyer Modified Survey Question Q6: "Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below," using only respondents in the analytical sample.

Q6 presents respondents with the Apple App Store and a competing App Store B with the same features and average prices that are about 15% lower for App Store B.

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | Page 22

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

38. As shown in Figure 7, when both app stores are presented with identical attributes and App Store B offers prices approximately 25% lower, the most notable shifts—relative to Simonson's Survey 2 estimates—are:

(1) a decline in respondents who say they would purchase apps and in-app content exclusively from the Apple App Store (from 43.6% to 19.3%);

(2) an increase in those who say they would purchase mostly from App Store B (from 9.4% to 27.1%); and

(3) an increase in those who say they would purchase exclusively from App Store B (from 4.7% to 20.0%).

**FIGURE 7: PREFERENCE FOR APP STORES OFFERING SAME FEATURES AND A 25% PRICE DIFFERENCE**



**Source and Notes:**

Original Survey 2 Estimates are as reported in Exhibit 22 of the March 2025 Simonson report.

Modified Survey 2 Estimates are based on Hoyer Modified Survey Question Q7: "Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | Page 23

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

can choose between the two app stores shown below," using only respondents in the analytical sample.

Q7 presents respondents with the Apple App Store and a competing App Store B with the same features and average prices that are about 25% lower for App Store B.

### III.C.3. Key Questions in Survey 3 are Leading

39.  In Survey 1, where Prof. Simonson purports to "[a]ssess the relative value of various app store attributes,"[64] he identifies 13 different attributes that consumers may consider when using an app store. However, in the main choice exercise in Survey 3, and as depicted previously in Figure 2, respondents are asked to make selections based on only three attributes—one of which is merely an indicator of whether the app store is operated by Apple or by the hypothetical App Store B. As I detail below, this inconsistency in design introduces ambiguity in interpreting the results and increases the risk of biased responses in Survey 3.

40.  While limiting the number of attributes in a choice task is not inherently problematic, Prof. Simonson provides no explicit instructions to respondents on how to treat the unmentioned attributes—or even that additional attributes might be relevant to their decision. For example, it is unclear whether respondents were meant to assume that both app stores offered the same app selection, had equivalent privacy protections, or differed in other important respects. Because of this ambiguity, Prof. Simonson cannot say with certainty what assumptions respondents made about the omitted attributes when making their choices.

41.  This lack of clarity is problematic for at least two reasons. First, it introduces interpretive uncertainty into the results. Without knowing what respondents assumed about the unpresented attributes, Prof. Simonson has not disentangled true preferences based on the presented attributes from noise driven by individual assumptions about the unmentioned ones. In other words, Prof. Simonson has not determined whether the responses reflect meaningful trade-offs or are confounded by unobserved assumptions. For example, if a respondent assumed that the Apple App Store offered a greater variety of apps—and valued that attribute most—they may have

---

[64]  Simonson Report, ¶ 36.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

chosen the Apple App Store regardless of the price difference or the level of malware protection presented in a choice set.

42. Second, Prof. Simonson's own results in Survey 1 suggest that consumers consider up to 13 different app store attributes.[65] According to his Survey 1 results, in addition to privacy and malware protection, features such as app descriptions and details, search functionality, the number of free apps, and the quantity and variety of those apps rank among the top "Must-Have" features.[66] By reducing the choice task in Survey 3 to only two meaningful attributes—price and one other feature such as malware protection, privacy, or app-by-app quality control—he increases the risk of *focalism bias.*[67] That is, when respondents are presented with only a limited set of attributes, they may overemphasize those features simply because no other considerations are provided. This can inflate the relative importance of those attributes in ways that do not reflect how consumers would evaluate the same trade-offs in a real-world context where many more factors are simultaneously relevant.

### III.C.4. Survey 6 Includes Multiple Design Flaws

43. As I previously explained in Section III.B, the open-ended question format Prof. Simonson employs in Survey 6 fundamentally limits the conclusions he can draw. While his survey may shed light on which considerations respondents are able to recall and articulate unaided, it cannot capture the full range of influential factors—particularly those that are less salient or more difficult to verbalize without prompting. Beyond this inherent limitation, as I detail below, the reliability of Survey 6 is further undermined by flaws in its screening criteria and design. These flaws introduce uncertainty not only about what respondents recalled but also about the relevance and validity of their responses.

---

[65]   Simonson Report, Section IV.A.3.

[66]   Simonson Report, Section IV.A.3.

[67]   *See* Timothy D. Wilson, Thalia Wheatley, Jonathan M. Meyers, Daniel T. Gilbert and Danny Axsom, "Focalism: A Source of Durability Bias in Affective Forecasting," *Journal of Personality and Social Psychology* 78(5) (2000): 821–836, p. 822. Focalism bias can also create a demand effect if respondents perceive the exaggerated importance of a key feature as a cue for the "correct" responses to survey questions. *See* Itamar Simonson and Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, eds. Shari S. Diamond and Jerre B. Swann (Chicago, IL: American Bar Association, 2012), pp. 246–247.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

44. First, Survey 6 is subject to recall bias. Questions Q2-Q15, asked respondents to reflect on their last device purchase.[68] For example Q2 asked:[69]

> Q2. At the time you last purchased a new phone, did you or did you not consider switching to an Android phone as your primary or only smartphone?

45. However, the survey does not collect any information on when that purchase occurred. This is a critical omission because memory degrades over time. Respondents who purchased their devices several years ago are far less likely to recall all relevant considerations, particularly those who made their purchases more than two years ago.[70] Without knowing the timing of each respondent's purchase, there is no way to assess how many participants were at heightened risk of recall bias when responding to questions Q2-Q15, nor is there a way to control for this bias in interpreting the results for these questions.

46. Second, Prof. Simonson's screener for Survey 6 does not account for cases in which respondents may not have purchased the iOS devices they are using. For instance, some individuals may have received their device as a gift or through a work-sponsored plan. In these situations, asking why the respondent "considered" or did not "consider" Android devices is inappropriate, because they may not have been involved in the selection process at all. As a result, not only is the initial question of whether respondents considered Android devices invalid, but all subsequent questions tied to the last device purchase—Q2 onwards for phones and Q9 onwards for tablets— are effectively meaningless for those respondents. Because Prof. Simonson's survey fails to screen for this possibility, it is unclear how many responses reflect considerations of actual purchasers versus passive recipients.

---

[68] *See, e.g.*, Simonson Report, Appendix J, at J.1-10 and J.1-14. Respondents were asked "At the time you last purchased a new phone…" and "At the time you last purchased a new tablet…".

[69] Simonson Report, Appendix J, at J.1-10.

[70] *See, for example*, Krosnick & Presser (2010), p. 288 ("When information is encoded in memory, its retrieval is strongly affected by both the information's salience and the elapsed time since the information was encoded. Unless the information is both recent and salient, it may not come quickly to mind. Thus, time spent recalling is often related to accurate reporting."); Bradburn, et al. (2004), p. 76 ("…respondents may not be able to recall previous behavior. Anything that can be done to make this task easier should lead to improved quality of data... The techniques suggested for helping jog the respondent's memory of an event and for reducing telescoping included the following: (1) include aided recall, (2) make the question specific, (3) select an appropriate time period to ask about…").

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

47. Third, in his screener, Prof. Simonson does not ask whether respondents were decision-makers in their purchase. Device purchases may be influenced or determined by other family members, employers, or plan administrators. As a result, an unknown number of responses in Survey 6 may not reflect the preferences or considerations of the person who made the purchasing decision. This omission further undermines the survey's ability to generate reliable insights into the consumer decision-making process it purports to measure.

Wayne D. Hoyer, Ph.D.

Date: June 13, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# Appendix A: Documents Relied Upon

**<u>Case Documents:</u>**
Expert Report of Wayne D. Hoyer, Ph.D., March 7, 2025.
Opening Expert Report and Declaration of Itamar Simonson, Ph.D., March 7, 2025.

**<u>Produced Documents:</u>**
APL-EG_01486054-068.

**<u>Academic Literature and Books:</u>**
Itamar Simonson and Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, eds. Shari Seidman Diamond and Jerre B. Swann, (Chicago, IL: American Bar Association, 2012).

Don A. Dillman, Jolene D. Smyth, and Leah Melani Christian, *Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method*, 4th ed., (Hoboken, NJ: Wiley, 2014).

Shari Seidman Diamond, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, 3rd ed., (Washington, DC: The National Academies Press, 2011).

Norman Bradburn, Seymour Sudman, and Brian Wansink, *Asking Questions- The Definitive Guide to Questionnaire Design* (San Francisco, CA: Jossey-Bass, 2004).

Jon A. Krosnick and Stanley Presser, "Question and Questionnaire Design," in *Handbook of Survey Research*, 2nd ed., eds. Peter V. Marsden and James D. Wright (United Kingdom: Emerald Group Publishing, 2010).

Jon A. Krosnick, "Survey Research," *Annual Review of Psychology* 50 (1999): 537-567.

Timothy D. Wilson, Thalia Wheatley, Jonathan M. Meyers, Daniel Gilbert and Danny Axsom, "Focalism: A Source of Durability Bias in Affective Forecasting," *Journal of Personality and Social Psychology* 78(5) (2000): 821–836.

**<u>Websites and Publicly Available Information</u>**
"Panel Quality: Our Values Answer to ESOMAR's 37 Questions," *Dynata*, April 2024, accessed January 30, 2025, https://www.dynata.com/wp-content/uploads/2024/05/Dynata_Esomar37-Questions_April-2024.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Appendix B: Modified Survey 2

1. As stated in the Simonson Report, for Survey 2, Prof. Simonson's full sample of 683 respondents included "503 [respondents] … collected under the base screening criteria and 180… collected under the slightly modified screening criteria that required respondents to have purchased paid apps in the past 12 months (and expect to purchase paid apps in the next 12 months)."[1] For my modified Survey 2, I used both the base and modified screeners, collecting a total of 680 respondents—500 under the base criteria and 180 under the modified criteria.[2] Copies of the questionnaires and survey screenshots for both versions are included in Appendices C–F of the Simonson Report. Because my analysis is based on the full combined sample, and for ease of reading, all subsequent references to my modified Survey 2 refer to the full dataset collected using both versions of the screener.

2. GBK conducted the modified Survey 2 over the internet from May 1, 2025, until May 2, 2025. Under my direction, GBK programmed and administered the Survey, managed the panel, and collected and validated the data. Dynata provided the internet panel used for this study.[3] Prior to launching the modified survey, staff at the Brattle Group, under my directions, tested the online survey to ensure the programming of the survey was consistent with the instructions in the questionnaire.

3. As shown in Appendix Exhibit A, among those invited to participate in the Survey, 3,027 individuals accepted the invitation and began the Survey.[4] Of the 3,027 respondents who began the Survey, 2,225 were screened out. An additional 99 respondents were excluded for incomplete responses, and 23 were removed for exceeding the quota, resulting in a final sample of 680 qualified respondents.

---

[1]   Simonson Report, footnote 34.

[2]   Appendix Exhibit A. *See also*, Survey Data, 'App Survey – Version A – Completes only.xlsx' for survey based on base criteria and Survey Data, 'App Survey – Version B – Completes only.xlsx' for survey based on modified criteria.

[3]   *See* "Panel Quality: Our Values Answer to ESOMAR's 37 Questions," *Dynata*, April 2024, accessed January 30, 2025, https://www.dynata.com/wp-content/uploads/2024/05/Dynata_Esomar37-Questions_April-2024.pdf.

[4]   Survey invitations were sent to the members of the online panel of consumers. I understand that the link for the Survey also appeared in panelists' web portal, allowing them to access the Survey without being invited directly by an email invitation. Survey invitations did not contain any information about the subject matter and purpose of the Survey. This was done so that respondents could not self-select into the Survey and bias the results, based on prior information.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

4. Following Prof. Simonson's additional quality control measures,[5] I identified and excluded the following 26 respondents from the 680 respondents who passed the screener and completed the Survey:

   a. 23 respondents who took less than 2 minutes to complete the survey; and

   b. 3 respondents who took more than an hour to complete the survey.

   c. I did not identify any nonsensical responses in the open-ended questions, and therefore no respondents were excluded on this basis.

5. The final analytical sample for my modified Survey 2, which I use in my analyses, is comprised of 654 respondents. The full results from the screener and main questions are summarized in Appendix Exhibit B.

---

[5] Simonson Report, ¶ 77.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# Appendix C: Modified Survey 2A Questionnaire

**App Survey**

**Screener and Main Survey Programmer Instructions**

### LEGEND:

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |

**Overview**

**[NATIONAL 16+ SAMPLE; INBOUND SAMPLE CLICK-BALANCED ON AGE, GENDER, AND REGION TO U.S. CENSUS]**

**[TARGET XXX COMPLETES TOTAL]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. WE ARE NO LONGER LOOKING FOR PEOPLE WHO MATCH YOUR CHARACTERISTICS. WE APPRECIATE YOUR TIME."]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Introduction and Screening**

QS1. Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE IF NOT CORRECT AFTER THREE ATTEMPTS]**

QS2. Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your answers will be kept in strict confidence and the results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3. What is your age? (*Select only one option*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

⊙ Under 16 **[TERMINATE]**
⊙ 16 - 34
⊙ 35 - 49
⊙ 50 - 64
⊙ 65 or above
⊙ Prefer not to answer **[TERMINATE]**
**[TERMINATE IF AGE DOES NOT MATCH THE VALUES PASSED BY PANEL PROVIDER]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS4. **[ASK IF PASS-THROUGH AGE IS 18 OR OLDER]** What is your gender? (*Select only one option*)

**[RANDOMIZE ORDER, AS IS AND REVERSE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

⊙ Male
⊙ Female
⊙ Prefer to self-describe as: **[INSERT TEXT BOX]**
⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF GENDER DOES NOT MATCH THE VALUES PASSED BY PANEL PROVIDER ONLY IF "MALE" OR "FEMALE" IS SELECTED]**

QS4_1. **[ASK IF PASS-THROUGH AGE IS UNDER 18]** What is your gender? (*Select only one option*)

**[RANDOMIZE ORDER, AS IS AND REVERSE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

⊙ Male
⊙ Female
⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF GENDER DOES NOT MATCH THE VALUES PASSED BY PANEL PROVIDER]**

QS5. In which state do you live? (*Select only one option*)

[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS6. Do you, or does any member of your household, currently work for any of the following?
 *(Select one or more of the options below)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

⊙ A manufacturer or retailer of mobile devices **[TERMINATE]**
⊙ A developer of mobile applications **[TERMINATE]**
⊙ A manufacturer or retailer of women's clothing
⊙ A manufacturer or retailer of home appliances
⊙ A real estate agency
⊙ An academic institution
⊙ A restaurant or catering company
⊙ A construction company
⊙ A healthcare provider, medical office, or pharmacy
⊙ A law firm, legal services organization, or court **[TERMINATE]**
⊙ A marketing, market research, public relations, or advertising agency **[TERMINATE]**
⊙ None of the above **[EXCLUSIVE]**
⊙ Don't know / Unsure **[EXCLUSIVE]**

QS7. Which of the following, if any, do you own? (*Select one or more of the options below*)

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❐ iPhone (*e.g.* iPhone 14, iPhone 15, iPhone 16, etc.)
❐ iPad (*e.g.* iPad Pro, iPad Air, iPad, iPad mini, etc.)
❐ MacBook notebook (*e.g.* MacBook Air, MacBook Pro, etc.)
❐ Android phone (*e.g.* Samsung Galaxy, Google Pixel, Motorola Edge, OnePlus 13, etc.)
❐ Android tablet (*e.g.* Samsung Galaxy Tab, Android 14, Google Pixel Slate, etc.)
❐ Windows laptop (*e.g.* Acer, Dell, Lenovo, HP, etc.)
❐ None of the above **[EXCLUSIVE]**
❐ Don't know / Unsure **[EXCLUSIVE]**

**[IF "IPHONE" OR "IPAD" IS NOT SELECTED IN QS7, TERMINATE] [IF "IPHONE" AND "ANDROID PHONE" IS SELECTED, SHOW QS8] [IF "IPAD" AND "ANDROID TABLET" IS SELECTED, SHOW QS9] [ELSE SKIP TO QS10]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS8. **[ASK IF RESPONDENT SELECTED "IPHONE" AND "ANDROID PHONE" IN QS7]** Which phone do you currently use most often? (*Select only one option*)

**[RANDOMIZE ORDER; KEEP "I USE THEM BOTH EQUALY" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙ iPhone (*e.g.* iPhone 14, iPhone 15, iPhone 16, etc.)
- ⊙ Android phone (*e.g.* Samsung Galaxy, Google Pixel, Motorola Edge, OnePlus 13, etc.) **[TERMINATE IF "IPAD" WAS NOT SELECTED IN QS7]**
- ⊙ I use them both equally
- ⊙ Don't know / Unsure **[EXCLUSIVE; TERMINATE IF "IPAD" WAS NOT SELECTED IN QS7]**

QS9. **[ASK IF RESPONDENT SELECTED "IPAD" AND "ANDROID TABLET" IN QS7]** Which tablet do you currently use most often? (*Select only one option*)

**[RANDOMIZE ORDER; KEEP "I USE THEM BOTH EQUALY" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙ iPad (*e.g.* iPad Pro, iPad Air, iPad, iPad mini, etc.)
- ⊙ Android tablet (*e.g.* Samsung Galaxy Tab, Android 14, Google Pixel Slate, etc.) **[TERMINATE IF "IPHONE" WAS NOT SELECTED IN QS7 OR "ANDROID PHONE" OR "DON'T KNOW/UNSURE" WAS SELECTED IN QS8]**
- ⊙ I use them both equally
- ⊙ Don't know / Unsure **[EXCLUSIVE; TERMINATE IF "IPHONE" WAS NOT SELECTED IN QS7 OR "ANDROID PHONE" OR "DON'T KNOW/UNSURE" WAS SELECTED IN QS8]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS10. In the past twelve months, which of the following activities, if any, have you done on your iPhone and/or iPad? (*Select one or more of the options below*).

**[RANDOMIZE ORDER, KEEP "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

- ❐ Downloaded/purchased an app from the App Store
- ❐ Purchased additional content or features within an app
- ❐ Checked email
- ❐ Placed or received a phone call
- ❐ Sent or received a text message
- ❐ Used the camera
- ❐ Browsed the internet
- ❐ Played/streamed music
- ❐ Read a book or magazine
- ❐ None of the above **[EXCLUSIVE]**
- ❐ Don't know / Unsure **[EXCLUSIVE]**

**[IF "DOWNLOADED/PURCHASED AN APP FROM THE APP STORE" OR "PURCHASED ADDITIONAL CONTENT OR FEATURES WITHIN AN APP" IS NOT SELECTED IN QS10, TERMINATE]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS11. In the next twelve months, which of the following activities, if any, do you expect to do on your iPhone and/or iPad? (*Select one or more of the options below*).

**[RANDOMIZE ORDER, KEEP "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

- ❒ Download/purchase an app from the App Store
- ❒ Purchase additional content or features within an app
- ❒ Check email
- ❒ Place or receive a phone call
- ❒ Send or receive a text message
- ❒ Use the camera
- ❒ Browse the internet
- ❒ Play/stream music
- ❒ Read a book or magazine
- ❒ None of the above **[EXCLUSIVE]**
- ❒ Don't know / Unsure **[EXCLUSIVE]**

**[IF "DOWNLOAD/PURCHASE AN APP FROM THE APP STORE" OR "PURCHASE ADDITIONAL CONTENT OR FEATURES WITHIN AN APP" IS NOT SELECTED IN QS11, TERMINATE]**

QS12. This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Select only one option*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Not at all likely **[TERMINATE]**
- ⊙ Not likely **[TERMINATE]**
- ⊙ Neither unlikely nor likely **[TERMINATE]**
- ⊙ Somewhat likely
- ⊙ Very likely **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Main Questionnaire**

Q1. You have been selected to answer questions about mobile applications ("apps"). For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

Q2. Which of the following types of apps, if any, do you often use on your iPhone and/or iPad? *(Select all that apply)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❒ Games: Apps that provide single or multiplayer interactive activities for entertainment purposes (e.g. Candy Crush, Roblox, Call of Duty, Clash of Clans, etc.)

❒ Entertainment: Apps that are interactive and designed to entertain and inform the user, and which contain audio, visual, or other content (e.g. Netflix, Disney+, HBO Max, etc.)

❒ Photo & Video: Apps that assist in capturing, editing, managing, storing, or sharing photos and videos (e.g. Photoshop, Canva, Google Photos, etc.)

❒ Social Networking: Apps that connect people or contribute to community development by means of text, voice, photo, or video (e.g. Facebook, Instagram, LinkedIn, WhatsApp, etc.)

❒ Utilities: Apps that enable the user to solve a problem or complete a specific task (e.g. Google Translate, Google Chrome, 1Password, etc.)

❒ Music: Apps that are for discovering, listening to, recording, performing, or composing music, and that are interactive in nature (e.g. Spotify, Amazon Music, YouTube Music, SiriusXM, etc.)

❒ Shopping: Apps that support the purchase of consumer goods or materially enhance the shopping experience (e.g. Amazon, Walmart, Target, etc.)

❒ Productivity: Apps that make a specific process or task more organized or efficient (e.g. Microsoft Outlook, Google Docs, Dropbox, etc.)

❒ Education: Apps that provide an interactive learning experience on a specific skill or subject (e.g. Duolingo, Google Classroom, Kahoot, etc.)

❒ Lifestyle: Apps relating to a general-interest subject matter or service (e.g. Pinterest, Tinder, Amazon Alexa, etc.)

❒ Sports: Apps related to professional, amateur, collegiate, or recreational sporting activities (e.g., MLB Ballpark, ESPN: Live Sports & Scores, NBA: Live Games & Scores, etc.)

❒ Other: Please specify

❒ None of the above **[EXCLUSIVE]**

❒ Don't know / Unsure **[EXCLUSIVE]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q3. Which of the following types of apps do you use <u>most often</u> on your iPhone and/or iPad?
*(Select up to three options)*

**[SHOW ALL OF RESPONDENTS SELECTIONS FROM Q2 IN THE SAME ORDER THEY WERE SHOWN IN Q2]**

❑ Other: Please specify
❑ None of the above **[EXCLUSIVE]**
❑ Don't know / Unsure **[EXCLUSIVE]**

Q4. Next, we will ask you to evaluate the Apple App Store and a potential competitor app store ("App Store B") in terms of their features. Please read the following information very carefully.

**[NEXT SCREEN]**

Imagine that, in addition to the Apple App Store, you are able to purchase or download apps for your iPhone and/or iPad from other app stores as well. We would like you to evaluate these app stores in terms of six features. These features are:

**[RANDOMIZE ORDER OF FEATURES; MAINTAIN ORDER FOR FEATURE DESCRIPTIONS AND Q5-Q7]**

- Company that operates the store
- Typical (median) price of paid apps
- Malware protection
- Privacy
- App variety
- App-by-app quality control

**[NEXT SCREEN]**

**Company that Operates the Store**

The company that operates the app store is responsible for designing, developing, and running the app store. The company operating the store also sets the standards and policies for the store and ensures that apps available in the store follow those policies.

**[NEXT SCREEN]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Typical (Median) Price of Paid Apps**

App stores may offer free apps and paid apps. Some paid apps require you to pay money to download the app. These are called "paid downloads." Other paid apps are downloaded for free and offer you the option to pay money to access additional content or features within the app after downloading and installing the app. These are called "in-app purchases." The typical (median) price of paid apps refers to the typical price that you have to pay to download the app (for apps that require you to pay to download) or for a given in-app purchase (for apps that offer in-app purchases).

**[NEXT SCREEN]**

**Malware Protection**

App stores may or may not take the same measures to ensure that the apps in the store are safe to download and won't harm your device. Malware protection of an app store refers to whether apps available in the store come from registered sources, whether apps are free of known malware, and whether apps have been tampered with at the time of installation or launch. Malware is software created and distributed for malicious purposes, such as invading computer systems in the form of destructive viruses, worms, or plug-ins. Depending on the malware protection of the app store, the risk of downloading a harmful app could range from close to 0% to up to 1% (which means that up to 1 in 100 apps downloaded from the app store would be expected to be a harmful app).

**[NEXT SCREEN]**

**Privacy**

Privacy refers to the app store's policies regarding whether and how apps can access your personal data stored on your device. App stores may differ in how strict their privacy protection policies are. An app store that offers a higher level of privacy protection requires apps available in the store to minimize the amount of user data used to function, describe any data collected from users, and explain how that data will be used.

**[NEXT SCREEN]**

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | C-10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### App Variety

App stores may offer apps in one or more app categories or genres, such as games, entertainment, photo & video, and others. App stores with higher app variety offer apps in a broader number of categories (i.e., they may be a one-stop shop for all apps), whereas app stores with lower app variety offer apps in a smaller number of categories (i.e., they focus on apps in specific genres, such as games).

**[NEXT SCREEN]**

### App-by-App Quality Control

App-by-app quality control refers to the process an app store uses to screen apps before making them available on the store. App stores may have different app-by-app quality control processes. An app store that offers a higher level of app-by-app quality control requires human (manual) review of each app to ensure that it is stable, functions as described, does not contain objectionable content, and does not violate rules against causing harm to users.

**[NEXT SCREEN]**

Q4_1. Next, you will be presented with information about the Apple App Store and a potential competitor app store ("App Store B"). You will be asked to make a few choices. Please review the presented options in each exercise very carefully.

**[ASSIGN RESPONDENTS TO SEE CHOICE EXCERCISES IN CURRENT COLUMN ORDER ("APPLE APP STORE" THEN "APP STORE B") OR REVERSE ("APP STORE B" THEN "APPLE APP STORE")]**

**[RANDOMIZE THE ORDER OF Q5, Q6, AND Q7 IN ASCENDING Q5, Q6, Q7 OR DESCENDING Q7, Q6, Q5]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q5. Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

**[WHEN RESPONDENT HOVERS OVER AN APP STORE FEATURE, DISPLAY ITS Q4 DEFINITION]**

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| Company that operates the store | Apple App Store | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Malware protection | High | High |
| Privacy | High | High |
| App variety | High | High |
| App-by-app quality control | High | High |

Which of the following statements do you expect will apply to you? *(Select only one option)*

**[RANDOMIZE CURRENT ORDER AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST.]**

- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase my paid apps and make my in-app purchases <u>about equally from both stores</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ Don't know / Unsure

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q6.Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

**[WHEN RESPONDENT HOVERS OVER AN APP STORE FEATURE, DISPLAY ITS Q4 DEFINITION]**

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| Company that operates the store | Apple App Store | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.68 (per paid download) $3.37 (per in-app purchase) |
| Malware protection | High | High |
| Privacy | High | High |
| App variety | High | High |
| App-by-app quality control | High | High |

Which of the following statements do you expect will apply to you? *(Select only one option)*

[SHOW IN SAME ORDER AS Q5; KEEP "DON'T KNOW / UNSURE" LAST.]

⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>Apple App Store</u>.

⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>Apple App Store</u>.

⊙ I would download/purchase my paid apps and make my in-app purchases <u>about equally</u> <u>from both stores</u>.

⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>App Store B</u>.

⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>App Store B</u>.

⊙ Don't know / Unsure

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q7. Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

**[WHEN RESPONDENT HOVERS OVER AN APP STORE FEATURE, DISPLAY ITS Q4 DEFINITION]**

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| Company that operates the store | Apple App Store | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.49 (per paid download) $2.99 (per in-app purchase) |
| Malware protection | High | High |
| Privacy | High | High |
| App variety | High | High |
| App-by-app quality control | High | High |

Which of the following statements do you expect will apply to you? *(Select only one option)*

[SHOW IN SAME ORDER AS Q5; KEEP "DON'T KNOW / UNSURE" LAST.]

- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase my paid apps and make my in-app purchases <u>about equally</u> from <u>both stores</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ Don't know / Unsure

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Appendix D: Modified Survey 2A Screenshots

**App Survey – Version A**
**Survey Screenshots**
**May 2025**

QS1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS2



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS5



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q4



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**App-by-App Quality Control**

App-by-app quality control refers to the process an app store uses to screen apps before making them available on the store. App stores may have different app-by-app quality control processes. An app store that offers a higher level of app-by-app quality control requires human (manual) review of each app to ensure that it is stable, functions as described, does not contain objectionable content, and does not violate rules against causing harm to users.

Continue

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**Malware Protection**

App stores may or may not take the same measures to ensure that the apps in the store are safe to download and won't harm your device. Malware protection of an app store refers to whether apps available in the store come from registered sources, whether apps are free of known malware, and whether apps have been tampered with at the time of installation or launch. Malware is software created and distributed for malicious purposes, such as invading computer systems in the form of destructive viruses, worms, or plug-ins. Depending on the malware protection of the app store, the risk of downloading a harmful app could range from close to 0% to up to 1% (which means that up to 1 in 100 apps downloaded from the app store would be expected to be a harmful app).

Continue

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**Typical (Median) Price of Paid Apps**

App stores may offer free apps and paid apps. Some paid apps require you to pay money to download the app. These are called "paid downloads." Other paid apps are downloaded for free and offer you the option to pay money to access additional content or features within the app after downloading and installing the app. These are called "in-app purchases." The typical (median) price of paid apps refers to the typical price that you have to pay to download the app (for apps that require you to pay to download) or for a given in-app purchase (for apps that offer in-app purchases).

Continue

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q4_1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q5

Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

| App Store Feature | App Store B | Apple App Store |
|---|---|---|
| App-by-app quality control | High | High |
| Malware protection | High | High |
| Typical (median) price of paid apps | $1.49 (per paid download) $2.99 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Privacy | High | High |
| App variety | High | High |
| Company that operates the store | App Store B | Apple App Store |

Which of the following statements do you expect will apply to you?
*(Select only one option)*

○ I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B.

○ I would download/purchase my paid apps and make my in-app purchases about equally from both stores.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store.

○ I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store.

○ Don't know / Unsure

Continue

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                Case no. 4:11-cv-06714-YGR | D-25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q6

Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

| App Store Feature | App Store B | Apple App Store |
|---|---|---|
| App-by-app quality control | High | High |
| Malware protection | High | High |
| Typical (median) price of paid apps | $1.68 (per paid download) $3.37 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Privacy | High | High |
| App variety | High | High |
| Company that operates the store | App Store B | Apple App Store |

Which of the following statements do you expect will apply to you?
*(Select only one option)*

○ I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B.

○ I would download/purchase my paid apps and make my in-app purchases about equally from both stores.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store.

○ I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store.

○ Don't know / Unsure

Continue

---

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | D-26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

END

Survey Completed - Thank You

Thank you for taking our survey. Your efforts are greatly appreciated!

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# Appendix E: Modified Survey 2B Questionnaire

**App Survey**

**Screener and Main Survey Programmer Instructions**

**LEGEND:**

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

**FORMAT:** The survey consists of the following sections:

| |
|---|
| **Introduction & Screening** (questions labeled QS) |
| **Main Survey Questions** (questions labeled Q) |

## Overview

**[NATIONAL 16+ SAMPLE; INBOUND SAMPLE CLICK-BALANCED ON AGE, GENDER, AND REGION TO U.S. CENSUS]**

**[TARGET XXX COMPLETES TOTAL]**

**[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY]**

**[FORCE RESPONSES TO ALL QUESTIONS UNLESS OTHERWISE SPECIFIED]**

**[DISPLAY ONE QUESTION PER PAGE UNLESS OTHERWISE SPECIFIED]**

**[NO SURVEY OR SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]**

**[TEXT FOR TERMINATES: "THANK YOU FOR YOUR INTEREST IN OUR STUDY. WE ARE NO LONGER LOOKING FOR PEOPLE WHO MATCH YOUR CHARACTERISTICS. WE APPRECIATE YOUR TIME."]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Introduction and Screening**

QS1. Please enter the code exactly as it appears in the box below, and then click "Continue" to continue.

**[INSERT CAPTCHA; TERMINATE IF NOT CORRECT AFTER THREE ATTEMPTS]**

QS2. Thank you for participating in our study. Your opinions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Your answers will be kept in strict confidence and the results of this study will not be used to try to sell you anything.

If you wear glasses or corrective lenses when using a desktop computer, laptop computer, or tablet, please wear them throughout the survey.

Please do not use the "Back" button of your browser while taking the survey. When you are ready to get started, please select the "Continue" button.

QS3. What is your age? (*Select only one option*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "PREFER NOT TO ANSWER" LAST]**

- ⊙ Under 16 **[TERMINATE]**
- ⊙ 16 - 34
- ⊙ 35 - 49
- ⊙ 50 - 64
- ⊙ 65 or above
- ⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF AGE DOES NOT MATCH THE VALUES PASSED BY PANEL PROVIDER]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS4. **[ASK IF PASS-THROUGH AGE IS 18 OR OLDER]** What is your gender? (*Select only one option*)

**[RANDOMIZE ORDER, AS IS AND REVERSE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

- ⊙ Male
- ⊙ Female
- ⊙ Prefer to self-describe as: **[INSERT TEXT BOX]**
- ⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF GENDER DOES NOT MATCH THE VALUES PASSED BY PANEL PROVIDER ONLY IF "MALE" OR "FEMALE" IS SELECTED]**


QS4_1. **[ASK IF PASS-THROUGH AGE IS UNDER 18]** What is your gender? (*Select only one option*)

**[RANDOMIZE ORDER, AS IS AND REVERSE; KEEP "OTHER" AND "PREFER NOT TO ANSWER" LAST]**

- ⊙ Male
- ⊙ Female
- ⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF GENDER DOES NOT MATCH THE VALUES PASSED BY PANEL PROVIDER]**


QS5. In which state do you live? (*Select only one option*)

[INSERT DROP DOWN MENU OF ALL 50 STATES AND DC, PLUS "OTHER" AND "DON'T KNOW / UNSURE"]

**[TERMINATE IF "OTHER" OR "DON'T KNOW / UNSURE" IS SELECTED]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS6. Do you, or does any member of your household, currently work for any of the following? *(Select one or more of the options below)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙ A manufacturer or retailer of mobile devices **[TERMINATE]**
- ⊙ A developer of mobile applications **[TERMINATE]**
- ⊙ A manufacturer or retailer of women's clothing
- ⊙ A manufacturer or retailer of home appliances
- ⊙ A real estate agency
- ⊙ An academic institution
- ⊙ A restaurant or catering company
- ⊙ A construction company
- ⊙ A healthcare provider, medical office, or pharmacy
- ⊙ A law firm, legal services organization, or court **[TERMINATE]**
- ⊙ A marketing, market research, public relations, or advertising agency **[TERMINATE]**
- ⊙ None of the above **[EXCLUSIVE]**
- ⊙ Don't know / Unsure **[EXCLUSIVE]**

QS7. Which of the following, if any, do you own? (*Select one or more of the options below*)

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

- ❒ iPhone (*e.g.* iPhone 14, iPhone 15, iPhone 16, etc.)
- ❒ iPad (*e.g.* iPad Pro, iPad Air, iPad, iPad mini, etc.)
- ❒ MacBook notebook (*e.g.* MacBook Air, MacBook Pro, etc.)
- ❒ Android phone (*e.g.* Samsung Galaxy, Google Pixel, Motorola Edge, OnePlus 13, etc.)
- ❒ Android tablet (*e.g.* Samsung Galaxy Tab, Android 14, Google Pixel Slate, etc.)
- ❒ Windows laptop (*e.g.* Acer, Dell, Lenovo, HP, etc.)
- ❒ None of the above **[EXCLUSIVE]**
- ❒ Don't know / Unsure **[EXCLUSIVE]**

**[IF "IPHONE" OR "IPAD" IS NOT SELECTED IN QS7, TERMINATE] [IF "IPHONE" AND "ANDROID PHONE" IS SELECTED, SHOW QS8] [IF "IPAD" AND "ANDROID TABLET" IS SELECTED, SHOW QS9] [ELSE SKIP TO QS10]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS8. **[ASK IF RESPONDENT SELECTED "IPHONE" AND "ANDROID PHONE" IN QS7]** Which phone do you currently use most often? (*Select only one option*)

**[RANDOMIZE ORDER; KEEP "I USE THEM BOTH EQUALY" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙ iPhone  (*e.g.* iPhone 14, iPhone 15, iPhone 16, etc.)
- ⊙ Android phone (*e.g.* Samsung Galaxy, Google Pixel, Motorola Edge, OnePlus 13, etc.)
  **[TERMINATE IF "IPAD" WAS NOT SELECTED IN QS7]**
- ⊙ I use them both equally
- ⊙ Don't know / Unsure **[EXCLUSIVE; TERMINATE IF "IPAD" WAS NOT SELECTED IN QS7]**


QS9. **[ASK IF RESPONDENT SELECTED "IPAD" AND "ANDROID TABLET" IN QS7]**

Which tablet do you currently use most often? (*Select only one option*)

**[RANDOMIZE ORDER; KEEP "I USE THEM BOTH EQUALY" AND "DON'T KNOW / UNSURE" LAST]**

- ⊙ iPad (*e.g.* iPad Pro, iPad Air, iPad, iPad mini, etc.)
- ⊙ Android tablet (*e.g.* Samsung Galaxy Tab, Android 14, Google Pixel Slate, etc.)
  **[TERMINATE IF "IPHONE" WAS NOT SELECTED IN QS7 OR "ANDROID PHONE" OR "DON'T KNOW/UNSURE" WAS SELECTED IN QS8]**
- ⊙ I use them both equally
- ⊙ Don't know / Unsure **[EXCLUSIVE; TERMINATE IF "IPHONE" WAS NOT SELECTED IN QS7 OR "ANDROID PHONE" OR "DON'T KNOW/UNSURE" WAS SELECTED IN QS8]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS10. In the past twelve months, which of the following activities, if any, have you done on your iPhone and/or iPad? (*Select one or more of the options below*).

**[RANDOMIZE ORDER, KEEP "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

❐ Downloaded a free app from the App Store
❐ Purchased an app from the App Store
❐ Purchased additional content or features within an app
❐ Checked email
❐ Placed or received a phone call
❐ Sent or received a text message
❐ Used the camera
❐ Browsed the internet
❐ Played/streamed music
❐ Read a book or magazine
❐ None of the above **[EXCLUSIVE]**
❐ Don't know / Unsure **[EXCLUSIVE]**

**[IF "PURCHASED AN APP FROM THE APP STORE" IS NOT SELECTED IN QS10, TERMINATE]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS11. In the next twelve months, which of the following activities, if any, do you expect to do on your iPhone and/or iPad? (*Select one or more of the options below*).

**[RANDOMIZE ORDER, KEEP "NONE OF THE ABOVE," AND "DON'T KNOW / UNSURE" LAST]**

- ❒ Download a free app from the App Store

- ❒ Purchase an app from the App Store
- ❒ Purchase additional content or features within an app
- ❒ Check email
- ❒ Place or receive a phone call
- ❒ Send or receive a text message
- ❒ Use the camera
- ❒ Browse the internet
- ❒ Play/stream music
- ❒ Read a book or magazine
- ❒ None of the above **[EXCLUSIVE]**
- ❒ Don't know / Unsure **[EXCLUSIVE]**

**[IF "PURCHASED AN APP FROM THE APP STORE" IS NOT SELECTED IN QS11, TERMINATE]**

QS12. This question is testing whether or not you're paying attention while taking this survey. Please select "Somewhat likely" below. (*Select only one option*)

**[FLIP ORDER PER RESPONDENT, AS IS AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST]**

- ⊙ Not at all likely **[TERMINATE]**
- ⊙ Not likely **[TERMINATE]**
- ⊙ Neither unlikely nor likely **[TERMINATE]**
- ⊙ Somewhat likely
- ⊙ Very likely **[TERMINATE]**
- ⊙ Don't know / Unsure **[TERMINATE]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Main Questionnaire**

Q1. You have been selected to answer questions about mobile applications ("apps"). For each question, if you don't know or are unsure, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Also, you should complete this survey without stopping in the middle. Please make sure not to consult anyone; use your browser's "Back" button; or open another browser while working on this survey.

Q2. Which of the following types of apps, if any, do you often use on your iPhone and/or iPad?
*(Select all that apply)*

**[RANDOMIZE ORDER; KEEP "NONE OF THE ABOVE" AND "DON'T KNOW / UNSURE" LAST]**

❒ Games: Apps that provide single or multiplayer interactive activities for entertainment purposes (e.g. Candy Crush, Roblox, Call of Duty, Clash of Clans, etc.)

❒ Entertainment: Apps that are interactive and designed to entertain and inform the user, and which contain audio, visual, or other content (e.g. Netflix, Disney+, HBO Max, etc.)

❒ Photo & Video: Apps that assist in capturing, editing, managing, storing, or sharing photos and videos (e.g. Photoshop, Canva, Google Photos, etc.)

❒ Social Networking: Apps that connect people or contribute to community development by means of text, voice, photo, or video (e.g. Facebook, Instagram, LinkedIn, WhatsApp, etc.)

❒ Utilities: Apps that enable the user to solve a problem or complete a specific task (e.g. Google Translate, Google Chrome, 1Password, etc.)

❒ Music: Apps that are for discovering, listening to, recording, performing, or composing music, and that are interactive in nature  (e.g. Spotify, Amazon Music, YouTube Music, SiriusXM, etc.)

❒ Shopping: Apps that support the purchase of consumer goods or materially enhance the shopping experience (e.g. Amazon, Walmart, Target, etc.)

❒ Productivity: Apps that make a specific process or task more organized or efficient (e.g. Microsoft Outlook, Google Docs, Dropbox, etc.)

❒ Education: Apps that provide an interactive learning experience on a specific skill or subject (e.g. Duolingo, Google Classroom, Kahoot, etc.)

❒ Lifestyle: Apps relating to a general-interest subject matter or service (e.g. Pinterest, Tinder, Amazon Alexa, etc.)

❒ Sports: Apps related to professional, amateur, collegiate, or recreational sporting activities (e.g., MLB Ballpark, ESPN: Live Sports & Scores, NBA: Live Games & Scores, etc.)

❒ Other: Please specify

❒ None of the above **[EXCLUSIVE]**

❒ Don't know / Unsure **[EXCLUSIVE]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q3. Which of the following types of apps do you use <u>most often</u> on your iPhone and/or iPad?
*(Select up to three options)*

**[SHOW ALL OF RESPONDENTS SELECTIONS FROM Q2 IN THE SAME ORDER THEY WERE SHOWN IN Q2]**

❑ Other: Please specify
❑ None of the above **[EXCLUSIVE]**
❑ Don't know / Unsure **[EXCLUSIVE]**

Q4. Next, we will ask you to evaluate the Apple App Store and a potential competitor app store ("App Store B") in terms of their features. Please read the following information very carefully.

**[NEXT SCREEN]**

Imagine that, in addition to the Apple App Store, you are able to purchase or download apps for your iPhone and/or iPad from other app stores as well. We would like you to evaluate these app stores in terms of six features. These features are:

**[RANDOMIZE ORDER OF FEATURES; MAINTAIN ORDER FOR FEATURE DESCRIPTIONS AND Q5-Q7]**

- Company that operates the store
- Typical (median) price of paid apps
- Malware protection
- Privacy
- App variety
- App-by-app quality control

**[NEXT SCREEN]**

**Company that Operates the Store**

The company that operates the app store is responsible for designing, developing, and running the app store. The company operating the store also sets the standards and policies for the store and ensures that apps available in the store follow those policies.

**[NEXT SCREEN]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Typical (Median) Price of Paid Apps**

App stores may offer free apps and paid apps. Some paid apps require you to pay money to download the app. These are called "paid downloads." Other paid apps are downloaded for free and offer you the option to pay money to access additional content or features within the app after downloading and installing the app. These are called "in-app purchases." The typical (median) price of paid apps refers to the typical price that you have to pay to download the app (for apps that require you to pay to download) or for a given in-app purchase (for apps that offer in-app purchases).

**[NEXT SCREEN]**

**Malware Protection**

App stores may or may not take the same measures to ensure that the apps in the store are safe to download and won't harm your device. Malware protection of an app store refers to whether apps available in the store come from registered sources, whether apps are free of known malware, and whether apps have been tampered with at the time of installation or launch. Malware is software created and distributed for malicious purposes, such as invading computer systems in the form of destructive viruses, worms, or plug-ins. Depending on the malware protection of the app store, the risk of downloading a harmful app could range from close to 0% to up to 1% (which means that up to 1 in 100 apps downloaded from the app store would be expected to be a harmful app).

**[NEXT SCREEN]**

**Privacy**

Privacy refers to the app store's policies regarding whether and how apps can access your personal data stored on your device. App stores may differ in how strict their privacy protection policies are. An app store that offers a higher level of privacy protection requires apps available in the store to minimize the amount of user data used to function, describe any data collected from users, and explain how that data will be used.

**[NEXT SCREEN]**

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | E-10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**App Variety**

App stores may offer apps in one or more app categories or genres, such as games, entertainment, photo & video, and others. App stores with higher app variety offer apps in a broader number of categories (i.e., they may be a one-stop shop for all apps), whereas app stores with lower app variety offer apps in a smaller number of categories (i.e., they focus on apps in specific genres, such as games).

**[NEXT SCREEN]**

**App-by-App Quality Control**

App-by-app quality control refers to the process an app store uses to screen apps before making them available on the store. App stores may have different app-by-app quality control processes. An app store that offers a higher level of app-by-app quality control requires human (manual) review of each app to ensure that it is stable, functions as described, does not contain objectionable content, and does not violate rules against causing harm to users.

**[NEXT SCREEN]**

Q4_1. Next, you will be presented with information about the Apple App Store and a potential competitor app store ("App Store B"). You will be asked to make a few choices. Please review the presented options in each exercise very carefully.

**[ASSIGN RESPONDENTS TO SEE CHOICE EXCERCISES IN CURRENT COLUMN ORDER ("APPLE APP STORE" THEN "APP STORE B") OR REVERSE ("APP STORE B" THEN "APPLE APP STORE")]**

**[RANDOMIZE THE ORDER OF Q5, Q6, AND Q7 IN ASCENDING Q5, Q6, Q7 OR DESCENDING Q7, Q6, Q5]**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q5. Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

**[WHEN RESPONDENT HOVERS OVER AN APP STORE FEATURE, DISPLAY ITS Q4 DEFINITION]**

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| Company that operates the store | Apple App Store | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Malware protection | High | High |
| Privacy | High | High |
| App variety | High | High |
| App-by-app quality control | High | High |

Which of the following statements do you expect will apply to you? *(Select only one option)*

**[RANDOMIZE CURRENT ORDER AND REVERSE; KEEP "DON'T KNOW / UNSURE" LAST.]**

- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase my paid apps and make my in-app purchases <u>about equally from both stores</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ Don't know / Unsure

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q6. Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

**[WHEN RESPONDENT HOVERS OVER AN APP STORE FEATURE, DISPLAY ITS Q4 DEFINITION]**

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| Company that operates the store | Apple App Store | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.68 (per paid download) $3.37 (per in-app purchase) |
| Malware protection | High | High |
| Privacy | High | High |
| App variety | High | High |
| App-by-app quality control | High | High |

Which of the following statements do you expect will apply to you? *(Select only one option)*

[SHOW IN SAME ORDER AS Q5; KEEP "DON'T KNOW / UNSURE" LAST.]

- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>Apple App Store</u>.
- ⊙ I would download/purchase my paid apps and make my in-app purchases <u>about equally</u> from both stores.
- ⊙ I would download/purchase <u>most</u> of my paid apps and make <u>most</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ I would download/purchase <u>all</u> of my paid apps and make <u>all</u> of my in-app purchases from <u>App Store B</u>.
- ⊙ Don't know / Unsure

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q7. Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

**[WHEN RESPONDENT HOVERS OVER AN APP STORE FEATURE, DISPLAY ITS Q4 DEFINITION]**

| App Store Feature | Apple App Store | App Store B |
|---|---|---|
| Company that operates the store | Apple App Store | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.49 (per paid download) $2.99 (per in-app purchase) |
| Malware protection | High | High |
| Privacy | High | High |
| App variety | High | High |
| App-by-app quality control | High | High |

Which of the following statements do you expect will apply to you? *(Select only one option)*

[SHOW IN SAME ORDER AS Q5; KEEP "DON'T KNOW / UNSURE" LAST.]

- ⊙ I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store.
- ⊙ I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store.
- ⊙ I would download/purchase my paid apps and make my in-app purchases about equally from both stores.
- ⊙ I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B.
- ⊙ I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B.
- ⊙ Don't know / Unsure

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Appendix F: Modified Survey 2B Questionnaire Screenshots

**App Survey – Version B**
**Survey Screenshots**
**May 2025**

QS1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS2



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS5



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q4



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**Typical (Median) Price of Paid Apps**

App stores may offer free apps and paid apps. Some paid apps require you to pay money to download the app. These are called "paid downloads." Other paid apps are downloaded for free and offer you the option to pay money to access additional content or features within the app after downloading and installing the app. These are called "in-app purchases." The typical (median) price of paid apps refers to the typical price that you have to pay to download the app (for apps that require you to pay to download) or for a given in-app purchase (for apps that offer in-app purchases).

Continue

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**Privacy**

Privacy refers to the app store's policies regarding whether and how apps can access your personal data stored on your device. App stores may differ in how strict their privacy protection policies are. An app store that offers a higher level of privacy protection requires apps available in the store to minimize the amount of user data used to function, describe any data collected from users, and explain how that data will be used.

Continue

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q4_1



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q6

Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

| App Store Feature | App Store B | Apple App Store |
|---|---|---|
| App variety | High | High |
| Typical (median) price of paid apps | $1.68 (per paid download) $3.37 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Malware protection | High | High |
| App-by-app quality control | High | High |
| Company that operates the store | App Store B | Apple App Store |
| Privacy | High | High |

Which of the following statements do you expect will apply to you?
*(Select only one option)*

◯ I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store.

◯ I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store.

◯ I would download/purchase my paid apps and make my in-app purchases about equally from both stores.

◯ I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B.

◯ I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B.

◯ Don't know / Unsure

Continue

---

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | F-26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q7

92%

Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

| App Store Feature | App Store B | Apple App Store |
|---|---|---|
| App variety | High | High |
| Typical (median) price of paid apps | $1.49 (per paid download) $2.99 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) |
| Malware protection | High | High |
| App-by-app quality control | High | High |
| Company that operates the store | App Store B | Apple App Store |
| Privacy | High | High |

Which of the following statements do you expect will apply to you?
(Select only one option)

○ I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store.

○ I would download/purchase my paid apps and make my in-app purchases about equally from both stores.

○ I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B.

○ I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B.

○ Don't know / Unsure

Continue

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | F-27

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

END

Survey Completed - Thank You

Thank you for taking our survey. Your efforts are greatly appreciated!

**Appendix Exhibit A**

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY –
SUBJECT TO PROTECTIVE ORDER

## Screening Statistics

| Status | | Count | Share |
|---|---|---|---|
| **Qualified Respondents** | [A] | **680** | **22%** |
| **Overquota Respondents** | [B] | **23** | **1%** |
| **Incomplete Respondents** | [C] | **99** | **3%** |
| **Terminated Respondents** | [D] | **2,225** | **74%** |
| Failed All Captchas | [E] | 26 | 1% |
| Under Age of 16 | [F] | 14 | 0% |
| Did not Provide Age | [G] | 4 | 0% |
| Age Mismatch with Profile | [H] | 92 | 3% |
| Did not Provide Gender | [I] | 2 | 0% |
| Gender Mismatch with Profile | [J] | 37 | 1% |
| Did not Provide Region | [K] | - | 0% |
| Works in Sensitive Industry | [L] | 103 | 3% |
| Does not own iPhone or iPad | [M] | 1,082 | 36% |
| Does not use iPhone most often | [N] | 31 | 1% |
| Does not use iPad most often | [O] | 34 | 1% |
| Did not select appropriate past activities on iOS Device | [P] | 651 | 22% |
| Did not select appropriate future activities on iOS Device | [Q] | 136 | 4% |
| Failed Attention Test | [R] | 13 | 0% |
| **Total - Clicked on Survey Link** | [S] | **3,027** | **100%** |

Sources and Notes:

[A]: Respondents who passed the screener and completed the main questionnaire.

[B]: Respondents who did not qualify due to demographic quotas being exceeded.

[C]: Respondents who did not qualify due to failing to complete the survey.

[D]: Respondents who did not qualify due to failing a screener question.

[E]: Respondents who failed all 3 Captcha tests.

[F]: Respondents who were under 16 years old.

[G]: Respondents who did not disclose their age.

**Appendix Exhibit A**

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY –
SUBJECT TO PROTECTIVE ORDER

## Screening Statistics

[H]: Respondents whose reported age did not match their age recorded by the panel.

[I]: Respondents who did not disclose their gender.

[J]: Respondents whose reported gender did not match their gender recorded by the panel. Note this excludes those who self described their gender.

[K]: Respondents who failed to report the region they reside in.

[L]: Respondents who were employed in or had someone in their household employed by either i) a marketing, market research, public relations, or advertising agency, ii) a developer of mobile applications , iii) a manufacturer or retailer of mobile devices and iv) a law firm, legal services organization, or court.

[M]: Respondents who did not own an iPad or iPad.

[N]: Respondents who owned an iPhone and Android phone who either i) used their Android more than their iPhone and did not own an iPad or ii) Was unsure about which device they use more and did not own an iPad.

[O]: Respondents who owned an iPad and Android tablet who either i) used their Android tablet more than their iPad and did not own an iPhone or ii) Were unsure about which device they use more and did not own an iPhone or iii) owned an iPhone and an iPad and an Android device and did not use iPhone or iPad most often.

[P]: Consistent with the methodology of Simonson Survey 2, for the original screener, the appropriate past activities included i) downloading/purchasing an app from the App Store or ii) purchasing additional content or features within an app in the past 12 months. For the additional data collection, the appropriate past activity included purchasing an app from the app store.

[Q]: Consistent with the methodology of Simonson Survey 2, for the original screener, the appropriate future activities included i) downloading/purchasing an app from the App Store or ii) purchasing additional content or features within an app in the past 12 months. For the additional data collection, the appropriate future activity included purchasing an app from the app store.

[R]: Respondents who failed the attention test.

[S]: Total number of respondents who started the survey.

**Appendix Exhibit B.1**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS3. What is your age? *(Select only one option)*

| Response [A] | Count [B] | Share [C] |
|---|---|---|
| Under 16 | - | 0% |
| 16 - 34 | 245 | 38% |
| 35 - 49 | 181 | 28% |
| 50 - 64 | 136 | 21% |
| 65 or above | 92 | 14% |
| Prefer not to answer | - | 0% |
| **Total** | **654** | **100%** |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

[A]: The possible responses for QS3.

[B]-[C]: Count and share of each response for all respondents who answered the question.

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.

Case no. 4:11-cv-06714-YGR | Ex. B-1

**Appendix Exhibit B.2**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
– SUBJECT TO PROTECTIVE ORDER

## QS4. What is your gender? *(Select only one option)*

| Response | Count | Share |
|---|---|---|
| [A] | [B] | [C] |
| Male | 307 | 47% |
| Female | 346 | 53% |
| Prefer to self-describe | 1 | 0% |
| Prefer not to answer | - | 0% |
| **Total** | **654** | **100%** |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

[A]: The possible responses to QS4.

[B]-[C]: Count and share of each response for all respondents who answered the question.

**Appendix Exhibit B.3**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
– SUBJECT TO PROTECTIVE ORDER

## QS5. In which state do you live? *(Select only one option)*

| Region Assigned Based on Response [A] | Count [B] | Share [C] |
|---|---|---|
| Northeast (CT, ME, MA, NH, NJ, NY, PA, RI, VT) | 121 | 19% |
| Midwest (IL, IN, IA, KS, MI, MN, MO, NE, ND, OH, SD, WI) | 123 | 19% |
| South (DE, DC, FL, GA, MD, NC, SC, VA, WV, AL, KY, MS, TN, AR, LA, OK, TX) | 243 | 37% |
| West (AZ, CO, ID, NM, MT, UT, NV, WY, AK, CA, HI, OR, WA) | 167 | 26% |
| **Total** | **654** | **100%** |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

[A]: The possible responses to QS5.

[B]-[C]: Count and share of each response for all respondents who answered the question.

**Appendix Exhibit B.4**                    HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
– SUBJECT TO PROTECTIVE ORDER

QS6. Do you, or does any member of your household, currently work for any of the following? *(Select one or more of the options below)*

| Response | Count | Share |
|---|---|---|
| [A] | [B] | [C] |
| A manufacturer or retailer of mobile devices | - | 0% |
| A developer of mobile applications | - | 0% |
| A manufacturer or retailer of women's clothing | 3 | 1% |
| A manufacturer or retailer of home appliances | 2 | 0% |
| A real estate agency | 7 | 1% |
| An academic institution | 54 | 8% |
| A restaurant or catering company | 20 | 3% |
| A construction company | 20 | 3% |
| A healthcare provider, medical office, or pharmacy | 59 | 9% |
| A law firm, legal services organization, or court | - | 0% |
| A marketing, market research, public relations, or advertising agency | - | 0% |
| None of the above | 466 | 71% |
| Don't know / Unsure | 41 | 6% |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

Percentages do not add up to 100% as respondents could select multiple options.

[A]: The possible responses to QS6.

[B]-[C]: Count and share of each response for all respondents who answered the question.

**Appendix Exhibit B.5**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## QS7. Which of the following, if any, do you own? *(Select one or more of the options below)*

| Response [A] | Count [B] | Share [C] |
|---|---|---|
| iPhone (e.g. iPhone 14, iPhone 15, iPhone 16, etc.) | 616 | 94% |
| iPad (e.g. iPad Pro, iPad Air, iPad, iPad mini, etc.) | 393 | 60% |
| MacBook notebook (e.g. MacBook Air, MacBook Pro, etc.) | 240 | 37% |
| Android phone (e.g. Samsung Galaxy, Google Pixel, Motorola Edge, OnePlus 13, etc.) | 120 | 18% |
| Android tablet (e.g. Samsung Galaxy Tab, Android 14, Google Pixel Slate, etc.) | 96 | 15% |
| Windows laptop (e.g. Acer, Dell, Lenovo, HP, etc.) | 325 | 50% |
| None of the above | - | 0% |
| Don't know / Unsure | - | 0% |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

Respondents who indicated in QS7 that they did not own an iPhone or iPad were screened out of the study.

Percentages do not add up to 100% as respondents could select multiple options.

[A]: The possible responses to QS7.

[B]-[C]: Count and share of each response for all respondents who answered the question.

**Appendix Exhibit B.6**          HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## QS8. Which phone do you currently use most often? *(Select only one option)*

| Response<br>[A] | Count<br>[B] | Share<br>[C] |
|---|---|---|
| iPhone (e.g. iPhone 14, iPhone 15, iPhone 16, etc.) | 53 | 64% |
| Android phone (e.g. Samsung Galaxy, Google Pixel, Motorola Edge, OnePlus 13, etc.) | 12 | 15% |
| I use them both equally | 18 | 22% |
| Don't know / Unsure | - | 0% |
| **Total** | **83** | **100%** |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

Respondents who indicated in QS8 that they used their Android phone more often than their iPhone, or who indicated that they did not know or were unsure which phone they used more often, and did not qualify for QS9 were screened out of the study. Respondents qualified for QS8 if they indicated in QS7 that they owned both an iPhone and an Android phone.

[A]: The possible responses to QS8.

[B]-[C]: Count and share of each response for all respondents who answered the question.

**Appendix Exhibit B.7**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
– SUBJECT TO PROTECTIVE ORDER

## QS9. Which tablet do you currently use most often? *(Select only one option)*

| Response<br>[A] | Count<br>[B] | Share<br>[C] |
|---|---|---|
| iPad (e.g. iPad Pro, iPad Air, iPad, iPad mini, etc.) | 33 | 58% |
| Android tablet (e.g. Samsung Galaxy Tab, Android 14, Google Pixel Slate, etc.) | 3 | 5% |
| I use them both equally | 21 | 37% |
| Don't know / Unsure | - | 0% |
| **Total** | **57** | **100%** |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

Respondents who indicated in QS9 that they used their Android tablet more often than their iPad, or who indicated that they did not know or were unsure which tablet they used more often, and did not qualify for QS8 were screened out of the study. Respondents qualified for QS9 if they indicated in QS7 that they owned both an iPad and an Android tablet.

[A]: The possible responses to QS9.

[B]-[C]: Count and share of each response for all respondents who answered the question.

**Appendix Exhibit B.8**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

QS10. In the past twelve months, which of the following activities, if any, have you done on your iPhone and/or iPad? *(Select one or more of the options below)*

QS11. In the next twelve months, which of the following activities, if any, do you expect to do on your iPhone and/or iPad? *(Select one or more of the options below)*

| Response [A] | Past Count [B] | Past Share [C] | Future Count [D] | Future Share [E] |
|---|---|---|---|---|
| Downloaded/purchased an app from the App Store | 462 | 71% | 459 | 70% |
| Downloaded a free app from the App Store | 166 | 25% | 173 | 27% |
| Purchased an app from the App Store | 175 | 27% | 175 | 27% |
| Purchased additional content or features within an app | 350 | 54% | 418 | 64% |
| Checked email | 638 | 98% | 634 | 97% |
| Placed or received a phone call | 611 | 93% | 613 | 94% |
| Sent or received a text message | 625 | 96% | 619 | 95% |
| Used the camera | 621 | 95% | 630 | 96% |
| Browsed the internet | 636 | 97% | 632 | 97% |
| Played/streamed music | 564 | 86% | 582 | 89% |
| Read a book or magazine | 304 | 47% | 347 | 53% |
| None of the above | - | 0% | - | 0% |
| Don't know / Unsure | - | 0% | - | 0% |

Sources and Notes:

This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.

Respondents in the original screener were shown option "Downloaded/purchased an app from the App Store" instead of "Downloaded a free app from the App Store" and "Purchased an app from the App Store".

Respondents in the additional data collection screener were shown options "Downloaded a free app from the App Store" and "Purchased an app from the App Store" instead of "Downloaded/purchased an app from the App Store".

Under the original screener, respondents who indicated in QS10 that they did not download/purchase an app from the App Store or purchase additional content or features within an app in the past twelve months were screened out of the study  For the additional data collection, respondents who indicated in QS10 that they did not purchase an app from the App Store in the past twelve months were screened out of the study. Percentages do not add up to 100% as respondents could select multiple options.

Under the original screener, respondents who indicated in QS11 that they were not planning to download/purchase an app from the App Store or purchase additional content or features within an app in the next twelve months were screened out of the study. For the additional data collection, respondents who indicated in QS11 that they were not planning to purchase an app from the App Store in the next twelve months were screened out of the study. Percentages do not add up to 100% as respondents could select multiple options.

[A]: The possible responses to QS10 and QS11.

[B]-[E]: Count and share of each response for all respondents who answered the question (Past and Future).

**Appendix Exhibit B.9**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q2: Which of the following types of apps, if any, do you often use on your iPhone and/or iPad? *(Select all that apply)*

| | Response | Count | Share |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Games: Apps that provide single or multiplayer interactive activities for entertainment purposes (e.g. Candy Crush, Roblox, Call of Duty, Clash of Clans, etc.) | 457 | 70% |
| [2] | Entertainment: Apps that are interactive and designed to entertain and inform the user, and which contain audio, visual, or other content (e.g. Netflix, Disney+, HBO Max, etc.) | 450 | 69% |
| [3] | Photo & Video: Apps that assist in capturing, editing, managing, storing, or sharing photos and videos (e.g. Photoshop, Canva, Google Photos, etc.) | 463 | 71% |
| [4] | Social Networking: Apps that connect people or contribute to community development by means of text, voice, photo, or video (e.g. Facebook, Instagram, LinkedIn, WhatsApp, etc.) | 567 | 87% |
| [5] | Utilities: Apps that enable the user to solve a problem or complete a specific task (e.g. Google Translate, Google Chrome, 1Password, etc.) | 382 | 58% |
| [6] | Music: Apps that are for discovering, listening to, recording, performing, or composing music, and that are interactive in nature (e.g. Spotify, Amazon Music, YouTube Music, SiriusXM, etc.) | 541 | 83% |
| [7] | Shopping: Apps that support the purchase of consumer goods or materially enhance the shopping experience (e.g. Amazon, Walmart, Target, etc.) | 553 | 85% |
| [8] | Productivity: Apps that make a specific process or task more organized or efficient (e.g. Microsoft Outlook, Google Docs, Dropbox, etc.) | 368 | 56% |
| [9] | Education: Apps that provide an interactive learning experience on a specific skill or subject (e.g. Duolingo, Google Classroom, Kahoot, etc.) | 184 | 28% |
| [10] | Lifestyle: Apps relating to a general-interest subject matter or service (e.g. Pinterest, Tinder, Amazon Alexa, etc.) | 352 | 54% |
| [11] | Sports: Apps related to professional, amateur, collegiate, or recreational sporting activities (e.g., MLB Ballpark, ESPN: Live Sports & Scores, NBA: Live Games & Scores, etc.) | 264 | 40% |
| [12] | Other: Please specify | 14 | 2% |
| [13] | None of the above | 0 | 0% |
| [14] | Don't know / Unsure | 1 | 0% |

Sources and Notes:
This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.
[A]: All possible responses for Q2.
[B], [C]: Displays the count and share of responses to Q2. Q2 asked respondents, 'Which of the following types of apps, if any, do you often use on your iPhone and/or iPad? (Select all that apply).' Percentages do not add up to 100% as respondents could select multiple options.

Rebuttal Expert Report of Wayne D. Hoyer, Ph.D.                    Case no. 4:11-cv-06714-YGR | Ex. B-9

**Appendix Exhibit B.10**    HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q3: Which of the following types of apps do you use most often on your iPhone and/or iPad? *(Select up to three options)*

| | Response | Count | Share |
|---|---|---|---|
| | [A] | [B] | [C] |
| [1] | Games: Apps that provide single or multiplayer interactive activities for entertainment purposes (e.g. Candy Crush, Roblox, Call of Duty, Clash of Clans, etc.) | 186 | 28% |
| [2] | Entertainment: Apps that are interactive and designed to entertain and inform the user, and which contain audio, visual, or other content (e.g. Netflix, Disney+, HBO Max, etc.) | 159 | 24% |
| [3] | Photo & Video: Apps that assist in capturing, editing, managing, storing, or sharing photos and videos (e.g. Photoshop, Canva, Google Photos, etc.) | 153 | 23% |
| [4] | Social Networking: Apps that connect people or contribute to community development by means of text, voice, photo, or video (e.g. Facebook, Instagram, LinkedIn, WhatsApp, etc.) | 409 | 63% |
| [5] | Utilities: Apps that enable the user to solve a problem or complete a specific task (e.g. Google Translate, Google Chrome, 1Password, etc.) | 60 | 9% |
| [6] | Music: Apps that are for discovering, listening to, recording, performing, or composing music, and that are interactive in nature (e.g. Spotify, Amazon Music, YouTube Music, SiriusXM, etc.) | 279 | 43% |
| [7] | Shopping: Apps that support the purchase of consumer goods or materially enhance the shopping experience (e.g. Amazon, Walmart, Target, etc.) | 234 | 36% |
| [8] | Productivity: Apps that make a specific process or task more organized or efficient (e.g. Microsoft Outlook, Google Docs, Dropbox, etc.) | 80 | 12% |
| [9] | Education: Apps that provide an interactive learning experience on a specific skill or subject (e.g. Duolingo, Google Classroom, Kahoot, etc.) | 26 | 4% |
| [10] | Lifestyle: Apps relating to a general-interest subject matter or service (e.g. Pinterest, Tinder, Amazon Alexa, etc.) | 44 | 7% |
| [11] | Sports: Apps related to professional, amateur, collegiate, or recreational sporting activities (e.g., MLB Ballpark, ESPN: Live Sports & Scores, NBA: Live Games & Scores, etc.) | 84 | 13% |
| [12] | Other: Please specify | 12 | 2% |
| [13] | None of the above | 1 | 0% |
| [14] | Don't know / Unsure | 1 | 0% |

Sources and Notes:
This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.
The total number of respondents varies by response, based on whether they indicated that they use the given type of app in Q2.
[A]: All possible responses for Q3, regardless of what was chosen in Q2. A respondent would only be presented the subset of responses from [1] to [11] that they selected for Q2. All respondents who see Q3 however, are shown [12] to [14].
[B], [C]: Displays the count and share of responses(relative to the analytical sample) to Q3. Q3 asked respondents, 'Which of the following types of apps do you use most often on your iPhone and/or iPad? (Select up to three options)' Percentages do not add up to 100% as respondents could select multiple options.

**Appendix Exhibit B.11**                    HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
– SUBJECT TO PROTECTIVE ORDER

Q5, Q6, Q7:  Imagine that, when downloading/purchasing apps and making in-app purchases on your iPhone and/or iPad, you can choose between the two app stores shown below. You can click or hover over any of the app store features to re-read its definition. Please scroll down if you cannot see the entire list of features.

Which of the following statements do you expect will apply to you? *(Select only one option)*

| App Store Feature | Apple App Store | App Store B (Q5) | App Store B (Q6) | App Store B (Q7) |
|---|---|---|---|---|
| Company that operates the store | Apple App Store | App Store B | App Store B | App Store B |
| Typical (median) price of paid apps | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.99 (per paid download) $3.99 (per in-app purchase) | $1.68 (per paid download) $3.37 (per in-app purchase) | $1.49 (per paid download) $2.99 (per in-app purchase) |
| Malware protection | High | High | High | High |
| Privacy | High | High | High | High |
| App variety | High | High | High | High |
| App-by-app quality control | High | High | High | High |

| Response | Q5 | | Q6 | | Q7 | |
|---|---|---|---|---|---|---|
| | Count | Share | Count | Share | Count | Share |
| [A] | [B] | [C] | [D] | [E] | [F] | [G] |
| I would download/purchase all of my paid apps and make all of my in-app purchases from Apple App Store. | 261 | 40% | 150 | 23% | 126 | 19% |
| I would download/purchase most of my paid apps and make most of my in-app purchases from Apple App Store. | 124 | 19% | 121 | 19% | 106 | 16% |
| I would download/purchase my paid apps and make my in-app purchases about equally from both stores. | 150 | 23% | 83 | 13% | 77 | 12% |
| I would download/purchase most of my paid apps and make most of my in-app purchases from App Store B. | 38 | 6% | 155 | 24% | 177 | 27% |
| I would download/purchase all of my paid apps and make all of my in-app purchases from App Store B. | 48 | 7% | 112 | 17% | 131 | 20% |
| Don't know / Unsure | 33 | 5% | 33 | 5% | 37 | 6% |
| **Total** | **654** | **100%** | **654** | **100%** | **654** | **100%** |

Sources and Notes:
This table is limited to the analytical sample. From the full sample of 680 respondents, 23 were excluded for completing the survey too quickly (under 2 minutes) and 3 were excluded for taking too long (an hour or more), based on Professor Simonson's quality controls.
[A]: The possible responses to Q5, Q6 and Q7
[B]-[G]: Count and share of each response for all respondents who answered the question.