# EXHIBIT 83



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

**IN RE APPLE IPHONE LITIGATION**

**BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS**

Case No. 4:11-cv-06714-YGR

# OPENING EXPERT REPORT AND DECLARATION OF JAMES E. MALACKOWSKI

**March 7, 2025**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



1.    Firm Background and Qualifications ........................................................................................... 1

2.    Assignment ........................................................................................................................................ 3

3.    Summary of Opinions and Analyses ........................................................................................... 4

    3.1.    Summary of Opinions ............................................................................................................ 4

    3.2.    Bases for Opinions and Analyses ........................................................................................ 8

4.    Summary of Information Considered ........................................................................................ 9

5.    Relevant Parties ............................................................................................................................ 10

    5.1.    Plaintiffs (Certified Class) .................................................................................................. 10

    5.2.    Apple .................................................................................................................................... 10

6.    IP Background .............................................................................................................................. 11

    6.1.    Significance of IP ............................................................................................................... 11

    6.2.    IP Provides the Right to Exclude Use by Others ......................................................... 11

    6.3.    Free-Riding in the Context of IP ..................................................................................... 13

    6.4.    Use of and Access to IP ................................................................................................... 16

7.    iOS and the App Store ............................................................................................................... 18

    7.1.    iPhone Launch .................................................................................................................... 18

    7.2.    iOS and the App Store ...................................................................................................... 20

    7.3.    Overview of Apple Agreements with iOS Users ........................................................... 27

    7.4.    Developer Program and Related Agreements ................................................................. 28

8.    Apple's IP ...................................................................................................................................... 40

    8.1.    Introduction to Apple's IP ................................................................................................ 40

    8.2.    Protection of Apple Technology through IP ................................................................... 47

    8.3.    Third-Party Recognition of the Importance of Apple's IP .......................................... 51

    8.4.    Apple's IP-Protected Tools, Technology, and Services for Developing, Distributing, and Testing Apps and the App Store ......................................................................................................... 53

    8.5.    Apple IP Usage Differs Among Apps ............................................................................. 68

9.    Apple is Not Alone in Setting Terms of Access to and Use of IP-Protected Tools, Technology, and Services ........................................................................................................................... 73

10.    Conclusion .................................................................................................................................... 74

11.    Signature ....................................................................................................................................... 74

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

## 1. FIRM BACKGROUND AND QUALIFICATIONS

1. I am a Co-founder and Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held. Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property ("IP"). Practice offerings address economic damage calculations and testimony; technology and intangible asset valuation; strategy and risk management consulting; debt and equity private placement; and IP brokerage. Subsidiaries of Ocean Tomo include Ocean Tomo Investments Group, LLC, a registered broker dealer. With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

2. I am a Registered Certified Public Accountant ("CPA") in the State of Illinois, Certified in Financial Forensics. I have been a member of the American Institute of Certified Public Accountants ("AICPA") since 1985, among other accounting associations. I frequently testify in matters involving the analysis of complex financial and accounting records, often in the context of IP litigation. Such matters have included analysis of product line, divisional, and consolidated financial statements. On numerous occasions I have addressed profit accounting measures including determinations of gross profit, operating profit, net profit, and Earnings Before Interest Taxes Depreciation and Amortization ("EBITDA"). I have been qualified to provide expert testimony on cost variability and cost allocations.

3. In my role as a Principal, Advisor, or Director, I have had the responsibility to review and approve company and institutional financial statements and tax filings and have participated in numerous accounting audits.

4. I was inducted into the IP Hall of Fame in 2022, chosen by the IP Hall of Fame Academy from a long list of nominees put forward by the global IP community. I was recognized by the academy in 2022 with the Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset. I have been recognized annually since 2007 by leading industry publications as one of the "World's Leading IP Strategists." Significantly, I was listed among "50 Under 45" by IP Law & Business™; included in the National Law Journal's inaugural list of 50 Intellectual Property Trailblazers & Pioneers; and, named as one of "The Most Influential People in IP" by Managing Intellectual Property™. I was named as 1 of 50 individuals, companies, and institutions that framed the first 50 issues of *IAM Magazine* as well as 1 of 60 leading global Economics Expert Witnesses by the same publication in 2014. In 2011, I was selected by the World Economic Forum as 1 of less than 20 members of the Network of Global Agenda Councils to focus on questions of IP policy. In 2013, I was inducted into the Chicago Area Entrepreneurship Hall of Fame by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration.

5. On more than one hundred occasions, I have served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice, the U.S. Patent and Trademark Office Patent Trial and Appeal Board, and global arbitrations on

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



questions relating to IP economics, including the subject of valuation, reasonable royalty, lost profits, price erosion, commercial success, corrective advertising, creditor allocations, Hatch Waxman Act market exclusivity, business significance of licensing terms including reasonable and non-discriminatory ("RAND") obligations, and the equities of a potential injunction. My experience extends to matters of general business valuation and commercial disputes, both foreign and domestic. I have publicly addressed policy issues affecting international trade and have provided expert opinions concerning antidumping and countervailing duties imposed by the U.S. Department of Commerce, as well as testimony before the International Trade Commission.

6.    I have been a member of the Licensing Executives Society ("LES") since 1988, including serving as a Past President of The Licensing Executives Society International, Inc. as well as its largest chapter, LES USA & Canada, Inc. In 2018, I joined the Standards Development Organization Board of the Licensing Executives Society (USA & Canada), Inc., governing voluntary consensus-based professional practices that are guided in their development by the American National Standards Institute's ("ANSI") Essential Requirements. LES is the premiere global professional association of technology transfer and intellectual asset management professionals with more than 8,000 members in more than 32 countries. LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management.

7.    In 2007, I was the Founding Chair of the Board of Governors for what is now Certified Licensing Professionals, Inc., administrator of the Certified Licensing Professional ("CLP") program for professionals in the fields of licensing, business development, and commercialization of IP. CLP's mission is to elevate the licensing profession through knowledge and standards. I am one of more than 1,000 professionals holding a CLP certification.

8.    I have substantial experience as a board director for leading technology corporations and research organizations as well as companies with critical brand management issues. I was a Director for Ford Global Technologies, Inc. ("FGTI"), an affiliate of Ford Motor Company. In my role, I advised Ford Motor Company on the original business strategy that led to the formation of FGTI, which was then the largest known technology management company in the United States.

9.    I am the Founder of the Center for Applied Innovation ("CAI"), a Chicago-based not-for-profit with both local and international programs. CAI was created to manage education, public policy outreach, and related economic activity around applied technology and IP rights in the State of Illinois and around the world. CAI created and patented the first commoditized contract for technology licensing, the Unit License Right™ ("ULR"). I am also the founder of the Chicago-based Intellectual Property Exchange International ("IPXI"), a former financial exchange that facilitated the non-exclusive licensing and trading of IP rights. The ULR innovation was licensed to IPXI but is now being developed as a blockchain model through ipcoingroup.com.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

10. Today, I focus my not-for-profit efforts with organizations leveraging science and innovation for the benefit of children, including those located in lesser developed countries. I most recently served as an advisory board member of University of Chicago's Pritzker School of Molecular Engineering and have served since 2002 as a Trustee or Director of the National Inventors Hall of Fame, Inc., an organization providing summer enrichment programs for more than 200,000 students annually. For more than ten years, I served as a Director of Chicago's Stanley Manne Children's Research Institute, advancing the organization's agenda to measure, and report the impact of its pediatric research.

11. I am a frequent speaker on emerging technology markets and related financial measures. I have addressed mass media audiences including Bloomberg Morning Call, Bloomberg Evening Market Pulse, Bloomberg Final Word, CNBC Closing Bell, CNBC On the Money, CNBC Street Signs, CNBC Worldwide Exchange, CBS News Radio, and Fox Business National Television as well as other recognized news-based internet video channels. I am a judge on behalf of the Illinois Technology Association's CityLIGHTS™ Innovation Awards program, the University of Notre Dame McCloskey Venture Competition, 1st Source Faculty Commercialization Awards, and have also appeared as a judge on PBS's *Everyday Edisons.*

12. As an inventor, I have more than 20 issued U.S. patents. I am a frequent instructor for graduate studies on IP management and markets and a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy.

13. Throughout my career, I have taught, written, lectured, and testified extensively on topics related to IP, including IP licensing, as reflected in my curriculum vitae in Appendix A.

14. Ocean Tomo is presently being compensated for my work in this matter at a rate of $1,600 per hour. Other Ocean Tomo consultants are assisting me in this engagement and are being compensated at various rates under $1,600 per hour. The Ocean Tomo team working under my direction includes Robert Hess, Sam Wiley, Tim Dorney, Ph.D., Matthew Johnson, Sergio Alviso, and Matthew Phi. No part of Ocean Tomo's compensation depends on the outcome of this litigation.

## 2. ASSIGNMENT

15. This declaration is designated as containing Highly Confidential – Attorneys' Eyes Only information under the Protective Orders issued in this matter as specified in the footer of each page.[1] This expert report is to be used only for the purpose of this litigation. No part of this expert report may be published or used for any other purpose without written consent. Ocean Tomo was retained by counsel for Apple Inc. ("Apple" or the "Company") to address various questions regarding Apple's App Store and iOS, including to provide an overview of Apple's IP

---

[1] "Stipulation Between Epic Games, Inc. and Apple Inc. and Amended Protective Order," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #274 (January 21, 2021), p. 2; Stipulated Amended Protective Order, Dkt. #252 (January 21, 2021), p. 1.

OCEAN TOMO®
A PART OF JS|HELD

assets, particularly those associated with iOS, the App Store, and the tools, technologies, and services that Apple creates and makes available for use to developers in connection with developing, testing, and distributing apps.[2] I was not asked to, and did not, prepare a comprehensive inventory of such assets, nor have I conducted a financial valuation of those assets.

16.    I understand the Court granted Plaintiffs' motion for class certification and denied exclusion in part of Dr. McFadden's and Dr. Abrantes-Metz testimony.[3] Apple or Counsel for Apple may request that I review and respond to certain statements or opinions contained in Plaintiffs' opening expert reports and declarations.

17.  Since my work in this matter is ongoing, I may review additional materials produced after the issuance of this report or conduct further analysis. I reserve the right to update, refine, or revise my opinions, or form additional opinions, including in response to other experts' reports and any additional information I may receive.

## 3.    SUMMARY OF OPINIONS AND ANALYSES

18.    My opinions and analyses in this matter are provided for use by the Court in identifying and evaluating the connection between Apple's IP rights and the acts and conduct by Apple that are alleged to be unlawful in this litigation.

19.    I previously submitted expert reports and declarations in connection with Plaintiffs' original motion for class certification, as well as Plaintiffs' renewed motion for class certification, making similar observations.[4]

### 3.1. Summary of Opinions

20.    **Opinion 1: Apple has developed, and makes available through the Developer Program and its related agreements, significant and extensive proprietary tools, technology, and services for developers to create applications for consumers. Apple has IP protecting its proprietary tools, technology, and services that is integral to its iOS and App Store ecosystem and results from substantial investments in research and development ("R&D").**

21.    **Opinion 1.1 –** Apple's investments in R&D have been substantial since its fiscal year ("FY") 2005, when Apple's efforts to invent its iPhone technology began in earnest. Between FY 2005

---

[2] I understand that iOS is the operating system for iPhones, and iPadOS is the operating system for iPad, and they are distinct. For ease of reference, I use the term "iOS" to refer collectively to iOS and iPadOS unless otherwise specified.

[3] "Order Denying Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz; and Granting Plaintiffs' Motion for Class Certification," Dkt. #789 (February 2, 2024), pp. 1, 27.

[4] Expert Report and Declaration of James E. Malackowski, Dkt. #476-5 (August 10, 2021), p. 1; Expert Report and Declaration of James E. Malackowski, Dkt. #534-3 (March 10, 2023), p. 1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



and FY 2024, Apple invested over $210 billion in R&D, spanning aspects of its technology ranging from software and hardware to services and accessories.[5]

22.    **Opinion 1.2** – Apple's R&D investments have, in part, resulted in a continuously-growing portfolio of IP assets, including patents, trademarks, copyrights, and trade secrets that protect its technology, tools, products, and software. Apple's U.S. patent grant and application counts grew substantially over the 2005 to 2024 period; the Company currently has over 33,000 granted U.S. utility and design patents and over 5,000 additional U.S. utility patent applications.[6] Apple owns over 6,200 registered U.S. copyrights.[7] Apple has an extensive portfolio – almost 1,000 – of live registered trademarks in the U.S. and has obtained service marks, trade names, and trade dress as protection of its rights in these valuable assets.[8] Apple also maintains trade secrets. For a summary and description of these assets, please see Sections 8.1 to 8.4.

**Figure 1: Apple U.S. Patent Grants & Applications, 2005 – 2024[9]**

---

[5] Schedule 6.0.

[6] Schedule 1.0.

[7] Schedule 2.0.

[8] Schedule 2.1.

[9] Schedule 1.1; Schedule 1.2; Schedule 1.3. PatentSight and TotalPatent One databases accessed March 3, 2025 with reporting date of February 26, 2025. This figure reflects publicly-available data from the U.S. Patent and Trademark Office ("USPTO," "PTO," or "Office"), which published issued patents and patent applications. Given the recency of the 2023 and 2024 filings, an accurate patent application count is not available due to the delay in publication of data. *See*, "1120 Eighteen-Month Publication of Patent Applications [R-07.2015]," *United States Patent and Trademark Office*, https://www.uspto.gov/web/offices/pac/mpep/s1120.html. "Once the application is complete, the Office will provide applicants the projected publication date of the application on a filing receipt. The projected publication date normally will be the later of: (1) eighteen months from the earliest filing date claimed; or (2) fourteen weeks from the mailing date of the filing receipt. The publication process takes about fourteen weeks."

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD



**Figure 2: Apple R&D Expenditures, FY 2005 – FY 2024**[10]



23.    **Opinion 1.3 –** Apple has many IP assets relating to technologies applicable to iOS and the App Store, development tools, and other related technology. Apple's IP-protected tools, technology, and services are utilized for and integral to the development, testing, distribution, and usage of

---

[10] Schedule 6.0.

OCEAN TOMO®
A PART OF JS|HELD

iOS apps. By way of example, Apple provides app developers an extensive library of frameworks, software, and documentation, including tutorials, sample code, articles, software development kits ("SDKs"), and application programming interfaces ("APIs"). As explained by Philip Schiller, current Apple Fellow and former Senior Vice President – Worldwide Marketing, Apple APIs are provided "for virtually every task a developer might wish to implement with software or hardware."[11] Apple has continued to develop and improved additional SDKs, APIs, and other tools and technology for use by developers. The number of APIs provided to developers increased from about 10,000 in 2008 to 250,000 as of May 2023.[12] Apple's proprietary tools, technology, and services are protected by an array of IP, spanning patents, copyrights, trademarks, and trade secrets. Apple has more than 2,100 U.S. patents and applications related to SDKs, APIs, and other development tools and technology used by app developers in developing iOS apps.[13] The App Store itself is referenced in more than 400 U.S. patents and applications.[14] Apple has more than 300 registered copyrights that include the term iOS, as well as trademarks of the term App Store®, developer tools such as CloudKit® and Swift®, and slogans used to promote the App Store such as "There's an app for that"®.[15] For a more detailed discussion, see Sections 7.4 and 8.4.

24.    **Opinion 1.4 –** Apple generally holds the exclusive right to determine the terms of use and access to its IP-protected tools, technology, and services. In the United States, an IP owner's right to exclusivity originates from the U.S. Constitution and has been codified by Congress and, in some instances, state law. Continued discussion of this topic can be found in Section 6.2.

25.    **Opinion 1.5 –** The Developer Program, and related agreements, set out the terms by which app developers may access and use the tools, technology, and services that Apple has created for developers to use in developing, testing, and distributing their iOS apps, along with other technology and services made available to developers. By way of example, developer Epic Games has used the Metal framework, which it has described as "revolutioniz[ing] graphics on iOS" and allowing developers to "create richer 3D worlds." Activision, another developer, used Apple's multi-touch API to develop *Guitar Hero*, while Sega used the accelerometer API

---

[11] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), pp. 1, 6.

[12] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,894:23-2,895:14; "App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/#:~:text=Today%27s%20developers%20also%20have%20more,that%20teach%20coding%20and%20business.

[13] Schedule 3.2.

[14] Schedule 4.5.

[15] Schedule 2.0; Schedule 2.1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF ⓙⓈ|HELD

technology to enable physical tilt controls for one of its earliest iOS apps, *Super Monkey Ball*. See Section 8.4.

> **Opinion 2**: **Owners of IP-protected technologies are entitled to determine whether, and if so, the monetary and non-monetary terms for access to and use of their IP-protected technology. The problem of free-riding arises where their rights are not observed.**

26. **Opinion 2.1 –** Intellectual property is susceptible to the problem of "free-riding," where an individual or entity receives the benefit from a good without contributing toward its production. The right to receive compensation for the use of an IP owner's intellectual property has been recognized as contributing to the owner's incentive to invest in research, development, and innovation. See Section 6.3.

27. **Opinion 2.2 –** In the field of technology development and licensing, the owners of IP-protected technologies can and do set the terms of access and use to their property using a variety of forms. The law enables IP-protected technology owners to select the strategy they find most beneficial in offering their IP-protected technology, including by setting the monetary and non-monetary terms of use and access to such technology. IP-protected technology owners may choose which uses of their technologies are permitted, any restrictions on those uses, and the details and structure of any monetary compensation. See Section 6.4.

28. **Opinion 2.3** – By way of example, other entities offer their software and development tools and technology for software development, including apps, in a variety of structures and pricing models that differ from that of the Developer Program and its related agreements. See Section 9.

### 3.2. Bases for Opinions and Analyses

29. The bases for my opinions and analyses are discussed within the body of my expert report and are further supported by the schedules attached as Appendix C. The opinions and analyses discussed throughout this expert report are based on my current understanding of the facts and circumstances surrounding this matter, my review of certain produced documentation, testimony, and third-party information available to date, and my experience and training. The opinions and analyses described in my expert report are subject to change based upon additional discovery or other developments. If additional information becomes available in this matter, I plan to review the information and prepare a supplemental report, if appropriate and allowed by the Court. If an expert provides analysis or offers opinions regarding the subject of my opinions in this matter, or a fact witness provides evidence regarding issues I have addressed in this matter, I will review those analyses and opinions and prepare a rebuttal or response, as and if appropriate. If requested to provide testimony at trial in this matter, in addition to evidence cited in this report, I may rely on deposition or trial testimony and/or demonstrative exhibits that illustrate the concepts and conclusions contained in this declaration.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

### 4. SUMMARY OF INFORMATION CONSIDERED

30.   A detailed listing of documents I have considered to date in connection with this litigation is attached as Appendix B. In general, prior to issuance of this report, I reviewed the following:

- Legal filings and proceedings in this matter and other litigations involving Apple;

- Trial transcript of *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR;

- Produced documents;

- Applicable IP law and case law;

- Deposition testimony, trial testimony, and declarations by Apple employees, including:

  - Deposition of Eddy Cue, Senior Vice President of Internet Services and Software, February 8, 2021;

  - Deposition of Mark Rollins, Finance Manager, February 11, 2021;

  - Deposition of Philip Schiller, current Apple Fellow and former Senior Vice President, Worldwide Marketing, February 11, 2021;

  - Deposition of Timothy Cook, Chief Executive Officer ("CEO"), February 12, 2021;

  - Declaration of Philip Schiller, current Apple Fellow and former Senior Vice President, Worldwide Marketing, September 15, 2020;

  - Trial Testimony of Matthew Fischer, Vice President, App Store, May 6, 2021;

  - Trial Testimony of Philip Schiller, current Apple Fellow and former Senior Vice President, Worldwide Marketing, May 17, 2021;

  - Trial Testimony of Timothy Cook, CEO, May 21, 2021;

  - Deposition of Erik Neuenschwander, Senior Director – User Privacy and Child Safety, January 9, 2025;

- Trial testimony by Epic Games employees, including:

  - Trial Testimony of Andrew Grant, Technical Director, May 5, 2021;

- Deposition testimony by developers, including:

  - Deposition of Richard Czeslawski, June 17, 2021;

  - Deposition of Donald Cameron, June 25, 2021;

- Publicly available information.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

31. References to documents and testimony in this declaration are meant to provide examples of supporting information but are not intended to be a comprehensive or exhaustive list of all known support.

## 5. RELEVANT PARTIES

### 5.1. Plaintiffs (Certified Class)

32. Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (the "Named Plaintiffs") are iOS app consumers and appointed as class representatives. The Named Plaintiffs moved to certify the following proposed class:

> *All persons in the United States, exclusive of Apple and its employees, agents and affiliates, and the Court and its employees, who purchased one or more iOS applications or application licenses from Defendant Apple Inc. ("Apple"), or who paid Apple for one or more in-app purchases, including, but not limited to, any subscription purchase, for use on an iOS Device at any time since July 10, 2008 (the "Class Period"). The Class is limited to those persons who paid more than $10.00 in total to Apple during the Class Period for iOS application and in-app purchases from any one Apple ID account.*[16]

33. On February 2, 2024, the Court granted Plaintiffs' motion for class certification.[17] For the remainder of my declaration, I will refer to the Named Plaintiffs and the consumer class collectively as the "Plaintiffs."

### 5.2. Apple

34. Apple was established in 1977.[18] Apple's principal executive offices are located in Cupertino, California.[19] Apple "designs, manufactures and markets smartphones, personal computers, tablets, wearables and accessories, and sells a variety of related services."[20] Apple hardware products include the iPhone, Mac, iPad, and wearables (including smartwatches, wireless headphones, and spatial computers), home devices (including Apple TV, HomePod, and HomePod Mini), and accessories.[21] Apple also offers services, digital content, and payment services including: advertising, the App Store, AppleCare, cloud services, Apple Music, Apple Arcade, Apple Fitness+, Apple News+, Apple TV+, Apple Card, and Apple Pay.[22]

---

[16] "Order Denying Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz; and Granting Plaintiffs' Motion for Class Certification," Dkt. #789 (February 2, 2024), p. 2.

[17] "Order Denying Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz; and Granting Plaintiffs' Motion for Class Certification," Dkt. #789 (February 2, 2024), pp. 2, 27.

[18] Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2020, p. 1.

[19] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, Cover.

[20] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, p. 1.

[21] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, p. 1.

[22] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, p. 2.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

## 6.  IP BACKGROUND

### 6.1. Significance of IP

35.  The USPTO has observed that "[i]nnovation and creative endeavors are indispensable elements that drive economic growth and sustain the competitive edge of the U.S. economy."[23] The USPTO further summarized IP:

> *Patents, trademarks, and copyrights are the principal means for establishing ownership rights to the creations, inventions, and brands that can be used to generate tangible economic benefits to their owner.*
>
> *…*
>
> *[IP] protection affects commerce throughout the economy by: Providing incentives to invent and create; Protecting innovators from unauthorized copying; Facilitating vertical specialization in technology markets; Creating a platform for financial investments in innovation; Supporting entrepreneurial liquidity through mergers, acquisitions, and IPOs; Supporting licensing-based technology business models; and Enabling a more efficient market for trading in technology and know-how.*[24]

36.  Additionally, the USPTO noted in a report that "a growing number of U.S. and international studies demonstrate the important role of IP in economic activity. This report shows that IP-intensive industries continue to be a major, integral and growing part of the U.S. economy."[25] Consistent with the USPTO's observation, a study conducted by Ocean Tomo found that intangible asset market value ("IAMV") share of the S&P 500 index increased from 17% in 1975 to approximately 90% in 2020.[26]

### 6.2. IP Provides the Right to Exclude Use by Others

37.  IP owners' rights originate from the U.S. Constitution; Article 1, Section 8, Clause 8 of the Constitution grants Congress the power "[t]o promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries."[27] Congress set forth the exclusivity of a patent owner's rights in the definition of patent infringement as stated in 35 U.S.C. § 271(a):

---

[23] "Intellectual Property and the U.S. Economy: 2016 Update," *Economics & Statistics Administration and the U.S. Patent and Trademark Office*, September 2016, https://www.uspto.gov/sites/default/files/documents/IPandtheUSEconomySept2016.pdf, p. 1.

[24] "Intellectual Property and the U.S. Economy: 2016 Update," *Economics & Statistics Administration and the U.S. Patent and Trademark Office*, September 2016, https://www.uspto.gov/sites/default/files/documents/IPandtheUSEconomySept2016.pdf, pp. 2-3.

[25] "Intellectual Property and the U.S. Economy: 2016 Update," *Economics & Statistics Administration and the U.S. Patent and Trademark Office*, September 2016, https://www.uspto.gov/sites/default/files/documents/IPandtheUSEconomySept2016.pdf, p. 1.

[26] "Intangible Asset Market Value Study," *Ocean Tomo*, 2020, https://oceantomo.com/intangible-asset-market-value-study/.

[27] U.S. Constitution, Article 1, Section 8, Clause 8.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

> *Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.*[28]

38.    U.S. code, state law, and common law also protect and delineate the protections provided by trademarks, copyrights, and trade secrets.[29] The USPTO has observed that "IP incentivizes the creation of new goods and services by conferring exclusive rights to their creators."[30]

39.    IP rights can spur "competitive innovations," increase output, and "improv[e] the quality of the services."[31] IP rights can incentivize and protect an IP rights owner in:

1)    Maintaining or improving the quality of their product or service;[32]

2)    Ensuring consumer safety or improving product security and privacy;[33]

3)    Improving the ease with which consumers can use a service;[34] and

4)    Preventing free riding.[35]

40.    IP rights also may reduce legal exposure and/or interactions with a litigious counterparty.[36]

41.    In a joint report, the Federal Trade Commission ("FTC") and the U.S. Department of Justice, Antitrust Division observed:

> *The most widely quoted dictum may be that of* Simpson v. Union Oil Co. of Cal.*, which indicated that "[t]he patent laws which give a [temporary] monopoly on 'making, using, or selling the invention' are* in pari materia *with the antitrust laws and modify them* pro tanto." *The*

---

[28] 35 U.S.C. § 271(a).

[29] 35 U.S.C. § 100 et seq. (patents); 17 U.S.C. § 101 et seq. (copyrights); 15 U.S.C. § 1051 et seq. (trademarks); "Uniform Trade Secrets Act with 1985 Amendments," *National Conference of Commissioners on Uniform State Laws*, August 9, 1985; 18 U.S.C. § 1836 et seq. ("Defend Trade Secrets Act of 2016" or "DTSA"); 18 U.S.C. § 1831 et seq. ("Economic Espionage Act of 1996"); California Civil Code § 3426 et seq. ("California Uniform Trade Secrets Act" or "CUTSA"); *Stromback v. New Line Cinema*, 384 F.3d 283 (6th Cir. 2004).

[30] "Intellectual Property and the U.S. Economy: 2016 Update," *Economics & Statistics Administration and the U.S. Patent and Trademark Office*, September 2016, https://www.uspto.gov/sites/default/files/documents/IPandtheUSEconomySept2016.pdf, p. 1.

[31] *Ohio et al. v. American Express Co. et al.*, 138 S. Ct. 2274 (2018).

[32] *California Computer Products, Inc. v. International Business Machines Corp.*, 613 F.2d 727, 744 (9th Cir. 1979); *Data General Corp. v. Grumman Systems Support Corp.*, 36 F.3d 1147, 1183 (1st Cir. 1994); *Image Technical Services, Inc. v. Eastman Kodak Co.*, 125 F.3d 1195, 1220 n.12 (9th Cir. 1997); *HDC Medical, Inc. v. Minntech Corp.*, 474 F.3d 543, 550 (8th Cir. 2007).

[33] *Continental T.V., Inc. v. GTE Sylvania Inc.*, 433 U.S. 36, 55 n.23 (S. Ct. 1977); *Apple iPod iTunes Antitrust Litigation*, (Case Nos. 4:05-cv-00037-YGR, 2014 WL 4809288), 2014.

[34] *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, 986 F. Supp. 2d 207, 228 (E.D.N.Y. 2013), rev'd on other grounds, 827 F.3d 223 (2d Cir. 2016).

[35] *Eastman Kodak Co. v. Image Technical Services, Inc.*, 504 U.S. 451, 461 (S. Ct. 1992); *Gorlick Distribution Centers, LLC v. Car Sound Exhaust System, Inc. et al.*, 723 F.3d 1019, 1026 (9th Cir. 2013).

[36] *Technical Resource Services, Inc. v. Dornier Medical Systems, Inc.*, 134 F.3d 1458, 1467 (11th Cir. 1998).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

*apparent meaning of this statement is that the patent laws effectively modify the antitrust laws to the extent, and only to the extent, of precluding liability for the mere exclusion of others from making, using, or selling the patented invention.*[37]

42.    The USPTO explained:

*Patents, trademarks, and copyrights are the principal means for establishing ownership rights to the creations, inventions, and brands that can be used to generate tangible economic benefits to their owner … Patents add to the incentive that inventors have to invest in costly research and development (R&D) by providing the [exclusive] opportunity to reap the rewards of their innovations …*

*Similarly, copyrights provide the framework that incentivizes authors to create literary, artistic, musical, dramatic, cinematic, and other works by granting them the exclusive right to engage in the activities that derive economic benefits from their work. Thus, patents and copyrights serve as tools to stimulate individual, firm, and industry level entrepreneurial ventures that feed into economic activities nationwide.*

*To further exploit the potential of their competitive advantage, producers need effective ways to indicate to consumers the reliability of their products' source. A trademark "makes effective competition possible in a complex, impersonal marketplace by providing a means through which the consumer can identify products which please him and reward the producer with continued patronage."*[38]

43.    Trade secrets are an additional form of valuable IP. Trade secret laws protect sensitive manufacturing, services, and marketing activities vital to many companies. Like patents, the development of trade secrets can be costly. Unlike patents, trade secret rights do not expire.[39]

### 6.3. Free-Riding in the Context of IP

44.    Broadly speaking, a free-rider is any individual or entity who receives a benefit from an innovation, creation, or technology without contributing towards the cost of its production.[40]

---

[37] "Antitrust Enforcement and Intellectual Property Rights: Promoting Innovation and Competition," *U.S. Department of Justice and the Federal Trade Commission*, April 2007, https://www.ftc.gov/sites/default/files/documents/reports/antitrust-enforcement-and-intellectual-property-rights-promoting-innovation-and-competition-report.s.department-justice-and-federal-trade-commission/p040101promotinginnovationandcompetitionrpt0704.pdf, pp. 29-30 footnote 106. Internal citations omitted.

[38] "Intellectual Property and the U.S. Economy: 2016 Update," *Economics & Statistics Administration and the U.S. Patent and Trademark Office*, September 2016, https://www.uspto.gov/sites/default/files/documents/IPandtheUSEconomySept2016.pdf (citing to *Smith v. Chanel, Inc.*, 402 F.2d 562, 566 (9th Cir. 1968), pp. 1-2.

[39] Russell L. Parr, *Intellectual Property, Valuation, Exploitation, and Infringement Damages, Fifth Edition*, 2018, p. 4.

[40] "The Free Rider Problem," Russell Hardin & Garrett Cullity, *The Stanford Encyclopedia of Philosophy (Winter 2020 Edition)*, https://plato.stanford.edu/archives/win2020/entries/free-rider, p. 1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

45.    IP rights help reduce the risks and harm of free-riding. For example, patents help limit free-riding and facilitate commercialization of the protected technologies.[41] The World Intellectual Property Organization ("WIPO") explained:

> Patents **recognize and reward inventors** for their commercially-successful inventions. As such they serve as an incentive for inventors to invent. … The revenues generated from commercially successful patent-protected technologies make it possible to **finance further technological research and development** (R&D), thereby improving the chances of even better technology becoming available in the future. … A patent can help **stop** unscrupulous third parties from **free riding** on the efforts of the inventor.[42]

46.    The FTC explained that:

> Without patent rights, inventors might have to rely on secrecy to prevent free-riding on their innovation; by shielding inventors from such free-riding, patents allow [inventors] to discuss their work with other firms that can help commercialize the invention.[43]

47.    Patents promote further innovation by allowing for the dissemination of knowledge without the fear of theft or unauthorized use. Changes in patent policy over time have fostered the use and enforcement of patents with the aim of encouraging investments in innovation and improving the dissemination of knowledge.[44]

48.    The FTC further explained:

> The award of patent rights can spur stand-alone innovations by limiting free riding, facilitating commercialization of innovations, and encouraging disclosure of new ideas. Pharmaceutical companies, for example, rely on patents to prevent free riding, recoup their R&D investments, and learn about new technological breakthroughs.[45]

49.    The concept of free-riding has also been articulated in case law, including in the following matters.

---

[41] "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," *U.S. Federal Trade Commission*, October 2003, https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf, Chapter 2, p. 3.

[42] "Innovation and Intellectual Property," *WIPO*, https://www.wipo.int/ip-outreach/en/ipday/2017/innovation_and_intellectual_property.html. Emphasis in original.

[43] "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," *U.S. Federal Trade Commission*, October 2003, https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf, Chapter 2, p. 5.

[44] "Patents and Innovation: Trends and Policy Challenges," *Organisation for Economic Co-operation and Development*, February 2, 2004, https://www.oecd.org/science/inno/24508541.pdf, p. 5.

[45] "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," *U.S. Federal Trade Commission*, October 2003, https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf, Chapter 2, p. 71.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(a) *SCFC ILC, Inc. v. Visa USA, Inc.*: The Tenth Circuit held that a bylaw implemented by the Visa/MasterCard credit card network that prohibited certain network competitors from joining the network as card issuers should be evaluated under the rule of reason. Visa maintained it instituted the bylaw to protect its property from intersystem competitors who otherwise would enjoy a free ride at the time of entry. The Court then reversed a jury verdict for the plaintiff and defended the legality of the bylaw under the rule of reason, deciding that the bylaw was reasonably necessary to prevent rural networks from free-riding on the members' investment in the Visa network.[46]

(b) *Leegin v. PSKS*: Based on Leegin's policy of refusing to sell to retailers that discount its goods below suggested prices, Leegin stopped selling to the PSKS store. PSKS then filed suit, alleging that Leegin violated antitrust laws by entering into vertical agreements with its retailers to set minimum resale prices. The Court opined that "absent vertical price restraints, the retail services that enhance interbrand competition might be underprovided. This is because discounting retailers can free ride on retailers who furnish services and then capture some of the increased demand those services generate. Consumers might learn, for example, about the benefits of a manufacturer's product from a retailer that invests in fine showrooms, offers product demonstrations, or hires and trains knowledgeable employees. Or consumers might decide to buy the product because they see it in a retail establishment that has a reputation for selling high-quality merchandise."[47]

(c) *Continental T.V., Inc. v. GTE Sylvania, Inc.*: The Court upheld a supplier's restriction on the geographic area in which its distributor could sell. The Supreme Court acknowledged that consumers would ultimately benefit from a restriction on competition that prevented competitors from free-riding on a firm's promotional efforts.[48]

(d) *Morris Communications v. PGA Tour*: The Eleventh Circuit upheld the district court's rejection of an antitrust claim based on the PGA's requirement that media companies delay their publication of scores from PGA tournaments. The Court held that the PGA preventing media organizations from free-riding on its substantial efforts to compile live golf scores was a valid business justification.[49]

---

[46] *SCFC ILC, Inc. v. Visa USA, Inc.*, 36 F.3d 958 (10th Cir. 1994). *See also*, "Antitrust Law Developments, Eighth Edition," Darren S. Tucker, *ABA Publishing*, 2017, p. 481.

[47] *Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 551 U.S. 877 (2007).

[48] *Continental T.V., Inc. v. GTE Sylvania Inc.*, 433 U.S. 36, 55 n.23 (S. Ct. 1977).

[49] *Morris Communications Corp. v. PGA Tour, Inc.*, 117 F. Supp. 2d 1322 (M.D. Fla. 2000). *See also*, Darren S. Tucker, *Antitrust Law Developments, Eighth Edition*, 2017, p. 269.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

50.    Unless the free-rider problem is meaningfully addressed in some way, those who might otherwise undertake risky and expensive R&D will not do so. Fewer technologies will be developed, and consumers will face higher prices and fewer choices.[50]

### 6.4. Use of and Access to IP

51.    IP owners, having accepted the risk, invested in innovation, and obtained patents, copyrights, trademarks, and/or trade secrets, have the right to seek a return on their investment.[51] One strategy is to use the IP owner's right of exclusion and prevent any use of the IP by others.[52] Alternatively, IP owners may choose to obtain a return on its investment in innovation by providing third-parties with the ability to use or access that IP, subject to terms set by the IP owner. The IP owner is not typically obligated to grant a license to its IP, nor is an IP owner denied the ability to enforce its IP because it refused to license its IP.[53] For example, 35 U.S.C. 271(d)(4) codifies this principle with respect to patents, stating:

> *No patent owner otherwise entitled to relief for infringement or contributory infringement of a patent shall be denied relief or deemed guilty of misuse or illegal extension of the patent right by reason of his having … refused to license or use any rights to the patent[.]*[54]

52.    Licenses can facilitate the commercialization of the IP owner's inventions and encourage public disclosure.[55] The U.S. Department of Justice and the FTC have observed:

> *Licensing, cross-licensing, or otherwise transferring intellectual property (hereinafter "licensing") can facilitate integration of the licensed property with complementary factors of production. This integration can lead to more efficient exploitation of the [IP], benefiting consumers through the reduction of costs and the introduction of new products. Such arrangements increase the value of [IP] to consumers and owners. Licensing can allow an innovator to capture returns from its investment in*

---

[50] "Technology Licensing and the Second American Revolution: Storming the Ramparts of Antitrust and Misuse, Before the John Marshall Law School 5," Charles F. Rule, February 22, 1985; "To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," *U.S. Federal Trade Commission*, October 2003, https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf, Chapter 1, p. 23.

[51] "Intellectual Property Strategy and Business Strategy: Connections through Innovation Strategy," Daniel Samson, July 2005, https://www.researchgate.net/publication/228740384_Intellectual_Property_Strategy_and_Business_Strategy_Connections_through_Innovation_Strategy, p. 4.

[52] Russell L. Parr, *Intellectual Property, Valuation, Exploitation, and Infringement Damages, Fifth Edition*, 2018, pp. 177-178.

[53] 35 U.S.C. § 271(d)(4).

[54] 35 U.S.C. § 271(d)(4).

[55] "Antitrust Guidelines for the Licensing of Intellectual Property," *U.S. Department of Justice and the Federal Trade Commission*, January 12, 2017, https://www.ftc.gov/system/files/documents/public_statements/1049793/ip_guidelines_2017.pdf, pp. 5-6.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

*making and developing an invention through royalty payments from those that practice its invention, thus providing an incentive to invest in innovative efforts.*[56]

53.    IP laws do not set out any particular way that an IP owner must make their IP available for use or access.[57] The law protects IP owners ability to select the strategy they find most beneficial, including whether to set restrictions on the use and access of IP rights. The terms that an IP owner finds appropriate to their interests may depend on the nature, scope, and circumstances of the IP and use of the IP at issue. Where an IP owner decides to license their IP rights, the IP owner can choose the scope of the exclusive rights to be licensed, whether the license is exclusive or non-exclusive, whether they will seek a payment, the form of payment they choose to seek (one-time payment or running royalty (percentage or per unit), tiered royalties, structured payment terms or a combination), the length of the license provided, revocability, restrictions on use of the IP, and terms regarding the ownership of related IP that is developed as a result of the license.

54.    When it comes to monetizing IP-protected technologies, or generating an economic return from IP investments, the owners of such technologies have several options. Methods of IP monetization can be considered either direct or indirect:

*Indirect monetization through direct use and blocking is generally pursued with the intent of capitalizing upon sources of proprietary competitive advantage enabled by the IP that lead to greater revenues and profits. In contrast, direct asset monetization is pursued in an attempt to obtain payments from IP users by selling, licensing or asserting the IP. Since direct asset monetization relies upon IP use and payment by others, monetization risks associated with royalty reporting, litigation and collection are introduced that don't exist with direct use or blocking where no external payment is required.*[58]

55.    Regardless of the monetization strategy chosen, the fundamental premise of investment risk being accompanied by commensurate reward applies, where compensation for investments in research, development, and innovation provides an incentive.

---

[56] "Antitrust Guidelines for the Licensing of Intellectual Property," *U.S. Department of Justice and the Federal Trade Commission*, January 12, 2017,
https://www.ftc.gov/system/files/documents/public_statements/1049793/ip_guidelines_2017.pdf, p. 5.

[57] Russell L. Parr, *Intellectual Property, Valuation, Exploitation, and Infringement Damages, Fifth Edition*, 2018, p. 184.

[58] "Risk and Return: Understanding the Cost of Capital for Intellectual Property, Part 1 of 2," Glenn Perdue, *les Nouvelles,* October 2015. Emphasis added.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



## 7.  IOS AND THE APP STORE

### 7.1. iPhone Launch

56.     Apple introduced the iPhone in January 2007.[59] The iPhone combined the communication functions of a cellphone, the music and video features of an iPod, and a web-browser that made it easy for users to browse and navigate the entire Internet.[60]

57.     In his introduction of the iPhone at the MacWorld Conference on January 9, 2007, Mr. Jobs first told the conference that Apple was announcing the introduction of three revolutionary devices, and then revealed that those three devices – a mobile phone, a widescreen iPod with touch controls, and a breakthrough internet communications device with desktop-class email, web browsing, searching, and maps – were actually one device: the iPhone.[61]

**Figure 3: Steve Jobs Introduces the iPhone – Three Revolutionary Devices in One**[62]



---

[59] "Apple Reinvents the Phone with iPhone," *Apple*, January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/.
[60] "FCC 08-28: Annual Report and Analysis of Competitive Market Conditions With Respect to Commercial Mobile Services, Twelfth Report," *Federal Communications Commission*, February 4, 2008, p. 8.
[61] "Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, at 1:22, https://www.youtube.com/watch?v=x7qPAY9JqE4; "Apple Reinvents the Phone with iPhone," *Apple*, January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/.
[62] "Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, at 2:18, https://www.youtube.com/watch?v=x7qPAY9JqE4.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



58.     The iPhone "set an entirely new paradigm for computer-based phones."[63] According to the FCC, "the 2007 launch of the iPhone and 2008 launch of the iPhone 3G catalyzed the development of a new type of device in the mobile wireless ecosystem."[64]

59.     Since the iPhone launched in 2007, Apple has continued its investment in the iOS ecosystem, including, among other things, enhancing value by adding features to new generations of the iPhone and new versions of iOS. Each component of the iOS ecosystem has and contributes value, even if no value is assigned to the individual components. The ecosystem was planned to create a whole greater than the sum of its parts: the seamless integration of favorite features combined with new innovations across the ecosystem.[65]

60.     Apple's CEO, Tim Cook, testified that: "[The iOS ecosystem] [is] all of the software and hardware that you can use with iOS devices."[66] Eddy Cue, Apple's Senior Vice President of Internet Services and Software, explained that "[w]hen [Apple is] looking at features that [it] want[s] to add, [Apple is] thinking about features that are – that provide functionality features, ideally things that you can't get anywhere else so that it makes [Apple's] products better."[67]

61.     After the iPhone launched and as its features were enhanced, users found increasingly diversified uses for their smartphones, resulting in dramatic increases in smartphone sales, as seen in the figure below.

**Figure 4: Worldwide Smartphone Sales and Users 2007 – 2023**[68]

---

[63] "The Brief History of Smartphones," Tuan Nguyen, *ThoughtCo.*, January 30, 2021, https://www.thoughtco.com/history-of-smartphones-4096585.

[64] "FCC 10-81: Annual Report and Analysis of Competitive Market Conditions With Respect to Mobile Wireless, Including Commercial Mobile Services, Fourteenth Report," *Federal Communications Commission*, May 20, 2010, p. 79.

[65] Deposition of Timothy Cook, February 12, 2021, p. 139:14-17; Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, pp. 3, 7.

[66] Deposition of Timothy Cook, February 12, 2021, pp. 21:23-25, 71:16-19.

[67] Deposition of Eddy Cue, February 8, 2021, pp. 24:13-14, 58:4-59:12.

[68] "Number of smartphones sold to end users worldwide from 2007 to 2023," *Statista*, January 2023, https://www.statista.com/statistics/263437/global-smartphone-sales-to-end-users-since-2007/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD



62.    The iPhone has been a tremendous engine for creativity, spawning the creation of over 50,000 new iPhone software applications within the first year of the App Store.[69] Those applications were downloaded by users more than 1 billion times during the first year of the App Store.[70]

### 7.2. iOS and the App Store

63.    The iOS operating system ("OS") "interprets the commands of software applications (apps) and it gives those apps access to features of the device, such as the multi-touch screen or the storage."[71] The iPhone released in 2007 used the first version of iOS (although it was not called "iOS" at the time).[72] iOS 18.3.1 – the most recent version – was released on February 10, 2025.[73]

64.    When the iPhone was launched in 2007, it did not include third-party apps, nor did Apple permit the use of iOS by third-parties to create apps; "the only native apps [for the iPhone] were first party apps from Apple."[74] In that period, Apple announced that developers can "create Web 2.0 applications which look and behave just like the applications built into iPhone, and which can seamlessly access iPhone's services, including making a phone call, sending an email

---

[69] "State Of The iPhone Ecosystem: 40 Million Devices and 50,000 Apps," MG Siegler, *TechCrunch*, June 8, 2009, https://techcrunch.com/2009/06/08/40-million-iphones-and-ipod-touches-and-50000-apps/.

[70] Schedule 5.0.

[71] "What is the iPhone OS (iOS)? iOS is the operating system for Apple's mobile devices," Daniel Nations, *Lifewire*, November 9, 2019, https://www.lifewire.com/what-is-ios-1994355.

[72] "Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, at 8:42, https://www.youtube.com/watch?v=x7qPAY9JqE4.

[73] "Apple security releases," *Apple*, https://support.apple.com/en-us/100100. iOS 18.3.1 version was released February 10, 2025. *See*, "Apple security releases," *Apple*, https://support.apple.com/en-us/100100.

[74] Deposition of Philip Schiller, February 11, 2021, p. 217:21-25.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

and displaying a location in Google Maps."[75] "[A] user could access and utilize web applications, but the [user's iPhone] did not interoperate with any applications software that a consumer might download from a third party."[76] Apple's then-CEO Mr. Jobs stated: "Our innovative approach, using Web 2.0-based standards, lets developers create amazing new applications while keeping the iPhone secure and reliable."[77]

65.    This changed. In March 2008, Apple introduced the new iPhone Developer Program.[78] It was accompanied by Apple's release of an SDK that Apple had created for third-party developers to create native applications for the iPhone.[79] Apple's SDK offered a framework and broad array of APIs and tools enabling independent software developers to design applications for the iPhone.[80] When announcing the launch of Apple's SDK, Mr. Jobs explained: "I think Web applications have worked really well for what they do but developers did give us the feedback that they wanted to do even more, that they thought this platform that we created was revolutionary and they really wanted in and we heard that and we've been working on this."[81] According to Apple, within "the first four days after its launch, there were more than 100,000 downloads of the SDK, a number that ballooned to 250,000 in a little over three months as iPhone application developers proliferated."[82]

---

[75] "iPhone to Support Third-Party Web 2.0 Applications," *Apple*, June 11, 2007, https://www.apple.com/newsroom/2007/06/11iPhone-to-Support-Third-Party-Web-2-0-Applications/.

[76] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 4.

[77] "iPhone to Support Third-Party Web 2.0 Applications," *Apple*, June 11, 2007, https://www.apple.com/newsroom/2007/06/11iPhone-to-Support-Third-Party-Web-2-0-Applications/.

[78] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 4; APL-APPSTORE_00000055-087 at 086.

[79] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 4.

[80] "Apple Announces iPhone 2.0 Software Beta," *Apple*, March 6, 2008, https://www.apple.com/newsroom/2008/03/06Apple-Announces-iPhone-2-0-Software-Beta/; "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 4.

[81] APL-APPSTORE_00000055-087 at 085.

[82] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 4.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



66.  In July 2008, Apple released the second version of the iPhone's OS, "which was designed to allow iPhone owners to safely and reliably download third party applications."[83] Apple launched the App Store at the same time as a "centralized repository where developers post, and users seamlessly review, preview and download thousands of newly created third[-]party applications."[84] Mr. Schiller explained: "[Apple] built [the App Store] to enable something that didn't exist at all and that's what we were building, a safe way to download native apps where there was no way to download native apps before."[85]

67.  Apple described its purpose in launching the App Store as "to add value to the iPhone."[86] Apple explained to the Copyright Office in 2009:

> *The iPhone Developer Program and the App Store have played a significant part in the success of the 3G iPhone. The availability of hundreds, then thousands, and today over 15,000 innovative iPhone applications quickly became a primary differentiator for the iPhone in what many consider to be the single most crowded and competitive consumer electronics market in the world. iPhone applications – not the ability to make phone calls – were the primary emphasis of Apple's advertising campaign for the 3G iPhone. The App Store created an unprecedented opportunity for iPhone software developers to meet and conduct business with iPhone users.*[87]

68.  Apple's CEO, Tim Cook, testified that: "[D]evelopers would be a part of [the iOS] ecosystem, a very important part of the ecosystem."[88]

69.  The App Store has been "beneficial to developers and consumers, [by] essentially eliminating the principal barrier to commerce: the means for iPhone developers to find potential customers in a

---

[83] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, pp. 4-5.

[84] "The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201.; "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, pp. 4-5.

[85] Deposition of Philip Schiller, February 11, 2021, p. 220:1-5.

[86] "The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201.

[87] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 6.

[88] Deposition of Timothy Cook, February 12, 2021, pp. 21:23-25, 71:16-19.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

secure and trusted marketplace."[89] In fact, the "cellphone app store" was named the 2008 "Tech Idea of the Year" by the *New York Times* tech writer David Pogue.[90]

70.    iPhone and iPod touch device users downloaded more than 10 million applications in the first weekend after the launch of the App Store.[91] Over 60 million apps were downloaded from the App Store in its first 30 days, which was 30% of the number of iTunes song downloads during the same period. This success was surprising to Mr. Jobs since iTunes had five years of prior market availability to attract users.[92]

71.    By July 11, 2008, when the iPhone 3G was released, more than 500 native apps were available in the App Store.[93] On July 14, 2008, Apple reported that more than 800 apps were available on the App Store and more than 10 million apps had been downloaded.[94] By January 2010, there were over 140,000 apps available in the App Store and there had been more than 3 billion cumulative downloads from the App Store by iPhone and iPod touch users.[95] By November 2020, 1.8 million apps were available from the App Store and more than 180 billion apps downloads had occurred.[96] Data published in May 2023 indicates continued popularity of the App Store, with over 1.8 million apps available for download and over 370 billion cumulative downloads.[97]

**Figure 5: App Store Applications and Downloads**[98]

---

[89] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 6.

[90] "Envelope, Please. It's a Pogie," David Pogue, *The New York Times*, December 17, 2008, www.nytimes.com/2008/12/18/technology/personaltech/18pogue.html.

[91] "iPhone App Store Downloads Top 10 Million in First Weekend," *Apple*, July 14, 2008, https://www.apple.com/newsroom/2008/07/14iPhone-App-Store-Downloads-Top-10-Million-in-First-Weekend/.

[92] "The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201.

[93] "iPhone 3G on Sale Tomorrow," *Apple*, July 10, 2008, https://www.apple.com/newsroom/2008/07/10iPhone-3G-on-Sale-Tomorrow/; Schedule 5.0.

[94] "iPhone App Store Downloads Top 10 Million in First Weekend," *Apple*, July 14, 2008, https://www.apple.com/newsroom/2008/07/14iPhone-App-Store-Downloads-Top-10-Million-in-First-Weekend/; Schedule 5.0.

[95] "Apple's App Store Downloads Top Three Billion," *Apple*, January 5, 2010, https://www.apple.com/newsroom/2010/01/05Apples-App-Store-Downloads-Top-Three-Billion/; "Apple Launches iPad," *Apple*, January 27, 2010, https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/; Schedule 5.0.

[96] "Apple unveils all-new App Store," *Apple*, June 5, 2017, https://www.apple.com/newsroom/2017/06/apple-unveils-all-new-app-store/; "Apple Announces App Store Small Business Program," *Apple*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/; Schedule 5.0.

[97] Schedule 5.0.

[98] Schedule 5.0.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

| Date | Available Apps | Cumulative Downloads |
|------|----------------|----------------------|
| 07/10/2008 | 500 | n/a |
| 07/14/2008 | 800 | 10,000,000 |
| 09/09/2008 | 3,000 | 100,000,000 |
| 01/21/2009 | 15,000 | 500,000,000 |
| 03/17/2009 | 25,000 | 800,000,000 |
| 04/24/2009 | 35,000 | 1,000,000,000 |
| 09/28/2009 | 85,000 | 2,000,000,000 |
| 01/27/2010 | 140,000 | 3,000,000,000 |
| 06/07/2010 | 225,000 | 5,000,000,000 |
| 01/22/2011 | 350,000 | 10,000,000,000 |
| 07/07/2011 | 425,000 | 15,000,000,000 |
| 03/05/2012 | 550,000 | 25,000,000,000 |
| 01/07/2013 | 775,000 | 40,000,000,000 |
| 10/22/2013 | 1,000,000 | 60,000,000,000 |
| 06/02/2014 | 1,200,000 | 75,000,000,000 |
| 06/08/2015 | 1,500,000 | 100,000,000,000 |
| 06/13/2016 | 2,000,000 | 130,000,000,000 |
| 12/31/2020 | 1,800,000 | 288,600,000,000 |
| 12/31/2021 | 1,800,000 | 320,900,000,000 |
| 12/31/2022 | 1,783,232 | 353,500,000,000 |
| 05/31/2023 | 1,870,119 | 370,000,000,000 |
| 12/31/2023 | 1,870,119 | 388,400,000,000 |

72.    On the 10th anniversary of the App Store, Apple highlighted what the App Store provides to developers, stating:

*Before 2008, the software industry was dominated by a few large companies. The App Store opened the door for any developer, from one-person shops to large studios, to come up with a great idea, build a high-quality app and seamlessly deliver it to the growing number of customers.*[99]

73.    The benefits of the App Store to developers were recognized by many. As Keith Shepherd and Natalia Luckyanova, developers of popular gaming apps, described:

*The App Store and iPhone changed our lives. Our first game, Imangi, launched the day the App Store opened. Fast forward 10 years, and we've created over 10 games, including Temple Run, which has been*

---

[99] "The App Store turns 10," *Apple*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



*downloaded over a BILLION times. Our studio has grown from the two of us to a team of 35. None of this would have been possible without the App Store.*[100]

74.   Apple has continued to expand opportunities for consumers and developers by investing in the advancement of App Store technology and developer tools. On March 17, 2009, Apple released a beta iPhone OS 3.0, which included "an updated Software Development Kit ("SDK") with over 1,000 new Application Programming Interfaces (APIs) including In-App Purchases."[101] Apple stated that "In-App Purchases will allow developers to offer subscription content and provide the ability to sell new content and features in a simple and secure process."[102]

75.   Apple also makes investments in technology to keep the App Store secure. Apple positions the App Store as a "safe and trusted place to discover and download apps," promoting that:

> *[T]he App Store is more than just a storefront – it's an innovative destination focused on bringing you amazing experiences. And a big part of those experiences is ensuring that the apps we offer are held to the highest standards for privacy, security, and content. Because we offer nearly two million apps – and we want you to feel good about using every single one of them.*[103]

76.   Since the beginning of the App Store, Apple has taken a "a multilayered approach to try to keep the iPhone reliable and secure for [Apple's] customers."[104] The App Store, which comprises 175 storefronts in over 40 languages, has "100% of apps [that] are automatically screened for known malware."[105] "Over 16K apps use Apple health technologies like HealthKit, CareKit, and ResearchKit designed to protect patient privacy."[106] As additional protection, apps on the iPhone are not permitted to pull user data from other apps.[107] To ensure compliance with Apple's guidelines, "Apple's App Review team of over 500 experts evaluates every single app submission – from developers around the world – before any app ever reaches users. On average the team reviews approximately 132,500 apps a week[.]"[108]

---

[100] "The App Store turns 10," *Apple*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

[101] "Apple Previews Developer Beta of iPhone OS 3.0," *Apple*, March 17, 2009, https://www.apple.com/newsroom/2009/03/17Apple-Previews-Developer-Beta-of-iPhone-OS-3-0/.

[102] "Apple Previews Developer Beta of iPhone OS 3.0," *Apple*, March 17, 2009, https://www.apple.com/newsroom/2009/03/17Apple-Previews-Developer-Beta-of-iPhone-OS-3-0/.

[103] "App Store," *Apple*, https://www.apple.com/app-store/.

[104] "The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201.

[105] "App Store," *Apple*, https://www.apple.com/app-store/.

[106] "App Store," *Apple*, https://www.apple.com/app-store/.

[107] "App Store," *Apple*, https://www.apple.com/app-store/.

[108] "App Store stopped over $7 billion in potentially fraudulent transactions in four years," *Apple*, May 14, 2024, https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/#:~:text=From%202020%20through%202023%2C%20Apple,%241.8%20billion%20in%202023%20alone..

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



77.    Apple's 4th annual fraud prevention analysis indicated that in 2023 it rejected more than 1.7 million app submissions for "failing to meet the App Store's stringent standards for privacy, security, and content."[109] Specifically, over 248,000 apps submissions were rejected for "spam, copycats, or misleading users," over 38,000 app submissions were rejected for "containing hidden or undocumented features," and over 375,000 app submissions were rejected for privacy violations.[110]

78.    Apple also has extensive fraud detection measures which offer substantial protection to their users. Between 2020 and 2023, Apple services prevented a combined total of approximately $7.0 billion in potentially fraudulent transactions (including $1.8 billion of transactions in 2023 alone) and blocked over 14 million stolen credit cards and 3.3 million accounts from future transactions.[111] Apple also works to enforce IP rights by taking down apps that do not have rights to include copyrighted materials.[112]

79.    In addition to directly preventing fraudulent apps and transactions, Apple is uniquely positioned to prevent fraud and abuse at the developer level. By analyzing behavioral patterns in its vast developer pool, the Company identifies and removes bad actors and repeat offenders from the App Store. In 2023, Apple terminated "close to 118,000 developer accounts, a decrease from 428,000 terminations from the prior year, thanks to continued improvements to prevent the creation of potentially fraudulent accounts in the first place. In addition, more than 91,000

---

[109] "App Store stopped over $7 billion in potentially fraudulent transactions in four years," *Apple*, May 14, 2024, https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/#:~:text=From%202020%20through%202023%2C%20Apple,%241.8%20billion%20in%202023%20alone..

[110] "App Store stopped over $7 billion in potentially fraudulent transactions in four years," *Apple*, May 14, 2024, https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/#:~:text=From%202020%20through%202023%2C%20Apple,%241.8%20billion%20in%202023%20alone..

[111] "App Store stopped over $7 billion in potentially fraudulent transactions in four years," *Apple*, May 14, 2024, https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/#:~:text=From%202020%20through%202023%2C%20Apple,%241.8%20billion%20in%202023%20alone..

[112] "The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201; "App Store Review Guidelines," *Apple*, https://developer.apple.com/app-store/review/guidelines/; "App Store stopped nearly $1.5 billion in fraudulent transactions in 2021," *Apple*, June 1, 2022, https://www.apple.com/newsroom/2022/06/app-store-stopped-nearly-one-point-five-billion-in-fraudulent-transactions-in-2021/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

developer enrollments were rejected for fraud concerns and prevented from submitting problematic apps to the App Store."[113]

### 7.3. Overview of Apple Agreements with iOS Users

80.    All users of an iOS device are required to agree to be bound by the terms of an "iOS and iPadOS Software License Agreement" before they use or download any software for their iOS device, including iOS version updates.[114] The iOS and iPadOS Software License Agreement ("SLA") for the most recent version of iOS, iOS 18, requires users to agree to the following terms:

> *By using your device or downloading a software update, as applicable, you are agreeing to be bound by the terms of this license. If you do not agree to the terms of this license, do not use the device, or download the software update.*
>
> *If you have recently purchased a device and you do not agree to the terms of the license, you may return the device within the return period to the Apple Store or authorized distributor where you obtained it for a refund[.]*[115]

81.    Apple reinforces its protection of its IP in the user's SLA by providing only "a limited non-exclusive license to use the Apple Software on a single Apple-branded Device":

> *The software (including Boot ROM code, embedded software and third party software), documentation, interfaces, content, fonts and any data that came with your Device ("Original Apple Software"), as may be updated or replaced by feature enhancements, software updates, security responses, system files, or system restore software provided by Apple ("Apple Software Changes"), whether in read only memory, on any other media or in any other form (the Original Apple Software and Apple Software Changes are collectively referred to as the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License. Apple and its licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded app that may be built-in on your Device, unless such app is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that app.*[116]

---

[113] "App Store stopped over $7 billion in potentially fraudulent transactions in four years," *Apple*, May 14, 2024, https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/#:~:text=From%202020%20through%202023%2C%20Apple,%241.8%20billion%20in%202023%20alone..

[114] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf, p.1.

[115] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf, p. 1.

[116] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf, p. 1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



82.    Apple's SLA specifies that it does not provide rights to iOS users for the use of IP for developing applications, among other exclusions:

> *This License does not grant you any rights to use Apple proprietary interfaces and other [IP] in the design, development, manufacture, licensing or distribution of third party devices and accessories, or third party software applications, for use with Devices. Some of those rights are available under separate licenses from Apple.*[117]

83.    In the user's SLA, Apple requires the user to agree to various restrictions on access to and use of Apple Software available on their device, as well as content displayed by, stored on, or accessed through their device:

> *You may not, and you agree not to or enable others to, copy (except as expressly permitted by this License), decompile, reverse engineer, disassemble, attempt to derive the source code of, decrypt, modify, or create derivative works of the Apple Software or any services provided by the Apple Software or any part thereof (except as and only to the extent any foregoing restriction is prohibited by applicable law or by licensing terms governing use of open-source components that may be included with the Apple Software). You agree not to remove, obscure, or alter any proprietary notices (including trademark and copyright notices) that may be affixed to or contained within the Apple Software.*

> *The Apple Software may be used to reproduce materials so long as such use is limited to reproduction of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce. Notwithstanding the foregoing, you are prohibited from republishing, retransmitting or reproducing any images accessed through News or Maps as a stand-alone file. Title and [IP] rights in and to any content displayed by, stored on or accessed through your Device belong to the respective content owner. Such content may be protected by copyright or other [IP] laws and treaties, and may be subject to terms of use of the third party providing such content. Except as otherwise provided herein, this License does not grant you any rights to use such content nor does it guarantee that such content will continue to be available to you.*[118]

### 7.4. Developer Program and Related Agreements

#### 7.4.1.  Overview of the Developer Program

84.    Apple has invested in innovating and developing tools, software, and other technology for the development, testing and distribution of apps to be distributed through Apple's App Store and made available on Apple's iOS devices. Apple chose to create the "Developer Program" to enable app developers to access and use protected Apple technology and services for their own

---

[117] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf, p. 2.

[118] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf, pp. 2-3.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

development and testing of apps, as well as the ultimate distribution of such apps through the App Store for the benefit of consumers, including a broad array of SDKs, APIs, the App Store Connect suite of web-based tools to distribute pre-release versions of apps via TestFlight and to publish approved apps on the App Store, advanced app capabilities, and tools needed to develop, test, and distribute apps and Safari Extensions.[119] To provide a non-exhaustive list of examples, members of the Developer Program also may utilize tools, technologies, and services for configuring app services, managing development teams, and submitting new apps and updates, such as the following:

(a) Xcode – an integrated development environment ("IDE") for macOS, used to develop software for macOS, iOS, iPadOS, watchOS, and tvOS. Provides developers the software features that are necessary to design, develop, and debug software for use on iOS and macOS;[120]

(b) Swift – a programming language developed by Apple for iOS, macOS, watchOS, and tvOS apps;[121]

(c) TestFlight – a service for installation and testing of apps and app clip experiences for mobile applications. Allows developers to beta test apps and collect feedback before releasing on the App Store;[122]

(d) App Store Connect – suite of web-based tools that allow developers to upload, submit, and manage apps on the App Store. Also allows developers to view sales reports, access app analytics, invite users to test apps with TestFlight, and add IAP, among other functionality;[123]

(e) Create ML – a framework intended to help app developers build, train, and deploy machine learning ("ML") models using Swift and Xcode. It is used to create and train custom ML models for use on apps. Models can be trained to perform tasks like recognizing images, extracting meaning from text, or finding relationships between numerical values;[124]

---

[119] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), pp. 5-6; "Membership Details," *Apple*, https://developer.apple.com/programs/whats-included/; "From Code to Customer," *Apple*, https://developer.apple.com/programs/.

[120] "Xcode," *Apple*, https://developer.apple.com/documentation/xcode/.

[121] "Swift," *Apple*, https://developer.apple.com/swift/.

[122] "Beta testing made simple with TestFlight," *Apple*, https://developer.apple.com/testflight/.

[123] "Your apps on the App Store," *Apple*, https://developer.apple.com/app-store-connect/.

[124] "Membership Details," *Apple*, https://developer.apple.com/programs/whats-included/; "Introducing Create ML," *Apple*, https://developer.apple.com/videos/play/wwdc2018/703/; "Create ML," *Apple*, https://developer.apple.com/documentation/createml.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(f)   Reality Composer – a tool to preview, prepare, convert, and create spatial content for visionOS and iOS apps. Makes it easy to build, test, tune, and simulate AR experiences for iPhone or iPad, "to create richer and production-quality AR scenes for users;"[125] and

(g)   Certificates, identifiers, and profiles that enable development, distribution, and services for apps.[126]

85.   An extensive library of copyrighted developer documentation and code, including tutorials, sample code, articles and APIs is available to app developers.[127] Apple's SDKs feature more than 150,000 APIs on iOS.[128] Apple provides APIs and software for a vast variety of tasks that developers wish to implement, and the number of APIs provided to developers has increased exponentially from around 10,000 in 2008 to over 250,000 in 2021 (included in 40 SDKs).[129]

86.   Additionally, through the Developer Program:

*Apple personnel are available to advise developers on ways to improve their products and grow their businesses. Developers also benefit from Apple's marketing, editorial, and promotional support to attract new users, and Apple's distribution services and systems make it easy for developers to close sales and deliver software in a safe and secure manner, no matter where in the world their customers live, what language they speak, or what currency they use. Apple even helps developers navigate complicated foreign taxation systems by sorting through the requirements of different countries to assure that any required taxes are withheld. The App Store is constantly evolving as Apple and its engineers continuously innovate to meet and exceed the needs and expectations of developers while ensuring that Apple customers always are treated to the best digital shopping experience.*[130]

87.   Members of the Developer Program also can download and use beta versions of its newest version of iOS, along with beta versions of its other operating systems, to Developer Program

---

[125] "Creation tools for spatial apps," *Apple*, https://developer.apple.com/augmented-reality/tools/; "RealityKit and Reality Composer, AR tools from Apple: A cheat sheet," Cory Bohon, *Tech Republic*, June 8, 2019, https://www.techrepublic.com/index.php/article/realitykit-and-reality-composer-ar-tools-from-apple-a-cheat-sheet/.

[126] "Certificates," *Apple*, https://developer.apple.com/account/resources/certificates/list; "Identifiers," *Apple*, https://developer.apple.com/account/resources/identifiers/list; "Profiles," *Apple*, https://developer.apple.com/account/resources/profiles/list.

[127] "Apple Developer Documentation," *Apple*, https://developer.apple.com/documentation/.

[128] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, p. 2,894:15-22.

[129] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,894:15-22, 2,895:6-14; "Meeting pandemic challenges, Apple developers grow total billings and sales in the App Store ecosystem by 24 percent to $643 billion in 2020," *Apple*, June 2, 2021, https://www.apple.com/newsroom/2021/06/apple-developers-grow-app-store-ecosystem-billings-and-sales-by-24-percent-in-2020/.

[130] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), p. 2.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

members so app developers may integrate and test their apps and ensure the apps are up-to-date once Apple releases its software to the public. A beta release is a prerelease version of software that is not public and still under development by Apple.[131] As of March 3, 2025, iOS 18.3.1 is the currently-available iOS version and the following are available through the Developer Program:

(a) App Store Connect 2.1 released January 28, 2025;

(b) iOS 18.4 beta 2 (22E5216h) released March 3, 2025;

(c) iPadOS 18.4 beta 2 (22E5216h) released March 3, 2025;

(d) macOS 15.4 beta 2 (24E5222f) released March 3, 2025;

(e) tvOS 18.4 beta 2 (22L5234e) released March 3, 2025;

(f) visionOS 2.4 beta 2 (22O5215f) released March 3, 2025;

(g) watchOS 11.4 beta 2 (22T5228e) released March 3, 2025;

(h) TestFlight 3.7.1, released January 18, 2025; and

(i) Xcode 16.3 beta 2 (16E5121h), released March 5, 2025.[132]

88.    Apple's copyrighted sample code is also made available to Developer Program members under limited terms. For example, the Developer Program currently provides sample code for at least the following features:

(a) Destination Video: Leverage SwiftUI to build immersive media experience;

(b) BOT-anist: Build an app that uses windows, volumes, and animations to create a robot botanist's greenhouse;

(c) Enhancing the accessibility of your SwiftUI app: Support advancements in SwiftUI accessibility to make your app accessible to everyone;

(d) Making your app's functionality available to Siri: Add assistant schemas to your app so Siri can complete requests, and integrate your app with Apple Intelligence, Spotlight, and other system experiences;

(e) Integrating a Core ML Model into Your App: Add a simple model to an app, pass input data to the model, and process the model's predictions;

(f) Processing HDR Images with Metal: Implement a post-processing pipeline using the latest features on Apple GPUs;

---

[131] "Using Apple Beta Software," *Apple*, https://developer.apple.com/support/beta-software/.

[132] "Apple security releases," *Apple*, https://support.apple.com/en-us/100100; "News – Software Releases," *Apple*, https://developer.apple.com/news/releases/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(g) Rendering reflections in real time using ray tracing: Implement realistic real-time lighting by dynamically generating reflection maps by encoding a ray-tracing compute pass;

(h) Creating visual effects with SwiftUI: Add scroll effects, rich color treatments, custom transitions, and advanced effects using shaders and a text renderer; and

(i) Implementing Wallet Extensions: Support adding an issued card to Apple Pay from directly withing Apple Wallet using Wallet Extensions.[133]

89.    In addition to the software tools and services identified in this discussion, membership in the Developer Program may permit app developers to access Apple tools, technologies, and services such as: 1) WeatherKit; 2) CloudKit; 3) DeviceCheck; 4) Face ID and Touch ID; 5) Handoff; 6) HealthKit; 7) HomeKit and Matter; 8) In-App Purchase and Subscriptions; 9) Mac Catalyst; 10) Push Notifications; 11) Sign in with Apple; and 12) System Extensions and DriverKit, among others.[134] Developer Program members can obtain Apple-issued keys for connecting to services like MusicKit, DeviceCheck, APNs, CloudKit and Wallet.[135]

### 7.4.2. Developer Program Agreements

90.    Apple has a number of agreements that govern access to and use of its protected software, tools, and overall technology in Apple's proprietary library of app development software and tools, as well as the various distribution, marketing, and other services that Apple provides through the App Store. The most notable of these agreements are the Apple Developer Agreement ("Developer Agreement") and the Apple Developer Program License Agreement ("DPLA").[136]

91.    A developer must execute the Developer Agreement in order to be able to log into and access Apple's online developer portal.[137] The Developer Agreement governs certain foundational elements of the relationship between Apple and a developer, including confidentiality and protection of Apple's IP rights.[138] A developer cannot enter into any other agreements with

---

[133] "WWDC24 – Sample Code," *Apple*, https://developer.apple.com/sample-code/wwdc/2024/.

[134] "Membership Details," *Apple*, https://developer.apple.com/programs/whats-included/.

[135] "Epic Games, Inc.'s Notice of Motion and Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Memorandum of Points and Authorities in Support Thereof," *Epic Games, Inc. v. Apple Inc.* (Case No. 3:20-cv-05640-EMC), Dkt. #17 (August 17, 2020), Exhibit B, p. 3.

[136] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,757:1-2,761:20.

[137] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, p. 2,757:9-16.

[138] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,757:1-2,759:3.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

Apple until it has first executed the Developer Agreement and the developer must remain a party to the Developer Agreement to enter into any other agreements with Apple.[139]

92.    After executing the Developer Agreement, developers can access and use certain proprietary app development tools, such as Xcode and SDKs, that Apple created to help developers "learn how to develop apps for Apple platforms for free," subject to the terms set forth in that agreement.[140]

93.    Apple has invested billions of dollars in R&D, including investment in the creation, development, and protection of its iOS ecosystem, App Store, and the tools, technology, and services that it provides to app developers. As the inventor, author, and IP owner of these technological innovations, Apple has the right to exclusively use and develop apps for its iOS ecosystem and is not required to grant any licenses, or other access, to any of its IP. Apple has chosen to grant limited access to various aspects of the technology underpinning of the App Store and Apple's tools, such as tools, technologies and services made available to app developers in Apple's Developer Program for the creation of "great applications for iPhone, iPad, and other Apple products" and as part of its investment in innovating, maintaining, and improving the App Store.[141] Mr. Schiller summarized Apple's commitment in his declaration, stating:

> [T]he App Store is not simply a marketplace – it is part of a larger offering of tools, technologies, and services that Apple makes available to millions of developers to use as they create great applications for iPhone, iPad, and other Apple products. Apple continually innovates and invests to maintain and improve the platform. Apple has made massive investments to develop technologies and features that developers like Epic can use to make great apps (as well as a safe and secure place for users to download these apps). Apple designs its products and services to make developers successful through the use of custom chips, cameras, operating system features, APIs, libraries, compilers, development tools, testing, interface libraries, simulators, security features, developer services, cloud services, and payment systems.[142]

---

[139] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), p. 4.

[140] "Choosing a Membership," *Apple*, https://developer.apple.com/support/compare-memberships/; "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,757:1-2,759:8.

[141] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), p. 27.

[142] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), p. 27.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

94.  The terms of the Developer Agreement do not provide a comprehensive license to Apple's IP-protected technologies. The agreement states:

> *Copyright and other [IP] laws protect the Site and Content provided to you, and you agree to abide by and maintain all notices, license information, and restrictions contained therein. Unless expressly permitted herein or otherwise permitted in a separate agreement with Apple, you may not modify, publish, network, rent, lease, loan, transmit, sell, participate in the transfer or sale of, reproduce, create derivative works based on, redistribute, perform, display, or in any way exploit any of the Site, Content or Services. You may not decompile, reverse engineer, disassemble, or attempt to derive the source code of any software or security components of the Services, Site, or Content (except as and only to the extent any foregoing restriction is prohibited by applicable law or to the extent as may be permitted by any licensing terms accompanying the foregoing). Use of the Site, Content or Services to violate, tamper with, or circumvent the security of any computer network, software, passwords, encryption codes, technological protection measures, or to otherwise engage in any kind of illegal activity, or to enable others to do so, is expressly prohibited. Apple retains ownership of all its rights in the Site, Content, Apple Events and Services, and except as expressly set forth herein, no other rights or licenses are granted or to be implied under any Apple [IP].*[143]

95.  The Developer Agreement further states:

> *This Agreement does not grant [the developer] any right or license to incorporate or make use of any Apple [IP] (including for example and without limitation, trade secrets, patents, copyrights, trademarks and industrial designs) in any product. Except as expressly set forth herein, no other rights or licenses are granted or to be implied under any Apple [IP].*[144]

96.  In addition to agreement to the terms of the Developer Agreement, before an app developer may access and/or use proprietary Apple software, services, and IP for advanced app development and distribution, such as the beta iOS releases, Metal, and Reality Composer beta versions, the app developer must execute the DPLA.[145] The terms of the DPLA provide a "limited license to use the Apple Software and Services provided [under the Developer Program] to develop and test [the member's] Applications on the terms and conditions set forth in this

---

[143] "Apple Developer Agreement," *Apple*, June 10, 2024, https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20240610-English.pdf, p. 1.

[144] "Apple Developer Agreement," *Apple*, June 10, 2024, https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20240610-English.pdf, p. 2.

[145] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), pp. 4-5.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

Agreement," including those set out in Schedule 1 and Schedule 2 of the DPLA regarding the distribution of apps.[146]

97. The DPLA includes the following definitions:

(a) Apple Software: "Apple SDKs, iOS, watchOS, tvOS, iPadOS, visionOS, and/or macOS, the Provisioning Profiles, FPS SDK, FPS Deployment Package, and any other software that Apple provides to [the developer] under the Program, including any Updates thereto (if any) that may be provided to [the developer] by Apple under the Program;"

(b) Apple Services or Services: "The developer services that Apple may provide or make available through the Apple Software or as part of the Program for use with [the developer] Covered Products, Corresponding Products, or development, including any Updates thereto (if any) that may be provided to [the developer] by Apple under the Program;" and

(c) Apple SDKs: "Apple-proprietary Software Development Kits (SDKs) provided hereunder, including but not limited to header files, APIs, libraries, simulators, and software (source code and object code) labeled as part of iOS, watchOS, tvOS, iPadOS, visionOS, or Mac SDK and included in the Xcode Developer Tools package and Swift Playgrounds for purposes of targeting Apple-branded products running iOS, watchOS, tvOS, iPadOS, visionOS, and/or macOS, respectively."[147]

98. The DPLA specifies: "Applications developed under this Agreement for iOS, iPadOS, macOS, tvOS, visionOS, or watchOS can be distributed: (1) through the App Store, if selected by Apple, (2) through Ad Hoc distribution in accordance with **Section 7.3**, and (3) for beta testing through TestFlight in accordance with **Section 7.4**."[148]

99. The DPLA explicitly limits the rights provided to the app developers. For example, the DPLA limits developers to the following:

(a) "Install a reasonable number of copies of the Apple Software provided to [the developer] under the Program on Apple-branded products owned or controlled by [the developer], to be used internally by [the developer] or [its] Authorized Developers for the sole purpose of developing or testing Covered Products designed to operate on the applicable Apple-branded products, except as otherwise expressly permitted in this Agreement;"

---

[146] APL-APPSTORE_10334884-960 at 884; "Apple Developer Program License Agreement," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74-2 (September 15, 2020), Schedule 2.

[147] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, p. 3.

[148] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, pp. 42-43. Emphasis in original.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

(b) Receive access to services, features, and functionality provided by Apple for use with a developer account; and

(c) Access and use Apple Services that may be called through APIs in the Apple Software and/or that Apple may make available through other mechanisms, "only as necessary for providing services and functionality for [the developer account owner's] Covered Products or [the developer account owner's] Corresponding Products that are eligible to use such Services and only as permitted by Apple in writing, including in the Documentation."[149]

100.    The DPLA further states:

*Apple retains all rights, title, and interest in and to the Apple Software, Services, and any Updates it may make available to [the developer] under this Agreement. … This Agreement does not grant [the developer] any rights to use any trademarks, logos or service marks belonging to Apple, including but not limited to the iPhone or iPod word marks.*[150]

101.    Additionally, developers are required to "retain and reproduce in full the Apple copyright, disclaimers and other proprietary notices (as they appear in the Apple Software and Documentation provided) in all copies of the Apple Software and Documentation that [the developer] [is] permitted to make under this Agreement."[151]

102.    Developers are also required to agree that:

*[The developer] may not use the Apple Services in any manner that is inconsistent with the terms of this Agreement or that infringes any [IP] rights of a third party or Apple, or that violates any applicable laws or regulations. [The developer] agree[s] that the Apple Services contain proprietary content, information and material owned by Apple and its licensors, and protected by applicable [IP] and other laws. [The developer] may not use such proprietary content, information or materials in any way whatsoever, except for the permitted uses of the Apple Services under this Agreement, or as otherwise agreed by Apple in writing.*[152]

103.    The DPLA requires an app developer to agree to various obligations, including:

(a) Section 3.2(a): "[The developer] will use the Apple Software and any services only for the purposes and in the manner expressly permitted by this Agreement and in accordance with all applicable laws and regulations;"

---

[149] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, pp. 11-15.

[150] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, pp. 13-14.

[151] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, p. 13.

[152] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, p. 15.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(b) Section 3.2(g): "Applications for iOS, iPadOS, tvOS, visionOS, and watchOS developed using the Apple Software may be distributed only if selected by Apple (in its sole discretion) for distribution via the App Store, for beta distribution through TestFlight, or through Ad Hoc distribution as contemplated in this Agreement;"

(c) Section 3.3: "Any Application that will be submitted to the App Store, Custom App Distribution, or TestFlight, or that will be distributed through Ad Hoc distribution, must be developed in compliance with the Documentation and this Agreement, including the Program Requirements set forth below in this **Section 3.3**;"

(d) Section 3.3.1: "Applications may only use Documented APIs in the manner prescribed by Apple and must not use or call any private APIs;" and

(e) Section 3.3.9.A: "All use of the In-App Purchase API and related services must be in accordance with the terms of this Agreement (including the Program Requirements) and Attachment 2 (Additional Terms for Use of the In-App Purchase API)."[153]

104. The DPLA works in conjunction with various software-specific licenses, such as those that govern each download of Xcode, SDK, or sample code, as well as Apple's published, publicly-available Guidelines for Using Apple Trademarks and Copyrights (the "Guidelines").[154] For example, Apple's published Guidelines specify they "are for Apple licensees, authorized resellers, developers, customers, and other parties wishing to use Apple's trademarks, service marks or images in promotional, advertising, instructional, or reference materials, or on their web sites, products, labels, or packaging."[155]

105. Apple limits the use of any Apple mark, specifying that "except for the limited right to use as expressly permitted under these Guidelines, no other rights of any kind are granted hereunder, by implication or otherwise."[156] Apple also requires that "[b]y using an Apple trademark, in whole or in part, [the developer is] acknowledging that Apple is the sole owner of the trademark and promising that [the developer] will not interfere with Apple's rights in the trademark, including challenging Apple's use, registration of, or application to register such trademark, alone or in combination with other words, anywhere in the world, and that [the developer] will not

---

[153] "Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/, pp. 17-18, 33.
[154] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), pp. 4-5; "Guidelines for Using Apple Trademarks and Copyrights," *Apple*, https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.
[155] "Guidelines for Using Apple Trademarks and Copyrights," *Apple*, https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.
[156] "Guidelines for Using Apple Trademarks and Copyrights," *Apple*, https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



harm, misuse, or bring into disrepute any Apple trademark. The goodwill derived from using any part of an Apple trademark exclusively inures to the benefit of and belongs to Apple."[157]

106.    In addition to broad protections in the DPLA and the Guidelines, Apple protects its individual software. For example, a license agreement included with Apple's TestFlight 3.1.0 software to beta test apps specifies that "[a]ny installation and/or use of the Apple Software on this device or on [the TestFlight software user's] other supported Apple-branded devices is subject to the terms of this license, unless accompanied by a separate license agreement. If [the TestFlight software user] does not agree to the terms of this license, do not install and/or use the software on this device or on [...] other supported Apple-branded devices."[158] The TestFlight software agreement grants a "limited, non-transferable, non-exclusive license to install and use the Apple Software on any compatible Apple-branded device that [the TestFlight software user] own[s] or control[s] in accordance with the terms of Section 2B."[159] The software agreement states that the TestFlight software is "licensed, not sold, [...] by Apple Inc. ('Apple') for use only under the terms of this License. Apple and/or Apple's licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted[.]"[160]

107.    Apple includes a license reiterating its copyright protection on each set of sample code that is provided through the Developer Program. For example, the following license seen in the figure below is included with sample code available through the Developer Program for the feature, "Adopting menus and UIActions in your user interface," part of "Menus and shortcuts" in UIKit.[161]

**Figure 6: Example Apple License with Copyright**[162]

```
Copyright © 2024 Apple Inc.

Permission is hereby granted, free of charge, to any person obtaining a copy
of this software and associated documentation files (the "Software"), to
deal in the Software without restriction, including without limitation the
rights to use, copy, modify, merge, publish, distribute, sublicense, and/or
sell copies of the Software, and to permit persons to whom the Software is
furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in
all copies or substantial portions of the Software.
```

[157] "Guidelines for Using Apple Trademarks and Copyrights," *Apple*, https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.

[158] "TestFlight 3.0.1 License Agreement," *Apple*, https://apps.apple.com/us/app/testflight/id899247664.

[159] "TestFlight 3.0.1 License Agreement," *Apple*, https://apps.apple.com/us/app/testflight/id899247664.

[160] "TestFlight 3.0.1 License Agreement," *Apple*, https://apps.apple.com/us/app/testflight/id899247664.

[161] "Adopting menus and UIActions in your user interface," *Apple*, https://developer.apple.com/documentation/uikit/adopting-menus-and-uiactions-in-your-user-interface.

[162] *For example*, downloads from "Adopting menus and UIActions in your user interface," *Apple*, https://developer.apple.com/documentation/uikit/adopting-menus-and-uiactions-in-your-user-interface.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



108.    Apple requires app developers to follow the App Store Review Guidelines and App Store Identity Guidelines, both of which are publicly available.[163] According to Apple, developers must adhere to these Guidelines "to take advantage of both the significant investments Apple has made in the App Store to help them design and build cutting-edge apps, and the services that Apple provides in the marketing and distribution of those apps to consumers."[164]

109.    Apple may require additional agreements in certain circumstances. For example, Apple requires entities that intend to develop custom apps for in-house business purposes to enter into an Apple Developer Enterprise Program License Agreement.[165]

110.    Developers who wish to submit apps for distribution must pay a nominal fee of $99 per year to participate in the Developer Program, as well as a 30% commission on the price of paid apps and any in-app digital content or services.[166] Apple also offers the Apple Developer Enterprise Program, which allows large organizations to develop and launch proprietary, internal-use apps to their employees. The Apple Developer Enterprise Program has a $299 annual fee and is for "specific use cases that require private distribution directly to employees using secure internal systems or through a Mobile Device Management solution."[167]

111.    However, since 2016, Apple has introduced lower rates for various types of applications and developers. In 2016, Apple implemented a change on subscription fees, whereas after a subscriber's first year of an auto-renewable subscription, the developer's subscription fees are reduced from 30% to 15%.[168] Apple also launched its Video Partner Program in 2016, where premium subscription video providers with applications that integrated with a number of Apple technologies were featured on the Apple TV and only subject to a 15% commission instead of the standard 30% commission.[169] More recently, on January 1, 2021, Apple launched the App Store Small Business Program, which reduced the App Store commission to 15% for small businesses earning up to $1 million per year. The App Store Small Business Program benefits the

---

[163] "App Review Guidelines," *Apple*, https://developer.apple.com/app-store/review/guidelines/; "Marketing Resources and Identity Guidelines," *Apple*, https://developer.apple.com/app-store/marketing/guidelines/.

[164] "Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020), pp. 5-6.

[165] "Apple Developer Enterprise Program," *Apple*, https://developer.apple.com/programs/enterprise/; "Agreements and Guidelines for Apple Developers," *Apple*, https://developer.apple.com/terms/.

[166] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,742:17-2,743:7, 2,761:21-25; "Apple Developer Program License Agreement," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74-2 (September 15, 2020), Schedule 2, Section 3.4.

[167] "Apple Developer Enterprise Program," *Apple*, https://developer.apple.com/programs/enterprise/.

[168] "Apple announces it will offer App Store subscriptions to all apps, take smaller 15% cut," Roger Fingas, *AppleInsider*, June 8, 2016, https://appleinsider.com/articles/16/06/08/apple-announces-it-will-offer-app-store-subscriptions-take-smaller-15-cut.

[169] "Apple Video Partner Program," *Apple*, https://developer.apple.com/programs/video-partner/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

vast majority of developers who use the App Store.[170] Apple also does not charge any commission for free applications, "reader" qualified applications, and off-Store sales.[171] Free applications constituted approximately 95.4% of all applications on the App Store in January 2025.[172]

112.    Developers who participate in the Developer Program receive access to a wide variety of valuable property and services, including limited rights to access and/or use certain Apple software, tools, and other IP; security and privacy support; marketing and technical support; and an integrated mechanism for the delivery of and payment for digital content and services. The "bundle" of IP rights in particular has tremendous value.

## 8.  APPLE'S IP

### 8.1. Introduction to Apple's IP

113.    "Apple's innovation is embodied in its IP, including patents, trademarks, and copyrights."[173] Apple's IP also includes other forms, such as trade secrets, that relate to aspects of Apple's "hardware devices, accessories, software and services."[174] Consistent with its investment of over $210 billion in R&D from Apple's FY 2005 through its FY 2024, Apple focus is on innovation, stating:

> *Innovation is the cornerstone of Apple's business and the company prides itself on the commitment to "think different," inventing products and services unlike anything else on the market. With products such as the Mac, iPod, iPhone, iPad, and Apple Watch, Apple has revolutionized industries, and created entirely new industries by reimagining technology and focusing on delivering the best possible user experience.*[175]

114.    Further, Apple "believes the ownership of such [IP] rights is an important factor in its business and that its success does depend in part on such ownership;" Apple "relies primarily on the innovative skills, technical competence and marketing abilities of its personnel."[176]

---

[170] "Apple announces App Store Small Business Program," *Apple*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/; "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,859:23.

[171] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, pp. 3,858:18-20, 3,861:15-18; "App Store Review Guidelines," *Apple*, https://developer.apple.com/app-store/review/guidelines/.

[172] "iOS Apple App Store Statistics and Trends 2025," 42matters, https://42matters.com/ios-apple-app-store-statistics-and-trends#free-vs-paid-distribution.

[173] "Intellectual Property," *Apple*, https://www.apple.com/legal/intellectual-property/.

[174] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, p. 3.

[175] Schedule 6.0; "A Statement on FRAND Licensing of SEPs," *Apple*, https://www.apple.com/legal/intellectual-property/frand/.

[176] Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2020, p. 3.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

115.    Apple has discussed at length its IP in: 1) the hardware and software used by consumers and developers; and 2) the additional tools and services it provides to developers which enable them to create apps for consumers.

116.    For example, Tim Cook stated in his deposition, that "we pride ourselves in [IP]. We put a lot of our personal energy and our investment into R&D to innovate."[177] Regarding how consumers benefit, Cook said that "the thing that people love about Apple is the integration of hardware, software, and services and that things just work together."[178] He goes on to state that "[t]he integration of hardware and software and the services element are key to having the customer experience be this sort of delightful experience."[179]

117.    In Tim Cook's trial testimony in the *Epic v. Apple* matter, he stated that "we do a number of things. We invest like crazy in R&D. We've invested a hundred billion dollars since – since the start of the iPhone development, and – and that number is just accelerated. In fact, we've invested $50 billion in the last three years. In addition to that, we have a maniacal focus on the user, in doing the right thing by the customer. We integrate hardware, software, and services, and we think that we do that better than anyone else. We take a lot of the complexity of technology away from the user and make things simple, not complex."[180]

118.    This is not a recent development. Apple has indicated the importance of its IP in the iPhone and the iOS ecosystem since the introduction of the first iPhone. At the *MacWorld* conference on January 9, 2007, Steve Jobs, Apple's then-chairman, CEO, and co-founder, emphasized Apple's patent protection over the iPhone and its features.[181] He explained that the iPhone offered benefits from the combination of innovations in the hardware, software, and applications. While describing various revolutionary features of the iPhone, Mr. Jobs noted that the following were patented:

   (a)  Access to many features and apps due to its OS (renamed as iOS in June 2010);

   (b)  "Desktop" features with applications and networking;

   (c)  Access to a variety of apps;

   (d)  A camera; and

---

[177] Deposition of Timothy Cook, February 12, 2021, pp. 21:23-25, 209:18-20.

[178] Deposition of Timothy Cook, February 12, 2021, p. 79:17-20.

[179] Deposition of Timothy Cook, February 12, 2021, pp. 139:14-17.

[180] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,845:11-21.

[181] "Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, at 7:35, https://www.youtube.com/watch?v=x7qPAY9JqE4.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



(e) The use of a novel touch screen and human interface that facilitated changing access to new features and functions not possible with the physical keyboards of most widely available smartphones in 2007.[182]

**Figure 7: Steve Jobs Introduces the "Patented!" iPhone**[183]



119. During a 2008 *Wall Street Journal* interview at the launch of the App Store, Mr. Jobs emphasized the innovative nature of Apple's software, as well as its interplay with the rest of the IP and technology in Apple's ecosystem, stating:

> *Well, our theory on iPhone is that phone differentiation used to be about radios and antennas and things like that. We think going forward, the phone of the future will be differentiated by software. That was our theory going into this market, that we were reasonably good at creating innovative software and that we could leverage a tremendous amount of software that we've been working on for the last decade and actually put it in a mobile device. The core OS X, a UNIX operating system, all the graphics know-how, all the communications know-how, all the email know-how, and just all that, all the user interface know-how, we could bring that to bear on a phone. The App Store is just one more example of software. It's just like the iPod. It's software on the device. It's software in the cloud, in the backend service. So to compete with it, one needs a platform that's capable of writing really good software.*

---

[182] Apple announced the change in name of the operating system for the iPhone during the 2010 WWDC Keynote. "Live Update: 2010 WWDC Keynote," Jason Snell & Dan Moren, *Macworld*, June 7, 2010, https://www.macworld.com/article/1151730/liveupdate.html?page=2; "Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, at 8:13, 12:39, https://www.youtube.com/watch?v=x7qPAY9JqE4.

[183] "Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, at 7:35, https://www.youtube.com/watch?v=x7qPAY9JqE4.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



*Then one needs to be able to put together a whole system with a backend cloud, App Store, and the client, but then also sell developers that the phone itself has good enough software that's worth writing apps on.*[184]

120.    Apple's commitment to R&D has grown over time. Since Apple's FY 2005, when Apple began working in earnest on the iPhone, the Company's annual R&D expenditures have grown from approximately $535 million to over $31.3 billion in FY 2022, for a combined total of more than $210 billion over this period.[185]

**Figure 8: Apple R&D Expenditures FY 2005 – FY 2024**[186]



121.    Apple "regularly files patent applications to protect innovations arising from its research, development and design."[187] Apple's patent portfolio, as a tangible reflection of a portion of its R&D investments, has also grown significantly over time.

**Figure 9: Apple Granted U.S. Patents and Applications 2005 – 2024**[188]

---

[184] "The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201.

[185] Schedule 6.0.

[186] Schedule 6.0.

[187] Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2022, p. 3.

[188] Schedule 1.1; Schedule 1.2; Schedule 1.3; Section 3.1, Figure 1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**





122.    As of approximately the date of this declaration, Apple has 28,730 issued U.S. utility patents and 4,653 issued U.S. design patents.[189] In addition, Apple has 5,067 filed applications for U.S. patents that have not yet matured into issued patents.[190] According to WIPO, Mr. Jobs alone held 317 utility and design U.S. patents, many of which are patents protecting iconic Apple products including iOS-based devices, as well as keyboards, mice, and power adaptors.[191]

**Figure 10: U.S. Apple Patents and Applications**[192]

|         | Granted | Applications | Total |
|---------|---------|--------------|-------|
| Utility | 28,730  | 5,067        | **33,797** |
| Design  | 4,653   | -            | **4,653** |
| **Total** | **33,383** | **5,067**  | **38,450** |

123.    Apple has invested substantially in protecting its IP rights in its iOS ecosystem. For example, Apple holds 2,474 issued U.S. patents referencing iOS and an additional 874 U.S. patent applications referencing iOS.[193]

---

[189] Schedule 1.1; Schedule 1.3.

[190] Schedule 1.2.

[191] "The Patents and Trademarks of Steve Jobs: Art and Technology that Changed the World," *WIPO*, https://www.wipo.int/export/sites/www/pressroom/en/documents/steve_jobs_brochure_2012.pdf, p. 2.

[192] Schedule 1.0.

[193] Schedule 4.0.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



124.  Apple holds approximately 354 U.S. patents and 78 U.S. patent applications referencing technology in and relating to Apple's App Store.[194] Based on a non-exhaustive search of Apple's patents (described further in Section 8.4.2), Apple holds patents covering App Store-related areas such as:

(a)  49 U.S. patents and 5 U.S. patent applications referring to comprehensive development tools like Apple's Xcode IDE that allow developers to design, build, and train apps and produce content for AR experiences;

(b)  142 U.S. patents and 29 U.S. patent applications referring to frameworks and related services such as CloudKit, HomeKit, UIKit, and WebKit directed towards the infrastructure of iOS apps and their use of data and web content; and

(c)  72 U.S. patents and 6 U.S. patent applications referring to technology that allows developers to focus on designing and building apps that can facilitate the development of advanced user interactions and features, such as CoreAudio, CoreGraphics, CoreVideo, and IAP.[195]

125.  Apple spends billions to develop and secure these patents and uses its App Store framework to provide developers access. Developers leverage Apple's proprietary technologies that embody these patents, as well as Apple's libraries, services, and frameworks that embody other Apple IP, to develop applications for Apple's iOS devices.

126.  Apple employs copyright protection to protect its original content. The Company places its copyright on its software, documentation, and source code, in addition to holding over 6,200 registered U.S. copyrights relating to aspects of its products and services, including at least 265 iOS-specific copyrights.[196] Apple reinforces that copyright protection through its use of agreements.[197] For example, Apple requires all users of iPhones (as well as iPads) to accept and agree to be bound by the terms of an "iOS and iPadOS Software License Agreement."[198] Such agreements specify that "Apple and its licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted[.]"[199] Apple similarly requires other users of its IP-protected technology, such as app developers, to enter into agreements: the Developer Agreement, DPLA , and individual software licenses. For example, when providing sample source code, Apple includes a license that reiterates its copyright protection of such code and

---

[194] Schedule 4.5.

[195] Schedule 4.2; Schedule 4.3; Schedule 4.4.

[196] Schedule 2.0; "Guidelines for Using Apple Trademarks and Copyrights," *Apple*, https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html, "Sample Code," *Apple*, https://developer.apple.com/sample-code/wwdc/2024/.

[197] "Software License Agreements," *Apple*, https://www.apple.com/legal/sla/.

[198] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf.

[199] "iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf, at Section 1(a), 2(e).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

associated documentation and requires that the copyright notice be included in all copies or substantial portions of that code and documentation.[200] Apple has registered copyrights of content encompassed within the iOS ecosystem.

127.    Apple protects its IP with trademarks, service marks, trade names, and trade dress as valuable assets. A non-exhaustive list of Apple's registered trademarks appears on its website.[201] For example, Apple has invested in obtaining trademark or service mark protection of terms relating to the App Store and software tools used by app developers such as:

(a)    AirDrop®;

(b)    Apple CarPlay®;

(c)    Apple Pay®;

(d)    Apple Wallet®;

(e)    App Store®;

(f)    CloudKit®;

(g)    iAd®;

(h)    Swift®;

(i)    Swift Playground®; and

(j)    SwiftUI™.[202]

128.    In 2011, Apple described its investment in the "App Store" mark and service when it filed suit to enforce that mark:

> *Apple has extensively advertised, marketed, and promoted the APP STORE service and the APP STORE mark, spending millions of dollars on print, television, and internet advertising. News outlets have also commented extensively and repeatedly on the operations of the APP STORE service in the months and years following its launch. The enormous public attention given the APP STORE service, and the success of the service, have cemented the public's identification of APP STORE as a trademark for Apple's service. Moreover, Apple has obtained registrations of the APP STORE mark covering more than fifty foreign jurisdictions, including the European Union, Japan, and China.*[203]

---

[200] "Sample Code," *Apple*, https://developer.apple.com/sample-code/wwdc/2024/. For example, downloads of the following code: "Adopting menus and UIActions in your user interface," *Apple*, https://developer.apple.com/documentation/uikit/adopting-menus-and-uiactions-in-your-user-interface;

[201] "Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

[202] "Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

[203] "Complaint," *Apple Inc. v. Amazon.com, Inc.* (Case No. 4:11-cv-01327-PJH), Dkt. #1 (March 18, 2011), p. 4.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

129.    Apple states that its marks must be used pursuant to the published, publicly-available Guidelines, unless otherwise licensed in a separate agreement.[204] In the Guidelines, Apple states:

> *By using an Apple trademark, in whole or in part, you are acknowledging that Apple is the sole owner of the trademark and promising that you will not interfere with Apple's rights in the trademark, including challenging Apple's use, registration of, or application to register such trademark, alone or in combination with other words, anywhere in the world, and that you will not harm, misuse, or bring into disrepute any Apple trademark. The goodwill derived from using any part of an Apple trademark exclusively inures to the benefit of and belongs to Apple. Except for the limited right to use as expressly permitted under these Guidelines, no other rights of any kind are granted hereunder, by implication or otherwise.[205]*

130.    Unlike competitors such as Google and Microsoft, who have licensed their OS for use on devices manufactured by other original equipment manufacturers ("OEMs"), including but not limited to Samsung, Motorola, Nokia, and Oppo, Apple does not and has not licensed iOS, nor other of its OS, such as macOS, to other OEMs; iOS is available only on Apple devices.[206] Apple has chosen to reserve and exercise its right to exclusively use its IP for the design and production of its own devices.

### 8.2. Protection of Apple Technology through IP

131.    Apple's commitment to protecting its IP rights is shown by, among other demonstrations, its enforcement efforts in courts and before regulatory agencies. For example, in the early 2010s, Apple filed multiple suits around the world against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") in an effort to protect the "revolutionary patented design and user experience of [its iconic iPhone and iPad devices] … [that have] result[ed] [from] Apple's massive investment in innovation."[207] As Apple explained in the Complaint in that matter, the Company sought to

---

[204] "Guidelines for Using Apple Trademarks and Copyrights," *Apple*,
https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.

[205] "Guidelines for Using Apple Trademarks and Copyrights," *Apple*,
https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.

[206] "Shop the Latest Android Phones," *Android*, https://www.android.com/phones/shop/?tab=phones#ds-shop-devices-grid; "Find N5," Oppo, https://www.oppo.com/en/smartphones/series-find-n/find-n5/; "A Guide to All the Nokia Lumia Windows Phones (Pictures), Nick Hide & Jessica Dolcourt, *CNET*, February 12, 2014, https://www.cnet.com/pictures/a-guide-to-all-the-nokia-lumia-windows-phones-pictures/; "Apple," *Apple*, htps://www.apple.com; *Apple Inc. v. Psystar Corp.*, 673 F. Supp. 2d 931 (N.D. Cal. Nov. 13, 2009), aff'd *Apple Inc. v. Psystar Corp.*, 658 F. 3d 1150, 1152 (9th Cir. 2011).

[207] "Every Place Samsung and Apple are Suing Each Other," *PCMag*, September 14, 2011, https://www.pcmag.com/archive/every-place-samsung-and-apple-are-suing-each-other-287700; "Complaint," *Apple Inc. v. Samsung Electronics Co., Ltd. et al.* (Case No. 5:12-cv-00630-LHK), Dkt. #1 (February 8, 2012), p. 1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

protect its technology in light of what it perceived as Samsung's "systematic[ ] cop[ying] [of] Apple's innovative technology and products, features, and designs."[208]

132.    In another court action, Apple sought to protect its software through copyright infringement litigation. Apple filed suit against Psystar Corp. ("Psystar") after Psystar reproduced, modified and distributed Apple's Mac OS X software on non-Apple computers, in violation of the Software License Agreements covering Mac OS X.[209] Apple's Mac OS X Software License Agreement had provided that the Mac OS X "software [was] 'licensed, not sold to [the user] by Apple Inc. ('Apple') for use only under the terms of this License.'" Apple's license agreements restricted the use of Mac OS X to Apple computers, and specifically prohibited customers from installing the OS on non-Apple computers."[210] The Ninth Circuit affirmed that Apple's Software License Agreement for Mac OS X permissibly "require[d] the [Mac OS X] operating system to be used on the computer it was designed to operate … [and] w[as] thus appropriately used to prevent infringement and control use of the copyrighted material."[211]

133.    Apple has sought to enforce its marks through trademark litigation. For example, it filed litigation against Amazon.com claiming that Apple's APP STORE mark was infringed by Amazon's "Appstore Developer Portal" and "Appstore Developer Program."[212]

134.    Apple has provided notifications to third parties using its marks improperly. For example, Apple explained in the Complaint in that litigation:

> *In limited instances, third parties have made improper use of the term APP STORE. In response, Apple has contacted those parties and requested that they cease and desist from further use of the mark. In almost every instance, the entities contacted by Apple agreed to cease use of Apple's APP STORE mark.*[213]

135.    Apple demonstrated its commitment to protecting its copyrights in testimony before the Copyright Office. In 2009, Apple addressed the harm to its IP that was posed by "jailbreaking," or software that would "break," or circumvent, technological protection measures surrounding the firmware contained on its iPhones.[214] As Apple explained in its Responsive Comment to the

---

[208] "Complaint," *Apple Inc. v. Samsung Electronics Co., Ltd. et al.* (Case No. 5:12-cv-00630-LHK), Dkt. #1 (February 8, 2012), p. 1.

[209] *Apple Inc. v. Psystar Corp.*, 673 F. Supp. 2d 931 (N.D. Cal. Nov. 13, 2009), aff'd *Apple Inc. v. Psystar Corp.*, 658 F. 3d 1150, 1152 (9th Cir. 2011).

[210] *Apple Inc. v. Psystar Corp.*, 673 F. Supp. 2d 931, 933 (N.D. Cal. Nov. 13, 2009) (internal citations omitted), aff'd *Apple Inc. v. Psystar Corp.*, 658 F. 3d 1150, 1152 (9th Cir. 2011).

[211] *Apple Inc. v. Psystar Corp.*, 658 F. 3d 1150, 1155 (9th Cir. 2011).

[212] "Complaint," *Apple Inc. v. Amazon.com, Inc.* (Case No. 4:11-cv-01327-PJH), Dkt. #1 (March 18, 2011), p. 7.

[213] "Complaint," *Apple Inc. v. Amazon.com, Inc.* (Case No. 4:11-cv-01327-PJH), Dkt. #1 (March 18, 2011), p. 6.

[214] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 2.

U.S. Copyright Office in the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies:

> *Apple is opposed to [jailbreaking software] because it will destroy the technological protection of Apple's key copyrighted computer programs in the iPhone™ device itself and of copyrighted content owned by Apple that plays on the iPhone, resulting in copyright infringement, potential damage to the device and other potential harmful physical effects, adverse effects on the functioning of the device, and breach of contract.*[215]

136.    Apple explained to the Copyright Office that its technological protection measures ("TPMs") protect the copyright interests at the heart of Apple's creation of the iPhone:

> *These TPMs do more, however, than simply help ensure the quality of the customer's experience with iPhone applications. They also protect Apple's copyright interests in its own content, as well as the copyright interests of third parties in their content, that plays on the iPhone. There are many instances in which unauthorized persons "strip" the TPMs protecting such content, thereby placing it "in the clear" (i.e., in unprotected form). With the TPM removed, pirated copies of the content in unprotected form can then be widely distributed among persons who do not pay for it, typically through unlawful peer-to-peer networks and other online distribution sites. Such has happened, for example, to a copyrighted game owned by Apple called "Texas Hold 'Em," as well as to a host of popular games from third party vendors. However, the stripped games can be played only on jailbroken iPhones, because the TPMs on the iPhone would otherwise prevent them from playing. Apple believes that the proposed exemption would further facilitate and encourage this form of piracy. Piracy, in turn, can diminish the investment that developers are willing to make in the creation of copyrighted works for the iPhone, contrary to the fundamental purpose of the copyright law to encourage the creation of new works of authorship.*[216]

137.    Apple's copyright interests can be threatened by at least the following risks and harms arising from, for example, jailbreaking software:

(a)  Crashes & instability;

(b)  Malfunctioning & safety;

(c)  Invasion of privacy;

(d)  Exposing children to age-inappropriate content;

(e)  Viruses & malware;

---

[215] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, p. 2.

[216] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, pp. 9-10.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(f)  Inability to update software;

(g)  Cellular network impact;

(h)  Piracy of developers' applications;

(i)  Instability of developers' applications;

(j)  Increased support burden;

(k)  Harm to Apple's developer relationships;

(l)  Harm to the Apple/iPhone brand; and

(m) Limitation on ability to innovate.[217]

138.  The Ninth Circuit has recognized that Apple could suffer harm as a result of copyright infringement. The *Psystar* court held that "[w]ith respect to its brand, business reputation, and goodwill, Apple has put forth significant evidence, undisputed by Psystar, that its investment in and commitment to high standards of quality control and customer service would be irreparably harmed if Psystar's illegal [infringement] activities were allowed to continue."[218]

139.  In addition to the recited examples of Apple's protection and enforcement efforts, Apple has invested in efforts to identify and eliminate leaks of its software and hardware technology. Examples of the results of Apple's investments in these efforts include:

(a)  The 2017 arrest of twelve individuals caught leaking Apple's proprietary information;

(b)  The identification of an employee who leaked a link to the gold master of iOS 11 to the press as well as employees who fed confidential details about new products, such as the iPhone X, iPad Pro and AirPods, to a blogger at 9to5Mac; and

(c)  The issuance of warning letters to popular online leakers of Apple information, including one to Chinese leaker "Kang" in June 2021.[219]

---

[217] "Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf, pp. 8-10, 14-16.

[218] *Apple Inc. v. Psystar Corp.*, 673 F. Supp. 2d. 943, 948-49 (N.D. Cal. 2009), aff'd *Apple Inc. v. Psystar Corp.*, 658 F. 3d 1150, 1152 (9th Cir. 2011).

[219] "Apple Warns Employees to Stop Leaking Information to Media," Mark Gurman, *Bloomberg*, April 13, 2018, https://www.bloomberg.com/news/articles/2018-04-13/apple-warns-employees-to-stop-leaking-information-to-media; "Apple reportedly sends warning letter to Chinese leaker," Richard Lawler, *The Verge*, June 25, 2021, https://www.theverge.com/2021/6/25/22551182/kang-letter-apple-leak-warning-iphone-12.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

140.   Apple has worked with its suppliers to prevent theft of Apple's IP by, for example, identifying physical and technical vulnerabilities and improving security levels in its facilities and throughout the supply chain.[220] Apple has explained the impact of leaks:

> *Leaking Apple's work undermines everyone at Apple and the years they've invested in creating Apple products. 'Thousands of people work tirelessly for months to deliver each major software release,' says UIKit lead Josh Shaffer, whose team's work was part of the iOS 11 leak last fall. 'Seeing it leak is devastating for all of us.'*[221]

### 8.3. Third-Party Recognition of the Importance of Apple's IP

141.   Apple's IP has been tracked and its value to Apple estimated by various third-party entities. For example, ktMINE, an IP-focused research group, observed in a study of Apple IP that by 2018, Apple had nearly 1,000 registered U.S. trademarks and over 350 marks that were filed but unregistered.[222] The ktMINE study also noted an upward trend in Apple patent applications and grants over the past 20 years.[223] The study also suggested that Apple's protection of its IP could be traced to Mr. Jobs' "determination in 2006 to protect the iPhone before its first release."[224] ktMINE concluded that, "Apple's extensive patent portfolio reveals certain trends in research and development, but also indicates the company's intent to use its IP as a tool to prevent competitors from either copying existing technologies or bringing Apple's 'original' ideas to fruition first."[225]

142.   Gene Quinn, the president and founder of *IPWatchdog*, one of the leading sources for news, information, analysis and commentary in the patent and innovation industries, noted that Apple's IP strategy is one of the keys to its continued success and a driver of innovation within the company.[226] "Detractors of the patent system are always quick to point out that it is their

---

[220] "Apple Warns Employees to Stop Leaking Information to Media," Mark Gurman, *Bloomberg*, April 13, 2018, https://www.bloomberg.com/news/articles/2018-04-13/apple-warns-employees-to-stop-leaking-information-to-media.

[221] "Apple means business when protecting intellectual property," Christopher Burgess, *CSO*, May 4, 2018, https://www.csoonline.com/article/3269868/apple-means-business-when-protecting-intellectual-property.html.

[222] "Exploring Intellectual Property at Apple: A Study of Strategy and Patterns," *ktMINE*, July 25, 2018, https://www.ktmine.com/exploring-intellectual-property-at-apple-a-study-of-strategy-and-patterns/.

[223] "Exploring Intellectual Property at Apple: A Study of Strategy and Patterns," *ktMINE*, July 25, 2018, https://www.ktmine.com/exploring-intellectual-property-at-apple-a-study-of-strategy-and-patterns/.

[224] "Exploring Intellectual Property at Apple: A Study of Strategy and Patterns," *ktMINE*, July 25, 2018, https://www.ktmine.com/exploring-intellectual-property-at-apple-a-study-of-strategy-and-patterns/.

[225] "Exploring Intellectual Property at Apple: A Study of Strategy and Patterns," *ktMINE*, July 25, 2018, https://www.ktmine.com/exploring-intellectual-property-at-apple-a-study-of-strategy-and-patterns/.

[226] "Welcome to IPWatchdog.com, Celebrating 20 Years," *IPWatchdog*, https://www.ipwatchdog.com/about/; "The Apple Way: Repeated Innovation + Patent = Domination," Gene Quinn, *IPWatchdog*, January 24, 2010, https://www.ipwatchdog.com/2010/01/24/the-apple-way-repeated-innovation-patent-domination-2/id=8589/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



belief that patents do not contribute to innovation. It is, however, extremely difficult to argue that Apple products are not innovative … the fact that Apple is so aggressive with its patent portfolio demonstrates that patents can and do lead innovative companies to succeed."[227]

143. A leading treatise on IP valuation noted that, "Apple has an enormous amount of [IP] and intangible assets not the least of which are patented technology and its iconic name Apple."[228] The book estimated the value of Apple's intangible assets, including IP assets, to be over 60% of Apple's business enterprise value.[229]

144. The significance of Apple's IP garners its own attention and has resulted in the creation of at least one dedicated website, *Patently Apple*, which tracks and provides regular updates regarding Apple's granted patents, patent applications, continuation patents and design patents, as well as trademarks. *Patently Apple* also covers IP-related Apple litigation as well as certain activity relating to Apple competitors.[230]

145. The value of Apple's IP is reinforced by third-party analyses of the value of Apple's brand. Apple is consistently recognized as having one of the most valuable, if not the most valuable, brands in the world. For example, in its 2024 report on the most valuable and strongest brands, *Brand Finance* identified Apple has having the world's most valuable brand, with a $516.6 billion valuation.[231] According to *Brand Finance*:

> *Apple has grown its brand value through strategic diversification and premiumisation, moving away from heavy reliance on iPhone sales towards ventures into wearables and services such as Apple TV subscriptions. According to our research, more than 50% of respondents recognised Apple as expensive, but worth the price, reinforcing the brand's ability to demand a price premium.*[232]

146. Similarly, *Interbrand*, a pioneer of brand valuation, released their Best Global Brands 2024 report which hosts Apple as the top global brands for the at least ten consecutive years.[233] In the 2024 report, Apple is cited as the top-ranked brand with a valuation of $488.9 billion, a 3% decrease

---

[227] "The Apple Way: Repeated Innovation + Patent = Domination," Gene Quinn, *IPWatchdog*, January 24, 2010, https://www.ipwatchdog.com/2010/01/24/the-apple-way-repeated-innovation-patent-domination-2/id=8589/.

[228] Russell L. Parr, *Intellectual Property, Valuation, Exploitation, and Infringement Damages, Fifth Edition*, 2018, p. 500.

[229] Russell L. Parr, *Intellectual Property, Valuation, Exploitation, and Infringement Damages, Fifth Edition*, 2018, p. 500. $408.1 billion/$657.3 billion = 62.1%.

[230] "About/Contact Us," *Patently Apple*, https://www.patentlyapple.com/patently-apple/contact-us.html.

[231] "Global 500 2024: Apple clinches top spot as world's most valuable brand, outshining Amazon, Google, and Microsoft," *Brand Finance*, January 2021, https://brandirectory.com/reports/global/2024. Apple retained its spot in 2025, with a brand value of approximately $574.5 billion, up 11% from 2024. *See*, "Global 500 2025: Apple is the 2025 most valuable brand in the world; TikTok, DraftKings, and FanDuel brand values are the highest-growing since 2020," *Brand Finance*, https://brandirectory.com/reports/global/2025.

[232] "Global 500 2024: Apple clinches top spot as world's most valuable brand, outshining Amazon, Google, and Microsoft," *Brand Finance*, January 2025, https://brandirectory.com/reports/global/2024.

[233] "Best Global Brands," *Interbrand*, https://learn.interbrand.com/hubfs/Best-Global-Brands-2024-Report.pdf, p. 36.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

in value from the 2023 report.[234] According to Interbrand "Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV."[235]

147.    Annually, Forbes shares a list of the World's Most Valuable Brands which investigates the top 100 companies from the previous FY. In their 2020 World's Most Valuable Brands report, Apple was ranked number one with a brand valuation of $241.2B.[236]

**Figure 11: Summary of Apple's Rankings in Prominent Brand-Ranking Publications**[237]

| Publication | Year | Apple Rank |
|---|---|---|
| Brand Finance | 2024 | 1 |
| Interbrand | 2024 | 1 |
| Forbes | 2020 | 1 |

### 8.4. Apple's IP-Protected Tools, Technology, and Services for Developing, Distributing, and Testing Apps and the App Store

148.    Apple maintains IP protections related to the App Store and developer tools. Like the multilayered approach to protect user privacy, Apple has invested in the development of a multilayered set of protections for its App Store technology, including patents and trade secrets as well as copyrights and trademarks.[238]

149.    iOS and iPhone features, software tools, and app developer services have been the subject of ongoing innovation since Apple began its iPhone development prior to initial launch in 2007. The number of public iOS APIs made available by Apple to app developers has grown from

---

[234] "Best Global Brands 2024 Top 100," *Interbrand*, https://interbrand.com/best-global-brands/.

[235] "Best Global Brands 2024: 01 Apple," *Interbrand*, https://interbrand.com/best-global-brands/apple.

[236] "The World's Most Valuable Brands," *Forbes,* https://www.forbes.com/the-worlds-most-valuable-brands/#5c497c9d119c.

[237] "Global 500 2024: Apple clinches top spot as world's most valuable brand, outshining Amazon, Google, and Microsoft," *Brand Finance*, January 2025, https://brandirectory.com/reports/global/2024; "Best Global Brands 2024 Top 100," *Interbrand*, https://interbrand.com/best-global-brands/; "Best Global Brands 2024: 01 Apple," *Interbrand*, https://interbrand.com/best-global-brands/apple; "The World's Most Valuable Brands," *Forbes,* https://www.forbes.com/the-worlds-most-valuable-brands/#5c497c9d119c.

[238] Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2020, p. 3; Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, p. 3; Section 8.4.2.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



10,000 to 250,000 since Apple's first SDK was released in 2008.[239] Apple has continued to add and update features in new versions of its SDKs, including new APIs, new versions of Xcode and performance monitoring tools, and new developer support documentation.[240] As a result of Apple's continuous IP innovation and the ongoing development of an integrated ecosystem of products and services, both developers and consumers have benefitted. The figure below illustrates how consumers directly, and indirectly through developers, benefit from Apple's suite of proprietary IP and services.

**Figure 12: Apple IP Benefits Developers and Consumers**



150. In addition to the benefits passed on to consumers via applications created by developers, the enhanced experience on devices employing Apple's IP results in more trust, engagement, and developer revenue. This incentivizes further developer innovation which in turn benefits the consumer through a broader selection of better apps and features.

### 8.4.1. Use of IP-Protected Tools, Technology, and Services

151. Apple has discussed at length the IP protecting the proprietary tools, technology, and services it provides to developers pursuant to the Developer Agreement and the DPLA. For example, Philip Schiller stated in his deposition that "from my perspective, [the] majority of engineering Apple does is to support and benefit app developers, whether it is new hardware features that

---

[239] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, p. 2,894:15-22; App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/#:~:text=Today%27s%20developers%20also%20have%20more,that%20teach%20coding%20and%20business.

[240] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,894:23-2,895:14.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



developers will take advantage of, new software features in the operating systems and in the APIs we developed, and the capabilities of the store to distribute, support their apps."[241]

152.    Mr. Schiller also testified at trial in the *Epic Games v. Apple* matter, noting Apple's IP related to SDKs and the significant development effort required on the part of Apple:

> **Q**: And what is a Software Development Kit?
>
> **Mr. Schiller**: It includes a number of resources for developers to write software, resources like the APIs that we have been talking about, developer tools like Xcode. It includes documentation to help understand the APIs and their functions. Often has sample code to help a developer start to write their application or learn how to use an API
>
> **Q**: And do the Software Development Kits – are they made up of Apple's [IP]?
>
> **Mr. Schiller**: Yes.
>
> …
>
> **Q**: In terms of this initial SDK [development], how significant an effort was that?
>
> **Mr. Schiller**: Tremendous.
>
> **Q**: Can you describe that a bit, please.
>
> **Mr. Schiller**: For the better part of a year, the entire software organization was working to create and document the APIs as well as make the tools work with these new APIs on this new platform for developers.[242]

153.    Since the first iPhone SDK was announced in 2008, developers have acknowledged the advanced set of capabilities in, and ease of use of, Apple's proprietary tools and technology.[243] During the launch event for Apple's SDK, developers demonstrated their use of Apple's APIs and other developer tools, including Sega's *Super Monkey Ball* game app, Electronic Arts' *Spore: Origins* game app, and AOL's *AIM for the iPhone* social instant messaging app, among others.[244] These developers demonstrated apps they built merely "in two weeks on an SDK that they'd never seen before":

---

[241] Deposition of Philip Schiller, February 11, 2021, p. 91:18-24.

[242] "Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,731:24-2,732:8, 2,732:17-24.

[243] APL-APPSTORE_00000055-087 at 068, 071, 073-074.

[244] APL-APPSTORE_00000055-087 at 068-069, 073; "Review, Spore Origins, an Evolutionary Leap in Casual Gaming," Charles Jade, *ars Technica*, September 15, 2008, https://arstechnica.com/gadgets/2008/09/review-spore-origins-an-evolutionary-leap-in-casual-gaming-for-the-iphone-and-ipod-touch/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

(a) Electronic Art's *Spore* app "took advantage of a lot of the different features of the [iPhone];"

(b) Sega's "full 3D demo of the game [*Super Monkey Ball*] … [was created] working with a terrific, flexible, and powerful SDK;" and

(c) AOL's "*AIM for the iPhone*" social instant messaging app was built after coming "with absolutely no code for the device, just a spec sheet of how to talk to AIM."[245]

154. The initially available APIs provided a suite of tools that permitted use of iPhone's multimedia hardware and software to create "not a cellphone game … [but] a full console game."[246] The app developers at Apple's 2008 event highlighted the ease of using the iPhone's Cocoa Touch, the application development environment, which leveraged a novel touchscreen user interface.[247] Electronic Arts explained that "it took us about two days to get Cocoa Touch up and running. Once we had that up and running, we were then able to bring in our entire game development and got the whole game up and running."[248] As Scott Forstall, former Apple Senior Vice President of iOS Software, explained at Apple's launch event, "Cocoa Touch is built all around the concept of touch as an input so [Apple and app developers] start with an advanced multi-touch event system. This handles everything from a single finger touch to multi-finger to gestures. On top of this event system we built our multi-touch controls so our controls know all about the multi-touch nature of the iPhone."[249]

**Figure 13: Scott Forstall Introduced Cocoa Touch with SDK in 2008**[250]

---

245 APL-APPSTORE_00000055-087 at 068-069, 071, 073.

246 APL-APPSTORE_00000055-087 at 074.

247 "2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, at 47:25, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

248 APL-APPSTORE_00000055-087 at 069.

249 "Scott Forstall," *Wikipedia*, https://en.wikipedia.org/wiki/Scott_Forstall; APL-APPSTORE_00000055-087 at 063-064.

250 "2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, at 26:35, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD



155.    Electronic Arts' *Spore* app leveraged the touch interface to "allow [the user] to customize the game in two different ways" – adding game play features to the spore game protagonist and creative personalization in changing the look of the spore.[251]

**Figure 14: *Spore* App – 2008[252]**



156.    In 2010, Activision used advances in Apple's multi-touch API technology to build a *Guitar Hero* app that integrated different types of movement such as tapping, sustained touches, and "slide jams" to "deliver a richer guitar experience."[253]

---

[251] APL-APPSTORE_00000055-087 at 069.

[252] "2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, at 47:48, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

[253] "Apple WWDC 2010," *YouTube*, December 31, 2011, at 23:57, https://www.youtube.com/watch?v=ldFx1ftxs0A.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

**Figure 15:** *Guitar Hero* **App – 2010**[254]



157.    Another component of the early suite of tools facilitating the creation of "full console game[s]" for the iPhone's hardware components was the Accelerometer-focused API, which enabled "use [of the accelerometer] in [ ] applications" and would create a "comfortable, smooth way to play [a] game that eve[n] if you've never played a video game before, you'll know exactly what to do when you pick up an iPhone."[255] This hand-in-glove connection between the hardware component sensors and the developer's game allowed for the physical manipulation of the device in a 3D space to act as a peripheral controller. For example, Sega explained that "the object of *Super Monkey Ball* is to guide AiAi the Monkey through a series of mazes, collecting bananas along the way for extra lives."[256] To play the game, "[a]ll [a player] has to do to move AiAi [the Monkey] around is tilt the device."[257] Third parties recognized how Apple's hardware technology and developer tools opened new doors for Sega, *Super Monkey Ball* "[takes] advantage of the iPhone's accelerometer to control the action."[258] According to Sega, "[t]his feels like it's always the way *Super Monkey Ball* was meant to be played."[259]

---

[254] "Apple WWDC 2010," *YouTube,* December 31, 2011, at 24:14, https://www.youtube.com/watch?v=ldFx1ftxs0A; "Breaking Benjamin, Weezer and more added to Guitar Hero iPhone store," Griffin Mcelroy, *engadget*, July 23, 2010, https://www.engadget.com/2010-07-23-breaking-benjamin-weezer-and-more-added-to-guitar-hero-iphone-s.html.

[255] APL-APPSTORE_00000055-087 at 064, 073-074.

[256] APL-APPSTORE_00000055-087 at 073; "Super Monkey Ball goes live on iPhone App Store," Stuart Dredge, *PocketGamer,* July 10, 2008, https://www.pocketgamer.com/articles/007630/super-monkey-ball-goes-live-on-iphone-app-store/; "2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, at 1:00:55, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

[257] APL-APPSTORE_00000055-087 at 073.

[258] "AIM highlights iPhone demo apps," Jim Dalrymple, *MacWorld*, March 6, 2008, https://www.macworld.com/article/1132401/aim.html.

[259] APL-APPSTORE_00000055-087 at 074; "2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, at 1:01:35, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

**Figure 16:** *Super Monkey Ball* **App – 2008**[260]



158.     Apple's ongoing innovation in tools using 3D environment movement data is reflected in the capabilities of the CoreMotion framework, introduced in iOS 4.0, which is used to process accelerometer, gyroscope, pedometer, magnetometer, barometer and environment-related events.[261] "CoreMotion fuses data from the built-in hardware to let you determine precisely how [an] iOS device is oriented and moving in 3D space …. [The] device motion [can be used] to create an amazingly immersive experience for games, augmented reality, and much more."[262] The "CoreMotion framework provides an iOS app with highly accurate information regarding the motion and positioning attributes of a device. App developers can easily leverage this technology to create a unique, interactive experience."[263] CoreMotion can be used to address acceleration ambiguity in game apps as well as in health and fitness apps.[264] It "provides 3D attitude tracking while the [iOS] device is undergoing free-space motion. And it does this by fusing together all of the sensors to relay the advantages of each, while minimizing the disadvantages. And as a developer, what this really means it is enables [the developer] to focus on how [the developer] want[s] to use the motion data rather than the mechanics of trying to get the best from the

---

[260] "Super Monkey Ball goes live on iPhone App Store," Stuart Dredge, *PocketGamer*, July 10, 2008, https://www.pocketgamer.com/articles/007630/super-monkey-ball-goes-live-on-iphone-app-store/; "2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, at 1:01:06, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

[261] "Core Motion," *Apple*, https://developer.apple.com/documentation/coremotion.

[262] "What's New in Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2011/423/; "Understanding Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2012/524/; "Session 524 – Understanding Core Motion," *Apple*, https://download.developer.apple.com/wwdc_2012/wwdc_2012_session_pdfs/44020_session_524__understanding_coremotion.pdf; "Session 423 – Sensing Device Motion in iOS 4," *ASCIIwwdc*, https://asciiwwdc.com/2010/sessions/423; "Core Motion," *Apple*, https://developer.apple.com/documentation/coremotion.

[263] "Motion Events Part 2: Core Motion," *TechRepublic*, https://www.techrepublic.com/blog/software-engineer/motion-events-part-2-core-motion/.

[264] "Creating Immersive Apps with Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2017/704/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

sensors."[265] Apple has 5 U.S. patents referring to CoreMotion and 1 additional U.S. patent application.[266]

159.    Apple's ongoing innovation in tools is also demonstrated by its graphics technology. When Apple first offered its 2008 SDK, OpenGL, a framework for real-time 3D graphics, was part of the SDK, as stated below:

> *OpenGL was originally designed [in the 1990s] and its core reflects the origins of hardware accelerated 3D graphics. So updates with new versions and extensions have really served us well by exposing new GPU features and performance techniques. However, there are still some fundamental design choices that no longer apply to current hardware. The OpenGL pipeline was originally an entirely fixed function and although today OpenGL supports a programmable pipeline it doesn't neatly match that of modern GPUs. Also, asynchronous processing is not a core feature of the API, there are a number of features which allude to the fact that the GPU works in parallel with your app but much of this is implicit.*[267]

160.    Apple innovated its enhanced Metal framework because "a new application interface for the GPU was necessary."[268] Metal, introduced with iOS 8, directly communicates with the graphics processing units ("GPU") to render advanced 3D graphics and perform data-parallel computations.[269] Metal enables the "perform[ance] [of] the most expensive operations less often," through more efficient rendering of objects, a clear model for multithreaded execution, direct calls to the GPU driver with less processing by the driver, and no need "to perform any expensive internal logging operations to prevent [ ] objects from getting into some invalid state."[270] At least 14 of Apple's U.S. patents and an additional 12 U.S. patent applications, as well as copyrights and registered trademarks, relate to Metal.[271] Metal technology has both been used and promoted by developers with graphics-intensive applications.

161.    For example, at Apple Worldwide Developers Conference ("WWDC") 2014, Tim Sweeney explained how the technology provided a major development for games, stating that "there are

---

[265] "Creating Immersive Apps with Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2017/704/.

[266] Schedule 3.3.

[267] APL-APPSTORE_00000055-087 at 063; "Metal for OpenGL Developers," *Apple*, https://developer.apple.com/videos/play/wwdc2018/604/.

[268] "Metal for OpenGL Developers," *Apple*, https://developer.apple.com/videos/play/wwdc2018/604/.

[269] "Metal," *Apple*, https://developer.apple.com/metal/; "Metal," *Apple*, https://developer.apple.com/documentation/metal.

[270] "Metal for OpenGL Developers," *Apple*, https://developer.apple.com/videos/play/wwdc2018/604/.

[271] Schedule 3.3; "Metal Sample Code," *Apple*, https://developer.apple.com/metal/sample-code/; *For example*, download from "Performing Calculations on a GPU," *Apple*, https://developer.apple.com/documentation/metal/basic_tasks_and_concepts/performing_calculations_on_a_gpu?preferredLanguage=occ; "Metal Developer Tools for Windows Version 1.2 (for use with Xcode 12.2)," *Apple*, https://download.developer.apple.com/Developer_Tools/Metal_Developer_Tools_for_Windows_1.2/Metal_Developer_Tools_for_Windows_1.2.pdf; Schedule 2.1.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

thousands of objects being rendered here in a scene that we couldn't have dreamed of building prior to Metal delivering a ten-fold increase in rendering efficiency. To have this level of graphics capability available on iPhone and iPad now is a stunning breakthrough."[272] At WWDC 2015, Billy Bramer, Fortnite's then-lead gameplay programmer, took the stage and confirmed that it developed its *Fortnite* game using Metal, explaining that Metal "revolutionized graphics on iOS," and "enable[d] developers like [Epic] to create richer 3D worlds."[273] During WWDC 2018, Epic gave a presentation regarding Metal using *Fortnite* on iOS.[274]

162.    Additionally, Stephan Sherman, Co-Founder & Chief Creative Officer of developer Super Evil Megacorp – creator of the *Vain Glory* multiplayer online battle arena game – discussed his company's use of Metal to enable the creation of rich, multiplayer gaming experiences on the iPhone that were previously the domain of consoles and PCs, noting:

> *Multiplayer battle arena gaming is the most popular game genre in the world …* Vain Glory *brings this world-class competitive gaming to iOS … We fused our Evil Game Engine with Metal and absolutely love the results on the new iPhone 6. A world of 1.3 million polygons running at 60 frames per second, new environment effects like dust particles and butterflies, new lighting effects like these crystals casting blue light, and more than one hundred fully animated characters all interacting at once … We founded Super Evil Megacorp to bring the hardcore gaming experiences of PCs and consoles to the mobile generation. This is why we are so thrilled about the performance now possible on the iPhone 6 and Metal.*[275]

163.    Jeff Boudier of *Replay* explained how the video editing app's advanced features, including real time, desktop-class graphics rendering, are enabled by Metal:

> Replay *runs computer vision algorithms to find the best accent color for each video then desaturates the rest and with Metal this code runs 20x faster than using the CPU … See how the light interacts with the text? I can even set the lighting color while my movie is playing, this effect is called volumetric lighting and* Replay *renders it in real time on the iPad, this is truly desktop class performance. We believe video creation should be easy and instant, with this new iPad and Metal, our vision becomes reality.*[276]

164.    The team behind the *Primer: AR* application, which uses augmented reality ("AR") technology to allow users to visualize interior design changes in real time, has described the benefits of the ARKit framework on multiple occasions, including:

---

[272] "WWDC14 iOS 8 Metal Demo by EPIC Games," *YouTube*, June 3, 2014, at 2:19, https://www.youtube.com/watch?v=NRoGwuSDh3E.

[273] "Apple WWDC 2015," *YouTube*, June 15, 2015, at 18:35, 19:57, https://www.youtube.com/watch?v=_p8AsQhaVKI.

[274] "Metal for Game Developers," *Apple*, at 41:30, https://developer.apple.com/videos/play/wwdc2018/607/.

[275] "Apple Special Event," *Apple*, September 9, 2014, at 20:10, https://podcasts.apple.com/us/podcast/apple-special-event-september-2014/id275834665?i=1000430692664.

[276] "Apple Special Event," *Apple*, October 16, 2014, at 55:22, https://podcasts.apple.com/us/podcast/apple-special-event-october-2014/id275834665?i=1000430692671.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



*ARKit anchors our entire app experience … What I love about this SDK is that Apple took the stuff that was incredibly intricate and complex and would've been really hard for us to build and they made it really accessible, abstracting it in ways where we could just be creative on top of it. Within three or four months of development time we had a great prototype we could take to brands, and give them these superpowers they didn't know they had before.*[277]

[and]

*[O]ur app and our business would not exist without it. We don't just use ARKit…ARKit is the entire app.*[278]

165.    Another example of Apple's integrated innovation is shown in its contributions to the development of artificial intelligence ("AI") and ML technology. One example is Apple's CoreML API. The CoreML API enables developers to run real-time analysis and models on data from the iPhone hardware (*e.g.*, camera).[279] At Apple's September 2018 Special Event, Apple featured Nex Team's *HomeCourt* app to show "an entirely new use case for the iPhone camera using CoreML."[280] *HomeCourt* uses CoreML to track basketball shots by simply pointing an iPhone at a court. Without any sensors on the basketball court, ball, or player, *HomeCourt* will measure a player's release time and angle of a shot, how fast the player is moving before shooting, and the player's vertical leap.[281] *HomeCourt* also took advantage of the new, significantly faster A12 bionic chip in the latest iPhone models, XS, XS Max, and XR, to offer "real-time AI-powered analysis" for the first time.[282]

---

[277] "Meeting pandemic challenges, Apple developers grow total billings and sales in the App Store ecosystem by 24 percent to $643 billion in 2020," *Apple*, June 2, 2021, https://www.apple.com/newsroom/2021/06/apple-developers-grow-app-store-ecosystem-billings-and-sales-by-24-percent-in-2020/.

[278] "A Global Perspective on the Apple App Store Ecosystem," *Analysis Group*, June 2021, p. 17.

[279] "September Event 2018 – Apple," *YouTube*, September 13, 2018, at 59:28, https://www.youtube.com/watch?v=wFTmQ27S7OQ.

[280] "September Event 2018 – Apple," *YouTube*, September 13, 2018, at 59:28, https://www.youtube.com/watch?v=wFTmQ27S7OQ; "Meet the developer: Philip Lam," *Apple*, April 24, 2020, https://developer.apple.com/news/?id=wk9cj822; "HomeCourt: Basketball Training," *Apple*, https://apps.apple.com/us/app/homecourt-basketball-training/id1258520424#?platform=iphone.

[281] "September Event 2018 – Apple," *YouTube*, September 13, 2018, at 59:54, https://www.youtube.com/watch?v=wFTmQ27S7OQ; "Meet the developer: Philip Lam," *Apple*, April 24, 2020, https://developer.apple.com/news/?id=wk9cj822; "HomeCourt: Basketball Training," *Apple*, https://apps.apple.com/us/app/homecourt-basketball-training/id1258520424#?platform=iphone.

[282] "September Event 2018 – Apple," September 13, 2018, *YouTube,* at 1:00:50, https://www.youtube.com/watch?v=wFTmQ27S7OQ; "Meet the developer: Philip Lam," *Apple*, April 24, 2020, https://developer.apple.com/news/?id=wk9cj822; "HomeCourt: Basketball Training," *Apple*, https://apps.apple.com/us/app/homecourt-basketball-training/id1258520424#?platform=iphone.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

**Figure 17: *HomeCourt* Requires iPhone Hardware, Software, and APIs – 2018**[283]

 

### 8.4.2. Apple IP Relating to the App Store and the Proprietary Tools, Technology, and Services Made Available by Apple

166.   I have conducted an illustrative analysis of specific Apple IP relevant to the App Store and related developer tools and services utilized in connection with developing, testing, and distributing apps. Specifically, I have identified examples of U.S. patents, trademarks, and copyrights protecting Apple technology. My analysis of U.S. patents is based on a non-exhaustive search for Apple's patents, which due to judgment relating to categorization may be over- or under-inclusive and may count certain patents in multiple categories.[284] I have conducted similar searches for registered copyrights and trademarks.

167.   Apple holds U.S. patents relating to various aspects of the App Store and the tools provided to and used in developing, testing, and distributing apps. I have organized my patent analysis in the following categories:

   (a)  Privacy/Security;

   (b)  Monetization Options;

   (c)  Graphics/Multimedia, Games;

   (d)  AR/Machine Learning;

   (e)  Sensor Interaction;

   (f)  Connectivity;

   (g)  Health and Fitness;

   (h)  Interaction with Home;

   (i)  Interaction with Other Devices; and

---

[283] "September Event 2018 – Apple," September 13, 2018, *YouTube,* at 1:01:18, https://www.youtube.com/watch?v=wFTmQ27S7OQ; "Meet the developer: Philip Lam," *Apple*, April 24, 2020, https://developer.apple.com/news/?id=wk9cj822; "HomeCourt: Basketball Training," *Apple*, https://apps.apple.com/us/app/homecourt-basketball-training/id1258520424#?platform=iphone.

[284] These searches included the search term in the title, abstract, body or claims of the patents.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(j)  Interaction with Web and Maps.

168.  In all the categories combined, I identified a total of 44 specific developer tools, technology, and services for which I pulled the associated granted U.S. patent and U.S. patent application counts.[285] Across these example developer tools, technology, and services, I identified a total of 2,149 active U.S. patents and patent applications owned by Apple.[286]

169.  My process for conducting the patent analysis consisted of the following steps. The first step was an identification of search terms that represented technologies that Apple has created and offers to developers, organized by the categories listed above. Next, I tested the results of each individual search term through an initial review of select grants and applications. Based on the results, I determined if limitations to the search terms were required to further refine the results to ensure relevance to the App Store.[287] If limitations were required, I tested the results of each search term with limitations through manual review of a selection of grants and applications. Lastly, I conducted a combined search with all terms and limitations and manually removed grants and applications that I found not to be relevant. A process diagram indicating the flow of my overall patent analysis methodology is displayed in Schedule 3.4.

170.  A few notable examples of Apple developer tools, technology, and services with associated patent counts are summarized below. The full list of such tools, technology, and services, their definitions, and patent counts for each technology can be found in Appendix C. In summary, Apple holds U.S. patents covering various aspects of the App Store and the tools, technology, and services provided to and used by app developers, including at least:

(a)  354 granted U.S. patents and 78 active, published U.S. patent applications referring to the App Store;

(b)  484 granted U.S. patents and 274 active, published U.S. patent applications referring to Security;

(c)  49 granted U.S. patents and 5 active, published U.S. patent applications referring to Xcode;

(d)  97 granted U.S. patents and 55 active, published U.S. patent applications referring to Authentication;

(e)  37 granted U.S. patents and 7 active, published U.S. patent applications referring to UIKit; and

---

[285] Schedule 3.3.

[286] Schedule 3.2.

[287] Within PatentSight, a combination of search syntax and Booleans were used to filter down the broad results of certain keywords. Certain search terms were excluded from the search function and/or results because they were too broad or did not result in relevant patents.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(f) 64 granted U.S. patents and 19 active, published U.S. patent applications referring to Apple Pay.[288]

171. Apple's patents complement its protection of its various software, tools, services, and other technology through copyrights and trademarks. Apple uses copyright to protect, for example:[289]

(a) Documentation and source code;

(b) iOS content;

(c) APIs;

(d) beta iOS releases;

(e) SDKs;

(f) Other work such as instructional materials, multimedia content, articles teaching about various software tools; and

(g) Features such as articles describing how to debug a widget, create app clip codes, or create a custom keyboard, as well as any sample source code that is provided to app developers.[290]

172. When providing sample source code, Apple includes a license that reiterates its copyright protection of such code and associated documentation and requires that the copyright notice be included in all copies or substantial portions of that code and documentation.[291] Apple has registered in the U.S. over 6,000 copyrights, including 302 copyrights using the term "iOS," of which 267 contain "iOS" in the title.[292]

173. Apple obtains trademarks, service marks, trade names and trade dress as protection of its rights in these valuable assets. A non-exhaustive list of Apple's trademarks can be found on its website, including terms relating to the App Store and software tools used by app developers:

(a) App Store®;

(b) CloudKit®;

(c) Core ML®;

(d) iAd®;

---

[288] Schedule 3.3; Schedule 4.5.

[289] "Apple Website Terms of Use," *Apple*, https://www.apple.com/legal/internet-services/terms/site.html; "Software License Agreements," *Apple*, https://www.apple.com/legal/sla/.

[290] "Apple Developer Documentation," *Apple*, https://developer.apple.com/documentation/.

[291] "Sample Code," *Apple*, https://developer.apple.com/wwdc20/sample-code/. For example, download from "Adopting Menus and UIActions in your User Interface," *Apple*, https://developer.apple.com/documentation/uikit/adopting-menus-and-uiactions-in-your-user-interface.

[292] Schedule 2.0.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

(e) Metal®;

(f) Metal Logo™;

(g) Multi-Touch™;

(h) Quartz®;

(i) Safari®;

(j) Swift®;

(k) Swift Logo®;

(l) SwiftUI™; and

(m) There's an app for that®.[293]

174.    Apple's trademark IP assets have significant value. For example, Apple has invested in, advertised, marketed, and promoted the APP STORE mark. According to Apple's Complaint alleging trademark infringement against Amazon.com for the company's promotion of an "Appstore Developer Portal" and "Appstore Developer Program," by 2011, Apple had spent "millions of dollars on print, television, and internet advertising … and obtained registrations of the APP STORE mark covering more than fifty foreign jurisdictions, including the European Union, Japan, and China."[294] According to Apple:

> *From Apple's launch of the APP STORE service in 2008, Apple has prominently featured the APP STORE mark in print advertising in the United States, California, and elsewhere. The mark has been featured in such print advertising sponsored both by Apple as well as AT&T (which offers wireless connectivity for certain Apple mobile devices). These ads have appeared in such magazines and newspapers as Fortune, The New Yorker, The Economist, Newsweek, Time, The New York Times, the Washington Post, as well as numerous other regional and local newspapers. As part of its marketing for the APP STORE service, Apple has implemented a unique television advertising campaign … Not surprisingly given the success of Apple's APP STORE service, the service and Apple's APP STORE mark have been the subject of an overwhelming amount of high-profile positive unsolicited media coverage in the United States and California. These articles recognize the APP STORE mark as referring exclusively to Apple's service.[295]*

175.    Apple has invested in trademark protection of its advertising of the App Store. In 2009, Apple filed for a trademark on the phrase "There's an app for that," used by Apple in TV ads to highlight its App Store and the numerous apps it offers.[296] This phrase was described by *Wired* as

---

[293] "Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

[294] "Complaint," *Apple Inc. v. Amazon.com, Inc.* (Case No. 4:11-cv-01327-PJH), Dkt. #1 (March 18, 2011). 4, 7.

[295] "Complaint," *Apple Inc. v. Amazon.com, Inc.* (Case No. 4:11-cv-01327-PJH), Dkt. #1 (March 18, 2011), p. 5.

[296] "Apple Registers Trademark for 'There's an App for That'," Brian Chen, *Wired*, October 11, 2010, https://www.wired.com/2010/10/app-for-that/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

"so catchy that it's endlessly parroted by the media."[297] According to *CNN* at the time: "The slogan has been used by Apple to hammer home what the company feels is a major advantage[ ] over its smart-phone rivals. The Apple App Store has more than 250,000 apps for the iPhone, iPad and iPod – more than any competitor."[298] Due in part to Apple's extensive branding efforts, iOS consumers equate the App Store (and associated trademarks) with the privacy and security themes at the core of Apple's corporate identity.

176.    Specifically, Apple "deliver[s] a brand promise of – of privacy and security and safety."[299] iOS developers benefit significantly from the association between the App Store and security/safety, as consumers inherently trust the safety and privacy of the applications distributed via the App Store. Apple CEO Tim Cook testified, "the developer depends on the store being a safe and trusted place where customers want to come and feel good about transacting."[300] Further, he explained that the App Store application review process enables users to "be assured that it's safe and trusted."[301] This focus on privacy and security has existed for an extended period of time at Apple, with Mr. Erik Neuenschwander testifying that Apple "has a set of privacy pillars which guide our designs" and "the attention to privacy at Apple goes back to since before I joined the company [in 2007]."[302]

177.    Additionally, the Court in *Epic v. Apple*, Epic agreed that "enhancing consumer appeal" – the goal of Apple's security and privacy efforts – is a cognizable procompetitive justification.[303] Indeed, this focus on security and privacy "is tapping into consumer demand and differentiating its products from those of its competitors," with the Court in *Epic v. Apple* citing consumer surveys in the record indicating "security and privacy is an important aspect of a device purchase for 50% to 62% of iPhone users and 76% to 89% of iPad users worldwide."[304]

178.    I have not conducted an analysis of Apple's trade secrets, as trade secrets in general retain their value by being inaccessible and unknown to competitors, as well as the general public.

---

[297] "Apple Registers Trademark for 'There's an App for That'," Brian Chen, *Wired*, October 11, 2010, https://www.wired.com/2010/10/app-for-that/.

[298] "Apple Trademarks 'There's an app for that'," Doug Gross, *CNN*, October 12, 2010, http://www.cnn.com/2010/TECH/mobile/10/12/app.for.that/index.html.

[299] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,852:18-19. *See also*, "WWDC 2018 Keynote," *YouTube*, June 5, 2018, at 1:51:00, https://www.youtube.com/watch?v=UThGcWBIMpU; "WWDC 2020 Special Event Keynote," *YouTube*, June 22, 2020, https://www.youtube.com/watch?v=GEZhD3J89ZE; "WWDC 2019 Keynote," *YouTube*, June 4, 2019, https://www.youtube.com/watch?v=psL_5RIBqnY.

[300] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,885:9-11.

[301] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,994:6-10.

[302] Deposition of Erik Neuenschwander, January 9, 2025, pp. 10, 15, 31, 34.

[303] "Opinion," *Epic Games, Inc. v. Apple Inc.* (Case No. 21-16506), Dkt. #215-1 (April 23, 2023), p. 52.

[304] "Opinion," *Epic Games, Inc. v. Apple Inc.* (Case No. 21-16506), Dkt. #215-1 (April 23, 2023), p. 53.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



## 8.5. Apple IP Usage Differs Among Apps

179.    Apple has created a wide array of IP-protected tools, technology, and services that can be combined in varied ways in order to create a broad range of apps. For example, graphics-intensive game apps are built with specific frameworks suitable for their needs, such as the Metal graphics framework.[305] Meanwhile, video streaming apps may use frameworks like FairPlay Streaming, HTTP Live Streaming, and AVKit instead.

180.    Simpler text-based apps (*e.g.*, notepads or dictionaries), on the other hand, may not need gaming and streaming frameworks and instead rely on a small subset of the proprietary development tools that Apple provides under the Developer Program. There are over 1.8 million iOS apps on the App Store, and in connection with their development and support, innumerable combinations of the proprietary Apple frameworks, tools, APIs, and technologies provided under the Developer Program can be implemented.[306]

181.    For instance, Apple has developed over 250,000 APIs, of which there are APIs specifically tailored to video content, audio content, game development, health tracking, transacting, data transfer, physical sensors, authentication, advertising, and internet of things, to name a few.[307] Different applications can integrate unique combinations of these tools particular to their specific functionality.[308]

182.    To further understand the variety of Apple IP-protected tools, technology, and services and building from my patent analysis described in Section 8.4.2, I have conducted an exemplary patent analysis exemplary games, entertainment, and music apps. Based on a combination of public Developer Program documentation, public presentations, USPTO data, and documents produced in this case, I have tallied IP counts in the table below. This table shows examples of proprietary Apple technology relevant to each of the top three grossing application categories, as well as the identified patent grant and application counts directly associated with each.

---

[305] "Metal for Game Developers," *Apple*, at 41:30, https://developer.apple.com/videos/play/wwdc2018/607/.

[306] "Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021, p. 3,853:5; Section 7.4.

[307] "Technologies," *Apple*, https://developer.apple.com/documentation/technologies; "App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/#:~:text=Today%27s%20developers%20also%20have%20more,that%20teach%20coding%20and%20business.

[308] Schedule 3.0.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

**Figure 18: Exemplary Application Comparison**[309]

| Category | Top Gross Applications | Illustrative Technology Category | Asset Count |
|---|---|---|---|
| Games | Roblox, Candy Crush Saga, Royal Match | Metal, GameKit, ReplayKit | 28 |
| Entertainment | Disney+, TikTok, Max | CoreVideo, HTTP Live Streaming | 159 |
| Music | Pandora, YouTube Music, Amazon Music | CoreAudio, AudioToolBox | 43 |

183.    Not only does use of IP-protected tools, technology, and services vary greatly among application categories, as illustrated above, but it is disparate within each category as well and could change over time. For instance, there is a broad spectrum of application design complexity within the Games category itself. Epic has focused on the significance of the Metal graphics framework in developing the "rich[ ] 3D world[ ]" of *Fortnite*."[310] During WWDC 2018, Epic gave a presentation regarding Metal using *Fortnite* on iOS.[311] By contrast, *Minecraft* developer Mojang focused on the role of ARKit in enabling unique gameplay features in its *Minecraft* app, such as permitting players to insert themselves into a game.[312]

184.    Ultimately, Apple has developed a wide array of IP-protected tools, technology, and services that offer a wide breadth of implementation that can vary (and has and will continue to evolve) on an application-by-application basis.

### 8.5.1. Service Marks and Trademarks

185.    I have also found specific instances in different apps use Apple service marks and trademarks to promote their association with Apple products, services, or features.

---

[309] Schedule 3.3; TotalPatent One and PatentSight databases, accessed March 7, 2025, with reporting date of February 26, 2025, Owner: Apple Inc., Authority: United States, Patent Status: Active Grant and Active Application, Title/Abstract/Claims/Description: "HTTP Live Streaming".

[310] "Apple WWDC 2015," *YouTube*, June 15, 2015, at 18:35, 19:57, https://www.youtube.com/watch?v=_p8AsQhaVKI.

[311] "Metal for Game Developers," *Apple*, at 41:30, https://developer.apple.com/videos/play/wwdc2018/607/.

[312] "WWDC19 Keynote," *Apple*, June 2, 2019, at 2:01:56, https://podcasts.apple.com/us/podcast/apple-wwdc-2019-keynote-address/id275834665?i=1000440615083.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

186.    Apple has over 70 service marks.[313] For example, Apple owns a service mark on the App Store®.[314] Apps have been observed to promote the availability of their application on the App Store®, as shown by way of examples in the figures below.

**App Store® Service Mark**

187.    In the "Top 10 iOS Game Development Companies in 2024" report by Red Apple Technologies, Red Apple, Galaxy4Games, and Riseup Labs are three of the top four companies.[315] Each of these companies offers their games through Apple's App Store, which is a preinstalled application accessible via an icon on Apple's devices. Each of these companies advertise the availability of their games using the App Store® service mark on their own websites. Specifically, Red Apple's Panzer Fury, Galaxy4Games' Bingo: Love in Montana, and Riseup Labs' Crazy Slots are examples of Apple's App Store® service mark being used for the benefit of third-party game developers and their customers.[316] As seen in the red boxes I inserted in the figures below, I highlight the use of the App Store® service mark on these third-party websites.

**Figure 19: Panzer Fury Use of App Store® Service Mark**[317]



**Figure 20: Bingo: Love in Montana Use of App Store® Service Mark**[318]

---

[313] "Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

[314] "Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

[315] "Top 10 iOS Game Development Companies to Transform Mobile Gaming" Kaushik Dey, *Red Apple Technologies*, November 4, 2024, https://www.redappletech.com/blog/top-10-ios-game-development-companies.

[316] "Panzer Fury," *Red Apple Technologies*, https://www.redappletech.com/panzer-fury-game; "Bingo: Love in Montana," *Galaxy Games*, https://galaxy4games.com/our-work/projects/bingo-love-in-montana/; "Crazy Slots," *Rise Up Labs*, https://riseuplabs.com/crazy-slots/.

[317] "Panzer Fury," *Red Apple Technologies*, https://www.redappletech.com/panzer-fury-game.

[318] "Bingo: Love in Montana," *Galaxy Games*, https://galaxy4games.com/our-work/projects/bingo-love-in-montana/.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD



**Figure 21: Crazy Slots Use of App Store® Service Mark**[319]



188.    When apps are promoted with the App Store® service mark, they are using the service mark and benefit from the ease in which a user can locate and download an application listed in the App Store, and the understanding that applications in the App Store meet Apple's standards and are made to utilize Apple's underlying technology.

## Apple TrueDepth® Trademark

189.    Apple has over 300 trademarks, including the iconic Apple™ and TrueDepth®.[320] The TrueDepth® camera is a front-facing camera on Apple's devices that captures facial data to power features like Face ID® and Memoji®.[321] Face ID® is a facial recognition system that uses advanced camera technology to securely unlock Apple devices. This feature was first introduced in 2017 with the iPhone X, and is a major advancement over fingerprint identification used in

---

[319] "Crazy Slots," *Rise Up Labs*, https://riseuplabs.com/crazy-slots/.

[320] "Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

[321] "TrueDepth Camera: A tech behind Screen distance alert feature in iOS," Prabakaran Marimuthu, *Medium*, September 29, 2023, https://medium.com/prabs_ma/truedepth-camera-a-tech-behind-screen-distance-alert-feature-in-ios-8457cb4bfaba.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



earlier Apple iPhone models.[322] Memoji® is a personalized 3D emoji that can reflect your facial features and clothing preferences.[323]

190.    Apple's TrueDepth® camera system on iPhones functions as a LiDAR sensor, utilizing infrared dot projection to create detailed depth maps by measuring the time it takes for the projected dots to reflect back from objects. This allows for precise 3D scanning and depth perception, particularly used in features like Face ID® and AR applications.[324] Certain apps may promote the use of the functionality provided by the TrueDepth® camera system.

191.    For example, Xyken uses Apple's TrueDepth® camera system to enable their 3D scanning application, SureScan 3D Scanner App.[325] As seen in the red box I inserted in the figure below, I highlight the use of the TrueDepth® trademark on the third-party website.[326]

**Figure 22: Xyken Use of TrueDepth® Trademark**[327]



192.    When apps are promoted as using TrueDepth®, they are using the trademark and benefit from the user's understanding that the application is enhanced by technical aspects of Apple's

---

[322] "Face ID," *Wikipedia*, https://en.wikipedia.org/wiki/Face_ID.

[323] "Animoji," *Wikipedia*, https://en.wikipedia.org/wiki/Animoji#Memoji.

[324] "Apple's LiDAR Scanner for AR Platform - Future and Applications," Sumit Negi, *Copperpod Intellectual Property*, July 8, 2021, https://www.copperpodip.com/post/apple-s-lidar-scanner-for-ar-platform-future-and-its-applications#:~:text=The%20ToF%20sensor%20realizes%203D,read%20by%20the%20infrared%20camera.

[325] "SureScan 3D Scanner App," *Xyken*, https://www.xyken.com/surescan-3d-app.

[326] "SureScan 3D Scanner App," *Xyken*, https://www.xyken.com/surescan-3d-app.

[327] "SureScan 3D Scanner App," *Xyken*, https://www.xyken.com/surescan-3d-app.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

OCEAN TOMO®
A PART OF JS|HELD

technology to produce high-quality scans and images, and any images or scans produced by the application are protected by Apple's privacy and security technology.

### 8.5.2. Registered Copyrights

193.   I have identified specific instances of Apple's copyrights related to Apple's App Store and the tools, technology, and services that it makes available, including the App Store trademark, where apps use Apple's copyrighted software.[328] Apps built for the iPhone therefore use and benefit from Apple's copyrighted software.

194.   The interconnected nature of Apple's products also enhances the benefits of using Apple's proprietary tools, technology, and services. A specific example of how developers use Apple's proprietary technology includes Apple's APIs, many of which are copyrighted as well as protected by trademark.

195.   For example, Apple has created and makes available to developers over 250,000 APIs for various purposes, which developers use in developing, testing, and the operation of their apps.[329] Apple's APIs allow developers to access Apple's hardware, functionalities, services, or data.

196.   Apple provides to their developers an IDE known as Xcode that supports Apple's programming language, Swift.[330] Along with Swift, Apple provides a host of tools and other APIs to allow developers to allow their apps to share data, services, and functionalities with other software programs. For example, a developer's app may interact with the graphics functionality of a device, where the device's software will properly display the program's images regardless of the display size native on the Apple device.[331] Also, a developer's program may enable financial transactions by using APIs that interact with Apple Pay®.[332] Further, developers can use APIs to write code that retrieves data from a weather service, or health or sensor data stored on the device.[333]

197.   Apps relying on Apple's APIs for example use and benefit from all the IP-protected tools, technology, and services associated with and supporting those APIs.

### 9. APPLE IS NOT ALONE IN SETTING TERMS OF ACCESS TO AND USE OF IP-PROTECTED TOOLS, TECHNOLOGY, AND SERVICES

198.   In the field of technology development and licensing, the owner of IP-protected tools, technology, and services have been observed as setting the terms of access and use to their property using a variety of forms. By way of example, other entities offer their software and development tools and technology for software development, including apps, in a variety of

---

[328] Schedule 2.0; Section 8.4.2.

[329] "Apple Developer Documentation," *Apple*, https://developer.apple.com/documentation/.

[330] "Xcode," *Apple*, https://developer.apple.com/xcode/.

[331] "Accelerate graphics and much more," *Apple*, https://developer.apple.com/metal/.

[332] "Apple Pay," *Apple*, https://developer.apple.com/documentation/passkit/apple-pay.

[333] "WeatherKit REST API," *Apple*, https://developer.apple.com/documentation/weatherkitrestapi/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

OCEAN TOMO®
A PART OF JS|HELD

structures and pricing models that differ from that of the Developer Program and its related agreements.[334]

199.  Setting the terms of access to and use of IP-protected tools, technology, and services is commonplace within the fields of technology development and licensing, and has been observed with respect to both app developers and other software providers, including those providing apps for iOS devices, as well as in many other industries and fields.

## 10. CONCLUSION

200.  Through the evidence cited and discussion above, I have reached three primary opinions:

(a)  Apple owns a large portfolio of IP-protected technology that is integral to its iOS and App Store ecosystem, created through substantial investments in R&D, and that is made available to developers to through the terms of the Developer Program and its related agreements;

(b)  There exists technical examples of usage of Apple's IP-protected technology and the patents, copyrights, trademarks, APIs, and other IP rights that are embodied – which substantiates the notion that Apple's IP-protected tools, technology, and services are used in connection with the development, testing, and distribution of apps for iOS devices; and

(c)  Setting the terms of access to and use of IP-protected tools, technology, and services is commonplace in the field of technology development.

## 11. SIGNATURE

201.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

_____
James E. Malackowski

March 7, 2025
_____
Date

---

[334] *See, for example,* "Reporter's Transcript of Proceedings: Volume 5 – Testimony of Andrew Grant," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), May 5, 2021, p. 754:13-19; "Unity Software Inc.: Investing While Growing to Stay Ahead in the Innovation Battle," Stephen Jurade et al., *Credit Suisse*, May 11, 2021, p. 3; Unity Software Inc. Form 10-K for the fiscal year ended December 31, 2020, p. 6; "Unity Store," *Unity*, https://unity.com/products/compare-plans.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**





200 West Madison, Suite 1020

Chicago, IL 60606

(312) 327-4400

www.oceantomo.com

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Appendix A



March 7, 2025

# JAMES E. MALACKOWSKI
## CURRICULUM VITAE

**James E. Malackowski** is a Co-founder and Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held.  Ocean Tomo provides Expert Opinion, Management Consulting, Advisory, and Specialty Services focused on matters involving intellectual property (IP) and other intangible assets. Practice offerings address economic damage calculations and testimony; business licensing strategy and contract interpretation; patent-focused business intelligence; portfolio development strategy; litigation support; trade secret reasonable measures; asset and business valuation; strategy and risk management consulting; merger and acquisition advisory; debt and equity private placement; and IP brokerage.  Subsidiaries of Ocean Tomo include Ocean Tomo Investments Group, LLC, a registered broker-dealer.  With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

Along with Supreme Court Justice Stephen Breyer, Mr. Malackowski was inducted as the 87th member of the IP Hall of Fame, chosen by the IP Hall of Fame Academy from a longlist of nominees put forward by the global IP community. Mr. Malackowski was recognized by the Academy in 2022 with the Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset. Mr. Malackowski's inclusion into the IP Hall of Fame follows annual recognition since 2007 by leading industry publications as one of the 'World's Leading IP Strategists'.   Significantly, Mr. Malackowski is listed among "50 Under 45" by *IP Law & Business™*; included in the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers; and, named as one of "The Most Influential People in IP" by *Managing Intellectual Property™*.  Mr. Malackowski was named as1 of 50 individuals, companies and institutions that framed the first 50 issues of *IAM Magazine* as well as 1 of 60 leading global Economics Expert Witnesses by the same publication in 2014.  In 2011 Mr. Malackowski was selected by the World Economic Forum as one of less than twenty members of the Network of Global Agenda Councils to focus on questions of IP policy.  In 2013 he was inducted into the Chicago Area Entrepreneurship Hall of Fame by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration.  In 2018, Mr. Malackowski joined the Standards Development Organization Board of the Licensing Executives Society (USA & Canada), Inc. governing voluntary consensus-based professional practices that are guided in their development by the American National Standards Institute's (ANSI's) Essential Requirements.  LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management.

On more than one hundred occasions, Mr. Malackowski has served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice, the Federal Court of Australia, the U.S. Patent and Trademark Office Patent Trial and Appeal Board, and global arbitrations on questions relating to intellectual property economics including the subject of valuation, reasonable royalty, lost profits, price erosion, commercial success, corrective advertising, creditor allocations, Hatch Waxman Act market exclusivity, business significance of licensing terms including RAND obligations and exhaustion, venture financing including expected risk / return, the existence of markets or potential markets to assess copyright fair use, and equities of a potential injunction.  Mr. Malackowski's experience extends to matters of general business valuation and commercial disputes, both domestic and foreign.  Mr. Malackowski has publicly addressed policy issues affecting international trade and has provided expert opinions concerning antidumping and countervailing duties imposed by the U.S. Department of Commerce as well as testimony on domestic industry, bond, and remedies before the International Trade Commission.

1



Mr. Malackowski has substantial experience as a Board Director for leading technology corporations and research organizations as well as companies with critical brand management issues. He is Past President of The Licensing Executives Society International, Inc., with oversight for more than ten thousand members in thirty-two countries. Mr. Malackowski has focused his non-for-profit efforts with organizations leveraging science and innovation for the benefit of children and students, including those located in lesser developed countries. He has served for more than two decades as a Trustee or Director of the National Inventors Hall of Fame, Inc., an organization providing summer enrichment programs for more than 100,000 students annually. For more than ten years Mr. Malackowski served as a Director of Chicago's Stanley Manne Children's Research Institute, advancing the organization's agenda to measure and report the impact of its pediatric research. He most recently completed service on the Pritzker School of Molecular Engineering Council at the University of Chicago and continues as an Advisor to the Venture Builder Community at the University of Notre Dame.

Mr. Malackowski is a frequent speaker on emerging technology markets and related financial measures. He has addressed mass media audiences including Bloomberg Morning Call, Bloomberg Evening Market Pulse, Bloomberg Final Word, CNBC Closing Bell, CNBC On the Money, CNBC Street Signs, CNBC Worldwide Exchange, CBS News Radio and Fox Business National Television as well as other recognized news-based internet video channels. Mr. Malackowski is a current or past judge for numerous new venture competitions awarding financial grants recognizing intellectual property protected products and services developed by students, university faculty, and professional entrepreneurs.

As an inventor, Mr. Malackowski has more than twenty issued U.S. patents. He is a frequent instructor for graduate studies on IP management and markets. Recently, Mr. Malackowski has lectured on application of intangible asset valuation models to corporate Environmental, Social, and Governance (ESG) standards, including applicability of United Nations Sustainable Development Goals (SDGs) to investment decisions. He is a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy. Mr. Malackowski is Certified/Accredited in Financial Forensics, Business Valuation and Blockchain Fundamentals; a Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois; and, certified to receive United States Sensitive Security Information (SSI) as governed by Title 49 Code of Federal Regulations.

| | |
|---|---|
| **EMPLOYMENT** | Co-Founder and Senior Managing Director, *Ocean Tomo, LLC, a part of J.S. Held.,* July 1, 2003 to present. Mr. Malackowski shares responsibility for all aspects of the firm's intellectual property focused merchant banking practice. Mr. Malackowski served as Chairman from the firm's founding in 2003 until acceptance of Bow River Capital as a strategic partner in 2020. He served as Chief Executive Officer of Ocean Tomo, LLC from formation until its sale to J.H. Held in 2022. |
| | President and Chief Executive Officer, *IP Equity Management, LLC,* doing business as Duff & Phelps Capital Partners, March 1, 2002 to June 30, 2003. The firm's intellectual property structured finance efforts were consolidated with Ocean Tomo on July 1, 2003. |
| | Principal and Founder, *VIGIC Services, LLC*, July 1, 2000 to February 28, 2002. Mr. Malackowski identified and evaluated intellectual capital based private equity investment opportunities and served as an advisor to four completed transactions. |



Principal and co-Founder, *IPC Group LLC*, August 1, 1988 – June 30, 2000. Mr. Malackowski also held the offices of President and CEO and was a Board member / chairman of the firm. Along with four co-founders, Mr. Malackowski grew IPC Group to become the largest professional services firm specializing in intellectual property valuation and strategy consulting. IPC Group was sold in 1999 later changing its name to InteCap.

Executive Consultant, *Peterson & Co. Consulting*, Chicago, June 3, 1985 – July 30, 1988. Mr. Malackowski began with Peterson as a Staff Consultant and was the firm's quickest promotion to both Senior Consultant and Executive Consultant. Mr. Malackowski helped to establish the firm's intellectual property litigation and valuation practice. Peterson & Co. was sold to Saatchi & Saatchi PLC in 1988.

---

**NON-PROFIT AND ASSOCIATION EXPERIENCE**

Mr. Malackowski has been active in The Licensing Executives Society (LES) locally, nationally and internationally. LES is the premiere global professional association of technology transfer and intellectual asset management professionals with more than 9,000 members in more than 32 countries.

Mr. Malackowski is Past President of the Licensing Executives Society International, LLC, where his experience included the following positions:

- Director, LES Standards Development Organization (2018 – present)
- Chair, Past President's Council (2012 – 2013)
- President and Member of the Board (2011 - 2012)
- President Elect and Member of the Board (2010 - 2011)
- Secretary and Member of the Board (2007 - 2010)
- Member and Permanent Alternate, Board of Delegates (1992 - 2005)
- Past Chair, Membership, Investment, Education, Long-range Planning and Global Technology Impact Forum Committees.

Mr. Malackowski's term as President of LESI has been recognized for creation of the LESI Global Technology Impact Forum and concurrent Invent For Humanity™ Technology Transfer Exchange Fair; formalizing the National Presidents' Council; establishing the position of a permanent Executive Director; and, restructuring the leadership of LESI committees utilizing a Chair, Past Chair, Chair Elect ladder combined with functional responsibilities for committee Vice Chairs. This later organizational stamp is based largely on Mr. Malackowski's experience as President of LES USA & Canada described below where he led a restructuring of the Board from a regional to a functional focus for each officer and Trustee. As with his tenure at his national Society discussed below, Mr. Malackowski led a financial turn-around returning LESI to positive cash flow following its' only two years of loss.

Mr. Malackowski is also Past President of The Licensing Executives Society (USA and Canada), Inc. where he held numerous offices in the organization including:

- President and Member of the Board (2001 – 2002)

3



- International Vice President and Member of the Board (2000)
- Treasurer and Member of the Board (1996 -- 1999)
- Trustee and Member of the Board (1992 – 1996)
- Chair, Annual Meeting in Miami Beach (1998) and the Summer Meeting in Chicago (1997)

Mr. Malackowski presided over a restructuring of the LES USA & Canada Board and a financial turn-around returning the organization to positive cash flow following its only two years of loss to such date.  Mr. Malackowski is the youngest President to hold office at LES USA & Canada as well as at LES International.

In 2007, Mr. Malackowski was the Founding Chair of the Board of Governors for what is now Certified Licensing Professionals, Inc., administrator of the Certified Licensing Professional (CLP) program for professionals in the fields of licensing, business development and commercialization of intellectual property.  More than 1,000 individuals involved in patenting, marketing, valuation, IP law, negotiation, and intellectual asset management have earned the CLP certification.  CLP, Inc. is a 501(c)(6) organization whose mission is to elevate the licensing profession through knowledge and standards.

In 2018 Mr. Malackowski joined the Standards Development Organization Board of LES USA & Canada.  LES standards are voluntary consensus-based professional practices that are guided in their development by the "American National Standards Institute's (ANSI's) Essential Requirements."  ANSI is the unique accrediting agency in the United States for voluntary consensus standards development organizations.  LES is an accredited ANSI Standards Developer and as such guarantees its constituents that its standards will be developed in a fair, balanced, consensus-based, due process driven way.  LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management and, where appropriate, offer enterprises the opportunity to differentiate themselves based on their use of these consensus professional practices, through certification of conformance to those standards.

Mr. Malackowski extends significant time to non-profit activities directed towards a further understanding of the economic importance of innovation and intellectual property, in both the United States and developing economies.  These efforts include:

- Founding Board Member and member of the Executive Committee, United Stages Intellectual Property Alliance (USIPA) and Global Intellectual Property Alliance, (2020 -)
- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Advisory Council, University of Chicago, Pritzker School of Molecular Engineering (2018 - 2022)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 - 2020)
- Member, World Economic Forum Network of Global Agenda Councils (2011 - 2012)
- Member, Master of IP Management & Markets Advisory Council, Chicago-Kent College of Law | Illinois Tech (2008 - 2018)

4

- Director, International Intellectual Property Institute, Washington D.C., (2002 - 2007)
- Resident Advisor, U.S. Information Agency, (1999)
- Resident Advisor, U.S. Department of Commerce Commercial Law and Development Program (1997)
- Founder and Chairman, The Center for Applied Innovation, Inc. (2004 -)

Recognizing the economic value created by new businesses enterprise protected by intellectual property, Mr. Malackowski has been appointed as a judge in numerous new venture competitions including:

- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Judge, 1st Source Bank Commercialization Awards (2019 -)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 – 2020)
- PBS *Everyday Edisons* (2008)

In addition to his university instruction described herein, Mr. Malackowski focuses his non-for-profit efforts with those organizations leveraging science and innovation for the benefit of children.

- Director, Children's Research Fund (2013); Co-Chair Annual Fund Campaign (2013)
- Director, National Inventors Hall of Fame, Inc. (NIHF) including service as a Member, Trustee or Director of related subsidiaries and Board Committees (2001 - 2022).   The NIHF has provided summer enrichment programs for significantly more than one million students including Camp Invention™ for kids in grades 1-6 (and their parents and teachers); Collegiate Inventors Competition™ for college students (and their mentors); and, Club Invention™ for kids in grades 1-6 (and their parents and teachers).  NIHF provides more than 20,000 camp scholarships annually for children in financial need.
- President's Council, Chicago Museum of Science and Industry (2005 - 2011) including participation on the Education Advisory Committee (2007 - 2009) and the Alternative Revenue Committee (2008 - 2011)
- Director, Stanley Manne Children's Research Institute (2009 - 2020) including Chair of the Board's Technology Transfer Committee (2014 - 2020) and the Strategic Planning Resources Committee (2011 - 2012).  Mr. Malackowski is recognized for initiating the development of a program to measure and track innovation metrics relevant to the Institute.

Mr. Malackowski was the Founder of the Center for Applied Innovation, a Chicago based non-for-profit with both local and international programs.  CAI was created to manage education, public policy outreach and related economic activity around applied technology and intellectual property (IP) rights in the State of Illinois and around the world.

- CAI created and patented the first commoditized contract for technology licensing, the Unit License Right™.  This innovation has been licensed to the Chicago-based Intellectual Property Exchange International.

5



- Under Mr. Malackowski's continued leadership as Chairman, CAI organizes the Invent for Humanity™ Technology Transfer Exchange Fair (InventforHumanity.org) launched in January, 2012, in Geneva, Switzerland. Invent for Humanity showcases field-ready, sustainable innovations, known as "appropriate technologies", leveraging the experience of licensing professionals to match and structure the actual transfer of such technology to meet recognized needs of emerging market economies.

Mr. Malackowski's association and non-profit activities are informed in part by his participation in the Harvard Business School Executive Education Program on Governing for Nonprofit Excellence, November 2000.  Mr. Malackowski's Board service is informed by his participation at the Rock Center Corporate Governance Directors College for Venture-Backed Company Directors, Stanford University, March 2016.

---

**RELATED OFFICES**

*BPG Bio, LLC*, Member, Council of Advisors, Senior Advisor, Intellectual Property Licensing & Innovation (2012 - 2015)

*The Copyright Hub, LLC d/b/a 3Discovered*, Founder.  The company was formed as a collaborative venture between Ocean Tomo, LLC and Liberty Advisor Group in 2013.  3Discovered is a current portfolio company of US-based venture capital firm AITV.  Mr. Malackowski served as Chairman of the company through September 2016.  (2103 – 2106)

*Career Capture, LLC*, Secretary (2022 - ).  Career Capture is a video based recruiting platform focused on engineering and technical school graduates entering the labor market.  The company is a University of Southern California Iovine & Young Academy project led by Chase J. Malackowski (son).

*Curious Networks, Inc.*, Director, (1999 - 2000), Co-Chair of the Board's Strategic Partnership Committee.  Mr. Malackowski led the company's first and second round of venture funding.

*ewireless, Inc.* (f/k/a JEMAN Holdings, Inc. d/b/a Cellular Linking), Director, (1995-1999, 2000-2002)

*Ford Global Technologies, Inc.*, Ford Motor Company, Director (1997 - 2001). Mr. Malackowski advised Ford Motor Company on the original business strategy which led to the formation of FGTI.  FGTI was the largest known technology management company in the United States during Mr. Malackowski's term.

*Infocast, Corporation* (OTC BB: IFCC.OB), Director (2001-2002).  Member of the Audit and Compensation Committees.  Mr. Malackowski led the transition of the company's senior management team and continued U.S. based funding efforts.

6



*Insignis, Inc.*, Director (2000 - 2002)  Mr. Malackowski led the company's first round of venture funding.  Insignis is a Chicago based provider of institutional financial data services.

*The Intellectual Property Coin Group, Inc.*, Chairman and Co-Founder (2018 - 2021).  The company is a planned Ethereum based blockchain platform and related cryptocurrency designed to facilitate IP based transactions.

*The Intellectual Property Exchange International, Inc*.  Mr. Malackowski was the founder of the company guiding initial product development of IPXI and recruitment of executive management.  In 2011, IPXI was funded by an industry consortium including the Chicago Board Options Exchange.  Mr. Malackowski was the Chair or Co-Chair of the Exchange from inception to February 26, 2015.

*JEMAN Technologies, Inc*., Founder. (1995 – 1999).  Mr. Malackowski led the company's efforts to develop new technologies related to wireless direct response services.  JEMAN was sold to ewireless, Inc. in 1999 as part of a venture transaction funded by Bedrock Capital Partners and Tredegar Investments.

*Positive Growth Ventures, LLC*, Chairman. (2021 - ).  Mr. Malackowski organized the formation of an industry collective to facilitate direct-to-consumer cooperative advertising for health supplements and related medical products.

*Silent-Yachts Italia, Srl*, Member, Advisory Board (2021 - 2023).  Mr. Malackowski provided general business advice to both the company's chief executive as well as its original U.S. distributor of solar-electric catamarans.  Silent-Yachts Italia is located in Fano, Italy.  Mr. Malackowski led the creditors committee of contracted yacht buyers through a corporate restructuring in December 2023.

*Solutionary, Inc.*, Director (2000 - 2013).  Arranged and advised on Solutionary's asset acquisition of S3Networks effective August 31, 2001 and sale to strategic buyer in 2013.  Member of the Board's Compensation Committee.

*Sendle, Pty*, Advisor (2012 - 2015).  See www.Sendle.com.

---

| | |
|---|---|
| **EDUCATION AND CERTIFICATION** | University of Notre Dame, B.B.A., Bachelor of Business Administration with majors in Accountancy and Philosophy.  Graduated Summa Cum Laude, 1985. |

Certified Licensing Professional, Certificate Number 1606 issued July 1, 2008; Recertification through November 30, 2026.

Registered Certified Public Accountant, State of Illinois Certificate Number 41,187 issued October 3, 2006; License No. 239.007831; Expires September 30, 2025.

7



Certified in Financial Forensics, CFF™, American Institute of Certified Public Accountants, Certificate Number 391 issued July 31, 2008; Expires August 1, 2025.

Accredited in Business Valuation, ABV™, American Institute of Certified Public Accountants, Certificate Number 4278 issued May 31, 2014; Expires August 1, 2025.

Accredited in Blockchain Fundamentals for Accounting and Finance Professionals, American Institute of Certified Public Accountants, Certificate Number 15860970, 2018 - 2020.

---

**UNIVERSITY INSTRUCTION**

John Marshall Law School, Intellectual Property Damages (1992 - 1994)

DePaul University, Intellectual Property Entrepreneurial Finance (2003)

The George Washington University Law School, Intellectual Property Management (2004)

The University of Chicago Graduate School of Business:

- Intellectual Property Investment (2004 - 2006)
- Entrepreneurial Discovery, MBA Course 34705, Adjunct Professors Mark Tebbe and Brian Coe (Fall 2014 - 2015)

Indiana University Kelly School of Business, Intellectual Property Finance (2005)

University of Notre Dame, Mendoza College of Business, Adjunct Instructor:

- MBA Interterm Intensives, Intellectual Property Based Market Transactions, Valuation and Trading (Fall 2006, Fall 2008)
- MBA Executive Program, Course MBAE 70639, Intellectual Property, (Spring Semester 2008)
- MBA Program, Litigation Support and Valuation (Spring 2009)
- Notre Dame Law School, Advanced Trial Advocacy, LAW 75713-10 (Spring 2017)
- Member, Venture Builder Community Advisory Board (2019 - )
- MBA 60452: Climate Resilience In Business & Communities (Fall 2023)

University of California at Berkeley Haas School of Business, Innovation Markets (2008)

Chicago-Kent College of Law, Adjunct Professor of Law, IP Financial Markets and Legal Principles (Fall 2008)

Rutgers Professional Science Master's Program, Fundamentals of Intellectual Property (Summer 2011 and 2024)

8



Northwestern University Kellogg School of Management, Adjunct Instructor:

- MGMT 441, Intellectual Property Management, Clinical Professor James G. Conley (Fall 2012, Spring 2013 - 2017)
- DSGN 460, Innovation in Context, McCormick Engineering School (Spring 2017)

University of Texas McCombs School of Business, MBA Course:  Open Innovation, Professor Sirkka Jarvenpaa (Spring 2013)

University of Arizona, James E. Rogers College of Law, Advisor, Intellectual Property & Entrepreneurship Clinic (2017 - )

- IP Valuation (Spring 2017)
- IP Valuation for Commercial Transactions (Spring 2019)

University of Southern California, Lloyd Greif Center for Entrepreneurial Studies at the Marshall School of Business, Entrepreneurs Guide to Intellectual Property, Professor Luke L. Dauchot, JFF 322 (Fall 2017)

---

**MEMBERSHIPS**

American Institute of Certified Public Accountants, Member 01182237 (1985 -)
Private Directors Association (2023 - )
The Economic Club of Chicago (1990 - 2019)
The Licensing Executives Society (1988 - )
Young Presidents' Organization ("YPO" / "YPO Gold" Chicago Chapter, 2006 – 2017) (Mid-America U.S. At Large Chapter, 2019 - 2021)

---

**RECOGNITION AND AWARDS**

Individually, Mr. Malackowski has been recognized for his expertise as well as his work in developing markets for intellectual property transfer including:

- Inductee, IP Hall of Fame (2022).  Mr. Malackowski was inducted as the 87th member of IP Hall of Fame, joining 13 current or former Directors of governmental patent offices, 10 former judges, two past U.S. Presidents, Nikola Tesla, and Thomas Edison.
- Received Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset (2022)
- *EY Entrepreneur Of The Year®*, Regional Semifinalist (2019 and 2020)
- "IAM Global Leaders", *IAM Magazine* (2020)
- "IAM Patent 1000: The World's Leading Patent Professionals", *IAM Magazine* (2015-2021)
- Named to the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers.  (August 2014)
- Named as 1 of 60 leading global Economics Expert Witnesses in the *IAM Patent 1000, IAM Magazine.* Selection based on interviews by IAM researchers with more than 100 patent litigators.  (May 2014)
- Inductee, Chicago Area Entrepreneurship Hall of Fame as selected by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration, (2013; 28th Year of Program)

9



- Named as 1 of 50 Individuals, Companies and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011.
- "IP Personalities of 2008", *IAM blog* by Joff Wild, Editor
- "IAM Strategy 300:  The World's Leading IP Strategists", *IAM Magazine* (2012-2021); formally presented and included as "World's 250 Leading IP Strategists", *IAM Magazine* (2009-2011)
- "50 Under 45", *IP Law & Business™* (2008)
- "The Most Influential People in IP", *Managing Intellectual Property™* (2007)
- Member, IP Hall of Fame Academy (2007- )

Ocean Tomo as a firm has been likewise recognized for its accomplishments including:

- Ocean Tomo was chosen as the exclusive U.S. representative for the 2016 Healthcare & Pharma Leading Expert Awards by *Global Health & Pharma Magazine*.
- Ocean Tomo was recognized as a member of the *2015 Inc.5000®* list of fastest-growing private companies in America.
- Ocean Tomo was honored in 2011 with the "Best of Chicago Award in Investment Advisory Services" by the U.S. Commerce Association (USCA).
- In addition to Mr. Malackowski, Ocean Tomo as a firm was named as 1 of 50 Individuals, Companies, and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011 and the only firm other than Microsoft (2 of 50 mentions) to be recognized multiple times (5 of 50 mentions).
- The firm's Chicago office was presented the *2011 Alfred P. Sloan Awards for Business Excellence in Workplace Flexibility* after having been finalist for scoring in the top 20% of all firm's measured nationally.
- Ocean Tomo was recognized in 2010 by Corporate Voices for Working Families for its work-life balance as part of the National Workplace Flexibility Campaign published by *USA Today*.
- Ocean Tomo was recognized as a juried Finalist for the Illinois Technology Association 2010 CityLIGHTS Award for raising the stature of the Illinois technology industry.
- Selected as case study organization for Haas School of Business, University of California, Berkeley (2009)
- Selected as case study organization for Harvard Business School MBA Program (2008)
- Ocean Tomo was named one of 20 small and mid-sized firms recognized as the "Best Places to Work in Illinois" by Best Companies Group in a competition sponsored by the Illinois Chamber of Commerce and the Illinois State Council Society for Human Resource (2007)
- Ocean Tomo Auctions received the 2006 Chicago Innovation Award for most innovative new product or service introduced between January 1, 2005, and July 31, 2006, that uniquely satisfied unmet needs in the marketplace. The award was presented by Kuczmarski & Associates and the *Chicago Sun-Times*.

10



- Ocean Tomo Auctions was awarded the Department of Commerce Technology Administration & National Knowledge & Intellectual Property Management 2006 Innovator of the Year Award.
- Ocean Tomo was recognized as a "Top Ten IP Newsmakers of 2006" by *IP Law & Business*, Almanac 2006.

Numerous authors and graduate business programs have written case studies about Ocean Tomo and its affiliates including:

- Piscione, Deborah Perry, The Risk Factor, Copyright 2014.
- Houle, David, Entering the Shift Age, Copyright 2013.
- Kuczmarski, Thomas D., Dan Miller and Luke Tanen, Innovating Chicago-Style:  How Local Innovators Are Building The National Economy, Copyright 2012.
- Houle, David, The Shift Age, Copyright 2007.
- Chesbrough, Henry, Open Business Models: How to Thrive in the New Innovation Landscape, Copyright 2006.
- Harvard Business School Case Study
- University of California Business School Case Study

---

| **RELATED U.S. SPEECHES AND PUBLICATIONS** | "The Determination of a Reasonable Royalty: Hypothetical Negotiation v. A General License Agreement", The Licensing Executives Society, Chicago Chapter, December 8, 1987. |
|---|---|

"The Business Economics of Technology Development", The Licensing Executives Society, New England Chapter, February 9, 1988.

"The Importance of Protecting Intellectual Property Through Corporate Transition", Licensing Executives Society, National Meeting, October 18, 1989, Moderator.

"Valuation of Intellectual Property Rights", The Chicago Bar Association, March 6, 1990.

"Dispute Resolution -- There Are Alternatives!", Licensing Executives Society, National Meeting, October 22, 1990.

"How to Value a License", Adding to the Bottomline Through Licensing, LES / John Marshall Law School, November 1, 1990.

"An Advanced Discussion on Licensing and Patent Damages", Licensing Executives Society, National Meeting, October 28, 1992.

"An Advanced Discussion on Patent Damages", Licensing Executives Society, National Meeting, October 18, 1993.

Royalty Provisions in Technology License Agreements, Technology Transfers, American Conference Institute, November 15 & 16, 1993.

11



"Commercializing Technology and the Intellectual Property Quality Management Imperative", Technology Transfer, American Conference Institute, June 20 & 21, 1994.

"How to Accurately Value Software", The Software Protection and Litigation Institute, July 28 & 29, 1994.

"IP Damages Advanced Case Studies", Licensing Executives Society, National Meeting, October 19, 1994.

"Preparation and Presentation of Damages by Outside Consultants", AIPLA Mid-Winter Meeting, February 1, 1995

"Damages Discovery - An Expert's Perspective", Intellectual Property Law Association, New York, December 15, 1995.

"Pre-Litigation Damages Techniques: Patents and More", The Intellectual Property Strategist, March 1996.

"Corporate Exposures to Copyright, Patent, Trademark, and Trade Secret Claims", Digital Bullets - Digital Shields: A Financial Perspective, American Conference Institute, New York, March 5, 1996.

"IP Management and Taxation - How companies are proactively managing IP assets to maximize shareholder value, including measuring contribution of IP protection to corporate value", American Bar Association, Virginia, April 11, 1996.

"Effectively Select & Use Experts in Trademark & Copyright Cases", AIPLA Spring Meeting, Boston, May 1, 1996.

"The Industry-University Interface: Mechanisms For Technology Transfer", 1996 AUTM Central Region / Licensing Executives Society Chicago Chapter, Chicago, July 21, 1996.

"Valuing Health Care Technologies", Licensing Executives Society Winter Meeting, South Carolina, March 13, 1997.

"Creative Marketing & Packaging - How to Differentiate Yourself in a Competitive Market", CTIA Annual Meeting, Atlanta, February 23, 1998.

"Intellectual Property Valuation: The Latest Techniques from Boardroom and Courtroom", Patent Law Association of South Florida Annual Meeting, Fort Lauderdale, October 22, 1998.

"The Aftermath of *Rite-Hite v. Kelly*", 16th Judicial Conference of the U.S. Court of Appeals for the Federal Circuit, Washington D.C., April 6, 1999.

"Expert Admissibility After Daubert", Wisconsin Academy of Trial Lawyers, Milwaukee, December 3, 1999.



"Intellectual Property Strategic Planning: a Corporate Perspective", Research Directors Association of Chicago, Winter Meeting, January 10, 2000.

"Intellectual Property Asset Management: Linking IP and Corporate Strategy", 44th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School, Chicago, February 25, 2000.

"Boost Your Client's Intellectual Capital IQ: Get Top Management Involved", Corporate Legal Times, October 2000, p. 104.

"Strategic and Financial Opportunities for Privately Held and Public Middle Market Companies:  Building Shareholder Value", The Standard Club, Chicago, October 5, 2000.

"Commercializing Intellectual Capital Through Venture Funding", LESI Expanded Board of Directors Meeting and Seminar, Delray Beach, Florida, January 26, 2001; LES Chicago Meeting, May 10, 2001.

"New Paths to Growth:  Joint Ventures and Accessing Equity Capital", Panel Presentation and Discussion, LaSalle Street Project Economic Summit, Chicago, May 10, 2001.

*ViewPoints*, The Newsletter of the Licensing Executives Society (U.S.A. and Canada), Inc., President's Column: Vol. VIII No. 5, Nov. / Dec. 2001, "President Changes the Way LES Does Business";  Vol. VIV No. 1, Jan. / Feb. 2002, "It's Time To Count Our Intellectual Assets"; Vol. VIV No. 2; Vol. VIV No. 3, May / June 2002, "Mid-Year Review"; Vol. VIV No. 4, July / August 2002, "Ethical Issues Related To Intellectual Property".

"Venture Investment Grounded In Intellectual Capital", From Ideas To Assets: Investing Wisely in Intellectual Property, Edited by Bruce Berman, John Wiley & Sons, Inc., 2002.

"Current Issues in Accounting for Intangibles", Congressional Economic Leadership Institute, Panel Presentation and Discussion with Steven H. Wallman, Former Commissioner, United States Securities and Exchange Commission, Washington, DC, May 1, 2002.

"Intellectual Capital Based Corporate Carve-outs: Strategy, Structure and Funding", James E. Malackowski and Suzanne Harrison, The LESI Guide to Licensing Best Practices, Edited by Robert Goldscheider, John Wiley & Sons, Inc., 2002.

"Intellectual Property Finance: Securitization to Venture Capital", American Bar Association Intellectual Property Law Conference, Philadelphia, June 28, 2002.

"The IIPI Roundtable:  The New Emphasis on Patent Value – Opportunities and Challenges", Washington DC, July 22, 2002.

"Moving Technology from University to Marketplace:  Business Creation and the Venture Capital Community, Licensing Executives Society Annual Conference, Chicago, September 24, 2002.



"Presidents' Forum on Intellectual Property:  A Leadership Discussion with The Licensing Executives Society, the American Intellectual Property Law Association, the Association of University Technology Managers, the Intellectual Property Owners Association, The National Inventors Hall of Fame, and BIO", Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Extracting Value From Your Intellectual Asset Portfolio: Ensuring ROI from IP and Technology Assets", World Research Group, November 22, 2002, Chicago, Illinois.

"Licensing", American Intellectual Property Law Association 2003 Mid-Winter Institute, Marco Island, Florida, January 22 – 25, 2003.

"Cashing in on Chicago: A Closer Look at Liquidity in the Heartland", The Executives' Club of Chicago, Panel Discussion, February 11, 2003.

Conference Chair and Speaker, "Optimizing Valuation & Value Realization of your IP/Intellectual Assets", World Research Group, Las Vegas, February 27-28, 2003.

Live Webcast, "Turning Your Intellectual Property into Cash", Ernst & Young Business Insights, April 28, 2003.

Intermediate PDS Workshop:  Application of Private Equity and Leveraged Finance Investing to Intellectual Property, LES / AUTM Summer Meeting, Philadelphia, May 8, 2003.

World Research Group, Advanced Intellectual Property Structured Finance, Conference Co-Chairperson, New York City, June 29-30, 2003.

The Conference Board, The 2003 Conference on Intellectual Asset Management & Value Reporting, "Application of Private Equity and Leveraged Finance Investing to Intellectual Property", Chicago, June 4, 2003.

Intellectual Property and Information Technology for Investment Funds, "Intellectual Capital Equity Management", Panel Discussion Sponsored by Schulte Roth & Zabel, New York City, June 18, 2003.

Chicago Capital Access Forum III, "Private Investors: The Case for Domestic Emerging Market Investments", Panel Discussion, Chicago, June 26, 2003.

Pension Consultants' Forum, "Extracting Value from Private Equity Investing", World Research Group, Chicago, July 22, 2003.

Midwest Intellectual Property Institute, "Intellectual Capital Equity Management", Minneapolis, September 19, 2003.

"Intellectual Asset Strategies", Add-On Seminar at the 2003 Licensing Executives Society Annual Meeting, San Diego, September 25, 2003.



"Leveraging Intellectual Property", Keynote Speaker, Thomson Financial Thought Leadership Forum, New York, October 8, 2003.

"Beyond Licensing: Innovative Techniques for Extracting Value", Advanced Forum on Licensing Intellectual Property, San Francisco, December 9, 2003.

Intellectual Asset Management, *Column:  IP Merchant Banker*, Douglas R. Elliott & James E. Malackowski, Issue 01, "Challenges of the Fifth Epoch", July / August 2003; Issue 02, "What the Market Fortells", September / October 2003; Issue 03, "Economics, Ethos and Intellectual Ethics", December / January 2004; Issue 04, "Patent Predictions – facts or fictions?", February / March 2004; "Wealth management in the age of patents", June / July 2004; "Patent pools – the 80% solution", August / September 2004.

"Intellectual Capital Equity Management:  IP as an Asset Class", Minnesota State Bar Association Continuing Legal Education, Minneapolis, January 15-16, 2004.

"Understanding the Motivations Behind an IP Structured Finance Transaction", "Analyzing the Anatomy of A Patent-Based Structured Finance Transaction", World Research Group, New York, January 21-22, 2004.

"Managing Your Intellectual Property", Investment Banking for Women / Minority Owned Business Enterprises, Annual Forum, Conference Co-Chairperson, Chicago, March 3-5, 2004.

"Private Equity: Investor Capital for Mature Businesses", Dream*Makers* Forum 2004, Santa Barbara, California, March 7 – 10, 2004.

"IP Finance:  Convergence of IP Valuation and Value Creation", World Research Group 2nd Annual Strategies and Solutions for Optimizing IP Valuation & Value Creation, Chicago, March 23 – 24, 2004.

"Leveraging the Value of Intellectual Property", Creating, Managing & Valuing an Intellectual Property Portfolio, Vedder Price Conference Series, Chicago, April 28, 2004.

"Federal Circuit Damages Decision Emphasizes the Importance of Sound Economic Models", IP Review, McDermott Will & Emery, with Robert M. Hess, Spring 2004.

"Intellectual Property Merchant Banking:  Leveraging Corporate Intangible Assets", The Licensing Executives Society (U.S.A. & Canada), Inc., Fairfield-Westchester Counties Chapter, June 23, 2004.

"Intellectual Property Financing and Securitization:  Conclusions and Future Implications for Financing the IP Market", New York, New York, July 21, 2004.

"Emerging Financial Concepts in IP Asset Management", Mining Patent Portfolios, Seattle, Washington, September 13, 2004.



"Intellectual Property Investment", National Institutes of Health, Commercialization Assistance Program, Larta Institute, Chicago, November 12, 2004.

"Using Intellectual Property to Grow", The Beacon, Chicagoland Entrepreneurial Center, Volume 3, Issue 4, December 10, 2004.

"Techniques for Assessing the Value of Your IP Portfolio", The Wall Street Transcript Intellectual Property Conference, New York, January 27, 2005.

"The Tipping Point:  Assessing Major Challenges and Growth Opportunities in IP Finance", Moderator, The 3rd Annual Advancing IP Structured Finance World Research Group Conference", New York, February 3, 2005.

"Commerce One IP Auction", Optimizing IP Valuation and Value Creation, World Research Group Conference, Miami, March 30-31, 2005.

"Intellectual Capital Equity Management: IP As An Asset Class", Minnesota Continuing Legal Education Conference, Minneapolis, May 12, 2005.

"Techniques for Evaluating IP Potential", Life for After Rembrandts, Law Seminars International, Chicago, Illinois, August 4, 2005.

Keynote Address, 2nd Annual Intellectual Property Financing and Securitization Summit, New York, September 26, 2005.

"The Power of Intellectual Property in Private Equity Deals", Association for Corporate Growth and The Licensing Executives Society Connecticut Chapters, Greenwich, Connecticut, October 6, 2005.

"Maximizing the Value of Distressed Debt Backed by Intellectual Property", Financial Research Associates Distressed Debt Summit 2005, New York, October 7, 2005.

"To Sell or Not to Sell", Licensing in the Boardroom 2005, a supplement to *Intellectual Asset Management* magazine, 2005.

Patent Auctions & Marketplaces: Leveraging Value from Under-employed Technologies, IP Master Class Presentation, Washington DC, January 10, 2006.

"Risky Business: Overlooking Patents as Financial Assets", Making Innovation Pay, Edited by Bruce Berman, Published by John Wiley & Sons, Inc., 2006.

"The State of Development & Current Trends in IP Structured Finance" and "The Tipping Point: Assessing Major Challenges, Growth Opportunities and Future Trends in IP Finance", Moderator, The 4th Annual Summit on IP Structured Finance, New York, March 22-23, 2006.

"Generating Revenue From Your Inventions", IIR 2nd Annual Summit on IP Rights for Financial Services, New York, April 25-26, 2006.

16



"A Behind the Scenes Look at the Patent Bazaar: How Companies and Industry Are Buying and Selling Patents", Innovators in IP Litigation, IP Law & Business, San Jose, California, May 17, 2006.

"Patent Markets and Their Impact to R&D Strategy", Industrial Research Institute Annual Meeting, May 21-24, 2006, Colorado.

USC Gould School of Law 2006 Intellectual Property Institute; Featured Speaker, "A Final Word"; Panelist, "Patent Trolls: The Good, the Bad and the Ugly"; May 23, 2006, Los Angeles.

"Patent Auctions: Past, Present & Future", The 50th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School Center for Intellectual Property Law, May 25-26, 2006, Chicago.   Speech published as "The Intellectual Property Marketplace: Past, Present and Future", 5 J. Marshall Rev. of Intell. Prop. L. 605, (2006)

"Patent Auctions: Risky Endeavor or Legitimate Market Opportunity?", Strafford Legal Teleconference Presentations, June 8, 2006.

The Intellectual Property Investment Summit:  Connecting Investors with Strategic Intellectual Property Opportunities, presented by the Center for Applied Innovation, Summit Co-Chairperson, June 15, 2006, Chicago.

Innovative Structures for Acquiring Intellectual Property:  The Benefits, Challenges and Process, LSI Law Seminars International, Program Co-Chair, July 17, 2006, Chicago.

"Licensing and Intellectual Property", Chicago Regional Independent Inventor's Conference, Presented by the United States Patent and Trademark Office, Northwestern University School of Law, and the National Inventors Hall of Fame Foundation, July 28-29, 2006, Chicago.

"Reinventing the IP Marketplace – The Exclusive Ocean Tomo Patent Auction Case Study", IP Licensing Summit: Practical Strategies to Maximize Revenue in Today's Challenging Intellectual Property Marketplace, August 21-23, 2006, New York.

"Unlocking the Value of Intellectual Property Rights", Conference of the International Bar Association, September 20, 2006, Chicago.

"This Too Shall Pass", Americas IP Focus 2006, Managing Intellectual Property Rights, Copyright, Euromoney Institutional Investor, PLC, 2006.

"Developing Markets for Intellectual Assets and Technology", 21st Annual Intellectual Assets and Technology Law Institute, October 5 & 6, 2006, Irving, Texas.

"Patent Damages" and "Patent Reform Efforts: An Update and Review", The Sedona Conference Patent Litigation VII, October 12-13, 2006, Sedona, Arizona.



"Patent Auctions", 44th Annual Intellectual Property Law Conference, The Center for American and International Law, November 9-10, 2006, Plano, Texas.

"The Future of Developing IP Markets", 3rd Annual Monetization of Intellectual Property & Intangible Assets, Strategic Research Institute, November 16-17, 2006, Boston.

"The IP Transactional Landscape", Economics of IP Based Transactions, National Knowledge & Intellectual Property Management Taskforce Series Program, November 29-30, 2006, Washington, D.C.

Keynote Presentation, The Business of Intellectual Property Conference, Tech Council of Maryland, Rockville, Maryland, January 10, 2007.

Luncheon Speaker, Corporate Intellectual Property Roundtable, Georgia State University College of Law, Atlanta, January 24, 2007.

"Patent Markets", American Intellectual Property Law Association, 2007 Mid-Winter Institute, New Orleans, January 24-27, 2007.

"Assessing the Real Value of Your IP Portfolio" and "Growing IP Impact on Public and Semi-Public Markets", The 5th Annual Summit on Monetizing, Financing & Securitizing IP, New York, January 30-31, 2007.

"Ocean's 300", Moderator, World Intellectual Property Review 2007, pp. 16-20.

"The Intellectual Property Marketplace: Emerging Transaction and Investment Vehicles", Co-author with Cardoza, Gray and Conroy, *The Licensing Journal*, Aspen Publishers, Vol. 27, No. 2, pages 1 - 11, February 2007.

"The Importance of Emerging Intellectual Property Market Opportunities to the City of Chicago", Keynote Speaker, Notre Dame Club of Chicago Meeting, Chicago, March 8, 2007.

"The Intellectual Property Marketplace", Harvard Business School Club of New York, New York, April 12, 2007.

Keynote Address, BRICs & Mortar: Technological Drivers in Booming Economies of Brazil, Russia, India and China, Northwestern University Journal of Technology & Intellectual Property Second Annual Symposium, Chicago, April 13, 2007.

"Innovation Measurement: The Economic Impact of Patent Value", Co-author with Barney, Cardoza, Walker and Gray, Submission to United States Department of Commerce Economics and Statistics Administration, Pursuant to Notice in the Federal Register, Vol. 72, No. 71, 18627, May 11, 2007.

"Objective Patent Valuation", Business Meeting, Association of Corporate Patent Counsel, Newport, Rhode Island, June 27, 2007.

18



"Intellectual Property Exchange Chicago", a two-day symposium presented by The National Knowledge & Intellectual Property Management Taskforce and The Center for Applied Innovation, Moderator and Speaker, July 17 – 18, 2007, Chicago.

"Start-up Stories: Tales from the Front Line", TiE Midwest, August 1, 2007, Chicago.

Keynote Address, Notre Dame Financial Executives Alumni Conference, September 21, 2007, South Bend, Indiana.

"The Birth of an IP Marketplace", Missouri Bar Association Seminar, November 2, 2007, St. Louis, Missouri.

"Market Forces and IP", The Giles S. Rich American Inn of Court, Howard University, January 17, 2008.

"Market for Technology:  Challenges and Opportunities", Panel Discussion on Impediments to Technology Markets, Duke University's Fuqua School of Business, February 20, 2008.

"IP Markets – An Intangible Walk Down Wall Street", Keynote Address, Securities Industry and Financial Markets Association, March 11, 2008, New York.

"Patent Valuation, Is there One or Many?", Mini-Plenary Session of the High Tech Sector, The Licensing Executives Society International Annual Meeting, May 7, 2008, Chicago.

"What is Patent Quality – A Merchant Banc's Perspective", with Jonathan A. Barney, *les Nouvelles*, June 2008, p. 123 – 134.

"Intangibles in the Firm and Financial Markets", *Intangible Assets: Measuring and Enhancing Their Contribution to Corporate Value and Economic Growth*, The National Academies, Washington DC, June 23, 2008.

"Developing IP Markets:  Opportunity for the Financial Services Industry", Keynote Address, The 5th Annual Patents & The Financial Services Industry Symposium, New York, July 29, 2008.

"New Trends in Monetizing IP Rights:  Trolls, Licensing and Securitization", Managing *Intellectual Property* Webinar, September 3, 2008.

"Magnificent Mile – Shopping for the Ideal IP Expert", DRI Intellectual Property Litigation Seminar, September 4-5, 2008, Chicago.

From Assets to Profits: Competing for IP Value and Return, Contributing Author, Edited by Bruce Berman, John Wiley & Sons, November 2008.

Ocean Tomo:  The New Kid on the (Auction) Block is All Grown Up, Institute for Law and Technology, 46th Annual Conference on Intellectual Property Law, November 10 – 11, 2008, Plano, Texas.

19



Federal Trade Commission:  The Evolving Intellectual Property Marketplace, Keynote Address, Public Hearings, April 17, 2009, Washington, DC.

"Protecting and Commercializing New Ideas", CoreNet Global Chicago Chapter Meeting, Chicago, May 13, 2009.

"The Future of the IP Marketplace", Moderator and Plenary Speaker, IP Markets 2009, Chicago, July 23, 2009.

"Staying Ahead of the Curve – Strategic Intelligence, Value Assessments and Monetization in a Highly Competitive Economy", The 6th Annual Patents & The Financial Services Industry Conference, New York City, July 28-29, 2009.

"Helping Companies in a Down Economy: Strategic Planning for Identifying and Valuing Your IP", American Bar Association Annual Meeting, Chicago, July 31, 2009.

"Managing IP During Uncertain Times", NanoBusiness Alliance Conference, Chicago, September 8, 2010.

National Economic Framework for Intellectual Property Based Commerce, A Research Report by the National Knowledge & Intellectual Property Management Taskforce, Net Worth Press, 2009.

"The Role of IP in Tough Economic Times and How to Use it to Your Advantage:  Corporate Recovery and Restructuring", Licensing Executives Society Annual Meeting, San Francisco, October 19, 2009.

"Global IP Market Development", 11th Annual Utah IP Summit, Salt Lake City, February 13, 2010.

"Law, Economics, Business and Policy Implications for Innovation and Competition of Diverse Business Models for Using Patents", Stanford University Hoover Institution Annual Conference, Stanford, California, June 25, 2010.

"Establishing an Objective Value of IP", IPO Annual Meeting, Atlanta, September 14, 2010.

"Intellectual Property and the Marketplace:  Hot Topics Impacting the Role of Patents, Trademarks and Copyrights in Today's Business World", Vedder Price Illinois Continuing Legal Education Forum, Chicago, October 6, 2010.

"IP Essentials for the Chief Executive Officer", Illinois Technology Association, Chairman's Dinner Keynote Speaker, Chicago, October 20, 2010.

"Valuation of IP in Emerging Market Platforms", 2010 IP Damages Institute, CalCPA Education Foundation, Los Angeles, November 8, 2010.



"Shifting Sands:  What is Discoverable and Admissible for Damages, Willfulness and Other Purposes", Intellectual Property Owners Association CLE Roundtable, Washington, DC, March 21, 2011.

"Intellectual Property: From Asset-to-Asset Class", Intellectual Property Strategies for the 21st Century Corporation, Bryer, Lebson & Asbell Editors, John Wiley & Sons, Inc., 2011.

"The Next Big Think in Monetizing IP: A Natural Progression to Exchange-Traded Units", Ian D. McClure co-author, *LANDSLIDE*, A Publication of the ABA Section of Intellectual Property Law, Volume 3, Number 5, May/June 2011, pp. 32-37.

"Risk Management Strategies to Defend Against Patent Trolls and the New Trend in Patent Royalty Trusts", 2011 Congress on Patent Strategies for the Financial Services Industry, New York, September 19-20, 2011.

"Patent Quality and its Impact on Valuation", Licensing Executives Society United States and Canada, Inc., Annual Meeting, San Diego, October 17, 2011.

Introduction, "LESI Global Technology Impact Forum (GTIF) Creates Tech Transfer Platform", *les Nouvelles*, Journal of the Licensing Executives Society International, Volume XLVII No. 2, June 2012.

Panelist, "IP Monetization", McDermott Will & Emery 2012 Intellectual Property Symposium, Chicago, June 14, 2012.

Keynote Address, Northwestern Law Fifth Annual Conference on Entrepreneurship and Innovation, Chicago, June 14, 2012.

"IP Market Development", 38th Annual Intellectual Property Law Summer Institute, Sponsored by the Intellectual Property Law Section of the State Bar of Michigan, Traverse City, Michigan, July 21, 2012.

"An Investors' Perspective on IP", CenterForce IP Strategy Summit, New York City, New York, November 13, 2012.

"Investing in IP", DealFlow Media Webinar, January 10, 2013.

"Evolving IP Marketplace", American Intellectual Property Law Association, Mid-Winter Meeting, Tampa, Florida, February 1, 2013.  Includes paper: *New Emphasis on the Analytical Approach of Apportionment In Determination of a Reasonable Royalty* by James E. Malackowski, Justin Lewis and Robert Mazur.

"An Inventor's Walk Down Wall Street", PatCon 3 at Illinois Institute of Technology Chicago-Kent School of Law, Chicago, April 12, 2013.

*Report on Judge Rader Comments at the 2013 LESI Annual Conference*, LES Global News, Vol. XLVIII No. 2, June 2013.



"Strategic Insights", Plenary Panel Discussion, IPBC 2013, IP Business Congress, Boston, June 9, 2013.

"IP and Antitrust", Panel Discussion, McDermott 2013 IP Symposium, June 13, 2013, Chicago.

*IP Investments and Markets* Presented by the Center for Applied Innovation, Panelist on IP Marketplace, Chicago, June 25-26, 2013.

*Capturing Innovation*, Irish Entrepreneurs:  An Affiliate Group of the Notre Dame Club of Chicago, Chicago, September 5, 2013.

*Preventing the Napsterization of 3D Printing:  Areas for Industry Collaboration and Transparency*, Inside 3D Printing Conference and Expo, San Jose, California, September 18, 2013.

*The Latest Thinking about Non-Practicing Entities*, 2013 AIPLA Annual Meeting, Washington, DC, October 25, 2013.

*Challenges and Opportunities in Asia*, Think Asia, Think Hong Kong: IP, Technology & China/U.S. Opportunities, The Hong Kong Business Association of the Midwest, Chicago, November 19, 2013.

*Rationalizing Remedies,* The 2013 Patent Institute presented by Cravath Swain & Moore, New York, December 5, 2013.

*Special Address:  Looking to the Future of the Intellectual Property Marketplace – Where Will We Be in 2020?,* Best Practices in Patent Monetization, Law Seminars International, San Francisco, March 6-7, 2014.

*Reinventing Finance:  Funding Innovation Beyond Silicon Valley*, Forbes Reinventing America Summit, Chicago, March 27-28, 2014.

*IP Pricing – Current Issues for Markets and Courts*, Georgia State University / Licensing Executives Society Joint Meeting, Atlanta, May 28, 2014.

*The Growing Global 3DP IP Market & How Much Is At Stake*, 3D Printing Politics, Washington D.C., September 17, 2014.

*The Changing Role of the Expert*, 2014 IP Institute presented by the Engleberg Center on Innovation Law & Policy at New York University and Cravath, Swaine & Moore, LLP, New York, December 4, 2104.

"Intellectual Property Exchange", Dallas Chapter Meeting of the Licensing Executives Society (USA & Canada), Inc., Dallas, January 22, 2015.

"Actavis, Valuation, and Fairness Opinions", 2015 Generic Pharmaceutical Association Annual Meeting, Miami, February 9-11, 2015.

Patent Damages Roundtable, USC Gould School of Law 2015 Intellectual Property Institute, Los Angeles, March 23, 2015.

22



"Intellectual Property Impact on M&A", Transaction Advisors Midwest Symposium, Chicago, September 17, 2015

"The Changing Landscape of Patent Value and Patent Risks", 2016 Berkeley Law / Cleary Gottlieb M&A-IP-Antitrust Conference, Berkeley Center for Law, Business and the Economy, San Francisco, January 29, 2016.

"Damages Experts on Evidence and Gatekeeping", The University of Texas School of Law Conference on Patent Damages, Austin, Texas, June 9-10, 2016.

"Investing In Innovation: Global Trends In Innovation and Sustainability", CFA Society of Chicago, Chicago, September 28, 2016.

IP Remedies Roundtable and Workshop, USC Gould School of Law 2017 Intellectual Property Institute, Los Angeles, March 20, 2017.

"Economic Tools Used for Damages Estimation", Panel Discussion, Intellectual Property Owners Association, Chicago, June 7, 2017.

"Quantitative Approaches to Determining FRAND Royalties", Intellectual Property Owners Association Annual Meeting, San Francisco, September 18, 2017.

"The Intersection of Intellectual Property, Blockchain and Cryptocurrency", Licensing Executives Society International Annual Conference, San Diego, April 30, 2018 – May 1, 2018.

"Best Practices and Useful Tools for Assessing the Value of Your Company's IP", American Intellectual Property Law Association 2018 Spring Meeting, May 15 - 17, 2018.

"Practical Blockchain", IDEA Week Innovation Festival, South Bend, Indiana, April 8, 2019.

"Blockchain Primer," Introductory Remarks by Hon. Kara F. Stoll, The Giles S. Rich American Inn of Court, Washington D.C., February 11, 2020.

*Managing Your Intellectual Property*, LESI Business Briefings, Series Co-author, May 2020.

"IP Transaction Ecosystem: An Update on Market Activity", LES USA & Canada, Inc., Greater Washington D.C. Chapter, September 9, 2021.

"Judicial Perspectives on Using Damages Specialty Experts", Intellectual Property Law Association of Chicago, Litigation Committee, September 15, 2021

"Global Patent Issues", Plenary Panel, University of Illinois Chicago 65th Annual IP Law Conference, UIC School of Law, Chicago, November 4, 2021.

"Issue 6: Damages.  What are the proper standards for the admissibility of expert testimony regarding patent damages?  What are the proper uses for licenses in a



patent damages analysis?", Panelist, The Naples Roundtable, a part of the Leahy Institute, February 17-18, 2025.

---

**INTERNATIONAL SPEECHES AND PUBLICATIONS**

"Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996.

"Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996.

"License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996

"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.

"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia, Puerto Vallarta Mexico, November 15, 2002.

"Les brevets en tant qu'actifs economiques: comment les exploiter au mieux" and "Brevets et financement: couvrir les couts, trouver des investisseurs", Un System Du Brevet Competitif Pour L'Europe, sponsored by the European Patent Office, Brussels, May 3-4, 2006.

"What is Patent Quality?", Co-author with Jonathan A. Barney, Paper Presented to the Colloquium on a Comprehensive Approach to Patent Quality, Federation

24



Internationale Des Conseils En propriete Industrielle, Amsterdam, June 8-9, 2007.

"Fostering Innovation with Seed Money and Venture Capital", Licensing Executives Society International Annual Conference, Zurich, June 19, 2007.

"Legal Problems Arising from Auctioning of IPR", Bi-Annual International Forum, Association Internationale Pour La Protection De La Propriete Intellectuelle, October 6, 2007.

"IP Auctions", Plenary Address, The Licensing Executives Society Annual Meeting, October 16, 2007, Vancouver, Canada.

"IP Valuation for IPO's", Warsaw Stock Exchange Executive Conference, June 27, 2008, Warsaw, Poland.

"IP As A Business Tool", Licensing Executives Society International Conference, January 29-30, 2009, New Delhi, India.

"Global IP Market Development", Keynote Address, The Licensing Executives Society Australia and New Zealand, April 2-4, 2009, Camberra, Australia.

"Global IP Market Development", The Licensing Executives Society Philippines, June 8, 2009, Manila, Philippines.
Entwicklung einer Infrastruktur im Blickpunkt, Der Intellectual Property Exchange, *IP Manager: Journal for the Knowledge Economy*, 01/2009.

"Global IP Market View", Division des Analyses Economiques et des Statistiques, Organization de Cooperation et de Developpement Economiques, January 8, 2010, Paris, France.

"Global IP Market View", BusinessEurope Patents Working Group Meeting, The Confederation of European Business a.l.a.b.l., January 28, 2010, Brussels, Belgium.

"Global IP Market View", Inaugural Annual Conference, LES Turkey, January 29, 2010, Istanbul, Turkey.

"Commercialization Strategies for Industrial Property Assets", LES Brazil Annual Congress, January 28, 2011, Rio de Janeiro, Brazil.

"Developing Commercial IP Markets", LES Arab Countries and Abu Dhabi Higher Colleges of Technology Seminar, October 12, 2011, Abu Dhabi, UAE.

"Asian IP Market Development", LES Asia Pacific Meeting, LES Singapore, November 9-10, 2011, Singapore.

"Patent Auctions & Technology in an Emerging Global Economy", LES Philippines, November 16, 2011, Manila.

"Tech Transfer for Humanitarian Purpose", LESI Annual Conference, April 2, 2012, Auckland.



Moderator, "New Challenges in ICT: How to Compete Using IP Assets", LES Pan European Meeting, Rome, June 12, 2012.

Workshop Panelist, "Accelerate Licensing & Avoid Litigation: Effective Use of Transparency, Investors & Risk Management Tools", LES Pan European Meeting, Rome, June 12, 2012.

Keynote Speech, "Research Trends Around the Globe on Licensing", LES Asia Pacific Regional Conference, Tokyo, Japan, September 3, 2012.

"Investing in IP and Developing IP Monetization and Risk Markets: U.S. Perspective", LES Scandinavia Annual Meeting, Helsinki, Finland, September 12, 2012.

"El Mercado Global De Tecnologia", LESI Innovation Tour, LES Mexico and Asociacion Mexicana de Directivos de la Investigation Aplicada y el Desarrollo Tecnologico, A.C., Mexico City, Mexico, September 21, 2012.

Research Handbook on Intellectual Property Licensing, Forward, Jacques de Werra, University of Geneva, Editor, Edward Elgar Publishing, 2012.

"Markets for Humanitarian Technology Transfer" and "Adoption by Resolution of LESI IP Business Principles", LESI Global Technology Impact Forum, Geneva, Switzerland, January 22, 2013.

Forward, Research Handbook on Intellectual Property Licensing, Edited by Jacques de Werra, Edward Elgar Publishing Limited, 2013.

"IP Market Development" / "Simplicity in Global IP Valuation", LESI Annual Conference, Rio de Janeiro, Brazil, April 10, 2013.

"Collaboration for IP Based Accounting and Reporting", LESI Global Technology Impact Forum, Geneva, Switzerland, January 20-21, 2014.

"IP Licensing and Intermediaries", LES Asia-Pacific Regional Conference, Seoul, Korea, November 4-6, 2014.

"Building IP Transaction Platforms", Keynote Presentation, 14th Annual Shanghai International Intellectual Property Forum, Hosted by the World Intellectual Property Organization, (Shenzhen, China, December 7, 2017 as an advance local presentation) Shanghai, China, December 13, 2017.

"Building and Enforcing a Global Portfolio for Protection and Monetization", Moderator, 2018 LES IP100 Executive Forum, Phoenix, Arizona, February 15-16, 2018.

"Valuation of IP In the Eye of the Beholder" and "IP Monetization Lifecycle", Moderator, Inaugural IP Conference on Issues that Make a Difference, University of Arizona Law, Tucson, Arizona, March 5-6, 2018.



Best Practices and Useful Tools For Assessing the Value of IP, Co-authored with Mick Baciu and Drew Sills, American Intellectual Property Law Association 2018 Spring Meeting, Seattle, Washington, May 15-17, 2018.

"Toward Early Dispute Resolution of Standard Essential Patents in the 5G Era", International Arbitration Center Tokyo, Mock Arbitration, Tokyo, Japan, June 29, 2018.

"Practical Blockchain", LESI Annual Conference, Yokohama, Japan, May 28, 2019.

"Managing Your Intellectual Property", LESI Business Briefing Report, published by the Licensing Executives Society International, Inc., Copyright 2020.

"Managing Your Intellectual Property", Rigorous Empirical Research on Intellectual Property, virtual presentation by 4iP Council and the Licensing Executives Society International, September 29, 2020.

"A Global Economic Framework for Intellectual Based Commerce", World IP Forum, India, April 30, 2021.

"Growth Financing", European Patent Office High-Tech Business Forum, European Patent Academy, October 28, 2021.

---

**TELEVISION, RADIO AND EDITORIAL**

Bloomberg Morning Call with Brian Sullivan, "Patent Auctions", March 3, 2006.

CNBC Closing Bell, "Patents for Purchase", Interview with Maria Bartilomo, April 4, 2006.

CNBC On the Money, "Patents for Sale", Interview and Report by Scott Wapner, April 7, 2006.

Bloomberg Morning Call with Brian Sullivan, "Ocean Tomo 300 Index" and "Fall Intellectual Property Auction", September 13, 2006.

CBS WBBM-AM News Radio with Andy Giersher, Noon Business Hour, "New Stock Market Index", December 2, 2006 plus repeats.

Bloomberg Evening *Market Pulse* with Pimm Fox, "Stock Selections with Strong Patents", January 9, 2007.

Judge, *Everyday Edisons: Ordinary People, Extraordinary Ideas*, a Public Broadcasting System documentary series, 2nd Season, to be aired 2008.

Bloomberg Final Word with Brian Sullivan, "Changes in IP Laws Affect Stock Price", March 10, 2008.

FOX Business National, "Investing in Patents", June 5, 2008.

27



"It's the auto technology, Congress", *The Detroit News*, detnews.com, December 2, 2008.

FOX Business National, "Capturing Value from IP During a Recession", January 12, 2009.

FOX Business National, "The Value of Technology and Patents in a Chrysler Bankruptcy", May 1, 2009.

FOX Business National, "Exchange Looks to Value Patents", October 5, 2009.

TV Tokyo, "IP Markets, October 4, 2010.

FOX Business National, "Patent Litigation Trends", October 4, 2010.

CNBC Street Signs, "Patent-Palooza", July 26, 2011.

CNBC Street Signs, "Patent Battleground", August 15, 2011.

CNBC Street Signs, "IPXI: Trading Patents in 2012", December 14, 2011.

CEO IntroNet, May 16, 2012.

CNBC Street Signs, "Research In Motion's Patent Portfolio, May 30, 2012.

Crain's Chicago Business, Chicago Business Video, "Preview of the Eureka Index", April 25, 2013.

CNBC Street Signs, "Valuing Intangible Assets", August 5, 2013.

Chicago Tribune Blue Sky Innovation, "Why Robots Roam the Halls…", July 16, 2014.

CNBC Worldwide Exchange, "The Big Battle Over Intellectual Property:  U.S. – China Trade Tariffs and IP", March 26, 2018.

IP Fridays Podcast with Dr Rolf Claessen, "The Ocean Tomo Story", Jan 31 2025.

---

**EXPERT TESTIMONY**

01 Communique Laboratory, Inc. v. Citrix Systems, Inc. & Citrix Online, LLC
Civil Action 1:06-CV-0253 (N.D. Ohio)
United States District Court for the Northern District of Ohio
Deposition Testimony

Abiomed Inc. v. Maquet Cardiovascular LLC
No. 1:16-cv-10914-FDS
United States District Court for the District of Massachusetts
Deposition Testimony



ABS Global, Inc. v. Inguran, LLC d/b/a Sexing Technologies and XY, LLC v. Genus, PLC
Civil Action: 14-cv503-wmc
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Acadia Research Group, LLC and Lifeport Sciences, LLC v. Boston Scientific Corporation
AAA File No. 02-15-0004-9460
American Arbitration Association
Hearing and Deposition Testimony

Acantha LLC v. DePuy Synthese Sales, Inc., DePuy Synthes Products, Inc., DePuy Synthes, Inc., Johnson & Johnson, Inc. Synthes, Inc. Synthes USA, LLC, DePuy Orthopaedics, Inc. and DePuy Spine, LLC
Case No. 1:15-cv-01257-WCG
United States District Court for the Eastern District of Wisconsin Green Bay Division
Trial and Deposition Testimony

Acorda Therapeutics, Inc. v. Alkermes PLC
Case No. 01-20-0010-8421
American Arbitration Association
Hearing and Deposition Testimony

Advanced Aerospace Technologies, Inc. v. The United States of America and The Boeing Company and Institu, Inc.
Case No. 12-85C
United States Court of Federal Claims
Deposition Testimony

Advanced Micro Devices, Inc. and ATI Technologies, ULC v. Samsung Electronics Co. Ltd. et al.
No. CV-08-0986-SI
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Advanced Technology Materials, Inc. v. Praxair, Inc.,
Civil Action No.03 CV 5161 (RO)
United States District Court for the Southern District of New York
Deposition Testimony

A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No.94-C-5196
Deposition Testimony

Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

29



Allscripts Healthcare, LLC v. DR / Decision Resources, LLC
Case No. 1:19-cv-11038
United States District Court for the District of Massachusetts
Trial and Deposition Testimony

Allele Biotechnology and Pharmaceuticals, Inc. v. Regeneron Pharmaceuticals,
Inc.
Case No. 7:20-cv-08255-PMH
United States District Court for the Southern District of New York
Deposition Testimony

Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceuticals Industries Ltd., et. al.
Civil Action No. 04-2355
United States District Court for the District of New Jersey
Deposition Testimony

Altria Client Services LLC and U.S. Smokeless Tobacco Company LLC v. R.J.
Reynolds Vapor Company and Modoral Brands, Inc.
Civil Action No. 1:20-cv-00472
Trial and Deposition Testimony

Analog Devices, Inc. v. Christopher Michalski, Kiran Karnik and Maxim
Integrated Products, Inc.
Case 01 CVS 10614
State of North Carolina Superior Court Division, County of Guilford
Deposition Testimony

Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC and SmithKline
Beecham Corporation
Case No. 05-23264-CIV-Graham/O'Sullivan
United States District Court for the Southern District of Florida
Deposition Testimony

Appian Corporation v. Pegasystems Inc. and Youyong Zou
Case No 2020 07216
Virginia: In the Circuit Court of the Fairfax County
Trial and Deposition Testimony

Apple, Inc. v. Masimo Corporation and Sound United, LLC
Masimo Corporation v. Apple, Inc.
C.A. No. 22-1377-MN-JLH
United States District Court for the District of Delaware
Deposition Testimony

Appliance Computing III, Inc. Redfin Corporation
Case No. 6:20-cv-00376-ADA
United States District Court for the Western District of Texas
Trial and Deposition Testimony

Applied Medical Resources Corporation v. Gaya Limited

30



AAA Case No. 50 133T00316 06
Arbitration Testimony

Arendi S.A.R.L. v. Apple Inc.
Case No. 1:12-cv-01596
United States District Court for the District of Delaware
Deposition Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Ashley Furniture Industries v. Laura Ashley Holdings Plc and Laura Ashley, Inc.
AAA File No. 51 133 Y 01056 08
American Arbitration Association
Arbitration and Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products Company and Texaco Refining & Marketing, Inc. v. Unocal Corporation and Union Oil Company of California and  Union Oil Company of California v. Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony

Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Aylus Networks, Inc. vs. Apple, Inc.
Case No. 3:13-cv-4700
United States District Court for the Northern District of California
Deposition Testimony

Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC
Case No. 11 Civ 1594 (GBD)
United States District Court for the Southern District of New York
Deposition Testimony

Baxalta Inc. and Baxalta, GMbH v. Genentech, Inc.
C.A. No. 17-cv-00509-TBD
United States District Court for the District of Delaware
Deposition Testimony

Baxter International Inc. and Baxter Healthcare Corp. v. CyDex Pharmaceuticals, Inc.
AAA Case No. 01-21-0002-6106
American Arbitration Association



Deposition Testimony

Bayer Pharma AG, Bayer Intellectual Property GMBH and Bayer Healthcare
Pharmaceuticals, Inc. v. Watson Laboratories, Inc.
Civil Action No 12-517-GMS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Bio-Rad Laboratories, Inc. and the President and Fellows of Harvard College v.
10x Genomics, Inc.
Case No. 1:19-cv-12533
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc., the University of Chicago, Lawrence Livermore
National Security, LLC and Fellows of Harvard College v. Stilla Technologies,
Inc and Stilla Technologies
Case No. 1:19-cv-11587
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc. and the University of Chicago v. 10x Genomics, Inc.
Case No. 15-152-RGA
United States District Court for the District of Delaware
Trial and Deposition Testimony

BioNTech SE and Pfizer Inc., Petitioners v. Moderna TX, Inc., Patent Owner
Case IPR2023-01358 / Patent No. 10,702,600
Case IPR2023-01359 / Patent No. 10,933,127
United States Patent and Trademark Office Before the Patent Trial and Appeal
Board (PTAB)
Deposition Testimony

Board of Trustees of the Leland Stanford Junior University and Litton Systems,
Inc. v. Tyco International LTD., Tyco International, Inc., Tyco
Telecommunications, Inc, Tyco Networks, Inc., Lucent Technologies, Inc.,
Agere Systems, Inc., JDS Uniphase Corporation, Ciena Corporation, Pirelli
S.p.A., Ericsson, Inc., Telefonaktiebolaget Lm Ericsson and Ericsson
Microelectronics Ab, Optoelectronic Products.
Case No. Cv-00-10584-TJH (RCx)
United States District Court for the Central District of California – Western
California
Deposition Testimony

Bracco Diagnostics, Inc. v. Amersham Health Inc., Amersham Health AS,
Amersham plc and Amersham Health Inc. v. Bracco Diagnostics, Inc.
Civil Action No. 03-6025

32



United States District Court for the District of New Jersey
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Briggs & Stratton Corporation v. Kohler Company
Case No. 05-C-0025-C
United States District Court for the Western District of Wisconsin
Deposition Testimony

Bristol-Myers Squibb Company v. Apotex Inc. and Apotex Corp.
Civil Action No. 3:10-cv-05810 (MLC)
United States District Court for District of New Jersey
Deposition Testimony

Brocade Communications Systems, Inc. and Foundry Networks, LLC v. A10 Networks, Inc. et al.
Case No. 10-cv-03428 LHK
United States District Court for the Northern District of California San Jose Division
Trial and Deposition Testimony

Callpod, Inc. v. GN Netcom, Inc. et al.
Case No. 06-CV-4961
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

CareDx, Inc. v. Natera, Inc.
Case No. 1:19-cv-00662-CFC-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

CareFusion 303 v. Sigma International
Case No 10cv0442 DMS (WMC)
United States District Court for the Northern District of California
Trial and Deposition Testimony

Carter Bryant v. Mattel, Inc. and Consolidated Actions
United States District Court for the Central District of California Southern Division
Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)
Deposition Testimony



Caterpillar Inc. v. International Truck & Engine Corp., Siemens Diesel Systems
Technology, LLC, Sturman Industries, Inc., Sturman Engine Systems, LLC,
Oded E. Sturman and Carol K. Sturman
United States District Court for the District of South Carolina, Columbia
Division
Case No. 3:03-1739-17
Deposition Testimony

Catherine Alexander v. Take-Two Interactive Software, et al.
United States District Court for the Southern District of Illinois East St. Louis
Division
Civil Action No. 3:18-cv-966-MJR-MAB
Trial Testimony

CEATS, Inc. v. Continental Airlines, Inc., AeroSvit Airlines, CJSC, Air China,
Ltd., Air Europa Lineas Aereas, SAU, AirTran Airways, Inc., Alaska Airlines,
Inc., Horizon Air Industries, Inc., All Nippon Airways Co., Ltd., Aerovias Del
Contenente Americano SA, Brendan Airways, LLC, Caribbean Airlines, Ltd.,
Delta Air Lines, Inc., EgyptAir Airlines, Co., Frontier Airlines, Inc., JetBlue
Airways Corporation, Malaysia Airline System Berhad, Qatar Airways
Company QCSC, Alia Royal Jordanian, PLC, TAM, SA, Thai Airways
International Public Co., Ltd., United Air Lines, Inc., US Airways, Inc., Virgin
America, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

CEATS, Inc. v. Granada Theater, Live Nation Worldwide, Inc., Ticketmaster, LLC,
Tickets.com, Inc., Ticket Software, LLC, Ticket Network, Inc., TicketsNow.com,
Inc., TNow Entertainment Group, Inc., Concur Technologies, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

Centripetal Networks, Inc. v. Cisco Systems, Inc.
Case No. 2:18-CV-00094-HCM-LRL
United States District Court for the Eastern District of Virginia Norfolk Division
Trial and Deposition Testimony

Centripetal Networks, LLC v. Palo Also Networks, Inc.
No. 2:21-cv-00137-EWH-RJK
United States District Court for the Eastern District of Virginia Norfolk Division
Trial and Deposition Testimony

Cheetah Omni, LLC v. Alcatel-Lucent USA Inc., et al. (on behalf of Tellabs
North America, Inc.)
Case No.  6:11CV390
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.
Civil Action No. 04-293



United States District Court for the District of Delaware
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Jedd Williams
In Arbitration before JAMS
Reference No. 1310025030
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Plantronics, Inc., et al.
Case No. 4:19-CV-07562
United States District Court for the Northern District of California
Deposition Testimony

Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Comet Technologies USA Inc. v. XP Power LLC
Case No. 5:20-CV-06408-NC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Lenovo (United States) et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:09-cv-00399-LED
Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Cisco Systems, Inc.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:11-cv-00343-LED
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. MediaTek Inc., et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:12-cv-578-LED
Deposition Testimony

Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc. and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony

Confidential Parties
Case No. 01-21-4508
American Arbitration Association
Hearing Testimony

Construction Technology, Inc. v. Cybermation, Inc. et al.

35



Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

ControlSoft, Inc, v The Dow Chemical Company
Case No. 1:22-cv-02004-DAP
United States District Court of Ohio Eastern Division
Deposition Testimony

Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

CoStar Realty Information, Inc. v. Civix-DDI, LLC and Civix-DDI, LLC v. LoopNet, Inc.
Case No. 1:12-cv-04968 (consolidated with 07091 and 08632)
United States District Court for the Northeastern District of Illinois Eastern Division
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788
Trial Testimony

Crocs, Inc. v. Effervescent, Inc. et al.
Civil Action No. 06-cv-00605-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Cuker Interactive, LLC v. Pillsbury Winthrop Shaw Pittman LLP
AAA Case No. 01-18-0001-5005
American Arbitration Association
Arbitration Testimony

Curtis Amplatz and Carina Royalty, LLC v. AGA Medical Corporation
Court File No. 27-CV-10-27664
State of Minnesota District Court, County of Hennepin, Fourth Judicial District
Trial Testimony

DaiNippon Screen Mfg., Co. Ltd. *et al*. v. Scitex Corp. Ltd. *et al.*
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Arbitration and Deposition Testimony

Dalmatia Import Group, Inc. and Maia MaGee v. Foodmatch, Inc., Lancaster Fine Foods, Inc. et al.
Case No. 2:16-cv-02767-EGS
United States District Court for the Eastern District of Pennsylvania
Trial and Deposition Testimony



Dana-Farber Cancer Institute, Inc. v. Bristol-Myers Squibb, Co., E.R. Squibb & Sons, LLC and Ono Pharmaceutical Co. Ltd.
Civil Action No. 1:19-cv-11380
United States District Court for the District of Massachusetts
Deposition Testimony

Digital-Vending Services International, Inc. v. The University of Phoenix, Inc.
Civil Action No. 2:09-cv-00555
United States District Court for the Eastern District of Virginia
Deposition Testimony

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Donald R. Cameron, et al. v. Apple Inc.
Civil Action No. 4:19-cv-03074-YGR
United States District Court for the Northern District of California
Deposition Testimony

DTS, Inc. and DTS Licensing Ltd. v. Nero AG and Nero Inc.
Case No. 2:14-cv-09791-RGK-PJW
United States District Court for the Central District of California
Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony

Dynetix Design Solutions, Inc. v. Synopsys, Inc. and Does 1-50
Case No. 5:11-cv-05973-PSG
United States District Court for the Northern District of California
Deposition Testimony

Dyson, Inc. v. Bissell Homecare, Inc.
Case No. 10-cv-08126
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Earthlink, LLC v. Charter Communications Operating, LLC
Index No. 654332/2020
Supreme Court of the State of New York, County of New York Commercial Division, Part 48
Deposition Testimony

Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony



Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Emblaze Ltd. v. Apple Inc.
Civil Action No. 45:11-cv-01079-SBA (PSG)
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Energy Conversion Devices Liquidation Trust v. Ovonyx, Inc., Micron
Technology Inc. and Intel Corporation et al.
Case No. 12-43166-TJT
United States Bankruptcy Court, Eastern District of Michigan Southern Division
Deposition Testimony

Enterasys Networks, Inc. v. Extreme Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Epic Games, Inc. v. Apple Inc.
Civil Action No. 4:20-cv-05640-YGR
United States District Court for the Northern District of California Oakland
Division
Trial and Deposition Testimony

Errant Gene Therapeutics, LLC v. Sloan Kettering Institute for Cancer Research
and Bluebird Bio Inc.
Index No. 150586/2017
Supreme Court of the State of New York
Trial and Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Esquel Enterprises, Ltd., v. TAL Apparel Limited and TALTECH Limited
Civil Action No. C04-974Z
United States District Court for the Western District of Washington at Seattle
Deposition Testimony

EVEMeta, LLC v. Siemens Convergence Creators Corporation, Synacore, Inc.
Case No. 23139/MK
Supreme Court of New York for the County of New York
Deposition Testimony

Express, LLC v. Fetish Group, Inc.
Civil Action No. CV05-2931 SWV (JTLx)
United States District Court for the Central District of California Western
Division

38



Deposition Testimony

Extreme Networks, Inc. v. Enterasys Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Facebook, Inc. & Subsidiaries v. Commission of Internal Revenue
Docket No. 21959-16
U.S. Tax Court
Trial Testimony

Fairchild Semiconductor Corporation and System General Corporation v. Power
Integrations, Inc.
Civil Action No. 12-00540
United States District Court for the District of Delaware
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony

Ferring Pharmaceuticals Inc., Rebiotix Inc., v. Finch Therapeutics Group, Inc. et
al.
Civil Action No. 21-01694-RGA
United States District Court for the District of Delaware
Trial and Deposition Testimony

FidoPharm, Inc. & Omnipharm, Ltd. v. Cheminova, Inc. A/S
AAA Case No. 50 503 T 00266 12
American Arbitration Association
Hearing Testimony

First Quality Tissue, LLC v. Irving Consumer Products Limited and Irving
Consumer Products, Inc.
Case No. 1:19-cv-00428
United States District Court for the District of Delaware
Deposition Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Fortis Advisors LLC, solely in its capacity as representative of former
stockholders of Auris Health, Inc. v. Johnson & Johnson, et al.
C.A. No. 2020-0881-LWW
In the Court of Chancery of the State of Delaware
Trial and Deposition Testimony

Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.
Case No.: CV07-02-962



United States District Court for the Central District for the State of California
Deposition Testimony

Fractus, S.A. v. Samsung Electronics Co. Ltd.; et al (including LG Electronics, Inc. and related parties)
Civil Action No. 6:09cv203
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Fraunhofer-Gesellschaft Zur Forderlung der Andgwandten Forschung E.V. v. Sirius XM Radio Inc.
Civil Action No. 1:17-cv-00184
United States District Court for the District of Delware
Deposition Testimony

Fujitsu Ltd. v. Tellabs, Inc. et al.
Case No. 1:09-cv-04530
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

FXOne, LLC & Rosario Ingargiola v. Seabury Financial Solutions, et. al
JAMS New York, New York
Arbitration Hearing Testimony

General Mills, Inc. and General Mills IP Holdings II, LLC v. Fage Dairy Industry, S.A., Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc.
United States District Court for the Northern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287
United States District Court for the District of Puerto Rico
Deposition Testimony

The Gillette Company LLC v. Dollar Shave Club, Inc., Dorco Company Ltd., and Pace Shave, Inc.
Case No. 1:15-CV-01158 (LPS)
United States District Court for the District of Delaware
Deposition Testimony

Google LLC v. Anthony Levandowski and Lior Ron
JAMS Ref No. 1100086069
Hearing and Deposition Testimony

40



Google LLC v. Sonos, Inc.
United States District Court for Northern District of California
Civil Action No. 3:20-cv-06754
Trial and Deposition Testimony

Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

Group One v. Hallmark
Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western
Division
Deposition Testimony

GSI Technology, Inc. v. United Memories, Inc., Integrated Silicon Solution, Inc.
Case No. 13-CV-1081-PSG
United States District Court for the Northern District of California, San Jose
Division
Trial and Deposition Testimony

Guardant Health, Inc. v. Natera, Inc.
Case No. 3:21-CV-04062-EMC
United States District Court for the Northern District of California San
Francisco Division
Trial and Deposition Testimony

hiQ Labs, Inc. v. LinkedIn Corporation
Civil Action No. 3:17-cv-03301
United States District Court for the Northern District of California
Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display
Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics
America Inc. and Office Depot
Civil Action No. 97-1988-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Kevin P. Chase
Civil Action No. 94-75361
United States District Court
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

41



Huawei Technologies Co. Ltd. v. Verizon Communications, Inc. et al.
Civil Action No. 2:20-cv-00030
United States District Court for the Eastern District of Texas Marshall Division
Trial and Deposition Testimony

ICON Health & Fitness, Inc. v. Peloton Interactive, Inc.
Case No. 1:20-cv-01386-RGA
United States District Court for the District of Delaware
Deposition Testimony

iHance, Inc. v. Eloqua Limited and Eloqua Corporation
Case No. 2;11-CV-257-MSD-TEM
United States District Court for the Eastern District of Virginia Norfolk Division
Deposition Testimony

Illumina, Inc. et. al v. Ariosa Diagnostics, Inc.
Case No 3:14-cv-01921-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Immunocept, LLC, Patrice Anne Lee, and James Reese Matson v. Fullbright & Jaworski, LLP
Cause No. A 05 CA 334 SS
United States District Court of Texas, Austin Division
Deposition Testimony

Impact Engine, Inc. v. Google LLC
Case No. 3:19-cv-01301-CAB-DEB
United States District Court for the Southern District of California
Deposition Testimony

In Re Apple iPhone Antitrust Litigation
Civil Action No. 4:11-cv-06714-YGR
United States District Court for the Northern District of California
Deposition Testimony

In Re Gabapentin Patent Litigation
MDL Docket No. 1384 (FSH)
Master Civil Action No. 00-2931 (FSH)
On behalf of Defendants Teva Pharmaceutical Industries Ltd. and IVAX
Corporation and related parties
United States District Court for the District of New Jersey
Deposition Testimony

In Re Nortel Networks Inc. et al. and
In the Matter of the Companies' Creditors Arrangement Act
Case No. 09-10138 (KG) and R.S.C. 1985, c. C-36
United States Bankruptcy Court for the District of Delaware and the Ontario
Superior Court of Justice
Trial and Deposition Testimony



In the Matter of Arbitration Between Open Text, Inc., Claimant, and State Employee's Credit Union, Respondent
JAMS Arbitration No. 1400015026
Arbitration Testimony

In the Matter of Certain Botulinum Toxin Products, Processes for Manufacturing or Relating to Same and Certain Products Containing Same
Investigation No. 337-TA-1145
On behalf of Allergan plc, Allergan, Inc. and Medytox Inc.
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Computer Network Security Equipment and Systems, Related Software, Components Thereof, and Products Containing Same
Investigation No. 337-TA-1314
On behalf of Respondent Centripetal Networks, Inc.
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Electronic Devices with Graphics Data Processing Systems, Components Thereof, and Associated Software
Investigation No. 337-TA-813
On behalf of Respondent Apple Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain High-Strength Aluminum or Aluminum Alloy-Coated Steel, and Automotive Products and Automobiles Containing Same
Investigation No. 337-TA-813
On behalf of Complainant ArcelorMittal
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Medical Programmers with Printed Circuit Boards Components
Investigation No. 337-TA-1396
On behalf of Respondent Axonics, Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Pre-Filled Syringes for Intravitreal Injection and Components Thereof
Investigation No. 337-TA-1207
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Robotic Floor Cleaning Devices and Components Thereof
Case No. 337-TA-1252
On behalf of the Respondents SharkNinja Operating LLC, SharkNinja Management LLC, SharkNinja Management Company, SharkNinja Sales Company, SharkNinja Hong Kong Co. Ltd., and EP Midco LLC

43



United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Semiconductor Chips with Minimized Chip Package
Size and Products Containing Same (III)
Investigation No. 337-TA-630
On behalf of Respondents Acer, Nanya and Powerchip
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Short-Wavelength Light Emitting Diodes, Laser Diodes,
and Products Containing Same
Investigation No. 337-TA-640
On behalf of Respondent Panasonic
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wearable Activity Tracking Devices, Systems and
Components Thereof
Investigation No. 337-TA-973
On Behalf of Complainant Fitbit, Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wiper Blades
Investigation No. 337-TA-816
On behalf of Respondents
United States International Trade Commission
Hearing (written) and Deposition Testimony

Industrial Print Technologies, LLC v. O'Neil Data Systems, Inc. and Hewlett-
Packard Company et. al
Case No. 3:15-cv-01100-M, 01101-M, 01103-M, 01104-M and 01106-M
United States District Court for the Northern District of Texas Dallas Division
Deposition Testimony

InLine Connection, Corp v. AOL Time Warner, Inc. and American Online, Inc
Civil Action 02-272
United States District Court for the District of Delaware
Deposition Testimony

InLine Connection, Corp v. Earthlink, Inc.
Civil Action 02-477
United States District Court for the District of Delaware
Deposition Testimony

Innovention Toys, LLC v. MGA Entertainment, Inc., Wal-Mart Stores, Inc. and
Toys 'R Us, Inc.
Civil Action No. 07-6510
United States District Court for the Eastern District of Louisiana
Trial and Deposition Testimony

44



Intel Corporation v. Future Link Systems, LLC
Civil Action No. 14-377(LPS)
United States District Court for the District of Delaware
Deposition Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73
United States District Court for the District of Delaware
Trial and Deposition Testimony

International Business Machines Corporation v. Groupon, Inc.
C.A. No. 16-122-LPS-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

Invensas Corporation v. Renesas Electronics Corporation and Renesas
Electronics America, Inc.
Case No. 11-cv-00448-GMS
United States District Court for the District of Delaware
Deposition Testimony

Invention Capital Partners v. Phoenix Technologies Ltd., Marlin Equity
Partners, et. al
Case No: 113CV242491
Superior Court of the State of California County of Santa Clara
Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Jaguar Land Rover Limited v. Bentley Motors Limited and Bentley Motors, Inc.
Case No. 2:18-cv-320-MSD-LRL
United States District Court for the Eastern District of Virginia, Norfolk
Division
Deposition Testimony

Jamdat Mobile, Inc. v. JAMSTER International Sarl, Ltd; JAMBA! GMBH; and
Verisign, Inc.
Civil Action No. CV05-3945 PA (FMOx)
Deposition Testimony



James Hayden v. 2K Games, Inc. and Take-Two Interactive Software, Inc.
Civil Action No. 1:17-cv-02636-CAB
United States District Court for the Northern District of Ohio Eastern Division
Trial and Deposition Testimony

Jenner & Block LLP v. Parallel Networks, LLC and EpicRealm Licensing LP
JAMS Arbitration No. 1310019934
Arbitration and Deposition Testimony

John W. Evans, et al. v. General Motors Corporation
Docket # X06-CV-94-0156090S
Superior Court of Connecticut Judicial District of Waterbury
Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable
Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.
Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony

Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Trial and Deposition Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

Keurig, Inc. v. Kraft Foods Global, Inc., Tassimo Corp., and Kraft Foods Inc.
C.A. No. 07-17 (GMS)
United States District Court for the District of Delaware
Deposition Testimony

Kimberly-Clark Corporation v. Cardinal Health 200, LLC
Civil Action No. 1:10 CV-0034-CAP
United States District Court Northern District of Georgia, Atlanta Division
Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc., Richard Weston,
Medela AG, Medela, Inc., and Patient Care Systems, Inc.
Civil Action SA-03-CA-0832-RG
United States District Court Western District of Texas San Antonio Division
Trial and Deposition Testimony



Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest University Health Services v. Bluesky Medical Group, Inc. and Smith & Nephew, Inc.
Case No. SA:08-CV-00102-WRF
United States District Court Western District of Texas San Antonio Division
Preliminary Injunction Hearing, Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest University Health Sciences v. Convatec, Inc., Boehringer Wound Systems, LLC and Boehringer Technologies, LP
Civil Action No. 1:08-CV-00918-WO-LPA
United States District Court for the Middle District of North Carolina
Deposition Testimony

Kruse Technology Partnership v. Caterpillar, Inc.
Case No. CV 04-10435
United States District Court for the Central District of California
Deposition Testimony

Kuryakan Holdings LLC v. Ciro, LLC et al
Civ. No. 3:15-CV-00703
United States District Court for the Western District of Wisconsin
Deposition Testimony

Leo Pharma A/S v. Tolmar, Inc. et al.

C.A. No. 10-269 (SLR)
Deposition Testimony

Lincoln Electric Company, et al. v. National Standard, LLC
No. 1:09-cv-01886-DCN
United States District Court of Ohio Eastern Division
Deposition Testimony

LG Electronics Inc. v. Intellectual Ventures I, LLC et. al
C.A. No. N22C-11-145 SKR-CCLD
Superior Court of the State of Delaware
Trial Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v. Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lotes Co. Ltd. v. Hon Hai Precision Industry Co. Ltd and Foxconn Electronics, Inc.
Civil Action No. 3:11-cv-01036-WHA
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

47



Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)
United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Match Group, LLC v. Bumble Trading Inc. et al.
Civil Action 6:18-cv-00080
United States District Court for the Western District of Texas Waco Division
Deposition Testimony

Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., Oppo Digital., and
Micro-Star International Computer Corp.
Case No. C05-03148 MMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Medgraph, Inc. v. Medtronic, Inc.
Case No. 6:09-cv-06610-DGL-MWP
United States District Court for the Western District of New York
Rochester Division
Deposition Testimony

MedImpact Healthcare Systems, Inc. et al v. IQVIA, Inc. et al.
Case No. 3:19-cv-1865-GPC-DEB
United States District Court for the Southern District of California
Deposition Testimony

Medtronic Xomed, Inc. v. Gryus ENT LLC
Case No.: 3:04CV400-J-32 MCR
United States District Court for the Middle District of Florida
Jacksonville Division
Deposition Testimony

MEI, Inc. v. JCM American Corp & Japan Cash Machine Co. Ltd.
Civil Action No. 09-00351
United States District Court for the District of New Jersey
Deposition Testimony

Meribear Productions, Inc. v. Showroom Interiors, Inc. et. al.
Case No. VC065653
Superior Court of the State of California, County of Los Angeles
Deposition Testimony

48



Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties
Civil Action No. 379CV-1813H
Trial Testimony

Mexichem Amanco Holdings, S.A. de C.V. v. The Chemours Company and The Chemours Company FC, LLC
Civil Action No. 4:20-cv-01960
Deposition Testimony

MGA Entertainment, Inc. and Isaac Larian v. Hartford Insurance Company of the Midwest, Harford Fire Insurance Company, The Hartford Financial Services Group and Does 1 through 10.
Case No. CV 08-0457 DOC (RNBx)
United States District Court for the Central District of California Southern Division
Deposition Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Milwaukee Electric Tool Corporation, Metco Battery Technologies, LLC AC (Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd. v. Snap-On Incorporated
Case No. 2:14-cv-01296
United States District Court for the Eastern District of Wisconsin
Trial and Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Trial and Deposition Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Mitsubishi Electric Corp., Koninklijke Philips N.V., Thomson Licensing, GE Technology Development, Inc. Panasonic Corporation and Sony Corporation v. Sceptre, Inc.
Case No. 2:14-cv-04994-ODW-AJW
United States District Court for the Central District of California
Deposition Testimony

Money Suite Company v. Insurance Answer Center, LLC; Answer Financial, Inc.; AllState Insurance Company; Esurance Insurance Services, Inc.
United States District Court Central District of California Southern Division
Deposition Testimony

49



Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony

Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN, BHD v. Hytera
Communications Corporation Ltd., Hytera America, Inc. and Hytera
Communications America (West), Inc.
Civil Action No. 1:17-cv-1973
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Motorola Solutions, Inc. v. Hytera Communications Corporation Ltd.
Civil Action No. 1:17-cv-1972
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Motorsport Aftermarket Group, Inc. v. Thomas Ellsworth
AAA Case No. 01-15-0006-1319
American Arbitration Association
Hearing Testimony

Natera, Inc. v. ArcherDx, Inc., ArcherDx, LLC and Invitae Corp.
Civil Action No. 20-125-LPS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Natera, Inc. v. Neogenomics Laboratories, Inc.
C.A. No. 1:23-cv-629
United States District Court for the Middle District of North Carolina
Deposition Testimony

Nellcor Puritan Bennett, LLC v. CAS Medical Systems, Inc.
Case No. 2:11-CV-15697
United States District Court for the Eastern District of Michigan Southern
Division
Deposition Testimony

Netlist, Inc. v. Diablo Technologies, Inc.
Civil Action No. 4:13-CV-05962-YGR
United States District Court for the Central District of California Oakland
Division
Trial Testimony

Nike, Inv. v. Lululemon USA, Inc.
Case No. 1:23-cv-00771-AS
United States District Court for the Southern District of New York
Deposition Testimony

Nomadix, Inc. v. Hewlett-Packard Company, et al.
Civil Action No. CV09-08441 DDP(VBKx)



United States District Court for the Central District of California Western
Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

Optical Air Data Systems, LLC v. L-3 Communications Corporation et al.
Civil Action No. N17C-05-619
Superior Court of the State of Delware
Trial and Deposition Testimony

Option3 Cyber Investments, LLC and Option3 Ventures, LLC v. Centripetal
Networks, Inc.
Case No. 2021-15490
Circuit Court for the County of Fairfax
Deposition Testimony

Oracle America, Inc. v. Google, Inc.
Case No. 3:10-CV-03561-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)
United States District Court for the District of New Jersey
Trial and Deposition Testimony

PACT XPP Schweiz AG et al. v. Intel Corporation
Civil Action No. 19-cv-01006-JDW
United States District Court for the District of Delaware
Deposition Testimony

Pharmacia & Upjohn Company, LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
Civil Action No. 04-833 (KAJ)
United States District Court for the District of Delaware
Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony

PepsiCo, Inc. v. Commissioner of Taxation and
Stokely-Van Camp, Inc. v. Commissioner of Taxation

51



VID53/2022, VID55/2022, VID57/2022, VID74/2022, VID82/2022
Federal Court of Australia
Hearing Testimony

Peter Daou and James Boyce v. Arianna Huffington, Kenneth Lerer and
TheHuffingtonPost.com, Inc.
Index No. 651997/2010
Supreme Court of the State of New York, County of New York
Deposition Testimony

PlastiPak Packaging, Inc. v. Premium Waters Inc.
Case No. 3:20-cv-00098
United States District Court for the Western District of Wisconsin
Deposition Testimony

Plexxikon Inc. v. Novartis Pharmaceuticals Corporation
Case No. 4:17-cv-04405-HSG
United States District Court for the Northern District of California Oakland
Division
Trial Deposition Testimony

Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., Fairchild
Semiconductor Corporation and System General Corporation
Case No. 3:09-cv-05235-MMC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Powertech Technology, Inc. v. Tessera, Inc.
Case No. CV10-00945EMC
United States District Court for the Northern District of California
Deposition Testimony

Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced
Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

Prism Technologies, LLC v. AT&T Mobility, LLC
Civil Action No. 8:12-cv-122-LES-TDT
United States District Court of Nebraska
Deposition Testimony

Prism Technologies, LLC v. T-Mobile USA, Inc.
Civil Action No. 8:12-cv-00124
United States District Court of Nebraska
Trial and Deposition Testimony

Prism Technologies, LLC v. Sprint Spectrum L.P. d/b/a/ Sprint PCS
Civil Action No. 8:12-cv-123-LES-TDT
United States District Court of Nebraska
Trial and Deposition Testimony



The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

Promptu Systems Corporation v. Comcast Corporation and Comcast Cable Communications LLC
C.A. No. 2:16-cv-06516-JS
United States District Court for the Eastern District of Pennsylvania
Deposition Testimony

Purecircle USA Inc. and Purecircle SDN BHD v. Sweegen, Inc. and Phyto Tech Corp.
Case No. 8:18-CV-1679 JVS (JDE)
United States District Court for Central District of California Southern Division
Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Radware, LTD, and Radware, Inc. v. F5 Networks, Inc.
Civil Action No. 5:13-cv-02024 RMW
United States District Court for the Southern District of California San Jose Division
Trial and Deposition Testimony

Regeneron Pharmaceuticals, Inc. v. Celltrion, Inc.
Civil Action No. 1:23-cv-89-TSK
United States District Court for the Northern District of West Viginia, Clarksburg Division
Deposition Testimony

Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG et. Al
Case IPR2021-00816
United States Patent and Trademark Office Before the Patent Trial and Appeal Board
Deposition Testimony and Written Declaration

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822



United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Rensselaer Polytechnic Institute and Dynamic Advances, LLC v. Apple Inc.
Case No 1:13-cv-00633 (DNH/DEP)
United States District Court for the Northern District of New York
Deposition Testimony

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Robert E. Morley, Jr. and REM Holdings 3, LLC v. Square, Inc., Jack Dorsey and James McKelvey, Jr.
No. 4:14-cv-00172-CDP
United States District Court for the Eastern District of Missouri
Deposition Testimony

Roche Diabetes Care, Inc. v. Insulet Corporation
Case No. 1:20-cv-00825
United States District Court for the District of Delaware
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Ameren Corporation; Union Electric Company; Central Illinois Public Service Company; Cilcorp, Inc.; Central Illinois Light Company
Case No. 07-4955 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. AOL, LLC, CompuServe Interactive Services and Netscape Communications Corporation
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Cablevision Systems Corporation et. al.
Case No. 2:07-ML-01816 / 02314 RGK-FFM
United States District Court for the Central District of California

54



Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Operating, LLC; and Charter Communications Entertainment I, LLC
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. CIGNA Corporation, CIGNA Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug of Pennsylvania, LLC and Tel-Drug, Inc.
CV 07-2192 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Comcast Corporation, Sirius-XM Radio, Inc., et al.
NO. 2:07-ML-01816-C RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. DHL Holdings (USA) Inc., DHL Express (USA), Inc., and Sky Courier, Inc.
Case No. 07-ml-01816-B RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Fifth Third Bankcorp, Fifth Third Bank, Fifth Third Bank (Central Ohio)
Case No. 07-4960 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Time Warner Cable Inc., Time Warner NY Cable LLC and Time Warner Entertainment Company, L.P.
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. United States Cellular Corporation, TDS Telecommunications Corporation and TDS Metrocom, LLC
Case No.07-ML-01816-B-RGK (FFMX)
United States District Court for the Central District of California
Deposition Testimony

Rosetta Stone Ltd. v. Google Inc.
Civil Action No. 1:09 CV 736 GBL / JFA
United States District Court for the Eastern District of Virginia
Deposition Testimony



RWM Kinetic Enterprises, Inc. and Thomas J. Ring v. Kinetic Concepts, Inc. and KCI Therapeutic Services, Inc.
Case No. SA-96-CA-603-OG
United States District Court for the Western District of Texas San Antonio Division
Trial Testimony

Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. v. Genentech, Inc. and City of Hope
Case No. 2:15-CV-05685
United States District Court for the Central District of California Western Division
Deposition Testimony

Sanyo Electric Co., Ltd. v. Intel Corporation
Civil Action No. 2018-0723-MTZ
Court of Chancery of the State of Delaware
Deposition Testimony

Saxon Innovations, LLC v. Nokia Corp, et al. (including Samsung Electronics, Co. and related parties)
Civil Action No. 6:07-cv-490-LED-JDL
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

SecurityPoint Holdings, Inc. v. The United States
Case No. 1:11-cv-00268-EGB
In the United States Federal Court of Claims
Deposition and Trial Testimony

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd., S-LCD Corporation, Samsung Electronics America, Inc. Samsung Telecommunications America, LLC
Civil Action No. 3:09-cv-00001
United States District Court for the Western District of Wisconsin
Deposition Testimony

Selex Galileo, Inc. v. Nomir Medical Technologies, Inc.
Case No. 01-17-0003-0930
American Arbitration Association
Hearing Testimony

Seven Networks, LLC v. Apple Inc.
Civil Action No. 2:19-cv-115-JRG
United States District Court for the Western District of Texas Marshall Division
Deposition Testimony

Shuffle Tech International, LLC and Aces Up Gaming, Inc. and Poydras-Talrick Holdings, LLC v. Scientific Games Corporation and Bally Technologies, Inc. (d/b/a SHFL Entertainment or Shuffle Master) and Bally Gaming, Inc.
Civil Action No. 1:15-cv-3702
United States District Court for the Northern District of Illinois Eastern Division

56



Trial and Deposition Testimony

Silicon Image, Inc. v. Analogix Semiconductor, Inc.
Case No. C 07-00635 JCS
United States District Court for the Northern District of California, San
Francisco Division
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766
Deposition Testimony

Slot Speaker Technologies, Inc. v. Apple Inc.
Case No. 4:13-cv-01161-HSG
United States District Court Northern District of California Oakland Division
Deposition Testimony

SmartPhone Technologies, LLC v. Research In Motion Corp. et. al (on behalf
LG Electronics, Inc. and LG Electronics USA, Inc.)
Civil Action No. 6:10cv74-LED
United States District Court Eastern District of Texas Tyler Division
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji
Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Trial and Deposition Testimony

Steven E. Berkheimer v. Hewlett-Packard Company
Case No. 1:12-cv-09023
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV44
United States District Court of Texas Sherman Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV45
United States District Court of Texas Sherman Division
Deposition Testimony

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil,
and Technics, Inc.
Civil Action No. 4:19-cv-01145
United States District Court for the Southern District of Texas Houston Division
Trial and Deposition Testimony

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil,
and Technics, Inc.

57



Civil Action No. 1:15-CV-8178
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Synopsys, Inc. v. Ubiquiti Networks, Inc. et al.
Civil Action No. 3:17-cv-00561-WHO
United States District Court for the Northern District of California
Deposition Testimony

Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.
Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Deposition Testimony

Tekmira Pharmaceuticals Corporation and Protiva Pharmaceuticals, Inc. v.
Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.
Civil Action No. 11-1010-BLS2
Massachusetts Superior Court for Suffolk County
Deposition Testimony

Tessera, Inc. v. Advanced Micro Devices, Inc. et al.
Case No. 4:05-cv-04063-CW
United States District Court for Northern District of California Oakland Division
Deposition Testimony

Tessera, Inc. v. UTAC (Taiwan) Corporation
Case No.: 5:10-cv-04435-EJD
United States District Court for Northern District of California San Jose
Division
Deposition Testimony

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, v.
ROSS Intelligence Inc.
Case No. 20-613-SB
United States District Court for the District of Delaware
Deposition Testimony

Toro Company v. MTD Products Inc., MTD Consumer Group Inc., and Cub
Cadet LLC
Civil Action No 10-cv-007-JNE-TNL
United States District Court for the District of Minnesota
Deposition Testimony

Trustees of the University of Pennsylvania v. Genentech, Inc.
Case No. 1:22-cv-00145-JLH

58



United States District Court for the District of Delaware
Deposition Testimony

Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and
CaptionCall, LLC
Case No.: 3:14-cv-66-BBC
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Unicorn Energy AG v. Tesla, Inc.
Civil No. 5:21-cv-07476-BLF
United States District Court for the Northern District of California San Jose
Division
Deposition Testimony

Unwired Planet, LLC v. Apple, Inc.
Case No. 3:13-cv-4134-VC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

U.S.A. Dawgs, Inc. et al. v. Ronald Synder, et al.
Civil Action No. 16-cv-02004-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Verinata Health, Inc. and the Board of Trustees of the Leland Stanford Junior
University v. Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.
Case No. 3:12-cv-00865-SI
Deposition Testimony

Verinata Health, Inc. v. Ariosa Diagnostics, Inc.
Case No. 3:12-cv-055501-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Viacom International Inc. v. MGA Entertainment, Inc.
Case No.: 2:15-cv-09621-R (Ex)
United States District Court for the Central District of California
Deposition Testimony

VimpelCom Ltd. v. Orascom TMT Investments S.a.r.l.
London Court of International Arbitration
Arbitration No: 153077
Hearing Testimony

59



Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies
AG and Infineon Technologies North America Corporation
Case No. C 08-05129 CRB
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications
Corporation
Civil Action No. 97-1628-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

Waymo LLC v. Uber Technologies, Inc., Ottomotto LLC and Otto Trucking LLC
Case No. 3:17-cv-00939-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Whirlpool Corporation v. Drinker Biddle & Reath LLP et. al.
Case No. 2015-L-007631
Circuit Court of Cook County, Illinois
Trial and Deposition Testimony

Wisk Aero LLC v. Archer Aviation Inc.
Civil Action No. 3:21-cv-02450-WHO
United States District Court for the Northern District of California
Deposition Testimony

Zenith Electronics LLC, Panasonic Corporation, U.S., Philips Corporation, and
the Trustees of Columbia University in the City of New York v. Sceptre, Inc.
Case No. 9:13-CV-80567
United States District Court for the Central District of California
Deposition Testimony

Zenith Electronics LLC v. Vizio, Inc.; Westinghouse Digital Electronics LLC, et al.
No. 5:06CV246-DF
United States District Court for the Eastern District of Texas
Texarkana Division
Deposition Testimony

ZiiLabs Inc., Ltd. v. Samsung Electronics Co. Ltd (and related Samsung parties)
and Apple Inc.
Case No. 2:14-cv-00203



United States District Court for the Eastern District of Texas Marshall Division
Deposition Testimony

---

**PATENTS**

Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony Fulfillment Service System, May 12, 1998.

Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6.397,057, System and Method of Providing Advertising Information to a Subscriber Through a Wireless Device, May 28, 2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices, August 3, 2004.

Inventor, United States Patent No. 6,839,556, System and Method of Providing Information to a Subscriber through a Wireless Device, January 4, 2005.

Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent No. 7,181,200, Method of Providing Information to a Telephony Subscriber, February 20, 2007.

Inventor, United States Patent No. 7,353,202, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 1, 2008.

Inventor, United States Patent No. 7,769,685, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, August 3, 2010.

Inventor, United States Patent No. 7,813,716, Method of Providing Information to a Telephony Subscriber, October 12, 2010.

Inventor, United States Patent No. 7,885,897, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, February 8, 2011.

Inventor, United States Patent No. 7,930,231, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 19, 2011.



Inventor, United States Patent No. 7,987,142, Intellectual Property Trading Exchange, July 26, 2011.

Inventor, United States Patent No. 8,041,341, System of Providing Information to a Telephony Subscriber, October 18, 2011.

Inventor, United States Patent No. 8,180,711, Intellectual Property Trading Exchange, May 15, 2012.

Inventor, United States Patent No. 8,255,932, System and Method for Managing Intellectual Property-Based Risks, January 15, 2013.

Inventor, United States Patent No. 8,515,851, Method and System for Generating an Index of Securities, August 20, 2013.

Inventor, United States Patent No. 8,554,687, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, October 8, 2013.

Inventor, United States Patent No. 8,694,419, Methods and Systems for Utilizing Intellectual Property Assets and Rights, April 8, 2014.

Inventor, United States Patent No. 8,787,878, System of Providing Information to a Telephony Subscriber, July 22, 2014.

Inventor, United States Patent No. 8,831,985, Financial Instrument Based on Content and Methods for Valuation, September 9, 2014.

Inventor, United States Patent No. 8,880,031, System of Providing Information to a Telephony Subscriber, November 4, 2014.

Inventor, United States Patent No. 9,058,628, Marketplace for Trading Intangible Asset Derivatives and a Method for Trading Intangible Asset Derivatives, June 16, 2015.

Inventor, United States Patent No. 9,244,292, Eyewear with Exchangeable Temples Housing A Radio Frequency, January 26, 2016.

---

**CONTACT**    James E. Malackowski, CPA, CLP
Co-founder and Senior Managing Director
Ocean Tomo, LLC, a part of J.S. Held
North Miami Beach, Florida

312-327-4410 Direct
james.malackowski@jsheld.com

# Appendix B

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

| Beginning Bates No. | Ending Bates No. | Beginning Bates No. | Ending Bates No. | Beginning Bates No. | Ending Bates No. |
|---|---|---|---|---|---|
| APL-APPSTORE_00000055 | APL-APPSTORE_00000087 | APL-APPSTORE_09814097 | APL-APPSTORE_09814097 | APL-APPSTORE_10332891 | APL-APPSTORE_10332891 |
| APL-APPSTORE_04685284 | APL-APPSTORE_04685285 | APL-APPSTORE_09814098 | APL-APPSTORE_09814098 | APL-APPSTORE_10334884 | APL-APPSTORE_10334960 |
| APL-APPSTORE_04685286 | APL-APPSTORE_04685286 | APL-APPSTORE_09814099 | APL-APPSTORE_09814099 | APL-EG_08926407 | APL-EG_08926408 |
| APL-APPSTORE_08856864 | APL-APPSTORE_08856864 | APL-APPSTORE_10137258 | APL-APPSTORE_10137263 | APL-EG_08926412 | APL-EG_08926433 |
| APL-APPSTORE_08856866 | APL-APPSTORE_08856866 | APL-APPSTORE_10176241 | APL-APPSTORE_10176337 | APL-EG_10015140 | APL-EG_10015251 |
| APL-APPSTORE_08883133 | APL-APPSTORE_08883332 | APL-APPSTORE_10187823 | APL-APPSTORE_10187995 | VALVE000675 | VALVE000676 |
| APL-APPSTORE_09806205 | APL-APPSTORE_09806205 | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

### Depositions

Deposition of Eddy Cue, February 8, 2021.

Deposition of Mark Rollins, February 11, 2021.

Deposition of Philip Schiller, February 11, 2021.

Deposition of Timothy Cook, February 12, 2021.

Deposition of Erik Neuenschwander, January 9, 2025.

Deposition of Richard Czeslawski, June 17, 2021.

Deposition of Donald Cameron, June 25, 2021.

### Legal Filings - Current Matter

"Order Granting Stipulation for Leave to File Third Amended Consolidated Class Action Complaint," *In Re Apple iPhone Antitrust Litigation*, Case No. C 11-06714-YGR (N.D. Cal.), September 11, 2020 ("Third Amended Complaint").

"Developer Plaintiffs' Motion for Class Certification," Dkt. #332 (June 1, 2021).

"Plaintiffs' Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities," Dkt. #441 (June 1, 2021).

"Order Denying Plaintiffs' Motion for Class Certification Without Prejudice; Granting in Part and Denying in Part Apple's *Daubert* Motion to Exclude Testimony of Professor Daniel L. McFadden," Dkt. #630 (March 29, 2022).

"Plaintiffs' Renewed Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities," Dkt. #666-1 (September 26, 2022).

"Order Denying Apple's Daubert Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz; and Granting Plaintiffs' Motion for Class Certification," Dkt. #789 (February 2, 2024).

"Stipulated Amended Protective Order," Dkt. #252 (January 21, 2021).

"Reply Memorandum in Further Support of Plaintiffs' Renewed Motion for Class Certification," Dkt. #708-1 (April 28, 2023).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Legal Filings - *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR)**

"Epic Games, Inc.'s Notice of Motion and Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Memorandum of Points and Authorities in Support Thereof," *Epic Games, Inc. v. Apple, Inc.* (Case No. 3:20-cv-05640-EMC), Dkt. #17 (August 17, 2020).

"Apple Developer Program License Agreement," *Epic Games, Inc. v. Apple Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74-2 (September 15, 2020).

"Declaration of Philip W. Schiller in Support of Defendant Apple Inc.'s Opposition to Plaintiff's Motion for a Preliminary Injunction," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), Dkt. #74 (September 15, 2020).

"Stipulation Between Epic Games, Inc. and Apple Inc. and Amended Protective Order," Epic Games, Inc. v. Apple Inc. (Case No. 4:20-cv-05640-YGR), Dkt. #274 (January 21, 2021).

"Reporter's Transcript of Proceedings: Volume 5 – Testimony of Andrew Grant," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), May 5, 2021.

"Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021.

"Reporter's Transcript of Proceedings: Volume 15 – Testimony of Timothy Cook," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), May 21, 2021.

"Unreal Engine End User License Agreement," *Epic Games Inc. v. Apple, Inc.*, Trial Exhibit DX-4022.

**Legal Filings - Other Matters**

"Responsive Comment of Apple Inc. In Opposition to Proposed Exemptions 5A and 11A (Class #1)," In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, Dkt. #RM 2008-8, https://cdn.loc.gov/copyright/1201/2008/responses/apple-inc-31.pdf.

"Complaint," *Apple Inc. v. Amazon.com, Inc.* (Case No. 4:11-cv-01327-PJH), Dkt. #1 (March 18, 2011).

"Complaint," *Apple Inc. v. Samsung Electronics Co., Ltd. et al.* (Case No. 5:12-cv-00630-LHK), Dkt. #1 (February 8, 2012).

"Opinion," *Epic Games, Inc. v. Apple Inc.* (Case No. 21-16506), Dkt. #215-1 (April 23, 2023).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

<u>**Case Law & Other Related Legal Information**</u>

"Uniform Trade Secrets Act with 1985 Amendments," *National Conference of Commissioners on Uniform State Laws*, August 9, 1985.

15 U.S.C. § 1051.

17 U.S.C. § 101.

18 U.S.C. § 1831.

18 U.S.C. § 1836.

35 U.S.C. § 100.

35 U.S.C. § 271(a).

35 U.S.C. § 271(d)(4).

*Apple Inc. v. Psystar Corp.*, 658 F. 3d 1150, 1155 (9th Cir. 2011).

*Apple Inc. v. Psystar Corp.*, 673 F. Supp. 2d 931 (N.D. Cal. Nov. 13, 2009).

*Apple iPod iTunes Antitrust Litigation* (Case Nos. 4:05-cv-0037 YGR, 2014 WL 4809288), 2014.

California Civil Code § 3426.

*California Computer Products, Inc. v. International Business Machines Corp.*, 613 F.2d 727, 744 (9th Cir. 1979).

*Continental T.V., Inc. v. GTE Sylvania Inc.*, 433 U.S. 36, 55 n.23 (S. Ct. 1977).

*Data General Corp. v. Grumman Systems Support Corp.*, 36 F.3d 1147, 1183 (1st Cir. 1994).

*Eastman Kodak Co. v. Image Technical Services, Inc.*, 504 U.S. 451, 461 (S. Ct. 1992).

*Gorlick Distribution Centers, LLC v. Car Sound Exhaust System, Inc. et al.*, 723 F.3d 1019, 1026 (9th Cir. 2013).

*HDC Medical, Inc. v. Minntech Corp.*, 474 F.3d 543, 550 (8th Cir. 2007).

*Image Technical Services, Inc. v. Eastman Kodak Co.*, 125 F.3d 1195, 1220 n.12 (9th Cir. 1997).

*In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, 986 F. Supp. 2d 207, 228 (E.D.N.Y. 2013), rev'd on other grounds, 827 F.3d 223 (2d Cir. 2016).

*Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 551 U.S. 877 (2007).

*Morris Communications Corp. v. PGA Tour, Inc.*, 117 F. Supp. 2d 1322 (M.D. Fla. 2000).

*Ohio et al. v. American Express Co. et al.*, 138 S. Ct. 2274 (2018).

*SCFC ILC, Inc. v. Visa USA, Inc.*, 36 F.3d 958 (10th Cir. 1994).

*Stromback v. New Line Cinema*, 384 F.3d 283 (6th Cir. 2004).

*Technical Resource Services, Inc. v. Dornier Medical Systems, Inc.*, 134 F.3d 1458, 1467 (11th Cir. 1998).

U.S. Constitution.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"1120 Eighteen-Month Publication of Patent Applications [R-07.2015]," *United States Patent and Trademark Office*, https://www.uspto.gov/web/offices/pac/mpep/s1120.html.

"2008 03 06 Apple March 6 Event, iPhone Software Roadmap," *YouTube*, November 4, 2016, https://www.youtube.com/watch?v=e6TJ2uwjhVY.

"2022 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2022-App-Store-Transparency-Report.pdf.

"2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf.

"A Global Perspective on the Apple App Store Ecosystem," *Analysis Group*, June 2021.

"A guide to all the Nokia Lumia Windows phones (pictures)," Nick Hide & Jessica Dolcourt, *CNET*, February 12, 2014, https://www.cnet.com/pictures/a-guide-to-all-the-nokia-lumia-windows-phones-pictures/.

"A Statement on FRAND Licensing of SEPs," *Apple*, https://www.apple.com/legal/intellectual-property/frand/.

"About Face ID advanced technology," *Apple*, https://support.apple.com/en-us/102381.

"About Open GL for OS X," *Apple*, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/OpenGL-MacProgGuide/opengl_intro/opengl_intro.html.

"About/Contact Us," *Patently Apple*, https://www.patentlyapple.com/patently-apple/contact-us.html.

"Accelerate graphics and much more," *Apple*, https://developer.apple.com/metal/.

"Adopting menus and UIActions in your user interface," *Apple*, https://developer.apple.com/documentation/uikit/adopting-menus-and-uiactions-in-your-user-interface.

"Agreements and Guidelines for Apple Developers," *Apple*, https://developer.apple.com/terms/.

"AIM highlights iPhone demo apps," Jim Dalrymple, *MacWorld*, March 6, 2008, https://www.macworld.com/article/1132401/aim.html.

"Animoji," *Wikipedia*, https://en.wikipedia.org/wiki/Animoji#Memoji.

"Antitrust Enforcement and Intellectual Property Rights: Promoting Innovation and Competition," *U.S. Department of Justice and the Federal Trade Commission*, April 2007, https://www.ftc.gov/sites/default/files/documents/reports/antitrust-enforcement-and-intellectual-property-rights-promoting-innovation-and-competition-report.s.department-justice-and-federal-trade-commission/p040101promotinginnovationandcompetitionrpt0704.pdf.

"Antitrust Guidelines for the Licensing of Intellectual Property," *U.S. Department of Justice and the Federal Trade Commission*, January 12, 2017, https://www.ftc.gov/system/files/documents/public_statements/1049793/ip_guidelines_2017.pdf.

"Antitrust Law Developments, Eighth Edition," Darren S. Tucker, *ABA Publishing*, 2017.

"App Review Guidelines," *Apple*, https://developer.apple.com/app-store/review/guidelines/.

"App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022," *Apple*, May 31, 2023, https://www.apple.com/newsroom/2023/05/developers-generated-one-point-one-trillion-in-the-app-store-ecosystem-in-2022/#:~:text=Today%27s%20developers%20also%20have%20more,that%20teach%20coding%20and%20business.

"App Store Downloads Top 100 Million Worldwide," *Apple*, September 9, 2008, https://www.apple.com/newsroom/2008/09/09App-Store-Downloads-Top-100-Million-Worldwide/.

"App Store Hits 7 Billion Downloads," Alexia Tsotsis, *TechCrunch*, October 20, 2010, https://techcrunch.com/2010/10/20/app-store-hits-7-billion-downloads/.

"App Store Review Guidelines," *Apple*, https://developer.apple.com/app-store/review/guidelines/.

"App Store Rings in 2015 with New Records," *Apple*, January 8, 2015, https://www.apple.com/newsroom/2015/01/08App-Store-Rings-in-2015-with-New-Records/.

"App Store stopped nearly $1.5 billion in fraudulent transactions in 2021," *Apple*, June 1, 2022, https://www.apple.com/newsroom/2022/06/app-store-stopped-nearly-one-point-five-billion-in-fraudulent-transactions-in-2021/.

"App Store stopped over $7 billion in potentially fraudulent transactions in four years," *Apple*, May 14, 2024, https://www.apple.com/newsroom/2024/05/app-store-stopped-over-7-billion-usd-in-potentially-fraudulent-transactions/#:~:text=From%202020%20through%202023%2C%20Apple,%241.8%20billion%20in%202023%20alone..

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"App Store Tops 40 Billion Downloads with Almost Half in 2012," *Apple*, January 7, 2013, https://www.apple.com/newsroom/2013/01/07App-Store-Tops-40-Billion-Downloads-with-Almost-Half-in-2012/.

"App Store," *Apple*, https://www.apple.com/app-store/.

"Apple - WWDC 2017 Keynote," *Apple*, https://www.youtube.com/watch?v=oaqHdULqet0.

"Apple announces App Store Small Business Program," *Apple*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/.

"Apple Announces iOS 8 Available September 17," *Apple*, September 9, 2014, https://www.apple.com/newsroom/2014/09/09Apple-Announces-iOS-8-Available-September-17/.

"Apple Announces iPad Air—Dramatically Thinner, Lighter & More Powerful iPad," *Apple*, October 22, 2013, https://www.apple.com/newsroom/2013/10/23Apple-Announces-iPad-Air-Dramatically-Thinner-Lighter-More-Powerful-iPad/.

"Apple Announces iPhone 2.0 Software Beta," *Apple*, March 6, 2008, https://www.apple.com/newsroom/2008/03/06Apple-Announces-iPhone-2-0-Software-Beta/.

"Apple announces it will offer App Store subscriptions to all apps, take smaller 15% cut," Roger Fingas, *AppleInsider*, June 8, 2016, https://appleinsider.com/articles/16/06/08/apple-announces-it-will-offer-app-store-subscriptions-take-smaller-15-cut.

"Apple Announces Over 100,000 Apps Now Available on the App Store," *Apple*, November 4, 2009, https://www.apple.com/newsroom/2009/11/04Apple-Announces-Over-100-000-Apps-Now-Available-on-the-App-Store/.

"Apple Announces the New iPhone 3GS—The Fastest, Most Powerful iPhone Yet," *Apple*, June 8, 2009, https://www.apple.com/newsroom/2009/06/08Apple-Announces-the-New-iPhone-3GS-The-Fastest-Most-Powerful-iPhone-Yet/.

"Apple App Store Statistics 2024 - Trends and Figures," Harman Arora, *BigOh*, https://bigohtech.com/apple-app-store-statistics/.

"Apple Developer Agreement," *Apple*, June 10, 2024, https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20240610-English.pdf.

"Apple Developer Documentation," *Apple*, https://developer.apple.com/documentation/.

"Apple Developer Enterprise Program," *Apple*, https://developer.apple.com/programs/enterprise/.

"Apple Developer Program License Agreement," *Apple*, December 6, 2024, https://developer.apple.com/support/terms/apple-developer-program-license-agreement/.

"Apple Inc. FQ1 2009 Earnings Call Transcripts," *S&P Capital IQ*, January 21, 2009.

"Apple Inc. FQ2 2013 Earnings Call Transcripts," *S&P Capital IQ*, April 23, 2013.

"Apple Inc. FQ4 2010 Earnings Call Transcripts," *S&P Capital IQ*, October 18, 2010.

"Apple Inc. FQ4 2011 Earnings Call Transcripts," *S&P Capital IQ*, October 18, 2011.

"Apple Introduces New iPod touch & iPod nano," *Apple*, September 12, 2012, https://www.apple.com/newsroom/2012/09/12Apple-Introduces-New-iPod-touch-iPod-nano/.

"Apple Introduces New iPod touch," *Apple*, September 1, 2010, https://www.apple.com/newsroom/2010/09/01Apple-Introduces-New-iPod-touch/.

"Apple iOS: What It Is for iPhone and iPad, vs. Mac OS," Will Kenton, *Investopedia*, August 15, 2024, https://www.investopedia.com/terms/a/apple-ios.asp.

"Apple launches CareKit to let people develop their own health apps," Loren Grush and Arielle Duhaime-Ross, *The Verge*, March 21, 2016, https://www.theverge.com/2016/3/21/11277466/apple-carekit-announced-health-care-software-platform.

"Apple Launches iPad," *Apple*, January 27, 2010, https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

"Apple means business when protecting intellectual property," Christopher Burgess, *CSO*, May 4, 2018, https://www.csoonline.com/article/3269868/apple-means-business-when-protecting-intellectual-property.html.

"Apple Opens Up More Ways to Get Paid on the iPhone, Adds Key New Features. Apps Hit 800 Million Downloads." Erick Schonfeld, *TechCrunch*, March 17, 2009, https://techcrunch.com/2009/03/17/phone-apps-hit-800-million-downloads/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"Apple Pay," *Apple*, https://developer.apple.com/documentation/passkit/apple_pay/.

"Apple Pay," *Apple*, https://developer.apple.com/documentation/passkit/apple-pay.

"Apple Presents iPhone 4," *Apple*, June 7, 2010, https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4/.

"Apple Previews Developer Beta of iPhone OS 3.0," *Apple*, March 17, 2009, https://www.apple.com/newsroom/2009/03/17Apple-Previews-Developer-Beta-of-iPhone-OS-3-0/.

"Apple Registers Trademark for 'There's an App for That'," Brian Chen, *Wired*, October 11, 2010, https://www.wired.com/2010/10/app-for-that/.

"Apple Reinvents the Phone with iPhone," *Apple*, January 9, 2007, https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/.

"Apple Releases iOS 8 SDK With Over 4,000 New APIs," *Apple*, June 2, 2014, https://www.apple.com/newsroom/2014/06/02Apple-Releases-iOS-8-SDK-With-Over-4-000-New-APIs/.

"Apple reportedly sends warning letter to Chinese leaker," Richard Lawler, *The Verge*, June 25, 2021, https://www.theverge.com/2021/6/25/22551182/kang-letter-apple-leak-warning-iphone-12.

"Apple security releases," *Apple*, https://support.apple.com/en-us/100100.

"Apple Special Event," *Apple*, October 16, 2014, https://podcasts.apple.com/us/podcast/apple-special-event-october-2014/id275834665?i=1000430692671.

"Apple Special Event," *Apple*, September 9, 2014, https://podcasts.apple.com/us/podcast/apple-special-event-september-2014/id275834665?i=1000430692664.

"Apple Special Event," *YouTube*, September 9, 2009, https://youtu.be/6E-QA1rRhxQ?t=2379.

"Apple Trademark List*," *Apple*, https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html.

"Apple Trademarks 'There's an app for that'," Doug Gross, *CNN*, October 12, 2010, http://www.cnn.com/2010/TECH/mobile/10/12/app.for.that/index.html.

"Apple unveils all-new App Store," *Apple*, June 5, 2017, https://www.apple.com/newsroom/2017/06/apple-unveils-all-new-app-store/.

"Apple unveils groundbreaking new technologies for app development," *Apple*, June 3, 2019, https://www.apple.com/newsroom/2019/06/apple-unveils-groundbreaking-new-technologies-for-app-development/.

"Apple Unveils iOS 7," *Apple*, June 10, 2013, https://www.apple.com/newsroom/2013/06/10Apple-Unveils-iOS-7/.

"Apple Updates iOS to 6.1," *Apple*, January 28, 2013, https://www.apple.com/newsroom/2013/01/28Apple-Updates-iOS-to-6-1/.

"Apple Video Partner Program," *Apple*, https://developer.apple.com/programs/video-partner/.

"Apple Warns Employees to Stop Leaking Information to Media," Mark Gurman, *Bloomberg*, April 13, 2018, https://www.bloomberg.com/news/articles/2018-04-13/apple-warns-employees-to-stop-leaking-information-to-media.

"Apple Website Terms of Use," *Apple*, https://www.apple.com/legal/internet-services/terms/site.html.

"Apple WWDC 2010," *YouTube*, December 31, 2011, https://www.youtube.com/watch?v=ldFx1ftxs0A.

"Apple WWDC 2015," *YouTube*, June 15, 2015, https://www.youtube.com/watch?v=_p8AsQhaVKI.

"Apple," *Apple*, htps://www.apple.com.

"Apple: 30B apps downloaded, 400M App Store accounts set up," Don Reisinger, *CNET*, June 11, 2012, https://www.cnet.com/news/apple-30b-apps-downloaded-400m-app-store-accounts-set-up/.

"Apple's App Store Downloads Top 1.5 Billion in First Year," *Apple*, July 14, 2009, https://www.apple.com/newsroom/2009/07/14Apples-App-Store-Downloads-Top-1-5-Billion-in-First-Year/.

"Apple® FairPlay Streaming DRM," *Intertrust*, https://www.intertrust.com/products/drm-system/apple-fairplay-streaming-drm/.

"Apple's App Store Downloads Top 10 Billion," *Apple*, January 22, 2011, https://www.apple.com/newsroom/2011/01/22Apples-App-Store-Downloads-Top-10-Billion/.

"Apple's App Store Downloads Top 15 Billion," *Apple*, July 7, 2011, https://www.apple.com/newsroom/2011/07/07Apples-App-Store-Downloads-Top-15-Billion/.

"Apple's App Store Downloads Top 25 Billion," *Apple*, March 5, 2012, https://www.apple.com/newsroom/2012/03/05Apples-App-Store-Downloads-Top-25-Billion/.

"Apple's App Store Downloads Top Three Billion," *Apple*, January 5, 2010, https://www.apple.com/newsroom/2010/01/05Apples-App-Store-Downloads-Top-Three-Billion/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"Apple's App Store Downloads Top Two Billion," *Apple*, September 28, 2009, https://www.apple.com/newsroom/2009/09/28Apples-App-Store-Downloads-Top-Two-Billion/.

"Apple's App Store hits 2M apps, 130B downloads, $50B paid to developers," Sarah Perez, *TechCrunch*, June 13, 2016, https://techcrunch.com/2016/06/13/apples-app-store-hits-2m-apps-130b-downloads-50b-paid-to-developers/.

"Apple's App Store just had the most successful month of sales ever," Lauren Goode, *The Verge*, January 5, 2017, https://www.theverge.com/2017/1/5/14173328/apple-december-2016-app-store-record-phil-schiller.

"Apple's App Store Marks Historic 50 Billionth Download," *Apple*, May 16, 2013, https://www.apple.com/newsroom/2013/05/16Apples-App-Store-Marks-Historic-50-Billionth-Download/.

"Apple's free learn-to-code Swift Playgrounds sandbox arrives on Mac," Taylor Lyles, *The Verge*, February 12, 2020, https://www.theverge.com/2020/2/12/21135573/apple-swift-playgrounds-coding-app-available-mac.

"Apple's LiDAR Scanner for AR Platform - Future and Applications," Sumit Negi, *Copperpod Intellectual Property*, July 8, 2021, https://www.copperpodip.com/post/apple-s-lidar-scanner-for-ar-platform-future-and-its-applications#:~:text=The%20ToF%20sensor%20realizes%203D,read%20by%20the%20infrared%20camera.

"Apple's Revolutionary App Store Downloads Top One Billion in Just Nine Months," *Apple*, April 24, 2009, https://www.apple.com/newsroom/2009/04/24Apples-Revolutionary-App-Store-Downloads-Top-One-Billion-in-Just-Nine-Months/.

"Architecture," *Apple*, https://developer.apple.com/documentation/kernel/architecture.

"ARKit," *Apple*, https://developer.apple.com/documentation/arkit.

"Audio Toolbox," *Apple*, https://developer.apple.com/documentation/audiotoolbox.

"Authentication Services," *Apple*, https://developer.apple.com/documentation/authenticationservices.

"Authorization Services," *Apple*, https://developer.apple.com/documentation/security/authorization_services.

"AVFoundation," *Apple*, https://developer.apple.com/documentation/avfoundation.

"Best Global Brands 2024 Top 100," *Interbrand*, https://interbrand.com/best-global-brands/.

"Best Global Brands 2024: 01 Apple," *Interbrand*, https://interbrand.com/best-global-brands/apple.

"Best Global Brands," *Interbrand*, https://learn.interbrand.com/hubfs/Best-Global-Brands-2024-Report.pdf.

"Beta testing made simple with TestFlight," *Apple*, https://developer.apple.com/testflight/.

"Bingo: Love in Montana," *Galaxy Games*, https://galaxy4games.com/our-work/projects/bingo-love-in-montana/.

"Breaking Benjamin, Weezer and more added to Guitar Hero iPhone store," Griffin Mcelroy, *engadget*, July 23, 2010, https://www.engadget.com/2010-07-23-breaking-benjamin-weezer-and-more-added-to-guitar-hero-iphone-s.html.

"Buildbox 3," *Buildbox*, https://signup.buildbox.com/plans.

"Building tools to advance research and care. One app at a time." *Apple*, https://www.researchandcare.org/.

"CareKit," *Apple*, https://developer.apple.com/documentation/carekit.

"CarPlay," *Apple*, https://developer.apple.com/documentation/carplay.

"Certificates," *Apple*, https://developer.apple.com/account/resources/certificates/list.

"CHHapticEngine," *Apple*, https://developer.apple.com/documentation/corehaptics/chhapticengine.

"Choosing a Category," *Apple*, https://developer.apple.com/app-store/categories/.

"Choosing a Membership," *Apple*, https://developer.apple.com/support/compare-memberships/.

"CloudKit," *Apple*, https://developer.apple.com/documentation/cloudkit.

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

### Publicly Available Information

"Core Animation," *Apple*, https://developer.apple.com/documentation/quartzcore.

"Core Audio Frameworks," *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioFrameworks/CoreAudioFrameworks.html#//apple_ref/doc/uid/TP40003577-CH9-SW1.

"Core Audio Overview – Introduction," *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/Introduction/Introduction.html.

"Core Foundation," *Apple*, https://developer.apple.com/documentation/corefoundation/.

"Core Graphics," *Apple*, https://developer.apple.com/documentation/coregraphics.

"Core Media," *Apple*, https://developer.apple.com/documentation/coremedia.

"Core ML," *Apple*, https://developer.apple.com/documentation/coreml.

"Core Motion," *Apple*, https://developer.apple.com/documentation/coremotion.

"Core Video," *Apple*, https://developer.apple.com/documentation/corevideo.

"CoreMotion," *Apple*, https://developer.apple.com/documentation/coremotion.

"Crazy Slots," *Rise Up Labs*, https://riseuplabs.com/crazy-slots/.

"Create ML," *Apple*, https://developer.apple.com/documentation/createml.

"Creating Immersive Apps with Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2017/704/.

"Creation tools for spatial apps," *Apple*, https://developer.apple.com/augmented-reality/tools/.

"Designing apps using CloudKit," *Apple*, https://developer.apple.com/icloud/cloudkit/designing/.

"Developer Release Notes Cocoa Application Framework (macOS 10.12.2 and earlier)," *Apple*, https://developer.apple.com/library/archive/releasenotes/AppKit/RN-AppKitOlderNotes/#XNotes.

"DeviceCheck," *Apple*, https://developer.apple.com/documentation/devicecheck.

"Envelope, Please. It's a Pogie," David Pogue, *The New York Times*, December 17, 2008, www.nytimes.com/2008/12/18/technology/personaltech/18pogue.html.

"Every Place Samsung and Apple are Suing Each Other," *PCMag*, September 14, 2011, https://www.pcmag.com/archive/every-place-samsung-and-apple-are-suing-each-other-287700.

"Exploring Intellectual Property at Apple: A Study of Strategy and Patterns," *ktMINE*, July 25, 2018, https://www.ktmine.com/exploring-intellectual-property-at-apple-a-study-of-strategy-and-patterns/.

"Face ID," *Wikipedia*, https://en.wikipedia.org/wiki/Face_ID.

"faceID," *Apple*, https://developer.apple.com/documentation/avfoundation/avmetadatafaceobject/1386945-faceid.

"FairPlay Streaming," *Apple*, https://developer.apple.com/streaming/fps/.

"FamilyControls," *Apple*, https://developer.apple.com/documentation/familycontrols.

"FCC 08-28: Annual Report and Analysis of Competitive Market Conditions With Respect to Commercial Mobile Services, Twelfth Report," *Federal Communications Commission*, February 4, 2008.

"FCC 10-81: Annual Report and Analysis of Competitive Market Conditions With Respect to Mobile Wireless, Including Commercial Mobile Services, Fourteenth Report," *Federal Communications Commission*, May 20, 2010.

"Find N5," *Oppo*, https://www.oppo.com/en/smartphones/series-find-n/find-n5/.

"From Code to Customer," *Apple*, https://developer.apple.com/programs/.

"Game Controller," *Apple*, https://developer.apple.com/documentation/gamecontroller.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B


**Publicly Available Information**

"GameKit," *Apple*, https://developer.apple.com/documentation/gamekit.

"Global 500 2024: Apple clinches top spot as world's most valuable brand, outshining Amazon, Google, and Microsoft," *Brand Finance*, January 2025, https://brandirectory.com/reports/global/2024.

"Global 500 2025: Apple is the 2025 most valuable brand in the world; TikTok, DraftKings, and FanDuel brand values are the highest-growing since 2020," *Brand Finance*, https://brandirectory.com/reports/global/2025.

"Guidelines for Using Apple Trademarks and Copyrights," *Apple*, https://www.apple.com/legal/intellectual-property/guidelinesfor3rdparties.html.

"HealthKit," *Apple*, https://developer.apple.com/documentation/healthkit.

"HomeCourt: Basketball Training," *Apple*, https://apps.apple.com/us/app/homecourt-basketball-training/id1258520424#?platform=iphone.

"HomeKit," *Apple*, https://developer.apple.com/apple-home/.

"HomeKit," *Apple*, https://developer.apple.com/documentation/homekit/.

"HomeKit," *Apple*, https://developer.apple.com/homekit/.

"Hypervisor," *Apple*, https://developer.apple.com/documentation/hypervisor.

"iAd App Network will be Discontinued," *Apple*, January 15, 2016, https://developer.apple.com/news/?id=01152016a#:~:text=The%20iAd%20App%20Network%20will,advertising%20revenue%20until%20June%2030.

"iAd," *Apple*, https://developer.apple.com/documentation/iad.

"Identifiers," *Apple*, https://developer.apple.com/account/resources/identifiers/list.

"In-App Purchase," *Apple*, https://developer.apple.com/in-app-purchase.

"Innovation and Intellectual Property," *WIPO*, https://www.wipo.int/ip-outreach/en/ipday/2017/innovation_and_intellectual_property.html.

"Intangible Asset Market Value Study," *Ocean Tomo*, 2020, https://oceantomo.com/intangible-asset-market-value-study/.

"Intellectual Property and the U.S. Economy: 2016 Update," *Economics & Statistics Administration and the U.S. Patent and Trademark Office*, September 2016, https://www.uspto.gov/sites/default/files/documents/IPandtheUSEconomySept2016.pdf.

"Intellectual Property Strategy and Business Strategy: Connections through Innovation Strategy," Daniel Samson, July 2005, https://www.researchgate.net/publication/228740384_Intellectual_Property_Strategy_and_Business_Strategy_Connections_through_Innovation_Strategy.

"Intellectual Property," *Apple*, https://www.apple.com/legal/intellectual-property/.

"Introducing App Store Connect," *Apple*, June 6, 2018, https://developer.apple.com/news/?id=06042018.

"Introducing Create ML," *Apple*, https://developer.apple.com/videos/play/wwdc2018/703/.

"iOS and iPadOS Software License Agreement," *Apple*, https://www.apple.com/legal/sla/docs/iOS18_iPadOS18.pdf.

"iOS Apple App Store Statistics and Trends 2025," *42matters*, https://42matters.com/ios-apple-app-store-statistics-and-trends#free-vs-paid-distribution.

"iOS From Scratch With Swift: First Steps With UIKit," Bart Jacobs, *envato-tuts+*, December 16, 2015, https://code.tutsplus.com/tutorials/ios-from-scratch-with-swift-first-steps-with-uikit--cms-25461.

"iPhone 3G on Sale Tomorrow," *Apple*, July 10, 2008, https://www.apple.com/newsroom/2008/07/10iPhone-3G-on-Sale-Tomorrow/.

"iPhone App Store Downloads Top 10 Million in First Weekend," *Apple*, July 14, 2008, https://www.apple.com/newsroom/2008/07/14iPhone-App-Store-Downloads-Top-10-Million-in-First-Weekend/.

"iPhone to Support Third-Party Web 2.0 Applications," *Apple*, June 11, 2007, https://www.apple.com/newsroom/2007/06/11iPhone-to-Support-Third-Party-Web-2-0-Applications/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

### Publicly Available Information

"iTunes App Store Passes 1.5M Apps, 100B Downloads, $30B Paid to Developers to Date," Ingrid Lunden, *TechCrunch*, June 8, 2015, https://techcrunch.com/2015/06/08/itunes-app-store-passes-1-5m-apps-100b-downloads-30b-paid-to-developers/.

"Jobs: 6.5 Billion Apps Downloaded From The App Store," Leena Rao, *TechCrunch*, September 1, 2010, https://techcrunch.com/2010/09/01/jobs-6-5-billion-apps-downloaded-from-app-store/.

"Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

"Learn to code with Swift Playground," *Apple*, https://www.apple.com/swift/playground/.

"Live Update: 2010 WWDC Keynote," Jason Snell & Dan Moren, *Macworld*, June 7, 2010, https://www.macworld.com/article/1151730/liveupdate.html?page=2.

"Local Authentication," *Apple*, https://developer.apple.com/documentation/localauthentication/.

"Logging a User into Your App with Face ID or Touch ID," *Apple*, https://developer.apple.com/documentation/localauthentication/logging_a_user_into_your_app_with_face_id_or_touch_id.

"Making the Most of the App Store," *Apple*, https://developer.apple.com/app-store/.

"Managing accounts," *Apple*, https://developer.apple.com/design/human-interface-guidelines/managing-accounts.

"Marketing Resources and Identity Guidelines," *Apple*, https://developer.apple.com/app-store/marketing/guidelines/.

"Meet the developer: Philip Lam," *Apple*, April 24, 2020, https://developer.apple.com/news/?id=wk9cj822.

"Meeting pandemic challenges, Apple developers grow total billings and sales in the App Store ecosystem by 24 percent to $643 billion in 2020," *Apple*, June 2, 2021, https://www.apple.com/newsroom/2021/06/apple-developers-grow-app-store-ecosystem-billings-and-sales-by-24-percent-in-2020/.

"Membership Details," *Apple*, https://developer.apple.com/programs/whats-included/.

"Messages," *Apple*, https://developer.apple.com/documentation/messages/.

"Metal Developer Tools for Windows Version 1.2 (for use with Xcode 12.2)," *Apple*, https://download.developer.apple.com/Developer_Tools/Metal_Developer_Tools_for_Windows_1.2/Metal_Developer_Tools_for_Windows_1.2.pdf.

"Metal for Game Developers," *Apple*, https://developer.apple.com/videos/play/wwdc2018/607/.

"Metal for OpenGL Developers," *Apple*, https://developer.apple.com/videos/play/wwdc2018/604/.

"Metal Sample Code," *Apple*, https://developer.apple.com/metal/sample-code/.

"Metal," *Apple*, https://developer.apple.com/documentation/metal.

"Metal," *Apple*, https://developer.apple.com/metal/.

"Motion Events Part 2: Core Motion," *TechRepublic*, https://www.techrepublic.com/blog/software-engineer/motion-events-part-2-core-motion/.

"MusicKit," *Apple*, https://developer.apple.com/documentation/MusicKit/#Overview.

"Network Extension," *Apple*, https://developer.apple.com/documentation/networkextension.

"News – Software Releases," *Apple*, https://developer.apple.com/news/releases/.

"Number of smartphones sold to end users worldwide from 2007 to 2023," *Statista*, January 2023, https://www.statista.com/statistics/263437/global-smartphone-sales-to-end-users-since-2007/.

"OpenGL," *Fandom*, https://apple.fandom.com/wiki/OpenGL.

"Panzer Fury," *Red Apple Technologies*, https://www.redappletech.com/panzer-fury-game.

"PassKit (Apple Pay and Wallet)," *Apple*, https://developer.apple.com/documentation/passkit?language=occ.

"PassKit," *Apple*, https://developer.apple.com/documentation/passkit.

"Patents and Innovation: Trends and Policy Challenges," *Organisation for Economic Co-operation and Development*, February 2, 2004, https://www.oecd.org/science/inno/24508541.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"Performing Calculations on a GPU," *Apple*, https://developer.apple.com/documentation/metal/basic_tasks_and_concepts/performing_calculations_on_a_gpu?preferredLanguage=occ.

"Phones & Tablets," *Android*, https://www.android.com/phones-tablets/.

"Profiles," *Apple*, https://developer.apple.com/account/resources/profiles/list.

"Public Records System - Advanced Search," *United States Copyright Office*, https://publicrecords.copyright.gov/advanced-search. Last accessed March 4, 2025.

"Quartz," *Apple*, https://developer.apple.com/documentation/quartz.

"QuartzCore," *glossarytech*, https://glossarytech.com/terms/ios/quartzcore.

"RealityKit and Reality Composer, AR tools from Apple: A cheat sheet," Cory Bohon, *Tech Republic*, June 8, 2019, https://www.techrepublic.com/article/realitykit-and-reality-composer-ar-tools-from-apple-a-cheat-sheet/.

"RealityKit and Reality Composer, AR tools from Apple: A cheat sheet," Cory Bohon, *Tech Republic*, June 8, 2019, https://www.techrepublic.com/index.php/article/realitykit-and-reality-composer-ar-tools-from-apple-a-cheat-sheet/.

"RealityKit," *Apple*, https://developer.apple.com/documentation/realitykit/.

"ReplayKit," *Apple*, https://developer.apple.com/documentation/replaykit/.

"Review, Spore Origins, an Evolutionary Leap in Casual Gaming," Charles Jade, *ars Technica*, September 15, 2008, https://arstechnica.com/gadgets/2008/09/review-spore-origins-an-evolutionary-leap-in-casual-gaming-for-the-iphone-and-ipod-touch/.

"Risk and Return: Understanding the Cost of Capital for Intellectual Property, Part 1 of 2," Glenn Perdue, *les Nouvelles*, October 2015.

"Sample Code," *Apple*, https://developer.apple.com/sample-code/wwdc/2024/.

"Scott Forstall," *Wikipedia*, https://en.wikipedia.org/wiki/Scott_Forstall.

"Security," *Apple*, https://developer.apple.com/documentation/security.

"Security," *Apple*, https://developer.apple.com/security/.

"September Event 2018 – Apple," *YouTube*, September 13, 2018, https://www.youtube.com/watch?v=wFTmQ27S7OQ.

"Session 423 – Sensing Device Motion in iOS 4," *ASCIIwwdc*, https://asciiwwdc.com/2010/sessions/423.

"Session 524 – Understanding Core Motion," *Apple*, https://download.developer.apple.com/wwdc_2012/wwdc_2012_session_pdfs/44020_session_524__understanding_coremotion.pdf.

"SharePlay," *Apple*, https://developer.apple.com/shareplay/.

"Shop the latest Android phones," *Android*, https://www.android.com/phones/shop/?tab=phones#ds-shop-devices-grid.

"SiriKit," *Apple*, https://developer.apple.com/documentation/sirikit.

"Software License Agreements," *Apple*, https://www.apple.com/legal/sla/.

"SpriteKit," *Apple*, https://developer.apple.com/documentation/spritekit.

"State Of The iPhone Ecosystem: 40 Million Devices and 50,000 Apps," MG Siegler, *TechCrunch*, June 8, 2009, https://techcrunch.com/2009/06/08/40-million-iphones-and-ipod-touches-and-50000-apps/.

"Steve Jobs Introducing the iPhone at MacWorld 2007," *YouTube*, December 2, 2010, https://www.youtube.com/watch?v=x7qPAY9JqE4.

"StoreKit," *Apple*, https://developer.apple.com/documentation/storekit.

"SureScan 3D Scanner App," *Xyken*, https://www.xyken.com/surescan-3d-app.

"Swift Has Reached 1.0," *Apple*, September 9, 2014, https://developer.apple.com/swift/blog/?id=14.

"Swift," *Apple*, https://developer.apple.com/swift/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"SwiftUI," *Apple*, https://developer.apple.com/documentation/swiftui/.

"Technologies," *Apple*, https://developer.apple.com/documentation/technologies.

"Technology Licensing and the Second American Revolution: Storming the Ramparts of Antitrust and Misuse, Before the John Marshall Law School 5," Charles F. Rule, February 22, 1985.

"TestFlight 3.0.1 License Agreement," *Apple*, https://apps.apple.com/us/app/testflight/id899247664.

"The App Store turns 10," *Apple*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

"The Apple Way: Repeated Innovation + Patent = Domination," Gene Quinn, *IPWatchdog*, January 24, 2010, https://www.ipwatchdog.com/2010/01/24/the-apple-way-repeated-innovation-patent-domination-2/id=8589/.

"The apps you love. From a place you can trust," *Apple*, https://www.apple.com/app-store/

"The Brief History of Smartphones," Tuan Nguyen, *ThoughtCo.*, January 30, 2021, https://www.thoughtco.com/history-of-smartphones-4096585.

"The Free Rider Problem," Russell Hardin & Garrett Cullity, *The Stanford Encyclopedia of Philosophy* (Winter 2020 Edition), https://plato.stanford.edu/archives/win2020/entries/free-rider.

"The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730.

"The Mobile Industry's Never Seen Anything Like This: An Interview with Steve Jobs at the App Store's Launch," Nick Wingfield, *Wall Street Journal*, July 25, 2018, https://www.wsj.com/articles/the-mobile-industrys-never-seen-anything-like-this-an-interview-with-steve-jobs-at-the-app-stores-launch-1532527201.

"The Patents and Trademarks of Steve Jobs: Art and Technology that Changed the World," *WIPO*, https://www.wipo.int/export/sites/www/pressroom/en/documents/steve_jobs_brochure_2012.pdf.

"The World's Most Valuable Brands," *Forbes*, https://www.forbes.com/the-worlds-most-valuable-brands/#5c497c9d119c.

"To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy," *U.S. Federal Trade Commission*, October 2003, https://www.ftc.gov/sites/default/files/documents/reports/promote-innovation-proper-balance-competition-and-patent-law-and-policy/innovationrpt.pdf.

"Top 10 iOS Game Development Companies to Transform Mobile Gaming" Kaushik Dey, *Red Apple Technologies*, November 4, 2024, https://www.redappletech.com/blog/top-10-ios-game-development-companies.

"Trademark Search," *U.S. Patent and Trademark Office*, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

"TrueDepth Camera: A tech behind Screen distance alert feature in iOS," Prabakaran Marimuthu, *Medium*, September 29, 2023, https://medium.com/@prabs_ma/truedepth-camera-a-tech-behind-screen-distance-alert-feature-in-ios-8457cb4bfaba.

"UIAction," *Apple*, https://developer.apple.com/documentation/uikit/uiaction/.

"UIKit," *Apple*, https://developer.apple.com/documentation/uikit.

"Understanding Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2012/524/.

"Unity Software Inc..: Investing While Growing to Stay Ahead in the Innovation Battle," Stephen Ju et al., *Credit Suisse*, May 11, 2021.

"Unity Store," *Unity*, https://unity.com/products/compare-plans.

"USDZ Format: How It Works, Use Cases, and Pros/Cons," *Cloudinary*, https://cloudinary.com/guides/image-formats/usdz-format-how-it-works-use-cases-and-pros-cons#:~:text=What%20Is%20the%20USDZ%20File,Apple%20in%20collaboration%20with%20Pixar.

"User Notifications," *Apple*, https://developer.apple.com/documentation/usernotifications/.

"Using Apple Beta Software," *Apple*, https://developer.apple.com/support/beta-software/.

"VZVirtualMachine," *Apple*, https://developer.apple.com/documentation/virtualization/vzvirtualmachine.

"WeatherKit REST API," *Apple*, https://developer.apple.com/documentation/weatherkitrestapi/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

<u>**Publicly Available Information**</u>

"WebKit," *Apple*, https://developer.apple.com/documentation/webkit.

"Welcome to IPWatchdog.com, Celebrating 20 Years," *IPWatchdog*, https://www.ipwatchdog.com/about/.

"What is an API? Application programming interfaces explained," Matthew Tyson, *InfoWorld*, December 13, 2023, https://www.infoworld.com/article/2269032/what-is-an-api-application-programming-interfaces-explained.html.

"What is an API?" *Red Hat*, June 2, 2022, https://www.redhat.com/en/topics/api/what-are-application-programming-interfaces.

"What is an SDK?" *Red Hat*, June 10, 2020, https://www.redhat.com/en/topics/cloud-native-apps/what-is-SDK.

"What is Cocoa?" *Apple*, https://developer.apple.com/library/archive/documentation/Cocoa/Conceptual/CocoaFundamentals/WhatIsCocoa/WhatIsCocoa.html.

"What is Core Audio?" *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCoreAudio/WhatisCoreAudio.html.

"What is the iPhone OS (iOS)? iOS is the operating system for Apple's mobile devices," Daniel Nations, *Lifewire*, November 9, 2019, https://www.lifewire.com/what-is-ios-1994355.

"What's New in Core Motion," *Apple*, https://developer.apple.com/videos/play/wwdc2011/423/.

"WidgetKit," *Apple*, https://developer.apple.com/documentation/widgetkit?language=occ.

"WWDC 2010 - Session 124: Understanding Foundation," *Apple*, https://asciiwwdc.com/2010/sessions/124?q=core%20foundation.

"WWDC 2010 - Session 401: Game Design and Development for iPhone OS, Part 1," *Apple*, https://asciiwwdc.com/2010/sessions/401?q=uikit.

"WWDC 2013 - Session 614: Implementing OS X Push Notifications for Websites," *Apple*, https://asciiwwdc.com/2013/sessions/614?q=push%20notification.

"WWDC 2014 - Session 407: Swift Interoperability In Depth," *Apple*, https://asciiwwdc.com/2014/sessions/407?q=core%20foundation.

"WWDC 2014 - Session 717: Kids and Apps," *Apple*, https://asciiwwdc.com/2014/sessions/717?q=parental%20control.

"WWDC 2015 - Session 213: Building Apps with ResearchKit," *Apple*, https://asciiwwdc.com/2015/sessions/213?q=coremotion.

"WWDC 2016 - Introduction to Xcode," *Apple*, https://asciiwwdc.com/2016/sessions/413?q=xcode.

"WWDC 2016 - Session 705: How iOS Security Really Works," *Apple*, https://asciiwwdc.com/2016/sessions/705?q=security.

"WWDC 2016 - Session 708: Advanced Notifications," *Apple*, https://asciiwwdc.com/2016/sessions/708?q=user%20notification.

"WWDC 2016 - Session 716: Core Location Best Practices," *Apple*, https://asciiwwdc.com/2016/sessions/716?q=authorization%20service.

"WWDC 2017 - Session 226: Build Better Apps with CloudKit Dashboard," *Apple*, https://asciiwwdc.com/2017/sessions/226?q=push%20notification.

"WWDC 2018 Keynote," *YouTube*, June 5, 2018, https://www.youtube.com/watch?v=UThGcWBIMpU.

"WWDC 2019 - Session 223: Expanding the Sensory Experience with Core Haptics," *Apple*, https://asciiwwdc.com/2019/sessions/223?q=haptics.

"WWDC 2019 - Session 516: What's New in Authentication," *Apple*, https://asciiwwdc.com/2019/sessions/516?q=authentication%20services.

"WWDC 2019 - Session 803: Designing Great ML Experiences," *Apple*, https://asciiwwdc.com/2019/sessions/803?q=face%20id.

"WWDC 2019 Keynote," *YouTube*, June 4, 2019, https://www.youtube.com/watch?v=psL_5RIBqnY.

"WWDC 2020 Special Event Keynote," *YouTube*, June 22, 2020, https://www.youtube.com/watch?v=GEZhD3J89ZE.

"WWDC14 iOS 8 Metal Demo by EPIC Games," *YouTube*, June 3, 2014, https://www.youtube.com/watch?v=NRoGwuSDh3E.

"WWDC16 – Developer Tools," *Apple*, https://developer.apple.com/videos/play/wwdc2016/404/.

"WWDC19 Keynote," *Apple*, June 2, 2019, https://podcasts.apple.com/us/podcast/apple-wwdc-2019-keynote-address/id275834665?i=1000440615083.

"WWDC24 – Sample Code," *Apple*, https://developer.apple.com/sample-code/wwdc/2024/.

"Xcode," *Apple*, https://developer.apple.com/documentation/xcode/.

"Xcode," *Apple*, https://developer.apple.com/xcode/.

*In Re Apple iPhone Litigation*
**DOCUMENTS CONSIDERED**
Appendix B

**Publicly Available Information**

"Xcode," *Fandom*, https://apple.fandom.com/wiki/Xcode.

"Your apps on the App Store," *Apple*, https://developer.apple.com/app-store-connect/.

Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2011.

Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2016.

Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2022.

Apple Inc. SEC Form 10-K for the fiscal year ended September 25, 2010.

Apple Inc. SEC Form 10-K for the fiscal year ended September 25, 2021.

Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2015.

Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2020.

Apple Inc. SEC Form 10-K for the fiscal year ended September 27, 2008.

Apple Inc. SEC Form 10-K for the fiscal year ended September 27, 2014.

Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2013.

Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2019.

Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024.

Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2007.

Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2012.

Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2018.

Apple Inc. SEC Form 10-K for the fiscal year ended September 30, 2017.

Apple Inc. SEC Form 10-K for the fiscal year ended September 30, 2023.

Apple Inc. SEC Form 10-K/A (Amendment No. 1) for the fiscal year ending September 26, 2009.

PatentSight database. Last accessed March 7, 2025.

TotalPatent One database. Last accessed March 7, 2025.

Unity Software Inc. Form 10-K for the fiscal year ended December 31, 2020.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Appendix C

*In Re Apple iPhone Litigation*
**APPLE U.S. ACTIVE PATENTS AND APPLICATIONS, 2005 - 2025**
Schedule 1.0

|  | Granted | Applications | Total |
|---|---|---|---|
| [1]  Utility | 28,730 | 5,067 | **33,797** |
| [2]  Design | 4,653 | - | **4,653** |
| **Total** | **33,383** | **5,067** | **38,450** |

**Notes & Sources:**

[1] Schedule 1.1; Schedule 1.2.

[2] Schedule 1.3. There were zero U.S. Design patent applications outstanding. See, PatentSight and TotalPatent One databases. Last accessed March 3, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. ACTIVE GRANTED UTILITY PATENTS [1]**
Schedule 1.1

| Grant Year | Count |
|:---:|---:|
| 2005 | - |
| 2006 | 9 |
| 2007 | 68 |
| 2008 | 174 |
| 2009 | 288 |
| 2010 | 415 |
| 2011 | 542 |
| 2012 | 675 |
| 2013 | 1,585 |
| 2014 | 1,769 |
| 2015 | 1,718 |
| 2016 | 1,927 |
| 2017 | 2,439 |
| 2018 | 2,253 |
| 2019 | 2,523 |
| 2020 | 2,635 |
| 2021 | 2,470 |
| 2022 | 2,251 |
| 2023 | 2,511 |
| 2024 | 2,265 |
| 2025 | 213 |
| **Total** | **28,730** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with
reporting date of February 26, 2025. Search Terms and Function = Owner: Apple
Inc.; Authority: United States; Patent Status: Active Grant, Patent Type: Utility.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. ACTIVE UTILITY PATENT APPLICATIONS [1]**
Schedule 1.2

| Filing Year | Count |
|:-----------:|------:|
| 2005 | - |
| 2006 | - |
| 2007 | - |
| 2008 | - |
| 2009 | - |
| 2010 | - |
| 2011 | - |
| 2012 | - |
| 2013 | - |
| 2014 | 1 |
| 2015 | - |
| 2016 | 2 |
| 2017 | 2 |
| 2018 | 13 |
| 2019 | 51 |
| 2020 | 295 |
| 2021 | 487 |
| 2022 | 1,010 |
| 2023 | 1,894 |
| 2024 | 1,312 |
| 2025 | - |
| **Total** | **5,067** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with
reporting date of February 26, 2025. Search Terms and Function = Owner: Apple
Inc.; Authority: United States; Patent Status: Active Application, Patent Type:
Utility.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. ACTIVE GRANTED DESIGN PATENTS [1]**
Schedule 1.3

| Grant Year | Count |
|:---:|---:|
| 2005 | 18 |
| 2006 | 24 |
| 2007 | 34 |
| 2008 | 67 |
| 2009 | 103 |
| 2010 | 154 |
| 2011 | 128 |
| 2012 | 155 |
| 2013 | 179 |
| 2014 | 200 |
| 2015 | 193 |
| 2016 | 435 |
| 2017 | 343 |
| 2018 | 290 |
| 2019 | 318 |
| 2020 | 363 |
| 2021 | 435 |
| 2022 | 517 |
| 2023 | 375 |
| 2024 | 302 |
| 2025 | 20 |
| **Total** | **4,653** |

**Notes & Sources:**

[1] TotalPatent One database. Last accessed March 3, 2025 with reporting date of
February 26, 2025. Search Terms and Function = Owner: Apple Inc.; Authority:
United States; Patent Status: Active Grant, Patent Type: Design.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE REGISTERED U.S. COPYRIGHTS [1]**
Schedule 2.0

| Description | Count |
|---|---|
| [2] Total Apple Registered Copyrights | 6,202 |
| [3] Apple Registered Copyrights with "iOS" | 301 |
| [4] Apple Registered Copyrights with "iOS" in Title | 265 |

**Notes & Sources:**

[1] "Public Records System - Advanced Search," *United States Copyright Office*, https://publicrecords.copyright.gov/advanced-search. Last accessed March 4, 2025.

[2] "Public Records System - Advanced Search," *United States Copyright Office*, https://publicrecords.copyright.gov/advanced-search. Field Heading: All Names Is Exact "Apple Inc". Last accessed March 4, 2025.

[3] "Public Records System - Advanced Search," *United States Copyright Office*, https://publicrecords.copyright.gov/advanced-search. Field Heading: All Names Is Exact "Apple Inc" AND Keyword As a Phrase "iOS". Last accessed March 4, 2025.

[4] "Public Records System - Advanced Search," *United States Copyright Office*, https://publicrecords.copyright.gov/advanced-search. Field Heading: All Names Is Exact "Apple Inc" AND Title As a Phrase "iOS". Last accessed March 4, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE LIVE REGISTERED ACTIVE U.S. TRADEMARKS [1]**
Schedule 2.1

|  |  | Count |
|---|---|---|
| [2] | Total Apple Live Registered Trademarks | 980 |
| [3] | App Store | 1 |
| [4] | CloudKit | 2 |
| [5] | CoreML | 1 |
| [6] | iAd | - |
| [7] | Metal | 2 |
| [8] | Multi-Touch | - |
| [9] | Quartz | 1 |
| [10] | Safari | 1 |
| [11] | Swift | 8 |
| [12] | There's an app for that | 2 |

**Notes & Sources:**

[1] "Trademark Search," *U.S. Patent and Trademark Office*, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[2] Search criteria: ON:"Apple Inc" AND LR:"True". "Trademark Search," *U.S. Patent and Trademark Office*, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[3] Search criteria: ON:"Apple Inc" AND CM:"App Store" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[4] Search criteria: ON:"Apple Inc" AND CM:"CloudKit" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[5] Search criteria: ON:"Apple Inc" AND CM:"Core ML" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[6] Search criteria: ON:"Apple Inc" AND CM:"iAd" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[7] Search criteria: ON:"Apple Inc" AND CM:"Metal" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[8] Search criteria: ON:"Apple Inc" AND CM:"Multi-Touch" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[9] Search criteria: ON:"Apple Inc" AND CM:"Quartz" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[10] Search criteria: ON:"Apple Inc" AND CM:"Safari" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[11] Search criteria: ON:"Apple Inc" AND CM:"Swift" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

[12] Search criteria: ON:"Apple Inc" AND CM:"There's an app for that" AND LR:true. "Trademark Search," U.S. Patent and Trademark Office, https://tmsearch.uspto.gov/search/search-results. Last accessed March 4, 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE APP STORE APPLICATION CATEGORIES [1]**
Schedule 3.0

| Category | Description |
|---|---|
| Books | Apps that provide extensive interactivity for content that is traditionally offered in printed form. |
| Business | Apps that assist with running a business or provide a means to collaborate, edit, or share content. |
| Developer Tools | Apps that provide tools for app development, management, and distribution. |
| Education | Apps that provide an interactive learning experience on a specific skill or subject. |
| Entertainment | Apps that are interactive and designed to entertain and inform the user, and which contain audio, visual, or other content. |
| Finance | Apps that perform financial transactions or assist the user with business or personal financial matters. |
| Food & Drink | Apps that provide recommendations, instruction, or critique related to the preparation, consumption, or review of food or beverages. |
| Games | Apps that provide single or multiplayer interactive activities for entertainment purposes. |
| Graphics & Design | Apps that provide tools for art, design, and graphics creation. |
| Health & Fitness | Apps related to healthy living, including stress management, fitness, and recreational activities. |
| Lifestyle | Apps relating to a general-interest subject matter or service. |
| Kids (iOS and iPadOS only) | Apps designed specifically for children ages 11 and under. Age-appropriate apps must be placed in one of three age bands based on their primary audience: 5 and under, 6–8, or 9–11. |
| Magazines & Newspapers | Apps that offer auto-renewing subscriptions to magazine or newspaper content. |
| Medical | Apps that are focused on medical education, information management, or health reference for patients or healthcare professionals. |
| Music | Apps that are for discovering, listening to, recording, performing, or composing music, and that are interactive in nature. |
| Navigation | Apps that provide information to help a user travel to a physical location. |
| News | Apps that provide information about current events or developments in areas of interest such as politics, entertainment, business, science, technology, and so on. |
| Photo & Video | Apps that assist in capturing, editing, managing, storing, or sharing photos and videos. |
| Productivity | Apps that make a specific process or task more organized or efficient. |
| Reference | Apps that assist the user in accessing or retrieving information. |
| Safari Extensions | Apps that offer extensions to help enhance and customize the web browsing experience on Safari. |
| Shopping | Apps that support the purchase of consumer goods or materially enhance the shopping experience. |
| Social Networking | Apps that connect people by means of text, voice, photo, or video. Apps that contribute to community development. |
| Sports | Apps related to professional, amateur, collegiate, or recreational sporting activities. |
| Travel | Apps that assist the user with any aspect of travel, such as planning, purchasing, or tracking. |
| Utilities | Apps that enable the user to solve a problem or complete a specific task. |
| Weather | Apps that provide forecasts, alerts, and information related to weather conditions. |

**Notes & Sources:**
[1] "Choosing a Category," *Apple*, https://developer.apple.com/app-store/categories/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS**
Schedule 3.1

| Definitions & Usage | | Notes & Sources |
|---|---|---|
| **APIs that permit interaction with iOS device's UI and critical security elements** | | |
| Architecture | Architecture allows developers to access machine-level and architectural information about the current platform. It is part of the Kernel framework. | "Architecture," *Apple*, https://developer.apple.com/documentation/kernel/architecture. |
| | "Cocoa is the best application framework out there, but it's based on a mouse and keyboard input, so we took everything we knew about creating a great object-oriented, user interface application framework with Cocoa and everything we knew about creating a touch API for the iPhone and we combined them and we built Cocoa Touch, and this is our user interface application framework for the iPhone. In fact, this here is the architecture of the iPhone OS." | APL-APPSTORE_00000055-087 at 062. |
| CoreFoundation | CoreFoundation is a framework that provides fundamental software services useful to application services, application environments, and to applications themselves. It allows developers to access low-level functions, primitive data types, and various collection types with the Foundation framework. | "Core Foundation," *Apple*, https://developer.apple.com/documentation/corefoundation/. |
| | "Dive deep with us to see how to use fundamental Core Foundation and C types in your Swift code. Learn how bridging values work and gain a practical understanding of how Swift and Objective-C can accelerate your app development." | "WWDC 2014 - Session 407: Swift Interoperability In Depth," *Apple*, https://asciiwwdc.com/2014/sessions/407?q=core%20foundation. |
| | "The Foundation framework provides the 'nuts and bolts' classes for both iPhone OS and Mac OS programming, and an understanding of the Foundation framework is essential for building great software on the Mac, iPhone, and iPad." | "WWDC 2010 - Session 124: Understanding Foundation," *Apple*, https://asciiwwdc.com/2010/sessions/124?q=core%20foundation. |
| Face ID | Face ID is an authentication tool used to access an iOS device as well as additional features, purchasing content, or synchronizing data on the device. Face ID is an instance property, which means it is an object that cannot be reused. | "faceID," *Apple*, https://developer.apple.com/documentation/avfoundation/avmetadatafaceobject/1386945-faceid. |
| | "With a simple glance, Face ID securely unlocks your iPhone or iPad Pro. You can use it to authorize payments with Apple Pay, purchases from the App Store, Book Store, and other Apple media services, and more. Developers can also allow you to use Face ID to sign into their apps." | "Managing accounts," *Apple*, https://developer.apple.com/design/human-interface-guidelines/managing-accounts. |
| | "[ML] allow[s] us to create Face ID which provides fast secure authentication for your iOS devices. And we use [ML] in ways that you may not expect, subtle ways that improve your experience with your devices." | "About Face ID advanced technology," *Apple*, https://support.apple.com/en-us/102381. |
| | | "WWDC 2019 - Session 803: Designing Great ML Experiences," *Apple*, https://asciiwwdc.com/2019/sessions/803?q=face%20id. |
| Push Notification | Apple Push Notification Services ("APN") is a secure and efficient service for app developers to propagate information to iOS, watchOS, tvOS, and macOS devices. With push notification setup, developers can send notification requests to APNs and APNs will deliver notification payloads to each targeted device. | "User Notifications," *Apple*, https://developer.apple.com/documentation/usernotifications/. |
| | "You know, since iOS 3 and OS X Lion, you've been able to integrate push notifications into your native apps. And boy, do users love them. Apple has sent over 7.4 trillion push notifications to users. So, clearly, users love getting push notifications on their devices." | "WWDC 2013 - Session 614: Implementing OS X Push Notifications for Websites," *Apple*, https://asciiwwdc.com/2013/sessions/614?q=push%20notification. |
| | "Gain insights from real-time server logs into events across all of your users - including CloudKit push notifications - to facilitate debugging and customer support." | "WWDC 2017 - Session 226: Build Better Apps with CloudKit Dashboard," *Apple*, https://asciiwwdc.com/2017/sessions/226?q=push%20notification. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS**
Schedule 3.1

| | Definitions & Usage | Notes & Sources |
|---|---|---|
| Security | Security provides a framework for protecting information, establishing trust, and controlling access to software.<br><br>"Apple devices, platforms, and services provide world-class security and privacy to our users, with powerful APIs for you to leverage in your own apps."<br><br>"Secure the data your app manages, and control access to your app....Use the Security framework to protect information, establish trust, and control access to software. Broadly, security services support these goals:<br>-Establish a user's identity (authentication) and then selectively grant access to resources (authorization).<br>-Secure data, both on disk and in motion across a network connection.<br>-Ensure the validity of code to be executed for a particular purpose."<br><br>"We have an amazing number of apps that use Touch ID API to save their users from having to remember complex passwords and type them directly into the app, and last year, we introduced a feature called App Transport Security that provides strong protection to app information as it travels across the network to that app's servers." | "Security," *Apple*, https://developer.apple.com/documentation/security.<br><br>"Security," *Apple*, https://developer.apple.com/security/.<br><br>"WWDC 2016 - Session 705: How iOS Security Really Works," *Apple*, https://asciiwwdc.com/2016/sessions/705?q=security. |
| TouchID | TouchID is part of the local authentication framework which allows users to rely on biometric authentication to enable secure, effortless access to their devices. The framework includes topics such as first steps in logging a user into the app with Touch ID, authentication and access, errors, and other references.<br><br>"We have an amazing number of apps that use Touch ID API to save their users from having to remember complex passwords and type them directly into the app, and last year, we introduced a feature called App Transport Security that provides strong protection to app information as it travels across the network to that app's servers." | "Local Authentication," *Apple*, https://developer.apple.com/documentation/localauthentication/.<br><br>"Logging a User into Your App with Face ID or Touch ID," *Apple*, https://developer.apple.com/documentation/localauthentication/logging_a_user_into_your_app_with_face_id_or_touch_id.<br><br>"WWDC 2016 - Session 705: How iOS Security Really Works," *Apple*, https://asciiwwdc.com/2016/sessions/705?q=security. |
| UIKit | UIKit provides infrastructure for iOS, iPadOS, or tvOS apps. Like Foundation, UIKit defines classes, protocols, functions, data types, and constants. It defines the core components of an iOS application, from labels and buttons to table views and navigation controllers. Features offered include: window and view architecture, event-handling infrastructure for delivering Multi-Touch, support for animation, documents, drawing and printing support, information about the current device, text management and display, search support, accessibility support, app extension support and resource management, and provides the main run loop to manage interactions among the user, the system and app.<br><br>"Number one, UIKit is great for user interface, and particularly as you've seen in the demo, for games."<br><br>"But one of the real benefits about using UIKit was it gives the game the same user interface as every other application on that player's phone. They're already used to play you know, pressing buttons and how they press, they have expectations about how things dismiss and how things come up. So by using UIKit we give them that same experience automatically."<br><br>"Number one, UIKit is great for user interface, and particularly as you've seen in the demo, for games. It's extremely flexible, versatile, and it's great."<br><br>"Q. So what is UI kit?<br>A. It is Apple's APIs for putting graphical elements such as buttons lists pictures into an application.<br>Q. And UI is user interface?<br>A. That's correct.<br>Q. So it's a fairly basic[] kit. And by 'basic,' I mean fundamental. Like you say, buttons and all for the user to literally interact with the device, correct?<br>A. Yes." | "UIKit," *Apple*, https://developer.apple.com/documentation/uikit.<br><br>"iOS From Scratch With Swift: First Steps With UIKit," Bart Jacobs, *envato-tuts+*, December 16, 2015, https://code.tutsplus.com/tutorials/ios-from-scratch-with-swift-first-steps-with-uikit--cms-25461.<br><br>"WWDC 2010 - Session 401: Game Design and Development for iPhone OS, Part 1," *Apple*, https://asciiwwdc.com/2010/sessions/401?q=uikit.<br><br>"Reporter's Transcript of Proceedings: Volume 5 – Testimony of Andrew Grant," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), May 5, 2021, p. 745:6-15. |
| UserNotifications | User Notifications is used to push user-facing notifications to the user's device from a server, or generate them locally from the app.<br><br>"User notifications in iOS X have a beautiful new design." | "User Notifications," *Apple*, https://developer.apple.com/documentation/usernotifications/.<br><br>"WWDC 2016 - Session 708: Advanced Notifications," *Apple*, https://asciiwwdc.com/2016/sessions/708?q=user%20notification. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS**
Schedule 3.1

| | Definitions & Usage | Notes & Sources |
|---|---|---|
| Xcode | "Xcode is a suite of tools developers use to build apps for Apple platforms. Use Xcode to manage your entire development workflow - from creating your app to testing, optimizing, and submitting it to the App Store."<br><br>"Xcode enables you to create great apps for Apple platforms."<br><br>"So Xcode is a development platform for creating apps for iOS, watchOS, tvOS, and OS X, macOS. It gives you the tools to create a complete app, from designing your user interface and implementing code, to testing and debugging your application, to provisioning your app for distribution on the App Store."<br><br>"Q. If you know, what app developer tools did you use to build your app?<br>A. Well, we used Xcode and the - the new programming language that Apple came out - came out with around that time." | "Xcode," *Apple*, https://developer.apple.com/documentation/xcode/.<br><br>"WWDC 2016 - Introduction to Xcode," *Apple*, https://asciiwwdc.com/2016/sessions/413?q=xcode.<br><br>Deposition of Donald Cameron, June 25, 2021, p. 185:16-20. |
| Authentication | Authentication Services framework is used to improve the experience of users when they enter credentials to establish their identity. The framework gives users the ability to sign into services with their Apple ID, enables users to look up stored passwords, provides passwordless registration and authentication workflow for apps and websites using iCloud Keychain or physical security key, performs automatic security password upgrades from weak to strong passwords, shares data between an app and a web browser, and creates single-sign-on experiences in enterprise apps.<br><br>"Secure sign-in and authentication is a key feature of a secure account-based app design. Learn how you can improve your app's login experiences through an overview of the available authentications services and details on specific technologies such as Sign In with Apple ID, Password AutoFill for iPad Apps for Mac, advances in OAuth and WebAuthentication, and a new API for streamlined password sign-in."<br><br>"And that's how easy it is to use the new Authentication services APIs to make the process of getting signed into your apps even more streamlined than password AutoFill was able to." | "Authentication Services," *Apple*, https://developer.apple.com/documentation/authenticationservices.<br><br>"WWDC 2019 - Session 516: What's New in Authentication," *Apple*, https://asciiwwdc.com/2019/sessions/516?q=authentication%20services. |
| Authorize/Authorization | Authorization Services is a programming interface to the Security Server and its policy database which facilitates access control to restricted areas of the operating system and apps.<br><br>"With that, let's get started talking about Core Locations, major features. The first one is the authorization API. Now, you should know that the authorization API is required in order to access the user's location."<br><br>"Okay, for authorization, we highly recommend you use when-in-use authorization whenever possible. Users like knowing that you can't track them without their knowledge." | "Authorization Services," *Apple*, https://developer.apple.com/documentation/security/authorization_services.<br><br>"WWDC 2016 - Session 716: Core Location Best Practices," *Apple*, https://asciiwwdc.com/2016/sessions/716?q=authorization%20service. |
| Parental Controls | Parental Controls can be activated on a device that is part of a Family Sharing group and signed into a child's iCloud account. To authorize parental controls, the AuthorizationCenter instance must be used.<br><br>"The parental controls that have been in OS X forever and the restrictions on iOS will really help parents configure the device to work the way they want it to work with their kids and as app developers you're kind of accustomed to this." | "FamilyControls," *Apple*, https://developer.apple.com/documentation/familycontrols.<br><br>"WWDC 2014 - Session 717: Kids and Apps," *Apple*, https://asciiwwdc.com/2014/sessions/717?q=parental%20control. |
| **APIs that permit interaction with device hardware** | | |
| CoreMotion | CoreMotion is a framework that reports motion- and environment-related data from the onboard hardware of iOS, iPadOS, watchOS, and visionOS devices, including accelerometer, gyroscope, pedometer, magnetometer, and barometer. The framework gives developers and apps access to motion data either as raw or processed values.<br><br>"Now, iOS already has great APIs for collecting passive data information, like HealthKit and CoreMotion."<br><br>"We have an accelerometer and device motion recorder and a pedometer recorder that collect data from CoreMotion and we have a health quality type recorder for pulling data from HealthKit." | "CoreMotion," *Apple*, https://developer.apple.com/documentation/coremotion.<br><br>"WWDC 2015 - Session 213: Building Apps with ResearchKit," *Apple*, https://asciiwwdc.com/2015/sessions/213?q=coremotion. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS**
Schedule 3.1

| | Definitions & Usage | Notes & Sources |
|---|---|---|
| Haptics Engine | CHHapticEngine is a class within the Core Haptics framework. To play custom haptics in an app, a haptic engine must be created establishs the connection between your app and the underlying device hardware. | "CHHapticEngine," *Apple*, https://developer.apple.com/documentation/corehaptics/chhapticengine. |
| | "Core Haptics lets you design your own haptics with synchronized audio on iPhone." | "WWDC 2019 - Session 223: Expanding the Sensory Experience with Core Haptics," *Apple*, https://asciiwwdc.com/2019/sessions/223?q=haptics. |
| | "It's called Core Haptics. This new API allows you developers to use the taptic engine fully in iPhone. The taptic engine is capable of rendering a wide range of experiences and can generate a custom vibration like this, it looks like this, and it should sound and feel like this [beeping sound]." | |
| **Connectivity APIs** | | |
| CloudKit | CloudKit is a framework that provides interfaces for moving data between an app and its iCloud containers. CloudKit is used to store an app's existing data in the cloud so that the user can access it on multiple devices. | "CloudKit," *Apple*, https://developer.apple.com/documentation/cloudkit. |
| | "CloudKit is designed for manageability, flexibility, and power. By organizing apps in containers, CloudKit ensures each app is siloed so its data won't get entangled with other apps." | "Designing apps using CloudKit," *Apple*, https://developer.apple.com/icloud/cloudkit/designing/. |
| WebKit | WebKit is used to integrate web content seamlessly into an app, customize content interactions, display rich web content using HTML, CSS, and JavaScript, handle the incremental loading of page content, display multiple MIME types and compound frame elements, navigate between pages of content, and manage a forward-back list of recently visited pages. | "WebKit," *Apple*, https://developer.apple.com/documentation/webkit. |
| Hypervisor | Hypervisor is a framework for developers to interact with virtualization technologies in user space, without writing kernel extensions. This framework is used to create and control hardware-facilitated virtual machines and virtual processors. | "Hypervisor," *Apple*, https://developer.apple.com/documentation/hypervisor. |
| Virtual Machine ("VM") | A VM object emulates a complete hardware machine of the same architecture as the underlying Mac computer. The VM manages resources that the guest operating system uses, providing access to some hardware resources while emulating others. | "VZVirtualMachine," *Apple*, https://developer.apple.com/documentation/virtualization/vzvirtualmachine. |
| Network Extension | Network Extension framework is used to customize and extend the core networking features of iOS, iPadOS, tvOS, visionOS, watchOS, and macOS. This is used to: change the system's Wi-Fi configuration, integrate your app with the hotspot network subsystem, create and manage VPN configurations using built-in or custom VPN protocols, create and manage network relay configurations, implement an on-device content filter, and create and manage system-wide DNS configurations using the built-in or custom DNS protocol/proxy. | "Network Extension," *Apple*, https://developer.apple.com/documentation/networkextension. |
| SharePlay | Shareplay gives users the ability to share experiences by integrating apps into FaceTime or Messages. Group Activities API and AV Foundation APIs are integrated to allow immersive features such as smart volume and shared playback controls. | "SharePlay," *Apple*, https://developer.apple.com/shareplay/. |
| **APIs that Provide Monetization Options** | | |
| Apple Pay | Apple Pay is part of the PassKit framework which includes topics for Apple Pay setup, Apple Pay availability, Apple Pay buttons, disbursement requests, payment requests, payment sheet interactions and authorization, payment sheet updates, QR transaction information, entitlements, payment token format, and errors. | "Apple Pay," *Apple*, https://developer.apple.com/documentation/passkit/apple_pay/. |
| | | "App Store," *Apple*, https://www.apple.com/app-store/. |
| | "Over 900K apps have secure payment technologies like Apple Pay and StoreKit for goods and services." | |
| iAd | iAd is a framework used to attribute app data that originates from Apple Search Ads campaigns on iOS devices. | "iAd," *Apple*, https://developer.apple.com/documentation/iad. |
| In-App Purchase ("IAP") | IAP makes it simple for customers to purchase an app's digital goods and services on the App Store and in apps. | "In-App Purchase," *Apple*, https://developer.apple.com/in-app-purchase. |
| PassKit | PassKit is a framework that allows developers to add Apple Pay to their app and manage passes in user's Wallet App. | "PassKit," *Apple*, https://developer.apple.com/documentation/passkit. |
| StoreKit | StoreKit supports IAP and interactions with the App Store, such as Apple Music, and providing recommendations for third-party content and enabling users to rate and review apps. | "StoreKit," *Apple*, https://developer.apple.com/documentation/storekit. |
| | "Over 900K apps have secure payment technologies like Apple Pay and StoreKit for goods and services." | "App Store," *Apple*, https://www.apple.com/app-store/. |
| **Graphics / Multi-Media APIs** | | |
| AudioToolbox | AudioToolbox provides interfaces for recording, playback, and stream parsing. It is used to record or play audio, convert formats, parse audio streams, and configure audio sessions. | "Audio Toolbox," *Apple*, https://developer.apple.com/documentation/audiotoolbox. |
| AVFoundation | AVFoundation "combines several major technology areas that together encompass a wide range of tasks for inspecting, playing, capturing, and processing audiovisual media on Apple platforms...work[ing] with audiovisual assets, control device cameras, process audio, and configure system audio interactions." | "AVFoundation," *Apple*, https://developer.apple.com/documentation/avfoundation. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS**
Schedule 3.1

| | Definitions & Usage | Notes & Sources |
|---|---|---|
| CoreAudio | CoreAudio is a digital audio infrastructure that includes a set of software frameworks to handle audio needs. CoreAudio capabilities include recording, playback, sound effects, positioning, format conversion, and file stream parsing. | "Core Audio Overview - Introduction," *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/Introduction/Introduction.html.<br><br>"What is Core Audio?" *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCoreAudio/WhatisCoreAudio.html. |
| CoreGraphics | CoreGraphics provides a framework, based on the Quartz advanced drawing engine, for low-level, lightweight 2D rendering with unmatched output fidelity. This framework can be used to handle path-based drawing, transformations, color management, offscreen rendering, patterns, gradients and shadings, image data management, image creation, and image masking, as well as PDF document creation, display, and parsing. | "Core Graphics," *Apple*, https://developer.apple.com/documentation/coregraphics. |
| CoreMedia | CoreMedia "defines the media pipeline used by AVFoundation and other high-level media frameworks found on Apple platform. It is used to process media samples and manage queues of media data." | "Core Media," *Apple*, https://developer.apple.com/documentation/coremedia. |
| CoreVideo | CoreVideo enables processing of digital video - including manipulation of individual frames - using a pipeline-based API and support for both Metal and OpenGL. | "Core Video," *Apple*, https://developer.apple.com/documentation/corevideo. |
| Metal | Metal provides a framework that directly communicates with the graphic processing units ("GPUs") to render advanced 3D graphics and compute data in parallel , ultimately, maximizing graphics and computing potential of the device and OS.<br><br>"There are thousands of objects being rendered here in a scene that we couldn't have dreamed building prior to Metal delivering a ten-fold increase in rendering efficiency. To have this level of graphics capability on iPhone and iPad now is a stunning breakthrough." | "Metal," *Apple*, https://developer.apple.com/metal/.<br><br>"Metal," *Apple*, https://developer.apple.com/documentation/metal.<br><br>"WWDC14 iOS 8 Metal Demo by EPIC Games," *Apple*, https://www.youtube.com/watch?v=NRoGwuSDh3E at 2:12. |
| QuartzCore | QuartzCore is used to produce animated user interfaces by providing high frame rates and smooth animations without burdening the CPU and slowing down your app. | "QuartzCore," *glossarytech*, https://glossarytech.com/terms/ios/quartzcore.<br><br>"Core Animation," *Apple*, https://developer.apple.com/documentation/quartzcore. |
| **Gaming APIs** | | |
| GameController | GameController is used to discover and support game controllers connected to a device. | "Game Controller," *Apple*, https://developer.apple.com/documentation/gamecontroller. |
| GameKit | GameKit is used to implement Game Center social-gaming network features. Game Center is an Apple service that provides a single account that identifies players across all their games and devices. It enables players to interact with friends, compare leaderboard ranks, earn achievements, and participate in multiplayer games. | "GameKit," *Apple*, https://developer.apple.com/documentation/gamekit. |
| ReplayKit | ReplayKit is a framework that allows users to record video from the screen and audio from the app and microphone. Users can share their recordings with other users through email, messages, and social media. | "ReplayKit," *Apple*, https://developer.apple.com/documentation/replaykit. |
| SpriteKit | SpriteKit is a general-purpose framework for drawing shapes, particles, text, images, and video in two dimensions. It leverages the Metal framework to achieve high-performance rendering, while offering a simple programming interface to make it easy to create games and other graphics-intensive apps. The framework is supported on iOS, macOS, tvOS, and watchOS.<br><br>"Q. And what does SpriteKit do?<br>A. It is a library of tools for a developer who wants to ease the process of creating animations within their game or app. It creates - you know, makes it easier for you to make objects move in your app or have physics when things bump into each other. SpriteKit handles those kind of interactions.<br>Q. And that 3D graphic or something else?<br>A. It's - it's primarily focused on 2D graphics design." | "SpriteKit," *Apple*, https://developer.apple.com/documentation/spritekit.<br><br>"Reporter's Transcript of Proceedings: Volume 11 – Testimony of Philip Schiller," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), May 17, 2021, pp. 2,896:22-2,897:4. |
| **Augmented Reality ("AR") / Machine Learning APIs** | | |
| ARKit | ARKit is a framework that combines device motion tracking, world tracking, scene understanding, and display conveniences to simplify the task of building an AR experience. AR experiences are created using the iOS device camera.<br><br>"Q. And you state, they showed the first demo of this today at Apple's WWDC event. Two of the most impressive features (human occlusion of CG and live MOCAP are powered by tech in the new version of ARKit and were described as exclusive to iOS. Did I read that correctly?<br>A. Yes, you did."<br><br>"With ARKit, you don't need any special equipment or tracking markers; it just works." | "ARKit," *Apple*, https://developer.apple.com/documentation/arkit.<br><br>"Reporter's Transcript of Proceedings: Volume 5 – Testimony of Andrew Grant," *Epic Games, Inc. v. Apple, Inc.* (Case No. 4:20-cv-05640-YGR), May 5, 2021, p. 751:10-16.<br><br>"Apple - WWDC 2017 Keynote," *Apple*, https://www.youtube.com/watch?v=oaqHdULqet0 at 1:29:56. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS**
Schedule 3.1

| | Definitions & Usage | Notes & Sources |
|---|---|---|
| AVFoundation | AVFoundation "combines several major technology areas that together encompass a wide range of tasks for inspecting, playing, capturing, and processing audiovisual media on Apple platforms...work[ing] with audiovisual assets, control device cameras, process audio, and configure system audio interactions." | "AVFoundation," *Apple*, https://developer.apple.com/documentation/avfoundation. |
| CoreML | Core ML is a framework used to integrate ML models into an app. It provides a unified representation for all models. A developer's app uses Core ML APIs and user data to make predictions, and to train or fine-tune models, all on a person's device.<br><br>"Core ML 3 supports the acceleration of more types of advanced, real-time [ML] models. With over 100 model layers now supported with Core ML, apps can use state-of-the-art models to deliver experiences that deeply understand vision, natural language, and speech like never before. And for the first time, developers can update [ML] models on-device using model personalization."<br><br>[describing APIs for face tracking, face detection, object tracking, natural language API, and others, that are built on CoreML, which] "provides high performance implementations of deep neural networks ... and they allow you to take models that you've built with any of these popular third-party tools, and using our machine learning model converter, execute them with tremendous performance on-device, that gives you all the data privacy benefits and all of the carefully-tuned compatibility with all of our platforms." | "Core ML," *Apple*, https://developer.apple.com/documentation/coreml.<br><br>"Apple unveils groundbreaking new technologies for app development," *Apple*, June 3, 2019, https://www.apple.com/newsroom/2019/06/apple-unveils-groundbreaking-new-technologies-for-app-development/.<br><br>"Apple - WWDC 2017 Keynote," *Apple*, https://www.youtube.com/watch?v=oaqHdULqet0 at 1:23:47. |
| **Health & Fitness APIs** | | |
| HealthKit | "HealthKit provides a central repository for health and fitness data. With user permission, apps can communicate with the HealthKit store to access and share data."<br><br>"Over 16K apps use Apple health technologies like HealthKit, CareKit, and ResearchKit designed to protect patient privacy." | "HealthKit," *Apple*, https://developer.apple.com/documentation/healthkit.<br><br>"App Store," *Apple*, https://www.apple.com/app-store/. |
| **Interaction with Home** | | |
| HomeKit | HomeKit allows users to communicate with and control connected accessories in their home using the app. It provides a way to configure accessories and create actions to control them. | "HomeKit," *Apple*, https://developer.apple.com/homekit/. |
| **Map APIs** | | |
| CarPlay | "Use the CarPlay framework to create an in-car experience for your app. The framework provides templates for building a version of your app's interface suitable for presentation on a vehicle's displays. Add the templates you want to your app and customize them to suit your content."<br><br>CarPlay can be integrated into audio, communication, navigation, parking, EV-charging, and food-ordering apps. | "CarPlay," *Apple*, https://developer.apple.com/documentation/carplay. |
| WebKit | WebKit is a framework used to seamlessly integrate web content into an native content of an app, and allows developers to customize content interactions to meet the needs of an app. | "WebKit," *Apple*, https://developer.apple.com/documentation/webkit. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. PATENTS - EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS [1]**
Schedule 3.2

|  | **Apple Count [2]** |
|---|---|
| U.S. Patents | 1,538 |
| U.S. Applications | 611 |
| **Total** | **2,149** |

**Notes and Sources:**

[1] TotalPatent One and PatentSight databases. Last accessed March 5, 2025 with reporting date of February 26, 2025. I have not included duplicate patent grants and applications in the total count.

[2] Schedule 3.3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS & APPLICATIONS - EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS BY SEARCH TERM [1]**

Schedule 3.3

| Search Term | U.S. Patents | U.S. Applications | U.S. Patents & Applications |
|---|---|---|---|
| **Commonly Used APIs - APIs that permit the app to interact with the iOS device's UI and critical security elements** | | | |
| [2] Architecture | 179 | 81 | 260 |
| [3] CoreFoundation | 19 | 1 | 20 |
| [4] Face ID | 50 | 59 | 109 |
| [5] Push Notification | 86 | 31 | 117 |
| [6] Security | 484 | 274 | 758 |
| [7] TouchID | 58 | 9 | 67 |
| [8] UIKit | 37 | 7 | 44 |
| [9] UserNotifications | 41 | 13 | 54 |
| [10] Xcode | 49 | 5 | 54 |
| [11] Authentication | 97 | 55 | 152 |
| [12] Authorize/Authorization | 40 | 23 | 63 |
| [13] Parental Controls | 40 | 12 | 52 |
| | | | |
| **Commonly Used APIs - APIs that Permit Interaction with Device Hardware** | | | |
| [14] CoreMotion | 5 | 1 | 6 |
| [15] Haptics Engine | 285 | 226 | 511 |
| | | | |
| **Connectivity APIs** | | | |
| [16] CloudKit | 4 | 3 | 7 |
| [17] WebKit | 65 | 9 | 74 |
| [18] Hypervisor | 456 | 222 | 678 |
| [19] Virtual Machines | 79 | 20 | 99 |
| [20] Network Extension | 19 | 4 | 23 |
| [21] SharePlay | 9 | 6 | 15 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS & APPLICATIONS - EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS BY SEARCH TERM [1]**

Schedule 3.3

| Search Term | U.S. Patents | U.S. Applications | U.S. Patents & Applications |
|---|---|---|---|
| **APIs that Provide Monetization Options** | | | |
| [22] Apple Pay | 64 | 19 | 83 |
| [23] iAD | 8 | 1 | 9 |
| [24] In-App Purchase | 10 | 5 | 15 |
| [25] PassKit | 2 | 1 | 3 |
| [26] StoreKit | 3 | 2 | 5 |
| | | | |
| **Graphics/Multimedia APIs** | | | |
| [27] AudioToolbox | 1 | - | 1 |
| [28] AVFoundation | 3 | 1 | 4 |
| [29] CoreAudio | 41 | 1 | 42 |
| [30] CoreGraphics | 76 | 3 | 79 |
| [31] CoreMedia | 28 | 1 | 29 |
| [32] CoreVideo | 18 | - | 18 |
| [33] Metal | 14 | 12 | 26 |
| [34] QuartzCore | 4 | - | 4 |
| | | | |
| **Gaming APIs** | | | |
| [35] GameController | 67 | 35 | 102 |
| [36] GameKit | 2 | - | 2 |
| [37] ReplayKit | - | - | - |
| [38] SpriteKit | 11 | - | 11 |
| | | | |
| **AR/Machine Learning APIs** | | | |
| [39] ARKit | 9 | 3 | 12 |
| [40] AVFoundation | 3 | 1 | 4 |
| [41] CoreML | 1 | - | 1 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS & APPLICATIONS - EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS BY SEARCH TERM [1]**
Schedule 3.3

| Search Term | U.S. Patents | U.S. Applications | U.S. Patents & Applications |
|---|---|---|---|
| **Health and Fitness APIs** | | | |
| [42] HealthKit | 10 | 5 | 15 |
| **Interaction with Home** | | | |
| [43] HomeKit | 39 | 17 | 56 |
| **Map APIs** | | | |
| [44] CarPlay | 50 | 9 | 59 |
| [45] WebKit | 65 | 9 | 74 |

**Notes, Sources, & Search Functions:**

[1] TotalPatent One and PatentSight databases. Last accessed March 5, 2025 with reporting date of February 26, 2025. All searches based on Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.

[2] Title/Abstract/Claims/Description: "Architecture" AND "Multi-Touch" AND "App" AND "API".

[3] Title/Abstract/Claims/Description: "CoreFoundation" OR "Core Foundation".

[4] Title/Abstract/Claims/Description: "Face ID" OR "FaceID" OR ("Face Identification" AND NOT "Verified Face Identification").

[5] Title/Abstract/Claims/Description: "Push Notification" AND "App" AND "API".

[6] Title/Abstract/Claims/Description: "Security" AND "App" AND "API".

[7] Title/Abstract/Claims/Description: "Touch ID" OR "TouchID".

[8] Title/Abstract/Claims/Description: "UIKit" OR "UI Kit".

[9] Title/Abstract/Claims/Description: "UserNotification" OR "User Notification" AND "App".

[10] Title/Abstract/Claims/Description: "Xcode".

[11] Title/Abstract/Claims/Description: "Authentication" AND "App" AND "API" AND "Haptic" AND NOT ("Home Media" OR"Authentication NEAR20 Radio").

[12] Title/Abstract/Claims/Description: "Authorize" OR "Authorization" AND "Certificate" AND "API" AND "App".

[13] Title/Abstract/Claims/Description: "Parental Controls" AND "App".

[14] Title/Abstract/Claims/Description: "CoreMotion" OR "Core Motion".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS & APPLICATIONS - EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS BY SEARCH TERM [1]**
Schedule 3.3

| Search Term | U.S. Patents | U.S. Applications | U.S. Patents & Applications |
| --- | --- | --- | --- |

**Notes, Sources, & Search Functions (continued):**

[15] Title/Abstract/Claims/Description: "Haptics Engine" AND ("App" OR "Application") OR "Haptics Engine" AND ("App" OR "Application") AND "Interface".

[16] Title/Abstract/Claims/Description: "CloudKit" OR "Cloud Kit".

[17] Title/Abstract/Claims/Description: "WebKit" OR "Web Kit". Consistent with prior reports, search terms appear in multiple categories.

[18] Title/Abstract/Claims/Description: "Hypervisor" AND ("App" OR "Application").

[19] Title/Abstract/Claims/Description: "Virtual Machines" AND "App".

[20] Title/Abstract/Claims/Description: "Network Extension".

[21] Title/Abstract/Claims/Description: "SharePlay" OR "Share Play".

[22] Title/Abstract/Claims/Description: "Apple Pay".

[23] Title/Abstract/Claims/Description: "iAD".

[24] Title/Abstract/Claims/Description: "In-App Purchase".

[25] Title/Abstract/Claims/Description: "PassKit" OR "Pass Kit".

[26] Title/Abstract/Claims/Description: "StoreKit" OR "Store Kit".

[27] Title/Abstract/Claims/Description: "AudioToolbox" OR "Audio Toolbox".

[28] Title/Abstract/Claims/Description: "AVFoundation" OR "AV Foundation". Consistent with prior reports, search terms appear in multiple categories.

[29] Title/Abstract/Claims/Description: "CoreAudio" OR "Core Audio".

[30] Title/Abstract/Claims/Description: "CoreGraphic" OR "CoreGraphics" OR "Core Graphic" OR "Core Graphics".

[31] Title/Abstract/Claims/Description: "CoreMedia" OR "Core Media".

[32] Title/Abstract/Claims/Description: "CoreVideo" OR "Core Video".

[33] Title/Abstract/Claims/Description: ("Metal" AND "Framework" AND "App" AND NOT ("Metal-Oxide Semiconductor" OR "Metal Hydride" OR "Metal NEAR5 Battery" OR "Metal NEAR5 Material")).

[34] Title/Abstract/Claims/Description: "QuartzCore" OR "Quartz Core Framework".

[35] Title/Abstract/Claims/Description: "GameController" OR "Game Controller" AND ("API" OR "App").

[36] Title/Abstract/Claims/Description: "GameKit" OR "Game Kit".

[37] Title/Abstract/Claims/Description: "ReplayKit". Zero records returned but included in table to remain consistent with prior reports.

[38] Title/Abstract/Claims/Description: "SpriteKit".

[39] Title/Abstract/Claims/Description: "ARKit" OR "AR Kit".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS & APPLICATIONS - EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS BY SEARCH TERM [1]**
Schedule 3.3

| Search Term | U.S. Patents | U.S. Applications | U.S. Patents & Applications |
|---|---|---|---|

**Notes, Sources, & Search Functions (continued):**

[40] Title/Abstract/Claims/Description: "AVFoundation" OR "AV Foundation". Consistent with prior reports, search terms appear in multiple categories.

[41] Title/Abstract/Claims/Description: "Core ML" OR "Core ML".

[42] Title/Abstract/Claims/Description: "HealthKit" OR "Health Kit".

[43] Title/Abstract/Claims/Description: "HomeKit" OR "Home Kit".

[44] Title/Abstract/Claims/Description: "CarPlay" or "Car Play".

[45] Title/Abstract/Claims/Description: "WebKit" OR "Web Kit". Consistent with prior reports, search terms appear in multiple categories.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**PROCESS FOR EXEMPLARY APPLE DEVELOPER FRAMEWORKS AND TOOLS PATENT SEARCH**
Schedule 3.4

Identify search terms [1]

Test results of each individual search term through initial review of select grants and applications [2]

Determine if limitations to search terms are required

Test results of each search term with limitations through manual review of a selection of grants and applications

Conduct a combined search with all terms and limitations and remove grants and applications not filtered by limitations found not to be relevant

**Notes & Sources:**

[1] Schedule 3.3.

[2] Within TotalPatent One and PatentSight, a combination of search syntax and Booleans were used to filter down the broad results of certain keywords. Certain search terms were excluded from the search function and/or results because they were too broad or did not result in relevant patents. The final search function is shown in Schedule 3.2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. PATENTS - SEARCH TERM "iOS"[1]**
Schedule 4.0

|  | **"iOS" Patent Count [2]** |
|---|---|
| U.S. Patents | 2,474 |
| U.S. Applications | 874 |
| **Total** | **3,348** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with reporting date of February 26, 2025.

[2] Search Terms and Function = Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.; Title/Abstract/Claims/Description: "iOS".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS - SEARCH TERMS "iOS" AND "MULTI-TOUCH" [1]**

Schedule 4.1

| | "iOS" and "Multi-Touch" Patent Count [2] |
|---|---|
| U.S. Patents | 1,465 |
| U.S. Applications | 512 |
| **Total** | **1,977** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with reporting date of February 26, 2025.

[2] Search Terms and Function = Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.; Title/Abstract/Claims/Description: "iOS" AND "Multi-Touch".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. PATENTS - SEARCH TERM "XCODE" [1]**
Schedule 4.2

| | **"Xcode" Patent Count [2]** |
|---|---:|
| U.S. Patents | 49 |
| U.S. Applications | 5 |
| **Total** | **54** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with reporting date of February 26, 2025.

[2] Search Terms and Function = Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.; Title/Abstract/Claims/Description: "Xcode".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS - SEARCH TERMS "CLOUDKIT," "HOMEKIT," "UIKIT," OR "WEBKIT" [1]**

Schedule 4.3

| | "CloudKit", "HomeKit", "UIKit", and "WebKit" Patent Count [2] |
|---|---|
| U.S. Patents | 142 |
| U.S. Applications | 29 |
| **Total** | **171** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with reporting date of February 26, 2025.

[2] Search Terms and Function = Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.; Title/Abstract/Claims/Description: "CloudKit" OR "Cloud Kit" OR "HomeKit" OR "Home Kit" OR "UIKit" OR "UI Kit" OR "WebKit" OR "Web Kit".

*In Re Apple iPhone Litigation*

**APPLE U.S. PATENTS - SEARCH TERMS "COREAUDIO," "COREGRAPHICS," "COREVIDEO," OR "IN-APP PURCHASES" [1]**
Schedule 4.4

| | "CoreAudio", "CoreGraphics", "CoreVideo", or "In-App Purchases" Patent Count [2] |
|---|---|
| U.S. Patents | 72 |
| U.S. Applications | 6 |
| **Total** | **78** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with reporting date of February 26, 2025.

[2] Search Terms and Function = Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.; Title/Abstract/Claims/Description: "CoreAudio" OR "CoreGraphic" OR "CoreVideo" OR "Core Audio" OR "Core Graphic" OR "Core Video" OR "In-App Purchase".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE U.S. PATENTS - SEARCH TERMS "APP STORE" [1]**
Schedule 4.5

| | **"App Store" Patent Count [2]** |
|---|---:|
| U.S. Patents | 354 |
| U.S. Applications | 78 |
| **Total** | **432** |

**Notes & Sources:**

[1] PatentSight and TotalPatent One databases. Last accessed March 3, 2025 with reporting date of February 26, 2025.

[2] Search Terms and Function = Owner: Apple Inc.; Authority: United States; Patent Status: Active Grant, Active Application.; Title/Abstract/Claims/Description: "App Store".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE APP STORE AVAILABLE APPS AND CUMULATIVE DOWNLOADS [1]**
Schedule 5.0

| | Date | Available Apps | Cumulative Downloads |
|---|---|---|---|
| [1] | 07/10/2008 | 500 | n/a |
| [2] | 07/14/2008 | 800 | 10,000,000 |
| [3] | 09/09/2008 | 3,000 | 100,000,000 |
| [4] | 01/21/2009 | 15,000 | 500,000,000 |
| [5] | 03/17/2009 | 25,000 | 800,000,000 |
| [6] | 04/24/2009 | 35,000 | 1,000,000,000 |
| [7] | 06/08/2009 | 50,000 | 1,000,000,000 |
| [8] | 07/14/2009 | 65,000 | 1,500,000,000 |
| [9] | 09/28/2009 | 85,000 | 2,000,000,000 |
| [10] | 11/04/2009 | 100,000 | 2,000,000,000 |
| [11] | 01/27/2010 | 140,000 | 3,000,000,000 |
| [12] | 06/07/2010 | 225,000 | 5,000,000,000 |
| [13] | 09/01/2010 | 250,000 | 6,500,000,000 |
| [14] | 10/20/2010 | 300,000 | 7,000,000,000 |
| [15] | 01/22/2011 | 350,000 | 10,000,000,000 |
| [16] | 07/07/2011 | 425,000 | 15,000,000,000 |
| [17] | 10/18/2011 | 500,000 | 18,000,000,000 |
| [18] | 03/05/2012 | 550,000 | 25,000,000,000 |
| [19] | 06/11/2012 | 650,000 | 30,000,000,000 |
| [20] | 09/12/2012 | 700,000 | 30,000,000,000 |
| [21] | 01/07/2013 | 775,000 | 40,000,000,000 |
| [22] | 01/28/2013 | 800,000 | 40,000,000,000 |
| [23] | 04/23/2013 | 850,000 | 45,000,000,000 |
| [24] | 05/16/2013 | 850,000 | 50,000,000,000 |
| [25] | 06/10/2013 | 900,000 | 50,000,000,000 |
| [26] | 10/22/2013 | 1,000,000 | 60,000,000,000 |
| [27] | 06/02/2014 | 1,200,000 | 75,000,000,000 |
| [28] | 09/09/2014 | 1,300,000 | 75,000,000,000 |
| [29] | 01/08/2015 | 1,400,000 | 75,000,000,000 |
| [30] | 06/08/2015 | 1,500,000 | 100,000,000,000 |
| [31] | 06/13/2016 | 2,000,000 | 130,000,000,000 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE APP STORE AVAILABLE APPS AND CUMULATIVE DOWNLOADS [1]**
Schedule 5.0

|  | Date | Available Apps | Cumulative Downloads |
|---|---|---|---|
| [32] | 01/05/2017 | 2,200,000 | 130,000,000,000 |
| [33] | 06/05/2017 | 2,200,000 | 180,000,000,000 |
| [34] | 12/31/2020 | 1,800,000 | 288,600,000,000 |
| [35] | 12/31/2021 | 1,800,000 | 320,900,000,000 |
| [36] | 12/31/2022 | 1,783,232 | 353,500,000,000 |
| [37] | 05/31/2023 | 1,870,119 | 370,000,000,000 |
| [38] | 12/31/2023 | 1,870,119 | 388,400,000,000 |

**Notes & Sources:**

[1] "iPhone 3G on Sale Tomorrow," *Apple*, July 10, 2008, https://www.apple.com/newsroom/2008/07/10iPhone-3G-on-Sale-Tomorrow/.

[2] "iPhone App Store Downloads Top 10 Million in First Weekend," *Apple*, July 14, 2008, https://www.apple.com/newsroom/2008/07/14iPhone-App-Store-Downloads-Top-10-Million-in-First-Weekend/.

[3] "App Store Downloads Top 100 Million Worldwide," *Apple*, September 9, 2008, https://www.apple.com/newsroom/2008/09/09App-Store-Downloads-Top-100-Million-Worldwide/.

[4] "Apple Inc. FQ1 2009 Earnings Call Transcripts," *S&P Capital IQ*, January 21, 2009, p. 21.

[5] "Apple Previews Developer Beta of iPhone OS 3.0," *Apple*, March 17, 2009, https://www.apple.com/newsroom/2009/03/17Apple-Previews-Developer-Beta-of-iPhone-OS-3-0/; "Apple Opens Up More Ways to Get Paid on the iPhone, Adds Key New Features. Apps Hit 800 Million Downloads." Erick Schonfeld, *TechCrunch*, March 17, 2009, https://techcrunch.com/2009/03/17/phone-apps-hit-800-million-downloads/.

[6] "Apple's Revolutionary App Store Downloads Top One Billion in Just Nine Months," *Apple*, April 24, 2009, https://www.apple.com/newsroom/2009/04/24Apples-Revolutionary-App-Store-Downloads-Top-One-Billion-in-Just-Nine-Months/.

[7] "Apple Announces the New iPhone 3GS—The Fastest, Most Powerful iPhone Yet," *Apple*, June 8, 2009, https://www.apple.com/newsroom/2009/06/08Apple-Announces-the-New-iPhone-3GS-The-Fastest-Most-Powerful-iPhone-Yet/.

[8] "Apple's App Store Downloads Top 1.5 Billion in First Year," *Apple*, July 14, 2009, https://www.apple.com/newsroom/2009/07/14Apples-App-Store-Downloads-Top-1-5-Billion-in-First-Year/.

[9] "Apple's App Store Downloads Top Two Billion," *Apple*, September 28, 2009, https://www.apple.com/newsroom/2009/09/28Apples-App-Store-Downloads-Top-Two-Billion/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE APP STORE AVAILABLE APPS AND CUMULATIVE DOWNLOADS [1]**
Schedule 5.0

| Date | Available Apps | Cumulative Downloads |
| --- | --- | --- |

**Notes & Sources (continued):**

[10] "Apple Announces Over 100,000 Apps Now Available on the App Store," *Apple*, November 4, 2009, https://www.apple.com/newsroom/2009/11/04Apple-Announces-Over-100-000-Apps-Now-Available-on-the-App-Store/.

[11] "Apple's App Store Downloads Top Three Billion," Apple, January 5, 2010, https://www.apple.com/newsroom/2010/01/05Apples-App-Store-Downloads-Top-Three-Billion/; "Apple Launches iPad," Apple, January 27, 2010, https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

[12] "Apple Presents iPhone 4," *Apple*, June 7, 2010, https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4/.

[13] "Apple Introduces New iPod touch," *Apple*, September 1, 2010, https://www.apple.com/newsroom/2010/09/01Apple-Introduces-New-iPod-touch/; "Jobs: 6.5 Billion Apps Downloaded From The App Store," Leena Rao, TechCrunch, September 1, 2010, https://techcrunch.com/2010/09/01/jobs-6-5-billion-apps-downloaded-from-app-store/.

[14] "Apple Inc. FQ4 2010 Earnings Call Transcripts," *S&P Capital IQ*, October 18, 2010, p. 6; "App Store Hits 7 Billion Downloads," Alexia Tsotsis, *TechCrunch*, October 20, 2010, https://techcrunch.com/2010/10/20/app-store-hits-7-billion-downloads/.

[15] "Apple's App Store Downloads Top 10 Billion," *Apple*, January 22, 2011, https://www.apple.com/newsroom/2011/01/22Apples-App-Store-Downloads-Top-10-Billion/.

[16] "Apple's App Store Downloads Top 15 Billion," *Apple*, July 7, 2011, https://www.apple.com/newsroom/2011/07/07Apples-App-Store-Downloads-Top-15-Billion/.

[17] "Apple Inc. FQ4 2011 Earnings Call Transcripts," *S&P Capital IQ*, October 18, 2011, p. 5.

[18] "Apple's App Store Downloads Top 25 Billion," *Apple*, March 5, 2012, https://www.apple.com/newsroom/2012/03/05Apples-App-Store-Downloads-Top-25-Billion/.

[19] "Apple: 30B apps downloaded, 400M App Store accounts set up," Don Reisinger, *CNET*, June 11, 2012, https://www.cnet.com/news/apple-30b-apps-downloaded-400m-app-store-accounts-set-up/.

[20] "Apple Introduces New iPod touch & iPod nano," *Apple*, September 12, 2012, https://www.apple.com/newsroom/2012/09/12Apple-Introduces-New-iPod-touch-iPod-nano/; "Apple: 30B apps downloaded, 400M App Store accounts set up," Don Reisinger, *CNET*, June 11, 2012, https://www.cnet.com/news/apple-30b-apps-downloaded-400m-app-store-accounts-set-up/.

[21] "App Store Tops 40 Billion Downloads with Almost Half in 2012," *Apple*, January 7, 2013, https://www.apple.com/newsroom/2013/01/07App-Store-Tops-40-Billion-Downloads-with-Almost-Half-in-2012/.

[22] "Apple Updates iOS to 6.1," *Apple*, January 28, 2013, https://www.apple.com/newsroom/2013/01/28Apple-Updates-iOS-to-6-1/.

[23] "Apple Inc. FQ2 2013 Earnings Call Transcripts," *S&P Capital IQ*, April 23, 2013, p. 6.

[24] "Apple's App Store Marks Historic 50 Billionth Download," *Apple*, May 16, 2013, https://www.apple.com/newsroom/2013/05/16Apples-App-Store-Marks-Historic-50-Billionth-Download/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE APP STORE AVAILABLE APPS AND CUMULATIVE DOWNLOADS [1]**
Schedule 5.0

| Date | Available Apps | Cumulative Downloads |
|---|---|---|

**Notes & Sources (continued):**

[25] "Apple Unveils iOS 7," *Apple*, June 10, 2013, https://www.apple.com/newsroom/2013/06/10Apple-Unveils-iOS-7/; "Apple's App Store Marks Historic 50 Billionth Download," *Apple*, May 16, 2013, https://www.apple.com/newsroom/2013/05/16Apples-App-Store-Marks-Historic-50-Billionth-Download/.

[26] "Apple Announces iPad Air—Dramatically Thinner, Lighter & More Powerful iPad," *Apple*, October 22, 2013, https://www.apple.com/newsroom/2013/10/23Apple-Announces-iPad-Air-Dramatically-Thinner-Lighter-More-Powerful-iPad/.

[27] "Apple Releases iOS 8 SDK With Over 4,000 New APIs," *Apple*, June 2, 2014, https://www.apple.com/newsroom/2014/06/02Apple-Releases-iOS-8-SDK-With-Over-4-000-New-APIs/.

[28] "Apple Announces iOS 8 Available September 17," *Apple*, September 9, 2014, https://www.apple.com/newsroom/2014/09/09Apple-Announces-iOS-8-Available-September-17/; "Apple Releases iOS 8 SDK With Over 4,000 New APIs," *Apple*, June 2, 2014, https://www.apple.com/newsroom/2014/06/02Apple-Releases-

[29] "App Store Rings in 2015 with New Records," *Apple*, January 8, 2015, https://www.apple.com/newsroom/2015/01/08App-Store-Rings-in-2015-with-New-Records/; "Apple Releases iOS 8 SDK With Over 4,000 New APIs," *Apple*, June 2, 2014, https://www.apple.com/newsroom/2014/06/02Apple-Releases-iOS-8-SDK-With-Over-4-000-New-APIs/.

[30] "iTunes App Store Passes 1.5M Apps, 100B Downloads, $30B Paid to Developers to Date," Ingrid Lunden, *TechCrunch*, June 8, 2015, https://techcrunch.com/2015/06/08/itunes-app-store-passes-1-5m-apps-100b-downloads-30b-paid-to-developers/.

[31] "Apple's App Store hits 2M apps, 130B downloads, $50B paid to developers," Sarah Perez, *TechCrunch*, June 13, 2016, https://techcrunch.com/2016/06/13/apples-app-store-hits-2m-apps-130b-downloads-50b-paid-to-developers/.

[32] "Apple's App Store just had the most successful month of sales ever," Lauren Goode, *The Verge*, January 5, 2017, https://www.theverge.com/2017/1/5/14173328/apple-december-2016-app-store-record-phil-schiller; "Apple's App Store hits 2M apps, 130B downloads, $50B paid to developers," Sarah Perez, *TechCrunch*, June 13, 2016, https://techcrunch.com/2016/06/13/apples-app-store-hits-2m-apps-130b-downloads-50b-paid-to-developers/.

[33] "Apple's App Store just had the most successful month of sales ever," Lauren Goode, The Verge, January 5, 2017, https://www.theverge.com/2017/1/5/14173328/apple-december-2016-app-store-record-phil-schiller; "Apple unveils all-new App Store," *Apple*, June 5, 2017, https://www.apple.com/newsroom/2017/06/apple-unveils-all-new-app-store/.

[34] "Apple Announces App Store Small Business Program," *Apple*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/; "Apple App Store Statistics 2024 - Trends and Figures," Harman Arora, *BigOh*, https://bigohtech.com/apple-app-store-statistics/. I add the latter half of 2017, 2018, 2019, and 2020 downloads to the 2017 download count.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*

**APPLE APP STORE AVAILABLE APPS AND CUMULATIVE DOWNLOADS [1]**

Schedule 5.0

| Date | Available Apps | Cumulative Downloads |
| --- | --- | --- |

**Notes & Sources (continued):**

[35] "Apple Announces App Store Small Business Program," *Apple*, November 18, 2020, https://www.apple.com/newsroom/2020/11/apple-announces-app-store-small-business-program/; "Apple App Store Statistics 2024 - Trends and Figures," Harman Arora, *BigOh*, https://bigohtech.com/apple-app-store-statistics/. I add 2021 downloads to the end of 2020 download count.

[36] "2022 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2022-App-Store-Transparency-Report.pdf; "Apple App Store Statistics 2024 - Trends and Figures," Harman Arora, *BigOh*, https://bigohtech.com/apple-app-store-statistics/. I add 2022 downloads to the end of 2021 download count.

[37] "2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf; "The Continued Growth and Resilience of Apple's App Store Ecosystem," Juliette Caminade, Ph.D and Jonathan Borck, Ph.D., *Analysis Group*, May 2023, https://www.apple.com/newsroom/pdfs/the-continued-growth-and-resilience-of-apples-app-store-ecosystem.pdf.

[38] "2023 App Store Transparency Report," *Apple*, https://www.apple.com/legal/more-resources/docs/2023-App-Store-Transparency-Report.pdf; "Apple App Store Statistics 2024 - Trends and Figures," Harman Arora, *BigOh*, https://bigohtech.com/apple-app-store-statistics/. I add 2023 downloads to the end of 2022 download count.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*In Re Apple iPhone Litigation*
**APPLE R&D EXPENSES FY 2005 - FY 2024**
Schedule 6.0

| (in millions USD) | FY 2005 [1] | FY 2006 [2] | FY 2007 [3] | FY 2008 [4] | FY 2009 [5] | FY 2010 [6] | FY 2011 [7] |
|---|---|---|---|---|---|---|---|
| R&D Expenses | $ 535 | $ 712 | $ 782 | $ 1,109 | $ 1,333 | $ 1,782 | $ 2,429 |
| Revenue | $ 19,391 | $ 19,315 | $ 24,578 | $ 37,491 | $ 42,905 | $ 65,224 | $ 108,249 |
| *R&D Share of Revenue* | *2.8%* | *3.7%* | *3.2%* | *3.0%* | *3.1%* | *2.7%* | *2.2%* |

| (in millions USD) | FY 2012 [8] | FY 2013 [9] | FY 2014 [10] | FY 2015 [11] | FY 2016 [12] | FY 2017 [13] | FY 2018 [14] |
|---|---|---|---|---|---|---|---|
| R&D Expenses | $ 3,381 | $ 4,475 | $ 6,041 | $ 8,067 | $ 10,045 | $ 11,581 | $ 14,236 |
| Revenue | $ 156,508 | $ 170,910 | $ 182,795 | $ 233,715 | $ 215,639 | $ 229,234 | $ 265,595 |
| *R&D Share of Revenue* | *2.2%* | *2.6%* | *3.3%* | *3.5%* | *4.7%* | *5.1%* | *5.4%* |

| (in millions USD) | FY 2019 [15] | FY 2020 [16] | FY 2021 [17] | FY 2022 [18] | FY 2023 [18] | FY 2024 [18] | Total |
|---|---|---|---|---|---|---|---|
| R&D Expenses | $ 16,217 | $ 18,752 | $ 21,914 | $ 26,251 | $ 29,915 | $ 31,370 | $ 210,927 |
| Revenue | $ 260,174 | $ 274,515 | $ 365,817 | $ 394,328 | $ 383,285 | $ 391,035 | $ 3,840,703 |
| *R&D Share of Revenue* | *6.2%* | *6.8%* | *6.0%* | *6.7%* | *7.8%* | *8.0%* | *5.5%* |

**Notes & Sources:**

[1] Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2007, pp. 47-48.
[2] Apple Inc. SEC Form 10-K for the fiscal year ended September 27, 2008, p. 46.
[3] Apple Inc. SEC Form 10-K/A (Amendment No. 1) for the fiscal year ended September 26, 2009, p. 23.
[4] Apple Inc. SEC Form 10-K for the fiscal year ended September 25, 2010, p. 38.
[5] Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2011, p. 35.
[6] Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2012, pp. 35-36.
[7] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2013, pp. 32-33.
[8] Apple Inc. SEC Form 10-K for the fiscal year ended September 27, 2014, pp. 32-33.
[9] Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2015, p. 28.
[10] Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2016, pp. 26-27.
[11] Apple Inc. SEC Form 10-K for the fiscal year ended September 30, 2017, pp. 23, 27.
[12] Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2018, pp. 23, 27.
[13] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2019, pp. 20-21.
[14] Apple Inc. SEC Form 10-K for the fiscal year ended September 26, 2020, pp. 22-23.
[15] Apple Inc. SEC Form 10-K for the fiscal year ended September 25, 2021, pp. 22-23.
[16] Apple Inc. SEC Form 10-K for the fiscal year ended September 24, 2022, pp. 22-23.
[17] Apple Inc. SEC Form 10-K for the fiscal year ended September 30, 2023, pp. 22-23.
[18] Apple Inc. SEC Form 10-K for the fiscal year ended September 28, 2024, pp. 23-24.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Appendix D

# Glossary



## iOS and macOS

**Application Programming Interface ("API")** is a software component that connects a software application to another piece of software such as an operating system, a library, or an application, and provides access to hardware, services, other functionality, or data.[1]

**App Store** is a transaction platform connecting developers and customers, where developers deliver apps and services across iPhone, iPad, Mac, Apple TV, and Apple Watch for customers in 175 regions.[2] The **App Store** was introduced on July 10, 2008.[3]

**App Store Connect** is a suite of tools that allows developers to upload, submit, and manage apps on the App Store, as well as view sales reports, access app analytics, invite users to test apps with TestFlight, and/or add IAP.[4] **App Store Connect** was introduced on June 6, 2018.[5]

**Audio Toolbox** provides interfaces for recording, playback, and stream parsing and can be used to record or play audio, convert formats, parse audio streams, and configure an audio session.[6] **Audio Toolbox** has been available since the releases of iOS 2.0 (July 11, 2008) and macOS 10.0 (March 24, 2001).[7]

**CloudKit** provides interfaces for moving data between app and iCloud containers. **CloudKit** is used to store existing app data in the cloud so that the user can access it on multiple devices. Data can also be stored in a public area where all users can access it.[8] **CloudKit** has been available since the releases of iOS 8.0 (September 17, 2014) and macOS 10.10 (October 16, 2014).[9]

---

[1] "What is an API?" *Red Hat*, June 2, 2022, https://www.redhat.com/en/topics/api/what-are-application-programming-interfaces; "What is an API? Application programming interfaces explained," Matthew Tyson, *InfoWorld*, December 13, 2023, https://www.infoworld.com/article/2269032/what-is-an-api-application-programming-interfaces-explained.html.
[2] "Making the Most of the App Store," *Apple*, https://developer.apple.com/app-store/; "The apps you love. From a place you can trust," *Apple*, https://www.apple.com/app-store/.
[3] "The App Store turns 10," *Apple*, July 5, 2018, https://www.apple.com/newsroom/2018/07/app-store-turns-10/.
[4] "Your Apps on the App Store," *Apple*, https://developer.apple.com/app-store-connect/.
[5] "Introducing App Store Connect," *Apple*, June 6, 2018, https://developer.apple.com/news/?id=06042018.
[6] "Audio Toolbox," *Apple*, https://developer.apple.com/documentation/audiotoolbox.
[7] "Audio Toolbox," *Apple*, https://developer.apple.com/documentation/audiotoolbox; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.
[8] "CloudKit," *Apple*, https://developer.apple.com/documentation/cloudkit.
[9] "CloudKit," *Apple*, https://developer.apple.com/documentation/cloudkit; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



# Glossary

**Core Audio** is a digital audio infrastructure that includes a set of software frameworks to handle audio needs, with capabilities including recording, playback, sound effects, positioning, format conversion, and file stream parsing.[10] **Core Audio** has been available since the releases of iOS 2.0 (July 11, 2008) and macOS 10.5 (October 26, 2007).[11]

**Core Graphics**, based on the Quartz advanced drawing engine, provides low-level, lightweight 2D rendering with high-fidelity output, and can be used to handle path-based drawing, transformations, color management, offscreen rendering, patterns, gradients and shadings, image data management, image creation, and image masking, as well as PDF document creation, display, and parsing.[12] **Core Graphics** has been available since the releases of iOS 2.0 (July 11, 2008) and macOS 10.8 (July 25, 2012).[13]

**Core ML** can be used to integrate ML models into an app, providing a unified representation for all models to make predictions, and to train or fine-tune models, all on a user's device.[14] CoreML has been available since the releases of iOS 11.0 (September 19, 2017) and macOS 10.13 (September 25, 2017).[15]

---

[10] "Core Audio Overview – Introduction," *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/Introduction/Introduction.html; "What is Core Audio?" *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/WhatisCoreAudio/WhatisCoreAudio.html; "Core Audio Frameworks," *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioFrameworks/CoreAudioFrameworks.html#//apple_ref/doc/uid/TP40003577-CH9-SW1.

[11] "Core Audio Frameworks," *Apple*, https://developer.apple.com/library/archive/documentation/MusicAudio/Conceptual/CoreAudioOverview/CoreAudioFrameworks/CoreAudioFrameworks.html#//apple_ref/doc/uid/TP40003577-CH9-SW1; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[12] "Core Graphics," *Apple*, https://developer.apple.com/documentation/coregraphics.

[13] "Core Graphics," *Apple*, https://developer.apple.com/documentation/coregraphics; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[14] "Core ML," *Apple*, https://developer.apple.com/documentation/coreml/.

[15] "Core ML," *Apple*, https://developer.apple.com/documentation/coreml/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Glossary



**Core Motion** can be used to process accelerometer, gyroscope, pedometer, magnetometer, barometer, and environment-related events from available onboard hardware.[16] **Core Motion** has been available since the releases of iOS 4.0 (June 22, 2010) and macOS 10.15 (October 7, 2019).[17]

**Core Video** allows the processing of digital video – including manipulation of individual frames – with support for both Metal and OpenGL, simplifying working with video by portioning the process into discrete steps.[18] **Core Video** has been available since the releases of iOS 4.0 (June 22, 2010) and macOS 10.4 (April 29, 2005).[19]

**Create ML** can be used create and train custom ML models for use in apps.[20] **Create ML** can be used to train models to perform tasks like recognizing images, extracting meaning from text, or finding relationships between numerical values.[21] **Create ML** has been available since the releases of iOS 15.0 (September 24, 2021) and macOS 10.14 (September 28, 2018).[22]

**DeviceCheck** consists of both an interface that can be accessed from an app and an Apple server interface that can be accessed from the developer's own server.[23] **DeviceCheck** is used to reduce fraudulent use of services by managing device state and asserting app integrity.[24] **DeviceCheck** has been available since the releases of iOS 11.0 (September 19, 2017) and macOS 10.15 (October 7, 2019).[25]

**GameKit** can be used to implement Game Center social-gaming network features, enabling players to interact with friends, compare leaderboard ranks, earn achievements, and participate in

---

[16] "Core Motion," *Apple*, https://developer.apple.com/documentation/coremotion.

[17] "Core Motion," *Apple*, https://developer.apple.com/documentation/coremotion; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[18] "Core Video," *Apple*, https://developer.apple.com/documentation/corevideo.

[19] "Core Video," *Apple*, https://developer.apple.com/documentation/corevideo; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[20] "Create ML," *Apple*, https://developer.apple.com/documentation/createml.

[21] "Create ML," *Apple*, https://developer.apple.com/documentation/createml.

[22] "Create ML," *Apple*, https://developer.apple.com/documentation/createml; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[23] "DeviceCheck," *Apple*, https://developer.apple.com/documentation/devicecheck.

[24] "DeviceCheck," *Apple*, https://developer.apple.com/documentation/devicecheck.

[25] "DeviceCheck," *Apple*, https://developer.apple.com/documentation/devicecheck; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



# Glossary

multiplayer games.[26] **GameKit** has been available since the releases of iOS 3.0 (June 17, 2009) and macOS 10.8 (July 25, 2012).[27]

**HealthKit** provides a central repository for health and fitness data on iPhone and Apple Watch. Apps can communicate with the **HealthKit** store to access and share health and fitness data, while maintaining user privacy and control.[28] **HealthKit** has been available since the release of iOS 8 (September 17, 2014) and macOS 14.0 (September 26, 2023).[29]

**iOS** – also referred to at one point as iPhone OS – is the operating system for the iPhone created and released by Apple in June 2007.[30]

**Metal** gives an app direct access to a device's graphics processing unit ("GPU") in order to render advanced 3D graphics and compute data in parallel. **Metal** maximizes the efficiency of a developer's graphics and compute software.[31] **Metal** has been available since the releases of iOS 8.0 (September 17, 2014) and macOS 10.11 (September 30, 2015).[32]

**PassKit (Apple Pay and Wallet)** provides the ability to process Apple Pay payments in apps, as well as the creation and distribution of passes for the Wallet app.[33] **PassKit** has been available since the releases of iOS 6.0 (September 19, 2012) and macOS 11.0 (November 12, 2020).[34]

---

[26] "GameKit," *Apple*, https://developer.apple.com/documentation/gamekit.

[27] "GameKit," *Apple*, https://developer.apple.com/documentation/gamekit; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[28] "HealthKit," *Apple*, https://developer.apple.com/documentation/healthkit.

[29] "HealthKit," *Apple*, https://developer.apple.com/documentation/healthkit; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[30] "Apple iOS: What It Is for iPhone and iPad, vs. Mac OS," Will Kenton, *Investopedia*, August 15, 2024, https://www.investopedia.com/terms/a/apple-ios.asp.

[31] "Metal," *Apple*, https://developer.apple.com/metal/; "Metal," *Apple*, https://developer.apple.com/documentation/metal.

[32] "Metal," *Apple*, https://developer.apple.com/documentation/metal; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[33] "PassKit (Apple Pay and Wallet)," *Apple*, https://developer.apple.com/documentation/passkit?language=occ.

[34] "PassKit (Apple Pay and Wallet)," *Apple*, https://developer.apple.com/documentation/passkit?language=occ; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



# Glossary

**Reality Composer** is a tool for to build, test, tune, and simulate AR experiences. The tool allows a developer to import an existing universal scene description zip ("USDZ") file or create their own to build out realistic AR experiences and add animations and interactions.[35] **Reality Composer** has been available since the releases of iOS 13.0 (September 19, 2019) and macOS 10.15 (October 7, 2019).[36]

**ReplayKit** allows the recording or streaming of video from the device screen, and audio from the app or microphone.[37] With **ReplayKit**, developers can enable app users to share recordings with other users through email, message, and social media, as well as build extensions for live broadcasting of content.[38] **ReplayKit** has been available since the releases of iOS 9.0 (September 16, 2015) and macOS 11.0 (November 12, 2020).[39]

**Software Development Kit ("SDK")** is a set of tools provided by the manufacturer of a hardware platform, OS, or programming language.[40] An **SDK** helps developers create applications specific to a platform, system, or programming language.[41]

**Security** is a framework used to protect information, establish trust, and control access to software, supporting the following goals: 1) establishing user identity and selectively granting access to resources; 2) secure data; and 3) ensure validity of code to be executed for a particular purpose.[42]

---

[35] "Creation tools for spatial apps," *Apple*, https://developer.apple.com/augmented-reality/tools/; "RealityKit and Reality Composer, AR tools from Apple: A cheat sheet," Cory Bohon, *Tech Republic*, June 8, 2019, https://www.techrepublic.com/article/realitykit-and-reality-composer-ar-tools-from-apple-a-cheat-sheet/; "USDZ Format: How It Works, Use Cases, and Pros/Cons," *Cloudinary*, https://cloudinary.com/guides/image-formats/usdz-format-how-it-works-use-cases-and-pros-cons#:~:text=What%20Is%20the%20USDZ%20File,Apple%20in%20collaboration%20with%20Pixar.

[36] "RealityKit," *Apple*, https://developer.apple.com/documentation/realitykit/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[37] "ReplayKit," *Apple*, https://developer.apple.com/documentation/replaykit.

[38] "ReplayKit," *Apple*, https://developer.apple.com/documentation/replaykit.

[39] "ReplayKit," *Apple*, https://developer.apple.com/documentation/replaykit/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[40] "What is an SDK?" *Red Hat*, June 10, 2020, https://www.redhat.com/en/topics/cloud-native-apps/what-is-SDK.

[41] "What is an SDK?" *Red Hat*, June 10, 2020, https://www.redhat.com/en/topics/cloud-native-apps/what-is-SDK.

[42] "Security," *Apple*, https://developer.apple.com/documentation/security.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Glossary



**Security** has been available since the releases of iOS 2.0 (July 11, 2008) and macOS 10.0 (March 14, 2001).[43]

**SiriKit** enables users to interact with their devices through voice, intelligent suggestions, and personalized workflows, incorporating intents and user activities into contextual suggestions in Maps, Calendar, Watch complications, widgets, and search results.[44] **SiriKit** has been available since the releases of iOS 10.0 (September 13, 2016) and macOS 12.0 (October 25, 2021).[45]

**Swift**, initially released on June 2, 2014; is an open-source, powerful, and intuitive programming language created by Apple for all Apple platforms.[46]

**Swift Playground** is an app for iPad and Mac that helps developers learn to code and build Swift apps using Swift, through engaging lessons and walkthroughs demonstrating core concepts of coding and building apps in an interactive environment.[47] **Swift Playground** has been available on iPad since 2016 and on Mac since February 12, 2020.[48]

**SwiftUI** provides views, controls, and layout structures for declaring an app's user interface. SwiftUI also provides event handlers for delivering taps, gestures, and other types of input to apps, and tools to manage the flow of data from an app's models down to the views and controls that users see and interact with.[49] **SwiftUI** has been available since the releases of iOS 13.0 (September 19, 2019) and macOS 10.15 (October 7, 2019).[50]

**WidgetKit** provides the ability to make an app's content available in contexts outside the app and extend reach by building an ecosystem of glanceable, up-to-date experiences.[51] **WidgetKit** has been

---

[43] "Security," *Apple*, https://developer.apple.com/documentation/security; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[44] "SiriKit," *Apple*, https://developer.apple.com/documentation/sirikit.

[45] "SiriKit," *Apple*, https://developer.apple.com/documentation/sirikit; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[46] "Swift," *Apple*, https://developer.apple.com/swift/; "Swift Has Reached 1.0," *Apple*, September 9, 2014, https://developer.apple.com/swift/blog/?id=14.

[47] "Learn to code with Swift Playground," *Apple*, https://www.apple.com/swift/playground/.

[48] "WWDC16 – Developer Tools," *Apple*, https://developer.apple.com/videos/play/wwdc2016/404/; "Apple's free learn-to-code Swift Playgrounds sandbox arrives on Mac," Taylor Lyles, *The Verge*, February 12, 2020, https://www.theverge.com/2020/2/12/21135573/apple-swift-playgrounds-coding-app-available-mac.

[49] "SwiftUI," *Apple*, https://developer.apple.com/documentation/swiftui/.

[50] "SwiftUI," *Apple*, https://developer.apple.com/documentation/swiftui/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[51] "WidgetKit," *Apple*, https://developer.apple.com/documentation/widgetkit?language=occ.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Glossary



available since the releases of iOS 14.0 (September 17, 2020) and macOS 11.0 (November 12, 2020).[52]

## iOS

**ARKit** can integrate hardware sensing features to produce AR apps and games.[53] **ARKit** has been available since the release of iOS 11.0 (September 19, 2017).[54]

**CareKit** provides users the ability to manage and understand health data.[55] **CareKit** apps can digitize prescriptions, provide health data and trends, and allow users to connect with care providers.[56] **CareKit** has been available since April 2016.[57]

**HomeKit** allows users to communicate with and control connected accessories in their home using the app.[58] HomeKit also provides the ability to configure accessories, create actions to control them, and the grouping of actions to create powerful automations, triggerable by using Siri.[59] **HomeKit** has been available since the release of iOS 8.0 (September 17, 2014).[60]

**iAd** can be used to attribute app data that originated from Apple Search Ads campaigns on iOS devices.[61] **iAd** was first available with the release of iOS 4.0 (June 22, 2010) and discontinued on June 30, 2016.[62]

---

[52] "WidgetKit," *Apple*, https://developer.apple.com/documentation/widgetkit?language=occ; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.
[53] "ARKit," *Apple*, https://developer.apple.com/documentation/arkit.
[54] "ARKit," *Apple*, https://developer.apple.com/documentation/arkit; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730.
[55] "CareKit," *Apple*, https://developer.apple.com/documentation/carekit.
[56] "CareKit," *Apple*, https://developer.apple.com/documentation/carekit.
[57] "Apple launches CareKit to let people develop their own health apps," Loren Grush and Arielle Duhaime-Ross, *The Verge*, March 21, 2016, https://www.theverge.com/2016/3/21/11277466/apple-carekit-announced-health-care-software-platform.
[58] "HomeKit," *Apple*, https://developer.apple.com/apple-home/.
[59] "HomeKit," *Apple*, https://developer.apple.com/apple-home/.
[60] "HomeKit," *Apple*, https://developer.apple.com/documentation/homekit/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730.
[61] "iAd," *Apple*, https://developer.apple.com/documentation/iad.
[62] "iAd," *Apple*, https://developer.apple.com/documentation/iad; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "iAd App Network will be Discontinued," *Apple*, January 15, 2016, https://developer.apple.com/news/?id=01152016a#:~:text=The%20iAd%20App%20Network%20will,advertising%20revenue%20until%20June%2030.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Glossary



**ResearchKit** – available since 2015 – helps developers build apps to enroll more participants and conduct studies at greater scale. **ResearchKit** allows study participants to provide informed consent, researchers to build survey functionality, and use active tasks to capture sensor information.[63]

**TestFlight** is a developer tool that allows developers to beta test and collect feedback before release on the App Store.[64] **TestFlight** has been available since the release of iOS 8.0 (September 17, 2014).[65]

**UIAction** is a class menu element that performs its action in a closure.[66] **UIAction** has been available since the release of iOS 13.0 (September 19, 2019).[67]

**UIKit** provides a variety of features for building apps, including components to construct the core infrastructure of apps.[68] **UIKit** defines core components of an app, from labels and buttons to table views and navigation controllers.[69] **UIKit** provides: window and view architecture for implementing UI, event-handling infrastructure for delivering Multi-Touch and other types of input, and the main run loop for managing interactions between the user, the system, and the app.[70] **UIKit** also includes support for animations, documents, drawing and printing, text management and display, search, app extensions, resource management, and getting information about the current device.[71] **UIKit** has been available since the release of iOS 2.0 (July 11, 2008).[72]

---

[63] "Building tools to advance research and care. One app at a time." *Apple*, https://www.researchandcare.org/; "Important discoveries are at your fingertips," *Apple*, https://www.researchandcare.org/researchkit/.

[64] "Beta Testing Made Simple with TestFlight," *Apple*, https://developer.apple.com/testflight/.

[65] "Apple Releases iOS 8 SDK With Over 4,000 New APIs," *Apple*, June 2, 2014, https://www.apple.com/newsroom/2014/06/02Apple-Releases-iOS-8-SDK-With-Over-4-000-New-APIs/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730.

[66] "UIAction," *Apple*, https://developer.apple.com/documentation/uikit/uiaction/.

[67] "UIAction," *Apple*, https://developer.apple.com/documentation/uikit/uiaction/; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730.

[68] "UIKit," *Apple*, https://developer.apple.com/documentation/uikit.

[69] "iOS From Scratch With Swift: First Steps With UIKit," Bart Jacobs, *envato tuts+*, December 16, 2015, https://code.tutsplus.com/tutorials/ios-from-scratch-with-swift-first-steps-with-uikit--cms-25461.

[70] "UIKit," *Apple*, https://developer.apple.com/documentation/uikit.

[71] "UIKit," *Apple*, https://developer.apple.com/documentation/uikit.

[72] "UIKit," *Apple*, https://developer.apple.com/documentation/uikit; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Glossary



**macOS**

---

**Cocoa** is a set of object-oriented frameworks that provide a runtime environment for applications running in OS X and iOS; most applications in OS X and iOS, including Mail and Safari, are **Cocoa** applications.[73] **Cocoa** has been available since the release of macOS 10.0 (March 14, 2001).[74]

**Open Graphics Library ("OpenGL")** was a graphics standard with broad industry support, easing the task of writing real-time 2D or 3D graphics applications by provisioning a mature, well-documented graphics processing pipeline that supports the abstraction of current and future hardware accelerators.[75] **OpenGL** was available from the release of macOS 10.0 (March 14, 2001) and deprecated in 2018 with the release of macOS 10.14 (September 24, 2018).[76]

**Quartz** allows users to browse, edit, and save images, using slideshows and Core Image filters. **Quartz** provides the API reference for the Quartz Composer, ImageKit, and PDFKit.[77] **Quartz** has been available since the release of macOS 10.4 (April 29, 2005).[78]

**Xcode** is Apple's integrated development environment ("IDE") for developing applications and other software for macOS.[79] **Xcode** provides developers predictive code completion to help write safer code faster, an on-device ML model trained for Swift and Apple SDKs, and compiler and linker improvements, optimized for Apple's multicore architecture to help build projects faster.[80] **Xcode** has been available since the release of macOS 10.3 (October 24, 2003).[81]

---

[73] "What is Cocoa?" *Apple*, https://developer.apple.com/library/archive/documentation/Cocoa/Conceptual/CocoaFundamentals/WhatIsCocoa/WhatIsCocoa.html.

[74] "Developer Release Notes Cocoa Application Framework (macOS 10.12.2 and earlier)," *Apple*, https://developer.apple.com/library/archive/releasenotes/AppKit/RN-AppKitOlderNotes/#XNotes; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[75] "About Open GL for OS X," *Apple*, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/OpenGL-MacProgGuide/opengl_intro/opengl_intro.html; "OpenGL," *Fandom*, https://apple.fandom.com/wiki/OpenGL.

[76] "About Open GL for OS X," *Apple*, https://developer.apple.com/library/archive/documentation/GraphicsImaging/Conceptual/OpenGL-MacProgGuide/opengl_intro/opengl_intro.html; "OpenGL," *Fandom*, https://apple.fandom.com/wiki/OpenGL; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[77] "Quartz," *Apple*, https://developer.apple.com/documentation/quartz.

[78] "Quartz," *Apple*, https://developer.apple.com/documentation/quartz; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

[79] "Xcode," *Fandom*, https://apple.fandom.com/wiki/Xcode.

[80] "Xcode," *Apple*, https://developer.apple.com/xcode/.

[81] "Xcode," *Fandom*, https://apple.fandom.com/wiki/Xcode.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Glossary



**Other**

---

**FairPlay Streaming ("FPS")** is a digital rights management ("DRM") technology designed to secure streaming media delivery to Apple devices through the HTTP Live Streaming ("HLS") protocol.[82] Using **FPS** technology, which has been available since 2009, content providers, encoding vendors, and delivery networks can encrypt content, securely exchange keys, and protect playback on Apple products.[83]

**MusicKit** allows integration of an app with Apple Music API, helping a developer more easily build apps that tie into Apple Music.[84] **MusicKit** provides a model layer for accessing music items in Swift, as well as playback support, related user interface elements such as a view to display images that correspond to artwork for a music item, or a way to present music subscription offers to users who may not have an active Apple Music subscription.[85] **MusicKit** has been available since the releases of iOS 15.0 (September 24, 2021) and macOS 12.0 (October 25, 2021).[86]

---

[82] "FairPlay Streaming," *Apple*, https://developer.apple.com/streaming/fps/; "Apple® FairPlay Streaming DRM," *Intertrust*, https://www.intertrust.com/products/drm-system/apple-fairplay-streaming-drm/.
[83] "FairPlay Streaming," *Apple*, https://developer.apple.com/streaming/fps/; "Apple® FairPlay Streaming DRM," *Intertrust*, https://www.intertrust.com/products/drm-system/apple-fairplay-streaming-drm/.
[84] "MusicKit," *Apple*, https://developer.apple.com/documentation/MusicKit/#Overview.
[85] "MusicKit," *Apple*, https://developer.apple.com/documentation/MusicKit/#Overview.
[86] "MusicKit," *Apple*, https://developer.apple.com/documentation/MusicKit/#Overview; "The History of iOS, from Version 1.0 to 18.0," Sam Costello, *Lifewire*, June 11, 2024, https://www.lifewire.com/ios-versions-4147730; "Latest macOS versions: A complete list of every macOS and Mac OS X release," Karen Haslam, *Macworld*, December 13, 2024, https://www.macworld.com/article/672681/list-of-all-macos-versions-including-the-latest-macos.html.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**