# EXHIBIT 84

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

**UNITED STATES DISTRICT COURT**

# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | **No. 4:11-cv-06714-YGR**<br><br><br><br>**Hon. Yvonne Gonzalez Rogers** |

EXPERT REPORT OF
## DANIEL L. MCFADDEN

IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**JUNE 1, 2021**

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

CONTENTS

**I. Introduction**................................................................................................................**1**
   A. Qualifications ................................................................................................1
   B. Assignment ...................................................................................................3
   C. Summary of Opinions....................................................................................4

**II. Industry Background** ................................................................................................**6**
   A. iOS-Installed Mobile Devices .......................................................................6
   B. Apps and In-App Content.............................................................................10
   C. Apple App Store ..........................................................................................15
      1. Apple's App Store Commission...............................................................15
      2. Apple's Other App Store Revenues: Developer Fee and Search Ads......................17
      3. Apple's App Store Business is Highly Profitable .......................................20

**III. The Relevant Antitrust Market**................................................................................**20**
   A. Common Evidence Supports the Conclusion that the Sales of iOS Apps and In-App Content Constitute a Relevant Antitrust Market ...........................................................21
   B. Common Evidence Supports the Conclusion that Web Apps Are Not Reasonable Substitutes for Native Apps.........................................................................................23
   C. Common Evidence Supports the Conclusion that "Jailbreaking" Is Not a Reasonable Substitute for Installing Apps and Purchasing In-App Content Through the App Store 30
   D. Common Evidence Supports the Conclusion that Enterprise Software Installed on iOS Devices Is Not a Reasonable Substitute for iOS Apps and In-App Content...................32
   E. Common Evidence Supports the Conclusion that Apps Compatible with Non-iOS Devices Are Not Reasonable Substitutes for iOS Apps.................................................33
      1. Common Evidence Supports the Conclusion that Consumers Face Significant Switching Costs if they Attempt to Switch to an Alternative Mobile OS Device ...34
      2. Common Evidence Supports the Conclusion that Software Applications Developed For Personal Computers or Gaming Consoles Are Not Part of The Relevant Market ................................................................................................40
      3. Dr. Evans' Analysis of Fortnite Usage Shows that Consumers Do Not Readily Switch from iOS Devices to Non-iOS Devices .......................................42
   F. Common Evidence Supports the Conclusion that Purchasing In-app Content Outside the App Store Is Not a Reasonable Substitute for Purchasing it Through the App Store .....45

**IV. Apple's Market Power in the iOS Aftermarket**......................................................**49**
   A. Source of Apple's Market Power Common to All Class Members in the iOS AfterMarket ...................................................................................................49
      1. High Switching Costs...............................................................................49

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

2.  Common Evidence Supports the Conclusion that Consumers Lack Sufficient Information to Make Life-cycle Cost Calculations ...................................................51

B.  Common Evidence of Apple's Market Power in the Relevant Market ...........................53

1.  Common Evidence Supports the Conclusion that Apple's Share in the iOS Aftermarket is Almost 100 Percent ...............................................................53

2.  Common Evidence Supports the Conclusion that Entry Into the iOS App and In-App Content Aftermarket Is Not Possible ...............................................53

3.  Common Evidence Supports the Conclusion that Apple's App Store Profit Margin Is Substantial ...........................................................................56

**V.  Common Economic Evidence of Apple's Anticompetitive Conduct...............................59**

**VI.  Methodologies for Assessing Common Economic Proof of Impact ...............................62**

A.  Common Economic Impact of the App Store Commission .............................................62

B.  Economic Principles of App Store Commission .............................................................66

C.  But-For Commission Rates .............................................................................................71

D.  iOS Aftermarket Demand and Supply and App Developers' Profit Maximization Conditions.........................................................................................................................76

1.  Profit Maximization Conditions for App Developers.................................................77

2.  Consumer Demand for Apps and IAPs.....................................................................80

3.  App Developers' Costs...............................................................................................82

E.  Estimation Procedure.......................................................................................................93

F.  Scaling Up Calculations of Common Impact ..................................................................97

**VII. Common Proof of Damages ...............................................................................................99**

**Appendix A Curriculum Vitae of Daniel McFadden ............................................................108**

**Appendix B Materials Relied Upon......................................................................................125**

**Appendix C Apple App Store Transactions Data...............................................................144**

**Appendix D Consumer Utility Maximization......................................................................151**

D.1 App Download Demand ..................................................................................................151

D.2 In-app Purchase Demand................................................................................................152

**Appendix E Quantifying Common Economic Impact: Technical Details...........................153**

E.1 Data Preparation for Estimation .....................................................................................153

E.2 Model Estimation ...........................................................................................................156

E.3 Estimation Results...........................................................................................................159

E.4 But-for World Simulations ..............................................................................................161

**Appendix F Profit Maximization Conditions Under the Pricing Tier Policies...................168**

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

Figure 1: US Smartphone Shares of iOS and Android ...................................................... 8

Figure 2: US Tablet Shares of iOS and Android ............................................................ 9

Figure 3: Evolution of iOS App Monetization: App Store RevenueS........................................ 13

Figure 4 Evolution of iOS App Monetization: Share of App Store Revenues ............................ 14

Figure 5 U.S. App STORe Commission Revenues ....................................................... 17

Figure 6 AppLE's Revenues attributable to Developer Fees............................................. 18

Figure 7 Number of Apps iOS Consumers Spent Money on.............................................. 52

Figure 8 App Store Profit Margin in FY2019.......................................................... 57

Figure 9: Apple's App Store Gross and Contribution Margins ....................................... 58

Figure 10. App Store Gross Margin, 2015 – 2019........................................................ 59

Figure 11. Effects of Tax on Consumers and Suppliers ............................................... 67

Figure 12. Effects of commission on consumers and app developers ......................................... 69

Figure 13: Pocket Gems, monthly ua vs. gross bookings, ios ........................................ 89

Figure 14: Pocket Gems, monthly server costs vs. gross bookings, ios ...................................... 92

Figure 15 Estimation Results.......................................................................... 102

Figure 16 Summary of estimated price effects: games................................................... 103

Figure 17 Summary of Estimated Price Effects: Entertainment and Music .............................. 105

Figure 18: Description of variables Analyzed in my analysis ..................................... 144

Figure 19: Sample and Full Data Comparison: Observations .................................... 146

Figure 20: Sample and Full Data Comparison: Spending ....................................... 146

Figure 21: Sample and full Data Comparison: Content Type....................................... 147

Figure 22: Sample and full Data Comparison: Genre (App Category) ...................................... 148

Figure 23: Sample and full Data Comparison: Platform ................................................ 149

Figure 24: Sample and full Data Comparison: Posting Reason...................................... 149

Figure 25: Sample and full Data Comparison: Content Type......................................... 150

Figure 26: Sample and Full data Comparison: Sap_line_item_type .......................................... 150

Figure 27: Share of Transactions by Price, Transaction Type, and App Type......................... 155

Figure 28: Summary of Estimation Results: Games.................................................... 160

Figure 29: Summary of Estimation Results: Music and Entertainment .................................. 161

Figure 30: Summary of Estimated Price Effects: Games ....................................... 164

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

Figure 31: Summary of Estimated Price Effects: Music and Entertainment ............................. 164

Figure 32: Summary of Estimated Price Effects: Games ........................................................ 165

Figure 33: Summary of Estimated Price Effects: Music and Entertainment ............................. 166

Figure 34: Summary of Estimated Price Effects: Games ........................................................ 166

Figure 35: Summary of Estimated Price Effects: Music and Entertainment ............................. 167

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

the App Store commission had been set at a competitive level, they would have had additional opportunities to download attractively-priced paid apps or make in-app purchases.

### 3.   App Developers' Costs

185. The app developer costs relevant to estimating common economic impact are developer's *variable* costs.[249] A variable cost is a firm expense that varies in proportion to production output.[250] A good example of a variable cost faced by certain app developers are the royalty payments paid by music streaming service providers such as Pandora.[251] These royalty payments, paid to the rights-holders of the music offered by the service, can be considered a variable cost because the royalty payments increase as more consumers download and use their app to stream music. When Apple takes 30 percent of Pandora's revenue, it reduces Pandora's revenue while Pandora's variable cost remains the same. As explained above, economic principles teach us that in such situations, firms will increase price to offset the decreased revenue. How much they will increase price will depend on the shape of demand function and on their costs.

186. As explained in Section VI.A, I do not need every app developer's costs to assess common economic impact because I use consumer demand and app developers' profit maximization conditions to estimate app developers' costs. The cost information produced by some app

---

[249] As noted by Prof. Lafontaine in her Rebuttal Expert Report in *Epic Games. v. Apple*, variable costs are often used as proxies for the marginal costs of a firm, the costs denoted $c_t^d$ and $c_t^{IAP}$ in equation (1) in Section VI.D.1 of this report. Rebuttal Expert Report of Francine Lafontaine, Ph.D. *Epic Games, Inc. v. Apple Inc.*, March 15, 2021, at ¶ 248.

[250] "Variable costs are costs that change with the level of output [..]. Associated with the concepts of total cost and variable cost is marginal cost, which is the *increment,* or addition, to cost that results from producing one more unit of output. Because fixed cost does not change as output increases, the increase in total cost when output increases is identical to the corresponding increase in variable cost." Dennis W Carlton and Jeffrey M Perloff, *Modern Industrial Organization, 4th ed.* (Pearson, 2015) at 53-54.

[251] Pandora either pays a negotiated amount, which may be per-performance, per-subscriber, or a percentage of revenue, or a per-performance royalty rate statutorily set by the Copyright Review Board, which differs depending on whether a user is a subscriber or free user. In 2016, the rate was set at $0.0022 per performance for commercial subscription services and $0.0017 per performance for commercial non-subscription services. Pandora, Form 10-K, Annual Report for the Year Ending Dec. 31, 2017, p 6 available at, https://www.sec.gov/Archives/edgar/data/1230276/000123027618000019/p-12312017x10k.htm, last accessed May 31, 2021; Federal Register, *Determination of Royalty Rates and Terms for Ephemeral Recording and Webcasting Digital Performance of Sound Recordings (Web IV)*, No. 14-CRB-0001-WR (2016-2020), available at, https://www.govinfo.gov/content/pkg/FR-2016-05-02/pdf/2016-09707.pdf, last accessed May 31, 2021.

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

developers for this matter can still improve my estimates of demand and costs. I provide more details on how I use the available cost data in model estimation in Section VI.E.

187. In this section, I summarize my analysis of app developers' costs, based on documents and data produced for this matter and their publicly-available financial statements. The app developers' costs data and financial statements I reviewed, as well as industry reports and various documents, support the conclusion that app developers incur variable costs. For some types of apps such as music and video streaming apps, the variable cost can be significant.

188. The app developers who have produced cost data have only done so in May 2021, and so I have not had the time or opportunity to perform a thorough analysis of all of the data provided or to obtain supplemental information regarding more details of the data from those app developers. I reserve the right to supplement my report as additional information comes to my attention.

### a.    Examples of App Developers' Gross Margin

189. Epic Games' financial data produced in this matter show that Epic's gross margin was 66.7 percent in 2018.[252] The largest item included in Cost of Sales is "1st Party Platform Royalties," which I understand refers to the commissions it paid Apple, Google, and other platforms and accounts for 25.6 percent of Total Gross Revenue.[253] The second and third largest cost items under Epic's Cost of Sales are Hosting and UA (short for "User Acquisition"), accounting for 3.5 percent and 2.6 percent of Total Gross Revenue respectively.[254] Epic Games' gross margin net of the 1st Party Platform Royalties was 92.2 percent in 2018.[255] Its gross margin net of platform royalties was 68.4 percent in 2019, though much of the difference is due to costs attributed to the Epic Games Store; excluding those costs from the calculation yields a gross margin of 79.5 percent for 2019.[256]

---

[252]   EPIC_03349875 at -879.

[253]   Calculated using figures from EPIC_03349875 at -879.

[254]   Calculated using figures from EPIC_03349875 at 879.

[255]   Calculated using figures from EPIC_03349875 at 879. I calculate the gross margin net of the 1st Party Platform Royalties as revenues minus Cost of Sales plus 1st Party Platform Royalties, divided by revenues.

[256]   Calculated using figures from EPIC_02030347 at 351.

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

190.  Data produced by game app developer Pocket Gems show that their server costs and user acquisition costs for iOS users amounted to an average of 3 percent and 27.9 percent, respectively, of gross bookings over the period from December 2009 to March 2021, implying a gross margin of 69.1 percent if those were their only costs of sales.[257] Between 2017 and 2019, I calculate that Pocket Gems' gross margin varied between 64 percent and 72.8 percent.

191.  Using data from production and public financial statements, I estimate the gross margin of Playtika, the developer of the "social casino" game Slotomania among others, to have ranged between 88.1 percent and 89.7 percent over the period 2017 through 2019, based on estimated cost of revenue excluding platform commissions and payment processing fees,[258] and user acquisition costs of 8.9 percent.[259]

192.  Among non-game apps, gross margins are considerably lower for Spotify and Pandora, prominent apps in the Music category. I understand that music streaming services pay a significant percentage of their revenues in royalty payments to rights-holders of the music provided to listeners via their app, which are calculated as the larger of a percentage of revenues

---

[257]  Averages are the weighted average, weighting by gross bookings. I identify user acquisition costs as the data from a table labelled "Advertising Media Buys (User Acquisition) - Apple iOS Games," where the metric is labelled "Advertising Expense – Performance." I understand that performance advertising refers to advertising where payment by the advertiser is determined by the occurrence of a defined action, as explained later in this section. Gross bookings from PG 000039 at 046-055; user acquisition costs from PG 000124 at 131-141; server costs from Req 5&6_PG Server Costs_05.10.21.xlsx.

[258]  I estimate this by using data on revenue by platform reported in Playtika, "69,500,000 Shares, Common Stock," Prospectus, January 14, 2021, and data on commissions and payment processing fees paid on Slotomania's US revenues from 2018-2020 produced for this matter PLAYTIKA_000007. The Playtika Prospectus provides revenues from 3rd-party platforms and internal (web-based) proprietary platforms, as well as cost of revenue, which includes platform commissions as well as "payment processing fees, customer support, hosting fees and depreciation and amortization expenses associated with assets directly involved in the generation of revenues, primarily servers."

  The data indicate that Playtika paid a 30 percent commission to all non-proprietary platforms on revenue for Slotomania. I calculate the weighted average payment processing fee on revenue from non-3rd-party platforms, and multiply that by internal-plaform revenue to adjust for payment processing fees in cost of revenues for the firm as a whole. I assume that this figure for Slotomania is sufficiently representative for my illustrative purposes here.

[259]  I calculate user acquisition fees using data from production for Slotomania in the US for 2018 through2020. PLAYTIKA_000004, tabs "9d" and "9e". The production provides Slotomania app revenue and UA costs. UA costs are further broken down into different types: "Cost per click"; "Cost per event"; "Cost per impression"; "Cost per install"; and "TV & Other." 8.9 percent is the weighted-average percentage of all "Cost per X" spend as a percentage of revenues. Again, I assume that the average across this time period for Slotomania is sufficiently representative for my illustrative purposes here.

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

or a per-user amount (in the case of Spotify), or an amount based on the number of times songs are streamed (in the case of Pandora).

193. I use data from Spotify's public financial statements from 2017 to 2019, and I calculate Spotify's yearly gross margin for the premium segment excluding App Store commissions[260] to be between 22.1 percent and 26.6 percent.[261] Spotify reports that the Cost of Revenue is "predominantly" made up of royalty payments, and also includes "credit card and payment processing fees for subscription revenue, customer service, certain employee compensation and benefits, cloud computing, streaming, facility, and equipment costs, as well as amounts incurred to produce content for our Service," and some costs associated with offering discounted trials to customers.[262]

194. I use data provided by Pandora[263] to calculate their gross margin for the subscription segment by subtracting licensing costs from revenues. Between 2013 and 2016, I calculate that Pandora's

---

[260]  I do not adjust my calculations for Spotify to account for app store commissions, as documents indicate that such commissions were a small and declining portion of Spotify's costs from 2017 onward. In May 2016, Spotify removed the ability for new subscribers to purchase their subscription through its iOS app, meaning that they would only pay commission on pre-existing subscriptions made via the App Store. An internal Spotify presentation indicates that they projected the number of these subscribers would fall by half by the end of 2016, to 1.4 million. In its financial statements, Spotify reported having 48 million premium subscribers total at the end of 2016. Spotify also bypasses app store fees on Android devices. SPOT-APPLE-00000008; Spotify Technology S.A., Form 20-F, Annual Report for the year ended December 31, 2018 at p. 47; Daisuke Wakabayashi, "Google Demands 30% Cut From App Developers in Its Play Store," *The New York Times,* September 28, 2020, available at, https://www.nytimes.com/2020/09/28/technology/google-play-store-30-percent.html, last accessed June 1, 2021.

[261]  I use data from Bloomberg on Spotify's worldwide quarterly revenues and cost of revenues from the premium segment from all platforms. *See* Bloomberg, "Spotify Technology SA (SPOT US) - By Segment, Q1 2016 – Q4 2020", last accessed on June 1, 2021. I do not use data for 2020 as the 2020Q4 value for cost of revenue is much higher than in 2020Q3 and it is inconsistent with the reported gross margin for 2020Q4. I compute the yearly gross margin as the difference between the sum of revenues and the sum of cost of revenues which, then, I divide by the sum of revenues. I compute that the yearly gross margin between 2017 and 2019 ranges from 22.1 percent to 26.6 percent with a weighted average of 25.4 percent. I compute that the yearly gross margin between 2016 and 2019 ranges from 16.4 percent to 26.6 percent with a weighted average of 24 percent.

[262]  Spotify Technology S.A., Form 20-F, Annual Report for the year ended December 31, 2018, p. 45, available at, https://investors.spotify.com/financials/default.aspx, last accessed June 1, 2021. In addition, Spotify provided quarterly data on the cloud computing costs that make up part of their Cost of Revenue on May 27, 2021. SPOT-APPLE-00000015. I have not had a chance to review this data carefully, but it shows Spotify incurs non negligible cloud computing costs.

[263]  PANDORA_000001, at 001-112.

---

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

competitive But-For world, there could be app stores specialized in certain categories, e.g., games and music, helping iOS device consumers find apps they need. Second, Apple's commission shrinks app developers' profits, which makes it harder for some app developers to have viable businesses. In a competitive But-For world, there would be more apps available for iOS device consumers.

244. I do not include these additional harms in my damages model at this time. I limit my analysis to damages incurred due to overcharges on historically observed purchases. It is challenging to extend the analysis to include additional output effects without information showing how app developers make decisions regarding research and development (R&D) and product introductions, or information on how consumers would behave in a world with additional app products and innovations. I reserve the right to supplement my report if additional information comes to my attention that allows reliable analysis of these additional damage components.

June 1, 2021

I declare under penalty of perjury that the foregoing is true and correct

_Daniel McFadden_

Daniel McFadden

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

## APPENDIX E QUANTIFYING COMMON ECONOMIC IMPACT: TECHNICAL DETAILS

### E.1    DATA PREPARATION FOR ESTIMATION

17. To prepare the 0.1% sample data for estimation and damages calculations, I perform additional cleaning steps and aggregate the data to the month-item level, where each item is either an app download or in-app purchase. I then construct additional variables for estimation.

18. I classify transactions as downloads based on the 'content_sub_grp_cd' field.

19. I remove four types of transactions from the data: refunds, refunded transactions, non-initial downloads, and pre-download in-app purchase transactions.

    a.  I identify refunds as any transactions with negative values in the 'actl_amt' or 'billing_qty' fields.

    b.  I identify refunded transactions by subtracting the refunds from preceding original transactions in reverse chronological by person and item. I denote the transactions that are completely offset by subsequent refunds as refunded transactions, and I also record the residual sales for partially refunded transactions. I perform this process for 'actl_amt' and 'billing_qty' separately.

    c.  I identify non-initial downloads as all download transactions that occur after an individual's initial download. Removing these ensures that each 'person_id' has exactly one download per app.[314]

    d.  I identify all in-app purchase transactions that occur before an initial download as pre-download IAP transactions.[315]

---

[314]  For the rare cases where multiple downloads happen simultaneously, I consider the most expensive download to be the initial download. For the two download transactions that have a 'billing_qty' value greater than one, I set the 'billing_qty' to one. See workpapers.

[315]  There are some IAPs that are never associated with a download, either because the parent_adam_id is missing or because the parent_adam_id is not associated with a download adam_id in the transactions data. *See* Letter from Ethan Dettmer to Class Plaintiffs, "Re: *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR; *Cameron v. Apple Inc.*, Case No. 4:19-cv-03074-YGR (N.D. Cal.)," May 5, 2021. (Interrogatory 10: "Continued investigation has not determined the reason why an in-app purchase would appear in the transactional data without a 'parent_adam_id.['].")

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

$$f = \min_{\alpha^d, \alpha^{IAP}, \beta^Q} f^d + f^{IAP} \quad s.t. \ lb < \overline{m^1}, \overline{m^2} < ub$$

where, the average margins (which are functions of the demand parameters) for Paid Download ($\overline{m^1}$) and Free Download IAP ($\overline{m^2}$) apps are

- $\overline{m^1} = \frac{1}{N}\Sigma_{j,year} \frac{p^d_{j,year} - c^d_{j,year}}{p^d_{j,year}}$

- $\overline{m^2} = \frac{1}{N}\Sigma_{j,year} \frac{p^{IAP}_{j,year} - c^{IAP}_{j,year}}{p^{IAP}_{j,year}}$

- $c^d_{j,year} = (1-\tau)(\frac{1}{\alpha^d} + p^d_{j,year})$

- $c^{IAP}_{j,year} = (1-\tau)(\frac{1}{\alpha^{IAP}} + p^{IAP}_{j,year})$

34. The algorithm uses the objects calculated above to check the GMM criterion function value as well as whether the average margin constraints are satisfied. The algorithm continues over its search over $(\alpha^d, \alpha^{IAP}, \beta^Q)$ to find the values of the parameter estimates that minimize $f$ and satisfy the margin constraints. I implement this algorithm using MATLAB's $fmincon$ command. I run the estimation algorithm once for apps in the Games category, and another time for apps in the Music and Entertainment category.

35. I calculate standard errors via bootstrap. I create 150 sets of data files where I sample from the data with replacement, and then I run the estimation algorithm for each of the 150 datasets. Then, I keep only the estimates where the GMM estimation algorithm converged and the margin constraints are satisfied. Then, of the remaining $B$ estimates I calculate standard errors with the formula

$$se(\hat{\theta}) = \sqrt{\frac{1}{B-1}\sum_{b=1}^{B}(\widehat{\theta_b} - \bar{\theta})^2}$$

$$\bar{\theta} = \frac{1}{B}\sum_{b=1}^{B}\widehat{\theta_b}$$

I calculate standard errors using the method above for $\hat{\alpha}^d, \hat{\alpha}^{IAP}$, and $\hat{\beta}^Q$.

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

36. After demand parameters are estimated, I obtain the estimated marginal costs with the following equations. For Paid Download,

$$c_{jt}^d = (1 - \tau)\left(\frac{1}{\alpha^d} + p_{jt}^d\right)$$

For Paid Download IAP

$$c_{jt}^d = (1 - \tau)\left(\frac{1}{\alpha^d} - \frac{\beta^Q \omega_{jt}}{\alpha^{IAP} Q_{jt}} + p_{jt}^d\right)$$

$$c_{jt}^{IAP} = (1 - \tau)\left(\frac{1}{\alpha^{IAP}} + p_{jt}^{IAP}\right)$$

For Free Download IAP

$$c_{jt}^{IAP} = (1 - \tau)\left(\frac{1}{\alpha^{IAP}} + p_{jt}^{IAP}\right)$$

### E.3   ESTIMATION RESULTS

37. Figure 28 and Figure 29 summarize estimated variable costs and app margins. Per business model, it shows prices, quantities, estimated costs, and estimated margins for the app-year level data used in the But-For simulation.

PRIVILEGED AND CONFIDENTIAL. PREPARED AT THE REQUEST OF COUNSEL.

**FIGURE 28: SUMMARY OF ESTIMATION RESULTS: GAMES**

| | Mean | Std. Deviation | 25th Percentile | Median | 75th Percentile |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| *Paid Download IAP* | | | | | |
| Download Price | $3.19 | $3.29 | $0.99 | $1.99 | $4.99 |
| Download Transactions | 55.9 | 141.2 | 6 | 20 | 54 |
| Download Cost* | $1.69 | $2.91 | -$0.28 | $0.65 | $2.53 |
| IAP Price | $5.17 | $17.03 | $0.99 | $2.32 | $4.99 |
| IAP Transactions | 37.67 | 165.39 | 3 | 8 | 25 |
| IAP Cost* | $1.24 | $11.92 | -$1.69 | -$0.75 | $1.12 |
| **App Margin*** | **97.0%** | **42.0%** | **61.1%** | **88.5%** | **132.3%** |
| *Paid Download Only* | | | | | |
| Download Price | $3.39 | $3.26 | $0.99 | $2.99 | $4.99 |
| Download Transactions | 25.1 | 46.8 | 3 | 8 | 25 |
| Download Cost* | $1.22 | $2.29 | -$0.46 | $0.95 | $2.35 |
| **App Margin*** | **93.9%** | **43.5%** | **53.0%** | **68.4%** | **146.6%** |
| *Free Download IAP* | | | | | |
| IAP Price | $15.26 | $11.41 | $6.66 | $12.99 | $21.70 |
| IAP Transactions | 1219.2 | 8035.6 | 24 | 130 | 718 |
| IAP Cost* | $8.32 | $7.99 | $2.29 | $6.73 | $12.82 |
| **App Margin*** | **64.5%** | **57.1%** | **40.9%** | **48.2%** | **65.6%** |

Sources: Brattle analysis of the App Store transactions data.

Notes: Calculations based on 0.1 percent random sample. Rows with "*" are estimated.