# EXHIBIT 87

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re Apple iPhone

Antitrust Litigation        Case No. 4:11-cv-06714

_____        YGR

ZOOM DEPOSITION OF DANIEL L. McFADDEN

(Reported Remotely via Video & Web Videoconference)

Berkeley, California (Deponent's location)

Monday, December 5, 2022

Volume 1

STENOGRAPHICALLY REPORTED BY:

REBECCA L. ROMANO, RPR, CSR, CCR

California CSR No. 12546

Nevada CCR No. 827

Oregon CSR No. 20-0466

Washington CCR No. 3491

JOB NO. 5601935

PAGES 1 - 271

Page 1

that's a form of -- of anticompetitive conduct.    02:05:53
Whether it's -- it's legally anticompetitive is not an issue that I have an opinion on.

Q.  (By Mr. Swanson)  In your reply report,    02:06:09 you had indicated that when you analyzed Professor Prince's work, you found that overall damages are slightly larger with price tiers.
Is -- is it still your view that overall damages will be higher with price tiers than    02:06:25 without?

MR. RIFKIN:  Objection to the form of the question.

THE DEPONENT:  I don't recall what was in my report now.  I would have to go back and -- and    02:06:35 read it and determine the context for that claim.

Q.  (By Mr. Swanson)  Well, do you currently hold the opinion that aggregate damages are higher if you account for Apple's price tiers in the but-for world?    02:06:53

A.  I think that's an empirical question.  It would depend on the data, and obviously now we are dealing with a new production of additional data.
So the answer is that it's -- it's data-dependent.  It's an empirical question.    02:07:13

Page 146

Q.  Well, and your simulation shows that    02:07:17 aggregate damages are less than 100 percent of the damage without price tiers, correct?

A.  You're talking about in the supplemental report?    02:07:37

Q.  I'm talking about figure 7.

A.  As calculated by -- by a small amount, that's correct.

Q.  Okay.  Would you have some other calculation where price tiers make the aggregate    02:07:50 damages higher than with flexible pricing?

A.  Not on these data.

Q.  Do you have some other data that you're going to analyze from that standpoint?

A.  In my earlier reports I was working with    02:08:09 data that excluded Apple's third production.  That was different data.

Q.  Do any of your models or simulations take account of the fact that the App Store transaction data reflected the pricing choices of developers    02:08:28 who are already constrained by Apple's price tiers in the real as-is world?

A.  The answer is my -- my assumption as described in Appendix E is that developers are profit maximizers in the as-is world and that they    02:08:56

Page 147

have produced products and menus of products that    02:09:00 are appropriate to those prices.

Q.  Well, your model assumes that if an app is priced at the $1.99 tier in the real world, that $1.99 is the true profit-maximizing price for that    02:09:28 developer and that app at that time, correct?

A.  That -- that is correct.

Q.  Isn't it a fact that when you observe that in the real world the developer selected a tier price of $1.99, all you know is that that    02:09:48 price was more profitable than the 99-cent or the 2.99 price tier?

A.  You certainly know that, and you also know or at least as an economist assume that developers are profit maximizers, so that -- they    02:10:09 are missing products which maximize their products.

Q.  But with price tiers in the real world, isn't it a fact that you can't know exactly what the developer's marginal cost is?

A.  The answer is -- is yes, you can -- you    02:10:42 can determine that within -- within limits.

Q.  And the limits are implicitly defined by the tiers, correct?

A.  Yes.

Q.  And those limits therefore will give you    02:11:09

Page 148

a range for the marginal cost, not a specific    02:11:12 point, correct?

A.  As I say, my assumption is that -- the assumption underlying the analysis is that these firms are offering products that are    02:11:33 profit-maximizing at the prices they charge, and -- and those products have been -- have been designed and menus designed with price restrictions in mind.

Q.  So are you saying now that it's your assumption that the precise price tier prices are    02:11:58 the respective profit-maximizing prices higher than any other price choice for the developer in the real world?

MR. RIFKIN:  Objection to the form of the question.    02:12:14

THE DEPONENT:  The answer is yes, that's the assumption that's made, as detailed in -- in Appendix E as consistently with all that's set out in my original report as well.

Q.  (By Mr. Swanson)  And if that's correct,    02:12:29 then those developers would choose those prices if there were no price tiers, correct, because they're the profit-maximizing prices?

A.  I'm sorry.  I lost -- please repeat the question slowly.    02:12:43

Page 149

38 (Pages 146 - 149)

Q. If -- if that assumption is correct, then 02:12:44 developers would choose those prices that end in 99 cents even if there were no price tiers, because you've just told me they're the profit-maximizing prices in the real world, right? 02:12:58

MR. RIFKIN: Objection to the form of the question.

THE DEPONENT: No, I don't -- I don't agree that that's a logical conclusion. It's entirely possible that if -- if they're in the 02:13:09 absence of tiers, they would design and price their products even more profitably.

Q. (By Mr. Swanson) Do you take that into account in your model?

A. The model as described in Appendix E 02:13:30 assumes that in the as-is world, firms are maximizing their profits at the prices they charge.

Q. And that's an assumption. Is there anywhere in your report where you marshal empirical evidence to show that's actually a description of 02:13:55 reality?

A. No.

Q. Let me ask you to turn to footnote 98 in your supplemental report, which is on page 35.

MR. RIFKIN: While Professor McFadden is 02:14:24

Page 150

doing that, if we're switching topics, we've been 02:14:25 going at it for about an another hour again. Is this a good time to take a break?

MR. SWANSON: With one or two more questions, yes, it is. 02:14:34

MR. RIFKIN: Okay.

THE DEPONENT: Did you say footnote 98?

Q. (By Mr. Swanson) Yes, footnote 98, page 35.

A. I have that in front of me. 02:14:47

Q. You indicate in that footnote that given the computational intensity of your price tier analysis, you did not have sufficient time to perform the tier and focal pricing analysis using the mean coefficients applied to the full App Store 02:15:08 transactions data within the time allotted by the court to incorporate Apple's revised data production.

Have you started performing that analysis? 02:15:21

A. Excuse me. I need one second to check which tables I have.

The answer is that -- I believe that is on the to-do list, but as of the -- as of the time this work was done, it had not been scheduled. 02:16:11

Page 151

Q. When do you estimate that you'll be 02:16:20 completed with that analysis?

A. I would have to check with -- with the team. I think the first priority of -- of the team at this point is compute standard errors, so I 02:16:35 don't know what the status of that is.

Q. But you do intend to undertake that analysis?

A. I -- I think it would be appropriate to do it, but I -- I believe that the essential points 02:16:55 that are made in this section are perfectly valid and sound using the 0.1 -- single 0.1 sample, so that is -- I wouldn't put as high a priority as some of the other computations we need to complete.

MR. SWANSON: All right. Well, thank 02:17:21 you.

We can take a break now.

MR. RIFKIN: Okay. Thank you.

THE VIDEOGRAPHER: Going off the record. The time is 2:17 p.m. 02:17:29

(Recess taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 2:29 p.m.

Q. (By Mr. Swanson) Professor, is it correct that in order to estimate but-for prices in 02:29:29

Page 152

your model, you need to solve for the developer's 02:29:34 marginal cost?

A. Yes.

Q. And do you agree that marginal cost is the increment or addition to cost that results from 02:29:48 producing one more unit of output?

A. Yes.

Q. Now, can you help me understand the role of marginal cost in the process of estimating the but-for price. How -- how does -- how do you do 02:30:02 that using marginal cost?

A. This is all outlined precisely in Appendix E of the supplementary report. Would you like to -- for me to turn to that?

Q. Sure. 02:30:25

A. So now the question is -- please state your question again.

Q. Well, let me see if I can focus it in terms of the equations you've laid out in Appendix E. 02:30:53

In your equations, you use a little c, alphabet letter c, as a symbol for the developer's cost per unit; is that correct?

A. Yes, so one for -- one for downloads and one for IAP. 02:31:11

Page 153

39 (Pages 150 - 153)

Q. And each unit that's sold incurs a cost 02:31:13 equal to whatever value little c takes in -- in the respective cases of downloads and IAPs, correct?

A. Yes, under -- under product maximization, yes. 02:31:30

Q. And if little c is equal to one dollar and if there are five units sold, you assume that the incremental cost of the five units is $5, right?

A. Say -- say that again, please. 02:31:42

Q. Sure.
If little c is equal to one dollar and if you assume five units are sold, then your model assumes that the incremental cost of those five units are $5 in total. 02:31:58
Do you agree with that math?

A. Correct.

Q. Okay. Now, your cost variable, the little c, does not depend on the price of the transaction, does it? 02:32:11

A. Are we -- are you referring to a specific profit -- business model?

Q. I'm -- well, does it vary -- does c have a value that depends on the price of the transaction under any business model? 02:32:36

Page 154

A. It's not that c depends on the price of 02:32:43 the transaction but rather that under the assumption of profit maximization, one can recover from the observed price what c is.

Q. Well, in your modeling, do you model c as 02:32:57 depending on the price of the transaction?
I understand you solve c at a certain point in your estimation process using pricing data. But in your model, do you assume that c changes if the price of the transaction changes? 02:33:21

A. Make -- to make this specific, let me refer to paragraph 110, which is the case for a paid download only business model, and there the assumption is that the firm is choosing a download price given it -- giving it c, and giving -- given 02:33:48 demand response, which is sensitive to the download price, as -- as determined by question 8. And the firm then chooses to price it, maximizes that profit given c.
And then the -- then what we do -- what I 02:34:08 do is reverse that -- effectively reverse-engineer the product maximization of -- of the developer and say what -- what does c have to be in order to obtain the price that was actually charged.

Q. And if c happens to be a dollar per unit, 02:34:33

Page 155

that's regardless of whether the unit is priced at 02:34:40 99 cents or $99.99, correct?

A. That's correct.

Q. Can -- can c take the value of zero in your model? 02:35:00

A. It did, yes.

Q. Can it be negative?

A. Yes, it can.

Q. Now, is -- is c what you're referring to when you speak in your report about the developer's 02:35:14 marginal cost?

A. Yes. It's -- it's the net incremental cost of delivery one unit, making note of both the direct cost of -- whether we -- we're required to service that to unit and netting indirect revenue 02:35:34 as unmeasured from other sources.

Q. Well, you're talking about how you estimate c, but I'm asking you now about your model posits what c is. And in your model, c is an amount, a fixed amount that varies by the number of 02:35:58 units that are sold, right?

A. Small c is a cost -- a net cost per unit.

Q. And it's also the marginal cost, correct?

A. And it's -- it's, yes, the marginal -- and it's the marginal cost. Does not depend on the 02:36:21

Page 156

number of units sold in this model. 02:36:24

Q. And it also happens to be equal to the average variable cost, the way you've made your assumptions here, correct?

A. Actually, no, because average variable 02:36:40 costs includes an allocation of fixed cost across all the units sold. This does not include an allocation of fixed cost.

Q. I've never done economics at a serious university, but average variable cost does not 02:36:58 include an allocation of total cost, does it?

A. I'm sorry. I missed -- I missed the -- the word "variable." Please go back and ask your question again.

Q. All right. You were scaring me there for 02:37:12 a moment.
Is it not the case that based on the way you assume costs are structured for your model that marginal cost is equal to average variable cost?

A. Yes, that is correct. When -- 02:37:29

Q. Okay.

A. -- marginal cost is constant, marginal cost equal average variable cost.

Q. Have -- have you undertaken any analysis empirically as to whether that is an appropriate 02:37:40

Page 157

40 (Pages 154 - 157)

and realistic assumption in this particular 02:37:43 business?

MR. RIFKIN: Objection to the form of the question.

THE DEPONENT: I would say I'm not sure 02:37:54 what you mean by "empirical." Certainly I tried to understand what the costs are of providing apps, what those cost components would be.

And I think part of that understanding is that the elements that I identify as specific 02:38:13 elements of -- of costs are something that scales without changing the cost per unit.

Q. (By Mr. Swanson) Do you cite any evidence in your reports to establish the proposition that developer's marginal and average 02:38:35 variable costs are the same?

A. I don't recall now whether that was part of the -- part of my original report or -- or not, but that is the assumption.

Q. Well, if marginal and average variable 02:38:57 costs are different for developers generally, which one is relevant for determining a developer's profit-maximizing price?

MR. RIFKIN: Objection to the form of the question. 02:39:10

Page 158

THE DEPONENT: Well, I -- I -- I would 02:39:14 say that true marginal cost and true net marginal cost would be the thing that developers would care about in terms of whether to -- to try to change their price to sell one more -- one more unit. But 02:39:31 if they have a -- a variable cost structure, that is, marginal cost is actually changing, then one -- one would need -- I think it would be prudent to go further and investigate and tell you what the sources of costs are. 02:39:56

Q. (By Mr. Swanson) Do you have any basis to reject the premise that developers who sell digital content have marginal costs that are much lower than their average variable cost?

A. I -- I have no direct evidence on that. 02:40:23

Q. Do you assume that two apps in the same genre that have the same price and the same business model and face the same commission rate have the same marginal cost?

A. That is an implication of the 02:40:40 calculations as outlined in Appendix E, yes.

Q. If two apps in the same genre have different prices in the same business model and face --

Well, strike that. Let -- let me try 02:41:00

Page 159

again. 02:41:03

If two apps in the same genre with the same business model have different prices, do you assume they have different marginal costs if they face the same commission rate? 02:41:12

A. Yes. The assumption is that firms are profit maximizers, and given what we observe on developers, they've got -- you know, their -- the prices they charge, we -- we have no way of distinguishing further. 02:41:36

Q. Do you think it is likely that marginal costs, as you estimate them, would change at the exact same time as a change in the commission rate?

A. Please repeat the question.

Q. Do you think it is likely that marginal 02:41:54 costs, as you estimate them, would change at the exact same time as a change in the commission rate?

A. In the commission rate? Is that --

Q. Yeah.

A. -- your question? 02:42:08

Q. Yes.

A. I -- I have not -- I have not examined that issue. I -- I've -- I'm not sure that I have the -- have the data. I'd go back and look at the record in which -- to see if there are data in 02:42:29

Page 160

which commission rate changes and then worry about 02:42:32 the dynamics of the response.

Q. But that's something you could do?

A. Oh, I don't know. I don't know if it's in the data, and I don't know if -- if -- given the 02:42:45 purpose of this model is to determine long-run effects and not short-run dynamics, I'm not sure that the data would support a long -- long-run calculation.

Q. What is your definition of the "long 02:43:04 run"?

A. Well, it's the usual economist definition. It's longer than the short run.

Q. Well, the usual lawyer's follow-up is how long is the short run? 02:43:18

A. I've -- I've encountered that question before, and I still don't have a numerical answer.

Q. Let me ask you to turn to paragraph 19 of your supplemental report. It's at page 8.

A. I have that in front of me. 02:43:51

Q. Okay. In the second sentence there, you say that you used the one -- one-tenth of 1 percent random sample and data on variable margins that were available from some app developers to estimate iOS aftermarket consumer demand and 02:44:05

Page 161

41 (Pages 158 - 161)

I, Rebecca L. Romano, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter, do hereby certify:

That the foregoing proceedings were taken before me remotely at the time and place herein set forth; that any deponents in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.  Dated:  December 6, 2022

Rebecca L. Romano, RPR, CCR

CSR. No 12546

Page 266

__ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, noting the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

_X_ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 268

DANIEL G. SWANSON, ESQ.

dswanson@gibsondunn.com

DECEMBER 6, 2022

RE: IN RE: APPLE IPHONE ANTITRUST LITIGATION

DECEMBER 5, 2022, DANIEL McFADDEN, JOB NO. 5601935

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, noting the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

Page 267

IN RE: APPLE IPHONE ANTITRUST LITIGATION

DANIEL McFADDEN (#5601935)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

WITNESS                         Date

Page 269

68 (Pages 266 - 269)