# EXHIBIT 105

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

MARK C. RIFKIN (pro hac vice)
MATTHEW M. GUINEY (pro hac vice)
THOMAS H. BURT (pro hac vice)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
270 Madison Ave
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Class Counsel for Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR |
| | **PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES** |
| | The Honorable Yvonne Gonzalez Rogers |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the February 7, 2025, Stipulation and Order Modifying Expert Disclosures Schedule (ECF No. 940), Plaintiffs Robert Pepper, Stephen H. Schwartz, Edward W. Hayter, and Edward Lawrence (collectively, "Plaintiffs"), disclose the identities of the following ten (10) expert witnesses whom Plaintiffs may call at trial to present evidence under Federal Rules of Evidence 702, 703, or 705. Pursuant to Rule 26(a)(2)(B), the experts' written reports are attached hereto as Exhibits 1 through 10.

### EXPERT WITNESS ONE—Exhibit 1

| | |
|---|---|
| **Name:** | M. Keith Chen, Ph.D. |
| **Address:** | UCLA Anderson School of Management<br>110 Westwood Plaza<br>Entrepreneurs Hall, Suite C513<br>Los Angeles, CA 90095-1481<br>(310) 825-7348 |
| **Areas of Expertise:** | Behavioral economics with a focus on individual choice behavior. |

### EXPERT WITNESS TWO—Exhibit 2

| | |
|---|---|
| **Name:** | Wayne D. Hoyer, Ph.D. |
| **Address:** | McCombs School of Business<br>University of Texas at Austin<br>2110 Speedway<br>Austin, TX 78712<br>(512) 417-1128 |
| **Area of Expertise:** | Cause-related marketing, advertising information processing, consumer behavior related to branding, and consumer surveying. |

### EXPERT WITNESS THREE—Exhibit 3

| | |
|---|---|
| **Name:** | Joseph E. Stiglitz, Ph.D. |
| **Address:** | Columbia Business School<br>665 West 130th St.<br>New York, NY 10027<br>(212) 854-0671 |
| **Areas of Expertise:** | Macroeconomics and monetary theory, development economics and trade theory, public and corporate finance, industrial organization and rural organization, welfare economics, and income and wealth distribution. |

**EXPERT WITNESS FOUR—Exhibit 4**

| | |
|---|---|
| **Name:** | Kirsten Martin, Ph.D. |
| **Address:** | Mendoza College of Business |
| | University of Notre Dame |
| | Notre Dame, Indiana 46556 |
| | (574) 631-6072 |
| **Areas of Expertise:** | Privacy, technology ethics, and corporate responsibility. |

**EXPERT WITNESS FIVE—Exhibit 5**

| | |
|---|---|
| **Name:** | Tadayoshi Kohno, Ph.D. |
| **Address:** | Paul G. Allen School of Computer Science & Engineering |
| | University of Washington |
| | 101 Paul G. Allen Center |
| | Seattle, WA 98195-2350 |
| | (206) 491-8778 |
| **Areas of Expertise:** | Computer security. |

**EXPERT WITNESS SIX—Exhibit 6**

| | |
|---|---|
| **Name:** | Ned S. Barnes, CPA |
| **Address:** | Berkeley Research Group |
| | 1800 M Street, NW |
| | Washington D.C. 20036 |
| | (202) 480-2682 |
| **Areas of Expertise:** | Accounting and finance. |

**EXPERT WITNESS SEVEN—Exhibit 7**

| | |
|---|---|
| **Name:** | Rosa M. Abrantes-Metz, Ph.D. |
| **Address:** | Berkeley Research Group |
| | 200 S. Biscayne Blvd., Suite 2700 |
| | Miami, FL  33131 |
| | (917) 499-4944 |
| **Areas of Expertise:** | Economist specializing in industrial organization, econometrics, and finance. |

**EXPERT WITNESS EIGHT—Exhibit 8**

**Name:**          Prof. Alan D. MacCormack

**Address:**       Harvard Business School
111 Western Ave.
Boston, MA 02163
(617) 495-6856

**Areas of Expertise:**   Management of innovation, technology and product development in high technology industries, with a focus on the software industry.

**EXPERT WITNESS NINE—Exhibit 9**

**Name:**          Daniel L. McFadden, Ph.D.

**Address:**       University of California
Department of Economics
508-1 Evans Hall #3880
Berkeley, CA 94720-3880
(510) 643-8428

**Areas of Expertise:**   Latent variable models; choice models and applications; large sample econometrics; sampling theory; production theory; consumer theory.

**EXPERT WITNESS TEN—Exhibit 10**

**Name:**          Minjae Song, Ph.D.

**Address:**       The Brattle Group
1800 M Street NW, Suite 700 North
Washington, DC 20036
(202) 908-2635

**Areas of Expertise:**   Industrial organization, applied econometrics, competition policies centered on two-sided markets, monopolization, class certification, and horizontal mergers.

DATED: March 7, 2025                **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:    */s/ Rachele R. Byrd*

RACHELE R. BYRD (190634)
BETSY C. MANIFOLD (182450)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY(*pro hac vice*)
THOMAS H. BURT (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

DAVID C. FREDERICK (*pro hac vice*)
AARON M. PANNER (*pro hac vice*)
KYLE M. WOOD (*pro hac vice*)
ASHLE J. HOLMAN (*pro hac vice*)
KELLEY C. SCHIFFMAN (*pro hac vice*)
ANNA K. LINK (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL &**
  **FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
aholman@kellogghansen.com
kschiffman@kellogghansen.com
alink@kellogghansen.com

*Class Counsel for Plaintiffs*