# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **IN RE APPLE ANTITRUST LITIGATION** | **Case No.:** 4:11-cv-6714-YGR<br><br>**ORDER RE ADMINISTRATIVE SEALING MOTIONS**<br><br>**ORDER RE PENDING MOTIONS**<br><br>Re: Dkt. No. 952, 953, 957, 962, 970, 986, 987, 991, 998, 999, 1000, 1002, 1003, 1004, 1006, 1024, 1031, 1042, 1046, 1047, 1050, 1052, 1061, 1065 |

The Court is in receipt of the parties' Joint Omnibus Sealing Stipulation. (Dkt. No. 1093.) This omnibus sealing stipulation supplants the pending administrative motions to file under seal. (Dkt. Nos. 952, 953, 957, 962, 970, 986, 987, 991, 998, 1000, 1002, 1003, 1006, 1024, 1031, 1042, 1046, 1047, 1050, 1052, 1061, 1065.) The Court will rule on the 244-page pending stipulation (Dkt. No. 1093) in due course.

Further, given that the Court's order decertifying the class remains pending before the Ninth Circuit, the Court addresses two outstanding and pending motions. While waiting for resolution by the Ninth Circuit, plaintiffs' *Daubert* Motion (Dkt. No. 999) and Apple's Motion for Summary Judgment (Dkt. No. 1004) are deemed withdrawn. The parties may re-notice those motions as fully briefed and without prejudice, if appropriate, once the mandate is issued.

This terminates Dkt. Nos. 952, 953, 957, 962, 970, 986, 987, 991, 998, 999, 1000, 1002, 1003, 1004, 1006, 1024, 1031, 1042, 1046, 1047, 1050, 1052, 1061, 1065.

**IT IS SO ORDERED.**

Date: **March 5, 2026**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**