**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE ANTITRUST LITIGATION** | **Case No.:** 4:11-CV-06714-YGR |
| | **ORDER RE JOINT OMNIBUS SEALING STIPULATION** |
| | Re: Dkt. No. 1093 |

Pursuant to Civil Local Rule 79-5 and this Court's Standing Order in Civil Cases ("Standing Order" ¶ 12), Defendant Apple Inc. ("Apple") and Plaintiffs (collectively, the "Parties") filed a Joint Omnibus Sealing Stipulation.  Having considered the Joint Omnibus Sealing Stipulation, all associated declarations, exhibits, and any argument of counsel, and for compelling reasons appearing:

**IT IS HEREBY ORDERED** that the Joint Omnibus Sealing Motion is **GRANTED IN PART**. The Court has reviewed the requested redactions and **DENIES** certain items as listed in the chart below.  Accordingly,

(1)     The unredacted versions of the documents sought to be sealed by the Omnibus Sealing Motion shall remain under seal; and

(2)     The public shall only have access to the versions of the documents sought to be sealed by the Joint Omnibus Sealing Stipulation in which the following portions have been redacted:

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.47 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.88 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

1

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.88 (the word "TikTok") | This information should be partially sealed because it contains certain nonpublic financial information for TikTok, subject to the Protective Order, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 46); TikTok (Aviles Ex. 50) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.88 (Page 23, Footnote 88 (text between "account for" and "percent of App Store commissions in the U.S.")) | This text reveals Google's non-public, confidential data about its commissions on Apple's App Store in the United States, and if revealed to competitors and potential business counterparties, could be used to disadvantage Google. For example, if competitor developers became aware of this information, they could use it to inform their own strategies on Apple's App Store, unfairly leveraging Google's financial data to compete more effectively with Google. Google Decl. ¶ 14. | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.88 (reference to "King" and percentages) | Contains Activision Blizzard's confidential and competitively sensitive financial data for King, aggregated with information pertaining to four other developers. | Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | p. 23, n.88 (Discussion of Playrix) | Contains Playrix's confidential and competitively sensitive information relating to financial transaction data, including commissions, and compared to other developers. [The version Playrix received to review was redacted to remove the information relating to other developers.] | Playrix (Lazarus Ex. 35); Playrix (PLR) (Aviles Ex. 39) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 35 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 35 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 41 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 43 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.97 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

3

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 45 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | n.118 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 55(a) (Percentages and financial figures in sentences third and fourth sentences) | Reflects Microsoft's nonpublic revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | ¶ 76(d) | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 01) Abrantes-Metz Report, June 13, 2025 (Dkts. 1033-015; 1052-002) | Fig. 1 (the entirety of figure 1, in particular line described as "[4]" in the table pertaining to "GOG.com (CD Projekt") | Contains GOG's confidential and sensitive financial information in line [4] "GPG.com (CD Projekt)" aggregated together with information pertainint to other developers in line [14] "Sales-weighted Average, Excluding Steam" and line [15] "Sales-Weighted Average, Including Steam. | GOG (Aviles Ex. 20) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 20 (Both percentages provided after the phrase "ranges from approximately") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 33 (Percentages) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 36 (Percentage in final sentence) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 37 (Percentages) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | n.100 (Page 36, Paragraph 69, n. 100 (text between "Second | This information reflects Google's non-public, competitively sensitive information that originates from a non-public Google document. If publicly disclosed, it would reveal Google's internal and | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | Class Report, ¶ 94." and ").")) | confidential strategic decision-making relating to developer fees. Disclosure of this information would severely and adversely impact Google's current competitive position, as well as its ability to negotiate agreements in the future, because it would equip competitors and counterparties alike with insight into the concerns and objectives that drive Google's strategic thinking. For example, public disclosure of specific business and financial strategies under consideration may lead Google's competitors to pursue similar strategies, mimicking (and undermining) Google. Understanding Google's non-public financial priorities could also give potential counterparties unfair leverage in future negotiations with Google, jeopardizing Google's ability to negotiate business deals on arm's length terms. Google Decl. ¶ 9. | | |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 130(a) | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 130(b) | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 130(c) | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 130(d) | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 135 (The rank size of Microsoft) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 138 (Percentages and financial figures) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 139 (Percentage) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 140 (Percentage) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | n.245 (Quoted text in first sentence and remainder of first sentence) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 145 (Percentages) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 148 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 149 (The percentage in the sentence beginning with "Steam also accounts for over . . . .") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 181 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 186 (Remainder of sentence beginning "Today, third-party games make up") | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 187 (The two USD figures in the sentence that begins with "According to Valve's internal documents . . .") The percentage in the last sentence.) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 189 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | n.353 (The percentage that come after "14.18% to"）<br><br>The percentage that comes after "13.91% to") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 193 (The second half of the first sentence (i.e., the text between "Epic's entry into the market and its competitive offerings have led to" and "364") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

11

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | n.364 | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 194 (Second sentence) | Reflects sensitive Microsoft pricing strategy derived from MSFT_EPIC_00000120 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 202 (Percentages) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093. | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | Figure 1 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | Figure 1 | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 and MSFT_EPIC_00000095. | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 220 (Changes in percentages (numeric and qualitative descriptions )) | Reflects Microsoft's profit and loss and margin information derived from MSFT_EPIC_00000093, MSFT_AAPL_00000163, MSFT_AAPL_00000169, and MSFT_AAPL_00000498 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

13

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 233 (Remaining paragraph text following "According to Microsoft's annual analysis, the game industry's operating profits") | Reflects Microsoft's profit and loss and margin information derived from MSFT_AAPL_00000498 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 236 (Changes in percentages (numeric and qualitative descriptions) in second sentence) | Reflects Microsoft's profit and loss and margin information derived from MSFT_EPIC_00000093, MSFT_AAPL_00000163, MSFT_AAPL_00000169, and MSFT_AAPL_00000498 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 237 (Percentage) | Reflects Microsoft's profit and loss and margin analysis derived from MSFT_AAPL_00000498 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 238 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 239(a) | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 239(b) | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 239(c) | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 244 (The second word in the last sentence (i.e., the word between "The" and "in Steam's effective commission rate"). The entire block quote from Mr. Powers' deposition.) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report and the Sundararajan Report generally falls into one of two categories: (A) Valve and Steam Partners' highly confidential sales and financial information and (B) Valve's confidential internal strategy information, including analysis of competitors and competition. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 246 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 247 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 262 (Percentage, financial figures, and calculation of percentage) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 281 (Appendix E) | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 287 (Percentage, financial figures, and calculation of percentage) | Derived partly from  Microsoft's profit and loss and margin analysis from MSFT_AAPL_00000498 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 291 (Percentages, financial figures, and calculations of percentages) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 and MSFT_EPIC_00000095. | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 291 (The USD figure after "Steam (Valve) [1]:"  The USD figure after "Steam (Valve) [9]:") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 292 (The first and third percentages provided after "Steam (Valve) [1]:" (i.e., the percentage between "effective commission rate of" and "calculated" and the percentage between "minus the effective rate" and "paid to partners")) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 294 (The percentages in the first and third bullet points (i.e., the percentages in the two bullet points that "excludes Steam").) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 294 (Financial figures in first and fourth bullets) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 and MSFT_EPIC_00000095. | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 295 (The first and second bullet points entirely.) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Deny |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 296 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 297 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 298 [Refer to declaration] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶¶ 299-300 (Percentages, financial figures, and calculations of percentages) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 and MSFT_EPIC_00000095. | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | n.538 (Remainder of paragraph following "An internal Microsoft document confirms that) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 328 (In the bullet point titled "Stores with Third-Party Sales [1]-[5]," the text in the second sentence after "except for Steam,") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 329 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | ¶ 330 [Refer to declaration.] | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

23

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 02) Abrantes-Metz Report, March 7, 2025 (Dkts. 1000-006; 1003-033; 1033-003; 1052-001) | 186-88 (Appendix E) | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 03) APL-APPSTORE_10871795 (Dkt. 1035-001) | 1-7; 11-13 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 03) APL-APPSTORE_10871795 (Dkt. 1035-001) | In its entirety. | Reflects Amazon's competitively sensitive and proprietary business information which, if made public, would put Amazon at a competitive disadvantage | Amazon (Lazarus Ex. 5) | Grant |
| (Ex. 03) APL-APPSTORE_10871795 (Dkt. 1035-001) | Pg 2-3, 5-8, 10-15 (sensitive and proprietary information such as total billings, program billings, commissions, etc.) | Reflects Amazon's competitively sensitive and proprietary business information which, if made public, would put Amazon at a competitive disadvantage. | Amazon (Aviles Ex. 6) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 8, 9 | This document should be sealed because it contains non-public financial information and competitively sensitive information which if revealed would put Apple and its business partners at a competitive disadvantage. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 14-15 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 16 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 17-18 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 17-18 (entire slides) | These slides reflect Apple's analysis of Google's billing strategies on Apple's App Store, which are calculated or derived from Google's non-public, confidential financial data. If publicly revealed, this information on Google's billing strategies could influence the decision-making and business strategies employed by Google's developer competitors operating on Apple's App Store to Google's detriment. For example, disclosure of this information would adversely impact Google's current competitive position by enabling Google's competitors to mimic its confidential strategies in an effort to attract customers away from Google's apps on Apple's App Store. Further, if publicly revealed, this information could inform decision-making and business strategies employed by Google's counterparties to Google's detriment, for example, by influencing how these counterparties approach negotiations with Google. Google Decl. ¶ 15. | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 19-20 (the charts depicting information related to Dropbox) | [Refer to Dropbox Declaration ¶¶4-7.] | Dropbox (Byrd Ex. 16) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 19-20 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 19-20 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 21 | This document should be partially sealed because it contains Apple's non-public financial information and private information from third parties or concerning the business of third parties, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 23, 24, 27, 29 | This document should be sealed because it contains non-public financial information and competitively sensitive information which if revealed would put Apple and its business partners at a competitive disadvantage. | Apple (Craig Decl.) | Grant |
| (Ex. 04) APL-APPSTORE_10871989 (Dkt. 1035-004) | 30-34 | This document should be sealed because it contains non-public financial information and competitively sensitive information which if revealed would put Apple and its business partners at a competitive disadvantage. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 05) APL-APPSTORE_10908929 (Dkt. 1034-030) | 929; '930 | This document should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 06) APL-APPSTORE_11425222 (Dkt. 1003-108) | '225; '227-'255; '257-'272; '274-'295; '297-'301; '303-'309; '310-'313; '315; '318-'323; '325-'340; '342-'345; '347-'351; '353-'354; '356-'364; '366-'372; '374-'381; '383-'392; '394-'398; '400-'410 | This document should be sealed because it contains non-public, competitively sensitive information which if revealed would put Apple at a competitive disadvantage. | Apple (Craig Decl.) | Grant |
| (Ex. 07) Apple's Motion to Decertify the Class (Dkt. 1006-001) | 2:2-3 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 07) Apple's Motion to Decertify the Class (Dkt. 1006-001) | 4:17 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 07) Apple's Motion to Decertify the Class (Dkt. 1006-001) | 6:3, 5, 7 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 07) Apple's Motion to Decertify the Class (Dkt. 1006-001) | 6 n.2 | This document should be partially sealed because it contains Apple's confidential information relating to a transactional field name which if revealed could be exploited by bad actors to obtain Apple's sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 07) Apple's Motion to Decertify the Class (Dkt. 1006-001) | 7:7-11 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 08) Apple's Reply ISO Daubert Mots. re Thompson and MacCormack (Dkt. 1046-001) | 1:13 | This document should be partially sealed because it contains Apple's competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 08) Apple's Reply ISO Daubert Mots. re Thompson and MacCormack (Dkt. 1046-001) | 1:27 | This document should be partially sealed because it contains Apple's competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 08) Apple's Reply ISO Daubert Mots. re Thompson and MacCormack (Dkt. 1046-001) | 4:28 (word on Page 4, line 28 between "his" and "'rounds'.") | This line discloses the number of rounds of deduplication that Mr. Thompson applied. This information is proprietary to JND. | Plaintiffs and JND (Byrd Decl.) | Grant |

29

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 08) Apple's Reply ISO Daubert Mots. re Thompson and MacCormack (Dkt. 1046-001) | 5:19-20 (after "his" to Line 20, before "Opp.") | This line discusses a specific step that Mr. Thompson took and constitutes JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 09) Apple's Reply ISO Mot. to Decertify the Class (Dkt. 1046-003) | 8:16 | This motion should be partially sealed because it contains Apple's non-public financial and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | Table 1 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 7 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | Table 2 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 10 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 11 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 14 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 15 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 57 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 58 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 61 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | ¶ 62 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | n.134 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 10) Barnes Report, March 7, 2025 (Dkt. 1024-012; 1033-004) | Exhibits 5-12, 20-26 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 11) Berger Depo., July 1, 2025 (Dkt. 1000-013; 1024-027) | 35:9; 35:20; 36:1; 36:4; 36:8; 36:12; 36:16 | Reflects Amazon's competitively sensitive and proprietary business information which, if made public, would put Amazon at a competitive disadvantage | Amazon (Lazarus Ex. 5) | Deny |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) 1000-014 | ¶ 52 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | Fig. 15 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 53 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | Fig. 16 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 54 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | Fig. 17 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 68 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | Fig. 22 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 70 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 70, n.119 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | Fig. 23 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 71, n.120 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 73 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | Fig. 24 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 88 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 12) Berger Report, June 13, 2025 (Dkt. 1000-14) | ¶ 89 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 13) Berger Report, March 7, 2025 (Dkt. 1000-12; 1003-087) | ¶ 22 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 13) Berger Report, March 7, 2025 (Dkt. 1000-12; 1003-087) | Fig. 2 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 13) Berger Report, March 7, 2025 (Dkt. 1000-12; 1003-087) | Fig. 3 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 13) Berger Report, March 7, 2025 (Dkt. 1000-12; 1003-087) | Fig. 4 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 90, n.161, n.163, Fig. 2 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 83, n.152 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 94, Fig. 4 and Sources and Notes | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶¶ 95 - 97, Figs. 5 - 6, Tables 4-5 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 4 (line in table pertaining to Candy Crush Saga) | Contains Activision Blizzard's confidential and competitively sensitive financial data for Candy Crush Saga. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 4 ("Top Apps by Spend, 2019 to 2013") (entry for "Kingdoms of Camelot: Battle" listing "Total Spend (in millions)") | The Kingdoms of Camelot: Battle and Moder[n] War "Total Spend" figures are non-public, commercially sensitive financial performance information. Deca does not publicly disclose these metrics in this form and takes reasonable steps to protect them from public dissemination. Public disclosure would cause competitive harm. Competitors and commercial counterparties could use this figure to benchmark Kingdoms of Camelot: Battle's and Modern War's monetization performance, infer revenue expectations and commercial value, and gain leverage in negotiations with Deca concerning distribution, licensing, marketing, and other commercial terms. Deca only seeks sealing of the limited non-public financial figure(s) described above and any references that would reveal that information. | Deca (Aviles Ex. 15) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 4 ("Top Apps by Spend, 2019 to 2013") (entry for "Kingdoms of Camelot: Battle" listing "Total Spend (in millions)") | Entry for "DragonVale" listing "Total Spend (in millions)" | DragonVale (Deca Live Ops.) (Bryd Ex. 31) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Tables 4-6 (entries for "Modern War" listing "Total Spend)(in millions)") | The Kingdoms of Camelot: Battle and Moder[n] War "Total Spend" figures are non-public, commercially sensitive financial performance information. Deca does not publicly disclose these metrics in this form and takes reasonable steps to protect them from public dissemination. Public disclosure would cause competitive harm. Competitors and commercial counterparties could use this figure to benchmark Kingdoms of Camelot: Battle's and Modern War's monetization performance, infer revenue expectations and commercial value, and gain leverage in negotiations with Deca concerning distribution, licensing, marketing, and other commercial terms. Deca only seeks sealing of the limited non-public financial figure(s) described above and any references that would reveal that information. | Deca (Aviles Ex. 15) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Tables 4-5 | The total spend figures directly report the confidential financial information of the Companies, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Tables 4-5 (all information relating to Supercell product(s)) | Contains competitively sensitive information regarding market positioning and sales and spend information relating to Supercell's products which if revealed would put Supercell at a competitive disadvantage in the marketplace. | Supercell (Lazarus Ex. 42); Supercell (Aviles Ex. 47) | Grant |

38

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 5 (lines in table pertaining to Candy Crush Saga and Candy Crush Soda Saga) | Contains Activision Blizzard's confidential and competitively sensitive information relating to Candy Crush Saga's financial performance. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 6 (line in table pertaining to Candy Crush Saga) | Contains Activision Blizzard's confidential and competitively sensitive financial data for Candy Crush Saga. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Tables 5-6 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Tables 5 & 6 (entire rows with "Tinder: Dating, Chat & Friends") | This exhibit contains non-public and highly confidential financial information related to consumer purchases on Tinder on iOS. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential financial information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and potential business counterparties, this non-public and confidential financial information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | Match Non- Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public financial filings. Therefore, revealing this financial data publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 6 (full row with "App" listed as "TikTok") | This information should be partially sealed because it contains certain nonpublic financial information for TikTok, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 46); TikTok (Aviles Ex. 50) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 6 (text to the right of the row starting with "Photo & Video").) | This table reflects Google's non-public, competitively sensitive, spend information on Apple's App Store. This information is recent (2019 to 2023) and has never been disclosed publicly. If publicly revealed, this information on Google's spend could influence the decision-making and business strategies employed by Google's developer competitors operating on | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | Apple's App Store to Google's detriment, for example by influencing how those competitors negotiate their own agreements with Apple. Further, if publicly disclosed, this information could influence the decision-making and business strategies employed by other app stores to Google's detriment, for example by influencing how those competitors negotiate their own agreements with Google. Google Decl. ¶ 10. | | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 6; ¶ 100; n.184 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This | Disney (Aviles Ex. 54) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 98 (Mention of Candy Crush Saga) | Contains Activision Blizzard's confidential and competitively sensitive information relating to Candy Crush Saga's financial performance. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 98; Table 6 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 6 | Contains Bumble's confidential and competitively sensitive information related to revenue. | Bumble (Aviles Ex. 11) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 6 | These excerpts each analyze the same nonpublic information concerning Roblox derived from Apple's confidential transaction data. Disclosure could reveal sensitive aspects of Roblox's business performance and could cause competitive harm. | Roblox (Aviles Ex. 43) | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶¶ 99-102, nn.184-190 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information which if revealed would put Apple and its business partners at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 100; n.184 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 113; n.213 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 121 (dollar amount between "grossed" and "in its first year") | Contains Activision Blizzard's confidential and competitively sensitive information relating to Candy Crush Saga's financial performance. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | n.234 ((i) Dollar amount between "Candy Crush | Contains Activision Blizzard's confidential and competitively sensitive information relating to Candy Crush Saga's financial performance. | Activision Blizzard (Lazarus Ex. 1); Activision | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | earned almost" and "more than Minecraft"; and (ii) two dollar amounts between "CC customer spent" and "while the average Minecraft customer spent") | | Blizzard Aviles Ex. 1) | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 122 include nn. 235-237 | The portions of this document include Pocket Gems's confidential financial data and information derived from it. Pocket Gems derives independent economic value as a result of such information not being generally known to the public or to other persons who can obtain economic value from its disclosure and such information is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Specifically, portions of this document contain confidential information regarding the Company's strategy for increasing in-app purchasing. The document also sets forth Pocket Gems' confidential revenue for the period of time that followed implementation of the strategy. The public disclosure of such information may allow Pocket Gems's competitors to gain competitive advantage over Pocket Gems in advertising | Pocket Gems (Aviles Ex. 40) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| | | strategy, business strategy or future negotiations. | | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | n.263 | This report should be partially sealed because it contains Apple's non-public financial and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243; Figs. 21-24, including Sources and Notes; Table 8, including n.3 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243; Fig. 21; and "Sources and Notes" section under Fig. 21(all information relating to Supercell product(s)) | Contains competitively sensitive information regarding market positioning, pricing, and sales and spend information relating to Supercell's products which if revealed would put Supercell at a competitive disadvantage in the marketplace. | Supercell (Lazarus Ex. 42); Supercell (Aviles Ex. 47) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Fig. 21("Candy Crush Saga" and corresponding "Sources and Notes") | Contains Activision Blizzard's confidential and competitively sensitive information relating to financial data and pricing strategy for Candy Crush Saga. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |

45

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Fig. 21 (Appendix C) (text in the upper right-hand quadrant of the figure)) | This figure contains non-public information regarding revenue for in-app purchases for one of Google's apps on Apple's App Store. This information has never been disclosed publicly. If publicly revealed, this information would provide Google's competitors with unfair advantage and insight into Google's financial position and revenue sources. For example, if competitor developers became aware of this information, they could use it to inform their own strategies, unfairly leveraging Google's financial data to compete more effectively with Google's apps on Apple's App Store. Google Decl. ¶ 11. | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243; Fig. 22 (The rows of data immediately underneath the words "TikTok" and "In-App Purchases." | This information should be partially sealed because it contains certain nonpublic financial information for TikTok, subject to the Protective Order, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 46); TikTok (Aviles Ex. 50) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243; Fig. 22 | Contains Bumble's confidential and competitively sensitive information related to revenue. | Bumble (Aviles Ex. 11) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243 & Fig. 22 | Contains non-public information relating to Roblox's position among apps on the App Store based on Apple transaction data. Disclosure could reveal sensitive aspects of Roblox's business performance and could cause competitive harm. | Roblox (Aviles Ex. 43) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Fig. 22 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Fig. 23 (entire chart titled "Candy Crush Soda Saga" and corresponding "Sources and Notes") | Contains Activision Blizzard's confidential and competitively sensitive information relating to financial data and pricing strategy for Candy Crush Soda Saga. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Figs. 23 and 24 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes | Disney (Aviles Ex. 54) | Grant |

47

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243 & Fig. 23 (References to Homescapes) | Contains Playrix's confidential and competitively sensitive information relating to financial data, including revenues and comparison of that information to other developers. [Playrix was provided with a description of the information included, but was not shown the actual table due to it containing | Playrix (Lazarus Ex. 35); Playrix (PLR) (Aviles Ex. 39) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243 & Fig. 24 (with accompanying sources and notes section after the charts) | Information in question retrieved from Apple's App Store Confidential transactions database. Contains LinkedIn confidential and competitively sensitive information related to financial data and pricing, and is aggregated together with information pertaining to other companies. | LinkedIn (Lazarus Ex. 29); LinkedIn (Aviles Ex. 33) | Grant |

48

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | ¶ 243 & Fig. 24 (Reference to Gardenscapes) | Contains Playrix's confidential and competitively sensitive financial information relating to pricing. [Playrix was provided with a description of the information included, but was not shown the actual table due to it containing information about other developers.] | Playrix (Lazarus Ex. 35); Playrix (PLR) (Aviles Ex. 39) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (lines in chart corresponding to "Candy Crush Saga" and "Candy Crush Soda Saga" and first two lines in #3 of "Sources and Notes") | Contains Activision Blizzard's confidential and competitively sensitive information relating to financial data and pricing strategy for Candy Crush Soda Saga. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 | Contains Bumble's confidential and competitively sensitive information related to revenue. | Bumble (Aviles Ex. 11) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (p. 156) | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (full row with "App Name" listed as "TikTok") | This information should be partially sealed because it contains certain nonpublic financial information for TikTok, subject to the Protective Order, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 46); TikTok (Aviles Ex. 50) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (all information relating to Supercell product(s)) | Contains competitively sensitive information regarding market positioning, pricing, and sales and spend information relating to Supercell's products which if revealed would put Supercell at a competitive disadvantage in the marketplace. | Supercell (Lazarus Ex. 42); Supercell (Aviles Ex. 47) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 | Information in question retrieved from Apple's App Store Confidential transactions database. Contains LinkedIn confidential and competitively sensitive information related to financial data and pricing, and is aggregated together with information pertaining to other companies. | LinkedIn (Lazarus Ex. 29); LinkedIn (Aviles Ex. 33) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (entire row with "Tinder: Dating, Chat & Friends) | This exhibit contains non-public and highly confidential information related to consumer purchases on Tinder on iOS. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this nonpublic and confidential financial information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| | | potential business counterparties, this non-public and confidential information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of Match Non-Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public financial filings. Therefore, revealing this information publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (Reference to Homescapes) | Contains Playrix's confidential and competitively sensitive financial information relating to pricing. | Playrix (Lazarus Ex. 35); Playrix (PLR) (Aviles Ex. 39) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 (Reference to Gardenscapes) | Contains Playrix's confidential and competitively sensitive information relating to financial data, including pricing. | Playrix (Lazarus Ex. 35); Playrix (PLR) (Aviles Ex. 39) | Grant |

51

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 | Contains non-public App Store ranking information relating to Roblox derived from Apple's confidential transaction data. Disclosure could reveal sensitive aspects of Roblox's business performance and could cause competitive harm. | Roblox (Aviles Ex. 43) | Grant |
| (Ex. 14) Chen Report, March 7, 2025 (Dkts. 1033-005; 1052-006) | Table 8 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition | Disney (Aviles Ex. 54) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 15) D. Swanson Letter, February 27, 2023 (Dkt. 1003-056) | 1-2 | This document should be partially sealed because it contains Apple's non-public user information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace and could offer bad actors an avenue to obtain confidential information relating to Apple's users. | Apple (Craig Decl.) | Grant |
| (Ex. 15) D. Swanson Letter, February 27, 2023 (Dkt. 1003-056) | 1-2 | This information should be sealed because it is Plaintiffs' personally identifiable information (email addresses). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 16) E. Lazarus Letter, March 28, 2025 (Dkt. 1003-041) | 1 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 17) Excerpts from Apple Payor Data (Dkt. 1061-004) | 1 | This document should be sealed because it contains personally identifiable information for an Apple consumer. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

53

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 62; n.54 | This report should be partially sealed because it contains Apple's non-public, competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 65 | This report should be partially sealed because it contains Apple's non-public, competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 66 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶¶ 71-72 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 76 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 83 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 149 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶¶ 155-56, 158 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 164 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 165 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶¶ 166, 168-69 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 177 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | n.264 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 18) Halderman Report, June 13, 2025 (Dkt. 1003-029) | ¶ 193 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 19) Hitt Rebuttal Report (Dkt. 1047-9) | ¶ 252 (The percentage in the first sentence) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 19) Hitt Rebuttal Report (Dkt. 1047-9) | ¶ 253 (The first two percentages in the first sentence (i.e., the percentages between "calculates an average commission rate of" and "when excluding Steam").) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | Exhibit 29 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | ¶ 575 (the word "TikTok" in the second paragraph); n.1168 (the word "TikTok") | This report should be partially sealed because it contains TikTok's non-public discussion of competitively sensitive revenue and cost data, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 45) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | Exhibit 30 | Cricut has a legitimate interest in maintaining the confidentiality of its categories of revenues and costs associated with the App Store and reflected in the Hitt Report. More specifically, Cricut has an interest in maintaining the secrecy of the types of revenues and costs it receives and incurs associated with the App Store. Disclosure of the categories of information in the Spreadsheet would result in substantial injury to Cricut's legitimate business interests. Competitors or vendors may use this information to Cricut's detriment, and may obtain an unfair advantage in business negotiations through knowledge of Cricut's categories of revenues and costs. | Cricut (Lazarus Ex. 15) | Grant |
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | Exhibit 30 (full row with "Developer Submission" listed as "TikTok"); Note 7 (full note text) | This report should be partially sealed because it contains TikTok's non-public discussion of competitively sensitive revenue and cost data, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 45) | Grant |
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | Exhibit 30; Note 4 | The rebuttal expert report should be partially sealed as identified in the highlighted submission because it contains Non-Party Pusheen's nonpublic, confidential, and competitively sensitive information relating to Pusheen's financial and commercial data, the disclosure of which could cause Non-Party Pusheen competitive harm. | Pusheen (Lazarus Ex. 37) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | ¶¶ 605, 608, 633, 634; nn.1297, 1300 | Canva considers information about the royalties it pays to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding royalties paid by Canva is not shared outside of Canva. Canva would face harm from public disclosure of the information about its royalty payments. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 12) | Grant |
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | ¶ 606; n.1240 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage | Audible (Lazarus Ex. 6) | Grant |
| (Ex. 20) Hitt Report, June 13, 2025 (Dkts. 1003-027; 1047-009; 1052-010) | ¶ 633 | This report should be partially sealed because it contains AIBY's non-public competitively sensitive information which if revealed would put AIBY at a competitive disadvantage in the marketplace. | AIBY Inc. (Lazarus Ex. 4); AIBY Inc. (Aviles Ex. 5) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | 4 (TOC re Exhibit 33) | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the | Disney (Aviles Ex. 54) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | 5 (TOC re Exhibits 38-41) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶¶ 46-47 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 1 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 48 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 2 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 84 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | n.139 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 91 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 99 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 12 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

63

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 100 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 13 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 102 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 14 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 104 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 15 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 106 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 106 n.165 | Reflects Amazon's competitively sensitive and proprietary business information which, if made public, would put Amazon at a competitive disadvantage | Amazon (Lazarus Ex. 5) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | n.165 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 16 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 107 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 17 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 108 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 18 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 109 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | nn.167-68 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 19 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 111 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 112 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 114 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 20 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 21 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 116 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 126 | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013. | Microsoft (Lazarus Decl. Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 219 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 223 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 227 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 38 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 228 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 39 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 238 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 40 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 239 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 41 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 240 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | n.390 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 241 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | nn.392-396, 399-400 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 252 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 43 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | n.413 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 44 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 45 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 46 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 47 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 260 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 48 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 264 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 305 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 306 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 51 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 321 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | n.568 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 331 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶¶ 331-332; Exhibit 54 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate | Disney (Aviles Ex. 54) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | n.571 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 357 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 360 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 365 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 368 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | ¶ 372 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 21) Hitt Report, March 7, 2025 (Dkt. 1003-020) | Exhibit 60 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | 4 (TOC reference to Ex. 33) | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential | Disney (Aviles Ex. 54) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| | | information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | 5 (TOC references to Exhibits 38-41) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

77

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | ¶¶ 64-65 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | Exhibit 7 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | ¶ 206(a) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | n.315 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | ¶ 208 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 22) Hitt Report, March 7, 2025 (Dkt. 1047-004) | n.329 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information, which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶ 25 n.38 (Percentage) | Reflects Microsoft's non-public revenue, profit and loss, and/or margin information derived from MSFT_EPIC_00000093 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶ 34 n.50 (Percentages in first sentence) | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶ 40 n.62 (Percentages in first sentence) | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶ 46 n.83 (Percentage in fourth bullet) | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶ 45 (between "only a" and "So for this app") | This exhibit contains non-public and highly confidential financial information related to consumer purchases on Match on iOS. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential financial | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and potential business counterparties, this non-public and confidential financial information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of Match Non- Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public financial filings. Therefore, revealing this financial data publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶¶ 57- 58, 60-61; nn.113, 119 | This document should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | Exhibit 1, table and source note); ¶ 135 | This exhibit should be partially sealed because it contains IDC's non-public competitively sensitive information which IDC sells to subscribers for substantial fees. Public disclosure would undermine IDC's business model and cause competitive harm. | IDC (Lazarus Ex. 25) | Deny |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | Exhibit 2 (chart and source note); ¶ 156; n. 381 | This exhibit should be partially sealed because it contains IDC's non-public competitively sensitive information which IDC sells to subscribers for substantial fees. Public disclosure would undermine IDC's business model and cause competitive harm. | IDC (Lazarus Ex. 25) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | Exhibit 3 (table and source note) | This exhibit should be partially sealed because it contains IDC's non-public competitively sensitive information which IDC sells to subscribers for substantial fees. Public disclosure would undermine IDC's business model and cause competitive harm. | IDC (Lazarus Ex. 25) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶ 238 | This document should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 23) Jin Rebuttal Report (Dkt. 1047-007) | ¶¶ 249-51; nn.610, 616 | This document should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | ¶ 82 | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013 | Microsoft (Lazarus Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | ¶ 83 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance | Disney (Aviles Ex. 54) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | ¶ 91 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | n.181 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | ¶ 150 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | n.196 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | n.213 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | ¶ 138 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 24) Jin Report, March 7, 2025 (Dkt. 1003-022; 1033-007) | ¶ 145 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 25) Joint Supplemental Brief re Apple Payor Data Prod. (Dkt. 1061-002) | 2:19 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 26) K. Wood Letter, October 7, 2024 (Dkt. 1032-024) | 1 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 27) Kohno Report, June 13, 2025 (Dkt. 1034-002) | ¶ 87 | This information should be sealed because it contains non-public technological security information that is competitively sensitive information which if revealed would put Apple at a competitive disadvantage and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 28) Kohno Report, March 7, 2025 (Dkts. 1003-084; 1033-013) | 17-18 | This information should be sealed because it contains non-public technological security information that is competitively sensitive information which if revealed would put Apple at a competitive disadvantage and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 29) Lazarus Letter, August 15, 2025 (Dkt. 1047-002) | 2 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 30) MacCormack Depo., June 19, 2025 (Dkt. 1003-103) | 58:14; 58:23 | This document should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 30) MacCormack Depo., June 19, 2025 (Dkt. 1003-103) | 60:8 | This document should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 31) MacCormack Depo., May 23, 2025 (Dkt. 1003-014) | 217:7 | Reflects Amazon's competitively sensitive and proprietary business information which, if made public, would put Amazon at a competitive disadvantage. | Amazon (Lazarus Ex. 5) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 (the statistics in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 | Relies on confidential third-party information from numerous third parties, including Pixelcut. The charts are box-and-whisker charts showing a range of reported variable costs for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 | This chart combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to establish baselines for royalty and user acquisition and retention (UAR) costs. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 1 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Figs. 1-2 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Figs. 1-2 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Figs. 1-2 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Figs. 1-2 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Figs. 1-2 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Figs. 1-2 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 (the statistics in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 | This chart combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to establish baselines for infrastructure and maintenance/support costs. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 | Relies on confidential third-party information from numerous third parties, including Pixelcut. The charts are box-and-whisker charts showing a range of reported infrastructure (left chart) and maintenance (right chart) variable costs for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 2 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 (the statistics in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | This chart combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to reconcile actual cost data with Professor MacCormack's estimates for royalties and UAR. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Relies on confidential third-party information from numerous third parties, including Pixelcut. The charts are box-and-whisker charts showing a range of reported royalties and UAR costs for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 3 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.  Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 (the percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | This table combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to show gross margins across the genre. These margins are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Relies on confidential third-party information from numerous third parties, including Pixelcut. The chart presents a range of reported percentages of gross margins for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 (gross margins in the table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 1 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 43 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 99 | This report should be partially sealed because it contains AIBY's non-public competitively sensitive information which if revealed would put AIBY at a competitive disadvantage in the marketplace. | AIBY Inc. (Lazarus Ex. 4); AIBY Inc. (Aviles Ex. 5) | Deny |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n.58 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 100-102 (including n.62) | Information in question is confidential because it reflects the aggregation and analysis of LinkedIn data, which, when combined with other developer cost and financial information, reveals non-public business strategies, cost structures, and market positioning. Disclosure would risk exposing competitive insights and proprietary methodologies, potentially harming LinkedIn's commercial interests. MacCormack also opines that LinkedIn does or does not maintain certain data in the ordinary course of business – which provides a competitively sensitive insight into LinkedIn's business workflows. | LinkedIn; LinkedIn (Aviles Ex. 33) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 2 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 111 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 113 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 115 | Contains Bumble's confidential and competitively sensitive information related to revenue. | Bumble (Aviles Ex. 11) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 115 (the sentence beginning with "the top five") | Contains Grindr's confidential and competitively sensitive information relating to financial data. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 117 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n.74 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 (the statistics in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | This chart combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to analyze the symmetry of royalty costs across the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Relies on confidential third-party information from numerous third parties, including Pixelcut. The chart is a box-and-whisker chart showing a range of reported royalty costs as a percentage of revenue for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |

102

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5; ¶ 135 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 5 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135 (the percentages); Table 3 (the percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

103

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | This paragraph and table combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present a statistical summary of the differences in royalty costs across the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Table 3 presents percentages and ranges of percentages of reported cost data for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135; Table 3 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 135 & Table 3 | "Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace." | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 3 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

United States District Court
Northern District of California

106

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 3 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 (the percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 (cost data in the table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | This table combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to show cost shares of royalties by percentage of revenue across the genre. These royalty costs compared to revenue are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Table 4 presents the range of reported average royalties cost shares as a percentage of revenue for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | This table combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to show cost shares of royalties by percentage of revenue across the genre. These royalty costs compared to revenue are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 4 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information. | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me. Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |

United States District Court
Northern District of California

110

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 139 (cost percentage in the first sentence; cost information in the sentence beginning "While it's true" and between "content are" and "especially.") | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 142 (cost data in the first sentence after "incur" and "to be.") | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 (the percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |

United States District Court
Northern District of California

111

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Figure 6 presents the range of reported royalty cost share estimates and augmented cost data for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

United States District Court
Northern District of California

112

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | This chart combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to develop a reconciliation of royalty cost shares with developer cost data. These royalty costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 6 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information. Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me. Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 146 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 146 | This paragraph, specific to the relatively small genre of weather apps, references ForeFlight's confidential data along with that of other developers, and specifies that only one of these developers reported royalty data within a particular range. These royalty costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

United States District Court
Northern District of California

114

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 (the percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Relies on confidential third-party information from numerous third parties, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | This chart combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to analyze symmetry of UAR costs. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

116

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

117

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 7 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 (cost percentages in second and fourth sentences) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 (each of the percentage amounts) & Table 5 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Table 5 presents percentages and ranges of percentages of reported cost data for each genre.<br><br>Table 5 presents percentages and ranges of percentages of reported cost data for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 (the percentage); Table 5 (the percentages and ranges of percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 | Reveal[s]confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors | Disney (Aviles Ex. 54) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace.. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 & Table 5 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153; Table 5 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153; Table 5 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 & Table 5 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 & Table 5 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 & Table 5 | This paragraph and table combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to consider what factors affect UAR cost variations. The costs incorporated in this analysis are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 & Table 5 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 153 & Table 5 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 5 (cost percentages in the table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 5 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 5 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 (the percentages and ranges of percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6, ¶ 161 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Table 6 presents a range of average reported UAR costs as a % of revenue for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | This table combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to show the range of UAR cost shares as a percentage of revenue. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 & ¶ 161 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 & ¶ 161 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 & ¶ 161 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 161 (the percentages) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 161 (cost percentages in second sentence beginning after "falling within") | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 161 | This paragraph combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to analyze the range of UAR cost shares as a percentage of revenue. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 161 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 6 & ¶ 161 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 161 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 (the percentages and ranges of percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 165 & Fig. 8 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 165 & Fig. 8 | This paragraph and chart combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present a range of UAR cost shares across the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 165 & Fig. 8 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8, ¶ 165 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 (cost data in chart) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8, ¶ 165 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Figure 8 presents a range of reported UAR cost share estimates for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

131

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 8 & ¶ 165 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

132

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 165 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 (cost percentages in the second sentence) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 9 (the percentages and ranges of percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

United States District Court
Northern District of California

133

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169; Fig. 9 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169; Fig. 9 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169; Fig. 9 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 & Fig. 9 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Figure 9 is a box-and-whisker chart showing a range of reported infrastructure cost observations as a % of revenue for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169; Fig. 9 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 & Fig. 9 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 & Fig. 9 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

United States District Court
Northern District of California

135

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 & Fig. 9 | This paragraph and chart combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to show a range of infrastructure costs as a percentage of revenue across the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 & Fig. 9 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 169 & Fig. 9 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information. Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 9 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 9 (cost and revenue data in table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170 (the percentages); Table 8 (the percentages and ranges of percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 (cost data in last sentence and table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 | Relies on confidential third-party information from numerous third parties, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170; Table 8 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170 & Table 8 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170 & Table 8 | This paragraph and table combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present ranges of developer infrastructure costs within the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170 & Table 8 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 170 & Table 8 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 8 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 10 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76 (the percentages); Fig. 10 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76 (the percentages); Fig. 10 (the percentages and ranges of percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; Fig. 10 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Fig. 10 is a plot-and-whisker chart showing the distribution range of average infrastructure costs across developers. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; Fig. 10 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; Fig. 10 | These paragraphs and chart combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to show a distribution range of average infrastructure costs across the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; Fig. 10 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; Fig. 10 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; Fig. 10 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

143

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
|  |  | from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. |  |  |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; n. 111; Fig. 10 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76; n. 111; Fig. 10 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 173-76 Fig. 10; n.111 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 (cost information in table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 (the percentages and ranges of percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Fig. 11 is a plot-and-whisker chart showing the range of reported maintenance and support costs as a percentage of revenue for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

146

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Exhibit 32: MacCormack Expert Report (03.06.2025) 73, Fig. 11 Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 11 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information. Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84 (the percentages and range of percentages); Fig. 12 (the percentages and ranges of percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84; Fig. 12 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84; Fig. 12 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84; Fig. 12 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84; Fig. 12 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84; Fig. 12 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 12 & ¶¶ 183-84 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Fig. 12 is a plot-and-whisker chart showing the range of average maintenance and support costs across developers of all genres. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

149

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 183-84; Fig. 12 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 12 & ¶¶ 183-84 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. [12] & ¶¶ 183-84 | These paragraphs and chart combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present a range of average maintenance and supports costs across the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 12 & ¶¶ 183-84 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 12 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 187 (the percentages and range of percentages) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 187 (information after "level is") | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 187 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶187 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶187 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶187 | Relies on confidential third-party information from numerous third parties, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶187 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶187 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 187 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶187 | This paragraph combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present a correlation between royalties and UAR costs across the genre. These numbers are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 187 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 187 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.

Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me. Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 (the percentages and ranges of percentages in the table) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 (costs and gross margin data in table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Aggregated information concerning this category based on so few samples that highly confidential information concerning Flo Health's cost structure can be inferred. | Flo Health (Aviles Ex. 17) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Table 9 presents percentages and ranges of percentages of average reported gross margins for each genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |

157

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | This table combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present average gross margins within the genre. These margins are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31); NYP Holdings (Aviles Ex. 36) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information. <br><br> Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 9 (Redact line for Health & Fitness + Medical apps) | Aggregated information concerning this category based on so few samples that highly confidential information concerning Verv's cost structure can be inferred | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 205 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n.143 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 11 | Table 11 directly reports the confidential financial information of the Companies, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 11 (graphic at top of page) | The portions of this document include Pocket Gems's confidential financial data and information derived from it. Pocket Gems derives independent economic value as a result of such information not being generally known to the public or to other persons who can obtain economic value from its disclosure and such information is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Specifically, portions of this document contain confidential information regarding the Company's costs relating to user acquisition and retention, including variable cost, median, and mean costs. The document also compares Pocket Gems' costs with that of other game developers using non-public confidential information as a basis for comparison. The public disclosure of such information may allow Pocket Gems's competitors to gain competitive advantage over Pocket Gems in advertising | Pocket Gems (Aviles Ex. 40) | Grant |

160

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | strategy, business strategy or future negotiations. Finally, it may also harm Pocket Gems's negotiations with potential investors should it contemplate a fundraising round. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 212 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 214-15 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 218 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 220-21 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 13 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 13 (entire chart) | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 226 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 227 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 227, Table 14 Royalties Data | Contains iHeartMedia's confidential and sensitive financial information aggregated together with information pertaining to other developers. | iHeartMedia (Lazarus Ex. 26); iHeartMedia (Aviles Ex. 28) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 227, Table 14 User Acquisition and retention (UAR) data | Contains iHeartMedia's confidential and sensitive financial information aggregated together with information pertaining to other developers. | iHeartMedia (Lazarus Ex. 26); iHeartMedia (Aviles Ex. 28) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 14 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to | Disney (Aviles Ex. 54) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 229-30 | Contains Tidal's confidential and sensitive financial information. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 229 (first line from the word "only" to %) | Contains iHeartMedia's confidential and sensitive financial information aggregated together with information pertaining to other developers. | iHeartMedia (Lazarus Ex. 26); iHeartMedia (Aviles Ex. 28) | Grant |

163

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 230 (second line from the word "I" to %) | Contains iHeartMedia's confidential and sensitive financial information aggregated together with information pertaining to other developers. | iHeartMedia (Lazarus Ex. 26); iHeartMedia (Aviles Ex. 28) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 232 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 236 | Contains Tidal's confidential and sensitive financial information. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 237 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 237-38; Table 15 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 14 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 241 (cost percentages in the sentence beginning "I estimate.") | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Lazarus Ex. 20); Grindr (Aviles Ex. 22) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 16 (cost percentages in table) | This information is closely held by Coffee Meets Bagel and is not publicly disclosed. Public disclosure would place [Coffee Meets Bagel] at a competitive disadvantage by revealing internal cost structure information to competitors. | Coffee Meets Bagel (Lazarus Ex. 14); Coffee Meets Bagel (Aviles Ex. 13) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 16 | Contains Grindr's confidential and competitively sensitive information relating to financial data. | Grindr (Lazarus Ex. 20); Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 16 | Contains Life360's confidential and competitively sensitive information related to user acquisition and retention costs. | Life360 (Lazarus Ex. 28); Life360 (Aviles Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 246 | Contains Grindr's confidential and competitively sensitive information relating to financial data. | Grindr (Lazarus Ex. 20); Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 247 | Contains Life360's confidential and competitively sensitive information related to user acquisition and retention costs. | Life360 (Lazarus Ex. 28); Life360 (Aviles Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 247 (cost percentages in last sentence) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 248; Table 17 (cost percentages in first sentence and table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 15 (cost data in table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 251 | Relies on confidential third-party information from numerous third parties, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 251 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

166

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 18 (Page 104, Table 18 (rows to the right of "Google LLC" in the "Royalties" and "User Acquisition and Retention" categories of the table)) | This table contains non-public information regarding Google's variable costs on Apple's App Store. Specifically, it includes confidential information regarding Google's royalties and user acquisition and retention (UAR) on Apple's App Store, which has never been disclosed publicly. Disclosure of this information would severely and adversely impact Google's current competitive position, by revealing to competitor developers also operating on Apple's App Stores confidential information about the costs that Google incurs. For example, public disclosure of Google's cost information may lead Google's competitors to pursue similar strategies, mimicking (and undermining) Google, or unfairly inform their own negotiations with Apple (and even with Google, on Google Play). Decl. of Joshua O'Connor in Support of Parties' Omnibus Motion to File Under Seal ("Google Decl.") ¶ 8 | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 18 | Relies on confidential third-party information from Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 18 | This report should be partially sealed because it contains Instasize's non-public competitively sensitive information which if revealed would put Instasize at a competitive disadvantage in the marketplace. | Instasize (Lazarus Ex. 27); Instasize (Aviles Ex. 29) | Grant |

United States District Court
Northern District of California

167

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 253 | This report should be partially sealed because it contains Instasize's non-public competitively sensitive information which if revealed would put Instasize at a competitive disadvantage in the marketplace. | Instasize (Lazarus Ex. 27); Instasize (Aviles Ex. 29) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 254 | This report should be partially sealed because it contains Instasize's non-public competitively sensitive information which if revealed would put Instasize at a competitive disadvantage in the marketplace. | Instasize (Lazarus Ex. 27); Instasize (Aviles Ex. 29) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 18 [Refer to declaration.]; n.186 | This report should be partially sealed because it contains AIBY's non-public competitively sensitive information which if revealed would put AIBY at a competitive disadvantage in the marketplace | AIBY Inc. (Lazarus Ex. 4); AIBY Inc. (Aviles Ex. 5) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 18; ¶ 254; n. 190 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 254, 256 | Relies on confidential third-party information from numerous third parties, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

169

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 256 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 258 (in the second sentence, the word between "particularly high UAR shares —" and "with an average of"; and the percentage following "an average of.") | This report should be partially sealed because it contains AIBY's non-public competitively sensitive information which if revealed would put AIBY at a competitive disadvantage in the marketplace | AIBY Inc. (Lazarus Ex. 4); AIBY Inc. (Aviles Ex. 5) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 258 | Contains Pixelcut's confidential and competitively sensitive information relating to financial data. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 258-61; Table 19; Fig. 16 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 16 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Figure 21 shows a range of the reconciliation between estimated cost ranges and augmented developer data for the genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 259-60 | Relies on confidential third-party information from numerous third parties, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n.196 (the five words in footnote 196 berfore the words "app has been the" and "revenue generating." | Contains Adobe's confidential and competively sensitive information relating to financial performance data. | Adobe (Aviles Ex. 3) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 261; Table 19 | Relies on confidential third-party information from numerous third parties, including Pixelcut. Table 19 shows an estimated range of percentages of variable costs and average gross margin for the Imaging genre. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n.197 | Cricut has a legitimate interest in maintaining the confidentiality of its categories of revenues and costs associated with the App Store and reflected in the MacCormack Report. More specifically, Cricut has an interest in maintaining the secrecy of the types of revenues and costs it receives and incurs associated with the App Store. Disclosure of the categories of information in the Spreadsheet would result in substantial injury to Cricut's legitimate business interests. Competitors or vendors may use this information to Cricut's detriment, and may obtain an unfair advantage in business negotiations through knowledge of Cricut's categories of revenues and costs. For this reason, no less-restrictive alternative to sealing exists to protect Cricut's interests in the confidentiality of this information. | Cricut (Aviles Ex. 14) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 | This table should be partially sealed because it contains Strava's non-public competitively sensitive information which if revealed would put Strava at a competitive disadvantage in the marketplace. | Strava (Lazarus Ex. 41); Strava (Aviles Ex. 46) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 [Refer to declaration.] | This Table 20 contains Peloton's highly confidential and sensitive financial information relating to its financial data. | Peloton (Lazarus Ex. 33); Peloton (Aviles Ex. 37) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20, n.201 | Contains Pocket Prep's confidential and competitively sensitive information relating to its financial data | Pocket Prep (Lazarus Ex. 36); Pocket Prep (Aviles Ex. 41) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 | Discloses information concerning Flo Health costs that are highly confidential and competitively sensitive. | Flo Health (Aviles Ex. 17) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 (Redact lines for Verv under "Royalties" and "UAR") | Discloses information concerning Verv costs that are highly confidential and competitively sensitive. | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 (HLT's figures for columns titled "Variable Cost Range (Cost Information)", "Median", "Mean", and "Estimated Range for Genre") | Contains HLT's confidential sensitive business information relating to HLT's financial data. | Higher Learning Technologies (Lazarus Ex. 23); Higher Learning Technologies (Aviles Ex. 26) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 (Lines for Flo Health UK, Ltd., under "Royalties" and "UAR" and information in column headed "estimated range for genre" for both "Royalties" and "UAR") | Discloses information concerning Flo Health costs that are highly confidential and competitively sensitive. aggregated information concerning this category based on so few samples that highly confidential information concerning Flo Health's cost structure can be inferred | Flo Health (Lazarus Ex. 16) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 n.201 (percentage figure relating to HLT's revenue generated "from the Medical genre") | Contains HLT's confidential sensitive business information relating to HLT's financial data. | Higher Learning Technologies (Lazarus Ex. 23); Higher Learning Technologies (Aviles Ex. 26) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 20 [Refer to declaration.] | Contains Headspace's confidential and sensitive financial information which, if revealed, would put Headspace at a competitive disadvantage in the marketplace. | Headspace (Lazarus Ex. 22); Headspace (Aviles Ex. 25) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 267 [Refer to declaration.] | Discloses information concerning Verv costs that is highly confidential and competitively sensitive. | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 267 (percentage figures for observation ranges of royalties estimates and expenses) | Contains HLT's confidential sensitive business information relating to HLT's financial data. | Higher Learning Technologies (Lazarus Ex. 23); Higher Learning Technologies (Aviles Ex. 26) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 268 (identification of the entity reporting the average royalty data referenced) | Contains HLT's confidential sensitive business information relating to HLT's business strategies. | Higher Learning Technologies (Lazarus Ex. 23); Higher Learning Technologies (Aviles Ex. 26) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 267-69 | Contains Pocket Prep's confidential and competitively sensitive information relating to its financial data | Pocket Prep (Lazarus Ex. 36); Pocket Prep (Aviles Ex. 41) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 | This paragraph should be partially sealed because it contains Strava's non-public competitively sensitive information which if revealed would put Strava at a competitive disadvantage in the marketplace. | Strava (Lazarus Ex. 41); Strava (Aviles Ex. 46) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 (UAR cost ranges and Flo Health's name) | Discloses information concerning Flo Health costs that are highly confidential and competitively sensitive. Moreover, aggregated information concerning this category based on so few samples that highly confidential information concerning Flo Health's cost structure can be inferred. | Flo Health (Aviles Ex. 17) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 (Redact observed UAR costs percentages and UAR cost share range.) | Aggregated information concerning this category based on so few samples that highly confidential information concerning Verv's cost structure can be inferred. | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 [Refer to declaration.] | Discloses information concerning Flo Health costs that are highly confidential and competitively sensitive. Moreover, aggregated information concerning this category based on so few samples that highly confidential information concerning Flo Health's cost structure can be inferred | Flo Health (Lazarus Ex. 16) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 268 [Refer to declaration.] | Aggregated information concerning this category based on so few samples that highly confidential information concerning Verv's cost structure can be inferred. | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 (the two percentages in the fifth line of the paragraph.) | Contains Headspace's non-public competitively sensitive information which, if revealed, would put Headspace at a competitive disadvantage in the marketplace. | Headspace (Lazarus Ex. 22); Headspace (Aviles Ex. 25) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 (the words from the second percentage to "and.") | Contains Headspace's non-public competitively sensitive information which, if revealed, would put Headspace at a competitive disadvantage in the marketplace. | Headspace (Lazarus Ex. 22); Headspace (Aviles Ex. 25) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 269 (the words immediately after "and" and before "from" in the sixth line of the paragraph. | Contains Headspace's non-public competitively sensitive information which, if revealed, would put Headspace at a competitive disadvantage in the marketplace. | Headspace (Lazarus Ex. 22); Headspace (Aviles Ex. 25) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 270 (Redact the second sentence so that it reads, "[REDACTED] corresponding to the targeted 4:1 LTV/CAC ratio discussed earlier.") | Aggregated information concerning this category based on so few samples that highly confidential information concerning Flo Health's cost structure can be inferred. | Flo Health (Lazarus Ex. 16) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 21 (Redact estimated ranges column) | Aggregated information concerning this category based on so few samples that highly confidential information concerning Verv's cost structure can be inferred | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 271 [Refer to declaration.] | Aggregated information concerning this category based on so few samples that highly confidential information concerning Verv's cost structure can be inferred. | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 275; the percentage range in the first sentence following the word "between" | Contains Pango's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Pango (Lazarus Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 275; Table 22; n.206 | Contains Ad Hoc Labs's unaggregated confidential and competitively sensitive information relating to financial data. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 276 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 276; Table 22; Rows with "Developer Name" as "Pango GmbH"; entries in Columns 3-6 | Contains Pango's confidential and sensitive information relating to financial data. | Pango (Lazarus Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 22 [Refer to declaration.] | This report should be partially sealed because it contains BP Mobile's non-public cost metrics and internal financial information that, if disclosed, would reveal BP Mobile's cost structure and place BP Mobile at a competitive disadvantage in the marketplace. | BP Mobile (Lazarus Ex. 11); BP Mobile (Aviles Ex. 10) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 22 | This information could dilute Gen's negotiating leverage with the various app stores as this information is a key input to mobile commercial models. Additionally, our competitors could tie this information to other publicly-available data to infer our direct-to-consumer strategy and unit economics or to benchmark our mobile performance. This would harm Gen's competitive positioning. | Gen Digital (Aviles Ex. 35) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 22 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n. 206 [Refer to declaration.] | This report should be partially sealed because it contains BP Mobile's non-public revenue distribution data and qualitative characterizations of its product portfolio that, if disclosed, would reveal BP Mobile's internal business performance and competitive positioning. | BP Mobile (Lazarus Ex. 11); BP Mobile (Aviles Ex. 10) | Grant |

179

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | n.208 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 277 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 277 [Refer to declaration.] | This report should be partially sealed because it contains BP Mobile's non-public royalty, revenue, and cost information that, if disclosed, would reveal BP Mobile's internal economics and competitive strategy and would place BP Mobile at a competitive disadvantage in the marketplace. | BP Mobile (Lazarus Ex. 11); BP Mobile (Aviles Ex. 10) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 277 | Contains Pango's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Pango (Lazarus Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 278; the percentage in the first sentence following the word "between" | Contains Pango's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Pango (Lazarus Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 278 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 279; the percentage in the second sentence following the word "between" | Contains Pango's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Pango (Lazarus Ex. 32) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 279-80 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 281; the percentage in the second sentence following the words "range of" | Contains Pango's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Pango (Lazarus Ex. 32) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 281, Table 23, Fig. 18 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 24 (User Acquisition and Retention (UAR) information for Age of Learning, Inc., including the Variable Cost Range (Cost Information), Median and Mean) | This report should be partially sealed because it contains Age of Learning, Inc.'s non-public competitively sensitive information which if revealed would put Age of Learning, Inc. at a competitive disadvantage in the marketplace. | Age of Learning (Lazarus Ex. 3); Age of Learning (Aviles Ex. 4) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | p. 121 | The portions of this report discussing Scribd should be partially sealed because they contain Scribd's non-public competitively sensitive information which if revealed would put Scribd at a competitive disadvantage in the marketplace. | Scribd (Lazarus Ex. 40); Scribd (Aviles Ex. 45) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 295, Table 26 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 295-296 and Table 26 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 26 [Refer to declaration.] | Contains Telepathic's non-public, competitively sensitive financial/unit-economics information (UAR as % of revenue). Disclosure would reveal Telepathic's acquisition/retention efficiency and strategy and could cause competitive harm. | Telepathic (Lazarus Ex. 43) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 26 (the figures for Hallow in the columns titled "Variable Cost Range (Cost Information)", "Median", and "Mean") | Contains Hallow's confidential and competitively sensitive information relating to financial data. | Hallow (Lazarus Ex. 21); Hallow (Aviles Ex. 23) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 296, Table 26, n.215 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage | Audible (Lazarus Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 298, 300 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 298-300; ¶¶ 302-303 ; nn.220-21, 226 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage | Audible (Lazarus Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 299 (the first sentence of that paragraph in its entirety) | Contains Hallow's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Hallow (Lazarus Ex. 21); Hallow (Aviles Ex. 23) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 300 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 302 [Refer to declaration.] | Contains Telepathic's confidential unit-economics data and derived analysis; disclosure would cause competitive harm. | Telepathic (Lazarus Ex. 43); Telepathic (Aviles Ex. 48) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 302 (the second and fourth sentences of that paragraph in its entirety) | Contains Hallow's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Hallow (Lazarus Ex. 21); Hallow (Aviles Ex. 23) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 303 [Refer to declaration.] | Contains Telepathic's confidential business/financial information; disclosure would cause competitive harm. | Telepathic (Lazarus Ex. 43); Telepathic (Aviles Ex. 48) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 303 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 303 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

183

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 303 (the reference to Hallow in the second sentence of that paragraph) | Contains Hallow's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Hallow (Lazarus Ex. 21); Hallow (Aviles Ex. 23) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 304; Table 27; Fig. 20 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 304; Table 27; Fig. 20 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | p. 124 | The portions of this report discussing Scribd should be partially sealed because they contain Scribd's non-public competitively sensitive information which if revealed would put Scribd at a competitive disadvantage in the marketplace. | Scribd (Lazarus Ex. 40); Scribd (Aviles Ex. 45) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 306 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 27 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31); NYP Holdings (Aviles Ex. 36) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 307 & Table 28 | Contains Bill.com's confidential and competitively sensitive information relating to financial data. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 20 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31); NYP Holdings (Aviles Ex. 36) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 28 (the two lines in their entirety that are attributed to Real Estate Portal USA, LLC that include variable cost range (cost information) and their median and mean) | Relies on confidential and sensitive financial information from [Real Estate Portal]. | Real Estate Portal (Lazarus Ex. 38); Real Estate Portal (Aviles Ex. 42) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 309; n.231, Table 28 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 309 (the entire sentence that says "RealEstate Portal, with reported expenses amounting to REDACTED of total revenue") | Relies on confidential and sensitive financial information from [Real Estate Portal]. | Real Estate Portal (Lazarus Ex. 38); Real Estate Portal (Aviles Ex. 42) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 309-310 & Table 28 | Information in question is confidential because it encompasses sensitive business information regarding LinkedIn royalty data and strategies, as well as LinkedIn User Acquisition and Retention data and strategies, both of which LinkedIn keeps confidential in the ordinary course of business. | LinkedIn (Lazarus Ex. 29); LinkedIn (Aviles Ex. 33) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 310 (the entire sentence that says "Real Estate Portal USA is a data provider focused on highly specialized enterprise clients and incurs UAR expenses between REDACTED.") | Relies on confidential and sensitive financial information from [Real Estate Portal]. | Real Estate Portal (Lazarus Ex. 38); Real Estate Portal (Aviles Ex. 42) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 310-11 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 310-11 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 312 & Table 29 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 ("Health & Fitness + Medical" range) | Aggregated information concerning this category based on so few samples that highly confidential information concerning Flo Health's cost structure can be inferred. | Flo Health (Lazarus Ex. 16); Flo Health (Aviles Ex. 17) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 34 | To the extent that Aviation Data Systems' confidential sensitive financial information including profit/loss as well as margin information was aggregated together with information pertaining to other weather genre developers, such information is also non-public competitively sensitive information which, if revealed, would but Aviation Data Systems at a competitive disadvantage in the market place and Aviation Data Systems therefore seeks to keep all such information confidential and sealed. | Aviation Data Systems (Lazarus Ex. 8); Aviation Data Systems (Aviles Ex. 8) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 319 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 319 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 321 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 321 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 326 (the percentages) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 326 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 327-29; nn. 235-36; and Table 32 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 328-29 (the percentages); Table 32 (the percentages in the table) | Contains TomTom's confidential and competitively sensitive information relating to financial data. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 329 & Table 32 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 330-31 (the percentages); Table 33 (the range of percentages in the table) | Contains TomTom's confidential and competitively sensitive information relating to financial data. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 330-31; Table 33 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack | ¶¶ 330-31; Table 33 | Reveal confidential financial information about Route4Me's | Route4Me (Lazarus | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | | royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business | Ex. 39); Route4Me (Aviles Ex. 44) | |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 23 (the range of percentages in the figure) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 23 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 23 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

192

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
|  |  | acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. |  |  |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 334 | This paragraph, specific to the weather genre, combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to estimate the Gordon Growth Model of developers in the genre. These data necessary for such an estimation are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Table 34 | This table lists ForeFlight's own confidential royalty and UAR information, independent from that of other developers, as part of a summary of variable costs for developers in the relatively small genre of weather apps. This sensitive competitive information, and competitor access to this table could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

193

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 (the percentages) | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 and Table 34 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information. Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

194

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 336 (Redact "average GGM" range for "Health & Fitness + Medical" category) | Aggregated information concerning this category based on so few samples that highly confidential information concerning Verv's cost structure can be inferred. | Verv (Lazarus Ex. 49); Verve (Aviles Ex. 53) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 337-38; Table 35 | These paragraphs and table combine ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to summarize UAR royalty, infrastructure, and maintenance cost for developers in the genre. These costs are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶¶ 337-38; Table 35 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 24 | Contains IAC's confidential and competitively sensitive information related to royalties and user acquisition and retention costs | IAC (Lazarus Ex. 24); IAC (Aviles Ex. 27) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | Fig. 24 | This chart, specific to the weather genre, combines ForeFlight's confidential data with that of other developers in the relatively small genre of weather apps, in order to present a range of reconciliation between estimated cost ranges and augmented developer data across the genre. The data necessary for such ranges are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 32) MacCormack Report, March 6, 2025 (Dkt. 1003-031; 1033-002) | ¶ 340 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 33) Malackowski Report, June 13, 2025 (Dkt. 1000-004) | Fig. 4 | This report should be partially sealed because it contains Apple's non-public financial information that is acutely sensitive and merits sealing despite its age which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 34) October 14, 2025 Hearing Transcript (Dkt. 1062) | 17:6 | This part of the transcript should be sealed because it contains Apple's competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 1:15-16, n.1 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 4:6-9 (line 6 after "A." through line 9, before "Ex. 44") | These portions contain confidential information of other JND clients not involved in this case. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 5:12-23 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 7:2 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 9:05-19 (line 5 after "15." through line 19 before "Through", excluding the citations.) | These portions contain confidential information of other JND clients not involved in this case. | Plaintiffs and JND (Byrd Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 12:19 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 15:13 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 16:5-17 (before "That") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 17:1-15 (before "See id."; and the words/numbers before "Mr. Thompson" on line 15) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 18:1-6; 18:9-19 (after "22."); 18:24-26 (line 24 after "Thompson for" through line 26 before "Far") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 19:13-20:1 (line 13 after "consultants" through page 20, line 1 before "Apple," with the exception of footnote 5) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 22:16-17 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 24:9-13 (line 9 after "19" through line 13 before "See") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 24:18 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 26:15 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 27:18 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 39:7 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 35) Plaintiffs' Opposition to Apple's Daubert Motions (Dkt. 1031-005) | 39 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 36) Plaintiffs' Opposition to Motion to Decertify the Class (Dkt. 1031-004) | 2:10-12 | This report should be partially sealed because it contains Apple's non-public, competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 36) Plaintiffs' Opposition to Motion to Decertify the Class (Dkt. 1031-004) | 4:19-21; 4:27 | This report should be partially sealed because it contains Apple's non-public financial information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 36) Plaintiffs' Opposition to Motion to Decertify the Class (Dkt. 1031-004) | 7:8 | This document should be partially sealed because it contains Apple's non-public, competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 37) Plaintiffs' Responsive Statement of Undisputed Fact (Dkt. 1031-003) | 5 | This document should be partially sealed because it contains Apple's non-public, competitively sensitive information, and financial information which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 38) Prince Report, June 13, 2025 (Dkt. 1003-099) | n.9 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 38) Prince Report, June 13, 2025 (Dkt. 1003-099) | ¶ 28 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 38) Prince Report, June 13, 2025 (Dkt. 1003-099) | ¶ 48 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 39) R. Lin Email, July 10, 2024 (Dkt. 1035-014) | 1 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 40) R. Lin Email, October 16, 2024 (Dkt. 1061-006) | 1; 5; 6 | This document should be partially sealed because it contains Apple's confidential information relating to a transactional field names which if revealed could be exploited by bad actors to obtain Apple's sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 41) Song Decl. in Support of Opposition to Summary Judgment (Dkt. 1031-002) | n.4; 2:5; 2:8; 2:9; 2:12; 2:14; n.9 | This document should be partially sealed because it contains Apple's confidential information relating to a transactional field names which if revealed could be exploited by bad actors to obtain Apple's sensitive information. | Apple (Craig Decl.) | Grant |
| (Ex. 42) Song Report, August 1, 2025 (Dkt. 1034-007) | Fig. 1 and Notes | This information should be sealed because it contains non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 21 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 2 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 28 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 3 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.38 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 31 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 4 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.42 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.43 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 32 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 5 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 33 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 (Page 19, Figure 6 (text to the right of the row starting with "Photo & Video" in the third chart entitled "2019 to 2023")) | This table reflects Google's non-public, competitively sensitive, spend information on Apple's App Store. This information is recent (2019 to 2023) and has never been disclosed publicly. If publicly revealed, this information on Google's spend could influence the decision-making and business strategies employed by Google's developer competitors operating on Apple's App Store to Google's detriment, for example by influencing how those competitors negotiate their own agreements with Apple. Further, if publicly disclosed, this information could influence the decision-making and business strategies employed by other app stores to Google's detriment, for example by influencing how those competitors negotiate their own agreements with Google. Google Decl. ¶ 12. | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 (all information relating to Supercell product(s)) | Contains competitively sensitive information regarding market positioning and sales and spend information relating to Supercell's products which if revealed would put Supercell at a competitive disadvantage in the marketplace. | Supercell (Lazarus Ex. 42); Supercell (Aviles Ex. 47) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 (Lines in charts corresponding to "Candy Crush Saga" (3 lines total) and "Candy Crush Soda Saga" (1 line total)) | Contains Activision Blizzard's confidential and competitively sensitive financial data for Candy Crush Saga and Candy Crush Soda Saga. | Activision Blizzard Aviles Ex. 1) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 | Contains Bumble's confidential and competitively sensitive information related to revenue. | Bumble (Aviles Ex. 11) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 (2009–2013 table, entry for "DragonVale" listing "Total Spend ($ millions)) | The DragonVale "Total Spend" figure is non-public, commercially sensitive financial performance information. Deca does not publicly disclose this metric in this form and takes reasonable steps to protect it from public dissemination. Public disclosure would cause concrete competitive harm. Competitors and commercial counterparties could use this figure to benchmark DragonVale's monetization performance, infer revenue expectations and commercial value, and gain leverage in negotiations with Deca concerning distribution, licensing, marketing, and other commercial terms. Deca seeks sealing only of the limited non-public financial figure(s) described above and any references that would reveal that information. | DragonVale (Deca Live Ops.) (Bryd Ex. 31) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 | The total spend figures directly report the confidential financial information of the Companies, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 (total spend information in row with "Appl" listed as "TikTok") | This information should be partially sealed because it contains certain nonpublic financial information for TikTok, subject to the Protective Order, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Ex. 46); TikTok (Aviles Ex. 50) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 (entire rows with "Tinder: Dating, Chat & Friends) | This exhibit contains non-public and highly confidential financial information related to consumer purchases on Tinder on iOS. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | and confidential financial information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and potential business counterparties, this non-public and confidential financial information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of Match Non-Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public financial filings. Therefore, revealing this financial data publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 ("Top 10 Apps by Five-Year Period") (2009-2013) table entries for "Kingdoms of Camelot: Battle" and "Modern War" listing "Total Spend ($ millions)") | The Kingdoms of Camelot: Battle and Moder[n] War "Total Spend" figures are non-public, commercially sensitive financial performance information. Deca does not publicly disclose these metrics in this form and takes reasonable steps to protect them from public dissemination. Public disclosure would cause competitive harm. Competitors and commercial counterparties could use this figure to benchmark Kingdoms of Camelot: Battle's and Modern War's monetization performance, infer revenue expectations and commercial value, and gain leverage in negotiations with Deca concerning distribution, licensing, marketing, and other commercial terms. Deca only seeks sealing of the limited non-public financial figure(s) described above and any references that would reveal that information. | Deca (Aviles Ex. 15) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 6 | These excerpts each analyze the same nonpublic information concerning Roblox derived from Apple's confidential transaction data. Disclosure could reveal sensitive aspects of Roblox's business performance and could cause competitive harm. | Roblox (Aviles Ex. 43) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 35 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.49 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 7 and Notes | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 37 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 38 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 8 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 39 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.55 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 9 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 42 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.60 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 10 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 (cost and margin data in table; cost and revenue data in third and last sentences of the "Notes" below the table) | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

United States District Court
Northern District of California

212

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | This is based on MacCormack's margin estimates, which are based on confidential third-party productions from certain developers, including Pixelcut. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |

213

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | This chart is based upon margin estimates in the MacCormack Report, as discussed supra. These margins are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31); NYP Holdings (Aviles Ex. 36) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 11 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |

215

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.85 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 70 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 74 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 83 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 13 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 104 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 106 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.161 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.163 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 18 (Appendix C) | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

217

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 111 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.168 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 113 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.171 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.172 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.173 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.175 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | C.4 (Heading) & ¶¶ 123-125 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | n.184 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace or aid bad actors in obtaining Apple's confidential information. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶¶ 130-31 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 156 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-57, Fig. 19 | Contains Grindr's confidential and competitively sensitive information relating to financial data aggregated together with information pertaining to other developers. | Grindr (Aviles Ex. 22) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

220

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Contains Tidal's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Tidal (Lazarus Ex. 44); Tidal (Aviles Ex. 49) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | These paragraphs, chart, and accompanying formulas rely on ForeFlight's confidential data, combined with that of other developers in the relatively small genre of weather apps, as used in the MacCormack Report to calculate ancillary revenues and margin ranges. The data necessary for such calculations are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | The values encompass the 'Games' genre, and is therefore at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31); NYP Holdings (Aviles Ex. 36) | Grant |

221

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Appx. D.1.c.ii; ¶¶ 156-58, Fig. 19 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶¶ 156-68 | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶¶ 156-68 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 19 | Contains NYP's confidential financial information aggregated together with information pertaining to other developers. | NYP Holdings (Lazarus Ex. 31); NYP Holdings (Aviles Ex. 36) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 19 | The value in the 'Games' genre is at least partially derived from the Companies' confidential financial information, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158; Fig. 19 | Relies on Fox News's confidential and competitively sensitive information relating to financial data. | Fox News (Lazarus Ex. 18); Fox News (Aviles Ex. 19) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158; Fig. 19 | Reflects Audible's competitively sensitive and proprietary business information which, if made public, would put Audible at a competitive disadvantage. | Audible (Aviles Ex. 7) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158; Fig. 19 | Canva considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Canva takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Canva that are accessible only to Canva employees. Granular information regarding Canva's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Canva. Canva would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Canva's business performance, to gain an unfair advantage in the marketplace. | Canva (Lazarus Ex. 13); Canva (Byrd Ex. 12) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158, Fig. 19 | Contains Ad Hoc Labs's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Ad Hoc Labs (Lazarus Ex. 2); Ad Hoc Labs (Aviles Ex. 2) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158, Fig. 19 | This paragraph and chart provide a Brattle analysis of the margin range estimates from the MacCormack Report, including those in Table 9 discussed supra. These margins are sensitive competitive information, and competitor access to the information, even in aggregate form, could disadvantage ForeFlight in the market. | ForeFlight (Lazarus Ex. 17); ForeFlight (Aviles Ex. 18) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158, Fig. 19 | Contains Bill.com's confidential and sensitive financial information aggregated together with information pertaining to other developers. | Bill.com (Lazarus Ex. 10); Bill.com (Byrd Ex. 30) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | ¶ 158 & Fig. 19 | Reveal confidential financial information about Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like. Even where Route4Me's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Route4Me's confidential financial information.<br><br>Route4Me considers information about its royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like to be highly confidential. Route4Me takes necessary and appropriate measures to maintain the secrecy of such information. This information is stored in document repositories within Route4Me that are accessible only to Route4Me employees. Granular information regarding Route4Me's royalty costs, user acquisition and retention costs, gross margin, infrastructure costs, maintenance & support costs, variable costs, and the like is not shared outside of Route4Me.<br><br>Route4Me would face harm | Route4Me (Lazarus Ex. 39); Route4Me (Aviles Ex. 44) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| | | from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Route4Me's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 19 | This relies on confidential third-party information from certain developers, including Pixelcut, that are included in the MacCormack Report. | Pixelcut (Lazarus Ex. 34); Pixelcut (Aviles Ex. 38) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 19 | Contains TomTom's confidential and sensitive financial information aggregated together with information pertaining to other developers. | TomTom (Lazarus Ex. 47); TomTom (Aviles Ex. 51) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Figs. 24-25 (Appendix C) | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Fig. 31 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Exhibit 1 (Thompson Decl.) ¶ 3 (entire) | This portion contains confidential information of JND and of other JND clients not involved in this case. | Plaintiffs and JND (Byrd Decl.) | Grant |

227

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Exhibit 1 (Thompson Decl.) ¶¶ 9, 10, 13 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Exhibit 1 (Thompson Decl.) ¶ 11 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Exhibit 1 (Thompson Decl.) ¶ 14 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Exhibit 1 (Thompson Decl.) ¶ 16 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 43) Song Report, March 7, 2025 (Dkts. 1003-035; 1033-010; 1047-006) | Exhibit 1 (Thompson Decl.) ¶ 17 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | n.56 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 47 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 132 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 5 and Notes | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 145 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 170 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 227 (in its entirety) | This exhibit contains non-public and highly confidential information related to consumer purchases on Tinder, Match, OkCupid, and PlentyofFish on iOS and web. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this nonpublic and confidential information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and potential business counterparties, this non-public and confidential information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of Match Non-Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | financial filings. Therefore, revealing this data publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 327 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶¶ 327-328 and Figure 11 | Reveal[s] confidential financial information about Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, et cetera. Even where Disney's confidential financial information is combined or aggregated with other developers' confidential information in the reports, the combination or aggregation is not sufficient to obscure Disney's confidential information. The Disney financial information reproduced in the reports is not available to the public and was designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Court's protective order when it was produced to the parties. Disney considers information about its royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. to be highly confidential. Disney takes necessary and appropriate | Disney (Aviles Ex. 54) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | measures to maintain the secrecy of such information. This information is stored in document repositories within Disney that are accessible only to Disney employees. Granular information regarding Disney's royalty costs, user acquisition and retention costs, infrastructure costs, maintenance & support costs, etc. is not shared outside of Disney. Disney would face harm from public disclosure of its confidential financial information. Both current and potential competitors could use this highly confidential information, which reveals Disney's business performance, to gain an unfair advantage in the marketplace. | | |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 328 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 328 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | n.658 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 (Page 168, Figure 11 (text to the right of the row starting with "Photo & Video" in the third chart entitled "2019 to 2023")) | This table reflects Google's non-public, competitively sensitive, spend information on Apple's App Store. This information is recent (2019 to 2023) and has never been disclosed publicly. If publicly revealed, this information on Google's spend could influence the decision-making and business strategies employed by Google's developer competitors operating on Apple's App Store to Google's detriment, for example by influencing how those competitors negotiate their own agreements with Apple. Further, if publicly disclosed, this information could influence the decision-making and business strategies employed by other app stores to Google's detriment, for example by influencing how those competitors negotiate their own agreements with Google. Google Decl. ¶ 13. | Google (Lazarus Ex. 19); Google (Aviles Ex. 21) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 (Lines in charts corresponding to "Candy Crush Saga" (3 lines total) and "Candy Crush Soda Saga" (1 line total)) | Contains Activision Blizzard's confidential and competitively sensitive financial data for Candy Crush Saga and Candy Crush Soda Saga. | Activision Blizzard (Lazarus Ex. 1); Activision Blizzard Aviles Ex. 1) | Grant |

233

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 | Contains WBD confidential and competitively sensitive information relating to product and financial data, and pricing. | Warner Bros. Discovery (Lazarus Ex. 50); Warner Bros. Discovery (Aviles Ex. 24) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 | 2009–2013 table, entry for "DragonVale" listing "Total Spend (in millions) | DragonVale (Deca Live Ops.) (Bryd Ex. 31) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 | Contains Bumble's confidential and competitively sensitive information related to revenue. | Bumble (Aviles Ex. 11) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 | The total spend figures directly report the confidential financial information of the Companies, disclosure of which risks harming the Companies' competitive standing. | BFG (Lazarus Ex. 9); BFG (Product Madness) (Aviles Ex. 9) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 (all information relating to Supercell product(s)) | Contains competitively sensitive information regarding market positioning and sales and spend information relating to Supercell's products which if revealed would put Supercell at a competitive disadvantage in the marketplace. | Supercell (Lazarus Ex. 42); Supercell (Aviles Ex. 47) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 (Full row with "App" listed as "TikTok") | This report should be partially sealed because it contains TikTok's nonpublic competitively sensitive revenue and cost data, subject to the Protective Order, ECF No. 381, and Supplemental Protective Order, ECF No. 856, which if revealed would put TikTok at a competitive disadvantage in the marketplace. | TikTok (Lazarus Exs. 45-46); TikTok (Aviles Ex. 50) | Grant |

United States District Court
Northern District of California

234

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 (entire rows with "Tinder: Dating, Chat & Friends) | This exhibit contains non-public and highly confidential financial information related to consumer purchases on Tinder on iOS. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential financial information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and potential business counterparties, this non-public and confidential financial information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of Match Non-Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public financial filings. | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | Therefore, revealing this financial data publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 ("Top 10 Apps by Spend, Five-Year Period") (2009-2013 table entries for "Kingdoms of Camelot: Battle" and "Modern War" listing "Total Spend (in millions)") | The Kingdoms of Camelot: Battle and Moder[n] War "Total Spend" figures are non-public, commercially sensitive financial performance information. Deca does not publicly disclose these metrics in this form and takes reasonable steps to protect them from public dissemination. Public disclosure would cause competitive harm. Competitors and commercial counterparties could use this figure to benchmark Kingdoms of Camelot: Battle's and Modern War's monetization performance, infer revenue expectations and commercial value, and gain leverage in negotiations with Deca concerning distribution, licensing, marketing, and other commercial terms. Deca only seeks sealing of the limited non-public financial figure(s) described above and any references that would reveal that information. | Deca (Aviles Ex. 15) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | Fig. 11 | These excerpts each analyze the same nonpublic information concerning Roblox derived from Apple's confidential transaction data. Disclosure could reveal sensitive aspects of Roblox's business performance and could cause competitive harm. | Roblox (Aviles Ex. 43) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 329 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 337 | Contains competitively sensitive information regarding the sale and pricing of Supercell products which if revealed would put Supercell at a competitive disadvantage in the marketplace. | Supercell (Lazarus Ex. 42); Supercell (Aviles Ex. 47) | Grant |
| (Ex. 45) Stiglitz Report, March 7, 2025 (Dkt. 1003-32; 1033-011) | ¶ 337 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 44) Stiglitz Report, June 13, 2025 (Dkt. 1034-001) | n.97 | This information should be sealed because it contains non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage. | Apple (Craig Decl.) | Grant |
| (Ex. 44) Stiglitz Report, June 13, 2025 (Dkt. 1034-001) | n.198 | This information should be sealed because it contains non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 21 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

237

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.22 | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 33 (line 6, the word after "consist of" and before "'Rounds'") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 3 (the contents of the table and the notes to Exhibit 3) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 34 (line 1, after "In" and before "of his) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

United States District Court
Northern District of California

238

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.39 (the last word and number of the footnote (i.e., the rest of the sentence after "field in")) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 35 (line 4 through line 5 before n.40) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.41 (after "Tiers" before "Mr. Thompson") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 36 (line 1 after "In" and before "of his", line 2 after "that match" through the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

239

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.42 (between "home address in 2021 was" and "See") | This information should be sealed because it is Plaintiff Pepper's and his son's, and class members' personally identifiable information (their addresses and the minor son's name). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 37 (line 2 between "example," and "are exact", line 3 after "matched through line 7 before "there are") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 38 (after "In Tier 2" through the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 4 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 4 (contents of the table) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 39 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 39 (line 1 before "Mr. Thompson"; line 3 after "he" through the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 40 (line 1 before "of Mr. Thompson's "; line 2 through the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 41 (line 1 between "During" and "of Mr. Thompson's " and after "process," through the end of the paragraph, including (a), (b), and (c)) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

241

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 42 (line 1 after "After" and before "Mr. Thompson") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 43 (line 2 through the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 44 (line 1 after "performed a" through the end of the paragraph | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 45 (entire, including (a) through (e)) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.45 (line 1 between "matching in" and "has many") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.46 (entire) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.47 (line 1 after "Before" and before "Mr. Thompson" and after "from fields" through the end of the footnote) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.48 (line 1 after "Thompson ran" through the end of the footnote) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 46 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 46 (line 1 after "Tiers" before "Mr. Thompson" and after "Mr. Thompson" through the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.49 (line 1 after "Tier" through line 2 before "It is possible", line 3 after "code" through the end of the footnote) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 47 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.50 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.52 (line 3 after "would" through the end of the footnote) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.58 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 5 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 5 (entire contents of table) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.63 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 6 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.70 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 7 (note 1 below, line 1, the word between "used in the" and "rounds of") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.77 (the rest of the sentence after "home address in 2021 was") | This information should be sealed because it is Plaintiff Pepper's and his son's, and class members' personally identifiable information (their addresses and the minor son's name). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.78, line 1 between "In" and "Mr. Thompson" and after "matched on" through line 2 before "See") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 8 (the information in the "Purported Payor 1" and "Purported Payor 2" columns in the 5th row) | This information should be sealed because it is Plaintiff Pepper's and his son's, and class members' personally identifiable information (their addresses and the minor son's name). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 8 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |

246

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 65 (the rest of the parenthetical after "(e.g.,") | This information should be sealed because it is Plaintiff Pepper's and his son's, and class members' personally identifiable information (their addresses and the minor son's name). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.79 (the word in the first line between "a son named" and "but I see" and the third line after "son,") | This information should be sealed because it is Plaintiff Pepper's and his son's, and class members' personally identifiable information (their addresses and the minor son's name). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 9 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | Exhibit 9 (the contents of table) | This information should be sealed because it is Plaintiff Pepper's and his son's, and class members' personally identifiable information (their addresses and the minor son's name). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 69 (line 2 after "assigned the" through the first word on page 40; last two lines from after "V.C.," to the end of the paragraph) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.89 (line 2 after "to justify the" through line 4 before "See") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.91 (between "during" and "of Mr. Thompson's ") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 70 (line 9 after "step and" to line 10 before "of the) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.93 (entire) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 74 (line 7 after the end of line six that ends with "for a" through line 8, before "before sending") | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 80 (line 2 after "portions of the" through line 4 before "A deduplication-based") | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 85 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 86 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 87 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

249

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 88 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 89 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 90 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.138 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.150 (line 2 after "A" through the end of the footnote) | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 106 (line 2 after "the" and before "in the data") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n. 196 (line 3 after "135:1" through line 6 before "Q. Are" and line 6 after "Are those" and before "saved in", and line 7 after "if--if" and before "are -- saved") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 124 (line 3 between "included in" and "Tiers", and line 6 after "concept of a" and before "(see Section") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | ¶ 129 (line 4, the number between "Thompson's" and "Tiers") | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.[2]30 [Refer to declaration.] | These portions of the Stodden Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 46) Stodden Report, June 27, 2025 (Dkts. 1003-030; 1034-006) | n.231 | This information should be sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 47) Stodden Depo. (Dkt. 1047-017; 1061-007) | 83:6-11 | This transcript should be partially sealed because it contains Apple consumer PII. | Apple (Craig Decl.) | Grant |
| (Ex. 47) Stodden Depo. (Dkt. 1047-017; 1061-007) | 92:20 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-9; 1000-009; 1003-028; 1034-003; 1052-031) | ¶ 63 & n.101 (Percentages) | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013 | Microsoft (Lazarus Decl. Ex. 51); Microsoft (Aviles Ex. 55) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-9; 1000-009; 1003-028; 1034-003; 1052-031) | ¶ 102; nn.206-07; n.210; n.230 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-9; 1000-009; 1003-028; 1034-003; 1052-031) | ¶ 123, n. 263 (between "in 2019" and "percent"; between "for whom" and "percent") | This exhibit contains non-public and highly confidential financial information related to consumer purchases on Match on iOS. Disclosure would severely and adversely impact Match Non-Parties' ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential financial information to disadvantage Match Non-Parties in marketing and in negotiations. Moreover, if revealed to competitors and potential business counterparties, this non-public and confidential financial information could give competitors insight into Match Non-Parties' businesses with respect to purchasing trends of Match Non-Parties' customers, which could cause competitive harm. For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Match Non-Parties in negotiations by pointing to this financial information. In addition, material, nonpublic, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Match Group, Inc.'s public financial filings. Therefore, | Match Group (Lazarus Ex. 30); Match Group (Aviles Ex. 34) | Grant |

253

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| | | revealing this financial data publicly can be misleading for investors and other parties and lead to inappropriate inferences about this information and other parts of Match Group, Inc.'s portfolio of business. | | |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | ¶ 123 & n.265 (Percentages) | Reflects Microsoft's specific Minecraft revenue and sales data derived from MSFT_EPIC_0000013 | Microsoft (Lazarus Decl. Ex. 51); Microsoft (Aviles Ex. 55) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | n.281 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | n.284 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | ¶ 143; n.303 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | ¶ 151 (lines 1-2); n. 325 | Reflects Amazon's competitively sensitive and proprietary business information which, if made public, would put Amazon at a competitive disadvantage. | Amazon (Lazarus Ex. 5) | Grant |

254

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | ¶ 178; n.398; ¶ 182; n.409 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | n.451 (Both percentages provided after the phrase "ranges from approximately") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009;  1000-009; 1003-028; 1034-003; 1052-031) | ¶ 232; n.527 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

255

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009; 1000-009; 1003-028; 1034-003; 1052-031) | ¶ 264 (The first percentage (i.e., the percentage after "between" and before "14.18 percent")) | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |
| (Ex. 48) Sundararajan Report, June 13, 2025 (Dkts. 999-009; 1000-009; 1003-028; 1034-003; 1052-031) | Appendix Exhibit F.2 (The percentage for "source engine fee" The percentage for "source assets fee") | The Confidential Information identified above incorporated and disclosed in the 2025 Abrantes-Metz Report, the Sundararajan Report, and the Hitt Rebuttal Report generally falls into one of three categories: (A) Valve's highly confidential financial information; (B) Valve's confidential internal strategy information; and (C) Valve's nonpublic licensing fees. As discussed more below, Valve does not publicly disclose this information, or even share it outside the company except in narrowly circumscribed instances when disclosure is required and then only under robust confidentiality safeguards. | Valve (Lazarus Ex. 48); Valve (Aviles Ex. 52) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 49) Sundararajan Report, March 7, 2025 (Dkt. 1003-023; 1000-008; 1033-012; 1034-003) | ¶ 138 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 49) Sundararajan Report, March 7, 2025 (Dkt. 1003-023; 1000-008; 1033-012; 1034-003) | ¶ 172 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Deny |
| (Ex. 49) Sundararajan Report, March 7, 2025 (Dkt. 1003-023; 1000-008; 1033-012; 1034-003) | ¶ 180 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Deny |
| (Ex. 49) Sundararajan Report, March 7, 2025 (Dkt. 1003-023; 1000-008; 1033-012; 1034-003) | ¶ 194 | This report should be partially sealed because it contains Apple's non-public financial information, user information, and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 49) Sundararajan Report, March 7, 2025 (Dkt. 1003-023; 1000-008; 1033-012; 1034-003) | n.207 | This report should be partially sealed because it contains Apple's non-public competitively sensitive security information which if revealed would put Apple at a competitive disadvantage in the marketplace and enable bad actors to harm Apple and its consumers. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 3:19-22 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 4:27 (after "field")-5:1 (before "I") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 5:10 (the word between "in" and "stages"); 5:11 (all); 5:12 (to before "I"); 5:15 (between "roll-ups." and "After") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 5:16 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | |

258

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 5:18 (before "of" and after "applied" and before "different"); 5:21 (after "records." through the end of the paragraph) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 5:26-6:14 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 5:28-6:14 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 6:15-23 (except for the citation on line 16) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 6:15-23 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 6:27 (after "by" and before the citation); 6:28-7:5 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 7:17(the words/numbers on line 17 after "with" and before "is") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 7:22 (after "with" before "I"); 7:23-24 (after "and" through the end of the paragraph) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 7:25-8:3 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 7:25-8:3 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 8:4 (the first 3 words/numbers) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 8:6 (the first 5 words/numbers) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 8:22-24 (at line 22 after "computer," through line 24 before "I validated") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 8:26-9:5 (line 26 after "deduplication." through the end of the paragraph) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data. The processes and steps JND took to accomplish the deduplication constitute JND's proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 8:26-9:5 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

261

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 9:7-9 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 10:28 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 50) Thompson Decl. in Support of Opposition to Apple's Daubert Motions (Dkt. 1031-006) | 12:15-19 | This document should be partially sealed because it contains Apple's non-public and competitively sensitive information, which if revealed would put Apple and third parties at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 32:1-12 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 45:2-46:7; 46:16 [Refer to declaration.]; 47:15 (after "Okay.") - 18; 51:6 (after "experience in the" and before "in"); 51:09 (after "in the" -10 before "settlement"); 51:14-21; 51:23-25; 52:1-10; 52:12 (after "address.") - 14; 54:15-19; 57:3-9; 62:12-16; 62:18-20 | These portions of the Thompson deposition contain confidential information of JND and of other JND clients not involved in this case. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 65:07-16 | This portion of the Thompson deposition includes information about the billing rate of Mr. Thompson on this matter. This information is competitively sensitive for JND. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 87:21-88:17 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Deny |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 91:13-14; 91:16-92:9 | These portions of the Thompson deposition contain confidential information of JND and of other JND clients not involved in this case. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 97:18-19 (after "removed." through line 9 before ", my") | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Deny |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 116:17-117:21 | These portions of the Thompson deposition discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 125:05-10 | These portions of the Thompson deposition discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Deny |

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/Deny |
|---|---|---|---|---|
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 127:22-128:6 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 129:22-130:20; 132:13-17; 133:22-134:09; 134:15-20; 135:02-19; 141:05-10; 141:15-19; 141:21-142:14; 142:18-20 (after "machine." through line 20; 154:1 after "is" before "correct") | These portions of the Thompson deposition discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 148:22, 24; 149:1, 3-5, 18-19, 21-22 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace and reveal information relating to Apple consumers. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 150:6, 8; 151:6, 11; 153:23 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace and reveal information relating to Apple consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 154:1 between "is" and "correct?"; 154:3-4 between "listed is" and "correct?"; 154:14 after "here is" 154:17-18 between "listed is" and "correct?". | This information should be sealed because it is personally identifiable information of a class member (name and address). | Plaintiffs (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 154:1, 3-4, 12, 14, 17-18; 155:3, 10; 156:6, 8, 10-11, 14, 23; 157:1-2, 5, 8, 10, 12-13, 16, 25 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace and reveal information relating to Apple consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 158:8, 18-19, 21, 23-24; 159:2, 6; 160:2-3, 9, 11: 161:22-23 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace and reveal information relating to Apple consumers. | Apple (Craig Decl.) | Grant |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 163:9-10; 164:5 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace and reveal information relating to Apple consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 170:21-171:13; 179:10 after "you" -12; 206:18-25; 207:03-208:20; 208:23-209:3 | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 51) Thompson Depo., June 5, 2025 (Dkt. 1003-017; 1032-023) | 181:7, 9-10, 13 | This report should be partially sealed because it contains personally identifying user information of Apple's users if revealed would put Apple at a competitive disadvantage in the marketplace and reveal information relating to Apple consumers. | Apple (Craig Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 4 | These portions contain confidential information of JND and of other JND clients not involved in this case. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 7 (between "rate of" and "My")' | This paragraph contains information about the billing rate of Mr. Thompson on this matter. This information is competitively sensitive for JND. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 13 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 17 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 17(e) (from after "algorithm" in the third line through the end of the paragraph) | These portions of the Thompson Declaration discuss the specific steps JND took to deduplicate/rollup the Apple payor data or other specific steps of JND process. The processes and steps JND took to accomplish the deduplication constitute JND's competitively sensitive proprietary information. | Plaintiffs and JND (Byrd Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 17(e) | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 18 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 19 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

| Document | Cite | Basis to Seal | Requesting Party | Grant/ Deny |
|---|---|---|---|---|
| (Ex. 52) Thompson Report, April 16, 2025 (Dkt. 1003-036; 1033-014) | ¶ 20 | This report should be partially sealed because it contains Apple's non-public competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 53) Watson Report, June 13, 2025 (Dkt. 1003-025) | n.11 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |
| (Ex. 53) Watson Report, June 13, 2025 (Dkt. 1003-025) | n.37 | This report should be partially sealed because it contains Apple's non-public financial information and competitively sensitive information which if revealed would put Apple at a competitive disadvantage in the marketplace. | Apple (Craig Decl.) | Grant |

(3)    The Party that originally filed the underlying document sought to be sealed shall file the public-facing version of the document, with any redactions pursuant to the Court's sealing order, within 21 days following the Court's order.  For documents wherein all sealing requests were granted, no further action is required because redacted versions of the documents were publicly filed contemporaneously with the Parties' Joint Omnibus Sealing Stipulation.

This Order terminates Dkt. No. 1093.

**IT IS SO ORDERED.**

Date: **July 10, 2026**

_____
**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

269